IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| COALITION FOR TJ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:21-cv-00296-CMH-JFA |
| | ) | |
| FAIRFAX COUNTY SCHOOL BOARD, | ) | |
| and DR. SCOTT BRABRAND, in his | ) | |
| official capacity as Superintendent of the | ) | |
| Fairfax County School Board, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on May 21, 2021, at 10:00 o'clock a.m. or as soon thereafter as counsel may be heard, defendants Fairfax County School Board and Dr. Scott Brabrand (in his "official capacity"), by counsel, will move the Court to dismiss the complaint.

Respectfully submitted,

FAIRFAX COUNTY SCHOOL BOARD and
DR. SCOTT BRABRAND in his "official
capacity" as Superintendent

By:  /s/
Stuart A. Raphael (VSB No. 30380)
Sona Rewari (VSB No. 47327)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
sraphael@HuntonAK.com
srewari@HuntonAK.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2021, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

By:     /s/
Stuart A. Raphael (VSB No. 30380)