IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| COALITION FOR TJ, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:21-cv-296 |
| FAIRFAX COUNTY SCHOOL BOARD, et al., | ) |
| Defendants. | ) |

### ORDER

THIS MATTER comes before the Court on Defendant's Motion to Dismiss and Plaintiff's Motion for a Preliminary Injunction. For the reasons stated from the bench, it is hereby

ORDERED that Defendant's Motion to Dismiss is DENIED. It is further

ORDERED that Defendant Dr. Scott Brabrand is DISMISSED from the case. It is further

ORDERED that Plaintiff's Motion for a Preliminary Injunction is DENIED.

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
May 26, 2021