IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| COALITION FOR TJ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:21-cv-00296-CMH-JFA |
| ) | |
| FAIRFAX COUNTY SCHOOL BOARD, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW AS COUNSEL

Stuart A. Raphael respectfully moves to withdraw as counsel for Defendant Fairfax County School Board in this case. Having been elected on August 10, 2021 to serve as a judge on the Court of Appeals of Virginia, Mr. Raphael will be resigning shortly from Hunton Andrews Kurth LLP and must withdraw as counsel. The School Board will continue to be represented in this case by Sona Rewari. The Division Counsel for the client, Fairfax County School Board, has been advised of Mr. Raphael's need to withdraw and has expressly consented.

Respectfully submitted,

STUART A. RAPHAEL

By: *Stuart A. Raphael*
Stuart A. Raphael (VSB No. 30380)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
sraphael@HuntonAK.com

*Counsel for Defendant*
*Fairfax County School Board*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2021, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

By:     /s/
Stuart A. Raphael (VSB No. 30380)