IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| COALITION FOR TJ, | No. 1:21-cv-00296-CMH-JFA |
|---|---|
| Plaintiff, | |
| v. | |
| FAIRFAX COUNTY SCHOOL BOARD, | |
| Defendant. | |

**PLAINTIFF'S WITNESS LIST**

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and this Court's Order (Dkt. No. 51), Plaintiff Coalition for TJ, by counsel, respectfully submits the following witness list for trial.

**I.    Plaintiff's Fact or Expert Witnesses Expected to be Called at Trial**

| Name | Address | Purpose |
|---|---|---|
| Asra Nomani | May be contacted only through counsel:<br>Erin Wilcox<br>Pacific Legal Foundation<br>555 Capitol Mall, Ste. 1290<br>Sacramento, CA 95814 | Fact |
| Glenn Miller | May be contacted only through counsel:<br>Erin Wilcox<br>Pacific Legal Foundation<br>555 Capitol Mall, Ste. 1290<br>Sacramento, CA 95814 | Fact |
| Scott Brabrand | Gatehouse Administration Center<br>8115 Gatehouse Rd.<br>Falls Church, VA 22042 | Fact |
| Jeremy Shughart | Gatehouse Administration Center<br>8115 Gatehouse Rd.<br>Falls Church, VA 22042 | Fact |
| Ann Bonitatibus | Gatehouse Administration Center<br>8115 Gatehouse Rd.<br>Falls Church, VA 22042 | Fact |

| Karen Keys-Gamarra | Gatehouse Administration Center<br>8115 Gatehouse Rd.<br>Falls Church, VA 22042 | Fact |
|---|---|---|
| Abrar Omeish | Gatehouse Administration Center<br>8115 Gatehouse Rd.<br>Falls Church, VA 22042 | Fact |
| Rachna Sizemore Heizer | Gatehouse Administration Center<br>8115 Gatehouse Rd.<br>Falls Church, VA 22042 | Fact |
| Megan McLaughlin | Gatehouse Administration Center<br>8115 Gatehouse Rd.<br>Falls Church, VA 22042 | Fact |
| Elaine Tholen | Gatehouse Administration Center<br>8115 Gatehouse Rd.<br>Falls Church, VA 22042 | Fact |
| Melanie Meren | Gatehouse Administration Center<br>8115 Gatehouse Rd.<br>Falls Church, VA 22042 | Fact |
| Tamara Derenak Kaufax | Gatehouse Administration Center<br>8115 Gatehouse Rd.<br>Falls Church, VA 22042 | Fact |
| Ricardy Anderson | Gatehouse Administration Center<br>8115 Gatehouse Rd.<br>Falls Church, VA 22042 | Fact |
| Karen Corbett Sanders | Gatehouse Administration Center<br>8115 Gatehouse Rd.<br>Falls Church, VA 22042 | Fact |
| Karl Frisch | Gatehouse Administration Center<br>8115 Gatehouse Rd.<br>Falls Church, VA 22042 | Fact |
| Laura Jane Cohen | Gatehouse Administration Center<br>8115 Gatehouse Rd.<br>Falls Church, VA 22042 | Fact |
| Stella Pekarsky | Gatehouse Administration Center<br>8115 Gatehouse Rd.<br>Falls Church, VA 22042 | Fact |

Plaintiff reserves the right to not call any of the above-mentioned witnesses at trial in the interest of time, necessity, or other factors that may arise before or during trial. By identifying witnesses above, Plaintiff does not agree to make a witness available for trial or to offer testimony by deposition, if unavailable.

The order in which the witnesses are listed is not the order in which witnesses will be called at trial. Plaintiff will work with Defendant to agree to procedures for providing advance notice of the order of witnesses.

## II. Plaintiff's Fact Witnesses to be Offered by Deposition Testimony

| Fairfax County School Board | Gatehouse Administration Center<br>8115 Gatehouse Rd.<br>Falls Church, VA 22042 | Fact |
|---|---|---|

## III. Plaintiff's Fact or Expert Witnesses that May be Called at Trial, If the Need Arises

| Himanshu Verma | May be contacted only through counsel:<br>Erin Wilcox<br>Pacific Legal Foundation<br>555 Capitol Mall, Ste. 1290<br>Sacramento, CA 95814 | Fact |
|---|---|---|
| Harry Jackson | May be contacted only through counsel:<br>Erin Wilcox<br>Pacific Legal Foundation<br>555 Capitol Mall, Ste. 1290<br>Sacramento, CA 95814 | Fact |
| Ying McCaskill | May be contacted only through counsel:<br>Erin Wilcox<br>Pacific Legal Foundation<br>555 Capitol Mall, Ste. 1290<br>Sacramento, CA 95814 | Fact |
| Dipika Gupta | May be contacted only through counsel:<br>Erin Wilcox<br>Pacific Legal Foundation<br>555 Capitol Mall, Ste. 1290<br>Sacramento, CA 95814 | Fact |

Plaintiff reserves the right to call other witnesses, either live or by deposition or by previous trial testimony, for the purpose of impeachment, rebuttal, or any other purpose the law allows, and to call or examine witnesses identified by Defendant.

Plaintiff's Witness List is based on evidence, including documents and testimony, that have been made available by Defendant up to the date of this filing. To the extent Defendant has withheld or otherwise failed to produce non-privileged, responsive documents, or deponents have refused to provide testimony regarding discoverable, non-privileged information, Plaintiff reserves the right to call as witnesses individuals whose identity or relevance to the matters in dispute become apparent from any such late-provided information.

Dated: November 18, 2021.

Respectfully submitted,

s/ Alison E. Somin

| | |
|---|---|
| ERIN E. WILCOX*, <br>   Cal. Bar No. 337427 <br> CHRISTOPHER M. KIESER*, <br>   Cal. Bar No. 298486 <br> Pacific Legal Foundation <br> 930 G Street <br> Sacramento, California 95814 <br> Telephone: (916) 419-7111 <br> Facsimile: (916) 419-7747 <br> EWilcox@pacificlegal.org <br> CKieser@pacificlegal.org <br><br> *Pro Hac Vice | ALISON E. SOMIN, Va. Bar No. 79027 <br> Pacific Legal Foundation <br> 3100 Clarendon Blvd., Suite 610 <br> Arlington, Virginia 22201 <br> Telephone: (202) 557-0202 <br> Facsimile: (916) 419-7747 <br> ASomin@pacificlegal.org <br><br> GLENN E. ROPER*, <br> Colo. Bar No. 38723 <br> Pacific Legal Foundation <br> 1745 Shea Center Dr., Suite 400 <br> Highlands Ranch, Colorado 80129 <br> Telephone: (916) 503-9045 <br> Facsimile: (916) 419-7747 <br> GERoper@pacificlegal.org |

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of November, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Counsel for Defendant are registered with the Court's CM/ECF system and will receive a notification of such filing via the Court's electronic filing system.

s/ Alison E. Somin
ALISON E. SOMIN, Va. Bar No. 79027
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 610
Arlington, Virginia 22201
Telephone: (202) 557-0202
Facsimile: (916) 419-7747
ASomin@pacificlegal.org
*Counsel for Plaintiff*