IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| COALITION FOR TJ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 1:21-cv-00296-CMH-JFA |
| | ) |
| FAIRFAX COUNTY SCHOOL BOARD, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT FAIRFAX COUNTY SCHOOL BOARD'S PROPOSED WITNESS LIST**

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Court's Scheduling Orders, Defendant Fairfax County School Board provides the following about the witnesses that it may present at trial other than solely for impeachment:

**A.    Witnesses Whom the School Board Expects to Call**

1. Jeremy Shughart
2. Scott S. Brabrand

**B.    Witnesses Whom the School Board May Call if the Need Arises**

3. Beverly Madeja
4. Ricardy Anderson
5. Laura Jane Cohen
6. Karen Corbett Sanders
7. Tamara Dernak-Kaufax
8. Karl Frisch
9. Karen Keys-Gamarra
10. Megan McLaughlin

1

11. Melanie Meren

12. Abrar Omeish

13. Stella Pekarsky

14. Rachna Sizemore-Heiser

15. Elaine Tholen

16. Any witness identified in Plaintiff's Rule 26(a)(3)(A) disclosures to whom Defendant does not object or to whom Defendant's objection is overruled.

C. **Designation of Those Witnesses Whose Testimony the School Board Expects to Present by Deposition**

The School Board expects to present by deposition the testimony of Coalition for TJ as given by its Rule 30(b)(6) designees Asra Nomani and Glen Miller. The portions of those depositions that the School Board expects to offer are designated on Exhibit A. All page and line designations refer to pages and lines in the original official transcripts (i.e., non-rough transcripts, prior to any errata). To the extent that any designations are modified by subsequent errata, the School Board reserves the right to amend these designations based on such errata. The School Board also reserves the right not to offer any of the above designated testimony, or to offer only portions of the designated testimony. It further reserves the right, to the fullest extent permitted by the Court's pretrial Orders, Local Rules, and the Federal Rules of Civil Procedure and Evidence, to designate different or additional testimony in response to Plaintiff's counter-designations, or in connection with the parties' meet-and-confers relating to any party's objections to any designated testimony.

The School Board further reserves the right to present any other witnesses through deposition should such witnesses become unavailable to testify in person at trial.

Respectfully submitted,

FAIRFAX COUNTY SCHOOL BOARD

By: _____/s/_____
Sona Rewari (VSB No. 47327)
Daniel Stefany (VSB No. 91093)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
srewari@HuntonAK.com
dstefany@HuntonAK.com

Trevor S. Cox (VSB No. 78396)
HUNTON ANDREWS KURTH LLP
951 E. Byrd Street
Richmond, VA 23219
Telephone: (804) 788-7221
Facsimile: (804) 788-8218
tcox@HuntonAK.com

*Counsel for Defendant Fairfax County School Board*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

_____/s/_____
Sona Rewari (VSB No. 47327)

# Exhibit A
## Defendant's Deposition Designations

### ASRA NOMANI

Pg: 6 Ln: 6 - 13
Pg: 9 Ln: 12 - 21
Pg: 14 Ln: 11 - 22
Pg: 15 Ln: 1 - Pg: 16 Ln: 18
Pg: 16 Ln: 17 - Pg: 17 Ln: 10
Pg: 17 Ln: 11 - Pg: 18 Ln: 2
Pg: 18 Ln: 12 - Pg: 19 Ln: 17
Pg: 20 Ln: 3 - Pg: 21 Ln: 10
Pg: 21 Ln: 18 - Pg: 22 Ln: 9
Pg: 24 Ln: 2 - 5
Pg: 25 Ln: 22 - Pg: 26 Ln: 7
Pg: 26 Ln: 8 - 17
Pg: 30 Ln: 1 - Pg: 31 Ln: 6
Pg: 32 Ln: 1 - 8
Pg: 32 Ln: 10 - Pg: 33 Ln: 4
Pg: 33 Ln: 10 - 18
Pg: 34 Ln: 4 - 7
Pg: 34 Ln: 10 - 11
Pg: 34 Ln: 22 - Pg: 35 Ln: 9
Pg: 35 Ln: 21 - Pg: 36 Ln: 6
Pg: 39 Ln: 14 - Pg: 40 Ln: 4
Pg: 40 Ln: 12 - 16
Pg: 40 Ln: 20 - 22
Pg: 41 Ln: 1 - Pg: 42 Ln: 5
Pg: 42 Ln: 6 - Pg: 43 Ln: 15
Pg: 44 Ln: 2 - 18
Pg: 44 Ln: 22 - Pg: 45 Ln: 9
Pg: 45 Ln: 16 - Pg: 46 Ln: 6
Pg: 47 Ln: 13 - Pg: 48 Ln: 11
Pg: 48 Ln: 21 - Pg: 49 Ln: 14
Pg: 49 Ln: 20 - 21
Pg: 50 Ln: 1 - Pg: 51 Ln: 12
Pg: 51 Ln: 18 - Pg: 52 Ln: 21
Pg: 53 Ln: 16 - Pg: 54 Ln: 17
Pg: 54 Ln: 19 - Pg: 56 Ln: 20
Pg: 58 Ln: 1 - 9
Pg: 59 Ln: 9 - 10
Pg: 59 Ln: 22 - Pg: 60 Ln: 9
Pg: 60 Ln: 13 - 17
Pg: 60 Ln: 19 - 22
Pg: 61 Ln: 2 - 5

Pg: 61 Ln: 18 - 21  
Pg: 62 Ln: 2 - 8  
Pg: 62 Ln: 10 - Pg: 63 Ln: 13  
Pg: 64 Ln: 15 - Pg: 65 Ln: 12  
Pg: 65 Ln: 13 - 18  
Pg: 65 Ln: 19 - Pg: 67 Ln: 1  
Pg: 67 Ln: 4 - 21  
Pg: 67 Ln: 22 - Pg: 68 Ln: 18  
Pg: 68 Ln: 21 - Pg: 69 Ln: 2  
Pg: 69 Ln: 3 - Pg: 70 Ln: 4  
Pg: 70 Ln: 19 - Pg: 72 Ln: 17  
Pg: 72 Ln: 19 - 22  
Pg: 74 Ln: 1 - 4  
Pg: 74 Ln: 6 - 18  
Pg: 75 Ln: 7 - 14  
Pg: 75 Ln: 16 - 17  
Pg: 76 Ln: 1 - 2  
Pg: 76 Ln: 5 - 16  
Pg: 76 Ln: 19 - Pg: 77 Ln: 14  
Pg: 77 Ln: 15 - 20  
Pg: 78 Ln: 2 - 13  
Pg: 79 Ln: 20 - Pg: 80 Ln: 22  
Pg: 81 Ln: 2 - Pg: 82 Ln: 11  
Pg: 82 Ln: 14 - Pg: 84 Ln: 18  
Pg: 84 Ln: 20 - Pg: 85 Ln: 1  
Pg: 86 Ln: 6 - 9  
Pg: 86 Ln: 11 - Pg: 88 Ln: 22  
Pg: 89 Ln: 2 - 16  
Pg: 89 Ln: 19 - Pg: 90 Ln: 3  
Pg: 90 Ln: 4 - 7  
Pg: 90 Ln: 18 - Pg: 91 Ln: 13  
Pg: 92 Ln: 4 - 13  
Pg: 92 Ln: 14 - Pg: 93 Ln: 16  
Pg: 93 Ln: 18 - Pg: 94 Ln: 5  
Pg: 94 Ln: 16 - Pg: 95 Ln: 11  
Pg: 95 Ln: 13 - Pg: 96 Ln: 4  
Pg: 96 Ln: 18 - Pg: 98 Ln: 3  
Pg: 98 Ln: 13 - 16  
Pg: 99 Ln: 2 - 5  
Pg: 99 Ln: 6 - 7  
Pg: 99 Ln: 10 - Pg: 101 Ln: 3  
Pg: 101 Ln: 5 - Pg: 102 Ln: 10  
Pg: 103 Ln: 10 - 15  
Pg: 110 Ln: 2 - Pg: 112 Ln: 14  
Pg: 112 Ln: 16  
Pg: 113 Ln: 1 - 8

Pg: 113 Ln: 13 - Pg: 114 Ln: 1
Pg: 116 Ln: 4 - 6
Pg: 116 Ln: 8 - 17
Pg: 117 Ln: 14 - 15
Pg: 117 Ln: 18 - 19
Pg: 118 Ln: 20 - Pg: 119 Ln: 6
Pg: 119 Ln: 8 - 14
Pg: 119 Ln: 15 - Pg: 120 Ln: 6
Pg: 120 Ln: 7 - 12
Pg: 120 Ln: 16 - 17
Pg: 120 Ln: 20
Pg: 121 Ln: 4 - 5
Pg: 121 Ln: 8 - 16
Pg: 121 Ln: 19 - 22
Pg: 122 Ln: 7 - 10
Pg: 122 Ln: 13 - Pg: 123 Ln: 3
Pg: 125 Ln: 13 - 14
Pg: 132 Ln: 9 - 19
Pg: 135 Ln: 1 - Pg: 136 Ln: 14
Pg: 141 Ln: 16 - Pg: 142 Ln: 6
Pg: 142 Ln: 20 - 22
Pg: 143 Ln: 3 - 6
Pg: 143 Ln: 20 - Pg: 144 Ln: 13
Pg: 144 Ln: 14 - 16
Pg: 149 Ln: 5 - Pg: 150 Ln: 13
Pg: 150 Ln: 16 - Pg: 151 Ln: 1
Pg: 154 Ln: 11 - 13
Pg: 154 Ln: 16 - 21
Pg: 155 Ln: 2 - 8
Pg: 155 Ln: 18 - Pg: 156 Ln: 3
Pg: 156 Ln: 10 - 18
Pg: 156 Ln: 19 - 20
Pg: 157 Ln: 2 - 10
Pg: 157 Ln: 13 - 16
Pg: 157 Ln: 18
Pg: 158 Ln: 7 - 12
Pg: 158 Ln: 20 - Pg: 160 Ln: 14
Pg: 172 Ln: 21 - Pg: 173 Ln: 2
Pg: 173 Ln: 5 - 12
Pg: 183 Ln: 19 - 21
Pg: 184 Ln: 2
Pg: 184 Ln: 14 - 18
Pg: 185 Ln: 5 - 12
Pg: 185 Ln: 15 - Pg: 186 Ln: 2
Pg: 186 Ln: 5 - 9
Pg: 200 Ln: 3 - 6

Pg: 200 Ln: 14 - 16
Pg: 200 Ln: 18 - 21
Pg: 201 Ln: 2 - 12
Pg: 201 Ln: 14
Pg: 202 Ln: 6 - 7
Pg: 202 Ln: 9 - 14
Pg: 202 Ln: 16 - 21
Pg: 203 Ln: 1 - Pg: 204 Ln: 17
Pg: 204 Ln: 19 - Pg: 205 Ln: 12
Pg: 205 Ln: 15 - 19
Pg: 206 Ln: 3 - 8
Pg: 206 Ln: 10 - 13

## GLENN MILLER

Pg: 6 Ln: 9 - 11
Pg: 9 Ln: 15 - 18
Pg: 9 Ln: 19 - Pg: 10 Ln: 2
Pg: 26 Ln: 7 - Pg: 27 Ln: 1
Pg: 27 Ln: 2 - 4
Pg: 27 Ln: 5 - 16
Pg: 27 Ln: 21 - Pg: 28 Ln: 11
Pg: 35 Ln: 7 - Pg: 36 Ln: 19
Pg: 41 Ln: 1 - 5
Pg: 41 Ln: 7 - Pg: 43 Ln: 5
Pg: 52 Ln: 2 - 21
Pg: 53 Ln: 3 - 9
Pg: 53 Ln: 21 - Pg: 54 Ln: 4
Pg: 54 Ln: 6
Pg: 54 Ln: 7 - 18
Pg: 54 Ln: 21 - Pg: 55 Ln: 8
Pg: 55 Ln: 10 - 19
Pg: 55 Ln: 20 - Pg: 56 Ln: 18
Pg: 56 Ln: 22 - Pg: 57 Ln: 14
Pg: 57 Ln: 19 - Pg: 58 Ln: 7
Pg: 58 Ln: 8 - 18
Pg: 58 Ln: 20 - 21
Pg: 59 Ln: 4 - 14
Pg: 59 Ln: 15 - 18
Pg: 59 Ln: 22 - Pg: 60 Ln: 21
Pg: 60 Ln: 22 - Pg: 61 Ln: 7
Pg: 61 Ln: 11 - 15
Pg: 61 Ln: 19 - 20
Pg: 61 Ln: 22
Pg: 62 Ln: 4 - 9

Pg: 62 Ln: 11 - 14
Pg: 62 Ln: 19 - Pg: 63 Ln: 11
Pg: 64 Ln: 13 - 19
Pg: 64 Ln: 21 - 22
Pg: 68 Ln: 10 - 14
Pg: 68 Ln: 16 - 18
Pg: 68 Ln: 21 - Pg: 69 Ln: 14
Pg: 69 Ln: 20 - Pg: 70 Ln: 9
Pg: 71 Ln: 3 - 7
Pg: 71 Ln: 9 - 15
Pg: 74 Ln: 10 - Pg: 75 Ln: 1
Pg: 75 Ln: 4 - 11
Pg: 75 Ln: 12 - Pg: 77 Ln: 6
Pg: 77 Ln: 10 - Pg: 78 Ln: 13
Pg: 79 Ln: 14 - Pg: 80 Ln: 12
Pg: 80 Ln: 17 - Pg: 81 Ln: 12
Pg: 81 Ln: 13 - 14
Pg: 81 Ln: 16 - 19
Pg: 81 Ln: 20 - 22
Pg: 82 Ln: 2 - 4
Pg: 82 Ln: 8 - Pg: 83 Ln: 6
Pg: 83 Ln: 7 - 17
Pg: 83 Ln: 19 - Pg: 84 Ln: 15
Pg: 84 Ln: 16 - 20
Pg: 85 Ln: 4 - 11
Pg: 85 Ln: 12 - 16
Pg: 85 Ln: 18 - Pg: 86 Ln: 11
Pg: 89 Ln: 15 - 19
Pg: 89 Ln: 22 - Pg: 90 Ln: 21
Pg: 94 Ln: 19
Pg: 94 Ln: 22 - Pg: 96 Ln: 20
Pg: 96 Ln: 21 - Pg: 98 Ln: 1
Pg: 98 Ln: 3 - 5
Pg: 98 Ln: 7 - 16
Pg: 98 Ln: 17 - 21
Pg: 99 Ln: 1 - 13
Pg: 99 Ln: 19 - Pg: 100 Ln: 1
Pg: 100 Ln: 4 - 12
Pg: 100 Ln: 15 - Pg: 101 Ln: 8
Pg: 102 Ln: 3 - 5
Pg: 102 Ln: 10 - 16
Pg: 103 Ln: 2 - 9
Pg: 103 Ln: 13 - Pg: 104 Ln: 1
Pg: 104 Ln: 3
Pg: 104 Ln: 19 - Pg: 106 Ln: 9
Pg: 107 Ln: 5 - 7

Pg: 107 Ln: 9 - 14
Pg: 112 Ln: 12 - 13
Pg: 112 Ln: 16 - 22
Pg: 113 Ln: 16 - 20
Pg: 113 Ln: 22 - Pg: 114 Ln: 8
Pg: 115 Ln: 3 - 5
Pg: 115 Ln: 13 - 14
Pg: 115 Ln: 15 - 16
Pg: 115 Ln: 18
Pg: 115 Ln: 19 - 21
Pg: 116 Ln: 1
Pg: 116 Ln: 4 - 8
Pg: 116 Ln: 12 - 17
Pg: 117 Ln: 8 - 11
Pg: 117 Ln: 15 - 17
Pg: 118 Ln: 18 - 20
Pg: 119 Ln: 2 - 9
Pg: 122 Ln: 17 - Pg: 123 Ln: 5
Pg: 123 Ln: 6 - 9
Pg: 127 Ln: 1
Pg: 127 Ln: 3 - 7