# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| COALITION FOR TJ, <br><br> Plaintiff, <br><br> v. <br><br> FAIRFAX COUNTY SCHOOL BOARD, <br><br> Defendant. | No. 1:21-cv-00296-CMH-JFA |

## [PROPOSED] CONSENT ORDER ON
## BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT

Pursuant to this Court's Minute Entry of November 19, 2021 (Dkt. 85), and agreement of the parties Plaintiff Coalition for TJ and Defendant Fairfax County School Board, by their respective counsel, the Parties' cross-motions for summary judgment in the above-captioned matter shall be filed and briefed as follows:

1. December 3, 2021 – Motions for Summary Judgment due

2. December 23, 2021 – Opposition to Motions for Summary Judgment due

3. No reply briefs will be permitted. The parties shall set their respective motions for hearing on January 7, 2022, or as soon thereafter as the Court may be available.

Dated:_____.        _____
                                    Claude M. Hilton, District Judge

Dated: November 24, 2021.

Respectfully submitted,

s/ Alison E. Somin

| | |
|---|---|
| ERIN E. WILCOX*, <br>  Cal. Bar No. 337427 <br> CHRISTOPHER M. KIESER*, <br>  Cal. Bar No. 298486 <br> Pacific Legal Foundation <br> 555 Capitol Mall, Suite 1290 <br> Sacramento, California 95814 <br> Telephone: (916) 419-7111 <br> Facsimile: (916) 419-7747 <br> EWilcox@pacificlegal.org <br> CKieser@pacificlegal.org <br><br> *Pro Hac Vice | ALISON E. SOMIN, Va. Bar No. 79027 <br> Pacific Legal Foundation <br> 3100 Clarendon Blvd., Suite 610 <br> Arlington, Virginia 22201 <br> Telephone: (202) 557-0202 <br> Facsimile: (916) 419-7747 <br> ASomin@pacificlegal.org <br><br> GLENN E. ROPER*, <br> Colo. Bar No. 38723 <br> Pacific Legal Foundation <br> 1745 Shea Center Dr., Suite 400 <br> Highlands Ranch, Colorado 80129 <br> Telephone: (916) 503-9045 <br> Facsimile: (916) 419-7747 <br> GERoper@pacificlegal.org |

*Counsel for Plaintiff Coalition for TJ*

/s/ Sona Rewari

| | |
|---|---|
| Trevor S. Cox (VSB No. 78396) <br> HUNTON ANDREWS KURTH LLP <br> 951 E. Byrd Street <br> Richmond, VA 23219 <br> Telephone: (804) 788-7221 <br> Facsimile: (804) 788-8218 <br> tcox@HuntonAK.com | Sona Rewari (VSB No. 47327) <br> Daniel Stefany (VSB No. 91093) <br> HUNTON ANDREWS KURTH LLP <br> 2200 Pennsylvania Avenue, NW <br> Washington, DC 20037 <br> Telephone: (202) 955-1500 <br> Facsimile: (202) 778-2201 <br> srewari@HuntonAK.com <br> dstefany@HuntonAK.com |

*Counsel for Defendant Fairfax County School Board*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of November, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

s/ Alison E. Somin
ALISON E. SOMIN, Va. Bar No. 79027
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 610
Arlington, Virginia 22201
Telephone: (202) 557-0202
Facsimile: (916) 419-7747
ASomin@pacificlegal.org
*Counsel for Plaintiff*
