IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| COALITION FOR TJ,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>FAIRFAX COUNTY SCHOOL BOARD,<br><br>　　　　　　　　Defendant. | No. 1:21-cv-00296-CMH-JFA |

## PLAINTIFF'S NOTICE REGARDING SRINIVAS AKELLA

Plaintiff Coalition for TJ now files this Notice to inform the Court that Srinivas Akella is no longer a member of the Coalition for TJ. *See* ECF No. 1 ¶ 14; ECF No. 16-1; ECF No. 59-1. The Coalition for TJ continues to include members with children who intend to or have already applied for admission to TJ, including children currently in eighth grade.

Dated: November 24, 2021

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/ Alison E. Somin
ERIN E. WILCOX*,　　　　　　　　　　ALISON E. SOMIN, Va. Bar No. 79027
　Cal. Bar No. 337427　　　　　　　　　Pacific Legal Foundation
CHRISTOPHER M. KIESER*,　　　　　　3100 Clarendon Blvd., Suite 610
　Cal. Bar No. 298486　　　　　　　　　Arlington, Virginia 22201
Pacific Legal Foundation　　　　　　　　Telephone: (202) 557-0202
555 Capitol Mall, Suite 1290　　　　　　Facsimile: (916) 419-7747
Sacramento, California 95814　　　　　　ASomin@pacificlegal.org
Telephone: (916) 419-7111
Facsimile: (916) 419-7747　　　　　　　GLENN E. ROPER*,
EWilcox@pacificlegal.org　　　　　　　　Colo. Bar No. 38723
CKieser@pacificlegal.org　　　　　　　　Pacific Legal Foundation
　　　　　　　　　　　　　　　　　　　　1745 Shea Center Dr., Suite 400
　*Pro Hac Vice*　　　　　　　　　　　　Highlands Ranch, Colorado 80129
　　　　　　　　　　　　　　　　　　　　Telephone: (916) 503-9045
　　　　　　　　　　　　　　　　　　　　Facsimile: (916) 419-7747
　　　　　　　　　　　　　　　　　　　　GERoper@pacificlegal.org
　　　　　　　　　　　*Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of November, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Counsel for Defendant are registered with the Court's CM/ECF system and will receive a notification of such filing via the Court's electronic filing system.

s/ Alison E. Somin
ALISON E. SOMIN, Va. Bar No. 79027
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 610
Arlington, Virginia 22201
Telephone: (202) 557-0202
Facsimile: (916) 419-7747
ASomin@pacificlegal.org
*Counsel for Plaintiff*
