IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| COALITION FOR TJ, | ) |
|     Plaintiff, | ) |
| v. | ) Civil No. 1:21-cv-00296-CMH-JFA |
| FAIRFAX COUNTY SCHOOL BOARD, | ) |
|     Defendant. | ) |

# **DEFENDANT'S OBJECTIONS TO PLAINTIFF'S AMENDED TRIAL EXHIBIT LIST**

Defendant Fairfax County School Board, by counsel and pursuant to the scheduling order, ECF No. 54, objects as follows to Plaintiff's proposed trial exhibits, as amended:

1. Defendant objects to any exhibit that is offered without first laying a proper foundation through an appropriate witness.

2. Defendant cannot determine from the basis of Plaintiff's Amended Exhibit List whether certain exhibits are offered for the truth of the matter asserted or for some non-hearsay purpose. Defendant objects to any out of court statement that is offered for the truth of the matter asserted absent an exception to the hearsay rule.

3. Plaintiff has ignored the requirements of Fed. R. Civ. P. 26(a)(3)(A)(iii), in that it has failed to identify those exhibits that it intends to introduce at trial, and those that it may introduce at trial if the need arises.

4. Defendant objects to Plaintiff's identification of full deposition transcripts as trial exhibits, as in contravention of Federal Rule 26(a)(3)(A) which requires Plaintiff to designate the testimony that Plaintiff intends to offer via deposition, and Federal of Civil Procedure 32 which prescribes the circumstances under which deposition testimony may be used at trial.

5. In addition to the foregoing objections, Defendant objects to each of Plaintiff's trial exhibits as follows:

| Ex. No. | Date | Begin Bates | End Bates | Description | Objection[1] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | I | A | NP | H | FRE 403 | O | N |
| TJ001 | 12/17/2020 | FCSB-TJ00002881 | FCSB-TJ00002890 | | | | | | | | X |
| TJ002 | 12/7/2020 | FCSB-TJ00003694 | FCSB-TJ00003697 | | | | | | | | X |
| TJ003 | 12/7/2020 | FCSB-TJ00003455 | FCSB-TJ00003458 | | | | | | | | |
| TJ004 | 10/6/2020 | NONE | NONE | 10/6/2020 Work Session Minutes | | | | | | | X |
| TJ005 | 10/8/2020 | NONE | NONE | 10/8/2020 Regular Meeting Minutes | | | | | | | X |
| TJ006 | 10/6/2020 | FCSB-TJ00000064 | FCSB-TJ00000064 | | | | | | | | X |
| TJ007 | 9/15/2020 | NONE | NONE | | | | | | | | X |
| TJ008 | 6/26/2020 | FCSB-TJ00008563 | FCSB-TJ00008582 | | | | | | X | Best evidence rule | |
| TJ009 | 6/24/2020 | FCSB-TJ000008677 | FCSB-TJ000008689 | | X | | | | X | Best evidence rule | |
| TJ010 | 11/17/2020 | NONE | NONE | 11/17/2020 Slideshow Presentation | | | | | | | X |
| TJ011 | 9/15/2020 | NONE | NONE | 9/15/2020 Slideshow Presentation | | | | | | | X |

---

[1] I = incomplete document; A = authenticity not established; NP = not produced or otherwise disclosed in discovery; FRE 403= not relevant or inadmissible under Federal Rule of Evidence 403; H= hearsay; O = other; N = none.

| Ex. No. | Date | Begin Bates | End Bates | Description | Objection[1] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | I | A | NP | H | FRE 403 | O | N |
| TJ012 | 10/6/2020 | FCSB-TJ00002988 | FCSB-TJ00002995 | | | | | | | | X |
| TJ013 | 1/15/2021 | FCSB-TJ00016416 | FCSB-TJ00016419 | | X | | | X | X | No foundation, FRE 701 | |
| TJ014 | 2/3/2021 | FCSB-TJ00007160 | FCSB-TJ00007162 | | | | | X | | | |
| TJ015 | 2/22/2021 | FCSB-TJ00004266 | FCSB-TJ00004267 | | | | | X | X | | |
| TJ016 | 12/22/2020 | FCSB-TJ00007088 | FCSB-TJ00007091 | | | | | X | X | No foundation; FRE 701 | |
| TJ017 | 12/16/2020 | FCSB-TJ00001189 | FCSB-TJ00001190 | | | | | X | | | |
| TJ018 | 8/17/2020 | FCSB-TJ00020905 | FCSB-TJ00020905 | | | | | X | | | |
| TJ019 | 6/12/2020 | FCSB-TJ00002181 | FCSB-TJ00002183 | | | | | X | X | | |
| TJ020 | 10/6/2020 | FCSB-TJ00021813 | FCSB-TJ00021814 | | | | | X | X | | |
| TJ021 | 10/8/2020 | FCSB-TJ00002317 | FCSB-TJ00002318 | | | | | X | | | |
| TJ022 | 12/10/2020 | FCSB-TJ00000262 | FCSB-TJ00000265 | | | | | X | | | |
| TJ023 | 10/6/2020 | FCSB-TJ00000415 | FCSB-TJ00000416 | | | | | X | | | |
| TJ024 | 10/6/2020 | FCSB-TJ00000417 | FCSB-TJ00000418 | | | | | X | | | |
| TJ025 | 9/19/2020 | FCSB-TJ00000489 | FCSB-TJ00000496 | | | | | X | | | |
| TJ026 | 10/6/2020 | FCSB-TJ00000498 | FCSB-TJ00000500 | | | | | X | | | |
| TJ027 | 12/6/2020 | FCSB-TJ00000737 | FCSB-TJ00000738 | | | | | | | | X |
| TJ028 | 12/17/2020 | FCSB-TJ00000739 | FCSB-TJ00000740 | | | | | | | | X |
| TJ029 | 8/14/2020 | FCSB-TJ00007331 | FCSB-TJ00007332 | | | | | | | | X |

| Ex. No. | Date | Begin Bates | End Bates | Description | Objection[1] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | I | A | NP | H | FRE 403 | O | N |
| TJ030 | 11/16/2020 | FCSB-TJ000024218 | FCSB-TJ000024219 | | | | | | | | X |
| TJ031 | 12/14/2020 | FCSB-TJ00014292 | FCSB-TJ00014292 | | | | | X | | | |
| TJ032 | 9/23/2020 | FCSB-TJ00000799 | FCSB-TJ00000799 | | | | | X | | | |
| TJ033 | 12/16/2020 | FCSB-TJ000024603 | FCSB-TJ000024603 | | | | | X | | | |
| TJ034 | 12/18/2020 | FCSB-TJ00024675 | FCSB-TJ00024675 | | | | | X | X | | |
| TJ035 | 10/10/2020 | FCSB-TJ00016403 | FCSB-TJ00016403 | | | | | X | | | |
| TJ036 | 10/2/2020 | FCSB-TJ00001946 | FCSB-TJ00001947 | | | | | X | | | |
| TJ037 | 12/18/2020 | FCSB-TJ00024764 | FCSB-TJ00024764 | | | | | X | | | |
| TJ038 | 11/16/2020 | FCSB-TJ00003056 | FCSB-TJ00003056 | | | | | | | | X |
| TJ039 | 11/2/2020 | FCSB-TJ00004250 | FCSB-TJ00004250 | | | | | X | X | | |
| TJ040 | 10/30/2020 | FCSB-TJ00020985 | FCSB-TJ00020986 | | | | | X | | | |
| TJ041 | 9/17/2020 | FCSB-TJ00009369 | FCSB-TJ00009370 | | | | | X | | No foundation | |
| TJ042 | 9/18/2020 | FCSB-TJ00007149 | FCSB-TJ00007149 | | | | | X | | No foundation | |
| TJ043 | NONE | FCSB-TJ00007876 | FCSB-TJ00007884 | | | | | X | X | | |
| TJ044 | 10/4/2020 | FCSB-TJ00000309 | FCSB-TJ00000309 | | | | | X | | | |
| TJ045 | 10/6/2020 | FCSB-TJ00000311 | FCSB-TJ00000311 | | | | | X | | | |
| TJ046 | 10/21/2020 | FCSB-TJ00003629 | FCSB-TJ00003640 | | | | | X | X | | |

| Ex. No. | Date | Begin Bates | End Bates | Description | Objection[1] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | I | A | NP | H | FRE 403 | O | N |
| TJ047 | 12/7/2020 | FCSB-TJ000024087 | FCSB-TJ000024088 | | | | | | | | X |
| TJ048 | 9/24/2020 | FCSB-TJ00001026 | FCSB-TJ00001034 | | | | | X | X | | |
| TJ049 | 10/5/2020 | FCSB-TJ000010449 | FCSB-TJ000010450 | | | | | X | | | |
| TJ050 | 6/8/2020 | FCSB-TJ000010451 | FCSB-TJ000010452 | | | | | X | | | |
| TJ051 | 6/17/2020 | FCSB-TJ000010720 | FCSB-TJ000010721 | | | | | X | | | |
| TJ052 | 12/7/2020 | FCSB-TJ00001095 | FCSB-TJ00001096 | | | | | X | X | | |
| TJ053 | 12/14/2020 | FCSB-TJ00001734 | FCSB-TJ00001735 | | | | | | | | X |
| TJ054 | 12/14/2020 | FCSB-TJ000000502 | FCSB-TJ000000503 | | | | | X | | | |
| TJ055 | Spring 2020 | FCSB-TJ00008507 | FCSB-TJ00008518 | | | | | X | X | FRE 701 | |
| TJ056 | 9/8/2020 | FCSB-TJ00018515 | FCSB-TJ00018516 | | | | | X | X | No foundation; Legal opinions; FRE 701 | |
| TJ057 | 6/12/2020 | FCSB-TJ00015078 | FCSB-TJ00015080 | | | | | X | X | | |
| TJ058 | 9/24/2020 | FCSB-TJ00008374 | FCSB-TJ00008376 | | | | | X | X | | |
| TJ059 | 10/5/2020 | FCSB-TJ00016052 | FCSB-TJ00016052 | | | | | X | X | No foundation | |
| TJ060 | 9/23/2020 | FCSB-TJ00001827 | FCSB-TJ00001827 | | | | | X | X | No foundation | |
| TJ061 | 10/9/2020 | FCSB-TJ00016093 | FCSB-TJ00016095 | | | | | X | X | No foundation | |
| TJ062 | 12/16/2020 | FCSB-TJ00024667 | FCSB-TJ00024667 | | | | | X | X | No foundation; Legal conclusions; FRE 701 | |
| TJ063 | 6/18/2020 | FCSB-TJ00004147 | FCSB-TJ00004148 | | | | | X | X | | |

| Ex. No. | Date | Begin Bates | End Bates | Description | Objection[1] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | I | A | NP | H | FRE 403 | O | N |
| TJ064 | 6/15/2020 | FCSB-TJ00009220 | FCSB-TJ00009221 | | | | | X | | | |
| TJ065 | 8/6/2020 | FCSB-TJ00008361 | FCSB-TJ00008364 | | | | | X | | | |
| TJ066 | 10/7/2020 | FCSB-TJ00000419 | FCSB-TJ00000419 | | | | | X | | | |
| TJ067 | 12/7/2020 | FCSB-TJ00009014 | FCSB-TJ00009015 | | | | | | | | X |
| TJ068 | 12/18/2020 | FCSB-TJ000013294 | FCSB-TJ000013294 | | | | | X | X | | |
| TJ069 | 9/23/2020 | FCSB-TJ00001827 | FCSB-TJ00001827 | | | | | X | X | No foundation | |
| TJ070 | NONE | FCSB-TJ00000785 | FCSB-TJ00000786 | | | | | | X | No foundation | |
| TJ071 | 10/7/2020 | FCSB-TJ00021551 | FCSB-TJ00021552 | | | | | X | X | FRE 701 | |
| TJ072 | 9/22/2020 | FCSB-TJ00004312 | FCSB-TJ00004312 | | | | | X | | | |
| TJ073 | 9/29/2020 | FCSB-TJ00002714 | FCSB-TJ00002714 | | | | | X | X | | |
| TJ074 | 8/25/2020 | FCSB-TJ00007802 | FCSB-TJ00007806 | | | | | | X | No foundation | |
| TJ075 | 8/10/2020 | FCSB-TJ00025440 | FCSB-TJ00025440 | | | | | | X | | |
| TJ076 | 10/9/2020 | FCSB-TJ00001715 | FCSB-TJ00001715 | | | | | X | X | | |
| TJ077 | 10/7/2020 | FCSB-TJ00007807 | FCSB-TJ00007807 | | | | | | X | | |
| TJ078 | 6/22/2020 | FCSB-TJ00009187 | FCSB-TJ00009188 | | | | | | X | | |
| TJ079 | 9/15/2020 | FCSB-TJ00003419 | FCSB-TJ00003427 | | | | | X | X | No foundation; Best evidence rule | |

| Ex. No. | Date | Begin Bates | End Bates | Description | I | A | NP | H | FRE 403 | O | N |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TJ080 | 9/15/2020 | FCSB-TJ00001194 | FCSB-TJ00001195 | | | | | X | | | |
| TJ081 | 9/15/2020 | FCSB-TJ00002309 | FCSB-TJ00002315 | | | | | X | | | |
| TJ082 | 10/2/2020 | FCSB-TJ00000846 | FCSB-TJ00000849 | | | | | X | X | | |
| TJ083 | 6/8/2020 | FCSB-TJ00007863 | FCSB-TJ00007864 | | | | | X | | No foundation | |
| TJ084 | 10/9/2020 | FCSB-TJ00007844 | FCSB-TJ00007848 | | | | | X | | | |
| TJ085 | 10/5/2020 | FCSB-TJ00021746 | FCSB-TJ00021749 | | | | | X | X | | |
| TJ086 | 12/21/2020 | FCSB-TJ00021792 | FCSB-TJ00021794 | | | | | X | X | | |
| TJ087 | NONE | FCSB-TJ00021441 | FCSB-TJ00021441 | | X | | | | | Best evidence rule | |
| TJ088 | 8/12/2020 | FCSB-TJ00007333 | FCSB-TJ00007334 | | | | | X | | | |
| TJ089 | NONE | FCSB-TJ00008366 | FCSB-TJ00008366 | | | | | | | | X |
| TJ090 | NONE | FCSB-TJ00007860 | FCSB-TJ00007860 | | | | | | | | X |
| TJ091 | 12/17/2020 | FCSB-TJ00008367 | FCSB-TJ00008368 | | | | | | | | X |
| TJ092 | 11/13/2020 | FCSB-TJ00020994 | FCSB-TJ00020996 | | | | | X | X | | |
| TJ093 | 2020-2021 | NONE | NONE | | | | | | | | X |
| TJ094 | NONE | NONE | NONE | | | | | X | | No foundation, FRE 701; Impermissible expert opinion | |
| TJ095 | NONE | FCSB-TJ00025854 | FCSB-TJ00025854 | | | | | | | | X |
| TJ096 | NONE | FCSB-TJ00025855 | FCSB-TJ00025855 | | | | | | | | X |

| Ex. No. | Date | Begin Bates | End Bates | Description | Objection[1] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | I | A | NP | H | FRE 403 | O | N |
| TJ097 | NONE | FCSB-TJ00025851 | FCSB-TJ00025851 | | | | | | | | X |
| TJ098 | NONE | FCSB-TJ00021186 | FCSB-TJ00021188 | | | | | X | X | No foundation | |
| TJ099 | 10/4/2020 | FCSB-TJ000021746 | FCSB-TJ000021749 | | | | | X | X | | |
| TJ100 | 1/29/2021 | FCSB-TJ00000306 | FCSB-TJ00000306 | | | | | | | | X |
| TJ101 | NONE | FCSB-TJ00021442 | FCSB-TJ00021442 | | X | | | | | Best evidence rule | |
| TJ102 | NONE | FCSB-TJ00007365 | FCSB-TJ00007396 | | | | | | X | No foundation | |
| TJ103 | NONE | FCSB-TJ00008001 | FCSB-TJ00008001 | | | | | | X | No foundation | |
| TJ104 | NONE | FCSB-TJ00003936 | FCSB-TJ00003936 | | | | | | X | No foundation; Best evidence rule | |
| TJ105 | 2/3/2021 | FCSB-TJ00007160 | FCSB-TJ00007162 | | | | | X | X | | |
| TJ106 | 11/3/2020 | FCSB-TJ00004258 | FCSB-TJ00004259 | | | | | X | X | | |
| TJ107 | NONE | FCSB-TJ00003927 | FCSB-TJ00003932 | | | | | X | X | No foundation; Best evidence rule | |
| TJ108 | NONE | FCSB-TJ00007860 | FCSB-TJ00007860 | | | | | | X | | |
| TJ109 | 10/20/2020 | FCSB-TJ00007861 | FCSB-TJ00007862 | | | | | | X | | |
| TJ110 | 6/8/2020 | FCSB-TJ00007863 | FCSB-TJ00007864 | | | | | X | | No foundation | |
| TJ111 | 9/18/2020 | FCSB-TJ00007147 | FCSB-TJ00007148 | | | | | X | | No foundation | |
| TJ112 | 8/13/2020 | FCSB-TJ00007335 | FCSB-TJ00007338 | | | | | X | X | | |
| TJ113 | 9/18/2020 | FCSB-TJ00007149 | FCSB-TJ00007149 | | | | | X | | No foundation | |

| Ex. No. | Date | Begin Bates | End Bates | Description | Objection[1] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | I | A | NP | H | FRE 403 | O | N |
| TJ114 | 9/29/2020 | FCSB-TJ000021437 | FCSB-TJ000021448 | | | | | | | | X |
| TJ115 | 9/27/2020 | FCSB-TJ000021736 | FCSB-TJ000021740 | | | | | X | X | | |
| TJ116 | 9/28/2020 | FCSB-TJ000021741 | FCSB-TJ000021742 | | | | | X | X | | |
| TJ117 | NONE | FCSB-TJ000021821 | FCSB-TJ000021821 | | | | | | | | X |
| TJ118 | NONE | FCSB-TJ000025366 | FCSB-TJ000025366 | | X | | | X | X | | |
| TJ119 | NONE | FCSB-TJ000025378 | FCSB-TJ000025378 | | X | | | X | X | | |
| TJ120 | NONE | FCSB-TJ000025488 | FCSB-TJ000025488 | | X | | | X | X | | |
| TJ121 | NONE | FCSB-TJ000025490 | FCSB-TJ000025490 | | X | | | X | X | | |
| TJ122 | NONE | FCSB-TJ000025493 | FCSB-TJ000025493 | | X | | | X | X | | |
| TJ123 | NONE | FCSB-TJ000025653 | FCSB-TJ000025653 | | X | | | X | X | | |
| TJ124 | NONE | FCSB-TJ000025654 | FCSB-TJ000025654 | | X | | | X | X | | |
| TJ125 | NONE | FCSB-TJ000025675 | FCSB-TJ000025675 | | X | | | X | X | | |
| TJ126 | 9/23/2020 | FCSB-TJ000025683 | FCSB-TJ000025683 | | X | | | X | X | | |
| TJ127 | NONE | FCSB-TJ000025756 | FCSB-TJ000025756 | | X | | | X | X | | |
| TJ128 | NONE | FCSB-TJ000025757 | FCSB-TJ000025757 | | X | | | X | X | | |
| TJ129 | NONE | FCSB-TJ000025762 | FCSB-TJ000025762 | | X | | | X | X | | |
| TJ130 | NONE | FCSB-TJ000025764 | FCSB-TJ000025768 | | X | | | X | X | | |

| Ex. No. | Date | Begin Bates | End Bates | Description | Objection[1] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | I | A | NP | H | FRE 403 | O | N |
| TJ131 | NONE | FCSB-TJ000025770 | FCSB-TJ000025770 | | X | | | X | X | | |
| TJ132 | NONE | FCSB-TJ00002577 | FCSB-TJ00002572 | | X | | | X | X | | |
| TJ133 | NONE | FCSB-TJ000025774 | FCSB-TJ000025774 | | X | | | X | X | | |
| TJ134 | NONE | FCSB-TJ000025778 | FCSB-TJ000025778 | | X | | | X | X | | |
| TJ135 | NONE | FCSB-TJ000025779 | FCSB-TJ000025779 | | X | | | X | X | | |
| TJ136 | NONE | FCSB-TJ000025973 | FCSB-TJ000025973 | | X | | | X | X | | |
| TJ137 | 12/9/2020 | FCSB-TJ000026140 | FCSB-TJ000026140 | | X | | | X | X | | |
| TJ138 | NONE | FCSB-TJ000026277 | FCSB-TJ000026277 | | X | | | X | X | | |
| TJ139 | NONE | FCSB-TJ000026278 | FCSB-TJ000026278 | | X | | | X | X | | |
| TJ140 | NONE | FCSB-TJ000026280 | FCSB-TJ000026301 | | X | | | X | X | | |
| TJ141 | NONE | FCSB-TJ000026318 | FCSB-TJ000026318 | | X | | | X | X | | |
| TJ142 | NONE | FCSB-TJ000026323 | FCSB-TJ000026323 | | X | | | X | X | | |
| TJ143 | NONE | FCSB-TJ000026325 | FCSB-TJ000026325 | | X | | | X | X | | |
| TJ144 | NONE | FCSB-TJ000026333 | FCSB-TJ000026333 | | X | | | X | X | | |
| TJ145 | NONE | FCSB-TJ000026334 | FCSB-TJ000026334 | | X | | | X | X | | |
| TJ146 | NONE | FCSB-TJ000026337 | FCSB-TJ000026337 | | X | | | X | X | | |
| TJ147 | NONE | FCSB-TJ000026340 | FCSB-TJ000026340 | | X | | | X | X | | |

| Ex. No. | Date | Begin Bates | End Bates | Description | Objection[1] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | I | A | NP | H | FRE 403 | O | N |
| TJ148 | NONE | FCSB-TJ000026343 | FCSB-TJ000026343 | | X | | | X | X | | |
| TJ149 | NONE | FCSB-TJ000026360 | FCSB-TJ000026360 | | X | | | X | X | | |
| TJ150 | NONE | FCSB-TJ000026373 | FCSB-TJ000026373 | | X | | | X | X | | |
| TJ151 | NONE | FCSB-TJ000026374 | FCSB-TJ000026374 | | X | | | X | X | | |
| TJ152 | NONE | FCSB-TJ000026402 | FCSB-TJ000026402 | | X | | | X | X | | |
| TJ153 | NONE | FCSB-TJ000026403 | FCSB-TJ000026403 | | X | | | X | X | | |
| TJ154 | NONE | FCSB-TJ000026411 | FCSB-TJ000026411 | | X | | | X | X | | |
| TJ155 | NONE | FCSB-TJ000026460 | FCSB-TJ000026460 | | X | | | X | X | | |
| TJ156 | NONE | FCSB-TJ000026463 | FCSB-TJ000026463 | | X | | | X | X | | |
| TJ157 | NONE | FCSB-TJ000026500 | FCSB-TJ000026500 | | X | | | X | X | | |
| TJ158 | NONE | FCSB-TJ000026520 | FCSB-TJ000026520 | | X | | | X | X | | |
| TJ159 | NONE | FCSB-TJ000026522 | FCSB-TJ000026522 | | X | | | X | X | | |
| TJ160 | NONE | FCSB-TJ000026533 | FCSB-TJ000026533 | | X | | | X | X | | |
| TJ161 | NONE | FCSB-TJ000026534 | FCSB-TJ000026534 | | X | | | X | X | | |
| TJ162 | NONE | FCSB-TJ000026538 | FCSB-TJ000026538 | | X | | | X | X | | |
| TJ163 | NONE | FCSB-TJ000026542 | FCSB-TJ000026542 | | X | | | X | X | | |
| TJ164 | NONE | FCSB-TJ000026554 | FCSB-TJ000026554 | | X | | | X | X | | |

| Ex. No. | Date | Begin Bates | End Bates | Description | \[Objection[1]\] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | I | A | NP | H | FRE 403 | O | N |
| TJ165 | NONE | FCSB-TJ000026616 | FCSB-TJ000026618 | | | | | X | | | |
| TJ166 | NONE | FCSB-TJ000026620 | FCSB-TJ000026621 | | | | | X | X | | |
| TJ167 | 4/28/2021 | NONE | NONE | Regulation 3355.14 | | | | | | | X |
| TJ168 | 2/4/2021 | FCSB-TJ00000466 | FCSB-TJ00000467 | | | | | X | X | | |
| TJ169 | 12/2/2020 | FCSB-TJ00001477 | FCSB-TJ00001479 | | | | | X | X | | |
| TJ170 | 2/4/2021 | FCSB-TJ00008504 | FCSB-TJ00008505 | | | | | X | X | | |
| TJ171 | 7/24/2020 | FCSB-TJ00007871 | FCSB-TJ00007874 | | | X | | X | X | No foundation | |
| TJ172 | 8/7/2020 | FCSB-TJ000025433 | FCSB-TJ000025437 | | | X | | X | X | No foundation | |
| TJ173 | Feb-06 | NONE | NONE | 2006 FCPS Response to Blue Ribbon Report | | X | X | X | X | No foundation | |
| TJ174 | 2010 | NONE | NONE | 2010 TJ Admissions Slideshow Presentation | | X | X | X | X | No foundation | |
| TJ175 | 7/19/2012 | NONE | NONE | 7/19/2012 TJ Admissions Slideshow Presentation | | X | X | X | X | No foundation | |
| TJ176 | 9/27/2020 | FCSB-TJ00020987 | FCSB-TJ00020993 | | | | | X | X | | |
| TJ177 | 10/6/2020 | FCSB-TJ00021212 | FCSB-TJ00021214 | | | | | | | | X |
| TJ178 | 6/15/2020 | FCSB-TJ00021459 | FCSB-TJ00021471 | | | | | | | | X |
| TJ179 | Nov. 2020 | NONE | NONE | Nov. 2020 White Paper | | | | | | | X |
| TJ180 | NONE | FCSB-TJ000021532 | FCSB-TJ000021533 | | | | | | X | | |

| Ex. No. | Date | Begin Bates | End Bates | Description | I | A | NP | H | FRE 403 | O | N |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TJ181 | NONE | FCSB-TJ000025449 | FCSB-TJ000025451 | | | | | | | | X |
| TJ182 | NONE | FCSB-TJ000025624 | FCSB-TJ000025625 | | | | | | X | | |
| TJ183 | 11/31/2020 | PLF01324 | PLF01324 | | | | | X | X | | |
| TJ184 | NONE | PLF04802 | PLF04803 | | | | | | X | | |
| TJ185 | NONE | PLF04804 | PLF04829 | | | | | | X | X | |
| TJ186 | 11/11/2021 | | | Transcript of deposition of Scott Brabrand exhibits | | | | | X | FRCP 32; FRCP 26(a)(3); Exhibits separately objected to above | |
| TJ187 | 11/14/2021 | | | Transcript of deposition of Jeremy Shughart exhibits | | | | | X | FRCP 32; FRCP 26(a)(3); Exhibits separately objected to above | |
| TJ188 | 11/14/2021 | | | Transcript of deposition of Ann Bonitatibus exhibits | | | | | X | FRCP 32; FRCP 26(a)(3); Exhibits separately objected to above | |
| TJ189 | 11/18/2021 | | | Transcript of deposition of the Coalition for TJ exhibits | | | | | X | FRCP 32; FRCP 26(a)(3); Exhibits separately objected to above | |
| TJ190 | 08/09/2021 | | | Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories | | | | | X | FRCP 33 | |

| Ex. No. | Date | Begin Bates | End Bates | Description | Objection[1] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | I | A | NP | H | FRE 403 | O | N |
| TJ191 | 08/09/2021 | | | Defendant's Objections and Answers to Plaintiff's First Set of Requests for Production of Documents | | | | X | X | FRCP 34 | |
| TJ192 | 10/06/2020 | | | 10/6/2020 Slideshow Presentation | | | | | | | X |
| TJ193 | | | | School Board 30(b)(6) Depo. and Exhibits | | | | | | FRCP 32 FRCP 26(a)(3) Exhibits separately objected to above | |

Respectfully submitted,

FAIRFAX COUNTY SCHOOL BOARD

By: _____/s/_____
    Sona Rewari (VSB No. 47327)
    Daniel Stefany (VSB No. 91093)
    HUNTON ANDREWS KURTH LLP
    2200 Pennsylvania Avenue, NW
    Washington, DC 20037
    Telephone: (202) 955-1500
    Facsimile: (202) 778-2201
    srewari@HuntonAK.com
    dstefany@HuntonAK.com

    Trevor S. Cox (VSB No. 78396)
    HUNTON ANDREWS KURTH LLP
    951 E. Byrd Street
    Richmond, VA 23219
    Telephone: (804) 788-7221
    Facsimile: (804) 788-8218
    tcox@HuntonAK.com

*Counsel for Defendant Fairfax County School Board*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 29th day of November, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

_____/s/_____
Sona Rewari (VSB No. 47327)