IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| COALITION FOR TJ, <br><br> Plaintiff, <br><br> v. <br><br> FAIRFAX COUNTY SCHOOL BOARD, <br><br> Defendant. | No. 1:21-cv-00296-CMH-JFA |

**PARTIES' STIPULATION OF UNCONTESTED FACTS**

The parties, Plaintiff Coalition for TJ and Defendant Fairfax County School Board, hereby stipulate the following facts to be true:

1. Thomas Jefferson High School for Science and Technology ("TJ") is a high school located in Alexandria, Virginia, that has been designated an academic-year Governor's School.

2. TJ is part of Fairfax County Public Schools ("FCPS"), a public school division in Fairfax County, Virginia.

3. TJ's mission is to provide students with a challenging learning environment focused on math, science, and technology, to inspire joy at the prospect of discovery, and to foster a culture of innovation based on ethical behavior and the shared interests of humanity.

4. FCPS is operated by the Fairfax County School Board, a public body comprised of twelve elected members, nine of whom represent each of Fairfax County's nine magisterial districts and three of whom represent the County at large. During the relevant time, Fairfax County School Board members were: Ricardy Anderson, Karen Keys-Gamarra, Karen Corbett Sanders, Megan McLaughlin, Melanie K. Meren, Karl Frisch, Elaine Tholen, Stella

1

Pekarsky, Tamara Derenak Kaufax, Abrar Omeish, Rachna Sizemore Heizer, and Laura Jane Cohen.

5. Students residing in five participating school divisions are eligible to apply to TJ: Fairfax County, Loudoun County, Prince William County, Arlington County, and Falls Church City.

6. Students must apply and be accepted in order to attend TJ.

7. The TJ admissions process is regularly reviewed for possible improvements. The components of the admissions process have been adjusted many times over the years.

8. FCPS periodically publishes a regulation, Regulation 3355, that describes the procedures for student selection and admission to TJ. Regulation 3355.13, issued in July 2018, accurately described the process that was used to select students entering TJ in the 2018-19 and 2019-20 school years.

9. Applicants seeking to enter TJ in the ninth grade in Fall 2020 were required to reside in one of the five participating school divisions, be enrolled in 8th grade, have a minimum core 3.0 grade point average (GPA), have completed or be enrolled in Algebra I, and pay a $100 application fee (applicants with financial need could request a waiver of the application fee). Applicants who met those criteria were administered three standardized tests—the Quant-Q, the ACT Inspire Reading, and the ACT Inspire Science. Applicants who achieved certain minimum percentile rankings on the standardized tests and continued to maintain a minimum 3.0 GPA advanced to the "semi-finalist" round, in which they were administered an exam that included three writing prompts and a problem-solving essay. Semifinalists were also required to submit two teacher recommendations. Students were

selected for admission from the semifinalist pool based on a holistic review based on the selection criteria identified in Regulation 3355.13.

10. Before changes to the TJ admission policy were adopted by the Fairfax County School Board in October and December 2020, the TJ admissions process took five to six months to complete.

11. At a work session on October 6, 2020, the Fairfax County School Board voted unanimously to eliminate the standardized test and application fee components of the TJ admissions process and to increase the class size from approximately 480 to 550 students.

12. On December 17, 2020, the Fairfax County School Board voted to institute a new TJ admissions process. The new process was adopted by a 10-1-1 vote of the School Board. The new admissions process was not one of the two options proposed by the Superintendent.

13. Under the new TJ admissions process, applicants seeking to enter TJ in the 9th grade must reside in one of the five participating jurisdictions, be enrolled in 8th grade, have a minimum unweighted 3.5 GPA, be enrolled in a full-year honors Algebra I course or higher, an honors science course, and at least one other honors course or the Young Scholars program. Eligible students are administered two qualitative assessments. Evaluators are not told the gender, race, or ethnicity of applicants. Consideration is given to whether the applicant qualifies for Free or Reduced-price Meals, is an English Language Learner, has an Individualized Education Plan, or attends a historically underrepresented school.

14. Under the new TJ admissions process, each public middle school is guaranteed seats equivalent to 1.5% of its 8th-grade class size, with seats offered in the first instance to the

top applicants from that school. At least 100 other seats are not allocated to specific middle schools and may be filled by eligible applicants from all participating public middle schools.

15. FCPS Regulation 3355.14 accurately reflects the changes to the TJ admissions process that were implemented during the 2020-21 school year.

16. Regulation 3355.14 provides that the "admission process must use only race-neutral methods that do not seek to achieve any specific racial or ethnic mix, balance, or targets. Candidate name, race, ethnicity, or sex collected on the application form will not be provided to admissions evaluators. Each applicant will be identified to the evaluators only by an applicant number (student ID number for FCPS students; applicant ID number for non-FCPS students)."

17. The Class of 2025 is the first freshman class admitted to TJ under the admissions process chosen by the Fairfax County School Board on December 17, 2020.

18. On June 23, 2021, FCPS publicly released information regarding the admissions offers for the TJ Class of 2025. For the first time in at least fifteen years, students from all 26 public middle schools in Fairfax County received admissions offers.

19. In 2021, 3,470 students applied for the TJ Class of 2025. Of those applicants, 3,167 students were found to be eligible under the application criteria, 133 of whom subsequently withdrew from the application process before offers were made. In the initial round, FCPS offered admission to 550 students and placed another 1,229 in the wait pool.

20. The racial demographics of those students who applied, who met the eligibility criteria, and who received offers on June 23, 2021, for the TJ Class of 2025 is as follows:

4

| Race/Ethnicity | # of Apps. | % of Apps. | # of Elig. Apps. | % of Elig. Apps. | # of Offers | % of Offers |
|---|---|---|---|---|---|---|
| Asian | 1,686 | 48.59% | 1,535 | 50.59% | 299 | 54.36% |
| Black (not Hispanic orig) | 347 | 10.00% | 272 | 8.97% | 39 | 7.09% |
| Hispanic | 380 | 10.95% | 295 | 9.72% | 62 | 11.27% |
| White (not Hispanic orig) | 828 | 23.86% | 726 | 23.93% | 123 | 22.36% |
| Multiracial/Other | 229 | 6.60% | 206 | 6.79% | 27 | 4.91% |
| Total | 3,470 |  | 3,034 |  | 550 |  |

21. On October 25, 2021, FCPS began accepting applications for the TJ Class of 2026.

22. In November 2021, FCPS published Regulation 3355.15 which accurately describes the admission process that it is following for admissions of students for the TJ Class of 2026.

23. The leadership of the Coalition for TJ includes parents and other individuals who identify as Asian-American, White, and Black.

Dated: December 3, 2021.

Respectfully submitted,

s/ Alison E. Somin

ERIN E. WILCOX*,
 Cal. Bar No. 337427
CHRISTOPHER M. KIESER*,
 Cal. Bar No. 298486
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
EWilcox@pacificlegal.org
CKieser@pacificlegal.org

*Pro Hac Vice*

ALISON E. SOMIN, Va. Bar No. 79027
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 610
Arlington, Virginia 22201
Telephone: (202) 557-0202
Facsimile: (916) 419-7747
ASomin@pacificlegal.org

GLENN E. ROPER*,
Colo. Bar No. 38723
Pacific Legal Foundation
1745 Shea Center Dr., Suite 400
Highlands Ranch, Colorado 80129
Telephone: (916) 503-9045
Facsimile: (916) 419-7747
GERoper@pacificlegal.org

*Counsel for Plaintiff*

FAIRFAX COUNTY SCHOOL BOARD


By: _____/s/_____
Sona Rewari (VSB No. 47327)
Daniel Stefany (VSB No. 91093)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
srewari@HuntonAK.com
dstefany@HuntonAK.com

Trevor S. Cox (VSB No. 78396)
HUNTON ANDREWS KURTH LLP
951 E. Byrd Street
Richmond, VA 23219
Telephone: (804) 788-7221
Facsimile: (804) 788-8218
tcox@HuntonAK.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Counsel for Defendant are registered with the Court's CM/ECF system and will receive a notification of such filing via the Court's electronic filing system.

        s/ Alison E. Somin
        ALISON E. SOMIN, Va. Bar No. 79027
        Pacific Legal Foundation
        3100 Clarendon Blvd., Suite 610
        Arlington, Virginia 22201
        Telephone: (202) 557-0202
        Facsimile: (916) 419-7747
        ASomin@pacificlegal.org
        *Counsel for Plaintiff*