**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| COALITION FOR TJ, | No. 1:21-cv-00296-CMH-JFA |
| Plaintiff, | |
| v. | |
| FAIRFAX COUNTY SCHOOL BOARD, | |
| Defendant. | |

## DECLARATION OF ERIN WILCOX

I, Erin Wilcox, declare as follows:

1.      I am an attorney representing the Plaintiff in the above-captioned case. I am therefore personally familiar with the facts and circumstances of this case referenced herein, including the discovery process. I submit this declaration and attached non-confidential exhibits in support of Plaintiff's motion for summary judgment.

2.      Attached hereto as Exhibit 1 are the minutes from the Fairfax County School Board's ("Board") December 17, 2020, meeting. This document was produced in discovery with Bates numbers FCSB-TJ000002881 through FCSB-TJ000002890. It is also available on the public record at the following link: https://go.boarddocs.com/vsba/fairfax/Board.nsf/files/BY5JH34D3388/$file/12-17-20%20ERM%20FINAL.pdf.

3.      Attached hereto as Exhibit 2 are the minutes from the Board's December 7, 2020, work session meeting. This document was produced in discovery with Bates numbers FCSB-TJ000003694 through FCSB-TJ000003697. It is also available on the public record at the following link: https://go.boarddocs.com/vsba/fairfax/Board.nsf/files/BXLS2S66EF42/$file/12-07-20%20EWS%20FINAL.pdf.

1

4.      Attached hereto as Exhibit 3 are the minutes from the Board's October 6, 2020, work session meeting. This document was produced in discovery with Bates numbers FCSB-TJ000002866 through FCSB-TJ000002869. It is also available on the public record at the following link: https://go.boarddocs.com/vsba/fairfax/Board.nsf/files/BWXV9A7A33D8/ $file/10-06-20%20EWS%20FINAL.pdf.

5.      Attached hereto as Exhibit 4 are the minutes from the Board's October 8, 2020, meeting. This document was produced in discovery with Bates numbers FCSB-TJ000021233 through FCSB-TJ000021242, but the exhibit was taken from the publicly available version at: https://go.boarddocs.com/vsba/fairfax/Board.nsf/files/BXLT2W693F5A/$file/10-08-20%20ERM%20FINAL.pdf.

6.      Attached hereto as Exhibit 5 is a partial transcript from a Board meeting on June 18, 2020, with a cover email identifying it as such. This document was produced in discovery with Bates numbers FCSB-TJ000008677 through FCSB-TJ000008689.

7.      Attached hereto as Exhibit 6 is a PowerPoint presentation entitled "TJ Admissions Process: Expanding Our Talent Search." This document was produced in discovery, but in black and white. The exhibit is the publicly available color document at this link: https://go.boarddocs.com/vsba/fairfax/Board.nsf/files/BVX3CQ063BB0/$file/TJHSST%20Admissions%2011.17.20%20revised%20final%20for%20posting.pdf.

8.      Attached hereto as Exhibit 7 is a PowerPoint presentation entitled "TJ Admissions Merit Lottery Proposal School Board Work Session 9/15/2020." This document was produced in discovery, but in black and white. The exhibit is the publicly available color document at this link:

https://go.boarddocs.com/vsba/fairfax/Board.nsf/files/BTGKX652F413/$file/TJHSST%20Admissions%20Merit%20Lottery%20Proposal.pdf

9.    Attached hereto as Exhibit 8 is an email chain ending on January 15, 2021, involving Board member Rachna Sizemore Heizer. This document was produced in discovery with Bates numbers FCSB-TJ000016416 through FCSB-TJ000016419.

10.    Attached hereto as Exhibit 9 is an email chain ending on February 3, 2021, involving Fairfax County Public Schools (FCPS) Superintendent Scott Brabrand and Board member Tamara Derenak Kaufax. This document was produced in discovery with Bates numbers FCSB-TJ000007160 through FCSB-TJ000007162.

11.    Attached hereto as Exhibit 10 is a document dated February 22, 2021, entitled "TJ Admission Discussion." This document was produced in discovery with Bates numbers FCSB-TJ000004266 through FCSB-TJ000004267.

12.    Attached hereto as Exhibit 11 is an email chain ending on December 22, 2020, involving Thomas Jefferson High School for Science & Technology (TJ) admissions director Jeremy Shughart and Board member Laura Jane Cohen. This document was produced in discovery with Bates numbers FCSB-TJ000007088 through FCSB-TJ000007091.

13.    Attached hereto as Exhibit 12 is an email chain ending on December 16, 2020, involving Board members Abrar Omeish and Stella Pekarsky. This document was produced in discovery with Bates numbers FCSB-TJ000001189 through FCSB-TJ000001190.

14.    Attached hereto as Exhibit 13 is an email chain ending on October 8, 2020, involving Sloan Presidio and Board member Abrar Omeish. This document was produced in discovery with Bates numbers FCSB-TJ000002317 through FCSB-TJ000002318.

15.     Attached hereto as Exhibit 14 is an email chain ending on December 10, 2020, involving Board members Laura Jane Cohen and Abrar Omeish. This document was produced in discovery with Bates numbers FCSB-TJ000000262 through FCSB-TJ000000265.

16.     Attached hereto as Exhibit 15 is an email chain ending on October 6, 2020, involving FCSB Clerk Ilene Muhlberg and Board member Karen Corbett Sanders. This document was produced in discovery with Bates numbers FCSB-TJ000000415 through FCSB-TJ000000416.

17.     Attached hereto as Exhibit 16 is an email chain ending on September 19, 2020, involving Superintendent Scott Brabrand and Board member Karen Corbett Sanders. This document was produced in discovery with Bates numbers FCSB-TJ000000489 through FCSB-TJ000000496.

18.     Attached hereto as Exhibit 17 is an email chain ending on December 16, 2020, involving Board member Stella Pekarsky and the School Board Members group. This document was produced in discovery with Bates numbers FCSB-TJ000000737 through FCSB-TJ000000738.

19.     Attached hereto as Exhibit 18 is an email chain ending on December 17, 2020, involving Board members Karen Corbett Sanders, Karen Keys-Gamarra, and Stella Pekarsky. This document was produced in discovery with Bates numbers FCSB-TJ000000739 through FCSB-TJ000000740.

20.     Attached hereto as Exhibit 19 is an email chain ending on August 14, 2020, involving FCPS employees John Torre, Michael Molloy, and Marty Smith. This document was produced in discovery with Bates numbers FCSB-TJ000007331 through FCSB-TJ000007332.

21.     Attached hereto as Exhibit 20 is an email chain ending on November 16, 2020, involving Superintendent Scott Brabrand and Board members Ricardy Anderson and Tamara Derenak Kaufax. This document was produced in discovery with Bates numbers FCSB-TJ000024218 through FCSB-TJ000024219.

22.     Attached hereto as Exhibit 21 is an email chain ending on December 16, 2020, involving Superintendent Scott Brabrand, Board member Karen Keys-Gamarra, and FCPS employees Barb Flis. This document was produced in discovery with Bates number FCSB-TJ000024603.

23.     Attached hereto as Exhibit 22 is an email chain ending on December 18, 2020. Involving Chris Bassler and Board Member Megan McLaughlin. This document was produced in discovery with Bates number FCSB-TJ000024675.

24.     Attached hereto as Exhibit 23 is a portion of an email chain ending on October 2, 2020, involving Board member Megan McLaughlin, FCPS employee Christy Coffey, and a constituent. This document was produced in discovery with Bates numbers FCSB-TJ000001946 through FCSB-TJ000001947.

25.     Attached hereto as Exhibit 24 is an email chain ending on December 18, 2020, involving Board member Megan McLaughlin and Coalition for TJ co-founder Asra Nomani. This document was produced in discovery with Bates number FCSB-TJ000024764.

26.     Attached hereto as Exhibit 25 is an email chain ending on November 16, 2020, involving FCSB Clerk Ilene Muhlberg, FCPS employee Beverly Madeja, Superintendent Scott Brabrand, Board members Tamara Derenak Kaufax and Ricardy Anderson, and FCPS employees Sloan Presidio, Marty Smith, Frances Ivey, Marcy Kneale, and the School Board group. This document was produced in discovery with Bates number FCSB-TJ000003056.

27.     Attached hereto as Exhibit 26 is an email chain ending on September 17, 2020, involving constituent Jun Wang and Board member Abrar Omeish. This document was produced in discovery with Bates numbers FCSB-TJ000009369 through FCSB-TJ999999370.

28.     Attached hereto as Exhibit 27 is an email chain ending on September 18, 2020, involving Board members Elaine Tholen and Stella Pekarsky, and constituent Marissa Fallon. This document was produced in discovery with Bates number FCSB-TJ000007149.

29.     Attached hereto as Exhibit 28 is an email chain ending on October 4, 2020, involving Board members Rachna Sizemore Heizer and Elaine Tholen. This document was produced in discovery with Bates number FCSB-TJ000000309.

30.     Attached hereto as Exhibit 29 is an email chain ending on October 21, 2020, involving FCPS employee Wendy Biliter and Board member Elaine Tholen. This document was produced in discovery with Bates numbers FCSB-TJ000001026 through FCSB-TJ000001034.

31.     Attached hereto as Exhibit 30 is an email chain ending on September 24, 2020, involving Board members Elaine Tholen, Megan McLaughlin, Karen Corbett Sanders, Karen Keys-Gamarra, Tamara Derenak Kaufax, Stella Pekarsky, and Rachna Sizemore Heizer. This document was produced in discovery with Bates numbers FCSB-TJ-000001026 through FCSB-TJ000001034.

32.     Attached hereto as Exhibit 31 is an email chain ending on October 5, 2020, involving Board member Karen Corbett Sanders, constituent Susan Kuhbach, and FCPS employee Lisa Madeja. This document was produced in discovery with Bates numbers FCSB-TJ000010449 through FCSB-TJ0000010450.

33.     Attached hereto as Exhibit 32 is an email chain ending on June 8, 2020, involving Board member Karen Corbett Sanders and Virginia legislators Scott Surovell and Paul Krizek.

6

This document was produced in discovery with Bates numbers FCSB-TJ000010451 through FCSB-TJ000010452.

34.    Attached hereto as Exhibit 33 is an email chain ending on September 23, 2020, involving Board member Melanie Meren and FCPS employee Emma Heisey. This document was produced in discovery with Bates number FCSB-TJ000001827.

35.    Attached hereto as Exhibit 34 is an email chain ending on October 9, 2020, involving multiple Board members, FCPS staff, Fairfax County official, and state government officials. This document was produced in discovery with Bates numbers FCSB-TJ000016093 through FCSB-TJ000016095.

36.    Attached hereto as Exhibit 36 is an email chain ending on August 6, 2020, involving Board members Karen Corbett Sanders and Ricardy Anderson. This document was produced in discovery with Bates numbers FCSB-TJ000008361 through FCSB-TJ000008364.

37.    Attached hereto as Exhibit 37 is an email chain ending on September 22, 2020, involving FCPS employees John Torre and Marty Smith, Superintendent Scott Brabrand, and Board member Rachna Sizemore Heizer. This document was produced in discovery with Bates number FCSB-TJ000004312.

38.    Attached hereto as Exhibit 38 is an email chain ending on September 29, 2020, involving Board member Abrar Omeish. This document was produced in discovery with Bates number FCSB-TJ000002714.

39.    Attached hereto as Exhibit 39 is an email chain ending on September 15, 2020, involving Board members Elaine Tholen, Stella Pekarsky, and Ricardy Anderson, Superintendent Scott Brabrand, and FCPS employees Ann Bonitatibus, Lucy Caldwell, Sloan

Presidio, Fabio Zuluaga, and Jeremy Shughart. This document was produced in discovery with Bates numbers FCSB-TJ000001194 through FCSB-TJ000001195.

40.     Attached hereto as Exhibit 40 is an email chain ending on June 17, 2020, involving Board member Laura Jane Cohen and a constituent. This document was produced in discovery with Bates number FCSB-TJ000010720 through FCSB-TJ000010721.

41.     Attached hereto as Exhibit 41 is an email chain ending on October 6, 2020, involving Board members Karen Corbett Sanders and Melanie Meren. This document was produced in discovery with Bates numbers FCSB-TJ000000417 through FCSB-TJ000000418.

42.     Attached hereto as Exhibit 42 is a document dated November 2020, entitled "Thomas Jefferson High School for Science and Technology: Improving Admissions Processes." This document was produced in discovery, but the exhibit is taken from the publicly available version at https://go.boarddocs.com/vsba/fairfax/Board.nsf/files/BWE23Y004896/$file/ TJ%20White%20Paper%2011.17.2020.pdf

43.     Attached hereto as Exhibit 43 are excerpts of the transcript of the deposition of Scott Brabrand, taken October 11, 2021, along with relevant exhibits.

44.     Attached hereto as Exhibit 44 are non-confidential excerpts from the transcript of Jeremy Shughart, taken October 14, 2021.

45.     Attached hereto as Exhibit 45 are excerpts from the transcript of the deposition of Ann Bonitatibus, taken October 14, 2021, along with relevant exhibits.

46.     Attached hereto as Exhibit 46 is a PowerPoint presentation dated October 6, 2020, entitled "Revised Merit Lottery Proposal: Expanding Our Talent Search." A version of this document was produced in discovery, but the attached exhibit is taken from the color version available publicly at https://go.boarddocs.com/vsba/fairfax/Board.nsf/files/BU4JX34EC84F/

%24file/TJHSST%20Admissions%20Revised%20Proposal%20for%20Posting%2010.6.2020.pdf

47.     Attached hereto as Exhibit 47 is an email chain ending on December 7, 2020, involving Board member Elaine Tholen and several Coalition for TJ members. This document was produced in discovery with Bates numbers FCSB-TJ-000024087 through FCSB-TJ000024088.

48.     Attached hereto as Exhibit 48 is a Board meeting agenda item 2.02 "TJ Admissions," dated October 6, 2020. This document was produced in discovery with Bates number FCSB-TJ000000064.

49.     Attached hereto as Exhibit 49 is an email chain ending on September 8, 2020, involving Board member Ricardy Anderson and Cinthya Alberto. This document was produced in discovery with Bates numbers FCSB-TJ000018515 through FCSB-TJ000018516.

50.     Attached hereto as Exhibit 50 is a press release from Fairfax County Public Schools, dated June 23, 2021. This document is publicly available at https://www.fcps.edu/news/tjhsst-offers-admission-550-students-broadens-access-students-who-have-aptitude-stem

51.     Attached hereto as Exhibit 51 is a press release from Fairfax County Public Schools, dated June 1, 2020. This document is publicly available at https://www.fcps.edu/news/tjhsst-offers-admission-486-students

52.     Attached hereto as Exhibit 52 is a press release from Fairfax County Public Schools, dated May 31, 2019. This document is publicly available at https://www.fcps.edu/news/fcps-tjhsst-offers-admission-494-students

9

53.	Attached hereto as Exhibit 53 is a press release from Fairfax County Public Schools, dated April 9, 2018. This document is publicly available at https://www.fcps.edu/news/tjhsst-offers-admission-485-students-class-2022

54.	Attached hereto as Exhibit 54 is a press release from Fairfax County Public Schools, dated May 16, 2017. This document is publicly available at https://www.fcps.edu/news/fcps-offers-admission-tjhsst-490-students

55.	Attached hereto as Exhibit 55 is a press release from Fairfax County Public Schools, dated April 8, 2016. This document is publicly available at https://www.fcps.edu/sites/default/files/TJ%20admitted%20class%202016.editdocx.pdf

56.	Attached hereto as Exhibit 56 is a copy of a Fairfax County Public Schools website entitled "TJHSST Freshman Application Process." This document is publicly available at https://www.fcps.edu/registration/thomas-jefferson-high-school-science-and-technology-admissions/tjhsst-freshman

57.	Attached hereto as Exhibit 57 is a copy of the Fairfax County Public Schools profile for Thomas Jefferson High School for Science and Technology. This document is publicly available at http://schoolprofiles.fcps.edu/schlprfl/f?p=108%3A13%3A%3A%3A%3A%3AP0_CURRENT_SCHOOL_ID%2CP0_EDSL%3A300%2C0

58.	Attached hereto as Exhibit 58 is a copy of the Fairfax County Public Schools webpage "About Us." This document is publicly available at https://www.fcps.edu/about-fcps

59.	Attached hereto as Exhibit 59 is the agenda for a public hearing on the renaming of Mosby Woods Elementary School, dated October 7, 2020. This document is publicly available at https://www.fcps.edu/school-board/school-board-meetings/2020-21-school-board-meetings#october-7-2020-public-hearing-mosby-woods-es-renaming.

60.     Attached hereto as Exhibit 60 is the agenda for a public hearing on the renaming of Lee High School, dated June 22, 2020. This document is publicly available at https://www.fcps.edu/school-board/school-board-meetings/2019-20-school-board-meetings#june-22-2020-public-hearing-lee-hs-renaming-.

61.     Attached hereto as Exhibit 61 is an email chain ending on June 12, 2020, involving Board members Ricardy Anderson, Karen Keys-Gamarra, and Abrar Omeish. This document was produced in discovery with Bates numbers FCSB-TJ000015078 through FCSB-TJ0000015080.

*    *    *

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of December, 2021, at Austin, Texas.

_____
ERIN WILCOX

11

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of December, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Counsel for Defendants are registered with the Court's CM/ECF system and will receive a notification of such filing via the Court's electronic filing system.

s/ Alison E. Somin
ALISON E. SOMIN, Va. Bar No. 79027
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 610
Arlington, Virginia 22201
Telephone: (202) 557-0202
Facsimile: (916) 419-7747
ASomin@pacificlegal.org
*Counsel for Plaintiff*

12