# Exhibit 4

**MINUTES**

**Fairfax County School Board**

**Electronic Regular Meeting**

Electronic Regular Meeting                                             October 8, 2020

All Board members and Division staff participated electronically via Blackboard Collaborate Ultra due to the COVID-19 emergency and the Governor of Virginia's amended Order of the Governor and State Health Commissioner Declaration of Public Health Emergency, Order of Public Health Emergency One issued March 20; Executive Order Number 53: Temporary Restrictions On Restaurants, Recreational, Entertainment, Gatherings, Non-Essential Retail Businesses, And Closure Of K-12 Schools Due To Novel Coronavirus (Covid-19) issued March 23; Order of the Governor and State Health Commissioner Order of Public Health Emergency Two, issued March 25. Members of the public attended virtually via Public Access Channel 99 and at FCPS.EDU/TV.

1.    **CLOSED MEETING**

Ms.Cohen  moved, and Ms. Sizemore Heizer  seconded, that the Board go into closed meeting to consult with legal counsel regarding specific legal matters requiring the provision of legal advice by such counsel pursuant to Section 2.2-3711(A)(7) and (A)(8) of the Code of Virginia, specifically, admissions processes, personnel matters and freedom of information act requirements.The motion **passed 10-0-1:** Ms. Omeish, Ms. Keys-Gamarra, Ms. Sizemore Heizer, Ms. Tholen, Ms. Meren, Ms. Derenak Kaufax, Mrs. Corbett Sanders, Ms. McLaughlin, Ms. Cohen, and Mr. Frisch voted "aye"; Ms. Pekarsky was not present for the vote; and Dr. Anderson abstained from the vote.

The Board met in closed session from 5:00 p.m. to 7:26 p.m.

2.    **REGULAR MEETING**

2.01    **Call to Order/Pledge of Allegiance/Moment of Silence**

Chair Anderson called the meeting to order at 7:30 p.m. with the following Board members present:

2.02    **Roll Call**

Karen Corbett Sanders (Mt. Vernon)          Megan O. McLaughlin (Braddock)
Tamara Derenak Kaufax (Lee)                 Melanie Meren (Hunter Mill)
Ricardy Anderson (Mason)                    Abrar Omeish (At Large)
Laura Jane Cohen (Springfield)              Stella Pekarsky (Sully)
Karl Frisch (Providence)                    Rachna Sizemore Heizer (At Large)
Karen Keys-Gamarra (At Large)               Elaine Tholen (Dranesville)

Also present were Division Superintendent Scott Brabrand; Deputy Superintendent Frances Ivey; Clerk of the Board Ilene Muhlberg; Deputy Clerk of

**FAIRFAX COUNTY SCHOOL BOARD**

Electronic Regular Meeting                    2                    October 8, 2020

the Board Beverly Madeja; Chief Operating Officer Marty Smith; Assistant Superintendent, Facilities and Transportation Jeff Platenberg; Assistant Superintendent, and certain other members of staff. The Student Representative to the School Board Nathan Onibudo was absent.

Ms. Keys-Gamarra led the Pledge of Allegiance and the moment of silence.

**2.03    Certification of Closed Meeting Compliance** (Exhibit A)

<u>Ms. Corbett Sanders moved, and Ms. Cohen seconded, that in order to comply with Section 2.2-3712 (D) of the Code of Virginia, it is necessary for the Board to certify that since the Fairfax County School Board convened a closed meeting on October 8, 2020, to the best of each member's knowledge, only public business matters lawfully exempted from open meeting requirements and only such public business matters as were identified in the motion convening the closed meeting were heard, discussed, or considered by the Board during the closed meeting. The motion **passed 11-0-1:** Ms. Pekarsky, Ms. Sizemore Heizer, Ms. Tholen, Ms. Meren, Ms. Derenak Kaufax, Mrs. Corbett Sanders, Ms. Cohen, Ms. Keys-Gamarra, Mr. Frisch, Ms. McLaughlin and Ms. Omeish voted "aye"; Dr. Anderson abstained from the vote.</u>

**2.04    Announcements** (Exhibit B)

In the absence of the Student Represetnative, Chair Anderson announced that National School Lunch Week was October 12- 16, 2020. Ms. Pekarsky announced that October 2020 was Disability Employment and Awareness Month.

**2.05    LGBT History Month Recognition** (Exhibit C)

Ms. McLaughlin announced that the Board, along with the National PTA, the Fairfax County Council of PTAs, and the Fairfax Education Association recognized October as LGBT (Lesbian, Gay, Bisexual and Transgender) History Month.

**2.06    Recognition of National School Bus Safety Week** (Exhibit D)

Ms. Keys-Gamarra recognized October 19 – 23, 2020 as National School Bus Safety Week. The Board expressed to the staff from the Department of Facilities and Transportation for their continued hard work to keep FCPS students safe.

**2.07    Resolution Honoring the Work of Food and Nutrition Services Staff** (Exhibit E)

*WHEREAS*, the staff of Food and Nutrition Services (FNS) has served over 3.4 million meals since March 2020: and

**FAIRFAX COUNTY SCHOOL BOARD**

Electronic Regular Meeting                    3                    October 8, 2020

*WHEREAS*, every Monday through Friday, FNS offers meals on seventy-four bus routes, at forty-five Grab & Go sites, at five 'Fairfax Meal Kit' sites, and at the thirty-seven schools hosting the County SRS program; and

*WHEREAS*, breakfast and lunch are also served on Fridays for Friday, Saturday, and Sunday at all locations and supper and snack are available on eleven bus routes and at twelve Grab & Go sites; and

*WHEREAS*, on September 26th, FNS offered meals at all high schools as a part of student testing; and

*WHEREAS*, on October 2nd, FNS reached their highest participation day and served more than 120,000 breakfast, lunch, snack, and supper meals, while averaging over 60,000 meals per day that same week; and

*WHEREAS*, New Grab & Go and Fairfax Meal Kit sites are in the process of being expanded, supper and snack will soon be available at all locations; and

*WHEREAS*, FNS staff have assisted with school-based work, distributing laptops and books, and planning collaboratively with school administrators in anticipation of the phase-in of in-person instruction.

*NOW THEREFORE, BE IT RESOLVED,* that the Fairfax County School Board expresses tremendous appreciation for all staff of Food and Nutrition Services for their diligent efforts to ensure that all children in the FCPS community are always fed and ready to learn.

Ms. Meren moved, and Mr. Frisch  seconded, that the Board express tremendous appreciation for all staff of Food and Nutrition Services for their diligent efforts to ensure that all children in the FCPS community are always fed and ready to learn. The motion **passed unanimously**.


3.    **PRESENTATIONS TO THE SCHOOL BOARD**

3.01    **Citizen Participation** (Exhibit F)

Fifteen citizens addressed the Board in the time reserved for citizen participation. Sujatha Hampton, Srinivas Akella, Julia McCaskill, Rebecca Goldin, Norma Munoz, Swesik Ramineni, Glen Miller, Brandon Kim, Himanshu Verma, Susan Danewitz, Hanning Chen, Harry Jackson, Asra Normani, and Didi Elsyad addressed the Agenda Item 3.04 - Thomas Jefferson High School for Science and Technology (TJHSST) Admissions**.**. Prakash Yarlagadda addressed the Board on Agenda Item 6.08 - Policy 2150 Prevention of Alcohol and Other Illegal Drug Use by Students.

3.02    **2021 FCSB State and Federal Legislative Program** (Exhibit G)

**FAIRFAX COUNTY SCHOOL BOARD**

Electronic Regular Meeting                    4                    October 8, 2020

Dr. Brabrand introduced Mr. Molloy, Director, Government Relations, who presented the 2021 FCSB State and Federal Legislative Program The Board stressed the need to prioritize the requests in the Legislative Program and to highlight unfunded mandates. The Board discussed a request for authorization for continued virtual meetings and streamlining legislative requests. The Board stressed including lessons learned during the COVID 19 crisis and virtual learning to increase flexibility around areas such as attendance. The Legislative Program will be discussed in greater detail at the work session on October 20, 2020.

**3.03    Thomas Jefferson High School for Science and Technology (TJHSST) Admissions** (Exhibit H)

Dr. Brabrand presented information an update to the September 15, 2020 and the October 6, 2020 work sessions on the effort of continuous improvement of the Admissions Process for TJHSST. The Superintedent provided information regarding the current admissions process and proposed changes for future admissions processes.

Ms. Sizemore Heizer moved, and Ms. Tholen seconded, to direct the Superintendent to develop and implement a stakeholder engagement plan regarding TJ admissions prior to bringing the updated TJ plan to the Board in November. This plan should allow for more thorough community input and dialogue on TJ admissions. This stakeholder engagement can include public hearings, interviews, panel and focus group discussions and other forms of collaborative discourse.

The Board expressed support of the effort to allow dialogue with the community and stakeholders while not impacting the timeline.

The motion to direct the Superintendent to develop and implement a stakeholder engagement plan regarding TJ admissions prior to bringing the updated TJ plan to the Board in November. This plan should allow for more thorough community input and dialogue on TJ admissions. This stakeholder engagement can include public hearings, interviews, panel and focus group discussions and other forms of collaborative discourse, failed**: 0-7-5:** Ms. Meren, Mrs. Corbett Sanders, Ms. Cohen, Ms. Keys-Gamarra,  Ms. Omeish, Mr. Frisch, and Dr. Anderson voted "no"; Ms. McLaughlin, Ms. Sizemore Heizer, Ms. Tholen, Ms. Derenak Kaufax, and Ms. Pekarsky, abstained from the vote.

Mrs. Corbett Sanders moved, and Ms. McLaughlin seconded, a motion to revise the previous motion to direct the Superintendent to engage stakeholders regarding changes to TJ admissions for the 2021 freshman class prior to bringing the updated plan to the Board in December. This plan should allow for more thorough community input and dialogue on TJ admissions. This public engagement can include public hearings, interviews, panel and focus group discussions and other forms of collaborative discourse.

**FAIRFAX COUNTY SCHOOL BOARD**

Electronic Regular Meeting                    5                    October 8, 2020

The Board discussed concerns about the motion extending the timeline and added burden on Superintendent and Staff.

The motion to revise the previous motion to direct the Superintendent to engage stakeholders regarding changes to TJ admissions for the 2021 freshman class prior to bringing the updated plan to the Board in December. This plan should allow for more thorough community input and dialogue on TJ admissions. This public engagement can include public hearings, interviews, panel and focus group discussions and other forms of collaborative discourse, **failed: 6-6-0:** Ms. McLaughlin, Ms. Sizemore Heizer, Ms. Tholen, Ms. Derenak Kaufax, Mrs. Corbett Sanders, and Ms. Pekarsky voted "aye:" and Dr. Anderson, Ms. Meren, Ms. Keys-Gamarra, Ms. Omeish, Ms. Cohen, and Mr. Frisch voted "no."

Mrs. Corbett Sanders moved, and Ms. Pekarsky seconded, to direct the Superintendent to develop a plan for establishing policies and procedures for instituting a regional governing board for TJ High School for Science and Technology. The governing board shall be comprised of a proportionate representation of the school boards which send students to the school. The regional board shall be responsible for ensuring current Virginia Board of Education Regulations relative to jointly operated schools and programs are adhered to. The Superintendents plan shall be referred to the Governance Committee no later than March 2021. The Governance Committee will review the Superintendent's proposed plan and bring its recommendation to the Fairfax County School Board for final approval prior to implementation.

The Board discussed the need to align TJHSST's governance with recommended best practices of using a regional governing board like other Virginia Governor's schools. The Board stated this will not interfere with the TJHSST admissions change process and that this is intended to give to give proportional voice to the surrounding jurisdictions whose students attend TJHSST. The Board discussed the document outlining FCPS's application to the state's proposal regarding TJHSST. The Board expressed concerns that the proposal adds a passion for STEM and questioned the need of including Portrait of a Graduate skills as the guiding principles and noted the need to include all consensus items from the October 6, 2020, work session. The Superintendent noted that the proposal would be revised.

Ms. Meren moved, and Ms. Cohen seconded, to call the question. The motion **passed 10-0-2:** Ms. McLaughlin, Ms. Meren, Ms. Sizemore Heizer, Ms. Tholen, Mrs. Corbett Sanders, and Ms. Pekarsky, Ms. Keys-Gamarra, Ms. Omeish, Ms. Cohen, and Mr. Frisch voted "aye;" Dr. Anderson and Ms. Derenak Kaufax abstained from the vote.

The motion to direct the Superintendent to develop a plan for establishing policies and procedures for instituting a regional governing board for TJ High School for Science and Technology. The governing board shall be comprised of a proportionate representation of the school boards which send students to the school. The regional board shall be responsible for ensuring current Virginia

**FAIRFAX COUNTY SCHOOL BOARD**

Electronic Regular Meeting                6                October 8, 2020

Board of Education Regulations relative to jointly operated schools and programs are adhered to. The Superintendents plan shall be referred to the Governance Committee no later than March 2021. The Governance Committee will review the Superintendent's proposed plan and bring its recommendation to the Fairfax County School Board for final approval prior to implementation, **passed: unanimously.**

Ms. Derenak Kaufax moved, and Ms. Tholen seconded, to direct the Superintendent to establish a plan for student talent development and put into action means for student potential identification and outreach. This motion is intended to address the systemic issues that impact diversity at TJ. It is not intended to and shall not impact the immediate need to change the admissions process we are currently addressing. This plan may include but not be limited to:

- Strengthening the equity of access to advanced academic curriculum and strategies for all students regardless of AAP level of service. This will require professional development for all classroom teachers on advanced programs pedagogy;
- Establishing a plan to have a full time Advanced Academic resource teachers in all remaining ES and a .5 in each middle school;
- Increasing administrator and teacher awareness of our Young Scholars program in FCPS and strive to ensure it is administered uniformly and with fidelity with the goal of expanding it to all schools.
- Developing a communications plan to help parents understand how their children can benefit from participation in AAP and invest in family engagement to facilitate participation of historically underrepresented students in advanced academic programs.
- Providing an analysis of math and science curriculum offering in all elementary and middle schools;
- Providing an analysis of extracurricular STEM opportunities in all elementary and middle schools.

We would ask for regular reporting from the Superintendent on these items as part of the Strategic Plan Goal reports.

Ms. Meren moved, and Ms. Keys-Gamarra seconded, to postpone this important motion to the next regular meeting on October 22, 2020. The motion to postpone to October 22, 2020 **passed 11-1-0:** Ms. McLaughlin, Ms. Meren, Ms. Sizemore Heizer, Ms. Tholen, Mrs. Corbett Sanders, and Ms. Pekarsky, Ms. Keys-Gamarra, Ms. Cohen, Mr. Frisch, Dr. Anderson, and Ms. Derenak Kaufax voted "aye;" and Ms. Omeish voted "no."

4. **ACTION ITEMS**

4.01 **Confirmation of Action Taken in Closed Meeting**

No action was taken during closed session.

4.02 **Consideration of Renaming Mosby Woods Elementary School** (Exhibit H)

**FAIRFAX COUNTY SCHOOL BOARD**

Electronic Regular Meeting                    7                    October 8, 2020

Mr. Frisch  moved, and Ms. Keys-Gamarra seconded, that the Board vote to proceed with the name change for Mosby Woods Elementary School.

The Board discussed that this was the first step to changing the name of a school, the importance of involving the community and reviewed the process to be followed.

The motion that the Board vote to proceed with the name change for Mosby Woods Elementary School **passed unanimously.**

**4.03    Governance Committee Recommended Revision to Composition of ACSD in Strategic Governance Manual** (Exhibit I)

Mr. Frisch moved, and Ms. Pekarsky seconded, move that the Board delete the language added in December 2019 and restore the membership of ACSD to 33 members, including one FCPS teacher.

The Board discussed that the revision is necessary to bring the manual into compliance with current state code and that the Governance Committee supported the revision.

The motion that the Board delete the language added in December 2019 and restore the membership of ACSD to 33 members, including one FCPS teacher, **passed unanimously.**

**5.    CONSENT AGENDA**

**5.01    Minutes-** Approve the minutes of the July 23, and September 3, and September 17, 2020, regular School Board meeting. (Exhibit J)

**5.02    Award of Contract – Cooper Middle School Renovation Project [FTS; NB 9/17/2020] -** Award a contract for the Cooper Middle School Renovation Project to the lowest responsive and responsible bidder, and authorize the Division Superintendent, or the Assistant Superintendent of Facilities and Transportation Services, to execute, deliver, and administer the contract on behalf of the School Board. (Exhibit S) (Exhibit K)

**5.03    Award of Contract – Automatic Temperature Control System Replacement at Kings Glen Elementary School [FTS; NB 9/17/2020] -** Award the contract for the automatic temperature control system replacement at Kings Glen Elementary School to the lowest responsive and responsible bidder and authorize the Division Superintendent, or the Assistant Superintendent of Facilities and Transportation Services, to execute and administer the contract on behalf of the School Board. (Exhibit L)

**5.04    Additional Appointments -** Appoint individuals to serve on committees, as detailed in the agenda item. (Exhibit M)

**FAIRFAX COUNTY SCHOOL BOARD**

Electronic Regular Meeting                    8                    October 8, 2020

<u>Chair Anderson stated that, without objection, the four items on the consent agenda would be adopted. Hearing no objections, the consent agenda was adopted.</u>

6.    **NEW BUSINESS**

6.01    **Award of Contract – Chantilly High School Roof Replacement Project [FTS; Action 10/22/2020]-** award a contract for the Chantilly High School Roof Replacement Project to the lowest responsive and responsible bidder, and authorize the Division Superintendent, or the Assistant Superintendent of Facilities and Transportation Services, to execute, deliver, and administer the contract on behalf of the School Board.&nbsp.(Exhibit N)

There was no discussion on this item.

6.02    **Award of Contract – Rooftop Unit Replacements at Marshall Road Elementary School [FTS; Action 10/22/2020]-** award the contract for the Rooftop Unit Replacements at Marshall Road Elementary School to the lowest responsive and responsible bidder and authorize the Division Superintendent, or the Assistant Superintendent of Facilities and Transportation Services, to execute and administer the contract on behalf of the School Board. (Exhibit O)

There was no discussion on this item.

6.03    **Award of Contract – Hybla Valley Elementary School Renovation Project [FTS; Action 10/22/2020]-** award a contract for the Hybla Valley Elementary School Renovation Project to the lowest responsive and responsible bidder, and authorize the Division Superintendent, or the Assistant Superintendent of Facilities and Transportation Services, to execute, deliver, and administer the contract on behalf of the School Board.&nbsp. (Exhibit P)

There was no discussion on this item.

6.04    **Award of Contract – Olde Creek Elementary School Roof Replacement Project [FTS; Action 10/22/2020]-** award a contract for the Olde Creek Elementary School Roof Replacement Project to the lowest responsive and responsible bidder, and authorize the Division Superintendent, or the Assistant Superintendent of Facilities and Transportation Services, to execute, deliver, and administer the contract on behalf of the School Board.&nbsp. (Exhibit Q)

There was no discussion on this item.

6.05    **Award of Contract – Poe Middle School Roof Replacement Project [FTS; Action 10/22/2020]-** award a contract for the Poe Middle School Roof Replacement Project to the lowest responsive and responsible bidder, and authorize the Division Superintendent, or the Assistant Superintendent of

**FAIRFAX COUNTY SCHOOL BOARD**

Electronic Regular Meeting                    9                    October 8, 2020

Facilities and Transportation Services, to execute, deliver, and administer the contract on behalf of the School Board.&nbsp. (Exhibit R)

There was no discussion on this item.

**6.06    Award of Contract – Graham Road Community Building Synthetic Turf Field Replacement Project [FTS; Action 10/22/2020]-** award a contract for the Graham Road Community Building Synthetic Turf Field Replacement Project to the lowest responsive and responsible bidder, and authorize the Division Superintendent, or the Assistant Superintendent of Facilities and Transportation Services, to execute, deliver, and administer the contract on behalf of the School Board. &nbsp. (Exhibit S)

There was no discussion on this item.

**6.07    2021 FCSB State and Federal Legislative Program [COO; WS 10/20/20; Action 11/5/2020]-** adopt the 2021 Fairfax County School Board State and Federal Legislative Program. (Exhibit T)

There was no discussion on this item.

**6.08    Policy 2150 Prevention of alcohol and Other Illegal Drug Use by Students [SB; Action 10/22/20]-** Approve the recommended changes to Policy as detailed in the agenda item.] (Exhibit U)

There was no discussion on this item.

**6.09    Policy 1501 Public Access to Information [SB; Action 10/22/20]-** Approve the recommended changes to Policy as detailed in the agenda item. (Exhibit V)

There was no discussion on this item.

**6.10    Policy 2701 Student Personal Data [SB; Action 10/22/20]-** Approve the recommended changes to Policy as detailed in the agenda item. (Exhibit W)

There was no discussion on this item.

**7.    <u>SUPERINTENDENT MATTERS</u>**

Due to the late hour, this item was canceled.

**8.    <u>BOARD COMMITTEE REPORTS</u>**

Due to the late hour, this item was canceled.

**9.    <u>BOARD MATTERS</u>**

Due to the late hour, this item was canceled.

**FAIRFAX COUNTY SCHOOL BOARD**

Electronic Regular Meeting                    10                    October 8, 2020

**10.    ADJOURNMENT**

The meeting was adjourned at 12:26 am. October 9, 2020.

_____
Chairman of the Board

_____
Clerk of the Board
Approved: November 16, 2020