**Exhibit 5**

Message

| | |
|---|---|
| **From**: | Caption [caption@abercap.com] |
| **Sent**: | 6/24/2020 3:58:48 PM |
| **To**: | Madeja, Beverly [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c5b7f14d54ff49ba88fd731a27823062-Madeja, Bev]; Fetters, Matt [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bede6970b3da4de8815fede3a8b8916c-Fetters, Ma]; Carney, Shelly [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5e47c48d2e144bddb37fdce8e53f50e1-Carney, Mic]; Muhlberg, Ilene [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=825be3d8342d4ac4afae7a8306a1e2c5-Muhlberg, I]; Visioli, Beth [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8756c498e8524a9eaa16fb08f6d5d7a2-Visioli, El] |
| **Subject**: | [External] 06/18 FCPS Transcripts |
| **Attachments**: | FCPS_06-18-20_0400pm-0430pmET.txt; FCPS_06-18-20_0430pm-0545pmET.txt |

FCSB-TJ000008677

L.

LIVE CC BY ABERDEEN CAPTIONING

1-800-688-6621

THIS JUNE 18, 2020 MEETING WILL COME TO ORDER.

ROLL CALL.

DR. ANDERSON, PRESENT.

MS. COHEN, HERE.

MR. FRISCH.

HERE.

SORRY ABOUT THAT.

>> NO WORRIES.

MS. KEYS-GAMARRA.

HERE.

MS. M#C#LAUGHLIN.

HERE.

MS. MEREN.

HERE.

MS. OMEISH.

HERE.

MS. PEKARSKY.

HERE.

MS. SIZEMORE HEIZER.

I'M HERE.

MS. THOLEN.

ALL RIGHT.

MS. CORBETT SANDERS, I SEE YOU'RE GETTING SETTLED.

ARE YOU HERE?

>> I'M HERE.

CAN YOU HEAR ME?

>> THERE YOU GO.

WE ARE READY TO RISE NOW AS OUR STUDENT REPRESENTATIVE LEADS US IN RECITING THE PLEDGE OF ALLEGIANCE.

>> I PLEDGE ALLEGIANCE TO THE FLAG OF THE UNITED STATES OF AMERICA.

TO THE REPUBLIC FOR WHICH IT STANDS

ONE NATION

UNDER GOD, INDIVISIBLE

WITH LIBERTY, AND JUSTICE

FOR ALL.

FCSB-TJ000008678

>> THANK YOU.

WE'LL TURN IT BACK OVER TO MS. CORBETT SANDERS.

>> I CALL ON MS. CARSY FOR RECOGNITION OF THE SCHOOL BOARD CHARACTER AWARD RECIPIENT.

>> THANK YOU.

VERY EXCITING TO BE ABLE TO OFFER THIS RECOGNITION TODAY.

THE SCHOOL BOARD CHARACTER AWARD WAS INITIATED BY FORMER STUDENT REPRESENTATIVES TO THE SCHOOL BOARD AND ESTABLISHED BY THE STUDENT ADVISORY COUNCIL IN 2001.

THE CREDIT UNION EDUCATION FOUNDATION HAS GENEROUSLY FUNDED THE $500 WARD SINCE 2007.

THE AWARD IS GIVEN TO A JUNIOR OR SENIOR WHO DEMONSTRATES A CONTINUOUS RECORD OF HIGH MORALES, STRONG INTEGRITY AND GOOD CHARACTER.

AND WHO IS RECOGNIZED AS A ROLE MODEL FOR STUDENTS IN FAIRFAX COUNTY PUBLIC SCHOOLS IN DAY TO DAY BEHAVIOR.

IT IS MY HONOR TO ANNOUNCE THAT THE RECIPIENT OF THE 2020 SCHOOL BOARD CHARACTER AWARD IS DANIELA FLORES, A SENIOR AT CENTREVILLE HIGH SCHOOL.

DANIELA IS A TREMENDOUS SOURCE OF HOPE AND INSPIRATION FOR THE CENTREVILLE HIGH SCHOOL COMMUNITY.

SHE EMIGRATED TO THE UNITED STATES AND INITIALLY STRUGGLED TO ADAPT.

SHE DID NOT SPEAK ANY ENGLISH AND LEFT BEHIND HER FRIENDS, HER FAMILY, AND COMMUNITY.

DANIELA WORKED HARD AND BECAME STRONGER, MORE INDEPENDENT, AMBITIOUS, AND A CITIZEN THROUGH HER IMMIGRANT EXPERIENCE.

SHE LEARNED TO APPRECIATE THE THINGS SHE HAS IN LIFE AND WORK HARD TO REACH HER GOALS.

HER DEDICATION AND PERSISTENCE ENABLED HER PROGRESS TO EARNING A'S AND HONORS IN A.P. ENGLISH CLASSES IN HIGH SCHOOL.

DANIELA'S SUCCESS IS DUE TO HER GRIT AND PERSEVERANCE.

HER EXPERIENCE IN A.P. ENGLISH LANGUAGE IS INDICATIVE OF HER APPROACH TO ALL OF HER CLASSES.

SHE EMBRACES RIGOR, WORKS INCREDIBLY HARD TO GAIN SKILLS, AND IS TIRELESS IN HER PURSUIT OF KNOWLEDGE AND ACADEMIC SUCCESS.

DANIELA IS COMMITTED TO HELPING THOSE AROUND HER AND DEVOTING HER TIME, ENERGY, AND CONSIDERABLE INTELLECT TO BETTERING HER COMMUNITY.

SHE IS A REGULAR VOLUNTEER AT A VARIETY OF PROGRAMS AND EVENTS THAT HOLD A SPECIAL PLACE IN HER HEART.

THE HISPANIC COLLEGE INSTITUTE, AND THE WORD OF LIFE INTERNATIONAL CHURCH.

SHE HAS DONATED HER TIME AND SKILLS TO SUPPORT THE CENTREVILLE IMMIGRATION CENTER AND THE CONSOLATE OF GUATEMALA.

SHE IS COMPLETING AN INTERNSHIP AT THE IMMIGRANTS FIRST.

SHE HAS BEEN SELECTED TO PARTICIPATE IN THE JEFFERSON WEXTON HIGH SCHOOL LEADERSHIP PROGRAM AND THE HISPANIC COLLEGE INSTITUTE LEADERSHIP PROGRAM AT VIRGINIA TECH UNIVERSITY.

DANIELA IS A VALUE-DRIVEN STUDENT WITH INTEGRITY.

SHE VALUES MAKING A DIFFERENCE IN THE LIVES OF OTHERS AND DEDICATES HER TIME TO HELPING OTHERS IN THE SCHOOL.

DANIELLA HAS TAKEN ON AN ASSISTANT ROLE WITH THE DEPARTMENT WHERE SHE WORKS WITH STUDENTS INDIVIDUALLY AND GROUPS TO ACCESS EDUCATION AND RESOURCES.

DANIELLA HELPED CREATE THIS ROLE, SEEING A NEED IN HER SCHOOL AND VOLUNTEERING TO TAKE

FCSB-TJ000008679

ON THE WORK THAT WENT WITH IT.

DANIELA TRULY BELIEVES IN IMPROVING THE LOCAL COMMUNITY AND THE WORLD SHE LIVES IN AND HAPPILY DEVOTES HER TIME TO CREATING A POSITIVE DIFFERENCE.

PLEASE JOIN ME IN CONGRATULATING DANIELA PEREIRA FLORES ON THIS GREAT ACHIEVEMENT.

I KNOW WE HAVE DANIELA AND HER FAMILY WITH US VIRTUALLY.

WE ARE ALL SO PROUD OF YOU.

CONGRATULATIONS.

CANNOT WAIT TO SEE WHAT YOU DO IN THE FUTURE.

>> THANK YOU SO MUCH.

I REALLY APPRECIATE IT.

[APPLAUSE]

>> THANK YOU.

>> DANIELA, WE ARE SO PROUD OF YOU, AND WHEN WE ARE ABLE TO BE BACK TOGETHER IN PERSON, PERHAPS WE CAN GET A PICTURE WITH THE BOARD.

BUT IT'S UNFORTUNATE THAT WE CAN'T DO THAT TODAY.

>> I KNOW, YES, BUT DEFINITELY I WILL BE THERE.

AND ONCE AGAIN THANK YOU GUYS SO MUCH.

I REALLY APPRECIATE IT AND IT MEANS A LOT TO ME.

>> THANK YOU, DANIELA.

>>  MAKE US PROUD, DANIELA.

>> WILL DO.

>> AND NOW I'M VERY PLEASED TO CALL ON MRS. KEYS-GAMARRA FOR A RECOGNITION OF JUNETEENTH.

>> THANK YOU, MADAM CHAIR.

WHEREAS THE MONTH OF JUNE IS A TIME THAT MANY IN OUR NATION RECOGNIZE JUNETEENTH AS THE HOLIDAY THAT CELEBRATES EMANCIPATION DAY, THE DAY IN HISTORY WHEN THE LAST STATE RATIFIED THE EMANCIPATION PROCLAMATION.

AND WHEREAS THIS DATE MARKS THE TIME PERIOD WHERE AFRICAN-AMERICANS OF TEXAS RECEIVED NOTICE FROM PRESIDENT LINCOLN THAT SLAVERY HAD BEEN ABOLISHED, A DECLARATION WAS CODIFIED  FROM THE CONSTITUTION OF THE UNITED STATES.

AND WHEREAS JUNE 19 MARKS THE DAY THAT AFRICAN AMERICANS IN THE SOUTHERN STATES EXERCISED INDEPENDENCE FROM THOSE WHO BENEFITED FROM THEIR LABORS IN THE FOUNDING OF THIS NATIO.

AND WHEREAS THE JOURNEY OF AFRICAN AMERICANS REPRESENTS BOTH GREAT ACHIEVEMENTS AND GREAT HARDSHIP.

AND WHEREAS OUR NATION IS CURRENTLY WITNESSING THE INJUSTICES OF THE AFRICAN AMERICAN JOURNEY THAT HAVE EXISTED FOR FAR TOO LONG, THIS JUNE 19 CELEBRATION WEIGHS HEAVILY ON OUR HEARTS AND OUR MINDS IN THE AFTERMATH OF THE MURDER OF GEORGE FLOYD AND OTHERS WHO HAVE NOT BEEN TREATED EQUALLY UNDER THE LAW.

AND WHEREAS THE PAIN AND ANGUISH DISPLAYED ON OUR NATIONAL STAGE DEVELOPED FROM GENERATIONS OF SYSTEMIC RACISM THAT IMPACTS OUR STUDENTS, FAMILIES, STAFF, AND COMMUNITIES.

FCSB-TJ000008680

WHEREAS THE EDUCATIONAL INSTITUTION OF THIS NATION, INCLUDING FCPS, HAS A PARTICULAR RESPONSIBILITY TO RECOGNIZE THE PAINFUL  REALTIES OF OUR HISTORY AND MAKE SURE OUR CURRICULUM REFLECTS THESE REALTIES.

AND WHEREAS WORKING WITH THE COMMUNITY AS ONE FAIRFAX, THIS BOARD IS COMMITTED TO IDENTIFYING ACTIONABLE ITEMS FOR POLICIES OF PROCEDURES THAT GIVE GREATER ACCESS TO OPPORTUNITIES TO ENSURE THAT STUDENTS, FAMILIES, AND STAFF DO NOT EXPERIENCE INEQUITIES IN FAIRFAX COUNTY PUBLIC SCHOOLS.

AND WHEREAS WE VALUE DIVERSITY AND ARE UNITED  IN OUR OPPOSITION TO RACISM AND HATE, WE STAND IN SOLIDARITY WITH OUR AFRICAN AMERICAN STUDENTS, EDUCATORS, STAFF, AND THEIR FAMILIES.

NOW THEREFORE BE IT RESOLVED THAT THE FAIRFAX COUNTY PUBLIC SCHOOLS HEREBY OFFICIALLY COMMEMORATE JUNETEENTH AS A DAY TO CELEBRATE AND EMPHASIZE A COLLECTIVE CALL TO ACTION AGAINST INJUSTICE OF ANY KIND.

>> I SO MOVE.

>> I SO MOVE.

>> IS THERE A SECOND TO THIS?

DR. ANDERSON?

SECOND.

>> MS. KEYS-GAMARRA, WOULD YOU LIKE TO SPEAK TO YOUR RECOGNITION?

>> I DO, AND I WILL ASK FOR YOUR PATIENCE AHEAD OF TIME.

I GET SO PASSIONATE ABOUT THESE ISSUES.

INDEED TODAY WE DO RECOGNIZE THE SIGNIFICANCE OF THE DATE MARKED JUNETEENTH FOR AFRICAN AMERICANS AND FOR ALL AMERICANS.

AND WITH THAT, I AM GOING TO SHARE A PERSONAL STORY THAT TIES IN NOT ONLY THE SIGNIFICANCE OF THIS ANNOUNCEMENT BACK IN TEXAS WHICH COINCIDENTLY CAME MORE THAN TWO YEARS AFTER THE ACTUAL SIGNING OF THE EMANCIPATION PROCLAMATION.

IT WAS A DELAY SYMBOLIC OF WHAT WE ARE EXPERIENCING IN THIS NATION.

SO YESTERDAY MY PERSONAL STORY IS THIS, I GOT A CALL FROM MY SON WHO JUST RECENTLY GRADUATED FROM COLLEGE.

AND HE HAD WITNESSED A DOMESTIC VIOLENCE INCIDENT.

HE DIDN'T QUITE KNOW WHAT TO DO, BUT HE WAS VERY AWARE OF THE THINGS GOING ON IN OUR NATION.

SO HE TOOK COVER, CALLED THE POLICE TO MAKE SURE THE YOUNG LADY GOT HELP.

AND THEY ASKED HIM TO STAY THERE AND WAIT FOR THE POLICE.

AND HIS STATEMENT IS TRULY A STATEMENT ON WHERE WE ARE IN THIS NATION.

BECAUSE AS HE TALKED TO THE POLICE AND GAVE A DESCRIPTION OF HIMSELF, HE HAD TO SAY I'M A BLACK MAN, PLEASE DON'T SHOOT ME.

I WANT YOU TO LET THAT SINK IN.

MY SON'S RESPONSE TO THIS INTERACTION IS THE RESULT OF OUR FAILURE AS A NATION TO TRULY DEAL WITH THE INEQUITIES IN OUR NATION IN OUR UNWILLINGNESS TO REALLY ACCEPT WHAT HAPPENED AS WE ACCEPTED SLAVES 400 YEARS AGO.

AFRICAN AMERICANS CAME FROM NATIONS, FROM A CONTINENT OF KINGS AND QUEENS.

THEY WERE HUMANITY.

BUT ALL OF THAT WAS IGNORED IN THE SLAVE TRADE.

FCSB-TJ000008681

AND WE DIDN'T, WE NEVER REALLY STOPPED TO SAY THAT IT WAS WRONG.

YES, WE HAD OPPORTUNITIES.

WE HAD THE DRED SCOTT CASE THAT WENT TO THE UNITED STATES SUPREME COURT, AND THAT WAS -- I'M SORRY?

>> GO AHEAD MS. KEYS-GAMARRA.

>> OKAY.

WE HAD AN OPPORTUNITY TO TURN AWAY FROM THOSE THINGS, AND WE HAD AN OPPORTUNITY SO MANY TIMES BEFORE, WHETHER IT IS THAT CASE OR LYNCHINGS OR THE KKK OR A NUMBER OF OTHER OPPORTUNITIES.

BUT IN LOOKING AT WHAT HAS HAPPENED TO GEORGE FLOYD, WE NOW KNOW THAT OUR SHORTCOMINGS ARE FAR TOO GREAT.

SO WE MUST RECOGNIZE THE UNACCEPTABLE NUMBERS OF SUCH THINGS AS THE UNACCEPTABLE NUMBERS OF AFRICAN AMERICANS THAT HAVE BEEN ACCEPTED TO T.J.

WE HAVE TO RECOGNIZE THAT IS A MANIFESTATION OF PROBLEMS WITHIN OUR SYSTEM AND WE HAVE TO HAVE GREATER ACCESS AND OPPORTUNITY TO ADVANCED ACADEMICS, TO AFFORDABLE HOUSING, TO ECONOMIC OPPORTUNITIES.

AND SO WE HAVE TO CLEAN OUR OWN HOUSE.

YES, WE HAVE TO GET RID OF CONFEDERATE NAMES AND A NUMBER OF OTHER THINGS.

AND SO I SIMPLY WANT TO SAY WE HAVE BEGUN TO TEAR DOWN THESE THINGS.

WE HAVE BEGUN TO ADDRESS THE PROBLEMS.

CELEBRATING THIS DAY WILL MEAN NOTHING IF WE DON'T DO ANYTHING.

AND SO I CHALLENGE ALL OF US, AND I KNOW THAT MY BOARD MEMBERS WILL STAND WITH US AS WE REMOVE THE BARRIERS THAT HAVE CREATED THESE INEQUITIES AND IMPACT OUR STUDENTS UNJUSTLY.

THANK YOU.

>> THANK YOU VERY MUCH, MS. KEYS-GAMARRA.

DR. ANDERSON.

>> I'M SO VERY GLAD TO SECOND THIS RESOLUTION.

A LOT OF THINGS THAT I'VE WRITTEN IN MY COMMENTS HAVE BEEN STATED BY MS. KEYS-GAMARRA, EVEN THOUGH WE DID NOT WORK TOGETHER ON THIS AT ALL.

I'M GOING TO GO AHEAD AND JUMP IN.

JUNETEENTH IS A HOLIDAY TO CELEBRATE THE EMANCIPATION OF ENSLAVED PEOPLE IN THE U.S.

EMANCIPATION, THE FACT OR PROCESS OF BEING SET FREE OF LEGAL, SOCIAL, OR POLITICAL RESTRICTION.

LIBERATION.

I HIGHLIGHT THIS DEFINITION BECAUSE IT'S THE FIRST JUNETEENTH CELEBRATION IN 1865.

LEGAL, SOCIAL, AND POLITICAL RESTRICTIONS ON AFRICAN AMERICANS REMAIN A FIXTURE IN ALL OF OUR INSTITUTIONS.

TODAY I JOIN THE VOICES AND FOCUS THIS YEAR'S RECOGNITION OF JUNETEENTH NOT ONLY AS CELEBRATORY BUT AS A CALL TO ACTION.

I SEEK FOR US AS A SCHOOL BOARD AND SCHOOL DIVISION TO REFLECT ON WHAT IT MEANS TO LIBERATE OUR STUDENTS OF COLOR AND STAFF FROM LEGAL, SOCIAL, AND POLITICAL RESTRICTIONS IN OUR SCHOOLS, RESTRICTIONS THAT IMPEDE, LIMIT OR RESTRICT EDUCATIONAL OPPORTUNITIES.

I STRONGLY URGE THE FCPS COMMUNITY TO COMMIT TO THE WORK OF MOVING THE NEEDLE AND THE

FCSB-TJ000008682

ISSUES PRESENTED TO OUR STUDENTS AND FAMILIES.

THE SYMBOLIC REPRESENTATION OF JUNETEENTH DOES LITTLE TO STUDENTS AND FAMILIES ON THE END OF SYSTEMIC INEQUITIES SUCH AS BUT NOT LIMITED TO ACCESS TO RIGOROUS ACADEMIC INSTRUCTION, INCLUDING BUT NOT LIMITED TO T.J. ADMISSIONS.

SPECIAL EDUCATION OVER REPRESENTATION, DISCIPLINARY DISPROPORTIONALITY.

AND MASCOT NAMES THAT ARE DEROGATORY IN NATURE TO VARIOUS GROUPS.

THERE WE LACK THE ACCOUNTABILITY FOR BEHAVIORAL ACTIONS THAT SUPPORT A CULTURE OF LOW EXPECTATIONS FOR SOME OF OUR STUDENTS OR DISAVOW BASIC HUMANITY.

THESE ARE A FEW OF THE IMMEDIATE ISSUES WE CAN ADDRESS IN HONOR OF JUNETEENTH THAT I WILL BE HOLDING MYSELF ACCOUNTABLE TO, AND I URGE OUR COLLEAGUES TO JOIN ME IN THIS CALL TO ACTION.

AS WE SHARED PREVIOUSLY, RHETORIC WITHOUT ACTION MIGHT AS WELL NOT TAKE PLACE.

THANK YOU.


>> THANK YOU, DR. ANDERSON.

DO ANY OF MY OTHER COLLEAGUES WANT TO SPEAK TO THIS?

DR. ANDERSON AND MS. KEYS-GAMARRA, I AM SO PLEASED THAT YOU ALL BROUGHT THIS RESOLUTION FORWARD.

IT IS SOMETHING THAT I FEEL VERY PASSIONATELY ABOUT AND IT ACTUALLY BUILDS ON THE LETTER THIS BOARD SENT TO THE COMMUNITY JUST A COUPLE OF WEEKS AGO.

IT IS A CALL TO ACTION.

I APPRECIATE WHAT YOU'VE BROUGHT HERE AND I BELIEVE YOU NEED TO INCLUDE JUNETEENTH IN ALL FUTURE RECOGNITIONS GOING FORWARD ON THE SCHOOL BOARD MEETING CLOSEST TO THE 19#TH# OF JUNE.

I ALSO THINK IT WOULD BE A WONDERFUL PERIOD OF TIME EVERY YEAR THAT WE DO SELF-REFLECTION TO SAY WHAT HAVE WE DONE TO HONOR WHAT WE ARE SIGNING ON TO TODAY.

HOW ARE WE MAKING SYSTEMIC CHANGES TO POSITIVE IMPACT OUR BLACK STUDENTS, FAMILIES AND STAFF.

SO THANK YOU SO MUCH FOR WHAT YOU'VE DONE HERE.

IT IS GREATLY APPRECIATED.

I NOW SEE THAT MS. M#C#LAUGHLIN WOULD LIKE TO SAY SOMETHING.


>> I WANT TO EXPRESSION TO THOSE WHO WORKED TO ENSURE EMPLOYEES WILL HAVE THIS AS A FORMAL HOLIDAY, TO ALSO HONOR THE DAY AND HAVE AN OPPORTUNITY FOR REFLECTION.

AS DR. ANDERSON AND MS. KEYS-GAMARRA SAID, ACTIONS WITHOUT WORDS DO NOT BRING US THE CHANGE THAT WE WANT TO SEE.

I AM SO THRILLED THAT YOU BOTH IDENTIFIED WHERE WE NEED MUCH CHANGE IN GROWTH AND OPPORTUNITY FOR ALL STUDENTS IN FAIRFAX COUNTY.

I REALLY APPRECIATE THE WAY THAT YOU PRESENTED IT HERE TODAY IN WHAT IS TRULY AN HISTORIC AND LONG OVERDUE RECOGNITION OF A SOLEMN DAY IN OUR NATION'S HISTORY, BUT ONE THAT BRINGS A LOT OF HOPE.


>>

>> I TOO, I WANT TO THANK MY COLLEAGUES NOR BRINGING THIS FORWARD.

MS. KEYS-GAMARRA, I KNOW YOU BROUGHT THIS UP LAST YEAR.

I UNDERSTAND YOUR PASSION AS DR. ANDERSON.

AND I HEARD FROM MANY PEOPLE.

JUST TODAY ABOUT BECAUSE WE ARE RECOGNIZING THIS IN FAIRFAX AS A HOLIDAY AND A DAY OF

FCSB-TJ000008683

REFLECTION, AND YOU HAVE A PLEDGE FROM ME AS A FELLOW BOARD MEMBER THAT THIS WILL BE SOMETHING THAT WE WILL WORK ON TOGETHER.

THESE WILL NOT JUST BE WORDS WITHOUT ACTION.

AND AS WE MOVE FORWARD, WE MOVE FORWARD ON THIS ROAD, WE WILL WORK TOGETHER TO MAKE SURE THE INEQUITIES THAT YOU ARE SPEAKING OF AND THAT WE SEE, THAT WE'VE SEEN WILL NOT CONTINUE AND WILL BE ADDRESSED.

SO THANK YOU ALL.


>> THANK YOU, MS. KAUFAX.

MS. OMEISH.


>> THANK YOU FOR READING THE RECOGNITION.

WITH THE ENCOURAGEMENT OF KIMBERLY NATHAN AND ALL THE STUDENTS IN OUR SCHOOLS WHO NOW HAVE THE OPPORTUNITY TO REFLECT ON THIS, TO CELEBRATE THIS, AND THE EMANCIPATION OF MANY PEOPLE, AND TO THINK THIS IS A START TO TEACHING OUR HISTORY, THAT THIS IS WHY NARRATIVES ARE SO IMPORTANT AND THIS IS WHY IT IS CRITICAL FOR US TO TEACH THE HISTORY OF ALL KINDS OF PEOPLE, PARTICULARLY THOSE WHEN OUR NATION DECLARED INDEPENDENCE IN 1776 AND HAD YET TO SIGN THAT FOR ALL PEOPLE AND AFRICAN AMERICANS IN PARTICULAR UNTIL 1865.

IT TOOK THAT LONG FOR OUR COUNTRY TO DECIDE THAT SLAVERY WAS UNJUST.

WHETHER IT WAS AFRICAN AMERICANS OR NATIVE AMERICANS WHO WERE ENSLAVED AND THOSE IN BETWEEN, THAT THE STRUGGLE FOR EMANCIPATION IS SOMETHING REAL IN THIS COUNTRY.

I WANT TO REFLECT ON THAT.

THAT IT WAS ACTUALLY ACCEPTABLE ONCE UPON TIME SO NOW IN CELEBRATION OF THE OPPOSITE, THINK ABOUT LIBERTY AND FREEDOM BEING SOMETHING THAT IS NOT JUST PHYSICAL, NOW THAT WE'VE MOVED PAST THAT, RIGHT?

IT'S MENTAL.

IT HAPPENS WHEN YOU CARRY THE BURDEN OF DISCRIMINATION AND THINGS LIKE THAT SPEAK TO THE NEED TO CONTINUE PUSHING FOR FREEDOM.

I DON'T WANT TO WATER DOWN THE HOLIDAY THAT THIS IS.

IN BEING POSITIVE ABOUT THAT AND MOVING FORWARD TO FURTHER ACHIEVEMENT, I'M HAPPY TO CELEBRATE THIS.

I'M HAPPY TO SEE NOW THAT IT IS GOING TO BE A HOLIDAY ACROSS THE BOARD FOR ALL OF US AND HOPE THAT WE CAN BE PROACTIVE AND FIRMLY CONNECT [INAUDIBLE]

HAPPY JUNETEENTH.

THIS IS TOMORROW, JUNE 19.

HERE'S TO MANY MORE CELEBRATIONS OF FREEDOM IN THE FUTURE.

THANK YOU, MS. OMEISH.

THIS WAS PUT ON THE CALENDAR WEEKS AGO.

TECHNICALLY WE DID BEAT THE STATE BUT ARE GLAD TO JOIN THE STATE IN THE CELEBRATION.

MS. SIZEMORE HEIZER.


>> THANK YOU.

I WANT TO EXPRESS APPRECIATION AND THANKS TO MS. KEYS-GAMARRA AND DR. ANDERSON FOR THE HEARTFELT, WISE AND MUCH-NEEDED WORDS.

SO I DON'T WANT TO SORT OF CENTER MY OWN WORDS TOO MUCH IN THIS I WANTED TO SPEAK UP AND SAY THE BOOK I HAVE IS THE PEOPLE'S UNITED STATES.

IT IS VOICES THAT HAVEN'T BEEN HEARD AND MAKING SURE THAT OUR HISTORY REFLECTS ALL OF THE PEOPLE AND ALL OF OUR RICH HISTORY IS SO IMPORTANT TO ME THAT THAT'S THE MESSAGE I

FCSB-TJ000008684

WANTED TO SPREAD MYSELF.

TO HAVE WORDS AND ACTIONS AND TO BE AN ALLY MOVING FORWARD TO MAKE SURE EVERYBODY IN OUR SCHOOLS ARE EQUALLY RESPECTED, INCLUDED, VALUED AND EVERYBODY'S HISTORY AND CULTURES ARE STUDIED AND UNDERSTOOD AND VALUED AND LEARN OF THE DEEP AND RICH HISTORY WHICH WE ALL HAVE.

THANK YOU AND I APPRECIATE IT AND I'M LOOKING FORWARD TO STANDING BESIDE YOU ALL AS WE MOVE THIS WORK FORWARD.

>> THANK YOU, MS. SIZEMORE HEIZER.

>>  I LOOK FORWARD TO WHAT ARE THE SYSTEMIC ISSUES AT FCPS THAT LEAVES AFRICAN AMERICAN STUDENTS AND OTHERS TO FEEL THEY ARE NOT SUPPORTED AND SOMETIMES THAT THEY'RE ACTIVELY IN A SYSTEM THAT FEELS LIKE IT'S WORKING AGAINST THEM.

AS MS. KEYS-GAMARRA SAYS REGARDING THE NAME CHANGE FOR MOSBY WOODS, WE HAVE A LOW-HANGING FRUIT.

WE NEED TO WORK ON OUR HIRING PRACTICES.

WE NEED TO WORK ON OUR PROFESSIONAL DEVELOPMENT.

WE NEED TO WORK ON A.E.P. AND T.J.

WE NEED SCHOOL-SPECIFIC INTERVENTIONS AROUND ANTI-RACISM.

WE NEED ANTI-RACIST CURRICULUM.

WE NEED TO HAVE CONVERSATIONS ABOUT THE ROLES OF S.R.'S IN OUR SCHOOLS AND WE NEED TO TACKLE TRUANCY AND MAKE SURE WE ARE NOT INADVERTENTLY PARTICIPATING IN THE SCHOOL TO PRISON PIPELINE.

THOSE ARE THE MANY CONVERSATIONS WE NEED TO HAVE AS A BOARD AND AS A COMMUNITY, AND I HOPE IF THERE'S ANY GOOD TO COME FROM ALL THE BAD THAT WE HAVE SEEN AND ALL THAT HAS BEEN EXPOSED IN THE LAST FEW WEEKS, I HOPE IT WILL BE REAL ACTION MORE THAN JUST A RESOLUTION OF A RECOGNITION OF AN INCREDIBLY IMPORTANT DAY.

THANK YOU.

FCSB-TJ000008685

>> I APPRECIATE YOUR ADVOCACY.

THERE'S NOT A MOTION FOR THAT.

WE'RE GOING TO TALK ABOUT THIS

MOTION FIRST AND THEN WE CAN

CONTINUE ON, OKAY?

I APPRECIATE IT.

THANK YOU.

>> Ms. THOLEN?

>> YES, HI.

THANK YOU VERY MUCH FOR BRINGING

THIS RESOLUTION FORWARD.

I THANK MY COLLEAGUES FOR THAT.

IT SEEMS MY EARLIEST MEMORIES IN

LIFE ARE VOLUNTEERING AT THE

ST. BONIFACE PARISH IN

MILWAUKEE, AND PROMOTING CIVIL

RIGHTS FOR AFRICAN AMERICANS.

MY MOTHER WAS AN ACTIVIST AND IN

HER STRONG PERSISTENT WAY

INSTILLED IN ME THE KNOWLEDGE

THAT ALL PEOPLE ARE COMMITTED AS

WELL.

NO PERSON'S ABILITIES SHOULD BE

UNDERESTIMATED, AND EQUITABLE

TREATMENT OF ALL INDIVIDUALS IS

UNQUESTIONABLE.

AND ALL PEOPLE NEED TO BE

TREATED WITH COMPASSION AND

RESPECT.

I WANTED TO MENTION I WAS

FORTUNATE TO BE ON THE PHONE

EARLIER TODAY WITH ONE OF OUR

ADMINISTRATORS, AND I WANT TO

COMMEND THEM FOR MOVING SOME OF

THIS WORK FORWARD ALREADY BY

MOVING FORWARDS WITH DISCUSSIONS

WITH OUR PARENT COMMUNITIES, OUR

STUDENT COMMUNITIES, AND OUR

STAFF, AND THIS ADMINISTRATOR

FCSB-TJ000008686

ULTIMATELY PUT IT EARLIER TODAY,

THERE IS NO PERIOD AT THE END OF

THIS SESSION.

WE HAVE LOTS OF WORK AHEAD OF US

AND IT'S SOMETHING THAT NEEDS TO

CONTINUE FOR YEARS AND YEARS.

AND I LOOK FORWARD TO WORKING

WITH MY COLLEAGUES AND OUR

ADMINISTRATIVE AND STAFF ACROSS

FCPS TO CONTINUE THIS WORK.

THANK YOU VERY MUCH.

>> THANK YOU, Ms. THOLEN.

MR. FRISCH?

>> THANK YOU.

YEAH, VERY QUICKLY, I APPRECIATE

THE COMMENTS OF

Ms. KEYS-GAMARRA AND ANDERSON

IN THEIR ELOQUENT DISCUSSION OF

JUNE-TEENTH.

IT COULD BE FANTASTIC IF WE

COULD RETURN TO THE TOPIC NEXT

ON OUR AGENDA THAT WOULD MOVE

THE SCHOOL DIVISION FORWARD ON A

NUMBER OF THESE ISSUES FORMALLY

SO THAT STAFF CAN GET TO WORK.

I APPRECIATE THAT, THANK YOU.

>> THANK YOU, MR. FRISCH.

Ms. PEKARSKY?

>> THANK YOU, JUST BRIEFLY, I

ALSO WANT TO THANK

Ms. KEYS-GAMARRA AND Dr.

ANDERSON WHO SO ELOQUENTLY

TALKED ABOUT THIS TOPIC AND I

TOO JUST WANT TO SAY I'M READY

FOR ACTION AND I'M READY TO DO

THE HARD WORK AND I THINK WE AS

A BOARD ARE THERE AND I THINK

THE COMMUNITY IS READY TO HAVE

THESE DIFFICULT DISCUSSIONS.

FCSB-TJ000008687

I SEE THEM HAPPENING IN MY

SCHOOLS.

AND THE ONLY WAY TO REALLY MOVE

US FORWARD IS TO HAVE THE HARD

CONVERSATIONS AND DO THE REAL

WORK WHERE IT MATTERS.

SO I AM ALSO COMMITTED TO THIS

AND I THANK YOU BOTH FOR

BRINGING THIS TO US TODAY.

>> THANK YOU, Ms. PEKARSKY.

Ms. BOATENG, DID YOU WANT TO

SPEAK TO THIS?

>> NOT QUITE RIGHT NOW.

I THINK I'LL SPEAK MORE TO

EVERYTHING DURING STUDENT

MATTERS.

>> THANK YOU VERY MUCH.

SO WITH THAT, I WILL CALL FOR

THE VOTE.

ALL THOSE IN FAVOR OF THE

RECOGNITION PUT FORTH BY

Ms. KEYS-GAMARRA AND SECONDED

BY Dr. ANDERSON, PLEASE SHOW

YOUR HANDS AND I WILL CALL YOU

OUT.

[ READING OFF NAMES ]

THAT MOTION IS UNANIMOUS.

IT DOES CARRY.

NOW WE WILL GO ON TO THE PORTION

OF OUR AGENDA, CITIZEN

PARTICIPATION.

AND BEFORE I GO TO THAT, I DO

WANT TO CALL PEOPLE'S ATTENTION

THAT OUR TRADITIONAL PROCEDURES

FOR BOARD MEETINGS ARE THAT WE

HAVE OUR QUORUM BEFORE THE BOARD

MEETING SO IT CAN BE RECORDED

OUT TO THE WHOLE PUBLIC DURING

THE BOARD MEETING, SO IF I CAN

FCSB-TJ000008688

CONTINUE THROUGH THIS MEETING,

WHAT I WOULD LIKE TO OFFER,

BECAUSE I UNDERSTAND THE SENSE

OF URGENCY IS THAT WE HAVE TWO

SEPARATE BOARD MEETINGS NEXT

WEEK, AND I'M GOING TO SUGGEST

THAT WE ADD A FORUM TOPIC PRIOR

TO THE NEXT TUESDAY NIGHT ON

CHANGING THE NAME OF LEE HIGH

SCHOOL.

SO WE COULD GO AHEAD AND DO THAT

AND HAVE STAFF HAVE THE GUIDANCE

THAT IS MUCH NEEDED IN THIS

AREA.

SO I'M GOING TO NOW CALL FOR THE

VOTE ON THE RECOGNITION.

ALL THOSE IN FAVOR, PLEASE PUT

YOUR HANDS UP.

OH, I ALREADY DID THAT, I

APOLOGIZE.

FOR NOW, WE GO TO CITIZEN

PARTICIPATION.

THE NEXT ORDER OF BUSINESS IS

CITIZEN PARTICIPATION.

TONIGHT, 14 CITIZENS HAVE SIGNED

UP TO ADDRESS THE BOARD.

SPEAKERS ARE REQUESTED TO LIMIT

THEIR REMARKS TO NO MORE THAN

THREE MINUTES.

THE SCHOOL BOARD WILL NOT HEAR

STATEMENTS INVOLVING ISSUES THAT

HAVE BEEN SCHEDULED FOR PUBLIC

HEARINGS SUCH AS CAPITAL

IMPROVEMENT PROGRAMS, BUDGET,

AND BOUNDARIES.

COMPLAINTS REGARDING INDIVIDUAL

STUDENTS OR SCHOOL-BASED

EMPLOYEES SHOULD BE DIRECTED TO

THE APPROPRIATE SCHOOL PRINCIPAL

FCSB-TJ000008689