**Exhibit 7**

# TJ ADMISSIONS MERIT LOTTERY PROPOSAL
# SCHOOL BOARD WORK SESSION 9/15/2020



# Agenda



Background
- Current Application Process
- Previous Changes
- Results

Merit Lottery Proposal
- Overview
- Model

2

# Leading with Equity at the Center

- TJHSST should reflect the diversity of FCPS, the community and Northern Virginia

- The talent at TJHSST does not reflect the talent in FCPS

- We recognize a comprehensive approach is needed to enhance diversity and inclusion at TJHSST

- The goal aligns with the One Fairfax initiative

- Three-pronged approach
  - **Admissions – Merit Lottery**
  - Enhanced pipeline
  - Enhanced wrap-around support for TJHSST students



School Board Work Session
9/15/2020

3

# FCPS Student Population (Fall 2019)





Economically Disadvantaged: 29.3%
English Language Learners: 27.4%

4

# Historical Admissions Data



*FCPS students only



*FCPS students only

Raw numbers not provided due to confidentiality requirements pursuant to VA. Code 2.23705.4(1)

# History of Admissions Changes



2011 (Class of 2016) – Outreach Specialist Position Created

2013 (Class of 2018) – Holistic Review
- Student Information Sheet proctored

2014 (Class of 2019) – Sliding Scale Adjusted
- Minimum semifinalist requirements lowered

2015 (Class of 2020) – Problem Solving Essay Added

2016 (Class of 2021) – Outreach Specialist Reduced to 0.5 Position

2017 (Class of 2022) – New Tests Introduced
- Quant-Q and ACT Aspire Reading & Science

***These changes have not made a significant impact on the application pool or admitted student demographics***

6

# Current Admissions Process


Fairfax County
PUBLIC SCHOOLS
ENGAGE • INSPIRE • THRIVE

## Application

- Application Fee ($100)
- Core GPA 3.0
- Algebra I
- 8th grade/residency

## Semifinalist Considerations

- Percentile Ranks
  - Quant-Q
  - ACT Aspire Reading
  - ACT Aspire Science
- Maintain Core GPA 3.0

## Holistic Review

- Teacher Recommendations
- Student Information Sheet
- Problem Solving Essay
- Percentile Ranks
- Math & Science GPA

## Offers

- Top 480-500 students receive offers

7

# Impact of Testing – Class of 2015

Fairfax County PUBLIC SCHOOLS
ENGAGE • INSPIRE • THRIVE

- Admissions Testing has been a barrier for historically underrepresented students to move to the semifinalist stage.



Class of 2015 - Applicants

English Language Learners – 8.2%
Economically Disadvantaged – 7.3%



Class of 2015 - Semifinalists

- Asian
- Black
- Hispanic
- 2 or More Races
- White

English Language Learners – 4.1%
Economically Disadvantaged – 1.6%

Raw numbers not provided due to confidentiality requirements pursuant to VA. Code 2.23705.4(1)

8

# Impact of Testing – Class of 2019



School Board
Work Session
9/15/2020

- Admissions Testing has been a barrier for historically underrepresented students to move to the semifinalist stage.





English Language Learners – 2.6%
Economically Disadvantaged – 6.0%

English Language Learners – 1.1%
Economically Disadvantaged – 2.1%

Raw numbers not provided due to confidentiality requirements pursuant to VA. Code 2.23705.4(1)

9

# Impact of Testing – Class of 2024

- Admissions Testing has been a barrier for historically underrepresented students to move to the semifinalist stage.





English Language Learners – 2.7%
Economically Disadvantaged – 7.2%

English Language Learners – 0.6%
Economically Disadvantaged – 1.4%

Raw numbers not provided due to confidentiality requirements pursuant to VA. Code 2.23705.4(1)

10

# Merit Lottery Proposal

## Expanding Our Talent Search



School Board Work Session
9/15/2020

11

# Process Overview

## Current Process

➢ Application Requirements

- Core class 3.0 GPA
- Enrolled in Algebra I
- Residency Requirements
- Application Fee
- Assessment Percentile Ranking
  - Quant-Q
  - ACT Aspire Reading & Science

➢ Holistic Review

- Student Information Sheet
- GPA
- Teacher Recommendations
- Problem-solving Essay
- Assessment Percentile Ranking

## Proposed Process

➢ Application Requirements

- **Core Class 3.5 GPA**
- Enrolled in Algebra I
- Residency Requirements
- Revised Student Information Sheet to include questionnaire/essay

➢ Selection by Merit Lottery

Removes:
- Application Fee
- Assessment Percentile Ranking
- Teacher Recommendations
- Problem-solving Essay

12

# Merit Lottery Process

Students are placed into
lottery pathways after a holistic review.

Students are randomly selected within
their pathways.

Offer letters are sent.

Students have a designated timeframe
to accept or reject their offer.

Rolling admissions are established to
keep a class of 500.

13

# Pathways

- Pathways have been designed to ensure equitable access for students across all regions in FCPS and participating jurisdictions

  - Arlington County
  - Fairfax County
  - Falls Church City
  - Loudoun County
  - Prince William County

- Qualified students will be selected by a merit lottery within each pathway

School Board Work Session
9/15/2020

14

# Pathway Composition

- FCPS: 350 seats (70 per region)

- Loudoun: 62 seats

- Arlington: 18 seats

- Falls Church: 2 seats

- Prince William: 68 seats

- Private school applicants will be assigned a pathway based on residency



*The numbers represented are based on the allowed ratio student cap for the 2019-2020 freshman application*

15

# FCPS Regional Pathways



School Board
Work Session
9/15/2020

| Region 1 | Region 2 | Region 3 | Region 4 | Region 5 |
|---|---|---|---|---|
| Carson | Glasgow | Hayfield | Irving | Franklin |
| Cooper | Holmes | Key | Lake Braddock | Frost |
| Herndon | Jackson | Sandburg | Liberty | Lanier |
| Hughes | Kilmer | Twain | Robinson | Rocky Run |
| Thoreau | Longfellow | Whitman | South County | Stone |
| | Poe | | | |

*Applicants will be placed in Region based on the students' base school*



16

# Rolling Admissions Process



Each pathway will maintain a list of students not chosen in the initial merit lottery. Students will be placed on the list in the order their names were drawn.

Openings in each pathway will be filled with the first name on the list for that pathway.

Should a non-FCPS pathway exhaust its list of students, the next eligible candidate off the FCPS list will be chosen.

As needed, additional applicants will be offered on the 1st and 15th of every month through end of 1st Quarter in order to maintain a class of 500.

Any student who declines the offer of admission will be removed from eligibility.

17

# Impact of Merit Lottery – Class of 2015

## Percent of Offered Students Using Current Holistic Process



Economically Disadvantaged: 2.9%
English Language Learners: 0.8%

## Percent of Offered Students Using Merit Lottery



Economically Disadvantaged: 7.0%
English Language Learners: 8.9%

18

Raw numbers not provided due to confidentiality requirements pursuant to VA. Code 2.23705.4(1)

# Impact of Merit Lottery – Class of 2019



## Percent of Offered Students Using Current Holistic Process



Economically Disadvantaged: 1.2%
English Language Learners: 1.0%

## Percent of Offered Students Using Merit Lottery



Economically Disadvantaged: 8.8%
English Language Learners: 2.3%

Raw numbers not provided due to confidentiality requirements pursuant to VA. Code 2.23705.4(1)

19

# Impact of Merit Lottery – Class of 2024



## Percent of Offered Students Using Current Holistic Process



Economically Disadvantaged: 0.6%
English Language Learners: 0.6%

## Percent of Offered Students Using Merit Lottery



Economically Disadvantaged: 10.3%
English Language Learners: 3.4%

Raw numbers not provided due to confidentiality requirements pursuant to VA. Code 2.23705.4(1)

20

# Critical Decision Timeline:

## Current Process

- Application
  - Fall

- Ordering of Testing Materials
  - Beginning of October (paper or online)

- Testing
  - Late Fall

- Semifinalist Release
  - Mid –January

- Final Offers
  - April

School Board Work Session
9/15/2020

21



# Critical Decision Timeline:
# Revised Process

## Board and Community Input

- Community Outreach/Town Halls
  - Late September/early October

- Final Proposal
  - October 8 School Board meeting

## If Recommended

- Targeted Outreach
- Revisions to Regulation 3355
  - Late fall

- Development of Revised Process
  - Fall/winter

- Application
  - December/January

- Implement Merit Lottery
  - February/March



# Targeted Outreach





Present to students in every public school (FCPS and participating jurisdictions)

Present to parents and the community in evening sessions



Send recruitment emails/letters to all eligible students



Conduct a virtual open house to include a tour, student speakers, teachers presenting their programs, and an overview of student supports



Conduct targeted recruitment of underrepresented students



# Additional Work



- Enhancing the admissions process is one step in a multi-pronged strategy

- Enhancing and expanding the pipeline by ensuring equitable access to rigorous STEM instruction at the elementary and middle school level

- Ensuring a Caring Culture for all TJHSST students
  - Transition resources for students
  - Professional development for staff
    - Supporting unique needs of all learners
  - Wrap-around support for students

24

# Appendix

Links to other schools using a Lottery System. Many of these schools are highly rated (US News Report) and use a similar variety of the lottery model to select students.

http://www.enrollbasis.com/enrollment/enrollment-faqs/ (Basis – Arizona)

https://www.gcpsk12.org/domain/6040 (Gwinnett)

https://ics.lwsd.org/about-us/application-process (International Community School - Washington)

http://www.mps.k12.al.us/for_parents/magnet_schools (Loveless/Montgomery Schools)

https://rahs.highlineschools.org/admissions/lottery-process (Raisbeck)

https://www.usnews.com/education/best-high-schools/national-rankings/stem





26