# Exhibit 8

Message

| | |
|---|---|
| **From:** | Sizemore Heizer, Rachna (School Board Member) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3db883c19e0d460f85bba8341ab557da-SizemoreHei] |
| **Sent:** | 1/15/2021 3:24:45 AM |
| **To:** | FERPA ; Rollins, Prabha R [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d3640f50cd73458ea8c82f17a57ba231-Rollins, Pr] |
| **Subject:** | Re: [External] Important update on TJ |

FERPA

I haven't had conversations with other board members right now. I was hoping to hear more from staff first and we've been pretty focused on the RTS work and budget etc. May I recommend sending the information you sent to me to other members also? They may benefit from the detailed information and concerns you shared. I do have a call scheduled next week with staff so I hope to have more information on this soon.
Rachna


Rachna Sizemore Heizer
At Large Representative
Fairfax County School Board

Tel.: 571-265-0742



Please be aware that correspondence with School Board members is subject to the Virginia Freedom of Information Act. This means that your correspondence may be made public if (1) it deals with FCPS business and (2) someone requests it--even if you have asked that your message be kept confidential. Only a few topics are exempt from the disclosure requirement, such as information about identifiable students, and personnel information about individual employees.

**From:** FERPA
**Sent:** Thursday, January 14, 2021 6:19:30 PM
**To:** Rollins, Prabha R <prrollins@fcps.edu>
**Cc:** Sizemore Heizer, Rachna (School Board Member) <rsizemorehei@fcps.edu>
**Subject:** Re: [External] Important update on TJ

Sorry to hear it was postponed. Thank you for letting me know.

I would love to touch base by phone if possible, partly to understand your view on where this is going and how the rest of the board feels. Would it be ok for me to give you a call? Is there a good time? (We could keep it short, I am sure you are really busy!)

FERPA


On Jan 14, 2021, at 6:09 PM, Rollins, Prabha R <prrollins@fcps.edu> wrote:

FERPA

I wanted to update you that tomorrow's meeting has been postponed because some of the FCPS staff has become unavailable. We have rescheduled it for next week. Thanks again for all of your information and communication.

FCSB-TJ000016416

Best,
Prabha

Prabha Rollins
Staff Aide to At-Large School Board Member, Rachna Sizemore Heizer
prrollins@fcps.edu
Phone: 571-382-0866

**From** **FERPA**
**Sent:** Monday, January 11, 2021 9:00 PM
**To:** Rollins, Prabha R <prrollins@fcps.edu>
**Cc:** Sizemore Heizer, Rachna (School Board Member) <rsizemorehei@fcps.edu>
**Subject:** Re: [External] Important update on TJ

Thank you Prabha, I hope it is resolved easily.

I will also send some notes to other SB members if I can find the time this week.
**FERPA**

On Jan 11, 2021, at 2:39 PM, Rollins, Prabha R <prrollins@fcps.edu> wrote:

Happy new year, **FERPA**

Thanks for reaching out again about this issue and for your offer to help. Rachna does have a meeting scheduled to discuss this topic with FCPS staff at the end of the week. We hope to know more then and we will be in touch with you, if needed. Have a good afternoon!

Best,
Prabha

Prabha Rollins
Staff Aide to At-Large School Board Member, Rachna Sizemore Heizer
prrollins@fcps.edu
Phone: 571-382-0866

**From** **FERPA**
**Sent:** Saturday, January 9, 2021 2:27 PM
**To:** Sizemore Heizer, Rachna (School Board Member) <rsizemorehei@fcps.edu>
**Cc:** Rollins, Prabha R <prrollins@fcps.edu>
**Subject:** Re: [External] Important update on TJ

Hi Rachna and Prabha,

Happy New Year!

I wonder if you have had a chance to talk to other school board members and council about the "school attending" verses "attendance zone" issue for kids applying to TJ. The more I think about what transpired the night of the votes, the more I wonder whether

FCSB-TJ000016417

using "attending school" was simply a mistake by staff and not what the proposed add-on motion intended (the actual language of the motion leaves it unclear). As far as I can tell, no one intended the motion to be by attending school — the main point was to bring admissions to each school, not to worry about the distinction of attending versus zoned.

Perhaps council will conclude that private school kids- who have no shot at entry in the first round- are unfairly penalized even as they meet the same residency requirements as public school kids, making FCPS vulnerable to a lawsuit. Council may also think it's problematic that students who are identified for level four services and use the services would then be disadvantaged for using them. From an educational standpoint, I can't see how FCPS would want to invest in identifying and cultivating talent in students schools that don't have centers, only to make those students ineligible to compete with their neighbors. Without a change to the policy, we further risk that people will not want to participate in level four services at another school if they are interested in going to TJ.

Students hurt most by the "school attending" rule are the less affluent regions of Fairfax where the schools do not house their own centers. These AAP Level IV kids have to compete with a lot of other students in big centers, while they would have a stronger case in their base school pool. A clarification of policy to "zoned school" would have no impact on students zoned for schools in affluent parts of the county, where the middle schools have a Center.

Would it be possible to meet to discuss this further? I think I could get some people to write letters and show support for the change of you need that. I am hoping we can just fix the issue administratively rather than having to vote on it.

I'm broadly available to meet, if that would be helpful!

**FERPA**

On Dec 22, 2020, at 5:51 PM, Sizemore Heizer, Rachna (School Board Member) <rsizemorehei@fcps.edu> wrote:

I definitely will! I've already reached out to staff to set up a meeting to see what can be done and reached out the Laura Jane just now after seeing your email.
Thanks and will def reach out if needed. I always appreciate your thoughtful advocacy. Truly
Rachna

**From:**  FERPA
**Sent:** Tuesday, December 22, 2020 5:48 PM
**To:** Sizemore Heizer, Rachna (School Board Member) <rsizemorehei@fcps.edu>
**Cc:** Rollins, Prabha R <prrollins@fcps.edu>
**Subject:** Re: [External] Important update on TJ

FCSB-TJ000016418

Thanks, Rachna. Let me know if I can be of any help with this. I did speak with Laura Jane Cohen (my SB representative) and she is very concerned about the issue. I read all the documents and honestly I am not sure if "attending school" might have been merely an administrative error — perhaps they meant "attendance boundary"? Otherwise, not only is there the issue I mention of kids put at a disadvantage for engaging services that they qualify (and which are educationally most appropriate for them) but also there's an issue with private school and home school kids who will not receive any consideration until after the school-based round is complete.

It seems like the whole thing was something of an oversight. I hope you can help rectify it!

Best,

FERPA

On Dec 22, 2020, at 4:22 PM, Sizemore Heizer, Rachna (School Board Member) <rsizemorehei@fcps.edu> wrote:

FERPA

This actually occurred to me during the meeting and I plan to follow up with staff about this.
Thanks for reaching out. As always it is much appreciated 😊
Rachna

**From:** FERPA
**Sent:** Tuesday, December 22, 2020 1:33 PM
**To:** Sizemore Heizer, Rachna (School Board Member) <rsizemorehei@fcps.edu>
**Cc:** Rollins, Prabha R <prrollins@fcps.edu>
**Subject:** Re: [External] Important update on TJ

HI Rachna and welcome Prabha! (Prabha, I think we may have met some time ago but I can't place where....)

Thank you for your email a couple weeks ago. I rather urgently hope we can discuss one of the outcomes of the decisions made on December 17, which is the decision to use "attending school" versus "zoned school" for the minimum number of admitted students at each public MS for TJ.

In particular, students who have been identified for Level IV services are pulled from their base schools, and then find their chances of TJ admissions greatly reduced