# Exhibit 9

Message

| | |
|---|---|
| **From:** | Brabrand, Scott S [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F83E4830B34F424397D87919F381F30C-BRABRAND, S] |
| **Sent:** | 2/3/2021 9:29:38 PM |
| **To:** | Derenak Kaufax, Tamara (School Board Member) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=00228148f8554992b93fa12728ad132a-Derenak Kau]; Shughart, Jeremy A [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=77ed93a9176e4058a2847967265e7289-Shughart, J] |
| **CC:** | Austin, Cheryl [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e4848c9d38014bfdbf05e6354fa119b6-Austin, Che]; Smith, Marty K. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9b3c2c491ce64b00ae90e8b694fa324a-Smith, Mart]; Williams, Lisa N [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d2179033090d473b90125ba7b68d4dc3-Williams, L] |
| **Subject:** | Re: [External] TJ admissions |

Yes

We said attending in our discussions

If we did base schools some base schools kids would never have any kids who physically attend the school get in

Our approach represented the geographic distribution the board wanted

Scott



Sent from my iPhone

**From:** Derenak Kaufax, Tamara (School Board Member) <tderenakkauf@fcps.edu>
**Sent:** Wednesday, February 3, 2021 4:17:11 PM
**To:** Brabrand, Scott S <ssbrabrand@fcps.edu>; Shughart, Jeremy A <jshughart@fcps.edu>
**Cc:** Austin, Cheryl <caustin@fcps.edu>
**Subject:** Fwd: [External] TJ admissions

I am getting several letters like this- did you consider this consequence?

Tamara Derenak Kaufax
Lee District Representative
FCPS School Board
571-423-1081

Cheryl Austin
Executive Administrative Assistant
571-423-1069

Please be aware that correspondence with School Board members is subject to the Virginia Freedom of Information Act (FOIA). This means that your correspondence may be made public if (1) it deals with FCPS business and (2) someone requests it. Only a few topics are exempt from disclosure, such as information about identifiable students, and personnel information about individual employees.

FCSB-TJ000007160

Begin forwarded message:

**From:** Nirmala Shastri <nirmala_shastri@hotmail.com>
**Date:** February 3, 2021 at 3:30:40 PM EST
**To:** "Derenak Kaufax, Tamara (School Board Member)" <tderenakkauf@fcps.edu>
**Subject: [External] TJ admissions**

Dear Mrs. Tamara,

I appreciate your hard work and dedication very much.

I tuned into all school board meetings since the start of the school year.
Going with a school-based quota for the TJ admissions is a big blow to AAP centers for 8th grade students.
In the name of equity and geographic distribution, school board rushed to change the TJ admissions based on 1.5% school quota.
FCPS tested all the kids in first and second grades for the advanced academic program and sent kids to AAP centers based on the merit that these kids are ready to take challenging curriculum.
Now the same kids who attended AAP Center Schools have a lower chance of attending TJ.
The kids who did not get selected in second grade and went to a base middle school, now have a better shot at TJ admissions.

TJ is a Governor school offering advanced science and math courses. Judge has ruled that TJ is for gifted students.

Is it fair for the FCPS school board to lower the chance of AAP students getting accepted to TJ like this?

FCPS created a path for these kids to walk until 8th grade and suddenly decided to penalize the same kids by putting a cap on AAP middle schools in the same way as base middle schools. The most affected kids are current 8th graders. They have missed most of their middle school experience because of the Coronavirus Pandemic and now are disappointed by FCPS' decisions.

Current 7th graders have a chance to move to their base school and increase their chances of getting into TJ, while our 8th graders are currently in AAP centers competing with smart kids for the same TJ admission spot.

It is unfair for all hard-working AAP center middle school kids. If FCPS wants to find talent based on geography, the first step should be to dismantle AAP center middle schools.

The claim by our superintendent that " The talent is everywhere in FCPS " is simply not true. Because, FCPS created the paths of AAP and talent got stuck in AAP centers.

Tamara, could you please do something about it?
Can the admission be based on the student's base middle school and not the attending AAP center middle school?

FCSB-TJ000007161

The bottom line is,  like all URMs, regular MS kids, ESL and FARMs ,  AAP kids are just kids!!

Can you please bring some justice to these AAP kids?

Is the final decision by school board on December 17th " Equitable" for all kids ?


Thank you

-Nirmala

FCPS Parent

FCSB-TJ000007162