# Exhibit 10



Lisa Williams, Ed.D., Chief Equity Officer
8115 Gatehouse Road
Falls Church, Virginia 22042

TJ Admissions Discussion
Feb. 22, 2021

**Attending School**

• Attending School is publicly recognizable and encourages students at all schools to considering applying. For the past two months (approximately) we have been recruiting applicants based on this information.

• Applicant requirements were intentionally designed to not require a student to be enrolled in AAP Center Schools.

o Honors requirements speak to students that are more likely enrolled in AAP Centers but still open up options for other schools

▢ Those requirements were waived based on the implementation phase

• This was waived based on not encouraging students to request course and schedule changes.

• A potential school change is a greater impact and not as likely to have occurred.

• 1.5% of 8th grade enrollment has been shared with schools based on September membership (attending schools). So, the model that was put forward to the board was around the students enrolled at the individual school. All modeling that was presented (on December 17th) was based on attending school.

o This information has been shared with individual schools and the public.

▢ If changed, the public would not be able to calculate the numbers of students because it would be mixing the base school reporting with attending school data.

o Additionally, the enrollment at these schools is increasing the number of available seats at the Center schools based on the increased enrollment from the non-base schools. (Example: number of Franklin MS students (Base) attending Carson (attending) has increased the number of seats at Carson. If changed all Franklin students enrolled at Carson would need to be placed back at Franklin for equity standpoint significantly reducing the number of allocated seats at Carson. Truly changing the reporting model (time would be needed to make this change)

• Attending school approach is transparent.

o Base school is less transparent because of historic reporting on enrollment and specifically in regards to Admissions data is only on attending school.

• TJHSST should not be considered an extension of the AAP Center School at the High School level. It should be available to any student that has a passion for STEM. This model provides an avenue for us to allow students at our historically underrepresented schools to compete for a seat at TJHSST.

• Not all seats are allocated to schools.

FCSB-TJ000004266

o        Unallocated seats will provide the opportunity for students at our center schools a chance to be offered admissions.

o        This means that the small number of allocated seats won't limit our schools that have historically sent students to TJHSST. Ie – Carson, Longfellow, Rocky Run, Frost, etc.

Base School

•        Base school is modeled on the AAP Center approach and changes what we have provided information publicly.

o        Base school approach focuses on "Top Students" moving to the center schools

o        "Top Students" are more likely those students that are interested in attending TJHSST.

☐        Note: "Top Students" is subjective to interpretation.

•        Using the base school approach will increase the likelihood of individual schools reverting to the impact of not having any students attending TJHSST. (Attending school)

•        Base school approach could cause problems like the previous issues that have been shared publicly by board members.

o        Stated by the board as having students attend TJHSST from every school.

☐        This approach may not resolve this stated goal.

•        The previous numbers of base v. attending school data shows that it likely won't change very much. So, non-Center schools will likely not have students attending TJHSST with this model.

•        Students are encouraged to attend the AAP Centers for curriculum, and this would be consistent as they transition to HS (TJHSST).

•        This model will continue the status quo of providing more availability to students attending Center Schools. In fact, this will actually place those students at the top (likely towards the top) of a selection process.

•        Unallocated seats will likely still be provided to students that are attending the Center based schools.

o        Most likely the higher proportion of seats will still go to our Carson, Longfellow, Rocky Run, Frost, etc. (these schools are the ones that have the highest level of interest)

•        If transitioning to this model, it should be based on the board pushing this change. This was an amendment at the policy level with the board. So, they would need to clarify as a board collective (not individual) if we were to change the stated approach.

FCSB-TJ000004267