# Exhibit 11

Message
_____

**From:** Cohen, Laura Jane H (School Board Member) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8C7AFD9475A741D880E2ACCF9E7EDEEC-COHEN, LAUR]
**Sent:** 12/22/2020 7:41:10 PM
**To:** Shughart, Jeremy A [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=77ed93a9176e4058a2847967265e7289-Shughart, J]
**CC:** Smith, Marty K. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9b3c2c491ce64b00ae90e8b694fa324a-Smith, Mart]
**Subject:** Re: [External] Attending vs. zoned school issue


Thanks very much!

Happy holidays!
Laura Jane

Laura Jane Cohen
FCPS School Board Member
Springfield District


Please be aware that correspondence with School Board members is subject to the Virginia Freedom of Information Act. This means that your correspondence may be made public if (1) it deals with FCPS business and (2) someone requests it--even if you have asked that your message be kept confidential. Only a few topics are exempt from the disclosure requirement, such as information about identifiable students, and personnel information about individual employees.

_____

**From:** Shughart, Jeremy A <jshughart@fcps.edu>
**Sent:** Tuesday, December 22, 2020 11:40:48 AM
**To:** Cohen, Laura Jane H (School Board Member) <lhcohen@fcps.edu>
**Cc:** Smith, Marty K. <mksmith@fcps.edu>
**Subject:** RE: [External] Attending vs. zoned school issue

Laura Jane,

Good morning, I am responding to you on behalf of Marty (currently boarding a plane).

Initial discussions were held on base school vs. attending. However, this transitioned back to attending school. As there is a risk that our non-center middle schools wouldn't have had any students attending TJHSST, if we admitted students attending centers from their base schools. This issue currently manifests itself as an example at Franklin and Carson but it is similar at the other center and non-center schools. Carson is the center based school for students attending Franklin. Over the past three years you can see drastic differences in numbers.

Attending
- 2019-20
    - Carson – 82
    - Franklin – 3
- 2018-19
    - Carson – 71
    - Franklin – 1
- 2017-18

FCSB-TJ000007088

- o   Carson – 78
- o   Franklin – 0

Base
- 2019-20
  - o   Carson – 35
  - o   Franklin – 43
- 2018-19
  - o   Carson – 35
  - o   Franklin – 40
- 2017-18
  - o   Carson – 37
  - o   Franklin – 35

There is a strong possibility that the students attending Carson from Franklin would fill the seats designated for Franklin leaving them with no students attending TJ. The intention of moving to the 1.5% was to ensure that the freshman class is comprised of students attending each middle school.

Thanks and have a happy holidays,
Jeremy


Jeremy Shughart, ED.S.
Director of Admissions
Thomas Jefferson High School for Science and Technology
Fairfax County Public Schools
571-423-3770

---

**From:** Smith, Marty K. <mksmith@fcps.edu>
**Sent:** Tuesday, December 22, 2020 9:31 AM
**To:** Shughart, Jeremy A <jshughart@fcps.edu>
**Subject:** Fwd: [External] Attending vs. zoned school issue


Sent from my iPad

Begin forwarded message:

> **From:** "Cohen, Laura Jane H (School Board Member)" <lhcohen@fcps.edu>
> **Date:** December 22, 2020 at 8:25:06 AM CST
> **To:** "Smith, Marty K." <mksmith@fcps.edu>
> **Subject: Fwd: [External] Attending vs. zoned school issue**
>
>
> If you get a minute, could you let me know your thoughts on this? I know we had initially discussed using "base school" wording and wondering if the change to "school attended" was an intentional change and the reasoning behind that.
>
> Thanks, Marty!
> LJ
>
> Laura Jane Cohen
> FCPS School Board Member
> Springfield District

FCSB-TJ000007089

Please be aware that correspondence with School Board members is subject to the Virginia Freedom of Information Act. This means that your correspondence may be made public if (1) it deals with FCPS business and (2) someone requests it--even if you have asked that your message be kept confidential. Only a few topics are exempt from the disclosure requirement, such as information about identifiable students, and personnel information about individual employees.

**From:** Rebecca Goldin <rebegol@gmail.com>
**Sent:** Friday, December 18, 2020 2:21:33 PM
**To:** Cohen, Laura Jane H (School Board Member) <lhcohen@fcps.edu>
**Subject:** [External] Attending vs. zoned school issue

Laura Jane,

You can imagine I was disappointed in several aspects of the outcome last night, but I am writing you about one really important issue I hope you can fix.  I'm most concerned about a possible unintended consequence of the school-based distribution of seats *by school attending* rather than by base school.

To illustrate, consider Lake Braddock which has had maybe 140 applications to TJ each year, and will be guaranteed 12 spots by the 1.5% calculation. Among those 140 applicants, let's presume that 70 students (1/2 of the applicants) are top scoring — perfect GPAs and get the best possible score on the essays. As there is no additional information to distinguish among these students, admissions will arguably be something of a lottery among these top students, resulting in a guarantee that 12 out of 70 students are admitted, a total chance of 17%. The remaining strong students have an additional shot at getting in from the central pool of Fairfax County resident students where they compete with the remaining strong students from other public schools, private schools, and home schools.

As you know, Lake Braddock is an AAP Center, and students outside of its zoned district attend the school to gain access to AAP curriculum, a program designed to meet gifted kids' needs. Kids whose AAP Center is Lake Braddock include kids zoned for Robinson and some kids zoned for Hayfield.

In contrast to Lake Braddock, Robinson has closer to 26 applications to TJ per year, and will be guaranteed 9 spots by the proportional allotment. Among those applicants, let's assume again that 1/2 of the applications (13 out of 26) are really top scoring. Again, since they hit the ceiling with perfect GPAs and strong essays, one cannot tell apart these 13 kids. Admissions results in 9/13 or a 69% chance of admissions. At Hayfield, students have historically had a very low admissions rate to TJ,  as well as a low application rate. They will be guaranteed 8 seats with the new minimums, and the rate of acceptance could jump to 100% among the students who are "top scoring". Of course, with perfect outreach these numbers would be different — but for THIS YEAR in particular, outreach has not even begun. Admissions chances will largely be driven by application numbers at each school, and these differentials exist.

Not only do these figures illustrate vastly different opportunities for the kids at each school, there seems to be a special penalty that comes from pursuing AAP placement if you are zoned for Robinson or Hayfield. Most kids at Hayfield who qualify for AAP do leave for their centers (Lake Braddock, Twain, and South County) — now the admissions disparities I just mentioned become really upsetting. We just took some of the academically strongest kids who live in Hayfield's zoned area, and put them into the Lake Braddock pool with a 17% chance of admissions, rather than counting them for Hayfield and giving them the same chance of admissions as students who attend Hayfield.  Who are we trying to fix the system for? We will be more likely to give a Hayfield student not admitted to AAP a seat at TJ than a Hayfield

student who was admitted to AAP and pursued the intellectual challenge — not because we compared them and thought them equally qualified, but because we never compared them at all.

As you know, Hayfield and Robinson are vastly different schools. Hayfield students are *exactly* the students we want to target for TJ — yet if they qualify for AAP they are likely not to be in the school. We are instead reserving their seats for students who *both* didn't qualify for AAP and *also* attended a weaker middle school. How well will that go for them when they get to TJ? And who missed out on the opportunity to attend TJ?

The new system directly penalizes the Hayfield or Robinson kid who pursues AAP while rewarding the students at Hayfield/Robinson who didn't qualify for AAP or decided not to pursue it. Even if you don't believe that TJ is designed for gifted students, you can see the problem with disadvantaging a Hayfield kid who pursues AAP compared to a Robinson student who stays at the base school because they like their friends and doesn't want MS to be more challenging. We should HOPE that AAP identified kids' parents are sending them to the AAP Center. The new decision to go with attending school rather than zoned school effectively says "we want Hayfield and Robinson kids at TJ, but not their AAP kids!" That makes no sense.

If we believe that giftedness occurs across the County in fairly uniform ways, then why proportionally favor kids who have *not* been identified as gifted, *not* selected for AAP within the catchment areas for schools that *do* have AAP/gifted students enrolled in other schools? You have heard me concerned that we don't have an appropriate floor before — but now it looks like we are purposely seeking academically weaker students *and favoring them* over the ones that FCPS has identified as needing Level IV services. They will not succeed at TJ, and it will be our fault for picking them over their gifted counterparts, the very students who were selected for AAP and sent to another school to get those services.

Of course, any student from Hayfield/Robinson and attending Lake Braddock and not in the "top 12" will compete in the county-wide sense as well, but the regional structure was intended to help these kids stay competitive in a process that will not favor the Hayfield student when they are competing against the fancy private school kid. I think we have to consider how to ensure that the 1.5% distribution of seats really does promote equitable access the way it was intended, and consistent with FCPS programming. I can't imagine anyone intended to penalize kids for participating in AAP.

I look forward to talking about this on Tuesday. Please feel free to share this concern with your colleagues, as I hope you can address this very serious concern through a minor modification of the plan you put forward.

Rebecca

FCSB-TJ000007091