# Exhibit 12

Message

___

**From:** Omeish, Abrar (School Board Member) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4CED9A11053F4F34A440B877BDC8D908-OMEISH, ABR]
**Sent:** 12/16/2020 11:14:43 PM
**To:** Pekarsky, Stella G (School Board Member) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=07d7ce498d5549faaedc2c42ab1c28d7-Pekarsky, S]
**Subject:** Re: Updates on tomorrow's motions [no major changes]

I wasn't sure where we left off on a combined amendment or not!

I included this specifically for you actually 😊:

"I have seen ideas for motions go back and forth in my conversations with you all over the past two days... **presenting these does not preclude my support for those possibilities, there's just too much up in the air for me to know what is happening in the turnaround! I am happy to merge or reconsider anything if/when the other pieces are ready**."

I think there might be an amendment to suggest 2% on yours, but regardless of what happens, I am hoping for the most aggressive but I do plan to support. I expect mine to fail but I mostly want to make sure I cover my bases so I don't get yelled at if it makes sense to bring up! It's much easier to pull back later... I'm praying on it tonight to be 100%.

Hope that makes sense? It's consistent I promise! I really appreciate you bringing us together and will not undermine that.

Get Outlook for iOS

___

**From:** Pekarsky, Stella G (School Board Member) <sgpekarsky@fcps.edu>
**Sent:** Wednesday, December 16, 2020 6:06:25 PM
**To:** Omeish, Abrar (School Board Member) <aomeish@fcps.edu>
**Subject:** Re: Updates on tomorrow's motions [no major changes]

Hey. I'm confused. I thought you were on board with the 1.5%?

Stella Pekarsky
Sully District Representative
Fairfax County School Board

DISCLAIMER:
Please be aware that correspondence with School Board members is subject to the Virginia Freedom of Information Act (FOIA). This means that your correspondence may be made public if (1) it deals with FCPS business and (2) someone requests it. Only a few topics are exempt from disclosure such as information about identifiable students and personnel information about individual employees.

___

**From:** Omeish, Abrar (School Board Member) <aomeish@fcps.edu>
**Sent:** Wednesday, December 16, 2020 5:59:29 PM
**Cc:** Brabrand, Scott S <ssbrabrand@fcps.edu>; Ivey, Frances W <FWIvey@fcps.edu>; Smith, Marty K. <mksmith@fcps.edu>; Boyd, Michelle <mboyd@fcps.edu>; Shughart, Jeremy A <jshughart@fcps.edu>; Foster, John

FCSB-TJ000001189

<jefoster@fcps.edu>; Muhlberg, Ilene <idmuhlberg@fcps.edu>

**Subject:** Updates on tomorrow's motions [no major changes]

Dear colleagues,

As you know, I submitted three motions over a month ago for your consideration. I have spoken to staff and tried to hear from all 12 members in at least two ways on these since then. I heard back from most folks yesterday and today. I hope I can connect with each of you next time…

1. **I will be withdrawing my motion to ban seclusion**. I spoke with Dr. Boyd recently and am pleased to confirm that, in what I understand to be a compromise, the deadline for phasing out seclusion has been added to the plan we will be reviewing. I trust her leadership and hope you all will join me in the background work required to ensure our system is accountable on this.

2. Due to confusion about the motions I presented previously, **please find modified language on the two TJ motions below**. These reflect the exact motions I presented before **without substantive changes**. I have seen ideas for motions go back and forth in my conversations with you all over the past two days… presenting these does not preclude my support for those possibilities, there's just too much up in the air for me to know what is happening in the turnaround! I am happy to merge or reconsider anything if/when the other pieces are ready.

   a. I move to amend the main motion to designate holistic review allotments by *school* rather than by *region*, to reflect representation of gifted students that is proportional by population from each school across the county.

   b. I move to amend the main motion to include a requirement that the test (essay and SIS) be administered locally, at each middle school, to all students who meet the 3.5 GPA and Algebra 1 requirements, and to provide the opportunity to opt-out of taking the test should they so choose, by the 2021-22 admissions cycle. To opt-out would be to eliminate oneself from consideration for TJ.

Thank you to everyone who has collaborated and tried to help!

Abrar

FCSB-TJ000001190