# Exhibit 13

Message
___

| From: | Presidio, Sloan [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B6DEFEA0962845869EB0E70124C64ECE-PRESIDIO, S] |
|---|---|
| Sent: | 10/8/2020 8:24:05 PM |
| To: | Omeish, Abrar (School Board Member) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4ced9a11053f4f34a440b877bdc8d908-Omeish, Abr] |
| Subject: | RE: TJ - AAP Discussion |

Sure, see below – I think the AAP Level 4 numbers are more telling – but even with this data we have enough Black and Hispanic students taking Geometry by Grade 8 to fill almost half the incoming TJ class

| 2019-20 FCPS Middle School Access to Advanced Mathematics | | | | | |
|---|---|---|---|---|---|
| Student Group | Total # in Grade 8 | # Taking Geom. or Higher | % Taking Geom. or Higher | # Taking Alg. 1 or Higher | % Taking Alg. 1 or Higher |
| All Students | 14,303 | 1916 | 13% | 8,459 | 59% |
| Asian | 2,902 | 906 | 31% | 2,352 | 81% |
| Black | 1,500 | 58 | 4% | 632 | 42% |
| Hispanic | 3,757 | 122 | 3% | 1,219 | 32% |
| White | 5,317 | 695 | 13% | 3,694 | 69% |
| Econ. Dis. | 4,586 | 114 | 2% | 1,496 | 33% |
| EL | 1,678 | 5 | 0% | 106 | 6% |
| SWD | 1,704 | 29 | 2% | 275 | 16% |

**From:** Omeish, Abrar (School Board Member) <aomeish@fcps.edu>
**Sent:** Thursday, October 8, 2020 4:20 PM
**To:** Presidio, Sloan <sjpresidio@fcps.edu>
**Subject:** Re: TJ - AAP Discussion

Hmm... can you share those numbers too so I have an idea? I 100% agree with your thoughts on the test. Thanks again!

Get Outlook for iOS

**From:** Presidio, Sloan <sjpresidio@fcps.edu>
**Sent:** Thursday, October 8, 2020 4:04:27 PM
**To:** Omeish, Abrar (School Board Member) <aomeish@fcps.edu>
**Subject:** RE: TJ - AAP Discussion

Thanks, I think the best way to analyze the current admissions is as follows:
- We don't really have a pipeline issue because we have enough Black and Hispanic 8th grade Level 4 students (the most rigorous program we have in elementary and middle school) to fill an entire TJ class
- Thus, the issue must be how we're using the TJ admissions test – it clearly disadvantages historically under-represented student subgroups. So, the best way to create more diversity is to change the admissions process and test specifically
- And, we can't eliminate the current test and just replace it with another test or quasi-test like a problem-solving essay that is used in the same way as the current test (i.e., to be a barrier to semi-finalist selection)

**From:** Omeish, Abrar (School Board Member) <aomeish@fcps.edu>
**Sent:** Thursday, October 8, 2020 3:59 PM

FCSB-TJ000002317

**To:** Presidio, Sloan <sjpresidio@fcps.edu>
**Subject:** Re: TJ - AAP Discussion

Thank you so much Dr. Presidio. I was trying to make a point about the pipeline... I thought perhaps the numbers would be significantly disparate. Does that make sense? Reviewing what you sent and very grateful for your help.

Get Outlook for iOS

---

**From:** Presidio, Sloan <sjpresidio@fcps.edu>
**Sent:** Thursday, October 8, 2020 3:54:18 PM
**To:** Omeish, Abrar (School Board Member) <aomeish@fcps.edu>
**Subject:** TJ - AAP Discussion

Hi Abrar,

I got your voice mail and would be happy to speak this afternoon if it would be helpful. I've pulled the 8th Geometry data, but honestly I don't think that the best data to consider. As an alternative, I've provided the AAP Level 4 data for Grade 8 below. From this data set you'll note that we have enough Black and Hispanic eighth grade students in Level 4 to fill an entire TJ class.

Again, if you want to discuss please just give me a call.

Sloan

**SY2021**

| Grade 8 Students | All | Asian | White | Black or African American | Hispanic | Other |
|---|---|---|---|---|---|---|
| Level IV Attending Center | 2661 | 954 | 1010 | 199 | 279 | 219 |
| Level IV Taking 4 Honors (including eligible and non-eligible) | 2362 | 604 | 1139 | 166 | 281 | 172 |
| Total | 5032 | 1558 | 2149 | 365 | 560 | 391 |

Source: SIS 10/06/2020 - Active students

FCSB-TJ000002318