# Exhibit 14

Message

---

**From:** Cohen, Laura Jane H (School Board Member) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8C7AFD9475A741D880E2ACCF9E7EDEEC-COHEN, LAUR]
**Sent:** 12/10/2020 1:24:30 AM
**To:** Omeish, Abrar (School Board Member) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4ced9a11053f4f34a440b877bdc8d908-Omeish, Abr]
**Subject:** Re: [BOARD RESPONSE REQUESTED] 11/17 MOTIONS

Abrar-
Have you thought about minimums instead of caps?

Also, I can't support opt-in for this years class, but I'd be happy to talk about it for next year!
Thank you for your thoughtful advocacy (always).
LJ
Laura Jane Cohen
FCPS School Board Member
Springfield District

Please be aware that correspondence with School Board members is subject to the Virginia Freedom of Information Act. This means that your correspondence may be made public if (1) it deals with FCPS business and (2) someone requests it--even if you have asked that your message be kept confidential. Only a few topics are exempt from the disclosure requirement, such as information about identifiable students, and personnel information about individual employees.

**From:** Omeish, Abrar (School Board Member) <aomeish@fcps.edu>
**Sent:** Wednesday, December 9, 2020 6:18:03 PM
**Cc:** Brabrand, Scott S <ssbrabrand@fcps.edu>; Ivey, Frances W <FWIvey@fcps.edu>; Smith, Marty K. <mksmith@fcps.edu>
**Subject:** [BOARD RESPONSE REQUESTED] 11/17 MOTIONS

Dear board colleagues (bcc'ed),

This is just a reminder to kindly share where you stand or let me know if you have any questions about the two TJ motions below. As I shared, both are small tweaks that have the potential to significantly enhance access.

In addition, I welcome your feedback on the seclusion motion that I had shared, which I plan to incorporate into the final version in advance of 12/17. So far, I am aware of the idea to "sunset" which I am exploring.

If you don't have questions or concerns, let me know that it's safe to assume your support! I have not heard anything from several members.

Thanks,

Abrar

**From:** Omeish, Abrar (School Board Member)
**Sent:** Thursday, November 26, 2020 3:15 PM
**Cc:** Brabrand, Scott S <ssbrabrand@fcps.edu>; Ivey, Frances W <FWIvey@fcps.edu>; Smith, Marty K.

<mksmith@fcps.edu>
**Subject:** RE: [Response requested] TUESDAY MOTIONS- WITH ANALYSIS

Dear colleagues,

Happy Thanksgiving!
Thank you to those of you who have already shared thoughts and support on these. I wanted to ping others to make sure I answer any questions before our TJ meeting.

Let me know if you'd like to chat on the phone! Both of these are access and equity-driven.

Abrar

---

**From:** Omeish, Abrar (School Board Member) <aomeish@fcps.edu>
**Sent:** Friday, November 13, 2020 9:44 PM
**Cc:** Brabrand, Scott S <ssbrabrand@fcps.edu>; Ivey, Frances W <FWIvey@fcps.edu>; Smith, Marty K. <mksmith@fcps.edu>
**Subject:** [Response requested] TUESDAY MOTIONS- WITH ANALYSIS

Dear colleagues,

I hope that you all are having a good Friday.

Please find below two motions that I plan to present on Tuesday. You may recall that these have been mentioned and discussed at our prior work sessions.
I have spoken to Dr. Brabrand, Dr. Ivey, and Mr. Smith about these ideas. There is concern about board support.

I want to keep this simple for you:

There is quite a bit of research about "equity-promoting" techniques in school selection. Two themes that emerge are *localizing* and *universalizing* opportunity. You may even recognize these from Dr. Plucker's recommendations for AAP! They are best practices more broadly and apply to selective schools as well. Here is an example of research that speaks further to both of these, and I am happy to share more resources if you would like to dig deeper.

**Would you kindly let me know where you stand on each of these?**

To address *localizing*:
  1. **I move to direct the superintendent to adjust the caps in the plan to ones based on school rather than region.**

| Pros | Cons |
|---|---|
| 1. Encourages adoption of **rigorous math curriculum in *every*** middle school → <u>Nota bene</u>: the presence of this barrier is one of the most consistently evident facts in years of TJ data (see research reports in previous email) 2. Makes impacts of achievement gaps directly palpable to schools, driving staff to **monitor achievement gaps** early (see broader positive community impacts here) 3. **More accurately** captures **student aptitude** when comparing to peers (see Dr. Plucker's report) | 4. Does not afford interested families from high-propensity schools **adequate planning time** → <u>Solution</u>: consider delayed adoption or advance notice as amendments 5. Markedly **decreases percent** likelihood of admission in overly -represented schools (consider above solution) 6. Potential for **stark contrast** for the top three schools could lead to information gaps and dissatisfaction |

|  |  |
|---|---|
|  | →Solution: fold into proposed engagement plan *now* |

To address *universalizing*:

2. **I move to direct the superintendent to enhance outreach and awareness of the application process to:**
   1. <u>Under the multiple-pathway approach</u>: include *every* eligible student in any pre-"test"* selection pools so that the default is to offer eligible students spots while permitting them to decline rather than to extend seats only to those who sign up.
   2. <u>Under the fully holistic approach</u>: administer the "tests"* to *every* eligible student in their school setting, while permitting them to decline, rather than providing it at an external setting and only to those who sign up.

**I recognize that this second one requires a lot to follow—I urge you not to vote it down for that reason!** In sum, it is switching the model from one that is "opt-in" to one that is "opt-out" to ensure all students are reached. *It's the same thing we currently have with AAP.*

*Please note that "test" in this context is the essay and student information sheet combination (what are being presented as the "holistic" screening criteria). As you know, we have eliminated the standardized test.

| Pros | Cons |
|---|---|
| 7. **Reduces substantial costs** of recruitment material and **avoids risk** of cuts in uncertain budget years<br>8. Provides **consistency** with administration of other advanced program screenings (Level IV services)<br>9. **Captures excellence gaps** currently left out<br>10. Incentivizes schools to **prepare** *all* students for rigor, <u>see here</u> for report on advantages<br>11. **Eliminates the bias** of parental awareness, understanding, or follow up as a pre-condition<br>→This also addresses language gaps, which exist in *upwards of 50%* of FCPS families; importance <u>here</u>.<br>**Exposes** *all* **students** the chance to try and motivation to excel | 13. **Risk of over-inflating** student interest in STEM or in the school; does not require explicit demonstration of interest<br>→Solution: Consider a certain threshold of interest expressed in the SIS as a minimum for consideration of any lottery admits<br>→Consider that enough qualified B/H students exist to fill all of TJ today... they are simply not captured. This is a tradeoff with dividends supporting expansion.<br>14. Universal administration of the "test"* **may be costly**<br>→Unfortunately, both scenarios have comparable costs.<br>15. **Too much too quickly** (justice delayed = justice denied)<br>→Currently incurring reputational/political risks; now is better timing and more responsible use of resources |

There is much more than can be shared, but I tried to capture the most salient elements for you in advance of Tuesday. I know we get a lot of information!

Please let me know if sharing any research or having discussion would aide in our decision.

I await your response!

Thank you,

Abrar

FCSB-TJ000000264

P.S. I leave you with the top recommendation from the Learning Policy Institute, of which I constantly remind myself:

With these lessons in mind, we offer the following recommendations for those who are seeking to expand choice while supporting school quality, student access, and greater integration:

1. **Focus on high-quality learning for children, not the preferences of adults.**

   Too often, questions related to school and program design get debated and decided in terms of the preferences of adults, not the needs of children. The key questions should be: How do we create high-quality learning environments for all children? Are there some schools or programs that are oversubscribed and could be replicated or expanded rather than setting a fixed number of slots and rationing access? Are there some groups of students who are not receiving adequate and equitable learning opportunities? Are there groups of students or schools that are underperforming? Are there certain neighborhoods in which families do not have high-quality choices? Subsequent questions should help determine how those needs might best be met. Answers to these questions surface strategies that can improve educational opportunities, such as redesigning schools, adding wraparound services, increasing bilingual services, improving training and recruitment of special education teachers, or investing in new curriculum approaches.

FCSB-TJ000000265