# Exhibit 15

Message

| | |
|---|---|
| **From:** | Corbett Sanders, Karen (School Board Member) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=471DCB5B040F4ABF87CF766D8C2E931F-CORBETT SAN] |
| **Sent:** | 10/6/2020 2:12:52 PM |
| **To:** | Muhlberg, Ilene [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=825be3d8342d4ac4afae7a8306a1e2c5-Muhlberg, I] |
| **Subject:** | FW: TJ Admissions Proposal |

Oops, I should have send this to you.

**From:** Corbett Sanders, Karen (School Board Member)
**Sent:** Tuesday, October 06, 2020 9:04 AM
**To:** School Board Members <SchBoard@fcps.edu>
**Cc:** Madeja, Lisa <emadeja@fcps.edu>; Brabrand, Scott S <ssbrabrand@fcps.edu>
**Subject:** TJ Admissions Proposal

Dear Colleagues,

We are all getting numerous emails re: TJ Admissions.  We are so appreciative of the work that the Superintendent and his team have done to put forth plans to increase the diversity of the admissions at TJ.  We all support this goal.   However, many of us have concerns about relaying on a lottery to do so.    We would like to re-center our discussion for this week so that we can achieve what must be done to submit a plan to the Governor by October 12's statutory requirement.  Our plan should  establish the goal of ensuring that TJHSST will be a premier high school specializing in science and technology, inspiring a student body, that reflects the community it serves, to solve the most challenging problems faced by our society.

1. All agree on the elimination of the test and application fees.
2. Establish the initiation of the admissions process timeline for the class of 2025 to begin no later than the end of January 2021.
3. Agree on an approach that looks at the admission's pool by pyramid.  This is consistent with how many universities look at admissions and identify qualified applicants by school.
4. Agree that there will be a merit based approach to the admission's process which will focus on the whole student, aptitude and take into account a student's access to opportunity to include FRM, and inclusion in under-represented populations.
5. Require the superintendent to bring back to the board in December, a proposal on how merit and aptitude will be assessed.
6. Require the superintendent to bring back to the board a proposal on the number of set aside seats to one in line with the percentage of highly gifted students nationally and normed for Northern Virginia.
7. Require the Superintendent to bring to the board the annual diversity plan prior to submitting it to the State.  The Plan shall state that the goal is to have TJ's demographics represent the NOVA region.  The plan shall include actions detailing how outreach and supports will be extended to increase applications from underserved populations.

On a separate note, we should consider expanding the number of students offered admissions.  TJ is currently at 84% capacity with a plan to go 86%.  Rather than limiting the class to 500, a capacity of 50 more in the admissions class would bring the enrollment in line with other schools.

Let's try to touch base prior to our meeting.

Karen and Stella

FCSB-TJ000000415

Karen Corbett Sanders
Mt. Vernon District Representative
Fairfax County School Board
Tel.:  571-279-7923

*Please be aware that correspondence with School Board members is subject to the Virginia Freedom of Information Act. This means that your correspondence may be made public if (1) it deals with FCPS business and (2) someone requests it--even if you have asked that your message be kept confidential. Only a few topics are exempt from the disclosure requirement, such as information about identifiable students, and personnel information about individual employees.*

FCSB-TJ000000416