# Exhibit 17

Message

| | |
|---|---|
| **From:** | Pekarsky, Stella G (School Board Member) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=07D7CE498D5549FAAEDC2C42AB1C28D7-PEKARSKY, S] |
| **Sent:** | 12/16/2020 1:37:12 AM |
| **To:** | School Board Members [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9fa751c84a644630aaf9d573f03c80cb-School Boar] |
| **Attachments:** | TJ 2 Admissions.docx |

Colleagues,

Elaine and I are trying to build a compromise solution for our vote on TJ admissions. Please see the attached. There are some tweaks to the accountability measures that we need to incorporate. If you are able to support this or have questions, ideas, etc, please let me know. Elaine and I will be working on it through tomorrow. I'll send an updated version as soon as possible.

Thank you,

Stella Pekarsky
Sully District Representative
Fairfax County School Board

DISCLAIMER:
Please be aware that correspondence with School Board members is subject to the Virginia Freedom of Information Act (FOIA). This means that your correspondence may be made public if (1) it deals with FCPS business and (2) someone requests it. Only a few topics are exempt from disclosure such as information about identifiable students and personnel information about individual employees.

FCSB-TJ000000737

TJ Admissions

1) The admissions decision making to Thomas Jefferson shall utilize a holistic approach and a two-round process. The size of the semi-finalist pool shall equal, at minimum, to three times the expected size of the freshman class. For FCPS, the increased size is now 385.

2) Accountability measures shall include school climate, diversity, outreach, experiential, and academic success indicators.

   The diversity indicators shall include:

   > -percent diversity of students (race/ethnicity, socioeconomic status, English learner status, gender, and neurodiversity).

   The indicators to measure outreach effort impact and caring culture at TJHHST shall include;

   > -Percent of middle school students who feel they belong at TJHHST
   > -Number of families who attend TJHSST outreach meetings
   > -Percent of parents who feel respected and included at TJHHST
   > -Percent of parents who feel respected at TJHHST

   The academic success indicators shall include:

   > -levels of STEM classes classes students take, teacher survey on students' academic preparedness and success, attrition rates, and remediation needs.

The Superintendent is directed to collect and report the data and analysis ANNUALLY for the School Board to be able to make any adjustments for future freshman classes

3) Each middle school in FCPS shall be guaranteed admission to at least 1.5% of its total 8th grade population. These students will be selected from the seminfinalist pool. There shall not be a regional cap in the number of students admitted.

FCSB-TJ000000738