# Exhibit 18

Message

---

| | |
|---|---|
| **From:** | Corbett Sanders, Karen (School Board Member) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=471DCB5B040F4ABF87CF766D8C2E931F-CORBETT SAN] |
| **Sent:** | 12/17/2020 10:10:54 AM |
| **To:** | Keys-Gamarra, Karen A (School Board Member) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e8eb9997746142de8ee303feb8966320-KeysGamarra]; Pekarsky, Stella G (School Board Member) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=07d7ce498d5549faaedc2c42ab1c28d7-Pekarsky, S] |
| **Subject:** | draft to clarify the 7 December proposal |
| **Attachments:** | TJ amendment rev2.docx |

Slight modifications, ties in the option being pursued from Supt. Recommendations, clarifies timeframe for revisiting, e.g. after covid, Karen please confirm and clarifies the minimum per middle school is the pathway (using the language in the 7 december presentation.

Karen Corbett Sanders
Mt. Vernon District Representative
Fairfax County School Board
Tel.:  571-279-7923

*Please be aware that correspondence with School Board members is subject to the Virginia Freedom of Information Act. This means that your correspondence may be made public if (1) it deals with FCPS business and (2) someone requests it-- even if you have asked that your message be kept confidential. Only a few topics are exempt from the disclosure requirement, such as information about identifiable students, and personnel information about individual employees.*

FCSB-TJ000000739

**I move that the Board direct** the Superintendent to revise the Thomas Jefferson High School admissions standards and oversight to include efforts ensuring that:

1) The Thomas Jefferson High School for Science and Technology continues to provide a high-quality STEM education;

2) The selection process strives to improve diversity of the student body to include neurodiversity and other underrepresented groups that provide a wide variety of backgrounds, experiences, and skills;

3) The process includes an opportunity for the Board to hear input from the Chief Equity Officer on the ongoing efforts to enhance and diversify the educational environment of TJ;

4) The Superintendent consider relevant comments provided to the Board from stakeholders and community members, as well as input from the Minority Student Achievement Oversight Committee reports;

5) The Superintendent will use a middle school pathway for the holistic review (detailed in the December 7 Board Presentation), allowing for a minimum number of seats per middle school boundary to 1.5% of the 8th grade students enrolled in the public middle school.

6) The superintendent provide an annual report to the board on TJ Admissions every year thereafter to include:  diversity of admitted class, student retention, attrition rates and reason for students not attending or leaving the school, remediation efforts, STEM class offerings and participation in enrichment clubs.

7) The Board will receive an interim progress report on the application of the process,  after the admissions decisions have been made for the class entering TJ for the 2022-2023 school year.  If adequate progress is not made, the board authorizes the Superintendent to utilize additional tools available to accelerate the realization of the goal which could include increased outreach, piloting a lottery or other tools that may be recommended.

FCSB-TJ000000740