# Exhibit 19

Message

| | |
|---|---|
| **From:** | Torre, John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=804A5252478C4F4E802C9A99DB6A89E7-TORRE, JOHN] |
| **Sent:** | 8/14/2020 1:22:55 PM |
| **To:** | Molloy, Michael A. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a880180da65747948292bc1a541804fe-Molloy, Mic] |
| **CC:** | Smith, Marty K. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9b3c2c491ce64b00ae90e8b694fa324a-Smith, Mart] |
| **Subject:** | RE: Governor's Schools |

Scott shared this update with the SB last Friday. I don't have any other info like meeting dates

**Governor's School Task Force Update**

Today there was discussion of possible solutions to the admissions process at the state's governor schools. Attention focused mostly on Maggie Walker and TJ. Ideas included a lottery based on a minimum composite score with SES weighting, a lottery plus automatic admission for the top students at each middle school (at X%) and an option for set aside admissions for students with lower SES (socio economic status). There was a lot of discussion about the current impact of testing and test prep on admissions and that "affluence cannot be the criteria by which one has access to greater opportunity" as said by Karen Keys-Gamarra.

Next Friday they will run simulations based on the different models to see these models impact diversity at the schools. They was also talk about the state creating a 4 year timeline to see diversity in the Governor's schools within 5% of diversity in the systems they represent.

**From:** Molloy, Michael A.
**Sent:** Friday, August 14, 2020 9:02 AM
**To:** Torre, John <jjtorre@fcps.edu>
**Cc:** Smith, Marty K. <mksmith@fcps.edu>
**Subject:** RE: Governor's Schools

Just an FYI – I'm getting inquiries from SB members about this task force now, as they are being cc'ed on emails and petitions to state policymakers. There have been numerous political blog posts about the task force and about the petitions as well.

Its not clear if this is going to be a topic of discussion at the Special Session, but people seem to be positioning themselves as though it will be.

Don't know if you all have any more information about this, but wanted to let you know.

Thanks, Michael

**From:** Molloy, Michael A.
**Sent:** Tuesday, August 11, 2020 9:32 AM
**To:** Torre, John <jjtorre@fcps.edu>
**Cc:** Smith, Marty K. <mksmith@fcps.edu>
**Subject:** RE: Governor's Schools

FCSB-TJ000007331

I don't know if any or all of them are formally members, but I understand that Scott, Marty, Jeremy Shugart and Ann Bonitatibus were involved with this workgroup last week.  I'm cc'ing Marty as he and I discussed this and he may have more info for you.

Thanks, Michael

---

**From:** Torre, John <jjtorre@fcps.edu>
**Sent:** Tuesday, August 11, 2020 8:59 AM
**To:** Molloy, Michael A. <mamolloy@fcps.edu>
**Subject:** Governor's Schools

Hello Michael, The article at this link references the governor appointing about 20 people to this task force to study admissions policies at Governor's Schools.  I can't find any official announcement about task force members, their specific charge and any possible outcomes.  Can you help?

---

**From:** Torre, John
**Sent:** Tuesday, August 11, 2020 8:43 AM
**To:** Torre, John <jjtorre@fcps.edu>
**Subject:**

https://forthuntherald.com/surovell-general-assembly-to-explore-more-equitable-admissions-policies-for-virginias-magnet-schools/

FCSB-TJ000007332