# Exhibit 20

**Message**

| | |
|---|---|
| **Sent**: | 11/16/2020 7:05:50 PM |
| **To**: | Brabrand, Scott S [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f83e4830b34f424397d87919f381f30c-Brabrand, S]; Anderson, Ricardy J (School Board Member) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2722e2eac8fb4713bca8bf78590c2d80-Anderson, R] |
| **CC**: | Derenak Kaufax, Tamara (School Board Member) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=00228148f8554992b93fa12728ad132a-Derenak Kau] |
| **Subject**: | FW: TJ Work Session and time sensitive request |

Scott and Ricardy

I share Tammy's concerns.  Given the need for this board to be reflective and discerning in its governance role.  Late arrival of this information does not allow us to do this for a discussion of TJ admissions in less than 6 available business hours before the work session.

Additionally, given the importance of the return to school discussion and the decision to pause our Kindergarten classes, would the public be better served by having a continuation of our discussion from Thursday evening on this top priority? Of particular concern is the fidelity of implementation of our mitigation practices.  This is an issue that all of us have been hearing about from the teachers and staff.

Please consider this advocacy and time sensitive request.

Karen

Karen Corbett Sanders
Mt. Vernon District Representative
Fairfax County School Board
Tel.:  571-279-7923

*Please be aware that correspondence with School Board members is subject to the Virginia Freedom of Information Act. This means that your correspondence may be made public if (1) it deals with FCPS business and (2) someone requests it-- even if you have asked that your message be kept confidential. Only a few topics are exempt from the disclosure requirement, such as information about identifiable students, and personnel information about individual employees.*

**From:** Derenak Kaufax, Tamara (School Board Member) <tderenakkauf@fcps.edu>
**Sent:** Monday, November 16, 2020 1:43 PM
**To:** Brabrand, Scott S <ssbrabrand@fcps.edu>; Presidio, Sloan <sjpresidio@fcps.edu>; Anderson, Ricardy J (School Board Member) <rjanderson@fcps.edu>; Smith, Marty K. <mksmith@fcps.edu>
**Cc:** School Board Members <SchBoard@fcps.edu>; Ivey, Frances W <FWIvey@fcps.edu>; Muhlberg, Ilene <idmuhlberg@fcps.edu>; Shughart, Jeremy A <jshughart@fcps.edu>; Kneale, Marcy G <mgkneale@fcps.edu>
**Subject:** TJ Work Session

Ricardy, Scott and Sloan,

I am disappointed to see with less than 24 hours and the potential for a lengthy meeting tonight we have just received a dense white paper on TJ admissions that we are expected to review and comment on by 11:00 AM tomorrow.

FCSB-TJ000024218

This is not sufficient time for us to do our best work.  I would respectfully ask that we postpone tomorrow's TJ work session to allow for adequate time to review this document.

Tamara Derenak Kaufax
Lee District Representative
FCPS School Board
571-423-1081

Cheryl Austin
Executive Administrative Assistant
571-423-1069

Please be aware that correspondence with School Board members is subject to the Virginia Freedom of Information Act (FOIA).  This means that your correspondence may be made public if (1) it deals with FCPS business and (2) someone requests it.  Only a few topics are exempt from disclosure, such as information about identifiable students, and personnel information about individual employees.

FCSB-TJ000024219