# Exhibit 21

Message
_____

**Sent**:       12/16/2020 3:46:17 AM
**To**:         Brabrand, Scott S [/o=ExchangeLabs/ou=Exchange Administrative Group
                (FYDIBOHF23SPDLT)/cn=Recipients/cn=f83e4830b34f424397d87919f381f30c-Brabrand, S]
**CC**:         Flis, Barb K [/o=ExchangeLabs/ou=Exchange Administrative Group
                (FYDIBOHF23SPDLT)/cn=Recipients/cn=7ea16a4b90ab4ea59b0aa8f613643400-Gibbs, Barb]
**Subject**:    TJ


Scott,

I am unclear on what you are presenting on Thursday.  There are no posted motions for us to vote on. May I suggest that you present your proposal from the December 7th work session p. 12 as one of your proposals. You can do the same for the merit lottery.  This will give the board an opportunity to make a choice. From there, I suspect you will have amendments to that proposal to include a minimum number of students (1.5 % of the student body of the 8th grade class).  From there I  also anticipate that there will be various amendments to the main motion.   I am suggesting this approach so that we can have an organized more time efficient discussion.  Please let me know if you have questions. Thanks, Karen KG

FCSB-TJ000024603