# Exhibit 22

Message
_____

| From: | Chris Bassler [basslertj@gmail.com] |
|---|---|
| Sent: | 12/18/2020 12:48:56 PM |
| To: | McLaughlin, Megan (School Board Member) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a6aba0c667584a3f809d0323d07b2115-McLaughlin,] |
| Subject: | Re: [External] TJHSST Admissions Data analysis- interesting insights |

Based on the 1.5% across all middle schools in FCPS, students from non GT/AAP center middle schools will now have about equal chance to go to TJ than those at the center ones

And yet somehow quality will still be maintained? FCPS is that bad at identifying AAP students or delivering AAP level 4 instruction to have it make no difference? I hope not

Lots of rhetoric about pipelines. ZERO action or plans. The data I layed out was clear. No matter what, TJ is only one school. This entire effort was a massive waste of political capital to achieve nothing of significance to actually helping disadvantaged and disproportionately represented students across the county.

I do appreciate your repeated efforts to try to elevate the professionalism and competence of your board colleagues last night

On Thu, Dec 17, 2020, 11:08 PM McLaughlin, Megan (School Board Member) <momclaughlin@fcps.edu> wrote:

I share your deep disappointment. In my 9 years, I cannot recall a messier execution of Board-level work. I feel Supt Brabrand's flawed operational proposals have greatly contributed to tonight's embarrassing process.


Megan O. McLaughlin
School Board Member
Braddock District

Office: 571-423-1088

Cristy Coffey
Executive Administrative Assistant
Fairfax County School Board Office
Phone: 571-423-1064

_____

FOIA DISCLAIMER

Please be aware that correspondence with FCPS School Board members is subject to the Virginia Freedom of Information Act. This means that your correspondence may be made public if (1) it deals with FCPS business and (2) someone requests it--even if you have asked that your message be kept confidential. Only a few topics are exempt from the disclosure requirement, such as information about identifiable students, and personnel information about individual employees.

**From:** Chris Bassler <basslertj@gmail.com>
**Sent:** Thursday, December 17, 2020 10:43:54 PM
**To:** McLaughlin, Megan (School Board Member) <momclaughlin@fcps.edu>
**Subject:** Re: [External] TJHSST Admissions Data analysis- interesting insights

FCSB-TJ000024675