# Exhibit 23

Ruth

On Fri, Oct 2, 2020 at 9:03 AM Coffey, Cristy <cmcoffey@fcps.edu> wrote:

Dear Ruth,

I am happy to schedule this call with Megan for you. She is available at 11 a.m. If that is not good for you, I could fit you into the afternoon – please let me know your general availability. Kindly provide the best number for her to call as well.
Will you please provide the number you used to leave a voicemail message? If possible, the date/approx. time you called would also help me track the problem. Voicemail messages should be automatically sent via email to Megan, so I would like to have as much information as possible to have our IT team look into this.

Thank you,
Cristy

*Cristy Coffey*
Executive Administrative Assistant to:
  **Ricardy Anderson - Mason District**
  **Megan McLaughlin - Braddock District**

Fairfax County School Board Office
Phone: 571-423-1064
Fax: 571-423-1067

---

**From:** McLaughlin, Megan (School Board Member) <momclaughlin@fcps.edu>
**Sent:** Friday, October 2, 2020 12:43 AM
**To:** R M <ngolela@gmail.com>
**Cc:** Coffey, Cristy <cmcoffey@fcps.edu>
**Subject:** Re: [External] URGENT MEETING on merit lottery: TJ Alumni Letter and Follow up to testimony at last week's school board meeting 6/18/2020

Good evening Ruth,

Thank you for contacting me again regarding TJ Admissions. I am not aware of any problems related to constituents leaving messages on my office phone. However, I will definitely touch base with my assistant Cristy to ensure the public is able to reach me in this manner.

With respect to my responding to TJ Admissions emails, I have received over 700 in just the past two weeks. This is in addition to the countless emails I have received from concerned parents and employees since June re: FCPS' Fall Return to School plans, and a myriad of other topics. This is why my email auto-reply states that I am unable to respond to every email related to constituent input, but I will do my very best to respond to those requesting direct assistance.

Prior to my 8 years of service on the school board, I was a tireless community advocate working to improve FCPS' accountability, transparency, and community engagement. Thus, I deeply value community input as it often provides substantive data and research to help the School Board and FCPS make more informed decisions.

FCSB-TJ000001946

Regarding Supt Brabrand's current proposal, I remain very disappointed that it lacks research, data analysis, and best practice "benchmarking". As a former Georgetown Admissions Officer and social worker, I strongly believe in the importance of ensuring equity of opportunity for all students. However, Dr. Brabrand has created a false urgency that FCPS must drastically overhaul the TJ Admissions process within a three week decision-making window. Taking premature action will be a disservice to all students and our Commonwealth. (That said, I agree with concerns related to the Quant Q test, and feel a better universal screener for STEM aptitude needs to be identified.)

At this stage, I have been working with several school board members to develop alternate options to improve TJ Admissions and have since shared this information with Dr. Brabrand. During my time at Georgetown, I saw firsthand how elite colleges successfully utilize a holistic review process to ensure their accepted students are demographically diverse and high-achieving. I am confident FCPS can strategically refine its existing holistic admissions process to similarly ensure a more diverse student population, as well as create a more level playing field for disadvantaged students. In contrast, a random lottery cannot ensure the same.

Given the Board has a TJ Admissions work session next Tuesday, I will ask my assistant Cristy to schedule a quick phone call for us on Monday.

I look forward to our conversation,
Megan

Megan O. McLaughlin
School Board Member
Braddock District

Office: 571-423-1088

*Cristy Coffey*
Executive Administrative Assistant
**Fairfax County School Board Office**
Phone: 571-423-1064

_____

FOIA DISCLAIMER

Please be aware that correspondence with FCPS School Board members is subject to the Virginia Freedom of Information Act. This means that your correspondence may be made public if (1) it deals with FCPS business and (2) someone requests it--even if you have asked that your message be kept confidential. Only a few topics are exempt from the disclosure requirement, such as information about identifiable students, and personnel information about individual employees.

On Oct 1, 2020, at 10:34 PM, R M <ngolela@gmail.com> wrote:

> Hi Megan,
>
> I sent you this email back in June, but have not heard back from your or your office. As a Braddock District resident, I would like to set up a call with you in the next couple of days to discuss this urgent issue. I tried calling the number on your webpage but got no response, as did other neighbors and family of mine in Braddock district who mentioned that they also called.

FCSB-TJ000001947