# Exhibit 24

Message

**From:** McLaughlin, Megan (School Board Member) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A6ABA0C667584A3F809D0323D07B2115-MCLAUGHLIN,]
**Sent:** 12/18/2020 9:04:36 PM
**To:** asranomani [asra@asranomani.com]
**Subject:** Re: [External] New admissions policy

Just saw your 2nd email with this additional question below. So please make sure you see my 1st and now 2nd response below:

Re: your 2nd question:

Reasonably, it would seem that there will be a Holistic Review Process WITHIN each of the individual MS to determine who are their top 1.5%. That said, I don't assume anything, so I will ask staff for clarification in writing and then follow-up with you on this. I will also ask that they post this clarification online, as well as share it with the full Board and principals/staff.

1. Also, separate question: How are the top 1.5% evaluated? Is this the top 1.5% of the students who meet these criterion: GPA in core classes, student portrait sheet, problem-solving essay and experience factors

Here was my 1st response, in case you didn't see it yet.

On Dec 18, 2020, at 3:57 PM, McLaughlin, Megan (School Board Member) <momclaughlin@fcps.edu> wrote:

> That's how I understood last night's explanation. The Supt and staff couldn't clearly explain how the process works. It appears FCPS will automatically admit up to 1.5% of all qualified 8th grade applicants from each of our MS, and then the remaining qualified applicants from each MS will go into a Countywide pool for the holistic review process.
>
> As I stated last night, it is unacceptable that no motions/amendments/follow-ons were posted (nor provided to the full Board) until 4:30pm, which was 30 minutes before the Board went into Closed Session. I sent an email just prior to this, complaining that this was a problem as I hadn't seen any of the official motions, etc. It's one of the reasons I abstained from the Main Motion. Without question, this is not how the Board should conduct its business.
>
> Best,
> Megan
>
> Megan O. McLaughlin
> School Board Member
> Braddock District
>
> Office: 571-423-1088

FCSB-TJ000024764