# Exhibit 25

Message

| | |
|---|---|
| **From:** | Muhlberg, Ilene [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=825BE3D8342D4AC4AFAE7A8306A1E2C5-MUHLBERG, I] |
| **Sent:** | 11/16/2020 7:11:15 PM |
| **To:** | Madeja, Beverly [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c5b7f14d54ff49ba88fd731a27823062-Madeja, Bev] |
| **Subject:** | FW: TJ Work Session |

Fyi.

*Ilene*
Ilene D. Muhlberg
Clerk of the Board
Fairfax County Public Schools
(571) 423-1060 (office)
(571) 294-9714 (cell)

**From:** Derenak Kaufax, Tamara (School Board Member)
**Sent:** Monday, November 16, 2020 1:43 PM
**To:** Brabrand, Scott S <ssbrabrand@fcps.edu>; Presidio, Sloan <sjpresidio@fcps.edu>; Anderson, Ricardy J (School Board Member) <rjanderson@fcps.edu>; Smith, Marty K. <mksmith@fcps.edu>
**Cc:** School Board Members <SchBoard@fcps.edu>; Ivey, Frances W <FWIvey@fcps.edu>; Muhlberg, Ilene <idmuhlberg@fcps.edu>; Shughart, Jeremy A <jshughart@fcps.edu>; Kneale, Marcy G <mgkneale@fcps.edu>
**Subject:** TJ Work Session

Ricardy, Scott and Sloan,

I am disappointed to see with less than 24 hours and the potential for a lengthy meeting tonight we have just received a dense white paper on TJ admissions that we are expected to review and comment on by 11:00 AM tomorrow.

This is not sufficient time for us to do our best work.  I would respectfully ask that we postpone tomorrow's TJ work session to allow for adequate time to review this document.

Tamara Derenak Kaufax
Lee District Representative
FCPS School Board
571-423-1081

Cheryl Austin
Executive Administrative Assistant
571-423-1069

Please be aware that correspondence with School Board members is subject to the Virginia Freedom of Information Act (FOIA).  This means that your correspondence may be made public if (1) it deals with FCPS business and (2) someone requests it.  Only a few topics are exempt from disclosure, such as information about identifiable students, and personnel information about individual employees.

FCSB-TJ000003056