# Exhibit 26

Message
_____

| | |
|---|---|
| **From:** | Jun Wang [juwang6@yahoo.com] |
| **Sent:** | 9/17/2020 12:41:49 AM |
| **To:** | Omeish, Abrar (School Board Member) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4ced9a11053f4f34a440b877bdc8d908-Omeish, Abr] |
| **Subject:** | Re: [External] Please provide a report on FCPS efforts for TJHSST lottery admission proposal |

Dear Ms. Omeish,

Thank you very much for the quick response and clarification. Many people believe there will be a board vote so the board has a chance to correct their mistakes.

TJ is the lighthouse of the region for STEM enthusiastic students. Many parents expressed their concerns about the future of TJ and the future of FCPS, they want TJ to stay in glory even if their own kids cannot go to TJ. Even disadvantaged families, including a TJ girl who testified at Secretary Qarni's first session advocating for diversity, posted their objection to lottery process on social media.

Thank you for keeping in touch with FCPS families. Now I feel FCPS families are not left out in darkness.

Thank you and have a good night!

Jun Wang

On Sep 16, 2020, at 7:21 PM, Omeish, Abrar (School Board Member) <aomeish@fcps.edu> wrote:

> Ms. Want,
>
> Thank you for contacting me. I can certainly empathize with your worries. I was a driven student myself and have a member of my family who have attended TJ. I have also been researching the situation for some time.
>
> I should clarify for you that the decision about TJ admissions is an operations decision. This means that while the Superintendent consults the board, he ultimately makes the changes. We did not take a vote nor is one planned. The information I have is what you saw presented yesterday (it is also posted on Board Docs). I have also come to understand that the Virginia Department of Education plans to intervene if we do not.
>
> I did ask yesterday if alternatives were considered. I will be sure to request any other follow up, especially if we revisit this topic. I will await staff's response.
>
> Do not hesitate to continue to be in touch.
>
> Abrar
>
> ---
>
> **From:** Jun Wang <juwang6@yahoo.com>
> **Sent:** Wednesday, September 16, 2020 4:50 PM
> **To:** Superintendent Brabrand <suptbrabrand@fcps.edu>
> **Cc:** Omeish, Abrar (School Board Member) <aomeish@fcps.edu>; Sizemore Heizer, Rachna (School Board Member) <rsizemorehei@fcps.edu>; McLaughlin, Megan (School Board Member) <momclaughlin@fcps.edu>; Meren, Melanie K (School Board Member) <mkmeren@fcps.edu>; Derenak Kaufax, Tamara (School Board Member) <tderenakkauf@fcps.edu>; Anderson, Ricardy J (School Board

Member) <rjanderson@fcps.edu>; Corbett Sanders, Karen (School Board Member) <klcorbettsan@fcps.edu>; Frisch, Karl V (School Board Member) <kvfrisch@fcps.edu>; Cohen, Laura Jane H (School Board Member) <lhcohen@fcps.edu>; Pekarsky, Stella G (School Board Member) <sgpekarsky@fcps.edu>; Tholen, Elaine V (School Board Member) <evtholen@fcps.edu>; Keys-Gamarra, Karen A (School Board Member) <kakeysgamarr@fcps.edu>
**Subject:** [External] Please provide a report on FCPS efforts for TJHSST lottery admission proposal

Dear Mr. Brabrand,

During the meeting yesterday, you proposed a lottery admission process for TJHSST to FCPS board. I have to say this is very interesting because lottery process does not need any leadership. Since TJHSST admission process change will likely be one of the most important decisions that FCPS makes in years, much of due diligence work must has been done by now. I'd like to get a detailed report on data collection, investigation, impact analysis, discussions of potential options and how the lottery process was chosen over other options.

I am pretty sure many Fairfax residents, particularly current TJHSST teachers, students, parents and other families that are interested in apply to TJHSST in future years, want to see such a report.

Sincerely yours,

Jun Wang
703-231-3096

FCSB-TJ000009370