**Exhibit 27**

Message

---

**From:** Tholen, Elaine V (School Board Member) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=16F0DCDB679749DE970D3D318F8466F4-THOLEN, ELA]
**Sent:** 9/18/2020 8:04:21 PM
**To:** Pekarsky, Stella G (School Board Member) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=07d7ce498d5549faaedc2c42ab1c28d7-Pekarsky, S]
**Subject:** Fw: [External] Dr. DONNA Poland, VA DOE Governor's Schools and Gifted Education


HI--look at this info.

**Elaine Tholen**
**School Board Member, Dranesville**

*Empowering Our Students for Tomorrow*

571-423-1087


Please be aware that correspondence with School Board members is subject to the Virginia Freedom of Information Act (FOIA). This means that your correspondence may be made public if (1) it deals with FCPS business and (2) someone requests it. Only a few topics are exempt from disclosure such as information about identifiable students and personnel information about individual employees.

---

**From:** Marissa Fallon <maag@midatlanticart.com>
**Sent:** Friday, September 18, 2020 3:51 PM
**To:** Tholen, Elaine V (School Board Member) <evtholen@fcps.edu>
**Subject:** [External] Dr. DONNA Poland, VA DOE Governor's Schools and Gifted Education

Hi Elaine. I just got off the phone with Dr. Poland. The Diversity Goals Report goes to her. She has already received several. She said the stated Goals for the report requested by the VA DOE can be fairly aspirational and general - Work to recruit teachers from a more diverse population, meet with underrepresented student populations through outreach activities etc. She said the VA DOE can't pull funding based on report submissions - a proposal to allow that "failed miserably" in the VA General Assembly last year. She was unaware of the complete proposal by the Superintendent and assumed it had to have more measurable criteria than a 3.5 GPA and enrolled in algebra. If not, it could lower the level or academic standards, and lower courses may have to be offered as current standards might not fit for the need of less academic population. She was very interested and was surprised about the removal of selection criteria. I sent her the full report. We discussed that a 3.5 might be high in some parts of the state, but not Fairfax County. She said there is no mandate for Governor's Schools to produce a more diverse population and the VA DOE does not tell regional schools what admission criteria must be used.

Happy to share more of our talk if you are interested. She indicated she may reach out to the TJ Principal.

So, it seems this push is all Superintendent Braband and FCPS School Board, not VA DOE led in any way, other than requesting a rough idea of outreach plans by a Governor's School. She said VA DOE is very hands-off, especially at TJ.

Best,
Marissa Fallon
202-744-9294

Sent from my iPhone

FCSB-TJ000007149