**Exhibit 28**

Message

| | |
|---|---|
| **From:** | Sizemore Heizer, Rachna (School Board Member) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3DB883C19E0D460F85BBA8341AB557DA-SIZEMOREHEI] |
| **Sent:** | 10/4/2020 4:31:18 PM |
| **To:** | Tholen, Elaine V (School Board Member) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=16f0dcdb679749de970d3d318f8466f4-Tholen, Ela] |
| **Subject:** | RE: Here is another draft motion |

I like this. I added a few words but otherwise is fine. I changed "test" to "universal screener" because some of our colleagues seem set against a test but may be willing to look at a screener. I highlighted the changes in yellow below.

Do you think we need an alternative method that changes the plan for this year but delays til the spring? I don't know what would be more palatable to people. Personally I think we need to wait to implement anything til next school year.

**From:** Tholen, Elaine V (School Board Member) <evtholen@fcps.edu>
**Sent:** Saturday, October 3, 2020 4:26 PM
**To:** Sizemore Heizer, Rachna (School Board Member) <rsizemorehei@fcps.edu>
**Subject:** Here is another draft motion

HI-see what you think of this...As we discussed, I can also see not postponing this for so long but making sure we really spend the time we need to flush this out using data to make sure what we do will actually help us meet our goals of overall greater diversity but maintain the integrity of the school's goals.

**Draft Motion:**

**Ask the superintendent to not do the Quant Q test during the 2020-21 admissions process but to offer a proctored math proficiency universal screener (Algebra I first two quarters of material) and a problem solving essay to gain information about problem solving aptitude. Otherwise, keep the admission process the same for this year. In addition, FCPS will set a timeline for community engagement, regional districts collaboration and input, data and expert opinion gathering, etc. to formulate a thorough and detailed, methodical, data driven plan for TJ admissions to be applied during the 2021-22 school year.**

**Elaine Tholen**
**School Board Member, Dranesville**

*Empowering Our Students for Tomorrow*

571-423-1087

FCSB-TJ000000309