IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| COALITION FOR TJ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil No. 1:21-cv-00296-CMH-JFA |
| | ) |
| FAIRFAX COUNTY SCHOOL BOARD, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on January 7, 2022, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant Fairfax County School Board will move the Court to grant the relief sought in its Motion for Summary Judgment.

Respectfully submitted,

FAIRFAX COUNTY SCHOOL BOARD

By: _____/s/_____
Sona Rewari (VSB No. 47327)
Daniel Stefany (VSB No. 91093)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
srewari@HuntonAK.com
dstefany@HuntonAK.com

Trevor S. Cox (VSB No. 78396)
HUNTON ANDREWS KURTH LLP
951 E. Byrd Street
Richmond, VA 23219
Telephone: (804) 788-7221
Facsimile: (804) 788-8218
tcox@HuntonAK.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2021, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

By: _____/s/_____
Sona Rewari (VSB No. 47327)