| | |
|---|---|
| **Message** | |
| From: | Pekarsky, Stella G (School Board Member) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=07D7CE498D5549FAAEDC2C42AB1C28D7-PEKARSKY, S] |
| Sent: | 12/2/2020 8:46:19 PM |
| To: | Brabrand, Scott S [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f83e4830b34f424397d87919f381f30c-Brabrand, S] |
| Subject: | Re: [External] Proposal for Diversity and Inclusion in Governor's Schools |

Thank you. Interesting parts to this bill. Please let us know when you do have the information who will be carrying in the House.

Thank you,
Stella Pekarsky
Sully District Representative
Fairfax County School Board

DISCLAIMER:
Please be aware that correspondence with School Board members is subject to the Virginia Freedom of Information Act (FOIA). This means that your correspondence may be made public if (1) it deals with FCPS business and (2) someone requests it. Only a few topics are exempt from disclosure such as information about identifiable students and personnel information about individual employees.

---

**From:** Brabrand, Scott S <ssbrabrand@fcps.edu>
**Sent:** Wednesday, December 2, 2020 3:42:51 PM
**To:** Anderson, Ricardy J (School Board Member) <rjanderson@fcps.edu>
**Cc:** Pekarsky, Stella G (School Board Member) <sgpekarsky@fcps.edu>; Smith, Marty K. <mksmith@fcps.edu>; Molloy, Michael A. <mamolloy@fcps.edu>
**Subject:** Re: [External] Proposal for Diversity and Inclusion in Governor's Schools

Great

Last nugget - Atif believes Sen. Louise Lucas will carry in senate - not sure who yet in house but will let me know

Scott

Sent from my iPhone

---

**From:** Anderson, Ricardy J (School Board Member) <rjanderson@fcps.edu>
**Sent:** Wednesday, December 2, 2020 3:33:27 PM
**To:** Brabrand, Scott S <ssbrabrand@fcps.edu>
**Cc:** Pekarsky, Stella G (School Board Member) <sgpekarsky@fcps.edu>
**Subject:** RE: [External] Proposal for Diversity and Inclusion in Governor's Schools

Thank you Scott – I will share this shortly with the full board.

**Ricardy Anderson, Ed.D.**
Mason District Representative
Fairfax County School Board
Sign up here for my *News You Choose* messages.

Defendant's Exhibit 60

Please be aware that correspondence with School Board members is subject to the Virginia Freedom of Information Act. This means that your correspondence may be made public if (1) it deals with FCPS business and (2) someone requests it--even if you have asked that your message be kept confidential. Only a few topics are exempt from the disclosure requirement, such as information about identifiable students, and personnel information about individual employees.

**From:** Brabrand, Scott S <ssbrabrand@fcps.edu>
**Sent:** Wednesday, December 2, 2020 3:20 PM
**To:** Anderson, Ricardy J (School Board Member) <rjanderson@fcps.edu>
**Cc:** Pekarsky, Stella G (School Board Member) <sgpekarsky@fcps.edu>
**Subject:** Fwd: [External] Proposal for Diversity and Inclusion in Governor's Schools

FYI on TJ bill

Sent from my iPhone

**From:** Qarni, Atif <atif.qarni@governor.virginia.gov>
**Sent:** Wednesday, December 2, 2020 11:31:08 AM
**To:** Brabrand, Scott S <ssbrabrand@fcps.edu>; Amy E. Cashwell (aecashwell) <aecashwell@henrico.k12.va.us>
**Subject:** [External] Proposal for Diversity and Inclusion in Governor's Schools


Dr. Brabrand and Dr. Cashwell,

Below is the proposed bill language we have submitted in regards to Governor's schools. I want to share the contents of the policy because section 2 will address piloting an admission policy at Thomas Jefferson High School of Science and Technology (TJHSST) and Maggie Walker High School (MW) Governor's Schools in the fall of 2022.

Please let me know if you have any questions.

Best, Atif


**Proposal Title:** Enhancing Diversity, Equity, and Inclusion at Virginia Governor's Schools

**Language:**

§ 1   All Academic Year Governor's schools shall:

 I.

 II. Collaborate

 III. with local school boards to conduct information sessions about Governor's schools and create Gifted and Specialty Programs opportunities for feeder schools, prioritizing the most underserved and underrepresented students and schools.
 IV.

 II.

FCSB-TJ000001156

III. Use

IV. a portion of their annual state funding allocation to conduct programmatic and evaluative Diversity, Equity and Inclusion activities. The Virginia Department of Education's Office of Equity and Community Engagement, in collaboration with the Office of the

V. Secretary of Education and the Governor's Office of Diversity, Equity, and Inclusion shall partner with the Governor's schools to conduct these Diversity, Equity and Inclusion activities for all students, teachers, and staff.

VI.

III.

IV. Work

V. with the local school board in strengthening the student pipeline for underserved and underrepresented students. Local school divisions shall share their gifted plans with proximate Governor's schools to bring alignment and efficiency to the overall gifted

VI. programs in their region.

VII.

§ 2   A pilot admissions policy shall be enacted for the students applying to enter Thomas Jefferson High School of Science and Technology (TJHSST) and Maggie Walker High School (MW) Governor's Schools in the fall of 2022. Each year, TJHSST and MW shall demonstrate an adequate increase in their Economically Disadvantaged student population. These measures must continue until the school is within 5% of the Economically Disadvantaged numbers for the region it serves. Once the goal is met, the school must seek to sustain the numbers year to year. This admission policy shall be piloted at TJHSST and MW for at least 4 years and may be extended to all Governor's Schools in the Commonwealth.

The new admission policy will be as follows:

I. No standardized test shall be used during the admission process to determine eligibility for any student. This includes any local, state, or federally administered standardized tests.

II. No minimum subject requirement shall be used for any student which is unrelated to the type of Governor's School, e.g. Algebra 1 cannot be used if the Governor's school is not a STEM school.

III. In order to qualify for admission to TJHSST and MW, a student must have attended the previous full academic year at a public school in Virginia.

IV. A composite score will be determined based on giving equal weight to the following three categories:

1. Portfolio of student's abilities to include but not limited to performance assessments, projects, exhibits, and other bodies of work. May include recommendations from teachers and other school staff.

2. Student GPA and/or grades in coursework most relevant to the school's focus.

3. Essay and/or interview determining students' interest, perseverance, ability to overcome adversity, and ethical engagement with the community. This category should also assess the student based on the Virginia State Board of Education (BOE) and the Virginia Department of Education (VDOE) Profile of a Virginia Graduate.

V. Any student applicant determined to be economically disadvantaged shall receive a 10% add-on to her composite score. BOE and VDOE definition of Economically Disadvantaged shall be used for this add-on.

VI. Any student applicant, regardless of her economic status, who completes a full previous academic year at a feeder school where the 20% or more of students are economically disadvantaged shall receive a 10% add-on to her composite score. The BOE and VDOE definition of Economically Disadvantaged shall be used for this add-on.

VII. After all applicants have been reviewed, the selection committee at TJHSST and MW may create a lottery based on the criterion I through VI listed above. If a lottery is utilized for selection, at least double the number of applicants shall enter a lottery compared to the seats available, e.g. If a school has 300 seats available for the incoming class, at least 600 applicants must be entered in the lottery.

VIII. No more than 5% of the students from the total eighth grade student population at a feeder school shall be admitted to TJHSST or MW, e.g. If the eighth grade student population at a feeder school is 200 students, only up to 10 students from that school can be admitted to TJHSST or MW.

IX. An update on the progress of the pilot program shall be submitted along with the report mentioned above to the Governor by October 1 of each year.

§ 3   The Virginia Board of Education shall promulgate regulations on the governance of Governor's Schools including but not limited to communication and outreach practices, admissions policies, and guidelines on diversity, equity, and inclusion trainings.

FCSB-TJ000001158