Page 1

In Re:

Fairfax County School Board                00:00:00

- - -

Audio Transcription of                 00:00:04

Fairfax County School Board Meeting        00:00:09

December 7, 2020                   00:00:13

Transcribed By: Maureen Cunningham Brzycki

MAGNA LEGAL SERVICES



Page 2

| | | |
|---|---|---|
| 1 | DR. ANDERSON: Ms. Mulburg? Can | 00:00:22 |
| 2 | anybody hear me? | 00:00:45 |
| 3 | FEMALE SPEAKER: Yes. We can | 00:00:47 |
| 4 | hear you. | 00:00:47 |
| 5 | DR. ANDERSON: (Inaudible). | |
| 6 | FEMALE SPEAKER: (Inaudible) on | 00:00:51 |
| 7 | their way. | 00:00:52 |
| 8 | DR. ANDERSON: While you get | 00:00:53 |
| 9 | Studio ready, I'll just do role call, | 00:00:54 |
| 10 | just to be sure that we have everybody | 00:00:56 |
| 11 | and mics are operational. | 00:00:57 |
| 12 | Ms. McLaughlin? | 00:01:00 |
| 13 | MS. MCLAUGHLIN: Here. | 00:01:05 |
| 14 | DR. ANDERSON: Ms. Meren? | 00:01:06 |
| 15 | MS. MEREN: Here. | 00:01:10 |
| 16 | DR. ANDERSON: Ms. Sizemore | 00:01:10 |
| 17 | Heizer. | 00:01:13 |
| 18 | MS. SIZEMORE HEIZER: I'm here. | 00:01:15 |
| 19 | DR. ANDERSON: Ms. Tholen? | 00:01:17 |
| 20 | MS. THOLEN: I'm here. Thank | 00:01:19 |
| 21 | you. | 00:01:21 |
| 22 | DR. ANDERSON: Ms. Derenak | 00:01:21 |
| 23 | Kaufax? Ms. Keys-Gamarra? | 00:01:33 |
| 24 | MS. KEYS-GAMARRA: I'm here. | 00:01:38 |

Page 3

| | | |
|---|---|---|
| 1 | DR. ANDERSON: Ms. Corbett | 00:01:38 |
| 2 | Sanders? | 00:01:42 |
| 3 | Ms. McLaughlin, would you | 00:01:45 |
| 4 | mind turning off your microphone, | 00:01:46 |
| 5 | please? | 00:01:50 |
| 6 | MS. MCLAUGHLIN: My apologies. | 00:01:51 |
| 7 | DR. ANDERSON: Ms. Pekarsky? | 00:01:52 |
| 8 | MS. PEKARSKY: Good afternoon. | 00:01:55 |
| 9 | DR. ANDERSON: Ms. Omeish? | 00:01:57 |
| 10 | MS. OMEISH: Hello. Here. | 00:01:59 |
| 11 | DR. ANDERSON: Mr. Frisch? | 00:02:01 |
| 12 | MR. FRISCH: Present. | 00:02:04 |
| 13 | DR. ANDERSON: Ms. Derenak Kaufax | 00:02:06 |
| 14 | and Ms. Corbett Sanders are not with us | 00:02:12 |
| 15 | just yet. | 00:02:16 |
| 16 | MS. COHEN: Dr. Anderson, I | 00:02:18 |
| 17 | didn't hear you call Cohen. I'm sorry | 00:02:19 |
| 18 | if I missed it. | 00:02:21 |
| 19 | DR. ANDERSON: No, you did not. | 00:02:23 |
| 20 | I skipped your name. I apologize, | 00:02:25 |
| 21 | Ms. Cohen. Are you present? Are you | 00:02:26 |
| 22 | with us? | 00:02:28 |
| 23 | MS. COHEN: Well, those are two | 00:02:30 |
| 24 | different things. But yes, ma'am. I | 00:02:31 |

Page 4

| | | |
|---|---|---|
| 1 | am here. | 00:02:34 |
| 2 | DR. ANDERSON: Okay. | 00:02:35 |
| 3 | So long as we have your | 00:02:36 |
| 4 | body. Your spirit maybe later on. | 00:02:37 |
| 5 | Okay. I think we're waiting | 00:02:40 |
| 6 | for two more that we do not have at | 00:02:41 |
| 7 | this time, but we're going to rock and | 00:02:43 |
| 8 | roll and move ahead if Studio is with | 00:02:46 |
| 9 | us. Can you confirm, Ms. Mulburg? | 00:02:48 |
| 10 | MS. MULBURG: Studio is with us. | 00:02:52 |
| 11 | DR. ANDERSON: Okay. | 00:02:53 |
| 12 | Studio is with us. We do | 00:02:54 |
| 13 | have to certify close and act upon an | 00:02:57 |
| 14 | action that took place in close. | 00:03:01 |
| 15 | Ms. Mulburg, can you | 00:03:03 |
| 16 | identify first on this, certification | 00:03:05 |
| 17 | of close or the action? | 00:03:07 |
| 18 | MS. MULBURG: Certification. | 00:03:10 |
| 19 | DR. ANDERSON: So we will start | 00:03:12 |
| 20 | there. Thank you. | 00:03:13 |
| 21 | In order complied with? | 00:03:14 |
| 22 | Section 2.2-3712D of the code of | 00:03:16 |
| 23 | Virginia, it is necessary for the board | 00:03:19 |
| 24 | to certify that since the Fairfax | 00:03:21 |

Page 5

| | | |
|---|---|---|
| 1 | County School Board convene a closed | 00:03:23 |
| 2 | meeting on December 7, 2020, to the | 00:03:25 |
| 3 | best of each member's knowledge, only | 00:03:28 |
| 4 | public business matters lawfully exempt | 00:03:30 |
| 5 | from open meeting requirements | 00:03:32 |
| 6 | (inaudible). And only such public | 00:03:38 |
| 7 | business matters as were identified in | 00:03:39 |
| 8 | the motion convening the closed meeting | 00:03:42 |
| 9 | were heard, discussed, or considered by | 00:03:44 |
| 10 | the board during the closed meeting. | 00:03:46 |
| 11 | That is being moved by Ms. Omeish and | 00:03:49 |
| 12 | seconded by -- seconded by Mr. Frisch. | 00:03:51 |
| 13 | All in favor? We have Ms. | 00:03:56 |
| 14 | Omeish, Mr. Frisch, Ms. McLaughlin, Ms. | 00:03:59 |
| 15 | Cohen, Ms. Sizemore Heizer, Ms. Meren, | 00:04:02 |
| 16 | Ms. Tholen, Ms. Derenak Kaufax -- Ms. | 00:04:05 |
| 17 | Derenak Kaufax, can you also test your | 00:04:08 |
| 18 | mic since I'm here with you? | 00:04:10 |
| 19 | MS. DERENAK KAUFAX: Good | 00:04:12 |
| 20 | afternoon. | 00:04:13 |
| 21 | DR. ANDERSON: Thank you. | 00:04:14 |
| 22 | Ms. Keys-Gamarra, and Ms. | 00:04:15 |
| 23 | Pekarsky and myself. And that would be | 00:04:16 |
| 24 | 11. With Ms. Corbett Sanders away from | 00:04:19 |

2 (Pages 2 to 5)



Page 6

```
1    the table.  I see she's just joined.          00:04:22
2    Ms. Corbett Sanders, would you test           00:04:26
3    your mic, please?                             00:04:27
4        MS. CORBETT SANDERS:  I'm here.           00:04:29
5        DR. ANDERSON:  And do we want --          00:04:30
6    would you like to be added to the vote        00:04:32
7    certifying closed?                            00:04:34
8        MALE SPEAKER:  You can add me to          00:04:36
9    your vote, positive.                          00:04:37
10       DR. ANDERSON:  Okay.                      00:04:39
11       So -- that would be 12.  Now              00:04:39
12   we will move to certify action that was       00:04:42
13   taken in -- in a closed meeting on            00:04:44
14   Friday, December 4th.                         00:04:47
15       I will look for Mr. O --                  00:04:49
16   Mr. Frisch for the motion.                    00:04:51
17       MR. SMITH:  Thank you, Madame             00:04:54
18   Chair.  I move that the chairman of the       00:04:55
19   school board be authorized to execute         00:04:57
20   on behalf of the board the contract for       00:05:00
21   the chief operating officer as              00:05:02
22   discussed in closed meeting.                  00:05:03
23       DR. ANDERSON:  And this motion is         00:05:06
24   seconded by Ms. Omeish?                       00:05:07
```

Page 7

```
1        MS. OMEISH:  Yeah.                        00:05:12
2        DR. ANDERSON:  Thank you.                 00:05:13
3        All in favor of the motion,               00:05:14
4    which is I move that the chairman of          00:05:17
5    the school board be authorized to             00:05:18
6    execute on behalf of the board chief          00:05:19
7    operating officer, as this was in the         00:05:22
8    closed meeting.                               00:05:24
9        Please raise your hands at                00:05:25
10   this time.  We have Mr. Frisch, we have       00:05:26
11   myself, we have Ms. Omeish, we have Ms.       00:05:29
12   Meren, we have Ms. Tholen, Ms. Sizemore       00:05:32
13   Heizer, Ms. Cohen, and that is seven.         00:05:34
14       All against?  All opposing                00:05:48
15   the motion?  Seeing none.  All                00:05:49
16   abstaining?  We have Ms. Keys-Gamarra,        00:05:51
17   Ms. McLaughlin, Ms. Derenak Kaufax, and       00:05:57
18   Ms. Corbett Sanders.                          00:05:59
19       I did not record a vote for               00:06:01
20   Ms. Pekarsky.                                 00:06:03
21       MS. PEKARSKY:  I'm sorry.  I was          00:06:05
22   kicked out.  You can put me -- sorry.         00:06:08
23   I'm the first -- first vote.  Thank           00:06:09
24   you.                                          00:06:12
```

Page 8

```
1        DR. ANDERSON:  Thank you.                 00:06:13
2        So we have eight in favor of              00:06:14
3    the motion and four against the motion.       00:06:16
4    It will carry.                                00:06:19
5        FEMALE SPEAKER:  Four abstaining.         00:06:22
6        DR. ANDERSON:  Oh, I'm sorry.             00:06:23
7    I'm so sorry.  We have eight in favor         00:06:26
8    of the motion and four abstaining.            00:06:30
9    Zero against.  I apologize.  I will           00:06:33
10   make sure I say it once more for the          00:06:35
11   viewing public.  We have eight in favor       00:06:38
12   of the motion and four abstentions.           00:06:40
13   Thank you so much everyone.  I'm just         00:06:44
14   so accustomed to that one two.  I made        00:06:46
15   an error there.                               00:06:48
16       At this time it is 2:06.                  00:06:49
17   We're going to turn over the meeting to       00:06:51
18   our managers, Mr. Frisch and Ms. Omeish       00:06:53
19   of the work session.                          00:06:57
20       So Mr. Frisch and Ms.                     00:06:59
21   Omeish, please take it away.  I know          00:07:00
22   you have some things to set up for us.        00:07:01
23       MS. OMEISH:  Thank you,                   00:07:04
24   Dr. Anderson.                                 00:07:05
```

Page 9

```
1        All right, folks.  So just a             00:07:06
2    reminder, keeping our eye on time here,       00:07:09
3    given we were scheduled to start at          00:07:11
4    one, I would encourage everyone to plan      00:07:13
5    for that additional hour, so we will         00:07:15
6    likely be concluding, I hope at five.        00:07:17
7    It looks like closer to 5:15 given           00:07:20
8    where we are.  We're going to be             00:07:22
9    presented with two plans today, as we        00:07:25
10   shared in our email, which action is         00:07:26
11   scheduled for on the 17th in our            00:07:29
12   regular public meeting, so the              00:07:31
13   objective today is really discussing        00:07:33
14   our thinking around the pros and cons       00:07:37
15   of the various plans, and sharing any       00:07:39
16   refinements we might have for the           00:07:42
17   overall process as well as commenting       00:07:44
18   on the engagement plan that will be         00:07:47
19   presented as a part of the today's          00:07:49
20   presentation, which was a follow-up to      00:07:50
21   one of the next steps that board            00:07:52
22   members presented before.                    00:07:54
23       Today as we also shared in              00:07:56
24   our email to everybody, we're going to      00:07:57
```

3 (Pages 6 to 9)



Page 10

| | | |
|---|---|---|
| 1 | be starting off by doing one minute | 00:08:00 |
| 2 | opening comments by each member to | 00:08:01 |
| 3 | essentially answer the two part | 00:08:04 |
| 4 | question of where are your preliminary | 00:08:05 |
| 5 | thoughts coming into this preliminary | 00:08:07 |
| 6 | work session based on our prior work on | 00:08:08 |
| 7 | this topic already, and what are you | 00:08:11 |
| 8 | hoping to get out of today's | 00:08:13 |
| 9 | conversation? | 00:08:15 |
| 10 | So we'll go ahead and | 00:08:15 |
| 11 | proceed just one minute, and then we'll | 00:08:16 |
| 12 | move to staff and their presentation. | 00:08:17 |
| 13 | So with that, we'll start with Dr. | 00:08:20 |
| 14 | Anderson. | 00:08:23 |
| 15 | DR. ANDERSON: Okay. | 00:08:24 |
| 16 | Thank you very much, Ms. | 00:08:25 |
| 17 | Omeish. The two questions -- what am I | 00:08:27 |
| 18 | hoping to -- I'm so sorry. Can you | 00:08:29 |
| 19 | please repeat those two questions, I | 00:08:32 |
| 20 | might have -- | 00:08:33 |
| 21 | MS. OMEISH: No worries. No | 00:08:33 |
| 22 | worries. | 00:08:34 |
| 23 | What are your preliminary | 00:08:34 |
| 24 | thoughts coming into the work session | 00:08:35 |

Page 11

| | | |
|---|---|---|
| 1 | and what are you hoping to get out of | 00:08:37 |
| 2 | today's conversation. | 00:08:39 |
| 3 | DR. ANDERSON: I'll be very quick | 00:08:40 |
| 4 | and then I would yield the rest of my | 00:08:41 |
| 5 | time to my colleagues. I really want | 00:08:43 |
| 6 | us to further the conversation we've | 00:08:45 |
| 7 | been having, which is how to increase | 00:08:47 |
| 8 | diversity to TJ, as we -- that's a | 00:08:49 |
| 9 | conversation we have been having. | 00:08:53 |
| 10 | What I'm hoping to get out | 00:08:54 |
| 11 | this meeting is just some information | 00:08:55 |
| 12 | for consideration before what makes us | 00:08:57 |
| 13 | vote on the 17th. | 00:08:59 |
| 14 | That's it for me. Thank | 00:09:00 |
| 15 | you, ma'am. | 00:09:01 |
| 16 | MS. OMEISH: Thank you. Ms. | 00:09:03 |
| 17 | Cohen. Okay. We'll come back to you. | 00:09:15 |
| 18 | You're welcome to pass too -- | 00:09:16 |
| 19 | MS. COHEN: I'm so sorry. | 00:09:17 |
| 20 | MS. OMEISH: Go ahead. Go. | 00:09:18 |
| 21 | MS. COHEN: I couldn't get my | 00:09:19 |
| 22 | video. I apologize. | 00:09:21 |
| 23 | No I, you know, am | 00:09:24 |
| 24 | interested to hear more about giving | 00:09:26 |

Page 12

| | | |
|---|---|---|
| 1 | more opportunities to more kids in our | 00:09:29 |
| 2 | system to take advantage of all the | 00:09:31 |
| 3 | amazing things that TJ offers. I also | 00:09:33 |
| 4 | still am interested in hearing the case | 00:09:37 |
| 5 | be made between the two options that | 00:09:40 |
| 6 | are being presented. And also why some | 00:09:42 |
| 7 | things were excluded that I know | 00:09:46 |
| 8 | several board members, including | 00:09:49 |
| 9 | myself, have advocated for. So I'll be | 00:09:50 |
| 10 | looking for that. | 00:09:52 |
| 11 | MS. OMEISH: Great. | 00:09:55 |
| 12 | Ms. Corbett Sanders? | 00:09:56 |
| 13 | MS. CORBETT SANDERS: Can you | 00:10:02 |
| 14 | come back to me? | 00:10:03 |
| 15 | MS. OMEISH: Sure. | 00:10:05 |
| 16 | Ms. Derenak Kaufax? | 00:10:20 |
| 17 | All right. Ms. (Inaudible) | 00:10:21 |
| 18 | Kaufax. | 00:10:23 |
| 19 | MS. DERENAK KAUFAX: Sorry. The | 00:10:23 |
| 20 | video is very slow today for some | 00:10:24 |
| 21 | reason. | 00:10:28 |
| 22 | So, very quickly, yes, I am | 00:10:28 |
| 23 | anxious to see more opportunities for | 00:10:33 |
| 24 | more students. I will be asking | 00:10:37 |

Page 13

| | | |
|---|---|---|
| 1 | questions on teacher recommendations, | 00:10:38 |
| 2 | and how they can be made part of this | 00:10:42 |
| 3 | process. I want to talk more about -- | 00:10:43 |
| 4 | exploring how mathematical aptitude | 00:10:48 |
| 5 | will be evaluated. And also, I do not | 00:10:51 |
| 6 | think, as you know, at an earlier | 00:10:55 |
| 7 | meeting in November, I made statements | 00:10:58 |
| 8 | about all the things -- the pathways | 00:11:01 |
| 9 | that we needed to develop for TJ | 00:11:04 |
| 10 | strengthening access of all this | 00:11:07 |
| 11 | advanced education, and I believe | 00:11:09 |
| 12 | they're symptoms. I believe we | 00:11:11 |
| 13 | absolutely need an analysis of our math | 00:11:13 |
| 14 | and science curriculum offered in | 00:11:15 |
| 15 | elementary and middle school and how | 00:11:17 |
| 16 | this plays out in TJ. So those are my | 00:11:19 |
| 17 | comments for right now. | 00:11:24 |
| 18 | MS. OMEISH: Thank you. | 00:11:27 |
| 19 | Mr. Frisch? | 00:11:28 |
| 20 | MR. SMITH: Ditto, Ms. Derenak | 00:11:36 |
| 21 | Kaufax. The video is moving really | 00:11:37 |
| 22 | slow today. | 00:11:39 |
| 23 | Like my colleagues, I am | 00:11:41 |
| 24 | interested in hearing more about and | 00:11:42 |



Page 14

| | | |
|---|---|---|
| 1 | asking questions about the new options | 00:11:45 |
| 2 | being presented to the board, which | 00:11:48 |
| 3 | we've had, you know, I had some | 00:11:50 |
| 4 | discussions with staff about. And | 00:11:52 |
| 5 | also, you know, the thinking that went | 00:11:55 |
| 6 | into one criteria verses another. And | 00:11:59 |
| 7 | because we've not done this before, | 00:12:02 |
| 8 | there's very limited ability to kind of | 00:12:05 |
| 9 | predict what the outcome will be, so I | 00:12:07 |
| 10 | have some questions about thinking | 00:12:08 |
| 11 | through that as well, in comparison to | 00:12:11 |
| 12 | the current proposal and previous | 00:12:14 |
| 13 | proposals to which we had some modeling | 00:12:16 |
| 14 | around, so I look forward to the | 00:12:18 |
| 15 | conversation. Thank you. | 00:12:19 |
| 16 | MS. OMEISH: Ms. Keys-Gamarra? | 00:12:22 |
| 17 | MS. KEYS-GAMARRA: It'd be nice | 00:12:29 |
| 18 | to have a heads up that we were doing | 00:12:29 |
| 19 | it this way, but okay. I'll roll with | 00:12:31 |
| 20 | it, Mrs. Omeish. | 00:12:34 |
| 21 | MS. OMEISH: It was in the email. | 00:12:37 |
| 22 | But go ahead. | 00:12:38 |
| 23 | MS. KEYS-GAMARRA: We get lots of | 00:12:40 |
| 24 | e-mails. So I will say I'm looking | 00:12:42 |

Page 15

| | | |
|---|---|---|
| 1 | forward to having this discussion | 00:12:44 |
| 2 | because for some time, I've been trying | 00:12:46 |
| 3 | to figure out where the common ground | 00:12:48 |
| 4 | is for all of us. I did circulate some | 00:12:50 |
| 5 | language earlier. I want my board | 00:12:53 |
| 6 | members to know that I'm working on | 00:12:55 |
| 7 | some revisions. Some of that language | 00:12:58 |
| 8 | actually came are from the Louden | 00:13:00 |
| 9 | County decision and that perhaps may | 00:13:02 |
| 10 | not be the best way to go. And so some | 00:13:05 |
| 11 | of that will be edited out, but I'm | 00:13:07 |
| 12 | hoping we can coalize around some | 00:13:09 |
| 13 | common goals to send our community a | 00:13:13 |
| 14 | clear message where this board is | 00:13:16 |
| 15 | looking for guidance, or how we are | 00:13:18 |
| 16 | providing guidance to our | 00:13:20 |
| 17 | superintendent. I also think it's | 00:13:22 |
| 18 | extremely important that we leave the | 00:13:24 |
| 19 | door open for our oncoming new | 00:13:26 |
| 20 | equity -- chief of equity hiree that | 00:13:30 |
| 21 | will be coming on in January. It is my | 00:13:33 |
| 22 | presumption that she has expertise, and | 00:13:38 |
| 23 | we need that guidance. Thank you. | 00:13:42 |
| 24 | MS. OMEISH: Thank you. | 00:13:43 |

Page 16

| | | |
|---|---|---|
| 1 | Ms. McLaughlin? | 00:13:45 |
| 2 | MS. MCLAUGHLIN: Just getting my | 00:13:51 |
| 3 | video up. So I'm absolutely looking | 00:13:52 |
| 4 | forward to (inaudible) all of you about | 00:13:57 |
| 5 | how we refine the proposals from the | 00:14:02 |
| 6 | superintendent. I believe | 00:14:04 |
| 7 | wholeheartedly that we've got to | 00:14:06 |
| 8 | increase access to opportunity for | 00:14:09 |
| 9 | students, have better representation. | 00:14:11 |
| 10 | I believe our nations most selective | 00:14:14 |
| 11 | universities in the country have shown | 00:14:16 |
| 12 | how you can have high achieving | 00:14:18 |
| 13 | universities with a highly diverse | 00:14:20 |
| 14 | population and for too long, TJ hasn't | 00:14:22 |
| 15 | reflected that. However, they do have | 00:14:26 |
| 16 | concerns about the academic metrics | 00:14:27 |
| 17 | that the superintendent has proposed. | 00:14:30 |
| 18 | And I also do strongly believe that our | 00:14:33 |
| 19 | teachers are going to be a very | 00:14:34 |
| 20 | important voice for hearing from them | 00:14:37 |
| 21 | what they obdure from students. | 00:14:39 |
| 22 | So, I, again, hope that we'll | 00:14:42 |
| 23 | have a robust data driven conversation, | 00:14:45 |
| 24 | and that we set up our students and our | 00:14:47 |

Page 17

| | | |
|---|---|---|
| 1 | community for success when we look at | 00:14:51 |
| 2 | TJ being one of the nation's and world | 00:14:55 |
| 3 | recognized (inaudible). Thank you. | 00:14:57 |
| 4 | MS. OMEISH: Thank you. | 00:15:03 |
| 5 | Ms. Meren. | 00:15:04 |
| 6 | MS. MEREN: Thank you. | 00:15:06 |
| 7 | As far as my preliminary | 00:15:07 |
| 8 | thoughts coming into today is to focus | 00:15:08 |
| 9 | on what our action seeks to do. And | 00:15:12 |
| 10 | what it seeks to do is be more | 00:15:14 |
| 11 | reflective of our community, that TJ be | 00:15:15 |
| 12 | more reflective of our community. You | 00:15:17 |
| 13 | know, when TJ students say that there's | 00:15:19 |
| 14 | a problem, and families see this too, | 00:15:20 |
| 15 | that there's a lack of diversity and it | 00:15:22 |
| 16 | detracts from a student's ability to | 00:15:24 |
| 17 | achieve their full potential. So I | 00:15:26 |
| 18 | disagree with those who say TJ will | 00:15:28 |
| 19 | suffer and falter. Students are | 00:15:30 |
| 20 | already suffering, and to do nothing | 00:15:31 |
| 21 | makes us complicit in that suffering. | 00:15:34 |
| 22 | So I admire the personal journey that | 00:15:37 |
| 23 | many parents have shared with the board | 00:15:39 |
| 24 | about individual or family sacrifice to | 00:15:40 |



Page 18

| | | |
|---|---|---|
| 1 | achieve their success here, and those | 00:15:43 |
| 2 | are truths. I think at this time for | 00:15:45 |
| 3 | our population here, it is right that | 00:15:47 |
| 4 | FCPS refresh the process of how we | 00:15:50 |
| 5 | identify exceptional students, and that | 00:15:52 |
| 6 | includes removing barriers in the | 00:15:54 |
| 7 | admissions process in part. | 00:15:56 |
| 8 | And for today, I'm hoping to | 00:15:57 |
| 9 | understand where each of my colleagues | 00:15:59 |
| 10 | is in this decision making, so that we | 00:16:00 |
| 11 | can have a clear plan for our decision | 00:16:03 |
| 12 | (inaudible). | |
| 13 | Thank you. That was my | 00:16:07 |
| 14 | timer. | 00:16:10 |
| 15 | MS. OMEISH: Perfect -- perfect | 00:16:10 |
| 16 | timing. | 00:16:12 |
| 17 | Ms. Pekarsky. | 00:16:12 |
| 18 | MS. PEKARSKY: Thank you. | 00:16:16 |
| 19 | I'm looking forward to the | 00:16:17 |
| 20 | conversation just with my colleagues | 00:16:19 |
| 21 | about, you know, ensuring access to | 00:16:23 |
| 22 | opportunity and creating a diverse | 00:16:26 |
| 23 | learning environment, which we know is | 00:16:30 |
| 24 | good for all learners and has benefits | 00:16:32 |

Page 19

| | | |
|---|---|---|
| 1 | for all learners in every one of our | 00:16:34 |
| 2 | schools, and I just have many questions | 00:16:36 |
| 3 | about how we're going to get there. So | 00:16:40 |
| 4 | I'm looking forward to hearing not only | 00:16:42 |
| 5 | our opinions, and but the | 00:16:45 |
| 6 | superintendent's opinions regarding the | 00:16:47 |
| 7 | differences between the approaches and | 00:16:50 |
| 8 | ensuring that we maintain a very high | 00:16:52 |
| 9 | standard -- academic standard at TJ, | 00:16:55 |
| 10 | which is, I believe, all of ours goal | 00:16:59 |
| 11 | for all of your students, so thank you. | 00:17:04 |
| 12 | MS. OMEISH: Ms. Sizemore Heizer? | 00:17:09 |
| 13 | MS. SIZEMORE HEIZER: Thank you. | 00:17:13 |
| 14 | The video again was | 00:17:15 |
| 15 | very slow. So I'll go ahead and start | 00:17:16 |
| 16 | talking while it pops up. I too am, | 00:17:19 |
| 17 | you know, concerned about making sure | 00:17:21 |
| 18 | that all of our students that have the | 00:17:23 |
| 19 | aptitude and passion for TJ have the | 00:17:25 |
| 20 | ability to access the enrichment and | 00:17:28 |
| 21 | STEM education that TJ provides. I | 00:17:33 |
| 22 | think it's important to make sure that | 00:17:35 |
| 23 | we set up all our students for success, | 00:17:38 |
| 24 | both from the minute they come into our | 00:17:40 |

Page 20

| | | |
|---|---|---|
| 1 | schools and until the time they may or | 00:17:42 |
| 2 | may not apply to TJ, they should be set | 00:17:45 |
| 3 | up for success. So I'm particularly | 00:17:47 |
| 4 | interested in the accountability | 00:17:49 |
| 5 | measures, and how we're going to | 00:17:51 |
| 6 | measure, not just the, you know, | 00:17:53 |
| 7 | metrics in the white paper, but also | 00:17:55 |
| 8 | really success of our students that we | 00:17:57 |
| 9 | admit, and I also am really curious to | 00:18:00 |
| 10 | know about the differences between the | 00:18:03 |
| 11 | two. I think what I'd like to hear | 00:18:05 |
| 12 | about is the voice of the teachers in | 00:18:06 |
| 13 | the process. As one of my colleagues | 00:18:08 |
| 14 | mentioned when we talk about local | 00:18:10 |
| 15 | norms, sometimes teachers recognize | 00:18:11 |
| 16 | things that others don't. So I'm | 00:18:13 |
| 17 | really interested in hearing thoughts | 00:18:14 |
| 18 | about that. I'd like to see what other | 00:18:16 |
| 19 | school systems have been going and what | 00:18:18 |
| 20 | their outcomes have been and | 00:18:21 |
| 21 | (inaudible) have good STEM assessment | 00:18:24 |
| 22 | because this school is for STEM and | 00:18:25 |
| 23 | want to make sure we keep in mind what | 00:18:28 |
| 24 | the school's purpose is. | 00:18:30 |

Page 21

| | | |
|---|---|---|
| 1 | MS. OMEISH: Thank you. | 00:18:31 |
| 2 | Ms. Tholen? | 00:18:33 |
| 3 | MS. THOLEN: Yes. Good | 00:18:38 |
| 4 | afternoon. Happy to be here today to | 00:18:39 |
| 5 | dive into this discussion. I have to | 00:18:42 |
| 6 | admit I'm coming in struggling a little | 00:18:44 |
| 7 | bit. I'm looking at all the | 00:18:46 |
| 8 | information and data around how a | 00:18:47 |
| 9 | lottery could possibly give us what | 00:18:50 |
| 10 | we're looking for as far as diversity | 00:18:52 |
| 11 | and allow us to ensure we can build a | 00:18:55 |
| 12 | class of exceptional students that have | 00:18:57 |
| 13 | the potential to success at TJ, but I'm | 00:19:00 |
| 14 | here to listen. I want to today to | 00:19:02 |
| 15 | look at the best pieces of the input to | 00:19:05 |
| 16 | this process for each Fairfax student, | 00:19:08 |
| 17 | and I also want to advocate for teacher | 00:19:10 |
| 18 | voice. I want to point out that | 00:19:13 |
| 19 | students who most probably need letters | 00:19:14 |
| 20 | of recommendation from teachers are the | 00:19:17 |
| 21 | ones who do not have the strong | 00:19:20 |
| 22 | parental advocacy, and those | 00:19:22 |
| 23 | (inaudible) teacher can be their | 00:19:26 |
| 24 | primary advocate. So I'd really like | 00:19:27 |



Page 22

| | | |
|---|---|---|
| 1 | to talk about that. Also interested in | 00:19:28 |
| 2 | how we will be measuring aptitude in | 00:19:31 |
| 3 | mathematics, and of course want to be | 00:19:33 |
| 4 | part of the strategic conversation on | 00:19:36 |
| 5 | how (inaudible) for all of your | 00:19:40 |
| 6 | students. Thanks. | 00:19:42 |
| 7 | MS. OMEISH: Thank you. | 00:19:45 |
| 8 | Ms. Corbett Sanders, I'll | 00:19:46 |
| 9 | come back to you. | 00:19:47 |
| 10 | MS. CORBETT SANDERS: | |
| 11 | Thank you so much. So I | 00:19:52 |
| 12 | think we all agree the change is | 00:19:54 |
| 13 | necessary, and that we would like to | 00:19:55 |
| 14 | see greater representation at TJ from | 00:19:58 |
| 15 | across the county and from across | 00:20:01 |
| 16 | different social economic groups. So | 00:20:05 |
| 17 | what we're here today doing is we're | 00:20:08 |
| 18 | talking about how we can create greater | 00:20:11 |
| 19 | opportunities for access for | 00:20:15 |
| 20 | exceptional students no matter what ZIP | 00:20:17 |
| 21 | code they live in, and I think we've | 00:20:19 |
| 22 | made some strides in getting there, but | 00:20:23 |
| 23 | we still have a ways to go before this | 00:20:25 |
| 24 | is fully blessed by this board. | 00:20:29 |

Page 23

| | | |
|---|---|---|
| 1 | So I'd like to talk a little | 00:20:32 |
| 2 | bit today on building on the access to | 00:20:33 |
| 3 | opportunity and pathways that we talked | 00:20:35 |
| 4 | about a few weeks ago. And I want to | 00:20:40 |
| 5 | see how we can screen all students at | 00:20:42 |
| 6 | the end of their elementary school | 00:20:44 |
| 7 | years to determine how we can best | 00:20:46 |
| 8 | provide the scaffolding of support and | 00:20:48 |
| 9 | greater access to the opportunities for | 00:20:51 |
| 10 | these students going into middle school | 00:20:53 |
| 11 | to become a support structure that will | 00:20:57 |
| 12 | allow for more of them to give | 00:20:59 |
| 13 | themselves attending TJ. Because part | 00:21:02 |
| 14 | of it is if we can have them see | 00:21:05 |
| 15 | themselves, then they will actually | 00:21:08 |
| 16 | pursue it. So thank you. | 00:21:10 |
| 17 | MS. OMEISH: Thank you. | 00:21:11 |
| 18 | I'll go ahead and take my | 00:21:13 |
| 19 | minutes, and then we'll get started. | 00:21:14 |
| 20 | So preliminary thoughts, to | 00:21:16 |
| 21 | me the objective of making sure every | 00:21:18 |
| 22 | kid can reach their potential and have | 00:21:20 |
| 23 | access to this opportunity is | 00:21:22 |
| 24 | unapologetic and uncompromising, at the | 00:21:23 |

Page 24

| | | |
|---|---|---|
| 1 | same time, I want to be openminded | 00:21:26 |
| 2 | coming into the conversation. I feel | 00:21:27 |
| 3 | strongly about localizing opportunity | 00:21:29 |
| 4 | universalizing how we reach out to | 00:21:32 |
| 5 | students, but I do look forward to | 00:21:34 |
| 6 | hearing what staff has to share. | 00:21:36 |
| 7 | I'm hoping to get out a way | 00:21:37 |
| 8 | of rethinking merit, and really | 00:21:40 |
| 9 | evaluating what we have here, and how | 00:21:42 |
| 10 | it offers that. And then finally | 00:21:45 |
| 11 | understanding what our next steps are | 00:21:47 |
| 12 | going to be to gauge our effectiveness | 00:21:49 |
| 13 | in whatever plans we do have. And how | 00:21:50 |
| 14 | we can ensure we're successful in the | 00:21:53 |
| 15 | longterm, not just in today's | 00:21:55 |
| 16 | conversation. | 00:21:57 |
| 17 | So with that, I'm done with | 00:21:58 |
| 18 | that piece of my remarks. I will | 00:22:01 |
| 19 | direct my colleagues to make sure they | 00:22:03 |
| 20 | look at the office of research and | 00:22:04 |
| 21 | strategic improvement's report, which | 00:22:06 |
| 22 | has been attached to today's meeting, | 00:22:07 |
| 23 | and will turn it now to Mr. Smith for | 00:22:09 |
| 24 | the presentation. | 00:22:11 |

Page 25

| | | |
|---|---|---|
| 1 | MR. SMITH: And actually, Ms. | 00:22:16 |
| 2 | Omeish, I'm going to turn it over to | 00:22:17 |
| 3 | Dr. Brabrand to start us off, and then | 00:22:18 |
| 4 | we'll walk through the rest of the | 00:22:21 |
| 5 | presentation. | 00:22:23 |
| 6 | DR. BRABRAND: Thank you, Ms. | 00:22:27 |
| 7 | Omeish. And I'll be sharing several | 00:22:28 |
| 8 | things as will Mr. Smith and other | 00:22:30 |
| 9 | members of his team that he will | 00:22:32 |
| 10 | introduce when he begins to chat. I do | 00:22:34 |
| 11 | want to thank this board and all our | 00:22:37 |
| 12 | community for all of your engagement | 00:22:39 |
| 13 | around this very important issue for | 00:22:41 |
| 14 | our community, and for our frankly, our | 00:22:45 |
| 15 | Commonwealth and Country about access | 00:22:47 |
| 16 | and opportunity for our students. And | 00:22:49 |
| 17 | so here we'd like to go ahead and put | 00:22:51 |
| 18 | up our presentation for TJ admissions | 00:22:53 |
| 19 | around expanding our talent search. | 00:22:55 |
| 20 | If we can go to the very | 00:22:58 |
| 21 | first line, our agenda today, we're | 00:23:00 |
| 22 | going to go over background key | 00:23:01 |
| 23 | decisions, research, and data, our | 00:23:04 |
| 24 | final proposal, which has two options | 00:23:05 |

7 (Pages 22 to 25)



Page 26

| | | |
|---|---|---|
| 1 | for you around TJ admissions; one being | 00:23:08 |
| 2 | a hybrid merit lottery, and the other | 00:23:11 |
| 3 | being a holistic review. The | 00:23:13 |
| 4 | presentation will then talk about | 00:23:16 |
| 5 | stakeholder engagement, our outreach | 00:23:18 |
| 6 | and communication plan and | 00:23:20 |
| 7 | accountability metrics. And it will | 00:23:21 |
| 8 | also share work that Ms. Omeish just | 00:23:25 |
| 9 | referenced about the paper we created | 00:23:26 |
| 10 | from (inaudible) in the TJ admissions | 00:23:30 |
| 11 | office. And we'll be glad to take | 00:23:32 |
| 12 | questions at the end. But our purpose | 00:23:34 |
| 13 | today is to do all of this, share with | 00:23:35 |
| 14 | you these two proposals and we look | 00:23:38 |
| 15 | forward to having you, after your | 00:23:40 |
| 16 | feedback, select one of these two | 00:23:42 |
| 17 | proposals to go forward as we begin the | 00:23:45 |
| 18 | admissions process for the upcoming TJ | 00:23:47 |
| 19 | freshman class. | 00:23:51 |
| 20 | One of the things we want to | 00:23:54 |
| 21 | talk about and have talked about for | 00:23:56 |
| 22 | some time is leading with equity at the | 00:23:57 |
| 23 | center of all that we do. We know that | 00:23:59 |
| 24 | equity and excellence can go hand and | 00:24:02 |

Page 27

| | | |
|---|---|---|
| 1 | hand. They're not mutually exclusive, | 00:24:05 |
| 2 | and we do want to continue to enhance | 00:24:07 |
| 3 | diversity at TJ. We know that a | 00:24:11 |
| 4 | diverse student body can enhance the | 00:24:14 |
| 5 | overall educational experience for our | 00:24:17 |
| 6 | students at TJ. We've talked with you | 00:24:21 |
| 7 | before about our admissions process, | 00:24:24 |
| 8 | which is what we're focused on today, | 00:24:26 |
| 9 | our enhanced wrap around support for | 00:24:28 |
| 10 | our students that are already at TJ and | 00:24:30 |
| 11 | those that would be coming in, and the | 00:24:32 |
| 12 | work that this board has talked about, | 00:24:35 |
| 13 | Ms. Derenak Kaufax shared a month or | 00:24:38 |
| 14 | two ago, a resolution that the board | 00:24:40 |
| 15 | rallied around, which is about | 00:24:42 |
| 16 | enhancing our pipeline. And this board | 00:24:44 |
| 17 | just a last week took action to support | 00:24:47 |
| 18 | working with local norms, which is part | 00:24:50 |
| 19 | of the steps the outside consultant | 00:24:53 |
| 20 | recommended in enhancing our pipeline. | 00:24:55 |
| 21 | So this board is taking action. I'm | 00:24:58 |
| 22 | very pleased in partnering with you on | 00:25:01 |
| 23 | the ideas to move forward on the ideas | 00:25:03 |
| 24 | our outside consultants have given us | 00:25:06 |

Page 28

| | | |
|---|---|---|
| 1 | to continue to enhance equity in our | 00:25:08 |
| 2 | school division. | 00:25:11 |
| 3 | I'm going to turn it over | 00:25:14 |
| 4 | now, I think, Marty -- Jeremy is going | 00:25:15 |
| 5 | to go first on the next slide to give | 00:25:16 |
| 6 | us the background, isn't that right, | 00:25:18 |
| 7 | Jeremy Shugart, our director of | 00:25:20 |
| 8 | admissions at TJ? | 00:25:21 |
| 9 | MR. SHUGHART: That's right. | 00:25:23 |
| 10 | DR. BRABRAND: All right. | 00:25:25 |
| 11 | Jeremy, take it away. | 00:25:26 |
| 12 | MR. SHUGHART: All right. Thank | 00:25:28 |
| 13 | you, everyone. | 00:25:29 |
| 14 | Just a little bit of | 00:25:30 |
| 15 | background on -- for TJ, the school | 00:25:33 |
| 16 | board as a policy and regulations that | 00:25:36 |
| 17 | guide and dictate our admissions | 00:25:39 |
| 18 | process as well as other elements to TJ | 00:25:42 |
| 19 | as a regional governor school. And | 00:25:45 |
| 20 | over time that policy has changed, but | 00:25:47 |
| 21 | one of the key factors that has really | 00:25:49 |
| 22 | for the most part stayed steady is | 00:25:52 |
| 23 | what's here quoted in terms of | 00:25:54 |
| 24 | demonstrating exceptional achievement, | 00:25:57 |

Page 29

| | | |
|---|---|---|
| 1 | aptitude, commitment, intellectual | 00:25:58 |
| 2 | curiosity, passion and creativity in | 00:26:00 |
| 3 | STEM. The mission has pretty well | 00:26:03 |
| 4 | stayed the same for our students, | 00:26:05 |
| 5 | and it really does come down to | 00:26:07 |
| 6 | inspiring joy, putting forward a | 00:26:09 |
| 7 | challenging learning environment at the | 00:26:12 |
| 8 | school. And this even goes back as far | 00:26:15 |
| 9 | as what we were originally able to | 00:26:17 |
| 10 | share and had some questions about in | 00:26:19 |
| 11 | terms of the founding of TJ. And at | 00:26:21 |
| 12 | the bottom of this particular page and | 00:26:25 |
| 13 | slide, you can see some of those | 00:26:27 |
| 14 | founding statements. And part of the | 00:26:30 |
| 15 | original charter that was founded back | 00:26:32 |
| 16 | in the mid 1980s, and so while I'm not | 00:26:34 |
| 17 | going to read each of those to you, you | 00:26:36 |
| 18 | can see where we are today is still | 00:26:39 |
| 19 | very much in line with the original | 00:26:41 |
| 20 | founding of the school, and how we're | 00:26:43 |
| 21 | moving forward, and the goal here is to | 00:26:45 |
| 22 | continue to be able to live up to these | 00:26:48 |
| 23 | expectations. | 00:26:51 |
| 24 | DR. BRABRAND: Thanks, Jeremy. I | 00:26:52 |



Page 30

| 1 | want to share with you just really | 00:26:53 |
| 2 | quickly previous proposals that I had | 00:26:54 |
| 3 | brought before the board.  We can go to | 00:26:56 |
| 4 | the next slide, please. | 00:26:58 |
| 5 | This was around the initial | 00:27:01 |
| 6 | merit lottery that I shared, and then I | 00:27:02 |
| 7 | shared with you at the last work | 00:27:05 |
| 8 | session on TJ, the hybrid merit | 00:27:09 |
| 9 | lottery, which kept the same | 00:27:12 |
| 10 | application requirements, kept the | 00:27:13 |
| 11 | lottery, but the highest evaluated | 00:27:16 |
| 12 | students would be offered a seat based | 00:27:18 |
| 13 | on holistic review of their | 00:27:21 |
| 14 | application. | 00:27:24 |
| 15 | Both of these standards -- | 00:27:25 |
| 16 | both of these proposals do have high | 00:27:26 |
| 17 | standards, provided all eligible | 00:27:28 |
| 18 | students an opportunity to demonstrate | 00:27:30 |
| 19 | their own interest and qualifications | 00:27:31 |
| 20 | through an individualized review of | 00:27:34 |
| 21 | their academic accomplishments and | 00:27:35 |
| 22 | factors.  And these were two of the | 00:27:37 |
| 23 | previous proposals.  As we focus on the | 00:27:39 |
| 24 | work session today, if we go to the | 00:27:42 |

Page 31

| 1 | next slide, the key decisions are | 00:27:44 |
| 2 | around two approaches for the school | 00:27:47 |
| 3 | board to consider, the hybrid merit | 00:27:49 |
| 4 | lottery with some revisions, and our | 00:27:51 |
| 5 | staff will be going through some of | 00:27:53 |
| 6 | those revisions and a holistic review | 00:27:55 |
| 7 | approach.  And what we're looking for | 00:28:00 |
| 8 | is board discussion and feedback and | 00:28:03 |
| 9 | ultimately that would culminate in a | 00:28:05 |
| 10 | vote to select a desired approach that | 00:28:08 |
| 11 | we have scheduled later this month to | 00:28:10 |
| 12 | select the process for the TJ class of | 00:28:13 |
| 13 | 2025.  I do want to say that we did | 00:28:17 |
| 14 | reach consensus, this board did, from | 00:28:19 |
| 15 | our recommendation to you earlier this | 00:28:22 |
| 16 | fall, that the new admissions process | 00:28:25 |
| 17 | would not have an application fee | 00:28:28 |
| 18 | or/and would not have a test.  Really | 00:28:31 |
| 19 | removing some barriers that have | 00:28:34 |
| 20 | existed for our students in the TJ | 00:28:36 |
| 21 | admissions process.  We also got | 00:28:39 |
| 22 | consensus from the board earlier to | 00:28:41 |
| 23 | increase the capacity of the TJ | 00:28:43 |
| 24 | incoming class.  And we added 50 slots | 00:28:46 |

Page 32

| 1 | to the incoming class this coming year. | 00:28:51 |
| 2 | And there was consensus to bring the | 00:28:54 |
| 3 | holistic approach that did not have a | 00:28:57 |
| 4 | lottery as an option, and so we have | 00:29:00 |
| 5 | the hybrid merit lottery with a few | 00:29:03 |
| 6 | revisions and the holistic review | 00:29:05 |
| 7 | approach.  We have both of those for | 00:29:07 |
| 8 | you today, and we'll be talking about | 00:29:09 |
| 9 | them in more detail in some upcoming | 00:29:12 |
| 10 | slides. | 00:29:14 |
| 11 | Jeremy, are you going to | 00:29:15 |
| 12 | talk a little about the research we've | 00:29:15 |
| 13 | done around our work since we last | 00:29:17 |
| 14 | talked to the board and before? | 00:29:19 |
| 15 | MR. SHUGHART:  Sorry.  My video | 00:29:25 |
| 16 | is a little slow as well. | 00:29:26 |
| 17 | Yeah, so one of the things | 00:29:27 |
| 18 | we had done in terms of the process | 00:29:29 |
| 19 | that we went through to research this | 00:29:31 |
| 20 | was we did evaluate and we have | 00:29:33 |
| 21 | consistently evaluated schools that are | 00:29:35 |
| 22 | similar in nature to TJ.  Those | 00:29:37 |
| 23 | elements are actually in the research | 00:29:41 |
| 24 | report that is associated with this. | 00:29:44 |

Page 33

| 1 | You can find some information on a | 00:29:46 |
| 2 | section for research on page 8 along | 00:29:49 |
| 3 | with an associated title -- I'm | 00:29:53 |
| 4 | sorry -- table three, along with on | 00:29:55 |
| 5 | page 37 and 38, there is a response to | 00:29:58 |
| 6 | some of the previous next steps we're | 00:30:02 |
| 7 | asked in previous board sessions and so | 00:30:04 |
| 8 | one of the things when we were | 00:30:06 |
| 9 | originally bringing this board was the | 00:30:07 |
| 10 | questions of some comparison schools | 00:30:09 |
| 11 | and what are their application | 00:30:12 |
| 12 | processes like, and then in addition | 00:30:14 |
| 13 | looking at school specifically that had | 00:30:17 |
| 14 | lottery approaches.  And the success of | 00:30:19 |
| 15 | those lottery approaches. | 00:30:22 |
| 16 | Throughout the entire | 00:30:24 |
| 17 | research paper, you can see sitings and | 00:30:25 |
| 18 | notations about the literature review | 00:30:29 |
| 19 | we have conducted throughout that | 00:30:32 |
| 20 | process.  All of this was in reflection | 00:30:35 |
| 21 | to what our policies and procedures are | 00:30:37 |
| 22 | for the admission process.  Coupled | 00:30:39 |
| 23 | with that was conversations that we | 00:30:42 |
| 24 | held with some known experts from the | 00:30:45 |

9 (Pages 30 to 33)



Page 34

| | | |
|---|---|---|
| 1 | university level, Dr. Genevieve Spiegel | 00:30:48 |
| 2 | Holly from the Virginia Commonwealth | 00:30:50 |
| 3 | University, Dr. Dominic Baker, Southern | 00:30:52 |
| 4 | Methodist University, previously at | 00:30:55 |
| 5 | UVA, And Dr. Jonathan Plucker from | 00:30:59 |
| 6 | Johns Hopkins, who also was working | 00:31:01 |
| 7 | with us on the advanced academics.  One | 00:31:03 |
| 8 | of the big things that we're really | 00:31:07 |
| 9 | focused in on was a lottery approach in | 00:31:09 |
| 10 | looking at how that approach would be | 00:31:13 |
| 11 | an impact to -- you know, traditionally | 00:31:16 |
| 12 | underrepresented students, and really | 00:31:20 |
| 13 | kind of look at the approaches that | 00:31:22 |
| 14 | we're proposing here today and whether | 00:31:25 |
| 15 | or not it would help us allow students | 00:31:27 |
| 16 | who have been historically | 00:31:32 |
| 17 | unrepresented have more of an | 00:31:33 |
| 18 | opportunity to gain access to TJ, and | 00:31:35 |
| 19 | they collectively said that, yes, you | 00:31:38 |
| 20 | know, making some of the things -- | 00:31:41 |
| 21 | making the changes that were suggested | 00:31:42 |
| 22 | here would be away to increase that. | 00:31:45 |
| 23 | One of the other things that, you know, | 00:31:48 |
| 24 | was shared was specifically to a | 00:31:50 |

Page 35

| | | |
|---|---|---|
| 1 | lottery -- just as an example, was that | 00:31:53 |
| 2 | what you're looking at is these are and | 00:31:56 |
| 3 | certainly you can see the elements of | 00:32:00 |
| 4 | this and the research that was | 00:32:01 |
| 5 | provided, one time approach is very | 00:32:06 |
| 6 | different than when you run a series of | 00:32:07 |
| 7 | models and a series of treatment, so | 00:32:10 |
| 8 | you do have to be aware of that as we | 00:32:13 |
| 9 | go through this.  And, you know | 00:32:15 |
| 10 | generally speaking, they were, you | 00:32:18 |
| 11 | know, they were very much in favor of | 00:32:19 |
| 12 | looking at this as an approach to move | 00:32:23 |
| 13 | forward. | 00:32:25 |
| 14 | Thank you. | 00:32:26 |
| 15 | MR. SMITH:  Next slide, please. | 00:32:30 |
| 16 | So as we think about our guiding | 00:32:34 |
| 17 | principles, we were charged with -- | 00:32:35 |
| 18 | from the community from the board to | 00:32:39 |
| 19 | consider variety of factors as we | 00:32:41 |
| 20 | developed the admissions process.  Of | 00:32:43 |
| 21 | course, we wanted to recognize those | 00:32:45 |
| 22 | historical inequities that we've seen | 00:32:46 |
| 23 | at TJ based on a variety of factors. | 00:32:49 |
| 24 | While at the same time, creating no new | 00:32:52 |

Page 36

| | | |
|---|---|---|
| 1 | inequities for students.  Of course, | 00:32:54 |
| 2 | appropriately measuring student | 00:32:57 |
| 3 | readiness for success at TJ, and a | 00:32:59 |
| 4 | opportunity to identify potential | 00:33:04 |
| 5 | talent.  Again, opening the door for | 00:33:06 |
| 6 | more students to have access to the | 00:33:08 |
| 7 | curriculum environment at TJ.  Removing | 00:33:10 |
| 8 | those barriers in the admission process | 00:33:14 |
| 9 | is the way to do that, while at the | 00:33:17 |
| 10 | same time maintaining high standards, | 00:33:19 |
| 11 | and I think that as we looked at this | 00:33:20 |
| 12 | entire process, maintaining high | 00:33:22 |
| 13 | standards has been at the heart of what | 00:33:25 |
| 14 | we're doing along with equity.  And | 00:33:26 |
| 15 | also, I feel that by increasing | 00:33:30 |
| 16 | diversity, first of all, | 00:33:32 |
| 17 | underrepresented students at TJ, it | 00:33:33 |
| 18 | will only serve to increase the | 00:33:35 |
| 19 | standards at this school. | 00:33:38 |
| 20 | Next slide.  So now we're | 00:33:41 |
| 21 | going to take a moment to talk about | 00:33:44 |
| 22 | the two proposals that we're bringing | 00:33:47 |
| 23 | forward; one being, as Dr. Brabrand | 00:33:48 |
| 24 | said, the hybrid merit lottery, and the | 00:33:51 |

Page 37

| | | |
|---|---|---|
| 1 | other a holistic review.  Next slide. | 00:33:53 |
| 2 | So for these two proposals, | 00:34:00 |
| 3 | we develop processes to enhance student | 00:34:00 |
| 4 | merit.  And we also created a way for | 00:34:04 |
| 5 | us to take a holistic look at students | 00:34:06 |
| 6 | based on a variety of factors, and | 00:34:10 |
| 7 | we'll go through that particular | 00:34:12 |
| 8 | process a bit later on, but at the end | 00:34:14 |
| 9 | of those enhanced requirements, and at | 00:34:19 |
| 10 | the end of taking that holistic review, | 00:34:22 |
| 11 | the board can consider one of the two | 00:34:25 |
| 12 | options that we have here in yellow. | 00:34:27 |
| 13 | Proposal one is the merit | 00:34:29 |
| 14 | lottery, where we would offer the | 00:34:31 |
| 15 | hundred seats to the highest evaluated | 00:34:33 |
| 16 | students, and then select the remaining | 00:34:35 |
| 17 | 450 students using a lottery approach, | 00:34:38 |
| 18 | and the second proposal is that | 00:34:41 |
| 19 | holistic review where we would offer | 00:34:43 |
| 20 | 550 seats to the highest evaluated | 00:34:46 |
| 21 | students.  As I said, we'll talk a | 00:34:49 |
| 22 | little bit more about how each of the | 00:34:50 |
| 23 | process works a bit later in the | 00:34:52 |
| 24 | process.  Next slide. | 00:34:54 |

10 (Pages 34 to 37)



Page 38

| | |
|---|---|
| 1 | So as we talk about enhanced |
| 2 | merit, people have asked, what does |
| 3 | that look like? What does enhanced |
| 4 | merit look like for this particular |
| 5 | process? So of course, we want to |
| 6 | identify students who exhibit those |
| 7 | portrait of graduate attributes and |
| 8 | 21st Century skills using the student |
| 9 | portrait sheet, and of course, TJ being |
| 10 | a science and math school, we want the |
| 11 | students who have a clear strong |
| 12 | aptitude for science and math and |
| 13 | showing that aptitude through a problem |
| 14 | solving essay. It's also important to |
| 15 | note that we want to identify students |
| 16 | who understand what it means to work in |
| 17 | a rigorous and learn in a rigorous |
| 18 | environment. So as we think about |
| 19 | those students who achieve an |
| 20 | unweighted GPA of 3.5 in core classes, |
| 21 | with most of those courses being honors |
| 22 | classes, it's important to note that |
| 23 | these students are achieving this GPA |
| 24 | while displaying an aptitude and being |

00:34:59
00:35:01
00:35:03
00:35:04
00:35:07
00:35:09
00:35:11
00:35:14
00:35:17
00:35:21
00:35:23
00:35:27
00:35:29
00:35:32
00:35:34
00:35:36
00:35:39
00:35:41
00:35:44
00:35:46
00:35:48
00:35:51
00:35:53
00:35:56

Page 39

| | |
|---|---|
| 1 | enrolled in Algebra 1 or a more |
| 2 | advanced math course, and of course |
| 3 | these two items that we've bulleted |
| 4 | here are new since we presented this |
| 5 | last time. We also want students who |
| 6 | would demonstrate strong preparation |
| 7 | for TJ coursework, but being enrolled |
| 8 | in both math and science honors |
| 9 | courses, and additionally, for students |
| 10 | who want more rigor, we're looking for |
| 11 | those students who would be enrolled in |
| 12 | one additional honors course, or a |
| 13 | student being identified as a young |
| 14 | scholar. Again, it's important to note |
| 15 | that using this criteria would provide |
| 16 | us a pool of students, 4300 students |
| 17 | that we would personally invite those |
| 18 | students to apply to TJ. And also know |
| 19 | that we would provide those students as |
| 20 | an with a waiver for students who had |
| 21 | that same strong passion, but perhaps |
| 22 | weren't a part of an honors course. |
| 23 | And I'll let Jeremy talk a little bit |
| 24 | later about the application process and |

00:35:58
00:36:02
00:36:03
00:36:05
00:36:07
00:36:10
00:36:12
00:36:14
00:36:16
00:36:20
00:36:23
00:36:26
00:36:28
00:36:30
00:36:33
00:36:37
00:36:41
00:36:43
00:36:47
00:36:51
00:36:53
00:36:58
00:37:00
00:37:02

Page 40

| | |
|---|---|
| 1 | who will be working with school based |
| 2 | staff, counselors, teachers, and |
| 3 | administrators to help guide students |
| 4 | in that process. |
| 5 | I also want to note that in |
| 6 | our previous processes, we had |
| 7 | approximately 2500 to 3000 students |
| 8 | apply to TJ, so looking at the initial |
| 9 | invitation for 4300 students would |
| 10 | certainly expand the access for this |
| 11 | unique school. Next slide. |
| 12 | As I mentioned earlier, |
| 13 | these are elements for the holistic |
| 14 | review. Of course, we'd be looking at |
| 15 | the GPA for students. We talked about |
| 16 | the student portrait sheet. We talked |
| 17 | about in several presentations about |
| 18 | the problem solving essay, |
| 19 | additionally, we'd be considering |
| 20 | experience factors, factors that all |
| 21 | students bring to the table and factors |
| 22 | that may have led to students being |
| 23 | underrepresented at TJ. And so those |
| 24 | experience factors include students who |

00:37:04
00:37:06
00:37:09
00:37:11
00:37:12
00:37:14
00:37:17
00:37:20
00:37:24
00:37:27
00:37:30
00:37:38
00:37:39
00:37:41
00:37:43
00:37:45
00:37:48
00:37:50
00:37:52
00:37:54
00:37:57
00:38:00
00:38:02
00:38:05

Page 41

| | |
|---|---|
| 1 | is are economically disadvantaged, |
| 2 | those students who are English language |
| 3 | learners, and those students who are |
| 4 | special education students, and those |
| 5 | students who attend underrepresented |
| 6 | schools. So as part of the entire |
| 7 | process, those experience factors would |
| 8 | be considered in addition to the strong |
| 9 | merit that students show by applying to |
| 10 | the -- to TJ itself. We've also heard |
| 11 | Dr. Brabrand say expanded capacity to |
| 12 | increase to a class of 550 students, |
| 13 | while it's 50 students more than our |
| 14 | previous capacity, in reality, it will |
| 15 | add approximately 70 more students |
| 16 | because historically, we've had about |
| 17 | 480 students in the freshman class. |
| 18 | Now, I'm going to let Jeremy |
| 19 | talk about how the process unfolds |
| 20 | through the pathway process, that |
| 21 | regional pathway process that would |
| 22 | bring students into the school. |
| 23 | MR. SHUGHART: Thank you, Martin. |
| 24 | MR. SMITH: And I do want to go |

00:38:08
00:38:10
00:38:13
00:38:15
00:38:17
00:38:19
00:38:21
00:38:23
00:38:25
00:38:27
00:38:34
00:38:37
00:38:40
00:38:45
00:38:47
00:38:49
00:38:52
00:38:57
00:38:58
00:39:01
00:39:04
00:39:05
00:39:10
00:39:13

11 (Pages 38 to 41)



Page 42

| | | |
|---|---|---|
| 1 | back to this slide here, just as a way | 00:39:15 |
| 2 | to show those proposals once again, the | 00:39:17 |
| 3 | hybrid merit lottery on the left, the | 00:39:21 |
| 4 | holistic review on the right showing | 00:39:23 |
| 5 | that the top hundred will be offered | 00:39:25 |
| 6 | admission regardless of pathway, the | 00:39:27 |
| 7 | remaining 450 students will be chosen | 00:39:29 |
| 8 | by lottery. And those top hundred | 00:39:32 |
| 9 | students in the hybrid merit lottery | 00:39:34 |
| 10 | would not be counted ford toward those | 00:39:36 |
| 11 | pathway caps. And again, Jeremy will | 00:39:38 |
| 12 | explain that in just a bit. | 00:39:40 |
| 13 | On the right side, the | 00:39:41 |
| 14 | highest evaluated students would be | 00:39:43 |
| 15 | offered admission and those students | 00:39:45 |
| 16 | would be selected by pathway until the | 00:39:47 |
| 17 | particular cap is reached. | 00:39:51 |
| 18 | Jeremy? | 00:39:55 |
| 19 | MR. SHUGHART: Next slide, | 00:39:57 |
| 20 | please. | 00:40:00 |
| 21 | So if we look at the two | 00:40:01 |
| 22 | proposals in relate -- in relation to | 00:40:06 |
| 23 | the previous slide, proposal one, the | 00:40:08 |
| 24 | hybrid merit lottery is a two part | 00:40:10 |

Page 43

| | | |
|---|---|---|
| 1 | application -- or well not application | 00:40:14 |
| 2 | process, but selection process. As Mr. | 00:40:16 |
| 3 | Smith just mentioned, the top one | 00:40:20 |
| 4 | hundred students in terms of the | 00:40:22 |
| 5 | strongest evaluations of their | 00:40:24 |
| 6 | application would be offered | 00:40:26 |
| 7 | admissions. That doesn't matter where | 00:40:27 |
| 8 | they're coming from. They could be | 00:40:29 |
| 9 | private school, public school, within | 00:40:31 |
| 10 | FCPS's five regions or within one of | 00:40:33 |
| 11 | the participating jurisdictions. Those | 00:40:35 |
| 12 | students are all going to receive an | 00:40:38 |
| 13 | offer regardless of the maximum number | 00:40:41 |
| 14 | of students that are available to the | 00:40:43 |
| 15 | schools. | 00:40:46 |
| 16 | The second part of the | 00:40:46 |
| 17 | selection process would come into play | 00:40:47 |
| 18 | for the remaining 450 students, and as | 00:40:50 |
| 19 | you can see here displayed on the | 00:40:52 |
| 20 | screen is reflective of -- of the | 00:40:54 |
| 21 | balance of numbers that's remaining in | 00:40:59 |
| 22 | each of these -- yes -- and these are | 00:41:05 |
| 23 | actually posted in the next steps as | 00:41:07 |
| 24 | well. | 00:41:10 |

Page 44

| | | |
|---|---|---|
| 1 | But each of these numbers | 00:41:10 |
| 2 | are balanced out on a 70/30 model 70 | 00:41:12 |
| 3 | percent of the students that will be | 00:41:16 |
| 4 | offered admissions through the 450 | 00:41:18 |
| 5 | students will come from the five | 00:41:21 |
| 6 | regions through Fairfax County. Each | 00:41:23 |
| 7 | of those regions, numbers or caps as | 00:41:25 |
| 8 | they're put out are based upon student | 00:41:29 |
| 9 | enrollment in the schools, which are | 00:41:31 |
| 10 | eighth grade student enrollment in | 00:41:34 |
| 11 | which the schools exist in those | 00:41:35 |
| 12 | particular reg -- regions. | 00:41:37 |
| 13 | For the participating | 00:41:39 |
| 14 | jurisdictions, it's the same type of | 00:41:40 |
| 15 | process. We're looking at 30 percent | 00:41:44 |
| 16 | of the available seats to be divided | 00:41:46 |
| 17 | based upon student representation | 00:41:49 |
| 18 | (inaudible). Thank you. | 00:41:53 |
| 19 | MS. OMEISH: That is the halfway | 00:41:54 |
| 20 | mark. Just so you guys know, but keep | 00:41:55 |
| 21 | going. Sorry. Thank you. | 00:41:56 |
| 22 | MR. SHUGHART: Thank you. And so | 00:41:58 |
| 23 | for the -- for the participating | 00:42:00 |
| 24 | jurisdictions, that number, again, is | 00:42:02 |

Page 45

| | | |
|---|---|---|
| 1 | divided out for each of those | 00:42:06 |
| 2 | jurisdictions based upon their eighth | 00:42:07 |
| 3 | grade enrollment. | 00:42:09 |
| 4 | Similarly, in proposal | 00:42:10 |
| 5 | number two is a full holistic review. | 00:42:12 |
| 6 | So instead of just taking the top one | 00:42:15 |
| 7 | hundred evaluated students, we take the | 00:42:18 |
| 8 | top 150 evaluated students. Still this | 00:42:20 |
| 9 | is based on that 70/30 model in terms | 00:42:23 |
| 10 | of the calculations for each of those | 00:42:26 |
| 11 | regions, and you can see on the screen | 00:42:27 |
| 12 | here how the regions actually work out | 00:42:29 |
| 13 | and what the numbers are. | 00:42:32 |
| 14 | And one thing finally I just | 00:42:35 |
| 15 | want to make sure that we're clear is | 00:42:37 |
| 16 | the one hundred students from the | 00:42:39 |
| 17 | hybrid lottery model that were selected | 00:42:40 |
| 18 | first, are not impacted in any of the | 00:42:42 |
| 19 | regions. So it does not take way from | 00:42:45 |
| 20 | the numbers represented on the screen. | 00:42:48 |
| 21 | Okay? Next slide, please. | 00:42:50 |
| 22 | One of the other, things | 00:42:54 |
| 23 | that was some questions, and we wanted | 00:42:56 |
| 24 | to share is we've had opportunities to | 00:42:58 |

12 (Pages 42 to 45)



Page 46

| | | |
|---|---|---|
| 1 | be able to speak with variety of | 00:43:02 |
| 2 | different stakeholders, and what's | 00:43:04 |
| 3 | listed here on the -- on the screen in | 00:43:08 |
| 4 | front of you is a number of the | 00:43:10 |
| 5 | different stakeholders that we had an | 00:43:12 |
| 6 | opportunity to be able to discuss | 00:43:13 |
| 7 | throughout time in terms of the | 00:43:16 |
| 8 | approach.  And elicit feedback concerns | 00:43:18 |
| 9 | about particular students and student | 00:43:22 |
| 10 | groups, and you know, try to implement | 00:43:24 |
| 11 | that process in and look at ways in | 00:43:27 |
| 12 | which we can address those concerns | 00:43:29 |
| 13 | within these two approaches.  And so | 00:43:31 |
| 14 | this is not a one-time type of thing. | 00:43:34 |
| 15 | There would be continued conversations | 00:43:37 |
| 16 | moving forward into the future and | 00:43:40 |
| 17 | looking at the various stakeholders, | 00:43:41 |
| 18 | and different groups that are | 00:43:43 |
| 19 | interested in the success of TJ.  Move | 00:43:45 |
| 20 | to the next slide, please. | 00:43:49 |
| 21 | MR. SMITH:  Jeremy, before you go | 00:43:50 |
| 22 | on, I would simply add that some of the | 00:43:52 |
| 23 | concerns and questions that school | 00:43:55 |
| 24 | board members had did come up from our | 00:43:57 |

Page 47

| | | |
|---|---|---|
| 1 | stakeholder groups as we engaged them. | 00:44:00 |
| 2 | And also some of the strengths of the | 00:44:04 |
| 3 | different proposals were (inaudible) by | 00:44:07 |
| 4 | those groups as well. | 00:44:09 |
| 5 | MR. SHUGHART:  Correct. | 00:44:11 |
| 6 | Absolutely. | 00:44:12 |
| 7 | So the other -- the next | 00:44:13 |
| 8 | steps, or another -- I should say | 00:44:15 |
| 9 | another step in the process is student | 00:44:16 |
| 10 | engagement, student outreach, parent | 00:44:20 |
| 11 | engagement, parent outreach and the | 00:44:22 |
| 12 | variety of different communications. | 00:44:24 |
| 13 | Now this slide is very similarly to | 00:44:26 |
| 14 | previous slides we presented to the | 00:44:28 |
| 15 | board that talks about what we do from | 00:44:30 |
| 16 | an admissions standpoint and in terms | 00:44:34 |
| 17 | of that engagement, and outreach and | 00:44:37 |
| 18 | communications.  Our intention is to be | 00:44:38 |
| 19 | able to share information and send | 00:44:42 |
| 20 | personal invitations and recruitment | 00:44:45 |
| 21 | letters to all eligible students from | 00:44:47 |
| 22 | a -- within Fairfax County Public | 00:44:51 |
| 23 | School, we're able to identify those | 00:44:52 |
| 24 | students, and be able to send them.  We | 00:44:54 |

Page 48

| | | |
|---|---|---|
| 1 | worked with our participating | 00:44:56 |
| 2 | jurisdictions and talking -- speaking | 00:44:57 |
| 3 | with them about how we would identify | 00:44:59 |
| 4 | the same types of students in their | 00:45:01 |
| 5 | districts and how we can work with them | 00:45:03 |
| 6 | so that they can also share that type | 00:45:06 |
| 7 | of recruitment letters and information | 00:45:08 |
| 8 | to those eligible students. | 00:45:10 |
| 9 | In essence, we want to make | 00:45:13 |
| 10 | sure we're getting information in the | 00:45:14 |
| 11 | hands of the all the students.  We're | 00:45:16 |
| 12 | working on developing and being able to | 00:45:19 |
| 13 | provide virtual open houses.  In | 00:45:21 |
| 14 | certainly this time with COVID and the | 00:45:23 |
| 15 | unknown of when we'll be back in | 00:45:26 |
| 16 | schools, we want to be able to put | 00:45:28 |
| 17 | something out there on the web so that | 00:45:29 |
| 18 | that way students and families will be | 00:45:32 |
| 19 | able to experience TJ from a virtual | 00:45:34 |
| 20 | aspect. | 00:45:38 |
| 21 | Additionally, we wanted to | 00:45:39 |
| 22 | continue to reach out and work with liaison | 00:45:40 |
| 23 | counselors, school counselors, parent | 00:45:45 |
| 24 | liaisons specifically for our | 00:45:47 |

Page 49

| | | |
|---|---|---|
| 1 | underrepresented students and many of our | 00:45:50 |
| 2 | underrepresented schools, and I have some | 00:45:53 |
| 3 | additional targeted recruitment. | 00:45:55 |
| 4 | So if you can go to the next | 00:45:56 |
| 5 | slide, please. | 00:45:59 |
| 6 | A lot of that has to do with | 00:46:00 |
| 7 | working particularly at the end piece is | 00:46:01 |
| 8 | working with engagement with parent | 00:46:05 |
| 9 | liaisons, the PTA, diversity committee, | 00:46:06 |
| 10 | different alumni groups.  We want to work | 00:46:09 |
| 11 | with other areas and other groups within | 00:46:12 |
| 12 | and without Fairfax County.  And in working | 00:46:15 |
| 13 | with the equity office, some of the areas | 00:46:18 |
| 14 | we were concerned with, and some of the | 00:46:20 |
| 15 | board members were concerned with is | 00:46:23 |
| 16 | providing professional development for -- | 00:46:25 |
| 17 | for our faculty and staff within -- fair -- | 00:46:28 |
| 18 | FCPS, which would relate to a, you know, | 00:46:32 |
| 19 | considered additional professional | 00:46:34 |
| 20 | development, specifically to an equity | 00:46:37 |
| 21 | focus for out advanced academics resource | 00:46:40 |
| 22 | teachers, different counselors, | 00:46:43 |
| 23 | particularly as their counseling students | 00:46:45 |
| 24 | as they move through the process with TJ, | 00:46:47 |

13 (Pages 46 to 49)



Page 50

1  as a high school option for these students.   00:46:51
2  And then again, not limiting to those   00:46:54
3  groups.  Some of the other pieces that are   00:46:56
4  not necessarily inherent inside of the   00:46:58
5  classroom, but also options and   00:47:02
6  opportunities that we want to provide for   00:47:05
7  our students and our families is a variety   00:47:06
8  of different STEM activities, different   00:47:08
9  showcases, and this work is partnered with   00:47:12
10  the school, with local government agencies,   00:47:15
11  business partners, ways in which we can   00:47:17
12  identify, you know, a great number of   00:47:20
13  different outreach opportunities, to be   00:47:22
14  able to provide to students that may not   00:47:24
15  have the same level of opportunity based   00:47:27
16  upon what's available in their -- at their   00:47:30
17  school, or even within their community.   00:47:32
18       Can we go to the next slide,   00:47:35
19  please?  Overall in terms of the   00:47:38
20  communication, we have internal   00:47:39
21  communication with our middle school   00:47:41
22  principals associations, the principals   00:47:43
23  themselves, along with middle school   00:47:45
24  counselors.  We can put information into   00:47:46

Page 51

1  the employee news, specifically about   00:47:49
2  important dates, times, process,   00:47:51
3  procedures.  External communications is the   00:47:53
4  same type of thing.  We'll be releasing   00:47:55
5  news releases, and that can come through   00:47:58
6  news or choose, different social -- social   00:48:01
7  ex -- excuse me -- social media   00:48:04
8  opportunities, our own admissions website,   00:48:06
9  along with letters out to those identified   00:48:09
10  groups, so those e-mails can also not just   00:48:12
11  be an invitation to apply, but also   00:48:15
12  additional information about upcoming, you   00:48:18
13  know, activities, or outreach   00:48:21
14  opportunities, thing of those -- of those   00:48:23
15  aspects, and to be able to provide this   00:48:26
16  information to different advisory   00:48:28
17  committees, stakeholder groups as well.  If   00:48:31
18  you can go onto the next slide as well,   00:48:33
19  please.   00:48:36
20       There was some questions to some   00:48:36
21  of the accountability, and some of the   00:48:39
22  accountability we're looking at is aligned   00:48:43
23  with some of our current goals we have for   00:48:46
24  the school division, and it's to continue   00:48:48

Page 52

1  to look at the variety of diversity that we   00:48:51
2  have within the school, and looking at how   00:48:53
3  that is, you know, is reflective of, you   00:48:57
4  know, providing educational resources and   00:49:00
5  opportunities to those students.  Who are   00:49:03
6  those students who believe that belong or   00:49:05
7  at least believe that they can be applying   00:49:07
8  to TJ.   00:49:09
9       Now, certainly some of these   00:49:11
10  measures are new, and we would need to be   00:49:12
11  able to establish baselines, but this is an   00:49:14
12  area where we can set that baseline and   00:49:19
13  then look to how do we improve that, and   00:49:21
14  identify areas where we may not be as   00:49:24
15  strong, and continue to push forward.   00:49:27
16       And this can be, you know, based   00:49:29
17  on the numbers of families who are engaged   00:49:31
18  with the outreach that we have, and how do   00:49:34
19  we improve that?  As well as with students   00:49:36
20  who are actually at TJ and understanding   00:49:40
21  how they're -- how they feel respected and   00:49:45
22  included at TJ, along with their parents,   00:49:47
23  and how they feel respected within the TJ   00:49:49
24  community as well.   00:49:51

Page 53

1       So these are accountability   00:49:53
2  metrics we want to put in place and measure   00:49:54
3  and guide our decisions and approaches to   00:49:57
4  what we're doing and where we can   00:50:00
5  continually improve.   00:50:02
6       If you can go onto the next   00:50:04
7  slide, please.  And I believe I'll turn   00:50:07
8  this over to Mr. Smith.   00:50:09
9       MR. SMITH:  And so before we end   00:50:11
10  our presentation, we wanted to stay   00:50:12
11  within that 30 minutes, we also headed   00:50:14
12  the board's request of adding   00:50:17
13  information into a report.  We have to   00:50:20
14  apologize for the video.  It is slow   00:50:22
15  today.  Adding information into a   00:50:24
16  report with several next steps.  The   00:50:28
17  board has asked several good questions,   00:50:31
18  and we worked with staff to provide   00:50:33
19  answers to those questions.  And so we   00:50:36
20  do feel that we've given you a lot to   00:50:39
21  think about, and are looking forward to   00:50:41
22  the discussion the board will have on   00:50:43
23  the TJ admissions process.  I did hear   00:50:45
24  questions about some things possibly   00:50:48

14 (Pages 50 to 53)



Page 54

| | | |
|---|---|---|
| 1 | not being part of this process and of | 00:50:51 |
| 2 | course, based on the discussion, we | 00:50:55 |
| 3 | would certainly be able to add aspects | 00:50:58 |
| 4 | into either proposal that is chosen | 00:51:01 |
| 5 | based on how the board felt about | 00:51:02 |
| 6 | adding those elements, but I do want to | 00:51:06 |
| 7 | give you a sense of our current | 00:51:08 |
| 8 | timeline, and there are some questions | 00:51:10 |
| 9 | that we've been feeling about that | 00:51:13 |
| 10 | actually doing the vote within the | 00:51:15 |
| 11 | month of December, but in order for us | 00:51:17 |
| 12 | to have a class seated in the fall, we | 00:51:20 |
| 13 | have to have some things beginning to | 00:51:23 |
| 14 | happen in the beginning of January. So | 00:51:24 |
| 15 | right now we are in the process of | 00:51:26 |
| 16 | developing those collection methods for | 00:51:29 |
| 17 | our newly developed metrics, and during | 00:51:31 |
| 18 | all of this, we're also developing and | 00:51:34 |
| 19 | doing outreach to those who might be | 00:51:38 |
| 20 | readers as part of our process in the | 00:51:40 |
| 21 | early winter. We expect the Governor | 00:51:43 |
| 22 | will have recommendations for the | 00:51:45 |
| 23 | application process. In the early | 00:51:47 |
| 24 | summer, after we've gone through the | 00:51:50 |

Page 55

| | | |
|---|---|---|
| 1 | entire application process, and have | 00:51:52 |
| 2 | invited those students to be part of | 00:51:55 |
| 3 | the freshman class, as we do every | 00:51:57 |
| 4 | year, we'll report new data to the | 00:52:00 |
| 5 | school board and report on the | 00:52:01 |
| 6 | available metrics and demographics of | 00:52:04 |
| 7 | the applicants and the offers. And | 00:52:06 |
| 8 | then finally in the summer, if | 00:52:09 |
| 9 | necessary, we will incorporate any of | 00:52:11 |
| 10 | those Governor's recommendations. We | 00:52:13 |
| 11 | would review the data to identify | 00:52:15 |
| 12 | application enhancements. And as part | 00:52:17 |
| 13 | of the entire process, nothing is set | 00:52:20 |
| 14 | in stone. Certain things we might not | 00:52:23 |
| 15 | be able to do this year, could | 00:52:25 |
| 16 | certainly as they come out of the | 00:52:27 |
| 17 | discussion, be built into future | 00:52:29 |
| 18 | processes. | 00:52:32 |
| 19 | And so with that, I do want | 00:52:33 |
| 20 | to thank everyone whose been apart of | 00:52:34 |
| 21 | this process. The office of research | 00:52:37 |
| 22 | and strategic improvement for their | 00:52:39 |
| 23 | work on the paper and for the data | 00:52:42 |
| 24 | analysis and research. I certainly | 00:52:44 |

Page 56

| | | |
|---|---|---|
| 1 | want to thank Dr. Bonitatibus and her | 00:52:46 |
| 2 | staff at TJ admissions, along with Dr. | 00:52:49 |
| 3 | Zudalogo(ph), who has been a strong | 00:52:53 |
| 4 | member of this team, our folks in the | 00:52:54 |
| 5 | instructional services department, who | 00:52:57 |
| 6 | have helped and provided the curricular | 00:52:59 |
| 7 | approach that is so important for us. | 00:53:02 |
| 8 | And really to our stakeholders, who | 00:53:04 |
| 9 | have provided lots of input to the | 00:53:06 |
| 10 | process. We got input both in person, | 00:53:08 |
| 11 | and we received input via e-mail. A | 00:53:11 |
| 12 | lot of people have strong feelings | 00:53:14 |
| 13 | about the TJ admissions process, and | 00:53:16 |
| 14 | that's good. It shows that our | 00:53:18 |
| 15 | students, staff, and families are | 00:53:21 |
| 16 | interested in the work we are doing in | 00:53:23 |
| 17 | the Fairfax County Public Schools. And | 00:53:24 |
| 18 | so we do want to thank all of them, and | 00:53:26 |
| 19 | I want to thank all of you for your | 00:53:29 |
| 20 | thoughtful input into this process. We | 00:53:31 |
| 21 | had the opportunity to speak with many | 00:53:34 |
| 22 | of you about the process, and feel that | 00:53:36 |
| 23 | we've brought something forward that | 00:53:40 |
| 24 | will generate good discussion and | 00:53:41 |

Page 57

| | | |
|---|---|---|
| 1 | dialogue so that we can have a process | 00:53:43 |
| 2 | in place at the end of December and | 00:53:46 |
| 3 | welcome those first students in the | 00:53:48 |
| 4 | fall. | 00:53:51 |
| 5 | And so with that, I'm going | 00:53:51 |
| 6 | to turn it over to Ms. Omeish to begin | 00:53:53 |
| 7 | the question process. | 00:53:57 |
| 8 | MS. OMEISH: Thank you, Mr. | 00:54:01 |
| 9 | Smith. I believe Mr. Frisch will pick | 00:54:01 |
| 10 | up from here. | 00:54:03 |
| 11 | MR. SMITH: And Mr. Frisch, if I | 00:54:06 |
| 12 | could add, I just saw Dr. Brabrand, and | 00:54:07 |
| 13 | I certainly have thanked a lot of | 00:54:11 |
| 14 | people, but I have to thank Dr. | 00:54:12 |
| 15 | Brabrand for pushing this, as he has | 00:54:15 |
| 16 | done, and holding us up as he -- we've | 00:54:19 |
| 17 | moved forward in this possess. He has | 00:54:22 |
| 18 | been the face of this process, he has | 00:54:24 |
| 19 | been the face within the community and | 00:54:27 |
| 20 | with us as board members. And so we | 00:54:29 |
| 21 | certainly wouldn't be where we are | 00:54:31 |
| 22 | without his intuitiveness and his | 00:54:34 |
| 23 | support. | 00:54:36 |
| 24 | MR. FRISCH: All right. | 00:54:37 |



Page 58

```
1        Thank you, Mr. Smith, and we      00:54:38
2   appreciate everything staff has done.    00:54:40
3   But we're going to jump right into the   00:54:41
4   questions here.  And we'll start just    00:54:43
5   before I get going, we're going to go    00:54:46
6   for a while here, and we have every      00:54:48
7   expectation that we have time for one    00:54:50
8   round of go backs, so my fellow board    00:54:52
9   members, while you're crafting your      00:54:55
10  section here, keep that in mind.  We'll  00:54:58
11  begin with Ms. McLaughlin.               00:55:01
12       MS. MCLAUGHLIN:  Thank you.  I'm    00:55:07
13  just getting my video, so please don't   00:55:08
14  start the clock until the video is up.   00:55:11
15  Thank you.                               00:55:15
16       I'm going to start with            00:55:16
17  questions right away.  Mr. Smith, you    00:55:17
18  noted that in the current metrics that   00:55:21
19  you and superintendent proposed, it      00:55:23
20  would yield about 4300 potential         00:55:26
21  applicants that show the academic        00:55:29
22  aptitude.  That's out of how many        00:55:33
23  eighth graders countywide?               00:55:36
24       MR. SMITH:  That's currently        00:55:40
```

Page 59

```
1   approximately out of 13,000 eighth       00:55:41
2   graders countywide.                      00:55:43
3        MS. MCLAUGHLIN:  And is that 4300   00:55:46
4   for Fairfax County only?                 00:55:49
5        MR. SMITH:  That would be Fairfax   00:55:51
6   County students.  So those would be the  00:55:52
7   students who meet the criteria based on  00:55:54
8   the data that we have before us today.   00:55:56
9        MS. MCLAUGHLIN:  And how many       00:55:58
10  applications are you typically getting   00:55:59
11  each year right now to TJ out of         00:56:01
12  Fairfax County?                          00:56:02
13       MR. SMITH:  I'd have to let         00:56:05
14  Jeremy answer that question.  I know     00:56:06
15  overall it's about 2500 and 3000, but    00:56:08
16  he may have the breakdowns on            00:56:11
17  specifically who came from Fairfax.      00:56:12
18       MR. SHUGHART:  Ms. McLaughlin,      00:56:16
19  typically that's around 2000 students.   00:56:17
20  The last couple of years the numbers of  00:56:20
21  applicants have been about 2500.  The    00:56:22
22  previous number of years was around      00:56:25
23  3000, so that has increased from that    00:56:27
24  number.                                  00:56:31
```

Page 60

```
1        MS. MCLAUGHLIN:  Okay.             00:56:32
2        I do very much agree with          00:56:33
3   Mr. Smith, your characterization and I   00:56:35
4   guess in a very positive way, the        00:56:39
5   description of what we're all here for.   00:56:41
6   We want to maintain the high academic    00:56:43
7   standards of TJ, so it remains a         00:56:48
8   premier STEM high school in the nation,  00:56:49
9   but that we're also, along with the      00:56:52
10  heart of equity, so I want to begin      00:56:54
11  with my colleagues that I absolutely     00:56:57
12  embrace that, and I shared with you      00:56:59
13  after a decade experience in selective   00:57:01
14  college admissions, I absolutely         00:57:04
15  believe that Fairfax County can and      00:57:06
16  should have long ago achieved a magnet   00:57:08
17  STEM school that was both high           00:57:13
18  achieving and diverse.  So I guess       00:57:16
19  where my concerns are honestly, I look   00:57:20
20  at the next step questions, and in       00:57:23
21  particular, Dr. Brabrand, I would        00:57:25
22  appreciate in the future and your        00:57:28
23  staff, that when we ask these next step  00:57:29
24  questions, please have staff embed the   00:57:32
```

Page 61

```
1   links.  On a number of my important      00:57:34
2   questions, say things like see the       00:57:36
3   September 25th memo to board members.    00:57:40
4   That doesn't help me, and it doesn't     00:57:43
5   help the public for ease of access of    00:57:44
6   information.  The links should all be    00:57:47
7   there for any document you sent to us.   00:57:49
8   That -- that's very disappointing to     00:57:53
9   see that.                                00:57:56
10       I also did not see                  00:57:56
11  information about when we were looking    00:57:58
12  at unweighted GPAs, question 133.  I     00:58:03
13  was surprised in that response that it   00:58:07
14  didn't provide the data to the           00:58:11
15  questions I asked, which is what's the   00:58:13
16  number of the percentage of applicants   00:58:15
17  who have a 3.5 unweighted GPA for the    00:58:19
18  2019 admissions class.  The question     00:58:21
19  was completely not answered and doesn't  00:58:23
20  really allow me or other board members   00:58:26
21  and the public to understand why you've  00:58:29
22  developed this metric.  So I think at    00:58:33
23  the heart of where the concern I hear    00:58:36
24  from the public is, very much a          00:58:38
```

16 (Pages 58 to 61)



Page 62

1  commitment to equity, very much a                00:58:40
2  commitment to removing barriers, very            00:58:42
3  much a commitment to the tremendous              00:58:44
4  benefit of a diverse class, and I think          00:58:46
5  geographic focus is going to be part of          00:58:49
6  that piece and changing the way we do            00:58:51
7  holistic admissions.  But what's                 00:58:54
8  troubling to me is how you and your              00:58:56
9  team are defining what is high academic          00:58:59
10 achievement.  I think only 4300                  00:59:04
11 students with an unweighted 3.5 GPA              00:59:06
12 doesn't do that.                                 00:59:09
13      Thank you, Mr. Frisch.  You                 00:59:10
14 can put me on a go back.                         00:59:11
15      MR. FRISCH:  I will.  Thank you.            00:59:13
16      MS. MCLAUGHLIN:  I would like               00:59:14
17 that question (inaudible) from the               00:59:14
18 superintendent though.                           00:59:18
19      MR. FRISCH:  Yes.                           00:59:20
20      MS. MCLAUGHLIN:  So why were my             00:59:20
21 questions not answered and will we               00:59:22
22 count on getting the links and the               00:59:26
23 information (inaudible).                          00:59:28
24      MR. SMITH:  Yeah.  Sure, sure.             00:59:30

Page 63

1  The links we can work on.  I'm sorry            00:59:31
2  about that.  That is something as we're         00:59:33
3  putting together this new approach, to          00:59:35
4  put it more on white paper, we can get          00:59:37
5  to the links.  As far as the issue on           00:59:39
6  the number and percentage of the 3.5           00:59:42
7  unweighted, Jeremy, is that something           00:59:44
8  we can follow up on prior to the                00:59:46
9  board's final decision making, so they          00:59:48
10 can know that, that we were at a 3.0            00:59:51
11 and we moved it to the 3.5, and they're         00:59:54
12 just wanting to see the numbers and             00:59:55
13 percentages.                                     00:59:57
14      Is that something we can               00:59:58
15 provide?                                         01:00:00
16      MR. SHUGHART:  Yes.  I thought        01:00:00
17 that we did provide that, but in                01:00:02
18 looking at it, I think I misread what           01:00:03
19 the question was and provided different         01:00:05
20 information.                                     01:00:07
21      DR. BRABRAND:  All right.             01:00:08
22 Jeremy, if we can get that to them this         01:00:09
23 week because I know Megan -- Ms.                01:00:11
24 McLaughlin and other board members             01:00:13

Page 64

1  would like that information prior to            01:00:14
2  making their final decisions.                   01:00:15
3      MS. MCLAUGHLIN:  Thank you so        01:00:20
4  much.                                           01:00:20
5      MR. FRISCH:  Thank you, Dr.          01:00:21
6  Brabrand.                                        01:00:22
7      Ms. Keys-Gamarra?                     01:00:22
8      MS. KEYS-GAMARRA:  Thank you.        01:00:25
9  Give me a moment to get my camera on.           01:00:25
10      And thank you for this               01:00:29
11 opportunity.  I think it's on.  Let's           01:00:32
12 see.  Okay.  So I do thank you for this         01:00:36
13 presentation, and I will say that my            01:00:38
14 comments all center around the belief           01:00:41
15 that this has to be ongoing work.  We           01:00:46
16 have to continue to get comment.  I             01:00:49
17 think we have to hear from our CEO,            01:00:52
18 our chief equity officer, and I would          01:00:55
19 like to outline some of the things that         01:01:00
20 I want to include personally, but also          01:01:04
21 I sent to all of my colleagues the             01:01:08
22 revisions of what I sent earlier today.         01:01:11
23 That does include comments, as I                01:01:13
24 mentioned earlier.  So what I think --          01:01:17

Page 65

1  what are stickler points for me are I           01:01:20
2  absolutely believe we need school              01:01:24
3  representation.  I do not believe that          01:01:26
4  regionally we can address the access            01:01:29
5  issues that we've discussed so                  01:01:33
6  extensively without that.  I do support         01:01:35
7  a lottery in so much as we get                  01:01:38
8  sufficient information to understand            01:01:41
9  that it is actually working toward the          01:01:43
10 goals that we've identified with               01:01:46
11 modeling etc. and the input I                   01:01:48
12 mentioned.  And so I am providing the           01:01:50
13 e-mail -- my phone is ringing.  I'm            01:01:55
14 sorry.  And I hope to get comments from         01:01:59
15 my colleagues to build on the language          01:02:02
16 on that I've submitted.                          01:02:04
17      For the purpose of the              01:02:06
18 public, the things that I've been able          01:02:10
19 to -- I think we already agree on are           01:02:12
20 legal compliance that would take into           01:02:16
21 account the Louden AG decision develop          01:02:18
22 -- that we would focus on developing            01:02:21
23 primitive measures to improve access to         01:02:24
24 FCPS -- was that the -- was that your           01:02:26

17 (Pages 62 to 65)



Page 66

1  ice, Karl -- STEM program.                    01:02:31
2      MR. FRISCH:  Dually muted.                01:02:32
3      MS. KEYS-GAMARRA:  I thought it           01:02:34
4  was the bell.  I'm sorry.  All right.         01:02:36
5      MR. FRISCH:  We'll give you               01:02:39
6  another 15 seconds.                           01:02:39
7      MS. KEYS-GAMARRA:  Okay.                  01:02:44
8      Acknowledge and support                   01:02:45
9  improving diversity, that we consider         01:02:46
10 comments from MSAOC reports from the          01:02:49
11 last five years, that we acknowledge          01:02:51
12 the proposed changes would address            01:02:54
13 finding intellectually curious students       01:02:57
14 who would benefit from the STEM               01:02:59
15 environment, that the pool of students        01:03:00
16 should come from every school in FCPS,        01:03:03
17 that the board expects the CEO to             01:03:06
18 provide input, and that we would              01:03:08
19 receive regular input -- regular              01:03:10
20 reports on our progress.                      01:03:12
21     So those are my comments,                 01:03:13
22 and I just wanted to -- I wanted to           01:03:14
23 read that out so the public would know        01:03:16
24 that this is where I'm starting.  I           01:03:17

Page 67

1  hope to build consensus with my              01:03:19
2  colleagues.  This can be a resolution.       01:03:21
3  This can be a motion.  But my goal is        01:03:23
4  to find those things that we agree on.       01:03:27
5      So thank you.                            01:03:29
6      MR. FRISCH:  Thank you, Ms.              01:03:33
7  Keys-Gamarra.                                01:03:35
8      Dr. Anderson?                            01:03:36
9      DR. ANDERSON:  Okay.                     01:03:38
10     Just getting my video on and             01:03:39
11 setting up my own personal timer.            01:03:42
12     MR. FRISCH:  Dr. Anderson, your          01:03:45
13 mic is pretty muted.                         01:03:46
14     DR. ANDERSON:  Oh.                       01:03:49
15     MR. FRISCH:  There you go.  Much         01:03:49
16 better.                                      01:03:50
17     DR. ANDERSON:  Hello?  Is that           01:03:50
18 better.  I'm so sorry.  I've been            01:03:52
19 struggling all day.                          01:03:54
20     MR. FRISCH:  We'll give you your         01:03:55
21 time back.                                   01:03:57
22     DR. ANDERSON:  Thank you.                01:03:58
23     I'll be very quick because I             01:03:59
24 have some questions that I want to ask.      01:04:00

Page 68

1  Then I have some comments that I'd like      01:04:02
2  to make.  One of the questions I have        01:04:05
3  is regarding one of the proposals, I         01:04:09
4  can't remember which one, I think it's       01:04:11
5  one, has a provision for the top one         01:04:13
6  hundred students.                            01:04:16
7      Mr. Smith, can you speak                 01:04:17
8  again as to how those students will be       01:04:19
9  evaluated, the top one hundred out of        01:04:21
10 the 550 seats?                               01:04:24
11     MR. SMITH:  Certainly.                   01:04:26
12     And I have to apologize for              01:04:27
13 not being on earlier.  My connections        01:04:28
14 were all a mess, and it was a frozen         01:04:30
15 screen with Ms. McLaughlin.  So I'm          01:04:34
16 back on now.                                 01:04:36
17     We will be using the                     01:04:38
18 holistic review for those students, so       01:04:41
19 as we've highlighted the holistic            01:04:44
20 review as part of the whole process          01:04:46
21 where we would review the top 550            01:04:49
22 students in the second proposal, we          01:04:51
23 would do that same thing in the lottery      01:04:54
24 to do a holistic review of the highest       01:04:57

Page 69

1  evaluated one hundred students, and          01:04:59
2  then provide them seats to the school.       01:05:03
3  And then do the lottery with the             01:05:05
4  remaining 450 students.                      01:05:07
5      DR. ANDERSON:  Thank you.                01:05:10
6      One of the things that has               01:05:10
7  been discussed and shared by so many of      01:05:12
8  the students who have testified and          01:05:14
9  written letters is the culture of TJ.        01:05:15
10 What concerns do you have regarding          01:05:18
11 this group, in my words, this selective     01:05:22
12 group, causing or creating a two tier       01:05:24
13 system in which that entire process         01:05:26
14 diminishes the culture.  I'd like to        01:05:30
15 hear from you and maybe Dr. Bona, if        01:05:31
16 she's here with us, if she can speak to     01:05:36
17 that as well.                               01:05:38
18     MR. SMITH:  I know that Dr. Bona        01:05:39
19 is here, and she certainly would like       01:05:41
20 to speak to that.                           01:05:43
21     What I can say from this                 01:05:43
22 perspective of the admissions process       01:05:45
23 is that students would be aware of the      01:05:48
24 pathway by which they received entry to     01:05:51



Page 70

```
 1    TJ, so we wouldn't let a student know      01:05:54
 2    that you were chosen in the first one      01:05:57
 3    hundred, and the others were chosen by     01:05:59
 4    lottery or visa versa.  Students would     01:06:02
 5    simply get a letter of invitation of TJ    01:06:04
 6    itself.                                    01:06:07
 7          I'll let Dr. Bona talk about         01:06:08
 8    the culture and the supports that are      01:06:10
 9    currently in place at the school and       01:06:12
10    what will occur to support students        01:06:14
11    even greater.                              01:06:16
12          DR. BONITATIBUS:  Sure.              01:06:19
13          Hello.  Madame Chair, Vice           01:06:20
14    Chair, school board members, and FCPS      01:06:23
15    leadership, thank you for the              01:06:25
16    opportunity to discuss TJ admissions       01:06:26
17    and we will continue to be focused on      01:06:29
18    all children belonging at TJ creating      01:06:31
19    that pairing and welcoming environment.    01:06:35
20    I believe that sometimes in the some of    01:06:38
21    the conversations that are being held      01:06:42
22    talking about the culture of TJ, I want    01:06:45
23    to make sure that our children and our     01:06:47
24    staff are seen as being highly             01:06:53
```

Page 71

```
 1    welcoming collaborative in nature, our     01:06:56
 2    older students do a tremendous job of      01:07:00
 3    taking the younger students under their    01:07:02
 4    wing and mentoring them.  And that does    01:07:04
 5    not go without saying we can continue      01:07:07
 6    to benefit from professional               01:07:10
 7    development, so that way we can            01:07:12
 8    understand the challenges that all         01:07:14
 9    students bring to our school in terms      01:07:16
10    of inclusivity and that our students as    01:07:20
11    well can benefit from developing that      01:07:23
12    understanding, and so we just recently     01:07:26
13    implemented some new goals into our        01:07:28
14    school improvement, and innovation         01:07:29
15    plan.  We have an equity team that is      01:07:32
16    working very hard on developing some       01:07:34
17    actions that will help toward those        01:07:37
18    pieces, and ultimately I'm confident       01:07:40
19    that through our curriculum and            01:07:42
20    programming, that our students will be     01:07:44
21    supported each and every day, we'll be     01:07:47
22    meeting the students where ever they       01:07:49
23    are in developing their talent along       01:07:51
24    the way.  Thank you.                       01:07:54
```

Page 72

```
 1          DR. ANDERSON:  My other question     01:07:55
 2    is regarding teacher recommendations.      01:07:56
 3    I know we've talked about this quite a     01:07:58
 4    bit and Dr. Bon, please don't go.  I'd     01:08:00
 5    like for you to speak to that as well.     01:08:02
 6    There's a lot of conversation.  I know     01:08:04
 7    this firsthand as somebody who spent so    01:08:05
 8    many years in a school in terms of the     01:08:08
 9    pressure that can be placed upon           01:08:10
10    teachers by parents for                    01:08:12
11    recommendations.  I see this as a          01:08:14
12    double-edged sword.  It's an               01:08:15
13    opportunity for teachers to recognize      01:08:17
14    some students who may not otherwise        01:08:19
15    have the opportunity, but it's also an     01:08:23
16    opportunity for -- for that to be          01:08:25
17    subject to parent pressure, or maybe       01:08:27
18    even some gate keeping.  One of the        01:08:29
19    things I believe I heard as we engage      01:08:31
20    in the discussion is how even teachers     01:08:33
21    at TJ are able to at least predict         01:08:36
22    where the teachers recommendations are     01:08:40
23    coming from depending on the amount of     01:08:41
24    these recommendations that are written     01:08:44
```

Page 73

```
 1    by various schools.                        01:08:45
 2          Can you speak to that a               01:08:46
 3    little bit, Dr. Bona, please?              01:08:47
 4          DR. BONITATIBUS:  To be honest, I     01:08:54
 5    have not been part of any of the TJ        01:08:55
 6    admissions process that looks at the       01:08:57
 7    application packets or looks at the        01:08:59
 8    letters.  There are certainly community    01:09:04
 9    sentiments that go both ways, as you       01:09:06
10    pointed out.  Teachers do know their       01:09:07
11    students best, and we also know that in    01:09:09
12    some cases, some teachers and some         01:09:13
13    schools know our school, and they know     01:09:16
14    TJ and the programs at TJ better than      01:09:18
15    teachers at other places.  And so when     01:09:21
16    it comes down to an individual teacher     01:09:25
17    writing a recommendation, some of the      01:09:28
18    people that I've spoken to who served      01:09:31
19    on some of the selection committees,       01:09:33
20    and maybe even Mr. Shugart can even        01:09:34
21    speak to this as well, some will say       01:09:36
22    that some teachers are very well versed    01:09:40
23    in writing the letters, where others       01:09:41
24    may not be.  And potentially that would    01:09:43
```

19 (Pages 70 to 73)



Page 74

| | |
|---|---|
| 1 | impact. But again I can't speak |
| 2 | specifically. Mr. Shugart perhaps has |
| 3 | a better understanding of that. |
| 4 | DR. ANDERSON: Mr. Shugart, did |
| 5 | you want to add to this? I'm so sorry, |
| 6 | Mr. Frisch. |
| 7 | MR. FRISCH: He's welcome to |
| 8 | reply. |
| 9 | MR. SHUGHART: Sure. |
| 10 | So in terms of the teacher |
| 11 | recommendations, certainly what Dr. |
| 12 | Bona is sharing is true, you know, |
| 13 | this -- we do see that the teachers |
| 14 | generally, just taking a step back, |
| 15 | teacher recommendations come in, in two |
| 16 | forms, for our freshman class, which we |
| 17 | are discussing today. We have some |
| 18 | requirements for the students. It's |
| 19 | either a seventh or eighth grade |
| 20 | teacher of math or science and it's a |
| 21 | teacher of choice they have to wrote |
| 22 | the recommendations. |
| 23 | In terms of the |
| 24 | recommendations themselves, we do find |

Timestamps column 1: 01:09:46, 01:09:48, 01:09:51, 01:09:55, 01:09:56, 01:09:57, 01:10:03, 01:10:05, 01:10:06, 01:10:06, 01:10:07, 01:10:11, 01:10:15, 01:10:17, 01:10:18, 01:10:22, 01:10:24, 01:10:26, 01:10:28, 01:10:29, 01:10:32, 01:10:35, 01:10:36, 01:10:38

Page 75

| | |
|---|---|
| 1 | that schools that have high -- students |
| 2 | with a large amount of interest, |
| 3 | there's a level of experience in terms |
| 4 | of writing recommendations, and that |
| 5 | might be different from either a school |
| 6 | who has fewer students who are |
| 7 | interested in TJ or historically been |
| 8 | interested, as well as teachers that |
| 9 | have experience from writing |
| 10 | recommendations over many years. |
| 11 | And so one of things that we |
| 12 | do from an evaluation standpoint is |
| 13 | look at that from a unbiased viewpoint |
| 14 | of trying not to penalize students in |
| 15 | terms of teacher experience in writing |
| 16 | recommendations. That's how the |
| 17 | recommendation itself is designed, is |
| 18 | to try to illicit information about |
| 19 | what their actual experiences are with |
| 20 | the students as opposed personal |
| 21 | statements about, you know, individual |
| 22 | strength or something along those |
| 23 | lines. |
| 24 | DR. ANDERSON: How do you deal |

Timestamps column 2: 01:10:42, 01:10:45, 01:10:48, 01:10:50, 01:10:53, 01:10:55, 01:10:58, 01:11:00, 01:11:03, 01:11:04, 01:11:06, 01:11:08, 01:11:12, 01:11:16, 01:11:18, 01:11:20, 01:11:22, 01:11:24, 01:11:27, 01:11:30, 01:11:33, 01:11:37, 01:11:39, 01:11:40

Page 76

| | |
|---|---|
| 1 | with it then if it has to acquire a |
| 2 | recommendation from -- I think you say |
| 3 | the math or science teacher, and one |
| 4 | other of choice, when that required |
| 5 | teacher, what if there's a conflict |
| 6 | there between teacher and student and |
| 7 | the recommendation is not what it |
| 8 | possibly could be? |
| 9 | MR. SHUGHART: So the students |
| 10 | have an option for the math/science, |
| 11 | they have an option of four different |
| 12 | teachers to be able to make that |
| 13 | choice. And the teacher themselves |
| 14 | also have the ability to refuse to |
| 15 | write the recommendation and allow the |
| 16 | student to have the opportunity to ask |
| 17 | another teacher. And so that does |
| 18 | happen from time to time where a |
| 19 | teacher can decline the offer to write |
| 20 | the recommendation. |
| 21 | The other piece that we talk |
| 22 | about with students is thinking about |
| 23 | and how to engage in that conversation |
| 24 | with the teachers about writing the |

Timestamps column 3: 01:11:40, 01:11:43, 01:11:46, 01:11:47, 01:11:49, 01:11:52, 01:11:54, 01:11:57, 01:11:58, 01:12:00, 01:12:04, 01:12:06, 01:12:08, 01:12:09, 01:12:11, 01:12:13, 01:12:15, 01:12:17, 01:12:21, 01:12:23, 01:12:25, 01:12:26, 01:12:30, 01:12:32

Page 77

| | |
|---|---|
| 1 | recommendations, and why and who would |
| 2 | be the ones that we are requesting |
| 3 | recommendations for, and we also want |
| 4 | to be sure that teachers have an |
| 5 | opportunity to be open and honest about |
| 6 | the recommendation. And so that that |
| 7 | way, we're trying to keep bias out of |
| 8 | the recommendations from a teacher |
| 9 | perspective, but you know, and kind of |
| 10 | that impact within there. And I hope |
| 11 | that answered your question. And I'm |
| 12 | sorry, if I didn't, I can certainly try |
| 13 | to help clarify. |
| 14 | DR. ANDERSON: I'm going to spend |
| 15 | the remainder of my time kind of |
| 16 | sharing where I am. I am in support of |
| 17 | the merit lottery because I think many |
| 18 | of the things that Mr. Shugart has said |
| 19 | regarding bias, I think this is a way |
| 20 | for us to have some neutrality in terms |
| 21 | of this process. |
| 22 | If all students are eligible |
| 23 | in meeting those requirements, I see |
| 24 | that there's space here for us to use |

Timestamps column 4: 01:12:33, 01:12:36, 01:12:38, 01:12:42, 01:12:43, 01:12:45, 01:12:47, 01:12:51, 01:12:54, 01:12:57, 01:12:59, 01:13:01, 01:13:02, 01:13:04, 01:13:06, 01:13:08, 01:13:10, 01:13:13, 01:13:14, 01:13:17, 01:13:19, 01:13:20, 01:13:22, 01:13:25

20 (Pages 74 to 77)



Page 78

| | |
|---|---|
| 1 | that merit lottery to help determine | 01:13:27 |
| 2 | who does come into TJ. We have a | 01:13:30 |
| 3 | number of schools, and some folks sent | 01:13:32 |
| 4 | us some data regarding how many of the | 01:13:34 |
| 5 | top 50 schools in the US that are | 01:13:37 |
| 6 | utilizing a merit lottery system -- it | 01:13:42 |
| 7 | is a merit lottery. It still has a | 01:13:43 |
| 8 | level of exclusivity, and students | 01:13:44 |
| 9 | qualify. It's not every student. | 01:13:46 |
| 10 | I do want to say it gives me | 01:13:49 |
| 11 | nothing but heartburn to hear about | 01:13:51 |
| 12 | the -- the top one hundred, the top | 01:13:54 |
| 13 | tier. That doesn't sit with me for a | 01:13:56 |
| 14 | number of reasons, particularly the | 01:13:58 |
| 15 | culture I think that can come out of | 01:14:02 |
| 16 | that, even though I know it's well | 01:14:03 |
| 17 | intended. And also, I am not -- I am | 01:14:05 |
| 18 | not in favor of a weighted GPA, so I | 01:14:09 |
| 19 | want to be sure that is highlighted. | 01:14:11 |
| 20 | I'm not in favor of an approach that | 01:14:14 |
| 21 | does not come down to a lower level | 01:14:17 |
| 22 | besides the region. In region two, | 01:14:20 |
| 23 | where I -- where I am, we are in our | 01:14:24 |
| 24 | (inaudible) schools are in competition | 01:14:27 |

Page 79

| | |
|---|---|
| 1 | with schools that essentially turn out | 01:14:29 |
| 2 | hundreds of kids over the course of | 01:14:32 |
| 3 | five years while our schools have very | 01:14:34 |
| 4 | few. So I need -- | 01:14:37 |
| 5 | MR. FRISCH: Your bell rang. | 01:14:40 |
| 6 | DR. ANDERSON: Oh, I'm so sorry. | 01:14:41 |
| 7 | I didn't hear the bell. Please, place | 01:14:41 |
| 8 | me on a go back, but thank you. I | 01:14:44 |
| 9 | apologize for that. | 01:14:45 |
| 10 | MR. FRISCH: Will do. Thank you. | 01:14:46 |
| 11 | Ms. Cohen? | 01:14:49 |
| 12 | MS. COHEN: All right. Thanks. | 01:14:52 |
| 13 | I appreciate following Dr. Anderson as | 01:14:53 |
| 14 | usual. I still have -- to use her | 01:14:56 |
| 15 | word, a lot of heartburn over the idea | 01:15:01 |
| 16 | that we've gotten rid of teacher | 01:15:04 |
| 17 | recommendations. I think in particular | 01:15:05 |
| 18 | as -- I think as we start looking at | 01:15:09 |
| 19 | this process, and you all referenced | 01:15:12 |
| 20 | Dr. Plucker. Dr. Plucker did not say | 01:15:14 |
| 21 | that we should get rid of teacher | 01:15:18 |
| 22 | recommendations. The conversation is | 01:15:19 |
| 23 | about overreliance as a system on | 01:15:22 |
| 24 | gibbers in our AP level for centers | 01:15:24 |

Page 80

| | |
|---|---|
| 1 | process. But not -- not an indictment | 01:15:29 |
| 2 | of teacher recommendations. And so I | 01:15:32 |
| 3 | did see in some of the documentation | 01:15:35 |
| 4 | that the school board voted against | 01:15:36 |
| 5 | teacher recommendations. And that is | 01:15:38 |
| 6 | not accurate. This board voted to | 01:15:40 |
| 7 | remove the fee, we voted to remove the | 01:15:43 |
| 8 | test, but that -- that was as granular | 01:15:47 |
| 9 | as we got. So I would definitely like | 01:15:50 |
| 10 | to see that corrected because that's | 01:15:52 |
| 11 | not accurate. | 01:15:54 |
| 12 | You know, I feel just as we | 01:15:57 |
| 13 | have for a lot of scholarship programs | 01:15:58 |
| 14 | that we use, there are ways to | 01:16:01 |
| 15 | structure teacher recommendations, that | 01:16:03 |
| 16 | you give them, you know, more | 01:16:05 |
| 17 | opportunities to use a point system, | 01:16:08 |
| 18 | and a small level that gives some sort | 01:16:11 |
| 19 | of teacher response that is unfiltered. | 01:16:14 |
| 20 | And we use it in all different kinds of | 01:16:19 |
| 21 | ways, so I don't -- I don't agree that | 01:16:22 |
| 22 | we have gotten rid of teacher recs, and | 01:16:26 |
| 23 | I'm hoping that we'll decide to include | 01:16:27 |
| 24 | those. | 01:16:32 |

Page 81

| | |
|---|---|
| 1 | Another piece for me that I'd | 01:16:32 |
| 2 | love to have someone speak to is why the | 01:16:34 |
| 3 | maximum cap and not a minimum cap when we | 01:16:37 |
| 4 | look at our regional pathway approach? | 01:16:41 |
| 5 | DR. BRABRAND: Marty, do you | 01:16:51 |
| 6 | think you can address the maximum, | 01:16:51 |
| 7 | minimum cap piece. And as far as | 01:16:54 |
| 8 | teacher recommendations, Ms. Cohen, | 01:16:56 |
| 9 | we're here today at this workstation to | 01:16:59 |
| 10 | hear the feedback from the board, and | 01:17:00 |
| 11 | if in the end, teacher recommendations | 01:17:02 |
| 12 | is something this board believes needs | 01:17:05 |
| 13 | to be re-added back into the process, | 01:17:07 |
| 14 | we certainly can -- we can certainly | 01:17:09 |
| 15 | hear that feedback and incorporate that | 01:17:12 |
| 16 | in any of the two final proposals. | 01:17:14 |
| 17 | Marty or Jeremy, can you | 01:17:18 |
| 18 | talk about the cap as a maximum verses | 01:17:19 |
| 19 | the minimum? I think I know the | 01:17:21 |
| 20 | answer, but I think you could express | 01:17:23 |
| 21 | it better than myself. | 01:17:26 |
| 22 | MR. SMITH: So Jer -- I know | 01:17:28 |
| 23 | Jeremy worked very closely in previous | 01:17:29 |
| 24 | iterations of the process to establish | 01:17:34 |



Page 82

```
1    caps, and there are a variety of ways        01:17:36
2    of looking at caps in terms of ensuring      01:17:39
3    that we don't go over a particular           01:17:42
4    amount, and when you look at the             01:17:44
5    minimum caps, I'll let Jeremy speak a        01:17:48
6    little bit more about that.                  01:17:51
7        MR. SHUGHART:  Okay.                      01:17:58
8        And so when we went through              01:17:59
9    the cap approach, what we were looking       01:18:00
10   for was maximums, was an idea to be          01:18:03
11   able to provide some -- more geographic      01:18:07
12   representation.  That's the reason why       01:18:09
13   we went to a regional approach.  And         01:18:12
14   I'm sorry.  My video is taking forever       01:18:14
15   to start back up here.  So that's why        01:18:16
16   we went to the regional approach.            01:18:18
17   There is information, and I know             01:18:20
18   there's some other board questions           01:18:23
19   about individual school level caps and       01:18:25
20   so in the -- in the research paper,          01:18:29
21   there's also a table in there about the      01:18:31
22   school level caps in Fairfax County as       01:18:33
23   well.  You can certainly reference           01:18:35
24   those.                                       01:18:37
```

Page 83

```
1        In looking at the minimums,              01:18:38
2    we didn't approach it from a minimum         01:18:40
3    standpoint of saying there's a minimum       01:18:43
4    number of students coming from each          01:18:45
5    school.  Looking at it from a cap            01:18:47
6    approach, we were also looking at the        01:18:49
7    kind of idea of getting, you know, of        01:18:51
8    pushing it out this way.  So there was       01:18:55
9    kind of a where we were historically         01:18:58
10   until this point in time.  There was no      01:19:00
11   caps on the individual school.  There        01:19:02
12   were caps established for participating      01:19:06
13   jurisdictions, but there was -- in kind      01:19:08
14   of taking that same level of caps that       01:19:10
15   we have used in the past and placing it      01:19:12
16   within our regions, and then kind of         01:19:15
17   reassessing and kind of configuring          01:19:17
18   that down with the goal to help              01:19:21
19   distribute more regional or geographic       01:19:23
20   representation.  And we haven't really       01:19:27
21   looked at it from the bottom up saying       01:19:29
22   there's minimums that absolutely had to      01:19:31
23   be required.  Some of that, and it           01:19:34
24   might be something where John -- John        01:19:36
```

Page 84

```
1    Foster can talk about in terms of, you       01:19:39
2    know, minimums and things of that            01:19:42
3    nature of what were requiring at             01:19:43
4    certain places.                              01:19:45
5        MR. SMITH:  And I will also add          01:19:47
6    that when we were looking at the             01:19:48
7    initial proposal, we were looking at a       01:19:49
8    lottery process, and with that lottery       01:19:52
9    process, we were looking at the overall      01:19:54
10   number of students who could get in by       01:19:57
11   any particular pathway.                      01:19:59
12       And so in looking at the                 01:20:01
13   first approach, it was how many              01:20:03
14   students could get in from a particular      01:20:06
15   pathway based on the lottery, and then       01:20:07
16   not taking another look at that as we        01:20:10
17   looked at the holistic approach.             01:20:12
18       MS. COHEN:  I think that's a             01:20:16
19   concern.  Is if we settle, you know,         01:20:17
20   and I think we all agreed, what we           01:20:20
21   truly have is an application problem         01:20:22
22   here.  And we're kind of trying to          01:20:24
23   change the admissions process in the        01:20:27
24   hopes that that is not yet another          01:20:29
```

Page 85

```
1    barrier, but we recognize we have much       01:20:33
2    a harder job, which this is to figure        01:20:35
3    out why are kids not applying to TJ.         01:20:37
4        And so my worry is when we               01:20:40
5    look at a maximum, the whole goal has        01:20:43
6    been to give kids an opportunity to go       01:20:46
7    who haven't had the opportunity before.      01:20:48
8    And so -- but the goal was never to          01:20:52
9    punish kids for whom that has always         01:20:55
10   seen as a pathway.  And so you know, my      01:20:58
11   worry is, I look at my regions, which        01:21:01
12   are pretty significantly                     01:21:03
13   underrepresented, and I will tell you,       01:21:05
14   the enthusiasm to apply to TJ and many       01:21:08
15   places is not there.  And so my worry        01:21:11
16   is when we look at these maximums,           01:21:13
17   instead of making smaller minimums that      01:21:18
18   kind of look proportionately, I just         01:21:20
19   want to make sure what we're                 01:21:22
20   unintentionally doing is trying to           01:21:24
21   really push kids, who don't have a           01:21:27
22   comfort level.  Sorry --                     01:21:30
23       MR. FRISCH:  Finish out your             01:21:32
24   thought, Ms. Cohen.                          01:21:32
```



Page 86

| | | |
|---|---|---|
| 1 | MS. COHEN: I would love us to | 01:21:39 |
| 2 | relook at that if we go this holistic | 01:21:40 |
| 3 | approach, it does maybe that make more | 01:21:43 |
| 4 | sense. | 01:21:46 |
| 5 | And Mr. Frisch, if you'll | 01:21:47 |
| 6 | kindly add me for a go back as well. | 01:21:48 |
| 7 | MR. FRISCH: Sure. | 01:21:50 |
| 8 | MR. SMITH: And that's as just a | 01:21:50 |
| 9 | brief follow-up to that, I can say that | 01:21:51 |
| 10 | when we look at caps, it does go hand | 01:21:53 |
| 11 | and hand with a recruitment process. | 01:21:56 |
| 12 | We talked about increasing that | 01:21:59 |
| 13 | pipeline, and certainly wouldn't want | 01:22:00 |
| 14 | to put students or assign students -- | 01:22:03 |
| 15 | invite students to TJ, who didn't want | 01:22:06 |
| 16 | to be part of the process or didn't | 01:22:09 |
| 17 | feel they would be successful. And so | 01:22:13 |
| 18 | in looking at those caps, it's not a | 01:22:15 |
| 19 | cap in the sense of we must have this | 01:22:18 |
| 20 | number of students from the particular | 01:22:22 |
| 21 | school as much as it is this would be | 01:22:24 |
| 22 | the greatest number of students we | 01:22:28 |
| 23 | could have if there was interest in | 01:22:30 |
| 24 | going to TJ. | 01:22:32 |

Page 87

| | | |
|---|---|---|
| 1 | MS. COHEN: Mr. Frisch, may I | 01:22:35 |
| 2 | just follow up to ask what happens -- | 01:22:36 |
| 3 | will you walk us through what happens | 01:22:39 |
| 4 | if those maximums are not met? | 01:22:41 |
| 5 | MR. FRISCH: You're going to have | 01:22:43 |
| 6 | to hold that for your go back. I'm | 01:22:47 |
| 7 | sorry, Ms. Cohen. But you'll have | 01:22:47 |
| 8 | plenty of time to come up with a great | 01:22:50 |
| 9 | answer, Mr. Smith. | 01:22:53 |
| 10 | All right. Up next we've | 01:22:55 |
| 11 | got Ms. Tholen. | 01:22:57 |
| 12 | MS. THOLEN: Well, I'm very happy | 01:23:00 |
| 13 | to follow Ms. Cohen. If you want to | 01:23:02 |
| 14 | answer her question, (inaudible) train | 01:23:05 |
| 15 | of thought. I have the same question | 01:23:07 |
| 16 | about why not a minimum verses a | 01:23:10 |
| 17 | maximum, so you've talked about that. | 01:23:15 |
| 18 | And I think what I'm understanding is | 01:23:18 |
| 19 | that when you look at the lottery, it | 01:23:20 |
| 20 | makes sense to perhaps look at the -- | 01:23:23 |
| 21 | by region, a maximum number of students | 01:23:25 |
| 22 | that would be accepted through the | 01:23:28 |
| 23 | lottery process. If we're moving -- if | 01:23:29 |
| 24 | we have more of a holistic view of the | 01:23:31 |

Page 88

| | | |
|---|---|---|
| 1 | students, you know, I've seen concern | 01:23:33 |
| 2 | that we're starting with schools right | 01:23:38 |
| 3 | now, that have very few students that | 01:23:39 |
| 4 | have applied over the last several | 01:23:41 |
| 5 | years, and we don't necessarily have | 01:23:43 |
| 6 | maybe a clear understanding of why. | 01:23:45 |
| 7 | How do we get those students to apply? | 01:23:47 |
| 8 | And how do we, you know, have them be | 01:23:49 |
| 9 | successful at TJ? So perhaps having -- | 01:23:53 |
| 10 | starting with a minimum number of | 01:23:56 |
| 11 | students might make more sense and then | 01:23:58 |
| 12 | Laura Jean was asking how -- you were | 01:24:00 |
| 13 | saying with the maximum number, if the | 01:24:04 |
| 14 | school didn't have that number of | 01:24:06 |
| 15 | students, how then would you move | 01:24:08 |
| 16 | forward? | 01:24:10 |
| 17 | Does that make sense? | 01:24:11 |
| 18 | MR. SMITH: Yes. | 01:24:13 |
| 19 | And so I'm going to ask Mr. | 01:24:14 |
| 20 | Shugart to talk about how we would go | 01:24:17 |
| 21 | through and identify students through | 01:24:20 |
| 22 | either of the pathway approaches, but | 01:24:23 |
| 23 | it's merely looking at those students, | 01:24:25 |
| 24 | if you look at the holistic approach, | 01:24:27 |

Page 89

| | | |
|---|---|---|
| 1 | it's looking at those students who are | 01:24:29 |
| 2 | the most highly evaluated, and going | 01:24:30 |
| 3 | through and bringing those students | 01:24:33 |
| 4 | into the process based on their pathway | 01:24:35 |
| 5 | and how highly they were evaluated. | 01:24:37 |
| 6 | Again, we couldn't create | 01:24:41 |
| 7 | students or add students to a | 01:24:42 |
| 8 | particular applicant pool if there were | 01:24:44 |
| 9 | no students to apply for that | 01:24:46 |
| 10 | particular school. So then we just go | 01:24:47 |
| 11 | to the next highest student on the | 01:24:49 |
| 12 | list. That's how we go through, and | 01:24:52 |
| 13 | Mr. Shugart, if you can certainly | 01:24:54 |
| 14 | verify that, that would be great. | 01:24:56 |
| 15 | MR. SHUGHART: Absolutely. | 01:24:59 |
| 16 | So -- so to the process -- | 01:25:01 |
| 17 | and I guess to try to explain the | 01:25:05 |
| 18 | process in greater detail, to explain | 01:25:06 |
| 19 | how that would work, is as we would go | 01:25:08 |
| 20 | through both from a -- in both | 01:25:11 |
| 21 | processes, you're looking at the | 01:25:16 |
| 22 | specific numbers -- again, whether this | 01:25:17 |
| 23 | is by the region or by the individual | 01:25:19 |
| 24 | school. And so what we're saying is | 01:25:21 |



Page 90

```
 1    that we know based the number of seats       01:25:23
 2    available, this is the number of seats       01:25:26
 3    that are going to come from this             01:25:27
 4    particular region or school depending        01:25:29
 5    on which one we go with.                     01:25:31
 6            Once a particular -- as we           01:25:34
 7    go through the evaluation process,           01:25:36
 8    we're looking at the strength of an          01:25:38
 9    individual student's application, and        01:25:39
10    that was really truly the same prior to      01:25:41
11    this point in time as well.  And so          01:25:44
12    what you look at is, is the level of         01:25:47
13    strength of applications.  With              01:25:49
14    students with the strongest                  01:25:51
15    applications, were the students that         01:25:52
16    were offered.  And you work your way         01:25:53
17    down until you hit the maximum number        01:25:56
18    of seats available that we can even          01:25:58
19    offer, and the next grouping of              01:26:01
20    students was placed in the wave pool         01:26:02
21    and other students were not offered at       01:26:04
22    all.                                         01:26:07
23            What we're using now is a            01:26:07
24    very similar model to that, is we're         01:26:09
```

Page 91

```
 1    looking at the it from a regional            01:26:12
 2    perspective, as opposed to an unlimited      01:26:14
 3    number of students for Fairfax County        01:26:16
 4    and in other areas we used in the past,      01:26:19
 5    we're now implementing a maximum number      01:26:22
 6    of students that can come from a             01:26:24
 7    particular area.  What that in essence       01:26:25
 8    does is it guarantees that each region       01:26:28
 9    will have that number of students that       01:26:30
10    are coming from the particular region        01:26:32
11    being offered admissions.                    01:26:35
12            Now, obviously one of the            01:26:37
13    things -- and we talked about this or        01:26:39
14    shared previously, and I believe it's        01:26:42
15    in the research paper in terms of            01:26:43
16    processes is if a particular region          01:26:45
17    does not have enough students that are       01:26:50
18    remaining to fill the number up to the       01:26:52
19    cap, then it would go to -- it would go      01:26:55
20    to the next students with the highest        01:26:58
21    level of strength, which would maybe         01:27:01
22    put one more particular region or area       01:27:03
23    above their cap because we're still          01:27:06
24    looking to maintain that 550 seats           01:27:08
```

Page 92

```
 1    within the school.                           01:27:12
 2            I will add that in looking           01:27:15
 3    at all this from a modeling standpoint,      01:27:17
 4    and looking at it over a historical          01:27:19
 5    number of applicants, one of things          01:27:21
 6    that we have is that we know even            01:27:24
 7    within the last handful of years, we're      01:27:28
 8    still at 2500 applicants.  That is well      01:27:30
 9    in excess of the 550 seats we're             01:27:33
10    proposing.  When we look at that from a      01:27:36
11    regional standpoint, or individual           01:27:39
12    school standpoint, we're still              01:27:42
13    exceeding the number of seats that are       01:27:43
14    available based on the number of             01:27:46
15    students that have applied in the past.      01:27:48
16    So we don't -- we're not looking at          01:27:50
17    this from saying that we believe --          01:27:51
18    that based upon the evidence that we've      01:27:54
19    had leading up until this point in           01:27:56
20    time, we would not have enough students      01:27:58
21    applying from any of these regions to        01:28:00
22    meet the minimums -- I'm sorry -- to         01:28:04
23    meet the caps.  So I thank you for the       01:28:06
24    warning.  Thank you.                         01:28:07
```

Page 93

```
 1            MR. FRISCH:  You're welcome.  Ms.    01:28:09
 2    Tholen?                                       01:28:11
 3            MS. THOLEN:  Okay.                     01:28:12
 4            So I would just like to say,          01:28:12
 5    you know, I think it's worth taking a        01:28:17
 6    look at that minimum number, maybe as a      01:28:19
 7    way to approach it.  If we -- if we end      01:28:21
 8    up leaning toward the holistic view and      01:28:24
 9    I also have (inaudible) Ms. Cohen to         01:28:28
10    talk, about and maybe in my view as a,       01:28:30
11    you know, a middle school science            01:28:33
12    teacher and a trainer of many middle         01:28:36
13    school science teachers, you know, I         01:28:38
14    really do feel particularly in those         01:28:41
15    schools that have not historically sent      01:28:43
16    students, that those teachers are            01:28:48
17    really in a fantastic position to help       01:28:50
18    us find those students, so they should       01:28:52
19    definitely be included in the outreach       01:28:54
20    program, but their recommendations for       01:28:56
21    these students would be key to finding       01:28:59
22    the students that we're looking for.         01:29:02
23            And as Laura Jean was                 01:29:04
24    talking about a little, there's a lot        01:29:07
```

24  (Pages 90 to 93)



Page 94

| | | |
|---|---|---|
| 1 | of ways to do teacher recommendations. | 01:29:09 |
| 2 | I would probably advise during this | 01:29:11 |
| 3 | time, given the workload that our | 01:29:12 |
| 4 | teachers have as well, to streamline | 01:29:14 |
| 5 | the teacher recommendation process | 01:29:17 |
| 6 | significantly, but not to take it out | 01:29:19 |
| 7 | of out of the application process. | 01:29:23 |
| 8 | A couple of other questions | 01:29:27 |
| 9 | that I had, one question I just wanted | 01:29:29 |
| 10 | to ask, I understand that you know, | 01:29:33 |
| 11 | you're upping that class number to 550, | 01:29:35 |
| 12 | which I -- I'm one of the people who is | 01:29:39 |
| 13 | super, super sensitive of capacity | 01:29:42 |
| 14 | numbers, given where I sit in the | 01:29:43 |
| 15 | county.  And so I understand strongly | 01:29:47 |
| 16 | the difference between, you know, that | 01:29:49 |
| 17 | square footage and how many, you know, | 01:29:51 |
| 18 | how many people you can fit in per square | 01:29:52 |
| 19 | footage and your programmatic use of | 01:29:54 |
| 20 | the building.  I would just like to | 01:29:56 |
| 21 | just get a little bit of reassurance | 01:29:59 |
| 22 | that even if we open up this number to | 01:30:01 |
| 23 | 550, which you know, I would be a | 01:30:04 |
| 24 | proprietor of, we're not effecting the | 01:30:06 |

Page 95

| | | |
|---|---|---|
| 1 | programs at TJ by adding an additional | 01:30:09 |
| 2 | 70 students. | 01:30:12 |
| 3 | MR. SMITH:  I'd like Mr. | 01:30:15 |
| 4 | (inaudible) to weigh in on some of that | 01:30:15 |
| 5 | with regard to capacity, and also Dr. | 01:30:17 |
| 6 | Bona with the current capacity within | 01:30:20 |
| 7 | the school.  TJ is our only building | 01:30:23 |
| 8 | where we have a set number of students | 01:30:25 |
| 9 | in each freshman class, and so they can | 01:30:29 |
| 10 | certainly weigh in and provide some | 01:30:33 |
| 11 | input. | 01:30:35 |
| 12 | MS. THOLEN:  Yes.  I think my | 01:30:36 |
| 13 | question is less capacity, and just by | 01:30:36 |
| 14 | square footage, so I really love to | 01:30:39 |
| 15 | hear from the principal, on if she's | 01:30:41 |
| 16 | got another 70 students, how that will | 01:30:45 |
| 17 | affect the programs she runs at TJ. | 01:30:46 |
| 18 | MR. FRISCH:  We'll get an answer | 01:30:50 |
| 19 | on that, Ms. Tholen, I don't know if | 01:30:51 |
| 20 | you heard, but your bell did go.  So | 01:30:52 |
| 21 | let's get an answer from Principal Bona | 01:30:53 |
| 22 | and then we'll go from there. | 01:30:56 |
| 23 | DR. BONITATIBUS:  Thank you. | 01:31:01 |
| 24 | That's a great question. | 01:31:01 |

Page 96

| | | |
|---|---|---|
| 1 | Because square footage does not always | 01:31:02 |
| 2 | translate into instructional programs, | 01:31:04 |
| 3 | and one of the things that we know at | 01:31:08 |
| 4 | TJ is that we do have a lot of extra | 01:31:09 |
| 5 | square footage.  Part of it is because | 01:31:13 |
| 6 | of the size of our research labs, that | 01:31:15 |
| 7 | are twice the size of traditional labs, | 01:31:16 |
| 8 | so that square footage can be a bit | 01:31:19 |
| 9 | misleading about how much space is | 01:31:22 |
| 10 | actually in the building.  And | 01:31:23 |
| 11 | (inaudible) areas that we use for | 01:31:26 |
| 12 | instructional flexibility, and so those | 01:31:28 |
| 13 | adjunct classroom kinds of spaces and I | 01:31:31 |
| 14 | do feel comfortable that we (inaudible) | 01:31:35 |
| 15 | that capacity to about two thousand, | 01:31:38 |
| 16 | and do so comfortably.  If we increased | 01:31:43 |
| 17 | it much beyond that, I do have concerns | 01:31:46 |
| 18 | of the feeling of overcrowdedness, and | 01:31:49 |
| 19 | lack of flexibility in some of the | 01:31:52 |
| 20 | spaces.  We do have to recognize that | 01:31:57 |
| 21 | any time, of course, that you're | 01:31:58 |
| 22 | increasing the capacity, there would | 01:32:00 |
| 23 | have to be budgetary support for | 01:32:02 |
| 24 | additional teachers that would be added | 01:32:04 |

Page 97

| | | |
|---|---|---|
| 1 | to the program.  And I would definitely | 01:32:06 |
| 2 | want to put in a plug to be able to say | 01:32:09 |
| 3 | that where some have the impression | 01:32:11 |
| 4 | that oh, well, the school does get | 01:32:14 |
| 5 | extra money just for being a Governor's | 01:32:17 |
| 6 | school, we should not use that granted | 01:32:19 |
| 7 | money to supplant the normal process, | 01:32:21 |
| 8 | the normal staffing process that every | 01:32:24 |
| 9 | school is able to receive. | 01:32:26 |
| 10 | And in another piece, I | 01:32:30 |
| 11 | would like to be able to mention, when | 01:32:32 |
| 12 | we were talking about the increasing | 01:32:35 |
| 13 | capacity is that when we're looking at | 01:32:36 |
| 14 | specialized learner centers, our goal | 01:32:39 |
| 15 | typically is to keep those classroom | 01:32:42 |
| 16 | sizes a bit smaller.  And at TJ, we've | 01:32:45 |
| 17 | been able to keep them slightly smaller | 01:32:48 |
| 18 | on average, maybe two to three students | 01:32:50 |
| 19 | smaller, compared to a typical high | 01:32:53 |
| 20 | school, but when we're talking about | 01:32:57 |
| 21 | highly able learners, or developing the | 01:32:58 |
| 22 | talent of highly able learners, putting | 01:33:01 |
| 23 | 33 to 35 kids in the classroom just | 01:33:04 |
| 24 | because we can, I don't think | 01:33:07 |



Page 98

| | | |
|---|---|---|
| 1 | necessarily meets the needs of | 01:33:09 |
| 2 | specialized programs. So I would | 01:33:11 |
| 3 | strongly recommend that when we're | 01:33:15 |
| 4 | looking at capacity, we cap it at 2000. | 01:33:19 |
| 5 | Anything beyond that, I think could | 01:33:23 |
| 6 | really be a stretch for our school. | 01:33:25 |
| 7 | MS. THOLEN: Thank you. | 01:33:28 |
| 8 | MR. FRISCH: Up next we have | 01:33:30 |
| 9 | Ms. Corbett Sanders. | 01:33:33 |
| 10 | I expect (inaudible). | 01:33:42 |
| 11 | MS. CORBETT SANDERS: Yeah. | 01:33:47 |
| 12 | Just briefly on the capacity | 01:33:48 |
| 13 | piece as somebody, as many people know | 01:33:50 |
| 14 | in my region and elsewhere in the | 01:33:53 |
| 15 | county, a lot of our schools have more | 01:33:54 |
| 16 | students in them than the capacity, so | 01:33:57 |
| 17 | I appreciate Ms. Bona wanting to have a | 01:33:59 |
| 18 | lower amount of -- a higher amount of | 01:34:02 |
| 19 | square footage, but I think that that's | 01:34:05 |
| 20 | an equity issue. | 01:34:08 |
| 21 | Regarding some of the | 01:34:10 |
| 22 | comments that have been made today, | 01:34:11 |
| 23 | there was a statement that said | 01:34:14 |
| 24 | collectively -- there was collectively | 01:34:18 |

Page 99

| | | |
|---|---|---|
| 1 | in talking to people, lotteries would | 01:34:20 |
| 2 | be a way to address a hybrid model -- | 01:34:22 |
| 3 | lottery would be a way to address some | 01:34:24 |
| 4 | of the concerns about the enrollment | 01:34:27 |
| 5 | class. I think that's interesting in | 01:34:29 |
| 6 | how it's phrased. It's would be a way. | 01:34:32 |
| 7 | There are other ways. And so I do want | 01:34:35 |
| 8 | to say I continue to be concerned about | 01:34:38 |
| 9 | the lotteries because of what's been | 01:34:40 |
| 10 | shown at schools across the country | 01:34:43 |
| 11 | that have used lotteries and the | 01:34:45 |
| 12 | attrition associated with it. I have | 01:34:48 |
| 13 | some particular questions regarding the | 01:34:50 |
| 14 | regional pathways that were discussed | 01:34:54 |
| 15 | because what is not listed here is the | 01:34:56 |
| 16 | number of students in a region that may | 01:34:59 |
| 17 | currently attend a private school or | 01:35:02 |
| 18 | are military connected. And so in my | 01:35:05 |
| 19 | region in particular, we have a number | 01:35:08 |
| 20 | of student who is transfer from the | 01:35:10 |
| 21 | military and from private schools when | 01:35:12 |
| 22 | they're ready to go to high school, so | 01:35:14 |
| 23 | I think those numbers by region should | 01:35:16 |
| 24 | be looked at. Looking at who you | 01:35:20 |

Page 100

| | | |
|---|---|---|
| 1 | reached out to, I would like to better | 01:35:22 |
| 2 | understand what outreach was done with | 01:35:24 |
| 3 | the business community because they had | 01:35:27 |
| 4 | been longstanding partners of ours, and | 01:35:30 |
| 5 | so if we could make sure we do do some | 01:35:32 |
| 6 | outreach there, if at all, if we | 01:35:36 |
| 7 | haven't done so. I will advocate for a | 01:35:38 |
| 8 | school by school approach to this, | 01:35:43 |
| 9 | rather than a regional approach based | 01:35:46 |
| 10 | very similar to what Ms. Or Dr. | 01:35:49 |
| 11 | Anderson stated. And perhaps one of | 01:35:51 |
| 12 | the things we might look at is having a | 01:35:53 |
| 13 | minimum number over students per school | 01:35:56 |
| 14 | and a maximum number by region. | 01:35:58 |
| 15 | And with that, those are my | 01:36:01 |
| 16 | comments, and I look forward to a | 01:36:02 |
| 17 | robust discussion and would like some | 01:36:05 |
| 18 | feedback on some of the comments and | 01:36:06 |
| 19 | questions I have posed. | 01:36:08 |
| 20 | MR. SMITH: Ms. Corbett Sanders, | 01:36:11 |
| 21 | when you asked about the business | 01:36:12 |
| 22 | community, we actually have some | 01:36:14 |
| 23 | meetings scheduled with the business | 01:36:16 |
| 24 | community, and working through the | 01:36:17 |

Page 101

| | | |
|---|---|---|
| 1 | foundation, working very closely with | 01:36:19 |
| 2 | Ms. Murphy, who is the director of the | 01:36:23 |
| 3 | foundation. There's been interest in | 01:36:25 |
| 4 | the business community, so she's | 01:36:27 |
| 5 | working to poll together some leaders | 01:36:29 |
| 6 | so that we can have continue -- | 01:36:32 |
| 7 | continued discussion around TJ and the | 01:36:34 |
| 8 | admissions process and the overall | 01:36:36 |
| 9 | admission of TJ. We did not include | 01:36:38 |
| 10 | them as part of the admissions process, | 01:36:40 |
| 11 | but again, who have plans to meet | 01:36:42 |
| 12 | with them as part of the process. | 01:36:48 |
| 13 | MS. CORBETT SANDERS: Thank you, | 01:36:51 |
| 14 | Mr. Smith. And I appreciate that. I | 01:36:52 |
| 15 | would just suggest in the future since | 01:36:54 |
| 16 | when TJ was established in 1985, the | 01:36:56 |
| 17 | critical linchpin was that -- that | 01:37:00 |
| 18 | collaboration and partnership with the | 01:37:03 |
| 19 | business community, so prioritizing | 01:37:05 |
| 20 | that is important. And I would expect | 01:37:09 |
| 21 | that the business community is very | 01:37:12 |
| 22 | similar to, you know, the corporation I | 01:37:13 |
| 23 | left as -- retired from, which | 01:37:17 |
| 24 | recognized that the more diverse of an | 01:37:20 |

26 (Pages 98 to 101)



Page 102

| | | |
|---|---|---|
| 1 | employment base or the more diverse of | 01:37:24 |
| 2 | a student body, the better because that | 01:37:27 |
| 3 | leads to more creativity and | 01:37:31 |
| 4 | innovation. So I just want to make | 01:37:33 |
| 5 | sure we include that. | 01:37:35 |
| 6 | What about my other | 01:37:36 |
| 7 | questions? | 01:37:39 |
| 8 | MR. SHUGHART: Mr. Smith, I can | 01:37:41 |
| 9 | talk about a little bit about the | 01:37:43 |
| 10 | private schools if you want me to. | 01:37:44 |
| 11 | So Ms. Corbett Sanders, in | 01:37:48 |
| 12 | terms of the private school and the | 01:37:50 |
| 13 | private school approach, what that is | 01:37:52 |
| 14 | looking at is similar to the way that | 01:37:54 |
| 15 | we look at the students that are | 01:37:57 |
| 16 | attending the public schools, it's | 01:37:59 |
| 17 | based upon the residency. So it would | 01:38:00 |
| 18 | be looking at the residency from a | 01:38:02 |
| 19 | regional standpoint based on where the | 01:38:04 |
| 20 | student actually resides. So while | 01:38:07 |
| 21 | private schools may cross | 01:38:09 |
| 22 | jurisdictional bounds, or even cross | 01:38:11 |
| 23 | the regions within Fairfax County, they | 01:38:14 |
| 24 | may go one private school or one | 01:38:17 |

Page 103

| | | |
|---|---|---|
| 1 | section of the county, or may live in a | 01:38:18 |
| 2 | different one, we would have them be an | 01:38:20 |
| 3 | applicant of the region where they | 01:38:23 |
| 4 | live. That's not dissimilar to how we | 01:38:27 |
| 5 | focus on our private schools in terms | 01:38:29 |
| 6 | of looking at them to their | 01:38:31 |
| 7 | representative caps if they're outside | 01:38:34 |
| 8 | of Fairfax County. That was the way in | 01:38:36 |
| 9 | which we were including our private | 01:38:38 |
| 10 | schools in the regional approach that | 01:38:40 |
| 11 | they were looking at it from the | 01:38:42 |
| 12 | overall regional not an individual | 01:38:44 |
| 13 | standpoint. | 01:38:47 |
| 14 | MS. CORBETT SANDERS: So I know | 01:38:48 |
| 15 | my time is up, but I would -- the | 01:38:48 |
| 16 | military students need to be included | 01:38:51 |
| 17 | in that. The second piece is certain | 01:38:53 |
| 18 | areas of this county have a higher | 01:38:55 |
| 19 | percent of student going to private | 01:38:57 |
| 20 | schools. And so I'm a little concerned | 01:39:00 |
| 21 | about your regional numbers based on | 01:39:02 |
| 22 | that. | 01:39:04 |
| 23 | MR. FRISCH: Thank you, Ms. | 01:39:04 |
| 24 | Corbett Sanders. | 01:39:05 |

Page 104

| | | |
|---|---|---|
| 1 | MS. CORBETT SANDERS: And I would | 01:39:07 |
| 2 | take the go back, please. | 01:39:07 |
| 3 | MR. SHUGHART: Mr. Frisch, do you | 01:39:09 |
| 4 | want me to respond to that? | 01:39:10 |
| 5 | MR. FRISCH: Yes, please. | 01:39:12 |
| 6 | MR. SHUGHART: Okay. | 01:39:14 |
| 7 | So for military -- military | 01:39:15 |
| 8 | students -- and I might need a little | 01:39:16 |
| 9 | bit further clarification on your go | 01:39:20 |
| 10 | back, Ms. Corbett Sanders on that, but | 01:39:21 |
| 11 | the military students, if you're | 01:39:23 |
| 12 | talking about the current -- current | 01:39:25 |
| 13 | military students attending here, or if | 01:39:27 |
| 14 | you're talking about not here, but | 01:39:29 |
| 15 | wanting to transfer into the area, so | 01:39:33 |
| 16 | we'll deal with that on a go back. | 01:39:34 |
| 17 | MS. CORBETT SANDERS: No, I'm | 01:39:37 |
| 18 | sorry. The question is posed under | 01:39:38 |
| 19 | this one. So if you can please answer | 01:39:40 |
| 20 | it on this one, so I don't use my go | 01:39:41 |
| 21 | back for it. Yeah. | 01:39:42 |
| 22 | MR. SHUGHART: Okay. | 01:39:44 |
| 23 | So please clarify if you're | 01:39:44 |
| 24 | talking about currently residing here | 01:39:45 |

Page 105

| | | |
|---|---|---|
| 1 | or military transfer that's into the | 01:39:49 |
| 2 | future. | 01:39:52 |
| 3 | MS. CORBETT SANDERS: So we know | 01:39:52 |
| 4 | at certain points military personnel | 01:39:55 |
| 5 | transfer back to the DC Metro area. | 01:39:58 |
| 6 | It's usually when they're getting ready | 01:40:01 |
| 7 | to retire or go to the flag officer | 01:40:03 |
| 8 | level. So we know that there's a | 01:40:06 |
| 9 | higher number of eighth grade students | 01:40:08 |
| 10 | or potentially eighth grade students | 01:40:12 |
| 11 | coming from different demographics. We | 01:40:13 |
| 12 | see this with our military students and | 01:40:16 |
| 13 | we see with our students from private | 01:40:21 |
| 14 | schools. | 01:40:23 |
| 15 | MR. FRISCH: Ms. Corbett Sanders, | 01:40:23 |
| 16 | can you clarify for him so he can | 01:40:24 |
| 17 | answer the question. | 01:40:26 |
| 18 | MS. CORBETT SANDERS: So that's | 01:40:27 |
| 19 | what I'm trying to do. The numbers -- | 01:40:27 |
| 20 | there's 1,1,500 military students in | 01:40:30 |
| 21 | Fairfax County looking at the age level | 01:40:33 |
| 22 | when they transfer back into the | 01:40:37 |
| 23 | Fairfax County talks about -- | 01:40:39 |
| 24 | identifies where that -- that subgroup | 01:40:41 |

27 (Pages 102 to 105)



|   | Page 106 |   |
|---|---|---|
| 1 | of kids, who potentially would be in | 01:40:47 |
| 2 | TJ, and so I'm concerned that your | 01:40:49 |
| 3 | underrepresenting region three and four | 01:40:51 |
| 4 | in your regional numbers. Because they | 01:40:54 |
| 5 | may not be counted in the existing | 01:40:57 |
| 6 | base. | 01:41:01 |
| 7 | MR. SHUGHART: So the -- the | 01:41:01 |
| 8 | regional numbers are purely based upon | 01:41:02 |
| 9 | the demographics of the currently | 01:41:07 |
| 10 | enrolled students. Let me finish, Ms. | 01:41:08 |
| 11 | Corbett Sanders. Are currently based | 01:41:11 |
| 12 | upon currently enrolled students in | 01:41:13 |
| 13 | eighth grade -- eighth grade class | 01:41:17 |
| 14 | based upon those individual schools. | 01:41:18 |
| 15 | So we can't pre -- we can't predict how | 01:41:21 |
| 16 | much a particular school will increase | 01:41:24 |
| 17 | from one year to the next, but if we're | 01:41:25 |
| 18 | only looking at students just coming in | 01:41:28 |
| 19 | the -- in the future, what we have done | 01:41:30 |
| 20 | in the past is dealt with the residency | 01:41:33 |
| 21 | requirements because most of those | 01:41:36 |
| 22 | students and parents don't arrive until | 01:41:37 |
| 23 | the summer preceding their school year, | 01:41:40 |
| 24 | so we've been able to work with those | 01:41:42 |

|   | Page 107 |   |
|---|---|---|
| 1 | families and allowing them to apply | 01:41:44 |
| 2 | prior to their arrival to Fairfax | 01:41:47 |
| 3 | County. The ones that actually arrive | 01:41:50 |
| 4 | during the application window, they | 01:41:52 |
| 5 | apply during the application window | 01:41:54 |
| 6 | without any problems. And I'm not | 01:41:55 |
| 7 | sure -- so when we look at it -- and | 01:41:58 |
| 8 | this goes back to the minimum, maximum | 01:42:00 |
| 9 | question beforehand, the number that | 01:42:02 |
| 10 | was still out there was that 70 percent | 01:42:04 |
| 11 | of the either 550 students or the 450 | 01:42:08 |
| 12 | students, it's divided out to be | 01:42:12 |
| 13 | proportionate from each region to that | 01:42:15 |
| 14 | particular number. And that's the | 01:42:18 |
| 15 | reason why on the piechart within the | 01:42:19 |
| 16 | presentation you saw numbers that | 01:42:23 |
| 17 | varied from within the region. That's | 01:42:25 |
| 18 | purely down to the individual school | 01:42:26 |
| 19 | enrollment and that was based on | 01:42:29 |
| 20 | September membership. | 01:42:31 |
| 21 | DR. BRABRAND: Jeremy -- Jeremy, | 01:42:36 |
| 22 | if I could, Mr. Frisch. | 01:42:38 |
| 23 | MR. FRISCH: Yeah. Go ahead. | 01:42:39 |
| 24 | DR. BRABRAND: Jeremy, I think | 01:42:40 |

|   | Page 108 |   |
|---|---|---|
| 1 | the question maybe for the layperson at | 01:42:41 |
| 2 | home, if you're coming in, in the | 01:42:43 |
| 3 | summer and we work with those families, | 01:42:44 |
| 4 | do they get slotted into a particular | 01:42:47 |
| 5 | region for the count in either of these | 01:42:49 |
| 6 | proposals, or are they in an | 01:42:52 |
| 7 | undesignated pool that I think is one | 01:42:54 |
| 8 | of the questions. | 01:42:57 |
| 9 | Are they slotted in or are | 01:42:59 |
| 10 | they in an undesignated school because | 01:43:00 |
| 11 | they have not arrived yet and not | 01:43:02 |
| 12 | picked a region and a school. | 01:43:04 |
| 13 | MR. SHUGHART: So -- well, we're | 01:43:06 |
| 14 | talking about two different things. In | 01:43:08 |
| 15 | the past -- in the past that didn't | 01:43:10 |
| 16 | matter, right? The problem is, is that | 01:43:12 |
| 17 | if a family is not here currently, | 01:43:15 |
| 18 | they're -- they're not actually a part | 01:43:18 |
| 19 | of the application process. And so the | 01:43:20 |
| 20 | piece of what we're currently have on | 01:43:22 |
| 21 | the table that we're discussing is of | 01:43:25 |
| 22 | those families that are currently here. | 01:43:27 |
| 23 | DR. BRABRAND: Right. | 01:43:29 |
| 24 | MR. SHUGHART: And Ms. Corbett | 01:43:29 |

|   | Page 109 |   |
|---|---|---|
| 1 | Sanders question is a valid one, | 01:43:30 |
| 2 | because it takes into account the | 01:43:32 |
| 3 | future people who are transferring into | 01:43:34 |
| 4 | the area, not -- and it's specifically | 01:43:39 |
| 5 | to our military families, but there are | 01:43:41 |
| 6 | other families that transfer in. And | 01:43:43 |
| 7 | so we would have to make some type of | 01:43:45 |
| 8 | consideration about how that would | 01:43:48 |
| 9 | look -- how it would be included into a | 01:43:50 |
| 10 | particular region. Right now, we | 01:43:53 |
| 11 | wouldn't have a way to put them into a | 01:43:55 |
| 12 | region, because we don't know where | 01:43:57 |
| 13 | they're going to live. | 01:43:59 |
| 14 | MR. FRISCH: All right. | 01:44:02 |
| 15 | If people need further | 01:44:02 |
| 16 | clarification on that, they can bring | 01:44:03 |
| 17 | it up in their go back. | 01:44:05 |
| 18 | All right. Up next we have | 01:44:08 |
| 19 | Ms. Pekarsky. | 01:44:10 |
| 20 | MS. PEKARSKY: Okay. Thank you. | 01:44:11 |
| 21 | I'm actually happy to go | 01:44:12 |
| 22 | after Ms. Karen Corbett Sanders because | 01:44:14 |
| 23 | she brought up something about the | 01:44:15 |
| 24 | attrition rate and in our -- in the | 01:44:18 |

28 (Pages 106 to 109)



Page 110

| | | |
|---|---|---|
| 1 | white paper that you provided to us, | 01:44:20 |
| 2 | you actually stated that admission | 01:44:23 |
| 3 | lotteries are not a common approach to | 01:44:24 |
| 4 | admission, and then you go on to talk | 01:44:29 |
| 5 | about Gwenydd County and -- who | 01:44:31 |
| 6 | consequently has a high attrition rate, | 01:44:34 |
| 7 | and why that matters is because -- at | 01:44:40 |
| 8 | least to me -- we are in the business | 01:44:42 |
| 9 | of impacting student outcomes.  So this | 01:44:44 |
| 10 | goes back to the accountability | 01:44:52 |
| 11 | measures where I see quite a few | 01:44:54 |
| 12 | accountability measures surrounding | 01:44:57 |
| 13 | caring culture, which is imperative | 01:44:59 |
| 14 | because we know our kids can't learn in | 01:45:01 |
| 15 | environments that's are not inclusive | 01:45:04 |
| 16 | and welcoming, obviously.  But I don't | 01:45:06 |
| 17 | see any accountability measures for | 01:45:11 |
| 18 | student outcomes or academic outcomes, | 01:45:14 |
| 19 | and I'd like to know why those were | 01:45:18 |
| 20 | omitted, or your thoughts on that, | 01:45:20 |
| 21 | please. | 01:45:30 |
| 22 | MR. FRISCH:  Marty or Jeremy, do | 01:45:32 |
| 23 | you want to answer that?  Don't all | 01:45:34 |
| 24 | jump at once. | 01:45:42 |

Page 111

| | | |
|---|---|---|
| 1 | MS. COHEN:  Looks like we lost | 01:45:45 |
| 2 | Marty, just an FYI. | 01:45:46 |
| 3 | MR. FRISCH:  Okay. | 01:45:47 |
| 4 | That might be why. | 01:45:47 |
| 5 | MR. SHUGHART:  Sorry.  It's | 01:45:52 |
| 6 | really slow if you click the camera | 01:45:53 |
| 7 | first. | 01:45:57 |
| 8 | Ms. Pekarsky, so one of | 01:45:58 |
| 9 | things we were focusing on were some of | 01:45:59 |
| 10 | the issues that were talked about | 01:46:02 |
| 11 | beforehand.  In terms of -- and -- in | 01:46:04 |
| 12 | terms of attrition rate, we currently | 01:46:09 |
| 13 | have models that allow us to select | 01:46:12 |
| 14 | students for attrition into the future | 01:46:16 |
| 15 | years, in terms of the sophomore round | 01:46:18 |
| 16 | and potentiality even the junior round. | 01:46:20 |
| 17 | So we do have that.  So there is some | 01:46:22 |
| 18 | level of attrition that we find within | 01:46:24 |
| 19 | Fairfax County. | 01:46:27 |
| 20 | I will -- you know, we did | 01:46:29 |
| 21 | not -- or at least I did not look at | 01:46:31 |
| 22 | the level of attrition rate from each | 01:46:34 |
| 23 | of these other schools that had -- only | 01:46:36 |
| 24 | had lottery models, and I can't say | 01:46:40 |

Page 112

| | | |
|---|---|---|
| 1 | whether the other schools in | 01:46:42 |
| 2 | comparison, what their attrition rate | 01:46:43 |
| 3 | was either.  For me to be able to say | 01:46:47 |
| 4 | one had more attrition than the other, | 01:46:48 |
| 5 | I really can't comment on that because | 01:46:50 |
| 6 | it's not something we looked at.  I | 01:46:53 |
| 7 | know Ms. Rudah has joined us, and she | 01:46:56 |
| 8 | was a part of the research piece of | 01:46:58 |
| 9 | that.  I don't know if she has any | 01:47:00 |
| 10 | information, but to be able to look at | 01:47:02 |
| 11 | the pieces within the lottery and to | 01:47:05 |
| 12 | look at the kind of the goals, one of | 01:47:07 |
| 13 | the things was shared from -- when we | 01:47:11 |
| 14 | worked with -- with the external | 01:47:14 |
| 15 | experts was this idea of the size of | 01:47:17 |
| 16 | Fairfax County alone, not to exclude | 01:47:21 |
| 17 | our participation, but the size of | 01:47:24 |
| 18 | Fairfax County alone of about a 14,000 | 01:47:26 |
| 19 | students per class, anywhere from | 01:47:30 |
| 20 | 13,000 to 14,000 per class.  And to | 01:47:33 |
| 21 | have a single school was of 500-550, | 01:47:36 |
| 22 | whatever that number happens to be, | 01:47:41 |
| 23 | we're proposing 550, there's still a | 01:47:42 |
| 24 | great demand.  That's still a very | 01:47:46 |

Page 113

| | | |
|---|---|---|
| 1 | small portion of what our students are | 01:47:47 |
| 2 | going into a single class into one high | 01:47:50 |
| 3 | school.  There's still a large demand | 01:47:52 |
| 4 | there.  I don't know if that answers | 01:47:55 |
| 5 | your question though. | 01:47:56 |
| 6 | MS. PEKARSKY:  I mean, look, at | 01:47:59 |
| 7 | the end of the day, I just want to | 01:47:59 |
| 8 | know, you know, we got accountability | 01:48:01 |
| 9 | measures of whether or not this -- the | 01:48:03 |
| 10 | policy changes are going to be | 01:48:06 |
| 11 | successful.  All I care about is | 01:48:07 |
| 12 | student outcomes, and I want to know | 01:48:10 |
| 13 | how we're going to measure those. | 01:48:12 |
| 14 | That's kind of where I'm going. | 01:48:13 |
| 15 | DR. BRABRAND:  So Ms. Pekarsky | 01:48:17 |
| 16 | car I think this is something staff can | 01:48:17 |
| 17 | go back and talk about.  Our outcomes | 01:48:19 |
| 18 | at TJ have been strong for a very long | 01:48:22 |
| 19 | time, and I think what I hear you | 01:48:24 |
| 20 | saying is whatever we do, we've got to | 01:48:25 |
| 21 | maintain those same high standards, how | 01:48:28 |
| 22 | can we check the distribution of | 01:48:31 |
| 23 | grades, the retention at ninth grade, | 01:48:33 |
| 24 | tenth grade, eleventh grade, we have | 01:48:35 |

29 (Pages 110 to 113)



Page 114

```
 1    had some kids after ninth grade leave,      01:48:37
 2    and we have done sophomore admissions.      01:48:39
 3    And I think what I hear you saying is       01:48:41
 4    we need to continue to look at what         01:48:42
 5    those trends have been, and compare         01:48:44
 6    what those trends are with either of        01:48:47
 7    these two approaches that the board         01:48:49
 8    would decide, so we have our pulse on       01:48:51
 9    the academic strength of the school,        01:48:53
10    just like we have caring culture and        01:48:56
11    the equity of access goals that we've       01:48:58
12    talked about.  I hear you, and we can       01:49:00
13    go back and work on that.  We can go        01:49:02
14    back and work on that and have these        01:49:06
15    forward for the board to be able to         01:49:08
16    monitor whichever approach you choose.      01:49:09
17          MS. PEKARSKY:  Thank you, Dr.         01:49:13
18    Brabrand, and it's important for those      01:49:13
19    individual students ensuring we're          01:49:15
20    supporting them so, they're successful.     01:49:18
21          I would also like to talk to          01:49:22
22    the teacher recommendations.  I know        01:49:24
23    how they can be a source of bias, but I     01:49:27
24    really do think this is very                01:49:29
```

Page 115

```
 1    shortsighted of us.  As we know for         01:49:31
 2    many of us, our teachers can be the one     01:49:33
 3    and only advocate and champion they         01:49:35
 4    have.  Dr. Bona said, you know, how --      01:49:39
 5    how well teachers know their students.      01:49:43
 6    So finding way to streamline this to        01:49:46
 7    just be a data point, a big data point,     01:49:49
 8    for us to consider in the larger            01:49:53
 9    context, I really strongly recommend we     01:49:58
10    do not ignore those.                        01:50:03
11          I think I'll stop there for           01:50:09
12    right now.  Thank you.                      01:50:10
13          MR. FRISCH:  Can we put you down      01:50:12
14    for a go back, Ms. Pekarsky?               01:50:14
15          MS. PEKARSKY:  Yes.                   01:50:16
16          Dr. Brabrand wants to --             01:50:17
17          DR. BRABRAND:  Yes.  Mr. Frisch,     01:50:19
18    I just want to say and maybe we'll get      01:50:20
19    back to it in next steps -- if this         01:50:24
20    board has consensus about the role of       01:50:24
21    teacher recommendations, and I don't        01:50:27
22    know that it does, but I'm just sharing     01:50:29
23    because I heard now multiple board          01:50:30
24    members, this is not something -- staff     01:50:32
```

Page 116

```
 1    did have some concerns, but I think if      01:50:35
 2    the board directed us to look at how to     01:50:39
 3    do it to balance some of the issues how     01:50:42
 4    about the teacher recommendations are       01:50:44
 5    done, and to keep the workload minimal      01:50:46
 6    for teachers with everything else they      01:50:49
 7    have going on, but still keep some          01:50:51
 8    teacher voice, it is not impossible for     01:50:53
 9    staff to look at that in either the two     01:50:56
10    options.  So again, this is another one     01:51:00
11    where if the board speaks to us now         01:51:02
12    with feedback about that piece, we can      01:51:04
13    make sure it's addressed with whatever      01:51:07
14    you all would vote on later this month.     01:51:09
15          MS. PEKARSKY:  Okay.  That's          01:51:13
16    great to hear.  Mr. Frisch, I found my      01:51:13
17    other questions as I was rifling            01:51:15
18    through my notes.                           01:51:17
19          MR. FRISCH:  Quickly.  Go ahead.      01:51:21
20          MS. PEKARSKY:  I saw in the white     01:51:22
21    paper, there was also mention that lack     01:51:24
22    of student applications has been an         01:51:29
23    issue on that impacts diversity.  This      01:51:34
24    is something that I brought up at our       01:51:37
```

Page 117

```
 1    very first meeting months and months        01:51:38
 2    ago.  I said, how are we talking to         01:51:41
 3    these students and families to figure       01:51:43
 4    out the why, why, why are they not          01:51:47
 5    applying?  And then we can figure out       01:51:50
 6    how we can respond.  So to this day, I      01:51:51
 7    don't know that we have a mechanism for     01:51:54
 8    that, but I just really implore you to      01:51:59
 9    talk to the people who are impacted,        01:52:02
10    all of the people, and just learn the       01:52:05
11    why and that can lead us to                 01:52:08
12    conclusions.                                01:52:13
13          MR. FRISCH:  I believe that was       01:52:14
14    your bell.                                  01:52:15
15          Dr. Brabrand?                        01:52:16
16          DR. BRABRAND:  That is a              01:52:18
17    brilliant question.  That is a              01:52:19
18    brilliant question.  We're trying to        01:52:21
19    get at that in one of our earlier           01:52:22
20    slides, slide 19, about parents who         01:52:26
21    feel respected there, students who feel     01:52:28
22    respected.  And I would say to the          01:52:30
23    board to listen to what some of our TJ      01:52:33
24    alumni and students have said because       01:52:36
```

30 (Pages 114 to 117)



Page 118

```
 1    the word of mouth on TJ is one of the      01:52:39
 2    cultural things that is going on.  The     01:52:43
 3    word of mouth among some students is       01:52:45
 4    I'm not welcomed there.  I'm not           01:52:48
 5    respected there.  I'm not felt to be       01:52:50
 6    included there, and I think that's part    01:52:53
 7    of what we got to work on in the           01:52:56
 8    application process.  I think either of    01:52:57
 9    these two approaches is going to send a    01:53:00
10    clear signal to our students that are      01:53:03
11    welcome.  You are included.  You are       01:53:06
12    respected.  And that's what I'm really     01:53:08
13    committed about, and I think it's going    01:53:10
14    to help Jeremy and his team working        01:53:11
15    with school counselors are saying, this    01:53:14
16    is a new day at TJ.  It's not -- you're    01:53:16
17    not locked out just because you never      01:53:21
18    seen a kid from this school go there.      01:53:23
19    You have a shot.  There is a shot.  Now    01:53:26
20    put your application in, and let's go      01:53:28
21    for it.  So I do think that's something    01:53:31
22    we got to watch for, and I know Mr.        01:53:33
23    Smith you want to add to my comments       01:53:35
24    and correct them if they're off.  No,      01:53:36
```

Page 119

```
 1    you're right on target, and I also want    01:53:38
 2    to say we had some very good feedback       01:53:42
 3    from our stakeholder groups, and we'll     01:53:43
 4    be working very closely with our equity    01:53:46
 5    office to perhaps revamp our parent        01:53:48
 6    meetings, so that when a student gets      01:53:50
 7    an invitation, we want to draw as many     01:53:54
 8    parents out as possible, but instead of   01:53:56
 9    a simple sit and get about TJ, a           01:53:59
10    conference type model where parents can   01:54:03
11    break up into small groups and talk        01:54:05
12    about concerns or questions they have     01:54:07
13    about the school, and the curriculum.     01:54:09
14    But whether or not they feel welcome      01:54:12
15    and having some targeted outreach and     01:54:14
16    targeted conversations with them to       01:54:17
17    illicit some of this information, so      01:54:19
18    we're on the same page there, and I       01:54:21
19    think there's ways for us to do it for    01:54:23
20    families who don't feel they're part of   01:54:26
21    the process, and also for families who    01:54:28
22    are invited in to get some of those       01:54:30
23    things that are keeping them from         01:54:33
24    continuing through the process.           01:54:35
```

Page 120

```
 1        MS. PEKARSKY:  And I appreciate         01:54:37
 2    that to say antidotal is not the           01:54:38
 3    systematic, and I will leave it at         01:54:40
 4    that.  I look forward to --                01:54:42
 5        MR. FRISCH:  Time is up,                01:54:44
 6    Mrs. Pekarsky.                             01:54:44
 7        MS. PEKARSKY:  Thank you.               01:54:45
 8        MR. FRISCH:  I appreciate it.           01:54:45
 9        Ms. Omeish, you're up.                  01:54:47
10        MS. OMEISH:  Okay.                      01:54:51
11        I just experienced the slow             01:54:52
12    video myself.  All right.  So thank you    01:54:53
13    staff for the presentation.  With the      01:54:56
14    teacher recommendations piece, I'm         01:54:58
15    wondering if we can approximate some of    01:55:01
16    the information by looking at any kind     01:55:04
17    of data we have on this.  I do agree       01:55:07
18    with what Ms. Cohen said, that I don't     01:55:09
19    know it's exactly accurate -- an           01:55:11
20    accurate read of Dr. Plucker's research    01:55:13
21    to say we should eliminate it entirely,    01:55:14
22    but I am concerned about the equity and    01:55:16
23    proportions.                               01:55:18
24        So have you guys looked at              01:55:19
```

Page 121

```
 1    anything on how it's been used in the      01:55:20
 2    past, maybe more closely to see that       01:55:22
 3    there might be bias in that?               01:55:25
 4        DR. BRABRAND:  Marty, do you want       01:55:28
 5    to take that, and one of the things,       01:55:29
 6    Marty, in answering, is there a way, if    01:55:31
 7    we had a teacher recommendation, we can    01:55:34
 8    streamline the variability                 01:55:36
 9    for teachers that have experience          01:55:39
10    writing their one hundredth                01:55:41
11    recommendation, and that teacher who       01:55:42
12    may be for first time writing their        01:55:45
13    first or second recommendation for a       01:55:47
14    kid.                                       01:55:50
15        MR. SMITH:  So we've done some of       01:55:50
16    that with the teacher recommendation       01:55:51
17    process.  I know that the former office    01:55:53
18    of current evaluation did some of that     01:55:57
19    work to streamline the process, to look    01:56:00
20    at a point system, to take some of the     01:56:02
21    subjectivity out of the process, and we    01:56:05
22    can certainly look at ways to              01:56:08
23    streamline the process even more,          01:56:11
24    figure out the best way to get as much     01:56:14
```



Page 122

```
1    information about the student as          01:56:16
2    possible without getting no information   01:56:19
3    about a student, and also to think        01:56:21
4    about that workload for teachers.  And    01:56:23
5    that workload is a real thing for some    01:56:26
6    teachers, and I know that while           01:56:29
7    teachers can provide good information     01:56:32
8    on students, having worked in the         01:56:35
9    former cluster office, and having         01:56:37
10   worked very closely at Longfellow, I      01:56:39
11   know that teachers would often talk       01:56:44
12   about the additional workload of          01:56:46
13   teacher recommendations on top of         01:56:47
14   grading, teaching, etc.                   01:56:50
15          So we can take another look        01:56:52
16   at that through -- or see -- and          01:56:54
17   certainly through the TJ admissions       01:56:57
18   office if the board is interested in      01:57:00
19   bringing that teacher recommendation      01:57:02
20   back.                                     01:57:05
21          MS. OMEISH:  Yeah.                 01:57:05
22          I certainly am not pushing         01:57:05
23   in that direction.  I think it's a        01:57:07
24   question mark for me and just looking     01:57:08
```

Page 123

```
1    at, you know, what -- what does it look   01:57:10
2    like?  Especially for maybe identifying   01:57:14
3    those kids who otherwise wouldn't be      01:57:15
4    considered.  That's really where I'm      01:57:17
5    thinking it might beneficial.             01:57:19
6           A separate thing, I would          01:57:22
7    like to at least kind of have a           01:57:24
8    boldface confirmation that in the         01:57:26
9    multiple pathways approach, as I'm        01:57:27
10   going to call it, students won't know     01:57:29
11   how they've been selected.                01:57:32
12          MR. SMITH:  Yeah.                  01:57:35
13          Students will not know how         01:57:35
14   they've been selected.  That can be       01:57:37
15   boldfaced, and I can say that students    01:57:40
16   will not know.  Yes.                      01:57:43
17          MS. OMEISH:  Okay.                 01:57:47
18          And how -- have we given           01:57:48
19   thought to how we're going to avoid       01:57:50
20   students finding out, or having this      01:57:52
21   kind of negative externality on them      01:57:54
22   and how it impacts, you know, culture,    01:57:57
23   whatever.                                 01:57:59
24          MR. SMITH:  Well, and I can        01:58:02
```

Page 124

```
1    certainly -- and I don't want to keep     01:58:04
2    going back to Dr. Bona, but I believe     01:58:06
3    she being the expert on her school        01:58:09
4    culture and her students, can talk        01:58:11
5    about some of the things that students    01:58:14
6    discuss now in terms of the process.  I   01:58:17
7    know that as a former second grade        01:58:21
8    teacher, I was often the one who was on   01:58:22
9    the phone with parents and with           01:58:27
10   students when they didn't get the         01:58:28
11   invitation to the advanced academic       01:58:30
12   program.  And so certainly reaching out   01:58:33
13   to the school, school staff to talk       01:58:36
14   about ways they're currently supporting   01:58:39
15   students, but I can certainly let you     01:58:42
16   know that they wouldn't find out about    01:58:44
17   the particular entry into the school      01:58:47
18   from the TJ admissions office.  There     01:58:49
19   are current things that are proprietary   01:58:51
20   as far as what parents and students       01:58:53
21   would like to learn more about and        01:58:55
22   we've been a very good job that           01:58:58
23   ensuring we don't share that              01:59:00
24   information with students and families.   01:59:01
```

Page 125

```
1           MS. OMEISH:  Did Dr. B want to     01:59:08
2    weigh in, or --                           01:59:12
3           DR. BRABRAND:  Dr. Bona, did you   01:59:13
4    want Ann to share some things about --    01:59:16
5           MS. OMEISH:  Marty just --         01:59:20
6           DR. BRABRAND:  Yeah.               01:59:22
7           Ann, do you want to share a        01:59:22
8    little bit?                               01:59:27
9           DR. BONITATIBUS:  Sure.            01:59:27
10          I was listening, and I want        01:59:28
11   to make sure I'm sharing the right part   01:59:29
12   you want me to share.                     01:59:31
13          Can you just restate that?         01:59:33
14          MS. OMEISH:  Yeah, yeah.  No       01:59:35
15   worries.                                  01:59:36
16          The next question is for you       01:59:37
17   anyway, but this one was about ensuring   01:59:38
18   that students don't find out or ways      01:59:42
19   we're going to mitigate as a system       01:59:44
20   having, you know, different labels or     01:59:46
21   whatever, and how students were chosen,   01:59:49
22   should we go with the multiple pathways   01:59:51
23   approach.                                 01:59:55
24          DR. BONITATIBUS:  Oh, yeah.        01:59:56
```

32 (Pages 122 to 125)



Page 126

| | | |
|---|---|---|
| 1 | Absolutely.  You know, we're very, very | 01:59:56 |
| 2 | sensitive to the fact that it maybe | 02:00:01 |
| 3 | developmentally a characteristic or | 02:00:05 |
| 4 | behavior for teenagers to sort and | 02:00:08 |
| 5 | select and be able to say you got in | 02:00:10 |
| 6 | for this reason, or you were part of a | 02:00:13 |
| 7 | quota.  That is already something that | 02:00:15 |
| 8 | can happen in any high school USA. | 02:00:17 |
| 9 | However, I would say one of the things | 02:00:20 |
| 10 | we have to do at TJ is to be very | 02:00:22 |
| 11 | explicit about that narrative, or that | 02:00:25 |
| 12 | mindset to not even be part of our | 02:00:29 |
| 13 | culture or our thinking.  And I am very | 02:00:31 |
| 14 | proud that overall, our students are | 02:00:35 |
| 15 | very accepting.  They don't -- you | 02:00:38 |
| 16 | know -- they're not questioning how the | 02:00:40 |
| 17 | classmate next to them got into the | 02:00:41 |
| 18 | school.  And we also want to provide | 02:00:47 |
| 19 | opportunity for all students in that | 02:00:49 |
| 20 | summer before entering TJ to kind of | 02:00:52 |
| 21 | find a place if they want within our | 02:00:56 |
| 22 | school. | 02:00:59 |
| 23 | In normal times, I would say | 02:01:00 |
| 24 | there would be opportunities for | 02:01:02 |

Page 127

| | | |
|---|---|---|
| 1 | touring the school, getting to know | 02:01:04 |
| 2 | students, getting to know staff during | 02:01:06 |
| 3 | the summer months.  But one of the | 02:01:07 |
| 4 | things we found during last summer, we | 02:01:10 |
| 5 | created enrichment opportunities for | 02:01:13 |
| 6 | students where they were noncredit | 02:01:16 |
| 7 | bearing, did not have an impact on a | 02:01:18 |
| 8 | pathway of getting them on the right | 02:01:22 |
| 9 | track so they could accelerate through | 02:01:23 |
| 10 | TJ as quickly as possible.  It was more | 02:01:25 |
| 11 | about getting to know each other and | 02:01:27 |
| 12 | building a community.  And I would say | 02:01:28 |
| 13 | that our freshman (inaudible) program | 02:01:32 |
| 14 | does that extremely well.  And I've | 02:01:34 |
| 15 | already been talking to our division | 02:01:36 |
| 16 | leaders this year about preparing our | 02:01:40 |
| 17 | summer program specifically with this | 02:01:42 |
| 18 | year's incoming freshman class in mind. | 02:01:45 |
| 19 | Because it maybe larger than we're used | 02:01:47 |
| 20 | to from the past, there maybe students | 02:01:50 |
| 21 | coming to us from places they have not | 02:01:52 |
| 22 | traditionally come to us, and we want | 02:01:55 |
| 23 | to make sure they're all feeling | 02:01:57 |
| 24 | welcome in our school.  So those | 02:01:59 |

Page 128

| | | |
|---|---|---|
| 1 | conversations are already happening, | 02:02:01 |
| 2 | and we're in tune with that. | 02:02:03 |
| 3 | Thank you. | 02:02:04 |
| 4 | MS. OMEISH:  Yeah.  No, I | 02:02:05 |
| 5 | appreciate you highlighting that.  I | 02:02:06 |
| 6 | think we're going to want to be, | 02:02:07 |
| 7 | especially if we move forward with the | 02:02:09 |
| 8 | multiple pathways intentional, given | 02:02:10 |
| 9 | that the past has been a single | 02:02:13 |
| 10 | pathway, right?  Everyone has gone | 02:02:14 |
| 11 | through the same standard.  And this | 02:02:16 |
| 12 | one we're going to have everyone go | 02:02:18 |
| 13 | through the same standard, but in | 02:02:20 |
| 14 | different ways.  So we don't know how | 02:02:21 |
| 15 | students might take that, so I just | 02:02:23 |
| 16 | want to make sure we're, again, | 02:02:27 |
| 17 | intentional about how we approach it. | 02:02:28 |
| 18 | The second -- the other | 02:02:31 |
| 19 | question for you, Dr. Bona, so there's | 02:02:32 |
| 20 | been this kind of concern based on an | 02:02:35 |
| 21 | implicit assumption of what might | 02:02:38 |
| 22 | happen with rethinking merit or | 02:02:39 |
| 23 | misunderstandings about meritocratic | 02:02:42 |
| 24 | nature and what it is, what it's not. | 02:02:44 |

Page 129

| | | |
|---|---|---|
| 1 | Do you have concerns given | 02:02:48 |
| 2 | the merit threshold in place right now | 02:02:49 |
| 3 | for both proposals that the need for | 02:02:51 |
| 4 | remedial support would be notably | 02:02:55 |
| 5 | different?  You know, there's -- | 02:02:58 |
| 6 | there's been a sense that somehow | 02:02:59 |
| 7 | there's going to be an issue.  But I'd | 02:03:02 |
| 8 | like to hear your take. | 02:03:04 |
| 9 | DR. BONITATIBUS:  Sure. | 02:03:06 |
| 10 | I'd like to reiterate that a | 02:03:07 |
| 11 | shift in demographics does not equate | 02:03:08 |
| 12 | or mean there's a shift in talent.  And | 02:03:12 |
| 13 | to me, that is a compelling narrative | 02:03:16 |
| 14 | for all of us to realize because | 02:03:19 |
| 15 | there's so much talent within FCPS, and | 02:03:22 |
| 16 | when all things are equal, when | 02:03:24 |
| 17 | students are meeting those thresholds | 02:03:27 |
| 18 | for Algebra for a GPA requirement, the | 02:03:30 |
| 19 | love that they would have for STEM, | 02:03:35 |
| 20 | then we know that we're going to be | 02:03:38 |
| 21 | able to meet those students where they | 02:03:40 |
| 22 | are, take them to where they would like | 02:03:42 |
| 23 | to go.  And -- and I get concerned when | 02:03:46 |
| 24 | I hear people talking about remediation | 02:03:48 |

33 (Pages 126 to 129)



Page 130

```
1    of -- at TJ because sometimes people      02:03:54
2    are thinking that you have to be here     02:03:58
3    to enter TJ. That there's some kind of    02:04:00
4    special redness that a student has to      02:04:03
5    already have to possess, that it's         02:04:06
6    above and beyond everything else. But      02:04:07
7    that's not what our entrance standards     02:04:09
8    say. And so the -- when we know that       02:04:14
9    our students need -- our goal is that      02:04:16
10   our students graduate with an honors      02:04:18
11   diploma, that they complete calculus by  02:04:19
12   their senior year. Any students           02:04:22
13   meeting those trends that are in either   02:04:24
14   of the proposals that you have right      02:04:27
15   now, will be able to meet those           02:04:29
16   graduation requirements for TJ. And       02:04:32
17   it's our job to get the students there.   02:04:34
18        MS. OMEISH: And can you speak to     02:04:39
19   your assessment maybe the quality of      02:04:40
20   the standard of the school and how it's   02:04:42
21   reflective of that as well, whether       02:04:44
22   that will anticipate an impact?           02:04:47
23        DR. BONITATIBUS: We already          02:04:52
24   have -- I would say -- you know, tiered   02:04:54
```

Page 131

```
1    approaches of readiness when students     02:04:58
2    are coming in, and so I would imagine     02:05:01
3    that those same kinds of efforts that     02:05:04
4    our teachers are taking to bring the      02:05:06
5    students in, find where they are, and     02:05:09
6    then provide their appropriate supports   02:05:12
7    in multiple (inaudible) will continue     02:05:16
8    to exist. We have to remember that at     02:05:18
9    TJ, we have the minimum 3.0 grade point   02:05:20
10   requirement to stay in TJ. Actually, I   02:05:25
11   think I've shared with the board before  02:05:29
12   and the public, that as long as a         02:05:30
13   student is working earnestly, they're     02:05:32
14   happy at TJ, their parents are happy,     02:05:34
15   we have an academic plan in place, if     02:05:37
16   that student has a 2.8 or 2.9, they're    02:05:39
17   going to remain at TJ. Over the past      02:05:42
18   three years since I've been at the        02:05:44
19   school, your recidivism rate has gone     02:05:45
20   up. We have not been losing students      02:05:48
21   because of the efforts to welcome all     02:05:51
22   of our students and to work with them     02:05:53
23   one on one.                               02:05:58
24        MR. FRISCH: Ms. Omeish, I'll         02:05:59
```

Page 132

```
1    give you another fifteen seconds, since   02:05:59
2    the team -- your clock went over into     02:06:01
3    the speaker's time.                       02:06:03
4        MS. OMEISH: Yeah. I was               02:06:04
5    wondering what happened there. The        02:06:05
6    final question I'll ask now is for        02:06:08
7    staff regarding how we're going to        02:06:09
8    monitor afterwards. What is that plan,    02:06:11
9    you know, as we review so we can          02:06:14
10   recalibrate or revisit based on the      02:06:15
11   results.                                  02:06:19
12        And of course, go back.              02:06:20
13   I'll have a go back.                       02:06:22
14        DR. BRABRAND: Marty, you want        02:06:25
15   to?                                        02:06:25
16        DR. BONITATIBUS: Are you talking     02:06:26
17   about the ongoing monitoring?             02:06:27
18        MS. OMEISH: Sorry.                   02:06:29
19        Moving forward. So we're             02:06:30
20   changing the plan now. We're going to    02:06:31
21   have to continue to revisit, right? To   02:06:33
22   make sure it's successful in implanting  02:06:35
23   it?                                        02:06:38
24        DR. BRABRAND: So we would look      02:06:39
```

Page 133

```
1    at some of those metics and the data      02:06:39
2    points that we shared with the board in   02:06:42
3    the slide, in the report and, certainly   02:06:44
4    prepare information. Again, the board     02:06:47
5    would receive the annual report of        02:06:50
6    students admitted into the freshman       02:06:54
7    class based on demographics, so that      02:06:56
8    would be the first step. Looking at       02:06:58
9    the feedback from parent surveys,         02:07:00
10   student engagement survey, parent        02:07:02
11   engagement survey, and then developing   02:07:05
12   those two new metrics around students     02:07:07
13   who perhaps see themselves and parents    02:07:11
14   who see their child at the school.        02:07:13
15        So those are the pieces              02:07:16
16   we're essentially working to develop.     02:07:17
17   Pulling that information together for a   02:07:19
18   report to the board early in the fall     02:07:22
19   would be good if -- end of summer might   02:07:25
20   be pushing a bit, but at least early in  02:07:29
21   the fall, so that if you're going to      02:07:31
22   make any changes or enhancements to the   02:07:33
23   program, we can do that sooner than       02:07:36
24   later. So that we can in good stead       02:07:39
```



**Page 134**

for the admissions process in begin in November to December.

MS. OMEISH: Thanks.

MR. SMITH: And while all of that is very systematic, I know as Ms. Pekarsky said, we would also be looking at that anecdotal, working very closely with the school, very closely with the region office, I'm sure that our equity office would be very highly engaged in the getting feedback. We can do focus groups, we can do a lot to engage students and families after this very momentous change to the process.

MR. FRISCH: Thank you.

Up next we have Ms. Sizemore Heizer.

MS. SIZEMORE HEIZER: Thank you. Thank you. The video is going very slow. I happen to agree with my colleagues (inaudible).

MR. FRISCH: Your mic is a bit --

MS. SIZEMORE HEIZER: Can you hear me?

**Page 135**

MR. FRISCH: It's the same. Maybe try it with your camera off.

MS. SIZEMORE HEIZER: Yeah, I'll try that.

Is that better?

MR. FRISCH: Not at all. Sorry.

MS. SIZEMORE HEIZER: (Inaudible) my phone. That seemed to work last time, so I will do that (inaudible) if that's okay.

MR. FRISCH: Okay.

Mrs. Derenak Kaufax?

MS. DERENAK KAUFAX: Yes. Thank you. So as I have stated many times during many years, TJ is simply one data point that highlights the fact there's an imbalance in your system, there's an imbalance in academic offerings and academic achievement and equity across FCPS, and we have to take responsibility for that as well as the pipeline. There have been many systemic issues. I brought those up on the October 22nd work session, where my

**Page 136**

colleagues supported my amendments, and while I appreciate the many attempts that have been made through the years, what we have before us today is to open opportunities for more students, but my frustration continues to lie in the fact that until we make changes regionally, analyzing, comparing and ensuring equity in our math and science curriculum in all elementary schools and providing an analysis of systemics extracurriculars and ensuring accountability be it the RAZ, be it Mark Greenfelder's office, or division -- of another division of instructional services, I believe this has to be done in parallel.

So Dr. Brabrand, my first question is to you. What can we do to ensure that this will happen? Will there be some kind of look to see at what's -- are the impediments to the numbers, where we are, and what do our -- what do our STEM and science and

**Page 137**

math curriculum looks like? And how can we start to change that, my first question.

DR. BRABRAND: Sure. Thanks, Ms. Derenak Kaufax. I'm going to let Dr. (inaudible) make a few remarks. I totally agree, you know, I referenced your -- your October piece just a few minutes ago, actually. Because it is a great road map that the board supports the pipeline, needs to be addressed, curriculum in every school needs to be addressed, that their standards of teaching and instruction are the same teaching standards across the county schools. You had your finger on the pulse that we got to be sure that's the reality because that's not the perception in many communities, and it's not your perception either as a board member. I mean, I think that's honest feedback you've given -- you've given me.

MS. DERENAK KAUFAX: I have.

35 (Pages 134 to 137)



Page 138

```
1       But it's not my perception.        02:11:28
2   It's my reality.  You can tell it by    02:11:29
3   the data points, and how many people    02:11:31
4   get in from schools in my area, and I   02:11:32
5   don't think it's necessarily some of    02:11:36
6   these tweaking issues we're going to    02:11:37
7   do, and we've had long conversations    02:11:39
8   about --                                02:11:40
9       DR. BRABRAND:  Yeah.  I will say    02:11:41
10  one thing I think the local norms that  02:11:42
11  we -- the board just agreed on last     02:11:45
12  week will help begin to enhance the     02:11:46
13  speed of talent development, the        02:11:50
14  addition of young scholars will be able 02:11:53
15  to do that work even earlier than       02:11:55
16  second grade.  Part of one of our new   02:11:57
17  areas, I think that Dr. Presidio can -- 02:12:00
18  and I'll let him speak more.  We're     02:12:01
19  going to have to focus on that preK-2   02:12:03
20  at a much deeper level than we have     02:12:07
21  ever.  We started making the            02:12:10
22  assessments at second grade, first and  02:12:11
23  second.  And that's so early in the     02:12:14
24  development of a child to be making     02:12:17
```

Page 139

```
1   those, but we're going to have to       02:12:20
2   double down on those opportunities as   02:12:22
3   of the first years of school and stick  02:12:24
4   with them throughout.                   02:12:26
5       Dr. Presidio, is there other       02:12:27
6   things you'd like to share as well from 02:12:29
7   Ms. Derenak Kaufax's comments?          02:12:31
8       DR. PRESIDIO:  Sure.               02:12:34
9       Just real briefly, I would         02:12:35
10  say we actually started a deep dive as  02:12:37
11  a leadership team on the question of    02:12:40
12  advanced math last year, and made some  02:12:42
13  pretty good progress in terms of the    02:12:45
14  equity of access of opportunities.  But 02:12:48
15  we still have a lot of work to do, and  02:12:51
16  this year's you know, focus on          02:12:52
17  virtual -- successful virtual learning, 02:12:55
18  obviously interrupted that work.  But   02:12:57
19  we are working on a plan that will have 02:13:00
20  us ensure that we have equity of access 02:13:04
21  and opportunity, as you said, Ms.       02:13:06
22  Derenak Kaufax, of math offerings,      02:13:08
23  that's part of our AAP plan, equity     02:13:11
24  plan as Dr. Brabrand mentioned.  The    02:13:14
```

Page 140

```
1   local norms will expand access.  So     02:13:17
2   that work last week by the board is the 02:13:19
3   huge step in the right direction.  And  02:13:22
4   we also have a plan to implement local  02:13:25
5   level floor programs in the remaining   02:13:29
6   approximately 40 elementary schools     02:13:32
7   that do not have a local level floor    02:13:34
8   plan.  And that is in the strategic     02:13:38
9   plan and we have a three year timeline  02:13:39
10  to get that completed.  And all of that 02:13:41
11  is related to ensuring we have equity   02:13:45
12  of access to advanced math course       02:13:48
13  offerings.                              02:13:50
14      You also mentioned STEM.           02:13:50
15  And I would point out that we have some 02:13:52
16  really innovative STEM programming and  02:13:55
17  a lot of central office support in      02:13:59
18  terms of the curriculum materials,      02:14:01
19  resources, and professional development 02:14:02
20  that's offered.  But that is not a      02:14:04
21  funded program, and it is not a         02:14:06
22  required program in Fairfax.  So it is  02:14:08
23  something that schools have the         02:14:11
24  discretion to determine if they're able 02:14:13
```

Page 141

```
1   to staff it with their local resources. 02:14:16
2   So that would be another area where we  02:14:19
3   need to have some future discussion     02:14:21
4   with the board related to program       02:14:23
5   expansion.                              02:14:26
6       MS. DERENAK KAUFAX:  All right.    02:14:30
7       Thank you.  So regarding           02:14:32
8   where we are today, I want to start     02:14:33
9   with our approach.  The fact that we    02:14:35
10  haven't had a public hearing on this, I 02:14:38
11  feel is a mistake.  And Dr. Brabrand, I 02:14:41
12  have a question for you on your         02:14:44
13  timeline.  Is it flexibility or can we  02:14:45
14  revisit the decision -- the next        02:14:50
15  Thursday's meeting, and have a public   02:14:51
16  hearing in January and then allow for   02:14:53
17  more time in decision making into       02:14:56
18  January?                                02:14:59
19      DR. BRABRAND:  We're on a          02:15:00
20  pretty -- pretty tight timeline, Mr.    02:15:01
21  Smith and Mr. Shugart -- we're pretty   02:15:04
22  up to the wall.  Do you have what would 02:15:07
23  be the very latest date?  I recall the  02:15:10
24  17th was getting pretty doggone close.  02:15:13
```

36 (Pages 138 to 141)



Page 142

```
1    Mr. Smith?                          02:15:16
2       MR. SMITH:  That was it, Dr.     02:15:17
3    Brabrand, and I'm using no camera   02:15:19
4    because I have a slow connection today. 02:15:21
5    We run into issues around ensuring we 02:15:25
6    have the right individuals in place as 02:15:28
7    part of the selection process, that we 02:15:31
8    the right training in place for those 02:15:34
9    individuals would be part of the    02:15:35
10   process, getting information out to  02:15:37
11   families, going through that         02:15:40
12   information, remembering that there are 02:15:41
13   only a few individuals in the TJ     02:15:44
14   admissions office.  We are normally  02:15:46
15   well beyond and through a particular 02:15:49
16   point at this normal time of year as 02:15:52
17   part of the process, and so we'll be 02:15:56
18   working very hard now to ensure that we 02:15:58
19   have students seated by the end of the 02:16:00
20   year.                                02:16:06
21      MS. DERENAK KAUFAX:  So no        02:16:07
22   flexibility you're saying at this point 02:16:07
23   for a public hearing of any sort?    02:16:09
24      MR. SMITH:  So -- so in terms of  02:16:14
```

Page 143

```
1    the timing, I think that it would be 02:16:15
2    difficult for us to not have the vote 02:16:17
3    on the 17th.  I'm not saying there   02:16:19
4    couldn't possibly be a public hearing, 02:16:22
5    but there would be no time for -- at  02:16:24
6    least for us to move forward beyond   02:16:26
7    January -- I'm sorry -- beyond December 02:16:30
8    to actually get a class seated.       02:16:33
9       MS. DERENAK KAUFAX:  Okay.        02:16:38
10      I'm going to work offline          02:16:39
11   just to understand that a little bit  02:16:40
12   better.  I am for reinstating teacher 02:16:45
13   recommendations, but this has to be   02:16:47
14   tightly standardized with a rubric, and 02:16:51
15   I'm wondering if you had talked about 02:16:55
16   that?  I have many, many, many        02:16:57
17   antidotal stories through the years of 02:17:01
18   how teachers in one county -- one part 02:17:03
19   of the county are much more adept.  In 02:17:06
20   fact, teachers that are really -- may 02:17:08
21   have never been asked to write a TJ   02:17:11
22   recommendation, and where do they     02:17:13
23   begin?  So I see this as both ways,    02:17:14
24   right?  There is that situation, which 02:17:18
```

Page 144

```
1    is -- which is not equitable.  Because 02:17:22
2    it's -- it's asking a professional to 02:17:25
3    write something who is then dept at   02:17:28
4    this, and does it, and somebody who is 02:17:30
5    coming in from the outside, who might 02:17:32
6    have never done it.  It's certainly not 02:17:34
7    going to be the same recommendation.  02:17:36
8    But I also see the merit in having the 02:17:38
9    recommendation for those kids whose   02:17:43
10   families may not understand what a big 02:17:46
11   deal this is, or may not even see their 02:17:48
12   own kid's potential.                  02:17:50
13      So have you talked about the        02:17:53
14   rubric, would you construct one fairly 02:17:54
15   quickly?  Because I think the          02:17:57
16   recommendation, if reinstated must be 02:17:59
17   standardized and must be tight.       02:18:02
18      MR. SMITH:  So I'll let Jeremy     02:18:05
19   talk about the recommendation process 02:18:07
20   because there is a standardization to 02:18:09
21   it now.  But Jeremy can you speak a   02:18:11
22   little bit more about it?             02:18:12
23      MR. SHUGHART:  Sure.               02:18:17
24      So the teacher                     02:18:18
```

Page 145

```
1    recommendations has been a part of the 02:18:18
2    application process for many years, and 02:18:21
3    we do have an evaluation tool in place 02:18:24
4    to be able to go through that process 02:18:27
5    and look at it.  Our teacher          02:18:28
6    recommendation currently is a multipart 02:18:30
7    recommendation, so there are          02:18:33
8    questions -- it's kind of I would say 02:18:36
9    at a very high level, it's a          02:18:38
10   questionnaire where the teachers      02:18:40
11   respond to a series of questions about 02:18:42
12   the individual student's academic,    02:18:45
13   along with the actual written portion. 02:18:48
14   So there's very specific written      02:18:51
15   questions they write to, along with an 02:18:52
16   open free response, and I know many   02:18:54
17   years ago prior to me being in the    02:18:57
18   office, there was a way in terms of   02:19:00
19   even more standardization.  I think in 02:19:04
20   terms of what Ms. Derenak Kaufax what 02:19:06
21   you're talking about in terms of the  02:19:09
22   summary briefs and pieces that go along 02:19:11
23   with that.  And I do believe we can go 02:19:13
24   back and reconnect on those really    02:19:15
```



Page 146

```
 1   quickly and be able to look at the        02:19:17
 2   pieces we currently have in place and     02:19:20
 3   how we can modify those and make that     02:19:22
 4   sure those can work if we were to         02:19:25
 5   re-implement a teacher recommendation     02:19:28
 6   into the process.                         02:19:30
 7       MS. DERENAK KAUFAX:  Okay.            02:19:33
 8       MR. SHUGHART:  To add to that,        02:19:34
 9   that teacher recommendation form and      02:19:36
10   process was something that was worked     02:19:39
11   on.  The program -- well, it's            02:19:42
12   currently (inaudible).  So we certainly   02:19:44
13   can work with them to, you know, kind     02:19:47
14   of look at that all over again, and       02:19:49
15   make sure that we're where we need to     02:19:51
16   be, so that that way it's not providing   02:19:54
17   biases or intentional biases within       02:19:58
18   that office.                              02:20:00
19       MS. DERENAK KAUFAX:  So I will        02:20:03
20   put that as a next step you can provide   02:20:03
21   us something in draft at the very least   02:20:07
22   if we're going to change that for -- if   02:20:09
23   next Thursday's vote remains the same.    02:20:14
24       So right now, I do                    02:20:16
```

Page 147

```
 1   appreciate the more -- at this point --   02:20:20
 2   the holistic review pathway with          02:20:22
 3   regions.                                  02:20:25
 4       And please put me on a go             02:20:26
 5   back, as I have a few more questions.     02:20:27
 6       MR. FRISCH:  (Inaudible).
 7       MS. OMEISH:  Muted, Carl.             02:20:34
 8       MR. FRISCH:  I had to do it at        02:20:37
 9   least once.                               02:20:39
10       The only other person before          02:20:40
11   me would be Ms. Meren, do you want to     02:20:42
12   take a turn here?                         02:20:45
13       MS. SIZEMORE HEIZER:  Mr. Frisch,     02:20:46
14   I haven't spoken yet, Ms. Sizemore       02:20:47
15   Heizer.                                   02:20:48
16       MR. FRISCH:  Oh, right.  I            02:20:49
17   forgot.                                   02:20:49
18       You're joining us by                  02:20:50
19   telephone.                                02:20:52
20       MS. SIZEMORE HEIZER:  I'm on my       02:20:53
21   cellphone.                                02:20:54
22       MR. FRISCH:  Ms. Sizemore Heizer.     02:20:55
23       MS. SIZEMORE HEIZER:  Thanks.         02:20:58
24   Thank you.  I appreciate you can          02:20:58
```

Page 148

```
 1   actually see my video because I'm using   02:21:00
 2   two different pieces of technology, so     02:21:01
 3   appropriate for a STEM conversation.      02:21:04
 4   So anyway -- so thank you.  Thanks for    02:21:06
 5   all my colleagues comments.  I wouldn't   02:21:09
 6   repeat what people have said, but I       02:21:11
 7   wanted to put in a strong plug for both   02:21:12
 8   the minimum caps.  I think Ms. Cohen      02:21:15
 9   said it well.  We don't want to          02:21:17
10   unintentionally hurt anybody for whom     02:21:19
11   this has been their dream, but we want    02:21:21
12   make sure we, you know, include a         02:21:23
13   diverse population who have an aptitude   02:21:26
14   and passion for STEM, so I think that     02:21:28
15   is a great start.                         02:21:29
16       Teacher recommendations, I            02:21:31
17   also wanted to put something out there    02:21:32
18   that I think is very important.  I        02:21:33
19   understand there is a variance across     02:21:35
20   the county and some of that maybe         02:21:37
21   addressed by both training and really     02:21:38
22   using of the data point, but I want to    02:21:42
23   point out that I think teacher            02:21:43
24   recommendations for kids who may not as   02:21:45
```

Page 149

```
 1   easily qualify through problem solving    02:21:47
 2   essays and (inaudible) but have that      02:21:49
 3   aptitude and passion for -- I'm talking   02:21:51
 4   specifically about our choice             02:21:53
 5   exceptional kids.  My kiddo is choice     02:21:54
 6   exceptional in music, but if you had to   02:21:57
 7   put him through a problem solving essay   02:21:58
 8   and a student information sheet with      02:22:00
 9   his language difficulties, he would       02:22:02
10   never qualify even though he's a school   02:22:04
11   savant.  I think we need to be really     02:22:05
12   careful to keep in mind that students     02:22:07
13   with disabilities are also               02:22:09
14   underrepresented, and we want to make     02:22:11
15   sure we have a process where they can     02:22:12
16   be identified.  So I think teacher        02:22:14
17   recommendations are super important       02:22:15
18   there.                                    02:22:18
19       In terms of -- I agree very           02:22:18
20   wholehearted with Ms. Derenak Kaufax     02:22:21
21   about needing to build a pipeline.        02:22:23
22   I've said before TJ is a symptom and      02:22:24
23   not a problem, and while we need to       02:22:26
24   address the symptom, we need to fix the   02:22:28
```

38 (Pages 146 to 149)



|  | Page 150 |
|---|---|
| 1 | problem. I also have concerns about |
| 2 | our accountability metrics, and I'd |
| 3 | like to speak to those briefly before I |
| 4 | go onto my other concerns. I think |
| 5 | it's very important to measure our |
| 6 | caring culture, and make sure all of |
| 7 | our students are accepted and welcomed |
| 8 | at TJ, but and I also think we're |
| 9 | making two fairly drastic changes to |
| 10 | our admissions policy. We're drafting |
| 11 | the test and we're adding regional |
| 12 | pathways, and we need to measure the |
| 13 | effective vote, and we need to also |
| 14 | make sure that our students are not |
| 15 | just welcomed at TJ, but really |
| 16 | thriving at TJ. It's not just about |
| 17 | admissions, it's about success. So I |
| 18 | really would love to see as a next |
| 19 | steep, and I send a message regarding |
| 20 | retention, regarding consistent and |
| 21 | equivalent to the diversity makeup of |
| 22 | the school, TJ, utilization of the most |
| 23 | advanced classes and labs at TJ. |
| 24 | Because my goal is to make sure that |

Page 150 times: 02:22:31, 02:22:34, 02:22:35, 02:22:37, 02:22:40, 02:22:41, 02:22:43, 02:22:45, 02:22:47, 02:22:50, 02:22:52, 02:22:53, 02:22:56, 02:22:57, 02:22:59, 02:23:00, 02:23:02, 02:23:05, 02:23:07, 02:23:10, 02:23:12, 02:23:14, 02:23:17, 02:23:20

|  | Page 151 |
|---|---|
| 1 | our diverse population does not just |
| 2 | have access at TJ, but really thrive in |
| 3 | TJ and can access and learn and benefit |
| 4 | from all the amazing things TJ has to |
| 5 | offer. |
| 6 | So I'd like to put that out |
| 7 | there that I think it's a really |
| 8 | important metric to measure what we |
| 9 | have done. I also have questions |
| 10 | regarding the problem solving essay and |
| 11 | the student information sheet |
| 12 | specifically that it's looking to |
| 13 | measure the portrait of a graduate's |
| 14 | skills. My concern is while the skills |
| 15 | are very important for all of our |
| 16 | students, including TJ students, there |
| 17 | seems to be a deemphasis on STEM |
| 18 | skills, and since this is a STEM |
| 19 | focused school, can someone talk to me |
| 20 | a little bit more about the STEM |
| 21 | skills. Even a problem solving essay, |
| 22 | seems to be as much about writing as it |
| 23 | is about the STEM (inaudible). |
| 24 | So (inaudible). Look at |

Page 151 times: 02:23:23, 02:23:24, 02:23:28, 02:23:31, 02:23:34, 02:23:35, 02:23:36, 02:23:37, 02:23:40, 02:23:41, 02:23:44, 02:23:46, 02:23:47, 02:23:49, 02:23:52, 02:23:54, 02:23:56, 02:23:59, 02:24:01, 02:24:03, 02:24:04, 02:24:06, 02:24:11, 02:24:13

|  | Page 152 |
|---|---|
| 1 | that. Perfect timing. I'll need a go |
| 2 | back, Mr. Frisch. |
| 3 | MR. FRISCH: Yup. I've got you. |
| 4 | MS. SIZEMORE HEIZER: Thank you. |
| 5 | MALE SPEAKER: Did you folks |
| 6 | catch that last question about STEM? |
| 7 | MR. SMITH: I'll let Jeremy talk |
| 8 | about the -- the student information |
| 9 | sheet, and how it elicits information |
| 10 | regarding STEM and a passion for |
| 11 | science, so Jeremy, can you talk a |
| 12 | little bit about that and knowing that |
| 13 | we're also developing other areas that |
| 14 | can use the foundational aspects of the |
| 15 | portrait of a graduate to get to that |
| 16 | passion for STEM and science. So |
| 17 | Jeremy? |
| 18 | MR. SHUGHART: Right. |
| 19 | So the intention there was |
| 20 | is that while it's -- it's the portrait |
| 21 | of a graduate in the 21st Century |
| 22 | skills. Those are grounded in the |
| 23 | importance of how that relates to the |
| 24 | STEM schools and being a student at TJ, |

Page 152 times: 02:24:15, 02:24:18, 02:24:19, 02:24:21, 02:24:22, 02:24:22, 02:24:26, 02:24:30, 02:24:31, 02:24:34, 02:24:37, 02:24:39, 02:24:42, 02:24:46, 02:24:50, 02:24:52, 02:24:55, 02:24:56, 02:24:56, 02:24:58, 02:25:00, 02:25:01, 02:25:04, 02:25:05

|  | Page 153 |
|---|---|
| 1 | and so those questions would be formed |
| 2 | and the student's responses would be |
| 3 | developed so that way they would be |
| 4 | eliciting the responses toward that |
| 5 | end. |
| 6 | Additionally, those are also |
| 7 | elements that are going to contribute |
| 8 | to ensuring that students are |
| 9 | successful or what we would believe |
| 10 | would contribute to identifying |
| 11 | successful students while they're at |
| 12 | TJ. The one piece about the problem |
| 13 | solving essay is not about writing. It |
| 14 | truly is about the ability to solve and |
| 15 | work through problem solving. At one |
| 16 | point in time years ago, it was more |
| 17 | about a persuasive essay in terms of |
| 18 | how you would write and respond to a |
| 19 | topic, but a number of years ago, we |
| 20 | transitioned to a problem solving |
| 21 | essay. The problem solving essay is a |
| 22 | math or science based problem with |
| 23 | multiple variables where the students |
| 24 | themselves have to solve the problem, |

Page 153 times: 02:25:09, 02:25:11, 02:25:14, 02:25:15, 02:25:19, 02:25:20, 02:25:21, 02:25:24, 02:25:25, 02:25:27, 02:25:29, 02:25:33, 02:25:35, 02:25:38, 02:25:41, 02:25:45, 02:25:48, 02:25:50, 02:25:53, 02:25:55, 02:25:57, 02:25:59, 02:26:01, 02:26:03



Page 154

| | | |
|---|---|---|
| 1 | provide a solution, along with | 02:26:05 |
| 2 | providing how they solved that problem. | 02:26:08 |
| 3 | So we're asking them multiple -- | 02:26:12 |
| 4 | multiple ways in which they're | 02:26:13 |
| 5 | answering the problem. One is they | 02:26:15 |
| 6 | need to provide a solution to the | 02:26:17 |
| 7 | problem. Did they come up with a | 02:26:19 |
| 8 | quote, unquote, answer. But the second | 02:26:20 |
| 9 | part of that is actually starting to | 02:26:23 |
| 10 | evaluate them in terms of their ability | 02:26:26 |
| 11 | to think through the problem. Did they | 02:26:28 |
| 12 | use, you know, different skills to be | 02:26:32 |
| 13 | able to go through this? Or did they | 02:26:33 |
| 14 | just use brute force. How are they | 02:26:35 |
| 15 | explaining that? It is in essay form | 02:26:36 |
| 16 | in terms of their response, so yes, | 02:26:39 |
| 17 | they're writing it out and sharing that | 02:26:41 |
| 18 | information with us. | 02:26:43 |
| 19 | But we're looking at -- because | 02:26:44 |
| 20 | it's a timed essay and it's in a proctored | 02:26:47 |
| 21 | environment, we're not looking for a | 02:26:50 |
| 22 | refined essay, per se. We're really | 02:26:51 |
| 23 | looking at what was their thought process. | 02:26:54 |
| 24 | How did they approach the problem? And | 02:26:56 |

Page 155

| | | |
|---|---|---|
| 1 | there are elements there that are really | 02:26:59 |
| 2 | about the science and math skills and | 02:27:02 |
| 3 | abilities within that problem solving | 02:27:04 |
| 4 | aspect. | 02:27:06 |
| 5 | MS. SIZEMORE HEIZER: I still | 02:27:07 |
| 6 | think they're writing their answer. | 02:27:07 |
| 7 | I'll explain more of my concern about | 02:27:09 |
| 8 | your answer on the go back. | 02:27:11 |
| 9 | MR. FRISCH: Go back. All right. | 02:27:12 |
| 10 | MR. SMITH: I'll add also, | 02:27:13 |
| 11 | Jeremy, for those students who may have | 02:27:15 |
| 12 | difficulty with writing and who may | 02:27:17 |
| 13 | have it noted in their IEPs, we do | 02:27:20 |
| 14 | follow accommodations that are written | 02:27:21 |
| 15 | within the IEPs and provide those | 02:27:24 |
| 16 | accommodations for all aspects of the | 02:27:25 |
| 17 | process. So a student wouldn't be | 02:27:28 |
| 18 | disadvantaged for writing as part of | 02:27:30 |
| 19 | the student information sheet or the | 02:27:34 |
| 20 | student profile. | 02:27:37 |
| 21 | MR. SHUGHART: Correct. | 02:27:38 |
| 22 | We do provide all | 02:27:38 |
| 23 | accommodations based upon their IEPs, | 02:27:40 |
| 24 | 504 plans or even for our English | 02:27:42 |

Page 156

| | | |
|---|---|---|
| 1 | language learner students that have | 02:27:44 |
| 2 | that as well, yes. | 02:27:45 |
| 3 | MR. FRISCH: All right. | 02:27:50 |
| 4 | Ms. Meren? | 02:27:50 |
| 5 | MS. MEREN: Yes. Thank you. | 02:27:53 |
| 6 | I've been listening to everything, and | 02:27:53 |
| 7 | just taking it all in. You know, I | 02:27:55 |
| 8 | agree with the ideas that are being | 02:27:59 |
| 9 | shared about, you know, caps and you | 02:28:01 |
| 10 | know, looking at minimum as opposed to | 02:28:03 |
| 11 | maximum or instead of a maximum. I | 02:28:06 |
| 12 | also agree with what's been said about | 02:28:09 |
| 13 | looking at a level more granular than | 02:28:12 |
| 14 | the regions, looking at those pipelines | 02:28:17 |
| 15 | per school. | 02:28:18 |
| 16 | Another thought that I'm | 02:28:19 |
| 17 | having is, you know, do have other | 02:28:22 |
| 18 | magnet schools in FCPS, none are as -- | 02:28:24 |
| 19 | seems to have as much competition as | 02:28:30 |
| 20 | TJ, but there are the art schools and | 02:28:32 |
| 21 | (inaudible) Hunter Mill, so I think -- | 02:28:36 |
| 22 | I'm just also thinking are the policies | 02:28:38 |
| 23 | and practices we're putting in place | 02:28:40 |
| 24 | here, do they dovetail with those other | 02:28:43 |

Page 157

| | | |
|---|---|---|
| 1 | practices? Although, I know TJ is a | 02:28:46 |
| 2 | different kind of animal in that way, | 02:28:49 |
| 3 | but I think as I listen to all of these | 02:28:51 |
| 4 | particulars, I still have this | 02:28:53 |
| 5 | unwavering sight on how do we create | 02:28:56 |
| 6 | more access for the most students in | 02:28:59 |
| 7 | this public school system? TJ is | 02:29:02 |
| 8 | something very special, but everyone | 02:29:06 |
| 9 | should have the chance to go for it, so | 02:29:08 |
| 10 | I agree with the conversations. It's | 02:29:10 |
| 11 | not just about the admissions. It's | 02:29:12 |
| 12 | the must more holistic approach. | 02:29:15 |
| 13 | So, you know, I just | 02:29:18 |
| 14 | continue to listen to all the | 02:29:19 |
| 15 | conversations and the details, but I'm | 02:29:20 |
| 16 | eager to get back up to that policy | 02:29:23 |
| 17 | level discussion that the board has and | 02:29:25 |
| 18 | what we're trying to say with our | 02:29:28 |
| 19 | decision. And then there are always | 02:29:29 |
| 20 | going to be things, you know, details | 02:29:32 |
| 21 | to worry about and figure out, but I'm | 02:29:34 |
| 22 | egger for us to figure out what the | 02:29:37 |
| 23 | board is -- is going to be | 02:29:38 |
| 24 | demonstrating with our decision. Thank | 02:29:41 |



Page 158

```
 1    you.                              02:29:45
 2         MR. FRISCH:  Thank you, Ms.   02:29:45
 3    Meren.                            02:29:46
 4         All right.  It is now my     02:29:46
 5    turn, so we're going to go ahead and 02:29:48
 6    pass the megaphone of the meeting onto 02:29:50
 7    Ms. Omeish.  Ms. Omeish, do you want to 02:29:52
 8    take over?                        02:29:54
 9         MS. OMEISH:  Well, here I am.  So 02:29:57
10    thank you, Mr. Frisch.            02:29:58
11         MR. FRISCH:  Okay.  Thank you.  02:30:01
12         MS. OMEISH:  No, no.  Thank you.  02:30:02
13         Okay, folks.  So time check,  02:30:04
14    we're at 4:30.  So realistically, with 02:30:05
15    go backs right now we're going to  02:30:08
16    need -- if we want to do a reasonable 02:30:11
17    amount of time for go backs, we might 02:30:15
18    have to consider two options, so I'm 02:30:16
19    going to pose a quick poll to the  02:30:17
20    board, and see how we want to proceed. 02:30:20
21    We have option one, which is to have 02:30:22
22    ninety-second go backs, but I'm going 02:30:26
23    to ask that we extend the meeting by 30 02:30:28
24    minutes to put us at 5:45.  Okay?   02:30:30
```

Page 159

```
 1    That's option 1.  Option 2, to keep us 02:30:33
 2    at 45 seconds, because that's the only 02:30:36
 3    realistic way we're going to end at the 02:30:38
 4    time we said, 5:15.  So, I'm going to 02:30:41
 5    ask if everyone can lower their hands, 02:30:46
 6    we have a list of folks who want to  02:30:47
 7    speak.                            02:30:50
 8         FEMALE SPEAKER:  Can I have a  02:30:50
 9    point of order?                   02:30:52
10         MR. FRISCH:  Yes.            02:30:53
11         MS. OMEISH:  Go ahead.       02:30:54
12         FEMALE SPEAKER:  Can we make it 02:30:55
13    two minutes?                      02:30:58
14         MR. FRISCH:  If I should just -- 02:31:00
15    do you mind?                      02:31:02
16         MS. OMEISH:  Go ahead.       02:31:04
17         MR. FRISCH:  So I haven't spoken 02:31:05
18    yet, and I fear that we're going to end 02:31:06
19    up at only having an hour for an -- so 02:31:08
20    far ten people want go backs.  I don't 02:31:13
21    think that we can do two minutes each 02:31:16
22    in an hour.  We just had three minutes 02:31:19
23    each and it took an hour and a half, 02:31:22
24    so --                            02:31:30
```

Page 160

```
 1         MS. MCLAUGHLIN:  Mr. Frisch, this 02:31:30
 2    is Megan McLaughlin.  May I suggest a 02:31:32
 3    variation on your concern, if I may? 02:31:34
 4         MR. FRISCH:  Yeah.           02:31:38
 5         MS. MCLAUGHLIN:  So part of the 02:31:39
 6    reason it takes up so much time is  02:31:40
 7    because we ask questions, and staff  02:31:41
 8    responds, and that is where that chews up 02:31:43
 9    time.  If we have our go backs at two 02:31:44
10    minutes and board members can choose to 02:31:47
11    ask staff within their two minutes or 02:31:49
12    we just get two minutes to share with 02:31:52
13    each other where we are right now.  02:31:54
14         MR. FRISCH:  Meaning it would be 02:31:56
15    total, not just your own time.    02:31:57
16         MS. MCLAUGHLIN:  Yes.        02:32:02
17         MS. OMEISH:  (Inaudible) as well. 02:32:03
18    Staff will be limited, but here is what 02:32:03
19    we can do.                        02:32:05
20         MR. FRISCH:  Ms. Omeish, what  02:32:07
21    Ms. McLaughlin is saying is that, you 02:32:09
22    know, if we each had two minutes total, 02:32:12
23    total meaning like answer my questions 02:32:16
24    in that two minutes as well.  But   02:32:18
```

Page 161

```
 1    that's it.  Then that way, if we want 02:32:20
 2    to use that time for speaking, or   02:32:22
 3    asking questions, we'd actually get  02:32:25
 4    more time that way.  I like that,   02:32:27
 5    frankly.                          02:32:29
 6         MS. MCLAUGHLIN:  Yeah.  Thank  02:32:32
 7    you.                              02:32:34
 8         MS. OMEISH:  (Inaudible).     02:32:34
 9         MR. FRISCH:  Before we get down 02:32:35
10    the road of everybody turning on their 02:32:36
11    mics to talk, Ms. Omeish, do you want 02:32:37
12    to do a poll for us?              02:32:39
13         MS. OMEISH:  Yeah.  I was going 02:32:42
14    to say maybe we -- let's separate this. 02:32:42
15    Because I think 2 minutes you'll you're 02:32:45
16    barely saying anything if staff have to 02:32:47
17    respond.  Just a thought.         02:32:48
18         Let's first ask if folks are  02:32:50
19    willing to extend, and then we can ask 02:32:52
20    about the time.  Okay?  So let's start, 02:32:54
21    vote number one, please put your hand 02:32:56
22    down if it's up.  Option A is to stay 02:32:58
23    on time right now, and we're going to 02:33:02
24    fit the time it's going to require,  02:33:04
```



Page 162

| | | |
|---|---|---|
| 1 | which this is probably 45 seconds. | 02:33:05 |
| 2 | Option B is to extend, and | 02:33:07 |
| 3 | we determine what that is.  So if you | 02:33:10 |
| 4 | are in favor of Option A to stay where | 02:33:14 |
| 5 | we're going to end at 5:15 with 45 | 02:33:16 |
| 6 | second go backs, raise your hand.  Okay | 02:33:19 |
| 7 | so that is five.  Please lower your | 02:33:29 |
| 8 | hands. | 02:33:36 |
| 9 | If you're in favor of B, to | 02:33:39 |
| 10 | extend, for an undetermined amount. | 02:33:40 |
| 11 | MS. MCLAUGHLIN:  No, no.  Until | 02:33:46 |
| 12 | 5:45.  We're extending until 5:45 as | 02:33:47 |
| 13 | the option. | 02:33:54 |
| 14 | MS. OMEISH:  You suggested | 02:33:54 |
| 15 | different time options, so if this | 02:33:56 |
| 16 | passes, we're going to decide between | 02:33:59 |
| 17 | those options. | 02:34:03 |
| 18 | MS. MCLAUGHLIN:  No. | 02:34:05 |
| 19 | Ms. Omeish, it was two | 02:34:05 |
| 20 | different end times.  One was 5:15, one | 02:34:07 |
| 21 | was 5:45.  How we then spend the time | 02:34:09 |
| 22 | is the second vote.  This is supposed | 02:34:11 |
| 23 | to be ended at 5:45.  A lot of us | 02:34:13 |
| 24 | having public meetings or doctors | 02:34:15 |

Page 163

| | | |
|---|---|---|
| 1 | appointments. | 02:34:17 |
| 2 | MS. OMEISH:  Yeah. | 02:34:18 |
| 3 | So based on your suggestion, | 02:34:18 |
| 4 | I left it indeterminate and we'll vote | 02:34:21 |
| 5 | on that part after this, as to whether | 02:34:22 |
| 6 | it's -- | 02:34:26 |
| 7 | MS. MCLAUGHLIN:  My suggestion | 02:34:26 |
| 8 | fits within 5:45.  It fits within 5:45. | 02:34:27 |
| 9 | MR. FRISCH:  We can talk about | 02:34:31 |
| 10 | this aspect of it until 5:45, if we | 02:34:32 |
| 11 | want. | 02:34:35 |
| 12 | MS. OMEISH:  Based on the hands, | 02:34:36 |
| 13 | we actually have to stay until 5:15, it | 02:34:37 |
| 14 | seems.  We have only three hands up | 02:34:42 |
| 15 | right now, and I saw four.  I think, so | 02:34:43 |
| 16 | the majority has. | 02:34:46 |
| 17 | MS. MCLAUGHLIN:  Ms. Omeish, I | 02:34:48 |
| 18 | was talking to you rather getting | 02:34:49 |
| 19 | clarity.  If I'm voting for the other | 02:34:50 |
| 20 | one -- is anybody else voting one way | 02:34:52 |
| 21 | or the other? | 02:34:55 |
| 22 | MS. OMEISH:  So either way, folks | 02:34:57 |
| 23 | are voting right now and the majority | 02:34:59 |
| 24 | are at 5:15, so I. | 02:35:01 |

Page 164

| | | |
|---|---|---|
| 1 | MS. KEYS-GAMARRA:  Point of | 02:35:05 |
| 2 | clarification, I was waiting for the | 02:35:05 |
| 3 | two minute overall to vote on.  Because | 02:35:08 |
| 4 | that's the reason I haven't voted, | 02:35:13 |
| 5 | so -- | 02:35:15 |
| 6 | MS. OMEISH:  Okay.  We'll do it | 02:35:15 |
| 7 | over.  Everybody lower your hands.  We | 02:35:17 |
| 8 | got to do this quickly because | 02:35:18 |
| 9 | otherwise, it defeats the purpose.  We | 02:35:19 |
| 10 | have Option A, we're going to stay on | 02:35:21 |
| 11 | time at 5:15 at 45 seconds per member. | 02:35:23 |
| 12 | We have Option B, at this point it's 90 | 02:35:25 |
| 13 | questions and we're going to end at | 02:35:28 |
| 14 | 5:45.  Option A, if you're in favor of | 02:35:31 |
| 15 | ending at 5:15 with 45 seconds, please | 02:35:36 |
| 16 | raise your hand. | 02:35:42 |
| 17 | All right.  That is the | 02:35:45 |
| 18 | majority, so we're going to be 45 | 02:35:48 |
| 19 | second go backs with -- ending at 5:15 | 02:35:50 |
| 20 | hopefully.  So clerks, please take note | 02:35:55 |
| 21 | and we'll limit staff to the same time. | 02:35:58 |
| 22 | So with that, we'll -- Mr. Frisch, I | 02:36:00 |
| 23 | believe you're off for your first -- | 02:36:03 |
| 24 | yeah.  Go ahead. | 02:36:05 |

Page 165

| | | |
|---|---|---|
| 1 | MR. FRISCH:  Okay. | 02:36:08 |
| 2 | We'll just jump right in.  I | 02:36:10 |
| 3 | have a very macro question to kind of | 02:36:11 |
| 4 | get us going, and I'd be interested | 02:36:14 |
| 5 | hearing from anybody on staff, Marty | 02:36:16 |
| 6 | or -- I'm sorry.  Mr. Smith or Dr. | 02:36:18 |
| 7 | Brabrand, or whoever would like to | 02:36:19 |
| 8 | respond. | 02:36:22 |
| 9 | During this long process, | 02:36:24 |
| 10 | I'm curious what you might have learned | 02:36:25 |
| 11 | that you would maybe do differently as | 02:36:27 |
| 12 | a result of what's happened, and you | 02:36:30 |
| 13 | know, what you might do differently if | 02:36:33 |
| 14 | you had an opportunity do this all over | 02:36:35 |
| 15 | again. | 02:36:42 |
| 16 | DR. BRABRAND:  Wow.  Forty-five | 02:36:43 |
| 17 | seconds for that response? | 02:36:45 |
| 18 | MR. FRISCH:  There's ten. | 02:36:49 |
| 19 | DR. BRABRAND:  I wanted things to | 02:36:57 |
| 20 | focus on equity.  I would have liked | 02:36:58 |
| 21 | more time, time for the board, time | 02:37:00 |
| 22 | with the community, and we're out of | 02:37:02 |
| 23 | time to effect the admissions process | 02:37:06 |
| 24 | for this year.  We need to come up with | 02:37:09 |



Page 166

```
1   something that's better, that is more      02:37:10
2   equitable, and that's what we brought      02:37:13
3   you today, more time, and time without     02:37:14
4   COVID, which we didn't have the luxury     02:37:18
5   of this hit.  The admissions data hit      02:37:20
6   right as COVID hit.  More time.            02:37:23
7       MR. FRISCH:  Mr. Smith?                02:37:27
8       MR. SMITH:  Yeah, I would say          02:37:30
9   outreach to the board sooner as part of    02:37:31
10  the process, and more opportunities for    02:37:34
11  engagement with our stakeholders, and      02:37:37
12  certainly we'll use some of this -- a      02:37:41
13  lot of these lessons learned, as we        02:37:43
14  think about making improvements and        02:37:44
15  enhancements in the future.                02:37:47
16      MR. FRISCH:  Anybody else want to      02:37:51
17  chime in?  All right.                      02:37:58
18      I ask that question because            02:38:01
19  I -- you know -- as difficult as it is,    02:38:03
20  every day is an opportunity to do          02:38:05
21  something differently, and do it           02:38:07
22  something the way we want to do it.        02:38:08
23  Right?  So as I think about this, you      02:38:12
24  know, one of the things that concerns      02:38:14
```

Page 167

```
1   we, I think Dr. Brabrand, you said we      02:38:18
2   don't want anybody having this mental      02:38:20
3   thinking I'm not welcome there.  As we     02:38:22
4   think about how do we get people to        02:38:27
5   open that door partway, so we can meet     02:38:29
6   them and invite them into the             02:38:30
7   application process, I'm concerned         02:38:32
8   about a two tiered process engagement      02:38:35
9   even if we're saying, you know, that       02:38:38
10  students doesn't know where group          02:38:42
11  they're in, you're going to have and       02:38:43
12  I think our principal indicated this is    02:38:49
13  going to happen regardless, but your       02:38:51
14  going to have a population of people       02:38:53
15  who are seen as not being as deserving     02:38:57
16  to be there, and I'd be interested in      02:38:59
17  digging a little bit deeper on that        02:39:03
18  front, and what can be done if that is     02:39:05
19  the option that goes forward to            02:39:09
20  minimize that.  Because it's not a         02:39:10
21  matter of people knowing whether --        02:39:12
22  which side of the ledger they're on.       02:39:15
23  There's going to be -- people are going    02:39:17
24  to know there's a line to be on a side     02:39:20
```

Page 168

```
1   of.  And how do we combat that?           02:39:22
2       DR. BRABRAND:  I don't know where      02:39:26
3   we are in seconds, it is school           02:39:28
4   leadership, and what I think was Dr.       02:39:30
5   Bona said, that's powerful, everyone       02:39:32
6   with no tiers right now, our students      02:39:35
7   still do it.  Students say, how did you    02:39:39
8   get here?  How -- how did you get in?      02:39:40
9   So I think that is part of the culture     02:39:43
10  of working with students and staff to      02:39:46
11  really talk about the kind of              02:39:50
12  environment and care and culture that      02:39:52
13  we have and can even enhance at TJ.        02:39:54
14      MR. SMITH:  And I would just add       02:40:00
15  that we go out to the students, we ask     02:40:02
16  the students how we do this.  You know,    02:40:03
17  as we think about staff, we think about    02:40:06
18  principals and teachers, and we very       02:40:09
19  clearly have to engage with students       02:40:11
20  and talk about this to get a better        02:40:12
21  handle on it.                              02:40:16
22      MR. FRISCH:  I know that's not my      02:40:19
23  time.  This is my first round.  I was      02:40:20
24  just being text to find out if this was   02:40:22
```

Page 169

```
1   my first round.                           02:40:24
2       MS. OMEISH:  No, no.  That wasn't      02:40:24
3   for you.  That was for staff.             02:40:25
4       MR. FRISCH:  I'm sorry.  I             02:40:27
5   apologize for not responding sooner.      02:40:29
6       On the recruitment front,             02:40:31
7   you know, this is still something that     02:40:33
8   concerns me a great deal.  I want to be    02:40:36
9   clear that when we talk about iterating    02:40:39
10  out all of the different things we're      02:40:41
11  going to do to amp up our recruitment      02:40:43
12  efforts, recruitment being to the         02:40:46
13  application process, we're going to be     02:40:48
14  following the best practices, not just     02:40:51
15  checking a box off the many lists of       02:40:53
16  things we're going to be doing.            02:40:55
17      So for example, sending                02:40:57
18  recruitment e-mails and letters to all     02:40:59
19  eligible students, are we going to be      02:41:01
20  designing these mailers -- first of        02:41:03
21  all, is that an either or, or is that a    02:41:05
22  yes/and.                                   02:41:07
23      MR. SMITH:  That's a yes/and.          02:41:10
24      MR. FRISCH:  Are we were going to      02:41:11
```

43 (Pages 166 to 169)



Page 170

| | | |
|---|---|---|
| 1 | be designing these mailers physical | 02:41:13 |
| 2 | mailers to cut through the clutter, or | 02:41:15 |
| 3 | is it going to look like a letter from | 02:41:18 |
| 4 | FCPS, a nondescript envelope that looks | 02:41:23 |
| 5 | like anything else they get from FCPS? | 02:41:27 |
| 6 | MR. SMITH: It would very clearly | 02:41:33 |
| 7 | look like something from TJ office of | 02:41:34 |
| 8 | admissions inviting you into the | 02:41:37 |
| 9 | process. I'm not saying -- | 02:41:39 |
| 10 | MR. FRISCH: Because if you're a | 02:41:43 |
| 11 | parent whose never heard of TJ, why | 02:41:43 |
| 12 | would you open that envelope? So what | 02:41:47 |
| 13 | I'm getting at is we need to think | 02:41:51 |
| 14 | about each one of the these elements, | 02:41:53 |
| 15 | and I'm very appreciative of the | 02:41:54 |
| 16 | thought that's gone into how we're | 02:41:55 |
| 17 | going to turn up the application | 02:41:57 |
| 18 | process, but we need to take each one | 02:41:59 |
| 19 | of these nuggets in isolation and | 02:42:01 |
| 20 | think, what is actually the thing that | 02:42:02 |
| 21 | is going to get us in front of the | 02:42:04 |
| 22 | eyeballs that we need to get in front | 02:42:06 |
| 23 | of in the way that the impactful verses | 02:42:08 |
| 24 | it's just a mailer. | 02:42:11 |

Page 171

| | | |
|---|---|---|
| 1 | I guess that is my time now, | 02:42:14 |
| 2 | right? | 02:42:17 |
| 3 | MS. OMEISH: Yes, that one is. | 02:42:17 |
| 4 | DR. BRABRAND: And Mr. Frisch, | 02:42:19 |
| 5 | one of my answers to Ms. Keys-Gamarra | 02:42:20 |
| 6 | that is absolutely something I would | 02:42:23 |
| 7 | put in front of our chief equity | 02:42:25 |
| 8 | officer, Dr. Williams to really talk | 02:42:26 |
| 9 | about. Because you're talking about | 02:42:29 |
| 10 | even if first outreach is its own | 02:42:31 |
| 11 | message, right even how it comes is the | 02:42:36 |
| 12 | first signal as to whether you should | 02:42:38 |
| 13 | apply, or this is not important. Keep | 02:42:39 |
| 14 | going. So we bring our equity team, we | 02:42:43 |
| 15 | weed in all of our stakeholders, MSAOC. | 02:42:46 |
| 16 | MR. SMITH: Communications. | 02:42:50 |
| 17 | DR. BRABRAND: Culturally | 02:42:52 |
| 18 | responsive team to really say, let's | 02:42:53 |
| 19 | really make sure we do the outreach | 02:42:55 |
| 20 | with the full equity lense, and I think | 02:42:57 |
| 21 | Mr. Smith already has a meeting with | 02:42:59 |
| 22 | Dr. Williams set up to do this very | 02:43:01 |
| 23 | thing. | 02:43:06 |
| 24 | MR. FRISCH: Well, I ended at the | 02:43:06 |

Page 172

| | | |
|---|---|---|
| 1 | end of my sentence when the bell went, | 02:43:08 |
| 2 | so I don't get to muscle one more. | 02:43:10 |
| 3 | MS. OMEISH: Yeah. You can have | 02:43:12 |
| 4 | a go back later. | 02:43:13 |
| 5 | MR. FRISCH: Continued. Thank | 02:43:14 |
| 6 | you. | 02:43:16 |
| 7 | MS. OMEISH: Okay 45 seconds, | 02:43:17 |
| 8 | we'll start with Ms. McLaughlin. | 02:43:18 |
| 9 | MS. MCLAUGHLIN: Okay. | 02:43:28 |
| 10 | You can get started. Real | 02:43:29 |
| 11 | quick Dr. Brabrand, I appreciate what | 02:43:32 |
| 12 | you said about time. Respectfully, as | 02:43:34 |
| 13 | you know, I feel like you put this on | 02:43:36 |
| 14 | us. The state didn't require us to do | 02:43:39 |
| 15 | this amount before its filing in | 02:43:41 |
| 16 | October. You told us we had to pretty | 02:43:42 |
| 17 | much dismantle the way we do TJ | 02:43:45 |
| 18 | admissions and reconstruct it again. I | 02:43:47 |
| 19 | don't think it's responsible. I think | 02:43:49 |
| 20 | the board is now having to come in with | 02:43:51 |
| 21 | stakeholders and having to fix a lot of | 02:43:53 |
| 22 | changes that are too many in one year. | 02:43:57 |
| 23 | They're not provided by how we do best | 02:43:59 |
| 24 | practices at elite universities, and | 02:44:02 |

Page 173

| | | |
|---|---|---|
| 1 | I'm sorry I'm sitting here on 45 | 02:44:04 |
| 2 | seconds trying to set this up. I | 02:44:06 |
| 3 | appreciate your dedication, Dr. | 02:44:09 |
| 4 | Brabrand, but very disappointed that | 02:44:11 |
| 5 | you and your team put us in this | 02:44:14 |
| 6 | situation. I don't think we should've | 02:44:17 |
| 7 | had to be here, and I look forward to | 02:44:18 |
| 8 | solving it with the board. | 02:44:20 |
| 9 | MS. OMEISH: Ms. Keys-Gamarra. | 02:44:26 |
| 10 | MS. KEYS-GAMARRA: I'm going to | 02:44:27 |
| 11 | use my time to ask the principal from | 02:44:28 |
| 12 | TJ to give us her comments on these | 02:44:31 |
| 13 | teacher recommendations. Is she | 02:44:33 |
| 14 | available? | 02:44:43 |
| 15 | DR. BRABRAND: Ann, do you want | 02:44:44 |
| 16 | to speak to that? | 02:44:46 |
| 17 | DR. BONITATIBUS: Sure. | 02:44:48 |
| 18 | If I can go back and just | 02:44:49 |
| 19 | add onto my comments about teacher | 02:44:51 |
| 20 | recommendations. | 02:44:53 |
| 21 | MS. KEYS-GAMARRA: Yeah. I mean, | 02:44:54 |
| 22 | I am of the opinion that it can be | 02:44:57 |
| 23 | problematic in a number of ways, and I | 02:45:00 |
| 24 | think we heard from a number of our | 02:45:02 |



Page 174

| | | |
|---|---|---|
| 1 | board members who want to see that | 02:45:04 |
| 2 | reinstated, and I wanted to get your | 02:45:06 |
| 3 | full comments on that. | 02:45:09 |
| 4 | DR. BONITATIBUS: Sure. | 02:45:12 |
| 5 | I think we need to recognize | 02:45:13 |
| 6 | that there are inherent biases to any | 02:45:14 |
| 7 | kind of admissions process. We need to | 02:45:16 |
| 8 | vacate that to the greatest degree | 02:45:19 |
| 9 | possible. If there's a sentiment on | 02:45:21 |
| 10 | behalf the board of reinstating teacher | 02:45:24 |
| 11 | recommendations, I would -- I would | 02:45:27 |
| 12 | actually appeal to the board to think | 02:45:30 |
| 13 | about what we mean when we say | 02:45:31 |
| 14 | recommendations. It goes back to my | 02:45:34 |
| 15 | earlier comments some narratives and | 02:45:36 |
| 16 | perceptions and mythologies about a | 02:45:40 |
| 17 | student having to be at one level to | 02:45:43 |
| 18 | be, quote, ready for TJ, verses being | 02:45:46 |
| 19 | at a level that -- that is ready for | 02:45:50 |
| 20 | growth, and so some of the teacher | 02:45:53 |
| 21 | recommendations sometimes are saying | 02:45:55 |
| 22 | that a teacher is able to get a child | 02:45:58 |
| 23 | ready for TJ. No middle schoolteacher | 02:46:01 |
| 24 | can say if a child is ready for TJ. | 02:46:03 |

Page 175

| | | |
|---|---|---|
| 1 | What is teacher can say and talk to, is | 02:46:06 |
| 2 | a child's potential for growth, their | 02:46:11 |
| 3 | love for STEM, and what they are as a | 02:46:13 |
| 4 | learner. And potentially maybe we use | 02:46:16 |
| 5 | some of these recommendations and to go | 02:46:19 |
| 6 | to a board member's earlier point, they | 02:46:23 |
| 7 | can be used to help identify students | 02:46:27 |
| 8 | for other various special programs | 02:46:31 |
| 9 | around FCPS. | 02:46:33 |
| 10 | MS. OMEISH: Sorry. Ms. | 02:46:38 |
| 11 | Keys-Gamarra. Just a reminder, folks | 02:46:39 |
| 12 | who aren't speaking, please mute | 02:46:40 |
| 13 | yourselves. There are a couple of | 02:46:41 |
| 14 | people with feedback. Go ahead, Ms. | 02:46:42 |
| 15 | Keys-Gamarra. | 02:46:46 |
| 16 | MS. KEYS-GAMARRA: So as a next | 02:46:46 |
| 17 | step, I think we need to take a deeper | 02:46:47 |
| 18 | dive too that because I don't want us | 02:46:49 |
| 19 | to shoot ourselves in the foot trying | 02:46:51 |
| 20 | to figure out where we've been. We've | 02:46:54 |
| 21 | done that for twenty years, and it | 02:46:58 |
| 22 | hasn't been very productive. I also | 02:46:59 |
| 23 | just want to agree with Mr. Smith. I | 02:47:02 |
| 24 | think it was Mr. Smith that was talking | 02:47:06 |

Page 176

| | | |
|---|---|---|
| 1 | about how students feel about applying. | 02:47:09 |
| 2 | I can tell you anecdotally my sons were | 02:47:11 |
| 3 | recommended to want to go to TJ and | 02:47:14 |
| 4 | given the reputation it has for | 02:47:17 |
| 5 | isolating students of color, they | 02:47:20 |
| 6 | simply did not want to go. And so we | 02:47:21 |
| 7 | do need to get more definitive | 02:47:24 |
| 8 | information, but we also need to | 02:47:27 |
| 9 | realize there's a whole culture we need | 02:47:28 |
| 10 | to change. That's part of the reason | 02:47:30 |
| 11 | we need to make significant changes | 02:47:33 |
| 12 | rather than small checking the boxes. | 02:47:35 |
| 13 | I don't mean to say that. I'm ready to | 02:47:39 |
| 14 | take this head on, so thank you. | 02:47:42 |
| 15 | MS. OMEISH: Dr. Anderson. | 02:47:46 |
| 16 | DR. ANDERSON: Thank you. Very | 02:47:49 |
| 17 | quick. We've talked a lot about | 02:47:50 |
| 18 | expanding opportunity, and I think we | 02:47:52 |
| 19 | need to just stick to that -- stick to | 02:47:55 |
| 20 | that talking point. Let's expand | 02:47:57 |
| 21 | opportunity, let's not cloud it with | 02:47:59 |
| 22 | additional teacher recommendations | 02:48:01 |
| 23 | which don't speak to student readiness. | 02:48:02 |
| 24 | It's just yet another obstacle that has | 02:48:05 |

Page 177

| | | |
|---|---|---|
| 1 | bias that we have been struggling with | 02:48:07 |
| 2 | for so long. Let's go ahead and focus | 02:48:10 |
| 3 | on the merit lottery, which has been | 02:48:14 |
| 4 | used successfully in many, many top | 02:48:16 |
| 5 | high schools. Let's go ahead and have | 02:48:18 |
| 6 | the pathway to be based by school, or by | 02:48:20 |
| 7 | pyramid because we want to expand | 02:48:24 |
| 8 | opportunity. Let's continue to work. | 02:48:27 |
| 9 | Yes, we have pipeline work to do. We | 02:48:30 |
| 10 | have recruitment to do. But I believe | 02:48:32 |
| 11 | this work that's before us right now, | 02:48:35 |
| 12 | it's way overdue. The timing honestly, | 02:48:37 |
| 13 | for me, is never going to be right. | 02:48:40 |
| 14 | But it's already overdue, so I'm fine | 02:48:42 |
| 15 | with handling it in this moment. | 02:48:44 |
| 16 | MS. OMEISH: Thank you. | 02:48:46 |
| 17 | Ms. Cohen? | 02:48:48 |
| 18 | MS. COHEN: I -- I just -- I just | 02:48:55 |
| 19 | have to say if we're arguing that | 02:48:58 |
| 20 | teacher recs have implicit bias, we | 02:49:01 |
| 21 | have a much bigger problem than TJ. | 02:49:04 |
| 22 | Because we use teacher recommendations | 02:49:07 |
| 23 | for Level 4 AP, we use teacher | 02:49:09 |
| 24 | recommendations for scholarships, we | 02:49:11 |



Page 178

```
 1    use them for college applications, we      02:49:13
 2    use them for all kind of things, so I'm    02:49:16
 3    deeply concerned if we think we have a     02:49:18
 4    big issue with teachers have implicit      02:49:21
 5    bias, that speaks to me a need to come     02:49:24
 6    back and talk to our teachers about how    02:49:27
 7    to remedy that and how to structure a      02:49:30
 8    recommendation process or letter for TJ    02:49:33
 9    that works to remove that and gives        02:49:38
10    exactly what Dr. Bona said about           02:49:40
11    raising a love for STEM.  I'm really       02:49:43
12    have trouble with this piece of it and     02:49:45
13    the response to it.                        02:49:47
14        MS. OMEISH:  Were you looking for      02:49:49
15    a response, Ms. Cohen?                     02:49:51
16        MS. COHEN:  I recognize that was       02:49:55
17    more than 45 second completion, so         02:49:56
18    if people want to, they're more than       02:49:59
19    welcomed to.                               02:50:05
20        MS. OMEISH:  All right.                02:50:05
21        Ms. Tholen?                            02:50:10
22        MS. THOLEN:  Thank you, Ms. Cohen      02:50:10
23    for that pontification.  You saved me a    02:50:11
24    few seconds.  I agree with you             02:50:13
```

Page 179

```
 1    wholeheartedly.  A couple of other         02:50:15
 2    quick questions I'll just throw in, I      02:50:18
 3    put into the next steps I'm curious how    02:50:20
 4    any new process that we're implementing    02:50:24
 5    now will impact our sophomore transfer     02:50:26
 6    process, so that will be something I'd     02:50:29
 7    like to get some information on because    02:50:31
 8    that whole set of students to look at      02:50:34
 9    as well -- I want to, again, say that      02:50:35
10    probably implementing this will impact     02:50:42
11    our base high schools, a couple of our     02:50:45
12    more crowded high schools in               02:50:47
13    particular.  So we also need to be         02:50:48
14    cognizant of the types of advanced         02:50:52
15    science and math those schools are         02:50:54
16    going to need to offer, and we should      02:50:56
17    be offering probably (inaudible).  I       02:50:58
18    just want to know if the application       02:51:02
19    process timeline might be, so I think      02:51:04
20    we need to get that out ASAP.  Thank       02:51:07
21    you.                                       02:51:09
22        MS. OMEISH:  If staff wants to         02:51:11
23    address the timeline question --           02:51:11
24        DR. BRABRAND:  Mr. Smith?              02:51:20
```

Page 180

```
 1        MR. SMITH:  I was going to ask         02:51:23
 2    Jeremy to talk about that.  We talked      02:51:24
 3    about the certain things that have to      02:51:26
 4    happen at certain intervals, so --         02:51:28
 5        MR. SHUGHART:  So timeline -- in       02:51:35
 6    terms of timeline perspective, we have     02:51:36
 7    to consider how long each of these         02:51:40
 8    elements are going to last.  And that's    02:51:43
 9    part of the reason why the timeline has    02:51:46
10    been put forward is there.  We know        02:51:48
11    we're looking to see the class             02:51:51
12    depending upon how late you want to be     02:51:53
13    able to seat the class for next fall       02:51:55
14    will be dependent upon how late we can     02:51:57
15    start.  In addition to whether or not      02:52:00
16    we're adding elements to the current       02:52:03
17    processes that were processed, how long    02:52:05
18    of an application window, when they        02:52:09
19    complete each of these things, if          02:52:11
20    teacher recommendations are included,      02:52:12
21    how long do we allow teachers to write     02:52:14
22    the recommendations?  So each of these     02:52:17
23    elements add in time on top of the         02:52:19
24    length of time we're going to need --      02:52:22
```

Page 181

```
 1    I'm sorry.  Let me just finish that        02:52:25
 2    statement.  How long we're going to        02:52:26
 3    need to do an evaluation, which in         02:52:28
 4    previous years was probably about a        02:52:31
 5    1000 to 1500 students to now what maybe    02:52:34
 6    an excess of 3000 to 4000 and maybe        02:52:38
 7    even beyond that students in an            02:52:40
 8    application cycle.  Each of those          02:52:43
 9    elements have to be considered.            02:52:45
10        MS. OMEISH:  Thank you.                02:52:47
11        Ms. Corbett Sanders?                   02:52:47
12        MS. CORBETT SANDERS:  Yes, thank       02:52:52
13    you.  Real quick.  This is -- neither      02:52:53
14    one of these approaches is an in           02:52:55
15    incremental change.  Both are a            02:52:57
16    dramatic overhaul in the approach to       02:52:58
17    how we're looking for admissions to TJ.    02:53:00
18    I just want to make that clear.  I do      02:53:02
19    think that a measured -- not a             02:53:04
20    measured, but an approach that focuses     02:53:07
21    on school by school in region is a         02:53:10
22    great movement.  I do want to very         02:53:14
23    quickly say on recommendations, why do     02:53:17
24    we limit recommendations to just           02:53:20
```



Page 182

| | | |
|---|---|---|
| 1 | teachers?  There are some students who | 02:53:22 |
| 2 | may have incredible relationships with | 02:53:26 |
| 3 | people who understand their thirst for | 02:53:28 |
| 4 | knowledge, thirst for science, | 02:53:30 |
| 5 | experiences that may not be a teacher | 02:53:32 |
| 6 | in their school.  For example, it maybe | 02:53:34 |
| 7 | a mentor in the community who is a | 02:53:36 |
| 8 | doctor or a scientist or engineer.  So | 02:53:38 |
| 9 | I just would say that if we're looking | 02:53:41 |
| 10 | at recommendations, expand it beyond. | 02:53:43 |
| 11 | MS. OMEISH:  Ms. Pekarsky? | 02:53:48 |
| 12 | MS. PEKARSKY:  Yeah.  Thank you. | 02:53:51 |
| 13 | Going back to what Mr. | 02:53:52 |
| 14 | Frisch said about notification to | 02:53:54 |
| 15 | students at TJ and this option, you | 02:53:56 |
| 16 | know, for students to see themselves as | 02:54:00 |
| 17 | a future TJ student, that doesn't, you | 02:54:04 |
| 18 | know, that doesn't start in the eighth | 02:54:07 |
| 19 | grade or in seventh grade, that starts | 02:54:08 |
| 20 | well before that and understanding that | 02:54:11 |
| 21 | this opportunity is there for them, and | 02:54:14 |
| 22 | that this is a passion they can | 02:54:16 |
| 23 | cultivate, and that is an option for | 02:54:18 |
| 24 | them.  So hopefully, you know, we'll | 02:54:19 |

Page 183

| | | |
|---|---|---|
| 1 | begin some of that work well before the | 02:54:22 |
| 2 | students are in eighth grade.  I would | 02:54:24 |
| 3 | like to say that the teacher | 02:54:26 |
| 4 | recommendations are a data point, an | 02:54:28 |
| 5 | opportunity for us to learn more about | 02:54:31 |
| 6 | students.  It can be very regulated. | 02:54:34 |
| 7 | It can be a rubric, but can provide | 02:54:38 |
| 8 | valuable information.  Thank you. | 02:54:40 |
| 9 | MS. OMEISH:  Ms. Diana Kaufax. | 02:54:44 |
| 10 | MS. DERENAK KAUFAX:  Sorry. | 02:54:51 |
| 11 | Waiting for my video.  All right.  I | 02:54:54 |
| 12 | had stated what I said before, that TJ | 02:55:01 |
| 13 | just as my colleague said, he data | 02:55:05 |
| 14 | point about teachers.  TJ is but one | 02:55:08 |
| 15 | data point.  There's so many systemic | 02:55:10 |
| 16 | issues that need to be addressed, and I | 02:55:13 |
| 17 | feel there's been a little bit of a | 02:55:16 |
| 18 | lack of public engagement on this | 02:55:17 |
| 19 | topic, no public hearing.  I feel we're | 02:55:19 |
| 20 | a little torn.  We're going to be | 02:55:22 |
| 21 | needing to make a decision based upon | 02:55:24 |
| 22 | time as of next week, so I maybe | 02:55:30 |
| 23 | talking to my colleagues about making | 02:55:32 |
| 24 | this opportunity a pilot this year, and | 02:55:35 |

Page 184

| | | |
|---|---|---|
| 1 | then deciding to look at it again, | 02:55:38 |
| 2 | because we know there will be also | 02:55:40 |
| 3 | recommendations coming from the state. | 02:55:42 |
| 4 | So I have to think about that if I'm | 02:55:44 |
| 5 | going do that.  But I will engage in | 02:55:46 |
| 6 | conversations because I think it's | 02:55:47 |
| 7 | important that we get this right. | 02:55:49 |
| 8 | MS. OMEISH:  Ms. Sizemore Heizer? | 02:55:55 |
| 9 | MS. SIZEMORE HEIZER:  Thank you. | 02:55:59 |
| 10 | So I agree with what my | 02:56:01 |
| 11 | colleague, Ms. Derenak Kaufax just | 02:56:02 |
| 12 | said, and Ms. Corbett Sanders.  These | 02:56:04 |
| 13 | are major changes we're making.  And I | 02:56:06 |
| 14 | want to flag that we're removing the | 02:56:08 |
| 15 | test, we have removed the test, rebuilt | 02:56:10 |
| 16 | pathways, whether it's minimum or | 02:56:12 |
| 17 | maximum, those are huge changes plus | 02:56:13 |
| 18 | the student experience factors.  These | 02:56:16 |
| 19 | are major changes.  I think we need to | 02:56:18 |
| 20 | see what these changes are doing before | 02:56:20 |
| 21 | stating these aren't sort of big | 02:56:22 |
| 22 | changes.  The lack of a test can actual | 02:56:23 |
| 23 | be negative for students with | 02:56:25 |
| 24 | disabilities, as I pointed out issues | 02:56:27 |

Page 185

| | | |
|---|---|---|
| 1 | in the problem solving essay and IEPs | 02:56:29 |
| 2 | weren't developed with the notion of | 02:56:31 |
| 3 | students with disabilities need on the | 02:56:33 |
| 4 | essay, so I'm not sure that's fully | 02:56:34 |
| 5 | appropriate or sufficient.  So you | 02:56:36 |
| 6 | know, I think these are major changes | 02:56:38 |
| 7 | we're taking in.  I think we need to do | 02:56:40 |
| 8 | it intentionally, which I think | 02:56:42 |
| 9 | holistic review gets us to.  I am very | 02:56:43 |
| 10 | concerned when I have seen the other | 02:56:46 |
| 11 | schools with lotteries and the | 02:56:47 |
| 12 | retention issues.  You know, I'm very | 02:56:48 |
| 13 | focused on students success at TJ, not | 02:56:50 |
| 14 | just admissions to TJ.  That's the | 02:56:52 |
| 15 | overall goal.  And I think we need to | 02:56:54 |
| 16 | (inaudible) rhetoric that create a lot | 02:56:58 |
| 17 | of divide in TJ.  And I think moving | 02:57:01 |
| 18 | forward in the system, we need to be | 02:57:03 |
| 19 | intentional about healing that.  Thank | 02:57:04 |
| 20 | you. | 02:57:05 |
| 21 | MS. OMEISH:  Thank you.  All | 02:57:05 |
| 22 | right Ms. Meren? | 02:57:07 |
| 23 | MS. MEREN:  Thank you.  Yeah.  I | 02:57:11 |
| 24 | agree wholeheartedly as Dr. Anderson | 02:57:12 |

47 (Pages 182 to 185)



Page 186

| | | |
|---|---|---|
| 1 | put it about, you know, if we're going | 02:57:14 |
| 2 | to try, let's try it. The work is now. | 02:57:17 |
| 3 | Rashad and Ms. Sizemore Heizer said it, | 02:57:20 |
| 4 | these are big changes, I agree. I | 02:57:23 |
| 5 | think earlier I misspoke when I was | 02:57:25 |
| 6 | saying this is like other schools where | 02:57:28 |
| 7 | their selection of division, what I was | 02:57:30 |
| 8 | trying to get at was, other schools use | 02:57:32 |
| 9 | lotteries. And I know it's different | 02:57:34 |
| 10 | with TJ, but I do think the sentiment | 02:57:35 |
| 11 | I've heard some of the colleagues say | 02:57:38 |
| 12 | is let's try something, and we have a | 02:57:40 |
| 13 | lot of really hard thinking that's gone | 02:57:42 |
| 14 | into this. And we certainly can adjust | 02:57:44 |
| 15 | things, but it is time to do it, and I | 02:57:46 |
| 16 | think the board can make a difference. | 02:57:48 |
| 17 | MS. OMEISH: Thank you. | 02:57:54 |
| 18 | Mr. Frisch. | 02:57:54 |
| 19 | MR. FRISCH: Thanks. So I would | 02:57:59 |
| 20 | like to get back to the questioning | 02:58:01 |
| 21 | about -- and I've already lost 15 | 02:58:05 |
| 22 | seconds -- about the process we were | 02:58:06 |
| 23 | guying to be reaching out to folks | 02:58:09 |
| 24 | with, what assurances can we give the | 02:58:10 |

Page 187

| | | |
|---|---|---|
| 1 | community that it's going to be more | 02:58:13 |
| 2 | than what's listed on the page when we | 02:58:15 |
| 3 | think about this. We're going to | 02:58:17 |
| 4 | incorporate the best practices of the | 02:58:18 |
| 5 | discipline of finding people and | 02:58:20 |
| 6 | seeking people out for admissions, | 02:58:22 |
| 7 | beyond just a letter, beyond just an | 02:58:24 |
| 8 | e-mail, beyond just basic outreach. | 02:58:28 |
| 9 | How are we going to amp it up more than | 02:58:31 |
| 10 | what's written on the page? | 02:58:33 |
| 11 | MR. SMITH: So I think it's | 02:58:38 |
| 12 | engaging with -- as -- as I said | 02:58:39 |
| 13 | earlier, our stakeholders to find out | 02:58:42 |
| 14 | which ways they would best like to be | 02:58:43 |
| 15 | communicated with. Of course, working | 02:58:46 |
| 16 | with our communications team and | 02:58:48 |
| 17 | working with our equity team to try to | 02:58:50 |
| 18 | figure out the best way to provide new | 02:58:53 |
| 19 | information for students and families | 02:58:56 |
| 20 | that just isn't the same old letter | 02:58:57 |
| 21 | from Fairfax. So -- and that's what I | 02:59:00 |
| 22 | have right now. I don't have all the | 02:59:04 |
| 23 | answers to that to that question, but I | 02:59:05 |
| 24 | can tell you based on the questions | 02:59:07 |

Page 188

| | | |
|---|---|---|
| 1 | that are being asked, it will not be | 02:59:09 |
| 2 | just the same old, same old. | 02:59:12 |
| 3 | MR. FRISCH: I mean, it's -- | 02:59:14 |
| 4 | given this is potentially the first | 02:59:15 |
| 5 | year it happens, it might be worth | 02:59:17 |
| 6 | doing some testing as we roll this out, | 02:59:19 |
| 7 | to see what types of outreach, and what | 02:59:22 |
| 8 | shape of outreach within those types, | 02:59:25 |
| 9 | perform best in terms of the responses. | 02:59:28 |
| 10 | Right, question mark? | 02:59:35 |
| 11 | MR. SMITH: I was just looking at | 02:59:38 |
| 12 | the time. But no, certainly. We | 02:59:39 |
| 13 | can -- I think it's really thinking | 02:59:41 |
| 14 | about what goes through the mind of an | 02:59:43 |
| 15 | eighth grader and an eighth grader's | 02:59:45 |
| 16 | parents to help engage that better in | 02:59:47 |
| 17 | the process. So we can certainly do | 02:59:49 |
| 18 | some of that work. | 02:59:51 |
| 19 | MS. OMEISH: Great. I am last so | 02:59:54 |
| 20 | here I begin. | 02:59:56 |
| 21 | Does anything preclude us | 02:59:58 |
| 22 | from doing the outreach like we do with | 02:59:59 |
| 23 | AP, to screen gifted students? Meaning | 03:00:02 |
| 24 | that universal screening with local | 03:00:04 |

Page 189

| | | |
|---|---|---|
| 1 | testing in base schools? | 03:00:06 |
| 2 | MR. SMITH: Timing wise, yes, for | 03:00:13 |
| 3 | this year. And I think that there are | 03:00:15 |
| 4 | certainly options we can look at in the | 03:00:18 |
| 5 | future as we think about just overall | 03:00:22 |
| 6 | kinds of approaches to using an | 03:00:25 |
| 7 | instrument that isn't solely focused on | 03:00:28 |
| 8 | TJ, but might be focused on giving us | 03:00:31 |
| 9 | information about students and | 03:00:34 |
| 10 | student's potential in a variety of | 03:00:36 |
| 11 | different areas. | 03:00:39 |
| 12 | MS. OMEISH: Okay. Yeah. Seeing | 03:00:40 |
| 13 | that this universal screening piece for | 03:00:41 |
| 14 | the future is not reflected as well as | 03:00:43 |
| 15 | the threshold by school, rather than by | 03:00:46 |
| 16 | region, localizing outreach haven't | 03:00:48 |
| 17 | been reflected, I just want to remind | 03:00:51 |
| 18 | any colleagues that I do have two | 03:00:52 |
| 19 | motions ready for the 17th. I have | 03:00:54 |
| 20 | shared these with you guys. I'm | 03:00:56 |
| 21 | looking forward to hearing your | 03:00:57 |
| 22 | thinking around it, and answering my | 03:00:59 |
| 23 | questions about whether we can support. | 03:01:01 |
| 24 | I know I heard quite a number of folks | 03:01:03 |



Page 190

| | | |
|---|---|---|
| 1 | today who expressed support or thoughts | 03:01:05 |
| 2 | in that direction, and I hope I can | 03:01:08 |
| 3 | have your support on the 17th. | 03:01:09 |
| 4 | With that, that does | 03:01:11 |
| 5 | conclude this portion of our meeting, | 03:01:14 |
| 6 | if everyone can look at the next steps, | 03:01:16 |
| 7 | we're going to be doing this in the way | 03:01:18 |
| 8 | we have done before where if there are | 03:01:20 |
| 9 | no objections by staff or colleagues, | 03:01:23 |
| 10 | we will move forward with the next | 03:01:28 |
| 11 | step. | 03:01:30 |
| 12 | So if folks can take a look | 03:01:30 |
| 13 | at the document and anyone who has any | 03:01:31 |
| 14 | objections to anything -- Dr. Brabrand, | 03:01:36 |
| 15 | please go ahead. | 03:01:38 |
| 16 | DR. BRABRAND:  No.  I'm just | 03:01:39 |
| 17 | looking -- is it going to be posted or | 03:01:40 |
| 18 | should I just go into the Google | 03:01:41 |
| 19 | document myself like board members do? | 03:01:43 |
| 20 | MALE SPEAKER:  Just go into the | 03:01:45 |
| 21 | Google Doc. | 03:01:46 |
| 22 | DR. BRABRAND:  Okay.  Thank you. | 03:01:47 |
| 23 | MR. FRISCH:  Just to remind | 03:01:48 |
| 24 | people that it's set up the way we used | 03:01:49 |

Page 191

| | | |
|---|---|---|
| 1 | most recently, so you should enter you | 03:01:51 |
| 2 | own next steps.  And in the column with | 03:01:54 |
| 3 | your name, you should register your | 03:01:57 |
| 4 | approval or your support or opposition | 03:01:59 |
| 5 | to the next step.  So that we're | 03:02:01 |
| 6 | registering our opinions that way | 03:02:03 |
| 7 | rather than doing it one by one by one. | 03:02:05 |
| 8 | DR. BRABRAND:  And what I would | 03:02:09 |
| 9 | say I would just like to thank the | 03:02:10 |
| 10 | board and the TJ team that spent time | 03:02:12 |
| 11 | putting all this information together | 03:02:15 |
| 12 | today for the discussion.  I really do | 03:02:17 |
| 13 | appreciate all their hard work and -- | 03:02:20 |
| 14 | and then we'll listen now and reflect | 03:02:25 |
| 15 | on the next steps you have presented. | 03:02:29 |
| 16 | Thank you. | 03:02:31 |
| 17 | MR. SMITH:  And Dr. Brabrand, I | 03:02:32 |
| 18 | failed to mention folks in my office, | 03:02:33 |
| 19 | my direct office, Julie Fowler and | 03:02:35 |
| 20 | Tracy Skian(ph), who have been | 03:02:38 |
| 21 | instrumental in this process as well, | 03:02:39 |
| 22 | along with all those others that I | 03:02:41 |
| 23 | shared at the beginning of my comments. | 03:02:42 |
| 24 | MS. OMEISH:  Yeah.  Thank you. | 03:02:47 |

Page 192

| | | |
|---|---|---|
| 1 | Ms. McLaughlin, I see your hand before | 03:02:48 |
| 2 | we wrap up.  Go ahead. | 03:02:50 |
| 3 | MS. MCLAUGHLIN:  Yes, I thought | 03:02:53 |
| 4 | that I had read that we would have time | 03:02:54 |
| 5 | after this work session to one, make | 03:02:57 |
| 6 | sure we've got our next steps captured, | 03:03:01 |
| 7 | and two that we would rate that we're | 03:03:03 |
| 8 | greenlighting these next steps.  I | 03:03:07 |
| 9 | didn't know we were sitting here doing | 03:03:10 |
| 10 | it now in what, the next five minutes? | 03:03:12 |
| 11 | So -- | 03:03:16 |
| 12 | MR. FRISCH:  In the two e-mails | 03:03:16 |
| 13 | that went out about the meeting, it did | 03:03:17 |
| 14 | talk about how we would do next steps, | 03:03:19 |
| 15 | as we've previously done in the | 03:03:21 |
| 16 | meeting, which would be we'd enter our | 03:03:22 |
| 17 | next steps throughout the meeting or | 03:03:24 |
| 18 | within the 24 hours following the | 03:03:26 |
| 19 | meeting. | 03:03:28 |
| 20 | MS. MCLAUGHLIN:  Correct. | 03:03:29 |
| 21 | MR. FRISCH:  In the column next | 03:03:29 |
| 22 | to the next steps, we have an | 03:03:30 |
| 23 | opportunity to weigh in to -- | 03:03:32 |
| 24 | MS. MCLAUGHLIN:  That's exactly | 03:03:34 |

Page 193

| | | |
|---|---|---|
| 1 | right, Mr. Frisch.  That's the clarity | 03:03:36 |
| 2 | I wanted.  I read that we'd have up to | 03:03:37 |
| 3 | 24 hours. | 03:03:39 |
| 4 | MR. FRISCH:  Yes. | 03:03:40 |
| 5 | MS. MCLAUGHLIN:  I'm getting the | 03:03:41 |
| 6 | impression we were doing it right now. | 03:03:42 |
| 7 | MR. FRISCH:  You can do it right | 03:03:44 |
| 8 | now.  That way you don't have to worry | 03:03:45 |
| 9 | about it. | 03:03:47 |
| 10 | MS. OMEISH:  (Inaudible).  Go | 03:03:47 |
| 11 | ahead. | 03:03:50 |
| 12 | MS. MCLAUGHLIN:  I guess what I'm | 03:03:51 |
| 13 | trying to figure out is if people are | 03:03:51 |
| 14 | filling it out right now and someone | 03:03:53 |
| 15 | adds a next step, how will they know to | 03:03:57 |
| 16 | go back and -- | 03:03:59 |
| 17 | MR. FRISCH:  You can go back.  I | 03:04:01 |
| 18 | would encourage people to check back. | 03:04:03 |
| 19 | MS. MCLAUGHLIN:  Okay. | 03:04:07 |
| 20 | Thank you.  That's just what | 03:04:07 |
| 21 | I wanted to check.  Should we remind | 03:04:09 |
| 22 | everybody, even if they fill it out | 03:04:11 |
| 23 | now, they should check back in case | 03:04:12 |
| 24 | their colleagues have added anything? | 03:04:14 |



Page 194

```
 1          MR. FRISCH:  Right.                    03:04:16
 2          MS. MCLAUGHLIN:  Within that 24        03:04:16
 3    hour window.                                 03:04:17
 4          MR. FRISCH:  Yes.                       03:04:19
 5          MS. MCLAUGHLIN:  Wonderful.            03:04:20
 6    Thank you.                                    03:04:22
 7          MS. OMEISH:  Ms. Sizemore Heizer?      03:04:25
 8          MS. SIZEMORE HEIZER:  Very             03:04:26
 9    briefly.  I would encourage our              03:04:26
10    colleagues since we're all so busy,          03:04:27
11    that if you do (inaudible).                  03:04:29
12          MR. FRISCH:  Uh, oh.  The robots       03:04:33
13    have got her.                                 03:04:35
14          MS. OMEISH:  Ms. Sizemore Heizer?      03:04:37
15          MS. SIZEMORE HEIZER:  Can you          03:04:39
16    hear me?                                      03:04:39
17          MR. FRISCH:  Yes.                       03:04:40
18          MS. OMEISH:  We totally missed         03:04:40
19    what you said though.  You might want        03:04:42
20    to do it again.  Go ahead.                    03:04:48
21          MS. SIZEMORE HEIZER:  All I was        03:04:50
22    saying briefly, if folks do add a next       03:04:51
23    step after tonight, it would be              03:04:54
24    helpful, at least to me, if someone          03:04:57
```

Page 195

```
 1    could just send a text message or            03:05:00
 2    e-mail, so we know there's a next step,      03:05:04
 3    so we're not just constantly checking.       03:05:07
 4    Just a suggestion.                            03:05:10
 5          MS. OMEISH:  Okay.                      03:05:12
 6          I think are no more hands,              03:05:13
 7    so with that, folks at 5:05, we'll be        03:05:15
 8    adjourning this meeting.  Thank you for      03:05:18
 9    your participation.  Have a good             03:05:21
10    afternoon -- evening.                         03:05:24
11          DR. BRABRAND:  Thank you.              03:05:26
12          MS. OMEISH:  Thank you, Dr.            03:05:27
13    Brabrand.                                     03:05:28
14          DR. BRABRAND:  Thank you, very         03:05:28
15    much.                                         03:05:30
16          MALE SPEAKER:  Thank you.  Thank       03:05:30
17    you, everyone.                                03:05:32
18          FEEMALE SPEAKER:  Thank you,           03:05:33
19    everyone.                                     03:05:34
20          - - -
21          (Whereupon, file ended.)
22          - - -
23
24
```

Page 196

```
 1          CERTIFICATE
 2          I HEREBY CERTIFY that this transcript is a   03:05:35
 3    true record of the content on the file provided to  03:05:37
 4    me to the best of my ability.                 03:05:43
 5
 6
 7
 8
 9
10
11
12
13
14
15          Maureen Cunningham Brzycki,            03:05:45
16          Dated: July 2,                          03:05:48
17
18
19    (The foregoing certification of this transcript does
20    not apply to any reproduction of the same by any
21    means, unless under the direct control and/or
22    supervision of the certifying reporter.)
23
24
```



| A | | | | |
|---|---|---|---|---|
| **AAP** 139:23 | 22:19 23:2,9,23 | 74:5 84:5 86:6 | 56:13 60:14 | 186:4 |
| **abilities** 155:3 | 25:15 34:18 36:6 | 89:7 92:2 118:23 | 61:18 62:7 69:22 | **agreed** 84:20 |
| **ability** 14:8 17:16 | 40:10 61:5 65:4 | 146:8 155:10 | 70:16 73:6 84:23 | 138:11 |
| 19:20 76:14 | 65:23 114:11 | 168:14 173:19 | 91:11 101:8,10 | **ahead** 4:8 10:10 |
| 153:14 154:10 | 139:14,20 140:1 | 180:23 194:22 | 114:2 122:17 | 11:20 14:22 |
| 196:4 | 140:12 151:2,3 | **added** 6:6 31:24 | 124:18 134:1 | 19:15 23:18 |
| **able** 29:9,22 46:1 | 157:6 | 96:24 193:24 | 142:14 150:10 | 25:17 107:23 |
| 46:6 47:19,23,24 | **accommodations** | **adding** 53:12,15 | 150:17 157:11 | 116:19 158:5 |
| 48:12,16,19 | 155:14,16,23 | 54:6 95:1 150:11 | 165:23 166:5 | 159:11,16 |
| 50:14 51:15 | **accomplishments** | 180:16 | 170:8 172:18 | 164:24 175:14 |
| 52:11 54:3 55:15 | 30:21 | **addition** 33:12 | 174:7 181:17 | 177:2,5 190:15 |
| 65:18 72:21 | **account** 65:21 | 41:8 138:14 | 185:14 187:6 | 192:2 193:11 |
| 76:12 82:11 97:2 | 109:2 | 180:15 | **admit** 20:9 21:6 | 194:20 |
| 97:9,11,17,21,22 | **accountability** | **additional** 9:5 | **admitted** 133:6 | **Algebra** 39:1 |
| 106:24 112:3,10 | 20:4 26:7 51:21 | 39:12 49:3,19 | **advanced** 13:11 | 129:18 |
| 114:15 126:5 | 51:22 53:1 | 51:12 95:1 96:24 | 34:7 39:2 49:21 | **aligned** 51:22 |
| 129:21 130:15 | 110:10,12,17 | 122:12 176:22 | 124:11 139:12 | **allow** 21:11 23:12 |
| 138:14 140:24 | 113:8 136:13 | **additionally** 39:9 | 140:12 150:23 | 34:15 61:20 |
| 145:4 146:1 | 150:2 | 40:19 48:21 | 179:14 | 76:15 111:13 |
| 154:13 174:22 | **accurate** 80:6,11 | 153:6 | **advantage** 12:2 | 141:16 180:21 |
| 180:13 | 120:19,20 | **address** 46:12 | **advise** 94:2 | **allowing** 107:1 |
| **absolutely** 13:13 | **accustomed** 8:14 | 65:4 66:12 81:6 | **advisory** 51:16 | **alumni** 49:10 |
| 16:3 47:6 60:11 | **achieve** 17:17 18:1 | 99:2,3 149:24 | **advocacy** 21:22 | 117:24 |
| 60:14 65:2 83:22 | 38:19 | 179:23 | **advocate** 21:17,24 | **amazing** 12:3 |
| 89:15 126:1 | **achieved** 60:16 | **addressed** 116:13 | 100:7 115:3 | 151:4 |
| 171:6 | **achievement** | 137:12,13 | **advocated** 12:9 | **amendments** |
| **abstaining** 7:16 | 28:24 62:10 | 148:21 183:16 | **affect** 95:17 | 136:1 |
| 8:5,8 | 135:19 | **adds** 193:15 | **afternoon** 3:8 5:20 | **amount** 72:23 |
| **abstentions** 8:12 | **achieving** 16:12 | **adept** 143:19 | 21:4 195:10 | 75:2 82:4 98:18 |
| **academic** 16:16 | 38:23 60:18 | **adjourning** 195:8 | **AG** 65:21 | 98:18 158:17 |
| 19:9 30:21 58:21 | **acknowledge** 66:8 | **adjunct** 96:13 | **age** 105:21 | 162:10 172:15 |
| 60:6 62:9 110:18 | 66:11 | **adjust** 186:14 | **agencies** 50:10 | **amp** 169:11 187:9 |
| 114:9 124:11 | **acquire** 76:1 | **administrators** | **agenda** 25:21 | **analysis** 13:13 |
| 131:15 135:18 | **act** 4:13 | 40:3 | **ago** 23:4 27:14 | 55:24 136:11 |
| 135:19 145:12 | **action** 4:14,17 | **admire** 17:22 | 60:16 117:2 | **analyzing** 136:8 |
| **academics** 34:7 | 6:12 9:10 17:9 | **admission** 33:22 | 137:9 145:17 | **and/or** 196:21 |
| 49:21 | 27:17,21 | 36:8 42:6,15 | 153:16,19 | **Anderson** 2:1,5,8 |
| **accelerate** 127:9 | **actions** 71:17 | 101:9 110:2,4 | **agree** 22:12 60:2 | 2:14,16,19,22 |
| **accepted** 87:22 | **activities** 50:8 | **admissions** 18:7 | 65:19 67:4 80:21 | 3:1,7,9,11,13,16 |
| 150:7 | 51:13 | 25:18 26:1,10,18 | 120:17 134:20 | 3:19 4:2,11,19 |
| **accepting** 126:15 | **actual** 75:19 | 27:7 28:8,17 | 137:7 149:19 | 5:21 6:5,10,23 |
| **access** 13:10 16:8 | 145:13 184:22 | 31:16,21 35:20 | 156:8,12 157:10 | 7:2 8:1,6,24 |
| 18:21 19:20 | **add** 6:8 41:15 | 43:7 44:4 47:16 | 175:23 178:24 | 10:14,15 11:3 |
| | 46:22 54:3 57:12 | 51:8 53:23 56:2 | 184:10 185:24 | 67:8,9,12,14,17 |


MAGNA
LEGAL SERVICES

67:22 69:5 72:1
74:4 75:24 77:14
79:6,13 100:11
176:15,16
185:24
**anecdotal** 134:7
**anecdotally** 176:2
**animal** 157:2
**Ann** 125:4,7
173:15
**annual** 133:5
**answer** 10:3 59:14
81:20 87:9,14
95:18,21 104:19
105:17 110:23
154:8 155:6,8
160:23
**answered** 61:19
62:21 77:11
**answering** 121:6
154:5 189:22
**answers** 53:19
113:4 171:5
187:23
**anticipate** 130:22
**antidotal** 120:2
143:17
**anxious** 12:23
**anybody** 2:2
148:10 163:20
165:5 166:16
167:2
**anyway** 125:17
148:4
**AP** 79:24 177:23
188:23
**apart** 55:20
**apologies** 3:6
**apologize** 3:20 8:9
11:22 53:14
68:12 79:9 169:5
**appeal** 174:12
**applicant** 89:8
103:3

**applicants** 55:7
58:21 59:21
61:16 92:5,8
**application** 30:10
30:14 31:17
33:11 39:24 43:1
43:1,6 54:23
55:1,12 73:7
84:21 90:9 94:7
107:4,5 108:19
118:8,20 145:2
167:7 169:13
170:17 179:18
180:18 181:8
**applications** 59:10
90:13,15 116:22
178:1
**applied** 88:4 92:15
**apply** 20:2 39:18
40:8 51:11 85:14
88:7 89:9 107:1
107:5 171:13
196:20
**applying** 41:9 52:7
85:3 92:21 117:5
176:1
**appointments**
163:1
**appreciate** 58:2
60:22 79:13
98:17 101:14
120:1,8 128:5
136:2 147:1,24
172:11 173:3
191:13
**appreciative**
170:15
**approach** 31:7,10
32:3,7 34:9,10
35:5,12 37:17
46:8 56:7 63:3
78:20 81:4 82:9
82:13,16 83:2,6
84:13,17 86:3

88:24 93:7 100:8
100:9 102:13
103:10 110:3
114:16 123:9
125:23 128:17
141:9 154:24
157:12 181:16
181:20
**approaches** 19:7
31:2 33:14,15
34:13 46:13 53:3
88:22 114:7
118:9 131:1
181:14 189:6
**appropriate** 131:6
148:3 185:5
**appropriately**
36:2
**approval** 191:4
**approximate**
120:15
**approximately**
40:7 41:15 59:1
140:6
**aptitude** 13:4
19:19 22:2 29:1
38:12,13,24
58:22 148:13
149:3
**area** 52:12 91:7,22
104:15 105:5
109:4 138:4
141:2
**areas** 49:11,13
52:14 91:4 96:11
103:18 138:17
152:13 189:11
**arguing** 177:19
**arrival** 107:2
**arrive** 106:22
107:3
**arrived** 108:11
**art** 156:20
**ASAP** 179:20

**asked** 33:7 38:2
53:17 61:15
100:21 143:21
188:1
**asking** 12:24 14:1
88:12 144:2
154:3 161:3
**aspect** 48:20 155:4
163:10
**aspects** 51:15 54:3
152:14 155:16
**assessment** 20:21
130:19
**assessments**
138:22
**assign** 86:14
**associated** 32:24
33:3 99:12
**associations** 50:22
**assumption**
128:21
**assurances** 186:24
**attached** 24:22
**attempts** 136:2
**attend** 41:5 99:17
**attending** 23:13
102:16 104:13
**attributes** 38:7
**attrition** 99:12
109:24 110:6
111:12,14,18,22
112:2,4
**Audio** 1:12
**authorized** 6:19
7:5
**available** 43:14
44:16 50:16 55:6
90:2,18 92:14
173:14
**average** 97:18
**avoid** 123:19
**aware** 35:8 69:23

—————
**B**
—————

**B** 125:1 162:2,9
164:12
**back** 11:17 12:14
22:9 29:8,15
42:1 48:15 62:14
67:21 68:16
74:14 79:8 81:13
82:15 86:6 87:6
104:2,10,16,21
105:5,22 107:8
109:17 110:10
113:17 114:13
114:14 115:14
115:19 122:20
124:2 132:12,13
145:24 147:5
152:2 155:8,9
157:16 172:4
173:18 174:14
178:6 182:13
186:20 193:16
193:17,18,23
**background** 25:22
28:6,15
**backs** 58:8 158:15
158:17,22
159:20 160:9
162:6 164:19
**Baker** 34:3
**balance** 43:21
116:3
**balanced** 44:2
**barely** 161:16
**barrier** 85:1
**barriers** 18:6
31:19 36:8 62:2
**base** 102:1 106:6
179:11 189:1
**based** 10:6 30:12
35:23 37:6 40:1
44:8,17 45:2,9
50:15 52:16 54:2
54:5 59:7 84:15
89:4 90:1 92:14



92:18 100:9
102:17,19
103:21 106:8,11
106:14 107:19
128:20 132:10
133:7 153:22
155:23 163:3,12
177:6 183:21
187:24
**baseline** 52:12
**baselines** 52:11
**basic** 187:8
**bearing** 127:7
**beginning** 54:13
54:14 191:23
**begins** 25:10
**behalf** 6:20 7:6
174:10
**behavior** 126:4
**belief** 64:14
**believe** 13:11,12
16:6,10,18 19:10
52:6,7 53:7 57:9
60:15 65:2,3
70:20 72:19
91:14 92:17
117:13 124:2
136:16 145:23
153:9 164:23
177:10
**believes** 81:12
**bell** 66:4 79:5,7
95:20 117:14
172:1
**belong** 52:6
**belonging** 70:18
**beneficial** 123:5
**benefit** 62:4 66:14
71:6,11 151:3
**benefits** 18:24
**best** 5:3 15:10
21:15 23:7 73:11
121:24 169:14
172:23 187:4,14

187:18 188:9
196:4
**better** 16:9 67:16
67:18 73:14 74:3
81:21 100:1
102:2 135:5
143:12 166:1
168:20 188:16
**beyond** 96:17 98:5
130:6 142:15
143:6,7 181:7
182:10 187:7,7,8
**bias** 77:7,19
114:23 121:3
177:1,20 178:5
**biases** 146:17,17
174:6
**big** 34:8 115:7
144:10 178:4
184:21 186:4
**bigger** 177:21
**bit** 21:7 23:2 28:14
37:8,22,23 39:23
42:12 72:4 73:3
82:6 94:21 96:8
97:16 102:9
104:9 125:8
133:20 134:22
143:11 144:22
151:20 152:12
167:17 183:17
**blessed** 22:24
**board** 1:2,13 4:23
5:1,10 6:19,20
7:5,6 9:21 12:8
14:2 15:5,14
17:23 22:24
25:11 27:12,14
27:16,21 28:16
30:3 31:3,8,14
31:22 32:14 33:7
33:9 35:18 37:11
46:24 47:15
49:15 53:17,22

54:5 55:5 57:20
58:8 61:3,20
63:24 66:17
70:14 80:4,6
81:10,12 82:18
114:7,15 115:20
115:23 116:2,11
117:23 122:18
131:11 133:2,4
133:18 137:11
137:21 138:11
140:2 141:4
157:17,23
158:20 160:10
165:21 166:9
172:20 173:8
174:1,10,12
175:6 186:16
190:19 191:10
**board's** 53:12 63:9
**body** 4:4 27:4
102:2
**boldface** 123:8
**boldfaced** 123:15
**Bon** 72:4
**Bona** 69:15,18
70:7 73:3 74:12
95:6,21 98:17
115:4 124:2
125:3 128:19
168:5 178:10
**Bonitatibus** 56:1
70:12 73:4 95:23
125:9,24 129:9
130:23 132:16
173:17 174:4
**bottom** 29:12
83:21
**bounds** 102:22
**box** 169:15
**boxes** 176:12
**Brabrand** 25:3,6
28:10 29:24
36:23 41:11

57:12,15 60:21
63:21 64:6 81:5
107:21,24
108:23 113:15
114:18 115:16
115:17 117:15
117:16 121:4
125:3,6 132:14
132:24 136:18
137:4 138:9
139:24 141:11
141:19 142:3
165:7,16,19
167:1 168:2
171:4,17 172:11
173:4,15 179:24
190:14,16,22
191:8,17 195:11
195:13,14
**break** 119:11
**breakdowns** 59:16
**brief** 86:9
**briefly** 98:12
139:9 150:3
194:9,22
**briefs** 145:22
**brilliant** 117:17,18
**bring** 32:2 40:21
41:22 71:9
109:16 131:4
171:14
**bringing** 33:9
36:22 89:3
122:19
**brought** 30:3
56:23 109:23
116:24 135:23
166:2
**brute** 154:14
**Brzycki** 1:14
196:15
**budgetary** 96:23
**build** 21:11 65:15
67:1 149:21

**building** 23:2
94:17,20 95:7
96:10 127:12
**built** 55:17
**bulleted** 39:3
**business** 5:4,7
50:11 100:3,21
100:23 101:4,19
101:21 110:8
**busy** 194:10

_____
**C**
_____
**calculations** 45:10
**calculus** 130:11
**call** 2:9 3:17
123:10
**camera** 64:9 111:6
135:2 142:3
**cap** 42:17 81:3,3,7
81:18 82:9 83:5
86:19 91:19,23
98:4
**capacity** 31:23
41:11,14 94:13
95:5,6,13 96:15
96:22 97:13 98:4
98:12,16
**caps** 42:11 44:7
82:1,2,5,19,22
83:11,12,14
86:10,18 92:23
103:7 148:8
156:9
**captured** 192:6
**car** 113:16
**care** 113:11
168:12
**careful** 149:12
**caring** 110:13
114:10 150:6
**Carl** 147:7
**carry** 8:4
**case** 12:4 193:23
**cases** 73:12



catch 152:6
causing 69:12
cellphone 147:21
center 26:23 64:14
centers 79:24
  97:14
central 140:17
Century 38:8
  152:21
CEO 64:17 66:17
certain 55:14 84:4
  103:17 105:4
  180:3,4
certainly 35:3
  40:10 48:14 52:9
  54:3 55:16,24
  57:13,21 68:11
  69:19 73:8 74:11
  77:12 81:14,14
  82:23 86:13
  89:13 95:10
  121:22 122:17
  122:22 124:1,12
  124:15 133:3
  144:6 146:12
  166:12 186:14
  188:12,17 189:4
CERTIFICATE
  196:1
certification 4:16
  4:18 196:19
certify 4:13,24
  6:12 196:2
certifying 6:7
  196:22
Chair 6:18 70:13
  70:14
chairman 6:18 7:4
challenges 71:8
challenging 29:7
champion 115:3
chance 157:9
change 22:12
  84:23 134:14

137:2 146:22
  176:10 181:15
changed 28:20
changes 34:21
  66:12 113:10
  133:22 136:7
  150:9 172:22
  176:11 184:13
  184:17,19,20,22
  185:6 186:4
changing 62:6
  132:20
characteristic
  126:3
characterization
  60:3
charged 35:17
charter 29:15
chat 25:10
check 113:22
  158:13 193:18
  193:21,23
checking 169:15
  176:12 195:3
chews 160:8
chief 6:21 7:6
  15:20 64:18
  171:7
child 133:14
  138:24 174:22
  174:24
child's 175:2
children 70:18,23
chime 166:17
choice 74:21 76:4
  76:13 149:4,5
choose 51:6
  114:16 160:10
chosen 42:7 54:4
  70:2,3 125:21
circulate 15:4
clarification 104:9
  109:16 164:2
clarify 77:13

104:23 105:16
clarity 163:19
  193:1
class 21:12 26:19
  31:12,24 32:1
  41:12,17 54:12
  55:3 61:18 62:4
  74:16 94:11 95:9
  99:5 106:13
  112:19,20 113:2
  127:18 133:7
  143:8 180:11,13
classes 38:20,22
  150:23
classmate 126:17
classroom 50:5
  96:13 97:15,23
clear 15:14 18:11
  38:11 45:15 88:6
  118:10 169:9
  181:18
clearly 168:19
  170:6
clerks 164:20
click 111:6
clock 58:14 132:2
close 4:13,14,17
  141:24
closed 5:1,8,10 6:7
  6:13,22 7:8
closely 81:23
  101:1 119:4
  121:2 122:10
  134:7,8
closer 9:7
cloud 176:21
cluster 122:9
clutter 170:2
coalize 15:12
code 4:22 22:21
cognizant 179:14
Cohen 3:16,17,21
  3:23 5:15 7:13
  11:17,19,21

79:11,12 81:8
  84:18 85:24 86:1
  87:1,7,13 93:9
  111:1 120:18
  148:8 177:17,18
  178:15,16,22
collaboration
  101:18
collaborative 71:1
colleague 183:13
  184:11
colleagues 11:5
  13:23 18:9,20
  20:13 24:19
  60:11 64:21
  65:15 67:2
  134:21 136:1
  148:5 183:23
  186:11 189:18
  190:9 193:24
  194:10
collection 54:16
collectively 34:19
  98:24,24
college 60:14
  178:1
color 176:5
column 191:2
  192:21
combat 168:1
come 11:17 12:14
  19:24 22:9 29:5
  43:17 44:5 46:24
  51:5 55:16 66:16
  74:15 78:2,15,21
  87:8 90:3 91:6
  127:22 154:7
  165:24 172:20
  178:5
comes 73:16
  171:11
comfort 85:22
comfortable 96:14
comfortably 96:16

coming 10:5,24
  15:21 17:8 21:6
  24:2 27:11 32:1
  43:8 72:23 83:4
  91:10 105:11
  106:18 108:2
  127:21 131:2
  144:5 184:3
comment 64:16
  112:5
commenting 9:17
comments 10:2
  13:17 64:14,23
  65:14 66:10,21
  68:1 98:22
  100:16,18
  118:23 139:7
  148:5 173:12,19
  174:3,15 191:23
commitment 29:1
  62:1,2,3
committed 118:13
committee 49:9
committees 51:17
  73:19
common 15:3,13
  110:3
Commonwealth
  25:15 34:2
communicated
  187:15
communication
  26:6 50:20,21
communications
  47:12,18 51:3
  171:16 187:16
communities
  137:20
community 15:13
  17:1,11,12 25:12
  25:14 35:18
  50:17 52:24
  57:19 73:8 100:3
  100:22,24 101:4



101:19,21 127:12 165:22 182:7 187:1
**compare** 114:5
**compared** 97:19
**comparing** 136:8
**comparison** 14:11 33:10 112:2
**compelling** 129:13
**competition** 78:24 156:19
**complete** 130:11 180:19
**completed** 140:10
**completely** 61:19
**compliance** 65:20
**complicit** 17:21
**complied** 4:21
**concern** 61:23 84:19 88:1 128:20 151:14 155:7 160:3
**concerned** 19:17 49:14,15 99:8 103:20 106:2 120:22 129:23 167:7 178:3 185:10
**concerns** 16:16 46:8,12,23 60:19 69:10 96:17 99:4 116:1 119:12 129:1 150:1,4 166:24 169:8
**conclude** 190:5
**concluding** 9:6
**conclusions** 117:12
**conducted** 33:19
**conference** 119:10
**confident** 71:18
**configuring** 83:17
**confirm** 4:9
**confirmation** 123:8
**conflict** 76:5
**connected** 99:18
**connection** 142:4
**connections** 68:13
**cons** 9:14
**consensus** 31:14 31:22 32:2 67:1 115:20
**consequently** 110:6
**consider** 31:3 35:19 37:11 66:9 115:8 158:18 180:7
**consideration** 11:12 109:8
**considered** 5:9 41:8 49:19 123:4 181:9
**considering** 40:19
**consistent** 150:20
**consistently** 32:21
**constantly** 195:3
**construct** 144:14
**consultant** 27:19
**consultants** 27:24
**content** 196:3
**context** 115:9
**continually** 53:5
**continue** 27:2 28:1 29:22 48:22 51:24 52:15 64:16 70:17 71:5 99:8 101:6 114:4 131:7 132:21 157:14 177:8
**continued** 46:15 101:7 172:5
**continues** 136:6
**continuing** 119:24
**contract** 6:20
**contribute** 153:7 153:10
**control** 196:21
**convene** 5:1
**convening** 5:8
**conversation** 10:9 11:2,6,9 14:15 16:23 18:20 22:4 24:2,16 72:6 76:23 79:22 148:3
**conversations** 33:23 46:15 70:21 119:16 128:1 138:7 157:10,15 184:6
**Corbett** 3:1,14 5:24 6:2,4 7:18 12:12,13 22:8,10 98:9,11 100:20 101:13 102:11 103:14,24 104:1 104:10,17 105:3 105:15,18 106:11 108:24 109:22 181:11 181:12 184:12
**core** 38:20
**corporation** 101:22
**correct** 47:5 118:24 155:21 192:20
**corrected** 80:10
**counseling** 49:23
**counselors** 40:2 48:23,23 49:22 50:24 118:15
**count** 62:22 108:5
**counted** 42:10 106:5
**country** 16:11 25:15 99:10
**county** 1:2,13 5:1 15:9 22:15 44:6 47:22 49:12 56:17 59:4,6,12 60:15 82:22 91:3 94:15 98:15 102:23 103:1,8 103:18 105:21 105:23 107:3 110:5 111:19 112:16,18 137:16 143:18 143:19 148:20
**countywide** 58:23 59:2
**couple** 59:20 94:8 175:13 179:1,11
**Coupled** 33:22
**course** 22:3 35:21 36:1 38:5,9 39:2 39:2,12,22 40:14 54:2 79:2 96:21 132:12 140:12 187:15
**courses** 38:21 39:9
**coursework** 39:7
**COVID** 48:14 166:4,6
**crafting** 58:9
**create** 22:18 89:6 157:5 185:16
**created** 26:9 37:4 127:5
**creating** 18:22 35:24 69:12 70:18
**creativity** 29:2 102:3
**criteria** 14:6 39:15 59:7
**critical** 101:17
**cross** 102:21,22
**crowded** 179:12
**culminate** 31:9
**cultivate** 182:23
**cultural** 118:2
**Culturally** 171:17
**culture** 69:9,14 70:8,22 78:15 110:13 114:10 123:22 124:4 126:13 150:6 168:9,12 176:9
**Cunningham** 1:14 196:15
**curiosity** 29:2
**curious** 20:9 66:13 165:10 179:3
**current** 14:12 51:23 54:7 58:18 95:6 104:12,12 121:18 124:19 180:16
**currently** 58:24 70:9 99:17 104:24 106:9,11 106:12 108:17 108:20,22 111:12 124:14 145:6 146:2,12
**curricular** 56:6
**curriculum** 13:14 36:7 71:19 119:13 136:10 137:1,12 140:18
**cut** 170:2
**cycle** 181:8

**D**

**data** 16:23 21:8 25:23 55:4,11,23 59:8 61:14 78:4 115:7,7 120:17 133:1 135:16 138:3 148:22 166:5 183:4,13 183:15
**date** 141:23
**Dated** 196:16
**dates** 51:2
**day** 67:19 71:21

113:7 117:6
118:16 166:20
**DC** 105:5
**deal** 75:24 104:16
144:11 169:8
**dealt** 106:20
**decade** 60:13
**December** 5:2
6:14 54:11 57:2
134:2 143:7
**decide** 80:23 114:8
162:16
**deciding** 184:1
**decision** 15:9
18:10,11 63:9
65:21 141:14,17
157:19,24
183:21
**decisions** 25:23
31:1 53:3 64:2
**decline** 76:19
**dedication** 173:3
**deemphasis**
151:17
**deep** 139:10
**deeper** 138:20
167:17 175:17
**deeply** 178:3
**defeats** 164:9
**defining** 62:9
**definitely** 80:9
93:19 97:1
**definitive** 176:7
**degree** 174:8
**demand** 112:24
113:3
**demographics**
55:6 105:11
106:9 129:11
133:7
**demonstrate**
30:18 39:6
**demonstrating**
28:24 157:24

**department** 56:5
**dependent** 180:14
**depending** 72:23
90:4 180:12
**dept** 144:3
**Derenak** 2:22 3:13
5:16,17,19 7:17
12:16,19 13:20
27:13 135:12,13
137:5,24 139:7
139:22 141:6
142:21 143:9
145:20 146:7,19
149:20 183:10
184:11
**description** 60:5
**deserving** 167:15
**designed** 75:17
**designing** 169:20
170:1
**desired** 31:10
**detail** 32:9 89:18
**details** 157:15,20
**determine** 23:7
78:1 140:24
162:3
**detracts** 17:16
**develop** 13:9 37:3
65:21 133:16
**developed** 35:20
54:17 61:22
153:3 185:2
**developing** 48:12
54:16,18 65:22
71:11,16,23
97:21 133:11
152:13
**development**
49:16,20 71:7
138:13,24
140:19
**developmentally**
126:3
**dialogue** 57:1

**Diana** 183:9
**dictate** 28:17
**difference** 94:16
186:16
**differences** 19:7
20:10
**different** 3:24
22:16 35:6 46:2
46:5,18 47:3,12
49:10,22 50:8,8
50:13 51:6,16
63:19 75:5 76:11
80:20 103:2
105:11 108:14
125:20 128:14
129:5 148:2
154:12 157:2
162:15,20
169:10 186:9
189:11
**differently** 165:11
165:13 166:21
**difficult** 143:2
166:19
**difficulties** 149:9
**difficulty** 155:12
**digging** 167:17
**diminishes** 69:14
**diploma** 130:11
**direct** 24:19
191:19 196:21
**directed** 116:2
**direction** 122:23
140:3 190:2
**director** 28:7
101:2
**disabilities** 149:13
184:24 185:3
**disadvantaged**
41:1 155:18
**disagree** 17:18
**disappointed**
173:4
**disappointing**

61:8
**discipline** 187:5
**discretion** 140:24
**discuss** 46:6 70:16
124:6
**discussed** 5:9 6:22
65:5 69:7 99:14
**discussing** 9:13
74:17 108:21
**discussion** 15:1
21:5 31:8 53:22
54:2 55:17 56:24
72:20 100:17
101:7 141:3
157:17 191:12
**discussions** 14:4
**dismantle** 172:17
**displayed** 43:19
**displaying** 38:24
**dissimilar** 103:4
**distribute** 83:19
**distribution**
113:22
**districts** 48:5
**Ditto** 13:20
**dive** 21:5 139:10
175:18
**diverse** 16:13
18:22 27:4 60:18
62:4 101:24
102:1 148:13
151:1
**diversity** 11:8
17:15 21:10 27:3
36:16 49:9 52:1
66:9 116:23
150:21
**divide** 185:17
**divided** 44:16 45:1
107:12
**division** 28:2
51:24 127:15
136:15,15 186:7
**Doc** 190:21

**doctor** 182:8
**doctors** 162:24
**document** 61:7
190:13,19
**documentation**
80:3
**doggone** 141:24
**doing** 10:1 14:18
22:17 36:14 53:4
54:10,19 56:16
85:20 169:16
184:20 188:6,22
190:7 191:7
192:9 193:6
**Dominic** 34:3
**door** 15:19 36:5
167:5
**double** 139:2
**double-edged**
72:12
**dovetail** 156:24
**Dr** 2:1,5,8,14,16
2:19,22 3:1,7,9
3:11,13,16,19
4:2,11,19 5:21
6:5,10,23 7:2 8:1
8:6,24 10:13,15
11:3 25:3,6
28:10 29:24 34:1
34:3,5 36:23
41:11 56:1,2
57:12,14 60:21
63:21 64:5 67:8
67:9,12,14,17,22
69:5,15,18 70:7
70:12 72:1,4
73:3,4 74:4,11
75:24 77:14 79:6
79:13,20,20 81:5
95:5,23 100:10
107:21,24
108:23 113:15
114:17 115:4,16
115:17 117:15



117:16 120:20
121:4 124:2
125:1,3,3,6,9,24
128:19 129:9
130:23 132:14
132:16,24
136:18 137:4,6
138:9,17 139:5,8
139:24 141:11
141:19 142:2
165:6,16,19
167:1 168:2,4
171:4,8,17,22
172:11 173:3,15
173:17 174:4
176:15,16
178:10 179:24
185:24 190:14
190:16,22 191:8
191:17 195:11
195:12,14
**draft** 146:21
**drafting** 150:10
**dramatic** 181:16
**drastic** 150:9
**draw** 119:7
**dream** 148:11
**driven** 16:23
**Dually** 66:2

**E**

**e-mail** 56:11 65:13
187:8 195:2
**e-mails** 14:24
51:10 169:18
192:12
**eager** 157:16
**earlier** 13:6 15:5
31:15,22 40:12
64:22,24 68:13
117:19 138:15
174:15 175:6
186:5 187:13
**early** 54:21,23

133:18,20
138:23
**earnestly** 131:13
**ease** 61:5
**easily** 149:1
**economic** 22:16
**economically** 41:1
**edited** 15:11
**education** 13:11
19:21 41:4
**educational** 27:5
52:4
**effect** 165:23
**effecting** 94:24
**effective** 150:13
**effectiveness**
24:12
**efforts** 131:3,21
169:12
**egger** 157:22
**eight** 8:2,7,11
**eighth** 44:10 45:2
58:23 59:1 74:19
105:9,10 106:13
106:13 182:18
183:2 188:15,15
**either** 54:4 74:19
75:5 88:22
107:11 108:5
112:3 114:6
116:9 118:8
130:13 137:21
163:22 169:21
**elementary** 13:15
23:6 136:10
140:6
**elements** 28:18
32:23 35:3 40:13
54:6 153:7 155:1
170:14 180:8,16
180:23 181:9
**eleventh** 113:24
**elicit** 46:8
**eliciting** 153:4

**elicits** 152:9
**eligible** 30:17
47:21 48:8 77:22
169:19
**eliminate** 120:21
**elite** 172:24
**email** 9:10,24
14:21
**embed** 60:24
**embrace** 60:12
**employee** 51:1
**employment**
102:1
**encourage** 9:4
193:18 194:9
**ended** 162:23
171:24 195:21
**engage** 72:19
76:23 134:12
168:19 184:5
188:16
**engaged** 47:1
52:17 134:10
**engagement** 9:18
25:12 26:5 47:10
47:11,17 49:8
133:10,11
166:11 167:8
183:18
**engaging** 187:12
**engineer** 182:8
**English** 41:2
155:24
**enhance** 27:2,4
28:1 37:3 138:12
168:13
**enhanced** 27:9
37:9 38:1,3
**enhancements**
55:12 133:22
166:15
**enhancing** 27:16
27:20
**enrichment** 19:20

127:5
**enrolled** 39:1,7,11
106:10,12
**enrollment** 44:9
44:10 45:3 99:4
107:19
**ensure** 21:11
24:14 136:20
139:20 142:18
**ensuring** 18:21
19:8 82:2 114:19
124:23 125:17
136:9,12 140:11
142:5 153:8
**enter** 130:3 191:1
192:16
**entering** 126:20
**enthusiasm** 85:14
**entire** 33:16 36:12
41:6 55:1,13
69:13
**entirely** 120:21
**entrance** 130:7
**entry** 69:24
124:17
**envelope** 170:4,12
**environment**
18:23 29:7 36:7
38:18 66:15
70:19 154:21
168:12
**environments**
110:15
**equal** 129:16
**equate** 129:11
**equitable** 144:1
166:2
**equity** 15:20,20
26:22,24 28:1
36:14 49:13,20
60:10 62:1 64:18
71:15 98:20
114:11 119:4
120:22 134:9

135:20 136:9
139:14,20,23
140:11 165:20
171:7,14,20
187:17
**equivalent** 150:21
**error** 8:15
**especially** 123:2
128:7
**essay** 38:14 40:18
149:7 151:10,21
153:13,17,21,21
154:15,20,22
185:1,4
**essays** 149:2
**essence** 48:9 91:7
**essentially** 10:3
79:1 133:16
**establish** 52:11
81:24
**established** 83:12
101:16
**evaluate** 32:20
154:10
**evaluated** 13:5
30:11 32:21
37:15,20 42:14
45:7,8 68:9 69:1
89:2,5
**evaluating** 24:9
**evaluation** 75:12
90:7 121:18
145:3 181:3
**evaluations** 43:5
**evening** 195:10
**everybody** 2:10
9:24 161:10
164:7 193:22
**evidence** 92:18
**ex** 51:7
**exactly** 120:19
178:10 192:24
**example** 35:1
169:17 182:6



exceeding 92:13
excellence 26:24
exceptional 18:5
 21:12 22:20
 28:24 149:5,6
excess 92:9 181:6
exclude 112:16
excluded 12:7
exclusive 27:1
exclusivity 78:8
excuse 51:7
execute 6:19 7:6
exempt 5:4
exhibit 38:6
exist 44:11 131:8
existed 31:20
existing 106:5
expand 40:10
 140:1 176:20
 177:7 182:10
expanded 41:11
expanding 25:19
 176:18
expansion 141:5
expect 54:21 98:10
 101:20
expectation 58:7
expectations
 29:23
expects 66:17
experience 27:5
 40:20,24 41:7
 48:19 60:13 75:3
 75:9,15 121:9
 184:18
experienced
 120:11
experiences 75:19
 182:5
expert 124:3
expertise 15:22
experts 33:24
 112:15
explain 42:12

89:17,18 155:7
explaining 154:15
explicit 126:11
exploring 13:4
express 81:20
expressed 190:1
extend 158:23
 161:19 162:2,10
extending 162:12
extensively 65:6
external 51:3
 112:14
externality 123:21
extra 96:4 97:5
extracurriculars
 136:12
extremely 15:18
 127:14
eye 9:2
eyeballs 170:22

—————
F
face 57:18,19
fact 126:2 135:16
 136:7 141:9
 143:20
factors 28:21
 30:22 35:19,23
 37:6 40:20,20,21
 40:24 41:7
 184:18
faculty 49:17
failed 191:18
fair 49:17
Fairfax 1:2,13
 4:24 21:16 44:6
 47:22 49:12
 56:17 59:4,5,12
 59:17 60:15
 82:22 91:3
 102:23 103:8
 105:21,23 107:2
 111:19 112:16
 112:18 140:22

187:21
fairly 144:14
 150:9
fall 31:16 54:12
 57:4 133:18,21
 180:13
falter 17:19
families 17:14
 48:18 50:7 52:17
 56:15 107:1
 108:3,22 109:5,6
 117:3 119:20,21
 124:24 134:13
 142:11 144:10
 187:19
family 17:24
 108:17
fantastic 93:17
far 17:7 21:10
 29:8 63:5 81:7
 124:20 159:20
favor 5:13 7:3 8:2
 8:7,11 35:11
 78:18,20 162:4,9
 164:14
FCPS 18:4 49:18
 65:24 66:16
 70:14 129:15
 135:20 156:18
 170:4,5 175:9
FCPS's 43:10
fear 159:18
fee 31:17 80:7
feedback 26:16
 31:8 46:8 81:10
 81:15 100:18
 116:12 119:2
 133:9 134:11
 137:22 175:14
feel 24:2 36:15
 52:21,23 53:20
 56:22 80:12
 86:17 93:14
 96:14 117:21,21

119:14,20
 141:11 172:13
 176:1 183:17,19
feeling 54:9 96:18
 127:23
feelings 56:12
FEEMALE
 195:18
fellow 58:8
felt 54:5 118:5
FEMALE 2:3,6
 8:5 159:8,12
fewer 75:6
fifteen 132:1
figure 15:3 85:2
 117:3,5 121:24
 157:21,22
 175:20 187:18
 193:13
file 195:21 196:3
filing 172:15
fill 91:18 193:22
filling 193:14
final 25:24 63:9
 64:2 81:16 132:6
finally 24:10 45:14
 55:8
find 33:1 67:4
 74:24 93:18
 111:18 124:16
 125:18 126:21
 131:5 168:24
 187:13
finding 66:13
 93:21 115:6
 123:20 187:5
fine 177:14
finger 137:17
finish 85:23
 106:10 181:1
first 4:16 7:23,23
 25:21 28:5 36:16
 45:18 57:3 70:2
 84:13 111:7

117:1 121:12,13
 133:8 136:18
 137:2 138:22
 139:3 161:18
 164:23 168:23
 169:1,20 171:10
 171:12 188:4
firsthand 72:7
fit 94:18 161:24
fits 163:8,8
five 9:6 43:10 44:5
 66:11 79:3 162:7
 192:10
fix 149:24 172:21
flag 105:7 184:14
flexibility 96:12
 96:19 141:13
 142:22
floor 140:5,7
focus 17:8 30:23
 49:21 62:5 65:22
 103:5 134:11
 138:19 139:16
 165:20 177:2
focused 27:8 34:9
 70:17 151:19
 185:13 189:7,8
focuses 181:20
focusing 111:9
folks 9:1 56:4 78:3
 152:5 158:13
 159:6 161:18
 163:22 175:11
 186:23 189:24
 190:12 191:18
 194:22 195:7
follow 63:8 87:2
 87:13 155:14
follow-up 9:20
 86:9
following 79:13
 169:14 192:18
foot 175:19
footage 94:17,19



95:14 96:1,5,8 98:19
**force** 154:14
**ford** 42:10
**foregoing** 196:19
**forever** 82:14
**forgot** 147:17
**form** 146:9 154:15
**formed** 153:1
**former** 121:17 122:9 124:7
**forms** 74:16
**Forty-five** 165:16
**forward** 14:14 15:1 16:4 18:19 19:4 24:5 26:15 26:17 27:23 29:6 29:21 35:13 36:23 46:16 52:15 53:21 56:23 57:17 88:16 100:16 114:15 120:4 128:7 132:19 143:6 167:19 173:7 180:10 185:18 189:21 190:10
**Foster** 84:1
**found** 116:16 127:4
**foundation** 101:1 101:3
**foundational** 152:14
**founded** 29:15
**founding** 29:11,14 29:20
**four** 8:3,5,8,12 76:11 106:3 163:15
**Fowler** 191:19
**frankly** 25:14 161:5
**free** 145:16
**freshman** 26:19 41:17 55:3 74:16 95:9 127:13,18 133:6
**Friday** 6:14
**Frisch** 3:11,12 5:12,14 6:16 7:10 8:18,20 13:19 57:9,11,24 62:13,15,19 64:5 66:2,5 67:6,12 67:15,20 74:6,7 79:5,10 85:23 86:5,7 87:1,5 93:1 95:18 98:8 103:23 104:3,5 105:15 107:22 107:23 109:14 110:22 111:3 115:13,17 116:16,19 117:13 120:5,8 131:24 134:15 134:22 135:1,6 135:11 147:6,8 147:13,16,22 152:2,3 155:9 156:3 158:2,10 158:11 159:10 159:14,17 160:1 160:4,14,20 161:9 163:9 164:22 165:1,18 166:7,16 168:22 169:4,24 170:10 171:4,24 172:5 182:14 186:18 186:19 188:3 190:23 192:12 192:21 193:1,4,7 193:17 194:1,4 194:12,17
**front** 46:4 167:18
169:6 170:21,22 171:7
**frozen** 68:14
**frustration** 136:6
**full** 17:17 45:5 171:20 174:3
**fully** 22:24 185:4
**funded** 140:21
**further** 11:6 104:9 109:15
**future** 46:16 55:17 60:22 101:15 105:2 106:19 109:3 111:14 141:3 166:15 182:17 189:5,14
**FYI** 111:2

**G**

**gain** 34:18
**gate** 72:18
**gauge** 24:12
**generally** 35:10 74:14
**generate** 56:24
**Genevieve** 34:1
**geographic** 62:5 82:11 83:19
**getting** 16:2 22:22 48:10 58:13 59:10 62:22 67:10 83:7 105:6 122:2 127:1,2,8 127:11 134:11 141:24 142:10 163:18 170:13 193:5
**gibbers** 79:24
**gifted** 188:23
**give** 21:9 23:12 28:5 54:7 64:9 66:5 67:20 80:16 85:6 132:1 173:12 186:24
**given** 9:3,7 27:24 53:20 94:3,14 123:18 128:8 129:1 137:23,23 176:4 188:4
**gives** 78:10 80:18 178:9
**giving** 11:24 189:8
**glad** 26:11
**go** 10:10 11:20,20 14:22 15:10 19:15 22:23 23:18 25:17,20 25:22 26:17,24 28:5 30:3,24 35:9 37:7 41:24 46:21 49:4 50:18 51:18 53:6 58:5 58:8 62:14 67:15 71:5 72:4 73:9 79:8 82:3 85:6 86:2,6,10 87:6 88:20 89:10,12 89:19 90:5,7 91:19,19 95:20 95:22 99:22 102:24 104:2,9 104:16,20 105:7 107:23 109:17 109:21 110:4 113:17 114:13 114:13 115:14 116:19 118:18 118:20 125:22 128:12 129:23 132:12,13 145:4 145:22,23 147:4 150:4 152:1 154:13 155:8,9 157:9 158:5,15 158:17,22 159:11,16,20 160:9 162:6 164:19,24
168:15 172:4 173:18 175:5,14 176:3,6 177:2,5 190:15,18,20 192:2 193:10,16 193:17 194:20
**goal** 19:10 29:21 67:3 83:18 85:5 85:8 97:14 130:9 150:24 185:15
**goals** 15:13 51:23 65:10 71:13 112:12 114:11
**goes** 29:8 107:8 110:10 167:19 174:14 188:14
**going** 4:7 8:17 9:8 9:24 16:19 19:3 20:5,19 23:10 24:12 25:2,22 28:3,4 29:17 31:5 32:11 36:21 41:18 43:12 44:21 57:5 58:3 58:5,5,16 62:5 77:14 86:24 87:5 88:19 89:2 90:3 103:19 109:13 113:2,10,13,14 116:7 118:2,9,13 123:10,19 124:2 125:19 128:6,12 129:7,20 131:17 132:7,20 133:21 134:19 137:6 138:6,19 139:1 142:11 143:10 144:7 146:22 153:7 157:20,23 158:5,15,19,22 159:3,4,18 161:13,23,24 162:5,16 164:10 164:13,18 165:4

167:11,13,14,23
167:23 169:11
169:13,16,19,24
170:3,17,21
171:14 173:10
177:13 179:16
180:1,8,24 181:2
182:13 183:20
184:5 186:1
187:1,3,9 190:7
190:17
**good** 3:8 5:19
18:24 20:21 21:3
53:17 56:14,24
119:2 122:7
124:22 133:19
133:24 139:13
195:9
**Google** 190:18,21
**gotten** 79:16 80:22
**government** 50:10
**governor** 28:19
54:21
**Governor's** 55:10
97:5
**GPA** 38:20,23
40:15 61:17
62:11 78:18
129:18
**GPAs** 61:12
**grade** 44:10 45:3
74:19 105:9,10
106:13,13
113:23,24,24
114:1 124:7
131:9 138:16,22
182:19,19 183:2
**grader** 188:15
**grader's** 188:15
**graders** 58:23
59:2
**grades** 113:23
**grading** 122:14
**graduate** 38:7

130:10 152:15
152:21
**graduate's** 151:13
**graduation** 130:16
**granted** 97:6
**granular** 80:8
156:13
**great** 12:11 50:12
87:8 89:14 95:24
112:24 116:16
137:10 148:15
169:8 181:22
188:19
**greater** 22:14,18
23:9 70:11 89:18
**greatest** 86:22
174:8
**Greenfelder's**
136:14
**greenlighting**
192:8
**ground** 15:3
**grounded** 152:22
**group** 69:11,12
167:10
**grouping** 90:19
**groups** 22:16
46:10,18 47:1,4
49:10,11 50:3
51:10,17 119:3
119:11 134:12
**growth** 174:20
175:2
**guarantees** 91:8
**guess** 60:4,18
89:17 171:1
193:12
**guidance** 15:15,16
15:23
**guide** 28:17 40:3
53:3
**guiding** 35:16
**guying** 186:23
**guys** 44:20 120:24

189:20
**Gwenydd** 110:5

_____

**H**

**half** 159:23
**halfway** 44:19
**hand** 26:24 27:1
86:10,11 161:21
162:6 164:16
192:1
**handful** 92:7
**handle** 168:21
**handling** 177:15
**hands** 7:9 48:11
159:5 162:8
163:12,14 164:7
195:6
**happen** 54:14
76:18 126:8
128:22 134:20
136:20 167:13
180:4
**happened** 132:5
165:12
**happening** 128:1
**happens** 87:2,3
112:22 188:5
**happy** 21:4 87:12
109:21 131:14
131:14
**hard** 71:16 142:18
186:13 191:13
**harder** 85:2
**head** 176:14
**headed** 53:11
**heads** 14:18
**healing** 185:19
**hear** 2:2,4 3:17
11:24 20:11
53:23 61:23
64:17 69:15
78:11 79:7 81:10
81:15 95:15
113:19 114:3,12

116:16 129:8,24
134:24 194:16
**heard** 5:9 41:10
72:19 95:20
115:23 170:11
173:24 186:11
189:24
**hearing** 12:4
13:24 16:20 19:4
20:17 24:6
141:10,16
142:23 143:4
165:5 183:19
189:21
**heart** 36:13 60:10
61:23
**heartburn** 78:11
79:15
**Heizer** 2:17,18
5:15 7:13 19:12
19:13 134:17,18
134:23 135:3,7
147:13,15,20,22
147:23 152:4
155:5 184:8,9
186:3 194:7,8,14
194:15,21
**held** 33:24 70:21
**Hello** 3:10 67:17
70:13
**help** 34:15 40:3
61:4,5 71:17
77:13 78:1 83:18
93:17 118:14
138:12 175:7
188:16
**helped** 56:6
**helpful** 194:24
**high** 16:12 19:8
30:16 36:10,12
50:1 60:6,8,17
62:9 75:1 97:19
99:22 110:6
113:2,21 126:8

145:9 177:5
179:11,12
**higher** 98:18
103:18 105:9
**highest** 30:11
37:15,20 42:14
68:24 89:11
91:20
**highlighted** 68:19
78:19
**highlighting** 128:5
**highlights** 135:16
**highly** 16:13 70:24
89:2,5 97:21,22
134:10
**hiree** 15:20
**historical** 35:22
92:4
**historically** 34:16
41:16 75:7 83:9
93:15
**hit** 90:17 166:5,5,6
**hold** 87:6
**holding** 57:16
**holistic** 26:3 30:13
31:6 32:3,6 37:1
37:5,10,19 40:13
42:4 45:5 62:7
68:18,19,24
84:17 86:2 87:24
88:24 93:8 147:2
157:12 185:9
**Holly** 34:2
**home** 108:2
**honest** 73:4 77:5
137:22
**honestly** 60:19
177:12
**honors** 38:21 39:8
39:12,22 130:10
**hope** 9:6 16:22
65:14 67:1 77:10
190:2
**hopefully** 164:20



182:24
**hopes** 84:24
**hoping** 10:8,18
  11:1,10 15:12
  18:8 24:7 80:23
**Hopkins** 34:6
**hour** 9:5 159:19
  159:22,23 194:3
**hours** 192:18
  193:3
**houses** 48:13
**huge** 140:3 184:17
**hundred** 37:15
  42:5,8 43:4 45:7
  45:16 68:6,9
  69:1 70:3 78:12
**hundreds** 79:2
**hundredth** 121:10
**Hunter** 156:21
**hurt** 148:10
**hybrid** 26:2 30:8
  31:3 32:5 36:24
  42:3,9,24 45:17
  99:2

**I**

**ice** 66:1
**idea** 79:15 82:10
  83:7 112:15
**ideas** 27:23,23
  156:8
**identified** 5:7
  39:13 51:9 65:10
  149:16
**identifies** 105:24
**identify** 4:16 18:5
  36:4 38:6,15
  47:23 48:3 50:12
  52:14 55:11
  88:21 175:7
**identifying** 123:2
  153:10
**IEPs** 155:13,15,23
  185:1

**ignore** 115:10
**illicit** 75:18 119:17
**imagine** 131:2
**imbalance** 135:17
  135:18
**impact** 34:11 74:1
  77:10 127:7
  130:22 179:5,10
**impacted** 45:18
  117:9
**impactful** 170:23
**impacting** 110:9
**impacts** 116:23
  123:22
**impediments**
  136:22
**imperative** 110:13
**implanting** 132:22
**implement** 46:10
  140:4
**implemented**
  71:13
**implementing**
  91:5 179:4,10
**implicit** 128:21
  177:20 178:4
**implore** 117:8
**importance**
  152:23
**important** 15:18
  16:20 19:22
  25:13 38:14,22
  39:14 51:2 56:7
  61:1 101:20
  114:18 148:18
  149:17 150:5
  151:8,15 171:13
  184:7
**impossible** 116:8
**impression** 97:3
  193:6
**improve** 52:13,19
  53:5 65:23
**improvement**

55:22 71:14
**improvement's**
  24:21
**improvements**
  166:14
**improving** 66:9
**inaudible** 2:5,6
  5:6 12:17 16:4
  17:3 18:12 20:21
  21:23 22:5 26:10
  44:18 47:3 62:17
  62:23 78:24
  87:14 93:9 95:4
  96:11,14 98:10
  127:13 131:7
  134:21 135:7,9
  137:6 146:12
  147:6 149:2
  151:23,24
  156:21 160:17
  161:8 179:17
  185:16 193:10
  194:11
**include** 40:24
  64:20,23 80:23
  101:9 102:5
  148:12
**included** 52:22
  93:19 103:16
  109:9 118:6,11
  180:20
**includes** 18:6
**including** 12:8
  103:9 151:16
**inclusive** 110:15
**inclusivity** 71:10
**incoming** 31:24
  32:1 127:18
**incorporate** 55:9
  81:15 187:4
**increase** 11:7 16:8
  31:23 34:22
  36:18 41:12
  106:16

**increased** 59:23
  96:16
**increasing** 36:15
  86:12 96:22
  97:12
**incredible** 182:2
**incremental**
  181:15
**indeterminate**
  163:4
**indicated** 167:12
**indictment** 80:1
**individual** 17:24
  73:16 75:21
  82:19 83:11
  89:23 90:9 92:11
  103:12 106:14
  107:18 114:19
  145:12
**individualized**
  30:20
**individuals** 142:6
  142:9,13
**inequities** 35:22
  36:1
**information** 11:11
  21:8 33:1 47:19
  48:7,10 50:24
  51:12,16 53:13
  53:15 61:6,11
  62:23 63:20 64:1
  65:8 75:18 82:17
  112:10 119:17
  120:16 122:1,2,7
  124:24 133:4,17
  142:10,12 149:8
  151:11 152:8,9
  154:18 155:19
  176:8 179:7
  183:8 187:19
  189:9 191:11
**inherent** 50:4
  174:6
**initial** 30:5 40:8

84:7
**innovation** 71:14
  102:4
**innovative** 140:16
**input** 21:15 56:9
  56:10,11,20
  65:11 66:18,19
  95:11
**inside** 50:4
**inspiring** 29:6
**instruction** 137:15
**instructional** 56:5
  96:2,12 136:16
**instrument** 189:7
**instrumental**
  191:21
**intellectual** 29:1
**intellectually**
  66:13
**intended** 78:17
**intention** 47:18
  152:19
**intentional** 128:8
  128:17 146:17
  185:19
**intentionally**
  185:8
**interest** 30:19 75:2
  86:23 101:3
**interested** 11:24
  12:4 13:24 20:4
  20:17 22:1 46:19
  56:16 75:7,8
  122:18 165:4
  167:16
**interesting** 99:5
**internal** 50:20
**interrupted**
  139:18
**intervals** 180:4
**introduce** 25:10
**intuitiveness**
  57:22
**invitation** 40:9



51:11 70:5 119:7
124:11
**invitations** 47:20
**invite** 39:17 86:15
167:6
**invited** 55:2
119:22
**inviting** 170:8
**isolating** 176:5
**isolation** 170:19
**issue** 25:13 63:5
98:20 116:23
129:7 178:4
**issues** 65:5 111:10
116:3 135:23
138:6 142:5
183:16 184:24
185:12
**It'd** 14:17
**items** 39:3
**iterating** 169:9
**iterations** 81:24

**J**
**January** 15:21
54:14 141:16,18
143:7
**Jean** 88:12 93:23
**Jer** 81:22
**Jeremy** 28:4,7,11
29:24 32:11
39:23 41:18
42:11,18 46:21
59:14 63:7,22
81:17,23 82:5
107:21,21,24
110:22 118:14
144:18,21 152:7
152:11,17
155:11 180:2
**job** 71:2 85:2
124:22 130:17
**John** 83:24,24
**Johns** 34:6

**joined** 6:1 112:7
**joining** 147:18
**Jonathan** 34:5
**journey** 17:22
**joy** 29:6
**Julie** 191:19
**July** 196:16
**jump** 58:3 110:24
165:2
**junior** 111:16
**jurisdictional**
102:22
**jurisdictions**
43:11 44:14,24
45:2 48:2 83:13

**K**
**Karen** 109:22
**Karl** 66:1
**Kaufax** 2:23 3:13
5:16,17,19 7:17
12:16,18,19
13:21 27:13
135:12,13 137:5
137:24 139:22
141:6 142:21
143:9 145:20
146:7,19 149:20
183:9,10 184:11
**Kaufax's** 139:7
**keep** 20:23 44:20
58:10 77:7 97:15
97:17 116:5,7
124:1 149:12
159:1 171:13
**keeping** 9:2 72:18
119:23
**kept** 30:9,10
**key** 25:22 28:21
31:1 93:21
**Keys-Gamarra**
2:23,24 5:22
7:16 14:16,17,23
64:7,8 66:3,7

67:7 164:1 171:5
173:9,10,21
175:11,15,16
**kicked** 7:22
**kid** 23:22 118:18
121:14
**kid's** 144:12
**kiddo** 149:5
**kids** 12:1 79:2
85:3,6,9,21
97:23 106:1
110:14 114:1
123:3 144:9
148:24 149:5
**kind** 14:8 34:13
77:9,15 83:7,9
83:13,16,17
84:22 85:18
112:12 113:14
120:16 123:7,21
126:20 128:20
130:3 136:21
145:8 146:13
157:2 165:3
168:11 174:7
178:2
**kindly** 86:6
**kinds** 80:20 96:13
131:3 189:6
**know** 8:21 11:23
12:7 13:6 14:3,5
15:6 17:13 18:21
18:23 19:17 20:6
20:10 26:23 27:3
34:11,20,23 35:9
35:11 39:18
44:20 46:10
49:18 50:12
51:13 52:3,4,16
59:14 63:10,23
66:23 69:18 70:1
72:3,6 73:10,11
73:13,13 74:12
75:21 77:9 78:16

80:12,16 81:19
81:22 82:17 83:7
84:2,19 85:10
88:1,8 90:1 92:6
93:5,11,13 94:10
94:16,23 95:19
96:3 98:13
101:22 103:14
105:3,8 109:12
110:14,19
111:20 112:7,9
113:4,8,8,12
114:22 115:1,4,5
115:22 117:7
118:22 120:19
121:17 122:6,11
123:1,10,13,16
123:22 124:7,16
125:20 126:1,16
127:1,2,11
128:14 129:5,20
130:8,24 132:9
134:5 137:8
139:16 145:16
146:13 148:12
154:12 156:7,9
156:10,17 157:1
157:13,20
160:22 165:13
166:19,24 167:9
167:10,24 168:2
168:16,22 169:7
172:13 179:18
180:10 182:16
182:18,24 184:2
185:6,12 186:1,9
189:24 192:9
193:15 195:2
**knowing** 152:12
167:21
**knowledge** 5:3
182:4
**known** 33:24

**L**
**labels** 125:20
**labs** 96:6,7 150:23
**lack** 17:15 96:19
116:21 183:18
184:22
**language** 15:5,7
41:2 65:15 149:9
156:1
**large** 75:2 113:3
**larger** 115:8
127:19
**late** 180:12,14
**latest** 141:23
**Laura** 88:12 93:23
**lawfully** 5:4
**layperson** 108:1
**lead** 117:11
**leaders** 101:5
127:16
**leadership** 70:15
139:11 168:4
**leading** 26:22
92:19
**leads** 102:3
**leaning** 93:8
**learn** 38:17 110:14
117:10 124:21
151:3 183:5
**learned** 165:10
166:13
**learner** 97:14
156:1 175:4
**learners** 18:24
19:1 41:3 97:21
97:22
**learning** 18:23
29:7 139:17
**leave** 15:18 114:1
120:3
**led** 40:22
**ledger** 167:22
**left** 42:3 101:23
163:4



**legal** 1:24 65:20
**length** 180:24
**lense** 171:20
**lessons** 166:13
**let's** 64:11 95:21
  118:20 161:14
  161:18,20
  171:18 176:20
  176:21 177:2,5,8
  186:2,12
**letter** 70:5 170:3
  178:8 187:7,20
**letters** 21:19 47:21
  48:7 51:9 69:9
  73:8,23 169:18
**level** 34:1 50:15
  75:3 78:8,21
  79:24 80:18
  82:19,22 83:14
  85:22 90:12
  91:21 105:8,21
  111:18,22
  138:20 140:5,7
  145:9 156:13
  157:17 174:17
  174:19 177:23
**liaison** 48:22
**liaisons** 48:24 49:9
**lie** 136:6
**liked** 165:20
**limit** 164:21
  181:24
**limited** 14:8
  160:18
**limiting** 50:2
**linchpin** 101:17
**line** 25:21 29:19
  167:24
**lines** 75:23
**links** 61:1,6 62:22
  63:1,5
**list** 89:12 159:6
**listed** 46:3 99:15
  187:2

**listen** 21:14
  117:23 157:3,14
  191:14
**listening** 125:10
  156:6
**lists** 169:15
**literature** 33:18
**little** 21:6 23:1
  28:14 32:12,16
  37:22 39:23 73:3
  82:6 93:24 94:21
  102:9 103:20
  104:8 125:8
  143:11 144:22
  151:20 152:12
  167:17 183:17
  183:20
**live** 22:21 29:22
  103:1,4 109:13
**local** 20:14 27:18
  50:10 138:10
  140:1,4,7 141:1
  188:24
**localizing** 24:3
  189:16
**locked** 118:17
**long** 4:3 16:14
  60:16 113:18
  131:12 138:7
  165:9 177:2
  180:7,17,21
  181:2
**Longfellow**
  122:10
**longstanding**
  100:4
**longterm** 24:15
**look** 6:15 14:14
  17:1 21:15 24:5
  24:20 26:14
  34:13 37:5 38:3
  38:4 42:21 46:11
  52:1,13 60:19
  75:13 81:4 82:4

84:16 85:5,11,16
85:18 86:10
87:19,20 88:24
90:12 92:10 93:6
100:12,16
102:15 107:7
109:9 111:21
112:10,12 113:6
114:4 116:2,9
120:4 121:19,22
122:15 123:1
132:24 136:21
145:5 146:1,14
151:24 170:3,7
173:7 179:8
184:1 189:4
190:6,12
**looked** 36:11
  83:21 84:17
  99:24 112:6
  120:24
**looking** 12:10
  14:24 15:15 16:3
  18:19 19:4 21:7
  21:10 31:7 33:13
  34:10 35:2,12
  39:10 40:8,14
  44:15 46:17
  51:22 52:2 53:21
  61:11 63:18
  79:18 82:2,9
  83:1,5,6 84:6,7,9
  84:12 86:18
  88:23 89:1,21
  90:8 91:1,24
  92:2,4,16 93:22
  97:13 98:4 99:24
  102:14,18 103:6
  103:11 105:21
  106:18 120:16
  122:24 133:8
  134:6 151:12
  154:19,21,23
  156:10,13,14

178:14 180:11
181:17 182:9
188:11 189:21
190:17
**looks** 9:7 73:6,7
  111:1 137:1
  170:4
**losing** 131:20
**lost** 111:1 186:21
**lot** 49:6 53:20
  56:12 57:13 72:6
  79:15 80:13
  93:24 96:4 98:15
  134:12 139:15
  140:17 162:23
  166:13 172:21
  176:17 185:16
  186:13
**lots** 14:23 56:9
**lotteries** 99:1,9,11
  110:3 185:11
  186:9
**lottery** 21:9 26:2
  30:6,9,11 31:4
  32:4,5 33:14,15
  34:9 35:1 36:24
  37:14,17 42:3,8
  42:9,24 45:17
  65:7 68:23 69:3
  70:4 77:17 78:1
  78:6,7 84:8,8,15
  87:19,23 99:3
  111:24 112:11
  177:3
**Louden** 15:8
  65:21
**love** 81:2 86:1
  95:14 129:19
  150:18 175:3
  178:11
**lower** 78:21 98:18
  159:5 162:7
  164:7
**luxury** 166:4

<hr/>

**M**
**ma'am** 3:24 11:15
**macro** 165:3
**Madame** 6:17
  70:13
**MAGNA** 1:24
**magnet** 60:16
  156:18
**mailer** 170:24
**mailers** 169:20
  170:1,2
**maintain** 19:8
  60:6 91:24
  113:21
**maintaining** 36:10
  36:12
**major** 184:13,19
  185:6
**majority** 163:16
  163:23 164:18
**makeup** 150:21
**making** 18:10
  19:17 23:21
  34:20,21 63:9
  64:2 85:17
  138:21,24
  141:17 150:9
  166:14 183:23
  184:13
**MALE** 6:8 152:5
  190:20 195:16
**managers** 8:18
**map** 137:10
**mark** 44:20
  122:24 136:14
  188:10
**Martin** 41:23
**Marty** 28:4 81:5
  81:17 110:22
  111:2 121:4,6
  125:5 132:14
  165:5
**materials** 140:18
**math** 13:13 38:10



38:12 39:2,8
74:20 76:3 136:9
137:1 139:12,22
140:12 153:22
155:2 179:15
**math/science**
76:10
**mathematical**
13:4
**mathematics** 22:3
**matter** 22:20 43:7
108:16 167:21
**matters** 5:4,7
110:7
**Maureen** 1:14
196:15
**maximum** 43:13
81:3,6,18 85:5
87:17,21 88:13
90:17 91:5
100:14 107:8
156:11,11
184:17
**maximums** 82:10
85:16 87:4
**McLaughlin** 2:12
2:13 3:3,6 5:14
7:17 16:1,2
58:11,12 59:3,9
59:18 60:1 62:16
62:20 63:24 64:3
68:15 160:1,2,5
160:16,21 161:6
162:11,18 163:7
163:17 172:8,9
192:1,3,20,24
193:5,12,19
194:2,5
**mean** 113:6
129:12 137:22
173:21 174:13
176:13 188:3
**meaning** 160:14
160:23 188:23

**means** 38:16
196:21
**measure** 20:6 53:2
113:13 150:5,12
151:8,13
**measured** 181:19
181:20
**measures** 20:5
52:10 65:23
110:11,12,17
113:9
**measuring** 22:2
36:2
**mechanism** 117:7
**media** 51:7
**meet** 59:7 92:22
92:23 101:11
129:21 130:15
167:5
**meeting** 1:13 5:2,5
5:8,10 6:13,22
7:8 8:17 9:12
11:11 13:7 24:22
71:22 77:23
117:1 129:17
130:13 141:15
158:6,23 171:21
190:5 192:13,16
192:17,19 195:8
**meetings** 100:23
119:6 162:24
**meets** 98:1
**Megan** 63:23
160:2
**megaphone** 158:6
**member** 10:2 56:4
137:21 164:11
**member's** 5:3
175:6
**members** 9:22
12:8 15:6 25:9
46:24 49:15
57:20 58:9 61:3
61:20 63:24

70:14 115:24
160:10 174:1
190:19
**membership**
107:20
**memo** 61:3
**mental** 167:2
**mention** 97:11
116:21 191:18
**mentioned** 20:14
40:12 43:3 64:24
65:12 139:24
140:14
**mentor** 182:7
**mentoring** 71:4
**merely** 88:23
**Meren** 2:14,15
5:15 7:12 17:5,6
147:11 156:4,5
158:3 185:22,23
**merit** 24:8 26:2
30:6,8 31:3 32:5
36:24 37:4,13
38:2,4 41:9 42:3
42:9,24 77:17
78:1,6,7 128:22
129:2 144:8
177:3
**meritocratic**
128:23
**mess** 68:14
**message** 15:14
150:19 171:11
195:1
**met** 87:4
**Methodist** 34:4
**methods** 54:16
**metics** 133:1
**metric** 61:22
151:8
**metrics** 16:16 20:7
26:7 53:2 54:17
55:6 58:18
133:12 150:2

**Metro** 105:5
**mic** 5:18 6:3 67:13
134:22
**microphone** 3:4
**mics** 2:11 161:11
**mid** 29:16
**middle** 13:15
23:10 50:21,23
93:11,12 174:23
**military** 99:18,21
103:16 104:7,7
104:11,13 105:1
105:4,12,20
109:5
**Mill** 156:21
**mind** 3:4 20:23
58:10 127:18
149:12 159:15
188:14
**mindset** 126:12
**minimal** 116:5
**minimize** 167:20
**minimum** 81:3,7
81:19 82:5 83:2
83:3 87:16 88:10
93:6 100:13
107:8 131:9
148:8 156:10
184:16
**minimums** 83:1
83:22 84:2 85:17
92:22
**minute** 10:1,11
19:24 164:3
**minutes** 23:19
53:11 137:9
158:24 159:13
159:21,22
160:10,11,12,22
160:24 161:15
192:10
**misleading** 96:9
**misread** 63:18
**missed** 3:18

194:18
**mission** 29:3
**misspoke** 186:5
**mistake** 141:11
**misunderstandi...**
128:23
**mitigate** 125:19
**model** 44:2 45:9
45:17 90:24 99:2
119:10
**modeling** 14:13
65:11 92:3
**models** 35:7
111:13,24
**modify** 146:3
**moment** 36:21
64:9 177:15
**momentous**
134:14
**money** 97:5,7
**monitor** 114:16
132:8
**monitoring**
132:17
**month** 27:13
31:11 54:11
116:14
**months** 117:1,1
127:3
**motion** 5:8 6:16
6:23 7:3,15 8:3,3
8:8,12 67:3
**motions** 189:19
**mouth** 118:1,3
**move** 4:8 6:12,18
7:4 10:12 27:23
35:12 46:19
49:24 88:15
128:7 143:6
190:10
**moved** 5:11 57:17
63:11
**movement** 181:22
**moving** 13:21



29:21 46:16
87:23 132:19
185:17
**MSAOC** 66:10
171:15
**Mulburg** 2:1 4:9
4:10,15,18
**multipart** 145:6
**multiple** 115:23
123:9 125:22
128:8 131:7
153:23 154:3,4
**Murphy** 101:2
**muscle** 172:2
**music** 149:6
**mute** 175:12
**muted** 66:2 67:13
147:7
**mutually** 27:1
**mythologies**
174:16

**N**

**name** 3:20 191:3
**narrative** 126:11
129:13
**narratives** 174:15
**nation** 60:8
**nation's** 17:2
**nations** 16:10
**nature** 32:22 71:1
84:3 128:24
**necessarily** 50:4
88:5 98:1 138:5
**necessary** 4:23
22:13 55:9
**need** 13:13 15:23
21:19 52:10 65:2
79:4 103:16
104:8 109:15
114:4 129:3
130:9 141:3
146:15 149:11
149:23,24

150:12,13 152:1
154:6 158:16
165:24 170:13
170:18,22 174:5
174:7 175:17
176:7,8,9,11,19
178:5 179:13,16
179:20 180:24
181:3 183:16
184:19 185:3,7
185:15,18
**needed** 13:9
**needing** 149:21
183:21
**needs** 81:12 98:1
137:11,13
**negative** 123:21
184:23
**neither** 181:13
**neutrality** 77:20
**never** 85:8 118:17
143:21 144:6
149:10 170:11
177:13
**new** 14:1 15:19
31:16 35:24 39:4
52:10 55:4 63:3
64:17 71:13
118:16 133:12
138:16 179:4
187:18
**newly** 54:17
**news** 51:1,5,6
**nice** 14:17
**ninety-second**
158:22
**ninth** 113:23
114:1
**noncredit** 127:6
**nondescript** 170:4
**normal** 97:7,8
126:23 142:16
**normally** 142:14
**norms** 20:15 27:18

138:10 140:1
**notably** 129:4
**notations** 33:18
**note** 38:15,22
39:14 40:5
164:20
**noted** 58:18
155:13
**notes** 116:18
**notification**
182:14
**notion** 185:2
**November** 13:7
134:2
**nuggets** 170:19
**number** 43:13
44:24 45:5 46:4
50:12 59:22,24
61:1,16 63:6
78:3,14 83:4
84:10 86:20,22
87:21 88:10,13
88:14 90:1,2,17
91:3,5,9,18 92:5
92:13,14 93:6
94:11,22 95:8
99:16,19 100:13
100:14 105:9
107:9,14 112:22
153:19 161:21
173:23,24
189:24
**numbers** 43:21
44:1,7 45:13,20
52:17 59:20
63:12 89:22
94:14 99:23
103:21 105:19
106:4,8 107:16
136:23

**O**

**O** 6:15
**obdure** 16:21

**objections** 190:9
190:14
**objective** 9:13
23:21
**obstacle** 176:24
**obviously** 91:12
110:16 139:18
**occur** 70:10
**October** 135:24
137:8 172:16
**offer** 37:14,19
43:13 76:19
90:19 151:5
179:16
**offered** 13:14
30:12 42:5,15
43:6 44:4 90:16
90:21 91:11
140:20
**offering** 179:17
**offerings** 135:19
139:22 140:13
**offers** 12:3 24:10
55:7
**office** 24:20 26:11
49:13 55:21
119:5 121:17
122:9,18 124:18
134:9,10 136:14
140:17 142:14
145:18 146:18
170:7 191:18,19
**officer** 6:21 7:7
64:18 105:7
171:8
**offline** 143:10
**oh** 8:6 67:14 79:6
97:4 125:24
147:16 194:12
**okay** 4:2,5,11 6:10
10:15 11:17
14:19 45:21 60:1
64:12 66:7 67:9
82:7 93:3 104:6

104:22 109:20
111:3 116:15
120:10 123:17
135:10,11 143:9
146:7 158:11,13
158:24 161:20
162:6 164:6
165:1 172:7,9
189:12 190:22
193:19 195:5
**old** 187:20 188:2,2
**older** 71:2
**Omeish** 3:9,10
5:11,14 6:24 7:1
7:11 8:18,21,23
10:17,21 11:16
11:20 12:11,15
13:18 14:16,20
14:21 15:24 17:4
18:15 19:12 21:1
22:7 23:17 25:2
25:7 26:8 44:19
57:6,8 120:9,10
122:21 123:17
125:1,5,14 128:4
130:18 131:24
132:4,18 134:3
147:7 158:7,7,9
158:12 159:11
159:16 160:17
160:20 161:8,11
161:13 162:14
162:19 163:2,12
163:17,22 164:6
169:2 171:3
172:3,7 173:9
175:10 176:15
177:16 178:14
178:20 179:22
181:10 182:11
183:9 184:8
185:21 186:17
188:19 189:12
191:24 193:10



194:7,14,18
195:5,12
**omitted** 110:20
**once** 8:10 42:2
90:6 110:24
147:9
**oncoming** 15:19
**one-time** 46:14
**ones** 21:21 77:2
107:3
**ongoing** 64:15
132:17
**open** 5:5 15:19
48:13 77:5 94:22
136:4 145:16
167:5 170:12
**opening** 10:2 36:5
**openminded** 24:1
**operating** 6:21 7:7
**operational** 2:11
**opinion** 173:22
**opinions** 19:5,6
191:6
**opportunities** 12:1
12:23 22:19 23:9
45:24 50:6,13
51:8,14 52:5
80:17 126:24
127:5 136:5
139:2,14 166:10
**opportunity** 16:8
18:22 23:3,23
24:3 25:16 30:18
34:18 36:4 46:6
50:15 56:21
64:11 70:16
72:13,15,16
76:16 77:5 85:6
85:7 126:19
139:21 165:14
166:20 176:18
176:21 177:8
182:21 183:5,24
192:23

**opposed** 75:20
91:2 156:10
**opposing** 7:14
**opposition** 191:4
**option** 32:4 50:1
76:10,11 158:21
159:1,1 161:22
162:2,4,13
164:10,12,14
167:19 182:15
182:23
**options** 12:5 14:1
25:24 37:12 50:5
116:10 158:18
162:15,17 189:4
**or/and** 31:18
**order** 4:21 54:11
159:9
**original** 29:15,19
**originally** 29:9
33:9
**outcome** 14:9
**outcomes** 20:20
110:9,18,18
113:12,17
**outline** 64:19
**outreach** 26:5
47:10,11,17
50:13 51:13
52:18 54:19
93:19 100:2,6
119:15 166:9
171:10,19 187:8
188:7,8,22
189:16
**outside** 27:19,24
103:7 144:5
**overall** 9:17 27:5
50:19 59:15 84:9
101:8 103:12
126:14 164:3
185:15 189:5
**overcrowdedness**
96:18

**overdue** 177:12,14
**overhaul** 181:16
**overreliance**
79:23

---

**P**

**packets** 73:7
**page** 29:12 33:2,5
119:18 187:2,10
**pairing** 70:19
**paper** 20:7 26:9
33:17 55:23 63:4
82:20 91:15
110:1 116:21
**parallel** 136:17
**parent** 47:10,11
48:23 49:8 72:17
119:5 133:9,10
170:11
**parental** 21:22
**parents** 17:23
52:22 72:10
106:22 117:20
119:8,10 124:9
124:20 131:14
133:13 188:16
**part** 9:19 10:3
13:2 18:7 22:4
23:13 27:18
28:22 29:14
39:22 41:6 42:24
43:16 54:1,20
55:2,12 62:5
68:20 73:5 86:16
96:5 101:10,12
108:18 112:8
118:6 119:20
125:11 126:6,12
138:16 139:23
142:7,9,17
143:18 145:1
154:9 155:18
160:5 163:5
166:9 168:9

176:10 180:9
**participating**
43:11 44:13,23
48:1 83:12
**participation**
112:17 195:9
**particular** 29:12
37:7 38:4 42:17
44:12 46:9 60:21
79:17 82:3 84:11
84:14 86:20 89:8
89:10 90:4,6
91:7,10,16,22
99:13,19 106:16
107:14 108:4
109:10 124:17
142:15 179:13
**particularly** 20:3
49:7,23 78:14
93:14
**particulars** 157:4
**partnered** 50:9
**partnering** 27:22
**partners** 50:11
100:4
**partnership**
101:18
**partway** 167:5
**pass** 11:18 158:6
**passes** 162:16
**passion** 19:19 29:2
39:21 148:14
149:3 152:10,16
182:22
**pathway** 41:20,21
42:6,11,16 69:24
81:4 84:11,15
85:10 88:22 89:4
127:8 128:10
147:2 177:6
**pathways** 13:8
23:3 99:14 123:9
125:22 128:8
150:12 184:16

**Pekarsky** 3:7,8
5:23 7:20,21
18:17,18 109:19
109:20 111:8
113:6,15 114:17
115:14,15
116:15,20 120:1
120:6,7 134:6
182:11,12
**penalize** 75:14
**people** 38:2 56:12
57:14 73:18
94:12,18 98:13
99:1 109:3,15
117:9,10 129:24
130:1 138:3
148:6 159:20
167:4,14,21,23
175:14 178:18
182:3 187:5,6
190:24 193:13
193:18
**percent** 44:3,15
103:19 107:10
**percentage** 61:16
63:6
**percentages** 63:13
**perception** 137:19
137:21 138:1
**perceptions**
174:16
**perfect** 18:15,15
152:1
**perform** 188:9
**person** 56:10
147:10
**personal** 17:22
47:20 67:11
75:20
**personally** 39:17
64:20
**personnel** 105:4
**perspective** 69:22
77:9 91:2 180:6



**persuasive** 153:17
**phone** 65:13 124:9
  135:8
**phrased** 99:6
**physical** 170:1
**pick** 57:9
**picked** 108:12
**piece** 24:18 49:7
  62:6 76:21 81:1
  81:7 97:10 98:13
  103:17 108:20
  112:8 116:12
  120:14 137:9
  153:12 178:12
  189:13
**pieces** 21:15 50:3
  71:18 112:11
  133:15 145:22
  146:2 148:2
**piechart** 107:15
**pilot** 183:24
**pipeline** 27:16,20
  86:13 135:22
  137:11 149:21
  177:9
**pipelines** 156:14
**place** 4:14 53:2
  57:2 70:9 79:7
  126:21 129:2
  131:15 142:6,8
  145:3 146:2
  156:23
**placed** 72:9 90:20
**places** 73:15 84:4
  85:15 127:21
**placing** 83:15
**plan** 9:4,18 18:11
  26:6 71:15
  131:15 132:8,20
  139:19,23,24
  140:4,8,9
**plans** 9:9,15 24:13
  101:11 155:24
**play** 43:17

**plays** 13:16
**please** 3:5 6:3 7:9
  8:21 10:19 30:4
  35:15 42:20
  45:21 46:20 49:5
  50:19 51:19 53:7
  58:13 60:24 72:4
  73:3 79:7 104:2
  104:5,19,23
  110:21 147:4
  161:21 162:7
  164:15,20
  175:12 190:15
**pleased** 27:22
**plenty** 87:8
**Plucker** 34:5
  79:20,20
**Plucker's** 120:20
**plug** 97:2 148:7
**plus** 184:17
**point** 21:18 80:17
  83:10 90:11
  92:19 115:7,7
  121:20 131:9
  135:16 140:15
  142:16,22 147:1
  148:22,23
  153:16 159:9
  164:1,12 175:6
  176:20 183:4,14
  183:15
**pointed** 73:10
  184:24
**points** 65:1 105:4
  133:2 138:3
**policies** 33:21
  156:22
**policy** 28:16,20
  113:10 150:10
  157:16
**poll** 101:5 158:19
  161:12
**pontification**
  178:17,23

**pool** 39:16 66:15
  89:8 90:20 108:7
**pops** 19:16
**population** 16:14
  18:3 148:13
  151:1 167:14
**portion** 113:1
  145:13 190:5
**portrait** 38:7,9
  40:16 151:13
  152:15,20
**pose** 158:19
**posed** 100:19
  104:18
**position** 93:17
**positive** 6:9 60:4
**possess** 57:17
  130:5
**possible** 119:8
  122:2 127:10
  174:9
**possibly** 21:9
  53:24 76:8 143:4
**posted** 43:23
  190:17
**potential** 17:17
  21:13 23:22 36:4
  58:20 144:12
  175:2 189:10
**potentiality**
  111:16
**potentially** 73:24
  105:10 106:1
  175:4 188:4
**powerful** 168:5
**practices** 156:23
  157:1 169:14
  172:24 187:4
**pre** 106:15
**preceding** 106:23
**preclude** 188:21
**predict** 14:9 72:21
  106:15
**preK-2** 138:19

**preliminary** 10:4
  10:5,23 17:7
  23:20
**premier** 60:8
**preparation** 39:6
**prepare** 133:4
**preparing** 127:16
**present** 3:12,21
**presentation** 9:20
  10:12 24:24 25:5
  25:18 26:4 53:10
  64:13 107:16
  120:13
**presentations**
  40:17
**presented** 9:9,19
  9:22 12:6 14:2
  39:4 47:14
  191:15
**Presidio** 138:17
  139:5,8
**pressure** 72:9,17
**presumption**
  15:22
**pretty** 29:3 67:13
  85:12 139:13
  141:20,20,21,24
  172:16
**previous** 14:12
  30:2,23 33:6,7
  40:6 41:14 42:23
  47:14 59:22
  81:23 181:4
**previously** 34:4
  91:14 192:15
**primary** 21:24
**primitive** 65:23
**principal** 95:15,21
  167:12 173:11
**principals** 50:22
  50:22 168:18
**principles** 35:17
**prior** 10:6 63:8
  64:1 90:10 107:2

  145:17
**prioritizing**
  101:19
**private** 43:9 99:17
  99:21 102:10,12
  102:13,21,24
  103:5,9,19
  105:13
**probably** 21:19
  94:2 162:1
  179:10,17 181:4
**problem** 17:14
  38:13 40:18
  84:21 108:16
  149:1,7,23 150:1
  151:10,21
  153:12,15,20,21
  153:22,24 154:2
  154:5,7,11,24
  155:3 177:21
  185:1
**problematic**
  173:23
**problems** 107:6
**procedures** 33:21
  51:3
**proceed** 10:11
  158:20
**process** 9:17 13:3
  18:4,7 20:13
  21:16 26:18 27:7
  28:18 31:12,16
  31:21 32:18
  33:20,22 35:20
  36:8,12 37:8,23
  37:24 38:5 39:24
  40:4 41:7,19,20
  41:21 43:2,2,17
  44:15 46:11 47:9
  49:24 51:2 53:23
  54:1,15,20,23
  55:1,13,21 56:10
  56:13,20,22 57:1
  57:7,18 68:20



69:13,22 73:6
77:21 79:19 80:1
81:13,24 84:8,9
84:23 86:11,16
87:23 89:4,16,18
90:7 94:5,7 97:7
97:8 101:8,10,12
108:19 118:8
119:21,24
121:17,19,21,23
124:6 134:1,14
142:7,10,17
144:19 145:2,4
146:6,10 149:15
154:23 155:17
165:9,23 166:10
167:7,8 169:13
170:9,18 174:7
178:8 179:4,6,19
186:22 188:17
191:21
**processed** 180:17
**processes** 33:12
37:3 40:6 55:18
89:21 91:16
180:17
**proctored** 154:20
**productive** 175:22
**professional** 49:16
49:19 71:6
140:19 144:2
**profile** 155:20
**program** 66:1
93:20 97:1
124:12 127:13
127:17 133:23
140:21,22 141:4
146:11
**programmatic**
94:19
**programming**
71:20 140:16
**programs** 73:14
80:13 95:1,17

96:2 98:2 140:5
175:8
**progress** 66:20
139:13
**proportionate**
107:13
**proportionately**
85:18
**proportions**
120:23
**proposal** 14:12
25:24 37:13,18
42:23 45:4 54:4
68:22 84:7
**proposals** 14:13
16:5 26:14,17
30:2,16,23 36:22
37:2 42:2,22
47:3 68:3 81:16
108:6 129:3
130:14
**proposed** 16:17
58:19 66:12
**proposing** 34:14
92:10 112:23
**proprietary**
124:19
**proprietor** 94:24
**pros** 9:14
**proud** 126:14
**provide** 23:8
39:15,19 48:13
50:6,14 51:15
53:18 61:14
63:15,17 66:18
69:2 82:11 95:10
122:7 126:18
131:6 146:20
154:1,6 155:15
155:22 183:7
187:18
**provided** 30:17
35:5 56:6,9
63:19 110:1

172:23 196:3
**provides** 19:21
**providing** 15:16
49:16 52:4 65:12
136:11 146:16
154:2
**provision** 68:5
**PTA** 49:6
**public** 5:4,6 8:11
9:12 43:9 47:22
56:17 61:5,21,24
65:18 66:23
102:16 131:12
141:10,15
142:23 143:4
157:7 162:24
183:18,19
**Pulling** 133:17
**pulse** 114:8 137:17
**punish** 85:9
**purely** 106:8
107:18
**purpose** 20:24
26:12 65:17
164:9
**pursue** 23:16
**push** 52:15 85:21
**pushing** 57:15
83:8 122:22
133:20
**put** 7:22 25:17
44:8 48:16 50:24
53:2 62:14 63:4
86:14 91:22 97:2
109:11 115:13
118:20 146:20
147:4 148:7,17
149:7 151:6
158:24 161:21
171:7 172:13
173:5 179:3
180:10 186:1
**putting** 29:6 63:3
97:22 156:23

191:11
**pyramid** 177:7

_____
**Q**
**qualifications**
30:19
**qualify** 78:9 149:1
149:10
**quality** 130:19
**question** 10:4 57:7
59:14 61:12,18
62:17 63:19 72:1
77:11 87:14,15
94:9 95:13,24
104:18 105:17
107:9 108:1
109:1 113:5
117:17,18
122:24 125:16
128:19 132:6
136:19 137:3
139:11 141:12
152:6 165:3
166:18 179:23
187:23 188:10
**questioning**
126:16 186:20
**questionnaire**
145:10
**questions** 10:17,19
13:1 14:1,10
19:2 26:12 29:10
33:10 45:23
46:23 51:20
53:17,19,24 54:8
58:4,17 60:20,24
61:2,15 62:21
67:24 68:2 82:18
94:8 99:13
100:19 102:7
108:8 116:17
119:12 145:8,11
145:15 147:5
151:9 153:1

160:7,23 161:3
164:13 179:2
187:24 189:23
**quick** 11:3 67:23
158:19 172:11
176:17 179:2
181:13
**quickly** 12:22 30:2
116:19 127:10
144:15 146:1
164:8 181:23
**quite** 72:3 110:11
189:24
**quota** 126:7
**quote** 154:8
174:18
**quoted** 28:23

_____
**R**
**raise** 7:9 162:6
164:16
**raising** 178:11
**rallied** 27:15
**rang** 79:5
**Rashad** 186:3
**rate** 109:24 110:6
111:12,22 112:2
131:19 192:7
**RAZ** 136:13
**re-added** 81:13
**re-implement**
146:5
**reach** 23:22 24:4
31:14 48:22
**reached** 42:17
100:1
**reaching** 124:12
186:23
**read** 29:17 66:23
120:20 192:4
193:2
**readers** 54:20
**readiness** 36:3
131:1 176:23



**ready** 2:9 99:22
105:6 174:18,19
174:23,24
176:13 189:19
**real** 122:5 139:9
172:10 181:13
**realistic** 159:3
**realistically**
158:14
**reality** 41:14
137:18 138:2
**realize** 129:14
176:9
**really** 9:13 11:5
13:21 20:8,9,17
21:24 24:8 28:21
29:5 30:1 31:18
34:8,12 56:8
61:20 83:20
85:21 90:10
93:14,17 95:14
98:6 111:6 112:5
114:24 115:9
117:8 118:12
123:4 140:16
143:20 145:24
148:21 149:11
150:15,18 151:2
151:7 154:22
155:1 168:11
171:8,18,19
178:11 186:13
188:13 191:12
**reason** 12:21
82:12 107:15
126:6 160:6
164:4 176:10
180:9
**reasonable** 158:16
**reasons** 78:14
**reassessing** 83:17
**reassurance** 94:21
**rebuilt** 184:15
**recalibrate** 132:10

**recall** 141:23
**receive** 43:12
66:19 97:9 133:5
**received** 56:11
69:24
**recidivism** 131:19
**recognize** 20:15
35:21 72:13 85:1
96:20 174:5
178:16
**recognized** 17:3
101:24
**recommend** 98:3
115:9
**recommendation**
21:20 31:15
73:17 75:17 76:2
76:7,15,20 77:6
94:5 121:7,11,13
121:16 122:19
143:22 144:7,9
144:16,19 145:6
145:7 146:5,9
178:8
**recommendations**
13:1 54:22 55:10
72:2,11,22,24
74:11,15,22,24
75:4,10,16 77:1
77:3,8 79:17,22
80:2,5,15 81:8
81:11 93:20 94:1
114:22 115:21
116:4 120:14
122:13 143:13
145:1 148:16,24
149:17 173:13
173:20 174:11
174:14,21 175:5
176:22 177:22
177:24 180:20
180:22 181:23
181:24 182:10
183:4 184:3

**recommended**
27:20 176:3
**reconnect** 145:24
**reconstruct**
172:18
**record** 7:19 196:3
**recruitment** 47:20
48:7 49:3 86:11
169:6,11,12,18
177:10
**recs** 80:22 177:20
**redness** 130:4
**reference** 82:23
**referenced** 26:9
79:19 137:8
**refine** 16:5
**refined** 154:22
**refinements** 9:16
**reflect** 191:14
**reflected** 16:15
189:14,17
**reflection** 33:20
**reflective** 17:11,12
43:20 52:3
130:21
**refresh** 18:4
**refuse** 76:14
**reg** 44:12
**regard** 95:5
**regarding** 19:6
68:3 69:10 72:2
77:19 78:4 98:21
99:13 132:7
141:7 150:19,20
151:10 152:10
**regardless** 42:6
43:13 167:13
**region** 78:22,22
87:21 89:23 90:4
91:8,10,16,22
98:14 99:16,19
99:23 100:14
103:3 106:3
107:13,17 108:5

108:12 109:10
109:12 134:9
181:21 189:16
**regional** 28:19
41:21 81:4 82:13
82:16 83:19 91:1
92:11 99:14
100:9 102:19
103:10,12,21
106:4,8 150:11
**regionally** 65:4
136:8
**regions** 43:10 44:6
44:7,12 45:11,12
45:19 83:16
85:11 92:21
102:23 147:3
156:14
**register** 191:3
**registering** 191:6
**regular** 9:12 66:19
66:19
**regulated** 183:6
**regulations** 28:16
**reinstated** 144:16
174:2
**reinstating** 143:12
174:10
**reiterate** 129:10
**relate** 42:22 49:18
**related** 140:11
141:4
**relates** 152:23
**relation** 42:22
**relationships**
182:2
**releases** 51:5
**releasing** 51:4
**relook** 86:2
**remain** 131:17
**remainder** 77:15
**remaining** 37:16
42:7 43:18,21
69:4 91:18 140:5

**remains** 60:7
146:23
**remarks** 24:18
137:7
**remedial** 129:4
**remediation**
129:24
**remedy** 178:7
**remember** 68:4
131:8
**remembering**
142:12
**remind** 189:17
190:23 193:21
**reminder** 9:2
175:11
**remove** 80:7,7
178:9
**removed** 184:15
**removing** 18:6
31:19 36:7 62:2
184:14
**repeat** 10:19 148:6
**reply** 74:8
**report** 24:21 32:24
53:13,16 55:4,5
133:3,5,18
**reporter** 196:22
**reports** 66:10,20
**representation**
16:9 22:14 44:17
65:3 82:12 83:20
**representative**
103:7
**represented** 45:20
**reproduction**
196:20
**reputation** 176:4
**request** 53:12
**requesting** 77:2
**require** 161:24
172:14
**required** 76:4
83:23 140:22



**requirement**
129:18 131:10
**requirements** 5:5
30:10 37:9 74:18
77:23 106:21
130:16
**requiring** 84:3
**research** 24:20
25:23 32:12,19
32:23 33:2,17
35:4 55:21,24
82:20 91:15 96:6
112:8 120:20
**residency** 102:17
102:18 106:20
**resides** 102:20
**residing** 104:24
**resolution** 27:14
67:2
**resource** 49:21
**resources** 52:4
140:19 141:1
**respected** 52:21
52:23 117:21,22
118:5,12
**Respectfully**
172:12
**respond** 104:4
117:6 145:11
153:18 161:17
165:8
**responding** 169:5
**responds** 160:8
**response** 33:5
61:13 80:19
145:16 154:16
165:17 178:13
178:15
**responses** 153:2,4
188:9
**responsibility**
135:21
**responsible**
172:19

**responsive** 171:18
**rest** 11:4 25:4
**restate** 125:13
**result** 165:12
**results** 132:11
**retention** 113:23
150:20 185:12
**rethinking** 24:8
128:22
**retire** 105:7
**retired** 101:23
**revamp** 119:5
**review** 26:3 30:13
30:20 31:6 32:6
33:18 37:1,10,19
40:14 42:4 45:5
55:11 68:18,20
68:21,24 132:9
147:2 185:9
**revisions** 15:7
31:4,6 32:6
64:22
**revisit** 132:10,21
141:14
**rhetoric** 185:16
**rid** 79:16,21 80:22
**rifling** 116:17
**right** 9:1 12:17
13:17 18:3 28:6
28:9,10,12 42:4
42:13 54:15
57:24 58:3,17
59:11 63:21 66:4
79:12 87:10 88:2
108:16,23
109:10,14,18
115:12 119:1
120:12 125:11
127:8 128:10
129:2 130:14
132:21 140:3
141:6 142:6,8
143:24 146:24
147:16 152:18

155:9 156:3
158:4,15 160:13
161:23 163:15
163:23 164:17
165:2 166:6,17
166:23 168:6
171:2,11 177:11
177:13 178:20
183:11 184:7
185:22 187:22
188:10 193:1,6,7
193:14 194:1
**rigor** 39:10
**rigorous** 38:17,17
**ringing** 65:13
**road** 137:10
161:10
**robots** 194:12
**robust** 16:23
100:17
**rock** 4:7
**role** 2:9 115:20
**roll** 4:8 14:19
188:6
**round** 58:8 111:15
111:16 168:23
169:1
**rubric** 143:14
144:14 183:7
**Rudah** 112:7
**run** 35:6 142:5
**runs** 95:17

___

**S**

**sacrifice** 17:24
**Sanders** 3:2,14
5:24 6:2,4 7:18
12:12,13 22:8,10
98:9,11 100:20
101:13 102:11
103:14,24 104:1
104:10,17 105:3
105:15,18
106:11 109:1,22

181:11,12
184:12
**savant** 149:11
**saved** 178:23
**saw** 57:12 107:16
116:20 163:15
**saying** 71:5 83:3
83:21 88:13
89:24 92:17
113:20 114:3
118:15 142:22
143:3 160:21
161:16 167:9
170:9 174:21
186:6 194:22
**scaffolding** 23:8
**scheduled** 9:3,11
31:11 100:23
**scholar** 39:14
**scholars** 138:14
**scholarship** 80:13
**scholarships**
177:24
**school** 1:2,13 5:1
6:19 7:5 13:15
20:19,22 23:6,10
28:2,15,19 29:8
29:20 31:2 33:13
36:19 38:10 40:1
40:11 41:22 43:9
43:9 46:23 47:23
48:23 50:1,10,17
50:21,23 51:24
52:2 55:5 60:8
60:17 65:2 66:16
69:2 70:9,14
71:9,14 72:8
73:13 75:5 80:4
82:19,22 83:5,11
86:21 88:14
89:10,24 90:4
92:1,12 93:11,13
95:7 97:4,6,9,20
98:6 99:17,22

100:8,8,13
102:12,13,24
106:16,23
107:18 108:10
108:12 112:21
113:3 114:9
118:15,18
119:13 124:3,13
124:13,17 126:8
126:18,22 127:1
127:24 130:20
131:19 133:14
134:8 137:13
139:3 149:10
150:22 151:19
156:15 157:7
168:3 177:6
181:21,21 182:6
189:15
**school's** 20:24
**schools** 19:2 20:1
32:21 33:10 41:6
43:15 44:9,11
48:16 49:2 56:17
73:1,13 75:1
78:3,5,24 79:1,3
88:2 93:15 98:15
99:10,21 102:10
102:16,21 103:5
103:10,20
105:14 106:14
111:23 112:1
136:10 137:16
138:4 140:6,23
152:24 156:18
156:20 177:5
179:11,12,15
185:11 186:6,8
189:1
**schoolteacher**
174:23
**science** 13:14
38:10,12 39:8
74:20 76:3 93:11



93:13 136:9,24
152:11,16
153:22 155:2
179:15 182:4
**scientist** 182:8
**screen** 23:5 43:20
45:11,20 46:3
68:15 188:23
**screening** 188:24
189:13
**se** 154:22
**search** 25:19
**seat** 30:12 180:13
**seated** 54:12
142:19 143:8
**seats** 37:15,20
44:16 68:10 69:2
90:1,2,18 91:24
92:9,13
**second** 37:18
43:16 68:22
103:17 121:13
124:7 128:18
138:16,22,23
154:8 162:6,22
164:19 178:17
**seconded** 5:12,12
6:24
**seconds** 66:6
132:1 159:2
162:1 164:11,15
165:17 168:3
172:7 173:2
178:24 186:22
**section** 4:22 33:2
58:10 103:1
**see** 6:1 12:23
17:14 20:18
22:14 23:5,14
29:13,18 33:17
35:3 43:19 45:11
61:2,9,10 63:12
64:12 72:11
74:13 77:23 80:3

80:10 105:12,13
110:11,17 121:2
122:16 133:13
133:14 136:21
143:23 144:8,11
148:1 150:18
158:20 174:1
180:11 182:16
184:20 188:7
192:1
**Seeing** 7:15
189:12
**seeking** 187:6
**seeks** 17:9,10
**seen** 35:22 70:24
85:10 88:1
118:18 167:15
185:10
**select** 26:16 31:10
31:12 37:16
111:13 126:5
**selected** 42:16
45:17 123:11,14
**selection** 43:2,17
73:19 142:7
186:7
**selective** 16:10
60:13 69:11
**send** 15:13 47:19
47:24 118:9
150:19 195:1
**sending** 169:17
**senior** 130:12
**sense** 54:7 86:4,19
87:20 88:11,17
121:8 129:6
**sensitive** 94:13
126:2
**sent** 61:7 64:21,22
78:3 93:15
**sentence** 172:1
**sentiment** 174:9
186:10
**sentiments** 73:9

**separate** 123:6
161:14
**September** 61:3
107:20
**series** 35:6,7
145:11
**serve** 36:18
**served** 73:18
**services** 1:24 56:5
136:16
**session** 8:19 10:6
10:24 30:8,24
135:24 192:5
**sessions** 33:7
**set** 8:22 16:24
19:23 20:2 52:12
55:13 95:8
171:22 173:2
179:8 190:24
**setting** 67:11
**settle** 84:19
**seven** 7:13
**seventh** 74:19
182:19
**shape** 188:8
**share** 24:6 26:8,13
29:10 30:1 45:24
47:19 48:6
124:23 125:4,7
125:12 139:6
160:12
**shared** 9:10,23
17:23 27:13 30:6
30:7 34:24 60:12
69:7 91:14
112:13 131:11
133:2 156:9
189:20 191:23
**sharing** 9:15 25:7
74:12 77:16
115:22 125:11
154:17
**sheet** 38:9 40:16
149:8 151:11

152:9 155:19
**shift** 129:11,12
**shoot** 175:19
**shortsighted**
115:1
**shot** 118:19,19
**should've** 173:6
**show** 41:9 42:2
58:21
**showcases** 50:9
**showing** 38:13
42:4
**shown** 16:11 99:10
**shows** 56:14
**Shugart** 28:7
73:20 74:2,4
77:18 88:20
89:13 141:21
**SHUGHART** 28:9
28:12 32:15
41:23 42:19
44:22 47:5 59:18
63:16 74:9 76:9
82:7 89:15 102:8
104:3,6,22 106:7
108:13,24 111:5
144:23 146:8
152:18 155:21
180:5
**side** 42:13 167:22
167:24
**sight** 157:5
**signal** 118:10
171:12
**significant** 176:11
**significantly** 85:12
94:6
**similar** 32:22
90:24 100:10
101:22 102:14
**similarly** 45:4
47:13
**simple** 119:9
**simply** 46:22 70:5

135:15 176:6
**single** 112:21
113:2 128:9
**sit** 78:13 94:14
119:9
**sitings** 33:17
**sitting** 173:1 192:9
**situation** 143:24
173:6
**size** 96:6,7 112:15
112:17
**Sizemore** 2:16,18
5:15 7:12 19:12
19:13 134:16,18
134:23 135:3,7
147:13,14,20,22
147:23 152:4
155:5 184:8,9
186:3 194:7,8,14
194:15,21
**sizes** 97:16
**Skian(ph)** 191:20
**skills** 38:8 151:14
151:14,18,21
152:22 154:12
155:2
**skipped** 3:20
**slide** 28:5 29:13
30:4 31:1 35:15
36:20 37:1,24
40:11 42:1,19,23
45:21 46:20
47:13 49:5 50:18
51:18 53:7
117:20 133:3
**slides** 32:10 47:14
117:20
**slightly** 97:17
**slots** 31:24
**slotted** 108:4,9
**slow** 12:20 13:22
19:15 32:16
53:14 111:6
120:11 134:20



142:4
**small** 80:18 113:1
  119:11 176:12
**smaller** 85:17
  97:16,17,19
**Smith** 6:17 13:20
  24:23 25:1,8
  35:15 41:24 43:3
  46:21 53:8,9
  57:9,11 58:1,17
  58:24 59:5,13
  60:3 62:24 68:7
  68:11 69:18
  81:22 84:5 86:8
  87:9 88:18 95:3
  100:20 101:14
  102:8 118:23
  121:15 123:12
  123:24 134:4
  141:21 142:1,2
  142:24 144:18
  152:7 155:10
  165:6 166:7,8
  168:14 169:23
  170:6 171:16,21
  175:23,24
  179:24 180:1
  187:11 188:11
  189:2 191:17
**social** 22:16 51:6,6
  51:7
**solely** 189:7
**solution** 154:1,6
**solve** 153:14,24
**solved** 154:2
**solving** 38:14
  40:18 149:1,7
  151:10,21
  153:13,15,20,21
  155:3 173:8
  185:1
**somebody** 72:7
  98:13 144:4
**sons** 176:2

**sooner** 133:23
  166:9 169:5
**sophomore** 111:15
  114:2 179:5
**sorry** 3:17 7:21,22
  8:6,7 10:18
  11:19 12:19
  19:14 32:15 33:4
  44:21 63:1 65:14
  66:4 67:18 74:5
  77:12 79:6 82:14
  85:22 87:7 92:22
  104:18 111:5
  132:18 135:6
  143:7 165:6
  169:4 173:1
  175:10 181:1
  183:10
**sort** 80:18 126:4
  142:23 184:21
**source** 114:23
**Southern** 34:3
**space** 77:24 96:9
**spaces** 96:13,20
**speak** 46:1 56:21
  68:7 69:16,20
  72:5 73:2,21
  74:1 81:2 82:5
  130:18 138:18
  144:21 150:3
  159:7 173:16
  176:23
**SPEAKER** 2:3,6
  6:8 8:5 152:5
  159:8,12 190:20
  195:16,18
**speaker's** 132:3
**speaking** 35:10
  48:2 161:2
  175:12
**speaks** 116:11
  178:5
**special** 41:4 130:4
  157:8 175:8

**specialized** 97:14
  98:2
**specific** 89:22
  145:14
**specifically** 33:13
  34:24 48:24
  49:20 51:1 59:17
  74:2 109:4
  127:17 149:4
  151:12
**speed** 138:13
**spend** 77:14
  162:21
**spent** 72:7 191:10
**Spiegel** 34:1
**spirit** 4:4
**spoken** 73:18
  147:14 159:17
**square** 94:17,18
  95:14 96:1,5,8
  98:19
**staff** 10:12 14:4
  24:6 31:5 40:2
  49:17 53:18 56:2
  56:15 58:2 60:23
  60:24 70:24
  113:16 115:24
  116:9 120:13
  124:13 127:2
  132:7 141:1
  160:7,11,18
  161:16 164:21
  165:5 168:10,17
  169:3 179:22
  190:9
**staffing** 97:8
**stakeholder** 26:5
  47:1 51:17 119:3
**stakeholders** 46:2
  46:5,17 56:8
  166:11 171:15
  172:21 187:13
**standard** 19:9,9
  128:11,13

130:20
**standardization**
  144:20 145:19
**standardized**
  143:14 144:17
**standards** 30:15
  30:17 36:10,13
  36:19 60:7
  113:21 130:7
  137:14,16
**standpoint** 47:16
  75:12 83:3 92:3
  92:11,12 102:19
  103:13
**start** 4:19 9:3
  10:13 19:15 25:3
  58:4,14,16 79:18
  82:15 137:2
  141:8 148:15
  161:20 172:8
  180:15 182:18
**started** 23:19
  138:21 139:10
  172:10
**starting** 10:1
  66:24 88:2,10
  154:9
**starts** 182:19
**state** 172:14 184:3
**stated** 100:11
  110:2 135:14
  183:12
**statement** 98:23
  181:2
**statements** 13:7
  29:14 75:21
**stating** 184:21
**stay** 53:10 131:10
  161:22 162:4
  163:13 164:10
**stayed** 28:22 29:4
**stead** 133:24
**steady** 28:22
**steep** 150:19

**STEM** 19:21
  20:21,22 29:3
  50:8 60:8,17
  66:1,14 129:19
  136:24 140:14
  140:16 148:3,14
  151:17,18,20,23
  152:6,10,16,24
  175:3 178:11
**step** 47:9 60:20,23
  74:14 133:8
  140:3 146:20
  175:17 190:11
  191:5 193:15
  194:23 195:2
**steps** 9:21 24:11
  27:19 33:6 43:23
  47:8 53:16
  115:19 179:3
  190:6 191:2,15
  192:6,8,14,17,22
**stick** 139:3 176:19
  176:19
**stickler** 65:1
**stone** 55:14
**stop** 115:11
**stories** 143:17
**strategic** 22:4
  24:21 55:22
  140:8
**streamline** 94:4
  115:6 121:8,19
  121:23
**strength** 75:22
  90:8,13 91:21
  114:9
**strengthening**
  13:10
**strengths** 47:2
**stretch** 98:6
**strides** 22:22
**strong** 21:21 38:11
  39:6,21 41:8
  52:15 56:3,12



113:18 148:7
**strongest** 43:5
90:14
**strongly** 16:18
24:3 94:15 98:3
115:9
**structure** 23:11
80:15 178:7
**struggling** 21:6
67:19 177:1
**student** 21:16 27:4
36:2 37:3 38:8
39:13 40:16 44:8
44:10,17 46:9
47:9,10 70:1
76:6,16 78:9
89:11 99:20
102:2,20 103:19
110:9,18 113:12
116:22 119:6
122:1,3 130:4
131:13,16
133:10 149:8
151:11 152:8,24
155:17,19,20
174:17 176:23
182:17 184:18
**student's** 17:16
90:9 145:12
153:2 189:10
**students** 12:24
16:9,21,24 17:13
17:19 18:5 19:11
19:18,23 20:8
21:12,19 22:6,20
23:5,10 24:5
25:16 27:6,10
29:4 30:12,18
31:20 34:12,15
36:1,6,17 37:5
37:16,17,21 38:6
38:11,15,19,23
39:5,9,11,16,16
39:18,19,20 40:3

40:7,9,15,21,22
40:24 41:2,3,4,5
41:9,12,13,15,17
41:22 42:7,9,14
42:15 43:4,12,14
43:18 44:3,5
45:7,8,16 46:9
47:21,24 48:4,8
48:11,18 49:1,23
50:1,7,14 52:5,6
52:19 55:2 56:15
57:3 59:6,7,19
62:11 66:13,15
68:6,8,18,22
69:1,4,8,23 70:4
70:10 71:2,3,9
71:10,20,22
72:14 73:11
74:18 75:1,6,14
75:20 76:9,22
77:22 78:8 83:4
84:10,14 86:14
86:14,15,20,22
87:21 88:1,3,7
88:11,15,21,23
89:1,3,7,7,9
90:14,15,20,21
91:3,6,9,17,20
92:15,20 93:16
93:18,21,22 95:2
95:8,16 97:18
98:16 99:16
100:13 102:15
103:16 104:8,11
104:13 105:9,10
105:12,13,20
106:10,12,18,22
107:11,12
111:14 112:19
113:1 114:19
115:5 117:3,21
117:24 118:3,10
122:8 123:10,13
123:15,20 124:4

124:5,10,15,20
124:24 125:18
125:21 126:14
126:19 127:2,6
127:20 128:15
129:17,21 130:9
130:10,12,17
131:1,5,20,22
133:6,12 134:13
136:5 142:19
149:12 150:7,14
151:16,16 153:8
153:11,23
155:11 156:1
157:6 167:10
168:6,7,10,15,16
168:19 169:19
175:7 176:1,5
179:8 181:5,7
182:1,15,16
183:2,6 184:23
185:3,13 187:19
188:23 189:9
**Studio** 2:9 4:8,10
4:12
**subgroup** 105:24
**subject** 72:17
**subjectivity**
121:21
**submitted** 65:16
**success** 17:1 18:1
19:23 20:3,8
21:13 33:14 36:3
46:19 150:17
185:13
**successful** 24:14
86:17 88:9
113:11 114:20
132:22 139:17
153:9,11
**successfully** 177:4
**suffer** 17:19
**suffering** 17:20,21
**sufficient** 65:8

185:5
**suggest** 101:15
160:2
**suggested** 34:21
162:14
**suggestion** 163:3,7
195:4
**summary** 145:22
**summer** 54:24
55:8 106:23
108:3 126:20
127:3,4,17
133:19
**super** 94:13,13
149:17
**superintendent**
15:17 16:6,17
58:19 62:18
**superintendent's**
19:6
**supervision**
196:22
**supplant** 97:7
**support** 23:8,11
27:9,17 57:23
65:6 66:8 70:10
77:16 96:23
129:4 140:17
189:23 190:1,3
191:4
**supported** 71:21
136:1
**supporting** 114:20
124:14
**supports** 70:8
131:6 137:11
**supposed** 162:22
**sure** 2:10 8:10
12:15 19:17,22
20:23 23:21
24:19 45:15
48:10 62:24,24
70:12,23 74:9
77:4 78:19 85:19

86:7 100:5 102:5
107:7 116:13
125:9,11 127:23
128:16 129:9
132:22 134:9
137:4,18 139:8
144:23 146:4,15
148:12 149:15
150:6,14,24
171:19 173:17
174:4 185:4
192:6
**surprised** 61:13
**surrounding**
110:12
**survey** 133:10,11
**surveys** 133:9
**sword** 72:12
**symptom** 149:22
149:24
**symptoms** 13:12
**system** 12:2 69:13
78:6 79:23 80:17
121:20 125:19
135:17 157:7
185:18
**systematic** 120:3
134:5
**systemic** 135:23
183:15
**systemics** 136:11
**systems** 20:19

---
**T**

**table** 6:1 33:4
40:21 82:21
108:21
**take** 8:21 12:2
23:18 26:11
28:11 36:21 37:5
45:7,19 65:20
94:6 104:2 121:5
121:20 122:15
128:15 129:8,22



135:20 147:12
158:8 164:20
170:18 175:17
176:14 190:12
**taken** 6:13
**takes** 109:2 160:6
**talent** 25:19 36:5
71:23 97:22
129:12,15
138:13
**talk** 13:3 20:14
22:1 23:1 26:4
26:21 32:12
36:21 37:21 38:1
39:23 41:19 70:7
76:21 81:18 84:1
88:20 93:10
102:9 110:4
113:17 114:21
117:9 119:11
122:11 124:4,13
144:19 151:19
152:7,11 161:11
163:9 168:11,20
169:9 171:8
175:1 178:6
180:2 192:14
**talked** 23:3 26:21
27:6,12 32:14
40:15,16 72:3
86:12 87:17
91:13 111:10
114:12 143:15
144:13 176:17
180:2
**talking** 19:16
22:18 32:8 48:2
70:22 93:24
97:12,20 99:1
104:12,14,24
108:14 117:2
127:15 129:24
132:16 145:21
149:3 163:18

171:9 175:24
176:20 183:23
**talks** 47:15 105:23
**target** 119:1
**targeted** 49:3
119:15,16
**teacher** 13:1 21:17
21:23 72:2 73:16
74:10,15,20,21
75:15 76:3,5,6
76:13,17,19 77:8
79:16,21 80:2,5
80:15,19,22 81:8
81:11 93:12 94:1
94:5 114:22
115:21 116:4,8
120:14 121:7,11
121:16 122:13
122:19 124:8
143:12 144:24
145:5 146:5,9
148:16,23
149:16 173:13
173:19 174:10
174:20,22 175:1
176:22 177:20
177:22,23
180:20 182:5
183:3
**teachers** 16:19
20:12,15 21:20
40:2 49:22 72:10
72:13,20,22
73:10,12,15,22
74:13 75:8 76:12
76:24 77:4 93:13
93:16 94:4 96:24
115:2,5 116:6
121:9 122:4,6,7
122:11 131:4
143:18,20
145:10 168:18
178:4,6 180:21
182:1 183:14

**teaching** 122:14
137:14,15
**team** 25:9 56:4
62:9 71:15
118:14 132:2
139:11 171:14
171:18 173:5
187:16,17
191:10
**technology** 148:2
**teenagers** 126:4
**telephone** 147:19
**tell** 85:13 138:2
176:2 187:24
**ten** 159:20 165:18
**tenth** 113:24
**terms** 28:23 29:11
32:18 43:4 45:9
46:7 47:16 50:19
71:9 72:8 74:10
74:23 75:3,15
77:20 82:2 84:1
91:15 102:12
103:5 111:11,12
111:15 124:6
139:13 140:18
142:24 145:18
145:20,21
149:19 153:17
154:10,16 180:6
188:9
**test** 5:17 6:2 31:18
80:8 150:11
184:15,15,22
**testified** 69:8
**testing** 188:6
189:1
**text** 168:24 195:1
**thank** 2:20 4:20
5:21 6:17 7:2,23
8:1,13,23 10:16
11:14,16 13:19
14:15 15:23,24
17:3,4,6 18:13

18:18 19:11,13
21:1 22:7,11
23:16,17 25:6,11
28:12 35:14
41:23 44:18,21
44:22 55:20 56:1
56:18,19 57:8,14
58:1,12,15 62:13
62:15 64:3,5,8
64:10,12 67:5,6
67:22 69:5 70:15
71:24 79:8,10
92:23,24 95:23
98:7 101:13
103:23 109:20
114:17 115:12
120:7,12 128:3
134:15,18,19
135:13 141:7
147:24 148:4
152:4 156:5
157:24 158:2,10
158:11,12 161:6
172:5 176:14,16
177:16 178:22
179:20 181:10
181:12 182:12
183:8 184:9
185:19,21,23
186:17 190:22
191:9,16,24
193:20 194:6
195:8,11,12,14
195:16,16,18
**thanked** 57:13
**Thanks** 22:6 29:24
79:12 134:3
137:5 147:23
148:4 186:19
**thing** 45:14 46:14
51:4,14 68:23
122:5 123:6
138:10 170:20
171:23

**things** 3:24 8:22
12:3,7 13:8
20:16 25:8 26:20
32:17 33:8 34:8
34:20,23 45:22
53:24 54:13
55:14 61:2 64:19
65:18 67:4 69:6
72:19 75:11
77:18 84:2 91:13
92:5 96:3 100:12
108:14 111:9
112:13 118:2
119:23 121:5
124:5,19 125:4
126:9 127:4
129:16 139:6
151:4 157:20
165:19 166:24
169:10,16 178:2
180:3,19 186:15
**think** 4:5 13:6
15:17 18:2 19:22
20:11 22:12,21
28:4 35:16 36:11
38:18 53:21
61:22 62:4,10
63:18 64:11,17
64:24 65:19 68:4
76:2 77:17,19
78:15 79:17,18
81:6,19,20 84:18
84:20 87:18 93:5
95:12 97:24 98:5
98:19 99:5,23
107:24 108:7
113:16,19 114:3
114:24 115:11
116:1 118:6,8,13
118:21 119:19
122:3,23 128:6
131:11 137:22
138:5,10,17
143:1 144:15



145:19 148:8,14
148:18,23
149:11,16 150:4
150:8 151:7
154:11 155:6
156:21 157:3
159:21 161:15
163:15 166:14
166:23 167:1,4
167:12 168:4,9
168:17,17
170:13,20
171:20 172:19
172:19 173:6,24
174:5,12 175:17
175:24 176:18
178:3 179:19
181:19 184:4,6
184:19 185:6,7,8
185:15,17 186:5
186:10,16 187:3
187:11 188:13
189:3,5 195:6
**thinking** 9:14 14:5
14:10 76:22
123:5 126:13
130:2 156:22
167:3 186:13
188:13 189:22
**thirst** 182:3,4
**Tholen** 2:19,20
5:16 7:12 21:2,3
87:11,12 93:2,3
95:12,19 98:7
178:21,22
**thought** 63:16
66:3 85:24 87:15
123:19 154:23
156:16 161:17
170:16 192:3
**thoughtful** 56:20
**thoughts** 10:5,24
17:8 20:17 23:20
110:20 190:1

**thousand** 96:15
**three** 33:4 97:18
106:3 131:18
140:9 159:22
163:14
**threshold** 129:2
189:15
**thresholds** 129:17
**thrive** 151:2
**thriving** 150:16
**throw** 179:2
**Thursday's**
141:15 146:23
**tier** 69:12 78:13
**tiered** 130:24
167:8
**tiers** 168:6
**tight** 141:20
144:17
**tightly** 143:14
**time** 4:7 7:10 8:16
9:2 11:5 15:2
18:2 20:1 24:1
26:22 28:20 35:5
35:24 36:10 39:5
46:7 48:14 58:7
67:21 76:18,18
77:15 83:10 87:8
90:11 92:20 94:3
96:21 103:15
113:19 120:5
121:12 132:3
135:9 141:17
142:16 143:5
153:16 158:13
158:17 159:4
160:6,9,15 161:2
161:4,20,23,24
162:15,21
164:11,21
165:21,21,21,23
166:3,3,6 168:23
171:1 172:12
173:11 180:23

180:24 183:22
186:15 188:12
191:10 192:4
**timed** 154:20
**timeline** 54:8
140:9 141:13,20
179:19,23 180:5
180:6,9
**timer** 18:14 67:11
**times** 51:2 126:23
135:14 162:20
**timing** 18:16
143:1 152:1
177:12 189:2
**title** 33:3
**TJ** 11:8 12:3 13:9
13:16 16:14 17:2
17:11,13,18 19:9
19:19,21 20:2
21:13 22:14
23:13 25:18 26:1
26:10,18 27:3,6
27:10 28:8,15,18
29:11 30:8 31:12
31:20,23 32:22
34:18 35:23 36:3
36:7,17 38:9
39:7,18 40:8,23
41:10 46:19
48:19 49:24 52:8
52:20,22,23
53:23 56:2,13
59:11 60:7 69:9
70:1,5,16,18,22
72:21 73:5,14,14
75:7 78:2 85:3
85:14 86:15,24
88:9 95:1,7,17
96:4 97:16 101:7
101:9,16 106:2
113:18 117:23
118:1,16 119:9
122:17 124:18
126:10,20

127:10 130:1,3
130:16 131:9,10
131:14,17
135:15 142:13
143:21 149:22
150:8,15,16,22
150:23 151:2,3,4
151:16 152:24
153:12 156:20
157:1,7 168:13
170:7,11 172:17
173:12 174:18
174:23,24 176:3
177:21 178:8
181:17 182:15
182:17 183:12
183:14 185:13
185:14,17
186:10 189:8
191:10
**today** 9:9,13,23
12:20 13:22 17:8
18:8 21:4,14
22:17 23:2 25:21
26:13 27:8 29:18
30:24 32:8 34:14
53:15 59:8 64:22
74:17 81:9 98:22
136:4 141:8
142:4 166:3
190:1 191:12
**today's** 9:19 10:8
11:2 24:15,22
**told** 172:16
**tonight** 194:23
**tool** 145:3
**top** 42:5,8 43:3
45:6,8 68:5,9,21
78:5,12,12
122:13 177:4
180:23
**topic** 10:7 153:19
183:19
**torn** 183:20

**total** 160:15,22,23
**totally** 137:7
194:18
**touring** 127:1
**track** 127:9
**Tracy** 191:20
**traditional** 96:7
**traditionally**
34:11 127:22
**train** 87:14
**trainer** 93:12
**training** 142:8
148:21
**Transcribed** 1:14
**transcript** 196:2
196:19
**Transcription**
1:12
**transfer** 99:20
104:15 105:1,5
105:22 109:6
179:5
**transferring** 109:3
**transitioned**
153:20
**translate** 96:2
**treatment** 35:7
**tremendous** 62:3
71:2
**trends** 114:5,6
130:13
**trouble** 178:12
**troubling** 62:8
**true** 74:12 196:3
**truly** 84:21 90:10
153:14
**truths** 18:2
**try** 46:10 75:18
77:12 89:17
135:2,4 186:2,2
186:12 187:17
**trying** 15:2 75:14
77:7 84:22 85:20
105:19 117:18



157:18 173:2
175:19 186:8
193:13
**tune** 128:2
**turn** 8:17 24:23
25:2 28:3 53:7
57:6 79:1 147:12
158:5 170:17
**turning** 3:4 161:10
**tweaking** 138:6
**twenty** 175:21
**twice** 96:7
**two** 3:23 4:6 8:14
9:9 10:3,17,19
12:5 20:11 25:24
26:14,16 27:14
30:22 31:2 36:22
37:2,11 39:3
42:21,24 45:5
46:13 69:12
74:15 78:22
81:16 96:15
97:18 108:14
114:7 116:9
118:9 133:12
148:2 150:9
158:18 159:13
159:21 160:9,11
160:12,22,24
162:19 164:3
167:8 189:18
192:7,12
**type** 44:14 46:14
48:6 51:4 109:7
119:10
**types** 48:4 179:14
188:7,8
**typical** 97:19
**typically** 59:10,19
97:15

**U**

**Uh** 194:12
**ultimately** 31:9

71:18
**unapologetic**
23:24
**unbiased** 75:13
**uncompromising**
23:24
**underrepresented**
34:12 36:17
40:23 41:5 49:1
49:2 85:13
149:14
**underrepresenti...**
106:3
**understand** 18:9
38:16 61:21 65:8
71:8 94:10,15
100:2 143:11
144:10 148:19
182:3
**understanding**
24:11 52:20
71:12 74:3 87:18
88:6 182:20
**undesignated**
108:7,10
**undetermined**
162:10
**unfiltered** 80:19
**unfolds** 41:19
**unintentionally**
85:20 148:10
**unique** 40:11
**universal** 188:24
189:13
**universalizing**
24:4
**universities** 16:11
16:13 172:24
**university** 34:1,3
34:4
**unknown** 48:15
**unlimited** 91:2
**unquote** 154:8
**unrepresented**

34:17
**unwavering** 157:5
**unweighted** 38:20
61:12,17 62:11
63:7
**upcoming** 26:18
32:9 51:12
**upping** 94:11
**USA** 126:8
**use** 77:24 79:14
80:14,17,20
94:19 96:11 97:6
104:20 152:14
154:12,14 161:2
166:12 173:11
175:4 177:22,23
178:1,2 186:8
**usual** 79:14
**usually** 105:6
**utilization** 150:22
**utilizing** 78:6
**UVA** 34:5

**V**

**vacate** 174:8
**valid** 109:1
**valuable** 183:8
**variability** 121:8
**variables** 153:23
**variance** 148:19
**variation** 160:3
**varied** 107:17
**variety** 35:19,23
37:6 46:1 47:12
50:7 52:1 82:1
189:10
**various** 9:15 46:17
73:1 175:8
**verify** 89:14
**versa** 70:4
**versed** 73:22
**verses** 14:6 81:18
87:16 170:23
174:18

**Vice** 70:13
**video** 11:22 12:20
13:21 16:3 19:14
32:15 53:14
58:13,14 67:10
82:14 120:12
134:19 148:1
183:11
**view** 87:24 93:8,10
**viewing** 8:11
**viewpoint** 75:13
**Virginia** 4:23 34:2
**virtual** 48:13,19
139:17,17
**visa** 70:4
**voice** 16:20 20:12
21:18 116:8
**vote** 6:6,9 7:19,23
11:13 31:10
54:10 116:14
143:2 146:23
150:13 161:21
162:22 163:4
164:3
**voted** 80:4,6,7
164:4
**voting** 163:19,20
163:23

**W**

**waiting** 4:5 164:2
183:11
**waiver** 39:20
**walk** 25:4 87:3
**wall** 141:22
**want** 6:5 11:5 13:3
15:5 20:23 21:14
21:17,18 22:3
23:4 24:1 25:11
26:20 27:2 30:1
31:13 38:5,10,15
39:5,10 40:5
41:24 45:15 48:9
48:16 49:10 50:6

53:2 54:6 55:19
56:1,18,19 60:6
60:10 64:20
67:24 70:22 74:5
77:3 78:10,19
85:19 86:13,15
87:13 97:2 99:7
102:4,10 104:4
110:23 113:7,12
115:18 118:23
119:1,7 121:4
124:1 125:1,4,7
125:10,12
126:18,21
127:22 128:6,16
132:14 141:8
147:11 148:9,11
148:22 149:14
158:7,16,20
159:6,20 161:1
161:11 163:11
166:16,22 167:2
169:8 173:15
174:1 175:18,23
176:3,6 177:7
178:18 179:9,18
180:12 181:18
181:22 184:14
189:17 194:19
**wanted** 35:21
45:23 48:21
53:10 66:22,22
94:9 148:7,17
165:19 174:2
193:2,21
**wanting** 63:12
98:17 104:15
**wants** 115:16
179:22
**warning** 92:24
**wasn't** 169:2
**watch** 118:22
**wave** 90:20
**way** 2:7 14:19



15:10 24:7 36:9
37:4 42:1 45:19
48:18 60:4 62:6
71:7,24 77:7,19
83:8 90:16 93:7
99:2,3,6 102:14
103:8 109:11
115:6 121:6,24
145:18 146:16
153:3 157:2
159:3 161:1,4
163:20,22
166:22 170:23
172:17 177:12
187:18 190:7,24
191:6 193:8
**ways** 22:23 46:11
50:11 73:9 80:14
80:21 82:1 94:1
99:7 119:19
121:22 124:14
125:18 128:14
143:23 154:4
173:23 187:14
**we'll** 10:10,11,13
11:17 16:22
23:19 25:4 26:11
32:8 37:7,21
48:15 51:4 55:4
58:4,10 66:5
67:20 71:21
80:23 95:18,22
104:16 115:18
119:3 142:17
163:4 164:6,21
164:22 165:2
166:12 172:8
182:24 191:14
195:7
**we're** 4:5,7 8:17
9:8,24 19:3 20:5
21:10 22:17,17
24:14 25:21 27:8
29:20 31:7 33:6

34:8,14 36:14,20
36:22 39:10
44:15 45:15
47:23 48:10,11
51:22 53:4 54:18
58:3,5 60:5,9
63:2 77:7 81:9
84:22 85:19
87:23 88:2 89:24
90:8,23,24 91:5
91:23 92:7,9,12
92:16 93:22
94:24 97:13,20
98:3 106:17
108:13,20,21
112:23 113:13
114:19 117:18
119:18 123:19
125:19 126:1
127:19 128:2,6
128:12,16
129:20 132:7,19
132:20 133:16
138:6,18 139:1
141:19,21
146:15,22 150:8
150:10,11
152:13 154:3,19
154:21,22
156:23 157:18
158:5,14,15
159:3,18 161:23
162:5,12,16
164:10,13,18
165:22 167:9
169:10,13,16
170:16 177:19
179:4 180:11,16
180:24 181:2,17
182:9 183:19,20
184:13,14 185:7
186:1 187:3
190:7 191:5
192:7 194:10

195:3
**we've** 11:6 14:3,7
16:7 22:21 27:6
32:12 35:22 39:3
41:10,16 45:24
53:20 54:9,24
56:23 57:16 65:5
65:10 68:19 72:3
79:16 87:10
92:18 97:16
106:24 113:20
114:11 121:15
124:22 138:7
175:20,20
176:17 192:6,15
**web** 48:17
**website** 51:8
**weed** 171:15
**week** 27:17 63:23
138:12 140:2
183:22
**weeks** 23:4
**weigh** 95:4,10
125:2 192:23
**weighted** 78:18
**welcome** 11:18
57:3 74:7 93:1
118:11 119:14
127:24 131:21
167:3
**welcomed** 118:4
150:7,15 178:19
**welcoming** 70:19
71:1 110:16
**went** 14:5 32:19
82:8,13,16 132:2
172:1 192:13
**weren't** 39:22
185:2
**whichever** 114:16
**white** 20:7 63:4
110:1 116:20
**wholehearted**
149:20

**wholeheartedly**
16:7 179:1
185:24
**Williams** 171:8,22
**willing** 161:19
**window** 107:4,5
180:18 194:3
**wing** 71:4
**winter** 54:21
**wise** 189:2
**Wonderful** 194:5
**wondering** 120:15
132:5 143:15
**word** 79:15 118:1
118:3
**words** 69:11
**work** 8:19 10:6,6
10:24 26:8 27:12
30:7,24 32:13
38:16 45:12 48:5
48:22 49:10 50:9
55:23 56:16 63:1
64:15 89:19
90:16 106:24
108:3 114:13,14
118:7 121:19
131:22 135:8,24
138:15 139:15
139:18 140:2
143:10 146:4,13
153:15 177:8,9
177:11 183:1
186:2 188:18
191:13 192:5
**worked** 48:1 53:18
81:23 112:14
122:8,10 146:10
**working** 15:6
27:18 34:6 40:1
48:12 49:7,8,12
65:9 71:16
100:24 101:1,5
118:14 119:4
131:13 133:16

134:7 139:19
142:18 168:10
187:15,17
**workload** 94:3
116:5 122:4,5,12
**works** 37:23 178:9
**workstation** 81:9
**world** 17:2
**worries** 10:21,22
125:15
**worry** 85:4,11,15
157:21 193:8
**worth** 93:5 188:5
**wouldn't** 57:21
70:1 86:13
109:11 123:3
124:16 148:5
155:17
**Wow** 165:16
**wrap** 27:9 192:2
**write** 76:15,19
143:21 144:3
145:15 153:18
180:21
**writing** 73:17,23
75:4,9,15 76:24
121:10,12
151:22 153:13
154:17 155:6,12
155:18
**written** 69:9 72:24
145:13,14
155:14 187:10
**wrote** 74:21

**X**

**Y**

**yeah** 7:1 32:17
62:24 98:11
104:21 107:23
122:21 123:12
125:6,14,14,24
128:4 132:4



135:3 138:9
160:4 161:6,13
163:2 164:24
166:8 172:3
173:21 182:12
185:23 189:12
191:24
**year** 32:1 55:4,15
59:11 106:17,23
127:16 130:12
139:12 140:9
142:16,20
165:24 172:22
183:24 188:5
189:3
**year's** 127:18
139:16
**years** 23:7 59:20
59:22 66:11 72:8
75:10 79:3 88:5
92:7 111:15
131:18 135:15
136:3 139:3
143:17 145:2,17
153:16,19
175:21 181:4
**yellow** 37:12
**yes/and** 169:22,23
**yield** 11:4 58:20
**young** 39:13
138:14
**younger** 71:3
**Yup** 152:3

_____
**Z**
**Zero** 8:9
**ZIP** 22:20
**Zudalogo(ph)**
56:3

_____
**0**

_____
**1**
**1** 39:1 159:1
**1,1,500** 105:20

**1000** 181:5
**11** 5:24
**12** 6:11
**13,000** 59:1
112:20
**133** 61:12
**14,000** 112:18,20
**15** 66:6 186:21
**150** 45:8
**1500** 181:5
**17th** 9:11 11:13
141:24 143:3
189:19 190:3
**19** 117:20
**1980s** 29:16
**1985** 101:16

_____
**2**
**2** 159:1 161:15
196:16
**2.2-3712D** 4:22
**2.8** 131:16
**2.9** 131:16
**2:06** 8:16
**2000** 59:19 98:4
**2019** 61:18
**2020** 5:2
**2025** 31:13
**21st** 38:8 152:21
**22nd** 135:24
**24** 192:18 193:3
194:2
**2500** 40:7 59:15
59:21 92:8
**25th** 61:3

_____
**3**
**3.0** 63:10 131:9
**3.5** 38:20 61:17
62:11 63:6,11
**30** 44:15 53:11
158:23
**3000** 40:7 59:15
59:23 181:6

**33** 97:23
**35** 97:23
**37** 33:5
**38** 33:5

_____
**4**
**4** 177:23
**4:30** 158:14
**40** 140:6
**4000** 181:6
**4300** 39:16 40:9
58:20 59:3 62:10
**45** 159:2 162:1,5
164:11,15,18
172:7 173:1
178:17
**450** 37:17 42:7
43:18 44:4 69:4
107:11
**480** 41:17
**4th** 6:14

_____
**5**
**5:05** 195:7
**5:15** 9:7 159:4
162:5,20 163:13
163:24 164:11
164:15,19
**5:45** 158:24
162:12,12,21,23
163:8,8,10
164:14
**50** 31:24 41:13
78:5
**500-550** 112:21
**504** 155:24
**550** 37:20 41:12
68:10,21 91:24
92:9 94:11,23
107:11 112:23

_____
**6**

_____
**7**
**7** 5:2

**70** 41:15 44:2 95:2
95:16 107:10
**70/30** 44:2 45:9

_____
**8**
**8** 33:2

_____
**9**
**90** 164:12

