# Thursday, December 17, 2020
# Regular Meeting

All Board members will participate electronically due to the COVID-19 emergency.
Members of the public are welcome to attend virtually at https://www.fcps.edu/tv/ch99 or click the "video" button above.
7 p.m.

## 1. Closed Meeting - 5 p.m.

1.01 Closed Meeting - [When required for matters permitted by law]

1.02 Certification of Closed Meeting Compliance

1.03 Confirmation of Action Taken in Closed Meeting

## 2. Meeting Opening - 7 p.m.

2.01 Call to Order/Pledge of Allegiance/Moment of Silence

2.02 Roll Call

2.03 Student Representative Matters

2.04 Certification of Closed Meeting Compliance

2.05 Announcements

## 3. Presentations to the School Board - 7:15 p.m.

3.01 Citizen Participation

3.02 FY 2022-2026 Capital Improvement Program

## 4. Action Items - 8 p.m.

4.01 Confirmation of Action Taken in Closed Meeting

4.02 Thomas Jefferson High School for Science and Technology (TJHSST) Admissions {TJ; WS 9/15/20; 10/6/20 WS;11/17/20 WS; 12/7/20 WS]

4.03 FY 2021 Midyear Budget Review [FNS; NB 12/3/20; WS 12/15/20]

4.04 PXXXX, New Policy Restraint and Seclusion [DSS NB 12/3/20/ PH 12/11/20]

4.05 Consideration of extension to Superintendent contract

## 5. Consent Agenda - 8:30 p.m. Our adopted rules of Parliamentary Procedure, Robert's Rules, provide for a consent agenda listing several items for approval of the Board by a single motion.

5.01 Monthly Report on Employee Separation

## 6. New Business - 8:35 p.m.The following are new business agenda items; there will not be a vote tonight on these items, but action is scheduled at a future meeting.

6.01 FY 2022-2026 Capital Improvement Program [FTS; WS 1/5/21; 1/7/21 PH; Action 2/4/21;approve the Proposed FY 2022-2026 Capital Improvement Program.]

## 7. Superintendent Matters - 8:40 p.m.

7.01 The Superintendent may present items for information

## 8. Board Committee Reports - 8:50 p.m.

Defendant's Exhibit

83

8.01 This portion of the meeting may include Board committee reports.

## 9. Board Matters - 9 p.m.

9.01 Board members may make brief comments

## 10. Adjournment - 9:15 p.m.

10.01 The meeting will adjourn

## 11. Meeting Information

11.01 Minutes