Page 1

```
                              :
IN RE:                        :
                              :
FAIRFAX COUNTY SCHOOL BOARD   :
                              :
                              :
..............................:
```

............................................................

AUDIO TRANSCRIPTION OF

ELECTRONIC RECORDING OF VIRTUAL REGULAR MEETING

DECEMBER 17, 2020

............................................................

AUDIO FILE DOWNLOAD LINK:

https://www.youtube.com/watch?v=1EjeA3EUzoY          00:00:00

https://spaces.hightail.com/receive/1SN9QStDBL       00:00:04

AUDIO FILE TITLED:

FCPS School Board Meeting 12-17-2020.mp4             00:00:10

............................................................

  TRANSCRIPTIONIST:   Mary C. Dopico, CSR, RPR, CRR    00:00:28



Page 2

```
1   (Audio file titled:
2   FCPS School Board Meeting 12-17-2020.mp4.)
3
4   CHAIRWOMAN ANDERSON:  Ms. McLaughlin?   00:00:41
5   MS. McLAUGHLIN:  I'm here.               00:00:57
6   CHAIRWOMAN ANDERSON:  Thank you.        00:01:36
7       Ms. Meren?                          00:02:23
8   MS. MEREN:  Good evening.  Yes, ma'am.  00:02:32
9   CHAIRWOMAN ANDERSON:  Good evening.     00:03:23
10      Ms. Sizemore Heizer.                00:03:24
11  MS. SIZEMORE HEIZER:  I'm here.         00:03:29
12  CHAIRWOMAN ANDERSON:  Thank you, ma'am. 00:03:31
13      Ms. Tholen?                         00:03:33
14      (No response.)
15      Not yet.                            00:03:40
16      Ms. Derenak Kaufax?                 00:03:42
17  MS. DERENAK KAUFAX:  Good evening.      00:03:44
18  CHAIRWOMAN ANDERSON:  Ms. Corbett Sanders? 00:03:46
19  MS. CORBETT SANDERS:  I'm here.         00:03:53
20  CHAIRWOMAN ANDERSON:  Thank you.        00:03:56
21      Ms. Keys Gamarra?                   00:03:57
22  MS. KEYS-GAMARRA:  I'm here.            00:03:59
23  CHAIRWOMAN ANDERSON:  Ms. Pekarsky?     00:04:04
24      (No response.)
25      Ms. Omeish?                         00:04:08
```

Page 3

```
1   MS. OMEISH:  Here.                      00:04:11
2   CHAIRWOMAN ANDERSON:  Ms. Cohen?        00:04:13
3   MS. COHEN:  Here.                       00:04:17
4   CHAIRWOMAN ANDERSON:  Mr. Frisch?       00:04:18
5   MR. FRISCH:  Here.                      00:04:23
6   CHAIRWOMAN ANDERSON:  Ms. Tholen?       00:04:25
7       (No response.)
8   CHAIRWOMAN ANDERSON:  I don't see her here. 00:04:31
9       And Ms. Pekarsky?                   00:04:32
10  MS. PEKARSKY:  I am here, thank you.    00:04:35
11  CHAIRWOMAN ANDERSON:  Ms. Tholen, last call? 00:04:37
12      (No response.)
13      Okay.  And Mr. Onibudo?             00:04:43
14  MR. ONIBUDO:  I'm here.                 00:04:49
15  CHAIRWOMAN ANDERSON:  Good evening.     00:04:50
16      Ms. Mulberg, maybe if we just reach 00:04:51
17  out to Ms. Tholen.                      00:04:54
18  MS. MUHLBERG:  Okay.                    00:04:56
19  CHAIRWOMAN ANDERSON:  Thank you so much. 00:04:56
20      This the December 17th, 2020,       00:04:59
21  regular meeting of the Fairfax County   00:05:03
22  School Board will now come to order.  I 00:05:05
23  have already taken roll.                00:05:08
24      Please rise as our student          00:05:09
25  representative, Nathan Onibudo, leads us 00:05:11
```

Page 4

```
1   in reciting the Pledge of Allegiance,   00:05:14
2   followed by a moment of silence.        00:05:16
3       Mr. Onibudo.                        00:05:22
4   MR. ONIBUDO:  I pledge allegiance to the flag 00:05:22
5   of the United States of America, and to 00:05:28
6   the Republic for which it stands, one   00:05:30
7   Nation, under God, indivisible, with    00:05:32
8   liberty and justice for all.            00:05:33
9       Thank you.                          00:05:39
10  CHAIRWOMAN ANDERSON:  Now we will take a 00:05:43
11  moment of silence.                      00:05:44
12      (Moment of silence.)
13      Thank you all.                      00:06:22
14  Studio, I just want to be sure that     00:06:24
15  we do not have any sound issues.  The live 00:06:26
16  stream, I was just informed that there may 00:06:29
17  be some concerns with sound on the live 00:06:31
18  stream.                                 00:06:35
19      So, studio, please confirm.         00:06:35
20      (No response.)
21  CHAIRWOMAN ANDERSON:  Ms. Mulberg, do we have 00:06:44
22  studio with us?                         00:06:46
23  MS. MUHLBERG:  Yes, we do.              00:06:48
24  CHAIRWOMAN ANDERSON:  Can we confirm that 00:06:50
25      there's sound on the live stream?   00:06:51
```

Page 5

```
1   MS. MUHLBERG:  I will do that offline.  Thank 00:06:53
2   you.                                    00:06:55
3   CHAIRWOMAN ANDERSON:  Thank you so much. 00:06:55
4       Ms. Tholen, I see that you are with 00:06:58
5   us.  Please check your microphone.      00:07:00
6   MS. COHEN:  Sorry.  I'm here.  I'm having 00:07:06
7   connection issues.                      00:07:07
8   CHAIRWOMAN ANDERSON:  No.  I thought it was 00:07:09
9   Ms. Tholen who just came in.  Not       00:07:10
10  Ms. Cohen, because I had you already    00:07:12
11  listed.  She may --                     00:07:15
12      Ms. Tholen?                         00:07:17
13  MS. THOLEN:  I'm here.                   00:07:20
14  CHAIRWOMAN ANDERSON:  Thank you so much. 00:07:23
15      At this point we'll move to item    00:07:25
16  2.02, certification of closed meeting    00:07:28
17  compliance.                             00:07:30
18      In order to comply with Section     00:07:31
19  2.2-3712(D) of the Code of Virginia it is 00:07:35
20  necessary for the board to certify that 00:07:37
21  since the Fairfax County School Board   00:07:39
22  convene a closed meeting on December 17, 00:07:41
23  2020, and to the best of each member's  00:07:43
24  knowledge only public business matters  00:07:46
25  lawfully exempted from open meeting     00:07:49
```



Page 6

| | | |
|---|---|---|
| 1 | requirements and only such public business | 00:07:51 |
| 2 | matters as were identified in the motion | 00:07:53 |
| 3 | convening the closed meeting were heard, | 00:07:56 |
| 4 | discussed or considered by the board | 00:07:58 |
| 5 | during the closed meeting. | 00:08:00 |
| 6 | Thank you, Ms. Omeish, for moving; | 00:08:01 |
| 7 | and I see a second by Ms. Derenak Kaufax. | 00:08:03 |
| 8 | All in favor? | 00:08:08 |
| 9 | Ms. Omeish, Ms. Derenak Kaufax, | 00:08:10 |
| 10 | Mr. Frisch, Ms. Meren, Ms. Pekarsky, | 00:08:12 |
| 11 | Ms. Cohen, Ms. Keys-Gamarra, Ms. Sizemore, | 00:08:15 |
| 12 | Heizer, Ms. McLaughlin, Ms. Corbett | 00:08:18 |
| 13 | Sanders, and myself and that is 11. Thank | 00:08:20 |
| 14 | you. | 00:08:27 |
| 15 | All opposed? | 00:08:28 |
| 16 | Seeing none, any abstentions? | 00:08:38 |
| 17 | Ms. Tholen, I'm so sorry, I did not | 00:08:42 |
| 18 | record a vote for you. | 00:08:44 |
| 19 | Is she having connection issues? | 00:08:51 |
| 20 | Thank you, Ms. Tholen. In favor. I | 00:08:54 |
| 21 | appreciate that. | 00:08:56 |
| 22 | Okay. Thank you so much. | 00:08:58 |
| 23 | At this time I will call on | 00:08:59 |
| 24 | Mr. Onibudo for an announcement. | 00:09:01 |
| 25 | Mr. Onibudo? | 00:09:03 |

Page 7

| | | |
|---|---|---|
| 1 | MR. ONIBUDO: Thank you, Dr. Anderson. | 00:09:08 |
| 2 | National Mentoring Month, January 2021. | 00:09:12 |
| 3 | National Mentoring Month highlights | 00:09:15 |
| 4 | mentoring and the positive impact it can | 00:09:16 |
| 5 | have on young lives. This month-long | 00:09:18 |
| 6 | outreach campaign focuses national | 00:09:21 |
| 7 | attention on the need for mentors as well | 00:09:22 |
| 8 | as how each of us individuals, | 00:09:25 |
| 9 | businesses, government agencies, schools, | 00:09:27 |
| 10 | faith communities and non-profits can | 00:09:29 |
| 11 | work together to increase the number of | 00:09:32 |
| 12 | mentors and ensure brighter futures for | 00:09:33 |
| 13 | our young people. Positive relationships | 00:09:36 |
| 14 | between mentors and their mentees have | 00:09:39 |
| 15 | been shown to encourage young people to | 00:09:41 |
| 16 | stay in school, achieve personal growth, | 00:09:42 |
| 17 | believe in themselves and live up to | 00:09:45 |
| 18 | their potential. | 00:09:47 |
| 19 | We have a tremendous need for | 00:09:48 |
| 20 | mentors at all levels of FCPS. If you | 00:09:49 |
| 21 | would like to learn more about how you can | 00:09:53 |
| 22 | mentor a student, please visit FCPS.EDU | 00:09:54 |
| 23 | and search "be a mentor." Make a | 00:09:58 |
| 24 | difference in a child's life today. | 00:10:00 |
| 25 | Thank you. | 00:10:02 |

Page 8

| | | |
|---|---|---|
| 1 | CHAIRWOMAN ANDERSON: Thank you, Mr. Onibudo. | 00:10:05 |
| 2 | The next order of business is | 00:10:07 |
| 3 | citizen participation. Speakers are | 00:10:08 |
| 4 | requested to limit remarks to not more | 00:10:10 |
| 5 | than three minutes. | 00:10:13 |
| 6 | The school board will not hear | 00:10:14 |
| 7 | statements involving issues that have been | 00:10:15 |
| 8 | scheduled for public hearings, such as | 00:10:18 |
| 9 | capital improvement program, budget and | 00:10:20 |
| 10 | boundaries. Speakers should only address | 00:10:22 |
| 11 | new business, action items or resolutions | 00:10:25 |
| 12 | as listed on the meeting agenda. | 00:10:27 |
| 13 | Complaints regarding individual | 00:10:30 |
| 14 | students or school-based employees should | 00:10:31 |
| 15 | be directed to the appropriate school | 00:10:33 |
| 16 | principal or other school official. | 00:10:35 |
| 17 | Speakers should refrain from using | 00:10:38 |
| 18 | personally identifiable information in | 00:10:40 |
| 19 | connection with an individual student and | 00:10:42 |
| 20 | are expected to deliver their comments | 00:10:44 |
| 21 | with the decorum and respect appropriate | 00:10:46 |
| 22 | to the conduct of the public indi- -- | 00:10:49 |
| 23 | appropriate to the conduct of the public's | 00:10:51 |
| 24 | business. | 00:10:54 |
| 25 | In-person speakers should -- Well, | 00:10:54 |

Page 9

| | | |
|---|---|---|
| 1 | we have no in-person speakers for this | 00:10:56 |
| 2 | afternoon. | 00:10:59 |
| 3 | Tonight, ten citizens have signed up | 00:10:59 |
| 4 | to address the board and we will also have | 00:11:01 |
| 5 | three video testimonies. Our clerk, | 00:11:03 |
| 6 | Ms. Mulberg, will call the speakers. | 00:11:06 |
| 7 | Ms. Mulberg. | 00:11:08 |
| 8 | MS. MUHLBERG: Our first speaker is Kimberly | 00:11:10 |
| 9 | Adams. | 00:11:17 |
| 10 | MS. ADAMS: Good evening. Can you hear me? | 00:11:19 |
| 11 | MS. MUHLBERG: Yes, we can. Go ahead, please. | 00:11:22 |
| 12 | MS. ADAMS: My name is Kimberly Adams, and I'm | 00:11:24 |
| 13 | speaking as the president of the Fairfax | 00:11:26 |
| 14 | Education Association, a union | 00:11:27 |
| 15 | representing all classifications of | 00:11:30 |
| 16 | employees in FCPS. | 00:11:32 |
| 17 | Tonight, this board has many action | 00:11:33 |
| 18 | items on the agenda; and we appreciate | 00:11:35 |
| 19 | that the work does not stop as we continue | 00:11:38 |
| 20 | to move throughout this pandemic. | 00:11:40 |
| 21 | Our union remains committed to | 00:11:42 |
| 22 | working with you through so many of these | 00:11:43 |
| 23 | deeper issues within our system. | 00:11:45 |
| 24 | As the superintendent says, we may | 00:11:48 |
| 25 | not always agree. There are certainly | 00:11:50 |



Page 10

```
 1   details, approaches and strategies          00:11:52
 2   utilized during this pandemic which we       00:11:54
 3   have had our disagreements with, but we      00:11:56
 4   are all working together to maintain         00:11:58
 5   safety and articulate our concerns.          00:11:59
 6        We appreciate that the                  00:12:02
 7   superintendent and his leadership team       00:12:03
 8   have been more responsive to daily           00:12:05
 9   inquiries, information-sharing, and          00:12:07
10   two-way communication in recent weeks.       00:12:09
11        We will continue to partner in good     00:12:11
12   faith with the superintendent whenever we    00:12:12
13   can to find common ground as his contract    00:12:14
14   is extended through the next school year.    00:12:17
15        The FEA continues to impress on this    00:12:19
16   board that we must move forward with         00:12:21
17   safety and prudence as the vaccination is    00:12:23
18   just on the horizon.  Our union knows that   00:12:26
19   our students' best learning and our          00:12:29
20   staff's best work happens in person; but     00:12:31
21   it is truly not safe yet.                    00:12:34
22        The data trends indicated on the        00:12:36
23   pandemic dashboard for schools show that     00:12:38
24   we have continued to exceed the metrics by   00:12:40
25   far for most groups to be in person.  We     00:12:43
```

Page 11

```
 1   still believe the groups 1 and 2 should      00:12:46
 2   not return until metric thresholds are       00:12:48
 3   delineated for both groups.                  00:12:50
 4        While we appreciate that they will      00:12:52
 5   be virtual for the first week after the      00:12:54
 6   break, it is critical that those staff       00:12:55
 7   will be offered the vaccination before       00:12:58
 8   being forced to return.                      00:13:00
 9        The FEA believes that we should         00:13:02
10   pause the return-to-school's timeline        00:13:04
11   until all staff are offered the              00:13:05
12   vaccination.  This will ensure that we do    00:13:07
13   not overload our system and increase the     00:13:09
14   viral spread in our community.  We should    00:13:12
15   wait just a few more months -- and we know   00:13:14
16   it will be months, not years -- but as       00:13:16
17   long as it takes to protect everyone.        00:13:19
18   This is the only prudent course of action.   00:13:21
19        After the vaccine is more widely        00:13:24
20   available and the community is protected,    00:13:25
21   we expect that our COVID infection rates     00:13:27
22   will drop.  It is at that point that the     00:13:29
23   community spread will be slowed and          00:13:31
24   eventually eliminated and thus protecting    00:13:33
25   our schools.                                 00:13:35
```

Page 12

```
 1        The FEA will stand with this board,     00:13:36
 2   this administration, as we encourage         00:13:38
 3   everyone to learn about the vaccine, take    00:13:40
 4   time to educate yourself and get             00:13:43
 5   vaccinated when it is available to you.      00:13:45
 6        Thank you for your time.                00:13:47
 7   CHAIRWOMAN ANDERSON:  That you think very    00:13:50
 8   much, Ms. Adams.                             00:13:51
 9        Ms. Mulberg, I am going to interrupt    00:13:52
10   here for a second because we're still        00:13:54
11   getting reports that our community is not    00:13:56
12   able to hear the goings-on of the meeting    00:13:59
13   at this point; and so I would like to take   00:14:02
14   a five-minute pause for us to collect --     00:14:05
15   for us to connect with IT to ensure that     00:14:08
16   the public is able to engage in this         00:14:11
17   meeting, since many are following on a       00:14:13
18   live stream.                                 00:14:16
19        So we will take a five-minute pause,    00:14:18
20   everyone, so we can remedy this situation.   00:14:19
21   Thank you.                                   00:16:39
22        (Five-minute break.)
23   MR. SMITH:  Test.  Test.  Can anyone hear me? 00:17:27
24   FEMALE VOICE:  Yeah.  We can hear you, Marty. 00:17:30
25   CHAIRWOMAN ANDERSON:  Yes, Mr. Smith.        00:17:32
```

Page 13

```
 1   MALE VOICE:  I can hear you, Marty.          00:17:33
 2   CHAIRWOMAN ANDERSON:  We're taking a recess, 00:17:35
 3   since the public is not able to hear on      00:17:36
 4   the live stream.  There seems to be a        00:17:39
 5   sound issue, so we're taking a -- a pause    00:17:40
 6   until we can get that remedied.              00:17:43
 7   MR. SMITH:  We're checking on that.  I'm     00:17:45
 8   working with Mr. Sethi.                      00:17:47
 9   CHAIRWOMAN ANDERSON:  Oh, thank you.  I didn't 00:17:50
10   realize that.  I'm off.                      00:17:51
11   MR. SMITH:  Okay.  I have heard from a member 00:18:18
12   of the community that the live stream may    00:18:19
13   be working now; but we are checking on       00:18:22
14   that to make sure.                           00:18:25
15        So I know that the crew is              00:19:07
16   troubleshooting and I am also getting        00:19:33
17   reports from many folks in the community     00:19:35
18   that the sound and the transmission seems    00:19:38
19   to be working now.                           00:19:41
20   CHAIRWOMAN ANDERSON:  Okay.  Thank you very  00:19:43
21   much, Mr. Smith.  So at this point we        00:19:44
22   will proceed with our second speaker.        00:19:46
23   MS. CORBETT SANDERS:  Dr. Anderson --        00:19:48
24   CHAIRWOMAN ANDERSON:  Ms. Mulberg --         00:19:49
25   MS. CORBETT SANDERS:  Dr. Anderson?          00:19:50
```



Page 14

| | | |
|---|---|---|
| 1 | CHAIRWOMAN ANDERSON: Yes, Ms. Corbett | 00:19:51 |
| 2 | Sanders? | 00:19:53 |
| 3 | MS. CORBETT SANDERS: I just received a text | 00:19:53 |
| 4 | message from my husband saying they had | 00:19:55 |
| 5 | no sound on the live stream. | 00:19:57 |
| 6 | CHAIRWOMAN ANDERSON: And that's what I was | 00:20:02 |
| 7 | receiving before we recessed; but I | 00:20:03 |
| 8 | believe Mr. Smith said there are some | 00:20:07 |
| 9 | parts that are getting sound. | 00:20:10 |
| 10 | Mr. Smith? | 00:20:13 |
| 11 | MR. SMITH: So we are -- we are checking, and | 00:20:14 |
| 12 | I'm getting text messages from across the | 00:20:15 |
| 13 | system that are saying that -- that the | 00:20:18 |
| 14 | TV is now working. | 00:20:21 |
| 15 | So, again, we are checking -- the | 00:20:22 |
| 16 | crews are checking internally on the | 00:20:25 |
| 17 | issues. | 00:20:29 |
| 18 | CHAIRWOMAN ANDERSON: Are we free to proceed? | 00:20:30 |
| 19 | Do we have enough -- Do we have the | 00:20:31 |
| 20 | public having access to the live stream? | 00:20:33 |
| 21 | That's my question. | 00:20:35 |
| 22 | MS. CORBETT SANDERS: My husband doesn't have | 00:20:38 |
| 23 | the sound on the live stream. That's | 00:20:39 |
| 24 | what I'm letting you know. It's not on | 00:20:41 |
| 25 | television. | 00:20:43 |

Page 15

| | | |
|---|---|---|
| 1 | CHAIRWOMAN ANDERSON: So we don't have that on | 00:20:44 |
| 2 | the live stream, Mr. Smith. If we can | 00:20:46 |
| 3 | troubleshoot that, we'll recess for | 00:20:47 |
| 4 | another few minutes -- | 00:20:49 |
| 5 | MR. SMITH: We -- | 00:20:51 |
| 6 | CHAIRWOMAN ANDERSON: -- so that that can -- | 00:20:51 |
| 7 | MR. SMITH: There may be some issues with our | 00:20:53 |
| 8 | providers. | 00:20:57 |
| 9 | CHAIRWOMAN ANDERSON: Okay. How about we take | 00:20:58 |
| 10 | another few minutes for you to follow up | 00:21:00 |
| 11 | on that? | 00:21:51 |
| 12 | (Break.) | |
| 13 | CHAIRWOMAN ANDERSON: Ms. Adams, just to | 00:22:14 |
| 14 | respond to your question, we will have | 00:22:16 |
| 15 | you provide your speech again once we | 00:22:18 |
| 16 | have all of our systems working and | 00:22:21 |
| 17 | operational. Thank you. | 00:22:24 |
| 18 | (Break.) | |
| 19 | CHAIRWOMAN ANDERSON: Okay. Getting some | 00:23:29 |
| 20 | feedback that there is now sound. | 00:23:31 |
| 21 | Ms. Corbett Sanders, would you mind | 00:23:33 |
| 22 | doing a quick check again at your home? | 00:23:35 |
| 23 | MS. CORBETT SANDERS: Let me run downstairs to | 00:23:38 |
| 24 | where my husband is and check. Hold on. | 00:23:39 |
| 25 | CHAIRWOMAN ANDERSON: And we will start again | 00:23:43 |

Page 16

| | | |
|---|---|---|
| 1 | with speaker one. So, Ms. Adams, you | 00:23:51 |
| 2 | will be back up again. | 00:23:54 |
| 3 | (Pause.) | |
| 4 | MALE VOICE: It -- It's working at our house, | 00:24:33 |
| 5 | Chairman Anderson. I just did a check | 00:24:35 |
| 6 | here with my -- with my spouse. | 00:24:37 |
| 7 | MALE VOICE 2: And live streaming is working | 00:24:40 |
| 8 | from my home as well. | 00:24:42 |
| 9 | CHAIRWOMAN ANDERSON: Okay. Thank you so very | 00:24:44 |
| 10 | much. | 00:24:46 |
| 11 | Ms. Mulberg, let's go ahead and call | 00:24:46 |
| 12 | the first speaker, so she can be -- | 00:24:49 |
| 13 | MS. MUHLBERG: Our first speaker -- Our first | 00:24:51 |
| 14 | speaker is Kimberly Adams. | 00:24:53 |
| 15 | MS. ADAMS: Good evening again. My name is | 00:24:57 |
| 16 | Kimberly Adams and I'm speaking as the | 00:24:59 |
| 17 | president of the Fairfax Education | 00:25:00 |
| 18 | Association, a union representing all | 00:25:02 |
| 19 | classifications of employees in FCPS. | 00:25:04 |
| 20 | Tonight this board has many action | 00:25:07 |
| 21 | items on the agenda and we appreciate that | 00:25:09 |
| 22 | the work does not stop as we continue to | 00:25:11 |
| 23 | move through this pandemic. | 00:25:13 |
| 24 | Our union remains committed to | 00:25:15 |
| 25 | working with you through so many of the | 00:25:16 |

Page 17

| | | |
|---|---|---|
| 1 | deeper issues within our system. | 00:25:18 |
| 2 | As the superintendent says, we may | 00:25:21 |
| 3 | not always agree. There are certainly | 00:25:22 |
| 4 | details, approaches and strategies | 00:25:24 |
| 5 | utilized during this pandemic that we have | 00:25:26 |
| 6 | had our disagreements with; but we are all | 00:25:28 |
| 7 | working together to maintain safety and | 00:25:31 |
| 8 | articulate our concerns. | 00:25:33 |
| 9 | We appreciate that the | 00:25:35 |
| 10 | superintendent and his leadership team | 00:25:36 |
| 11 | have been responsive to daily inquiries, | 00:25:38 |
| 12 | information-sharing, and two-way | 00:25:40 |
| 13 | communication in recent weeks. We will | 00:25:42 |
| 14 | continue to partner in good faith with the | 00:25:44 |
| 15 | superintendent whenever we can to find | 00:25:46 |
| 16 | common ground as his contract is extended | 00:25:48 |
| 17 | through the next school year. | 00:25:51 |
| 18 | The FEA continues to impress on this | 00:25:53 |
| 19 | board that we must move forward with | 00:25:55 |
| 20 | safety and prudence as the vaccine is just | 00:25:57 |
| 21 | upon the horizon. Our union knows that | 00:25:59 |
| 22 | our students' best learning and our | 00:26:01 |
| 23 | staff's best work happens in person; but | 00:26:03 |
| 24 | it is truly not safe yet. | 00:26:06 |
| 25 | The data trends indicated on the | 00:26:09 |



Page 18

| | | |
|---|---|---|
| 1 | pandemic dashboard for schools show that | 00:26:11 |
| 2 | we have continued to exceed the metrics by | 00:26:13 |
| 3 | far for so many groups to be in person. | 00:26:15 |
| 4 | We still believe that groups 1 and 2 | 00:26:19 |
| 5 | should not return until metric thresholds | 00:26:21 |
| 6 | are delineated for both groups. | 00:26:23 |
| 7 | While we appreciate that they will | 00:26:25 |
| 8 | be virtual for the first week after break, | 00:26:27 |
| 9 | it is critical that those staff will be | 00:26:29 |
| 10 | offered the vaccination before being | 00:26:31 |
| 11 | forced to return. | 00:26:33 |
| 12 | FEA believes that we should pause | 00:26:35 |
| 13 | the return-to-school's timeline until all | 00:26:37 |
| 14 | staff are offered the vaccine.  This will | 00:26:39 |
| 15 | ensure that we do not overload our system | 00:26:41 |
| 16 | and increase the viral spread in our | 00:26:44 |
| 17 | community.  We should wait just a few more | 00:26:45 |
| 18 | months -- and we know it will be months | 00:26:48 |
| 19 | and not years -- but as long as it takes | 00:26:50 |
| 20 | to protect everyone.  This is the only | 00:26:52 |
| 21 | prudent course of action. | 00:26:55 |
| 22 | After the vaccine is widely | 00:26:57 |
| 23 | available and the community is protected, | 00:26:58 |
| 24 | we expect our COVID infection rates will | 00:27:00 |
| 25 | drop.  It is at that point the community | 00:27:02 |

Page 19

| | | |
|---|---|---|
| 1 | spread will be slowed and eventually | 00:27:05 |
| 2 | eliminated, protecting our schools. | 00:27:06 |
| 3 | The FEA will stand with this board | 00:27:09 |
| 4 | and administration as we encourage | 00:27:11 |
| 5 | everyone to learn about the vaccine, take | 00:27:13 |
| 6 | time to educate yourself, and get | 00:27:16 |
| 7 | vaccinated when it is available to you. | 00:27:18 |
| 8 | Thank you for your time. | 00:27:21 |
| 9 | MS. MUHLBERG: Thank you.  Our next speaker is | 00:27:24 |
| 10 | Asra Nomani. | 00:27:25 |
| 11 | MS. NOMANI:  Hi there.  My name is Asra | 00:27:27 |
| 12 | Nomani.  I came to you almost six months | 00:27:29 |
| 13 | to the day, I introduced myself to you, I | 00:27:32 |
| 14 | told you that I am a mother, I'm an | 00:27:35 |
| 15 | immigrant from India, I'm a single mom to | 00:27:38 |
| 16 | a TJ student, and I came to you with | 00:27:41 |
| 17 | sincerity in my heart; but little did I | 00:27:43 |
| 18 | know that just the day before a teacher | 00:27:46 |
| 19 | at TJ had sent an e-mail to our school | 00:27:49 |
| 20 | principal telling her that the school and | 00:27:53 |
| 21 | the staff had to strike while the iron | 00:27:56 |
| 22 | was hot.  Now what did they have to | 00:27:59 |
| 23 | strike on?  They had to strike on our | 00:28:01 |
| 24 | school. | 00:28:05 |
| 25 | Tonight you are about to destroy TJ. | 00:28:06 |

Page 20

| | | |
|---|---|---|
| 1 | You're about to use our school as an | 00:28:11 |
| 2 | example of what you can pursue when you | 00:28:16 |
| 3 | have an activist agenda. | 00:28:19 |
| 4 | Since the pandemic, you have failed | 00:28:22 |
| 5 | our students.  You have failed our | 00:28:26 |
| 6 | families.  You have failed our faculty and | 00:28:28 |
| 7 | our community.  Over these six months and | 00:28:31 |
| 8 | after 800 pages of a FOIA that showed the | 00:28:35 |
| 9 | e-mails and the traffic I've been able to | 00:28:40 |
| 10 | discover that, in fact, the fix was in. | 00:28:42 |
| 11 | The school principal, activist alumni, | 00:28:47 |
| 12 | school board members, our secretary of | 00:28:50 |
| 13 | education had all put a target on TJ and | 00:28:53 |
| 14 | its students. | 00:28:57 |
| 15 | You knew that there was a diversity | 00:28:59 |
| 16 | report that you had to put forward in | 00:29:01 |
| 17 | October.  It was stated very clearly to | 00:29:04 |
| 18 | Jeremy Shughart that this was a very | 00:29:08 |
| 19 | simple report; that it wouldn't even | 00:29:10 |
| 20 | require school board approval.  And Scott | 00:29:13 |
| 21 | Brabrand responded to a town hall question | 00:29:16 |
| 22 | recently and said:  What changed?  And he | 00:29:20 |
| 23 | said it was George Floyd.  It was the | 00:29:24 |
| 24 | social justice movement that changed his | 00:29:26 |
| 25 | heart and soul and that made him want to | 00:29:30 |

Page 21

| | | |
|---|---|---|
| 1 | change and radically upend admissions to | 00:29:33 |
| 2 | TJ. | |
| 3 | So all summer, the education | 00:29:38 |
| 4 | secretary, the school principal, Karen | 00:29:41 |
| 5 | Keys-Gamarra, a student, school officials | 00:29:43 |
| 6 | across our count -- across our county and | 00:29:48 |
| 7 | state worked behind the scenes to change | 00:29:50 |
| 8 | admissions. | 00:29:54 |
| 9 | By August a Virginia Department of | 00:29:55 |
| 10 | Education official wrote to the school | 00:29:58 |
| 11 | principal and thanked her for her openness | 00:30:00 |
| 12 | on admissions changes, including a | 00:30:03 |
| 13 | lottery.  The fix was in. | 00:30:05 |
| 14 | This is dirty politics.  You have | 00:30:08 |
| 15 | destroyed a school and you're about to do | 00:30:11 |
| 16 | that tonight. | 00:30:13 |
| 17 | I urge you to stop your actions now. | 00:30:14 |
| 18 | Stop this political corruption.  Stand up | 00:30:17 |
| 19 | for the students that you have forgotten | 00:30:20 |
| 20 | and remember your commitment to education, | 00:30:23 |
| 21 | not activism. | 00:30:26 |
| 22 | Thank you. | 00:30:28 |
| 23 | MS. MUHLBERG: Thank you.  Our next speaker is | 00:30:29 |
| 24 | Akshay Deverakonda. | 00:30:31 |
| 25 | MR. DEVERAKONDA: Hi, good evening.  At last | 00:30:36 |



Page 22

```
1   week week's TJ work session many board   00:30:37
2   members cited seemingly lower attention   00:30:39
3   rates at the Gwinnett School of Math,      00:30:41
4   Science, and Technology in Georgia as a    00:30:42
5   reason to reject the merit lottery         00:30:44
6   proposal.                                  00:30:46
7        Afterwards I did my own research and  00:30:47
8   I got current data from the Georgia        00:30:48
9   Department of Education and I want to set   00:30:50
10  the record straight.  The numbers that     00:30:52
11  you-all saw are from three years ago and   00:30:54
12  are only one-year snapshot.  The Gwinnett  00:30:55
13  School was founded in 2007 as a charter    00:30:58
14  school and was modeled after TJ.           00:31:00
15       In 2016 Gwinnett became a magnet      00:31:02
16  school in order to require Algebra I for   00:31:04
17  their lottery and ever since then          00:31:06
18  retention drastically improved.  Freshman  00:31:08
19  retention increased from 66 percent to     00:31:10
20  almost 90 percent and each year keeps      00:31:13
21  going up even with the freshman course     00:31:15
22  load of two in-hearing courses, 10th grade 00:31:17
23  chemistry, and 11th grade physics at once. 00:31:19
24  At the same time the school has a better   00:31:22
25  representation than TJ does.               00:31:24
```

Page 23

```
1    Gwinnett County is 32 percent black   00:31:26
2   while the school is 22 percent black.  The  00:31:28
3   county is 33 percent Latinx, while the   00:31:31
4   school is 10 percent Latinx.  And it's   00:31:33
5   hard to argue that this pro-equity       00:31:35
6   approach is anti-Asian.  Gwinnett County's  00:31:37
7   11 percent Asian, while Gwinnett School is  00:31:39
8   46 percent Asian.                        00:31:42
9        What stands out for me is that even  00:31:44
10  when they face challenges, Gwinnett always  00:31:46
11  prioritized equal opportunity.  The school  00:31:48
12  and county leadership never tried to       00:31:51
13  replace the lottery with the holistic      00:31:52
14  review system, that it's clearly failed -- 00:31:53
15  failed for decades to identify qualified   00:31:55
16  students from all groups.                  00:31:57
17       Gwinnett made their merit lottery     00:31:59
18  central and they made it work.  Instead of 00:32:00
19  starting at the top of privilege and       00:32:03
20  access and skimming from there, Gwinnett   00:32:04
21  includes every single group and as one     00:32:06
22  community buy-in for doing so.             00:32:08
23       Gwinnett School fulfills the intent   00:32:11
24  of Virginia governor's schools more than   00:32:12
25  TJ does and more than TJ will under        00:32:14
```

Page 24

```
1   holistic review.  The merit lottery       00:32:17
2   doesn't create competition.  It creates a  00:32:19
3   community of learners.  It recognizes that 00:32:21
4   giftedness can be measured or ranked.      00:32:23
5   Every student can be gifted and every      00:32:26
6   student should have an equal chance.  And  00:32:28
7   where has that gotten them?  Number one    00:32:30
8   high school in Georgia every year since    00:32:32
9   2013, number 12 high school nationwide in  00:32:34
10  2020, many students to win statewide       00:32:37
11  science and tech competitions, a school    00:32:39
12  that believes students can excel in STEM   00:32:42
13  and also just happen to be poor, and       00:32:44
14  recognizes that the only way not to let    00:32:46
15  privilege outweigh poverty is to, well,    00:32:49
16  not let it.  31 percent of Gwinnett School 00:32:52
17  is on free -- free meals compared to 53    00:32:54
18  percent for the county.                    00:32:57
19       I am not here to change your votes.   00:32:59
20  I know you've made up your minds.  I am    00:33:01
21  here to defend Gwinnett and to clear its   00:33:03
22  name.  They're not a case study of what    00:33:05
23  might go wrong.  They're an example of     00:33:07
24  what will go right when we choose to do    00:33:09
25  the right thing for every student.         00:33:11
```

Page 25

```
1        If you vote no on the merit lottery,  00:33:13
2   then that's your choice.  You know my      00:33:14
3   position.  Don't do it because you're      00:33:16
4   given data that didn't show the real       00:33:18
5   picture and don't do it because you didn't 00:33:20
6   know how the school with a merit lottery   00:33:22
7   is growing, thriving and succeeding,       00:33:24
8   because now you do.                        00:33:27
9   MS. MUHLBERG:  Thank you.  Our next speaker is  00:33:33
10  Paul Thomas.                               00:33:34
11  MR. THOMAS:  Thank you.  My name is Paul   00:33:37
12  Thomas and I would like to address the     00:33:39
13  issue of TJ's admissions process.  I went  00:33:40
14  to elementary, middle and high school in   00:33:43
15  Fairfax County before going to MIT and     00:33:45
16  GMU.  For -- From 1990 to '96, I taught     00:33:48
17  math and computer science at TJ, and I     00:33:50
18  still work in education as a curriculum     00:33:53
19  developer and consultant.  I was also on   00:33:54
20  your AAP Advisory Committee representing    00:33:57
21  Pat Hines and then Melanie Meren last       00:33:59
22  year.                                      00:34:02
23       When I reflect back on my own         00:34:02
24  journey from kindergarten to 7th grade,    00:34:04
25  it's easy to focus on my pre-Algebra       00:34:06
```



Page 26

| | | |
|---|---|---|
| 1 | teacher, who when asked if I should take | 00:34:08 |
| 2 | 8th grade algebra wrote no with four | 00:34:10 |
| 3 | exclamation points. But the truth is that | 00:34:12 |
| 4 | none of the kind, competent, FCPS teachers | 00:34:15 |
| 5 | I had for elementary and middle school | 00:34:17 |
| 6 | ever thought to suggest that I should be | 00:34:20 |
| 7 | tested for GT. | 00:34:22 |
| 8 | They never believed I was | 00:34:23 |
| 9 | intellectually worthy of rigor. They | 00:34:24 |
| 10 | never pushed me. But I got lucky. If not | 00:34:27 |
| 11 | for my pushy math teacher mother, my | 00:34:30 |
| 12 | school teacher's implicit biases and low | 00:34:32 |
| 13 | expectations of my capabilities, would | 00:34:34 |
| 14 | have defined an artificially low ceiling | 00:34:36 |
| 15 | for my academic future. | 00:34:38 |
| 16 | I've read a ton of research that | 00:34:41 |
| 17 | leads me to believe that my elementary and | 00:34:42 |
| 18 | middle school story is still playing out | 00:34:44 |
| 19 | for many black and brown students around | 00:34:46 |
| 20 | the country and around Fairfax County. | 00:34:48 |
| 21 | Implicit biases drive low expectations, | 00:34:51 |
| 22 | which lead to low rigor which creates a | 00:34:53 |
| 23 | loop of self-fulfilling prophases. | 00:34:56 |
| 24 | We can help break this loop by | 00:34:58 |
| 25 | giving every qualified student a real shot | 00:35:00 |

Page 27

| | | |
|---|---|---|
| 1 | at getting into TJ. As a result, I | 00:35:02 |
| 2 | strongly support Dr. Brabrand's merit | 00:35:05 |
| 3 | lottery proposal. | 00:35:07 |
| 4 | When I was teaching at TJ in the | 00:35:09 |
| 5 | early and mid Nineties, there was much | 00:35:11 |
| 6 | discussion about how to improve enrollment | 00:35:13 |
| 7 | for underrepresented groups. Even then it | 00:35:15 |
| 8 | was easy to see that the application | 00:35:18 |
| 9 | process acted as a proxy for privilege. | 00:35:19 |
| 10 | TJ and the school board have tried | 00:35:22 |
| 11 | many strategies over the past three | 00:35:24 |
| 12 | decades for improving equity of | 00:35:26 |
| 13 | opportunity at TJ. But these strategies | 00:35:28 |
| 14 | have all met with the same lack of | 00:35:30 |
| 15 | efficacy here as they have around the | 00:35:32 |
| 16 | country. | 00:35:34 |
| 17 | Enrichment programs and outreach and | 00:35:35 |
| 18 | teacher PD and better level 1 AAP | 00:35:37 |
| 19 | curricula are all important, but they have | 00:35:39 |
| 20 | act -- they haven't actually moved the | 00:35:42 |
| 21 | needle on equity or diversity at TJ. An | 00:35:43 |
| 22 | increasingly holistic admissions process | 00:35:46 |
| 23 | has definitely not helped. | 00:35:49 |
| 24 | Let's be honest, each iteration of | 00:35:51 |
| 25 | TJ's holistic admissions process is a game | |

Page 28

| | | |
|---|---|---|
| 1 | that's been solved. Families with the | 00:35:55 |
| 2 | time and money know how to set their | 00:35:57 |
| 3 | students up for success. It's like | 00:35:59 |
| 4 | counting cards while playing blackjack at | 00:36:01 |
| 5 | a casino. They count cards for years so | 00:36:03 |
| 6 | that when they place -- place their bets | 00:36:05 |
| 7 | late in the game, gives them a massive | 00:36:07 |
| 8 | advantage over anyone who didn't have the | 00:36:09 |
| 9 | time or money to play the long game. | 00:36:10 |
| 10 | Yes, the test has always been a big | 00:36:13 |
| 11 | part of the problem; but those of us who | 00:36:14 |
| 12 | have experienced and/or read the research | 00:36:16 |
| 13 | on educators implicit biases have a hard | 00:36:18 |
| 14 | time accepting that more subjectivity is | 00:36:21 |
| 15 | the pathway to equity. | 00:36:24 |
| 16 | Even keeping a version of the | 00:36:26 |
| 17 | student information sheet and the | 00:36:27 |
| 18 | problem-solving essays would provide | 00:36:29 |
| 19 | opportunities for privilege and biases to | 00:36:30 |
| 20 | have outsized effects on admissions | 00:36:33 |
| 21 | decisions. | 00:36:36 |
| 22 | It's important to keep in mind that | 00:36:36 |
| 23 | Dr. Brabrand's proposal up stacks -- | 00:36:38 |
| 24 | (Bell ringing - unintelligible) | |
| 25 | -- requirement reply. | 00:36:40 |

Page 29

| | | |
|---|---|---|
| 1 | MS. MUHLBERG: The speaker's time is now up | 00:36:42 |
| 2 | Thank you. | 00:36:44 |
| 3 | Our next speaker is Jun Wang. | 00:36:44 |
| 4 | MR. WANG: Can you hear me? Can you -- | 00:36:48 |
| 5 | MS. MUHLBERG: Yes. Go ahead, please. | 00:36:51 |
| 6 | MR. WANG: -- hear me? | 00:36:51 |
| 7 | Thank you. | 00:36:53 |
| 8 | MS. MUHLBERG: Yes. | 00:36:54 |
| 9 | MR. WANG: The honorable FCPS School Board, | 00:36:55 |
| 10 | believe you remember your oath as well as | 00:36:58 |
| 11 | the Constitution of the United States, | 00:37:00 |
| 12 | the Constitution of Virginia, and perform | 00:37:04 |
| 13 | your duty faithfully and impartially. | 00:37:07 |
| 14 | Today you will decide on the | 00:37:09 |
| 15 | contract extension for superintendent | 00:37:11 |
| 16 | Dr. -- Dr. Brabrand and I strongly urge | 00:37:14 |
| 17 | you to vote no unanimously. At the | 00:37:17 |
| 18 | beginning of the pandemic, Dr. Brabrand | 00:37:20 |
| 19 | insisted to keep schools open until the | 00:37:23 |
| 20 | government ordered to close all Virginia | 00:37:25 |
| 21 | schools, even though FCPS closed the | 00:37:28 |
| 22 | longer than other school divisions to | 00:37:31 |
| 23 | prepare, the distant learning started with | 00:37:33 |
| 24 | disaster and ended with unfavorable | 00:37:38 |
| 25 | forecasts for all students in the first | 00:37:40 |



Page 30

| | | |
|---|---|---|
| 1 | quarter.  The distant learning failure is | 00:37:42 |
| 2 | (unintelligible) of FCPS systems and the | 00:37:46 |
| 3 | constant ransomware attacks in the summer, | 00:37:50 |
| 4 | which put FCPS employees and the FCPS | 00:37:53 |
| 5 | families in the danger of identity theft. | 00:37:56 |
| 6 | Student enrollment of this school | 00:38:00 |
| 7 | year has dropped by 5 percent.  The | 00:38:02 |
| 8 | student failing rates has doubled in the | 00:38:04 |
| 9 | first quarter. | 00:38:06 |
| 10 | Dr. Brabrand has failed repeatedly | 00:38:08 |
| 11 | and consistently; but he has not said a | 00:38:11 |
| 12 | single word to apologize which indicates | 00:38:14 |
| 13 | that he has no intention to reflect on his | 00:38:18 |
| 14 | mistakes or to improve. | 00:38:21 |
| 15 | More seriously, Dr. Brabrand | 00:38:24 |
| 16 | intentionally lied to the school board | 00:38:27 |
| 17 | about the state mandate and the missed | 00:38:29 |
| 18 | (unintelligible) wasted so much time on | 00:38:33 |
| 19 | his TJ admission (unintelligible) plan, | 00:38:35 |
| 20 | which has no legal basis, no data -- no | 00:38:38 |
| 21 | concrete data support and no convincing | 00:38:42 |
| 22 | investigation and analysis. | 00:38:45 |
| 23 | For all (unintelligible), honesty is | 00:38:48 |
| 24 | the first principle of education.  The | 00:38:50 |
| 25 | superintendent has made himself the worst | 00:38:53 |

Page 31

| | | |
|---|---|---|
| 1 | model for students.  The community does | 00:38:56 |
| 2 | not need his leadership of dishonesty and | 00:39:00 |
| 3 | mismanagement. | 00:39:04 |
| 4 | Since Dr. Brabrand's example was | 00:39:05 |
| 5 | built on his fraud, the board should | 00:39:08 |
| 6 | reject it altogether.  You don't need to | 00:39:11 |
| 7 | (unintelligible) between the two-part | 00:39:14 |
| 8 | effort Dr. Brabrand proposed; and you | 00:39:16 |
| 9 | don't have to sacrifice the community. | 00:39:19 |
| 10 | (unintelligible) state recommendations to | 00:39:21 |
| 11 | sacrifice (unintelligible).  You need to | 00:39:25 |
| 12 | stand with the community. | 00:39:27 |
| 13 | Thank you. | 00:39:30 |
| 14 | MS. MUHLBERG:  Thank you.  Before I call the | 00:39:32 |
| 15 | next speaker, I'd like to remind speakers | 00:39:33 |
| 16 | that when you're finished, please shut | 00:39:35 |
| 17 | down your camera, and I will mute you. | 00:39:37 |
| 18 | Thank you. | 00:39:38 |
| 19 | MR. WANG:  Thank you. | 00:39:39 |
| 20 | MS. MUHLBERG:  Our next speaker is Zia | 00:39:40 |
| 21 | Tompkins. | 00:39:41 |
| 22 | MR. TOMPKINS:  Hi.  Good evening, and thank | 00:39:44 |
| 23 | you for the opportunity to speak. | 00:39:45 |
| 24 | I don't really have anything to say | 00:39:46 |
| 25 | to either the board or the administration | 00:39:48 |

Page 32

| | | |
|---|---|---|
| 1 | because the teachers unions seem to run | 00:39:51 |
| 2 | things here.  It's no coincidence that Kim | 00:39:53 |
| 3 | spoke first; so I'll make my remarks on TJ | 00:39:55 |
| 4 | directly to her. | 00:39:57 |
| 5 | I have literally a degree in every | 00:39:59 |
| 6 | letter in STEM.  Despite that, I'm usually | 00:40:01 |
| 7 | the first to say that STEM can't be taught | 00:40:04 |
| 8 | at the expense of the arts, history or | 00:40:06 |
| 9 | literature; or that STEM which certainly | 00:40:09 |
| 10 | can't do which is be a cure for all of | 00:40:12 |
| 11 | society's social inequities. | 00:40:14 |
| 12 | Meritocracy in education must remain | 00:40:17 |
| 13 | our ideal and not social justice ideology. | 00:40:20 |
| 14 | How do I know this?  Here are the words of | 00:40:24 |
| 15 | someone much wiser than I.  "I have a | 00:40:26 |
| 16 | dream that my four little children will | 00:40:30 |
| 17 | one day live in a nation where they will | 00:40:33 |
| 18 | not be judged by the color of their skin | 00:40:35 |
| 19 | or by the content of their character." | 00:40:38 |
| 20 | That was Dr. Martin Luther King. | 00:40:40 |
| 21 | Dr. King didn't say:  I wish my kids | 00:40:43 |
| 22 | grew up in a world where they're | 00:40:45 |
| 23 | automatically judged as disadvantaged or | 00:40:47 |
| 24 | helpless, or as perpetual victims in need | 00:40:49 |
| 25 | of government's charity.  Yet that is | 00:40:53 |

Page 33

| | | |
|---|---|---|
| 1 | exactly what you are doing. | 00:40:55 |
| 2 | You cannot fight racism with more | 00:40:57 |
| 3 | racism.  You can't do that any more than | 00:41:00 |
| 4 | you can fight fire with more fire.  You | 00:41:03 |
| 5 | only burn your house down twice as fast. | 00:41:06 |
| 6 | And that house is our house.  Our schools. | 00:41:07 |
| 7 | Kids will fail.  Standards at TJ will | 00:41:13 |
| 8 | drop.  And if you think a lottery can't be | 00:41:16 |
| 9 | corrupted by the rich or influential, ask | 00:41:19 |
| 10 | yourself this:  Who has the power?  A | 00:41:22 |
| 11 | lottery ticket holder or the one choosing | 00:41:25 |
| 12 | the winning numbers? | 00:41:28 |
| 13 | This board won't be there forever, | 00:41:29 |
| 14 | nor this administration.  Leave TJ alone. | 00:41:31 |
| 15 | As with the current school closings, I | 00:41:36 |
| 16 | find it sad that I have to remind this | 00:41:38 |
| 17 | audience that FCPS exists to educate our | 00:41:41 |
| 18 | kids.  It isn't a platform to push your | 00:41:42 |
| 19 | personal ideology.  It isn't a source of | 00:41:47 |
| 20 | guaranteed income for fee as members. | 00:41:50 |
| 21 | And every day that goes by, we get | 00:41:52 |
| 22 | closer to the day when some kind of epic | 00:41:55 |
| 23 | tragedy is going to befall one of our | 00:41:57 |
| 24 | students due to these school closings and | 00:41:59 |
| 25 | due to all this crazy ideological | 00:42:02 |



Page 34

| | | |
|---|---|---|
| 1 | zealotry. If and when that happens, | 00:42:05 |
| 2 | nobody is going to blame COVID. They will | 00:42:08 |
| 3 | blame FCPS and they will blame you, Kim; | 00:42:10 |
| 4 | and when they do, then you can tell me to | 00:42:14 |
| 5 | my face whether collective bargaining or a | 00:42:18 |
| 6 | four-day school week and a destruction of | 00:42:20 |
| 7 | this school system was all worth it. | 00:42:22 |
| 8 | And that's all I got to say. | 00:42:29 |
| 9 | MS. MUHLBERG: Our next speaker is Ella | 00:42:33 |
| 10 | Stamera (phonetic). | 00:42:37 |
| 11 | (No response.) | |
| 12 | MS. MUHLBERG: Ella Stamera (phonetic)? | 00:42:38 |
| 13 | (No response.) | |
| 14 | We'll go to our next speaker, | 00:42:41 |
| 15 | Srilekha Palle. | 00:42:48 |
| 16 | (No response.) | |
| 17 | MS. MUHLBERG: Speaker number eight, Srilekha | 00:42:49 |
| 18 | Palle? | 00:42:55 |
| 19 | (No response.) | |
| 20 | Okay. Speaker number nine, Michelle | 00:42:56 |
| 21 | Cades. | 00:43:09 |
| 22 | MS. CADES: Good evening. I'm Michelle Cades, | 00:43:10 |
| 23 | president of the Fairfax County Special | 00:43:12 |
| 24 | Education PTA. | 00:43:14 |
| 25 | On behalf of our board and members, | 00:43:15 |

Page 35

| | | |
|---|---|---|
| 1 | my primary message tonight is to say thank | 00:43:17 |
| 2 | you. Thank you to -- | 00:43:19 |
| 3 | MS. PALLE: Hello. I'm sorry, I'm Srilekha | 00:43:23 |
| 4 | Palle. I was sharing my audio. | 00:43:25 |
| 5 | MS. MUHLBERG: Ms. -- The other speaker had | 00:43:30 |
| 6 | started; so we're going to allow her to | 00:43:31 |
| 7 | finish, and then we'll call your name | 00:43:33 |
| 8 | again. | 00:43:36 |
| 9 | Thank you. | 00:43:36 |
| 10 | MS. CADES: Can we re-start my time, please? | 00:43:37 |
| 11 | MS. MUHLBERG: Yes, ma'am. | 00:43:39 |
| 12 | MS. CADES: Thanks so much. | 00:43:41 |
| 13 | Good evening. I'm Michelle Cades, | 00:43:43 |
| 14 | president of the Fairfax County Special | 00:43:44 |
| 15 | Education PTA. On behalf of our board and | 00:43:46 |
| 16 | members, my primary message tonight is to | 00:43:49 |
| 17 | say thank you. Thank you to the members | 00:43:51 |
| 18 | of the school board for listening to us | 00:43:53 |
| 19 | and for pushing for FCPS to develop a | 00:43:55 |
| 20 | solid detailed policy on restraint and | 00:43:57 |
| 21 | seclusion. Thank you for providing the | 00:44:00 |
| 22 | community with a public hearing to share | 00:44:01 |
| 23 | our stories and our concerns. Thank you | 00:44:03 |
| 24 | for taking our phone calls and for reading | 00:44:06 |
| 25 | our pages and pages of research and | 00:44:07 |

Page 36

| | | |
|---|---|---|
| 1 | feedback. | 00:44:10 |
| 2 | Thank you to Dr. Boyd and her team, | 00:44:11 |
| 3 | new to FCPS in the midst of a pandemic, | 00:44:13 |
| 4 | Dr. Boyd hadn't had much opportunity to | 00:44:16 |
| 5 | get to know us or the depth and breadth of | 00:44:18 |
| 6 | our special education concerns. We had no | 00:44:20 |
| 7 | idea how she would respond to us; and | 00:44:23 |
| 8 | we've been amazed, impressed, and | 00:44:25 |
| 9 | incredibly appreciative of the degree to | 00:44:27 |
| 10 | which Dr. Boyd took our feedback to heart | 00:44:29 |
| 11 | and built it into the proposed policy. | 00:44:31 |
| 12 | With guidance from Dr. Ross Greene | 00:44:34 |
| 13 | on how to phase out the use of seclusion, | 00:44:35 |
| 14 | recognize the value in ensuring that | 00:44:38 |
| 15 | there's time for the necessary staff | 00:44:39 |
| 16 | training to acquire and apply new skills | 00:44:41 |
| 17 | for crisis prevention and intervention, | 00:44:43 |
| 18 | the three schools that will temporarily | 00:44:46 |
| 19 | continue to permit seclusion account for | 00:44:48 |
| 20 | over 40 percent of all seclusion | 00:44:50 |
| 21 | instances. But with this new policy in | 00:44:52 |
| 22 | place, we are relieved to know that this | 00:44:54 |
| 23 | practice is coming to an end. Not as soon | 00:44:56 |
| 24 | as some might like; but, again, we | 00:44:59 |
| 25 | recognize the value in making this a | 00:45:01 |

Page 37

| | | |
|---|---|---|
| 1 | thoughtful and deliberate transition. | 00:45:02 |
| 2 | We delight in the shift in mindset | 00:45:05 |
| 3 | that behavior is a form of communication | 00:45:07 |
| 4 | rather than a skill that needs to be | 00:45:09 |
| 5 | stopped or re-taught. We celebrate an end | 00:45:11 |
| 6 | to dangerous supine restraint. We are | 00:45:14 |
| 7 | encouraged by the inclusion of same-day | 00:45:16 |
| 8 | notification to families. Quick | 00:45:18 |
| 9 | communication is the best practice and | 00:45:20 |
| 10 | helps to build trust and collaboration | 00:45:22 |
| 11 | between families and school staff. | 00:45:24 |
| 12 | We rejoice in a focus on prevention | 00:45:27 |
| 13 | rather than on reaction. Now we strongly | 00:45:29 |
| 14 | FCPS to make a specific plan to implement | 00:45:33 |
| 15 | this policy. Use a well-thought-through | 00:45:36 |
| 16 | model. Think like a business project | 00:45:39 |
| 17 | manager. Take into consideration all the | 00:45:41 |
| 18 | specific details, such as careful | 00:45:44 |
| 19 | selection of the evidence-based protocol | 00:45:46 |
| 20 | to be used, setting a precise timeline | 00:45:48 |
| 21 | with start and end dates for initial and | 00:45:51 |
| 22 | follow-up trainings at all school sites, | 00:45:52 |
| 23 | centralized direction on how this new | 00:45:56 |
| 24 | system will be taught to staff, deliberate | 00:45:57 |
| 25 | goal-settings to be met in specific time | 00:46:00 |



Page 38

```
1    intervals for the reduction and phasing    00:46:02
2    out of the use of restraint and seclusion,  00:46:04
3    careful planning of staff and financial     00:46:06
4    resources that are necessary to achieve     00:46:09
5    these stated goals and deadlines,           00:46:11
6    transparent public reporting on the number  00:46:13
7    of restraints and seclusion instances       00:46:16
8    occurring, whether -- and whether the       00:46:18
9    roll-out reduction targets are being met.   00:46:20
10   And, finally, a plan for ongoing oversight  00:46:22
11   and review.                                 00:46:24
12       Again, SEPTA thanks you very much       00:46:26
13   for your partnership and for all of your    00:46:27
14   work on this policy.                        00:46:29
15   MS. MUHLBERG:  Thank you.  Our next speaker 00:46:33
16   now is Ms. Srilekha Palle.                  00:46:35
17       I'm afraid you're on mute, ma'am.       00:46:42
18   MS. PALLE:  Thank you to the school board   00:46:48
19   members and for everyone for -- present;    00:46:49
20   and I apologize to the previous speaker     00:46:51
21   for interrupting.                           00:46:54
22       I am Srilekha Palle, mom of a           00:46:55
23   middle-schooler and a healthcare           00:46:56
24   professional by background.  I am totally  00:46:58
25   distressed over the dirt of black and      00:47:00
```

Page 39

```
1    Hispanic students at TJ as much as you      00:47:02
2    are, if not more.  Of course, I also must   00:47:06
3    admit that I'm equally troubled that the    00:47:08
4    slapping of the Band-Aid solution by the    00:47:09
5    school board members and the                00:47:12
6    administration that will erode TJ's         00:47:14
7    merit-based admission standards.  I'm also  00:47:16
8    appalled, I must admit, and do not          00:47:19
9    (unintelligible) blame for the racial       00:47:20
10   disparities on the TAS step.  TAS is the    00:47:22
11   cornerstone of the objectivity measure.     00:47:25
12   Anybody that has been in the United States  00:47:27
13   for as long as I have been here             00:47:30
14   understands that TAS is the cornerstone     00:47:31
15   for any objectivity measure.                00:47:34
16       Before I dwell any further, I also      00:47:36
17   urge you to be self-reflective and ask      00:47:39
18   yourself the same questions.  Do you have   00:47:41
19   the will as a school board administration   00:47:43
20   and just as an administration in general    00:47:45
21   to reject the false binary of racial        00:47:48
22   diversity versus competitive academy and    00:47:50
23   embrace the solutions that build the        00:47:53
24   robust (unintelligible) of                  00:47:55
25   highly-qualified black and Hispanic         00:47:57
```

Page 40

```
1    brilliant students?  Why have millions of   00:47:59
2    dollars that have been spent on outreach     00:48:01
3    by our FCPS and TJ partnership planning      00:48:03
4    not resulted in the outcomes that you're     00:48:06
5    always looking for?  Why are these all       00:48:08
6    outreach efforts plagued with conflict of    00:48:10
7    interest and at most corruption?             00:48:12
8        Thomas Jefferson Partnership Fund        00:48:15
9    did not spend money on black and Hispanic    00:48:16
10   kids, and you all know that.  Money          00:48:18
11   provided to the list of programs was not     00:48:20
12   well-spent by the co-founder and I have      00:48:23
13   the research to prove that.  And the         00:48:26
14   co-founder that now started private          00:48:28
15   educational institutes but all despised      00:48:30
16   and they're again coming back and asking     00:48:33
17   funds to do the same ineffective job all     00:48:37
18   over again.                                  00:48:38
19       FCPS spent $678,000 in renaming high     00:48:40
20   school; but yet, the TJ admissions office    00:48:44
21   set outreach positions to 50 percent FCE.    00:48:47
22   How does that make sense?  Every black and   00:48:50
23   Hispanic TJ parent that I talked to said     00:48:53
24   that outreach consultants discourage a       00:48:56
25   child to apply.  Why is that ever            00:48:58
```

Page 41

```
1    happening?                                   00:49:00
2        Have you considered increasing the       00:49:01
3    supply as per the demand?  Our population    00:49:02
4    is increasing in northern Virginia area.     00:49:05
5        Instead of creating a second TJ and      00:49:07
6    sort of rationing the fair educational       00:49:09
7    resource, why is Fairfax County schools      00:49:11
8    are failing under the current                00:49:14
9    administration policies?  As you know        00:49:15
10   faith-based and charter schools are making   00:49:17
11   phenomenal progress.                         00:49:19
12       Also protecting both equity and          00:49:21
13   excellence is a daunting task.  I -- I as    00:49:23
14   a healthcare professional, I am challenged   00:49:25
15   every day by the task of providing greater   00:49:28
16   quality of care for my patients              00:49:32
17   efficiently, but I don't chose one over      00:49:34
18   another.  Why do you, as a school board      00:49:38
19   administration, get a choice to choose       00:49:39
20   equity and excellence but not both?          00:49:40
21       The solutions that you're proposing      00:49:42
22   are extremely (unintelligible) and lazy.     00:49:43
23   It's a real problem and do not seem to       00:49:45
24   achieve the desired plan.  This is --        00:49:47
25       (Bell ringing - unintelligible).         00:49:48
```



Page 42

| | | |
|---|---|---|
| 1 | MS. MUHLBERG: Thank you. The speaker's time | 00:49:50 |
| 2 | is now up. | 00:49:51 |
| 3 | Thank you. | 00:49:51 |
| 4 | SRILEKHA PALLE: Thank you. | 00:49:51 |
| 5 | MS. MUHLBERG: Our next speaker is Harry | 00:49:52 |
| 6 | Jackson. | 00:50:02 |
| 7 | MR. JACKSON: Hi. Good evening. I'm | 00:50:03 |
| 8 | Dr. Harry Jackson, a parent of a TJ | 00:50:04 |
| 9 | freshman as well as a 7th grader in level | 00:50:07 |
| 10 | 4 AAP program. | 00:50:10 |
| 11 | The issue of a lottery was addressed | 00:50:11 |
| 12 | in 2012. By the way, lottery schools that | 00:50:13 |
| 13 | have high standards also have high | 00:50:15 |
| 14 | attrition. However, they addressed this | 00:50:18 |
| 15 | issue back in 2012. More analysis, more | 00:50:19 |
| 16 | transparency of data, more interaction | 00:50:22 |
| 17 | engaged with the community, and the | 00:50:24 |
| 18 | determination was then as it should be now | 00:50:25 |
| 19 | that a lottery is not the best solution | 00:50:28 |
| 20 | for a governor's school. That experience | 00:50:30 |
| 21 | should inform our methods moving forward. | 00:50:32 |
| 22 | In any event, that experience/lesson | 00:50:35 |
| 23 | learned gave rise to an outreach plan as | 00:50:36 |
| 24 | considered as a way to resolve the issue | 00:50:38 |
| 25 | of diversity. | 00:50:40 |

Page 43

| | | |
|---|---|---|
| 1 | I have read the 2001 TJ outreach | 00:50:42 |
| 2 | plan that's still current. There are four | 00:50:44 |
| 3 | major elements of the plan. Make the | 00:50:46 |
| 4 | community -- community aware of TJ; | 00:50:48 |
| 5 | increase interest in STEM, support STEM | 00:50:50 |
| 6 | development programs and identify | 00:50:53 |
| 7 | potential but underrepresented groups and | 00:50:56 |
| 8 | maintain a perspective database of | 00:50:58 |
| 9 | students and maintain contact and steer | 00:50:59 |
| 10 | them to other resource -- STEM resources. | 00:51:01 |
| 11 | And when one sees how the TJ | 00:51:04 |
| 12 | partnership fund supports these outreach | 00:51:06 |
| 13 | elements, one cannot help but be | 00:51:08 |
| 14 | impressed. That said, the outreach plan, | 00:51:10 |
| 15 | a living document, can be improved by | 00:51:13 |
| 16 | placing more emphasis on the third element | 00:51:15 |
| 17 | so we can provide enrichment opportunity | 00:51:17 |
| 18 | to the underrepresented groups. This, and | 00:51:19 |
| 19 | here I speak to Dr. Anderson and | 00:51:21 |
| 20 | like-minded board members, is like showing | 00:51:23 |
| 21 | a child lots of candy through a candy | 00:51:25 |
| 22 | store front window without providing a | 00:51:27 |
| 23 | door to the store. This is done too often | 00:51:29 |
| 24 | to the underprivileged. | 00:51:31 |
| 25 | One reason for the 2001 outreach | 00:51:33 |

Page 44

| | | |
|---|---|---|
| 1 | plan has not reached its full potential is | 00:51:35 |
| 2 | that the full abilities of the TJ | 00:51:37 |
| 3 | Partnership Fund have not been exploited. | 00:51:38 |
| 4 | The outreach programs funded by the | 00:51:41 |
| 5 | TJ Partnership Fund focused on funding | 00:51:43 |
| 6 | inspiring passionate interests in STEM and | 00:51:45 |
| 7 | minority elementary school children that | 00:51:47 |
| 8 | are socially and economically | 00:51:49 |
| 9 | disadvantaged in grades 3 through 6. This | 00:51:50 |
| 10 | is a worthy part of any STEM outreach | 00:51:52 |
| 11 | program. But some funding should be | 00:51:54 |
| 12 | directed towards facilitating STEM's skill | 00:51:56 |
| 13 | development in minority 7th and 8th | 00:51:58 |
| 14 | graders in advanced academic programs, | 00:52:00 |
| 15 | especially when the AAP pipeline holds 80 | 00:52:03 |
| 16 | percent of the TJ mix. | 00:52:05 |
| 17 | Quoting Dr. Chris Blasser, a TJ | 00:52:07 |
| 18 | graduate, the current admissions process | 00:52:09 |
| 19 | could not be more fair, equal opportunity | 00:52:11 |
| 20 | and representative. This is where the | 00:52:13 |
| 21 | class of 2024 is clearly an exact | 00:52:15 |
| 22 | correlation to the 8th grade student | 00:52:17 |
| 23 | demographic across Fairfax County. | 00:52:18 |
| 24 | However, for Matt, not for race. | 00:52:20 |
| 25 | Citing the recent FCPS white paper, | 00:52:23 |

Page 45

| | | |
|---|---|---|
| 1 | all students in Algebra I or higher who | 00:52:25 |
| 2 | apply are accepted, while the students in | 00:52:27 |
| 3 | geometry are accepted at an equal rate | 00:52:28 |
| 4 | across all racial groups from those who | 00:52:30 |
| 5 | apply. The FCPS middle and elementary | 00:52:32 |
| 6 | school pipeline provides insufficient | 00:52:34 |
| 7 | opportunities and resources to the most | 00:52:36 |
| 8 | underrepresented, underserved | 00:52:38 |
| 9 | neighborhoods. Only seven of the 24 FCPS | 00:52:40 |
| 10 | middle schools offer Algebra II to 8th | 00:52:42 |
| 11 | graders; and none of them are in region 3. | 00:52:44 |
| 12 | This is fatal to entry to TJ. | 00:52:47 |
| 13 | Lastly, the section 4 of the | 00:52:50 |
| 14 | outreach plan, developing a database of | 00:52:51 |
| 15 | students in 7th and 8th graders to | 00:52:53 |
| 16 | maintain established contact for STEM and | 00:52:55 |
| 17 | to direct them to STEM resource -- | 00:52:57 |
| 18 | development resources are underdeveloped. | 00:52:58 |
| 19 | This is an area that would yield immediate | 00:53:01 |
| 20 | return in investment. It would make sense | 00:53:04 |
| 21 | to have a database of 7th and 8th grade | 00:53:06 |
| 22 | students who actually recruit, | 00:53:08 |
| 23 | particularly those who have -- | 00:53:09 |
| 24 | (Bell ringing - unintelligible) | |
| 25 | MS. MUHLBERG: Thank you. That was our final | 00:53:13 |



| | | |
|---|---|---|
| 1 | speaker. | 00:53:20 |
| 2 | CHAIRWOMAN ANDERSON: Thank you very much, | 00:53:23 |
| 3 | Ms. Mulberg. | 00:53:23 |
| 4 | I now call on Mr. Onibudo for | 00:53:25 |
| 5 | student representative matters. | 00:53:28 |
| 6 | Mr. Onibudo? | 00:53:31 |
| 7 | MR. ONIBUDO: Dr. Anderson, I -- Are there no | 00:53:32 |
| 8 | video testimonies before I start | 00:53:34 |
| 9 | speaking? | 00:53:36 |
| 10 | CHAIRWOMAN ANDERSON: Oh, you are correct. I | 00:53:36 |
| 11 | believe we do have a video testimony. | 00:53:37 |
| 12 | Thank you so much, Mr. Onibudo. | 00:53:42 |
| 13 | MR. ONIBUDO: Of course. | 00:53:46 |
| 14 | CHAIRWOMAN ANDERSON: Ms. Mulberg? | 00:53:47 |
| 15 | MS. MULBERG: I don't have video testimonies | 00:53:48 |
| 16 | on my list. | 00:53:50 |
| 17 | CHAIRWOMAN ANDERSON: Okay. I will go | 00:53:53 |
| 18 | ahead -- | 00:53:57 |
| 19 | MS. MUHLBERG: I'm sorry. No, no. I'm wrong. | 00:53:59 |
| 20 | There are video testimonies. | 00:54:06 |
| 21 | CHAIRWOMAN ANDERSON: All right. We have | 00:54:15 |
| 22 | three. Thank you. | 00:54:20 |
| 23 | There is no sound? | 00:54:24 |
| 24 | MS. MARGULIES: Good evening, members of the | 00:54:29 |
| 25 | school board. My name is Thelma | 00:54:32 |

| | | |
|---|---|---|
| 1 | Margulies. I am the mother of a TJ | 00:54:33 |
| 2 | freshman. I have written to you several | 00:54:35 |
| 3 | times and I have not received a response | 00:54:39 |
| 4 | from any of you. | 00:54:42 |
| 5 | Your decision to eliminate the TJ | 00:54:44 |
| 6 | admission test, a decision that you | 00:54:47 |
| 7 | adopted on October 6th, is illegal. TJ is | 00:54:49 |
| 8 | an academic year regional governor's | 00:54:53 |
| 9 | school for science and technology and that | 00:54:56 |
| 10 | their requirements or the department of -- | 00:54:59 |
| 11 | the Virginia Department of Education | 00:55:02 |
| 12 | provides services for gifted students | 00:55:04 |
| 13 | identified through nationally standardized | 00:55:08 |
| 14 | norm tests. You adopted this illegal | 00:55:13 |
| 15 | decision in a work session and without | 00:55:16 |
| 16 | consulting with key stakeholders, in | 00:55:18 |
| 17 | particular the parents. As a result, | 00:55:21 |
| 18 | there is a lawsuit pending. | 00:55:24 |
| 19 | Your decision was not based on | 00:55:27 |
| 20 | analysis of the data which clearly | 00:55:29 |
| 21 | demonstrates that the chief result of the | 00:55:32 |
| 22 | proposed changes would be to make TJ white | 00:55:35 |
| 23 | again while having a handful of Hispanic | 00:55:39 |
| 24 | and black students and dramatically | 00:55:42 |
| 25 | reducing the number of Asian students. | 00:55:46 |

| | | |
|---|---|---|
| 1 | This is your idea of equity and | 00:55:50 |
| 2 | diversity? | 00:55:54 |
| 3 | Several studies have demonstrated to | 00:55:57 |
| 4 | you that social equity is being denied not | 00:55:59 |
| 5 | by the TJ admission test, like professor | 00:56:02 |
| 6 | Dr. Baslar said in a recent study that he | 00:56:06 |
| 7 | sent it to you and I hope that you have | 00:56:09 |
| 8 | read it. And in the study it clearly | 00:56:11 |
| 9 | states that the main problem is the | 00:56:14 |
| 10 | (unintelligible) issue, the FCPS | 00:56:16 |
| 11 | elementary and middle -- middle school | 00:56:19 |
| 12 | (unintelligible) which provides | 00:56:22 |
| 13 | insufficient opportunities and resources | 00:56:24 |
| 14 | to the most underrepresented, underserved | 00:56:27 |
| 15 | neighborhoods. | 00:56:33 |
| 16 | What is more concerning though? | 00:56:34 |
| 17 | What is the most recent development that | 00:56:36 |
| 18 | is really concerning is the statement of | 00:56:39 |
| 19 | Ms. Meghan McLaren during the last board | 00:56:43 |
| 20 | meeting. In this meeting Ms. McLaren | 00:56:46 |
| 21 | stated that you took this decision because | 00:56:49 |
| 22 | of a lie of Superintendent Scott Brabrand. | 00:56:52 |
| 23 | He alleged that the changes were required | 00:56:56 |
| 24 | by the state of Virginia, when in fact all | 00:57:00 |
| 25 | the state only required was a report on | 00:57:03 |

| | | |
|---|---|---|
| 1 | diversity. | 00:57:06 |
| 2 | I trust that Dr. Brabrand's contract | 00:57:07 |
| 3 | will not be extended accordingly. | 00:57:09 |
| 4 | Let's face the facts. The -- These | 00:57:12 |
| 5 | changes proposed to TJ to its admission | 00:57:15 |
| 6 | changes has nothing to do with education, | 00:57:18 |
| 7 | with diversity, with equity. It has to do | 00:57:21 |
| 8 | with your desire to make a political | 00:57:24 |
| 9 | statement. | 00:57:26 |
| 10 | The right decision is to reinstate | 00:57:27 |
| 11 | the test, and I urge you to do the correct | 00:57:29 |
| 12 | thing. I remind you that you are | 00:57:31 |
| 13 | accountable to the people. | 00:57:34 |
| 14 | Thank you. | 00:57:35 |
| 15 | MR. GEIS: Good evening, school board members. | 00:57:53 |
| 16 | As this year comes to a close, I want to | 00:57:54 |
| 17 | remind everyone that while there have | 00:57:57 |
| 18 | been numerous struggles, we have actually | 00:57:59 |
| 19 | prevailed instead. | 00:58:01 |
| 20 | When this pandemic started in March, | 00:58:03 |
| 21 | we had eight new members to this board | 00:58:05 |
| 22 | that were thrown into a once-in-a-lifetime | 00:58:07 |
| 23 | situation; and while things started off | 00:58:09 |
| 24 | shaky, we indeed accomplished more than we | 00:58:12 |
| 25 | could have before. | 00:58:15 |



Page 50

| | | |
|---|---|---|
| 1 | During this period, we were able to | 00:58:16 |
| 2 | get hundreds of thousands of grab-and-go | 00:58:18 |
| 3 | meals to submit to underprivileged kids. | 00:58:21 |
| 4 | We were able to use new funds from the | 00:58:23 |
| 5 | CARES Act to get elementary school kids | 00:58:26 |
| 6 | the faster working laptops they need.  We | 00:58:28 |
| 7 | were able to rename two schools that had | 00:58:30 |
| 8 | been stuck in the process for years.  We | 00:58:34 |
| 9 | were able to hire a new chief academic | 00:58:37 |
| 10 | officer -- welcome Dr. Presidio -- and a | 00:58:40 |
| 11 | new chief information officer -- thank you | 00:58:42 |
| 12 | for your e-mails, Mr. Sethi.  And we were | 00:58:44 |
| 13 | able to start sports again this week, for | 00:58:47 |
| 14 | the thousands of student athletes who | 00:58:49 |
| 15 | needed that small boost to morale. | 00:58:51 |
| 16 | While we have struggles that remain | 00:58:54 |
| 17 | constant that we will be able to address | 00:58:56 |
| 18 | and solve these issues, such as the | 00:58:58 |
| 19 | impending return to school next month and | 00:59:00 |
| 20 | the idea of finding a common virtual | 00:59:03 |
| 21 | platform for FCPS to use.  Go Zoom. | 00:59:05 |
| 22 | It has been a privilege to meet all | 00:59:09 |
| 23 | of you either in person or via e-mail in | 00:59:11 |
| 24 | office hours.  All have you -- all of you | 00:59:13 |
| 25 | have been great student advocates and I | 00:59:16 |

Page 51

| | | |
|---|---|---|
| 1 | hope to continue working with you on | 00:59:17 |
| 2 | important student matters throughout the | 00:59:19 |
| 3 | next year. | 00:59:21 |
| 4 | I would like to extend a deep | 00:59:22 |
| 5 | appreciation to our current student rep | 00:59:24 |
| 6 | Nathan Onibudo and former student rep | 00:59:26 |
| 7 | Kimberly Botang (phonetic) for their great | 00:59:28 |
| 8 | student advocacy; and I commend them for | 00:59:31 |
| 9 | all the work they've done this year and | 00:59:34 |
| 10 | hope that our legacy of the student | 00:59:35 |
| 11 | advocacy we've had this year will continue | 00:59:37 |
| 12 | throughout the future years of FCPS. | 00:59:40 |
| 13 | I want to give another thank you to | 00:59:43 |
| 14 | Ms. McLaughlin for visiting my 5th period | 00:59:45 |
| 15 | today -- Go Woodson -- and we look forward | 00:59:47 |
| 16 | to you Dr. Anderson and Ms. Cohen visiting | 00:59:50 |
| 17 | along with the superintendent next month. | 00:59:53 |
| 18 | A final thank you to our clerks Beth | 00:59:55 |
| 19 | and Eileen for working so hard to make | 00:59:58 |
| 20 | sure these meetings run as smoothly as | 01:00:00 |
| 21 | possible.  You guys are true rock stars. | 01:00:01 |
| 22 | To everyone, have a wonderful last | 01:00:05 |
| 23 | night of Hanukkah, a merry Christmas, and | 01:00:07 |
| 24 | a happy new year.  I look forward to | 01:00:10 |
| 25 | continuing in my work with you all in | 01:00:12 |

Page 52

| | | |
|---|---|---|
| 1 | 2021.  Good night. | 01:00:13 |
| 2 | MS. SALEM:  Hi, I'm Fatimah Salem from Salaruin | 01:00:30 |
| 3 | (phonetic) Schools, a student-led | 01:00:31 |
| 4 | environmental advocacy group in Fairfax | 01:00:33 |
| 5 | County Public Schools.  When discussing | 01:00:36 |
| 6 | (unintelligible) replacement for Hunters | 01:00:38 |
| 7 | Woods Elementary School, it is imperative | 01:00:40 |
| 8 | that we work for placement to make the | 01:00:42 |
| 9 | schools ready for solar. | 01:00:44 |
| 10 | We want to thank the school board | 01:00:46 |
| 11 | and Justin Moss for the updates on solar | 01:00:47 |
| 12 | projects in FCPS as of September.  Have | 01:00:49 |
| 13 | contracts been signed to put solar on the | 01:00:52 |
| 14 | initial set of schools?  Has the school | 01:00:55 |
| 15 | board approved putting solar on the second | 01:00:58 |
| 16 | set listed in Mr. Moss' letter? | 01:01:00 |
| 17 | We would like to inquire on the | 01:01:04 |
| 18 | current status of the efforts implemented | 01:01:05 |
| 19 | by FCPS staff to create the sustainability | 01:01:08 |
| 20 | plans.  In last year's capital improvement | 01:01:12 |
| 21 | plan, the school board requested a study | 01:01:15 |
| 22 | of the feasibility of net zero energy | 01:01:18 |
| 23 | schools. | 01:01:22 |
| 24 | What is the status of this report | 01:01:22 |
| 25 | and when will it be available to the | 01:01:24 |

Page 53

| | | |
|---|---|---|
| 1 | public? | 01:01:26 |
| 2 | We also wanted to check on the | 01:01:26 |
| 3 | progress in formulating a concrete pathway | 01:01:27 |
| 4 | to obtain 2025 energy usage intensity per | 01:01:30 |
| 5 | facility per square foot as mentioned in | 01:01:35 |
| 6 | the CIP. | 01:01:40 |
| 7 | The solar on the schools group just | 01:01:40 |
| 8 | had a presentation by Robert Winstead of | 01:01:43 |
| 9 | VMDO Architects.  We learned a lot from | 01:01:48 |
| 10 | his discussion on designing net zero | 01:01:51 |
| 11 | energy schools.  With his help, we've | 01:01:54 |
| 12 | compiled a list of resources and case | 01:01:57 |
| 13 | studies on net zero schools. | 01:01:59 |
| 14 | Because the information is really | 01:02:02 |
| 15 | important and really interesting, we sent | 01:02:04 |
| 16 | links to these materials in all school | 01:02:07 |
| 17 | board -- school board members' e-mails. | 01:02:11 |
| 18 | Thank you for your time and | 01:02:13 |
| 19 | interest.  We are anticipating great | 01:02:14 |
| 20 | progress on these efficiency and clean | 01:02:17 |
| 21 | energy initiatives in 2021. | 01:02:21 |
| 22 | CHAIRWOMAN ANDERSON:  Thank you very much. | 01:02:31 |
| 23 | Now I believe that concludes all of our | 01:02:32 |
| 24 | video testimony.  I now call on | 01:02:34 |
| 25 | Mr. Onibudo for student representative | 01:02:36 |



Page 54

```
 1   matters.                                    01:02:40
 2       Nathan?                                 01:02:41
 3   MR. ONIBUDO:  Dr. Anderson --               01:02:42
 4   CHAIRWOMAN ANDERSON:  Oh, may I -- I'm sorry. 01:02:45
 5       I hope I don't bust your bubble; but I'm  01:02:46
 6       going to embarrass you a little bit, if I 01:02:48
 7       may.                                     01:02:50
 8   MR. ONIBUDO:  You may.                       01:02:51
 9   CHAIRWOMAN ANDERSON:  Thank you.             01:02:53
10   FEMALE VOICE:  Do it.                        01:02:56
11   CHAIRWOMAN ANDERSON:  Okay.  So some of you  01:02:57
12       know, I'd like to take this opportunity  01:02:58
13       to extend sincere congratulations to     01:03:02
14       Nathan Onibudo for an early decision to   01:03:05
15       UVA.  He has worked so hard.  He is an    01:03:09
16       exceptional young person, and I did not   01:03:11
17       want to miss this opportunity --          01:03:14
18   PARTICIPANT:  Woo-hoo.                       01:03:16
19   CHAIRWOMAN ANDERSON:  -- to really lay some  01:03:16
20       kudos on you.                            01:03:17
21       (Cheering and applauding.)
22   MALE VOICE:  Congratulations.                01:03:18
23   CHAIRWOMAN ANDERSON:  Very exciting.  So now 01:03:19
24       you've got the floor.  So proceed.       01:03:37
25   MR. ONIBUDO:  Thank you everyone.            01:03:43
```

Page 55

```
 1       (Continued cheering and
 2       congratulations.)
 3   MALE VOICE:  Nathan, you're wearing blue, bro. 01:03:44
 4       (Laughter.)
 5   MR. ONIBUDO:  I didn't know you guys were     01:03:46
 6       going to do this.  I would not have worn  01:03:48
 7       blue.  Thank you so much.  Thank you so   01:03:51
 8       much, everyone.  I -- I cannot put into   01:03:54
 9       words how grateful I am for all the       01:03:56
10       support everyone has been giving me.  So  01:03:57
11       thank you.  Thank you, Dr. Anderson.      01:04:00
12       Thank you, everyone.                      01:04:02
13       Okay.  Well, I will start again, as       01:04:04
14   I always do with saying how much of an        01:04:08
15       honor it is to get to speak in front of   01:04:10
16       all of you today and before our amazing   01:04:12
17       Fairfax County community.  I just -- they 01:04:15
18       will be extremely short.                  01:04:19
19       I kind of want to wrap up all the         01:04:20
20       advocacy that I've been doing and hearing 01:04:22
21       about as we head into the holiday break   01:04:23
22       and then speak briefly to all the         01:04:26
23       students.                                 01:04:28
24       In the area of wrapping things up, I      01:04:30
25       would just like to say that over the last 01:04:32
```

Page 56

```
 1       few weeks, I've been reflecting on        01:04:34
 2       everything that I've been saying, all the 01:04:35
 3       advocacy I've been doing particularly     01:04:37
 4       around student workload, stress; and I've 01:04:39
 5       been listening to all the other -- to all 01:04:41
 6       the other advocacy that's been going on   01:04:44
 7       around what the community is -- is saying 01:04:45
 8       and doing for the other issues that are   01:04:48
 9       facing the board not just this week, but  01:04:50
10       these past few weeks and as we move into  01:04:52
11       2021.                                     01:04:55
12       Talking to some of the other student      01:04:56
13       representatives that have been to the --  01:04:57
14       that have, you know, dealt with some of   01:04:58
15       the same stuff that we're dealing with in 01:05:00
16       the past, I've come to realize that none  01:05:02
17       of what we're dealing with right now is   01:05:03
18       necessarily new.  I think that for me, the 01:05:06
19       struggles that we've had as a school      01:05:12
20       system in the past have rightfully        01:05:13
21       informed the steps we're moving to take   01:05:16
22       into the future; and I really would just  01:05:18
23       like to say that I hope that we can use    01:05:21
24       this pandemic as a space in time to       01:05:23
25       completely re-evaluate some of the things 01:05:26
```

Page 57

```
 1       that we've been working on and discussing 01:05:28
 2       for years and years now.                  01:05:30
 3       I was having a conversation with          01:05:32
 4       Benny Tignor, student representative      01:05:35
 5       number 48 two years -- one year before    01:05:36
 6       me -- two years before me I should say;   01:05:39
 7       and we were kind of talking about the     01:05:41
 8       workload issues that were being addressed 01:05:43
 9       and during his term; and he was saying how 01:05:46
10       he got tips from the student              01:05:49
11       representative before him about how to    01:05:50
12       address that same issue.  And I thought it 01:05:52
13       was really interesting, because these are 01:05:54
14       some of the same issues that we're        01:05:55
15       discussing right now in 2020 and as we    01:05:58
16       move into 2021.                           01:06:01
17       Unfortunately, it's likely that that      01:06:02
18       issue will always exist as the student    01:06:03
19       experience is one that is very common and 01:06:05
20       though despite the size of our county, you 01:06:09
21       know, issues that are prevalent in south  01:06:12
22       county are the same issues that will be   01:06:14
23       prevalent in Woodson and Langley and all  01:06:15
24       the other high schools across our system. 01:06:18
25       I found it very interesting;              01:06:21
```



Page 58

| | | |
|---|---|---|
| 1 | however, that conversation I had with him | 01:06:22 |
| 2 | kind of felt very similar to the | 01:06:25 |
| 3 | conversations I'm having with board | 01:06:26 |
| 4 | members, community members, students, | 01:06:28 |
| 5 | leadership today. | 01:06:30 |
| 6 | So, again, I would just ask that we | 01:06:31 |
| 7 | find ways to use this pandemic to kind of | 01:06:32 |
| 8 | just reframe the way we're looking at | 01:06:36 |
| 9 | things. And I guess that message about | 01:06:39 |
| 10 | using our past to inform how we move | 01:06:41 |
| 11 | forward into the future can be applied to | 01:06:43 |
| 12 | just about any issue that this board | 01:06:46 |
| 13 | faces; but I will say that I've learned a | 01:06:47 |
| 14 | lot about doing that from all the | 01:06:49 |
| 15 | wonderful leaders that serve on our school | 01:06:50 |
| 16 | board and on our leadership team, and I'm | 01:06:53 |
| 17 | very grateful for that. | 01:06:54 |
| 18 | I look forward to continuing into | 01:06:56 |
| 19 | the new school year to work with | 01:06:58 |
| 20 | leadership, the school board and all the | 01:07:00 |
| 21 | community and all the community members | 01:07:02 |
| 22 | and students who have reached out to me to | 01:07:03 |
| 23 | continue -- continue to find ways to | 01:07:05 |
| 24 | reduce student workload stress, to find | 01:07:07 |
| 25 | ways to ensure that students are being met | 01:07:09 |

Page 59

| | | |
|---|---|---|
| 1 | with grace in this time that is extremely | 01:07:12 |
| 2 | harsh and often unforgiving; and I look | 01:07:14 |
| 3 | forward to hearing about all the different | 01:07:17 |
| 4 | wonderful, wonderful things that we can | 01:07:19 |
| 5 | find and ways to do as we move into the | 01:07:21 |
| 6 | second semester of this unprecedented | 01:07:24 |
| 7 | school year. | 01:07:26 |
| 8 | Now, I'd just like to take a moment | 01:07:27 |
| 9 | and congratulate all the students in | 01:07:31 |
| 10 | Fairfax County for making it this far. As | 01:07:31 |
| 11 | we move into the holiday break and get | 01:07:34 |
| 12 | some of the much-needed rest, sleep, time | 01:07:39 |
| 13 | off, time away from computer screens that | 01:07:39 |
| 14 | we -- I know we all are yearning for, I | 01:07:41 |
| 15 | just want to say that I see all of you. | 01:07:43 |
| 16 | I'm proud of all of you. And I just think | 01:07:46 |
| 17 | that it's time to say we did it. | 01:07:48 |
| 18 | I know we're not even halfway | 01:07:51 |
| 19 | through yet; but even the small things can | 01:07:52 |
| 20 | mean absolutely the world. | 01:07:55 |
| 21 | I just want to say it wasn't easy. | 01:07:56 |
| 22 | I know making it this far this school | 01:07:59 |
| 23 | year, it's been very difficult. It's been | 01:08:00 |
| 24 | extremely hard. But I'm very proud of | 01:08:02 |
| 25 | each and every one of you, and I think | 01:08:05 |

Page 60

| | | |
|---|---|---|
| 1 | that no one will ever forget what's been | 01:08:07 |
| 2 | asked of us students during this school | 01:08:10 |
| 3 | year. No one thinks it's easy. No one -- | 01:08:12 |
| 4 | no one's -- no one's said that it's ever | 01:08:14 |
| 5 | been done before, but we're -- we're doing | 01:08:15 |
| 6 | it and we're doing it the best we can; and | 01:08:17 |
| 7 | I'm proud of every single one of you guys | 01:08:20 |
| 8 | for that. | 01:08:22 |
| 9 | And then, again, I'd of course like | 01:08:23 |
| 10 | to thank all of the teachers in FCPS for | 01:08:24 |
| 11 | making it -- for allowing us to make it | 01:08:26 |
| 12 | this far. All of our successes, all of | 01:08:28 |
| 13 | the hardships, all the a struggles, | 01:08:31 |
| 14 | everything we've learned would not be | 01:08:32 |
| 15 | possible without -- without the tireless | 01:08:34 |
| 16 | work that I know each and every one of you | 01:08:36 |
| 17 | guys are doing, and I'm eternally grateful | 01:08:38 |
| 18 | for it, as always. | 01:08:40 |
| 19 | Finally, I'd like to close with just | 01:08:42 |
| 20 | happy holidays to everyone in our | 01:08:45 |
| 21 | community. I know I'm looking forward to | 01:08:46 |
| 22 | the break that we are about to have. I -- | 01:08:49 |
| 23 | I'm sure a lot of you guys are as well. I | 01:08:52 |
| 24 | just want to say take some time to relax | 01:08:54 |
| 25 | and step away from the screens. That's | 01:08:58 |

Page 61

| | | |
|---|---|---|
| 1 | particularly for the students. I know a | 01:08:59 |
| 2 | lot of us can find it hard to -- trying to | 01:09:01 |
| 3 | take back some time because we're all | 01:09:04 |
| 4 | moving into high gear during the school -- | 01:09:07 |
| 5 | through the school season; so I just want | 01:09:08 |
| 6 | to say to all of you guys take care of | 01:09:10 |
| 7 | yourselves, prioritize your mental health, | 01:09:12 |
| 8 | and my in box will be open throughout the | 01:09:14 |
| 9 | break and so any -- for any of you guys or | 01:09:16 |
| 10 | if I've missed any of your messages, | 01:09:18 |
| 11 | please re-send them, so I can try to see | 01:09:21 |
| 12 | them. And, yeah, I look forward to | 01:09:23 |
| 13 | hearing from all of you guys and the rest | 01:09:25 |
| 14 | of the community through the the break and | 01:09:29 |
| 15 | into 2021. Have a great holiday season | 01:09:30 |
| 16 | and happy new year. So thank you | 01:09:34 |
| 17 | everyone. | 01:09:38 |
| 18 | CHAIRWOMAN ANDERSON: Thank you, Mr. Onibudo. | 01:09:40 |
| 19 | And, again, congratulations to you on | 01:09:41 |
| 20 | your awesome accomplishment. And thank | 01:09:43 |
| 21 | you again for those very -- for those | 01:09:45 |
| 22 | inspirational words. It's always | 01:09:48 |
| 23 | appreciate -- I always appreciate hearing | 01:09:49 |
| 24 | your comments. | 01:09:51 |
| 25 | Now, I call on Dr. Brabrand for the | 01:09:53 |



Page 62

```
 1    introduction to the capital improvement    01:09:55
 2    program which is item 3.03.                01:09:57
 3    SUPERINTENDANT BRABRAND:  Thank you, Chairman 01:10:02
 4        Anderson.  We have a great CIP         01:10:02
 5    presentation and I think I'm gonna turn    01:10:05
 6    it directly over to our assistant         01:10:07
 7    superintendent for facilities and         01:10:09
 8    transportation, Jeff Platenberg, and let  01:10:11
 9    Mr. Platenberg introduce his team.        01:10:13
10        And, Mr. Platenberg, take it away.    01:10:16
11    MR. PLATENBERG:  Thank you, Dr. Brabrand.  And 01:10:19
12    on behalf of Mr. Smith and his            01:10:21
13    appreciation of all the efforts and       01:10:23
14    support he's provided, and also           01:10:24
15    Ms. Gillis, I'm -- I'm happy to be        01:10:26
16    presenting this CIP, the capital          01:10:28
17    improvement program for this evening.     01:10:29
18        The first slide that you'll see       01:10:33
19    really talks about the actual capital     01:10:35
20    improvement program and it really goes    01:10:40
21    into the fact that the capital improvement 01:10:43
22    program is a short-range plan that really 01:10:45
23    serves as a roadmap, a roadmap for        01:10:47
24    creating, maintaining and funding present 01:10:49
25    and future infrastructure requirements.   01:10:51
```

Page 63

```
 1        The FCPS CIP annually reviews         01:10:54
 2    current student membership and facilities 01:10:57
 3    data in order to inform and identify      01:10:59
 4    future capital requirements, new          01:11:02
 5    construction, capacity enhancements,      01:11:04
 6    renovations, and potential site           01:11:06
 7    acquisitions.  The identified needs are   01:11:08
 8    included in the school of projects for the 01:11:10
 9    five-year time frame.  The capital cash   01:11:13
10    flow tracks the funding allocation for    01:11:15
11    these projects.                           01:11:17
12        On the next slide we talk about the   01:11:19
13    changing conditions and what the impact of 01:11:20
14    COVID-19 pandemic has had in the virtual  01:11:22
15    start to school.  There's several elements 01:11:25
16    that are part of the CIP approach.        01:11:28
17        A five-year projection set has not    01:11:30
18    been produced as the possible future      01:11:32
19    impact of the unique decline in membership 01:11:34
20    for school years 2020 to 2021 will depend 01:11:36
21    on many, many factors including the future 01:11:41
22    course of the pandemic and the economic   01:11:43
23    conditions related to that; and assessment 01:11:45
24    of facility capacity was also not         01:11:49
25    completed, and program capacity           01:11:50
```

Page 64

```
 1    utilization was not calculated due to a   01:11:52
 2    virtual start to the school year and the  01:11:54
 3    ongoing planning of return to school with 01:11:55
 4    social distancing requiring the use of all 01:11:58
 5    available rooms for core instruction.     01:12:00
 6        The proposed CIP for fiscal year      01:12:03
 7    2022-2026 focuses on capital projects     01:12:07
 8    including new construction, capacity      01:12:09
 9    enhancements, and renovations.            01:12:11
10        The information presented in the CIP  01:12:13
11    is available on the facilities and        01:12:15
12    membership dashboards.                    01:12:17
13        The next slide, as I mentioned about  01:12:20
14    the COVID pandemic having an impact on the 01:12:22
15    overall membership, we have previously    01:12:24
16    provided information presented with the   01:12:28
17    membership trends report.  If you recall, 01:12:30
18    this is a number of the meetings in the   01:12:32
19    CIP, what I refer to as the CIP season;   01:12:34
20    and we began with discussing the          01:12:37
21    membership trends report and then we had  01:12:39
22    the county staff graciously come and      01:12:41
23    present to the school board in a work     01:12:44
24    session about growth and their planning   01:12:46
25    and zoning.                               01:12:49
```

Page 65

```
 1        The total membership decreased by     01:12:51
 2    8,859 students from 189,010 students in   01:12:55
 3    school year 2019-2020 to 180,151 students 01:13:00
 4    in school year 2020-2021.  The elementary 01:13:05
 5    membership decreased by 7,729 students.   01:13:08
 6    The middle school membership decreased by 01:13:11
 7    217 students.  And the high school        01:13:13
 8    membership decreased by 392 students.     01:13:16
 9        The FCPS base membership decreased    01:13:19
10    by this eight hundred -- 8,338 students   01:13:21
11    and the FCPS base membership -- base      01:13:24
12    membership numbers include general        01:13:27
13    education, special education, AAP, the    01:13:29
14    pre-K and pre-school.                     01:13:32
15        The centers and alternative programs  01:13:34
16    membership decreased by 356 students.  The 01:13:35
17    center and alternative program membership 01:13:39
18    include the Burke School, Cedar Lane      01:13:41
19    School, Davis Center, Kilmer Center, Key  01:13:42
20    Center, Pulley Center, Quandy Road --     01:13:44
21    Quander Road School, non-traditional      01:13:46
22    sites, alternative learning centers,      01:13:48
23    pre-school resource and achievement,      01:13:51
24    integrity and maturity, the AIM program,  01:13:53
25    and interagency wherever applicable.      01:13:55
```



Page 66

| | | |
|---|---|---|
| 1 | The CIP planning total membership | 01:13:58 |
| 2 | decreased by, as I said, 8,694 students. | 01:14:00 |
| 3 | The other membership decreased by 165 | 01:14:04 |
| 4 | students. The other membership includes | 01:14:06 |
| 5 | adult education, multiagency and | 01:14:08 |
| 6 | homeschool and private school, special | 01:14:11 |
| 7 | education services. | 01:14:13 |
| 8 | The next slide talks about the three | 01:14:15 |
| 9 | fundamental factors that are reviewed in | 01:14:17 |
| 10 | the CIP that aid in the evaluation of the | 01:14:19 |
| 11 | change in the total membership. We talk | 01:14:22 |
| 12 | about this frequently, the birth to | 01:14:24 |
| 13 | kindergarten ratio, migration, and the | 01:14:25 |
| 14 | transfer of students. The birth to | 01:14:28 |
| 15 | kindergarten ratio compares to number of | 01:14:30 |
| 16 | births at a point in time and the | 01:14:32 |
| 17 | kindergarten student membership five to | 01:14:35 |
| 18 | six years later. | 01:14:37 |
| 19 | In this graph, the number of births | 01:14:39 |
| 20 | that are shown in blue, the kindergarten | 01:14:41 |
| 21 | membership is in green and the birth to | 01:14:43 |
| 22 | kindergarten ratio in yellow. | 01:14:45 |
| 23 | It's important to note the birth to | 01:14:47 |
| 24 | kindergarten ratio declined from 87 | 01:14:48 |
| 25 | percent, which was about our average if | 01:14:51 |

Page 67

| | | |
|---|---|---|
| 1 | you take a look at past CIPs, and in | 01:14:54 |
| 2 | school year 2019-2020 to 75 percent in | 01:14:57 |
| 3 | school year 2020-2021. | 01:15:01 |
| 4 | The next slide talks about | 01:15:04 |
| 5 | migration. The migration refers to | 01:15:06 |
| 6 | students entering what we call | 01:15:08 |
| 7 | in-migration and those leaving will be | 01:15:10 |
| 8 | deemed out-migration of the school | 01:15:13 |
| 9 | division. The net migration is the | 01:15:15 |
| 10 | difference between the in-migration and | 01:15:17 |
| 11 | this out-migration. | 01:15:19 |
| 12 | In this graph, the in-migration is | 01:15:20 |
| 13 | shown in blue and the out-migration is | 01:15:22 |
| 14 | shown in green and the net migration shown | 01:15:25 |
| 15 | in yellow. The net migration decreased by | 01:15:27 |
| 16 | 6,678 students. It was from 1,725 | 01:15:31 |
| 17 | students in school year 2019-2020 to 4,953 | 01:15:35 |
| 18 | students in the school year 2020-2021. | 01:15:39 |
| 19 | It's important to note that the | 01:15:43 |
| 20 | in-migration does not include the | 01:15:44 |
| 21 | kindergarten students as the kindergarten | 01:15:46 |
| 22 | students are mostly new students; and the | 01:15:48 |
| 23 | out-migration does not include the 12th | 01:15:51 |
| 24 | grade students because 12th grade students | 01:15:52 |
| 25 | are mostly graduates. | 01:15:55 |

Page 68

| | | |
|---|---|---|
| 1 | The next slide speaks about | 01:15:57 |
| 2 | transfers; and transfers are students who | 01:15:58 |
| 3 | reside within one school boundary and are | 01:16:00 |
| 4 | assigned to that school which we deem | 01:16:03 |
| 5 | their base school, but attend a different | 01:16:05 |
| 6 | school in a different boundary, and that | 01:16:07 |
| 7 | is called the attending school. | 01:16:09 |
| 8 | The net transfers is a term used to | 01:16:11 |
| 9 | describe the difference between the total | 01:16:13 |
| 10 | number of students transferring in the | 01:16:15 |
| 11 | attending school and the total number of | 01:16:17 |
| 12 | students transferring out, the base | 01:16:19 |
| 13 | school. Transferring in membership | 01:16:21 |
| 14 | numbers include students that attend an | 01:16:23 |
| 15 | FCPS school and reside outside Fairfax | 01:16:25 |
| 16 | County and outside the city of Fairfax. | 01:16:27 |
| 17 | Transfer out membership numbers do not | 01:16:30 |
| 18 | include students that attend an FCPS | 01:16:32 |
| 19 | school and reside outside Fairfax County | 01:16:35 |
| 20 | or the city of Fairfax. Transfer in and | 01:16:37 |
| 21 | transfer out totals don't match due to the | 01:16:39 |
| 22 | students that reside outside Fairfax | 01:16:42 |
| 23 | County and the city of Fairfax and | 01:16:44 |
| 24 | transfer into an FCPS school or | 01:16:45 |
| 25 | non-traditional school. | 01:16:48 |

Page 69

| | | |
|---|---|---|
| 1 | In this graph, the transfers in | 01:16:50 |
| 2 | shown -- is shown in blue and the | 01:16:51 |
| 3 | transferred out, as I said, shown in | 01:16:53 |
| 4 | green; and the net transfer is shown in | 01:16:54 |
| 5 | yellow. The number of transfer students | 01:16:57 |
| 6 | decreased by 1,962 students from 19,385 | 01:17:01 |
| 7 | students in the school year 2019-2020 to | 01:17:05 |
| 8 | 17,423 students in the school year | 01:17:10 |
| 9 | 2020-2021. The number of transfers is | 01:17:15 |
| 10 | equivalent to the number of transfers in | 01:17:16 |
| 11 | Now, we talk about on the next slide | 01:17:21 |
| 12 | our funding sources for the CIP. The | 01:17:22 |
| 13 | primary funding sources for the CIP are | 01:17:24 |
| 14 | generally through the General Obligation | 01:17:26 |
| 15 | Bond Funding. | 01:17:28 |
| 16 | We had an $180 million annual | 01:17:30 |
| 17 | appropriation spend for bond or capital | 01:17:32 |
| 18 | projects for bond-funded programs; and | 01:17:34 |
| 19 | this funds major capital projects such as | 01:17:37 |
| 20 | renovations, additions and modular | 01:17:39 |
| 21 | additions. Transfers from the Fairfax | 01:17:42 |
| 22 | County Operating Fund of 10 million for | 01:17:44 |
| 23 | routine and major maintenance and 2.7 | 01:17:46 |
| 24 | million for overcrowding is part of that | 01:17:49 |
| 25 | transfer. | 01:17:52 |



Page 70

```
1    And annual transfer from the Fairfax      01:17:53
2  County Board of Supervisors of 13.1         01:17:55
3  million for infrastructure management came  01:17:57
4  as about from the joint county and schools  01:18:00
5  work as a part of the Infrastructure        01:18:03
6  Finance Committee.                          01:18:05
7    We also have proffers, and proffers       01:18:06
8  are voluntary conditions or contributions   01:18:08
9  agreed upon by the applicant at the time    01:18:10
10 approval is requested of a land use that    01:18:13
11 would result in such impacts.  Proffers     01:18:16
12 can address both onsite and offsite         01:18:19
13 impacts; and once accepted, they become a   01:18:20
14 part of the zoning regulations applicable   01:18:23
15 to the property, unless they're             01:18:25
16 subsequently changed by a development plan   01:18:27
17 amendment or by a new zoning map            01:18:29
18 amendment.                                  01:18:31
19    Proffers are then allocated to the       01:18:32
20 projects related to increasing the          01:18:34
21 capacity of affected or impacted schools    01:18:35
22 after being transferred to the Fairfax      01:18:39
23 County School Board from the Fairfax        01:18:41
24 County Board of Supervisors.  So far this   01:18:42
25 year, the most recent allocation of         01:18:45
```

Page 71

```
1  proffered contributions to Fairfax County   01:18:47
2  has been $658,852, and that's the most      01:18:51
3  recent transfer.                            01:18:53
4    It's important to note that               01:18:55
5  equipment funding for new construction,     01:18:57
6  renewals and additions is provided through  01:18:58
7  a transfer from the school operating fund   01:19:00
8  from the school construction fund to cover  01:19:01
9  one-third of the cost to equip new          01:19:04
10 schools, either the construction,           01:19:05
11 renovations or additions.                   01:19:07
12    Bond funding is used to fund the         01:19:09
13 remaining two-thirds of the equipment       01:19:10
14 funding needs for each project.  The        01:19:12
15 transfers from the Fairfax County Capital   01:19:14
16 Properties Fund include funds related both  01:19:16
17 to recommendations of the Synthetic Turf    01:19:18
18 Field Task Force in fiscal year 2013, and   01:19:21
19 as I mentioned previously, the              01:19:24
20 Infrastructure Financing Committee in       01:19:25
21 2014.  As a result of the IFC, the county   01:19:27
22 has provided an annual transfer of that     01:19:31
23 13.1 million to the construction fund for   01:19:33
24 capital project replacement and upgrade     01:19:35
25 requirements, freeing general obligation    01:19:38
```

Page 72

```
1  bond funding for a larger replacement or    01:19:40
2  new capacity requirements.                  01:19:42
3    The next goal -- slide, rather --         01:19:45
4  talks about our goal for -- to provide for  01:19:47
5  systemic maintenance of major and critical  01:19:50
6  building infrastructure.  What's really     01:19:52
7  important to note here is that we've been   01:19:54
8  considerably behind in our infrastructure   01:19:57
9  maintenance programs based on their life    01:19:59
10 cycle expectancy of building system and     01:20:01
11 components to ensure that mechanical,       01:20:03
12 electrical and electronic structural        01:20:05
13 systems support the effective and           01:20:07
14 efficient operation of all of our           01:20:09
15 buildings and the instruction and the       01:20:11
16 teaching and learning that go on within     01:20:12
17 each of those facilities.  Any lack of the  01:20:14
18 adequate funding for these facilities'      01:20:17
19 maintenance allows for systems -- and we    01:20:18
20 have many -- that run past their useful     01:20:20
21 cycle, operating in inefficiencies and      01:20:22
22 introducing numerous other risks and        01:20:26
23 challenges with higher maintenance costs    01:20:27
24 and also breakdowns.                        01:20:30
25    So when you look at our system, we       01:20:32
```

Page 73

```
1  have about 30 percent of all our assets     01:20:35
2  that are past their useful life cycle; and  01:20:37
3  according to the National Research Council  01:20:39
4  report titled, "Committing to the Cost of   01:20:41
5  Ownership: the Maintenance and Repair of    01:20:44
6  Public Buildings," their final report that  01:20:45
7  was conducted by Facility Engineering       01:20:48
8  Associates, the group that also did an      01:20:50
9  audit for the school board as part of the   01:20:53
10 state audit process sometime ago -- I       01:20:54
11 think it was included in 2012 -- speaks to  01:20:57
12 the appropriate level of maintenance and    01:21:01
13 repair that should be budgeted for school   01:21:03
14 systems and for really any capital          01:21:06
15 program.                                    01:21:08
16    The range is approximately 2 to 4        01:21:09
17 percent of what they deem the current       01:21:10
18 replacement value.  We are currently        01:21:12
19 funded at .004 percent which presses the    01:21:15
20 importance that we've talked about, about   01:21:17
21 making sure that we have funding streams    01:21:20
22 not only for our bond programs, but also    01:21:22
23 for our major maintenance program in our    01:21:25
24 replacement cycles.                         01:21:27
25    The current capital infrastructure       01:21:28
```



Page 74

| | | |
|---|---|---|
| 1 | replacement backlog is valued at | 01:21:31 |
| 2 | approximately $200 million.  And I just | 01:21:32 |
| 3 | stress that it's very important to | 01:21:35 |
| 4 | be mindful of the work that we've been | 01:21:37 |
| 5 | doing to try and address that. | 01:21:39 |
| 6 | The next slide talks about our | 01:21:41 |
| 7 | environmental stewardship.  The Get2Green | 01:21:43 |
| 8 | program is the environmental stewardship | 01:21:46 |
| 9 | program for the Fairfax County Public | 01:21:47 |
| 10 | Schools and supports student-driven | 01:21:49 |
| 11 | environmental stewardship programs in | 01:21:51 |
| 12 | FCPS.  We're extremely proud of the | 01:21:54 |
| 13 | stewardship and the student-driven | 01:21:56 |
| 14 | programs that we do have. | 01:21:58 |
| 15 | Some highlights of the school-based | 01:21:59 |
| 16 | environmental work include 136 ecoschools, | 01:22:00 |
| 17 | 53 award-winning schools, 89 schools with | 01:22:04 |
| 18 | edible gardens, 119 schools with wildlife | 01:22:07 |
| 19 | habitats, 56 schools with student-led | 01:22:10 |
| 20 | energy conservation programs.  To say we | 01:22:13 |
| 21 | have a very active group and community | 01:22:15 |
| 22 | would be an understatement. | 01:22:18 |
| 23 | The FCPS Energy Education program | 01:22:19 |
| 24 | has allowed the division to reduce energy | 01:22:21 |
| 25 | expenditures by $38 million and reduce, | 01:22:23 |

Page 75

| | | |
|---|---|---|
| 1 | more importantly, our greenhouse gas | 01:22:26 |
| 2 | emissions by 30 percent.  30 percent of a | 01:22:28 |
| 3 | 27 million square foot footprint is | 01:22:32 |
| 4 | significant and considerably contributes | 01:22:37 |
| 5 | to the efficiencies that we are so proud | 01:22:40 |
| 6 | of here in Fairfax County Public Schools. | 01:22:42 |
| 7 | The solar power purchase agreements | 01:22:44 |
| 8 | are continuing to progress, as expected, | 01:22:46 |
| 9 | and are resulting in solar installations | 01:22:48 |
| 10 | at no additional -- no initial cost to the | 01:22:50 |
| 11 | division. | 01:22:53 |
| 12 | To help facilitate safe return to | 01:22:53 |
| 13 | in-person learning, we are also piloting | 01:22:56 |
| 14 | five temporary outdoor classrooms that are | 01:22:59 |
| 15 | at Belvedere Elementary School, | 01:23:02 |
| 16 | Centreville Elementary School, Hollin | 01:23:03 |
| 17 | Meadows Elementary School, Carson Middle | 01:23:05 |
| 18 | School, and Mountain View High School. | 01:23:07 |
| 19 | These classrooms consist of a tent, | 01:23:09 |
| 20 | temporary flooring, seating and tables. | 01:23:10 |
| 21 | And Get2Green is developing resources to | 01:23:13 |
| 22 | support teachers in using the outdoor | 01:23:14 |
| 23 | classrooms as part of the pilot as well as | 01:23:16 |
| 24 | existing outdoor classroom spaces of which | 01:23:19 |
| 25 | we have many across FCPS. | 01:23:22 |

Page 76

| | | |
|---|---|---|
| 1 | FCPS built a great team of | 01:23:24 |
| 2 | professionals who have identified both the | 01:23:26 |
| 3 | challenges and opportunities for FCPS as | 01:23:28 |
| 4 | we continue to pursue the net zero energy | 01:23:31 |
| 5 | construction and renovation options in the | 01:23:33 |
| 6 | future.  We, in fact, have the report that | 01:23:36 |
| 7 | we're reviewing that we've been provided | 01:23:38 |
| 8 | and we're costing it out; and we will be | 01:23:40 |
| 9 | providing that to the school board in the | 01:23:43 |
| 10 | near future. | 01:23:45 |
| 11 | The next slide talks about the total | 01:23:46 |
| 12 | five-year funding requirement.  And the | 01:23:48 |
| 13 | total five-year funding requirement is | 01:23:51 |
| 14 | approximately 1.1 billion.  Approximately | 01:23:53 |
| 15 | 314 million are funded bonds that are -- | 01:23:55 |
| 16 | and approximately 790 million are | 01:23:58 |
| 17 | unfunded. | 01:24:01 |
| 18 | It's important to note that every | 01:24:02 |
| 19 | two years we have been fortunate that the | 01:24:03 |
| 20 | community has been supportive of our bond | 01:24:07 |
| 21 | initiatives and our bond programs.  So | 01:24:09 |
| 22 | while we say we have  790 million that are | 01:24:11 |
| 23 | unfunded, and we talk about the unfunding, | 01:24:14 |
| 24 | our two-year bond funding cycle has been | 01:24:16 |
| 25 | very well received by the community and | 01:24:20 |

Page 77

| | | |
|---|---|---|
| 1 | we've been good public stewards of the | 01:24:22 |
| 2 | trust that they've provided in us. | 01:24:24 |
| 3 | The total ten-year requirement is | 01:24:27 |
| 4 | approximately 1.9 billion and | 01:24:29 |
| 5 | approximately  335 million are funded by | 01:24:31 |
| 6 | bonds and approximately 1.5 billion are | 01:24:34 |
| 7 | unfunded.  And as I mentioned, with that | 01:24:36 |
| 8 | two-year cycle, it's important to keep | 01:24:38 |
| 9 | that in mind when you look at numbers of | 01:24:40 |
| 10 | such magnitude. | 01:24:42 |
| 11 | The next slide talks about the new | 01:24:46 |
| 12 | construction projects that are listed in | 01:24:50 |
| 13 | the CIP for the five-year horizon.  They | 01:24:52 |
| 14 | include Fairfax/Oakton, the Fairfax/Oakton | 01:24:54 |
| 15 | area elementary school.  The site of the | 01:24:57 |
| 16 | Fairfax/Oakton area elementary school is | 01:24:59 |
| 17 | yet to be formally determined. | 01:25:01 |
| 18 | Partially funded new construction | 01:25:04 |
| 19 | projects listed in the CIP for the | 01:25:05 |
| 20 | five-year horizon include the Silver Line | 01:25:07 |
| 21 | Elementary School.  The site for the | 01:25:09 |
| 22 | Silver Line Elementary School is also yet | 01:25:11 |
| 23 | to be determined, but is in negotiations. | 01:25:14 |
| 24 | Unfunded new construction projects | 01:25:17 |
| 25 | listed in the CIP for the five-year | 01:25:19 |



Page 78

```
1    horizon include the Western area high       01:25:20
2    school.                                      01:25:24
3        The next slide talks about funding       01:25:24
4    capacity enhancement projects that are       01:25:26
5    listed in the CIP for the five-year          01:25:28
6    horizon including a modular addition,        01:25:30
7    relocation and additions at West Potomac,    01:25:32
8    Justice and the additions at Madison High    01:25:35
9    School as well.                              01:25:38
10       Funded projects on the next slide        01:25:40
11   talk about lists that are listed in the      01:25:42
12   CIP for the five-year horizon include five   01:25:44
13   elementary schools, three middle schools     01:25:46
14   and one high school.  These include Hybla    01:25:47
15   Valley, Washington Mill Elementary School,   01:25:49
16   Braddock Elementary School, Fox Mill         01:25:52
17   Elementary School, and Oakton Elementary     01:25:53
18   School.  Hughes, Cooper and Frost Middle     01:25:56
19   Schools and also Oakton High School.         01:25:59
20       Partially-funded renovation projects     01:26:01
21   listed in the CIP for the five-year          01:26:03
22   horizon include five elementary schools      01:26:04
23   and one high school.  These include          01:26:07
24   Wakefield Forest, Louise Archer,             01:26:09
25   Crossfield, Mosby Woods, and Bonnie Brae     01:26:10
```

Page 79

```
1    Elementary Schools and Falls Church High     01:26:13
2    School.                                      01:26:16
3        The next slide talks about unfunded      01:26:17
4    renovation projects listed in the CIP for    01:26:18
5    the five-year horizon which include 15       01:26:21
6    elementary schools, two middle schools and   01:26:23
7    one high school.  These include Bren Mar      01:26:25
8    Park, Brookfield, Lees Corner, Armstrong,    01:26:27
9    Willow Springs, Herndon, Dranesville, Cub     01:26:29
10   Run, Centre Ridge, Union Mill, Poplar        01:26:32
11   Tree, Waples Mill, Sangster, Saratoga, and   01:26:34
12   Virginia Run Elementary Schools.  Franklin   01:26:37
13   and Twain Middle Schools, also, and          01:26:40
14   Centreville High School.                     01:26:42
15       The next slide talks about funded        01:26:44
16   new construction projects listed for the     01:26:46
17   ten-year horizon which include the Route 1   01:26:48
18   Elementary School.  Unfunded new             01:26:50
19   construction projects listed in the CIP      01:26:52
20   for the ten-year horizon including Tysons    01:26:54
21   Elementary School, repurposing projects      01:26:56
22   including Dunn Loring Center, Pimmit Hills    01:26:59
23   Center, and the Virginia Hills Center.       01:27:00
24       The next slide, when we talk about       01:27:03
25   new schools, new schools have been           01:27:05
```

Page 80

```
1    identified in the CIP in response to         01:27:07
2    growing neighborhoods across the county      01:27:09
3    and one recently completed to address        01:27:11
4    overcrowding in the northwest area of the    01:27:13
5    county, which is McNair Upper Elementary     01:27:16
6    School.  McNair Upper is a new facility to   01:27:18
7    accommodate increased enrollment in region   01:27:21
8    five and accommodates grades 3 through 6     01:27:23
9    with McNair Elementary School               01:27:26
10   accommodating K-2.                           01:27:28
11       The next slide talks about               01:27:31
12   renovations that recently completed as       01:27:32
13   part of the capital improvement program      01:27:34
14   which include Annandale Terrace, Belle       01:27:36
15   View, Clearview, Mount Vernon Woods,         01:27:38
16   Silverbrook and Rocky Run Middle School.     01:27:41
17       The next slide shows how the -- the      01:27:45
18   actual CIP has some nuances and some         01:27:48
19   changes to it.  And as I mentioned           01:27:51
20   earlier, due to the COVID-19 pandemic,       01:27:52
21   they include modified regional summaries     01:27:54
22   and a regional summary section.  They        01:27:58
23   include an assessment of facility capacity   01:28:00
24   but they don't include the assessment of     01:28:02
25   facility capacity as I mentioned             01:28:04
```

Page 81

```
1    previously due to the virtual start and      01:28:06
2    ongoing planning for the return to school    01:28:08
3    and so forth.                                01:28:10
4        In this section, each region ends        01:28:11
5    with a region summary table tied to the      01:28:13
6    school year 2020-2021 capacity membership.   01:28:16
7    The table is divided by high school          01:28:19
8    pyramids which include all the assigned      01:28:21
9    K-12 schools within the pyramid.  The left   01:28:22
10   side of the table shows the high school      01:28:25
11   pyramid.  The first column in blue the       01:28:27
12   school name, and the second column in blue   01:28:29
13   shows the design capacity of the school.     01:28:31
14       The design capacity includes the         01:28:34
15   modular design capacity where applicable.    01:28:35
16   The design capacity remains constant year    01:28:39
17   to year unless the school's undergone a      01:28:41
18   recent renovation or capacity enhancement.   01:28:43
19   The future design capacity is included for   01:28:45
20   schools that are projected to have a new     01:28:47
21   capacity due to renovation or capacity       01:28:49
22   enhancement.                                 01:28:52
23       The columns in purple show the           01:28:53
24   information from both school year            01:28:55
25   2019-2020 and school year 2020-2021 to       01:28:58
```



Page 82

| | | |
|---|---|---|
| 1 | show the unique decline due to COVID-19 | 01:29:00 |
| 2 | pandemic.  The school year 2019 and 2020 | 01:29:03 |
| 3 | information includes the program capacity | 01:29:06 |
| 4 | from when the building was fully used for | 01:29:09 |
| 5 | in-person instruction and the school year | 01:29:12 |
| 6 | 2019-2020 membership. | 01:29:14 |
| 7 | The school year 2020-2021 | 01:29:15 |
| 8 | information includes membership, updated | 01:29:17 |
| 9 | number of temporary classrooms and modular | 01:29:20 |
| 10 | classrooms.  Preconstruction program | 01:29:22 |
| 11 | capacity is used for schools currently in | 01:29:25 |
| 12 | construction.  Temporary classrooms are | 01:29:27 |
| 13 | not included in the design nor program | 01:29:29 |
| 14 | capacity.  Modular classrooms are included | 01:29:32 |
| 15 | in the design and program capacity as they | 01:29:35 |
| 16 | are capital projects. | 01:29:38 |
| 17 | Program capacities highlighted in | 01:29:39 |
| 18 | pink indicate a program change identified | 01:29:41 |
| 19 | for the school year 2019-2020 which may | 01:29:43 |
| 20 | impact future program capacity of the | 01:29:46 |
| 21 | facility.  The columns in green show the | 01:29:48 |
| 22 | capital project information for each | 01:29:51 |
| 23 | school wherever applicable. | 01:29:53 |
| 24 | The first green column shows the | 01:29:55 |
| 25 | project type, which indicates if the | 01:29:57 |

Page 83

| | | |
|---|---|---|
| 1 | project is construction of a new school, | 01:29:59 |
| 2 | renovation or capacity enhancement. | 01:30:01 |
| 3 | The second green column shows the | 01:30:04 |
| 4 | project status which indicates that the | 01:30:06 |
| 5 | project is unfunded or currently in | 01:30:08 |
| 6 | planning, permitting or construction. | 01:30:10 |
| 7 | And the third green column shows the | 01:30:13 |
| 8 | project funding and indicates the funding | 01:30:15 |
| 9 | source. | 01:30:17 |
| 10 | Projects here are funded by the | 01:30:18 |
| 11 | general obligation bonds, as I mentioned, | 01:30:19 |
| 12 | adopted by the Fairfax County voters. | 01:30:21 |
| 13 | The remaining green columns shown | 01:30:24 |
| 14 | show the project schedule; and if a | 01:30:26 |
| 15 | school's identified for funding, this | 01:30:28 |
| 16 | schedule cycle, the schedule shows which | 01:30:30 |
| 17 | fiscal year and the corresponding school | 01:30:33 |
| 18 | year the work will actually occur.  The | 01:30:35 |
| 19 | project schedule is broken out by | 01:30:37 |
| 20 | planning, permitting and construction. | 01:30:39 |
| 21 | School information is read across | 01:30:42 |
| 22 | the table; and, for example, Aldrin | 01:30:43 |
| 23 | Elementary School has a design capacity of | 01:30:47 |
| 24 | 896 seats.  In school year 2029, 2020, it | 01:30:48 |
| 25 | has a program capacity of 746 seats.  A | 01:30:52 |

Page 84

| | | |
|---|---|---|
| 1 | September certified membership of 640 | 01:30:55 |
| 2 | students in school year 2019-2020; and 558 | 01:30:57 |
| 3 | students in school year 2020-2021, and | 01:31:01 |
| 4 | doesn't have a project status, since it's | 01:31:04 |
| 5 | not one of the schools identified for | 01:31:06 |
| 6 | renovation or capacity enhancement. | 01:31:08 |
| 7 | On the next slide the second green | 01:31:12 |
| 8 | column shows the project status.  The -- | 01:31:15 |
| 9 | I'm sorry.  The regions section includes | 01:31:18 |
| 10 | the modified elementary, middle and high | 01:31:20 |
| 11 | school maps within each region.  Since the | 01:31:22 |
| 12 | program capacity utilization wasn't | 01:31:25 |
| 13 | calculated for the school year, the map | 01:31:27 |
| 14 | show only the school boundary within each | 01:31:29 |
| 15 | region. | 01:31:33 |
| 16 | The next slide, we talked about how | 01:31:34 |
| 17 | the CIP includes additional capital | 01:31:36 |
| 18 | project pages which provide information on | 01:31:38 |
| 19 | the membership, capital project | 01:31:40 |
| 20 | funding sources and expenditures. | 01:31:43 |
| 21 | On the right of the page, it | 01:31:45 |
| 22 | includes information about the school | 01:31:46 |
| 23 | including the address, region, grade | 01:31:48 |
| 24 | configuration, year the school opened, | 01:31:50 |
| 25 | prior renovation year, prior renovation | 01:31:52 |

Page 85

| | | |
|---|---|---|
| 1 | build area, future building area, acreage, | 01:31:54 |
| 2 | and the elementary, middle and high school | 01:31:58 |
| 3 | feeders and programs as applicable. | 01:31:59 |
| 4 | The historical membership and | 01:32:00 |
| 5 | capacity utilization table shows the | 01:32:04 |
| 6 | membership and program capacity | 01:32:06 |
| 7 | utilization pages from school year 2011 to | 01:32:09 |
| 8 | school year 2012 to school year 2019 to | 01:32:12 |
| 9 | 2020.  This table includes the membership | 01:32:15 |
| 10 | for school year 2020-'21 and the program | 01:32:18 |
| 11 | capacity utilization percentages for | 01:32:21 |
| 12 | school year 2020 to '21 which is | 01:32:23 |
| 13 | unavailable due to impacts from, as I | 01:32:27 |
| 14 | mentioned, the pandemic. | 01:32:29 |
| 15 | The numbers highlighted in orange | 01:32:30 |
| 16 | indicate a program capacity utilization | 01:32:32 |
| 17 | percentage after renovation or capacity | 01:32:34 |
| 18 | enhancement.  The school capacity tables | 01:32:36 |
| 19 | shows the school design capacity.  The | 01:32:40 |
| 20 | program capacity for school year 2019 and | 01:32:44 |
| 21 | 2020, the number of temporary classrooms, | 01:32:46 |
| 22 | the modular classrooms, and the | 01:32:48 |
| 23 | anticipated design capacity.  The project | 01:32:50 |
| 24 | funding table shows the project phase | 01:32:53 |
| 25 | prior to expenditures and the estimated | 01:32:55 |



Page 86

| | | |
|---|---|---|
| 1 | future expenditure amount by fiscal year. | 01:32:57 |
| 2 | As I mentioned, there is a lot of | 01:33:00 |
| 3 | information on our CIP documents and the | 01:33:01 |
| 4 | link to it that was provided on the agenda | 01:33:04 |
| 5 | item has a wealth of information in it and | 01:33:08 |
| 6 | a lot of reference material, what we call | 01:33:10 |
| 7 | static and also dynamic information. | 01:33:12 |
| 8 | The next slide talks really about | 01:33:14 |
| 9 | where we are.  Today we're at the December | 01:33:16 |
| 10 | 17th presentation of the CIP as new | 01:33:19 |
| 11 | business.  This is a new business | 01:33:21 |
| 12 | presentation with a follow-up work session | 01:33:23 |
| 13 | that is scheduled for January 5th, a | 01:33:26 |
| 14 | public hearing scheduled for January 7th, | 01:33:28 |
| 15 | and then potential school board action | 01:33:30 |
| 16 | scheduled for February 4th. | 01:33:32 |
| 17 | As I mentioned, it's part of the CIP | 01:33:34 |
| 18 | season.  We have already had two meetings | 01:33:36 |
| 19 | leading up to this, and the subsequent -- | 01:33:38 |
| 20 | subsequent ones that I've listed here for | 01:33:41 |
| 21 | your review. | 01:33:43 |
| 22 | And that concludes my presentation | 01:33:44 |
| 23 | of this year's CIP.  Thank you. | 01:33:46 |
| 24 | CHAIRWOMAN ANDERSON:  Thank you very much, | 01:33:49 |
| 25 | Mr. Platenberg, for -- oh, I think I have | 01:33:51 |

Page 87

| | | |
|---|---|---|
| 1 | some feedback there.  Thank you very much | 01:33:55 |
| 2 | for the very informative presentation. | 01:33:58 |
| 3 | I do see that we have a hand and | 01:34:00 |
| 4 | perhaps we'll have some others who have | 01:34:02 |
| 5 | some questions or comments to your | 01:34:04 |
| 6 | presentation; so we will begin with | 01:34:05 |
| 7 | Ms. Corbett Sanders. | 01:34:07 |
| 8 | MS. CORBETT SANDERS:  Thank you, Madame Chair. | 01:34:10 |
| 9 | And I apologize that my camera is not on; | 01:34:11 |
| 10 | but I'm having some connection issues, so | 01:34:14 |
| 11 | to be able to participate, I can't have | 01:34:17 |
| 12 | my camera and my audio on at the same | 01:34:20 |
| 13 | time. | 01:34:23 |
| 14 | So, first, I want to thank you, | 01:34:24 |
| 15 | Jeff.  You have just transformed the CIP | 01:34:26 |
| 16 | process over the past several years, and | 01:34:31 |
| 17 | you have a great team that works with you; | 01:34:34 |
| 18 | but the amount of information and the very | 01:34:37 |
| 19 | strategic manner in which you present the | 01:34:40 |
| 20 | information is greatly appreciated.  It is | 01:34:42 |
| 21 | much more transparent and easy to use -- | 01:34:45 |
| 22 | easier to use than it was when I first | 01:34:49 |
| 23 | came on the board.  So thank you. | 01:34:51 |
| 24 | I do have one question, and it's | 01:34:53 |
| 25 | regarding funding streams.  Because I was | 01:34:56 |

Page 88

| | | |
|---|---|---|
| 1 | under the impression that we had, in the | 01:34:59 |
| 2 | last bonds, set aside money for building a | 01:35:03 |
| 3 | new elementary school in the Providence | 01:35:10 |
| 4 | District to address the overcrowding. | 01:35:12 |
| 5 | We saw the other day that there is | 01:35:16 |
| 6 | quite a bit of development in that side of | 01:35:18 |
| 7 | the county and so I just want to ask you, | 01:35:22 |
| 8 | 'cause you said that the Dunn Loring | 01:35:25 |
| 9 | repurposing was not funded; and I'm | 01:35:27 |
| 10 | surprised, because I thought that that | 01:35:31 |
| 11 | money was to be able to support that. | 01:35:33 |
| 12 | MR. PLATENBERG:  Yeah.  Thank you for that | 01:35:37 |
| 13 | clarifying question, because when I said | 01:35:38 |
| 14 | the Dunn Loring repurposing, it -- the | 01:35:43 |
| 15 | Dunn Loring repurposing hasn't formally | 01:35:44 |
| 16 | been adopted by the governing body. | 01:35:46 |
| 17 | We do have funding for the | 01:35:48 |
| 18 | Fairfax/Oakton Elementary School and that | 01:35:50 |
| 19 | funding was provided.  So thank you so | 01:35:52 |
| 20 | much for that clarification in the | 01:35:54 |
| 21 | Providence District. | 01:35:55 |
| 22 | MS. CORBETT SANDERS:  Excellent.  I just | 01:35:57 |
| 23 | wanted to make sure we preserved that | 01:35:58 |
| 24 | funding for the needs in that region. | 01:36:00 |
| 25 | Appreciate it. | 01:36:02 |

Page 89

| | | |
|---|---|---|
| 1 | CHAIRWOMAN ANDERSON:  Thank you very much, | 01:36:07 |
| 2 | Ms. Corbett Sanders. | 01:36:09 |
| 3 | Ms. McLaughlin? | 01:36:10 |
| 4 | MS. McLAUGHLIN:  Yes.  I'm just pulling up my | 01:36:15 |
| 5 | video. | 01:36:19 |
| 6 | Mr. Platenberg, I echo the praise | 01:36:20 |
| 7 | that you received from my colleague, | 01:36:24 |
| 8 | Ms. Corbett Sanders.  You and your team | 01:36:25 |
| 9 | continue to do great work and I really | 01:36:27 |
| 10 | appreciate your commitment to continuing | 01:36:29 |
| 11 | to improve the way in which we provide | 01:36:31 |
| 12 | information in the CIP report. | 01:36:35 |
| 13 | Just a quick clarification in the | 01:36:38 |
| 14 | enrollment numbers.  I know we talked | 01:36:40 |
| 15 | about this in work sessions, that we did | 01:36:42 |
| 16 | have a drop of enrollment, almost 9,000 of | 01:36:44 |
| 17 | a net differential; but the -- I wanted | 01:36:48 |
| 18 | to just confirm, those numbers are based | 01:36:51 |
| 19 | on our filing with the State, which is the | 01:36:54 |
| 20 | end of September 30th; correct? | 01:36:57 |
| 21 | MR. PLATENBERG:  Yes.  That is correct. | 01:37:00 |
| 22 | MS. McLAUGHLIN:  Okay.  So I would just like | 01:37:02 |
| 23 | to share with my colleagues and | 01:37:04 |
| 24 | Dr. Brabrand, I know we've talked about | 01:37:06 |
| 25 | this, too, that we'll need to get some | 01:37:09 |



Page 90

| | | |
|---|---|---|
| 1 | more information from your team about | 01:37:11 |
| 2 | what our enrollment numbers look like now | 01:37:14 |
| 3 | because I did hear from families who said | 01:37:18 |
| 4 | that communication and confirmation from | 01:37:21 |
| 5 | FCPS about their enrollment of their | 01:37:25 |
| 6 | students that they chose to have their -- | 01:37:28 |
| 7 | their students not with FCPS this -- this | 01:37:32 |
| 8 | term right now; that they got | 01:37:36 |
| 9 | communications after the September 30th | 01:37:38 |
| 10 | date and communicated afterwards. So I | 01:37:41 |
| 11 | just want to be able to help answer to | 01:37:44 |
| 12 | that in the community when people say it, | 01:37:48 |
| 13 | what -- what do we know our enrollment | 01:37:49 |
| 14 | numbers to be now, on December 17th or, | 01:37:51 |
| 15 | you know, January 1. | 01:37:56 |
| 16 | It's not a time-sensitive thing; but | 01:37:57 |
| 17 | when people are asking, I haven't known -- | 01:37:59 |
| 18 | How do we let them know beyond September | 01:38:02 |
| 19 | 30th what our enrollment numbers look | 01:38:04 |
| 20 | like. | 01:38:08 |
| 21 | MR. PLATENBERG:  Yes, Ms. McLaughlin, I | 01:38:10 |
| 22 | appreciate you bringing that up.  I know | 01:38:10 |
| 23 | there was a huge concerted effort for us | 01:38:12 |
| 24 | to get students back in the school | 01:38:15 |
| 25 | because we identified so many disconnects | 01:38:18 |

Page 91

| | | |
|---|---|---|
| 1 | and of the number of students that we | 01:38:22 |
| 2 | didn't have at the beginning of the year; | 01:38:24 |
| 3 | so there was a big concerted effort for | 01:38:26 |
| 4 | all of the reasons why we're here to try | 01:38:29 |
| 5 | to engage students.  But, yes, thank you. | 01:38:32 |
| 6 | MS. McLAUGHLIN:  No, I just think it will -- | 01:38:35 |
| 7 | it will be helpful to us because we know | 01:38:37 |
| 8 | sometimes in the absence of information, | 01:38:40 |
| 9 | people create narratives and -- and, | 01:38:42 |
| 10 | obviously, for us to also have just a -- | 01:38:44 |
| 11 | an important grasp of what -- what our | 01:38:48 |
| 12 | overall enrollment numbers look like. | 01:38:51 |
| 13 | Dr. Brabrand, will that be difficult | 01:38:53 |
| 14 | to do, to get revised numbers from | 01:38:55 |
| 15 | September 30th? | 01:38:57 |
| 16 | DR. BRABRAND:  We can -- we can get updated | 01:39:01 |
| 17 | numbers since September 30th.  I don't | 01:39:03 |
| 18 | know if we had changes from the | 01:39:06 |
| 19 | originally -- You're just asking for | 01:39:08 |
| 20 | numbers since September 30th.  Yeah, we | 01:39:10 |
| 21 | can do that and we (unintelligible) into | 01:39:12 |
| 22 | the State numbers on March 30th; and we | 01:39:15 |
| 23 | did get confirmation in the State budget | 01:39:21 |
| 24 | and, Ms. Burden can speak to this at a | 01:39:23 |
| 25 | budget -- that they are going to in a | 01:39:28 |

Page 92

| | | |
|---|---|---|
| 1 | sense hold all school districts in | 01:39:32 |
| 2 | Virginia harmless for enrollment this | 01:39:34 |
| 3 | year. | 01:39:36 |
| 4 | That's good news.  It's in the | 01:39:37 |
| 5 | governor's proposed budget.  It's not been | 01:39:38 |
| 6 | approved yet.  But we're hopeful.  But | 01:39:39 |
| 7 | we'll get you the updated numbers and send | 01:39:41 |
| 8 | that to the whole board in a Brabrand | 01:39:43 |
| 9 | Briefing soon. | 01:39:45 |
| 10 | MS. McLAUGHLIN:  I appreciate that.  Thank | 01:39:48 |
| 11 | you. | 01:39:52 |
| 12 | DR. BRABRAND:  You're welcome. | 01:39:52 |
| 13 | CHAIRWOMAN ANDERSON:  Ms. Meren? | 01:39:55 |
| 14 | MS. MEREN:  Yes, thank you.  Thank you, | 01:39:56 |
| 15 | Mr. Platenberg.  I think this is really | 01:39:57 |
| 16 | exciting stuff and I appreciate all the | 01:39:59 |
| 17 | work.  It's an incredible document you've | 01:40:01 |
| 18 | put together for us to review. | 01:40:03 |
| 19 | I want to say slide 10 of your | 01:40:05 |
| 20 | presentation is -- might be my favorite, | 01:40:07 |
| 21 | about our (unintelligible) initiatives and | 01:40:09 |
| 22 | I know that it's hard for us to be | 01:40:12 |
| 23 | creative and move forward on all the | 01:40:14 |
| 24 | things that we had talked about, you know, | 01:40:16 |
| 25 | years even before I arrived on the board; | 01:40:18 |

Page 93

| | | |
|---|---|---|
| 1 | but I'm glad to see it's still there, and | 01:40:20 |
| 2 | we want to do as much as we can to -- to | 01:40:22 |
| 3 | promote that, especially, you know, | 01:40:24 |
| 4 | (unintelligible) meant about outdoor | 01:40:26 |
| 5 | learning spaces in the time of COVID; so, | 01:40:27 |
| 6 | you know, using COVID, finding those | 01:40:30 |
| 7 | silver linings to, you know, improve how | 01:40:32 |
| 8 | we use our facilities.  I know you're | 01:40:35 |
| 9 | interested in that; and so I'm eager to do | 01:40:37 |
| 10 | that, that work with you and with the | 01:40:40 |
| 11 | board. | 01:40:41 |
| 12 | I also want -- I'm glad that you | 01:40:41 |
| 13 | raised -- that we had our county partners | 01:40:44 |
| 14 | on the phone in the call with us the other | 01:40:46 |
| 15 | day from planning; and I just want to | 01:40:48 |
| 16 | reiterate how essential that is and am so | 01:40:50 |
| 17 | pleased to see that -- our two offices | 01:40:53 |
| 18 | being more engaged.  Because especially as | 01:40:56 |
| 19 | we have large developments going up, we | 01:40:57 |
| 20 | have to know at the time, you know, before | 01:41:00 |
| 21 | ground even breaks, right, like what's | 01:41:02 |
| 22 | happening. | 01:41:03 |
| 23 | So thank you for fostering that and | 01:41:04 |
| 24 | I hope that you'll ask the board to do | 01:41:06 |
| 25 | whatever we can to promote partnership | 01:41:08 |



Page 94

| | | |
|---|---|---|
| 1 | with the board of supervisors in the | 01:41:10 |
| 2 | county offices. So thank you. | 01:41:11 |
| 3 | CHAIRWOMAN ANDERSON: Thank you very much, | 01:41:18 |
| 4 | Ms. Meren. And thank you, | 01:41:18 |
| 5 | Mr. Platenberg, for this wonderful | 01:41:20 |
| 6 | presentation. | 01:41:21 |
| 7 | And now we will move on to our next | 01:41:23 |
| 8 | agenda item, which is the Thomas Jefferson | 01:41:25 |
| 9 | High School for science admissions. | 01:41:27 |
| 10 | Ms. Pekarsky? | 01:41:37 |
| 11 | MS. PEKARSKY: Can you hear...you can hear me, | 01:41:39 |
| 12 | Dr. Anderson? | 01:41:42 |
| 13 | CHAIRWOMAN ANDERSON: Yes. | 01:41:43 |
| 14 | MS. PEKARSKY: Sorry, I'm having -- | 01:41:43 |
| 15 | CHAIRWOMAN ANDERSON: Yes. | 01:41:44 |
| 16 | MS. PEKARSKY: -- having audio -- | 01:41:44 |
| 17 | CHAIRWOMAN ANDERSON: I can hear you. | 01:41:45 |
| 18 | MS. PEKARSKY: I'm sorry. | 01:41:46 |
| 19 | CHAIRWOMAN ANDERSON: You're ready to go. | 01:41:46 |
| 20 | MS. PEKARSKY: I call on Ms. Omeish for the | 01:41:47 |
| 21 | motion. | 01:41:50 |
| 22 | MS. OMEISH: Just a clarification. Are we not | 01:41:52 |
| 23 | confirming closed actions? | 01:41:55 |
| 24 | CHAIRWOMAN ANDERSON: I apologize. I totally | 01:42:00 |
| 25 | skipped that piece. I apologize. Thank | 01:42:02 |

Page 95

| | | |
|---|---|---|
| 1 | you. Thank you so much, Ms. Omeish. | 01:42:04 |
| 2 | We're at 4.01 confirmation of action | 01:42:07 |
| 3 | taken in board meeting -- in closed | 01:42:10 |
| 4 | meetings. | 01:42:14 |
| 5 | This is a portion of the meeting | 01:42:14 |
| 6 | where the board will confirm any action | 01:42:16 |
| 7 | regarding issues that were discussed in | 01:42:18 |
| 8 | the closed meeting. | 01:42:19 |
| 9 | And I'll call on Ms. McLaughlin for | 01:42:21 |
| 10 | the motion. | 01:42:30 |
| 11 | Ms. McLaughlin? Is she with us or | 01:42:33 |
| 12 | did we lose her? | 01:42:35 |
| 13 | (No response.) | |
| 14 | Okay. Can I be heard? Okay. Thank | 01:42:46 |
| 15 | you. | 01:42:52 |
| 16 | Ms. McLaughlin, are you with us | 01:42:52 |
| 17 | still? | 01:43:01 |
| 18 | (No response.) | |
| 19 | Can anybody confirm? | 01:43:03 |
| 20 | FEMALE VOICE: Dr. Anderson, shall I -- | 01:43:05 |
| 21 | (Audio distorted - unintelligible) | |
| 22 | Shall I try to get her on the phone? | 01:43:08 |
| 23 | CHAIRWOMAN ANDERSON: Please do. We'll just | 01:43:11 |
| 24 | take a couple of minutes here to get her | 01:43:18 |
| 25 | started. Oh, yes. Here she is. | 01:43:20 |

Page 96

| | | |
|---|---|---|
| 1 | MS. McLAUGHLIN: This is Ms. McLaughlin. | 01:43:21 |
| 2 | CHAIRWOMAN ANDERSON: I know. We're all | 01:43:24 |
| 3 | having difficulties tonight; so bear with | 01:43:25 |
| 4 | us, please. | 01:43:29 |
| 5 | Ms. McLaughlin, please go ahead. | 01:43:30 |
| 6 | MS. McLAUGHLIN: Yes, Madame Chair. | 01:43:33 |
| 7 | I move that the board authorize the | 01:43:36 |
| 8 | superintendent to execute the resolution | 01:43:38 |
| 9 | agreement according to the terms and | 01:43:40 |
| 10 | conditions discussed in closed session. | 01:43:42 |
| 11 | CHAIRWOMAN ANDERSON: Is there a second? | 01:43:46 |
| 12 | Thank you, Ms. Cohen. I see your | 01:43:51 |
| 13 | hand. Thank you very much. | 01:43:53 |
| 14 | All in favor of this action, please | 01:43:55 |
| 15 | raise your hands? | 01:43:57 |
| 16 | We have Ms. Cohen, Mr. Frisch, | 01:43:59 |
| 17 | Ms. Omeish, Ms. McLaughlin, Ms. Pekarsky, | 01:44:01 |
| 18 | Ms. Sizemore Heizer, Ms. Meren, | 01:44:04 |
| 19 | Ms. Corbett Sanders, Ms. Tholen, | 01:44:06 |
| 20 | Ms. Keys-Gamarra, Ms. Derenak Kaufax, and | 01:44:08 |
| 21 | myself. That is unanimous. | 01:44:11 |
| 22 | Thank you, Ms. McLaughlin and | 01:44:13 |
| 23 | Ms. Cohen. | 01:44:16 |
| 24 | Now, I will call on Ms. Pekarsky yet | 01:44:17 |
| 25 | again. | 01:44:20 |

Page 97

| | | |
|---|---|---|
| 1 | MS. PEKARSKY: Okay. I call on Ms. Omeish for | 01:44:21 |
| 2 | the motion. | 01:44:24 |
| 3 | MS. OMEISH: Madame Vice Chair, the hybrid | 01:44:28 |
| 4 | solution presented to the school board by | 01:44:31 |
| 5 | the superintendent on December 7th will | 01:44:32 |
| 6 | ensure that the Thomas Jefferson High | 01:44:34 |
| 7 | School for Science and Technology | 01:44:36 |
| 8 | continues to provide a high quality STEM | 01:44:38 |
| 9 | education. A diverse student body that | 01:44:39 |
| 10 | includes the wide variety of backgrounds, | 01:44:42 |
| 11 | experiences and skills enriches the | 01:44:44 |
| 12 | learning environment for the students at | 01:44:46 |
| 13 | TJ and prepares them to be science and | 01:44:47 |
| 14 | technology leaders in an increasingly | 01:44:51 |
| 15 | adverse work force. | 01:44:53 |
| 16 | I therefore move to direct the | 01:44:54 |
| 17 | superintendent to revise the admissions | 01:44:55 |
| 18 | process for Thomas Jefferson High School | 01:44:57 |
| 19 | Science and Technology utilizing the | 01:44:59 |
| 20 | hybrid merit lottery of the | 01:45:01 |
| 21 | superintendent's presentation to the board | 01:45:04 |
| 22 | on December 7th. The admissions process | 01:45:06 |
| 23 | must use only racial -- race-neutral | 01:45:08 |
| 24 | methods that do not seek to achieve any | 01:45:11 |
| 25 | specific racial or ethnic mix, balance or | 01:45:13 |



Page 98

```
 1    targets.  These changes are affected with      01:45:15
 2    the admissions process for the class           01:45:17
 3    entering TJ in the fall of 2021.               01:45:19
 4  MS. PEKARSKY:  Is there a second?               01:45:23
 5  CHAIRWOMAN ANDERSON:  I second.                 01:45:25
 6  MS. PEKARSKY:  Ms. Omeish, would you like to    01:45:27
 7    speak to your motion?                          01:45:29
 8  MS. OMEISH:  Yeah.  You know, the -- The        01:45:33
 9    statement, I understand, is one that --        01:45:34
10    that is important to capture what this         01:45:37
11    speaks to.  I'll keep this brief.  I           01:45:39
12    mean, we've been hashing this out for          01:45:42
13    many weeks and months.                         01:45:43
14        I just wanted to clarify one piece         01:45:45
15    that I think got lost in the conversation      01:45:49
16    ever since the beginning.  I remember, you     01:45:51
17    know, when -- when we were first presented     01:45:53
18    with the merit lot -- the merit lottery        01:45:55
19    proposal it had a different process than       01:46:00
20    this -- this merit lottery component; and      01:46:01
21    the key piece that really -- My eyes           01:46:05
22    opened when I came to understand, was that     01:46:07
23    the same evaluation we would have with all     01:46:11
24    the criteria and the tests that we will be     01:46:14
25    putting in place for that pool of a            01:46:17
```

Page 99

```
 1    hundred that would have been a com -- a        01:46:19
 2    part of this is, in fact, being done           01:46:20
 3    before the lottery; whereas, prior to          01:46:23
 4    that, we had conversations about, you          01:46:27
 5    know, that -- that being a check almost,       01:46:29
 6    but that this was a necessary component        01:46:31
 7    and that students had to meet a certain        01:46:34
 8    threshold to be allowed both on the essay      01:46:36
 9    and the student information sheet to even      01:46:39
10    be eligible.                                   01:46:41
11        So that's just a piece, you know, I        01:46:41
12    wanted to make sure I clarified for my         01:46:43
13    colleagues.  I understand that, you know,      01:46:44
14    the Minority Student Achievement Oversight     01:46:46
15    Committee, the Title 1 Parent Advisory         01:46:49
16    Committee, "NOK-ka-set," NAACP, TJ Alumni      01:46:50
17    Group, there are many organizations that       01:46:54
18    have been in support of this; and out of       01:46:56
19    principle I wanted to make sure that this      01:46:57
20    was something that was heard.                  01:47:00
21        But, again, clarifying that piece,         01:47:01
22    because I think this is where the              01:47:03
23    conversation -- we -- We got lost a            01:47:04
24    little bit in the conversation regarding       01:47:06
25    merit or the philosophy of all of these       01:47:09
```

Page 100

```
 1    things in -- in not noticing that key          01:47:12
 2    detail in the adjusted proposal.               01:47:15
 3  MS. PEKARSKY:  Thank you, Ms. Omeish.           01:47:19
 4    Dr. Anderson, would you like to                01:47:21
 5    speak to this motion?                          01:47:22
 6  CHAIRWOMAN ANDERSON:  I would.  I, too, will    01:47:24
 7    want to be very brief, because we have         01:47:25
 8    been debating this issue for many months       01:47:27
 9    now.  But I am supportive of this              01:47:30
10    proposal because it is an opportunity for      01:47:32
11    us to have a race-neutral selection of        01:47:36
12    students to be admitted to TJ.  We're         01:47:38
13    committed to building a diverse student       01:47:39
14    body that includes a wide variety of          01:47:41
15    backgrounds, as Ms. Omeish has shared;        01:47:43
16    and I believe this will be a good step to     01:47:46
17    get us there.                                 01:47:48
18        As it's been stated before, we are        01:47:50
19    seeking to expand opportunity for all of      01:47:52
20    our students; and I'm glad that Ms. Omeish    01:47:54
21    also highlighted that there's a merit         01:47:57
22    component to the merit lottery that           01:48:00
23    continues to be overlooked.  This will not    01:48:02
24    be a method that selects students who are     01:48:05
25    not ready for TJ; and we've heard this        01:48:09
```

Page 101

```
 1    from Dr. Bonitatibus, the principal at TJ,     01:48:12
 2    that there's such an expansion does not --     01:48:15
 3    will not reduce the level of students that     01:48:18
 4    are admitted into TJ.                          01:48:21
 5        The goal here is not to disadvantage       01:48:24
 6    or advantage any racial group or               01:48:27
 7    socioeconomic group.  In fact, this           01:48:31
 8    proposal is to address such advantage that    01:48:33
 9    has been in place of some -- of one group      01:48:36
10    over another.                                  01:48:39
11        As Ms. Omeish has shared, there's         01:48:40
12    been support for this proposal from MSAOC,    01:48:42
13    Title 1 advisory groups, as well as           01:48:45
14    numerous advocacy groups such as the NAACP    01:48:48
15    and the TJ Alumni Group.  But to be clear,    01:48:50
16    this option does require some additional      01:48:55
17    work.  But it is a good and -- It is an       01:48:58
18    adequate first step for us to promote         01:49:00
19    students from all areas of the county.        01:49:02
20        Some of the tenets of this option do      01:49:06
21    require your attention, such as the           01:49:08
22    reserve seats, because we know that will      01:49:10
23    not serve to enhance the culture of TJ,       01:49:13
24    which many students have spoken over the      01:49:16
25    last several months that are problematic.     01:49:18
```



26 (Pages 98 to 101)

Page 102

| | | |
|---|---|---|
| 1 | While our board has done work to | 01:49:21 |
| 2 | enact changes, such as the removal of the | 01:49:24 |
| 3 | admission test -- I'm sorry, of the | 01:49:27 |
| 4 | assessment and of the application fee, and | 01:49:29 |
| 5 | also increasing the capacity, the seating | 01:49:32 |
| 6 | capacity at TJ, there is more work to do; | 01:49:36 |
| 7 | and I believe this is can be a step to | 01:49:38 |
| 8 | move us in that direction in a bold | 01:49:40 |
| 9 | fashion. | 01:49:43 |
| 10 | Thank you. | 01:49:43 |
| 11 | MS. PEKARSKY:  Thank you. | 01:49:46 |
| 12 | Ms. Keys-Gamarra? | 01:49:46 |
| 13 | MS. KEYS-GAMARRA:  Thank you.  I -- I just | 01:49:49 |
| 14 | want to speak -- speak briefly because I | 01:49:50 |
| 15 | do thank Dr. Brabrand for bringing | 01:49:55 |
| 16 | forward this issue and giving this board | 01:49:59 |
| 17 | an opportunity to look at and take steps | 01:50:02 |
| 18 | to correct decades of missed opportunity | 01:50:06 |
| 19 | for many students across this county. | 01:50:12 |
| 20 | As we know, there have been students | 01:50:15 |
| 21 | that have not been recognized in many | 01:50:19 |
| 22 | regions, in many middle schools; and while | 01:50:21 |
| 23 | I think that this particular proposal is a | 01:50:25 |
| 24 | work in progress, and my hope had been | 01:50:28 |
| 25 | that we would continue to receive guidance | 01:50:31 |

Page 103

| | | |
|---|---|---|
| 1 | from experts, it was a departure and is a | 01:50:35 |
| 2 | departure from business as usual. | 01:50:39 |
| 3 | And if we are truly serious about | 01:50:42 |
| 4 | doing anti-racism type work on this board, | 01:50:45 |
| 5 | I hope that we will embrace opportunities | 01:50:50 |
| 6 | like this.  And so I will be supporting | 01:50:54 |
| 7 | this today and will continue to advocate | 01:50:56 |
| 8 | for us to truly challenge ourselves and | 01:51:00 |
| 9 | make sure that we are offering opportunity | 01:51:04 |
| 10 | to every student in every corner of | 01:51:07 |
| 11 | Fairfax County. | 01:51:09 |
| 12 | Thank you. | 01:51:10 |
| 13 | MS. PEKARSKY:  Thank you. | 01:51:13 |
| 14 | Mr. Frisch? | 01:51:13 |
| 15 | MR. FRISCH:  Thanks.  And I know we'll be | 01:51:17 |
| 16 | talking about this issue for a while, so | 01:51:18 |
| 17 | I'll try and keep this short. | 01:51:20 |
| 18 | I have zero doubts that there are | 01:51:22 |
| 19 | hundreds of students in our schools who | 01:51:23 |
| 20 | are overlooked, but who would thrive at TJ | 01:51:26 |
| 21 | if given the opportunity. | 01:51:30 |
| 22 | I do have doubts, though, and I hope | 01:51:32 |
| 23 | I'm wrong, that the proposed holistic | 01:51:33 |
| 24 | option will do an adequate job of bringing | 01:51:36 |
| 25 | these overlooked students into the process | 01:51:38 |

Page 104

| | | |
|---|---|---|
| 1 | and incentivizing investments in their | 01:51:41 |
| 2 | schools. | 01:51:43 |
| 3 | Lotteries consisting of | 01:51:44 |
| 4 | prequalified, talented and motivated | 01:51:45 |
| 5 | students are successfully used in other | 01:51:47 |
| 6 | top high schools across the United States. | 01:51:49 |
| 7 | They can work here, too; but the revised | 01:51:52 |
| 8 | lottery and subsequent revised hybrid | 01:51:54 |
| 9 | lottery will not be passing tonight.  They | 01:51:56 |
| 10 | simply don't have the votes to succeed, | 01:51:58 |
| 11 | and that's the nature of public policy. | 01:51:59 |
| 12 | Sometimes you have the votes and sometimes | 01:52:02 |
| 13 | you do not. | 01:52:03 |
| 14 | We remember that those with whom we | 01:52:04 |
| 15 | disagree on one issue might agree with us | 01:52:06 |
| 16 | on the next, and we seek to attract rather | 01:52:09 |
| 17 | than repel. | 01:52:12 |
| 18 | I've done my best to ignore the | 01:52:13 |
| 19 | vitriol this conversation has inspired on | 01:52:14 |
| 20 | Twitter and elsewhere, especially when | 01:52:17 |
| 21 | I've had so many civil conversations with | 01:52:20 |
| 22 | parents, students and alumni on all sides | 01:52:22 |
| 23 | of this issue. | 01:52:24 |
| 24 | You will not hear me attacking TJ | 01:52:26 |
| 25 | alumni who simply want their school to do | 01:52:27 |

Page 105

| | | |
|---|---|---|
| 1 | a better job finding qualified students | 01:52:30 |
| 2 | and providing them with a campus climate | 01:52:31 |
| 3 | consistent with the promise of a caring | 01:52:34 |
| 4 | culture for every student. | 01:52:36 |
| 5 | I also won't complain about test | 01:52:37 |
| 6 | prep or purportedly wealthy families | 01:52:39 |
| 7 | flexing their financial mother -- muscle | 01:52:41 |
| 8 | to help their children succeed.  These | 01:52:44 |
| 9 | families are simply paying by the rules | 01:52:46 |
| 10 | FCPS has given them, and they will | 01:52:47 |
| 11 | continue to do so whatever our decision is | 01:52:49 |
| 12 | made today. | 01:52:52 |
| 13 | This isn't about pitting one family | 01:52:53 |
| 14 | against another.  It's about the rules we | 01:52:54 |
| 15 | set for all families.  The charge of this | 01:52:56 |
| 16 | board is to put the resources of this | 01:52:58 |
| 17 | school division to the best possible use | 01:53:00 |
| 18 | for each and every student in each and | 01:53:03 |
| 19 | every school.  I look forward to hearing | 01:53:04 |
| 20 | my colleagues this evening as we carefully | 01:53:07 |
| 21 | consider their various motions and | 01:53:09 |
| 22 | amendments, because I know they feel the | 01:53:11 |
| 23 | same way.  Thank you. | 01:53:12 |
| 24 | MS. PEKARSKY:  Thank you, Mr. Frisch. | 01:53:16 |
| 25 | I seeing no other speakers, I will | 01:53:18 |



Page 106

```
 1   go ahead and re-read the motion.            01:53:19
 2        The motion before us is:  I,           01:53:22
 3   therefore, move to direct the               01:53:24
 4   superintendent to revise the admissions     01:53:25
 5   process for Thomas -- TJ, utilizing the     01:53:28
 6   hybrid merit lottery of the                 01:53:31
 7   superintendent's presentation to the board  01:53:33
 8   on December 7th.  The admission process     01:53:35
 9   must use only race-neutral methods that do  01:53:38
10   not speak to achieve any specific racial    01:53:40
11   or ethnic mix, balance or targets.  These   01:53:43
12   changes are effective with the admissions   01:53:46
13   process for the class entering in the fall  01:53:48
14   of 2021.                                     01:53:51
15        All those in favor?                    01:53:53
16        Ms. Omeish, Ms. Keys-Gamarra,          01:54:00
17   Dr. Anderson, Mr. Frisch.                   01:54:04
18        All those opposed?                     01:54:06
19        Ms. McLaughlin, Ms. Tholen,            01:54:13
20   Ms. Corbett Sanders, Ms. Meren,             01:54:15
21   Ms. Sizemore Heizer, Ms. Cohen,             01:54:17
22   Ms. Derenak Kaufax, and Ms. Pekarsky.       01:54:20
23        I do not --  Are there any             01:54:24
24   abstentions?                                01:54:29
25        (No response.)
```

Page 107

```
 1        And that motion fails.                 01:54:32
 2   FEMALE VOICE:  Madame Vice Chair, did you   01:54:36
 3   vote?                                       01:54:38
 4   MS. PEKARSKY:  Yes.  I voted no.  I --      01:54:39
 5   FEMALE VOICE:  Thank you.                   01:54:40
 6   CHAIRWOMAN ANDERSON:  Thank you, Ms. Pekarsky. 01:54:44
 7        I now call on Ms. Tholen for the       01:54:46
 8   motion.                                     01:54:53
 9   MS. THOLEN:  Madame Chair, the holistic review 01:54:55
10   process presented to the school board by    01:54:57
11   the superintendent on December 7th will     01:54:59
12   ensure that the Thomas Jefferson High       01:55:02
13   School for Science and Technology           01:55:04
14   continues to provide a high quality STEM    01:55:06
15   education.  A diverse student body that     01:55:08
16   includes a wide variety of backgrounds,     01:55:12
17   experiences, and skills enriches the        01:55:14
18   learning environment for the students at    01:55:17
19   TJ and prepares them to be the finest in    01:55:19
20   technology leaders that we need in a        01:55:22
21   increasingly diverse work force.            01:55:24
22        I thereby move to direct the           01:55:27
23   superintendent to revise the admissions     01:55:29
24   process for Thomas Jefferson High School    01:55:32
25   for Science and Technology utilizing the    01:55:34
```

Page 108

```
 1   holistic review process outlined on pages   01:55:37
 2   10, 11 and 12 of the superintendent's       01:55:40
 3   presentation to the board on December 7th.  01:55:44
 4        The superintendent's holistic review   01:55:49
 5   process must be modified to establish that  01:55:51
 6   as part of the review process the task 1.5  01:55:55
 7   percent of the 8th grade class at each      01:56:00
 8   public middle school and who also meet the  01:56:03
 9   minimum standards based on GPA in core      01:56:07
10   classes, student portrait sheet,            01:56:11
11   problem-solving essay and experience        01:56:14
12   factors will be eligible for admission.     01:56:17
13        The admission process must use only    01:56:21
14   race-neutral methods that do not seek to    01:56:23
15   achieve any specific racial or ethnic mix,  01:56:26
16   balance, or target.  These changes are      01:56:29
17   effective with the admissions process for   01:56:32
18   the class entering TJ in the fall of 2021.  01:56:35
19   CHAIRWOMAN ANDERSON:  Is there a --  I'm so  01:56:41
20   sorry.  I'll put this on.                   01:56:43
21        Is there a second?                     01:56:44
22        Ms. Pekarsky.                          01:56:48
23        Ms. Tholen, would you like to speak    01:56:49
24   to your motion?                             01:56:51
25   MS. THOLEN:  Yes, please.  Thank you.       01:56:53
```

Page 109

```
 1        So while I understand the positive     01:56:55
 2   points of doing a lottery admissions        01:56:57
 3   process and thank the many advocates for    01:56:59
 4   the hours of discussion and research on     01:57:01
 5   this, I arrive at thinking about the TJ     01:57:05
 6   admissions process from the perspective of  01:57:08
 7   a parent of a TJ grad; and more             01:57:10
 8   importantly, as someone that has spent      01:57:13
 9   time as a middle school science teacher     01:57:15
10   and one that has spent hours and hours in   01:57:19
11   our Fairfax County middle schools and in    01:57:22
12   training middle school teachers to engage   01:57:24
13   students in hands-on problem-solving        01:57:26
14   efforts.                                    01:57:29
15        I have looked at the data generated    01:57:30
16   around their options and I cannot help but  01:57:32
17   think that a thoughtful deliberate process  01:57:35
18   across our district to identify students    01:57:38
19   that will thrive at TJ will bring us        01:57:41
20   students that are interested in STEM and    01:57:43
21   also have the aptitude to achieve in an     01:57:46
22   attentive math and science environment.     01:57:49
23        Importantly included in this motion    01:57:52
24   is something where we can strive toward a   01:57:55
25   minimum number of admissions from each      01:57:57
```



Page 110

```
 1    school and thoughtfully ensure the          01:58:00
 2    increased geographic diversity of entrants  01:58:03
 3    and then have a cadre of students that can   01:58:07
 4    assist us in recruitment and outreach        01:58:09
 5    efforts over the upcoming years so we can    01:58:12
 6    build the strength of the TJ pipeline in     01:58:14
 7    every single one of our middle schools.      01:58:17
 8    And we'll have staff more and more           01:58:21
 9    incentivized to identify and work with       01:58:24
10    future applicants in every one of these      01:58:27
11    schools.                                     01:58:30
12        Please note that this method             01:58:30
13    described will eliminate the regional cap.   01:58:32
14        Thank you.                               01:58:36
15    CHAIRWOMAN ANDERSON: Ms. Pekarsky, would you 01:58:39
16    like to speak to your second?               01:58:40
17    MS. PEKARSKY: Sure. Very briefly. This       01:58:42
18    motion will ensure that we are               01:58:45
19    identifying highly- qualified                01:58:46
20    academically-exceptional students in all     01:58:49
21    FCPS schools and providing them the          01:58:52
22    opportunity to enroll at Thomas Jefferson    01:58:55
23    High School.                                 01:58:58
24        This diverse student body will have      01:58:59
25    a positive impact to -- to the entire TJ     01:59:01
```

Page 111

```
 1    body, I'm sorry, in their school             01:59:08
 2    experiences.                                 01:59:10
 3        I want to thank the many community       01:59:11
 4    advocates who have shared their thoughts     01:59:13
 5    and comments during this process, and I      01:59:15
 6    encourage my fellow board members to         01:59:17
 7    support this motion tonight so our           01:59:19
 8    students and their families know what        01:59:22
 9    their path forward is for next year.         01:59:24
10        Thank you.                               01:59:27
11    CHAIRWOMAN ANDERSON: Thank you, Ms. Pekarsky 01:59:30
12        Do we have any other board members       01:59:31
13    wishing to speak to this motion?             01:59:32
14        Ms. Corbett Sanders, go ahead.           01:59:35
15    MS. CORBETT SANDERS: I am going to try to get 01:59:39
16    my camera working. If I start to have        01:59:41
17    computer issues, I will switch. Hold         01:59:46
18    on -- my video, I mean.                      01:59:50
19    CHAIRWOMAN ANDERSON: Ooh, you're already     01:59:52
20    starting to have issues.                     01:59:54
21    MS. CORBETT SANDERS: Let's see.              01:59:57
22    CHAIRWOMAN ANDERSON: Ms. Corbett Sanders?    01:59:58
23    MS. CORBETT SANDERS: I don't think that's    02:00:00
24    working. I...                                02:00:01
25    CHAIRWOMAN ANDERSON: Yeah. I am not sure --  02:00:02
```

Page 112

```
 1    MS. CORBETT SANDERS: ...gonna have...        02:00:03
 2    CHAIRWOMAN ANDERSON: -- if your --           02:00:03
 3    MS. CORBETT SANDERS: There's -- It's not     02:00:04
 4        Okay. So I represent the Mount           02:00:11
 5    Vernon Magisterial District. It has          02:00:13
 6    perhaps one of the lowest probabilities of   02:00:15
 7    getting students into TJ of anywhere in      02:00:18
 8    the county, and it is for that reason that   02:00:20
 9    I approach the work before us with a lot     02:00:23
10    of thought and a lot of deliberation.        02:00:27
11        And we are here as policy makers to      02:00:32
12    enact policy that are intentional and that   02:00:34
13    express -- that are explicit in our          02:00:38
14    desire, and our desire tonight is to         02:00:40
15    ensure that there is equity of access and    02:00:43
16    equity of opportunity for students           02:00:47
17    throughout Fairfax County at each            02:00:50
18    individual middle school in Fairfax County   02:00:53
19    to be able to to take advantage of the       02:00:56
20    wonderful opportunities at TJ.               02:00:58
21        And so I've spent a lot of time          02:01:02
22    speaking with advocates and researching      02:01:03
23    best practices and admissions policies       02:01:05
24    across the country; and as we all know,      02:01:07
25    there are arguments being made in support    02:01:10
```

Page 113

```
 1    of each of the approaches that have been     02:01:12
 2    brought to us by Dr. Brabrand; but I         02:01:14
 3    wanted to make sure that we had some         02:01:17
 4    independent sources to look at; and this     02:01:20
 5    is where I looked at the Brookings           02:01:23
 6    Institute report and proceedings that have   02:01:25
 7    been taking place in Richmond with Maggie    02:01:27
 8    Walker and the schools in Boston; and in     02:01:30
 9    my research I have found compelling          02:01:33
10    evidence supporting this and                 02:01:35
11    comprehensive review in proposal 2 coupled  02:01:37
12    with the very intentional experience         02:01:41
13    factors that have been added into this       02:01:43
14    process.                                     02:01:46
15        It is with this intentional approach     02:01:47
16    that places like Chicago have used           02:01:49
17    geographic diversity in select -- in         02:01:54
18    ensuring diversity in their select high      02:01:58
19    schools. They ensure that there is a         02:02:01
20    representation by census tract in Chicago.   02:02:02
21        And in Boston recently Ibram X.          02:02:05
22    Kendi advocated for a minimum number of      02:02:08
23    seats for each of the elite schools to be    02:02:11
24    allocated by ZIP code. And a recent study    02:02:14
25    by the National Institutes of Health and     02:02:17
```



MAGNA
LEGAL SERVICES

Page 114

1    the Association of Urban Colleges and    02:02:19
2    Universities on how to increase diversity    02:02:21
3    in the healthcare profession identified a    02:02:24
4    holistic approach as the most effective    02:02:27
5    means of ensuring that schools are able to    02:02:29
6    realize their diversity goals.    02:02:32
7        The urban universities for this    02:02:34
8    health to study with support from the    02:02:36
9    Health Resources and Services    02:02:38
10   Administration and the National Institute    02:02:40
11   of Health conducted a large scale national    02:02:43
12   study on admissions in the health    02:02:45
13   professions.  The study found schools    02:02:47
14   using a holistic admissions process    02:02:50
15   experience both increases in the diversity    02:02:52
16   of their incoming classes and schools    02:02:55
17   using holistic admissions processes    02:02:57
18   reported increases in their student    02:03:00
19   engagement with the community, student    02:03:02
20   cooperation in teamwork, and students'    02:03:04
21   openness to perspectives different from    02:03:07
22   their own.    02:03:09
23       Additionally, they found that    02:03:11
24   schools using many elements of a holistic    02:03:12
25   view -- review process reported that the    02:03:16

Page 115

1    diversity of their incoming classes --    02:03:18
2        (Bell ringing.)    
3        -- had increased more than it had at    02:03:20
4    schools that had used fewer holistic    02:03:22
5    review practices.    02:03:24
6        And for those who may say that we    02:03:26
7    are not doing enough, I offer that this    02:03:27
8    board is being very intentional in its    02:03:29
9    approach to the challenge before it.    02:03:33
10   We've already eliminated the test and the    02:03:34
11   application fee, and increased the size of    02:03:36
12   the freshman class.  What we will do    02:03:38
13   tonight will be more intentional by    02:03:40
14   establishing a minimum number of seats per    02:03:42
15   middle school.  We also have a number of    02:03:44
16   follow-on motions that build on the    02:03:46
17   direction provided to the superintendent    02:03:48
18   in October to ensure equity of access to    02:03:50
19   advanced academics in all of our    02:03:53
20   elementary schools; and these motions will    02:03:55
21   ensure that we achieve our objective of    02:03:57
22   ensuring greater opportunities for    02:03:59
23   students across the county to attend TJ.    02:04:02
24   CHAIRWOMAN ANDERSON:  Thank you, Ms. Corbett    02:04:05
25   Sanders.    02:04:06

Page 116

1        Ms. Cohen, followed by Ms. Meren.    02:04:07
2    MS. COHEN:  Guys, we're all having trouble    02:04:19
3    with our cameras tonight.    02:04:21
4    CHAIRWOMAN ANDERSON:  A little bit.    02:04:22
5    MS. COHEN:  I just wanted to say, you know, I    02:04:25
6    know I have many constituents who I think    02:04:27
7    so highly of, who are immensely    02:04:31
8    disappointed tonight; and I want you to    02:04:34
9    know your advocacy was not in vein.    02:04:37
10   You're helping to expand access to TJ to    02:04:40
11   many kids who have felt like they were    02:04:43
12   not TJ kids.    02:04:45
13       All middle schools will now be    02:04:48
14   represented at TJ and that is because of    02:04:49
15   you.  We will keep working to make this    02:04:52
16   process more open and more inclusive    02:04:55
17   because this is not a sprint.  It's a    02:04:58
18   marathon.    02:05:02
19       Our next hurdle is to work together    02:05:03
20   to expand the pipeline of opportunity for    02:05:04
21   all of our kids starting in our elementary    02:05:07
22   schools with access to accelerated math    02:05:10
23   opportunities, full-time AARTs [sic] in    02:05:12
24   every school, school-sponsored after-    02:05:16
25   school clubs and activities, and math and    02:05:19

Page 117

1    science opportunities in all of our middle    02:05:22
2    schools.    02:05:25
3        If all we do tonight is change the    02:05:26
4    admissions process for TJ and not change    02:05:29
5    who applies to TJ, not change who sees    02:05:34
6    themselves as TJ kids, and not work to    02:05:38
7    expand what that means at TJ, that    02:05:43
8    everybody can feel included and valued,    02:05:46
9    then we're not doing our job.  And we know    02:05:50
10   you're gonna keep us honest on that, and    02:05:53
11   I'm grateful for it.    02:05:55
12   CHAIRWOMAN ANDERSON:  Thank you.    02:06:00
13       Ms. Meren, followed by Ms. Sizemore    02:06:01
14   Heizer.    02:06:08
15   MS. MEREN:  Yes.  Thank you.    02:06:09
16       I've said this several times this    02:06:13
17   week, not only on the topic of TJ but    02:06:14
18   other topics.  It's the role of the    02:06:17
19   community advocates to seek out what they    02:06:19
20   think that students deserve; and I have    02:06:21
21   been in those shoes for many years and I    02:06:24
22   respect the outreach and advocacy, and I    02:06:26
23   hope the community knows that even if the    02:06:28
24   decision hasn't gone the way that you    02:06:30
25   advocated for, your input was essential in    02:06:32



Page 118

| | | |
|---|---|---|
| 1 | educating me about the options and the | 02:06:35 |
| 2 | desires of Fairfax County, whether it was | 02:06:38 |
| 3 | coming from a student, a parent, or alumni | 02:06:40 |
| 4 | or other community members. | 02:06:44 |
| 5 | I've learned a lot in these past | 02:06:46 |
| 6 | months. I've read analysis, letters, | 02:06:48 |
| 7 | reports, historical accounts of TJ and | 02:06:49 |
| 8 | proposals, had conversations and I'm | 02:06:52 |
| 9 | making the best decision I can tonight | 02:06:55 |
| 10 | based on what I think is possible given | 02:06:57 |
| 11 | the resources that the school division has | 02:06:59 |
| 12 | and how we can best support students and | 02:07:01 |
| 13 | getting more students into TJ and | 02:07:04 |
| 14 | supporting them in that -- that | 02:07:06 |
| 15 | transition. | 02:07:08 |
| 16 | I agree with what's been said. This | 02:07:08 |
| 17 | is not the end of the work on TJ | 02:07:10 |
| 18 | admissions. As I'll support and just sum | 02:07:12 |
| 19 | with Ms. Cohen, we want to know what's | 02:07:16 |
| 20 | happening with monitoring admissions; and | 02:07:18 |
| 21 | I do wish that part of this admissions | 02:07:21 |
| 22 | proposal from the superintendent included | 02:07:23 |
| 23 | from the outset more about the changes in | 02:07:24 |
| 24 | the pipeline to prepare more students too | 02:07:27 |
| 25 | so that they are ready to access TJ and | 02:07:30 |

Page 119

| | | |
|---|---|---|
| 1 | advanced programs. | 02:07:33 |
| 2 | You know, it's been talked about; | 02:07:35 |
| 3 | but this was a time to really start | 02:07:36 |
| 4 | detailing the policy for things like that. | 02:07:38 |
| 5 | You know, the early childhood programming | 02:07:40 |
| 6 | comparable courses being offered in | 02:07:42 |
| 7 | extracurricular activities across | 02:07:46 |
| 8 | elementary and middle schools. | 02:07:48 |
| 9 | I believe that the anti-racist work | 02:07:51 |
| 10 | that this is part of, it's -- it is part | 02:07:54 |
| 11 | of it; and there's many things that I know | 02:07:57 |
| 12 | this board has already done this year to | 02:07:59 |
| 13 | center anti-racist work at FCPS. So for | 02:08:01 |
| 14 | those of you who wanted more on this | 02:08:04 |
| 15 | tonight, I do believe that we are seeking | 02:08:07 |
| 16 | out anti-racist work and eradicating | 02:08:10 |
| 17 | racism is as essential as anything else | 02:08:13 |
| 18 | that we do. | 02:08:15 |
| 19 | And so I look forward to continuing | 02:08:16 |
| 20 | this work not only in TJ admissions in | 02:08:18 |
| 21 | advanced academic programs but in all the | 02:08:20 |
| 22 | ways that we can dismantle racism and | 02:08:22 |
| 23 | increase access, whether to include all | 02:08:25 |
| 24 | students from all walks of life who have | 02:08:29 |
| 25 | the talent and desire and capabilities | 02:08:31 |

Page 120

| | | |
|---|---|---|
| 1 | to -- to thrive in -- in their best | 02:08:35 |
| 2 | environments. | 02:08:37 |
| 3 | Thank you. | 02:08:38 |
| 4 | CHAIRWOMAN ANDERSON: Thank you. I apologize | 02:08:38 |
| 5 | folks; but the hands are jumping all over | 02:08:40 |
| 6 | the place; so it's not consistent with | 02:08:42 |
| 7 | what I have here on my list. | 02:08:44 |
| 8 | Ms. Sizemore Heizer, you're next, | 02:08:46 |
| 9 | followed by Ms. Derenak Kaufax. | 02:08:48 |
| 10 | MS. SIZEMORE HEIZER: Thank you, Dr. Anderson. | 02:08:53 |
| 11 | and I just have a quick question first | 02:08:55 |
| 12 | for staff or our legal counsel. Just to | 02:08:57 |
| 13 | confirm here that when we're looking at | 02:08:59 |
| 14 | this motion number 2, it -- you know, I'm | 02:09:02 |
| 15 | basing it on Dr. Brabrand's presentation | 02:09:05 |
| 16 | from December 7th, it no longer con -- | 02:09:07 |
| 17 | contains the regional pathways, but | 02:09:09 |
| 18 | rather a 1.5 percent per each middle | 02:09:12 |
| 19 | school. | 02:09:14 |
| 20 | So if someone could -- could confirm | 02:09:14 |
| 21 | that for me, I would appreciate it. | 02:09:16 |
| 22 | CHAIRWOMAN ANDERSON: Mr. Smith, go ahead. Or | 02:09:20 |
| 23 | Dr. Brabrand? | 02:09:22 |
| 24 | MR. SMITH: So I -- I can share that my | 02:09:25 |
| 25 | camera's not working here. I guess we're | 02:09:27 |

Page 121

| | | |
|---|---|---|
| 1 | all having video issues tonight. | 02:09:29 |
| 2 | So, yes, that is correct. So by | 02:09:32 |
| 3 | going with the 1.5 percent methodology, it | 02:09:35 |
| 4 | would preclude the regional pathways. | 02:09:39 |
| 5 | MS. SIZEMORE HEIZER: Great. Thank you. I | 02:09:41 |
| 6 | appreciate it and that was my only | 02:09:42 |
| 7 | question of how that -- And I won't | 02:09:45 |
| 8 | re -- I agree with -- with many of the | 02:09:46 |
| 9 | things my colleagues have said tonight; | 02:09:49 |
| 10 | and so I don't want to reiterate a lost | 02:09:50 |
| 11 | it. But I do want to give a thank you to | 02:09:52 |
| 12 | all of the advocates who have reached out | 02:09:55 |
| 13 | to me and the many hours of thoughtful | 02:09:57 |
| 14 | meetings I've had or sat in on and | 02:09:59 |
| 15 | listened to advocates who have a lot of | 02:10:01 |
| 16 | passion and great desire to make TJ a | 02:10:04 |
| 17 | place that is truly accessible to all of | 02:10:08 |
| 18 | the populations who have a passion and | 02:10:12 |
| 19 | aptitude for STEM. And so I really | 02:10:14 |
| 20 | appreciate all of your work, your | 02:10:17 |
| 21 | advocacy; and please do know that I have | 02:10:18 |
| 22 | listened very thoughtfully to all -- | 02:10:21 |
| 23 | everybody, done the research, read | 02:10:23 |
| 24 | hundreds of pages of documents and really | 02:10:27 |
| 25 | sat and thought about what is the best | 02:10:29 |



Page 122

| | | |
|---|---|---|
| 1 | path forward. | 02:10:32 |
| 2 | And like some of my colleagues who | 02:10:32 |
| 3 | have spoken tonight, I think the idea of | 02:10:34 |
| 4 | having a -- a path for each middle school | 02:10:36 |
| 5 | for a student at each middle school to be | 02:10:40 |
| 6 | able, those who have the talent and | 02:10:43 |
| 7 | aptitude and passion for STEM, to be able | 02:10:45 |
| 8 | to access TJ and then become that peer for | 02:10:47 |
| 9 | other students who are following behind | 02:10:51 |
| 10 | them I think is a fantastic option. | 02:10:53 |
| 11 | And so I will be supporting this | 02:10:55 |
| 12 | plan tonight. Like Ms. Cohen said, we'll | 02:10:58 |
| 13 | continue to watch and monitor and it is | 02:11:00 |
| 14 | important that TJ be the place where those | 02:11:03 |
| 15 | who have that passion and aptitude for | 02:11:06 |
| 16 | STEM can access it from all across the | 02:11:08 |
| 17 | county. | 02:11:10 |
| 18 | So I thank my colleagues for | 02:11:10 |
| 19 | bringing this motion and I thank all of | 02:11:12 |
| 20 | the advocates. Please, all of you who | 02:11:14 |
| 21 | advocate, keep advocating. Find the next | 02:11:16 |
| 22 | issue that you -- you are passionate | 02:11:18 |
| 23 | about, or keep on this issue; but it is | 02:11:20 |
| 24 | our community advocates who make us do our | 02:11:22 |
| 25 | job as best as we can. So thank you for | 02:11:25 |

Page 123

| | | |
|---|---|---|
| 1 | all of the advocacy. | 02:11:32 |
| 2 | CHAIRWOMAN ANDERSON: Thank you. | 02:11:39 |
| 3 | Ms. Derenak Kaufax? | 02:11:42 |
| 4 | MS. DERENAK KAUFAX: Sorry. I'm trying to get | 02:11:44 |
| 5 | my camera to work, like everybody. | 02:11:45 |
| 6 | CHAIRWOMAN ANDERSON: No problem. | 02:11:52 |
| 7 | MS. DERENAK KAUFAX: There we go. So, first | 02:11:55 |
| 8 | of all, I want to say I do not want to | 02:11:57 |
| 9 | destroy TJ. TJ, as I have stated at our | 02:11:58 |
| 10 | work session, and for many years, is | 02:12:02 |
| 11 | simply one data point that highlights the | 02:12:04 |
| 12 | fact that there is an imbalance of | 02:12:06 |
| 13 | academic achievement and inequity across | 02:12:08 |
| 14 | FCPS; and we at FCPS must take | 02:12:10 |
| 15 | responsibility for this imbalance. | 02:12:13 |
| 16 | This is why on October 22nd I put | 02:12:15 |
| 17 | forward a motion to address the many | 02:12:17 |
| 18 | systemic issues that have impacted the | 02:12:19 |
| 19 | diversity at TJ. These are issues that | 02:12:21 |
| 20 | impact high ability or gifted learners | 02:12:23 |
| 21 | and/or often leave potential in students | 02:12:24 |
| 22 | unidentified from very early-on. These | 02:12:28 |
| 23 | are issues such as inequities in math and | 02:12:30 |
| 24 | science curriculum in elementary and | 02:12:32 |
| 25 | middle schools, inequity in | 02:12:34 |

Page 124

| | | |
|---|---|---|
| 1 | extracurricular and STEM opportunities in | 02:12:35 |
| 2 | elementary and middle schools. | 02:12:37 |
| 3 | Young scholars programs that are not | 02:12:39 |
| 4 | administered uniformly or with fidelity, | 02:12:41 |
| 5 | not having advanced academic resource | 02:12:43 |
| 6 | teachers in all of our elementary schools, | 02:12:45 |
| 7 | and not utilizing AAP curriculum in | 02:12:47 |
| 8 | differentiated ways for all learners, and | 02:12:49 |
| 9 | failures after many efforts of outreach to | 02:12:51 |
| 10 | help parents in our community understand | 02:12:53 |
| 11 | that advanced academic program means not | 02:12:56 |
| 12 | elitist, but truly a form of special | 02:12:58 |
| 13 | education that is required by our state to | 02:12:59 |
| 14 | meet the needs of a small population who's | 02:13:03 |
| 15 | learning levels are remarkably different | 02:13:05 |
| 16 | from their school-age peers. | 02:13:07 |
| 17 | So what to do about TJ? A | 02:13:09 |
| 18 | governor's school whose purpose from the | 02:13:11 |
| 19 | Virginia Department of Education was | 02:13:13 |
| 20 | created to give gifted students academic | 02:13:15 |
| 21 | and visual and performing arts | 02:13:17 |
| 22 | opportunities beyond those normally | 02:13:18 |
| 23 | available to students in their home | 02:13:20 |
| 24 | schools. | 02:13:23 |
| 25 | I do not believe that what we have | 02:13:24 |

Page 125

| | | |
|---|---|---|
| 1 | before us is addressing the true systemic | 02:13:25 |
| 2 | issues that I just talked about that | 02:13:28 |
| 3 | impact diversity at TJ. The need to | 02:13:29 |
| 4 | frontload programming. This will truly | 02:13:32 |
| 5 | make the long-term impact. | 02:13:34 |
| 6 | If I'd been able to get support, I | 02:13:36 |
| 7 | would have postponed tonight's votes to | 02:13:38 |
| 8 | look deeper and engage the community | 02:13:39 |
| 9 | further on this issue. Our community is | 02:13:41 |
| 10 | polarized and angry and this is never the | 02:13:44 |
| 11 | best way to move forward. But what we | 02:13:46 |
| 12 | have before us is the sixth change to TJ | 02:13:48 |
| 13 | admissions in nine years. It is an | 02:13:50 |
| 14 | imperfect solution. | 02:13:52 |
| 15 | Time will tell if it will bring | 02:13:55 |
| 16 | about the changes hoped for; but until we | 02:13:56 |
| 17 | address systemic issues, the pipeline, the | 02:13:59 |
| 18 | disparities, and implement accountability | 02:14:01 |
| 19 | by region and by school, I fear that | 02:14:04 |
| 20 | student potential will still not be | 02:14:06 |
| 21 | identified in the ways that we had hoped | 02:14:09 |
| 22 | for. | 02:14:12 |
| 23 | But is this imperfect solution the | 02:14:13 |
| 24 | next best step forward, is where we are | 02:14:15 |
| 25 | tonight, and I will most likely support it | 02:14:18 |



Page 126

| | | |
|---|---|---|
| 1 | as long as we have accountability statutes | 02:14:22 |
| 2 | that are there in place. | 02:14:25 |
| 3 | I, too, thank the community that has | 02:14:27 |
| 4 | talked to us, reached out to us. I know | 02:14:31 |
| 5 | this has been an emotional issue. And | 02:14:34 |
| 6 | please know that it's not our desire, as I | 02:14:37 |
| 7 | said, to destroy TJ but to open up | 02:14:41 |
| 8 | opportunities for those students who have | 02:14:45 |
| 9 | unidentified potential. But we can only | 02:14:47 |
| 10 | do it as a system if we do it in a way | 02:14:50 |
| 11 | that addresses all the inequities that | 02:14:53 |
| 12 | exist right now, so I will be -- | 02:14:55 |
| 13 | (Bell ringing) | |
| 14 | -- supporting this; but we must | 02:14:58 |
| 15 | address the systemic issues; because | 02:15:00 |
| 16 | that's really what's gonna make the | 02:15:02 |
| 17 | difference. | 02:15:04 |
| 18 | CHAIRWOMAN ANDERSON: Thank you, Ms. Derenak | 02:15:05 |
| 19 | Kaufax. | 02:15:07 |
| 20 | Ms. McLaughlin followed by | 02:15:07 |
| 21 | Ms. Omeish. | 02:15:08 |
| 22 | MS. McLAUGHLIN: Thank you. I do share the | 02:15:16 |
| 23 | very serious concerns that my colleague, | 02:15:20 |
| 24 | Ms. Derenak Kaufax just outlined, so I'm | 02:15:22 |
| 25 | not gonna repeat the things that she | 02:15:26 |

Page 127

| | | |
|---|---|---|
| 1 | said; but I am very concerned and I'm | 02:15:29 |
| 2 | gonna say what I've shared in multiple | 02:15:31 |
| 3 | work sessions related to TJ. | 02:15:34 |
| 4 | I think it's shameful that this | 02:15:38 |
| 5 | school system has not been successful to | 02:15:40 |
| 6 | date, and when you look at the | 02:15:43 |
| 7 | representation at TJ. And what's really | 02:15:46 |
| 8 | shameful about it is that selected | 02:15:49 |
| 9 | universities, our very best in the United | 02:15:51 |
| 10 | States, have succeeded for decades to have | 02:15:54 |
| 11 | highly-diverse, high-achieving student | 02:15:57 |
| 12 | bodies. | 02:16:00 |
| 13 | I have shared my decade's worth of | 02:16:01 |
| 14 | experience as a former Georgetown | 02:16:04 |
| 15 | admissions officer, and an admissions | 02:16:06 |
| 16 | reader for Duke. I've seen how these | 02:16:08 |
| 17 | universities do an amazing job of making | 02:16:10 |
| 18 | sure that they have a highly- diverse | 02:16:12 |
| 19 | student population and remain some of the | 02:16:14 |
| 20 | best universities in the country, because | 02:16:16 |
| 21 | it really is about providing opportunity | 02:16:18 |
| 22 | for all, is a holistic admissions process | 02:16:21 |
| 23 | that allows every child to be considered | 02:16:23 |
| 24 | in light of their environment. | 02:16:27 |
| 25 | The problem is that FCPS for so | 02:16:29 |

Page 128

| | | |
|---|---|---|
| 1 | long, from what I can certainly see did | 02:16:33 |
| 2 | not consult with experts. They could have | 02:16:35 |
| 3 | easily solved this many years ago and | 02:16:37 |
| 4 | we're here today with all of the things | 02:16:40 |
| 5 | that have torn apart the community. | 02:16:43 |
| 6 | I have no doubt that through | 02:16:46 |
| 7 | highly-skilled holistic admissions process | 02:16:49 |
| 8 | we absolutely could see better | 02:16:52 |
| 9 | representation from across this county | 02:16:55 |
| 10 | geographically alone. | 02:16:58 |
| 11 | I'm really upset that we're doing | 02:17:00 |
| 12 | this so quickly, that at 4:30 this | 02:17:02 |
| 13 | afternoon, there was nothing posted -- no | 02:17:06 |
| 14 | motions, no amendments, no follow-ons, not | 02:17:10 |
| 15 | for me, not for the public to be able to | 02:17:13 |
| 16 | be able to review and read. This is not | 02:17:14 |
| 17 | how we do the board work. This is not | 02:17:17 |
| 18 | public transparency. | 02:17:19 |
| 19 | I have shared before that I do not | 02:17:21 |
| 20 | believe all the things our superintendent | 02:17:24 |
| 21 | led us to believe had to get made and done | 02:17:25 |
| 22 | for this admissions cycle needed to be | 02:17:28 |
| 23 | done. After all of my time on the board, | 02:17:32 |
| 24 | I believe that we -- we absolutely have to | 02:17:34 |
| 25 | be making very much the data-driven | 02:17:36 |

Page 129

| | | |
|---|---|---|
| 1 | decisions in front of us. | 02:17:39 |
| 2 | We've got nothing here about teacher | 02:17:41 |
| 3 | recommendations, not without the data | 02:17:43 |
| 4 | analysis that would show whether or not we | 02:17:45 |
| 5 | have concerns and how do we address being | 02:17:48 |
| 6 | able to best utilize teacher | 02:17:51 |
| 7 | recommendations; but they're used every | 02:17:52 |
| 8 | year by the colleges and we certainly | 02:17:54 |
| 9 | haven't heard from our families that we | 02:17:57 |
| 10 | need to lobby to get rid of them in the | 02:17:59 |
| 11 | college admissions process either. | 02:18:01 |
| 12 | I really appreciate the fact that | 02:18:04 |
| 13 | our board as a body was trying to find the | 02:18:06 |
| 14 | way of compromise on this main motion 2; | 02:18:13 |
| 15 | but before I can say -- | 02:18:17 |
| 16 | (Bell ringing) | |
| 17 | -- whether or not (audio distortion | 02:18:18 |
| 18 | - unintelligible) for Dr. Brabrand, please | 02:18:19 |
| 19 | explain how the region-by-region review no | 02:18:23 |
| 20 | longer exists and how will you be reading | 02:18:27 |
| 21 | these applicants then? | 02:18:29 |
| 22 | CHAIRWOMAN ANDERSON: Dr. Brabrand? | 02:18:34 |
| 23 | DR. BRABRAND: Yeah. Thank you very much | 02:18:36 |
| 24 | Ms. McLaughlin. I'm gonna let Mr. Smith | 02:18:37 |
| 25 | talk about how we're gonna be doing the | 02:18:40 |


MAGNA LEGAL SERVICES

Page 130

| | | |
|---|---|---|
| 1 | approach now with the -- with the | 02:18:42 |
| 2 | minimums for each school. | 02:18:43 |
| 3 | Mr. Smith, can you share a little | 02:18:44 |
| 4 | bit more about that versus the regional | 02:18:46 |
| 5 | pathway we had outlined before? | 02:18:47 |
| 6 | MR. SMITH:  Well, so based on the -- the | 02:18:51 |
| 7 | motion before the board, we would look at | 02:18:53 |
| 8 | minimums for each school; and there are | 02:18:58 |
| 9 | aspects of the process that I don't feel | 02:19:02 |
| 10 | are appropriate to share in a public | 02:19:06 |
| 11 | setting because of proprietary nature of | 02:19:08 |
| 12 | the methodology, but we would be looking | 02:19:11 |
| 13 | at each school and having a set number of | 02:19:15 |
| 14 | the overall student population, that 1.5 | 02:19:20 |
| 15 | percent over -- of the overall student | 02:19:22 |
| 16 | population who were eligible for TJ, they | 02:19:24 |
| 17 | would be considered for the process. | 02:19:29 |
| 18 | And I can certainly share anything | 02:19:31 |
| 19 | more with the board with more specifics at | 02:19:33 |
| 20 | a different time. | 02:19:38 |
| 21 | MS. McLAUGHLIN:  Madame Chair, I -- Just to | 02:19:40 |
| 22 | clarify, since my question wasn't | 02:19:41 |
| 23 | answered, Mr. Smith, I'm not asking for | 02:19:44 |
| 24 | proprietary information.  We currently | 02:19:46 |
| 25 | publicly make known that we review | 02:19:48 |

Page 131

| | | |
|---|---|---|
| 1 | students in a county-wide process.  Then | 02:19:50 |
| 2 | the superintendent said we're gonna try | 02:19:53 |
| 3 | and give better geographic diversity on a | 02:19:55 |
| 4 | region-by-region review with pre-allotted | 02:19:57 |
| 5 | slots per region. | 02:20:00 |
| 6 | Now, by getting rid of, as -- as | 02:20:02 |
| 7 | you're saying, the region-by-region | 02:20:05 |
| 8 | pre-allotted slot, then it either goes | 02:20:08 |
| 9 | back to being we're going to ensure | 02:20:12 |
| 10 | minimums across all the middle schools and | 02:20:14 |
| 11 | then the rest of the students are read | 02:20:17 |
| 12 | how?  Are they read in the way we do them | 02:20:19 |
| 13 | now, county-wide, or being read | 02:20:22 |
| 14 | differently?  That's not a secret. | 02:20:25 |
| 15 | That's --  The superintendent told us you | 02:20:27 |
| 16 | were going to read them region by region. | 02:20:30 |
| 17 | You need to tell the board what are | 02:20:32 |
| 18 | you doing.  Beyond the 1.5 as the minimum, | 02:20:35 |
| 19 | are you reading them school by school or | 02:20:39 |
| 20 | are you reading them region by region or | 02:20:40 |
| 21 | are you reading them county-wide as a | 02:20:41 |
| 22 | whole pool?  We need to know that before | 02:20:44 |
| 23 | we vote on this same motion tonight. | 02:20:46 |
| 24 | That's just the responsible thing to do. | 02:20:49 |
| 25 | Otherwise the board members have no idea | 02:20:50 |

Page 132

| | | |
|---|---|---|
| 1 | what we're actually granting the | 02:20:52 |
| 2 | superintendent to do. | 02:20:55 |
| 3 | MR. SMITH:  So there's been --  There's been | 02:20:57 |
| 4 | no discussion about a region by region. | 02:20:58 |
| 5 | We would be looking at those students | 02:21:00 |
| 6 | holistically as a system, as a school | 02:21:02 |
| 7 | system. | 02:21:05 |
| 8 | MS. McLAUGHLIN:  Mr. Smith, it's in the Power | 02:21:06 |
| 9 | Point presentation; and the language of | 02:21:07 |
| 10 | this motion says we're gonna follow | 02:21:09 |
| 11 | what's in the Power Point presentation | 02:21:11 |
| 12 | for option 2, which is to read region by | 02:21:13 |
| 13 | region with allotted slots per region. | 02:21:16 |
| 14 | So unless we're committing to that, | 02:21:19 |
| 15 | it's not happening.  It's not in the | 02:21:23 |
| 16 | motion and, therefore, there's nothing | 02:21:25 |
| 17 | that tells us how the division's going to | 02:21:28 |
| 18 | read these applications.  And that's a | 02:21:31 |
| 19 | transparency piece for both the board and | 02:21:34 |
| 20 | the public. | 02:21:36 |
| 21 | CHAIRWOMAN ANDERSON:  Ms. McLaughlin -- | 02:21:41 |
| 22 | MS. McLAUGHLIN:  (Overspeaking-unintelligible) | |
| 23 | CHAIRWOMAN ANDERSON:  -- if I may offer | 02:21:42 |
| 24 | that -- that second piece -- and this may | 02:21:44 |
| 25 | not be helpful, but I'm hoping that it | 02:21:46 |

Page 133

| | | |
|---|---|---|
| 1 | is.  And I'm trying to find the language. | 02:21:48 |
| 2 | The second piece regarding the | 02:21:50 |
| 3 | school-by-school approach was an | 02:21:53 |
| 4 | amendment to the main motion.  This came | 02:21:55 |
| 5 | from board members.  That's how that got | 02:21:58 |
| 6 | added.  But it is not part of the Power | 02:22:00 |
| 7 | Point. | 02:22:02 |
| 8 | I'm not sure if this is helpful. | 02:22:03 |
| 9 | And, Mr. Foster, if you wouldn't | 02:22:04 |
| 10 | mind offering some additional | 02:22:06 |
| 11 | clarification, that would be helpful as | 02:22:08 |
| 12 | well. | 02:22:12 |
| 13 | MR. FOSTER:  Well, I think Mr. Smith walked | 02:22:12 |
| 14 | through it.  You know, I'm the legal | 02:22:14 |
| 15 | counsel.  I don't do the operations | 02:22:15 |
| 16 | piece.  But I --  My key takeaway is that | 02:22:17 |
| 17 | this will be done on a county-wide basis, | 02:22:20 |
| 18 | as Mr. Smith -- I thought I heard him | 02:22:25 |
| 19 | describe a moment ago.  And I -- I think | 02:22:27 |
| 20 | that's the key -- the key takeaway in | 02:22:29 |
| 21 | response to response to Ms. McLaughlin's | 02:22:31 |
| 22 | question. | 02:22:34 |
| 23 | CHAIRWOMAN ANDERSON:  Thank you. | 02:22:35 |
| 24 | Ms. McLaughlin, I'm happy to put you | 02:22:35 |
| 25 | in a go-back; but I do know your time | 02:22:37 |



Page 134

| | | |
|---|---|---|
| 1 | expired, and we have a couple more | 02:22:39 |
| 2 | speakers. | 02:22:41 |
| 3 | MS. McLAUGHLIN:  (Overspeaking-unintelligible) | |
| 4 | CHAIRWOMAN ANDERSON:  Would you like for me to | 02:22:41 |
| 5 | do that? | 02:22:42 |
| 6 | MS. McLAUGHLIN:  My -- Yes.  Thank you.  My | 02:22:44 |
| 7 | questions are salient and they're not -- | 02:22:45 |
| 8 | they're not clearly answered.  Thank you. | 02:22:46 |
| 9 | CHAIRWOMAN ANDERSON:  Of course. | 02:22:49 |
| 10 | Ms. Omeish, go ahead, followed by | 02:22:50 |
| 11 | Ms. Keys-Gamarra. | 02:22:52 |
| 12 | MS. OMEISH:  Thanks.  And -- and I thank you | 02:22:55 |
| 13 | to my colleagues for indulging me here. | 02:22:57 |
| 14 | I know, you know, I spoke a little bit | 02:22:59 |
| 15 | earlier to a different piece. | 02:23:01 |
| 16 | But I do want to start off by | 02:23:02 |
| 17 | thanking Ms. Pekarsky and Ms. Tholen for | 02:23:04 |
| 18 | the hard work they did put into this.  It | 02:23:06 |
| 19 | was not, you know, without many | 02:23:09 |
| 20 | conversations and back-and-forth and | 02:23:10 |
| 21 | trying to bring folks together.  And that, | 02:23:13 |
| 22 | I -- I just -- I want to publicly | 02:23:15 |
| 23 | recognize that and acknowledge... | 02:23:18 |
| 24 | MR. SMITH:  She wants to know how we're going | 02:23:24 |
| 25 | to -- how we're going to place students. | 02:23:25 |

Page 135

| | | |
|---|---|---|
| 1 | MS. OMEISH:  Right. | 02:23:28 |
| 2 | CHAIRWOMAN ANDERSON:  Mr. Smith --  I'm sorry. | 02:23:29 |
| 3 | MS. OMEISH:  I think we're good now.  I think | 02:23:31 |
| 4 | we're good now.  Okay. | 02:23:35 |
| 5 | CHAIRWOMAN ANDERSON:  Okay. | 02:23:38 |
| 6 | MS. OMEISH:  Sorry.  I just want to make sure | 02:23:38 |
| 7 | that that's something that is said and | 02:23:39 |
| 8 | recognized by all of us. | 02:23:41 |
| 9 | I -- I -- I also am careful here. | 02:23:44 |
| 10 | I will support this for -- you know, with | 02:23:47 |
| 11 | the understanding that we're moving | 02:23:49 |
| 12 | forward here with a number of amendments | 02:23:51 |
| 13 | and options as to how to make this better. | 02:23:53 |
| 14 | My fear is, you know, we move away from -- | 02:23:56 |
| 15 | we've already moved away from the -- the | 02:23:59 |
| 16 | quantitative test, for lack of a better | 02:24:01 |
| 17 | way of articulating it, let's say the | 02:24:03 |
| 18 | standardized test; but we are now facing a | 02:24:06 |
| 19 | quasi test of a different form; and unless | 02:24:09 |
| 20 | we're intentional with additional pieces, | 02:24:13 |
| 21 | I worry about finding ourselves in the | 02:24:16 |
| 22 | same place as was tried years ago. | 02:24:18 |
| 23 | I -- I am, you know, particularly | 02:24:22 |
| 24 | appreciative of the 1.5 piece that's here; | 02:24:23 |
| 25 | and I look forward to seeing the -- the | 02:24:26 |

Page 136

| | | |
|---|---|---|
| 1 | additional motions that will bring us | 02:24:27 |
| 2 | along further. | 02:24:29 |
| 3 | At the end of the day, I know folks | 02:24:31 |
| 4 | have shared, you know, their personal | 02:24:33 |
| 5 | experiences with TJ and -- and these kinds | 02:24:36 |
| 6 | of institutions or these programs, and I | 02:24:37 |
| 7 | haven't shared before with my colleagues | 02:24:41 |
| 8 | or with the public that these things are | 02:24:44 |
| 9 | personal to me, too; right?  I mean, I -- | 02:24:47 |
| 10 | I'm some -- I'm one of those kid.  I'm | 02:24:49 |
| 11 | one of those students whose parents | 02:24:51 |
| 12 | expected no less than 100 percent on every | 02:24:52 |
| 13 | assignment ever; and, you know, ended up | 02:24:54 |
| 14 | my siblings and I, in competitive places. | 02:24:58 |
| 15 | And it's because of that, and it's because | 02:25:02 |
| 16 | of what I saw of disparity as I, you know, | 02:25:04 |
| 17 | got lucky in these opportunities that I'm | 02:25:07 |
| 18 | so passionate about wanting to make sure | 02:25:09 |
| 19 | this was accessible for students. | 02:25:11 |
| 20 | At the end of the day, in trying to | 02:25:13 |
| 21 | bring us together and in the spirit of | 02:25:15 |
| 22 | what Ms. Pekarsky and Ms. Tholen brought | 02:25:16 |
| 23 | this forward to do, there are | 02:25:18 |
| 24 | philosophical questions here that make | 02:25:21 |
| 25 | this a very difficult conversation to | 02:25:24 |

Page 137

| | | |
|---|---|---|
| 1 | have, let alone have the community on the | 02:25:25 |
| 2 | same page about.  Right? | 02:25:28 |
| 3 | Like what is the role of TJ?  Is it | 02:25:29 |
| 4 | a place of opportunity?  Is it an | 02:25:31 |
| 5 | incubator for STEM talent?  These are | 02:25:33 |
| 6 | questions that remain in a conversation | 02:25:35 |
| 7 | that needs to be resolved. | 02:25:37 |
| 8 | What is hard work?  What does it | 02:25:39 |
| 9 | mean to earn something or be deserving of | 02:25:40 |
| 10 | an opportunity?  And where does that fit | 02:25:43 |
| 11 | and fit with our societal realities? | 02:25:46 |
| 12 | Whose role is it to address systemic | 02:25:49 |
| 13 | injustices that we know are a factor of | 02:25:51 |
| 14 | our realities?  Is that -- To what extent | 02:25:54 |
| 15 | is our school board responsible for making | 02:25:58 |
| 16 | decisions that attempt to correct or | 02:26:01 |
| 17 | address or modify different pieces of | 02:26:03 |
| 18 | what's going on out there? | 02:26:06 |
| 19 | So -- And finally -- | 02:26:08 |
| 20 | (Bell ringing) | |
| 21 | MS. OMEISH:  -- what does it mean "gifted"? | 02:26:09 |
| 22 | So I leave -- you know, I want to | 02:26:12 |
| 23 | conclude by saying there are a number of | 02:26:13 |
| 24 | philosophical questions that -- that | 02:26:14 |
| 25 | bring us here; and I hope our community | 02:26:15 |



Page 138

```
 1    isn't entirely dismayed, because I think       02:26:17
 2    we can work through with some of the           02:26:20
 3    motions that are coming forward.               02:26:21
 4    CHAIRWOMAN ANDERSON:  Thank you, Ms. Omeish.   02:26:23
 5    Ms. Keys-Gamarra?                              02:26:26
 6    MS. KEYS-GAMARRA:  Yes.  I'm happy to follow   02:26:31
 7    my colleague because I do think that this      02:26:32
 8    is an extremely -- It's very difficult         02:26:37
 9    for us to come to the same place.  And I       02:26:40
10    have a problem -- I -- Every time I            02:26:44
11    hear the phrase "holistic," it reminds me      02:26:46
12    of all those things that look as though        02:26:50
13    we're evaluating people based on their         02:26:53
14    merits but that they also provide places       02:26:56
15    where racism can hide.                         02:27:01
16        If we examine what we have done with       02:27:04
17    TJ over the years in trying to achieve         02:27:06
18    progress and trying to improve diversity,      02:27:10
19    it has always been under the name of           02:27:14
20    holistic.                                      02:27:16
21        And so I appreciate my colleagues          02:27:17
22    trying to get here in a way that was           02:27:21
23    comfortable for their conscience, but I        02:27:25
24    must advocate that we keep pressing.           02:27:29
25    And -- and so I am glad to see that we         02:27:33
```

Page 139

```
 1    have these percentages that will come from    02:27:38
 2    every middle school, but I think it's          02:27:41
 3    telling we're talking about 1.5 percent;       02:27:45
 4    because that tells the public that we have      02:27:48
 5    middle schools where we didn't even have        02:27:51
 6    1.5 percent; and that was happening while       02:27:54
 7    we were applying a holistic evaluation for      02:27:58
 8    TJ.                                             02:28:07
 9        So I -- You know, I understand.             02:28:07
10    I -- And I get it.  But just for my             02:28:09
11    colleagues, those words, "holistic,"            02:28:13
12    "merit," don't mean a lot for certain          02:28:16
13    communities.  It doesn't mean that             02:28:19
14    something positive is happening, because       02:28:23
15    those are the very things that have been        02:28:25
16    used to keep out people from                    02:28:29
17    underrepresented groups.                        02:28:31
18        And as my son said, it's as if             02:28:33
19    people think these people haven't been         02:28:36
20    working hard, when in fact they are.           02:28:38
21        The second thing I want to say is I        02:28:41
22    just saw a -- an advertisement for one of      02:28:43
23    these schools that helps kids get ready        02:28:47
24    for TJ and they -- they said in their          02:28:50
25    advertisement "they're ready for the           02:28:53
```

Page 140

```
 1    changes that FCPS is making."                  02:28:55
 2        So we have to be super-super               02:28:58
 3    diligent; and I just want to encourage my      02:29:00
 4    colleagues to please say diligent because      02:29:04
 5    we cannot afford to even slip back even        02:29:07
 6    unconsciously back into business as usual.     02:29:10
 7    Thank you.                                      02:29:14
 8    CHAIRWOMAN ANDERSON:  Thank you,               02:29:17
 9    Ms. Keys-Gamarra.                               02:29:18
10    I will very briefly -- I will very,            02:29:19
11    very briefly take my turn in this matter.      02:29:22
12        Clearly as someone who seconded the        02:29:25
13    motion for the previous option, I -- I         02:29:28
14    will not be support of this -- I will not      02:29:31
15    be in support of this proposal for the         02:29:33
16    very many reasons that Ms. Keys-Gamarra        02:29:36
17    and Ms. Omeish have stated.                     02:29:38
18        1.5, I don't believe, is aggressive        02:29:42
19    enough to counter some of the                   02:29:44
20    overrepresentation that exists with our        02:29:46
21    current system.  As someone who represents     02:29:49
22    an area where very few of our kids are         02:29:51
23    identified for TJ admissions, the message      02:29:55
24    that it sends is clear, that our kids are      02:29:58
25    not ready, that our kids are not there;        02:30:01
```

Page 141

```
 1    and that is just not true.  It is the lack     02:30:04
 2    of opportunity that has stopped or              02:30:06
 3    prevented the children from our schools in     02:30:10
 4    Mason District to have access to TJ.           02:30:13
 5        You know, I am dismayed by some of         02:30:16
 6    the inferences regarding why some               02:30:19
 7    communities have access to TJ and why some     02:30:22
 8    communities do not.  But what it is not is     02:30:25
 9    the fault of the children.  We have not        02:30:28
10    removed enough barriers.                        02:30:30
11        As I shared earlier, the school            02:30:32
12    board moved on increasing TJ capacity.         02:30:34
13    The school board moved on removing the         02:30:37
14    application test.  It moved on removing on     02:30:39
15    the fee.  While these things are               02:30:43
16    important, they are insufficient; and I        02:30:45
17    find that to be the case with this motion      02:30:48
18    as well.                                        02:30:51
19        Now we will have go-backs.                 02:30:53
20        Ms. McLaughlin, you have a                  02:30:55
21    two-minute go-back.  Go ahead.                 02:30:57
22    MS. McLAUGHLIN:  Thank you.  Yes, as I was     02:31:09
23    trying to get clarity from Dr. Brabrand        02:31:11
24    and Mr. Smith, I just want to reiterate,       02:31:14
25    we know that this motion, in a very good       02:31:18
```



Page 142

| | | |
|---|---|---|
| 1 | way, is looking to make sure we have | 02:31:21 |
| 2 | greater geographic diversity in our | 02:31:23 |
| 3 | county across all of our middle schools; | 02:31:26 |
| 4 | but for the remaining slots that are not | 02:31:30 |
| 5 | apportioned to each of these middle | 02:31:33 |
| 6 | schools, how then are they done? | 02:31:34 |
| 7 | Because, again, according to option 2 on | 02:31:38 |
| 8 | how the superintendent lays it out and | 02:31:41 |
| 9 | how this motion language states it, that | 02:31:43 |
| 10 | we're gonna follow his hybrid holistic -- | 02:31:46 |
| 11 | or, sorry, his holistic option, that | 02:31:48 |
| 12 | required the region-by- region | 02:31:51 |
| 13 | pre-apportioned slots. | 02:31:57 |
| 14 | So is this going to be now a | 02:31:59 |
| 15 | county-wide pool for the remaining seats? | 02:32:02 |
| 16 | That has not been -- | 02:32:06 |
| 17 | SUPERINTENDANT BRABRAND:  Yes.  The answer is | 02:32:08 |
| 18 | yes.  That's correct. | 02:32:09 |
| 19 | MR. SMITH:  Yes, it will be a county-wide | 02:32:11 |
| 20 | pool.  The -- the 1.5 addresses the -- | 02:32:13 |
| 21 | the regional approach and the remaining | 02:32:16 |
| 22 | students would be holistically reviewed | 02:32:18 |
| 23 | as a county. | 02:32:22 |
| 24 | MS. McLAUGHLIN:  Okay.  I mean, I -- I think | 02:32:24 |
| 25 | that with that question, listening to our | 02:32:26 |

Page 143

| | | |
|---|---|---|
| 1 | community, even those who are concerned | 02:32:28 |
| 2 | about how we were addressing academic | 02:32:32 |
| 3 | merit and achievement in the school -- in | 02:32:36 |
| 4 | the selection process, I heard | 02:32:38 |
| 5 | universally a desire that we would like | 02:32:40 |
| 6 | to have TJ more reflective of our | 02:32:42 |
| 7 | community and to have more geographic | 02:32:45 |
| 8 | representation of students who are with | 02:32:48 |
| 9 | backgrounds of poverty that are not | 02:32:53 |
| 10 | represented there, ELL, special ed, all | 02:32:54 |
| 11 | of it. | 02:32:57 |
| 12 | And so I --  I --  My --  My | 02:32:57 |
| 13 | greatest reservation is somewhat to what | 02:33:02 |
| 14 | Ms. Keys-Gamarra said.  We did have | 02:33:04 |
| 15 | holistic admissions in place and I -- I | 02:33:07 |
| 16 | have seen holistic admissions work | 02:33:09 |
| 17 | extremely successfully at the college | 02:33:12 |
| 18 | level.  I don't know what happened with | 02:33:14 |
| 19 | our implementation efforts with FCPS's | 02:33:16 |
| 20 | admissions process; but it wasn't working | 02:33:19 |
| 21 | So this is a step forward.  I --  I | 02:33:24 |
| 22 | do want to apologize to the public.  I | 02:33:27 |
| 23 | don't think this is at all appropriate | 02:33:29 |
| 24 | that things were not posted, even for | 02:33:31 |
| 25 | board members to see until 4:30 this | 02:33:34 |

Page 144

| | | |
|---|---|---|
| 1 | afternoon; and that's what's giving me | 02:33:37 |
| 2 | pause about supporting this. | 02:33:39 |
| 3 | I like to be able to review things. | 02:33:40 |
| 4 | I like to be able to vet things and I like | 02:33:42 |
| 5 | to be able to be informed when I make a | 02:33:45 |
| 6 | decision; and this is -- this has been | 02:33:49 |
| 7 | uncomfortable. | 02:33:51 |
| 8 | I do want to thank Ms. Pekarsky -- | 02:33:51 |
| 9 | (Bell ringing) | 02:33:53 |
| 10 | MS. McLAUGHLIN:  -- and Ms. Tholen for their | 02:33:53 |
| 11 | hard work, but there's just been way too | 02:33:55 |
| 12 | much change happening and so I -- I'm -- | 02:33:58 |
| 13 | I'm not. | 02:34:02 |
| 14 | Thank you. | 02:34:03 |
| 15 | CHAIRWOMAN ANDERSON:  Thank you. | 02:34:04 |
| 16 | And now Ms. Corbett Sanders, and | 02:34:05 |
| 17 | she's the last speaker.  I will call for | 02:34:08 |
| 18 | the vote. | 02:34:10 |
| 19 | MS. CORBETT SANDERS:  Thank you.  I just | 02:34:12 |
| 20 | wanted to clarify for people so they got | 02:34:13 |
| 21 | an understanding.  In the Mount Vernon | 02:34:16 |
| 22 | region immediately, we would end up with | 02:34:19 |
| 23 | 12 seats coming from Sandburg.  We | 02:34:23 |
| 24 | would --  Where we have no seats today at | 02:34:28 |
| 25 | Whitman and the current probability of | 02:34:32 |

Page 145

| | | |
|---|---|---|
| 1 | getting an admission to TJ is about 1 in | 02:34:35 |
| 2 | 456 from Whitman -- or 1 in 476, | 02:34:39 |
| 3 | immediately next year you would have 7 | 02:34:44 |
| 4 | children admitted from Whitman. | 02:34:46 |
| 5 | South County Middle School would | 02:34:49 |
| 6 | have an increase, would be doubling their | 02:34:51 |
| 7 | representation from South County. | 02:34:54 |
| 8 | Hayfield would be improving their | 02:34:57 |
| 9 | representation by something like 7-fold. | 02:34:59 |
| 10 | And in the Mason District, you have | 02:35:04 |
| 11 | Poe, which has been significantly | 02:35:07 |
| 12 | underrepresented.  They would immediately | 02:35:09 |
| 13 | have 5 students admitted. | 02:35:11 |
| 14 | And at Holmes, where they have | 02:35:13 |
| 15 | one -- actually zero, they would | 02:35:17 |
| 16 | immediately have 5 students, based on | 02:35:18 |
| 17 | their population. | 02:35:21 |
| 18 | And so this is a significant change | 02:35:22 |
| 19 | in our approach, and it is one that I | 02:35:26 |
| 20 | encourage my -- my colleagues to please | 02:35:28 |
| 21 | support ensuring that we do have this | 02:35:31 |
| 22 | greater diversity coming into TJ | 02:35:34 |
| 23 | immediately next year. | 02:35:37 |
| 24 | Thank you. | 02:35:39 |
| 25 | CHAIRWOMAN ANDERSON:  Thank you. | 02:35:40 |



37 (Pages 142 to 145)

Page 146

1    Ms. Keys-Gamarra, did you want a          02:35:41
2    go-back or was your hand up from before?  02:35:43
3    MS. KEYS-GAMARRA: Just very, very quickly. 02:35:46
4    CHAIRWOMAN ANDERSON: Go ahead.            02:35:49
5    MS. KEYS-GAMARRA: I -- Yes. I -- I        02:35:50
6    understand -- and thank you for that,     02:35:52
7    Ms. Corbett Sanders.                      02:35:54
8        I understand that 1.5 percent is      02:35:55
9    more than we have now. But I think it's a 02:35:58
10   shame that we're starting at this point.  02:36:00
11   And so I just -- You know, there was an   02:36:03
12   old -- Something is better than nothing.  02:36:05
13   Certainly, it's a move forward.           02:36:08
14       I urge my colleagues to please look   02:36:10
15   at these additional follow-ons so that we 02:36:12
16   can make sure that we remain diligent.    02:36:15
17       For us to be talking about 1.5        02:36:18
18   percent as an improvement at this point,  02:36:20
19   you know, is -- is just not where I, as a 02:36:23
20   board member, want it to be.              02:36:26
21       And so I urge us to not only support  02:36:28
22   this but to con -- to support the         02:36:31
23   additional amendments and follow-ons so   02:36:32
24   that we can make sure that we are laser   02:36:35
25   focused and not being distracted and      02:36:38

Page 147

1    allowing this to get away from us any     02:36:42
2    more.                                     02:36:45
3        Thank you.                            02:36:46
4    CHAIRWOMAN ANDERSON: Thank you. Ms. Tholen, 02:36:47
5    did you like -- would you like a go-back? 02:36:50
6        (No response.)                        02:36:55
7        Thank you.                            02:36:58
8        Ms. Mc -- I'm sorry. Ms. Tholen,      02:36:58
9    are you wanting to speak or not? I'm --   02:37:01
10   Your hand keeps going up and down. Please 02:37:04
11   confirm.                                  02:37:07
12   MS. THOLEN: I'm sorry. Too many buttons.  02:37:08
13       I would like to speak if I can.       02:37:11
14   CHAIRWOMAN ANDERSON: Go ahead.            02:37:13
15   MS. THOLEN: I just wanted to clarify that 02:37:13
16       the -- Can you hear me okay?          02:37:16
17   CHAIRWOMAN ANDERSON: Yes. Please go ahead. 02:37:20
18   MS. THOLEN: My computer just--            02:37:24
19       I just wanted to clarify that the     02:37:25
20   1.5 is a minimum number for each middle   02:37:27
21   school; so it is possible that the -- you 02:37:30
22   know, any particular middle school would  02:37:34
23   have more than that medium -- or, I'm     02:37:36
24   sorry, the minimum number.                02:37:38
25       Also, the 1.5 percent is, if you add  02:37:41

Page 148

1    it all together, across all the middle    02:37:47
2    schools, it comes up to more than a half  02:37:48
3    of -- it's like .55 of the total number of 02:37:51
4    seats that we would approximate for        02:37:55
5    Fairfax County.                           02:37:57
6        If we went even to 2 percent and we   02:37:58
7    applied this process across all of the    02:38:01
8    middle schools in all the jurisdictions   02:38:04
9    that are -- would have students attending, 02:38:06
10   we would be over the capacity of the      02:38:09
11   school.                                   02:38:12
12       So, although 1.5 seems like a very    02:38:14
13   small number, it really is in fact not    02:38:15
14   such a small number; but I do completely  02:38:18
15   agree with my colleague, Ms. Keys-Gamarra. 02:38:22
16   This is just the beginning. And, you      02:38:25
17   know, one of the reasons I'm so excited   02:38:28
18   about this is because, you know, looking  02:38:29
19   at it from a perspective of, you know, a  02:38:31
20   Herndon Middle School, for example, in    02:38:34
21   Jamesville, you know, now we are really   02:38:36
22   incentivizing, you know, staff and people 02:38:38
23   in that school to get -- to find the      02:38:41
24   students that will really do well at TJ   02:38:44
25   and then to keep moving forward in the -- 02:38:47

Page 149

1    in our outreach processes. But it also    02:38:49
2    allows schools like Cooper and Longfellow 02:38:52
3    to send students as well.                 02:38:55
4        So I just wanted to clarify some of   02:38:58
5    those points.                             02:39:03
6    CHAIRWOMAN ANDERSON: Thank you very much, 02:39:05
7    Ms. Tholen.                               02:39:06
8        Ms. McLaughlin, was your hand up      02:39:07
9    again or was just that up -- was it up    02:39:09
10   from before?                              02:39:11
11   MS. McLAUGHLIN: No, I had it up because I 02:39:13
12   have a question about how we determine    02:39:15
13   which pool a student is in based on their 02:39:19
14   middle school.                            02:39:22
15   CHAIRWOMAN ANDERSON: Okay. Go ahead.      02:39:25
16   MS. McLAUGHLIN: Thank you.                02:39:27
17   CHAIRWOMAN ANDERSON: And then after       02:39:27
18       Ms. McLaughlin's questions, we will -- I 02:39:28
19       will call for the vote.               02:39:30
20   MS. McLAUGHLIN: So, again, maybe Mr. Smith 02:39:33
21       can answer this question. In terms of 02:39:34
22       when we talk about these middle schools, 02:39:38
23       are the students being reviewed and   02:39:41
24       identified based on the middle school 02:39:44
25       that they attend versus what their base 02:39:46


MAGNA
LEGAL SERVICES

Page 150

```
 1    school is?  And -- And the reason I ask        02:39:49
 2    is because when we're dealing with AAP        02:39:51
 3    centers, I'm trying to get an                 02:39:54
 4    understanding of how -- how a student         02:39:56
 5    gets designated in the review process.        02:40:01
 6  MR. SMITH:  Certainly.  We're looking at those  02:40:04
 7    students by attending school.                 02:40:06
 8  MS. McLAUGHLIN:  Okay.  So -- So, again,        02:40:09
 9    it -- Even if a student has left their        02:40:11
10    neighborhood middle school to attend an       02:40:13
11    AAP center, that -- it's the center that      02:40:15
12    becomes their designated middle school        02:40:18
13    for the review process.                       02:40:20
14  MR. SMITH:  Exactly.                            02:40:23
15  MS. McLAUGHLIN:  Okay.  Thank you.              02:40:24
16  CHAIRWOMAN ANDERSON:  Thank you.  As this       02:40:26
17    As Ms. McLaughlin is our last speaker, I      02:40:28
18    will now call for the vote on the motion      02:40:30
19    before us, which is:  I move to require       02:40:33
20    that the -- I'm so sorry.  I've lost my       02:40:42
21    document here.  Please give me a minute.      02:40:45
22    Okay, folks.  I apologize.  This language     02:40:59
23    is off here.                                  02:41:01
24        ...which is that I move to direct         02:41:05
25    the superintendent to revise the TJ           02:41:06
```

Page 151

```
 1    process, the T -- the admissions process      02:41:09
 2    for TJ High School using the holistic         02:41:11
 3    review process outlined on pages 10, 11       02:41:14
 4    and 12 of the superintendent's               02:41:17
 5    presentation to the board on December 7.      02:41:18
 6        The superintendent's holistic            02:41:21
 7    process must be modified to establish that    02:41:23
 8    as part of the review process, the top 1.5    02:41:25
 9    of the 8th grade class at each public         02:41:28
10    middle school who meets the minimum           02:41:30
11    standards base on GPA and core classes,       02:41:33
12    student portrait sheet, problem-solving       02:41:36
13    essay, and experience factors will be         02:41:39
14    eligible for admission.                       02:41:41
15        All in favor?                             02:41:44
16        We have Ms. Corbett Sanders,             02:41:48
17    Ms. Meren, Ms. Keys-Gamarra, Ms. Cohen,       02:41:50
18    Ms. Pekarsky, Ms. Sizemore Heizer,           02:41:54
19    Ms. Tholen, Ms. Omeish, Ms. Derenak          02:41:57
20    Kaufax, Mr. Frisch.                           02:42:00
21        Thank you.  Please lower your hands.      02:42:04
22        All against?                              02:42:10
23        We have myself.                           02:42:14
24        Those who are abstaining?                02:42:17
25        We have Ms. McLaughlin.                   02:42:20
```

Page 152

```
 1        The motion carries.                       02:42:21
 2        At this time I call on Ms. Omeish         02:42:26
 3    for a motion.                                 02:42:35
 4  MS. OMEISH:  All right.  Madame Chair, I move   02:42:39
 5    to require that the test, the essay and       02:42:41
 6    the student information sheet, be             02:42:43
 7    administered locally at each middle           02:42:44
 8    school to all eligible students, those        02:42:46
 9    who meet the 3.5 GPA and Algebra I            02:42:49
10    requirements and to provide the              02:42:50
11    opportunity to opt out of taking the          02:42:52
12    test, should they so choose by the            02:42:53
13    admissions cycle for the class of 2026,       02:42:55
14    meaning next year.  To opt out would be       02:42:58
15    to eliminate oneself from consideration       02:43:00
16    for TJ.                                       02:43:04
17  CHAIRWOMAN ANDERSON:  Thank you.               02:43:04
18        A second?                                 02:43:05
19        Ms. Cohen, thank you.                     02:43:07
20        Ms. Omeish, would you like to speak      02:43:08
21    to your motion?                               02:43:09
22  MS. OMEISH:  Yes.  Thank you.                   02:43:11
23        This is an extremely important piece     02:43:12
24    to ensuring the success or, you know,         02:43:14
25    achieving the goals of what we seek from      02:43:17
```

Page 153

```
 1    this plan.  I know, you know, I sent it to    02:43:19
 2    my colleagues about a month ago.  I've had    02:43:21
 3    many discussions with folks.                  02:43:23
 4        To just make this simple, we're          02:43:25
 5    saying that instead of having students        02:43:28
 6    sign up for this test and go to a location    02:43:30
 7    they're unfamiliar with, we would like our    02:43:33
 8    staff to work towards understand --  You      02:43:35
 9    know, the compromise here not being this      02:43:38
10    year, understanding the logistical needs      02:43:40
11    to get us here, but to have all students      02:43:42
12    who qualify for the initial threshold who     02:43:45
13    exhibit the potential and aptitude and        02:43:48
14    capability to then have the opportunity to    02:43:51
15    take this test; and that it would be done     02:43:55
16    at their local middle school, a place         02:43:56
17    they're familiar with, to avoid               02:43:58
18    essentially the active barriers that we       02:44:00
19    all know are implementation challenges of     02:44:02
20    ensuring everyone knows things are            02:44:04
21    inaccessible, languages that, you know,       02:44:07
22    that a parent sees that letter or that        02:44:09
23    they receive it and understand what it's      02:44:11
24    about, and that students have a more -- a     02:44:13
25    more proper way of being informed about TJ    02:44:16
```



Page 154

1    and what it has to offer, with, of course,          02:44:18
2    a chance to opt out if they would like.             02:44:20
3    CHAIRWOMAN ANDERSON:  Thank you very much.          02:44:24
4         Ms. Cohen, would you like to speak             02:44:25
5    to your second?                                     02:44:26
6    MS. COHEN:  Yeah.  I just think if we keep          02:44:29
7    talking about expanding opportunity and             02:44:30
8    eliminating barriers, what better way               02:44:33
9    than to have kids be able to take the --            02:44:36
10   do the student information sheet and the            02:44:39
11   problem-solving essay at their home base            02:44:41
12   and -- and not have to rely on scheduling           02:44:45
13   transportation, all of that good stuff.             02:44:48
14        So I -- I'm grateful to Ms. Omeish             02:44:52
15   for bringing this up, and I support it 100          02:44:53
16   percent.                                            02:44:57
17   CHAIRWOMAN ANDERSON:  Thank you.                    02:44:58
18        Other school board members wishing             02:44:58
19   to speak to this motion?                            02:45:00
20        Ms. Corbett Sanders?                           02:45:01
21   MS. CORBETT SANDERS:  Yes.  I want to thank         02:45:03
22   Ms. Omeish for this motion.  We've been             02:45:04
23   speaking -- talking about it for several            02:45:07
24   weeks; and I think this is one of my                02:45:08
25   favorite parts of this evening's                    02:45:10

Page 155

1    follow-on motions, because what this does           02:45:12
2    is it puts into action what we've been              02:45:16
3    talking about, about access to                      02:45:18
4    opportunities and opportunities for every           02:45:21
5    child who has demonstrated capabilities             02:45:27
6    in the courses they've taken and the --             02:45:30
7    It makes it easy because they get to try            02:45:34
8    and they get to be part of the solution,            02:45:38
9    which is to go --  If they want to, they            02:45:42
10   get to go to TJ based on being able to              02:45:45
11   start their local school and participate            02:45:48
12   in this process.  So we are eliminating a           02:45:51
13   barrier and creating opportunities.                 02:45:53
14        Thank you, Ms. Omeish, for your                02:45:56
15   leadership in this area.                            02:45:57
16   CHAIRWOMAN ANDERSON:  Ms. Keys-Gamarra?             02:46:01
17   MS. KEYS-GAMARRA:  Yes.  I -- I just would          02:46:04
18   like some clarification.  And I'm sorry.            02:46:05
19   I apologize to Ms. Omeish.  I have not              02:46:07
20   been able to talk with her today, and we            02:46:10
21   can chat about that later, but --  So               02:46:12
22   can -- can I just clarify?  I'm sorry.              02:46:18
23   Because I really want to support this.              02:46:20
24   It's --                                             02:46:22
25   CHAIRWOMAN ANDERSON:  No.  Go ahead.                02:46:23

Page 156

1    MS. KEYS-GAMARRA:  -- it seems as if -- I           02:46:24
2    think you're saying that kids would be              02:46:26
3    able to do all -- meet all the                      02:46:29
4    requirements at their local school;                 02:46:31
5    right?  Fill out the forms -- I'm asking            02:46:34
6    Ms. Omeish -- fill out the forms,                   02:46:36
7    etcetera.  But how -- I'm unclear as to             02:46:38
8    how that's a opt-out as opposed to an               02:46:42
9    opt-in.                                             02:46:45
10        I guess that's where my -- I am                02:46:45
11   confused about that.  I'm -- I apologize.           02:46:47
12   CHAIRWOMAN ANDERSON:  Ms. Omeish --                 02:46:52
13   MS. OMEISH:  So as a --                             02:46:52
14   CHAIRWOMAN ANDERSON:  -- would you like to          02:46:53
15   speak?                                              02:46:55
16   MS. OMEISH:  Yeah.  Thanks for that, and            02:46:55
17   thanks for recognizing me.                          02:46:56
18        Ms. Keys-Gamarra, I do remember us            02:46:57
19   chatting about this a little bit in trying          02:46:59
20   to solicit your support.                            02:47:01
21   MS. KEYS-GAMARRA:  We did.                          02:47:02
22   MS. OMEISH:  We fought.                             02:47:02
23   MS. KEYS-GAMARRA:  I still didn't get it.  I'm      02:47:03
24   sorry.                                              02:47:04
25   MS. OMEISH:  No worries at all.                     02:47:05

Page 157

1    MS. KEYS-GAMARRA:  It was a very busy week.         02:47:06
2    MS. OMEISH:  Yes.                                   02:47:07
3    MS. KEYS-GAMARRA:  I was fighting for the           02:47:07
4    children all day.  I was fighting for the           02:47:09
5    children.                                           02:47:11
6    MS. OMEISH:  I believe it.  I believe it.           02:47:11
7         So just to clarify here, the -- The           02:47:14
8    challenges with our outreach plan, we're           02:47:16
9    sending out a letter to folks to tell them          02:47:18
10   that this is an opportunity for them.              02:47:20
11   Right?  Instead, I would like for us to            02:47:21
12   see that students are -- essentially, you          02:47:25
13   know, that there's that day when they're           02:47:29
14   gonna be -- they have the opportunity to           02:47:32
15   take this test.  And so --  And --  And            02:47:33
16   they are welcome to opt out, again, if             02:47:35
17   this is not something they would like.             02:47:37
18        But that's the difference here.              02:47:38
19   Rather than counting on them to -- or              02:47:40
20   their parents, really, on their parents           02:47:42
21   receiving this letter and understanding,          02:47:44
22   you know, the -- the opportunity that TJ          02:47:47
23   is, knowing the challenges that parents          02:47:49
24   have in this county and the disparities          02:47:51
25   that are out there, we are already giving         02:47:53



Page 158

```
1    them that shot and allowing them to opt        02:47:55
2    out if they don't want to.                     02:47:57
3    MS. KEYS-GAMARRA:  So you mean like the way we  02:47:59
4    make our PSAT tests available in high          02:48:02
5    schools, you want whatever requirements        02:48:04
6    that would necessarily be a part of            02:48:08
7    getting into TJ to be done at the local        02:48:10
8    school.  Is that what you're saying?           02:48:13
9    MS. OMEISH:  The idea -- It's -- It's closer    02:48:15
10   to the AAP, really, the way we do AAP,         02:48:17
11   where it's kind of a -- You know, you          02:48:20
12   have it -- There's universal screeners         02:48:22
13   there; right?  But here it's limited to        02:48:25
14   students who are eligible.                     02:48:27
15   MS. KEYS-GAMARRA:  Uh-huh.  Okay.  Okay.        02:48:30
16   MS. OMEISH:  So it will be in align -- in a     02:48:32
17   better alignment with that program.            02:48:33
18   MS. KEYS-GAMARRA:  Okay.  All right.  Thank     02:48:36
19   you.                                           02:48:37
20   CHAIRWOMAN ANDERSON:  Thank you.               02:48:38
21   Ms. Meren?                                      02:48:42
22   MS. MEREN:  Thanks.                            02:48:45
23   Ms. Omeish, I too want to support              02:48:47
24   this and increasing the access.                02:48:49
25   My question for you and perhaps                02:48:52
```

Page 159

```
1    Dr. Brabrand or Mr. Smith is:  What's the      02:48:54
2    budgetary implication of doing this in         02:48:57
3    terms of the cost to provide this service      02:49:00
4    and the staffing to stand this up?  Do we      02:49:02
5    have any idea of projections of how many       02:49:05
6    take advantage of this?                        02:49:09
7    MS. OMEISH:  So I've totally done my homework   02:49:10
8    and, you know, staff can correct me if I       02:49:12
9    say anything wrong.  But essentially, as       02:49:14
10   I understand it, right now, in the way         02:49:18
11   we've been doing this, we require              02:49:20
12   screeners for about 1,000 students, based      02:49:22
13   on how many semifinalists we have.  With       02:49:24
14   this new process that we have just voted       02:49:27
15   in, we're gonna end up having about 3,000      02:49:29
16   students that need to be -- that need          02:49:33
17   screeners to review essays, etcetera.          02:49:36
18   Okay?  So that's an increase of about          02:49:38
19   2,000.                                         02:49:40
20   If we're looking at evaluating all             02:49:40
21   our students, which is a critical             02:49:42
22   component even for that 1.5 percent, to       02:49:44
23   make sure we really identify those kids       02:49:46
24   who have the talent and the STEM              02:49:48
25   potential; but, anyway, so we're looking      02:49:50
```

Page 160

```
1    at about 4,000 total FCPS students; and if     02:49:53
2    we're gonna account for everyone else --       02:49:57
3    private schools, external, you know,           02:49:59
4    outside schools -- the estimation, I think     02:50:00
5    it's a little bit of a stretch, but I'll       02:50:03
6    give it to Mr. Shughart, it's about 5,000.     02:50:05
7    Okay?  So that's an additional 2,000 or        02:50:08
8    so.                                            02:50:10
9    But the idea here, because it's --             02:50:11
10   it's a very difficult thing for staff to       02:50:13
11   accomplish and do all 4,000, we're saying      02:50:15
12   All right.  This year, we'll increase the      02:50:17
13   2,000, based on our plan and the following     02:50:19
14   year we capture everybody by doing the         02:50:21
15   additional 2,000.  With the consideration      02:50:24
16   from the budget perspective of all the         02:50:26
17   expenses of proctoring the test and the        02:50:29
18   cost of the test itself, which used to be      02:50:31
19   an expense that we had, so that we no           02:50:35
20   longer will be having.                         02:50:38
21   So that's part of the thinking                 02:50:40
22   around this.  And, of course, I leave the      02:50:42
23   room for staff to step in here if they         02:50:44
24   want to contribute anything else.              02:50:46
25   MR. SMITH:  So I would certainly add that       02:50:49
```

Page 161

```
1    there are logistical issues for us to          02:50:50
2    consider, as we think about providing the      02:50:53
3    different components of the process for         02:50:57
4    students across the county equitably.          02:50:59
5    We normally do this in a -- in a               02:51:04
6    confined environment now, so that for test     02:51:06
7    security and specifically for security         02:51:09
8    around the problem- solving essay.  And so     02:51:13
9    there are certainly logistical issues for      02:51:16
10   us to -- to work through; and the              02:51:18
11   additional need for readers as part of the     02:51:21
12   process would be another consideration for     02:51:24
13   us.  But, again, having time to -- to work     02:51:27
14   with our middle schools, work with our         02:51:31
15   staff to consider what some of these other     02:51:33
16   issues might be, we'd have to take some        02:51:35
17   time to look at that.                          02:51:37
18   CHAIRWOMAN ANDERSON:  Thank you, Mr. Smith      02:51:41
19   MR. SMITH:  Yes.                               02:51:43
20   CHAIRWOMAN ANDERSON:  Ms. Meren?               02:51:43
21   MS. MEREN:  Yeah.  Thank you.  You know, I see  02:51:44
22   this -- this follow-on motion as being         02:51:47
23   two things.  One is providing the              02:51:50
24   opportunity to take the test locally and       02:51:53
25   providing the opportunity to opt out.  So      02:51:56
```



MAGNA
LEGAL SERVICES

Page 162

```
1    to me, those put forth two new scenarios  02:51:58
2    that I'm not totally clear on the budget    02:52:02
3    implications and the operational ones.      02:52:04
4        So if we require that the test be       02:52:06
5    administered at all of our middle schools   02:52:09
6    that's -- that's a big thing; and I wonder  02:52:12
7    why perhaps another option wouldn't have    02:52:14
8    been to provide transportation to all       02:52:16
9    students if that's an issue.                02:52:19
10       I mean, I understand what you're        02:52:20
11   saying about them taking it in their -- in  02:52:22
12   their own environment; but, you know, we    02:52:23
13   could figure that out, too.  But I'm        02:52:27
14   wondering, you know, is it cheaper to       02:52:29
15   transport to kids?                          02:52:31
16       Then the other thing is if we have      02:52:32
17   all these students trying to opt in or      02:52:34
18   out, again, the staffing to manage that,    02:52:37
19   it's not just screening, it's running that  02:52:41
20   process of all -- of students coming in     02:52:43
21   and out of the -- So I'm not -- I'm not     02:52:46
22   sure.  And I -- I think a previous motion   02:52:50
23   you were talking about was more to look     02:52:54
24   into the process of doing the opt out.      02:52:56
25       Now, what I hear you saying is          02:52:59
```

Page 163

```
1    you're moving to require that the test be   02:53:01
2    local and that opt out should be what is    02:53:05
3    forward -- fostered.                        02:53:11
4        I could agree with looking into what    02:53:12
5    it would take to stand all this up; but I   02:53:15
6    think moving to require that we are now     02:53:18
7    administering the tests exponentially all   02:53:21
8    over the division and also adding the       02:53:24
9    burden of doing the opt-out process, while  02:53:27
10   I think that all --  You know, it's all     02:53:31
11   good things to think about; I just think    02:53:33
12   logistically it's unclear what -- if we     02:53:35
13   have the staffing to do this.               02:53:38
14       So, again, if it was to look into       02:53:40
15   how to make that work, I can support that.  02:53:42
16   But requiring it at this time, I don't      02:53:45
17   have enough information.  So that's my       02:53:47
18   thought.                                    02:53:52
19   CHAIRWOMAN ANDERSON:  Thank you, Ms. Meren  02:53:52
20       Ms. McLaughlin?                         02:53:53
21   MS. McLAUGHLIN:  Thank you.                 02:53:59
22       When I spoke to Ms. Omeish about        02:54:04
23   this last night, as I understood it, we     02:54:06
24   were looking at just the opt-out versus     02:54:09
25   the opt-in method; and I'm absolutely in    02:54:12
```

Page 164

```
1    favor of the opt-out approach because I --  02:54:16
2    If we're looking at increasing opportunity  02:54:21
3    and reducing barriers, then expecting       02:54:25
4    which kids in the 8th grade know to go      02:54:27
5    surf the FCPS website and learn about TJ    02:54:29
6    and know whether or not they, you know,     02:54:33
7    meet that ability to sit and compete for    02:54:36
8    the test by, you know, the problem-solving  02:54:39
9    essay that gets proctored, I just like the  02:54:42
10   idea that our school division identifies:   02:54:45
11   Hey, you've got the -- the minimum          02:54:48
12   requisites academically; so now you choose  02:54:51
13   whether or not you actually want to be an   02:54:55
14   applicant.                                  02:54:58
15       So can I just get some clarity here     02:54:59
16   that what I just described is it's simply   02:55:01
17   we're inviting all men and -- all students  02:55:04
18   who have met the minimum academic           02:55:08
19   requirements, we're inviting them to come   02:55:10
20   take the proctored exam and apply should    02:55:12
21   they so choose; is that correct?           02:55:17
22   MR. SMITH:  It's --                         02:55:24
23   MS. OMEISH:  Yeah.  That's exactly right.   02:55:26
24   CHAIRWOMAN ANDERSON:  I thought --          02:55:27
25       (unintelligible) -- everybody we want   02:55:28
```

Page 165

```
1        silent all at once.                     02:55:31
2        (Overspeaking - unintelligible)         02:55:31
3    MS. McLAUGHLIN:  I should have asked -- I   02:55:32
4        should have directed my question,       02:55:34
5        Ms. Omeish.                             02:55:36
6    MS. OMEISH:  Yes.                           02:55:37
7    MS. McLAUGHLIN:  But I am --                02:55:37
8    MS. OMEISH:  Yeah.  And I --                02:55:38
9    CHAIRWOMAN ANDERSON:  I'd like to have the  02:55:38
10       maker of the motion go ahead and have the 02:55:40
11       floor first; so, Ms. Omeish.            02:55:42
12   MS. OMEISH:  Yes, Ms. McLaughlin.  And I    02:55:45
13       appreciate the clarifying question.     02:55:46
14       The key --  I mean, the question        02:55:48
15   comes down to priorities and values and     02:55:49
16   stuff.  I mean, everything's costly.        02:55:51
17   Everything's gonna take a little bit more.  02:55:52
18   I would venture to say it's important        02:55:54
19   enough; but it's precisely what you said.   02:55:57
20   It's to eliminate the access barriers,      02:55:57
21   allows students to be considered            02:55:59
22   automatically if they're eligible, and      02:56:02
23   have them opt out if they don't want to.    02:56:04
24       And the additional piece that I         02:56:06
25   think maybe some folks were asking          02:56:07
```



Page 166

| | | |
|---|---|---|
| 1 | questions about was to say that it would | 02:56:09 |
| 2 | be at their local middle school, to -- to | 02:56:10 |
| 3 | make it even more accessible to them.  But | 02:56:13 |
| 4 | that -- that might be the only additional | 02:56:16 |
| 5 | piece that would add to what you just | 02:56:17 |
| 6 | shared. | 02:56:20 |
| 7 | CHAIRWOMAN ANDERSON:  Thank you, Ms. Omeish. | 02:56:21 |
| 8 | Mr. Smith, did you want to add to | 02:56:22 |
| 9 | Ms. Omeish's comment? | 02:56:26 |
| 10 | MR. SMITH:  No.  There is no need to add | 02:56:27 |
| 11 | anything further.  The current process | 02:56:28 |
| 12 | is, again, an invitation; and students | 02:56:29 |
| 13 | would have the ability to follow through | 02:56:31 |
| 14 | with the application process. | 02:56:34 |
| 15 | MS. McLAUGHLIN:  That's a really important | 02:56:37 |
| 16 | caveat, Mr. Smith; because as I | 02:56:38 |
| 17 | understood it, right now the current | 02:56:41 |
| 18 | process is students who would like to | 02:56:43 |
| 19 | apply to TJ currently, right now, for, | 02:56:46 |
| 20 | you know, this test -- this past year, | 02:56:50 |
| 21 | they had to initiate the application | 02:56:52 |
| 22 | process. | 02:56:55 |
| 23 | Now, by Ms. Omeish, she's saying | 02:56:56 |
| 24 | they don't have to initiate that first | 02:56:59 |
| 25 | point of interest.  We're automatically | 02:57:02 |

Page 167

| | | |
|---|---|---|
| 1 | saying:  Hey, you meet this requirement. | 02:57:06 |
| 2 | You indicated that we -- we do | 02:57:09 |
| 3 | invite all of those students already. | 02:57:11 |
| 4 | MR. SMITH:  So I was referring to the current | 02:57:16 |
| 5 | process, would be the process that the | 02:57:17 |
| 6 | board just voted on, where we would be | 02:57:19 |
| 7 | inviting students into the process. | 02:57:22 |
| 8 | Currently, with the process that | 02:57:26 |
| 9 | we've used prior to any new decisions, | 02:57:27 |
| 10 | we've gone to schools, we've done | 02:57:31 |
| 11 | outreach, and then students, based on | 02:57:33 |
| 12 | their interests, would apply to TJ. | 02:57:35 |
| 13 | Moving forward, we would be inviting | 02:57:37 |
| 14 | students in based on eligibility criteria, | 02:57:40 |
| 15 | a personal letter, some type of outreach | 02:57:44 |
| 16 | saying that "you are indeed eligible to | 02:57:46 |
| 17 | apply," and then inviting families to come | 02:57:49 |
| 18 | to information evenings and working with | 02:57:52 |
| 19 | school-based teams to share more | 02:57:54 |
| 20 | information about TJ and the TJ admissions | 02:57:56 |
| 21 | process. | 02:57:59 |
| 22 | MS. McLAUGHLIN:  So but Ms. Omeish just takes | 02:58:00 |
| 23 | it the next step further.  Hers is | 02:58:01 |
| 24 | "you're in our applicant pool so long as | 02:58:04 |
| 25 | you show up and take the proctored exam." | 02:58:08 |

Page 168

| | | |
|---|---|---|
| 1 | If you don't show up and take proctored | 02:58:10 |
| 2 | exam, you clearly aren't going to be in | 02:58:12 |
| 3 | the admissions pool; because that's a -- | 02:58:15 |
| 4 | a requirement to be in the admissions | 02:58:17 |
| 5 | pool. | 02:58:19 |
| 6 | So they're not having to -- I mean, | 02:58:20 |
| 7 | I get that you're -- we're notifying them. | 02:58:24 |
| 8 | You're invited to apply if you want to. | 02:58:26 |
| 9 | She's taking that part of the application | 02:58:28 |
| 10 | piece and saying that's unnecessary.  Just | 02:58:30 |
| 11 | place them in your -- your roster of: | 02:58:33 |
| 12 | These kids all qualify.  We'll notify them | 02:58:37 |
| 13 | that they're invited to come sit down for | 02:58:39 |
| 14 | this proctored exam because they meet that | 02:58:42 |
| 15 | requirement.  By not showing up, they're | 02:58:44 |
| 16 | opting out. | 02:58:48 |
| 17 | MR. SMITH:  That's -- | 02:58:50 |
| 18 | MS. McLAUGHLIN:  And -- | 02:58:51 |
| 19 | MR. SMITH:  That is correct.  And -- And when | 02:58:52 |
| 20 | I talked about logistics, the logistics | 02:58:53 |
| 21 | would be looking at any additional | 02:58:57 |
| 22 | readers we might need based on the number | 02:58:59 |
| 23 | of students who might be a part of that | 02:59:01 |
| 24 | process; and then also looking at what | 02:59:02 |
| 25 | the school-by-school approach looks like | 02:59:05 |

Page 169

| | | |
|---|---|---|
| 1 | for security of our -- of our items. | 02:59:09 |
| 2 | MS. McLAUGHLIN:  So I do share Ms. Meren's | 02:59:11 |
| 3 | concern; and this is where I feel a | 02:59:13 |
| 4 | little bit like our board is getting too | 02:59:15 |
| 5 | much in the operational weeds, even | 02:59:17 |
| 6 | though I love, Ms. Omeish, that we're | 02:59:19 |
| 7 | both on the same page; but I don't think | 02:59:21 |
| 8 | we have to solve tonight on where we're | 02:59:24 |
| 9 | going to do these proctored exams -- you | 02:59:27 |
| 10 | know, problem-solving exams. | 02:59:29 |
| 11 | (Bell ringing). | 02:59:31 |
| 12 | I just need to say we want this to | 02:59:32 |
| 13 | be a opt-out process; and then how we | 02:59:34 |
| 14 | offer those exams, the superintendent and | 02:59:38 |
| 15 | all of you, with our direction of | 02:59:41 |
| 16 | increasing access will -- will make those | 02:59:43 |
| 17 | operational decisions. | 02:59:46 |
| 18 | So, Ms. Omeish -- (unintelligible) | 02:59:47 |
| 19 | CHAIRWOMAN ANDERSON:  (Unintelligible) | |
| 20 | MS. McLAUGHLIN:  So, Dr. Anderson, I'm sorry | 02:59:50 |
| 21 | then, a point of clarification to you as | 02:59:52 |
| 22 | the chair, I know the motion belongs to | 02:59:56 |
| 23 | the body; so do we have to vote down | 02:59:58 |
| 24 | Ms. Omeish's if we want to just support | 03:00:02 |
| 25 | the opt-out component but not the | 03:00:04 |


MAGNA
LEGAL SERVICES

Page 170

| | | |
|---|---|---|
| 1 | requiring the superintendent to have the | 03:00:06 |
| 2 | proctored exam in every single school? | 03:00:08 |
| 3 | Or is -- | 03:00:12 |
| 4 | CHAIRWOMAN ANDERSON: Let's go ahead and | 03:00:13 |
| 5 | I'm going to review the motion as it's | 03:00:15 |
| 6 | written. Hold on one second. | 03:00:17 |
| 7 | Ms. Omeish, if you have it in front | 03:00:19 |
| 8 | of you, can you please re-read it? | 03:00:21 |
| 9 | MS. OMEISH: Yeah. I mean, I said -- So I | 03:00:23 |
| 10 | move to require that the test be | 03:00:25 |
| 11 | administered locally at each middle | 03:00:26 |
| 12 | school to all eligible students who meet | 03:00:28 |
| 13 | the criteria and to provide the | 03:00:30 |
| 14 | opportunity to opt out of taking the test | 03:00:32 |
| 15 | should they so choose by the admissions | 03:00:34 |
| 16 | cycle 2026. For the class of 2026, opt | 03:00:36 |
| 17 | out would be limiting (unintelligible) -- | 03:00:39 |
| 18 | CHAIRWOMAN ANDERSON: Thank you so much. | 03:00:40 |
| 19 | Thank you so much for that. | 03:00:41 |
| 20 | So, Ms. McLaughlin, to respond to | 03:00:42 |
| 21 | your question, I think we have opportunity | 03:00:44 |
| 22 | here for an amendment to the motion | 03:00:46 |
| 23 | because it is on the floor, so it does | 03:00:49 |
| 24 | belong to the body. | 03:00:51 |
| 25 | So if you have something that you | 03:00:52 |

Page 171

| | | |
|---|---|---|
| 1 | would like to propose, this would be a | 03:00:53 |
| 2 | good time. | 03:00:55 |
| 3 | MS. McLAUGHLIN: Yes. I would like to amend | 03:00:57 |
| 4 | the motion on the table to remove the | 03:00:59 |
| 5 | requirement that the problem-solving exam | 03:01:02 |
| 6 | be administered at every single middle | 03:01:06 |
| 7 | school. | 03:01:10 |
| 8 | CHAIRWOMAN ANDERSON: Okay. Is there a second | 03:01:11 |
| 9 | for that amendment? | 03:01:13 |
| 10 | (No response.) | |
| 11 | Okay. Seeing that there's not a | 03:01:22 |
| 12 | second, Ms. McLaughlin, we'll have to stop | 03:01:23 |
| 13 | here. | 03:01:26 |
| 14 | MALE VOICE: No. | 03:01:27 |
| 15 | MS. MEREN: No, no. Ms. Meren. | 03:01:27 |
| 16 | CHAIRWOMAN ANDERSON: Oh, Ms. Meren. | 03:01:28 |
| 17 | Ms. Meren is seconding it. So go ahead | 03:01:29 |
| 18 | and, Ms. McLaughlin, speak to your | 03:01:32 |
| 19 | motion. | 03:01:35 |
| 20 | MS. McLAUGHLIN: Just briefly. I really | 03:01:35 |
| 21 | appreciate and I think that there's very | 03:01:37 |
| 22 | strong board support for what Ms. Omeish | 03:01:38 |
| 23 | has put in front of us; but I think that | 03:01:41 |
| 24 | students have to get transportation, | 03:01:45 |
| 25 | regardless, to any test that they're | 03:01:46 |

Page 172

| | | |
|---|---|---|
| 1 | going to be taking; and we have some | 03:01:48 |
| 2 | schools where there's less than -- fewer | 03:01:50 |
| 3 | than 5 students, from Ms. Meren's point | 03:01:52 |
| 4 | of staffing, you're gonna paying -- have | 03:01:55 |
| 5 | to have a staff member to proctor an exam | 03:01:58 |
| 6 | for five students; whereas if we have | 03:02:00 |
| 7 | them going to a nearby middle school, to | 03:02:03 |
| 8 | group that administering, I don't think | 03:02:06 |
| 9 | it's a burden on families, but it would | 03:02:08 |
| 10 | certainly be a cost-savings to the system | 03:02:10 |
| 11 | to group these students together for a | 03:02:13 |
| 12 | proctored exam. | 03:02:15 |
| 13 | So I hope people will support this | 03:02:16 |
| 14 | amendment because the overall motion is | 03:02:18 |
| 15 | really good. | 03:02:20 |
| 16 | CHAIRWOMAN ANDERSON: Thank you. | 03:02:22 |
| 17 | Ms. -- Ms. Meren, would you like to | 03:02:25 |
| 18 | speak to this motion -- | 03:02:26 |
| 19 | MS. MEREN: Yes. Thank you -- | 03:02:28 |
| 20 | CHAIRWOMAN ANDERSON: -- amendment? | 03:02:29 |
| 21 | MS. MEREN: -- for making the motion, | 03:02:29 |
| 22 | Ms. McLaughlin. | 03:02:29 |
| 23 | I -- You know, I -- I support it. | 03:02:32 |
| 24 | I still do. But then it would -- what | 03:02:34 |
| 25 | would remain is to provide the opportunity | 03:02:36 |

Page 173

| | | |
|---|---|---|
| 1 | to opt out of taking the test. | 03:02:38 |
| 2 | So we're still in that space of | 03:02:40 |
| 3 | everyone's taking the test. So while I | 03:02:42 |
| 4 | support this motion, I'm still hesitant | 03:02:44 |
| 5 | about what remains. | 03:02:47 |
| 6 | Again, I thought, Ms. Omeish, | 03:02:50 |
| 7 | initially you were talking about ask -- | 03:02:51 |
| 8 | directing the superintendent to initiate | 03:02:54 |
| 9 | the process of exploring this, which I | 03:02:56 |
| 10 | think -- Well, that was what previously | 03:02:59 |
| 11 | you had communicated. And so that was my | 03:03:00 |
| 12 | understanding. | 03:03:04 |
| 13 | So I -- I mean, I support this; but | 03:03:05 |
| 14 | I still don't think that what remains gets | 03:03:07 |
| 15 | us far enough. I'll leave it at that. | 03:03:09 |
| 16 | CHAIRWOMAN ANDERSON: Thank you. | 03:03:13 |
| 17 | Folks, the next set of speakers who | 03:03:15 |
| 18 | want to speak to this motion -- so let's | 03:03:17 |
| 19 | please be sure that we're speaking to this | 03:03:20 |
| 20 | motion that Ms. McLaughlin has put on the | 03:03:22 |
| 21 | table which is to not be specific | 03:03:24 |
| 22 | regarding the location of the test | 03:03:27 |
| 23 | administration. | 03:03:31 |
| 24 | So please keep your comments to this | 03:03:31 |
| 25 | motion in lieu of the main motion, which | 03:03:33 |



Page 174

| | | |
|---|---|---|
| 1 | was what Ms. -- which was what Ms. Omeish | 03:03:38 |
| 2 | read just previously. | 03:03:42 |
| 3 | Ms. Corbett Sanders? | 03:03:44 |
| 4 | MS. CORBETT SANDERS:  First, I'd like to | 03:03:47 |
| 5 | clarify that we are not administering a | 03:03:48 |
| 6 | test.  What Ms. Omeish's motion is about | 03:03:53 |
| 7 | is creating a local opportunity for | 03:03:57 |
| 8 | students to participate in the admissions | 03:04:01 |
| 9 | process by filling out their student | 03:04:04 |
| 10 | information form and this -- the | 03:04:07 |
| 11 | proctored student essay for | 03:04:10 |
| 12 | problem-solving.  It is not the test.  We | 03:04:12 |
| 13 | got rid of the exam and the admissions. | 03:04:16 |
| 14 | Now, to speak to the motion, I | 03:04:19 |
| 15 | cannot support this motion to amend | 03:04:22 |
| 16 | Ms. Omeish's original motion; and the | 03:04:26 |
| 17 | reason I can't support it is because what | 03:04:28 |
| 18 | we are talking about is creating an | 03:04:31 |
| 19 | inviting and inclusive environment for | 03:04:34 |
| 20 | students to participate and to apply... | 03:04:37 |
| 21 | (Screen freeze) | |
| 22 | CHAIRWOMAN ANDERSON:  Ms. Corbett Sanders, we | 03:04:44 |
| 23 | have lost you.  I'll move on to the next | 03:04:45 |
| 24 | speaker.  Ms. Corbett Sanders, once you | 03:04:51 |
| 25 | re-login, you will have an opportunity to | 03:04:53 |

Page 175

| | | |
|---|---|---|
| 1 | speak. | 03:04:56 |
| 2 | Ms. Cohen, go ahead. | 03:04:57 |
| 3 | MS. COHEN:  I will not be supporting this | 03:05:03 |
| 4 | amendment, probably pretty obviously. | 03:05:06 |
| 5 | You know, the whole idea to me is we | 03:05:09 |
| 6 | keep saying whether it was the lottery or | 03:05:11 |
| 7 | whether it was the holistic.  The whole | 03:05:13 |
| 8 | goal is that we want a lot more kids -- | 03:05:16 |
| 9 | MS. CORBETT SANDERS:  Can you hear me now? | 03:05:18 |
| 10 | MS. COHEN:  -- in our middle schools -- | 03:05:19 |
| 11 | CHAIRWOMAN ANDERSON:  I can hear you; but I | 03:05:22 |
| 12 | will have Ms. Cohen complete her | 03:05:25 |
| 13 | statement and then you will be called | 03:05:27 |
| 14 | upon for your time. | 03:05:28 |
| 15 | MS. COHEN:  It's okay if she wants to finish, | 03:05:30 |
| 16 | Dr. Anderson, now. | 03:05:32 |
| 17 | CHAIRWOMAN ANDERSON:  No, it's -- | 03:05:33 |
| 18 | MS. COHEN:  Okay. | 03:05:33 |
| 19 | CHAIRWOMAN ANDERSON:  -- it's really fine.  Go | 03:05:34 |
| 20 | ahead. | 03:05:36 |
| 21 | MS. COHEN:  I -- I just --  The whole idea to | 03:05:36 |
| 22 | me is that we're -- we're --  We want | 03:05:38 |
| 23 | more and more kids from each school to | 03:05:40 |
| 24 | apply.  I -- I hope there's not a | 03:05:42 |
| 25 | real-world situation where we only have | 03:05:44 |

Page 176

| | | |
|---|---|---|
| 1 | five kids who are interested.  So the | 03:05:46 |
| 2 | idea to me is let's bring it to them | 03:05:48 |
| 3 | instead of asking them to go. | 03:05:51 |
| 4 | And transportation isn't an issue if | 03:05:53 |
| 5 | we do things where we stay after on a day | 03:05:55 |
| 6 | with a late bus.  I have no doubt that our | 03:05:57 |
| 7 | staff and our schools can figure out a way | 03:05:59 |
| 8 | to make this as inclusive as humanly | 03:06:01 |
| 9 | possible to help kids navigate this | 03:06:04 |
| 10 | process.  So I -- I won't be supporting | 03:06:06 |
| 11 | the amendment. | 03:06:09 |
| 12 | CHAIRWOMAN ANDERSON:  Thank you.  Ms. Corbett | 03:06:11 |
| 13 | Sanders? | 03:06:17 |
| 14 | MS. CORBETT SANDERS:  So I think Ms. Cohen | 03:06:18 |
| 15 | picked up where I left off which is this | 03:06:19 |
| 16 | is about creating access | 03:06:21 |
| 17 | to opportunities and eliminating | 03:06:24 |
| 18 | barriers.  And even though we might | 03:06:26 |
| 19 | eliminate a barrier by providing a bus to | 03:06:28 |
| 20 | another location, there may be an | 03:06:31 |
| 21 | emotional barrier of having to leave | 03:06:33 |
| 22 | their home school to go and participate | 03:06:36 |
| 23 | in this process.  So the easier we make | 03:06:39 |
| 24 | it, the more inviting and encouraging we | 03:06:41 |
| 25 | provide these opportunities to do the | 03:06:45 |

Page 177

| | | |
|---|---|---|
| 1 | problem-solving essay and the student | 03:06:48 |
| 2 | information sheet, the more likely that | 03:06:49 |
| 3 | we will achieve our goal of providing | 03:06:52 |
| 4 | greater -- or achieving greater diversity | 03:06:56 |
| 5 | within TJ. | 03:06:59 |
| 6 | And so I urge my colleagues to vote | 03:07:00 |
| 7 | down the amendment to Ms. Omeish's motion | 03:07:04 |
| 8 | and fully support Ms. Omeish's motion. | 03:07:08 |
| 9 | CHAIRWOMAN ANDERSON:  Thank you. | 03:07:12 |
| 10 | Mr. Frisch? | 03:07:13 |
| 11 | MR. FRISCH:  Thanks.  I'll keep it quick. | 03:07:15 |
| 12 | We've spent a lot of our | 03:07:17 |
| 13 | conversations around this issue talking | 03:07:19 |
| 14 | about our outreach efforts and how we can | 03:07:21 |
| 15 | increase the pool of people applying and | 03:07:24 |
| 16 | people interested and build excitement. | 03:07:26 |
| 17 | You know, on this and every other element | 03:07:30 |
| 18 | of outreach and recruitment, we're going | 03:07:34 |
| 19 | to have to meet people where they are, | 03:07:36 |
| 20 | especially in communities that have not | 03:07:38 |
| 21 | been part of this process before.  Put | 03:07:41 |
| 22 | them someplace where they are comfortable | 03:07:45 |
| 23 | someplace where they are familiar and | 03:07:47 |
| 24 | we'll have a better outcome.  I think this | 03:07:50 |
| 25 | is a great amendment -- or this is a great | 03:07:51 |



Page 178

```
 1   motion and I will be opposing the          03:07:53
 2   amendment.                                  03:07:55
 3       Thank you.                              03:07:56
 4   CHAIRWOMAN ANDERSON:  Thank you, Mr. Frisch. 03:07:57
 5       Ms. Pekarsky, and then I will take      03:07:59
 6   my turn on this matter.                     03:08:01
 7   MS. PEKARSKY:  Thank you, Dr. Anderson.     03:08:03
 8       Just very quickly, I will be            03:08:04
 9   opposing the amendment but supporting the   03:08:07
10   main motion for many of the reasons that    03:08:09
11   people have already said.  However, I       03:08:11
12   would also like to say one of the very      03:08:16
13   important reasons that I think this is      03:08:18
14   a -- a very important follow-on, and I      03:08:22
15   thank Ms. Omeish for her dedication, is     03:08:24
16   that even the simple act of us allowing     03:08:27
17   children the option to opt out gives a      03:08:32
18   very powerful message to them that their    03:08:36
19   teachers, the school system, believes that 03:08:39
20   we see them as potential TJ students.  I    03:08:44
21   think that's powerful in and of itself,     03:08:49
22   and I will very happily support this.       03:08:54
23   CHAIRWOMAN ANDERSON:  Thank you.  Very quickly 03:08:56
24   I will take my turn before we have the      03:08:57
25   second speakers to this motion.             03:09:00
```

Page 179

```
 1       I'm glad to follow Ms. Pekarsky,        03:09:03
 2   because I think the piece that she touched  03:09:05
 3   upon, meaning potential, is really key.     03:09:07
 4   We are going to show all of our kids that   03:09:10
 5   they have potential by allowing all of      03:09:12
 6   those who are eligible to participate.      03:09:15
 7   This is the same way in which this          03:09:18
 8   district engages in "Kodak" testing.       03:09:21
 9       Every single second-grader gets the    03:09:23
10   test -- gets the assessment at their        03:09:25
11   school; and then we get them into the pool  03:09:27
12   and then we continue through the process.   03:09:31
13       What I think Ms. Omeish is asking       03:09:33
14   here is if they meet the criteria, meet     03:09:35
15   them where they are.                        03:09:38
16       Mr. Frisch also said this perfectly.    03:09:39
17   We have an outreach issue.  This is a very  03:09:42
18   easy way of pulling kids in, because        03:09:46
19   they're already there.  They're not going   03:09:48
20   to escape the opportunity to this -- and    03:09:51
21   access to this.                             03:09:55
22       So I am not going to vote in favor      03:09:57
23   of the amendment and will be supporting     03:09:59
24   the main motion.                            03:10:03
25       Now I see some hands for go-backs.      03:10:04
```

Page 180

```
 1       We will have limited go-backs because we 03:10:07
 2   have a full agenda, folks, still left in    03:10:10
 3   front of us.  So we'll take a minute and a  03:10:11
 4   half for the go-backs.                      03:10:14
 5       Ms. McLaughlin?                         03:10:16
 6   MS. McLAUGHLIN:  Thank you.  I wanted the   03:10:18
 7   go-back because I'm voting against my own   03:10:19
 8   amendment and I'm just gonna let the        03:10:21
 9   public know that this is why I'm so         03:10:23
10   unhappy about where we are tonight.  This   03:10:26
11   lack of posting things until 30 minutes     03:10:30
12   beforehand, the lack of understanding of    03:10:32
13   how we're going to administer and proctor   03:10:35
14   the problem-solving essay, I --            03:10:38
15   Everything I spoke to in favor of          03:10:40
16   Ms. Omeish's original motion is because I   03:10:42
17   want to be able to increase access and      03:10:44
18   opportunity.                                03:10:47
19       So now I've listened to everybody       03:10:48
20   lecture that I'm not for that, which is     03:10:49
21   absolutely not the case; but there wasn't   03:10:52
22   clarity from staff in terms of how are we   03:10:54
23   going to be administering the proctored     03:10:58
24   exam?                                       03:11:00
25       So they made it sound in their          03:11:00
```

Page 181

```
 1   responses that this is going to be a        03:11:02
 2   higher cost by offering the proctored ex    03:11:05
 3   -- the proctored essay at every single one  03:11:08
 4   of our schools.  So everything that my      03:11:12
 5   colleagues have just said, if we're         03:11:14
 6   proctoring it during the school day, while  03:11:16
 7   the kids are already there, then you've     03:11:18
 8   already got paid staff in the building.     03:11:21
 9       So I'll just tell everybody, my         03:11:23
10   colleagues, I am sorry we wasted I don't    03:11:25
11   know how many minutes on this thing.  I'm   03:11:27
12   extremely frustrated because it was a       03:11:30
13   complete loss of time.  Unnecessary.  Of    03:11:33
14   course I believe in meeting kids where we   03:11:36
15   are.  It's why I supported her motion in    03:11:38
16   the first place.  It was the responses I    03:11:40
17   heard from staff that made me look at how   03:11:42
18   do we do this as efficiently and            03:11:46
19   effectively as possible.                    03:11:47
20       Definitely not happy, as you can        03:11:49
21   tell right now, but certainly hear --       03:11:51
22       (Bell ringing)                          03:11:53
23   -- your praise for Ms. Omeish.              03:11:53
24   CHAIRWOMAN ANDERSON:  Thank you.            03:11:56
25       Ms. Meren, you'll have your 90          03:11:57
```



Page 182

| | | |
|---|---|---|
| 1 | seconds and then Mr. Smith, you'll be | 03:11:59 |
| 2 | invited to respond. | 03:12:01 |
| 3 | MS. MEREN:  Yeah.  So I have -- | 03:12:02 |
| 4 | CHAIRWOMAN ANDERSON:  If you now recall the | 03:12:03 |
| 5 | question. | 03:12:05 |
| 6 | MS. MEREN:  Sure.  Thank you. | 03:12:05 |
| 7 | I -- I have to agree, again, with | 03:12:07 |
| 8 | Ms. McLaughlin, here; and I, too, am at a | 03:12:09 |
| 9 | loss for the operational, you know, | 03:12:12 |
| 10 | implementation of this.  So, you know, | 03:12:16 |
| 11 | again, I also put forth supporting this | 03:12:19 |
| 12 | amendment because I support the idea of | 03:12:22 |
| 13 | access; but to not have staff have fleshed | 03:12:24 |
| 14 | out what this would really look like is | 03:12:28 |
| 15 | irresponsible. | 03:12:30 |
| 16 | I mean, we have a fiduciary | 03:12:32 |
| 17 | responsibility.  I think the main motion | 03:12:33 |
| 18 | that we spoke to tonight about the larger | 03:12:35 |
| 19 | admissions process is something that has | 03:12:38 |
| 20 | been spoken about at length.  You know, it | 03:12:41 |
| 21 | wasn't a new idea; but this is really a | 03:12:44 |
| 22 | new idea, and I don't -- so I don't know | 03:12:48 |
| 23 | if I'm gonna withdraw it or I can't | 03:12:51 |
| 24 | remember, Ms. McLaughlin, if you were | 03:12:53 |
| 25 | withdrawing; but I'm -- I just would vote | 03:12:54 |

Page 183

| | | |
|---|---|---|
| 1 | it down for me.  So... | 03:12:57 |
| 2 | MS. McLAUGHLIN:  Yeah.  We just have to vote | 03:12:58 |
| 3 | it down 'cause it's already -- belongs to | 03:12:59 |
| 4 | the body. | 03:13:01 |
| 5 | CHAIRWOMAN ANDERSON:  It's already in process | 03:13:01 |
| 6 | (unintelligible) any more.  It's been | 03:13:05 |
| 7 | seconded. | 03:13:06 |
| 8 | Mr. Smith and Ms. Omeish and then we | 03:13:07 |
| 9 | will call for the vote. | 03:13:08 |
| 10 | MR. SMITH:  Oh, and I just wanted to clarify | 03:13:09 |
| 11 | that in the absence of this motion, we | 03:13:11 |
| 12 | would certainly follow our current | 03:13:13 |
| 13 | practices for administering the student | 03:13:15 |
| 14 | information sheet and administering the | 03:13:18 |
| 15 | problem-solving essay with students | 03:13:21 |
| 16 | coming together as a group. | 03:13:22 |
| 17 | And so, again, we have not had an | 03:13:26 |
| 18 | opportunity to cost these items out and | 03:13:29 |
| 19 | really think about what that plan would | 03:13:32 |
| 20 | look like, but would certainly be able to | 03:13:34 |
| 21 | do that if the board directed us to do so. | 03:13:36 |
| 22 | CHAIRWOMAN ANDERSON:  Thank you. | 03:13:39 |
| 23 | Ms. Omeish? | 03:13:39 |
| 24 | MS. OMEISH:  Yeah, I was gonna defer -- | 03:13:40 |
| 25 | (Overspeaking - unintelligible) | |

Page 184

| | | |
|---|---|---|
| 1 | CHAIRWOMAN ANDERSON:  Okay.  Thank you. | 03:13:44 |
| 2 | MS. OMEISH:  Okay. | 03:13:47 |
| 3 | CHAIRWOMAN ANDERSON:  I'm going to go ahead | 03:13:47 |
| 4 | and call for the vote. | 03:13:48 |
| 5 | Ms. McLaughlin, I don't have it | 03:13:50 |
| 6 | written in front of me.  If you wouldn't a | 03:13:52 |
| 7 | mind repeating what your amendment was, | 03:13:54 |
| 8 | please? | 03:13:59 |
| 9 | MS. McLAUGHLIN:  I (unintelligible) do that; | 03:14:00 |
| 10 | but the clerk wrote it down as I spoke. | 03:14:03 |
| 11 | So I'm going to have to the clerk read | 03:14:06 |
| 12 | it. | 03:14:09 |
| 13 | CHAIRWOMAN ANDERSON:  Ms. Mulberg? | 03:14:09 |
| 14 | MS. MUHLBERG:  Yes.  I move to amendment the | 03:14:10 |
| 15 | motion to remove the requirement that the | 03:14:12 |
| 16 | problem-solving exams be administered at | 03:14:14 |
| 17 | every single elementary school. | 03:14:16 |
| 18 | CHAIRWOMAN ANDERSON:  Thank you. | 03:14:19 |
| 19 | All in favor? | 03:14:21 |
| 20 | MS. McLAUGHLIN:  It was middle school. | 03:14:21 |
| 21 | MS. OMEISH:  Correction.  It was middle | 03:14:22 |
| 22 | school. | 03:14:24 |
| 23 | MS. McLAUGHLIN:  Thank you. | 03:14:24 |
| 24 | CHAIRWOMAN ANDERSON:  Thank you. | 03:14:26 |
| 25 | All in favor? | 03:14:26 |

Page 185

| | | |
|---|---|---|
| 1 | (No response.) | |
| 2 | All opposed? | 03:14:29 |
| 3 | Ms. Meren, Ms. Corbett Sanders, | 03:14:33 |
| 4 | Ms. Cohen, Ms. Omeish, Ms. Tholen, | 03:14:35 |
| 5 | Ms. McLaughlin, Ms. Pekarsky, Ms. Sizemore | 03:14:37 |
| 6 | Heizer, Ms. Derenak Kaufax, | 03:14:39 |
| 7 | Ms. Keys-Gamarra, Mr. Frisch and myself. | 03:14:41 |
| 8 | That is unanimous. | 03:14:43 |
| 9 | And now we will return to the vote | 03:14:44 |
| 10 | on the main motion which is:  I move to | 03:14:46 |
| 11 | require that the test essay and SIS to be | 03:14:48 |
| 12 | administered locally at each middle school | 03:14:51 |
| 13 | to all eligible students who meet the 3.5 | 03:14:53 |
| 14 | GPA and Algebra I requirements and to | 03:14:55 |
| 15 | provide the opportunity to opt out of the | 03:14:57 |
| 16 | taking the test if they so choose by the | 03:14:59 |
| 17 | admission cycle for the class of 2026, | 03:15:02 |
| 18 | next year.  To opt out would be to | 03:15:04 |
| 19 | eliminate oneself from consideration for | 03:15:06 |
| 20 | TJ. | |
| 21 | All in favor? | 03:15:09 |
| 22 | We have Ms. Corbett Sanders, | 03:15:11 |
| 23 | Ms. Derenak Kaufax, Ms. Cohen, Mr. Frisch, | 03:15:14 |
| 24 | Ms. Omeish, Ms. Keys-Gamarra, | 03:15:15 |
| 25 | Ms. McLaughlin, Ms. Pekarsky, Ms. Sizemore | 03:15:18 |



Page 186

```
1    Heizer and Ms. Tholen, Ms. Meren, and        03:15:20
2    myself.                                      03:15:22
3         And that is unanimous.  The motion      03:15:22
4    carries.                                     03:15:25
5         At this time, I would like to call      03:15:26
6    on Ms. Omeish for another motion.            03:15:28
7    MS. OMEISH:  All right.  So this is a         03:15:33
8    follow-on motion, to be clear.               03:15:37
9    I move to establish that as part of          03:15:41
10   the holistic review process, by the          03:15:43
11   process for the 2027 class, the top          03:15:45
12   percent of the 8th grade class at each       03:15:47
13   public middle school in Fairfax County       03:15:50
14   will meet the minimum standards if done      03:15:51
15   GPA and core classes, student portrait       03:15:53
16   sheet, problem-solving essay and             03:15:55
17   experience factors shall be eligible for     03:15:56
18   admission according to the percentage that   03:15:58
19   is proportional to their population.         03:16:00
20   This -- this reflects the existing           03:16:01
21   holistic review plan but calculates          03:16:04
22   allotments of gifted students by school      03:16:06
23   rather than by region.                       03:16:10
24   CHAIRWOMAN ANDERSON:  Do I have a second?    03:16:11
25        Thank you, Ms. Cohen.                   03:16:13
```

Page 187

```
1         Ms. McLaughlin, please lower your       03:16:14
2    hand at this time.                           03:16:16
3         Ms. Omeish, please speak to your        03:16:19
4    motion.                                      03:16:22
5    MS. OMEISH:  Yes.  I just want to be clear for  03:16:23
6    everyone.  I know the language of things     03:16:25
7    has been modified based on, you know,        03:16:27
8    legal advice and going back and forth and    03:16:30
9    folks being confused.                        03:16:32
10        Ultimately what this is doing is        03:16:33
11   this is saying:  Not right now, because      03:16:35
12   realistically it's not how things work       03:16:38
13   out.  But our goal down the line is to say   03:16:40
14   that we need to get to a point where the     03:16:43
15   number of students coming from every         03:16:45
16   school is proportional to the size of the    03:16:47
17   population; and the hope is that we will     03:16:50
18   work on providing the math resources that    03:16:53
19   are needed, the advanced programming, the    03:16:56
20   supports and scaffolding that is gonna --    03:16:59
21   that are gonna get our students to a         03:17:00
22   place, and especially now with the           03:17:03
23   opt-out, it's gonna really screen for        03:17:05
24   everyone, such that we have a fair           03:17:08
25   process.  And "a fair process" means an      03:17:10
```

Page 188

```
1    equal shot regardless of what school         03:17:11
2    you're at.                                   03:17:13
3         So this is putting us at the cycle      03:17:14
4    for the 2027 year, which means we have       03:17:16
5    three cycles to achieve that goal.  So now   03:17:17
6    we just approved 1.5 percent.  Hopefully     03:17:21
7    by the following year we move a little bit   03:17:25
8    further and then the final year, we reach    03:17:28
9    a point where it's -- it's fair across the   03:17:30
10   county.                                      03:17:32
11   CHAIRWOMAN ANDERSON:  Thank you.             03:17:34
12        Ms. Cohen, would you like to speak      03:17:34
13   to your second?                              03:17:36
14   MS. COHEN:  I would just say ditto, the goal  03:17:38
15   is that the number of kids that a school     03:17:41
16   sends to TJ ought to be reflective of        03:17:43
17   their 8th grade class population.  And       03:17:45
18   when we talk about by name and by need       03:17:49
19   and giving opportunities by every ZIP        03:17:53
20   code, I think this is a wonderful way to     03:17:54
21   do it, and I'm -- I'm pleased to be able     03:17:57
22   to second Ms. Omeish on this one.            03:18:03
23   CHAIRWOMAN ANDERSON:  Thank you.             03:18:04
24        Other speakers for this motion?         03:18:05
25        Mr. Frisch?                             03:18:06
```

Page 189

```
1    MR. FRISCH:  Thank you.  I see this as the   03:18:07
2    school board committing to following         03:18:08
3    through on its commitment to make sure       03:18:11
4    that we are doing our -- our level best      03:18:15
5    to prepare students and find them and        03:18:18
6    make sure that we're competing across the    03:18:21
7    entire county.  You know, this is            03:18:24
8    aspirational, and it sets the board up to    03:18:26
9    achieve those goals; and I fully support     03:18:29
10   it.                                          03:18:31
11        Thank you.                              03:18:31
12   CHAIRWOMAN ANDERSON:  Thank you.             03:18:33
13        Ms. Corbett Sanders?                    03:18:33
14   MS. CORBETT SANDERS:  Yes.  Thank you.       03:18:40
15        As Ms. Omeish and I have spoken         03:18:41
16   about this, I fully support her objective    03:18:43
17   here.  My question is:  What this goal       03:18:46
18   sets is to have this fully achieved within   03:18:51
19   three years of today.  So it -- it's the     03:18:55
20   cycle that would be admitted this spring,    03:18:58
21   next spring, and then by the third spring    03:19:01
22   we would have full -- a full                 03:19:03
23   representation, proportionate                03:19:12
24   representation within three years.           03:19:14
25        I have a question of Dr. Brabrand,      03:19:20
```

**MAGNA**
**LEGAL SERVICES**

```
                                        Page 190
1    because I want to be realistic.                03:19:25
2        I had suggested maybe four years,          03:19:29
3    because that would mean that students that     03:19:32
4    are going to be in 5th grade next year         03:19:34
5    would be able to have that proportionate       03:19:40
6    representation.  So our 4th graders this       03:19:48
7    year.                                          03:19:52
8        I love Ms. Omeish's spirit, but I          03:19:52
9    want to understand.  Is it achievable in       03:19:53
10   this short of a time frame, Dr. Brabrand?      03:19:56
11   CHAIRWOMAN ANDERSON:  Dr. Brabrand, please go  03:19:59
12   ahead.                                         03:20:05
13   MR. SMITH:  So Dr. Brabrand is having -- I     03:20:05
14   was just on the phone with him.  He's          03:20:07
15   having technical difficulties.                 03:20:08
16       So, Ms. Corbett Sanders, if you            03:20:10
17   could ask your question again, I               03:20:12
18   apologize.                                     03:20:13
19   MS. CORBETT SANDERS:  No, that's fine.  I'm    03:20:14
20   just concerned that I -- I love the            03:20:16
21   spirit of this motion.  My concern is:         03:20:18
22   Is it achievable?  Is it achievable in         03:20:22
23   the three years; or would we be better         03:20:25
24   off having one additional year to make it      03:20:28
25   four years, which also allows us to            03:20:31
```

```
                                        Page 191
1    ensure that we have the robust                 03:20:34
2    programming at each of our elementary          03:20:37
3    schools which were included in                 03:20:39
4    Ms. Derenak Kaufax's amendment -- or           03:20:43
5    motion in October, which we need to make       03:20:45
6    sure it is fully funded in this next           03:20:48
7    budget cycle?                                  03:20:50
8    MR. SMITH:  We do know that there are -- there 03:20:53
9    are many things in play that we would          03:20:54
10   want to consider.  We also know that with      03:20:56
11   a new process, it's going to be hard for       03:20:58
12   us to start establishing metrics without       03:21:02
13   some baseline data.  And so while I            03:21:04
14   couldn't say that one more year would          03:21:08
15   give us that time, I know that the more        03:21:11
16   time we would have to review                   03:21:13
17   interventions that we've put in place for      03:21:15
18   us to review our processes and for us to       03:21:18
19   see the fruits of our efforts would give       03:21:22
20   us more time to set a more measurable          03:21:24
21   metric.                                        03:21:27
22   CHAIRWOMAN ANDERSON:  Thank you.               03:21:28
23   MR. SMITH:  -- and more (unintelligible) --    03:21:29
24   MS. CORBETT SANDERS:  I want to                03:21:32
25   (unintelligible) --                            03:21:35
```

```
                                        Page 192
1    CHAIRWOMAN ANDERSON:  I notice that            03:21:36
2    Dr. Brabrand has returned.                     03:21:37
3        Dr. Brabrand, are you with us?             03:21:38
4    SUPERINTENDANT BRABRAND:  I'm back.  Thank     03:21:39
5    you.                                           03:21:39
6    CHAIRWOMAN ANDERSON:  Did you -- Were you      03:21:40
7    able to hear the question?                     03:21:40
8    SUPERINTENDANT BRABRAND:  I heard the          03:21:43
9    question.  I'm sure Mr. Smith answered it      03:21:44
10   well.  I did not hear his answer.              03:21:47
11       Is there still a question?                 03:21:49
12   CHAIRWOMAN ANDERSON:  Ms. Corbett Sanders, did 03:21:52
13   you need some additional details to            03:21:54
14   your -- to your question or are you            03:21:56
15   satisfied with Mr. Smith's response?           03:21:58
16   MS. CORBETT SANDERS:  So Mr. Smith's response, 03:22:01
17   if I can character it is that it would be      03:22:04
18   helpful to have a bit more time.  Is that      03:22:06
19   correct, Mr. Smith?                            03:22:10
20   MR. SMITH:  That is correct.  Yes.  For us to  03:22:14
21   again, once we've put in a new process,        03:22:17
22   for us to look at some baseline data,          03:22:19
23   look at interventions that we're putting       03:22:22
24   in place, working very closely with IS,        03:22:24
25   working with our chief equity officer, to      03:22:28
```

```
                                        Page 193
1    then look at -- and establish what a -- a      03:22:31
2    meaningful metric would be for the board       03:22:35
3    with more time, most definitely.               03:22:37
4    MS. CORBETT SANDERS:  So I would like to offer 03:22:41
5    a amendment to increase the time period        03:22:43
6    by just one year.                              03:22:48
7    CHAIRWOMAN ANDERSON:  Okay.  Thank you.        03:22:51
8    Everyone please lower your hands.  You've      03:22:52
9    been recognized.                               03:22:54
10       Is there a second?                         03:22:55
11       Ms. Tholen and Ms. McLaughlin, thank       03:22:57
12   you.                                           03:23:00
13       Is there a second to this amendment?       03:23:00
14       (No response.)                             03:23:07
15       Okay.  Seeing none, we are going to        03:23:07
16   move on to the next speaker.                   03:23:09
17   Ms. McLaughlin, followed by Ms. Tholen.        03:23:12
18   MS. McLAUGHLIN:  Thank you.                    03:23:18
19       Again, I -- I do appreciate the            03:23:22
20   positive intentions and mindset that not       03:23:26
21   just the maker but board members who are       03:23:30
22   speaking in support of it have; but this       03:23:31
23   one gives me a lot of pause and here's         03:23:34
24   why.                                           03:23:38
25       Again, anyone who's done selective         03:23:38
```



Page 194

```
 1   college admissions knows in any given year   03:23:40
 2   your pool of applicants from any given        03:23:44
 3   high school are gonna change from year to     03:23:46
 4   year, and time to time; and you're gonna      03:23:48
 5   have incredibly talented group of kids        03:23:52
 6   from high school A versus high school B       03:23:54
 7   and that can change from year to year.        03:23:56
 8        This idea that we would have, you        03:23:58
 9   know, to Ms. Omeish's language, that          03:24:01
10   you're gonna have equitable representation    03:24:04
11   across all of our middle schools, I -- I      03:24:05
12   think everything we've done tonight is to     03:24:09
13   demonstrate our desire to have an             03:24:11
14   increased access of opportunities; but        03:24:14
15   this is far too prescriptive.                 03:24:16
16        I don't want to give the signal to      03:24:18
17   staff.  I expect them to be continuing a      03:24:19
18   highly- selective admissions process,        03:24:23
19   identifying our -- our best and brightest    03:24:25
20   students with a passionate intellect for     03:24:27
21   STEM, and we want to have more geographic    03:24:29
22   diversity.  We will get that through the     03:24:32
23   1.5; but beyond that, we've got to be        03:24:35
24   focused on what TJ's purpose is; and that    03:24:37
25   is to bring kids with that passion and the   03:24:41
```

Page 195

```
 1   aptitude into doing this; and you            03:24:45
 2   shouldn't be prescribing it as there's the   03:24:47
 3   same exact seats at every single middle      03:24:49
 4   school.  I -- I just don't think this is     03:24:51
 5   the -- what I've seen as a best practice.    03:24:56
 6   I can't support it.  And I really hope       03:24:58
 7   people won't support it.  This is not        03:25:00
 8   vetted well enough for any of us, frankly,   03:25:02
 9   to make this determination.  And to direct   03:25:05
10   the superintendent and his team on this      03:25:06
11   goal, with a three-year timeline, I          03:25:08
12   don't -- I don't think this is a good one    03:25:11
13   to do tonight, folks.                        03:25:13
14   CHAIRWOMAN ANDERSON:  Thank you.             03:25:17
15        Ms. Tholen, followed by Ms. Meren.      03:25:17
16   MS. THOLEN:  Yes.  Thank you.                03:25:22
17        I'm happy to follow Ms. McLaughlin      03:25:23
18   on this one.  Although I am not one to shy   03:25:25
19   away from aspirational goals, I think that   03:25:29
20   part of I think what Mr. Smith was trying    03:25:33
21   to say is we actually, even this evening,    03:25:35
22   have upcoming amendments that we're          03:25:38
23   looking at around the types of metrics and   03:25:41
24   data and information that we want around     03:25:46
25   the process that we're talking about         03:25:48
```

Page 196

```
 1   putting in place for this year, to see how   03:25:51
 2   is it working?  Do we need to make           03:25:52
 3   additional changes?  How are -- How do we    03:25:54
 4   want to, you know, continue moving forward   03:25:59
 5   with goals that we have.                     03:26:01
 6        And so I think it's premature to set    03:26:02
 7   such a prescriptive, you know, set of        03:26:05
 8   numbers years out when we made the           03:26:09
 9   significant changes to the process, even     03:26:14
10   next year, depending upon, you know, what    03:26:16
11   our data is.                                 03:26:19
12        So I think, you know, like I said,      03:26:20
13   not (unintelligible) Mr. Smith, we need      03:26:22
14   more data, more information about how the    03:26:24
15   big changes we're making, you know, right    03:26:27
16   now even work before we tie ourselves into   03:26:29
17   this.  This might not be what we want in a   03:26:33
18   couple of years.  We might want something    03:26:35
19   a little bit different.                      03:26:37
20        Thank you.                             03:26:39
21   CHAIRWOMAN ANDERSON:  Thank -- Thank you.   03:26:40
22        Ms. Meren?                             03:26:42
23   MS. MEREN:  Thank you.                       03:26:43
24        I agree with Ms. Tholen and            03:26:44
25   Ms. McLaughlin.  I think that it is too     03:26:45
```

Page 197

```
 1   prescriptive.                               03:26:48
 2        I also think, you know, it reminds     03:26:48
 3   me about, like, if you are on medication    03:26:50
 4   and you change your medication, if you do   03:26:53
 5   too many things at once, you can't see if   03:26:55
 6   the remedy that you now administered is     03:26:57
 7   actually taking effect.                     03:27:00
 8        So we've just taken a pretty          03:27:01
 9   substantial approach to changing the        03:27:02
10   admissions process; and if we continue to   03:27:05
11   add all these other things, we're not       03:27:07
12   gonna see if that's really working.  I'm,   03:27:09
13   also, concerned about the operational       03:27:11
14   implementation of it.                       03:27:13
15        I have a point of order question, I   03:27:15
16   guess, or a clarification, if the clerk,    03:27:17
17   Ms. Mulberg, could please help me with      03:27:20
18   this question.                              03:27:23
19        Can you please, the motion that we    03:27:24
20   just previously voted on, it's in           03:27:26
21   BoardDocs listed as main motion 3, about    03:27:32
22   directing the superintendent to report to   03:27:37
23   the board an opt-out process.               03:27:39
24        Is that the motion that we voted on   03:27:41
25   or did we vote on something different, or   03:27:43
```



Page 198

```
 1    other language that we had?  Can you          03:27:47
 2    please confirm?                               03:27:51
 3    MS. MUHLBERG:  I'm afraid I don't understand   03:27:53
 4    your question.                                03:27:56
 5    MS. MEREN:  The --  So on BoardDocs, on the    03:27:57
 6    cover sheet, it says main motion 3 and it      03:27:59
 7    lists the motion.  Isn't that what we          03:28:02
 8    voted on, regarding the opt-out process        03:28:05
 9    and taking the test?  And by test, I know      03:28:10
10    it --                                          03:28:15
11    CHAIRWOMAN ANDERSON:  Ms. Mulberg, Ms. Meren   03:28:16
12    is asking if the language is the same --       03:28:17
13    MS. MUHLBERG:  No.                             03:28:20
14    CHAIRWOMAN ANDERSON:  -- from what's posted to 03:28:20
15    what was just shared.                          03:28:22
16    MS. MUHLBERG:  No.                             03:28:23
17    CHAIRWOMAN ANDERSON:  It is not?               03:28:23
18    MS. MUHLBERG:  It's not.                       03:28:24
19         The --  The motion that -- that           03:28:26
20    you -- that you're considering now, you        03:28:27
21    mean, or the motion you've --                  03:28:29
22    MS. MEREN:  No, the previous one, Ms. Mulberg. 03:28:31
23    MS. MUHLBERG:  No.  No, that wasn't -- That    03:28:32
24    wasn't --  You haven't voted on that one       03:28:34
25    yet.                                           03:28:37
```

Page 199

```
 1    MS. MEREN:  We -- okay.  Did we vote -- I --    03:28:38
 2    Okay.  I thought we voted --                    03:28:40
 3    CHAIRWOMAN ANDERSON:  I -- I think she's        03:28:42
 4    asking about the previous motion, the one       03:28:45
 5    regarding the -- the test essay.  Is that       03:28:46
 6    the one --  Is that what you're referring       03:28:49
 7    to?                                             03:28:52
 8    MS. MEREN:  The opt-out and the location of     03:28:52
 9    the testing; and by testing, I mean the         03:28:56
10    one SIS and the --                              03:29:02
11    CHAIRWOMAN ANDERSON:  If I -- If I may ask      03:29:04
12    this.  I note Mr. Morgan is here with us,       03:29:06
13    our parla -- our parliamentarian.  I want       03:29:09
14    to be sure that we are in order.                03:29:11
15         I believe that Ms. Meren is asking         03:29:13
16    is the -- the motion that we just voted         03:29:17
17    upon previously, not the one currently on       03:29:19
18    the table, I think what --                      03:29:21
19    MS. MEREN:  Correct.                            03:29:22
20    CHAIRWOMAN ANDERSON:  -- she's saying, what     03:29:23
21    was articulated is different than what is       03:29:23
22    posted on BoardDocs.                            03:29:27
23         Mr. Morgan, can you confirm that           03:29:28
24    that was in order, even though it's             03:29:30
25    different from what's posted?                   03:29:33
```

Page 200

```
 1    MR. MORGAN:  What's posted is not the same as   03:29:35
 2    what you're act -- what the body actually       03:29:37
 3    does; so you provided Ms. Omeish an             03:29:40
 4    opportunity to make a motion.  She made a       03:29:45
 5    motion.  It's listed below as, "I move to       03:29:47
 6    direct the superintendent to report to          03:29:52
 7    the school board..."  The language that         03:29:53
 8    was actually made is shown on BoardDocs.        03:29:54
 9    You might have to refresh your -- your          03:29:58
10    screen; but there --  That was in order.        03:30:01
11    CHAIRWOMAN ANDERSON:  Thank you.                03:30:09
12         Ms. Meren, did you have another           03:30:11
13    question --                                     03:30:13
14    MS. MEREN:  Well, I just (overspeaking -        03:30:13
15    unintelligible) --                              03:30:14
16    CHAIRWOMAN ANDERSON:  -- because what I --      03:30:15
17    MS. MEREN:  -- want to see the -- if you can    03:30:16
18    just give me one moment, please, to            03:30:20
19    just --  I did refresh before --               03:30:22
20    CHAIRWOMAN ANDERSON:  While you refresh, I'm   03:30:26
21    going to follow up with a question --           03:30:27
22    MS. MEREN:  No.  I mean, I -- (overspeaking).   03:30:29
23    CHAIRWOMAN ANDERSON:  -- with Mr. Morgan.      03:30:30
24    MS. MEREN:  -- can see --  Okay.  I'm sorry.    03:30:31
25    I'm not trying to be confusing here.            03:30:32
```

Page 201

```
 1    CHAIRWOMAN ANDERSON:  No.  That's okay.  Go     03:30:34
 2    ahead and refresh.  I just want to --           03:30:35
 3    MS. MEREN:  No, I did.                          03:30:37
 4    CHAIRWOMAN ANDERSON:  -- ask Mr. Morgan         03:30:37
 5    MS. MEREN:  I did.  But, again, on main motion  03:30:38
 6    3, it's saying that "We move to direct          03:30:40
 7    the superintendent to report to the board       03:30:42
 8    on the opt-out process which will include       03:30:43
 9    using the universal screener."                  03:30:49
10         Didn't we vote on saying that we're        03:30:51
11    going to be allowing for a local school to      03:30:54
12    test at local schools and have every --         03:30:57
13    CHAIRWOMAN ANDERSON:  So --                     03:31:01
14    MS. MEREN:  -- be opt out?                      03:31:01
15    CHAIRWOMAN ANDERSON:  So the question,          03:31:03
16    Mr. Morgan, that I think is being               03:31:04
17    presented here is if we voted on a motion       03:31:06
18    that was not on BoardDocs but yet was           03:31:10
19    presented by the maker and seconded             03:31:12
20    and -- is it out of order?  Is it an            03:31:15
21    issue if the language doesn't match?            03:31:17
22    MS. MEREN:  Well, the -- that --                03:31:20
23    MR. MORGAN:  In --                              03:31:21
24    MS. MEREN:  -- that's not exactly my question.  03:31:21
25    I'm --  I want to know the answer,              03:31:23
```



51 (Pages 198 to 201)

Page 202

```
1    Dr. Anderson; but I also want to be clear      03:31:24
2    on what we voted on; because there's just      03:31:27
3    been some confusion, I'm realizing now,        03:31:29
4    of an earlier version of a motion that         03:31:31
5    was different than what was voted on; and      03:31:34
6    I just want to be clear on what we did,        03:31:36
7    please.                                        03:31:40
8    CHAIRWOMAN ANDERSON:  I will have Mr. Morgan    03:31:40
9    answer that question and then we will          03:31:41
10   repeat the vote that was taken.  I'll          03:31:45
11   have the clerk re-read what was voted          03:31:47
12   upon --                                        03:31:50
13   MS. MEREN:  That would be great.               03:31:50
14   CHAIRWOMAN ANDERSON:  -- in just a second.     03:31:51
15   MR. FRISCH:  Point of clarification.           03:31:52
16   CHAIRWOMAN ANDERSON:  Mr. Morgan?              03:31:54
17   MR. MORGAN:  Yes.                              03:31:55
18   CHAIRWOMAN ANDERSON:  Mr. Frisch, if I may     03:31:55
19   have Mr. Morgan just go ahead and respond      03:31:57
20   to that one question, and then I'll take       03:31:59
21   your point of clarification.                   03:32:00
22   MR. MORGAN:  If an objection would have been   03:32:03
23   made that the motion made did not reflect      03:32:04
24   what -- the motion that was planned, it        03:32:07
25   would have needed to be made at the time       03:32:09
```

Page 203

```
1    that the motion was made.  It -- You           03:32:13
2    couldn't wait till there was a discussion      03:32:15
3    and a vote and then said:  Well,               03:32:17
4    that's -- wasn't what we planned on            03:32:20
5    discussing.                                    03:32:22
6    It really needs to be timely, the              03:32:23
7    objection to its consideration.                03:32:26
8    CHAIRWOMAN ANDERSON:  Thank you.  I wanted to  03:32:30
9    just make sure.  I didn't see Ms. Meren's      03:32:32
10   as an objection but rather as a question,      03:32:34
11   but I appreciate the clarification.            03:32:36
12   Mr. Frisch, do you have a point of             03:32:39
13   clarification?                                 03:32:41
14   MR. FRISCH:  That -- That's fine.  No          03:32:43
15   question.                                      03:32:44
16   CHAIRWOMAN ANDERSON:  Thank you.               03:32:45
17   Ms. Mulberg, if you could please              03:32:46
18   read the previous motion that we voted         03:32:48
19   upon which carried.  Go ahead.                 03:32:51
20   MS. MUHLBERG:  You're referring to motion      03:33:00
21   number 3 moved by Ms. Omeish and seconded      03:33:02
22   by Laura Jane --                               03:33:06
23   CHAIRWOMAN ANDERSON:  Correct.                 03:33:07
24   MS. MUHLBERG:  -- for the opt-out?             03:33:07
25   CHAIRWOMAN ANDERSON:  Yes.                     03:33:09
```

Page 204

```
1    MS. MUHLBERG:  Okay.  Madame Chair, I move to  03:33:10
2    direct the superintendent to report to        03:33:12
3    the school board on an opt-out process        03:33:13
4    for all eligible students effective with       03:33:20
5    the fall 20 -- 2022 school year, which         03:33:22
6    will include the expiration --                 03:33:24
7    exploration of using a universal screener      03:33:26
8    for all students in 7th or 8th grade to        03:33:28
9    identify eligible students for admissions      03:33:31
10   to TJ.  To opt would be to eliminate           03:33:33
11   oneself from consideration for TJ.             03:33:36
12   MS. OMEISH:  A point of order, Madame Chair.   03:33:39
13   CHAIRWOMAN ANDERSON:  That is -- Thank you     03:33:42
14   Ms. Omeish, go ahead.                          03:33:43
15   MS. OMEISH:  Yeah.  That is not the motion I   03:33:45
16   read prior nor after we agreed to this         03:33:46
17   motion; and that is reflected --               03:33:49
18   (overspeaking - unintelligible)                03:33:
19   MS. OMEISH:  -- all of us have and is the      03:33:52
20   language I sent several days ago,              03:33:53
21   modifying what I sent months -- a month        03:33:55
22   ago about this motion.                         03:33:58
23   CHAIRWOMAN ANDERSON:  And I don't recall that  03:34:01
24   to be the motion that I read when I            03:34:02
25   presented the vote.                            03:34:04
```

Page 205

```
1    What I presented is what I have here           03:34:05
2    in front of me, which is to require the        03:34:08
3    test essay and SIS to be administered          03:34:11
4    locally at each middle school to all           03:34:13
5    eligible students who meet the 3.5 GPA and     03:34:16
6    Algebra I requirements.                        03:34:19
7    That's what I read for the vote.               03:34:22
8    MS. OMEISH:  So there clearly is a --          03:34:28
9    CHAIRWOMAN ANDERSON:  And it goes on --        03:34:29
10   MS. OMEISH:  -- discrepancy.  So there is a    03:34:30
11   discrepancy.                                   03:34:30
12   CHAIRWOMAN ANDERSON:  There is a discrepancy,  03:34:31
13   but we voted on what I read, so I'm going       03:34:32
14   to go ahead and --                             03:34:35
15   MS. MUHLBERG:  Then what is posted -- What is  03:34:36
16   posted on BoardDocs is not what -- What        03:34:37
17   is posted on BoardDocs, what we were           03:34:41
18   provided, is what I just read.  So --          03:34:43
19   CHAIRWOMAN ANDERSON:  You read what was on     03:34:47
20   BoardDocs, but it is not -- What we            03:34:49
21   voted upon was not what was on BoardDocs.     03:34:50
22   That's not what was posted.  And from          03:34:52
23   what I understand --                           03:34:54
24   PARTICIPANT:  And that's --                    03:34:55
25   (Overspeaking - unintelligible)               03:
```



Page 206

| | | |
|---|---|---|
| 1 | CHAIRWOMAN ANDERSON:  -- from Mr. Morgan | 03:34:56 |
| 2 | What I understand from Mr. Morgan is that | 03:34:58 |
| 3 | it is not out of order because the | 03:35:01 |
| 4 | objection should have been raised during | 03:35:03 |
| 5 | that vote. | 03:35:05 |
| 6 | So, Ms. Meren, I have to move us | 03:35:06 |
| 7 | along on the motion that is on the table | 03:35:08 |
| 8 | at this point, which is the holistic | 03:35:11 |
| 9 | review and the process to impact the 2027 | 03:35:15 |
| 10 | class for a proportional representation. | 03:35:18 |
| 11 | So do you have statements to make on | 03:35:21 |
| 12 | that motion? | 03:35:24 |
| 13 | MS. MEREN:  Nothing further than I already | 03:35:26 |
| 14 | said. | 03:35:27 |
| 15 | But can I be clear so I can address | 03:35:27 |
| 16 | this after this motion is acted upon? | 03:35:29 |
| 17 | CHAIRWOMAN ANDERSON:  I'm sorry.  Say that | 03:35:33 |
| 18 | again? | 03:35:34 |
| 19 | MS. MEREN:  Nothing further than I already | 03:35:35 |
| 20 | addressed for this active motion; but | 03:35:36 |
| 21 | after this, then can I ask us to address | 03:35:38 |
| 22 | that previous motion? | 03:35:42 |
| 23 | CHAIRWOMAN ANDERSON:  I don't think so.  That | 03:35:44 |
| 24 | motion is closed.  It's been voted upon | 03:35:46 |
| 25 | and we have several more motions to go on | 03:35:48 |

Page 207

| | | |
|---|---|---|
| 1 | for tonight. | 03:35:50 |
| 2 | MS. MEREN:  But which motion did we vote on? | 03:35:51 |
| 3 | CHAIRWOMAN ANDERSON:  We voted on, I will read | 03:35:55 |
| 4 | it -- | 03:35:58 |
| 5 | MS. MEREN:  The one in Board -- | 03:35:58 |
| 6 | CHAIRWOMAN ANDERSON:  -- once more -- | 03:36:00 |
| 7 | MS. MEREN:  The one in BoardDocs, | 03:36:00 |
| 8 | Dr. Anderson, or the one in the script? | 03:36:01 |
| 9 | CHAIRWOMAN ANDERSON:  No.  The one in the | 03:36:03 |
| 10 | script -- | 03:36:03 |
| 11 | MS. MEREN:  But that's not what -- | 03:36:04 |
| 12 | (Overspeaking - unintelligible) | 03:36:05 |
| 13 | CHAIRWOMAN ANDERSON:  -- which is the one that | 03:36:05 |
| 14 | I read. | 03:36:06 |
| 15 | MS. MEREN:  So can we -- Can we finish this | 03:36:06 |
| 16 | motion and then I'd like to please raise | 03:36:07 |
| 17 | it for the next one? | 03:36:09 |
| 18 | CHAIRWOMAN ANDERSON:  Okay.  So we're going to | 03:36:10 |
| 19 | finish this motion and I'm going to read | 03:36:11 |
| 20 | the motion that is on the table and the | 03:36:13 |
| 21 | next speaker is Ms. Sizemore Heizer. | 03:36:14 |
| 22 | The motion on the table at this | 03:36:17 |
| 23 | point is:  I move to establish that as | 03:36:19 |
| 24 | part of the holistic review process, by | 03:36:21 |
| 25 | the process for the 2027 class, the top | 03:36:23 |

Page 208

| | | |
|---|---|---|
| 1 | (audio distortion) percent of the 8th | 03:36:27 |
| 2 | grade class at each public middle school | 03:36:30 |
| 3 | in Fairfax County who meet minimum | 03:36:32 |
| 4 | standards based on GPA and core classes, | 03:36:34 |
| 5 | student (audio distortion) sheet, (audio | 03:36:36 |
| 6 | distortion) experience factor shall be | 03:36:40 |
| 7 | eligible for admission according to the | 03:36:41 |
| 8 | percentage that is proportional to their | 03:36:44 |
| 9 | population.  This reflects the existing | 03:36:46 |
| 10 | holistic review plan, "both" calculates | 03:36:48 |
| 11 | allotments of gifted students but rather | 03:36:50 |
| 12 | by region. | 03:36:53 |
| 13 | So going back to the point that | 03:36:55 |
| 14 | Mr. Morgan made just earlier, if there is | 03:36:56 |
| 15 | an objection to this motion that we're | 03:36:59 |
| 16 | discussing not having been the motion that | 03:37:02 |
| 17 | is posted on BoardDocs, this can be raised | 03:37:05 |
| 18 | now. | 03:37:12 |
| 19 | PARTICIPANT:  Dr. Anderson, my audio cut out. | 03:37:12 |
| 20 | Is it possible to send out that motion or | 03:37:14 |
| 21 | point to where that one that you read is | 03:37:17 |
| 22 | written so we can just read it. | 03:37:22 |
| 23 | (Overspeaking - unintelligible) | |
| 24 | MALE VOICE:  I re-sent it at 10 -- at 10:36. | 03:37:25 |
| 25 | (Multiple voices overspeaking). | 03:37:27 |

Page 209

| | | |
|---|---|---|
| 1 | MS. MUHLBERG:  Yeah, it -- it's in --  The | 03:37:33 |
| 2 | changes are in the scripts but not on | 03:37:34 |
| 3 | BoardDocs, so it's hard to track. | 03:37:39 |
| 4 | CHAIRWOMAN ANDERSON:  You know what, folks, it | 03:37:42 |
| 5 | is 10:50.  We have been going at this a | 03:37:43 |
| 6 | while.  We have not taken a break.  I | 03:37:45 |
| 7 | apologize.  I -- I think I'm going to | 03:37:47 |
| 8 | call for a 10-minute recess for us to | 03:37:49 |
| 9 | make the changes so that we have all of | 03:37:52 |
| 10 | the motions that are in the script be | 03:37:54 |
| 11 | reflected on BoardDocs to have a more | 03:37:56 |
| 12 | transparent discussion. | 03:37:58 |
| 13 | So I will call for a recess right | 03:38:00 |
| 14 | now, barring any objections; and when we | 03:38:02 |
| 15 | return, Ms. Sizemore Heizer, you will be | 03:38:04 |
| 16 | the next speaker. | 03:38:06 |
| 17 | Let's come back at 11:00.  Thank | 03:38:07 |
| 18 | you. | 03:47:04 |
| 19 | (10-minute recess.) | |
| 20 | CHAIRWOMAN ANDERSON:  So very quickly, we will | 03:47:58 |
| 21 | check -- we will have a quick attendance. | 03:47:59 |
| 22 | Ms. Corbett Sanders? | 03:48:05 |
| 23 | MS. CORBETT SANDERS:  Yes, hello. | 03:48:09 |
| 24 | CHAIRWOMAN ANDERSON:  Ms. Cohen? | 03:48:12 |
| 25 | MS. COHEN:  Here. | 03:48:14 |



Page 210

| | | |
|---|---|---|
| 1 | CHAIRWOMAN ANDERSON: Ms. Derenak Kaufax? | 03:48:15 |
| 2 | MS. DERENAK KAUFAX: Here. | 03:48:16 |
| 3 | CHAIRWOMAN ANDERSON: Mr. Frisch? | 03:48:17 |
| 4 | MR. FRISCH: Here. | 03:48:20 |
| 5 | CHAIRWOMAN ANDERSON: Ms. Keys-Gamarra? | 03:48:21 |
| 6 | MS. KEYS-GAMARRA: Here. | 03:48:24 |
| 7 | CHAIRWOMAN ANDERSON: Ms. McLaughlin? | 03:48:27 |
| 8 | MS. McLAUGHLIN: Here. | 03:48:29 |
| 9 | CHAIRWOMAN ANDERSON: Ms. Meren? | 03:48:31 |
| 10 | (No response.) | |
| 11 | Ms. Omeish? | 03:48:36 |
| 12 | MS. OMEISH: Here. | 03:48:40 |
| 13 | CHAIRWOMAN ANDERSON: Ms. Pekarsky? | 03:48:40 |
| 14 | MS. PEKARSKY: Here. | 03:48:42 |
| 15 | CHAIRWOMAN ANDERSON: Ms. Tholen? | 03:48:43 |
| 16 | MS. THOLEN: I'm here.  Thank you. | 03:48:47 |
| 17 | CHAIRWOMAN ANDERSON: Ms. Sizemore Heizer? | 03:48:49 |
| 18 | MS. SIZEMORE HEIZER: I'm here.  Thank you. | 03:48:52 |
| 19 | CHAIRWOMAN ANDERSON: And Ms. Meren? | 03:48:54 |
| 20 | (No response.) | |
| 21 | Okay.  Ms. Meren has not returned. | 03:48:59 |
| 22 | So we do have quorum; so we are going to | 03:49:01 |
| 23 | continue. | 03:49:03 |
| 24 | The motion that is on the table at | 03:49:04 |
| 25 | this point is one that I will read in just | 03:49:07 |

Page 211

| | | |
|---|---|---|
| 1 | a minute and then I will pick up with the | 03:49:11 |
| 2 | next speaker, which is Ms. Sizemore | 03:49:12 |
| 3 | Heizer. | 03:49:17 |
| 4 | Bear with me while I get to that | 03:49:17 |
| 5 | space.  I just had to scroll up here. | 03:49:19 |
| 6 | MS. OMEISH:  A point of order, Dr. Anderson. | 03:49:21 |
| 7 | CHAIRWOMAN ANDERSON:  Yes, Ms. Omeish. | 03:49:24 |
| 8 | MS. OMEISH:  It's, you know, your decision to | 03:49:26 |
| 9 | do whatever if you want to kill this; but | 03:49:28 |
| 10 | this has been modified --  You know, I | 03:49:30 |
| 11 | mean, I'm not sure what --  You know, the | 03:49:33 |
| 12 | language on BoardDocs is not reflective | 03:49:35 |
| 13 | of everything I'd shared and -- and what | 03:49:36 |
| 14 | folks have reviewed and what we've | 03:49:39 |
| 15 | discussed; but I do have something that | 03:49:40 |
| 16 | is reflective of that, though I believe | 03:49:42 |
| 17 | we have been removed from edit access | 03:49:45 |
| 18 | into the script; so I'm no longer able to | 03:49:46 |
| 19 | share it. | 03:49:48 |
| 20 | CHAIRWOMAN ANDERSON:  Yes.  I want to share | 03:49:48 |
| 21 | with you that the motion that has been | 03:49:51 |
| 22 | moved and seconded has now -- is now | 03:49:54 |
| 23 | reflected in BoardDocs; so that's what's | 03:49:57 |
| 24 | under consideration at this point. | 03:49:59 |
| 25 | So, now what you shared earlier | 03:50:01 |

Page 212

| | | |
|---|---|---|
| 1 | matches what is on BoardDocs. | 03:50:03 |
| 2 | MS. OMEISH:  Yeah.  And BoardDocs -- | 03:50:06 |
| 3 | CHAIRWOMAN ANDERSON:  BoardDocs has been | 03:50:07 |
| 4 | revised. | 03:50:08 |
| 5 | MS. OMEISH:  Right.  And -- and I believe the | 03:50:09 |
| 6 | discrepancy, you know, for -- for all | 03:50:10 |
| 7 | kinds of reasons is reflected in a way -- | 03:50:14 |
| 8 | I hadn't understood that this was | 03:50:18 |
| 9 | changed; and despite, you know, what I | 03:50:20 |
| 10 | shared with you guys, which is consistent | 03:50:23 |
| 11 | with what is reflected in BoardDocs now | 03:50:24 |
| 12 | and for that reason I'm amenable to the | 03:50:26 |
| 13 | adjustment that I have that I'm not able | 03:50:29 |
| 14 | to add right now. | 03:50:31 |
| 15 | CHAIRWOMAN ANDERSON:  Yes.  That -- Yes. | 03:50:33 |
| 16 | We're not going to be able to add an | 03:50:34 |
| 17 | adjustment because we have an amendment | 03:50:36 |
| 18 | on the table that we're discussing. | 03:50:37 |
| 19 | If you want to amend the amendment | 03:50:39 |
| 20 | then you're free to do that; but I'd like | 03:50:41 |
| 21 | to go ahead and recognize Ms. Sizemore | 03:50:43 |
| 22 | Heizer, because you were up for a point of | 03:50:45 |
| 23 | clarification for a point of order. | 03:50:47 |
| 24 | MS. OMEISH:  Yes.  Yes.  Thank you. | 03:50:49 |
| 25 | CHAIRWOMAN ANDERSON:  I am -- I am going to | 03:50:50 |

Page 213

| | | |
|---|---|---|
| 1 | recognize Ms. Sizemore Heizer; so if | 03:50:51 |
| 2 | you'd like to make any amendments, raise | 03:50:53 |
| 3 | your hand; because as it stands right | 03:50:55 |
| 4 | now, this has been the discussion. | 03:50:57 |
| 5 | Ms. Sizemore Heizer? | 03:50:59 |
| 6 | MS. SIZEMORE HEIZER:  All right.  Just to | 03:51:00 |
| 7 | clarify, I am speaking to Ms. Omeish's | 03:51:01 |
| 8 | original motion about the 2027 | 03:51:03 |
| 9 | proportional representation, just to -- | 03:51:06 |
| 10 | (Laughing - unintelligible) | |
| 11 | CHAIRWOMAN ANDERSON:  That is right.  And I | 03:51:09 |
| 12 | was going to read it and then I got | 03:51:10 |
| 13 | stopped; so I forgot to read it. | 03:51:13 |
| 14 | MS. SIZEMORE HEIZER:  Yes, no.  You're fine. | 03:51:14 |
| 15 | CHAIRWOMAN ANDERSON:  I'll read it for | 03:51:15 |
| 16 | everybody.  It is:  I move to establish | 03:51:15 |
| 17 | that as part of the holistic review | 03:51:19 |
| 18 | process by the process for the 2027 | 03:51:20 |
| 19 | class, the top percent of the 8th grade | 03:51:24 |
| 20 | class at each public middle school in | 03:51:27 |
| 21 | Fairfax County who meet minimum standards | 03:51:29 |
| 22 | based on GPA and core classes, student | 03:51:31 |
| 23 | portrait sheet, problem-solving essay, | 03:51:34 |
| 24 | and experience factors shall be eligible | 03:51:36 |
| 25 | for admissions according to the | 03:51:39 |



MAGNA
LEGAL SERVICES

Page 214

1   percentage that is proportional to their   03:51:41
2   population.  This reflects the   03:51:42
3   holistic -- the existing holistic review   03:51:44
4   plan while calculates allotments of   03:51:46
5   gifted students by school rather than by   03:51:48
6   region.   03:51:51
7         And our clerks are making the   03:51:52
8   adjustments so that this language is   03:51:53
9   reflected in BoardDocs.   03:51:55
10        Ms. Sizemore Heizer, your three   03:51:57
11   minutes begin now.   03:51:58
12   MS. SIZEMORE HEIZER:  Yeah.  I'll -- I'll be   03:52:02
13   honest.  I -- I have a lot of concerns   03:52:03
14   about this motion.  I -- I don't know   03:52:06
15   how we get to 2027.  I think it's very   03:52:11
16   prescriptive.   03:52:14
17        I mean, TJ's a STEM school.  It's   03:52:14
18   not just a sort of a gifted or advanced   03:52:17
19   school.  It's a very specific and   03:52:21
20   particular purpose; and so, you know, I   03:52:23
21   understand that -- I very much believe   03:52:25
22   that we are missing talent at schools and   03:52:27
23   we need to -- and do -- and I think we've   03:52:29
24   done good work tonight to -- to start to   03:52:31
25   address some of those concerns or continue   03:52:34

Page 215

1   to address some of those concerns; but   03:52:35
2   this motion and the level of   03:52:37
3   prescriptiveness has me significantly   03:52:40
4   concerned for many reasons; and I don't   03:52:43
5   know if we --  I, at least, don't feel   03:52:46
6   like I've had the chance to hear from our   03:52:48
7   staff regarding all the implications of   03:52:53
8   this.  And so I don't think at this point   03:52:56
9   we should be supporting it.   03:53:00
10        I do think I agree with Ms. Meren.   03:53:01
11   We made a lot of changes.  We're going to   03:53:03
12   be reviewing this, be getting metrics; so   03:53:05
13   let's just take a look at where metrics   03:53:07
14   take us and then decide what additional   03:53:09
15   steps we may need to do to have   03:53:11
16   aspirational goals.  But this is so   03:53:13
17   prescriptive for a STEM school, that I --   03:53:15
18   I'm uncomfortable with this, at least with   03:53:18
19   not -- not having a chance to have some   03:53:20
20   really deep dive conversations with staff   03:53:22
21   regarding all the different concepts and   03:53:25
22   implications.   03:53:30
23        So I appreciate the -- the thought,   03:53:31
24   but I don't think this is quite the right   03:53:34
25   way to go at this moment.   03:53:35

Page 216

1   CHAIRWOMAN ANDERSON:  Thank you.  Our next   03:53:37
2   speaker is --  Now we are in go-backs.   03:53:41
3        Ms. Omeish, you have 90 seconds.   03:53:45
4   MS. OMEISH:  Sorry.  It's not coming up.  I   03:53:50
5   was just gonna suggest amending this to   03:53:53
6   reflect what we are looking for here.   03:53:56
7   CHAIRWOMAN ANDERSON:  This is a good time for   03:53:59
8   you to have an amendment because it no   03:54:00
9   longer belongs to you.  It's to the body.   03:54:01
10   So please go ahead and offer an   03:54:03
11   amendment.   03:54:06
12   MS. OMEISH:  All right.  I believe it will be   03:54:07
13   reflected shortly.  I just sent it to the   03:54:10
14   clerk.   03:54:12
15        But I move to establish --  So this   03:54:12
16   ultimately is -- is scratching most of the   03:54:15
17   language to -- to have the same   03:54:17
18   substantive purpose which is I move --   03:54:19
19   CHAIRWOMAN ANDERSON:  Just --  Ms. Omeish, I   03:54:20
20   will need for you to read it verbatim.   03:54:21
21   MS. OMEISH:  I already --   03:54:25
22   CHAIRWOMAN ANDERSON:  Did you send it to the   03:54:26
23   board as well?  Did you e-mail it to   03:54:27
24   everyone or so the clerk can get it   03:54:29
25   posted?   03:54:32

Page 217

1   MS. OMEISH:  I am happy to do that in a   03:54:32
2   moment.   03:54:37
3        Give me one second.   03:54:38
4   PARTICIPANT:  I forwarded it.   03:54:39
5   MS. OMEISH:  You have it?  All right.  Thank   03:54:41
6   you.   03:54:43
7   MS. MUHLBERG:  I forwarded it to   03:54:44
8   (unintelligible) --   03:54:45
9   MS. OMEISH:  Okay.   03:54:46
10   CHAIRWOMAN ANDERSON:  Thank you.  Please go   03:54:46
11   ahead and read it, Ms. Omeish.   03:54:47
12   MS. OMEISH:  It's to change --  I move to   03:54:50
13   amend the language of this to reflect a   03:54:52
14   amend -- a motion to move to establish a   03:54:56
15   goal of equitable representation by   03:54:58
16   middle school for the class of the 2027   03:55:01
17   cohort.   03:55:04
18   CHAIRWOMAN ANDERSON:  Thank you.  Is there a   03:55:04
19   second for this amendment?   03:55:05
20        Thank you, Ms. Cohen [sic].   03:55:10
21        So now we're going to be speaking on   03:55:12
22   this amendment, which is:  I move to   03:55:14
23   establish a goal of equitable   03:55:16
24   representation by middle school for the   03:55:18
25   class -- for the class -- for the 2027   03:55:21



Page 218

| | | |
|---|---|---|
| 1 | class. | 03:55:24 |
| 2 | That is the motion on the table at | 03:55:25 |
| 3 | this point.  Speakers to that motion? | 03:55:27 |
| 4 | Ms. Omeish, please speak to your | 03:55:30 |
| 5 | motion. | 03:55:33 |
| 6 | MS. OMEISH:  Thank you.  Colleagues, you know, | 03:55:33 |
| 7 | I -- I appreciate the concern and the | 03:55:36 |
| 8 | conversation about what was reflected in | 03:55:38 |
| 9 | BoardDocs and not. | 03:55:40 |
| 10 | I just want to say, you know, the | 03:55:40 |
| 11 | language previously listed in BoardDocs at | 03:55:42 |
| 12 | this point is not the language I provided | 03:55:44 |
| 13 | nor is it what I discussed with everyone; | 03:55:46 |
| 14 | but I'm happy to now understand reason to | 03:55:48 |
| 15 | bring us here. | 03:55:50 |
| 16 | Ultimately, when we had our | 03:55:52 |
| 17 | conversations way back in the work | 03:55:53 |
| 18 | sessions, we discussed, you know, the idea | 03:55:55 |
| 19 | of thinking about school, region, we | 03:55:58 |
| 20 | talked about pyramid.  This is an | 03:55:59 |
| 21 | opportunity that reflects all of those | 03:56:01 |
| 22 | conversations and everyone who shared the | 03:56:04 |
| 23 | importance of looking at this in a more | 03:56:06 |
| 24 | local way, again similar to the AAP set-up | 03:56:07 |
| 25 | we have and the ability -- and enhancing | 03:56:11 |

Page 219

| | | |
|---|---|---|
| 1 | our ability to assess and identify talent | 03:56:14 |
| 2 | as we've had those conversations with the | 03:56:17 |
| 3 | AAP and now here. That's simply | 03:56:19 |
| 4 | reflective of those conversations. | 03:56:21 |
| 5 | And, finally, where he know that | 03:56:22 |
| 6 | there's a percentage that is generally | 03:56:24 |
| 7 | talented or exhibits these qualities in | 03:56:27 |
| 8 | any student population; so no matter where | 03:56:30 |
| 9 | we are in the county, now that we're gonna | 03:56:32 |
| 10 | folks opting out and hopefully screening | 03:56:34 |
| 11 | on a more broad scale, we will have a | 03:56:37 |
| 12 | certain talented pool emerge; and I want | 03:56:41 |
| 13 | to make sure that no matter where a kid | 03:56:43 |
| 14 | is, again, as I said earlier, there is no | 03:56:45 |
| 15 | difference in their chance of getting in. | 03:56:47 |
| 16 | So that's --  That's what I'll leave | 03:56:49 |
| 17 | it to. | 03:56:50 |
| 18 | Thank you. | 03:56:51 |
| 19 | CHAIRWOMAN ANDERSON:  Thank you. | 03:56:51 |
| 20 | Ms. Cohen, would you like to speak | 03:56:52 |
| 21 | to your second? | 03:56:53 |
| 22 | MS. COHEN:  Nothing to add, Madame Chair. | 03:56:55 |
| 23 | CHAIRWOMAN ANDERSON:  Thank you. | 03:56:57 |
| 24 | Ms. Keys-Gamarra, please speak to | 03:56:59 |
| 25 | this new motion. | 03:57:01 |

Page 220

| | | |
|---|---|---|
| 1 | MS. KEYS-GAMARRA:  Yes.  Just briefly, | 03:57:04 |
| 2 | Ms. Omeish, I --  I think I hear you | 03:57:06 |
| 3 | saying that you are setting a goal of | 03:57:09 |
| 4 | this proportional representation in every | 03:57:12 |
| 5 | middle school; which, if that is correct, | 03:57:14 |
| 6 | then I can fully support it. | 03:57:16 |
| 7 | CHAIRWOMAN ANDERSON:  Thank you. | 03:57:19 |
| 8 | I do not see any other speakers to | 03:57:22 |
| 9 | this motion. | 03:57:24 |
| 10 | No.  Ms. Corbett Sanders, go ahead. | 03:57:25 |
| 11 | And, folks, we are going to shorten | 03:57:28 |
| 12 | this a little bit; because the concept of | 03:57:30 |
| 13 | the motion is largely the same.  So please | 03:57:31 |
| 14 | be super succinct, if possible. | 03:57:35 |
| 15 | Ms. Corbett Sanders and then | 03:57:37 |
| 16 | Ms. Sizemore Heizer. | 03:57:38 |
| 17 | MS. CORBETT SANDERS:  Because the -- the | 03:57:41 |
| 18 | re-writing of the motion sets the motion | 03:57:43 |
| 19 | as a goal, as an aspirational goal, I can | 03:57:44 |
| 20 | support this motion. | 03:57:49 |
| 21 | CHAIRWOMAN ANDERSON:  Thank you. | 03:57:51 |
| 22 | Ms. Sizemore Heizer. | 03:57:52 |
| 23 | MS. SIZEMORE HEIZER:  Yes.  One, the change in | 03:57:59 |
| 24 | motion language now reads "equitable | 03:58:00 |
| 25 | representation" whereas the previous one | 03:58:03 |

Page 221

| | | |
|---|---|---|
| 1 | read "proportional." | 03:58:06 |
| 2 | What's the difference in the -- how | 03:58:08 |
| 3 | that -- the implementation of that phrase? | 03:58:12 |
| 4 | You know, how does --  What's the | 03:58:14 |
| 5 | difference between what "equitable" means? | 03:58:16 |
| 6 | It's a really broad phrase, whereas | 03:58:19 |
| 7 | opposed --  How does it relate to | 03:58:21 |
| 8 | "proportional," which is the previous | 03:58:22 |
| 9 | motion?  I would say -- | 03:58:24 |
| 10 | CHAIRWOMAN ANDERSON:  Ms. Omeish -- | 03:58:25 |
| 11 | MS. SIZEMORE HEIZER:  -- equitable is | 03:58:25 |
| 12 | proportional or what is the intent here? | 03:58:26 |
| 13 | CHAIRWOMAN ANDERSON:  Ms. Omeish, would you | 03:58:28 |
| 14 | like to respond? | 03:58:29 |
| 15 | MS. OMEISH:  Sure.  As we've been saying, our | 03:58:35 |
| 16 | goal is to ensure that there's equitable | 03:58:38 |
| 17 | representation, no matter where you are | 03:58:40 |
| 18 | in the county, such that your chances of | 03:58:41 |
| 19 | getting in are not hindered by where you | 03:58:43 |
| 20 | are. | 03:58:47 |
| 21 | The --  The key here is we're | 03:58:47 |
| 22 | starting with the 1.5 percent.  We're | 03:58:48 |
| 23 | gonna learn where that directs us, and | 03:58:51 |
| 24 | within the three years we should be in a | 03:58:53 |
| 25 | place where that per -- that -- that | 03:58:54 |



Page 222

```
 1    likelihood is not altered by where you      03:58:58
 2    live.                                        03:59:01
 3        So however you want to define that,      03:59:01
 4    how -- whatever label you want to put on     03:59:03
 5    that, that's the goal.                       03:59:05
 6  MS. SIZEMORE HEIZER:  I guess I'm just really  03:59:08
 7    confused.  I mean, this is very -- this      03:59:08
 8    is really broad and kind of vague to me,     03:59:10
 9    and that's why I'm trying to desperately     03:59:12
10    understand what it is that we're voting      03:59:14
11    on here.  You know, what are the metrics     03:59:16
12    we're using to determine equitable          03:59:19
13    representation?  What's the -- end          03:59:20
14    goal here?                                   03:59:23
15        I mean, I hear what you're saying,       03:59:23
16    that, you know, wherever you live across     03:59:25
17    the county shouldn't impact, you know,       03:59:27
18    your ability to -- to get into TJ if you,    03:59:30
19    you know, meet the qualifications and all    03:59:32
20    the other pieces of it; but I just don't     03:59:34
21    understand what you're trying to get at      03:59:38
22    here with the goal.                          03:59:41
23        I think we all have a goal of            03:59:42
24    equity, you know, and equitable access.      03:59:43
25    So I'm just puzzled.  I want to know, you    03:59:46
```

Page 223

```
 1    know, when we're looking at metrics for      03:59:48
 2    this, when we're looking at directing the    03:59:50
 3    superintendent to do something, what are     03:59:52
 4    we looking to have happen here?              03:59:54
 5        And then when you say,                    03:59:56
 6    "representation," are you saying just        03:59:57
 7    literally, like -- I mean, "equitable        03:59:59
 8    representation" can mean every middle        04:00:02
 9    school has representation.  "Equitable       04:00:04
10    representation" can mean every middle        04:00:06
11    school has a proportion of the population.   04:00:08
12    "Equitable representation" can mean many     04:00:10
13    things.  So I'm trying to figure out what    04:00:12
14    does it mean here?  This seems very vague.   04:00:14
15    In my lawyer terms, it seems overly broad    04:00:18
16    and vague; and so I'm trying to wrap my      04:00:20
17    head around this motion.                     04:00:22
18  CHAIRWOMAN ANDERSON:  Thank you.  Ms. Omeish,  04:00:24
19    do you have any new information to share     04:00:25
20    with Ms. Sizemore Heizer or have you --      04:00:28
21  MS. OMEISH:  I -- I would just ask Mr. Foster  04:00:30
22    to actually step in here and -- and help     04:00:32
23    elucidate this point.                        04:00:35
24  CHAIRWOMAN ANDERSON:  Mr. Foster, can you add  04:00:38
25    to this dialogue?                            04:00:40
```

Page 224

```
 1  MR. FOSTER:   Yeah.  You know, I -- Just to    04:00:42
 2    speak generally, you know, I -- I think      04:00:44
 3    that in working with Ms. Omeish on           04:00:46
 4    this -- on this current amendment, you       04:00:48
 5    know, the goal, as has been noted, is        04:00:52
 6    aspirational with, you know, an equitable    04:00:54
 7    representation per middle school but not     04:00:59
 8    to be obtained until 2027.  And so it's      04:01:03
 9    something that's clearly gonna to have to    04:01:07
10    be worked through as the board and the       04:01:08
11    superintendent staff move forward into       04:01:10
12    the future on this; and that's -- that's     04:01:13
13    really it for now.                           04:01:16
14        It -- You know, it's -- Anyway,          04:01:19
15    I -- I hope that that's been responsive;     04:01:22
16    but that -- that is what I understand the    04:01:24
17    purpose to be.                               04:01:25
18  CHAIRWOMAN ANDERSON:  Thank you.  Ms. Sizemore 04:01:28
19    Heizer, do you have any additional          04:01:29
20    questions?                                   04:01:32
21  MS. SIZEMORE HEIZER:  I guess I -- I am having 04:01:33
22    a difficult time voting on this without      04:01:35
23    having a chance to have any conversation,    04:01:39
24    again, a deep dive with staff to            04:01:43
25    understand the implications and what this    04:01:45
```

Page 225

```
 1    means.  If it -- if it's just saying:        04:01:47
 2    Well, we have a goal of being equitable      04:01:49
 3    by 2027, don't we have a goal of being       04:01:50
 4    equitable now?  Like that's where I'm        04:01:53
 5    just -- I -- You know, we -- I think         04:01:56
 6    this is a conversation with staff.           04:01:57
 7        I would love to hear more from staff     04:02:00
 8    as to what they read into this, or what      04:02:01
 9    they -- I don't know if they should read     04:02:03
10    into this, but what they -- how they         04:02:05
11    interpreted this.  It just is a -- I         04:02:06
12    don't know.  I'm -- I don't think -- I       04:02:09
13    wish this had come up earlier.  I wish       04:02:10
14    someone had had a conversation with me       04:02:12
15    earlier about this.  But it -- It's -- I     04:02:14
16    don't know.                                  04:02:17
17  CHAIRWOMAN ANDERSON:  Thank you, Ms. Sizemore  04:02:17
18    Heizer.                                      04:02:19
19  MS. SIZEMORE HEIZER:  Okay.                    04:02:19
20  CHAIRWOMAN ANDERSON:  Ms. McLaughlin, go       04:02:20
21    ahead.                                       04:02:23
22  MS. McLAUGHLIN:  Yes.  I'm very mindful that   04:02:24
23    it's 11:15 at night and I really            04:02:26
24    apologize that I feel such a need to        04:02:30
25    weigh in.                                    04:02:32
```



Page 226

1    Again, Ms. Omeish's intentions are    04:02:34
2    good; but Ms. Sizemore Heizer's correct.    04:02:38
3    I feel that all of the extensive    04:02:41
4    conversation that this board has given    04:02:43
5    publicly to the superintendent with each    04:02:45
6    other is we want equity of opportunity.    04:02:47
7    Plain and simple.    04:02:50
8    We're now sitting here going round    04:02:51
9    and round on language that is not easily    04:02:54
10   necessarily clear and understood or how    04:02:58
11   people are going to interpret it in terms    04:03:04
12   of staff and implementing it.    04:03:07
13   Ms. Hizemer -- Ms. Sizemore Heizer,    04:03:09
14   I thank you for just saying it well.  We    04:03:11
15   want equity of opportunity now, across all    04:03:13
16   of our middle schools.  Let's stop doing    04:03:15
17   this to each other at this time of night    04:03:18
18   and, please, we've done some really good    04:03:21
19   changes.  At this point, let's work with    04:03:25
20   the superintendent to put them in place,    04:03:28
21   see the results, and continue to refine    04:03:30
22   and improve the TJ admissions process.    04:03:33
23   But at 11:15 at night, there's no    04:03:34
24   way -- I hope everyone, please don't    04:03:38
25   support this.  We need to stop putting in    04:03:41

Page 227

1    every single thing we can think of that    04:03:43
2    hasn't been vetted in a work session.  And    04:03:45
3    good intentions with bad -- you know,    04:03:49
4    badly written language or just not clear    04:03:53
5    language, it's not good legislation.  We    04:03:56
6    shouldn't be doing this at this time of    04:03:58
7    night after everything that's happened.    04:04:00
8    CHAIRWOMAN ANDERSON:  Thank you.  I see that    04:04:03
9    we have one hand up for a go-back.  No.    04:04:07
10   I will go to -- No, I think everybody    04:04:09
11   whose hand is up has had a chance to    04:04:12
12   speak.    04:04:15
13   We will now do go-backs and then we    04:04:15
14   will call for the vote.    04:04:17
15   Ms. Keys-Gamarra, followed by    04:04:20
16   Ms. Cohen.    04:04:21
17   MS. KEYS-GAMARRA:  Yeah, just briefly.  This    04:04:24
18   board has set aspirational goals before.    04:04:27
19   I guess I'm puzzled as to why this is so    04:04:31
20   difficult.  Yes, it is true we want    04:04:38
21   equity now; however, if truth be told, we    04:04:44
22   do not have it.    04:04:45
23   So, today, we are setting goals to    04:04:46
24   achieve that.  I think that's appropriate.    04:04:48
25   I really don't see why it's complicated.    04:04:51

Page 228

1    And I think that Ms. Omeish is trying to    04:04:55
2    follow the guidance she has received from    04:04:58
3    our staff members and our legal counsel    04:05:01
4    with respect to language that can be    04:05:03
5    appropriately used.    04:05:05
6    So I think this will also be covered    04:05:06
7    in any annual (audio distortion) reports    04:05:09
8    should additional motions pass; but it    04:05:11
9    will also give us a marker to say:  This    04:05:15
10   is what we were looking for back in 2020    04:05:17
11   when we decided to tackle these issues.    04:05:21
12   So that is how I'm seeing it and    04:05:24
13   that is why I'm supporting it.    04:05:25
14   Thank you.    04:05:28
15   CHAIRWOMAN ANDERSON:  Thank you.    04:05:28
16   Ms. Cohen and then the vote.    04:05:29
17   MS. COHEN:  I just wanted to make sure, so the    04:05:33
18   public knows, Ms. Omeish has been talking    04:05:36
19   about this since the very first work    04:05:38
20   session that we had on TJ months and    04:05:41
21   months and months ago, and has brought it    04:05:43
22   up literally every single TJ meeting that    04:05:46
23   we've had.    04:05:50
24   So I do feel the need to step in    04:05:51
25   and -- and defend her a little bit.  This    04:05:53

Page 229

1    is definitely not a last-minute notion.    04:05:55
2    While I understand that this amendment is    04:05:58
3    a change in parsing out the wording and    04:06:03
4    making it more aspirational, which I'm    04:06:04
5    supportive of.  I do feel the need to just    04:06:08
6    step in and say Ms. Omeish has been    04:06:11
7    talking about this and sending us this    04:06:14
8    information since before Thanksgiving, and    04:06:16
9    I just -- I don't -- I don't want people    04:06:19
10   to think that this is like a    04:06:21
11   fly-by-the-seat-of-your-pants kinda thing.    04:06:22
12   This has definitely been intentional    04:06:25
13   thoughtful advocacy from Ms. Omeish for    04:06:27
14   months and months.    04:06:30
15   So thanks.    04:06:31
16   CHAIRWOMAN ANDERSON:  Thank you.  The vote on    04:06:33
17   the amendment, which is:  I move to    04:06:34
18   establish a goal of equitable    04:06:36
19   representation by a middle school for the    04:06:37
20   2027 class.  All those who can be in    04:06:40
21   favor of this amendment at this time,    04:06:44
22   please raise your hands.    04:06:46
23   We have Ms. Keys-Gamarra, Ms. Cohen,    04:06:48
24   Mr. Frisch, Ms. Omeish, Ms. Corbett    04:06:50
25   Sanders, and we have myself, and    04:06:53



Page 230

| | | |
|---|---|---|
| 1 | Ms. Pekarsky. | 04:06:58 |
| 2 | That's one, two, three, four, five, | 04:07:00 |
| 3 | six, seven -- that is seven. | 04:07:02 |
| 4 | All of those who are opposed? | 04:07:03 |
| 5 | Ms. McLaughlin, Ms. Meren, | 04:07:09 |
| 6 | Ms. Tholen, Ms. Derenak Kaufax. | 04:07:11 |
| 7 | Please lower your hands. All of | 04:07:15 |
| 8 | those abstaining? | 04:07:16 |
| 9 | Ms. Sizemore Heizer. | 04:07:22 |
| 10 | Thank you. The motion will carry. | 04:07:24 |
| 11 | And now we will go to the original | 04:07:26 |
| 12 | amendment -- I'm sorry, to the original | 04:07:28 |
| 13 | motion. This is the amendment that we | 04:07:30 |
| 14 | just voted upon. The original amendment | 04:07:32 |
| 15 | [sic], I will read what that is. We still | 04:07:34 |
| 16 | need to vote on that. I'm hoping, folks, | 04:07:36 |
| 17 | that we're kind of clear in terms of how | 04:07:39 |
| 18 | to proceed here, which is: I move to | 04:07:41 |
| 19 | establish and as part of the holistic | 04:07:45 |
| 20 | review by the process of the 2027 class, a | 04:07:46 |
| 21 | top percent of the 8th grade class at each | 04:07:49 |
| 22 | public school in Fairfax County who meet | 04:07:52 |
| 23 | the minimum standards based on GPA and | 04:07:54 |
| 24 | core classes, student portrait sheets, | 04:07:56 |
| 25 | problem-solving essay and experience | 04:07:58 |

Page 231

| | | |
|---|---|---|
| 1 | factors shall be eligible for admissions | 04:08:00 |
| 2 | according to the percentage that is | 04:08:02 |
| 3 | proportional to their population. This | 04:08:03 |
| 4 | will reflect the existing holistic review | 04:08:05 |
| 5 | plan, will calculate the allotment of | 04:08:07 |
| 6 | gifted students by school rather than by | 04:08:08 |
| 7 | region. | 04:08:10 |
| 8 | All in favor of this motion? | 04:08:11 |
| 9 | FEMALE VOICE: Ms. -- Dr. Anderson -- | 04:08:13 |
| 10 | MALE VOICE: Point of order -- | 04:08:14 |
| 11 | FEMALE VOICE: Point of order. | 04:08:15 |
| 12 | CHAIRWOMAN ANDERSON: Go ahead. | 04:08:17 |
| 13 | MALE VOICE: Madame Chair, the -- the motion | 04:08:18 |
| 14 | on the table is the amendment motion and | 04:08:20 |
| 15 | not the original. | 04:08:23 |
| 16 | CHAIRWOMAN ANDERSON: Right. The amended | 04:08:24 |
| 17 | motion which is to establish the goal was | 04:08:25 |
| 18 | voted upon. | 04:08:28 |
| 19 | MALE VOICE: Right. | 04:08:30 |
| 20 | CHAIRWOMAN ANDERSON: And that passed. | 04:08:30 |
| 21 | MALE VOICE: And that replaces -- That | 04:08:31 |
| 22 | replaces the motion that it was amending. | 04:08:32 |
| 23 | CHAIRWOMAN ANDERSON: So we're good. Thank | 04:08:35 |
| 24 | you. I'm glad you -- | 04:08:37 |
| 25 | MALE VOICE: No. | 04:08:37 |

Page 232

| | | |
|---|---|---|
| 1 | CHAIRWOMAN ANDERSON: Thank you for -- | 04:08:38 |
| 2 | MALE VOICE: Hang on. Now we -- now we have | 04:08:38 |
| 3 | to -- We voted to amend it and now we | 04:08:41 |
| 4 | have to vote -- it's basically voting on | 04:08:43 |
| 5 | it again; but -- | 04:08:45 |
| 6 | CHAIRWOMAN ANDERSON: Right. | 04:08:46 |
| 7 | MALE VOICE: -- we have to vote on it -- | 04:08:46 |
| 8 | CHAIRWOMAN ANDERSON: Voting twice. | 04:08:48 |
| 9 | MALE VOICE: We have to vote on the motion as | 04:08:48 |
| 10 | amended. | 04:08:50 |
| 11 | CHAIRWOMAN ANDERSON: Okay. So let's vote on | 04:08:50 |
| 12 | the motion as amended to reflect -- | 04:08:52 |
| 13 | FEMALE VOICE: Dr. Anderson, point of order. | 04:08:53 |
| 14 | I have my hand up because we amended a | 04:08:55 |
| 15 | motion and now I want to speak to the | 04:08:58 |
| 16 | new, revised motion. | 04:09:00 |
| 17 | CHAIRWOMAN ANDERSON: Hold on a second. Let | 04:09:03 |
| 18 | me go ahead and put it on the table | 04:09:04 |
| 19 | properly then. | 04:09:08 |
| 20 | Okay. I will -- I just need to | 04:09:09 |
| 21 | properly put it on the table because I did | 04:09:11 |
| 22 | not do that previously. | 04:09:12 |
| 23 | What we are now voting as the main | 04:09:14 |
| 24 | motion now is to establish a goal of | 04:09:16 |
| 25 | equitable representation by middle school | 04:09:19 |

Page 233

| | | |
|---|---|---|
| 1 | for the class -- for the 2027 class. I'm | 04:09:21 |
| 2 | sorry, Ms. -- One second, Ms. McLaughlin. | 04:09:25 |
| 3 | Mr. Foster, your hand is up? | 04:09:28 |
| 4 | MR. FOSTER: I'm sorry, Madame Chair. My | 04:09:33 |
| 5 | points have been addressed. Thank you. | 04:09:36 |
| 6 | CHAIRWOMAN ANDERSON: Thank you. | 04:09:39 |
| 7 | Ms. McLaughlin, go ahead and speak | 04:09:39 |
| 8 | to that motion. | 04:09:42 |
| 9 | MS. McLAUGHLIN: Yes. Just a point of | 04:09:45 |
| 10 | clarification, because I appreciate the | 04:09:46 |
| 11 | thoughtfulness that my colleague, | 04:09:49 |
| 12 | Ms. Cohen wanted to clarify about | 04:09:51 |
| 13 | Ms. Omeish; but I would like to add the | 04:09:53 |
| 14 | context of my concern for myself as a | 04:09:56 |
| 15 | board member voting and for the public | 04:10:00 |
| 16 | who is trying to understand the action | 04:10:02 |
| 17 | before the board tonight. | 04:10:04 |
| 18 | Nothing was posted until 4:30; and | 04:10:06 |
| 19 | until a board member posts -- formally | 04:10:09 |
| 20 | posts their action item to BoardDocs, | 04:10:13 |
| 21 | there is no way for board members to know | 04:10:16 |
| 22 | what is actually going to be before us and | 04:10:20 |
| 23 | who to then speak to each other. | 04:10:22 |
| 24 | So while I appreciate that | 04:10:24 |
| 25 | Ms. Omeish has talked about this in -- in | 04:10:25 |



MAGNA
LEGAL SERVICES

Page 234

| | | |
|---|---|---|
| 1 | work sessions, the bottom line is that | 04:10:29 |
| 2 | board members, it's not listed. I | 04:10:32 |
| 3 | certainly would have been happy to speak | 04:10:34 |
| 4 | to everyone to say my professional | 04:10:36 |
| 5 | concerns, as a former admissions officer, | 04:10:38 |
| 6 | her well-intentioned language, being a | 04:10:40 |
| 7 | goal or otherwise, and I just wanted that | 04:10:43 |
| 8 | important context there. | 04:10:46 |
| 9 | 'Cause it's not that I'm trying to | 04:10:47 |
| 10 | come down hard on Ms. Omeish. I'm more | 04:10:49 |
| 11 | concerned about what this is reflective | 04:10:51 |
| 12 | for the -- for the evening as a whole and | 04:10:53 |
| 13 | the public watching, that for many of us, | 04:10:56 |
| 14 | until it's posted, we don't know what | 04:10:58 |
| 15 | we're going to having as action items. | 04:11:00 |
| 16 | And everything came at 4:30 this evening | 04:11:02 |
| 17 | CHAIRWOMAN ANDERSON: Thank you, | 04:11:06 |
| 18 | Ms. McLaughlin. | 04:11:06 |
| 19 | Mr. -- Okay. We have no more | 04:11:08 |
| 20 | hands. We are now calling for the vote. | 04:11:10 |
| 21 | I'm calling on the vote on: I move | 04:11:12 |
| 22 | to establish a goal of equitable | 04:11:14 |
| 23 | representation by middle school for the | 04:11:16 |
| 24 | 2027 class. | 04:11:18 |
| 25 | All those in favor? | 04:11:19 |

Page 235

| | | |
|---|---|---|
| 1 | Mr. Frisch, Ms. Cohen, Ms. Corbett | 04:11:22 |
| 2 | Sanders, Ms. Omeish, myself, | 04:11:24 |
| 3 | Ms. Pekarsky -- six. And we have six. | 04:11:30 |
| 4 | Okay. All of those against this | 04:11:38 |
| 5 | motion? | 04:11:45 |
| 6 | Ms. Tholen, Ms. McLaughlin, | 04:11:47 |
| 7 | Ms. Derenak Kaufax, Ms. Meren. | 04:11:48 |
| 8 | All of those abstaining? | 04:11:51 |
| 9 | Ms. Sizemore Heizer. Thank you. | 04:11:55 |
| 10 | I did not record a vote for | 04:12:00 |
| 11 | Ms. Keys-Gamarra. Is she still with us? | 04:12:02 |
| 12 | 'Cause I know everybody's been jumping on | 04:12:04 |
| 13 | and off. | 04:12:07 |
| 14 | Ms. Keys-Gamarra? | 04:12:07 |
| 15 | MS. KEYS-GAMARRA: Yes. I voted in the first | 04:12:09 |
| 16 | group. | 04:12:11 |
| 17 | CHAIRWOMAN ANDERSON: Oh, okay. I did not see | 04:12:11 |
| 18 | your hand. So that will be seven. So | 04:12:12 |
| 19 | the motion will carry. | 04:12:14 |
| 20 | Okay. We're moving on. I now call | 04:12:18 |
| 21 | on Ms. Cohen for a motion, for a follow-on | 04:12:20 |
| 22 | motion. Ms. Cohen, are you still with us? | 04:12:25 |
| 23 | MS. COHEN: Sorry. I'm just trying to pull it | 04:12:33 |
| 24 | up now that I -- | 04:12:38 |
| 25 | CHAIRWOMAN ANDERSON: I'm a little -- I'm a | 04:12:39 |

Page 236

| | | |
|---|---|---|
| 1 | little on edge regarding our | 04:12:40 |
| 2 | connectivity. I just do that every time | 04:12:42 |
| 3 | when someone doesn't respond, they're | 04:12:43 |
| 4 | kicked off. | 04:12:45 |
| 5 | MS. COHEN: I'm a little on edge now that our | 04:12:46 |
| 6 | BoardDocs access changed, so I just want | 04:12:48 |
| 7 | to make sure that I'm reading the right | 04:12:51 |
| 8 | thing. | 04:12:57 |
| 9 | I -- Okay. Sorry. It's trying | 04:12:58 |
| 10 | to kick me out of our script, so I am | 04:13:00 |
| 11 | doing my best. | 04:13:04 |
| 12 | I move to amend the family outreach/ | 04:13:06 |
| 13 | communication plan to include: Number of | 04:13:08 |
| 14 | middle school students by grade interested | 04:13:12 |
| 15 | in attending TJHSST, number of families | 04:13:15 |
| 16 | who attend TJHSST outreach meetings, | 04:13:19 |
| 17 | number of applicants from first-time | 04:13:23 |
| 18 | non-legacy families, number of applicants | 04:13:26 |
| 19 | from underrepresented student populations, | 04:13:30 |
| 20 | climate survey of TJHHST [sic] students, | 04:13:33 |
| 21 | and parent engagement survey. | 04:13:38 |
| 22 | CHAIRWOMAN ANDERSON: Is there a second? | 04:13:44 |
| 23 | MS. MEREN: Yes, I second. | 04:13:48 |
| 24 | CHAIRWOMAN ANDERSON: Thank you, Ms. Meren. | 04:13:49 |
| 25 | Ms. Cohen, please speak to your | 04:13:51 |

Page 237

| | | |
|---|---|---|
| 1 | motion. | 04:13:55 |
| 2 | MS. COHEN: Yes. We have talked an awful lot | 04:13:55 |
| 3 | about what the applicant pool looks like | 04:13:57 |
| 4 | and how we just don't have a lot of | 04:14:01 |
| 5 | applicants from our underrepresented | 04:14:03 |
| 6 | schools, from underrepresented | 04:14:05 |
| 7 | populations, and we have continued to | 04:14:07 |
| 8 | press staff about how outreach will be | 04:14:12 |
| 9 | conducted; and the goal with this motion | 04:14:14 |
| 10 | is: How do we measure success in | 04:14:17 |
| 11 | outreach efforts? | 04:14:20 |
| 12 | And so these are some prescriptive | 04:14:21 |
| 13 | ideas that we had on how to measure what | 04:14:24 |
| 14 | the impact of the outreach that is done by | 04:14:30 |
| 15 | FCPS staff to get kids interested in in | 04:14:33 |
| 16 | applying to TJ. | 04:14:36 |
| 17 | CHAIRWOMAN ANDERSON: Thank you. Ms. Meren, | 04:14:41 |
| 18 | would you like to speak to your second? | 04:14:42 |
| 19 | MS. MEREN: Yeah. Briefly, I just think it's | 04:14:44 |
| 20 | important to lay out some metrics and | 04:14:45 |
| 21 | data that we want to start collecting; so | 04:14:47 |
| 22 | I think this is an important component of | 04:14:50 |
| 23 | the admissions update. | 04:14:52 |
| 24 | CHAIRWOMAN ANDERSON: Thank you. Any other | 04:14:55 |
| 25 | speakers to this motion? | 04:14:56 |



Page 238

```
1        Seeing none, I will now call for the      04:14:59
2   vote on this motion which is:  To amend       04:15:01
3   the family outreach communication plan to     04:15:04
4   include number of middle school students      04:15:06
5   by grade interested in attending, number      04:15:08
6   of families who attend TJ outreach            04:15:11
7   meetings, number of applicants from           04:15:13
8   first-time non-legacy families, number of     04:15:14
9   applicants from underrepresented student      04:15:16
10  populations, climate survey of TJ students    04:15:18
11  and parent engagement survey.                 04:15:22
12       All of those in favor?                    04:15:24
13       We have Ms. Pekarsky, Mr. Frisch,         04:15:27
14  Ms. Corbett Sanders, Ms. Tholen,              04:15:29
15  Ms. Sizemore Heizer, Ms. Keys-Gamarra,        04:15:30
16  Ms. Cohen, Ms. Derenak Kaufax, Ms. Meren,     04:15:33
17  Ms. Omeish, Ms. McLaughlin and myself.        04:15:36
18       That is unanimous.  The motion           04:15:39
19  carries.                                      04:15:42
20       And I'll call on Ms. Keys-Gamarra        04:15:42
21  for a motion -- for a follow-on motion.       04:15:44
22       Please lower your hands, folks.          04:15:48
23  MS. KEYS-GAMARRA:  May I ask if the language  04:15:51
24  that we received in the earlier e-mail is     04:15:53
25  any different?  Because I don't want to       04:15:56
```

Page 239

```
1        have any problems.                        04:15:58
2   CHAIRWOMAN ANDERSON:  It is not.               04:15:59
3   MS. KEYS-GAMARRA:  Okay.  One second.  I'm     04:16:00
4   sorry.  I lost my spot.  So many motions.      04:16:02
5   Okay.                                          04:16:15
6        All right.  I move to direct the          04:16:16
7   superintendent to provide an annual report     04:16:18
8   to the board on TJ admissions to include:      04:16:20
9   Diversity of admitted class, attrition         04:16:23
10  rates and reasons for students not             04:16:25
11  attending or leaving the school,               04:16:27
12  remediation efforts, STEM class offerings      04:16:30
13  and participation in enrichment clubs.         04:16:32
14  The preparation of this report will            04:16:34
15  include input from the chief equity            04:16:36
16  officer on the ongoing efforts to enhance      04:16:39
17  and diversify the educational environment      04:16:42
18  of TJ and input from stakeholders and          04:16:44
19  community members including from the           04:16:46
20  minority student achievement oversight         04:16:49
21  committee reports.  If adequate progress       04:16:51
22  is not made on improving diversity, the        04:16:54
23  board directs the superintendent to            04:16:57
24  propose additional tools available to          04:16:59
25  obtain the goal of improving diversity         04:17:01
```

Page 240

```
1   which could include increased outreach,       04:17:03
2   piloting a lottery or other tools that may     04:17:06
3   be recommended by the superintendent.          04:17:08
4   CHAIRWOMAN ANDERSON:  Is there a second?       04:17:12
5        Ms. Corbett Sanders, thank you.           04:17:14
6        Ms. Keys-Gamarra, please speak to         04:17:17
7   your motion.                                   04:17:18
8   MS. KEYS-GAMARRA:  Yes.  In the spirit of what 04:17:22
9   we've been trying to accomplish tonight,       04:17:23
10  which is to make sure that we not only         04:17:26
11  set goals but that we are intentional and      04:17:28
12  that we monitor the progress that we are       04:17:32
13  making, I have this two-part motion.           04:17:34
14       The part -- The first part is to          04:17:38
15  identify what an annual report would           04:17:39
16  include; and the second part, where it         04:17:42
17  says if we are not achieving the goals         04:17:45
18  that we would like to, that the                04:17:48
19  superintendent would then have an              04:17:52
20  opportunity to come to us to say we need       04:17:54
21  to do more.                                    04:17:57
22       And I give a list that is not by any      04:17:59
23  means exhaustive; but I want the community     04:18:01
24  to know that we have no intention of just      04:18:04
25  passing these things and moving along;         04:18:08
```

Page 241

```
1   that we plan to look at exactly what the       04:18:11
2   outcome is, we plan to look at our             04:18:15
3   attrition rates, we plan to look at our        04:18:17
4   progress, and we will come back to the         04:18:19
5   table if we are not satisfied with our         04:18:22
6   progress.                                      04:18:25
7        And so I would ask our -- I would         04:18:25
8   ask my board -- fellow board members to        04:18:28
9   assist me in expressing to our community       04:18:31
10  that we will exercise our due diligence in     04:18:34
11  overseeing to make sure that this change       04:18:37
12  is different than the kinds of changes         04:18:40
13  that we have done in the past 20-plus          04:18:42
14  years, where our numbers have virtually        04:18:44
15  remained the same.                             04:18:48
16       Thank you.                                04:18:49
17  CHAIRWOMAN ANDERSON:  Thank you.               04:18:51
18       Ms. Corbett Sanders, would you like       04:18:52
19  to speak to your second?                       04:18:53
20  MS. CORBETT SANDERS:  Yes.  Thank you.         04:18:55
21       My remarks earlier tonight were           04:18:57
22  about intentionality, intentionality of        04:18:59
23  our actions, and holding ourselves             04:19:02
24  accountable.  And this motion encapsulates     04:19:05
25  that.  It talks about the values we have,      04:19:09
```



Page 242

| | | |
|---|---|---|
| 1 | what we are looking for as a result of the | 04:19:13 |
| 2 | actions we've taken tonight and a | 04:19:16 |
| 3 | willingness and a commitment by this board | 04:19:18 |
| 4 | to undertake continuous improvement of our | 04:19:22 |
| 5 | processes, if they are not achieving what | 04:19:26 |
| 6 | our goal -- what we expect them to | 04:19:29 |
| 7 | achieve. | 04:19:31 |
| 8 | And so I would urge all of my | 04:19:31 |
| 9 | colleagues to support this -- this motion | 04:19:35 |
| 10 | because it's about accountability and | 04:19:39 |
| 11 | transparency. So please support it. | 04:19:43 |
| 12 | CHAIRWOMAN ANDERSON: Thank you. | 04:19:47 |
| 13 | I am so sorry but I'm losing my | 04:19:48 |
| 14 | screen now. I'm getting kicked off. | 04:19:50 |
| 15 | Okay. I think I got kicked off. | 04:19:53 |
| 16 | Okay. I apologize, folks. I was just | 04:20:10 |
| 17 | kicked off. | 04:20:12 |
| 18 | Can I be heard? | 04:20:13 |
| 19 | FEMALE VOICE: Yeah. | 04:20:15 |
| 20 | FEMALE VOICE: You can. | 04:20:16 |
| 21 | CHAIRWOMAN ANDERSON: Thank you. It was my | 04:20:17 |
| 22 | turn. Finally, I think I was the last | 04:20:18 |
| 23 | person to experience this today. | 04:20:20 |
| 24 | We have speakers to this motion. | 04:20:23 |
| 25 | Ms. Tholen and then Mr. Frisch. | 04:20:25 |

Page 243

| | | |
|---|---|---|
| 1 | MS. THOLEN: Yes. I'm happy to support this | 04:20:31 |
| 2 | motion and I'm happy to follow the | 04:20:33 |
| 3 | previous speakers. I thank them for | 04:20:35 |
| 4 | bringing this forward. | 04:20:37 |
| 5 | I think having this type of | 04:20:39 |
| 6 | accountability is very important and, you | 04:20:41 |
| 7 | know, feeling like we needed this type of | 04:20:46 |
| 8 | data and information to move forward over | 04:20:49 |
| 9 | the next years, as we strive to | 04:20:51 |
| 10 | continually improve what's happening with | 04:20:54 |
| 11 | our TJ admissions process, you know, drove | 04:20:57 |
| 12 | the rest of my votes through the evening. | 04:21:01 |
| 13 | And I -- You know, I have to say I spoke | 04:21:05 |
| 14 | with so many different, you know, groups | 04:21:06 |
| 15 | and constituents, families, students, you | 04:21:11 |
| 16 | know, about the TJ admission process; and | 04:21:14 |
| 17 | one of the things I continually would say | 04:21:16 |
| 18 | to people is, you know, this is just the | 04:21:18 |
| 19 | beginning of the conversation; and that, | 04:21:21 |
| 20 | you know, no matter what's happening this | 04:21:24 |
| 21 | evening and as we're moving forward, we're | 04:21:26 |
| 22 | going to have to just continuously be | 04:21:27 |
| 23 | talking about this for continuous | 04:21:30 |
| 24 | improvement. And this is the kind of data | 04:21:32 |
| 25 | that we need to -- to do that and to work | 04:21:34 |

Page 244

| | | |
|---|---|---|
| 1 | together. | 04:21:37 |
| 2 | Thank you. | 04:21:37 |
| 3 | CHAIRWOMAN ANDERSON: Thank you. | 04:21:41 |
| 4 | Mr. Frisch? | 04:21:42 |
| 5 | MR. FRISCH: Thank you. | 04:21:43 |
| 6 | I want to thank Ms. Keys-Gamarra for | 04:21:43 |
| 7 | her advocacy on this and for reaching out | 04:21:45 |
| 8 | and talking with me about this a few times | 04:21:47 |
| 9 | over the last week or so. I think this is | 04:21:50 |
| 10 | exactly the type of information that we | 04:21:53 |
| 11 | need going forward and it will help us | 04:21:56 |
| 12 | understand how we are doing on these | 04:21:59 |
| 13 | aspirational goals. Measuring this is | 04:22:01 |
| 14 | going to be incredibly important going | 04:22:04 |
| 15 | into the future. So I appreciate the -- | 04:22:06 |
| 16 | the motion. | 04:22:07 |
| 17 | Thank you. | 04:22:08 |
| 18 | CHAIRWOMAN ANDERSON: Thank you. | 04:22:09 |
| 19 | Seeing that there are no other | 04:22:10 |
| 20 | speakers, I will go -- I'm sorry. I did | 04:22:11 |
| 21 | have Ms. McLaughlin. | 04:22:14 |
| 22 | Did you get kicked off, | 04:22:15 |
| 23 | Ms. McLaughlin, or did you no longer want | 04:22:17 |
| 24 | to speak? | 04:22:20 |
| 25 | (No response.) | 04:22:20 |

Page 245

| | | |
|---|---|---|
| 1 | I do not see her. She may have | 04:22:21 |
| 2 | gotten booted off. | 04:22:24 |
| 3 | Ms. Derenak Kaufax, did you want to | 04:22:27 |
| 4 | speak to this motion? | 04:22:31 |
| 5 | MS. DERENAK KAUFAX: Yes, I do. I appreciate | 04:22:35 |
| 6 | the spirit of this motion and I do think | 04:22:38 |
| 7 | these are things that I talked about and, | 04:22:42 |
| 8 | also, making certain we have data points. | 04:22:45 |
| 9 | I would like to know -- see if | 04:22:49 |
| 10 | Ms. Keys-Gamarra -- because many of the | 04:22:52 |
| 11 | items that I talked about when I made my | 04:22:56 |
| 12 | motion on October 22nd came from | 04:22:59 |
| 13 | suggestions from the Minority Student | 04:23:02 |
| 14 | Achievement Oversight Committee reports, | 04:23:04 |
| 15 | as well as the Advanced Academic Program | 04:23:06 |
| 16 | Advisory Committee. | 04:23:10 |
| 17 | I would like to see if she would be | 04:23:11 |
| 18 | amenable to add that into this list of | 04:23:14 |
| 19 | stakeholders. | 04:23:21 |
| 20 | CHAIRWOMAN ANDERSON: If -- Are you making an | 04:23:21 |
| 21 | amendment? | 04:23:23 |
| 22 | MS. DERENAK KAUFAX: Uh-huh. I'm gonna -- | 04:23:23 |
| 23 | MS. KEYS-GAMARRA: I'm trying to understand | 04:23:24 |
| 24 | the question. I'm not -- | 04:23:25 |
| 25 | (Overspeaking - unintelligible) | |



Page 246

| | | |
|---|---|---|
| 1 | CHAIRWOMAN ANDERSON: Ms. Derenak Kaufax is | 04:23:30 |
| 2 | offering an amendment which she has the | 04:23:31 |
| 3 | right to do since now the motion belongs | 04:23:33 |
| 4 | to everyone. | 04:23:35 |
| 5 | MS. KEYS-GAMARRA: I -- I'm trying to | 04:23:37 |
| 6 | understand what she's asking me to add. | 04:23:37 |
| 7 | MS. DERENAK KAUFAX: In the sentence where you | 04:23:40 |
| 8 | said "an input from stakeholders and | 04:23:43 |
| 9 | community members including the Minority | 04:23:44 |
| 10 | Student Achievement Oversight Committee," | 04:23:47 |
| 11 | and I would like to add "and the advanced | 04:23:49 |
| 12 | academic advisory" planning -- AAPAC -- I | 04:23:56 |
| 13 | can't even think -- "advanced academic | 04:23:57 |
| 14 | advisory committee." | 04:23:58 |
| 15 | MS. KEYS-GAMARRA: Oh, I -- I thought we had | 04:24:00 |
| 16 | a catch-all in there for stake -- they | 04:24:01 |
| 17 | would be considered a stakeholder in my | 04:24:03 |
| 18 | thinking. I -- I don't have any | 04:24:06 |
| 19 | objections to -- In my thinking, they | 04:24:07 |
| 20 | were stakeholders, so -- | 04:24:10 |
| 21 | MS. DERENAK KAUFAX: Okay. But because you | 04:24:11 |
| 22 | mentioned the one, and I think that the | 04:24:14 |
| 23 | majority of the communication -- the | 04:24:15 |
| 24 | majority of the suggestions on how to | 04:24:22 |
| 25 | improve diversity and -- have come from | 04:24:24 |

Page 247

| | | |
|---|---|---|
| 1 | NSAOC and AAPAC; so I would like to have | 04:24:27 |
| 2 | them highlighted as well, if you would be | 04:24:30 |
| 3 | amenable to that. | 04:24:32 |
| 4 | MS. KEYS-GAMARRA: I -- I don't have an | 04:24:35 |
| 5 | objection to that. | 04:24:35 |
| 6 | MS. DERENAK KAUFAX: But I -- | 04:24:36 |
| 7 | MS. KEYS-GAMARRA: Thank you. | 04:24:37 |
| 8 | (Overspeaking - unintelligible) | |
| 9 | MS. DERENAK KAUFAX: I don't think that | 04:24:37 |
| 10 | amendment -- a friendly amendment to | 04:24:39 |
| 11 | change that, to add that. | 04:24:42 |
| 12 | CHAIRWOMAN ANDERSON: We don't want a lecture | 04:24:43 |
| 13 | from Mr. Frisch regarding friendly | 04:24:45 |
| 14 | amendments. | 04:24:48 |
| 15 | MR. FRISCH: We can do it without -- | 04:24:49 |
| 16 | (Overspeaking - unintelligible) | |
| 17 | CHAIRWOMAN ANDERSON: Wait, wait. Too many | 04:24:51 |
| 18 | voices in the room. | 04:24:52 |
| 19 | There are too many voices in the | 04:24:54 |
| 20 | room. | 04:24:57 |
| 21 | MR. FRISCH: You can do it without objection. | 04:24:58 |
| 22 | CHAIRWOMAN ANDERSON: That's exactly what I | 04:24:59 |
| 23 | was going to do. Because I know what | 04:25:00 |
| 24 | you're going to say about that. | 04:25:02 |
| 25 | MS. DERENAK KAUFAX: That is an amendment | 04:25:03 |

Page 248

| | | |
|---|---|---|
| 1 | without objection from the maker. Thank | 04:25:05 |
| 2 | you. | 04:25:07 |
| 3 | CHAIRWOMAN ANDERSON: Without objection, we | 04:25:07 |
| 4 | will add that. | 04:25:08 |
| 5 | MS. KEYS-GAMARRA: I don't have an | 04:25:08 |
| 6 | objection -- I do not have an objection | 04:25:09 |
| 7 | and I consider that to be a stakeholder | 04:25:12 |
| 8 | group. | 04:25:16 |
| 9 | CHAIRWOMAN ANDERSON: Thank you so much. | 04:25:16 |
| 10 | Ms. McLaughlin? | 04:25:21 |
| 11 | MS. McLAUGHLIN: Yes. I got bumped off. At | 04:25:22 |
| 12 | this point I'm not putting my camera on | 04:25:23 |
| 13 | 'cause it seems to affect connectivity. | 04:25:25 |
| 14 | So I'm -- I'm having trouble even | 04:25:29 |
| 15 | being able to get the -- the laptop to | 04:25:32 |
| 16 | work where I can get the language, since, | 04:25:36 |
| 17 | again, the language was all posted at 4:30 | 04:25:38 |
| 18 | this afternoon. So I'm seeing this | 04:25:41 |
| 19 | language for the first time, like the | 04:25:43 |
| 20 | public is. | 04:25:45 |
| 21 | So if there's a way for our clerk to | 04:25:47 |
| 22 | somehow make this bigger, I know she's | 04:25:50 |
| 23 | trying to make the -- expand it; but I -- | 04:25:52 |
| 24 | I need to be able to reference the -- the | 04:25:56 |
| 25 | motion that's in front of me; and I -- the | 04:25:59 |

Page 249

| | | |
|---|---|---|
| 1 | language isn't there. So -- | 04:26:01 |
| 2 | CHAIRWOMAN ANDERSON: You should be able -- | 04:26:04 |
| 3 | Ms. Mulberg, can we bring that motion up | 04:26:05 |
| 4 | and then you should be able to increase | 04:26:08 |
| 5 | the size. | 04:26:10 |
| 6 | (Overspeaking - unintelligible) | |
| 7 | MS. McLAUGHLIN: Right now I've got four lines | 04:26:13 |
| 8 | showing. There's four lines showing. | 04:26:15 |
| 9 | CHAIRWOMAN ANDERSON: Ms. Mulberg, you will | 04:26:17 |
| 10 | need to scroll it up, please. | 04:26:18 |
| 11 | MS. OMEISH: I just sent the script to Megan, | 04:26:23 |
| 12 | also, so she can view it. | 04:26:25 |
| 13 | CHAIRWOMAN ANDERSON: Please, folks, do not | 04:26:30 |
| 14 | jump in. Wait to be recognized before we | 04:26:31 |
| 15 | speak. I know we're trying to be | 04:26:33 |
| 16 | helpful; but it does cause quite a little | 04:26:34 |
| 17 | bit of confusion. | 04:26:36 |
| 18 | Ms. Mulberg, if you're able -- | 04:26:39 |
| 19 | MS. MUHLBERG: Yes. | 04:26:40 |
| 20 | CHAIRWOMAN ANDERSON: -- to pull it up, so | 04:26:40 |
| 21 | that Megan -- Ms. McLaughlin can see it. | 04:26:42 |
| 22 | Megan, give us a heads up when | 04:26:44 |
| 23 | you're ready and then -- | 04:26:46 |
| 24 | MS. MUHLBERG: I will -- | 04:26:47 |
| 25 | CHAIRWOMAN ANDERSON: -- we can continue with | 04:26:47 |



| | Page 250 | |
|---|---|---|
| 1 | the -- | 04:26:48 |
| 2 | (Overspeaking - unintelligible) | |
| 3 | MS. MUHLBERG:  -- cut and paste it into a | 04:26:48 |
| 4 | different document and pull this down. | 04:26:50 |
| 5 | What's showing on the screen is the only | 04:26:52 |
| 6 | thing I have the ability to show right | 04:26:54 |
| 7 | now.  So -- | 04:26:57 |
| 8 | CHAIRWOMAN ANDERSON:  I understand. | 04:26:57 |
| 9 | MS. MUHLBERG:  -- continue talking -- | 04:26:58 |
| 10 | MS. McLAUGHLIN:  And unfortunately the way | 04:26:59 |
| 11 | Ms. Omeish sent it to me, it's in a | 04:27:01 |
| 12 | Google Doc which then I have to get my -- | 04:27:03 |
| 13 | my phone -- | 04:27:06 |
| 14 | CHAIRWOMAN ANDERSON:  There we are. | 04:27:07 |
| 15 | MS. McLAUGHLIN:  -- password into it.  So -- | 04:27:08 |
| 16 | Okay.  So here's my -- my first | 04:27:12 |
| 17 | request, Ms. Keys-Gamarra, for a friendly | 04:27:16 |
| 18 | minute without objection. | 04:27:18 |
| 19 | What I'm not comfortable in the | 04:27:21 |
| 20 | first sentence is when it says, "I move to | 04:27:22 |
| 21 | direct the superintendent to provide an | 04:27:23 |
| 22 | annual report to the board."  In that -- | 04:27:25 |
| 23 | By using the word "provide" as opposed to | 04:27:28 |
| 24 | "present," "publicly present, he can send | 04:27:31 |
| 25 | it in a Brabrand Briefing.  He can just | 04:27:33 |

| | Page 251 | |
|---|---|---|
| 1 | e-mail us at any time and there's no way | 04:27:35 |
| 2 | that the board can count on a | 04:27:37 |
| 3 | conversation. | 04:27:39 |
| 4 | And I -- I know Dr. Brabrand wants | 04:27:40 |
| 5 | to be a collaborator; but I want the | 04:27:41 |
| 6 | public to know that the goal is that we | 04:27:43 |
| 7 | want him to present an annual report in a | 04:27:46 |
| 8 | public meeting to the board.  So I -- I | 04:27:49 |
| 9 | would ask that if you have a problem with | 04:27:53 |
| 10 | instead of "providing an annual report" | 04:27:55 |
| 11 | that he "presents an annual report in a | 04:27:57 |
| 12 | public meeting." | 04:27:59 |
| 13 | CHAIRWOMAN ANDERSON:  Ms. Keys-Gamarra, do you | 04:28:01 |
| 14 | have any objections to making that | 04:28:03 |
| 15 | change, unless we go through a whole | 04:28:05 |
| 16 | process of amendment? | 04:28:07 |
| 17 | MS. KEYS-GAMARRA:  I -- I -- I assumed this | 04:28:10 |
| 18 | was a public meeting. | 04:28:11 |
| 19 | MS. McLAUGHLIN:  But that's -- That's not | 04:28:14 |
| 20 | what it says. | 04:28:16 |
| 21 | MS. KEYS-GAMARRA:  Ms. McLaughlin, that was my | 04:28:17 |
| 22 | assumption.  I do not have an objection | 04:28:21 |
| 23 | to it stating "in a public meeting." | 04:28:25 |
| 24 | Typically we would do this in a work | 04:28:29 |
| 25 | session, and so that would be my -- that | 04:28:32 |

| | Page 252 | |
|---|---|---|
| 1 | would be my response to that and | 04:28:38 |
| 2 | certainly, you know, given -- given where | 04:28:43 |
| 3 | we are, as a board, and as an | 04:28:45 |
| 4 | organization, I'll -- I'll just say yes, | 04:28:48 |
| 5 | Ms. McLaughlin, in a public meeting. | 04:28:49 |
| 6 | MALE VOICE:  Point of order.  I -- | 04:28:54 |
| 7 | CHAIRWOMAN ANDERSON:  You will change the | 04:28:55 |
| 8 | language to present -- | 04:28:56 |
| 9 | (Overspeaking - unintelligible) | |
| 10 | MS. McLAUGHLIN:  To produce -- provide -- | 04:28:57 |
| 11 | MS. KEYS-GAMARRA:  I think it would say "to | 04:28:58 |
| 12 | provide an annual report in a public | 04:28:59 |
| 13 | meeting --"  Can you guys help me revise | 04:29:03 |
| 14 | that?  I'm sorry. | 04:29:06 |
| 15 | CHAIRWOMAN ANDERSON:  I -- This is -- | 04:29:07 |
| 16 | Ms. Keys-Gamarra, we can just say "to | 04:29:08 |
| 17 | present an annual report," because that | 04:29:10 |
| 18 | would have to be in a meeting setting. | 04:29:12 |
| 19 | So if we just change that one word, | 04:29:15 |
| 20 | Ms. Mulberg, I think it gets us there, | 04:29:18 |
| 21 | instead of "provide a report," it's to | 04:29:20 |
| 22 | "present a report." | 04:29:22 |
| 23 | MS. McLAUGHLIN:  Well, actually -- | 04:29:27 |
| 24 | CHAIRWOMAN ANDERSON:  Ms. --- | 04:29:28 |
| 25 | MS. McLAUGHLIN:  -- Dr. Anderson, I -- I | 04:29:29 |

| | Page 253 | |
|---|---|---|
| 1 | think Ms. Keys-Gamarra is right. | 04:29:30 |
| 2 | "Present" or "provide" doesn't matter. | 04:29:32 |
| 3 | It's that we're saying how's he going to | 04:29:33 |
| 4 | do it, and that we want it in a public | 04:29:35 |
| 5 | meeting.  So -- | 04:29:37 |
| 6 | CHAIRWOMAN ANDERSON:  All right.  If it's a | 04:29:38 |
| 7 | presentation, it has to be in a meeting. | 04:29:39 |
| 8 | If it's a provision, it could be written, | 04:29:42 |
| 9 | as you said; but I digress.  I just -- I | 04:29:44 |
| 10 | was trying to get the shorter version of | 04:29:47 |
| 11 | this going. | 04:29:48 |
| 12 | MS. KEYS-GAMARRA:  I understand.  I -- I -- | 04:29:49 |
| 13 | I think I understand Ms. McLaughlin's | 04:29:52 |
| 14 | concerns. | 04:29:56 |
| 15 | Did I lose you guys? | 04:29:57 |
| 16 | CHAIRWOMAN ANDERSON:  No.  You're here. | 04:29:59 |
| 17 | MS. KEYS-GAMARRA:  My screen went white. | 04:30:00 |
| 18 | Okay. | 04:30:04 |
| 19 | So I don't have a problem with | 04:30:05 |
| 20 | putting in "in a public meeting" in the | 04:30:06 |
| 21 | appropriate place; and I will tell you at | 04:30:09 |
| 22 | 11:42, I'm gonna need help finding where | 04:30:11 |
| 23 | that appropriate place is.  But I don't | 04:30:15 |
| 24 | have a -- | 04:30:17 |
| 25 | CHAIRWOMAN ANDERSON:  How about "present an | 04:30:17 |



Page 254

| | |
|---|---|
| 1 | annual report" -- | 04:30:19 |
| 2 | MR. FRISCH:  Present at a -- | 04:30:21 |
| 3 | CHAIRWOMAN ANDERSON:  -- "in a public meeting | 04:30:21 |
| 4 | to the board." | 04:30:23 |
| 5 | MS. KEYS-GAMARRA:  That's -- That's fine.  I | 04:30:24 |
| 6 | will -- I will let you do that. | 04:30:25 |
| 7 | CHAIRWOMAN ANDERSON:  I appreciate it. | 04:30:30 |
| 8 | Ms. McLaughlin, anything else? | 04:30:31 |
| 9 | MS. McLAUGHLIN:  Yeah.  I would like to ask | 04:30:34 |
| 10 | either Ms. Keys-Gamarra and/or | 04:30:35 |
| 11 | Dr. Brabrand to please just share with me | 04:30:38 |
| 12 | what does "if adequate progress is not | 04:30:43 |
| 13 | made" -- the word "adequate," what will | 04:30:47 |
| 14 | trigger that?  Because I just -- I -- I | 04:30:49 |
| 15 | think as a re -- the board's made clear, | 04:30:52 |
| 16 | we want to be looking at this every | 04:30:54 |
| 17 | single year; and if we're not achieving | 04:30:57 |
| 18 | what we wanted, in terms of greater | 04:30:59 |
| 19 | diversity, geographic and otherwise, then | 04:31:02 |
| 20 | we would certainly be looking at other | 04:31:05 |
| 21 | solutions. | 04:31:07 |
| 22 | So I just -- It gave me pause to | 04:31:08 |
| 23 | see "if adequate progress" because for the | 04:31:11 |
| 24 | public to read it, for board members to | 04:31:13 |
| 25 | read it, the superintendent to read it, | 04:31:15 |

Page 255

| | |
|---|---|
| 1 | what -- what's that trigger?  I just think | 04:31:17 |
| 2 | we should -- | 04:31:19 |
| 3 | MS. KEYS-GAMARRA:  So here -- | 04:31:20 |
| 4 | MS. McLAUGHLIN:  -- be doing this every year. | 04:31:20 |
| 5 | MS. KEYS-GAMARRA:  -- here's my thinking, | 04:31:21 |
| 6 | Ms. McLaughlin. | 04:31:23 |
| 7 | We will get an annual report.  This | 04:31:24 |
| 8 | can happen a couple of different ways. | 04:31:26 |
| 9 | But all of it requires that we get an | 04:31:28 |
| 10 | annual report.  One, the superintendent | 04:31:30 |
| 11 | could say to us:  Hey, we're not reaching | 04:31:33 |
| 12 | where we'd like to.  This is inadequate. | 04:31:36 |
| 13 | I don't think the board will be satisfied. | 04:31:39 |
| 14 | I'm gonna include this in my annual | 04:31:41 |
| 15 | report. | 04:31:43 |
| 16 | Or the superintendent could give us | 04:31:44 |
| 17 | an annual report and the board says:  No. | 04:31:46 |
| 18 | This is not -- We need more.  Let's look | 04:31:49 |
| 19 | at additional proposals. | 04:31:52 |
| 20 | Either way, this requires an annual | 04:31:54 |
| 21 | report and we can make a decision as to | 04:31:56 |
| 22 | whether it is adequate or not in -- in | 04:32:00 |
| 23 | more than one way. | 04:32:02 |
| 24 | I hope that addresses your concerns. | 04:32:03 |
| 25 | CHAIRWOMAN ANDERSON:  I have one point of | 04:32:08 |

Page 256

| | |
|---|---|
| 1 | clarification after you're finished, | 04:32:09 |
| 2 | Ms. McLaughlin. | 04:32:11 |
| 3 | MS. McLAUGHLIN:  Sure.  I -- I hear what | 04:32:14 |
| 4 | you're saying, Ms. Keys-Gamarra; and I | 04:32:17 |
| 5 | think you and I have worked together long | 04:32:20 |
| 6 | enough that you know my goal is just to | 04:32:21 |
| 7 | make sure that we just have clarity of | 04:32:24 |
| 8 | expectations so there's not | 04:32:27 |
| 9 | disappointment later on on what | 04:32:28 |
| 10 | happens -- | 04:32:30 |
| 11 | MS. KEYS-GAMARRA:  No, I understand. | 04:32:31 |
| 12 | MS. McLAUGHLIN:  Yeah. | 04:32:32 |
| 13 | MS. KEYS-GAMARRA:  I understand.  I do.  But I | 04:32:32 |
| 14 | think it -- | 04:32:33 |
| 15 | MS. McLAUGHLIN:  So -- | 04:32:34 |
| 16 | MS. KEYS-GAMARRA:  -- either way we interpret | 04:32:34 |
| 17 | it, it still gets us to the -- | 04:32:35 |
| 18 | MS. McLAUGHLIN:  Right. | 04:32:38 |
| 19 | MS. KEYS-GAMARRA:  -- the goal that we | 04:32:39 |
| 20 | identify here. | 04:32:39 |
| 21 | MS. McLAUGHLIN:  So my final concern is that | 04:32:42 |
| 22 | if we're not making progress, we're | 04:32:45 |
| 23 | directing him to propose additional | 04:32:48 |
| 24 | tools.  Given what has happened with this | 04:32:51 |
| 25 | whole TJ admissions process revision, and | 04:32:53 |

Page 257

| | |
|---|---|
| 1 | my concerns about how they're bringing us | 04:32:59 |
| 2 | solutions to the table, and they have | 04:33:02 |
| 3 | been problematic, which is why we're | 04:33:04 |
| 4 | sitting here at 11:45 at night trying to | 04:33:05 |
| 5 | deconstruct and reconstruct it ourselves, | 04:33:07 |
| 6 | my only other question is:  Dr. Brabrand, | 04:33:10 |
| 7 | in order for you to propose additional | 04:33:14 |
| 8 | tools, is it your desire or commitment | 04:33:20 |
| 9 | that you would at least try and consult | 04:33:22 |
| 10 | with experts in the field of selective | 04:33:25 |
| 11 | admissions when you're talking about | 04:33:29 |
| 12 | tools?  If we're not -- if we're not -- | 04:33:31 |
| 13 | SUPERINTENDANT BRABRAND:  Yes.  Yes. | 04:33:34 |
| 14 | MS. McLAUGHLIN:  Okay. | 04:33:34 |
| 15 | SUPERINTENDANT BRABRAND:  Absolutely. | 04:33:35 |
| 16 | MS. McLAUGHLIN:  Because I -- I -- I just | 04:33:36 |
| 17 | don't want to keep disappointing our | 04:33:38 |
| 18 | public and our community and the very | 04:33:40 |
| 19 | children we're trying to serve.  So -- | 04:33:43 |
| 20 | SUPERINTENDANT BRABRAND:  Understood. | 04:33:45 |
| 21 | MS. McLAUGHLIN:  -- I can -- I just -- I can | 04:33:46 |
| 22 | support it, even though it's not saying | 04:33:48 |
| 23 | that here in the -- in the motion. | 04:33:50 |
| 24 | And, Ms. Keys-Gamarra, you know how | 04:33:52 |
| 25 | much I share your desire for strong | 04:33:55 |



Page 258

| | | |
|---|---|---|
| 1 | accountability; so, I thank you for your | 04:33:58 |
| 2 | efforts with this and so I -- I can | 04:34:00 |
| 3 | support it and appreciate the friendly | 04:34:04 |
| 4 | amendment being incorporated. | 04:34:07 |
| 5 | CHAIRWOMAN ANDERSON: Thank you, | 04:34:10 |
| 6 | Ms. McLaughlin. | 04:34:11 |
| 7 | I want to offer another point -- a | 04:34:11 |
| 8 | point of clarification. There are no | 04:34:13 |
| 9 | friendly amendments. It is just an | 04:34:15 |
| 10 | amendment because now it belongs to the | 04:34:18 |
| 11 | body. | 04:34:20 |
| 12 | I wanted to confirm that when I | 04:34:20 |
| 13 | previously asked if there were any | 04:34:23 |
| 14 | objections, I asked this to | 04:34:25 |
| 15 | Ms. Keys-Gamarra and that wasn't correct. | 04:34:26 |
| 16 | I should have asked it to the entire body, | 04:34:29 |
| 17 | because now this motion belongs to the | 04:34:31 |
| 18 | body. So I will ensure that I rectify | 04:34:33 |
| 19 | that. | 04:34:37 |
| 20 | Are there any objections from the | 04:34:38 |
| 21 | group regarding the two changes that have | 04:34:41 |
| 22 | been made to change the word "provide" to | 04:34:43 |
| 23 | "present" and then to add "in a public | 04:34:46 |
| 24 | meeting"? | 04:34:52 |
| 25 | Ms. Derenak Kaufax, you have an | 04:34:53 |

Page 259

| | | |
|---|---|---|
| 1 | objection? | 04:34:54 |
| 2 | MS. DERENAK KAUFAX: I have a concern -- A | 04:34:54 |
| 3 | point of order, Dr. Anderson. There is a | 04:34:55 |
| 4 | third modification which is the inclusion | 04:34:57 |
| 5 | of -- | 04:35:00 |
| 6 | PARTICIPANT: Yes. | 04:35:00 |
| 7 | MS. DERENAK KAUFAX: -- the -- | 04:35:00 |
| 8 | PARTICIPANT: That was what I was gonna say. | 04:35:00 |
| 9 | CHAIRWOMAN ANDERSON: Oh, thank you. Thank | 04:35:02 |
| 10 | you. And the inclusion of the Advanced | 04:35:03 |
| 11 | Academic Program Advisory Committee. | 04:35:05 |
| 12 | So there's -- Are there any | 04:35:09 |
| 13 | objections from the body of these three | 04:35:10 |
| 14 | changes? | 04:35:14 |
| 15 | Thank you. See, now I will now call | 04:35:14 |
| 16 | for the vote. | 04:35:16 |
| 17 | Those in favor of the motion as a | 04:35:17 |
| 18 | direct -- | 04:35:19 |
| 19 | MS. CORBETT SANDERS: Dr. Anderson -- | 04:35:19 |
| 20 | Dr. Anderson -- | 04:35:21 |
| 21 | CHAIRWOMAN ANDERSON: Yes, ma'am. | 04:35:22 |
| 22 | MS. CORBETT SANDERS: -- I'm sorry. I did | 04:35:23 |
| 23 | have my hand up before you called for the | 04:35:24 |
| 24 | vote; and if I could just make one | 04:35:26 |
| 25 | clarifying statement as the seconder of | 04:35:28 |

Page 260

| | | |
|---|---|---|
| 1 | this motion. | 04:35:30 |
| 2 | CHAIRWOMAN ANDERSON: Yes, go ahead, if -- if | 04:35:34 |
| 3 | you could make it super-brief, | 04:35:36 |
| 4 | Ms. Corbett Sanders -- | 04:35:37 |
| 5 | MS. CORBETT SANDERS: I will. | 04:35:38 |
| 6 | CHAIRWOMAN ANDERSON: -- as I think people are | 04:35:38 |
| 7 | in support. | 04:35:40 |
| 8 | MS. CORBETT SANDERS: I -- It's important for | 04:35:41 |
| 9 | the community to understand what | 04:35:43 |
| 10 | "adequate progress" means and what it | 04:35:44 |
| 11 | doesn't mean. | 04:35:46 |
| 12 | "Adequate progress" means movement | 04:35:48 |
| 13 | forward in achieving our goals, and moving | 04:35:50 |
| 14 | it forward, not regressing, not | 04:35:54 |
| 15 | plateauing, but moving forward towards | 04:35:58 |
| 16 | increasing access and opportunity for all | 04:36:01 |
| 17 | of our students throughout the county. | 04:36:05 |
| 18 | And so I'm just urging people to | 04:36:07 |
| 19 | keep that as front and center; that this | 04:36:09 |
| 20 | is about continuous movement towards that | 04:36:13 |
| 21 | fuller equity. | 04:36:17 |
| 22 | Thank you. | 04:36:18 |
| 23 | CHAIRWOMAN ANDERSON: Thank you. I -- I will | 04:36:20 |
| 24 | now call for the vote. | 04:36:22 |
| 25 | I move to direct the superintendent | 04:36:23 |

Page 261

| | | |
|---|---|---|
| 1 | to present an annual report in a public | 04:36:26 |
| 2 | meeting to the board on TJ admissions to | 04:36:28 |
| 3 | include diversity of the admitted class, | 04:36:30 |
| 4 | attrition rates and reason for students | 04:36:33 |
| 5 | not attending or leaving the school, | 04:36:36 |
| 6 | remediation efforts, STEM class offerings, | 04:36:38 |
| 7 | and participation in enrichment clubs. | 04:36:41 |
| 8 | The preparation of this report will | 04:36:44 |
| 9 | include inputs from the chief academic -- | 04:36:45 |
| 10 | from the chief equity officer on the | 04:36:47 |
| 11 | ongoing efforts to enhance a diversity -- | 04:36:50 |
| 12 | okay. And -- I'm sorry, and diversify -- | 04:36:57 |
| 13 | sorry. It's late -- and diversify the | 04:36:59 |
| 14 | educational environment of TJ and input | 04:37:02 |
| 15 | from stakeholders and community members | 04:37:06 |
| 16 | including from the Minority Student | 04:37:09 |
| 17 | Achievement Oversight Committee and the | 04:37:11 |
| 18 | Advanced Academics Program Advisory | 04:37:13 |
| 19 | Committee reports. If adequate progress | 04:37:16 |
| 20 | is not made on improving diversity, the | 04:37:18 |
| 21 | board directs the superintendent to | 04:37:21 |
| 22 | propose additional tools available to | 04:37:22 |
| 23 | obtain the goal of improving diversity | 04:37:25 |
| 24 | which could include increased outreach, | 04:37:29 |
| 25 | piloting a lottery or other tools that may | 04:37:32 |



Page 262

```
 1   be recommended by the superintendent.        04:37:35
 2         All in favor?                           04:37:37
 3         We have Ms. Keys-Gamarra,               04:37:39
 4   Mr. Frisch, Ms. Corbett Sanders,             04:37:40
 5   Ms. Pekarsky, Ms. Tholen, Ms. McLaughlin,    04:37:42
 6   Ms. Omeish, Ms. Sizemore Heizer,             04:37:45
 7   Ms. Cohen, Ms. Meren, Ms. Derenak Kaufax     04:37:47
 8   and myself.                                   04:37:50
 9         That is unanimous.  The motion          04:37:51
10   carries.                                      04:37:52
11         At this time I call on Ms. Sizemore     04:37:53
12   Heizer for a motion.                          04:37:55
13   MS. SIZEMORE HEIZER:  Thank you, Dr. Anderson. 04:37:59
14         And I -- I apologize for not turning my 04:38:00
15   camera on.  I am having connectivity --      04:38:01
16   I've been kicked off, I think, four          04:38:03
17   times.                                        04:38:05
18         So I am gonna just leave it as my       04:38:05
19   mic.                                          04:38:07
20         Ms. Tholen and I were planning to       04:38:07
21   bring a follow-on motion for teacher         04:38:09
22   recommendations to be reinstated for the     04:38:11
23   entering class of 2022; but given the        04:38:15
24   shortened time frame and increased           04:38:18
25   workload on teachers this year due to        04:38:19
```

Page 263

```
 1   COVID, and the fact that this wouldn't       04:38:21
 2   take place until next year anyway, we're     04:38:22
 3   not going to bring this motion this year     04:38:25
 4   and will, instead, continue to have the      04:38:27
 5   conversations as we review the process per   04:38:28
 6   the last two follow-on motions and will      04:38:30
 7   perhaps bring this conversation back next    04:38:35
 8   year and especially since this amendment     04:38:38
 9   was not to take place until next year        04:38:39
10   anyway.                                       04:38:41
11         So at this moment I would like to       04:38:41
12   pull this motion from the table.              04:38:43
13   CHAIRWOMAN ANDERSON:  Thank you very much.  So 04:38:45
14   done.                                         04:38:47
15         I would like to invite Ms. Meren who    04:38:47
16   has a clarification and a motion on the      04:38:50
17   mid-year budget review.                       04:38:53
18         Ms. Meren?                              04:38:54
19         I'm sorry, not a clarification.  A      04:38:59
20   question and then a mid-year budget          04:39:00
21   review.                                       04:39:03
22   MS. MEREN:  Yes.  Dr. Anderson, I wanted to  04:39:03
23   ask a question of Mr. Morgan; so would       04:39:05
24   you please recognize him so he could         04:39:07
25   address the board?                            04:39:10
```

Page 264

```
 1   CHAIRWOMAN ANDERSON:  Absolutely.  Go ahead  04:39:12
 2   and ask the question and then I will         04:39:13
 3   recognize Mr. Morgan.                         04:39:14
 4   MS. MEREN:  Mr. Morgan, you're aware of the  04:39:16
 5   confusion I continue to have.  So the        04:39:18
 6   board earlier voted on a motion where the    04:39:20
 7   language -- Well, my question is:  I         04:39:23
 8   voted on a motion thinking it was the        04:39:26
 9   motion posted in writing and it was          04:39:27
10   actually a vote on a motion offered          04:39:31
11   orally.                                       04:39:34
12         So I'd like to understand -- I don't    04:39:35
13   know if I need to ask for it to be           04:39:39
14   re-presented to vote on it; and if you can   04:39:40
15   further clarify if there needs to be         04:39:44
16   something done to clarify that they -- you   04:39:48
17   know, the language was different than what   04:39:51
18   we voted on.                                  04:39:52
19         I believe the clerk has updated         04:39:53
20   that; but I'm just still confused.            04:39:54
21   MR. MORGAN:  The member's vote would be --    04:39:57
22   CHAIRWOMAN ANDERSON:  Mr. Morgan, you have not 04:39:59
23   yet been recognized.                          04:40:00
24   MR. MORGAN:  Thank you, madame.               04:40:02
25         (Laughter)
```

Page 265

```
 1   CHAIRWOMAN ANDERSON:  I couldn't resist      04:40:05
 2         Mr. Morgan, please go ahead.            04:40:08
 3   MR. MORGAN:  Yes.  Thank you, Madame Chair.   04:40:11
 4         If the -- the member's vote would in    04:40:15
 5   fact be on what was discussed, not what      04:40:18
 6   was in the -- on BoardDocs.                   04:40:20
 7         However, if the member voted for the    04:40:26
 8   adopted motion by mistake and the member    04:40:28
 9   wants to be recorded as voting against      04:40:32
10   that motion, then the member can, during    04:40:35
11   the same session, move to reconsider the    04:40:38
12   motion; and that could be asked by          04:40:40
13   unanimous consent.                            04:40:43
14         If the motion to reconsider is          04:40:44
15   adopted, the mo -- then the motion that     04:40:47
16   has been adopted would once again be        04:40:49
17   before the board for a vote.  And           04:40:52
18   assuming -- assuming no further discussion  04:40:55
19   is desired, then the chair could just then  04:40:57
20   immediately re-take the vote and at that    04:41:01
21   point any member could change his or her    04:41:03
22   vote which might or might not affect        04:41:06
23   whether the motion ended up actually being  04:41:09
24   adopted; but it would allow the member to   04:41:11
25   change his or her -- her vote on that       04:41:15
```



Page 266

| | | |
|---|---|---|
| 1 | original motion. | 04:41:19 |
| 2 | CHAIRWOMAN ANDERSON: Ms. Meren? Did you have | 04:41:23 |
| 3 | any additional -- | 04:41:26 |
| 4 | MS. MEREN: Yes, thank you. | 04:41:27 |
| 5 | CHAIRWOMAN ANDERSON: -- questions or any -- | 04:41:27 |
| 6 | MS. MEREN: Well, to be clear, our board voted | 04:41:28 |
| 7 | unanimously to approve requiring that | 04:41:30 |
| 8 | test, requiring that the essay and SIS be | 04:41:35 |
| 9 | administered locally at each middle | 04:41:37 |
| 10 | school to all students and to provide the | 04:41:38 |
| 11 | opportunity to opt out, correct, | 04:41:42 |
| 12 | Ms. Mulberg? That is what the board | 04:41:44 |
| 13 | unanimously approved. | 04:41:46 |
| 14 | MS. MUHLBERG: Correct. | 04:41:48 |
| 15 | CHAIRWOMAN ANDERSON: That is correct. | 04:41:49 |
| 16 | MS. MEREN: Okay. So I would like to, since I | 04:41:50 |
| 17 | voted -- So I would like to re-call that | 04:41:55 |
| 18 | vote for a new vote and -- Yes. | 04:41:57 |
| 19 | MS. KEYS-GAMARRA: Can I -- May I have a | 04:42:03 |
| 20 | point of order. | 04:42:04 |
| 21 | CHAIRWOMAN ANDERSON: One -- One second, | 04:42:05 |
| 22 | Ms. Keys-Gamarra. | 04:42:07 |
| 23 | I'd like to ask the question of | 04:42:08 |
| 24 | Mr. Morgan. Will this request need to be | 04:42:11 |
| 25 | seconded? | 04:42:15 |

Page 267

| | | |
|---|---|---|
| 1 | MR. MORGAN: Yes. It would need to be | 04:42:16 |
| 2 | seconded or if she asked for it by | 04:42:16 |
| 3 | unanimous consent, it would have to have | 04:42:19 |
| 4 | no objections. | 04:42:22 |
| 5 | But if it's moved and not seconded, | 04:42:23 |
| 6 | then it -- | 04:42:25 |
| 7 | CHAIRWOMAN ANDERSON: Okay. | 04:42:25 |
| 8 | MR. MORGAN: -- it would not be discussed. | 04:42:26 |
| 9 | CHAIRWOMAN ANDERSON: Okay. | 04:42:29 |
| 10 | Ms. Keys-Gamarra, go ahead and ask | 04:42:30 |
| 11 | your clarifying question and then I'm | 04:42:32 |
| 12 | going to ask for a second on this. | 04:42:34 |
| 13 | MS. KEYS-GAMARRA: My question is: If it was | 04:42:37 |
| 14 | unanimous and no one else, to my | 04:42:40 |
| 15 | knowledge, is expressing this -- that | 04:42:45 |
| 16 | this confusion occurred for them; then it | 04:42:49 |
| 17 | will not impact the outcome of this vote. | 04:42:52 |
| 18 | If that is the case and we can consider | 04:42:57 |
| 19 | that, may we -- might we be able to | 04:43:01 |
| 20 | shortcut this process if Ms. Meren wishes | 04:43:03 |
| 21 | to change her vote, can that just be | 04:43:07 |
| 22 | noted and we move on with the meeting? | 04:43:09 |
| 23 | MS. MEREN: I'm not the only one. | 04:43:12 |
| 24 | CHAIRWOMAN ANDERSON: Mr. Morgan, would that | 04:43:14 |
| 25 | be -- | |

Page 268

| | | |
|---|---|---|
| 1 | MS. MEREN: I'm not the only one who has -- | 04:43:16 |
| 2 | who wants to readdress this. | 04:43:18 |
| 3 | CHAIRWOMAN ANDERSON: I -- | 04:43:19 |
| 4 | MS. MEREN: And we won't know until we -- | 04:43:19 |
| 5 | CHAIRWOMAN ANDERSON: Okay. So -- | 04:43:22 |
| 6 | (Overspeaking - unintelligible) | |
| 7 | CHAIRWOMAN ANDERSON: Folks -- Folks, I | 04:43:22 |
| 8 | Thank you for the question. Thank you | 04:43:24 |
| 9 | for the question. | 04:43:27 |
| 10 | So in order to satisfy what I | 04:43:28 |
| 11 | believe Ms. -- Ms. Meren is sharing, I | 04:43:30 |
| 12 | will ask for any -- anyone else to second | 04:43:33 |
| 13 | her motion to revote. | 04:43:36 |
| 14 | Is there a second? | 04:43:38 |
| 15 | There is a second, Ms. McLaughlin. | 04:43:40 |
| 16 | Ms. Meren, go ahead and speak to | 04:43:43 |
| 17 | your motion. | 04:43:45 |
| 18 | MS. MEREN: Yes. Thank you. | 04:43:46 |
| 19 | I thought I was speaking to the | 04:43:47 |
| 20 | motion that was posted on BoardDocs which | 04:43:48 |
| 21 | talked about a process, approving a | 04:43:50 |
| 22 | process for Ms. Omeish's suggestion on the | 04:43:52 |
| 23 | opt-out and having testing in all schools. | 04:43:55 |
| 24 | Given the conversations we had about | 04:43:57 |
| 25 | resources and the opera -- the operational | 04:44:00 |

Page 269

| | | |
|---|---|---|
| 1 | side of things. I think it is -- it's | 04:44:04 |
| 2 | too -- it's too broad at this point to | 04:44:08 |
| 3 | support it; so I do not support the | 04:44:09 |
| 4 | current motion that is now listed in | 04:44:14 |
| 5 | BoardDocs, that we did vote for | 04:44:16 |
| 6 | unanimously. I vote to oppose that | 04:44:17 |
| 7 | motion. | 04:44:20 |
| 8 | Thank you. | 04:44:21 |
| 9 | CHAIRWOMAN ANDERSON: Thank you. | 04:44:21 |
| 10 | Ms. McLaughlin, I'm going to ask us | 04:44:23 |
| 11 | to be very, very brief so we can have this | 04:44:25 |
| 12 | revote. | 04:44:28 |
| 13 | Ms. McLaughlin? | 04:44:28 |
| 14 | MS. McLAUGHLIN: Yes. I'm gonna be very | 04:44:30 |
| 15 | brief. I just simply support my | 04:44:32 |
| 16 | colleague, Ms. Meren's desire, and anyone | 04:44:33 |
| 17 | else, who definitely had different | 04:44:38 |
| 18 | language in front of them versus what was | 04:44:40 |
| 19 | read out loud, and so I wanted to make | 04:44:43 |
| 20 | sure that we respect the opportunity for | 04:44:45 |
| 21 | board members to make sure they were | 04:44:50 |
| 22 | clear on their votes. | 04:44:51 |
| 23 | CHAIRWOMAN ANDERSON: Okay. And just to be | 04:44:53 |
| 24 | sure what we are discussing right now is | 04:44:55 |
| 25 | revoting. We're not revoting at this | 04:44:59 |



```
                                    Page 270
1    point.                                  04:45:02
2        Is that right, Mr. Morgan; or are we 04:45:04
3    going to --                             04:45:05
4    MR. MORGAN:  Yes, that --               04:45:06
5    CHAIRWOMAN ANDERSON:  Because we have a 04:45:06
6    (unintelligible) -- can I jump into the 04:45:07
7    revoting?                               04:45:09
8    MR. MORGAN:  That is correct.  Currently you 04:45:10
9    are only voting --  You're only         04:45:11
10   discussing on whether to reconsider the 04:45:14
11   vote; and if a majority wish to         04:45:18
12   reconsider, then you would take a vote on 04:45:21
13   that motion.                            04:45:25
14   CHAIRWOMAN ANDERSON:  Thank you.        04:45:27
15       At this point, I would like to call 04:45:28
16   for the vote for whether to reconsider  04:45:30
17   revoting on the motion that was presented 04:45:36
18   by Ms. Omeish earlier.                  04:45:38
19       All of those in favor?             04:45:40
20       We have Ms. Meren, we have          04:45:45
21   Ms. McLaughlin.                         04:45:46
22       Thank you.  Please lower your hands. 04:45:47
23       All of those against?              04:45:50
24       We have Mr. Frisch, Ms. Omeish,     04:45:54
25   Ms. Keys-Gamarra, Ms. Tholen, Ms. Laura 04:45:55
```

```
                                    Page 271
1    Jane -- Ms. Cohen, Ms. Corbett Sanders,  04:45:59
2    Ms. Pekarsky, and myself.                04:46:01
3        Okay.  Thank you.  And all of those  04:46:06
4    who are abstaining?                      04:46:09
5        We have Ms. Derenak Kaufax and       04:46:13
6    Ms. Sizemore Heizer.                     04:46:15
7        At this point we will not -- we will 04:46:16
8    not be reconsidering retaking the vote.  04:46:18
9        So this matter ends at this point.   04:46:22
10       Ms. Meren, would you please take us  04:46:25
11   through the --                           04:46:27
12   MS. MEREN:  Well, I just -- I just have a 04:46:27
13   question about this.                     04:46:29
14       So if I want --  Mr. Morgan, if I    04:46:29
15   wanted to correct my vote, can I do that 04:46:31
16   now or it's done?                        04:46:34
17   CHAIRWOMAN ANDERSON:  Yes, Mr. Morgan, go 04:46:42
18   ahead.                                   04:46:46
19       (Laughter)                          04:46:46
20   MR. MORGAN:  Yes, you could always --    04:46:46
21   CHAIRWOMAN ANDERSON:  Thank you.  I appreciate 04:46:47
22   it.  You're a great model.               04:46:49
23   MR. MORGAN:   The -- The member could always 04:46:52
24   just ask if there are no objections to   04:46:53
25   allow her vote to be changed.            04:46:57
```

```
                                    Page 272
1    CHAIRWOMAN ANDERSON:  Thank you very much, 04:47:00
2    Mr. Morgan.                              04:47:01
3        Ms. Meren, would you like to take    04:47:02
4    advantage of this opportunity?           04:47:04
5    MS. MEREN:  I would, please.  If my colleagues 04:47:06
6    would please grant me that courtesy.     04:47:08
7    Thank you.                               04:47:10
8    CHAIRWOMAN ANDERSON:  Are there any objections 04:47:11
9    to Ms. Meren pulling her vote which will  04:47:12
10   now make it 11 in support of and 1       04:47:15
11   against?                                 04:47:20
12       I see no objections.  So that has    04:47:21
13   been granted.                            04:47:23
14       Ms. Mulberg, please make the         04:47:24
15   adjustments on BoardDocs.                04:47:25
16       Ms. Meren, please present the budget 04:47:28
17   review.                                  04:47:30
18   MS. MEREN:  Yes.  Thank you very much,   04:47:31
19   colleagues, for that particular piece.   04:47:33
20       Okay.  Mid-year budget, gosh --      04:47:36
21   Just please give me a moment here.       04:47:39
22       Okay.  We have had the mid-year      04:47:42
23   budget presented at our work session, and 04:47:45
24   I so move that the school board approve  04:47:49
25   the revenue and expenditure changes      04:47:51
```

```
                                    Page 273
1    reflected in the fiscal year 2021 mid-year 04:47:53
2    budget review as detailed in the agenda  04:47:56
3    item.                                    04:48:01
4    CHAIRWOMAN ANDERSON:  Do we have a second? 04:48:02
5    MS. DERENAK KAUFAX:  I second that.      04:48:04
6    CHAIRWOMAN ANDERSON:  Thank you, Ms. Derenak 04:48:05
7    Kaufax.                                  04:48:07
8        Would you like to speak to your      04:48:07
9    motion, Ms. Meren?                       04:48:09
10   MS. MEREN:  No, thank you.               04:48:11
11   CHAIRWOMAN ANDERSON:  Ms. Derenak Kaufax, 04:48:13
12   would you like to speak to that motion?  04:48:14
13   MS. DERENAK KAUFAX:  I will just say that we 04:48:17
14   had a robust work session just two days  04:48:18
15   ago; so I think everyone is familiar with 04:48:20
16   what we are voting on and I think you     04:48:22
17   should be in support of this.            04:48:26
18   CHAIRWOMAN ANDERSON:  Thank you.  Any other 04:48:30
19   board members wishing to speak to this   04:48:31
20   motion?                                  04:48:33
21       Ms. McLaughlin?                      04:48:34
22   MS. McLAUGHLIN:  Yes, I do want to speak to 04:48:37
23   this because -- I know it's a late hour  04:48:38
24   and I --  I'm just really troubled that  04:48:41
25   we really should have just postponed this 04:48:46
```



Page 274

```
1    for the next business meeting.  And this      04:48:50
2    is no reflection on Ms. Meren and             04:48:52
3    Ms. Kaufax.  This is frankly a reflection     04:48:54
4    on the superintendent and his team.           04:48:56
5        And I say that because at our work        04:48:58
6    session just two days ago we learned that     04:49:00
7    Loudoun County and Prince William County      04:49:04
8    do not have massive budget challenges with    04:49:09
9    their food and nutritional services           04:49:12
10   program.  They have their strategic           04:49:13
11   reserves intact.                              04:49:15
12       Meanwhile, FCPS has its strategic         04:49:17
13   reserves reduced from 17 million down to 5    04:49:20
14   million and is now requiring a 9.6 million    04:49:23
15   dollar transfer.                              04:49:26
16       We should have heard from the            04:49:28
17   superintendent why our neighboring school     04:49:29
18   systems are not having this problem.  We      04:49:31
19   spend almost $4 million a month in our        04:49:35
20   costs for food and nutritional services.      04:49:39
21       The plan that the superintendent had     04:49:42
22   in place in order to keep the program and     04:49:44
23   the hourly contracted employees on the        04:49:47
24   payroll is what's created this problem.       04:49:49
25       This is a serious financial               04:49:53
```

Page 275

```
1    situation that we're facing in a sense        04:49:55
2    that we've always been told we need a         04:49:57
3    strong beginning balance.  Our beginning      04:49:59
4    balance is now going to be down to about      04:50:01
5    $14 million, depending on what happens         04:50:05
6    going forward from that.                       04:50:08
7        For all of these reasons, I just          04:50:10
8    wanted to make sure that the public and my    04:50:11
9    colleagues understood why I cannot support    04:50:13
10   this mid-year budget review.  I do hope       04:50:15
11   you feel that our board has demonstrated a    04:50:17
12   real desire and commitment to fiscal          04:50:20
13   responsibilities and I think by virtue of     04:50:22
14   it being midnight, by virtue of having        04:50:25
15   four big topics at one time in this           04:50:27
16   December meeting, this is really not given    04:50:30
17   the attention it deserves; and that when      04:50:32
18   we continue our budget conversations, I'm     04:50:35
19   going to remind everybody that very           04:50:36
20   quickly we transferred almost 10 million      04:50:39
21   in taxpayer dollars to a grant fund and we    04:50:42
22   really didn't put, in my mind, the real       04:50:45
23   strong restrictions on the superintendent     04:50:50
24   that this just can't keep happening and       04:50:52
25   that we need to get some very robust data     04:50:56
```

Page 276

```
1    back from him as soon as possible to          04:50:59
2    prevent any future monies having to be        04:51:03
3    siphoned off to this program.                 04:51:05
4        So, again, I -- I know it's a late        04:51:08
5    hour.  I don't want my colleagues to think    04:51:10
6    this is my criticism of anyone of you.        04:51:11
7    You've all worked tirelessly to get here      04:51:14
8    tonight.  I'm just sorry we're in this        04:51:17
9    position.                                     04:51:19
10   I think $9.6 million is a lot of              04:51:20
11   money.  It's a big deal.  And we're just      04:51:22
12   not having the time to talk about it          04:51:25
13   tonight.  So thank you for indulging me.      04:51:26
14   I appreciate it.                              04:51:30
15   CHAIRWOMAN ANDERSON:  Thank you.              04:51:31
16       Ms. Corbett Sanders?                      04:51:32
17   MS. CORBETT SANDERS:  So, Ms. McLaughlin, are 04:51:34
18   you making a motion to postpone this to       04:51:39
19   the next regularly-scheduled business         04:51:41
20   meeting?                                      04:51:43
21   CHAIRWOMAN ANDERSON:  Ms. McLaughlin?         04:51:49
22   MS. McLAUGHLIN:  Sorry.  I didn't know I was  04:51:54
23   muted.                                        04:51:55
24       I was gonna say I thought about           04:51:55
25   that; but I know everybody's tired and        04:51:57
```

Page 277

```
1    it's midnight; so if enough board members     04:51:59
2    weigh in that they share my concern, we       04:52:02
3    could then have a motion to postpone to       04:52:04
4    the next business meeting.                    04:52:05
5        But if I'm the only one, I don't          04:52:07
6    want to put a motion on the table and drag    04:52:08
7    everybody through it.                         04:52:10
8        So I'm happy to hear what other           04:52:11
9    people think, but I want to be real clear     04:52:13
10   about my deep concern.                        04:52:16
11       So thank you, Ms. Corbett Sanders.        04:52:17
12   MS. CORBETT SANDERS:  Well, I was gonna say I 04:52:20
13       would second your motion to postpone.     04:52:23
14   MS. McLAUGHLIN:  I would say we might be safer 04:52:26
15   to just hear if anybody else has concerns     04:52:27
16   before we put a motion on the table, to       04:52:29
17   be honest.                                    04:52:33
18   CHAIRWOMAN ANDERSON:  So let me try to be very 04:52:34
19   efficient about this.  If there are any       04:52:37
20   board members who -- this is just a           04:52:39
21   pulse.  This is not a vote.  It is just       04:52:41
22   to give some data to Ms. McLaughlin, who      04:52:44
23   would be wanting to engage in a               04:52:46
24   conversation to postpone, please raise        04:52:48
25   your hands at this time.                      04:52:50
```



MAGNA
LEGAL SERVICES

Page 278

```
 1        Okay.  We have Ms. Corbett Sanders,     04:52:56
 2   Ms. Keys-Gamarra, Ms. McLaughlin.  So we      04:52:58
 3   have three -- and Ms. Pekarsky.  So we        04:53:00
 4   have four.                                    04:53:03
 5        Please lower your hands.                 04:53:05
 6        Ms. McLaughlin?                          04:53:06
 7   MS. OMEISH:  I had my hand up, too.  Sorry.   04:53:09
 8   CHAIRWOMAN ANDERSON:  Okay.  So we have five  04:53:14
 9   with Ms. Omeish.                              04:53:15
10        Ms. McLaughlin, did you want to          04:53:17
11   have --  Did you want to use that data?       04:53:19
12   MS. McLAUGHLIN:  I --  I think that I spoke to 04:53:23
13   it and people voted the way they did with     04:53:25
14   their pulse; so I'm not offering an           04:53:26
15   amendment at this time.                       04:53:28
16   CHAIRWOMAN ANDERSON:  Thank you.              04:53:30
17        Ms. Corbett Sanders, would you like      04:53:31
18   to complete your statement or may I call      04:53:33
19   for the vote?                                 04:53:38
20   MS. CORBETT SANDERS:  You can call for the    04:53:40
21   vote.                                         04:53:42
22   CHAIRWOMAN ANDERSON:  Okay.  The motion before 04:53:43
23   us is to move the school board to approve     04:53:44
24   revenue and expenditure changes reflected     04:53:46
25   in the FY 2021 mid-year budget review as      04:53:49
```

Page 279

```
 1   detailed in the agenda item.                  04:53:52
 2        All of those in favor?  Ms. Derenak      04:53:54
 3   Kaufax, Mr. Frisch, Ms. Meren, Ms. Cohen,     04:53:59
 4   Ms. Omeish, Ms. Tholen, and myself.  Oops,    04:54:04
 5   I can't get this --  Am I still here?  Can     04:54:09
 6   I be heard?                                    04:54:12
 7   PARTICIPANT:  Yeah.                           04:54:13
 8   PARTICIPANT:  Yeah.  We can hear you.         04:54:14
 9   PARTICIPANT:  We can hear you.                04:54:15
10   CHAIRWOMAN ANDERSON:  Okay.  Then my buttons  04:54:16
11   are just not working.                         04:54:17
12        Okay.  Now it is.  So that is            04:54:18
13   myself, that is seven.                        04:54:21
14        All of those who are opposed?            04:54:23
15   We have Ms. Keys-Gamarra,                     04:54:30
16   Ms. McLaughlin, Ms. Pekarsky, Ms. Sizemore   04:54:31
17   Heizer.                                       04:54:36
18        And abstentions?                         04:54:37
19        Ms. Corbett Sanders, are you             04:54:46
20   abstaining?                                   04:54:50
21   MS. CORBETT SANDERS:  Yes, ma'am.  I am.  I   04:54:52
22   asked for a --                                04:54:53
23   CHAIRWOMAN ANDERSON:  Okay.  Thank you.       04:54:54
24   MS. CORBETT SANDERS:  -- I haven't received   04:54:55
25   yet; so I don't have the information to       04:54:55
```

Page 280

```
 1   make an informed decision.                    04:54:57
 2   CHAIRWOMAN ANDERSON:  Thank you very much.    04:54:59
 3   I --  I'm having some glitches so I'm         04:55:02
 4   having a little bit of a hard time.           04:55:03
 5        At this point the motion will carry.     04:55:05
 6        I'll now call on Ms. Sizemore Heizer     04:55:09
 7   for a motion on the restraint and -- on       04:55:10
 8   the restraint and seclusion policy update.    04:55:13
 9   MS. SIZEMORE HEIZER:  Thank you.  And, again, 04:55:16
10   I apologize for not having my camera on.      04:55:18
11   I'm having major connectivity issues          04:55:20
12   today.                                        04:55:22
13        So I move that the school board          04:55:22
14   approve the new restraint and seclusion       04:55:25
15   policy as presented and detailed in the       04:55:27
16   agenda items.                                 04:55:29
17   CHAIRWOMAN ANDERSON:  Do we have a second?    04:55:32
18   MS. OMEISH:  Second.                          04:55:35
19   CHAIRWOMAN ANDERSON:  Thank you, Ms. Omeish.  04:55:36
20        Ms. Sizemore Heizer, please go ahead     04:55:38
21   and speak to your motion.                     04:55:40
22   MS. SIZEMORE HEIZER:  I will just be very,    04:55:41
23   very brief, considering the late hour.  I     04:55:42
24   will just say that I'm very grateful to       04:55:44
25   Dr. Boyd and the Department of Special        04:55:47
```

Page 281

```
 1   Services and our advocates from the          04:55:49
 2   special education community for working      04:55:52
 3   so hard on getting this policy, and my       04:55:55
 4   colleagues as well who have been working     04:55:57
 5   really hard to get this policy in a place    04:56:00
 6   where I think we will be doing right by      04:56:02
 7   our students and right by our staff.         04:56:05
 8        I am very excited that we are           04:56:08
 9   banning seclusion at all sites, except for   04:56:10
10   three, immediately; and working to ban it    04:56:12
11   system-wide in the beginning of school       04:56:16
12   year '22-'23.  I'm very excited to ban       04:56:20
13   prone and supine restraint.  Again, I        04:56:22
14   think this --  And I'm very excited to       04:56:24
15   have an emphasis on positive behavior        04:56:27
16   intervention support, disaggregating data    04:56:28
17   and parent notification.                     04:56:32
18        So I just wanted to really briefly      04:56:34
19   make a shout-out to Dr. Boyd for being so    04:56:35
20   collaborative and so responsive to the       04:56:38
21   community, to the board.  I was -- I've      04:56:42
22   been very thrilled to work with her; and I   04:56:46
23   think this is going to go a long way to      04:56:48
24   providing a safe, caring and positive        04:56:50
25   culture for our students, especially those   04:56:53
```



Page 282

```
1    who are most vulnerable to succeed, as     04:56:55
2    well as providing opportunity to our staff  04:56:57
3    to ensure that safe, positive and caring    04:56:59
4    culture and staff safety.                   04:57:01
5        So I am thrilled and honored as a --    04:57:03
6    as a former special education advocate      04:57:06
7    to -- to bring this motion forward and      04:57:09
8    I -- I thank everybody who's worked hard    04:57:11
9    on it, and all our advocates who have       04:57:13
10   advocated strongly for our students.        04:57:15
11       So thank you.                           04:57:18
12   CHAIRWOMAN ANDERSON:  Thank you,            04:57:18
13       Ms. Omeish, would you like to speak     04:57:19
14   to your second?                             04:57:21
15   MS. OMEISH:  Yeah.  Thanks.                 04:57:23
16       So I -- I appreciate all the work       04:57:25
17   that's gone into this.  I -- You know,      04:57:27
18   I -- I know I had mentioned to the          04:57:30
19   community I would be bringing a motion to   04:57:31
20   ban seclusion sooner.                       04:57:33
21       I certainly feel the level of          04:57:36
22   urgency and I -- and I am disappointed to   04:57:37
23   kind of be in a place where while we knew   04:57:40
24   of this problem for some time, we were --   04:57:43
25   we were not finding ourselves prepared to   04:57:45
```

Page 283

```
1    be able to accomplish it.                   04:57:47
2        I am -- I have pulled back the --       04:57:49
3    the motion; but with the understanding      04:57:52
4    that staff has adjusted the policy to       04:57:55
5    reflect a deadline for when this will       04:57:57
6    happen.                                     04:57:59
7        And so the goal is hopefully within     04:58:00
8    just a couple of semesters here, so         04:58:03
9    would -- By the next, not this coming       04:58:08
10   year, but the following, our staff and our  04:58:10
11   buildings will all be prepared and ready    04:58:13
12   to ensure that no seclusion occurs and      04:58:16
13   that's, you know, with the installation of  04:58:18
14   the appropriate equipment, with the         04:58:22
15   training of our -- of our teachers, our     04:58:22
16   administrators to do this in a way          04:58:24
17   ultimately, what was convincing to me,      04:58:27
18   that is good for kids.                      04:58:29
19       So what is that trauma-informed        04:58:30
20   perspective gonna look like?  What is the   04:58:32
21   compassionate skill set that staff need to  04:58:33
22   be prepared and equipped to know how to     04:58:37
23   handle students and understand their        04:58:39
24   behavior is communication, and know how to  04:58:41
25   work with them to de-escalate and ensure    04:58:43
```

Page 284

```
1    everyone is safe and that -- that there's   04:58:45
2    a positive outcome from the circumstance.   04:58:47
3        So for those who wanted to see this     04:58:49
4    sooner, it really came down to what is      04:58:53
5    gonna ultimately be better for these kids   04:58:54
6    in the long run; and I hope -- I hope this  04:58:56
7    sends a strong message to everyone that     04:58:58
8    this is no longer acceptable.               04:59:01
9        So that doesn't mean it's okay to       04:59:02
10   put this into process whether we're ready   04:59:03
11   or not.                                     04:59:06
12       So thank you.                           04:59:07
13   CHAIRWOMAN ANDERSON:  Thank you, Ms. Omeish 04:59:08
14       I see that we have several other        04:59:10
15   speakers for this motion.  We will begin    04:59:11
16   with Ms. Corbett Sanders and then           04:59:14
17   Ms. Meren.                                  04:59:16
18   MS. CORBETT SANDERS:  Thank you, Madame Chair. 04:59:17
19       This is perhaps the most difficult      04:59:20
20   issue that has come before this board and   04:59:22
21   frankly before me as a board member.  It    04:59:25
22   is heart- wrenching to hear the stories     04:59:27
23   that have been brought to us by our         04:59:30
24   constituents, and we are committed to       04:59:31
25   ensuring that we utilize best practices in  04:59:33
```

Page 285

```
1    working with our students whom struggle to  04:59:36
2    communicate.                                04:59:40
3        This policy prioritizes behavioral      04:59:42
4    intervention, multi-tiers of support and    04:59:45
5    professional development to address the     04:59:48
6    needs of some of our most vulnerable        04:59:50
7    students and approaches this work through   04:59:52
8    a trauma-informed lens.                     04:59:55
9        I'm very appreciative of Dr. Boyd's     04:59:57
10   leadership in helping us develop a policy   04:59:59
11   that responds to the concerns of our        05:00:02
12   community and ensures that we have a        05:00:04
13   caring culture in how we address the needs  05:00:06
14   of all of our students.                     05:00:09
15       I'm also very appreciative of the       05:00:10
16   collaboration with the ACSD and SEPTA and   05:00:12
17   helping us develop this policy, and I am    05:00:15
18   humbled by the thoughtful analysis that     05:00:19
19   you have provided to me and my colleagues   05:00:22
20   as we have addressed this policy.           05:00:24
21       And I'm also especially pleased to      05:00:26
22   know that this policy will be extended to   05:00:29
23   our contracted third-party providers.       05:00:33
24       Thank you, Madame Chair.                05:00:37
25   CHAIRWOMAN ANDERSON:  Thank you, Ms. Corbett 05:00:40
```



Page 286

```
 1       Sanders.                          05:00:41
 2       Ms. Meren and then Ms. Cohen.     05:00:41
 3   MS. MEREN:  Yeah, briefly, I want to say I'm  05:00:43
 4       most proud of two things with this  05:00:45
 5       policy.  One is that it reflects so much  05:00:46
 6       community input; and, two, that our new  05:00:48
 7       director of special services worked to  05:00:53
 8       really leave that in.  And with the  05:00:54
 9       board, I feel like this is a real example  05:00:56
10       of really strong collaboration.   05:00:58
11       I'm very proud that we are banning  05:01:00
12       seclusion in all but three schools.  It's  05:01:03
13       a major step.  I also think, I mean, the  05:01:05
14       volume of work that this board has done  05:01:07
15       this year, the scope of topics, the --  05:01:09
16       breadth, I mean, this -- these are huge,  05:01:11
17       huge initiatives that have, you know, not  05:01:13
18       been addressed the way our community has  05:01:16
19       been asking us to, you know, in this way.  05:01:18
20       So, you know, it's good to see a  05:01:20
21       good outcome for this.  So thank you all  05:01:22
22       for this work.                     05:01:27
23   CHAIRWOMAN ANDERSON: Thank you.  05:01:29
24       Ms. Cohen?                         05:01:31
25   MS. COHEN:  I just wanted to echo the same  05:01:32
```

Page 287

```
 1       thing, that we -- this is what happens  05:01:35
 2       when engaged advocates, you know, work  05:01:38
 3       their tooshes off (snickers) to establish  05:01:42
 4       relationships with folks and when you  05:01:45
 5       have someone like Dr. Boyd come in and be  05:01:48
 6       open to having those conversations and be  05:01:51
 7       willing to humbly say:  I want to hear  05:01:56
 8       what you have to say about it, as she  05:02:00
 9       did, I think, with all of us on the  05:02:01
10       board, certainly with SEPTA and with  05:02:04
11       ACSD, and I'm beyond appreciative of it.  05:02:06
12       I can't --  This process has been  05:02:09
13       unlike any that I've been a part of here;  05:02:11
14       and I -- I -- I'm grateful -- and I'm  05:02:14
15       grateful.  I know we all have our  05:02:17
16       representatives who serve us on the ACSD  05:02:19
17       and it's a thankless job, and they -- they  05:02:23
18       work so hard.  And so I just want to say a  05:02:26
19       special thank you to my representative,  05:02:30
20       Toby Latham, who has provided more hours  05:02:33
21       of counsel on how we get this right to me;  05:02:36
22       and I'm so appreciative of it.     05:02:38
23       So thank you.  And I -- I think this  05:02:40
24       is how we make good policy together.  05:02:44
25   CHAIRWOMAN ANDERSON: Thank you.  05:02:47
```

Page 288

```
 1       Mr. Frisch?                        05:02:48
 2   MR. FRISCH:  Thank you.  I want to thank  05:02:50
 3       Ms. Sizemore Heizer and Ms. Omeish for  05:02:51
 4       their leadership on this issue and for  05:02:54
 5       our many conversations. I also want to  05:02:55
 6       thank Dr. Boyd and staff for  05:02:57
 7       demonstrating a willingness to work with  05:02:59
 8       advocates and families.  But most of all  05:03:02
 9       I do want to thank, like my colleagues,  05:03:03
10       the families who shared their stories  05:03:05
11       with us and who raised their voices.  05:03:07
12       That was the critical component  05:03:11
13       here.  And I hope that the collaboration  05:03:14
14       that we saw in the revisions to this  05:03:17
15       policy are indicative of more successful  05:03:19
16       collaboration to come.             05:03:22
17       You want to, you know, turn the  05:03:25
18       page or, you know, build stronger  05:03:27
19       relationships?  This is exactly how you do  05:03:29
20       it.                                05:03:32
21       So thank you very much to everybody  05:03:32
22       involved.                          05:03:35
23   CHAIRWOMAN ANDERSON: Thank you.  05:03:36
24       Ms. McLaughlin?                    05:03:37
25   MS. McLAUGHLIN:  Yes.  It's -- it's a late  05:03:41
```

Page 289

```
 1       hour; but having been an intensely  05:03:44
 2       involved community advocate for about  05:03:47
 3       four years before I joined the board, I  05:03:49
 4       know firsthand what it means to sacrifice  05:03:52
 5       time away from your families to champion  05:03:55
 6       something that's extremely important and  05:03:58
 7       affects so many.                   05:04:01
 8       So I do want to express my deep  05:04:02
 9       appreciation to SEPTA and all of the  05:04:05
10       amazing advocates who had a voice in all  05:04:08
11       of this.  I echo Mr. Frisch's  05:04:10
12       appreciation, though I will draw away the  05:04:14
13       nuance of I don't want to necessarily be  05:04:18
14       thanking our staff.  I -- I want to  05:04:21
15       express my appreciation that they're doing  05:04:23
16       what I hope and expect them to do and what  05:04:25
17       I believe, Dr. Brabrand, you're to be  05:04:28
18       credited that you always had this  05:04:31
19       commitment of us working with our  05:04:34
20       communities in words and this is where it  05:04:38
21       came through in actions.           05:04:41
22       So, definitely, kudos to Dr. Boyd  05:04:44
23       who's brand new, and right off the bat  05:04:48
24       demonstrated what caring culture looks  05:04:50
25       like in the engagement with our  05:04:53
```



Page 290

| | |
|---|---|
| 1 | communities and -- and I know that | 05:04:55 |
| 2 | Dr. Brabrand and his team continue to | 05:04:58 |
| 3 | strive toward that.  And for that, I am | 05:05:02 |
| 4 | very appreciative, especially at this very | 05:05:04 |
| 5 | late hour. | 05:05:07 |
| 6 | SUPERINTENDANT BRABRAND:  Thank you, | 05:05:08 |
| 7 | Ms. McLaughlin.  Dr. Boyd did a fantastic | 05:05:08 |
| 8 | job.  Thank you all for your comments. | 05:05:11 |
| 9 | She's really doing an amazing job.  Her | 05:05:13 |
| 10 | and her team.  Thank you, Dr. Boyd. | 05:05:16 |
| 11 | CHAIRWOMAN ANDERSON:  Thank you. | 05:05:19 |
| 12 | Ms. Tholen and then we will call for | 05:05:19 |
| 13 | the vote -- I'm sorry, and then | 05:05:22 |
| 14 | Ms. Derenak Kaufax. | 05:05:23 |
| 15 | MS. THOLEN:  Yes.  At the risk of sounding | 05:05:27 |
| 16 | like a broken record, I just wanted to | 05:05:29 |
| 17 | say some thank yous as well. | 05:05:31 |
| 18 | A huge thank you for Dr. Boyd for | 05:05:33 |
| 19 | just jumping in and working on this and | 05:05:35 |
| 20 | doing such a collaborative effort.  I'm a | 05:05:39 |
| 21 | huge fan of bringing in the community and | 05:05:41 |
| 22 | working collaboratively. | 05:05:44 |
| 23 | And a huge, huge thanks to SEPTA and | 05:05:46 |
| 24 | ACSD for, I know, putting in long hours | 05:05:49 |
| 25 | over Thanksgiving weekend to get us all | 05:05:52 |

Page 291

| | |
|---|---|
| 1 | comments for our work session that | 05:05:55 |
| 2 | happened right after Thanksgiving. | 05:05:58 |
| 3 | And just a little shout-out to Lucy | 05:06:00 |
| 4 | John, my Dranesville ACSD representative. | 05:06:03 |
| 5 | Thank you for the e-mails and the comments | 05:06:06 |
| 6 | and the phone calls.  It was super helpful | 05:06:08 |
| 7 | and really, really appreciated. | 05:06:11 |
| 8 | Thanks to everyone for their | 05:06:13 |
| 9 | efforts.  This has been a nice success. | 05:06:16 |
| 10 | CHAIRWOMAN ANDERSON:  Thank you. | 05:06:19 |
| 11 | Ms. Derenak Kaufax? | 05:06:20 |
| 12 | MS. DERENAK KAUFAX:  The same.  I -- I want | 05:06:25 |
| 13 | to -- as so many of my colleagues have | 05:06:25 |
| 14 | stated, this is a great example of how to | 05:06:28 |
| 15 | work with the community, staff and our | 05:06:34 |
| 16 | board to make things better. | 05:06:36 |
| 17 | I -- Thanks to the families who | 05:06:40 |
| 18 | shared their difficult stories with us. | 05:06:42 |
| 19 | We -- We do appreciate that and we want | 05:06:44 |
| 20 | to make certain that we are -- you | 05:06:48 |
| 21 | understand the under -- you understand | 05:06:52 |
| 22 | that we are listening to you and we are | 05:06:54 |
| 23 | working to make things better. | 05:06:56 |
| 24 | And, again, thanks to Dr. Boyd and | 05:07:01 |
| 25 | her team for working with the community | 05:07:03 |

Page 292

| | |
|---|---|
| 1 | and all the advocacy groups. | 05:07:05 |
| 2 | So I will be supporting this. | 05:07:07 |
| 3 | CHAIRWOMAN ANDERSON:  Thank you very much, | 05:07:11 |
| 4 | Ms. Derenak Kaufax. | 05:07:12 |
| 5 | I -- I do not see any new speakers. | 05:07:13 |
| 6 | I will now call for the vote. | 05:07:15 |
| 7 | MS. SIZEMORE HEIZER:  Madame Chair, can I ask | 05:07:17 |
| 8 | for the privilege to have a quick | 05:07:18 |
| 9 | go-back?  I apologize.  This is | 05:07:19 |
| 10 | Ms. Sizemore Heizer -- very, very quick, | 05:07:22 |
| 11 | I promise. | 05:07:23 |
| 12 | CHAIRWOMAN ANDERSON:  You've got 15 seconds, | 05:07:24 |
| 13 | Ms. Sizemore Heizer. | 05:07:26 |
| 14 | MS. SIZEMORE HEIZER:  I just wanted to share | 05:07:27 |
| 15 | with my colleagues and especially | 05:07:28 |
| 16 | Dr. Boyd that I am actually literally in | 05:07:29 |
| 17 | tears, as someone who's worked 15 years | 05:07:32 |
| 18 | for special ed advocacy; and I want to | 05:07:34 |
| 19 | thank you all for -- for this first step. | 05:07:36 |
| 20 | And I think will be improving for our | 05:07:38 |
| 21 | special ed students, and thank you for | 05:07:41 |
| 22 | putting me in tears at midnight tonight. | 05:07:43 |
| 23 | That's all. | 05:07:45 |
| 24 | CHAIRWOMAN ANDERSON:  Thank you. | 05:07:45 |
| 25 | I now move -- The motion before us | 05:07:46 |

Page 293

| | |
|---|---|
| 1 | is that:  The school board approve the new | 05:07:48 |
| 2 | restraint and seclusion policy as | 05:07:51 |
| 3 | presented and as detailed in the agenda | 05:07:53 |
| 4 | item. | 05:07:55 |
| 5 | All of those in favor? | 05:07:56 |
| 6 | We have Ms. Pekarsky, Ms. Omeish, | 05:07:59 |
| 7 | Ms. Tholen, Ms. Cohen, Ms. Sizemore | 05:08:02 |
| 8 | Heizer, Mr. Frisch, Ms. Meren, | 05:08:04 |
| 9 | Ms. McLaughlin, Ms. Corbett Sanders, | 05:08:07 |
| 10 | Ms. Derenak Kaufax, Ms. Keys-Gamarra, and | 05:08:09 |
| 11 | myself.  And that is unanimous. | 05:08:12 |
| 12 | Please lower your hands.  Thank you | 05:08:15 |
| 13 | all and thank you to Dr. Boyd and her | 05:08:17 |
| 14 | team. | 05:08:21 |
| 15 | At this time I call on Ms. Omeish | 05:08:21 |
| 16 | for a motion. | 05:08:22 |
| 17 | MS. OMEISH:  Okay.  I move that the school | 05:08:24 |
| 18 | board renew its contract with Dr. Scott | 05:08:27 |
| 19 | Brabrand as superintendent, to authorize | 05:08:32 |
| 20 | the chair to execute the amended contract | 05:08:34 |
| 21 | as detailed in the agenda item. | 05:08:37 |
| 22 | CHAIRWOMAN ANDERSON:  Is there a second? | 05:08:39 |
| 23 | Thank you, Ms. Sizemore Heizer. | 05:08:46 |
| 24 | At this time I'd like to offer some | 05:08:49 |
| 25 | statements regarding this.  As one of -- | 05:08:51 |



Page 294

| | | |
|---|---|---|
| 1 | one of the most important responsibilities | 05:08:54 |
| 2 | of any school board is providing oversight | 05:08:56 |
| 3 | of the division superintendent. | 05:09:00 |
| 4 | Over the past few months, our 12 | 05:09:02 |
| 5 | board members carefully deliberated to | 05:09:05 |
| 6 | reach consensus on this contract. As | 05:09:07 |
| 7 | chair I am grateful for the commitment of | 05:09:10 |
| 8 | my colleagues to come together on this | 05:09:12 |
| 9 | very important matter. | 05:09:15 |
| 10 | Given that the superintendent | 05:09:17 |
| 11 | contract is set to end on June 30th, 2021, | 05:09:19 |
| 12 | the board has collectively decide to | 05:09:23 |
| 13 | extend it for an additional year. | 05:09:25 |
| 14 | FCPS has faced monumental challenges | 05:09:28 |
| 15 | this year and the board deeply appreciates | 05:09:31 |
| 16 | all that Dr. Brabrand has done to lead the | 05:09:34 |
| 17 | school system during this very trying | 05:09:37 |
| 18 | time. | 05:09:40 |
| 19 | He has built his extensive | 05:09:41 |
| 20 | educational career within FCPS and has | 05:09:42 |
| 21 | never wavered in his passion to serve. We | 05:09:45 |
| 22 | are grateful for the relationship he has | 05:09:48 |
| 23 | cultivated for our system and for the | 05:09:50 |
| 24 | collaborative culture he has inspired. We | 05:09:53 |
| 25 | look forward to continuing our partnership | 05:09:56 |

Page 295

| | | |
|---|---|---|
| 1 | with him. | 05:09:59 |
| 2 | At this time I will now call for the | 05:09:59 |
| 3 | vote. | 05:10:02 |
| 4 | All in favor of -- Let me -- I've | 05:10:02 |
| 5 | got to find it -- to move the school board | 05:10:06 |
| 6 | to renew the contract with Dr. Brabrand as | 05:10:08 |
| 7 | superintendent, to authorize the chairman | 05:10:10 |
| 8 | to execute the amended contract as | 05:10:13 |
| 9 | detailed in the agenda item, please your | 05:10:15 |
| 10 | hands at this time. | 05:10:17 |
| 11 | We have Ms. Sizemore Heizer, | 05:10:19 |
| 12 | Ms. McLaughlin, Ms. Omeish, Ms. Tholen, | 05:10:20 |
| 13 | Ms. Derenak Kaufax, Ms. Meren, | 05:10:24 |
| 14 | Ms. Pekarsky, Mr. Frisch, Ms. Corbett | 05:10:25 |
| 15 | Sanders, Ms. Keys-Gamarra, Ms. Cohen and | 05:10:28 |
| 16 | myself. | 05:10:31 |
| 17 | And my button still doesn't work. | 05:10:32 |
| 18 | That is unanimous. Please lower your | 05:10:34 |
| 19 | hands at this point. | 05:10:35 |
| 20 | I now call on Ms. Pekarsky for the | 05:10:37 |
| 21 | consent agenda item, and my water break. | 05:10:41 |
| 22 | MS. PEKARSKY: If you would just give me a | 05:10:47 |
| 23 | minute -- I'm sorry. I'm trying to pull | 05:10:49 |
| 24 | this up. I do apologize. I'm sorry, | 05:10:54 |
| 25 | Dr. Anderson. It is late. I am sorry. | 05:11:02 |

Page 296

| | | |
|---|---|---|
| 1 | CHAIRWOMAN ANDERSON: We're fine. I'm still | 05:11:06 |
| 2 | here. | 05:11:09 |
| 3 | MS. PEKARSKY: I am trying to find it. | 05:11:09 |
| 4 | CHAIRWOMAN ANDERSON: You just need to have | 05:11:12 |
| 5 | the agenda -- the consent agenda be | 05:11:13 |
| 6 | posted. | 05:11:15 |
| 7 | MS. PEKARSKY: Yeah, I got it. No. | 05:11:15 |
| 8 | Our adopted rules of parliamentary | 05:11:18 |
| 9 | procedure, Robert's Rules, provide for a | 05:11:20 |
| 10 | consent agenda listing several items for | 05:11:22 |
| 11 | approval by a single motion. Many items | 05:11:24 |
| 12 | listed have gone through board review, and | 05:11:27 |
| 13 | documentation has been provided to all | 05:11:29 |
| 14 | board members and the public in advance. | 05:11:31 |
| 15 | Items may be reviewed from the | 05:11:34 |
| 16 | consent agenda at the request of any board | 05:11:35 |
| 17 | member prior to the meeting. | 05:11:38 |
| 18 | Okay. All right. Do -- I am so | 05:11:51 |
| 19 | sorry, but my screen went blank. So -- | 05:12:00 |
| 20 | CHAIRWOMAN ANDERSON: That's fine. | 05:12:03 |
| 21 | MS. PEKARSKY: All right. | 05:12:04 |
| 22 | CHAIRWOMAN ANDERSON: I will pick up. We are | 05:12:04 |
| 23 | here to support each other. | 05:12:07 |
| 24 | MS. PEKARSKY: I am so sorry. | 05:12:08 |
| 25 | CHAIRWOMAN ANDERSON: I will pick up on that | 05:12:10 |

Page 297

| | | |
|---|---|---|
| 1 | The new business item is on the screen. | 05:12:12 |
| 2 | There will not be a vote on this item but | 05:12:14 |
| 3 | action is scheduled at a future meeting. | 05:12:18 |
| 4 | At this time I call on Dr. Brabrand | 05:12:22 |
| 5 | for superintendent matters. We can remove | 05:12:24 |
| 6 | this from the screen, Ms. -- Thank you, | 05:12:30 |
| 7 | Ms. Mulberg. | 05:12:33 |
| 8 | Dr. Brabrand. | 05:12:34 |
| 9 | SUPERINTENDANT BRABRAND: Thank you, Chairman | 05:12:36 |
| 10 | Anderson. | 05:12:37 |
| 11 | First of all, I want to thank | 05:12:37 |
| 12 | Dr. Anderson and the entire school board | 05:12:39 |
| 13 | for your kind words and for the unanimous | 05:12:41 |
| 14 | vote this evening to extend my contract. | 05:12:44 |
| 15 | I do look forward to our continued | 05:12:47 |
| 16 | partnership together and our collective | 05:12:49 |
| 17 | commitment to students, staff and to our | 05:12:51 |
| 18 | community here in Fairfax County; and I | 05:12:53 |
| 19 | welcome the opportunity to continue the | 05:12:56 |
| 20 | collaborative work that we have working | 05:12:58 |
| 21 | with our stakeholders in FCPS and in our | 05:13:02 |
| 22 | entire Fairfax County community. | 05:13:05 |
| 23 | As a long-time member of this | 05:13:08 |
| 24 | community, this is my home and I truly | 05:13:10 |
| 25 | love this division. I love the staff, the | 05:13:13 |



Page 298

| | | |
|---|---|---|
| 1 | students, the school board and all the | 05:13:15 |
| 2 | unique and outstanding features that make | 05:13:18 |
| 3 | Fairfax County such a special place to | 05:13:20 |
| 4 | live, work, play and learn. | 05:13:22 |
| 5 | There is no better place to learn | 05:13:26 |
| 6 | and have an education than in Fairfax | 05:13:27 |
| 7 | County Public Schools; and I thank you all | 05:13:30 |
| 8 | for your dedication and your work as board | 05:13:32 |
| 9 | members. | 05:13:36 |
| 10 | And it is my pleasure to continue | 05:13:37 |
| 11 | and honor to continue to serve Fairfax | 05:13:39 |
| 12 | County Public Schools community. So thank | 05:13:41 |
| 13 | you. | 05:13:44 |
| 14 | I want you to know later today, | 05:13:44 |
| 15 | since we're actually just past the | 05:13:47 |
| 16 | midnight hour, later today, we'll have a | 05:13:49 |
| 17 | classroom monitor job fair from 11:00 a.m. | 05:13:51 |
| 18 | to 1:00 p.m. We're working to get more | 05:13:55 |
| 19 | monitors to support our return to school. | 05:13:58 |
| 20 | We've got great progress we've done | 05:14:02 |
| 21 | in our elementary schools, though we still | 05:14:04 |
| 22 | need a few more; and we really do need -- | 05:14:06 |
| 23 | particularly at our (unintelligible) high | 05:14:09 |
| 24 | some additional monitors to come in and | 05:14:11 |
| 25 | help work and provide some supervision as | 05:14:13 |

Page 299

| | | |
|---|---|---|
| 1 | we have some teachers who will be teaching | 05:14:17 |
| 2 | virtually even as students return to | 05:14:20 |
| 3 | school. So look forward to that job fair. | 05:14:23 |
| 4 | Tomorrow we'll also be looking for | 05:14:28 |
| 5 | anybody who wants to be a substitute | 05:14:29 |
| 6 | teacher in 2021. | 05:14:32 |
| 7 | And then finally, I just want to say | 05:14:34 |
| 8 | this is -- I believe this is our last | 05:14:37 |
| 9 | school board meeting for the month. 2020 | 05:14:39 |
| 10 | draws to a close, and I just want to wish | 05:14:43 |
| 11 | the board and their families and all of | 05:14:45 |
| 12 | our Fairfax County Public Schools families | 05:14:47 |
| 13 | and staff a wonderful winter break. | 05:14:50 |
| 14 | I know this -- This year has been a | 05:14:53 |
| 15 | year unlike any other, and many are ready | 05:14:55 |
| 16 | to see 2020 closed; but I know that in a | 05:14:57 |
| 17 | way this pandemic has allowed us all to | 05:15:02 |
| 18 | come together, to challenge ourselves and | 05:15:06 |
| 19 | one another with greater care and greater | 05:15:09 |
| 20 | compassion and greater dedication for the | 05:15:12 |
| 21 | things that matter, including our children | 05:15:15 |
| 22 | and our children's education. | 05:15:18 |
| 23 | So I hope everyone has a wonderful | 05:15:20 |
| 24 | break and happy new year and see you in | 05:15:23 |
| 25 | 2021. Thank you. | 05:15:25 |

Page 300

| | | |
|---|---|---|
| 1 | CHAIRWOMAN ANDERSON: Thank you, Dr. Brabrand. | 05:15:28 |
| 2 | At this time we are up to our board | 05:15:30 |
| 3 | committee report. I will now call on | 05:15:32 |
| 4 | Mr. Frisch for our Governance Committee | 05:15:34 |
| 5 | report. | 05:15:38 |
| 6 | MR. FRISCH: Thank you. I'll keep this brief. | 05:15:38 |
| 7 | In our meetings week before last, we | 05:15:41 |
| 8 | approved the conflicts of interest policy | 05:15:44 |
| 9 | changes that we've been working on for | 05:15:46 |
| 10 | many months as well as related actions | 05:15:49 |
| 11 | seeking additional guidance from the | 05:15:51 |
| 12 | auditor general and council. | 05:15:53 |
| 13 | We also discussed stakeholder | 05:15:56 |
| 14 | engagement for the upcoming anti-racist | 05:15:58 |
| 15 | and controversial issues policies and | 05:16:00 |
| 16 | requested a work session from the chair | 05:16:03 |
| 17 | and vice chair to discuss the scope of | 05:16:04 |
| 18 | this engagement and associated costs. | 05:16:07 |
| 19 | Finally, we also reviewed the | 05:16:09 |
| 20 | November no-change memo and sent one | 05:16:11 |
| 21 | policy on to the full board for consent | 05:16:13 |
| 22 | for the consent agenda, and the rest of | 05:16:15 |
| 23 | them are -- have been added to our agenda. | 05:16:17 |
| 24 | And that's it for me. Thank you. | 05:16:20 |
| 25 | CHAIRWOMAN ANDERSON: Thank you, Mr. Frisch. | 05:16:22 |

Page 301

| | | |
|---|---|---|
| 1 | I will call on Ms. Keys-Gamarra for | 05:16:24 |
| 2 | an update from the Audit Committee. | 05:16:27 |
| 3 | MS. KEYS-GAMARRA: Yes. I'm trying to get on | 05:16:30 |
| 4 | on. Thank you. | 05:16:33 |
| 5 | Yes. We had an Audit Committee | 05:16:34 |
| 6 | meeting on December 9th where we reviewed | 05:16:37 |
| 7 | several items, including the fiscal year | 05:16:40 |
| 8 | 2020 annual report which is an important | 05:16:43 |
| 9 | initiative where we look at our | 05:16:46 |
| 10 | accomplishments in this past year. | 05:16:49 |
| 11 | We completed the school board | 05:16:53 |
| 12 | approved audit plan and continued to | 05:16:54 |
| 13 | manage the fraud waste and abuse hotline | 05:16:58 |
| 14 | and received the report on that. | 05:17:00 |
| 15 | We also looked at the success of our | 05:17:03 |
| 16 | audit buzz where we currently have over | 05:17:06 |
| 17 | 1500 subscriptions and are working for a | 05:17:08 |
| 18 | greater outreach. | 05:17:10 |
| 19 | In January -- on January 5th, we | 05:17:13 |
| 20 | will have a school board work session to | 05:17:15 |
| 21 | review the audit report. In addition | 05:17:17 |
| 22 | of -- to the annual report, the committee | 05:17:20 |
| 23 | also went through the fiscal year 2021 | 05:17:23 |
| 24 | internal audit engagement and internal | 05:17:25 |
| 25 | inquiry status as well as the audit | 05:17:27 |



Page 302

```
1       recommendations follow-up status.          05:17:30
2       Thank you.                                  05:17:32
3    CHAIRWOMAN ANDERSON:  Thank you very much,     05:17:33
4       Ms. Keys-Gamarra.                           05:17:34
5       We are now up to item 9.01, which           05:17:36
6    are the board matters.                         05:17:40
7       Barring any objections, since it is         05:17:42
8    12:30, I would like to skip this board         05:17:44
9    matters for this evening.  If there are        05:17:50
10   any objections, please raise them at this      05:17:51
11   time by raising your hand.                     05:17:53
12   MS. KEYS-GAMARRA:  Can we just shout happy      05:17:57
13   holidays to everybody?                         05:17:59
14   CHAIRWOMAN ANDERSON:  We can certainly do that  05:18:00
15   before we adjourn.  I just wanted to give       05:18:01
16   some teacher wait time to get those hands       05:18:04
17   up for everybody who's clamoring to have        05:18:06
18   board matters at midnight.                      05:18:08
19      We are now adjourned at 12:30.               05:18:10
20   Let's just wish the entire community a          05:18:13
21   happy holiday, a collaborative chorus.          05:18:15
22      (All saying "happy holidays.")
23   CHAIRWOMAN ANDERSON:  Thank you everybody.      05:18:15
24      Good night.                                  05:18:16
25      (Audio recording ended.)
```

Page 303

```
1             TRANSCRIPTIONIST'S CERTIFICATE
2
3       I, Mary C. Dopico, CSR, RPR, CRR,           05:18:16
4    Transcriptionist, certify that the foregoing is a true  05:18:16
5    and accurate transcription of the audio recording of    05:18:17
6    the proceedings in the above-entitled matter; said      05:18:17
7    audio recording titled:                                 05:18:18
8       FCPS School Board Meeting 12-17-2020 mp4;  05:18:18
9       I further certify that I am neither counsel 05:18:19
10   for, related to, nor employed by any of the parties to 05:18:19
11   the action in which this proceeding was taken;          05:18:20
12      I further certify that I am not financially 05:18:21
13   or otherwise interested in the outcome of this action.  05:18:21
14      Certified to by me on this the 21st day of  05:18:22
15   July, 2021.                                             05:18:23
16
17
18       _____
18          Mary C. Dopico, CSR, RPR, CRR          05:18:23
18          Texas CSR No. 463, Exp. 4/30/2023      05:18:23
19                                                  05:18:23
19   Independent Contractor To:                     05:18:23
20   Magna Legal Services                           05:18:24
20   Seven Penn Center                              05:18:24
21   1635 Market Street, 8th Floor                  05:18:24
21   Philadelphia, PA  19103                        05:18:24
22   215/207-9460  Fax: 215/207-9461                05:18:25
23
24
25
```



**A**

**AAP** 25:20 27:18
42:10 44:15
65:13 124:7
150:2,11 158:10
158:10 218:24
219:3
**AAPAC** 246:12
247:1
**AARTs** 116:23
**abilities** 44:2
**ability** 123:20
164:7 166:13
218:25 219:1
222:18 250:6
**able** 12:12,16 13:3
20:9 50:1,4,7,9
50:13,17 87:11
88:11 90:11
112:19 114:5
122:6,7 125:6
128:15,16 129:6
144:3,4,5 154:9
155:10,20 156:3
180:17 183:20
188:21 190:5
192:7 211:18
212:13,16
248:15,24 249:2
249:4,18 267:19
283:1
**above-entitled**
303:6
**absence** 91:8
183:11
**absolutely** 59:20
128:8,24 163:25
180:21 257:15
264:1
**abstaining** 151:24
230:8 235:8
271:4 279:20
**abstentions** 6:16
106:24 279:18

**abuse** 301:13
**academic** 26:15
44:14 47:8 50:9
119:21 123:13
124:5,11,20
143:2 164:18
245:15 246:12
246:13 259:11
261:9
**academically**
164:12
**academically-ex...**
110:20
**academics** 115:19
261:18
**academy** 39:22
**accelerated**
116:22
**acceptable** 284:8
**accepted** 45:2,3
70:13
**accepting** 28:14
**access** 14:20 23:20
112:15 115:18
116:10,22
118:25 119:23
122:8,16 141:4,7
155:3 158:24
165:20 169:16
176:16 179:21
180:17 182:13
194:14 211:17
222:24 236:6
260:16
**accessible** 121:17
136:19 166:3
**accommodate**
80:7
**accommodates**
80:8
**accommodating**
80:10
**accomplish**
160:11 240:9

283:1
**accomplished**
49:24
**accomplishment**
61:20
**accomplishments**
301:10
**account** 36:19
160:2
**accountability**
125:18 126:1
242:10 243:6
258:1
**accountable** 49:13
241:24
**accounts** 118:7
**accurate** 303:5
**achievable** 190:9
190:22,22
**achieve** 7:16 38:4
41:24 97:24
106:10 108:15
109:21 115:21
138:17 177:3
188:5 189:9
227:24 242:7
**achieved** 189:18
**achievement**
65:23 99:14
123:13 143:3
239:20 245:14
246:10 261:17
**achieving** 152:2
177:4 240:17
242:5 254:17
260:13
**acknowledge**
134:23
**acquire** 36:16
**acquisitions** 63:7
**acreage** 85:1
**ACSD** 285:16
287:11,16
290:24 291:4

**act** 27:20 50:5
178:16 200:2
**acted** 27:9 206:16
**action** 8:11 9:17
11:18 16:20
18:21 86:15 95:2
95:6 96:14 155:2
233:16,20
234:15 297:3
303:11,13
**actions** 21:17
94:23 241:23
242:2 289:21
300:10
**active** 74:21
153:18 206:20
**activism** 21:21
**activist** 20:3,11
**activities** 116:25
119:7
**actual** 62:19 80:18
**Adams** 9:9,10,12
9:12 12:8 15:13
16:1,14,15,16
**add** 147:25 160:25
166:5,8,10
197:11 212:14
212:16 219:22
223:24 233:13
245:18 246:6,11
247:11 248:4
258:23
**added** 113:13
133:6 300:23
**adding** 163:8
**addition** 78:6
301:21
**additional** 75:10
84:17 101:16
133:10 135:20
136:1 146:15,23
160:7,15 161:11
165:24 166:4
168:21 190:24

192:13 196:3
215:14 224:19
228:8 239:24
255:19 256:23
257:7 261:22
266:3 294:13
298:24 300:11
**Additionally**
114:23
**additions** 69:20,21
71:6,11 78:7,8
**address** 8:10 9:4
25:12 50:17
57:12 70:12 74:5
80:3 84:23 88:4
101:8 123:17
125:17 126:15
129:5 137:12,17
206:15,21
214:25 215:1
263:25 285:5,13
**addressed** 42:11
42:14 57:8
206:20 233:5
285:20 286:18
**addresses** 126:11
142:20 255:24
**addressing** 125:1
143:2
**adequate** 72:18
101:18 103:24
239:21 254:12
254:13,23
255:22 260:10
260:12 261:19
**adjourn** 302:15
**adjourned** 302:19
**adjusted** 100:2
283:4
**adjustment**
212:13,17
**adjustments** 214:8
272:15
**administer** 180:13



administered
124:4 152:7
162:5 170:11
171:6 184:16
185:12 197:6
205:3 266:9
administering
163:7 172:8
174:5 180:23
183:13,14
administration
12:2 19:4 31:25
33:14 39:6,19,20
41:9,19 114:10
173:23
administrators
283:16
admission 30:19
39:7 47:6 48:5
49:5 102:3 106:8
108:12,13 145:1
151:14 185:17
186:18 208:7
243:16
admissions 21:1,8
21:12 25:13
27:22,25 28:20
40:20 44:18 94:9
97:17,22 98:2
106:4,12 107:23
108:17 109:2,6
109:25 112:23
114:12,14,17
117:4 118:18,20
118:21 119:20
125:13 127:15
127:15,22 128:7
128:22 129:11
140:23 143:15
143:16,20 151:1
152:13 167:20
168:3,4 170:15
194:1,18 197:10

204:9 213:25
226:22 231:1
234:5 237:23
239:8 243:11
256:25 257:11
261:2
admit 39:3,8
admitted 100:12
101:4 145:4,13
189:20 239:9
261:3
adopted 47:7,14
83:12 88:16
265:8,15,16,24
296:8
adult 66:5
advance 296:14
advanced 44:14
115:19 119:1,21
124:5,11 187:19
214:18 245:15
246:11,13
259:10 261:18
advantage 28:8
101:6,8 112:19
159:6 272:4
adverse 97:15
advertisement
139:22,25
advice 187:8
advisory 25:20
99:15 101:13
245:16 246:12
246:14 259:11
261:18
advocacy 51:8,11
52:4 55:20 56:3
56:6 101:14
116:9 117:22
121:21 123:1
229:13 244:7
292:1,18
advocate 103:7
122:21 138:24

282:6 289:2
advocated 113:22
117:25 282:10
advocates 50:25
109:3 111:4
112:22 117:19
121:12,15
122:20,24 281:1
282:9 287:2
288:8 289:10
advocating 122:21
affect 248:13
265:22
afford 140:5
afraid 38:17 198:3
afternoon 9:2
128:13 144:1
248:18
agencies 7:9
agenda 8:12 9:18
16:21 20:3 86:4
94:8 180:2 273:2
279:1 280:16
293:3,21 295:9
295:21 296:5,5
296:10,16
300:22,23
aggressive 140:18
ago 22:11 73:10
128:3 133:19
135:22 153:2
204:20,22
228:21 273:15
274:6
agree 9:25 17:3
104:15 118:16
121:8 148:15
163:4 182:7
196:24 215:10
agreed 70:9
204:16
agreement 96:9
agreements 75:7
ahead 9:11 16:11

29:5 46:18 96:5
106:1 111:14
120:22 134:10
141:21 146:4
147:14,17
149:15 155:25
165:10 170:4
171:17 175:2,20
184:3 190:12
201:2 202:19
203:19 204:14
205:14 212:21
216:10 217:11
220:10 225:21
231:12 232:18
233:7 260:2
264:1 265:2
267:10 268:16
271:18 280:20
aid 66:10
AIM 65:24
Akshay 21:24
Aldrin 83:22
algebra 22:16 26:2
45:1,10 152:9
185:14 205:6
align 158:16
alignment 158:17
alleged 48:23
allegiance 4:1,4
allocated 70:19
113:24
allocation 63:10
70:25
allotment 231:5
allotments 186:22
208:11 214:4
allotted 132:13
allow 35:6 265:24
271:25
allowed 74:24
99:8 299:17
allowing 60:11
147:1 158:1

178:16 179:5
201:11
allows 72:19
127:23 149:2
165:21 190:25
altered 222:1
alternative 65:15
65:17,22
altogether 31:6
alumni 20:11
99:16 101:15
104:22,25 118:3
amazed 36:8
amazing 55:16
127:17 289:10
290:9
amenable 212:12
245:18 247:3
amend 171:3
174:15 212:19
217:13,14 232:3
236:12 238:2
amended 231:16
232:10,12,14
293:20 295:8
amending 216:5
231:22
amendment 70:17
70:18 133:4
170:22 171:9
172:14,20 175:4
176:11 177:7,25
178:2,9 179:23
180:8 182:12
184:7,14 191:4
193:5,13 212:17
212:19 216:8,11
217:19,22 224:4
229:2,17,21
230:12,13,14
231:14 245:21
246:2 247:10,10
247:25 251:16
258:4,10 263:8



278:15
**amendments**
105:22 128:14
135:12 146:23
195:22 213:2
247:14 258:9
**America** 4:5
**amount** 86:1
87:18
**analysis** 30:22
42:15 47:20
118:6 129:4
285:18
**Anderson** 2:4,6,9
2:12,18,20,23
3:2,4,6,8,11,15
3:19 4:10,21,24
5:3,8,14 7:1 8:1
12:7,25 13:2,9
13:20,23,24,25
14:1,6,18 15:1,6
15:9,13,19,25
16:5,9 43:19
46:2,7,10,14,17
46:21 51:16
53:22 54:3,4,9
54:11,19,23
55:11 61:18 62:4
86:24 89:1 92:13
94:3,12,13,15,17
94:19,24 95:20
95:23 96:2,11
98:5 100:4,6
106:17 107:6
108:19 110:15
111:11,19,22,25
112:2 115:24
116:4 117:12
120:4,10,22
123:2,6 126:18
129:22 132:21
132:23 133:23
134:4,9 135:2,5
138:4 140:8

144:15 145:25
146:4 147:4,14
147:17 149:6,15
149:17 150:16
152:17 154:3,17
155:16,25
156:12,14
158:20 161:18
161:20 163:19
164:24 165:9
166:7 169:19,20
170:4,18 171:8
171:16 172:16
172:20 173:16
174:22 175:11
175:16,17,19
176:12 177:9
178:4,7,23
181:24 182:4
183:5,22 184:1,3
184:13,18,24
186:24 188:11
188:23 189:12
190:11 191:22
192:1,6,12 193:7
195:14 196:21
198:11,14,17
199:3,11,20
200:11,16,20,23
201:1,4,13,15
202:1,8,14,16,18
203:8,16,23,25
204:13,23 205:9
205:12,19 206:1
206:17,23 207:3
207:6,8,9,13,18
208:19 209:4,20
209:24 210:1,3,5
210:7,9,13,15,17
210:19 211:6,7
211:20 212:3,15
212:25 213:11
213:15 216:1,7
216:19,22

217:10,18
219:19,23 220:7
220:21 221:10
221:13 223:18
223:24 224:18
225:17,20 227:8
228:15 229:16
231:9,12,16,20
231:23 232:1,6,8
232:11,13,17
233:6 234:17
235:17,25
236:22,24
237:17,24 239:2
240:4 241:17
242:12,21 244:3
244:18 245:20
246:1 247:12,17
247:22 248:3,9
249:2,9,13,20,25
250:8,14 251:13
252:7,15,24,25
253:6,16,25
254:3,7 255:25
258:5 259:3,9,19
259:20,21 260:2
260:6,23 262:13
263:13,22 264:1
264:22 265:1
266:2,5,15,21
267:7,9,24 268:3
268:5,7 269:9,23
270:5,14 271:17
271:21 272:1,8
273:4,6,11,18
276:15,21
277:18 278:8,16
278:22 279:10
279:23 280:2,17
280:19 282:12
284:13 285:25
286:23 287:25
288:23 290:11
291:10 292:3,12

292:24 293:22
295:25 296:1,4
296:20,22,25
297:10,12 300:1
300:25 302:3,14
302:23
**and/or** 28:12
123:21 254:10
**angry** 125:10
**Annandale** 80:14
**announcement**
6:24
**annual** 69:16 70:1
71:22 228:7
239:7 240:15
250:22 251:7,10
251:11 252:12
252:17 254:1
255:7,10,14,17
255:20 261:1
301:8,22
**annually** 63:1
**answer** 90:11
142:17 149:21
192:10 201:25
202:9
**answered** 130:23
134:8 192:9
**anticipated** 85:23
**anticipating** 53:19
**anti-Asian** 23:6
**anti-racism** 103:4
**anti-racist** 119:9
119:13,16
300:14
**anybody** 39:12
95:19 277:15
299:5
**anyway** 159:25
224:14 263:2,10
**apart** 128:5
**apologize** 30:12
38:20 87:9 94:24
94:25 120:4

143:22 150:22
155:19 156:11
190:18 209:7
225:24 242:16
262:14 280:10
292:9 295:24
**appalled** 39:8
**applauding** 54:21
**applicable** 65:25
70:14 81:15
82:23 85:3
**applicant** 70:9
164:14 167:24
237:3
**applicants** 110:10
129:21 194:2
236:17,18 237:5
238:7,9
**application** 27:8
102:4 115:11
141:14 166:14
166:21 168:9
**applications**
132:18
**applied** 58:11
148:7
**applies** 117:5
**apply** 36:16 40:25
45:2,5 164:20
166:19 167:12
167:17 168:8
174:20 175:24
**applying** 139:7
177:15 237:16
**apportioned** 142:5
**appreciate** 6:21
9:18 10:6 11:4
16:21 17:9 18:7
61:23,23 88:25
89:10 90:2
92:10,16 120:21
121:6,20 129:12
138:21 165:13
171:21 193:19



203:11 215:23
218:7 233:10,24
244:15 245:5
254:7 258:3
271:21 276:14
282:16 291:19
**appreciated** 87:20
291:7
**appreciates**
294:15
**appreciation** 51:5
62:13 289:9,12
289:15
**appreciative** 36:9
135:24 285:9,15
287:11,22 290:4
**approach** 23:6
63:16 112:9
113:15 114:4
115:9 130:1
133:3 142:21
145:19 164:1
168:25 197:9
**approaches** 10:1
17:4 113:1 285:7
**appropriate** 8:15
8:21,23 73:12
130:10 143:23
227:24 253:21
253:23 283:14
**appropriately**
228:5
**appropriation**
69:17
**approval** 20:20
70:10 296:11
**approve** 266:7
272:24 278:23
280:14 293:1
**approved** 52:15
92:6 188:6
266:13 300:8
301:12
**approving** 268:21

**approximate**
148:4
**approximately**
73:16 74:2 76:14
76:14,16 77:4,5
77:6
**aptitude** 109:21
121:19 122:7,15
153:13 195:1
**Archer** 78:24
**Architects** 53:9
**area** 41:4 45:19
55:24 77:15,16
78:1 80:4 85:1,1
140:22 155:15
**areas** 101:19
**argue** 23:5
**arguments** 112:25
**Armstrong** 79:8
**arrive** 109:5
**arrived** 92:25
**articulate** 10:5
17:8
**articulated** 199:21
**articulating**
135:17
**artificially** 26:14
**arts** 32:8 124:21
**Asian** 23:7,8 47:25
**aside** 88:2
**asked** 26:1 60:2
165:3 258:13,14
258:16 265:12
267:2 279:22
**asking** 40:16
90:17 91:19
130:23 156:5
165:25 176:3
179:13 198:12
199:4,15 246:6
286:19
**aspects** 130:9
**aspirational** 189:8
195:19 215:16

220:19 224:6
227:18 229:4
244:13
**Asra** 19:10,11
**assess** 219:1
**assessment** 63:23
80:23,24 102:4
179:10
**assets** 73:1
**assigned** 68:4 81:8
**assignment**
136:13
**assist** 110:4 241:9
**assistant** 62:6
**associated** 300:18
**Associates** 73:8
**Association** 9:14
16:18 114:1
**assumed** 251:17
**assuming** 265:18
265:18
**assumption**
251:22
**athletes** 50:14
**attacking** 104:24
**attacks** 30:3
**attempt** 137:16
**attend** 68:5,14,18
115:23 149:25
150:10 236:16
238:6
**attendance** 209:21
**attending** 68:7,11
148:9 150:7
236:15 238:5
239:11 261:5
**attention** 7:7 22:2
101:21 275:17
**attentive** 109:22
**attract** 104:16
**attrition** 42:14
239:9 241:3
261:4
**audience** 33:17

**audio** 1:11,16,19
2:1 35:4 87:12
94:16 95:21
129:17 208:1,5,5
208:19 228:7
302:25 303:5,7
**audit** 73:9,10
301:2,5,12,16,21
301:24,25
**auditor** 300:12
**August** 21:9
**authorize** 96:7
293:19 295:7
**automatically**
32:23 165:22
166:25
**available** 11:20
12:5 18:23 19:7
52:25 64:5,11
124:23 158:4
239:24 261:22
**average** 66:25
**avoid** 153:17
**award-winning**
74:17
**aware** 43:4 264:4
**awesome** 61:20
**awful** 237:2
**a.m** 298:17

_____

**B**

**B** 194:6
**back** 16:2 25:23
40:16 42:15 61:3
90:24 131:9
140:5,6 187:8
192:4 208:13
209:17 218:17
228:10 241:4
263:7 276:1
283:2
**background** 38:24
**backgrounds**
97:10 100:15

107:16 143:9
**backlog** 74:1
**back-and-forth**
134:20
**bad** 227:3
**badly** 227:4
**balance** 97:25
106:11 108:16
275:3,4
**ban** 281:10,12
282:20
**Band-Aid** 39:4
**banning** 281:9
286:11
**bargaining** 34:5
**barrier** 155:13
176:19,21
**barriers** 141:10
153:18 154:8
164:3 165:20
176:18
**barring** 209:14
302:7
**base** 65:9,11,11
68:5,12 149:25
151:11 154:11
**based** 47:19 72:9
89:18 108:9
118:10 130:6
138:13 145:16
149:13,24
155:10 159:12
160:13 167:11
167:14 168:22
187:7 208:4
213:22 230:23
**baseline** 191:13
192:22
**basically** 232:4
**basing** 120:15
**basis** 30:20 133:17
**Baslar** 48:6
**bat** 289:23
**bear** 96:3 211:4



**befall** 33:23
**began** 64:20
**beginning** 29:18
  91:2 98:16
  148:16 243:19
  275:3,3 281:11
**behalf** 34:25 35:15
  62:12
**behavior** 37:3
  281:15 283:24
**behavioral** 285:3
**believe** 7:17 11:1
  14:8 18:4 26:17
  29:10 46:11
  53:23 100:16
  102:7 119:9,15
  124:25 128:20
  128:21,24
  140:18 157:6,6
  181:14 199:15
  211:16 212:5
  214:21 216:12
  264:19 268:11
  289:17 299:8
**believed** 26:8
**believes** 11:9
  18:12 24:12
  178:19
**Bell** 28:24 41:25
  45:24 115:2
  126:13 129:16
  137:20 144:9
  169:11 181:22
**Belle** 80:14
**belong** 170:24
**belongs** 169:22
  183:3 216:9
  246:3 258:10,17
**Belvedere** 75:15
**Benny** 57:4
**best** 5:23 10:19,20
  17:22,23 37:9
  42:19 60:6
  104:18 105:17

112:23 118:9,12
120:1 121:25
122:25 125:11
125:24 127:9,20
129:6 189:4
194:19 195:5
236:11 284:25
**Beth** 51:18
**bets** 28:6
**better** 22:24 27:18
  105:1 128:8
  131:3 135:13,16
  146:12 154:8
  158:17 177:24
  190:23 284:5
  291:16,23 298:5
**beyond** 90:18
  124:22 131:18
  194:23 287:11
**biases** 26:12,21
  28:13,19
**big** 28:10 91:3
  162:6 196:15
  275:15 276:11
**bigger** 248:22
**billion** 76:14 77:4
  77:6
**binary** 39:21
**birth** 66:12,14,21
  66:23
**births** 66:16,19
**bit** 54:6 88:6 99:24
  116:4 130:4
  134:14 156:19
  160:5 165:17
  169:4 188:7
  192:18 196:19
  220:12 228:25
  249:17 280:4
**black** 23:1,2 26:19
  38:25 39:25 40:9
  40:22 47:24
**blackjack** 28:4
**blame** 34:2,3,3

39:9
**blank** 296:19
**Blasser** 44:17
**blue** 55:3,7 66:20
  67:13 69:2 81:11
  81:12
**board** 1:3,20 2:2
  3:22 5:20,21 6:4
  8:6 9:4,17 10:16
  12:1 16:20 17:19
  19:3 20:12,20
  22:1 27:10 29:9
  30:16 31:5,25
  33:13 34:25
  35:15,18 38:18
  39:5,19 41:18
  43:20 46:25
  48:19 49:15,21
  52:10,15,21
  53:17,17 56:9
  58:3,12,16,20
  64:23 70:2,23,24
  73:9 76:9 86:15
  87:23 92:8,25
  93:11,24 94:1
  95:3,6 96:7 97:4
  97:21 102:1,16
  103:4 105:16
  106:7 107:10
  108:3 111:6,12
  115:8 119:12
  128:17,23
  129:13 130:7,19
  131:17,25
  132:19 133:5
  137:15 141:12
  141:13 143:25
  146:20 151:5
  154:18 167:6
  169:4 171:22
  183:21 189:2,8
  193:2,21 197:23
  200:7 201:7
  204:3 207:5

216:23 224:10
226:4 227:18
233:15,17,19,21
234:2 239:8,23
241:8,8 242:3
250:22 251:2,8
252:3 254:4,24
255:13,17 261:2
261:21 263:25
264:6 265:17
266:6,12 269:21
272:24 273:19
275:11 277:1,20
278:23 280:13
281:21 284:20
284:21 286:9,14
287:10 289:3
291:16 293:1,18
294:2,5,12,15
295:5 296:12,14
296:16 297:12
298:1,8 299:9,11
300:2,21 301:11
301:20 302:6,8
302:18 303:8
**BoardDocs** 197:21
  198:5 199:22
  200:8 201:18
  205:16,17,20,21
  207:7 208:17
  209:3,11 211:12
  211:23 212:1,2,3
  212:11 214:9
  218:9,11 233:20
  236:6 265:6
  268:20 269:5
  272:15
**board's** 254:15
**bodies** 127:12
**body** 88:16 97:9
  100:14 107:15
  110:24 111:1
  129:13 169:23
  170:24 183:4

200:2 216:9
258:11,16,18
259:13
**bold** 102:8
**bond** 69:15,17
  71:12 72:1 73:22
  76:20,21,24
**bonds** 76:15 77:6
  83:11 88:2
**bond-funded**
  69:18
**Bonitatibus** 101:1
**Bonnie** 78:25
**boost** 50:15
**booted** 245:2
**Boston** 113:8,21
**Botang** 51:7
**bottom** 234:1
**boundaries** 8:10
**boundary** 68:3,6
  84:14
**box** 61:8
**Boyd** 36:2,4,10
  280:25 281:19
  287:5 288:6
  289:22 290:7,10
  290:18 291:24
  292:16 293:13
**Boyd's** 285:9
**Brabrand** 20:21
  29:16,18 30:10
  30:15 31:8 48:22
  61:25 62:3,11
  89:24 91:13,16
  92:8,12 102:15
  113:2 120:23
  129:18,22,23
  141:23 142:17
  159:1 189:25
  190:10,11,13
  192:2,3,4,8
  250:25 251:4
  254:11 257:6,13
  257:15,20



289:17 290:2,6
293:19 294:16
295:6 297:4,8,9
300:1
**Brabrand's** 27:2
28:23 31:4 49:2
120:15
**Braddock** 78:16
**Brae** 78:25
**brand** 289:23
**breadth** 36:5
286:16
**break** 11:6 12:22
15:12,18 18:8
26:24 55:21
59:11 60:22 61:9
61:14 209:6
295:21 299:13
299:24
**breakdowns** 72:24
**breaks** 93:21
**Bren** 79:7
**brief** 98:11 100:7
269:11,15
280:23 300:6
**Briefing** 92:9
250:25
**briefly** 55:22
102:14 110:17
140:10,11
171:20 220:1
227:17 237:19
281:18 286:3
**brighter** 7:12
**brightest** 194:19
**brilliant** 40:1
**bring** 109:19
125:15 134:21
136:1,21 137:25
176:2 194:25
218:15 249:3
262:21 263:3,7
282:7
**bringing** 90:22

102:15 103:24
122:19 154:15
243:4 257:1
282:19 290:21
**bro** 55:3
**broad** 219:11
221:6 222:8
223:15 269:2
**broken** 83:19
290:16
**Brookfield** 79:8
**Brookings** 113:5
**brought** 113:2
136:22 228:21
284:23
**brown** 26:19
**bubble** 54:5
**budget** 8:9 91:23
91:25 92:5
160:16 162:2
191:7 263:17,20
272:16,20,23
273:2 274:8
275:10,18
278:25
**budgetary** 159:2
**budgeted** 73:13
**build** 37:10 39:23
85:1 110:6
115:16 177:16
288:18
**building** 72:6,10
82:4 85:1 88:2
100:13 181:8
**buildings** 72:15
73:6 283:11
**built** 31:5 36:11
76:1 294:19
**bumped** 248:11
**burden** 91:24
163:9 172:9
**Burke** 65:18
**burn** 33:5
**bus** 176:6,19

**business** 5:24 6:1
8:2,11,24 37:16
86:11,11 103:2
140:6 274:1
276:19 277:4
297:1
**businesses** 7:9
**bust** 54:5
**busy** 157:1
**button** 295:17
**buttons** 147:12
279:10
**buy-in** 23:22
**buzz** 301:16

---

**C**

**C** 1:23 303:3,18
**Cades** 34:21,22,22
35:10,12,13
**cadre** 110:3
**calculate** 231:5
**calculated** 64:1
84:13
**calculates** 186:21
208:10 214:4
**call** 3:11 6:23 9:6
16:11 31:14 35:7
46:4 53:24 61:25
67:6 86:6 93:14
94:20 95:9 96:24
97:1 107:7
144:17 149:19
150:18 152:2
183:9 184:4
186:5 209:8,13
227:14 235:20
238:1,20 259:15
260:24 262:11
270:15 278:18
278:20 280:6
290:12 292:6
293:15 295:2,20
297:4 300:3
301:1

**called** 68:7 175:13
259:23
**calling** 234:20,21
**calls** 35:24 291:6
**camera** 31:17 87:9
87:12 111:16
123:5 248:12
262:15 280:10
**cameras** 116:3
**camera's** 120:25
**campaign** 7:6
**campus** 105:2
**candy** 43:21,21
**cap** 110:13
**capabilities** 26:13
119:25 155:5
**capability** 153:14
**capacities** 82:17
**capacity** 63:5,24
63:25 64:8 70:21
72:2 78:4 80:23
80:25 81:6,13,14
81:15,16,18,19
81:21,21 82:3,11
82:14,15,20 83:2
83:23,25 84:6,12
84:19 85:5,6,11
85:16,17,18,19
85:20,23 102:5,6
141:12 148:10
**capital** 8:9 52:20
62:1,16,19,21
63:4,9 64:7
69:17,19 71:15
71:24 73:14,25
80:13 82:16,22
84:17,19
**capture** 98:10
160:14
**cards** 28:4,5
**care** 41:16 61:6
299:19
**career** 294:20
**careful** 37:18 38:3

135:9
**carefully** 105:20
294:5
**CARES** 50:5
**caring** 105:3
281:24 282:3
285:13 289:24
**carried** 203:19
**carries** 152:1
186:4 238:17
262:10
**carry** 230:10
235:19 280:5
**Carson** 75:17
**case** 24:22 53:12
141:17 180:21
267:18
**cash** 63:9
**casino** 28:5
**catch-all** 246:16
**cause** 88:8 183:3
234:9 235:12
248:13 249:16
**caveat** 166:16
**Cedar** 65:18
**ceiling** 26:14
**celebrate** 37:5
**census** 113:20
**center** 65:17,19,19
65:20,20 79:22
79:23,23 119:13
150:11,11
260:19 303:20
**centers** 65:15,22
150:3
**central** 23:18
**centralized** 37:23
**Centre** 79:10
**Centreville** 75:16
79:14
**certain** 99:7
139:12 219:12
245:8 291:20
**certainly** 9:25



17:3 32:9 128:1
129:8 130:18
146:13 150:6
160:25 161:9
172:10 181:21
183:12,20 234:3
252:2 254:20
282:21 287:10
302:14
**CERTIFICATE**
303:1
**certification** 5:16
**certified** 84:1
303:14
**certify** 5:20 303:4
303:9,12
**chair** 87:8 96:6
97:3 107:2,9
130:21 152:4
169:22 204:1,12
219:22 231:13
233:4 265:3,19
284:18 285:24
292:7 293:20
294:7 300:16,17
**chairman** 16:5
62:3 295:7 297:9
**CHAIRWOMAN**
2:4,6,9,12,18,20
2:23 3:2,4,6,8,11
3:15,19 4:10,21
4:24 5:3,8,14 8:1
12:7,25 13:2,9
13:20,24 14:1,6
14:18 15:1,6,9
15:13,19,25 16:9
46:2,10,14,17,21
53:22 54:4,9,11
54:19,23 61:18
86:24 89:1 92:13
94:3,13,15,17,19
94:24 95:23 96:2
96:11 98:5 100:6
107:6 108:19

110:15 111:11
111:19,22,25
112:2 115:24
116:4 117:12
120:4,22 123:2,6
126:18 129:22
132:21,23
133:23 134:4,9
135:2,5 138:4
140:8 144:15
145:25 146:4
147:4,14,17
149:6,15,17
150:16 152:17
154:3,17 155:16
155:25 156:12
156:14 158:20
161:18,20
163:19 164:24
165:9 166:7
169:19 170:4,18
171:8,16 172:16
172:20 173:16
174:22 175:11
175:17,19
176:12 177:9
178:4,23 181:24
182:4 183:5,22
184:1,3,13,18,24
186:24 188:11
188:23 189:12
190:11 191:22
192:1,6,12 193:7
195:14 196:21
198:11,14,17
199:3,11,20
200:11,16,20,23
201:1,4,13,15
202:8,14,16,18
203:8,16,23,25
204:13,23 205:9
205:12,19 206:1
206:17,23 207:3
207:6,9,13,18

209:4,20,24
210:1,3,5,7,9,13
210:15,17,19
211:7,20 212:3
212:15,25
213:11,15 216:1
216:7,19,22
217:10,18
219:19,23 220:7
220:21 221:10
221:13 223:18
223:24 224:18
225:17,20 227:8
228:15 229:16
231:12,16,20,23
232:1,6,8,11,17
233:6 234:17
235:17,25
236:22,24
237:17,24 239:2
240:4 241:17
242:12,21 244:3
244:18 245:20
246:1 247:12,17
247:22 248:3,9
249:2,9,13,20,25
250:8,14 251:13
252:7,15,24
253:6,16,25
254:3,7 255:25
258:5 259:9,21
260:2,6,23
263:13 264:1,22
265:1 266:2,5,15
266:21 267:7,9
267:24 268:3,5,7
269:9,23 270:5
270:14 271:17
271:21 272:1,8
273:4,6,11,18
276:15,21
277:18 278:8,16
278:22 279:10
279:23 280:2,17

280:19 282:12
284:13 285:25
286:23 287:25
288:23 290:11
291:10 292:3,12
292:24 293:22
296:1,4,20,22,25
300:1,25 302:3
302:14,23
**challenge** 103:8
115:9 299:18
**challenged** 41:14
**challenges** 23:10
72:23 76:3
153:19 157:8,23
274:8 294:14
**champion** 289:5
**chance** 24:6 154:2
215:6,19 219:15
224:23 227:11
**chances** 221:18
**change** 21:1,7
24:19 66:11
82:18 117:3,4,5
125:12 144:12
145:18 194:3,7
197:4 217:12
220:23 229:3
241:11 247:11
251:15 252:7,19
258:22 265:21
265:25 267:21
**changed** 20:22,24
70:16 212:9
236:6 271:25
**changes** 21:12
47:22 48:23 49:5
49:6 80:19 91:18
98:1 102:2
106:12 108:16
118:23 125:16
140:1 196:3,9,15
209:2,9 215:11
226:19 241:12

258:21 259:14
272:25 278:24
300:9
**changing** 63:13
197:9
**character** 32:19
192:17
**charge** 105:15
**charity** 32:25
**charter** 22:13
41:10
**chat** 155:21
**chatting** 156:19
**cheaper** 162:14
**check** 5:5 15:22,24
16:5 53:2 99:5
209:21
**checking** 13:7,13
14:11,15,16
**cheering** 54:21
55:1
**chemistry** 22:23
**Chicago** 113:16,20
**chief** 47:21 50:9
50:11 192:25
239:15 261:9,10
**child** 40:25 43:21
127:23 155:5
**childhood** 119:5
**children** 32:16
44:7 105:8 141:3
141:9 145:4
157:4,5 178:17
257:19 299:21
**children's** 299:22
**child's** 7:24
**choice** 25:2 41:19
41:19 152:12
164:12,21
170:15 185:16
**choosing** 33:11
**chorus** 302:21
**chose** 41:17 90:6



**Chris** 44:17
**Christmas** 51:23
**Church** 79:1
**CIP** 53:6 62:4,16
  63:1,16 64:6,10
  64:19,19 66:1,10
  69:12,13 77:13
  77:19,25 78:5,12
  78:21 79:4,19
  80:1,18 84:17
  86:3,10,17,23
  87:15 89:12
**CIPs** 67:1
**circumstance**
  284:2
**cited** 22:2
**Citing** 44:25
**citizen** 8:3
**citizens** 9:3
**city** 68:16,20,23
**civil** 104:21
**clamoring** 302:17
**clarification** 88:20
  89:13 94:22
  133:11 155:18
  169:21 197:16
  202:15,21
  203:11,13
  212:23 233:10
  256:1 258:8
  263:16,19
**clarified** 99:12
**clarify** 98:14
  130:22 144:20
  147:15,19 149:4
  155:22 157:7
  174:5 183:10
  213:7 233:12
  264:15,16
**clarifying** 88:13
  99:21 165:13
  259:25 267:11
**clarity** 141:23
  164:15 180:22

256:7
**class** 44:21 98:2
  106:13 108:7,18
  115:12 151:9
  152:13 170:16
  185:17 186:11
  186:12 188:17
  206:10 207:25
  208:2 213:19,20
  217:16,25,25
  218:1 229:20
  230:20,21 233:1
  233:1 234:24
  239:9,12 261:3,6
  262:23
**classes** 108:10
  114:16 115:1
  151:11 186:15
  208:4 213:22
  230:24
**classifications**
  9:15 16:19
**classroom** 75:24
  298:17
**classrooms** 75:14
  75:19,23 82:9,10
  82:12,14 85:21
  85:22
**clean** 53:20
**clear** 24:21 101:15
  140:24 162:2
  186:8 187:5
  202:1,6 206:15
  226:10 227:4
  230:17 254:15
  266:6 269:22
  277:9
**clearly** 20:17
  23:14 44:21
  47:20 48:8 134:8
  140:12 168:2
  205:8 224:9
**Clearview** 80:15
**clerk** 9:5 184:10

184:11 197:16
  202:11 216:14
  216:24 248:21
  264:19
**clerks** 51:18 214:7
**climate** 105:2
  236:20 238:10
**close** 29:20 49:16
  60:19 299:10
**closed** 5:16,22 6:3
  6:5 29:21 94:23
  95:3,8 96:10
  206:24 299:16
**closely** 192:24
**closer** 33:22 158:9
**closings** 33:15,24
**clubs** 116:25
  239:13 261:7
**code** 5:19 113:24
  188:20
**Cohen** 3:2,3 5:6
  5:10 6:11 51:16
  96:12,16,23
  106:21 116:1,2,5
  118:19 122:12
  151:17 152:19
  154:4,6 175:2,3
  175:10,12,15,18
  175:21 176:14
  185:4,23 186:25
  188:12,14
  209:24,25
  217:20 219:20
  219:22 227:16
  228:16,17
  229:23 233:12
  235:1,21,22,23
  236:5,25 237:2
  238:16 262:7
  271:1 279:3
  286:2,24,25
  293:7 295:15
**cohort** 217:17
**coincidence** 32:2

**collaboration**
  37:10 285:16
  286:10 288:13
  288:16
**collaborative**
  281:20 290:20
  294:24 297:20
  302:21
**collaboratively**
  290:22
**collaborator**
  251:5
**colleague** 89:7
  126:23 138:7
  148:15 233:11
  269:16
**colleagues** 89:23
  99:13 105:20
  121:9 122:2,18
  134:13 136:7
  138:21 139:11
  140:4 145:20
  146:14 153:2
  177:6 181:5,10
  218:6 242:9
  272:5,19 275:9
  276:5 281:4
  285:19 288:9
  291:13 292:15
  294:8
**collect** 12:14
**collecting** 237:21
**collective** 34:5
  297:16
**collectively** 294:12
**college** 129:11
  143:17 194:1
**colleges** 114:1
  129:8
**color** 32:18
**column** 81:11,12
  82:24 83:3,7
  84:8
**columns** 81:23

82:21 83:13
**com** 99:1
**come** 3:22 56:16
  64:22 138:9
  139:1 164:19
  167:17 168:13
  209:17 225:13
  234:10 240:20
  241:4 246:25
  284:20 287:5
  288:16 294:8
  298:24 299:18
**comes** 49:16 148:2
  165:15
**comfortable**
  138:23 177:22
  250:19
**coming** 36:23
  40:16 118:3
  138:3 144:23
  145:22 162:20
  183:16 187:15
  216:4 283:9
**commend** 51:8
**comment** 166:9
**comments** 8:20
  61:24 87:5 111:5
  173:24 290:8
  291:1,5
**commitment**
  21:20 89:10
  189:3 242:3
  257:8 275:12
  289:19 294:7
  297:17
**committed** 9:21
  16:24 100:13
  284:24
**committee** 25:20
  70:6 71:20 99:15
  99:16 239:21
  245:14,16
  246:10,14
  259:11 261:17



261:19 300:3,4
301:2,5,22
**committing** 73:4
132:14 189:2
**common** 10:13
17:16 50:20
57:19
**communicate**
285:2
**communicated**
90:10 173:11
**communication**
10:10 17:13 37:3
37:9 90:4 236:13
238:3 246:23
283:24
**communications**
90:9
**communities** 7:10
139:13 141:7,8
177:20 289:20
290:1
**community** 11:14
11:20,23 12:11
13:12,17 18:17
18:23,25 20:7
23:22 24:3 31:1
31:9,12 35:22
42:17 43:4,4
55:17 56:7 58:4
58:21,21 60:21
61:14 74:21
76:20,25 90:12
111:3 114:19
117:19,23 118:4
122:24 124:10
125:8,9 126:3
128:5 137:1,25
143:1,7 239:19
240:23 241:9
246:9 257:18
260:9 261:15
281:2,21 282:19
285:12 286:6,18

**289:2 290:21**
291:15,25
297:18,22,24
298:12 302:20
**comparable** 119:6
**compared** 24:17
**compares** 66:15
**compassion**
299:20
**compassionate**
283:21
**compelling** 113:9
**compete** 164:7
**competent** 26:4
**competing** 189:6
**competition** 24:2
**competitions**
24:11
**competitive** 39:22
136:14
**compiled** 53:12
**complain** 105:5
**Complaints** 8:13
**complete** 175:12
181:13 278:18
**completed** 63:25
80:3,12 301:11
**completely** 56:25
148:14
**compliance** 5:17
**complicated**
227:25
**comply** 5:18
**component** 98:20
99:6 100:22
159:22 169:25
237:22 288:12
**components** 72:11
161:3
**comprehensive**
113:11
**compromise**
129:14 153:9
**computer** 25:17

59:13 111:17
147:18
**con** 120:16 146:22
**concept** 220:12
**concepts** 215:21
**concern** 169:3
190:21 218:7
233:14 256:21
259:2 277:2,10
**concerned** 127:1
143:1 190:20
197:13 215:4
234:11
**concerning** 48:16
48:18
**concerns** 4:17
10:5 17:8 35:23
36:6 126:23
129:5 214:13,25
215:1 234:5
253:14 255:24
257:1 277:15
285:11
**concerted** 90:23
91:3
**conclude** 137:23
**concludes** 53:23
86:22
**concrete** 30:21
53:3
**conditions** 63:13
63:23 70:8 96:10
**conduct** 8:22,23
**conducted** 73:7
114:11 237:9
**configuration**
84:24
**confined** 161:6
**confirm** 4:19,24
89:18 95:6,19
120:13,20
147:11 198:2
199:23 258:12
**confirmation** 90:4

91:23 95:2
**confirming** 94:23
**conflict** 40:6
**conflicts** 300:8
**confused** 156:11
187:9 222:7
264:20
**confusing** 200:25
**confusion** 202:3
249:17 264:5
267:16
**congratulate** 59:9
**congratulations**
54:13,22 55:2
61:19
**connect** 12:15
**connection** 5:7
6:19 8:19 87:10
**connectivity** 236:2
248:13 262:15
280:11
**conscience** 138:23
**consensus** 294:6
**consent** 265:13
267:3 295:21
296:5,10,16
300:21,22
**conservation**
74:20
**consider** 105:21
161:2,15 191:10
248:7 267:18
**considerably** 72:8
75:4
**consideration**
37:17 152:15
160:15 161:12
185:19 203:7
204:11 211:24
**considered** 6:4
41:2 42:24
127:23 130:17
165:21 246:17
**considering**

198:20 280:23
**consist** 75:19
**consistent** 105:3
120:6 212:10
**consistently** 30:11
**consisting** 104:3
**constant** 30:3
50:17 81:16
**constituents** 116:6
243:15 284:24
**Constitution**
29:11,12
**construction** 63:5
64:8 71:5,8,10
71:23 76:5 77:12
77:18,24 79:16
79:19 82:12 83:1
83:6,20
**consult** 128:2
257:9
**consultant** 25:19
**consultants** 40:24
**consulting** 47:16
**contact** 43:9 45:16
**contains** 120:17
**content** 32:19
**context** 233:14
234:8
**continually**
243:10,17
**continue** 9:19
10:11 16:22
17:14 36:19 51:1
51:11 58:23,23
76:4 89:9 102:25
103:7 105:11
122:13 179:12
196:4 197:10
210:23 214:25
226:21 249:25
250:9 263:4
264:5 275:18
290:2 297:19
298:10,11



continued 10:24
18:2 55:1 237:7
297:15 301:12
continues 10:15
17:18 97:8
100:23 107:14
continuing 51:25
58:18 75:8 89:10
119:19 194:17
294:25
continuous 242:4
243:23 260:20
continuously
243:22
contract 10:13
17:16 29:15 49:2
293:18,20 294:6
294:11 295:6,8
297:14
contracted 274:23
285:23
Contractor
303:19
contracts 52:13
contribute 160:24
contributes 75:4
contributions 70:8
71:1
controversial
300:15
convene 5:22
convening 6:3
conversation 57:3
58:1 98:15 99:23
99:24 104:19
136:25 137:6
218:8 224:23
225:6,14 226:4
243:19 251:3
263:7 277:24
conversations
58:3 99:4 104:21
118:8 134:20
177:13 215:20

218:17,22 219:2
219:4 263:5
268:24 275:18
287:6 288:5
convincing 30:21
283:17
Cooper 78:18
149:2
cooperation
114:20
Corbett 2:18,19
6:12 13:23,25
14:1,3,22 15:21
15:23 87:7,8
88:22 89:2,8
96:19 106:20
111:14,15,21,22
111:23 112:1,3
115:24 144:16
144:19 146:7
151:16 154:20
154:21 174:3,4
174:22,24 175:9
176:12,14 185:3
185:22 189:13
189:14 190:16
190:19 191:24
192:12,16 193:4
209:22,23
220:10,15,17
229:24 235:1
238:14 240:5
241:18,20
259:19,22 260:4
260:5,8 262:4
271:1 276:16,17
277:11,12 278:1
278:17,20
279:19,21,24
284:16,18
285:25 293:9
295:14
core 64:5 108:9
151:11 186:15

208:4 213:22
230:24
corner 79:8
103:10
cornerstone 39:11
39:14
correct 46:10
49:11 89:20,21
102:18 121:2
137:16 142:18
159:8 164:21
168:19 192:19
192:20 199:19
203:23 220:5
226:2 258:15
266:11,14,15
270:8 271:15
Correction 184:21
correlation 44:22
corresponding
83:17
corrupted 33:9
corruption 21:18
40:7
cost 71:9 73:4
75:10 159:3
160:18 181:2
183:18
costing 76:8
costly 165:16
costs 72:23 274:20
300:18
cost-savings
172:10
council 73:3
300:12
counsel 120:12
133:15 228:3
287:21 303:9
count 21:6 28:5
251:2
counter 140:19
counting 28:4
157:19

country 26:20
27:16 112:24
127:20
county 1:3 3:21
5:21 21:6 23:1,3
23:12 24:18
25:15 26:20
34:23 35:14 41:7
44:23 52:5 55:17
57:20,22 59:10
64:22 68:16,19
68:23 69:22 70:2
70:4,23,24 71:1
71:15,21 74:9
75:6 80:2,5
83:12 88:7 93:13
94:2 101:19
102:19 103:11
109:11 112:8,17
112:18 115:23
118:2 122:17
128:9 142:3,23
145:5,7 148:5
157:24 161:4
186:13 188:10
189:7 208:3
213:21 219:9
221:18 222:17
230:22 260:17
274:7,7 297:18
297:22 298:3,7
298:12 299:12
County's 23:6
county-wide 131:1
131:13,21
133:17 142:15
142:19
couple 95:24
134:1 196:18
255:8 283:8
coupled 113:11
course 11:18
18:21 22:21 39:2
46:13 60:9 63:22

134:9 154:1
160:22 181:14
courses 22:22
119:6 155:6
courtesy 272:6
cover 71:8 198:6
covered 228:6
COVID 11:21
18:24 34:2 64:14
93:5,6 263:1
COVID-19 63:14
80:20 82:1
co-founder 40:12
40:14
crazy 33:25
create 24:2 52:19
91:9
created 124:20
274:24
creates 24:2 26:22
creating 41:5
62:24 155:13
174:7,18 176:16
176:16
creative 92:23
credited 289:18
crew 13:15
crews 14:16
crisis 36:17
criteria 98:24
167:14 170:13
179:14
critical 11:6 18:9
72:5 159:21
288:12
criticism 276:6
Crossfield 78:25
CRR 1:23 303:3
303:18
CSR 1:23 303:3
303:18,18
Cub 79:9
cultivated 294:23
culture 101:23



105:4 281:25
282:4 285:13
289:24 294:24
**cure** 32:10
**current** 22:8 33:15
41:8 43:2 44:18
51:5 52:18 63:2
73:17,25 140:21
144:25 166:11
166:17 167:4
183:12 224:4
269:4
**currently** 73:18
82:11 83:5
130:24 166:19
167:8 199:17
270:8 301:16
**curricula** 27:19
**curriculum** 25:18
123:24 124:7
**cut** 208:19 250:3
**cycle** 72:10,21
73:2 76:24 77:8
83:16 128:22
152:13 170:16
185:17 188:3
189:20 191:7
**cycles** 73:24 188:5

**D**

**daily** 10:8 17:11
**danger** 30:5
**dangerous** 37:6
**dashboard** 10:23
18:1
**dashboards** 64:12
**data** 10:22 17:25
22:8 25:4 30:20
30:21 42:16
47:20 63:3
109:15 123:11
129:3 191:13
192:22 195:24
196:11,14

237:21 243:8,24
245:8 275:25
277:22 278:11
281:16
**database** 43:8
45:14,21
**data-driven**
128:25
**date** 90:10 127:6
**dates** 37:21
**daunting** 41:13
**Davis** 65:19
**day** 19:13,18
32:17 33:21,22
41:15 88:5 93:15
136:3,20 157:4
157:13 176:5
181:6 303:14
**days** 204:20
273:14 274:6
**deadline** 283:5
**deadlines** 38:5
**deal** 276:11
**dealing** 56:15,17
150:2
**dealt** 56:14
**debating** 100:8
**decades** 23:15
27:12 102:18
127:10
**decade's** 127:13
**December** 1:13
3:20 5:22 86:9
90:14 97:5,22
106:8 107:11
108:3 120:16
151:5 275:16
301:6
**decide** 29:14
215:14 294:12
**decided** 228:11
**decision** 47:5,6,15
47:19 48:21
49:10 54:14

105:11 117:24
118:9 144:6
211:8 255:21
280:1
**decisions** 28:21
129:1 137:16
167:9 169:17
**decline** 63:19 82:1
**declined** 66:24
**deconstruct** 257:5
**decorum** 8:21
**decreased** 65:1,5,6
65:8,9,16 66:2,3
67:15 69:6
**dedication** 178:15
298:8 299:20
**deem** 68:4 73:17
**deemed** 67:8
**deep** 51:4 215:20
224:24 277:10
289:8
**deeper** 9:23 17:1
125:8
**deeply** 294:15
**defend** 24:21
228:25
**defer** 183:24
**define** 222:3
**defined** 26:14
**definitely** 27:23
181:20 193:3
229:1,12 269:17
289:22
**degree** 32:5 36:9
**deliberate** 37:1,24
109:17
**deliberated** 294:5
**deliberation**
112:10
**delight** 37:2
**delineated** 11:3
18:6
**deliver** 8:20
**demand** 41:3

**demographic**
44:23
**demonstrate**
194:13
**demonstrated**
48:3 155:5
275:11 289:24
**demonstrates**
47:21
**demonstrating**
288:7
**denied** 48:4
**department** 21:9
22:9 47:10,11
124:19 280:25
**departure** 103:1,2
**depend** 63:20
**depending** 196:10
275:5
**depth** 36:5
**Derenak** 2:16,17
6:7,9 96:20
106:22 120:9
123:3,4,7 126:18
126:24 151:19
185:6,23 191:4
210:1,2 230:6
235:7 238:16
245:3,5,22 246:1
246:7,21 247:6,9
247:25 258:25
259:2,7 262:7
271:5 273:5,6,11
273:13 279:2
290:14 291:11
291:12 292:4
293:10 295:13
**describe** 68:9
133:19
**described** 110:13
164:16
**deserve** 117:20
**deserves** 275:17
**deserving** 137:9

**design** 81:13,14,15
81:16,19 82:13
82:15 83:23
85:19,23
**designated** 150:5
150:12
**designing** 53:10
**desire** 49:8 112:14
112:14 119:25
121:16 126:6
143:5 194:13
257:8,25 269:16
275:12
**desired** 41:24
265:19
**desires** 118:2
**desperately** 222:9
**despised** 40:15
**despite** 32:6 57:20
212:9
**destroy** 19:25
123:9 126:7
**destroyed** 21:15
**destruction** 34:6
**detail** 100:2
**detailed** 35:20
273:2 279:1
280:15 293:3,21
295:9
**detailing** 119:4
**details** 10:1 17:4
37:18 192:13
**determination**
42:18 195:9
**determine** 149:12
222:12
**determined** 77:17
77:23
**develop** 35:19
285:10,17
**developer** 25:19
**developing** 45:14
75:21
**development** 43:6



44:13 45:18
48:17 70:16 88:6
285:5
**developments**
93:19
**Deverakonda**
21:24,25
**de-escalate** 283:25
**dialogue** 223:25
**difference** 7:24
67:10 68:9
126:17 157:18
219:15 221:2,5
**different** 59:3 68:5
68:6 98:19
114:21 124:15
130:20 134:15
135:19 137:17
161:3 196:19
197:25 199:21
199:25 202:5
215:21 238:25
241:12 243:14
250:4 255:8
264:17 269:17
**differential** 89:17
**differentiated**
124:8
**differently** 131:14
**difficult** 59:23
91:13 136:25
138:8 160:10
224:22 227:20
284:19 291:18
**difficulties** 96:3
190:15
**digress** 253:9
**diligence** 241:10
**diligent** 140:3,4
146:16
**direct** 45:17 97:16
106:3 107:22
150:24 195:9
200:6 201:6

204:2 239:6
250:21 259:18
260:25
**directed** 8:15
44:12 165:4
183:21
**directing** 173:8
197:22 223:2
256:23
**direction** 37:23
102:8 115:17
169:15
**directly** 32:4 62:6
**director** 286:7
**directs** 221:23
239:23 261:21
**dirt** 38:25
**dirty** 21:14
**disadvantage**
101:5
**disadvantaged**
32:23 44:9
**disaggregating**
281:16
**disagree** 104:15
**disagreements**
10:3 17:6
**disappointed**
116:8 282:22
**disappointing**
257:17
**disappointment**
256:9
**disaster** 29:24
**disconnects** 90:25
**discourage** 40:24
**discover** 20:10
**discrepancy**
205:10,11,12
212:6
**discuss** 300:17
**discussed** 6:4 95:7
96:10 211:15
218:13,18 265:5

267:8 300:13
**discussing** 52:5
57:1,15 64:20
203:5 208:16
212:18 269:24
270:10
**discussion** 27:6
53:10 109:4
132:4 203:2
209:12 213:4
265:18
**discussions** 153:3
**dishonesty** 31:2
**dismantle** 119:22
**dismayed** 138:1
141:5
**disparities** 39:10
125:18 157:24
**disparity** 136:16
**distancing** 64:4
**distant** 29:23 30:1
**distorted** 95:21
**distortion** 129:17
208:1,5,6 228:7
**distracted** 146:25
**distressed** 38:25
**district** 88:4,21
109:18 112:5
141:4 145:10
179:8
**districts** 92:1
**ditto** 188:14
**dive** 215:20
224:24
**diverse** 97:9
100:13 107:15
107:21 110:24
127:18
**diversify** 239:17
261:12,13
**diversity** 20:15
27:21 39:22
42:25 48:2 49:1
49:7 110:2

113:17,18 114:2
114:6,15 115:1
123:19 125:3
131:3 138:18
142:2 145:22
177:4 194:22
239:9,22,25
246:25 254:19
261:3,11,20,23
**divided** 81:7
**division** 67:9
74:24 75:11
105:17 118:11
163:8 164:10
294:3 297:25
**divisions** 29:22
**division's** 132:17
**Doc** 250:12
**document** 43:15
92:17 150:21
250:4
**documentation**
296:13
**documents** 86:3
121:24
**doing** 15:22 23:22
33:1 55:20 56:3
56:8 58:14 60:5
60:6,17 74:5
103:4 109:2
115:7 117:9
128:11 129:25
131:18 159:2,11
160:14 162:24
163:9 187:10
189:4 195:1
226:16 227:6
236:11 244:12
255:4 281:6
289:15 290:9,20
**dollar** 274:15
**dollars** 40:2
275:21
**door** 43:23

**Dopico** 1:23 303:3
303:18
**doubled** 30:8
**doubling** 145:6
**doubt** 128:6 176:6
**doubts** 103:18,22
**DOWNLOAD**
1:16
**downstairs** 15:23
**Dr** 7:1 13:23,25
27:2 28:23 29:16
29:16,18 30:10
30:15 31:4,8
32:20,21 36:2,4
36:10,12 42:8
43:19 44:17 46:7
48:6 49:2 50:10
51:16 54:3 55:11
61:25 62:11
89:24 91:13,16
92:12 94:12
95:20 100:4
101:1 102:15
106:17 113:2
120:10,15,23
129:18,22,23
141:23 159:1
169:20 175:16
178:7 189:25
190:10,11,13
192:2,3 202:1
207:8 208:19
211:6 231:9
232:13 251:4
252:25 254:11
257:6 259:3,19
259:20 262:13
263:22 280:25
281:19 285:9
287:5 288:6
289:17,22 290:2
290:7,10,18
291:24 292:16
293:13,18



294:16 295:6,25
297:4,8,12 300:1
**drag** 277:6
**dramatically**
47:24
**Dranesville** 79:9
291:4
**drastically** 22:18
**draw** 289:12
**draws** 299:10
**dream** 32:16
**drive** 26:21
**drop** 11:22 18:25
33:8 89:16
**dropped** 30:7
**drove** 243:11
**due** 33:24,25 64:1
68:21 80:20 81:1
81:21 82:1 85:13
241:10 262:25
**Duke** 127:16
**Dunn** 79:22 88:8
88:14,15
**duty** 29:13
**dwell** 39:16
**dynamic** 86:7

_____
**E**
**eager** 93:9
**earlier** 80:20
134:15 141:11
202:4 208:14
211:25 219:14
225:13,15
238:24 241:21
264:6 270:18
**early** 27:5 54:14
119:5
**early-on** 123:22
**earn** 137:9
**easier** 87:22
176:23
**easily** 128:3 226:9
**easy** 25:25 27:8

59:21 60:3 87:21
155:7 179:18
**echo** 89:6 286:25
289:11
**economic** 63:22
**economically** 44:8
**ecoschools** 74:16
**ed** 143:10 292:18
292:21
**edge** 236:1,5
**edible** 74:18
**edit** 211:17
**educate** 12:4 19:6
33:17
**educating** 118:1
**education** 9:14
16:17 20:13 21:3
21:10,20 22:9
25:18 30:24
32:12 34:24
35:15 36:6 47:11
49:6 65:13,13
66:5,7 74:23
97:9 107:15
124:13,19 281:2
282:6 298:6
299:22
**educational** 40:15
41:6 239:17
261:14 294:20
**educators** 28:13
**effect** 197:7
**effective** 72:13
106:12 108:17
114:4 204:4
**effectively** 181:19
**effects** 28:20
**efficacy** 27:15
**efficiencies** 75:5
**efficiency** 53:20
**efficient** 72:14
277:19
**efficiently** 41:17
181:18

**effort** 31:8 90:23
91:3 290:20
**efforts** 40:6 52:18
62:13 109:14
110:5 124:9
143:19 177:14
191:19 237:11
239:12,16 258:2
261:6,11 291:9
**eight** 34:17 49:21
65:10
**Eileen** 51:19
**either** 31:25 50:23
71:10 129:11
131:8 254:10
255:20 256:16
**electrical** 72:12
**electronic** 1:12
72:12
**element** 43:16
177:17
**elementary** 25:14
26:5,17 44:7
45:5 48:11 50:5
52:7 65:4 75:15
75:16,17 77:15
77:16,21,22
78:13,15,16,17
78:17,22 79:1,6
79:12,18,21 80:5
80:9 83:23 84:10
85:2 88:3,18
115:20 116:21
119:8 123:24
124:2,6 184:17
191:2 298:21
**elements** 43:3,13
63:15 114:24
**eligibility** 167:14
**eligible** 99:10
108:12 130:16
151:14 152:8
158:14 165:22
167:16 170:12

179:6 185:13
186:17 204:4,9
205:5 208:7
213:24 231:1
**eliminate** 47:5
110:13 152:15
165:20 176:19
185:19 204:10
**eliminated** 11:24
19:2 115:10
**eliminating** 154:8
155:12 176:17
**elite** 113:23
**elitist** 124:12
**ELL** 143:10
**Ella** 34:9,12
**elucidate** 223:23
**embarrass** 54:6
**embrace** 39:23
103:5
**emerge** 219:12
**emissions** 75:2
**emotional** 126:5
176:21
**emphasis** 43:16
281:15
**employed** 303:10
**employees** 8:14
9:16 16:19 30:4
274:23
**enact** 102:2
112:12
**encapsulates**
241:24
**encourage** 7:15
12:2 19:4 111:6
140:3 145:20
**encouraged** 37:7
**encouraging**
176:24
**ended** 29:24
136:13 265:23
302:25
**ends** 81:4 271:9

**energy** 52:22 53:4
53:11,21 74:20
74:23,24 76:4
**engage** 12:16 91:5
109:12 125:8
277:23
**engaged** 42:17
93:18 287:2
**engagement**
114:19 236:21
238:11 289:25
300:14,18
301:24
**engages** 179:8
**Engineering** 73:7
**enhance** 101:23
239:16 261:11
**enhancement** 78:4
81:18,22 83:2
84:6 85:18
**enhancements**
63:5 64:9
**enhancing** 218:25
**enriches** 97:11
107:17
**enrichment** 27:17
43:17 239:13
261:7
**enroll** 110:22
**enrollment** 27:6
30:6 80:7 89:14
89:16 90:2,5,13
90:19 91:12 92:2
**ensure** 7:12 11:12
12:15 18:15
58:25 72:11 97:6
107:12 110:1,18
112:15 113:19
115:18,21 131:9
191:1 221:16
258:18 282:3
283:12,25
**ensures** 285:12
**ensuring** 36:14



113:18 114:5
115:22 145:21
152:24 153:20
284:25
**entering** 67:6 98:3
106:13 108:18
262:23
**entire** 110:25
189:7 258:16
297:12,22
302:20
**entirely** 138:1
**entrants** 110:2
**entry** 45:12
**environment**
97:12 107:18
109:22 127:24
161:6 162:12
174:19 239:17
261:14
**environmental**
52:4 74:7,8,11
74:16
**environments**
120:2
**epic** 33:22
**equal** 23:11 24:6
44:19 45:3 188:1
**equally** 39:3
**equip** 71:9
**equipment** 71:5
71:13 283:14
**equipped** 283:22
**equitable** 194:10
217:15,23
220:24 221:5,11
221:16 222:12
222:24 223:7,9
223:12 224:6
225:2,4 229:18
232:25 234:22
**equitably** 161:4
**equity** 27:12,21
28:15 41:12,20

48:1,4 49:7
112:15,16
115:18 192:25
222:24 226:6,15
227:21 239:15
260:21 261:10
**equivalent** 69:10
**eradicating**
119:16
**erode** 39:6
**escape** 179:20
**especially** 44:15
93:3,18 104:20
177:20 187:22
263:8 281:25
285:21 290:4
292:15
**essay** 99:8 108:11
151:13 152:5
154:11 161:8
164:9 174:11
177:1 180:14
181:3 183:15
185:11 186:16
199:5 205:3
213:23 230:25
266:8
**essays** 28:18
159:17
**essential** 93:16
117:25 119:17
**essentially** 153:18
157:12 159:9
**establish** 108:5
151:7 186:9
193:1 207:23
213:16 216:15
217:14,23
229:18 230:19
231:17 232:24
234:22 287:3
**established** 45:16
**establishing**
115:14 191:12

**estimated** 85:25
**estimation** 160:4
**etcetera** 156:7
159:17
**eternally** 60:17
**ethnic** 97:25
106:11 108:15
**evaluating** 138:13
159:20
**evaluation** 66:10
98:23 139:7
**evening** 2:8,9,17
3:15 9:10 16:15
21:25 31:22
34:22 35:13 42:7
46:24 49:15
62:17 105:20
195:21 234:12
234:16 243:12
243:21 297:14
302:9
**evenings** 167:18
**evening's** 154:25
**event** 42:22
**eventually** 11:24
19:1
**everybody** 117:8
121:23 123:5
160:14 164:25
180:19 181:9
213:16 227:10
275:19 277:7
282:8 288:21
302:13,17,23
**everybody's**
235:12 276:25
**everyone's** 173:3
**everything's**
165:16,17
**evidence** 113:10
**evidence-based**
37:19
**ex** 181:2
**exact** 44:21 195:3

**exactly** 33:1
150:14 164:23
201:24 241:1
244:10 247:22
288:19
**exam** 164:20
167:25 168:2,14
170:2 171:5
172:5,12 174:13
180:24
**examine** 138:16
**example** 20:2
24:23 31:4 83:22
148:20 286:9
291:14
**exams** 169:9,10,14
184:16
**exceed** 10:24 18:2
**excel** 24:12
**excellence** 41:13
41:20
**Excellent** 88:22
**exceptional** 54:16
**excited** 148:17
281:8,12,14
**excitement** 177:16
**exciting** 54:23
92:16
**exclamation** 26:3
**execute** 96:8
293:20 295:8
**exempted** 5:25
**exercise** 241:10
**exhaustive** 240:23
**exhibit** 153:13
**exhibits** 219:7
**exist** 57:18 126:12
**existing** 75:24
186:20 208:9
214:3 231:4
**exists** 33:17
129:20 140:20
**Exp** 303:18
**expand** 100:19

116:10,20 117:7
248:23
**expanding** 154:7
**expansion** 101:2
**expect** 11:21 18:24
194:17 242:6
289:16
**expectancy** 72:10
**expectations**
26:13,21 256:8
**expected** 8:20 75:5
136:12
**expecting** 164:3
**expenditure** 86:1
272:25 278:24
**expenditures**
74:25 84:20
85:25
**expense** 32:8
160:19
**expenses** 160:17
**experience** 42:20
57:19 108:11
113:12 114:15
127:14 151:13
186:17 208:6
213:24 230:25
242:23
**experienced** 28:12
**experiences** 97:11
107:17 111:2
136:5
**experience/lesson**
42:22
**experts** 103:1
128:2 257:10
**expiration** 204:6
**expired** 134:1
**explain** 129:19
**explicit** 112:13
**exploited** 44:3
**exploration** 204:7
**exploring** 173:9
**exponentially**



163:7
**express** 112:13
289:8,15
**expressing** 241:9
267:15
**extend** 51:4 54:13
294:13 297:14
**extended** 10:14
17:16 49:3
285:22
**extension** 29:15
**extensive** 226:3
294:19
**extent** 137:14
**external** 160:3
**extracurricular**
119:7 124:1
**extremely** 41:22
55:18 59:1,24
74:12 138:8
143:17 152:23
181:12 289:6
**eyes** 98:21
**e-mail** 19:19 50:23
216:23 238:24
251:1
**e-mails** 20:9 50:12
53:17 291:5

————————————
**F**
**face** 23:10 34:5
49:4
**faced** 294:14
**faces** 58:13
**facilitate** 75:12
**facilitating** 44:12
**facilities** 62:7 63:2
64:11 72:17,18
93:8
**facility** 53:5 63:24
73:7 80:6,23,25
82:21
**facing** 56:9 135:18
275:1

**fact** 20:10 48:24
62:21 76:6 99:2
101:7 123:12
129:12 139:20
148:13 263:1
265:5
**factor** 137:13
208:6
**factors** 63:21 66:9
108:12 113:13
151:13 186:17
213:24 231:1
**facts** 49:4
**faculty** 20:6
**fail** 33:7
**failed** 20:4,5,6
23:14,15 30:10
**failing** 30:8 41:8
**fails** 107:1
**failure** 30:1
**failures** 124:9
**fair** 41:6 44:19
187:24,25 188:9
298:17 299:3
**Fairfax** 1:3 3:21
5:21 9:13 16:17
25:15 26:20
34:23 35:14 41:7
44:23 52:4 55:17
59:10 68:15,16
68:19,20,22,23
69:21 70:1,22,23
71:1,15 74:9
75:6 83:12
103:11 109:11
112:17,18 118:2
148:5 186:13
208:3 213:21
230:22 297:18
297:22 298:3,6
298:11 299:12
**Fairfax/Oakton**
77:14,14,16
88:18

**faith** 7:10 10:12
17:14
**faithfully** 29:13
**faith-based** 41:10
**fall** 98:3 106:13
108:18 204:5
**Falls** 79:1
**false** 39:21
**familiar** 153:17
177:23 273:15
**families** 20:6 28:1
30:5 37:8,11
90:3 105:6,9,15
111:8 129:9
167:17 172:9
236:15,18 238:6
238:8 243:15
288:8,10 289:5
291:17 299:11
299:12
**family** 105:13
236:12 238:3
**fan** 290:21
**fantastic** 122:10
290:7
**far** 10:25 18:3
59:10,22 60:12
70:24 173:15
194:15
**fashion** 102:9
**fast** 33:5
**faster** 50:6
**fatal** 45:12
**Fatimah** 52:2
**fault** 141:9
**favor** 6:8,20 96:14
106:15 151:15
164:1 179:22
180:15 184:19
184:25 185:21
229:21 231:8
234:25 238:12
259:17 262:2
270:19 279:2

293:5 295:4
**favorite** 92:20
154:25
**Fax** 303:22
**FCE** 40:21
**FCPS** 1:20 2:2
7:20 9:16 16:19
26:4 29:9,21
30:2,4,4 33:17
34:3 35:19 36:3
37:14 40:3,19
44:25 45:5,9
48:10 50:21
51:12 52:12,19
60:10 63:1 65:9
65:11 68:15,18
68:24 74:12,23
75:25 76:1,3
90:5,7 105:10
110:21 119:13
123:14,14
127:25 140:1
160:1 164:5
237:15 274:12
294:14,20
297:21 303:8
**FCPS's** 143:19
**FCPS.EDU** 7:22
**FEA** 10:15 11:9
12:1 17:18 18:12
19:3
**fear** 125:19 135:14
**feasibility** 52:22
**features** 298:2
**February** 86:16
**fee** 33:20 102:4
115:11 141:15
**feedback** 15:20
36:1,10 87:1
**feeders** 85:3
**feel** 105:22 117:8
130:9 169:3
215:5 225:24
226:3 228:24

229:5 275:11
282:21 286:9
**feeling** 243:7
**fellow** 111:6 241:8
**felt** 58:2 116:11
**FEMALE** 12:24
54:10 95:20
107:2,5 231:9,11
232:13 242:19
242:20
**fewer** 115:4 172:2
**fidelity** 124:4
**fiduciary** 182:16
**field** 71:18 257:10
**fight** 33:2,4
**fighting** 157:3,4
**figure** 162:13
176:7 223:13
**file** 1:16,19 2:1
**filing** 89:19
**fill** 156:5,6
**filling** 174:9
**final** 45:25 51:18
73:6 188:8
256:21
**finally** 38:10 60:19
137:19 219:5
242:22 299:7
300:19
**Finance** 70:6
**financial** 38:3
105:7 274:25
**financially** 303:12
**Financing** 71:20
**find** 10:13 17:15
33:16 58:7,23,24
59:5 61:2 122:21
129:13 133:1
141:17 148:23
189:5 295:5
296:3
**finding** 50:20 93:6
105:1 135:21
253:22 282:25



203:14 213:14
254:5 296:1,20
**finest** 107:19
**finish** 35:7 175:15
207:15,19
**finished** 31:16
256:1
**fire** 33:4,4
**first** 9:8 11:5
16:12,13,13 18:8
29:25 30:9,24
32:3,7 62:18
81:11 82:24
87:14,22 98:17
101:18 120:11
123:7 165:11
166:24 174:4
181:16 228:19
235:15 240:14
248:19 250:16
250:20 292:19
297:11
**firsthand** 289:4
**first-time** 236:17
238:8
**fiscal** 64:6 71:18
83:17 86:1 273:1
275:12 301:7,23
**fit** 137:10,11
**five** 66:17 75:14
78:12,22 80:8
172:6 176:1
230:2 278:8
**five-minute** 12:14
12:19,22
**five-year** 63:9,17
76:12,13 77:13
77:20,25 78:5,12
78:21 79:5
**fix** 20:10 21:13
**flag** 4:4
**fleshed** 182:13
**flexing** 105:7
**floor** 54:24 165:11

170:23 303:21
**flooring** 75:20
**flow** 63:10
**Floyd** 20:23
**fly-by-the-seat-...**
229:11
**focus** 25:25 37:12
**focused** 44:5
146:25 194:24
**focuses** 7:6 64:7
**FOIA** 20:8
**folks** 13:17 120:5
134:21 136:3
150:22 153:3
157:9 165:25
173:17 180:2
187:9 195:13
209:4 211:14
219:10 220:11
230:16 238:22
242:16 249:13
268:7,7 287:4
**follow** 15:10
132:10 138:6
142:10 166:13
179:1 183:12
195:17 200:21
228:2 243:2
**followed** 4:2 116:1
117:13 120:9
126:20 134:10
193:17 195:15
227:15
**following** 12:17
122:9 160:13
188:7 189:2
283:10
**follow-on** 115:16
155:1 161:22
178:14 186:8
235:21 238:21
262:21 263:6
**follow-ons** 128:14
146:15,23

**follow-up** 37:22
86:12 302:1
**food** 274:9,20
**foot** 53:5 75:3
**footprint** 75:3
**force** 71:18 97:15
107:21
**forced** 11:8 18:11
**forecasts** 29:25
**foregoing** 303:4
**Forest** 78:24
**forever** 33:13
**forget** 60:1
**forgot** 213:13
**forgotten** 21:19
**form** 37:3 124:12
135:19 174:10
**formally** 77:17
88:15 233:19
**former** 51:6
127:14 234:5
282:6
**forms** 156:5,6
**formulating** 53:3
**forth** 81:3 162:1
182:11 187:8
**fortunate** 76:19
**forward** 10:16
17:19 20:16
42:21 51:15,24
58:11,18 59:3
60:21 61:12
92:23 102:16
105:19 111:9
119:19 122:1
123:17 125:11
125:24 135:12
135:25 136:23
138:3 143:21
146:13 148:25
163:3 167:13
196:4 224:11
243:4,8,21
244:11 260:13

260:14,15 275:6
282:7 294:25
297:15 299:3
**forwarded** 217:4,7
**Foster** 133:9,13
223:21,24 224:1
233:3,4
**fostered** 163:3
**fostering** 93:23
**fought** 156:22
**found** 57:25 113:9
114:13,23
**founded** 22:13
**four** 26:2 32:16
43:2 190:2,25
230:2 249:7,8
262:16 275:15
278:4 289:3
**four-day** 34:6
**Fox** 78:16
**frame** 63:9 190:10
262:24
**Franklin** 79:12
**frankly** 195:8
274:3 284:21
**fraud** 31:5 301:13
**free** 14:18 24:17
24:17 212:20
**freeing** 71:25
**freeze** 174:21
**frequently** 66:12
**freshman** 22:18
22:21 42:9 47:2
115:12
**friendly** 247:10,13
250:17 258:3,9
**Frisch** 3:4,5 6:10
96:16 103:14,15
105:24 106:17
151:20 177:10
177:11 178:4
179:16 185:7,23
188:25 189:1
202:15,18

203:12,14 210:3
210:4 229:24
235:1 238:13
242:25 244:4,5
247:13,15,21
254:2 262:4
270:24 279:3
288:1,2 293:8
295:14 300:4,6
300:25
**Frisch's** 289:11
**front** 43:22 55:15
129:1 170:7
171:23 180:3
184:6 205:2
248:25 260:19
269:18
**frontload** 125:4
**Frost** 78:18
**fruits** 191:19
**frustrated** 181:12
**fulfills** 23:23
**full** 44:1,2 180:2
189:22,22
300:21
**fuller** 260:21
**fully** 82:4 177:8
189:9,16,18
191:6 220:6
**full-time** 116:23
**fund** 40:8 43:12
44:3,5 69:22
71:7,8,12,16,23
275:21
**fundamental** 66:9
**funded** 44:4 73:19
76:15 77:5,18
78:10 79:15
83:10 88:9 191:6
**funding** 44:5,11
62:24 63:10
69:12,13,15 71:5
71:12,14 72:1,18
73:21 76:12,13



76:24 78:3 83:8
83:8,15 84:20
85:24 87:25
88:17,19,24
**funds** 40:17 50:4
69:19 71:16
**further** 39:16
125:9 136:2
166:11 167:23
188:8 206:13,19
264:15 265:18
303:9,12
**future** 26:15 51:12
56:22 58:11
62:25 63:4,18,21
76:6,10 81:19
82:20 85:1 86:1
110:10 224:12
244:15 276:2
297:3
**futures** 7:12
**FY** 278:25

**G**

**Gamarra** 2:21
**game** 27:25 28:7,9
**gardens** 74:18
**gas** 75:1
**gear** 61:4
**GEIS** 49:15
**general** 39:20
65:12 69:14
71:25 83:11
300:12
**generally** 69:14
219:6 224:2
**generated** 109:15
**geographic** 110:2
113:17 131:3
142:2 143:7
194:21 254:19
**geographically**
128:10
**geometry** 45:3

**George** 20:23
**Georgetown**
127:14
**Georgia** 22:4,8
24:8
**getting** 12:11
13:16 14:9,12
15:19 27:1 112:7
118:13 131:6
145:1 158:7
169:4 215:12
219:15 221:19
242:14 281:3
**Get2Green** 74:7
75:21
**gifted** 24:5 47:12
123:20 124:20
137:21 186:22
208:11 214:5,18
231:6
**giftedness** 24:4
**Gillis** 62:15
**give** 51:13 121:11
124:20 131:3
150:21 160:6
191:15,19
194:16 200:18
217:3 228:9
240:22 249:22
255:16 272:21
277:22 295:22
302:15
**given** 25:4 103:21
105:10 118:10
194:1,2 226:4
252:2,2 256:24
262:23 268:24
275:16 294:10
**gives** 28:7 178:17
193:23
**giving** 26:25 55:10
102:16 144:1
157:25 188:19
**glad** 93:1,12

100:20 138:25
179:1 231:24
**glitches** 280:3
**GMU** 25:16
**go** 9:11 16:11
24:23,24 29:5
34:14 46:17
50:21 51:15
72:16 94:19 96:5
106:1 111:14
120:22 123:7
134:10 141:21
146:4 147:14,17
149:15 153:6
155:9,10,25
164:4 165:10
170:4 171:17
175:2,19 176:3
176:22 184:3
190:11 201:1
202:19 203:19
204:14 205:14
206:25 212:21
215:25 216:10
217:10 220:10
225:20 227:10
230:11 231:12
232:18 233:7
244:20 251:15
260:2 264:1
265:2 267:10
268:16 271:17
280:20 281:23
**goal** 72:3,4 101:5
175:8 177:3
187:13 188:5,14
189:17 195:11
217:15,23 220:3
220:19,19
221:16 222:5,14
222:22,23 224:5
225:2,3 229:18
231:17 232:24
234:7,22 237:9

239:25 242:6
251:6 256:6,19
261:23 283:7
**goals** 38:5 114:6
152:25 189:9
195:19 196:5
215:16 227:18
227:23 240:11
240:17 244:13
260:13
**goal-settings**
37:25
**God** 4:7
**goes** 33:21 62:20
131:8 205:9
**going** 12:9 22:21
25:15 33:23 34:2
35:6 54:6 55:6
56:6 91:25 93:19
111:15 121:3
131:9,16 132:17
134:24,25
137:18 142:14
147:10 168:2
169:9 170:5
172:1,7 177:18
179:4,19,22
180:13,23 181:1
184:3,11 187:8
190:4 191:11
193:15 200:21
201:11 205:13
207:18,19
208:13 209:5,7
210:22 212:16
212:25 213:12
215:11 217:21
220:11 226:8,11
233:22 234:15
243:22 244:11
244:14,14
247:23,24 253:3
253:11 263:3
267:12 269:10

270:3 275:4,6,19
281:23
**goings-on** 12:12
**gonna** 62:5 112:1
117:10 126:16
126:25 127:2
129:24,25 131:2
132:10 142:10
157:14 159:15
160:2 165:17
172:4 180:8
182:23 183:24
187:20,21,23
194:3,4,10
197:12 216:5
219:9 221:23
224:9 245:22
253:22 255:14
259:8 262:18
269:14 276:24
277:12 283:20
284:5
**good** 2:8,9,17 3:15
9:10 10:11 16:15
17:14 21:25
31:22 34:22
35:13 42:7 46:24
49:15 52:1 77:1
92:4 100:16
101:17 135:3,4
141:25 154:13
163:11 171:2
172:15 195:12
214:24 216:7
226:2,18 227:3,5
231:23 283:18
286:20,21
287:24 302:24
**Google** 250:12
**gosh** 272:20
**gotten** 24:7 245:2
**Governance** 300:4
**governing** 88:16
**government** 7:9



29:20
government's 32:25
governor's 23:24 42:20 47:8 92:5 124:18
go-back 133:25 141:21 146:2 147:5 180:7 227:9 292:9
go-backs 141:19 179:25 180:1,4 216:2 227:13
GPA 108:9 151:11 152:9 185:14 186:15 205:5 208:4 213:22 230:23
grab-and-go 50:2
grace 59:1
graciously 64:22
grad 109:7
grade 22:22,23 25:24 26:2 44:22 45:21 67:24,24 84:23 108:7 151:9 164:4 186:12 188:17 190:4 204:8 208:2 213:19 230:21 236:14 238:5
grader 42:9
graders 44:14 45:11,15 190:6
grades 44:9 80:8
graduate 44:18
graduates 67:25
grant 272:6 275:21
granted 272:13
granting 132:1
graph 66:19 67:12 69:1

grasp 91:11
grateful 55:9 58:17 60:17 117:11 154:14 280:24 287:14 287:15 294:7,22
great 50:25 51:7 53:19 61:15 62:4 76:1 87:17 89:9 121:5,16 177:25 177:25 202:13 271:22 291:14 298:20
greater 41:15 115:22 142:2 145:22 177:4,4 254:18 299:19 299:19,20 301:18
greatest 143:13
greatly 87:20
green 66:21 67:14 69:4 82:21,24 83:3,7,13 84:7
Greene 36:12
greenhouse 75:1
grew 32:22
ground 10:13 17:16 93:21
group 23:21 52:4 53:7 73:8 74:21 99:17 101:6,7,9 101:15 172:8,11 183:16 194:5 235:16 248:8 258:21
groups 10:25 11:1 11:3 18:3,4,6 23:16 27:7 43:7 43:18 45:4 101:13,14 139:17 243:14 292:1
growing 25:7 80:2

growth 7:16 64:24
GT 26:7
guaranteed 33:20
guess 58:9 120:25 156:10 197:16 222:6 224:21 227:19
guidance 36:12 102:25 228:2 300:11
guys 51:21 55:5 60:7,17,23 61:6 61:9,13 116:2 212:10 252:13 253:15
Gwinnett 22:3,12 22:15 23:1,6,7 23:10,17,20,23 24:16,21

### H

habitats 74:19
half 148:2 180:4
halfway 59:18
hall 20:21
hand 87:3 96:13 146:2 147:10 149:8 187:2 213:3 227:9,11 232:14 233:3 235:18 259:23 278:7 302:11
handful 47:23
handle 283:23
hands 96:15 120:5 151:21 179:25 193:8 229:22 230:7 234:20 238:22 270:22 277:25 278:5 293:12 295:10 295:19 302:16
hands-on 109:13
Hang 232:2

Hanukkah 51:23
happen 24:13 223:4 255:8 283:6
happened 143:18 227:7 256:24 291:2
happening 41:1 93:22 118:20 132:15 139:6,14 144:12 243:10 243:20 275:24
happens 10:20 17:23 34:1 256:10 275:5 287:1
happily 178:22
happy 51:24 60:20 61:16 62:15 133:24 138:6 181:20 195:17 217:1 218:14 234:3 243:1,2 277:8 299:24 302:12,21,22
hard 23:5 28:13 51:19 54:15 59:24 61:2 92:22 134:18 137:8 139:20 144:11 191:11 209:3 234:10 280:4 281:3,5 282:8 287:18
hardships 60:13
harmless 92:2
Harry 42:5,8
harsh 59:2
hashing 98:12
Hayfield 145:8
head 55:21 223:17
heads 249:22
health 61:7 113:25 114:8,9,11,12

healthcare 38:23 41:14 114:3
hear 8:6 9:10 12:12,23,24 13:1 13:3 29:4,6 90:3 94:11,11,17 104:24 138:11 147:16 162:25 175:9,11 181:21 192:7,10 215:6 220:2 222:15 225:7 256:3 277:8,15 279:8,9 284:22 287:7
heard 6:3 13:11 95:14 99:20 100:25 129:9 133:18 143:4 181:17 192:8 242:18 274:16 279:6
hearing 35:22 55:20 59:3 61:13 61:23 86:14 105:19
hearings 8:8
heart 19:17 20:25 36:10 284:22
Heizer 2:10,11 6:12 96:18 106:21 117:14 120:8,10 121:5 151:18 185:6 186:1 207:21 209:15 210:17 210:18 211:3 212:22 213:1,5,6 213:14 214:10 214:12 220:16 220:22,23 221:11 222:6 223:20 224:19 224:21 225:18 225:19 226:13



230:9 235:9
238:15 262:6,12
262:13 271:6
279:17 280:6,9
280:20,22 288:3
292:7,10,13,14
293:8,23 295:11
**Heizer's** 226:2
**hello** 35:3 209:23
**help** 26:24 43:13
53:11 75:12
90:11 105:8
109:16 124:10
176:9 197:17
223:22 244:11
252:13 253:22
298:25
**helped** 27:23
**helpful** 91:7
132:25 133:8,11
192:18 249:16
291:6
**helping** 116:10
285:10,17
**helpless** 32:24
**helps** 37:10 139:23
**Herndon** 79:9
148:20
**hesitant** 173:4
**Hey** 164:11 167:1
255:11
**Hi** 19:11 21:25
31:22 42:7 52:2
**hide** 138:15
**high** 24:8,9 25:14
40:19 42:13,13
57:24 61:4 65:7
75:18 78:1,8,14
78:19,23 79:1,7
79:14 81:7,10
84:10 85:2 94:9
97:6,8,18 104:6
107:12,14,24
110:23 113:18

123:20 151:2
158:4 194:3,6,6
298:23
**higher** 45:1 72:23
181:2
**highlighted** 82:17
85:15 100:21
247:2
**highlights** 7:3
74:15 123:11
**highly** 110:19
116:7 127:18
194:18
**highly-diverse**
127:11
**highly-qualified**
39:25
**highly-skilled**
128:7
**high-achieving**
127:11
**Hills** 79:22,23
**hindered** 221:19
**Hines** 25:21
**hire** 50:9
**Hispanic** 39:1,25
40:9,23 47:23
**historical** 85:4
118:7
**history** 32:8
**Hizemer** 226:13
**hold** 15:24 92:1
111:17 170:6
232:17
**holder** 33:11
**holding** 241:23
**holds** 44:15
**holiday** 55:21
59:11 61:15
302:21
**holidays** 60:20
302:13,22
**holistic** 23:13 24:1
27:22,25 103:23

107:9 108:1,4
114:4,14,17,24
115:4 127:22
128:7 138:11,20
139:7,11 142:10
142:11 143:15
143:16 151:2,6
175:7 186:10,21
206:8 207:24
208:10 213:17
214:3,3 230:19
231:4
**holistically** 132:6
142:22
**Hollin** 75:16
**Holmes** 145:14
**home** 15:22 16:8
124:23 154:11
176:22 297:24
**homeschool** 66:6
**homework** 159:7
**honest** 27:24
117:10 214:13
277:17
**honesty** 30:23
**honor** 55:15
298:11
**honorable** 29:9
**honored** 282:5
**hope** 48:7 51:1,10
54:5 56:23 93:24
102:24 103:5,22
117:23 137:25
172:13 175:24
187:17 195:6
224:15 226:24
255:24 275:10
284:6,6 288:13
289:16 299:23
**hoped** 125:16,21
**hopeful** 92:6
**hopefully** 188:6
219:10 283:7
**hoping** 132:25

230:16
**horizon** 10:18
17:21 77:13,20
78:1,6,12,22
79:5,17,20
**hot** 19:22
**hotline** 301:13
**hour** 273:23 276:5
280:23 289:1
290:5 298:16
**hourly** 274:23
**hours** 50:24 109:4
109:10,10
121:13 287:20
290:24
**house** 16:4 33:5,6
33:6
**how's** 253:3
**https** 1:17,17
**huge** 90:23 286:16
286:17 290:18
290:21,23,23
**Hughes** 78:18
**humanly** 176:8
**humbled** 285:18
**humbly** 287:7
**hundred** 65:10
99:1
**hundreds** 50:2
103:19 121:24
**Hunters** 52:6
**hurdle** 116:19
**husband** 14:4,22
15:24
**Hybla** 78:14
**hybrid** 97:3,20
104:8 106:6
142:10

_____
       **I**
_____
**Ibram** 113:21
**idea** 36:7 48:1
50:20 122:3
131:25 158:9

159:5 160:9
164:10 175:5,21
176:2 182:12,21
182:22 194:8
218:18
**ideal** 32:13
**ideas** 237:13
**identifiable** 8:18
**identified** 6:2
47:13 63:7 76:2
80:1 82:18 83:15
84:5 90:25 114:3
125:21 140:23
149:24
**identifies** 164:10
**identify** 23:15
43:6 63:3 109:18
110:9 159:23
204:9 219:1
240:15 256:20
**identifying** 110:19
194:19
**identity** 30:5
**ideological** 33:25
**ideology** 32:13
33:19
**IFC** 71:21
**ignore** 104:18
**II** 45:10
**illegal** 47:7,14
**imbalance** 123:12
123:15
**immediate** 45:19
**immediately**
144:22 145:3,12
145:16,23
265:20 281:10
**immensely** 116:7
**immigrant** 19:15
**impact** 7:4 63:13
63:19 64:14
82:20 110:25
123:20 125:3,5
206:9 222:17



237:14 267:17
**impacted** 70:21
123:18
**impacts** 70:11,13
85:13
**impartially** 29:13
**impending** 50:19
**imperative** 52:7
**imperfect** 125:14
125:23
**implement** 37:14
125:18
**implementation**
143:19 153:19
182:10 197:14
221:3
**implemented**
52:18
**implementing**
226:12
**implication** 159:2
**implications** 162:3
215:7,22 224:25
**implicit** 26:12,21
28:13
**importance** 73:20
218:23
**important** 27:19
28:22 51:2 53:15
66:23 67:19 71:4
72:7 74:3 76:18
77:8 91:11 98:10
122:14 141:16
152:23 165:18
166:15 178:13
178:14 234:8
237:20,22 243:6
244:14 260:8
289:6 294:1,9
301:8
**importantly** 75:1
109:8,23
**impress** 10:15
17:18

**impressed** 36:8
43:14
**impression** 88:1
**improve** 27:6
30:14 89:11 93:7
138:18 226:22
243:10 246:25
**improved** 22:18
43:15
**improvement** 8:9
52:20 62:1,17,20
62:21 80:13
146:18 242:4
243:24
**improving** 27:12
145:8 239:22,25
261:20,23
292:20
**inaccessible**
153:21
**inadequate** 255:12
**incentivized** 110:9
**incentivizing**
104:1 148:22
**include** 65:12,18
67:20,23 68:14
68:18 71:16
74:16 77:14,20
78:1,12,14,22,23
79:5,7,17 80:14
80:21,23,24 81:8
119:23 201:8
204:6 236:13
238:4 239:8,15
240:1,16 255:14
261:3,9,24
**included** 63:8
73:11 81:19
82:13,14 109:23
117:8 118:22
191:3
**includes** 23:21
66:4 81:14 82:3
82:8 84:9,17,22

85:9 97:10
100:14 107:16
**including** 21:12
63:21 64:8 78:6
79:20,22 84:23
239:19 246:9
261:16 299:21
301:7
**inclusion** 37:7
259:4,10
**inclusive** 116:16
174:19 176:8
**income** 33:20
**incoming** 114:16
115:1
**incorporated**
258:4
**increase** 7:11
11:13 18:16 43:5
114:2 119:23
145:6 159:18
160:12 177:15
180:17 193:5
249:4
**increased** 22:19
80:7 110:2 115:3
115:11 194:14
240:1 261:24
262:24
**increases** 114:15
114:18
**increasing** 41:2,4
70:20 102:5
141:12 158:24
164:2 169:16
260:16
**increasingly** 27:22
97:14 107:21
**incredible** 92:17
**incredibly** 36:9
194:5 244:14
**incubator** 137:5
**independent**
113:4 303:19

**indi** 8:22
**India** 19:15
**indicate** 82:18
85:16
**indicated** 10:22
17:25 167:2
**indicates** 30:12
82:25 83:4,8
**indicative** 288:15
**individual** 8:13,19
112:18
**individuals** 7:8
**indivisible** 4:7
**indulging** 134:13
276:13
**ineffective** 40:17
**inefficiencies**
72:21
**inequities** 32:11
123:23 126:11
**inequity** 123:13,25
**infection** 11:21
18:24
**inferences** 141:6
**influential** 33:9
**inform** 42:21
58:10 63:3
**information** 8:18
28:17 50:11
53:14 64:10,16
81:24 82:3,8,22
83:21 84:18,22
86:3,5,7 87:18
87:20 89:12 90:1
91:8 99:9 130:24
152:6 154:10
163:17 167:18
167:20 174:10
177:2 183:14
195:24 196:14
223:19 229:8
243:8 244:10
279:25
**information-sha...**

10:9 17:12
**informative** 87:2
**informed** 4:16
56:21 144:5
153:25 280:1
**infrastructure**
62:25 70:3,5
71:20 72:6,8
73:25
**initial** 37:21 52:14
75:10 153:12
**initially** 173:7
**initiate** 166:21,24
173:8
**initiative** 301:9
**initiatives** 53:21
76:21 92:21
286:17
**injustices** 137:13
**input** 117:25
239:15,18 246:8
261:14 286:6
**inputs** 261:9
**inquire** 52:17
**inquiries** 10:9
17:11
**inquiry** 301:25
**insisted** 29:19
**inspirational**
61:22
**inspired** 104:19
294:24
**inspiring** 44:6
**installation**
283:13
**installations** 75:9
**instances** 36:21
38:7
**Institute** 113:6
**institutes** 40:15
113:25 114:10
**institutions** 136:6
**instruction** 64:5
72:15 82:5



**insufficient** 45:6
  48:13 141:16
**intact** 274:11
**integrity** 65:24
**intellect** 194:20
**intellectually** 26:9
**intensely** 289:1
**intensity** 53:4
**intent** 23:23
  221:12
**intention** 30:13
  240:24
**intentional** 112:12
  113:12,15 115:8
  115:13 135:20
  229:12 240:11
**intentionality**
  241:22,22
**intentionally**
  30:16
**intentions** 193:20
  226:1 227:3
**interaction** 42:16
**interagency** 65:25
**interest** 40:7 43:5
  53:19 166:25
  300:8
**interested** 93:9
  109:20 176:1
  177:16 236:14
  237:15 238:5
  303:13
**interesting** 53:15
  57:13,25
**interests** 44:6
  167:12
**internal** 301:24,24
**internally** 14:16
**interpret** 226:11
  256:16
**interpreted**
  225:11
**interrupt** 12:9
**interrupting**

38:21
**intervals** 38:1
**intervention** 36:17
  281:16 285:4
**interventions**
  191:17 192:23
**introduce** 62:9
**introduced** 19:13
**introducing** 72:22
**introduction** 62:1
**investigation**
  30:22
**investment** 45:20
**investments** 104:1
**invitation** 166:12
**invite** 167:3
  263:15
**invited** 168:8,13
  182:2
**inviting** 164:17,19
  167:7,13,17
  174:19 176:24
**involved** 288:22
  289:2
**involving** 8:7
**in-hearing** 22:22
**in-migration** 67:7
  67:10,12,20
**in-person** 8:25 9:1
  75:13 82:5
**iron** 19:21
**irresponsible**
  182:15
**issue** 13:5 25:13
  42:11,15,24
  48:10 57:12,18
  58:12 100:8
  102:16 103:16
  104:15,23
  122:22,23 125:9
  126:5 162:9
  176:4 177:13
  179:17 201:21
  284:20 288:4

**issues** 4:15 5:7
  6:19 8:7 9:23
  14:17 15:7 17:1
  50:18 56:8 57:8
  57:14,21,22
  87:10 95:7
  111:17,20 121:1
  123:18,19,23
  125:2,17 126:15
  161:1,9,16
  228:11 280:11
  300:15
**item** 5:15 62:2
  86:5 94:8 233:20
  273:3 279:1
  293:4,21 295:9
  295:21 297:1,2
  302:5
**items** 8:11 9:18
  16:21 169:1
  183:18 234:15
  245:11 280:16
  296:10,11,15
  301:7
**iteration** 27:24

**J**
**Jackson** 42:6,7,8
**Jamesville** 148:21
**Jane** 203:22 271:1
**January** 7:2 86:13
  86:14 90:15
  301:19,19
**Jeff** 62:8 87:15
**Jefferson** 40:8
  94:8 97:6,18
  107:12,24
  110:22
**Jeremy** 20:18
**job** 40:17 103:24
  105:1 117:9
  122:25 127:17
  287:17 290:8,9
  298:17 299:3

**John** 291:4
**joined** 289:3
**joint** 70:4
**journey** 25:24
**judged** 32:18,23
**July** 303:15
**jump** 249:14
  270:6
**jumping** 120:5
  235:12 290:19
**Jun** 29:3
**June** 294:11
**jurisdictions**
  148:8
**justice** 4:8 20:24
  32:13 78:8
**Justin** 52:11

**K**
**Karen** 21:4
**Kaufax** 2:16,17
  6:7,9 96:20
  106:22 120:9
  123:3,4,7 126:19
  126:24 151:20
  185:6,23 210:1,2
  230:6 235:7
  238:16 245:3,5
  245:22 246:1,7
  246:21 247:6,9
  247:25 258:25
  259:2,7 262:7
  271:5 273:5,7,11
  273:13 274:3
  279:3 290:14
  291:11,12 292:4
  293:10 295:13
**Kaufax's** 191:4
**keep** 28:22 29:19
  77:8 98:11
  103:17 116:15
  117:10 122:21
  122:23 138:24
  139:16 148:25

154:6 173:24
  175:6 177:11
  257:17 260:19
  274:22 275:24
  300:6
**keeping** 28:16
**keeps** 22:20
  147:10
**Kendi** 113:22
**key** 47:16 65:19
  98:21 100:1
  133:16,20,20
  165:14 179:3
  221:21
**Keys** 2:21
**Keys-Gamarra**
  2:22 6:11 21:5
  96:20 102:12,13
  106:16 134:11
  138:5,6 140:9,16
  143:14 146:1,3,5
  148:15 151:17
  155:16,17 156:1
  156:18,21,23
  157:1,3 158:3,15
  158:18 185:7,24
  210:5,6 219:24
  220:1 227:15,17
  229:23 235:11
  235:14,15
  238:15,20,23
  239:3 240:6,8
  244:6 245:10,23
  246:5,15 247:4,7
  248:5 250:17
  251:13,17,21
  252:11,16 253:1
  253:12,17 254:5
  254:10 255:3,5
  256:4,11,13,16
  256:19 257:24
  258:15 262:3
  266:19,22
  267:10,13

270:25 278:2
279:15 293:10
295:15 301:1,3
302:4,12
**kick** 236:10
**kicked** 236:4
242:14,15,17
244:22 262:16
**kid** 136:10 219:13
**kids** 32:21 33:7,18
40:10 50:3,5
116:11,12,21
117:6 139:23
140:22,24,25
154:9 156:2
159:23 162:15
164:4 168:12
175:8,23 176:1,9
179:4,18 181:7
181:14 188:15
194:5,25 237:15
283:18 284:5
**kill** 211:9
**Kilmer** 65:19
**Kim** 32:2 34:3
**Kimberly** 9:8,12
16:14,16 51:7
**kind** 26:4 33:22
55:19 57:7 58:2
58:7 158:11
222:8 230:17
243:24 282:23
297:13
**kinda** 229:11
**kindergarten**
25:24 66:13,15
66:17,20,22,24
67:21,21
**kinds** 136:5 212:7
241:12
**King** 32:20,21
**knew** 20:15
282:23
**know** 11:15 13:15

14:24 18:18
19:18 24:20 25:2
25:6 28:2 32:14
36:5,22 40:10
41:9 54:12 55:5
56:14 57:21
59:14,18,22
60:16,21 61:1
89:14,24 90:13
90:15,18,22 91:7
91:18 92:22,24
93:3,6,7,8,20,20
96:2 98:8,17
99:5,11,13
101:22 102:20
103:15 105:22
111:8 112:24
116:5,6,9 117:9
118:19 119:2,5
119:11 120:14
121:21 126:4,6
131:22 133:14
133:25 134:14
134:14,19,24
135:10,14,23
136:3,4,13,16
137:13,22 139:9
141:5,25 143:18
146:11,19
147:22 148:17
148:18,19,21,22
152:24 153:1,1,9
153:19,21
157:13,22
158:11 159:8
160:3 161:21
162:12,14
163:10 164:4,6,6
164:8 166:20
169:10,22
172:23 175:5
177:17 180:9
181:11 182:9,10
182:20,22 187:6

187:7 189:7
191:8,10,15
194:9 196:4,7,10
196:12,15 197:2
198:9 201:25
209:4 211:8,10
211:11 212:6,9
214:14,20 215:5
218:6,10,18
219:5 221:4
222:11,16,17,19
222:24,25 223:1
224:1,2,5,6,14
225:5,9,12,16
227:3 233:21
234:14 235:12
240:24 243:7,11
243:13,14,16,18
243:20 245:9
247:23 248:22
249:15 251:4,6
252:2 256:6
257:24 264:13
264:17 268:4
273:23 276:4,22
276:25 282:17
282:18 283:13
283:22,24
285:22 286:17
286:19,20 287:2
287:15 288:17
288:18 289:4
290:1,24 298:14
299:14,16
**knowing** 157:23
**knowledge** 5:24
267:15
**known** 90:17
130:25
**knows** 10:18 17:21
117:23 153:20
194:1 228:18
**Kodak** 179:8
**kudos** 54:20

289:22
**K-12** 81:9
**K-2** 80:10

_____

## L

**label** 222:4
**lack** 27:14 72:17
135:16 141:1
180:11,12
**land** 70:10
**Lane** 65:18
**Langley** 57:23
**language** 132:9
133:1 142:9
150:22 187:6
194:9 198:1,12
200:7 201:21
204:20 211:12
214:8 216:17
217:13 218:11
218:12 220:24
226:9 227:4,5
228:4 234:6
238:23 248:16
248:17,19 249:1
252:8 264:7,17
269:18
**languages** 153:21
**laptop** 248:15
**laptops** 50:6
**large** 93:19 114:11
**largely** 220:13
**larger** 72:1 182:18
**laser** 146:24
**Lastly** 45:13
**last-minute** 229:1
**late** 28:7 176:6
261:13 273:23
276:4 280:23
288:25 290:5
295:25
**Latham** 287:20
**Latinx** 23:3,4
**Laughing** 213:10

**Laughter** 55:4
264:25 271:19
**Laura** 203:22
270:25
**lawfully** 5:25
**lawsuit** 47:18
**lawyer** 223:15
**lay** 54:19 237:20
**lays** 142:8
**lazy** 41:22
**lead** 26:22 294:16
**leaders** 58:15
97:14 107:20
**leadership** 10:7
17:10 23:12 31:2
58:5,16,20
155:15 285:10
288:4
**leading** 86:19
**leads** 3:25 26:17
**learn** 7:21 12:3
19:5 164:5
221:23 298:4,5
**learned** 42:23 53:9
58:13 60:14
118:5 274:6
**learners** 24:3
123:20 124:8
**learning** 10:19
17:22 29:23 30:1
65:22 72:16
75:13 93:5 97:12
107:18 124:15
**leave** 33:14 123:21
137:22 160:22
173:15 176:21
219:16 262:18
286:8
**leaving** 67:7
239:11 261:5
**lecture** 180:20
247:12
**led** 128:21
**Lees** 79:8



**left** 81:9 150:9
  176:15 180:2
**legacy** 51:10
**legal** 30:20 120:12
  133:14 187:8
  228:3 303:20
**legislation** 227:5
**length** 182:20
**lens** 285:8
**letter** 32:6 52:16
  153:22 157:9,21
  167:15
**letters** 118:6
**letting** 14:24
**let's** 16:11 27:24
  49:4 111:21
  135:17 170:4
  173:18 176:2
  209:17 215:13
  226:16,19
  232:11 255:18
  302:20
**level** 27:18 42:9
  73:12 101:3
  143:18 189:4
  215:2 282:21
**levels** 7:20 124:15
**liberty** 4:8
**lie** 48:22
**lied** 30:16
**lieu** 173:25
**life** 7:24 72:9 73:2
  119:24
**light** 127:24
**likelihood** 222:1
**like-minded** 43:20
**limit** 8:4
**limited** 158:13
  180:1
**limiting** 170:17
**line** 77:20,22
  187:13 234:1
**lines** 249:7,8
**linings** 93:7

**link** 1:16 86:4
**links** 53:16
**list** 40:11 46:16
  53:12 120:7
  240:22 245:18
**listed** 5:11 8:12
  52:16 77:12,19
  77:25 78:5,11,21
  79:4,16,19 86:20
  197:21 200:5
  218:11 234:2
  269:4 296:12
**listened** 121:15,22
  180:19
**listening** 35:18
  56:5 142:25
  291:22
**listing** 296:10
**lists** 78:11 198:7
**literally** 32:5
  223:7 228:22
  292:16
**literature** 32:9
**little** 19:17 32:16
  54:6 99:24 116:4
  130:3 134:14
  156:19 160:5
  165:17 169:4
  188:7 196:19
  220:12 228:25
  235:25 236:1,5
  249:16 280:4
  291:3
**live** 4:15,17,25
  7:17 12:18 13:4
  13:12 14:5,20,23
  15:2 16:7 32:17
  222:2,16 298:4
**lives** 7:5
**living** 43:15
**load** 22:22
**lobby** 129:10
**local** 153:16
  155:11 156:4

158:7 163:2
  166:2 174:7
  201:11,12
  218:24
**locally** 152:7
  161:24 170:11
  185:12 205:4
  266:9
**location** 153:6
  173:22 176:20
  199:8
**logistical** 153:10
  161:1,9
**logistically** 163:12
**logistics** 168:20,20
**long** 11:17 18:19
  28:9 39:13 126:1
  128:1 167:24
  256:5 281:23
  284:6 290:24
**longer** 29:22
  120:16 129:20
  160:20 211:18
  216:9 244:23
  284:8
**Longfellow** 149:2
**long-term** 125:5
**long-time** 297:23
**look** 51:15,24
  58:18 59:2 61:12
  67:1 72:25 77:9
  90:2,19 91:12
  102:17 105:19
  113:4 119:19
  125:8 127:6
  130:7 135:25
  138:12 146:14
  161:17 162:23
  163:14 181:17
  182:14 183:20
  192:22,23 193:1
  215:13 241:1,2,3
  255:18 283:20
  294:25 297:15

299:3 301:9
**looked** 109:15
  113:5 301:15
**looking** 40:5 58:8
  60:21 120:13
  130:12 132:5
  142:1 148:18
  150:6 159:20,25
  163:4,24 164:2
  168:21,24
  195:23 216:6
  218:23 223:1,2,4
  228:10 242:1
  254:16,20 299:4
**looks** 168:25 237:3
  289:24
**loop** 26:23,24
**Loring** 79:22 88:8
  88:14,15
**lose** 95:12 253:15
**losing** 242:13
**loss** 181:13 182:9
**lost** 98:15 99:23
  121:10 150:20
  174:23 239:4
**lot** 53:9 58:14
  60:23 61:2 86:2
  86:6 98:18 112:9
  112:10,21 118:5
  121:15 139:12
  175:8 177:12
  193:23 214:13
  215:11 237:2,4
  276:10
**lots** 43:21
**Lotteries** 104:3
**lottery** 21:13 22:5
  22:17 23:13,17
  24:1 25:1,6 27:3
  33:8,11 42:11,12
  42:19 97:20
  98:18,20 99:3
  100:22 104:8,9
  106:6 109:2

175:6 240:2
  261:25
**loud** 269:19
**Loudoun** 274:7
**Louise** 78:24
**love** 169:6 190:8
  190:20 225:7
  297:25,25
**low** 26:12,14,21,22
**lower** 22:2 151:21
  187:1 193:8
  230:7 238:22
  270:22 278:5
  293:12 295:18
**lowest** 112:6
**lucky** 26:10
  136:17
**Lucy** 291:3
**Luther** 32:20

---

**M**

**madame** 87:8 96:6
  97:3 107:2,9
  130:21 152:4
  204:1,12 219:22
  231:13 233:4
  264:24 265:3
  284:18 285:24
  292:7
**Madison** 78:8
**Maggie** 113:7
**Magisterial** 112:5
**Magna** 303:20
**magnet** 22:15
**magnitude** 77:10
**main** 48:9 129:14
  133:4 173:25
  178:10 179:24
  182:17 185:10
  197:21 198:6
  201:5 232:23
**maintain** 10:4
  17:7 43:8,9
  45:16



MAGNA
LEGAL SERVICES

maintaining 62:24
maintenance 69:23 72:5,9,19 72:23 73:5,12,23
major 43:3 69:19 69:23 72:5 73:23 280:11 286:13
majority 246:23 246:24 270:11
maker 165:10 193:21 201:19 248:1
makers 112:11
making 36:25 41:10 59:10,22 60:11 73:21 118:9 127:17 128:25 137:15 140:1 172:21 196:15 214:7 229:4 240:13 245:8,20 251:14 256:22 276:18
MALE 13:1 16:4 16:7 54:22 55:3 171:14 208:24 231:10,13,19,21 231:25 232:2,7,9 252:6
manage 162:18 301:13
management 70:3
manager 37:17
mandate 30:17
manner 87:19
map 70:17 84:13
maps 84:11
Mar 79:7
marathon 116:18
March 49:20 91:22
Margulies 46:24 47:1
marker 228:9

Market 303:21
Martin 32:20
Marty 12:24 13:1
Mary 1:23 303:3 303:18
Mason 141:4 145:10
massive 28:7 274:8
match 68:21 201:21
matches 212:1
material 86:6
materials 53:16
math 22:3 25:17 26:11 109:22 116:22,25 123:23 187:18
Matt 44:24
matter 140:11 178:6 219:8,13 221:17 243:20 253:2 271:9 294:9 299:21 303:6
matters 5:24 6:2 46:5 51:2 54:1 297:5 302:6,9,18
maturity 65:24
ma'am 2:8,12 35:11 38:17 259:21 279:21
Mc 147:8
McLaren 48:19,20
McLaughlin 2:4,5 6:12 51:14 89:3 89:4,22 90:21 91:6 92:10 95:9 95:11,16 96:1,1 96:5,6,17,22 106:19 126:20 126:22 129:24 130:21 132:8,21 132:22 133:24

134:3,6 141:20
141:22 142:24
144:10 149:8,11
149:16,20 150:8
150:15,17
151:25 163:20
163:21 165:3,7
165:12 166:15
167:22 168:18
169:2,20 170:20
171:3,12,18,20
172:22 173:20
180:5,6 182:8,24
183:2 184:5,9,20
184:23 185:5,25
187:1 193:11,17
193:18 195:17
196:25 210:7,8
225:20,22 230:5
233:2,7,9 234:18
235:6 238:17
244:21,23
248:10,11 249:7
249:21 250:10
250:15 251:19
251:21 252:5,10
252:23,25 254:8
254:9 255:4,6
256:2,3,12,15,18
256:21 257:14
257:16,21 258:6
262:5 268:15
269:10,13,14
270:21 273:21
273:22 276:17
276:21,22
277:14,22 278:2
278:6,10,12
279:16 288:24
288:25 290:7
293:9 295:12
McLaughlin's 133:21 149:18 253:13

McNair 80:5,6,9
Meadows 75:17
meals 24:17 50:3
mean 59:20 98:12 111:18 136:9 137:9,21 139:12 139:13 142:24 158:3 162:10 165:14,16 168:6 170:9 173:13 182:16 190:3 198:21 199:9 200:22 211:11 214:17 222:7,15 223:7,8,10,12,14 260:11 284:9 286:13,16
meaning 152:14 179:3
meaningful 193:2
means 114:5 117:7 124:11 187:25 188:4 221:5 225:1 240:23 260:10,12 289:4
meant 93:4
measurable 191:20
measure 39:11,15 237:10,13
measured 24:4
Measuring 244:13
mechanical 72:11
medication 197:3 197:4
medium 147:23
meet 50:22 99:7 108:8 124:14 152:9 156:3 164:7 167:1 168:14 170:12 177:19 179:14 179:14 185:13 186:14 205:5

208:3 213:21
222:19 230:22
meeting 1:12,20 2:2 3:21 5:16,22 5:25 6:3,5 8:12 12:12,17 48:20 48:20 95:3,5,8 181:14 228:22 251:8,12,18,23 252:5,13,18 253:5,7,20 254:3 258:24 261:2 267:22 274:1 275:16 276:20 277:4 296:17 297:3 299:9 301:6 303:8
meetings 51:20 64:18 86:18 95:4 121:14 236:16 238:7 300:7
meets 151:10
Megan 249:11,21 249:22
Meghan 48:19
Melanie 25:21
member 13:11 146:20 172:5 233:15,19 265:7 265:8,10,21,24 271:23 284:21 296:17 297:23
members 20:12 22:2 33:20 34:25 35:16,17 38:19 39:5 43:20 46:24 49:15,21 53:17 58:4,4,21 111:6 111:12 118:4 131:25 133:5 143:25 154:18 193:21 228:3 233:21 234:2 239:19 241:8



246:9 254:24
261:15 269:21
273:19 277:1,20
294:5 296:14
298:9
**membership** 63:2
63:19 64:12,15
64:17,21 65:1,5
65:6,8,9,11,12
65:16,17 66:1,3
66:4,11,17,21
68:13,17 81:6
82:6,8 84:1,19
85:4,6,9
**member's** 5:23
264:21 265:4
**memo** 300:20
**men** 164:17
**mental** 61:7
**mentees** 7:14
**mentioned** 53:5
64:13 71:19 77:7
80:19,25 83:11
85:14 86:2,17
246:22 282:18
**mentor** 7:22,23
**mentoring** 7:2,3,4
**mentors** 7:7,12,14
7:20
**Meren** 2:7,8 6:10
25:21 92:13,14
94:4 96:18
106:20 116:1
117:13,15
151:17 158:21
158:22 161:20
161:21 163:19
171:15,15,16,17
172:17,19,21
181:25 182:3,6
185:3 186:1
195:15 196:22
196:23 198:5,11
198:22 199:1,8

199:15,19
200:12,14,17,22
200:24 201:3,5
201:14,22,24
202:13 206:6,13
206:19 207:2,5,7
207:11,15 210:9
210:19,21
215:10 230:5
235:7 236:23,24
237:17,19
238:16 262:7
263:15,18,22
264:4 266:2,4,6
266:16 267:20
267:23 268:1,4
268:11,16,18
270:20 271:10
271:12 272:3,5,9
272:16,18 273:9
273:10 274:2
279:3 284:17
286:2,3 293:8
295:13
**Meren's** 169:2
172:3 203:9
269:16
**merit** 22:5 23:17
24:1 25:1,6 27:2
97:20 98:18,18
98:20 99:25
100:21,22 104:7
106:6 139:12
143:3
**Meritocracy**
32:12
**merits** 138:14
**merit-based** 39:7
**merry** 51:23
**message** 14:4 35:1
35:16 58:9
140:23 178:18
284:7
**messages** 14:12

61:10
**met** 27:14 37:25
38:9 58:25
164:18
**method** 100:24
110:12 163:25
**methodology**
121:3 130:12
**methods** 42:21
97:24 106:9
108:14
**metric** 11:2 18:5
191:21 193:2
**metrics** 10:24 18:2
191:12 195:23
215:12,13
222:11 223:1
237:20
**mic** 262:19
**Michelle** 34:20,22
35:13
**microphone** 5:5
**mid** 27:5
**middle** 25:14 26:5
26:18 45:5,10
48:11,11 65:6
75:17 78:13,18
79:6,13 80:16
84:10 85:2
102:22 108:8
109:9,11,12
110:7 112:18
115:15 116:13
117:1 119:8
120:18 122:4,5
123:25 124:2
131:10 139:2,5
142:3,5 145:5
147:20,22 148:1
148:8,20 149:14
149:22,24
150:10,12
151:10 152:7
153:16 161:14

162:5 166:2
170:11 171:6
172:7 175:10
184:20,21
185:12 186:13
194:11 195:3
205:4 208:2
213:20 217:16
217:24 220:5
223:8,10 224:7
226:16 229:19
232:25 234:23
236:14 238:4
266:9
**middle-schooler**
38:23
**midnight** 275:14
277:1 292:22
298:16 302:18
**midst** 36:3
**mid-year** 263:17
263:20 272:20
272:22 273:1
275:10 278:25
**migration** 66:13
67:5,5,9,14,15
**Mill** 78:15,16
79:10,11
**million** 69:16,22
69:24 70:3 71:23
74:2,25 75:3
76:15,16,22 77:5
274:13,14,14,19
275:5,20 276:10
**millions** 40:1
**mind** 15:21 28:22
77:9 133:10
184:7 275:22
**mindful** 74:4
225:22
**minds** 24:20
**mindset** 37:2
193:20
**minimum** 108:9

109:25 113:22
115:14 131:18
147:20,24
151:10 164:11
164:18 186:14
208:3 213:21
230:23
**minimums** 130:2
130:8 131:10
**minority** 44:7,13
99:14 239:20
245:13 246:9
261:16
**minute** 150:21
180:3 211:1
250:18 295:23
**minutes** 8:5 15:4
15:10 95:24
180:11 181:11
214:11
**mismanagement**
31:3
**missed** 30:17
61:10 102:18
**missing** 214:22
**mistake** 265:8
**mistakes** 30:14
**MIT** 25:15
**mix** 44:16 97:25
106:11 108:15
**mo** 265:15
**model** 31:1 37:16
271:22
**modeled** 22:14
**modification**
259:4
**modified** 80:21
84:10 108:5
151:7 187:7
211:10
**modify** 137:17
**modifying** 204:21
**modular** 69:20
78:6 81:15 82:9



82:14 85:22
**mom** 19:15 38:22
**moment** 4:2,11,12
59:8 133:19
200:18 215:25
217:2 263:11
272:21
**money** 28:2,9 40:9
40:10 88:2,11
276:11
**monies** 276:2
**monitor** 122:13
240:12 298:17
**monitoring**
118:20
**monitors** 298:19
298:24
**month** 7:2,3 50:19
51:17 153:2
204:21 274:19
299:9
**months** 11:15,16
18:18,18 19:12
20:7 98:13 100:8
101:25 118:6
204:21 228:20
228:21,21
229:14,14 294:4
300:10
**month-long** 7:5
**monumental**
294:14
**morale** 50:15
**Morgan** 199:12,23
200:1,23 201:4
201:16,23 202:8
202:16,17,19,22
206:1,2 208:14
263:23 264:3,4
264:21,22,24
265:2,3 266:24
267:1,8,24 270:2
270:4,8 271:14
271:17,20,23

272:2
**Mosby** 78:25
**Moss** 52:11,16
**mother** 19:14
26:11 47:1 105:7
**motion** 6:2 94:21
95:10 97:2 98:7
100:5 106:1,2
107:1,8 108:24
109:23 110:18
111:7,13 120:14
122:19 123:17
129:14 130:7
131:23 132:10
132:16 133:4
140:13 141:17
141:25 142:9
150:18 152:1,3
152:21 154:19
154:22 161:22
162:22 165:10
169:22 170:5,22
171:4,19 172:14
172:18,21 173:4
173:18,20,25,25
174:6,14,15,16
177:7,8 178:1,10
178:25 179:24
180:16 181:15
182:17 183:11
184:15 185:10
186:3,6,8 187:4
188:24 190:21
191:5 197:19,21
197:24 198:6,7
198:19,21 199:4
199:16 200:4,5
201:5,17 202:4
202:23,24 203:1
203:18,20
204:15,17,22,24
206:7,12,16,20
206:22,24 207:2
207:16,19,20,22

208:15,16,20
210:24 211:21
213:8 214:14
215:2 217:14
218:2,3,5 219:25
220:9,13,18,18
220:20,24 221:9
223:17 230:10
230:13 231:8,13
231:14,17,22
232:9,12,15,16
232:24 233:8
235:5,19,21,22
237:1,9,25 238:2
238:18,21,21
240:7,13 241:24
242:9,24 243:2
244:16 245:4,6
245:12 246:3
248:25 249:3
257:23 258:17
259:17 260:1
262:9,12,21
263:3,12,16
264:6,8,9,10
265:8,10,12,14
265:15,23 266:1
268:13,17,20
269:4,7 270:13
270:17 273:9,12
273:20 276:18
277:3,6,13,16
278:22 280:5,7
280:21 282:7,19
283:3 284:15
292:25 293:16
296:11
**motions** 105:21
115:16,20
128:14 136:1
138:3 155:1
206:25 209:10
228:8 239:4
263:6

**motivated** 104:4
**Mount** 80:15
112:4 144:21
**Mountain** 75:18
**move** 5:15 9:20
10:16 16:23
17:19 56:10
57:16 58:10 59:5
59:11 92:23 94:7
96:7 97:16 102:8
106:3 107:22
125:11 135:14
146:13 150:19
150:24 152:4
170:10 174:23
184:14 185:10
186:9 188:7
193:16 200:5
201:6 204:1
206:6 207:23
213:16 216:15
216:18 217:12
217:14,22
224:11 229:17
230:18 234:21
236:12 239:6
243:8 250:20
260:25 265:11
267:22 272:24
278:23 280:13
292:25 293:17
295:5
**moved** 27:20
135:15 141:12
141:13,14
203:21 211:22
267:5
**movement** 20:24
260:12,20
**moving** 6:6 42:21
56:21 61:4
135:11 148:25
163:1,6 167:13
196:4 235:20

240:25 243:21
260:13,15
**MSAOC** 101:12
**much-needed**
59:12
**MUHLBERG**
3:18 4:23 5:1 9:8
9:11 16:13 19:9
21:23 25:9 29:1
29:5,8 31:14,20
34:9,12,17 35:5
35:11 38:15 42:1
42:5 45:25 46:15
46:19 184:14
198:3,13,16,18
198:23 203:20
203:24 204:1
205:15 209:1
217:7 249:19,24
250:3,9 266:14
**Mulberg** 3:16 4:21
9:6,7 12:9 13:24
16:11 46:3,14
184:13 197:17
198:11,22
203:17 249:3,9
249:18 252:20
266:12 272:14
297:7
**multiagency** 66:5
**multiple** 127:2
208:25
**multi-tiers** 285:4
**muscle** 105:7
**mute** 31:17 38:17
**muted** 276:23

_____
        **N**
_____
**NAACP** 99:16
101:14
**name** 9:12 16:15
19:11 24:22
25:11 35:7 46:25
81:12 138:19



188:18
narratives 91:9
Nathan 3:25 51:6
    54:2,14 55:3
nation 4:7 32:17
national 7:2,3,6
    73:3 113:25
    114:10,11
nationally 47:13
nationwide 24:9
nature 104:11
    130:11
navigate 176:9
near 76:10
nearby 172:7
necessarily 56:18
    158:6 226:10
    289:13
necessary 5:20
    36:15 38:4 99:6
need 7:7,19 31:2,6
    31:11 32:24 50:6
    89:25 107:20
    125:3 129:10
    131:17,22
    159:16,16
    161:11 166:10
    168:22 169:12
    187:14 188:18
    191:5 192:13
    196:2,13 214:23
    215:15 216:20
    225:24 226:25
    228:24 229:5
    230:16 232:20
    240:20 243:25
    244:11 248:24
    249:10 253:22
    255:18 264:13
    266:24 267:1
    275:2,25 283:21
    296:4 298:22,22
needed 50:15
    128:22 187:19

202:25 243:7
needle 27:21
needs 37:4 63:7
    71:14 88:24
    124:14 137:7
    153:10 203:6
    264:15 285:6,13
negotiations 77:23
neighborhood
    150:10
neighborhoods
    45:9 48:15 80:2
neighboring
    274:17
neither 303:9
net 52:22 53:10,13
    67:9,14,15 68:8
    69:4 76:4 89:17
never 23:12 26:8
    26:10 125:10
    294:21
new 8:11 36:3,16
    36:21 37:23
    49:21 50:4,9,11
    51:24 56:18
    58:19 61:16 63:4
    64:8 67:22 70:17
    71:5,9 72:2
    77:11,18,24
    79:16,18,25,25
    80:6 81:20 83:1
    86:10,11 88:3
    159:14 162:1
    167:9 182:21,22
    191:11 192:21
    219:25 223:19
    232:16 266:18
    280:14 286:6
    289:23 292:5
    293:1 297:1
    299:24
news 92:4
nice 291:9
night 51:23 52:1

163:23 225:23
    226:17,23 227:7
    257:4 302:24
nine 34:20 125:13
Nineties 27:5
NOK-ka-set 99:16
Nomani 19:10,11
    19:12
non-legacy 236:18
    238:8
non-profits 7:10
non-traditional
    65:21 68:25
norm 47:14
normally 124:22
    161:5
northern 41:4
northwest 80:4
note 66:23 67:19
    71:4 72:7 76:18
    110:12 199:12
noted 224:5
    267:22
notice 192:1
noticing 100:1
notification 37:8
    281:17
notify 168:12
notifying 168:7
notion 229:1
November 300:20
no-change 300:20
NSAOC 247:1
nuance 289:13
nuances 80:18
number 7:11 24:7
    24:9 34:17,20
    38:6 47:25 57:5
    64:18 66:15,19
    68:10,11 69:5,9
    69:10 82:9 85:21
    91:1 109:25
    113:22 115:14
    115:15 120:14

130:13 135:12
    137:23 147:20
    147:24 148:3,13
    148:14 168:22
    187:15 188:15
    203:21 236:13
    236:15,17,18
    238:4,5,7,8
numbers 22:10
    33:12 65:12
    68:14,17 77:9
    85:15 89:14,18
    90:2,14,19 91:12
    91:14,17,20,22
    92:7 196:8
    241:14
numerous 49:18
    72:22 101:14
nutritional 274:9
    274:20

_____

**O**

Oakton 78:17,19
oath 29:10
objection 202:22
    203:7,10 206:4
    208:15 247:5,21
    248:1,3,6,6
    250:18 251:22
    259:1
objections 209:14
    246:19 251:14
    258:14,20
    259:13 267:4
    271:24 272:8,12
    302:7,10
objective 115:21
    189:16
objectivity 39:11
    39:15
obligation 69:14
    71:25 83:11
obtain 53:4 239:25
    261:23

obtained 224:8
obviously 91:10
    175:4
occur 83:18
occurred 267:16
occurring 38:8
occurs 283:12
October 20:17
    47:7 115:18
    123:16 191:5
    245:12
offer 45:10 115:7
    132:23 154:1
    169:14 193:4
    216:10 258:7
    293:24
offered 11:7,11
    18:10,14 119:6
    264:10
offering 103:9
    133:10 181:2
    246:2 278:14
offerings 239:12
    261:6
office 40:20 50:24
officer 50:10,11
    127:15 192:25
    234:5 239:16
    261:10
offices 93:17 94:2
official 8:16 21:10
officials 21:5
offline 5:1
offsite 70:12
oh 13:9 46:10 54:4
    86:25 95:25
    171:16 183:10
    235:17 246:15
    259:9
okay 3:13,18 6:22
    13:11,20 15:9,19
    16:9 34:20 46:17
    54:11 55:13
    89:22 95:14,14



97:1 112:4 135:4
135:5 142:24
147:16 149:15
150:8,15,22
158:15,15,18
159:18 160:7
171:8,11 175:15
175:18 184:1,2
193:7,15 199:1,2
200:24 201:1
204:1 207:18
210:21 217:9
225:19 232:11
232:20 234:19
235:4,17,20
236:9 239:3,5
242:15,16
246:21 250:16
253:18 257:14
261:12 266:16
267:7,9 268:5
269:23 271:3
272:20,22 278:1
278:8,22 279:10
279:12,23 284:9
293:17 296:18
**old** 146:12
**Omeish** 2:25 3:1
6:6,9 94:20,22
95:1 96:17 97:1
97:3 98:6,8
100:3,15,20
101:11 106:16
126:21 134:10
134:12 135:1,3,6
137:21 138:4
140:17 151:19
152:2,4,20,22
154:14,22
155:14,19 156:6
156:12,13,16,22
156:25 157:2,6
158:9,16,23
159:7 163:22

164:23 165:5,6,8
165:11,12 166:7
166:23 167:22
169:6,18 170:7,9
171:22 173:6
174:1 178:15
179:13 181:23
183:8,23,24
184:2,21 185:4
185:24 186:6,7
187:3,5 188:22
189:15 200:3
203:21 204:12
204:14,15,19
205:8,10 210:11
210:12 211:6,7,8
212:2,5,24 216:3
216:4,12,19,21
217:1,5,9,11,12
218:4,6 220:2
221:10,13,15
223:18,21 224:3
228:1,18 229:6
229:13,24
233:13,25
234:10 235:2
238:17 249:11
250:11 262:6
270:18,24 278:7
278:9 279:4
280:18,19
282:13,15
284:13 288:3
293:6,15,17
295:12
**Omeish's** 166:9
169:24 174:6,16
177:7,8 180:16
190:8 194:9
213:7 226:1
268:22
**once** 15:15 22:23
70:13 165:1
174:24 192:21

197:5 207:6
265:16
**once-in-a-lifetime**
49:22
**ones** 86:20 162:3
**oneself** 152:15
185:19 204:11
**one's** 60:4,4
**one-third** 71:9
**one-year** 22:12
**ongoing** 38:10
64:3 81:2 239:16
261:11
**Onibudo** 3:13,14
3:25 4:3,4 6:24
6:25 7:1 8:1 46:4
46:6,7,12,13
51:6 53:25 54:3
54:8,14,25 55:5
61:18
**onsite** 70:12
**Ooh** 111:19
**Oops** 279:4
**open** 5:25 29:19
61:8 116:16
126:7 287:6
**opened** 84:24
98:22
**openness** 21:11
114:21
**opera** 268:25
**operating** 69:22
71:7 72:21
**operation** 72:14
**operational** 15:17
162:3 169:5,17
182:9 197:13
268:25
**operations** 133:15
**opportunities**
28:19 45:7 48:13
76:3 103:7
112:20 115:22
116:23 117:1

124:1,22 126:8
136:17 155:4,4
155:13 176:17
176:25 188:19
194:14
**opportunity** 23:11
27:13 31:23 36:4
43:17 44:19
54:12,17 100:10
100:19 102:17
102:18 103:9,21
110:22 112:16
116:20 127:21
137:4,10 141:2
152:11 153:14
154:7 157:10,14
157:22 161:24
161:25 164:2
170:14,21
172:25 174:7,25
179:20 180:18
183:18 185:15
200:4 218:21
226:6,15 240:20
260:16 266:11
269:20 272:4
282:2 297:19
**oppose** 269:6
**opposed** 6:15
106:18 156:8
185:2 221:7
230:4 250:23
279:14
**opposing** 178:1,9
**opt** 152:11,14
154:2 157:16
158:1 161:25
162:17,24 163:2
165:23 170:14
170:16 173:1
178:17 185:15
185:18 201:14
204:10 266:11
**opting** 168:16

219:10
**option** 101:16,20
103:24 122:10
132:12 140:13
142:7,11 162:7
178:17
**options** 76:5
109:16 118:1
135:13
**opt-in** 156:9
163:25
**opt-out** 156:8
163:9,24 164:1
169:13,25
187:23 197:23
198:8 199:8
201:8 203:24
204:3 268:23
**orally** 264:11
**orange** 85:15
**order** 3:22 5:18
8:2 22:16 63:3
197:15 199:14
199:24 200:10
201:20 204:12
206:3 211:6
212:23 231:10
231:11 232:13
252:6 257:7
259:3 266:20
268:10 274:22
**ordered** 29:20
**organization**
252:4
**organizations**
99:17
**original** 174:16
180:16 213:8
230:11,12,14
231:15 266:1
**originally** 91:19
**ought** 188:16
**outcome** 177:24
241:2 267:17



284:2 286:21
303:13
**outcomes** 40:4
**outdoor** 75:14,22
75:24 93:4
**outlined** 108:1
126:24 130:5
151:3
**outreach** 7:6
27:17 40:2,6,21
40:24 42:23 43:1
43:12,14,25 44:4
44:10 45:14
110:4 117:22
124:9 149:1
157:8 167:11,15
177:14,18
179:17 236:12
236:16 237:8,11
237:14 238:3,6
240:1 261:24
301:18
**outset** 118:23
**outside** 68:15,16
68:19,22 160:4
**outsized** 28:20
**outstanding** 298:2
**outweigh** 24:15
**out-migration**
67:8,11,13,23
**overall** 64:15
91:12 130:14,15
172:14
**overcrowding**
69:24 80:4 88:4
**overload** 11:13
18:15
**overlooked** 100:23
103:20,25
**overly** 223:15
**overrepresentat...**
140:20
**overseeing** 241:11
**oversight** 38:10

99:14 239:20
245:14 246:10
261:17 294:2
**overspeaking**
165:2 183:25
200:14,22
204:18 205:25
207:12 208:23
208:25 245:25
247:8,16 249:6
250:2 252:9
268:6
**Overspeaking-u...**
132:22 134:3
**Ownership** 73:5

____

**P**

**PA** 303:21
**page** 84:21 137:2
169:7 288:18
**pages** 20:8 35:25
35:25 84:18 85:7
108:1 121:24
151:3
**paid** 181:8
**Palle** 34:15,18
35:3,4 38:16,18
38:22 42:4
**pandemic** 9:20
10:2,23 16:23
17:5 18:1 20:4
29:18 36:3 49:20
56:24 58:7 63:14
63:22 64:14
80:20 82:2 85:14
299:17
**paper** 44:25
**parent** 40:23 42:8
99:15 109:7
118:3 153:22
236:21 238:11
281:17
**parents** 47:17
104:22 124:10

136:11 157:20
157:20,23
**Park** 79:8
**parla** 199:13
**parliamentarian**
199:13
**parliamentary**
296:8
**parsing** 229:3
**part** 28:11 44:10
63:16 69:24 70:5
70:14 73:9 75:23
80:13 86:17 99:2
108:6 118:21
119:10,10 133:6
151:8 155:8
158:6 160:21
161:11 168:9,23
177:21 186:9
195:20 207:24
213:17 230:19
240:14,14,16
287:13
**Partially** 77:18
**Partially-funded**
78:20
**PARTICIPANT**
54:18 205:24
208:19 217:4
259:6,8 279:7,8
279:9
**participate** 87:11
155:11 174:8,20
176:22 179:6
**participation** 8:3
239:13 261:7
**particular** 47:17
102:23 147:22
214:20 272:19
**particularly** 45:23
56:3 61:1 135:23
298:23
**parties** 303:10
**partner** 10:11

17:14
**partners** 93:13
**partnership** 38:13
40:3,8 43:12
44:3,5 93:25
294:25 297:16
**parts** 14:9 154:25
**pass** 228:8
**passed** 231:20
**passing** 104:9
240:25
**passion** 121:16,18
122:7,15 194:25
294:21
**passionate** 44:6
122:22 136:18
194:20
**password** 250:15
**paste** 250:3
**Pat** 25:21
**path** 111:9 122:1,4
**pathway** 28:15
53:3 130:5
**pathways** 120:17
121:4
**patients** 41:16
**Paul** 25:10,11
**pause** 11:10 12:14
12:19 13:5 16:3
18:12 144:2
193:23 254:22
**paying** 105:9
172:4
**payroll** 274:24
**PD** 27:18
**peer** 122:8
**peers** 124:16
**Pekarsky** 2:23 3:9
3:10 6:10 94:10
94:11,14,16,18
94:20 96:17,24
97:1 98:4,6
100:3 102:11
103:13 105:24

106:22 107:4,6
108:22 110:15
110:17 111:11
134:17 136:22
144:8 151:18
178:5,7 179:1
185:5,25 210:13
210:14 230:1
235:3 238:13
262:5 271:2
278:3 279:16
293:6 295:14,20
295:22 296:3,7
296:21,24
**pending** 47:18
**Penn** 303:20
**people** 7:13,15
49:13 90:12,17
91:9 138:13
139:16,19,19
144:20 148:22
172:13 177:15
177:16,19
178:11 195:7
226:11 229:9
243:18 260:6,18
277:9 278:13
**percent** 22:19,20
23:1,2,3,4,7,8
24:16,18 30:7
36:20 40:21
44:16 66:25 67:2
73:1,17,19 75:2
75:2 108:7
120:18 121:3
130:15 136:12
139:3,6 146:8,18
147:25 148:6
154:16 159:22
186:12 188:6
208:1 213:19
221:22 230:21
**percentage** 85:17
186:18 208:8



214:1 219:6
231:2
**percentages** 85:11
139:1
**perfectly** 179:16
**perform** 29:12
**performing**
124:21
**period** 50:1 51:14
193:5
**permit** 36:19
**permitting** 83:6
83:20
**perpetual** 32:24
**person** 10:20,25
17:23 18:3 50:23
54:16 242:23
**personal** 7:16
33:19 136:4,9
167:15
**personally** 8:18
**perspective** 43:8
109:6 148:19
160:16 283:20
**perspectives**
114:21
**phase** 36:13 85:24
**phasing** 38:1
**phenomenal** 41:11
**Philadelphia**
303:21
**philosophical**
136:24 137:24
**philosophy** 99:25
**phone** 35:24 93:14
95:22 190:14
250:13 291:6
**phonetic** 34:10,12
51:7 52:3
**phrase** 138:11
221:3,6
**physics** 22:23
**pick** 211:1 296:22
296:25

**picked** 176:15
**picture** 25:5
**piece** 94:25 98:14
98:21 99:11,21
132:19,24 133:2
133:16 134:15
135:24 152:23
165:24 166:5
168:10 179:2
272:19
**pieces** 135:20
137:17 222:20
**pilot** 75:23
**piloting** 75:13
240:2 261:25
**Pimmit** 79:22
**pink** 82:18
**pipeline** 44:15
45:6 110:6
116:20 118:24
125:17
**pitting** 105:13
**place** 28:6,6 36:22
98:25 101:9
113:7 120:6
121:17 122:14
126:2 134:25
135:22 137:4
138:9 143:15
153:16 168:11
181:16 187:22
191:17 192:24
196:1 221:25
226:20 253:21
253:23 263:2,9
274:22 281:5
282:23 298:3,5
**placement** 52:8
**places** 113:16
136:14 138:14
**placing** 43:16
**plagued** 40:6
**Plain** 226:7
**plan** 30:19 37:14

38:10 41:24
42:23 43:2,3,14
44:1 45:14 52:21
62:22 70:16
122:12 153:1
157:8 160:13
183:19 186:21
208:10 214:4
231:5 236:13
238:3 241:1,2,3
274:21 301:12
**planned** 202:24
203:4
**planning** 38:3
40:3 64:3,24
66:1 81:2 83:6
83:20 93:15
246:12 262:20
**plans** 52:20
**plateauing** 260:15
**Platenberg** 62:8,9
62:10,11 86:25
88:12 89:6,21
90:21 92:15 94:5
**platform** 33:18
50:21
**play** 28:9 191:9
298:4
**playing** 26:18 28:4
**please** 3:24 4:19
5:5 7:22 9:11
29:5 31:16 35:10
61:11 95:23 96:4
96:5,14 108:25
110:12 121:21
122:20 126:6
129:18 140:4
145:20 146:14
147:10,17
150:21 151:21
170:8 173:19,24
184:8 187:1,3
190:11 193:8
197:17,19 198:2

200:18 202:7
203:17 207:16
216:10 217:10
218:4 219:24
220:13 226:18
226:24 229:22
230:7 236:25
238:22 240:6
242:11 249:10
249:13 254:11
263:24 265:2
270:22 271:10
272:5,6,14,16,21
277:24 278:5
280:20 293:12
295:9,18 302:10
**pleased** 93:17
188:21 285:21
**pleasure** 298:10
**pledge** 4:1,4
**Poe** 145:11
**point** 5:15 11:22
12:13 13:21
18:25 66:16
123:11 132:9,11
133:7 146:10,18
166:25 169:21
172:3 187:14
188:9 197:15
202:15,21
203:12 204:12
206:8 207:23
208:13,21
210:25 211:6,24
212:22,23 215:8
218:3,12 223:23
226:19 231:10
231:11 232:13
233:9 248:12
252:6 255:25
258:7,8 259:3
265:21 266:20
269:2 270:1,15
271:7,9 280:5

295:19
**points** 26:3 109:2
149:5 233:5
245:8
**polarized** 125:10
**policies** 41:9
112:23 300:15
**policy** 35:20 36:11
36:21 37:15
38:14 104:11
112:11,12 119:4
280:8,15 281:3,5
283:4 285:3,10
285:17,20,22
286:5 287:24
288:15 293:2
300:8,21
**political** 21:18
49:8
**politics** 21:14
**pool** 98:25 131:22
142:15,20
149:13 167:24
168:3,5 177:15
179:11 194:2
219:12 237:3
**poor** 24:13
**Poplar** 79:10
**population** 41:3
124:14 127:19
130:14,16
145:17 186:19
187:17 188:17
208:9 214:2
219:8 223:11
231:3
**populations**
121:18 236:19
237:7 238:10
**portion** 95:5
**portrait** 108:10
151:12 186:15
213:23 230:24
**position** 25:3



276:9
positions 40:21
positive 7:4,13
    109:1 110:25
    139:14 193:20
    281:15,24 282:3
    284:2
possible 51:21
    60:15 63:18
    105:17 118:10
    147:21 176:9
    181:19 208:20
    220:14 276:1
posted 128:13
    143:24 198:14
    199:22,25 200:1
    205:15,16,17,22
    208:17 216:25
    233:18 234:14
    248:17 264:9
    268:20 296:6
posting 180:11
postpone 276:18
    277:3,13,24
postponed 125:7
    273:25
posts 233:19,20
potential 7:18
    43:7 44:1 63:6
    86:15 123:21
    125:20 126:9
    153:13 159:25
    178:20 179:3,5
Potomac 78:7
poverty 24:15
    143:9
power 33:10 75:7
    132:8,11 133:6
powerful 178:18
    178:21
practice 36:23
    37:9 195:5
practices 112:23
    115:5 183:13

284:25
praise 89:6 181:23
precise 37:20
precisely 165:19
preclude 121:4
Preconstruction
    82:10
premature 196:6
prep 105:6
preparation
    239:14 261:8
prepare 29:23
    118:24 189:5
prepared 282:25
    283:11,22
prepares 97:13
    107:19
prequalified 104:4
prescribing 195:2
prescriptive
    194:15 196:7
    197:1 214:16
    215:17 237:12
prescriptiveness
    215:3
present 38:19
    62:24 64:23
    87:19 250:24,24
    251:7 252:8,17
    252:22 253:2,25
    254:2 258:23
    261:1 272:16
presentation 53:8
    62:5 86:10,12,22
    87:2,6 92:20
    94:6 97:21 106:7
    108:3 120:15
    132:9,11 151:5
    253:7
presented 64:10
    64:16 97:4 98:17
    107:10 201:17
    201:19 204:25
    205:1 270:17

272:23 280:15
    293:3
presenting 62:16
presents 251:11
preserved 88:23
president 9:13
    16:17 34:23
    35:14
Presidio 50:10
press 237:8
presses 73:19
pressing 138:24
pretty 175:4 197:8
prevailed 49:19
prevalent 57:21
    57:23
prevent 276:2
prevented 141:3
prevention 36:17
    37:12
previous 38:20
    140:13 162:22
    198:22 199:4
    203:18 206:22
    220:25 221:8
    243:3
previously 64:15
    71:19 81:1
    173:10 174:2
    197:20 199:17
    218:11 232:22
    258:13
pre-Algebra 25:25
pre-allotted 131:4
    131:8
pre-apportioned
    142:13
pre-K 65:14
pre-school 65:14
    65:23
primary 35:1,16
    69:13
Prince 274:7
principal 8:16

19:20 20:11 21:4
    21:11 101:1
principle 30:24
    99:19
prior 84:25,25
    85:25 99:3 167:9
    204:16 296:17
priorities 165:15
prioritize 61:7
prioritized 23:11
prioritizes 285:3
private 40:14 66:6
    160:3
privilege 23:19
    24:15 27:9 28:19
    50:22 292:8
probabilities
    112:6
probability
    144:25
probably 175:4
problem 28:11
    41:23 48:9 123:6
    127:25 138:10
    161:8 251:9
    253:19 274:18
    274:24 282:24
problematic
    101:25 257:3
problems 239:1
problem-solving
    28:18 108:11
    109:13 151:12
    154:11 164:8
    169:10 171:5
    174:12 177:1
    180:14 183:15
    184:16 186:16
    213:23 230:25
procedure 296:9
proceed 13:22
    14:18 54:24
    230:18
proceeding 303:11

proceedings 113:6
    303:6
process 25:13 27:9
    27:22,25 44:18
    50:8 73:10 87:16
    97:18,22 98:2,19
    103:25 106:5,8
    106:13 107:10
    107:24 108:1,5,6
    108:13,17 109:3
    109:6,17 111:5
    113:14 114:14
    114:25 116:16
    117:4 127:22
    128:7 129:11
    130:9,17 131:1
    143:4,20 148:7
    150:5,13 151:1,1
    151:3,7,8 155:12
    159:14 161:3,12
    162:20,24 163:9
    166:11,14,18,22
    167:5,5,7,8,21
    168:24 169:13
    173:9 174:9
    176:10,23
    177:21 179:12
    182:19 183:5
    186:10,11
    187:25,25
    191:11 192:21
    194:18 195:25
    196:9 197:10,23
    198:8 201:8
    204:3 206:9
    207:24,25
    213:18,18
    226:22 230:20
    243:11,16
    251:16 256:25
    263:5 267:20
    268:21,22
    284:10 287:12
processes 114:17



149:1 191:18
242:5
**proctor** 172:5
180:13
**proctored** 164:9
164:20 167:25
168:1,14 169:9
170:2 172:12
174:11 180:23
181:2,3
**proctoring** 160:17
181:6
**produce** 252:10
**produced** 63:18
**profession** 114:3
**professional** 38:24
41:14 234:4
285:5
**professionals** 76:2
**professions**
114:13
**professor** 48:5
**proffered** 71:1
**proffers** 70:7,7,11
70:19
**program** 8:9
42:10 44:11 62:2
62:17,20,22
63:25 65:17,24
73:15,23 74:8,9
74:23 80:13 82:3
82:10,13,15,17
82:18,20 83:25
84:12 85:6,10,16
85:20 124:11
158:17 245:15
259:11 261:18
274:10,22 276:3
**programming**
119:5 125:4
187:19 191:2
**programs** 27:17
40:11 43:6 44:4
44:14 65:15

69:18 72:9 73:22
74:11,14,20
76:21 85:3 119:1
119:21 124:3
136:6
**progress** 41:11
53:3,20 75:8
102:24 138:18
239:21 240:12
241:4,6 254:12
254:23 256:22
260:10,12
261:19 298:20
**project** 37:16
71:14,24 82:22
82:25 83:1,4,5,8
83:14,19 84:4,8
84:18,19 85:23
85:24
**projected** 81:20
**projection** 63:17
**projections** 159:5
**projects** 52:12
63:8,11 64:7
69:18,19 70:20
77:12,19,24 78:4
78:10,20 79:4,16
79:19,21 82:16
83:10
**promise** 105:3
292:11
**promote** 93:3,25
101:18
**prone** 281:13
**proper** 153:25
**properly** 232:19
232:21
**Properties** 71:16
**property** 70:15
**prophases** 26:23
**proportion** 223:11
**proportional**
186:19 187:16
206:10 208:8

213:9 214:1
220:4 221:1,8,12
231:3
**proportionate**
189:23 190:5
**proposal** 22:6 27:3
28:23 98:19
100:2,10 101:8
101:12 102:23
113:11 118:22
140:15
**proposals** 118:8
255:19
**propose** 171:1
239:24 256:23
257:7 261:22
**proposed** 31:8
36:11 47:22 49:5
64:6 92:5 103:23
**proposing** 41:21
**proprietary**
130:11,24
**protect** 11:17
18:20
**protected** 11:20
18:23
**protecting** 11:24
19:2 41:12
**protocol** 37:19
**proud** 59:16,24
60:7 74:12 75:5
286:4,11
**prove** 40:13
**provide** 15:15
28:18 43:17 72:4
84:18 89:11 97:8
107:14 138:14
152:10 159:3
162:8 170:13
172:25 176:25
185:15 239:7
250:21,23
252:10,12,21
253:2 258:22

266:10 296:9
298:25
**provided** 40:11
62:14 64:16 71:6
71:22 76:7 77:2
86:4 88:19
115:17 200:3
205:18 218:12
285:19 287:20
296:13
**Providence** 88:3
88:21
**providers** 15:8
285:23
**provides** 45:6
47:12 48:12
**providing** 35:21
41:15 43:22 76:9
105:2 110:21
127:21 161:2,23
161:25 176:19
177:3 187:18
251:10 281:24
282:2 294:2
**provision** 253:8
**proxy** 27:9
**pro-equity** 23:5
**prudence** 10:17
17:20
**prudent** 11:18
18:21
**PSAT** 158:4
**PTA** 34:24 35:15
**public** 5:24 6:1 8:8
8:22 12:16 13:3
14:20 35:22 38:6
52:5 53:1 73:6
74:9 75:6 77:1
86:14 104:11
108:8 128:15,18
130:10 132:20
136:8 139:4
143:22 151:9
180:9 186:13

208:2 213:20
228:18 230:22
233:15 234:13
248:20 251:6,8
251:12,18,23
252:5,12 253:4
253:20 254:3,24
257:18 258:23
261:1 275:8
296:14 298:7,12
299:12
**publicly** 130:25
134:22 226:5
250:24
**public's** 8:23
**pull** 235:23 249:20
250:4 263:12
295:23
**pulled** 283:2
**Pulley** 65:20
**pulling** 89:4
179:18 272:9
**pulse** 277:21
278:14
**purchase** 75:7
**purple** 81:23
**purportedly** 105:6
**purpose** 124:18
194:24 214:20
216:18 224:17
**pursue** 20:2 76:4
**push** 33:18
**pushed** 26:10
**pushing** 35:19
**pushy** 26:11
**put** 20:13,16 30:4
52:13 55:8 92:18
105:16 108:20
123:16 133:24
134:18 162:1
171:23 173:20
177:21 182:11
191:17 192:21
222:4 226:20



232:18,21
275:22 277:6,16
284:10
**puts** 155:2
**putting** 52:15
98:25 188:3
192:23 196:1
226:25 248:12
253:20 290:24
292:22
**puzzled** 222:25
227:19
**pyramid** 81:9,11
218:20
**pyramids** 81:8
**p.m** 298:18

——————
**Q**
**qualifications**
222:19
**qualified** 23:15
26:25 105:1
110:19
**qualify** 153:12
168:12
**qualities** 219:7
**quality** 41:16 97:8
107:14
**Quander** 65:21
**Quandy** 65:20
**quantitative**
135:16
**quarter** 30:1,9
**quasi** 135:19
**question** 14:21
15:14 20:21
87:24 88:13
120:11 121:7
130:22 133:22
142:25 149:12
149:21 158:25
165:4,13,14
170:21 182:5
189:17,25

190:17 192:7,9
192:11,14
197:15,18 198:4
200:13,21
201:15,24 202:9
202:20 203:10
203:15 245:24
257:6 263:20,23
264:2,7 266:23
267:11,13 268:8
268:9 271:13
**questions** 39:18
87:5 134:7
136:24 137:6,24
149:18 166:1
224:20 266:5
**quick** 15:22 37:8
89:13 120:11
177:11 209:21
292:8,10
**quickly** 128:12
146:3 178:8,23
209:20 275:20
**quite** 88:6 215:24
249:16
**quorum** 210:22
**Quoting** 44:17

——————
**R**
**race** 44:24
**race-neutral**
97:23 100:11
106:9 108:14
**racial** 39:9,21 45:4
97:23,25 101:6
106:10 108:15
**racism** 33:2,3
119:17,22
138:15
**radically** 21:1
**raise** 96:15 207:16
213:2 229:22
277:24 302:10
**raised** 93:13 206:4

208:17 288:11
**raising** 302:11
**range** 73:16
**ranked** 24:4
**ransomware** 30:3
**rate** 45:3
**rates** 11:21 18:24
22:3 30:8 239:10
241:3 261:4
**ratio** 66:13,15,22
66:24
**rationing** 41:6
**reach** 3:16 188:8
294:6
**reached** 44:1
58:22 121:12
126:4
**reaching** 244:7
255:11
**reaction** 37:13
**read** 26:16 28:12
43:1 48:8 83:21
118:6 121:23
128:16 131:11
131:12,13,16
132:12,18 174:2
184:11 203:18
204:16,24 205:7
205:13,18,19
207:3,14,19
208:21,22
210:25 213:12
213:13,15
216:20 217:11
221:1 225:8,9
230:15 254:24
254:25,25
269:19
**readdress** 268:2
**reader** 127:16
**readers** 161:11
168:22
**reading** 35:24
129:20 131:19

131:20,21 236:7
**reads** 220:24
**ready** 52:9 94:19
100:25 118:25
139:23,25
140:25 249:23
283:11 284:10
299:15
**real** 25:4 26:25
41:23 275:12,22
277:9 286:9
**realistic** 190:1
**realistically**
187:12
**realities** 137:11,14
**realize** 13:10
56:16 114:6
**realizing** 202:3
**really** 31:24 48:18
53:14,15 54:19
56:22 57:13
62:19,20,22 72:6
73:14 86:8 89:9
92:15 98:21
119:3 121:19,24
126:16 127:7,21
128:11 129:12
148:13,21,24
155:23 157:20
158:10 159:23
166:15 171:20
172:15 175:19
179:3 182:14,21
183:19 187:23
195:6 197:12
203:6 215:20
221:6 222:6,8
224:13 225:23
226:18 227:25
273:24,25
275:16,22 281:5
281:18 284:4
286:8,10 290:9
291:7,7 298:22

**real-world** 175:25
**reason** 22:5 43:25
112:8 150:1
174:17 212:12
218:14 261:4
**reasons** 91:4
140:16 148:17
178:10,13 212:7
215:4 239:10
275:7
**recall** 64:17 182:4
204:23
**receive** 102:25
153:23
**received** 14:3 47:3
76:25 89:7 228:2
238:24 279:24
301:14
**receiving** 14:7
157:21
**recess** 13:2 15:3
209:8,13,19
**recessed** 14:7
**reciting** 4:1
**recognize** 36:14
36:25 134:23
212:21 213:1
263:24 264:3
**recognized** 102:21
135:8 193:9
249:14 264:23
**recognizes** 24:3,14
**recognizing**
156:17
**recommendations**
31:10 71:17
129:3,7 262:22
302:1
**recommended**
240:3 262:1
**reconsider** 265:11
265:14 270:10
270:12,16
**reconsidering**



271:8
reconstruct 257:5
record 6:18 22:10
  235:10 290:16
recorded 265:9
recording 1:12
  302:25 303:5,7
recruit 45:22
recruitment 110:4
  177:18
rectify 258:18
reduce 58:24
  74:24,25 101:3
reduced 274:13
reducing 47:25
  164:3
reduction 38:1,9
refer 64:19
reference 86:6
  248:24
referring 167:4
  199:6 203:20
refers 67:5
refine 226:21
reflect 25:23 30:13
  202:23 216:6
  217:13 231:4
  232:12 283:5
reflected 204:17
  209:11 211:23
  212:7,11 214:9
  216:13 218:8
  273:1 278:24
reflecting 56:1
reflection 274:2,3
reflective 143:6
  188:16 211:12
  211:16 219:4
  234:11
reflects 186:20
  208:9 214:2
  218:21 286:5
refrain 8:17
reframe 58:8

refresh 200:9,19
  200:20 201:2
regarding 8:13
  87:25 95:7 99:24
  133:2 141:6
  173:22 198:8
  199:5 215:7,21
  236:1 247:13
  258:21 293:25
regardless 171:25
  188:1
region 45:11 80:7
  81:4,5 84:11,15
  84:23 88:24
  125:19 131:5,16
  131:16,20,20
  132:4,4,12,13,13
  142:12 144:22
  186:23 208:12
  214:6 218:19
  231:7
regional 47:8
  80:21,22 110:13
  120:17 121:4
  130:4 142:21
regions 84:9
  102:22
region-by 142:12
region-by-region
  129:19 131:4,7
regressing 260:14
regular 1:12 3:21
regularly-sched...
  276:19
regulations 70:14
reinstate 49:10
reinstated 262:22
reiterate 93:16
  121:10 141:24
reject 22:5 31:6
  39:21
rejoice 37:12
relate 221:7
related 63:23

70:20 71:16
  127:3 300:10
  303:10
relationship
  294:22
relationships 7:13
  287:4 288:19
relax 60:24
relieved 36:22
relocation 78:7
rely 154:12
remain 32:12
  50:16 127:19
  137:6 146:16
  172:25
remained 241:15
remaining 71:13
  83:13 142:4,15
  142:21
remains 9:21
  16:24 81:16
  173:5,14
remarkably
  124:15
remarks 8:4 32:3
  241:21
remediation
  239:12 261:6
remedied 13:6
remedy 12:20
  197:6
remember 21:20
  29:10 98:16
  104:14 156:18
  182:24
remind 31:15
  33:16 49:12,17
  275:19
reminds 138:11
  197:2
removal 102:2
remove 171:4
  184:15 297:5
removed 141:10

211:17
removing 141:13
  141:14
rename 50:7
renaming 40:19
renew 293:18
  295:6
renewals 71:6
renovation 76:5
  78:20 79:4 81:18
  81:21 83:2 84:6
  84:25,25 85:17
renovations 63:6
  64:9 69:20 71:11
  80:12
rep 51:5,6
repair 73:5,13
repeat 126:25
  202:10
repeatedly 30:10
repeating 184:7
repel 104:17
replace 23:13
replacement 52:6
  71:24 72:1 73:18
  73:24 74:1
replaces 231:21,22
reply 28:25
report 20:16,19
  48:25 52:24
  64:17,21 73:4,6
  76:6 89:12 113:6
  197:22 200:6
  201:7 204:2
  239:7,14 240:15
  250:22 251:7,10
  251:11 252:12
  252:17,21,22
  254:1 255:7,10
  255:15,17,21
  261:1,8 300:3,5
  301:8,14,21,22
reported 114:18
  114:25

reporting 38:6
reports 12:11
  13:17 118:7
  228:7 239:21
  245:14 261:19
represent 112:4
representation
  22:25 113:20
  127:7 128:9
  143:8 145:7,9
  189:23,24 190:6
  194:10 206:10
  213:9 217:15,24
  220:4,25 221:17
  222:13 223:6,8,9
  223:10,12 224:7
  229:19 232:25
  234:23
representative
  3:25 44:20 46:5
  53:25 57:4,11
  287:19 291:4
representatives
  56:13 287:16
represented
  116:14 143:10
representing 9:15
  16:18 25:20
represents 140:21
Republic 4:6
repurposing 79:21
  88:9,14,15
request 250:17
  266:24 296:16
requested 8:4
  52:21 70:10
  300:16
require 20:20
  22:16 101:16,21
  150:19 152:5
  159:11 162:4
  163:1,6 170:10
  185:11 205:2
required 48:23,25



respect 8:21
117:22 228:4
269:20
respond 15:14
36:7 170:20
182:2 202:19
221:14 236:3
responded 20:21
responds 285:11
response 2:14,24
3:7,12 4:20
34:11,13,16,19
47:3 80:1 95:13
95:18 106:25
133:21,21 147:6
171:10 185:1
192:15,16
193:14 210:10
210:20 244:25
252:1
responses 181:1
181:16
responsibilities
275:13 294:1
responsibility
123:15 182:17
responsible
131:24 137:15
responsive 10:8
17:11 224:15
281:20
rest 59:12 61:13
131:11 243:12
300:22
restraint 35:20
37:6 38:2 280:7
280:8,14 281:13
293:2
restraints 38:7
restrictions
275:23
result 27:1 47:17
47:21 70:11
71:21 242:1

124:13 142:12
requirement
28:25 76:12,13
77:3 167:1 168:4
168:15 171:5
184:15
requirements 6:1
47:10 62:25 63:4
71:25 72:2
152:10 156:4
158:5 164:19
185:14 205:6
requires 255:9,20
requiring 64:4
163:16 170:1
266:7,8 274:14
requisites 164:12
research 22:7
26:16 28:12
35:25 40:13 73:3
109:4 113:9
121:23
researching
112:22
reservation
143:13
reserve 101:22
reserves 274:11,13
reside 68:3,15,19
68:22
resist 265:1
resolution 96:8
resolutions 8:11
resolve 42:24
resolved 137:7
resource 41:7
43:10 45:17
65:23 124:5
resources 38:4
43:10 45:7,18
48:13 53:12
75:21 105:16
114:9 118:11
187:18 268:25

resulted 40:4
resulting 75:9
results 226:21
retaking 271:8
retention 22:18,19
return 11:2,8 18:5
18:11 45:20
50:19 64:3 75:12
81:2 185:9
209:15 298:19
299:2
returned 192:2
210:21
return-to-school's
11:10 18:13
revenue 272:25
278:24
review 23:14 24:1
38:11 86:21
92:18 107:9
108:1,4,6 113:11
114:25 115:5
128:16 129:19
130:25 131:4
144:3 150:5,13
151:3,8 159:17
170:5 186:10,21
191:16,18 206:9
207:24 208:10
213:17 214:3
230:20 231:4
263:5,17,21
272:17 273:2
275:10 278:25
296:12 301:21
reviewed 66:9
142:22 149:23
211:14 296:15
300:19 301:6
reviewing 76:7
215:12
reviews 63:1
revise 97:17 106:4
107:23 150:25

252:13
revised 91:14
104:8 212:4
232:16
revision 256:25
revisions 288:14
revote 268:13
269:12
revoting 269:25
269:25 270:7,17
re-call 266:17
re-evaluate 56:25
re-login 174:25
re-presented
264:14
re-read 106:1
170:8 202:11
re-send 61:11
re-sent 208:24
re-start 35:10
re-take 265:20
re-taught 37:5
re-writing 220:18
rich 33:9
Richmond 113:7
rid 129:10 131:6
174:13
Ridge 79:10
right 24:24,25
46:21 49:10
56:17 57:15
84:21 90:8 93:21
126:12 135:1
136:9 137:2
152:4 156:5
157:11 158:13
158:18 159:10
160:12 164:23
166:17,19
181:21 186:7
187:11 196:15
209:13 212:5,14
213:3,6,11
215:24 216:12

217:5 231:16,19
232:6 236:7
239:6 246:3
249:7 250:6
253:1,6 256:18
269:24 270:2
281:6,7 287:21
289:23 291:2
296:18,21
rightfully 56:20
rigor 26:9,22
ringing 28:24
41:25 45:24
115:2 126:13
129:16 137:20
144:9 169:11
181:22
rise 3:24 42:23
risk 290:15
risks 72:22
Road 65:20,21
roadmap 62:23,23
Robert 53:8
Robert's 296:9
robust 39:24
191:1 273:14
275:25
rock 51:21
Rocky 80:16
role 117:18 137:3
137:12
roll 3:23
roll-out 38:9
room 160:23
247:18,20
rooms 64:5
Ross 36:12
roster 168:11
round 226:8,9
Route 79:17
routine 69:23
RPR 1:23 303:3
303:18
rules 105:9,14



296:8,9
**run** 15:23 32:1
  51:20 72:20
  79:10,12 80:16
  284:6
**running** 162:19

_____

**S**

**sacrifice** 31:9,11
  289:4
**sad** 33:16
**safe** 10:21 17:24
  75:12 281:24
  282:3 284:1
**safer** 277:14
**safety** 10:5,17
  17:7,20 282:4
**Salarum** 52:2
**Salem** 52:2,2
**salient** 134:7
**same-day** 37:7
**Sandburg** 144:23
**Sanders** 2:18,19
  6:13 13:23,25
  14:2,3,22 15:21
  15:23 87:7,8
  88:22 89:2,8
  96:19 106:20
  111:14,15,21,22
  111:23 112:1,3
  115:25 144:16
  144:19 146:7
  151:16 154:20
  154:21 174:3,4
  174:22,24 175:9
  176:13,14 185:3
  185:22 189:13
  189:14 190:16
  190:19 191:24
  192:12,16 193:4
  209:22,23
  220:10,15,17
  229:25 235:2
  238:14 240:5

241:18,20
259:19,22 260:4
260:5,8 262:4
271:1 276:16,17
277:11,12 278:1
278:17,20
279:19,21,24
284:16,18 286:1
293:9 295:15
**Sangster** 79:11
**Saratoga** 79:11
**sat** 121:14,25
**satisfied** 192:15
  241:5 255:13
**satisfy** 268:10
**saw** 22:11 88:5
  136:16 139:22
  288:14
**saying** 14:4,13
  55:14 56:2,7
  57:9 131:7
  137:23 153:5
  156:2 158:8
  160:11 162:11
  162:25 166:23
  167:1,16 168:10
  175:6 187:11
  199:20 201:6,10
  220:3 221:15
  222:15 223:6
  225:1 226:14
  253:3 256:4
  257:22 302:22
**says** 9:24 17:2
  132:10 198:6
  240:17 250:20
  251:20 255:17
**scaffolding** 187:20
**scale** 114:11
  219:11
**scenarios** 162:1
**scenes** 21:7
**schedule** 83:14,16
  83:16,19

**scheduled** 8:8
  86:13,14,16
  297:3
**scheduling** 154:12
**scholars** 124:3
**school** 1:3,20 2:2
  3:22 5:21 7:16
  8:6,15,16 10:14
  17:17 19:19,20
  19:24 20:1,11,12
  20:20 21:4,5,10
  21:15 22:3,13,14
  22:16,24 23:2,4
  23:7,11,23 24:8
  24:9,11,16 25:6
  25:14 26:5,12,18
  27:10 29:9,22
  30:6,16 33:15,24
  34:6,7 35:18
  37:11,22 38:18
  39:5,19 40:20
  41:18 42:20 44:7
  45:6 46:25 47:9
  48:11 49:15 50:5
  50:19 52:7,10,14
  52:21 53:16,17
  56:19 58:15,19
  58:20 59:7,22
  60:2 61:4,5 63:8
  63:15,20 64:2,3
  64:23 65:3,4,6,7
  65:18,19,21 66:6
  67:2,3,8,17,18
  68:3,4,5,6,7,11
  68:13,15,19,24
  68:25 69:7,8
  70:23 71:7,8
  73:9,13 75:15,16
  75:17,18,18 76:9
  77:15,16,21,22
  78:2,9,14,15,16
  78:17,18,19,23
  79:2,7,14,18,21
  80:6,9,16 81:2,6

81:7,10,12,13,24
81:25 82:2,5,7
82:19,23 83:1,17
83:21,23,24 84:2
84:3,11,13,14,22
84:24 85:2,7,8,8
85:10,12,18,19
85:20 86:15 88:3
88:18 90:24 92:1
94:9 97:4,7,18
104:25 105:17
105:19 107:10
107:13,24 108:8
109:9,12 110:1
110:23 111:1
112:18 115:15
116:24,25
118:11 120:19
122:4,5 124:18
125:19 127:5
130:2,8,13
131:19,19 132:6
137:15 139:2
141:11,13 143:3
145:5 147:21,22
148:11,20,23
149:14,24 150:1
150:7,10,12
151:2,10 152:8
153:16 154:18
155:11 156:4
158:8 164:10
166:2 170:2,12
171:7 172:7
175:23 176:22
178:19 179:11
181:6 184:17,20
184:22 185:12
186:13,22
187:16 188:1,15
189:2 194:3,6,6
195:4 200:7
201:11 204:3,5
205:4 208:2

213:20 214:5,17
214:19 215:17
217:16,24
218:19 220:5
223:9,11 224:7
229:19 230:22
231:6 232:25
234:23 236:14
238:4 239:11
261:5 266:10
272:24 274:17
278:23 280:13
281:11 293:1,17
294:2,17 295:5
297:12 298:1,19
299:3,9 301:11
301:20 303:8
**schools** 7:9 10:23
  11:25 18:1 19:2
  23:24 29:19,21
  33:6 36:18 41:7
  41:10 42:12
  45:10 50:7 52:3
  52:5,9,14,23
  53:7,11,13 57:24
  70:4,21 71:10
  74:10,17,17,18
  74:19 75:6 78:13
  78:13,19,22 79:1
  79:6,6,12,13,25
  79:25 81:9,20
  82:11 84:5
  102:22 103:19
  104:2,6 109:11
  110:7,11,21
  113:8,19,23
  114:5,13,16,24
  115:4,20 116:13
  116:22 117:2
  119:8 123:25
  124:2,6,24
  131:10 139:5,23
  141:3 142:3,6
  148:2,8 149:2,22



158:5 160:3,4
161:14 162:5
167:10 172:2
175:10 176:7
181:4 191:3
194:11 201:12
214:22 226:16
237:6 268:23
286:12 298:7,12
298:21 299:12
**school's** 81:17
83:15
**school-age** 124:16
**school-based** 8:14
74:15 167:19
**school-by-school**
133:3 168:25
**school-sponsored**
116:24
**science** 22:4 24:11
25:17 47:9 94:9
97:7,13,19
107:13,25 109:9
109:22 117:1
123:24
**scope** 286:15
300:17
**Scott** 20:20 48:22
293:18
**scratching** 216:16
**screen** 174:21
187:23 200:10
242:14 250:5
253:17 296:19
297:1,6
**screener** 201:9
204:7
**screeners** 158:12
159:12,17
**screening** 162:19
219:10
**screens** 59:13
60:25
**script** 207:8,10

209:10 211:18
236:10 249:11
**scripts** 209:2
**scroll** 211:5
249:10
**search** 7:23
**season** 61:5,15
64:19 86:18
**seating** 75:20
102:5
**seats** 83:24,25
101:22 113:23
115:14 142:15
144:23,24 148:4
195:3
**seclusion** 35:21
36:13,19,20 38:2
38:7 280:8,14
281:9 282:20
283:12 286:12
293:2
**second** 6:7 12:10
13:22 41:5 52:15
59:6 81:12 83:3
84:7 96:11 98:4
98:5 108:21
110:16 132:24
133:2 139:21
152:18 154:5
170:6 171:8,12
178:25 186:24
188:13,22
193:10,13
202:14 217:3,19
219:21 232:17
233:2 236:22,23
237:18 239:3
240:4,16 241:19
266:21 267:12
268:12,14,15
273:4,5 277:13
280:17,18
282:14 293:22
**seconded** 140:12

183:7 201:19
203:21 211:22
266:25 267:2,5
**seconder** 259:25
**seconding** 171:17
**seconds** 182:1
216:3 292:12
**second-grader**
179:9
**secret** 131:14
**secretary** 20:12
21:4
**section** 5:18 45:13
80:22 81:4 84:9
**security** 161:7,7
169:1
**see** 3:8 5:4 6:7
27:8 59:15 61:11
62:18 87:3 93:1
93:17 96:12
111:21 128:1,8
138:25 143:25
157:12 161:21
178:20 179:25
189:1 191:19
196:1 197:5,12
200:17,24 203:9
220:8 226:21
227:8,25 235:17
245:1,9,17
249:21 254:23
259:15 272:12
284:3,14 286:20
292:5 299:16,24
**seeing** 6:16 105:25
135:25 171:11
193:15 228:12
238:1 244:19
248:18
**seek** 97:24 104:16
108:14 117:19
152:25
**seeking** 100:19
119:15 300:11

**seemingly** 22:2
**seen** 127:16
143:16 195:5
**sees** 43:11 117:5
153:22
**select** 113:17,18
**selected** 127:8
**selection** 37:19
100:11 143:4
**selective** 193:25
194:18 257:10
**selects** 100:24
**self-fulfilling**
26:23
**self-reflective**
39:17
**semester** 59:6
**semesters** 283:8
**semifinalists**
159:13
**send** 92:7 149:3
208:20 216:22
250:24
**sending** 157:9
229:7
**sends** 140:24
188:16 284:7
**sense** 40:22 45:20
92:1 275:1
**sent** 19:19 48:7
53:15 153:1
204:20,21
216:13 249:11
250:11 300:20
**sentence** 246:7
250:20
**SEPTA** 38:12
285:16 287:10
289:9 290:23
**September** 52:12
84:1 89:20 90:9
90:18 91:15,17
91:20
**serious** 103:3

126:23 274:25
**seriously** 30:15
**serve** 58:15 101:23
257:19 287:16
294:21 298:11
**serves** 62:23
**service** 159:3
**services** 47:12
66:7 114:9 274:9
274:20 281:1
286:7 303:20
**session** 22:1 47:15
64:24 86:12
96:10 123:10
227:2 228:20
251:25 265:11
272:23 273:14
274:6 291:1
300:16 301:20
**sessions** 89:15
127:3 218:18
234:1
**set** 22:9 28:2 40:21
52:14,16 63:17
88:2 105:15
130:13 173:17
191:20 196:6,7
227:18 240:11
283:21 294:11
**Sethi** 13:8 50:12
**sets** 189:8,18
220:18
**setting** 37:20
130:11 220:3
227:23 252:18
**set-up** 218:24
**seven** 45:9 230:3,3
235:18 279:13
303:20
**shaky** 49:24
**shame** 146:10
**shameful** 127:4,8
**share** 35:22 89:23
120:24 126:22



130:3,10,18
167:19 169:2
211:19,20
223:19 254:11
257:25 277:2
292:14
**shared** 100:15
101:11 111:4
127:2,13 128:19
136:4,7 141:11
166:6 198:15
211:13,25
212:10 218:22
288:10 291:18
**sharing** 35:4
268:11
**sheet** 28:17 99:9
108:10 151:12
152:6 154:10
177:2 183:14
186:16 198:6
208:5 213:23
**sheets** 230:24
**shift** 37:2
**shoes** 117:21
**short** 55:18 103:17
190:10
**shortcut** 267:20
**shorten** 220:11
**shortened** 262:24
**shorter** 253:10
**shortly** 216:13
**short-range** 62:22
**shot** 26:25 158:1
188:1
**shout** 302:12
**shout-out** 281:19
291:3
**show** 10:23 18:1
25:4 81:23 82:1
82:21 83:14
84:14 129:4
167:25 168:1
179:4 250:6

**showed** 20:8
**showing** 43:20
168:15 249:8,8
250:5
**shown** 7:15 66:20
67:13,14,14 69:2
69:2,3,4 83:13
200:8
**shows** 80:17 81:10
81:13 82:24 83:3
83:7,16 84:8
85:5,19,24
**Shughart** 20:18
160:6
**shut** 31:16
**shy** 195:18
**siblings** 136:14
**sic** 116:23 217:20
230:15 236:20
**side** 81:10 88:6
269:1
**sides** 104:22
**sign** 153:6
**signal** 194:16
**signed** 9:3 52:13
**significant** 75:4
145:18 196:9
**significantly**
145:11 215:3
**silence** 4:2,11,12
**silent** 165:1
**silver** 77:20,22
93:7
**Silverbrook** 80:16
**similar** 58:2
218:24
**simple** 20:19
153:4 178:16
226:7
**simply** 104:10,25
105:9 123:11
164:16 219:3
269:15
**sincere** 54:13

**sincerity** 19:17
**single** 19:15 23:21
30:12 60:7 110:7
170:2 171:6
179:9 181:3
184:17 195:3
227:1 228:22
254:17 296:11
**siphoned** 276:3
**SIS** 185:11 199:10
205:3 266:8
**sit** 164:7 168:13
**site** 63:6 77:15,21
**sites** 37:22 65:22
281:9
**sitting** 226:8 257:4
**situation** 12:20
49:23 175:25
275:1
**six** 19:12 20:7
66:18 230:3
235:3,3
**sixth** 125:12
**size** 57:20 115:11
187:16 249:5
**Sizemore** 2:10,11
6:11 96:18
106:21 117:13
120:8,10 121:5
151:18 185:5,25
207:21 209:15
210:17,18 211:2
212:21 213:1,5,6
213:14 214:10
214:12 220:16
220:22,23
221:11 222:6
223:20 224:18
224:21 225:17
225:19 226:2,13
230:9 235:9
238:15 262:6,11
262:13 271:6
279:16 280:6,9

280:20,22 288:3
292:7,10,13,14
293:7,23 295:11
**skill** 37:4 44:12
283:21
**skills** 36:16 97:11
107:17
**skimming** 23:20
**skin** 32:18
**skip** 302:8
**skipped** 94:25
**slapping** 39:4
**sleep** 59:12
**slide** 62:18 63:12
64:13 66:8 67:4
68:1 69:11 72:3
74:6 76:11 77:11
78:3,10 79:3,15
79:24 80:11,17
84:7,16 86:8
92:19
**slip** 140:5
**slot** 131:8
**slots** 131:5 132:13
142:4,13
**slowed** 11:23 19:1
**small** 50:15 59:19
124:14 148:13
148:14
**Smith** 12:23,25
13:7,11,21 14:8
14:10,11 15:2,5
15:7 62:12
120:22,24
129:24 130:3,6
130:23 132:3,8
133:13,18
134:24 135:2
141:24 142:19
149:20 150:6,14
159:1 160:25
161:18,19
164:22 166:8,10
166:16 167:4

168:17,19 182:1
183:8,10 190:13
191:8,23 192:9
192:19,20
195:20 196:13
**Smith's** 192:15,16
**smoothly** 51:20
**snapshot** 22:12
**snickers** 287:3
**social** 20:24 32:11
32:13 48:4 64:4
**socially** 44:8
**societal** 137:11
**society's** 32:11
**socioeconomic**
101:7
**solar** 52:9,11,13
52:15 53:7 75:7
75:9
**solicit** 156:20
**solid** 35:20
**solution** 39:4
42:19 97:4
125:14,23 155:8
**solutions** 39:23
41:21 254:21
257:2
**solve** 50:18 169:8
**solved** 28:1 128:3
**solving** 161:8
**someplace** 177:22
177:23
**somewhat** 143:13
**son** 139:18
**soon** 36:23 92:9
276:1
**sooner** 282:20
284:4
**sorry** 5:6 6:17
35:3 46:19 54:4
84:9 94:14,18
102:3 108:20
111:1 123:4
135:2,6 142:11



147:8,12,24
150:20 155:18
155:22 156:24
169:20 181:10
200:24 206:17
216:4 230:12
233:2,4 235:23
236:9 239:4
242:13 244:20
252:14 259:22
261:12,13
263:19 276:8,22
278:7 290:13
295:23,24,25
296:19,24
**sort** 41:6 214:18
**soul** 20:25
**sound** 4:15,17,25
13:5,18 14:5,9
14:23 15:20
46:23 180:25
**sounding** 290:15
**source** 33:19 83:9
**sources** 69:12,13
84:20 113:4
**south** 57:21 145:5
145:7
**space** 56:24 173:2
211:5
**spaces** 75:24 93:5
**spaces.hightail.c...**
1:17
**speak** 31:23 43:19
55:15,22 91:24
98:7 100:5
102:14,14
106:10 108:23
110:16 111:13
147:9,13 152:20
154:4,19 156:15
171:18 172:18
173:18 174:14
175:1 187:3
188:12 218:4

219:20,24 224:2
227:12 232:15
233:7,23 234:3
236:25 237:18
240:6 241:19
244:24 245:4
249:15 268:16
273:8,12,19,22
280:21 282:13
**speaker** 9:8 13:22
16:1,12,13,14
19:9 21:23 25:9
29:3 31:15,20
34:9,14,17,20
35:5 38:15,20
42:5 46:1 144:17
150:17 174:24
193:16 207:21
209:16 211:2
216:2
**speakers** 8:3,10,17
8:25 9:1,6 31:15
105:25 134:2
173:17 178:25
188:24 218:3
220:8 237:25
242:24 243:3
244:20 284:15
292:5
**speaker's** 29:1
42:1
**speaking** 9:13
16:16 46:9
112:22 154:23
173:19 193:22
213:7 217:21
268:19
**speaks** 68:1 73:11
98:11
**special** 34:23
35:14 36:6 65:13
66:6 124:12
143:10 280:25
281:2 282:6

286:7 287:19
292:18,21 298:3
**specific** 37:14,18
37:25 97:25
106:10 108:15
173:21 214:19
**specifically** 161:7
**specifics** 130:19
**speech** 15:15
**spend** 40:9 69:17
274:19
**spent** 40:2,19
109:8,10 112:21
177:12
**spirit** 136:21
190:8,21 240:8
245:6
**spoke** 32:3 134:14
163:22 180:15
182:18 184:10
243:13 278:12
**spoken** 101:24
122:3 182:20
189:15
**sports** 50:13
**spot** 239:4
**spouse** 16:6
**spread** 11:14,23
18:16 19:1
**spring** 189:20,21
189:21
**Springs** 79:9
**sprint** 116:17
**square** 53:5 75:3
**Srilekha** 34:15,17
35:3 38:16,22
42:4
**stacks** 28:23
**staff** 11:6,11 18:9
18:14 19:21
36:15 37:11,24
38:3 52:19 64:22
110:8 120:12
148:22 153:8

159:8 160:10,23
161:15 172:5
176:7 180:22
181:8,17 182:13
194:17 215:7,20
224:11,24 225:6
225:7 226:12
228:3 237:8,15
281:7 282:2,4
283:4,10,21
288:6 289:14
291:15 297:17
297:25 299:13
**staffing** 159:4
162:18 163:13
172:4
**staff's** 10:20 17:23
**stake** 246:16
**stakeholder**
246:17 248:7
300:13
**stakeholders**
47:16 239:18
245:19 246:8,20
261:15 297:21
**Stamera** 34:10,12
**stand** 12:1 19:3
21:18 31:12
159:4 163:5
**standardized**
47:13 135:18
**standards** 33:7
39:7 42:13 108:9
151:11 186:14
208:4 213:21
230:23
**stands** 4:6 23:9
213:3
**stars** 51:21
**start** 15:25 37:21
46:8 50:13 55:13
63:15 64:2 81:1
111:16 119:3
134:16 155:11

191:12 214:24
237:21
**started** 29:23 35:6
40:14 49:20,23
95:25
**starting** 23:19
111:20 116:21
146:10 221:22
**state** 21:7 30:17
31:10 48:24,25
73:10 89:19
91:22,23 124:13
**stated** 20:17 38:5
48:21 100:18
123:9 140:17
291:14
**statement** 48:18
49:9 98:9 175:13
259:25 278:18
**statements** 8:7
206:11 293:25
**states** 4:5 29:11
39:12 48:9 104:6
127:10 142:9
**statewide** 24:10
**static** 86:7
**stating** 251:23
**status** 52:18,24
83:4 84:4,8
301:25 302:1
**statutes** 126:1
**stay** 7:16 176:5
**steer** 43:9
**STEM** 24:12 32:6
32:7,9 43:5,5,10
44:6,10 45:16,17
97:8 107:14
109:20 121:19
122:7,16 124:1
137:5 159:24
194:21 214:17
215:17 239:12
261:6
**STEM's** 44:12



**step** 39:10 60:25
100:16 101:18
102:7 125:24
143:21 160:23
167:23 223:22
228:24 229:6
286:13 292:19
**steps** 56:21 102:17
215:15
**stewards** 77:1
**stewardship** 74:7
74:8,11,13
**stop** 9:19 16:22
21:17,18 171:12
226:16,25
**stopped** 37:5
141:2 213:13
**store** 43:22,23
**stories** 35:23
284:22 288:10
291:18
**story** 26:18
**straight** 22:10
**strategic** 87:19
274:10,12
**strategies** 10:1
17:4 27:11,13
**stream** 4:16,18,25
12:18 13:4,12
14:5,20,23 15:2
**streaming** 16:7
**streams** 73:21
87:25
**Street** 303:21
**strength** 110:6
**stress** 56:4 58:24
74:3
**stretch** 160:5
**strike** 19:21,23,23
**strive** 109:24
243:9 290:3
**strong** 171:22
257:25 275:3,23
284:7 286:10

**stronger** 288:18
**strongly** 27:2
29:16 37:13
282:10
**structural** 72:12
**struggle** 285:1
**struggles** 49:18
50:16 56:19
60:13
**stuck** 50:8
**student** 3:24 7:22
8:19 19:16 21:5
24:5,6,25 26:25
28:17 30:6,8
44:22 46:5 50:14
50:25 51:2,5,6,8
51:10 53:25 56:4
56:12 57:4,10,18
58:24 63:2 66:17
97:9 99:9,14
100:13 103:10
105:4,18 107:15
108:10 110:24
114:18,19 118:3
122:5 125:20
127:11,19
130:14,15
149:13 150:4,9
151:12 152:6
154:10 174:9,11
177:1 183:13
186:15 208:5
213:22 219:8
230:24 236:19
238:9 239:20
245:13 246:10
261:16
**students** 8:14
10:19 17:22 20:5
20:14 21:19
23:16 24:10,12
26:19 28:3 29:25
31:1 33:24 39:1
40:1 43:9 45:1,2

45:15,22 47:12
47:24,25 55:23
58:4,22,25 59:9
60:2 61:1 65:2,2
65:3,5,7,8,10,16
66:2,4,14 67:6
67:16,17,18,21
67:22,22,24,24
68:2,10,12,14,18
68:22 69:5,6,7,8
84:2,3 90:6,7,24
91:1,5 97:12
99:7 100:12,20
100:24 101:3,19
101:24 102:19
102:20 103:19
103:25 104:5,22
105:1 107:18
109:13,18,20
110:3,20 111:8
112:7,16 114:20
115:23 117:20
118:12,13,24
119:24 122:9
123:21 124:20
124:23 126:8
131:1,11 132:5
134:25 136:11
136:19 142:22
143:8 145:13,16
148:9,24 149:3
149:23 150:7
152:8 153:5,11
153:24 157:12
158:14 159:12
159:16,21 160:1
161:4 162:9,17
162:20 164:17
165:21 166:12
166:18 167:3,7
167:11,14
168:23 170:12
171:24 172:3,6
172:11 174:8,20

178:20 183:15
185:13 186:22
187:15,21 189:5
190:3 194:20
204:4,8,9 205:5
208:11 214:5
231:6 236:14,20
238:4,10 239:10
243:15 260:17
261:4 266:10
281:7,25 282:10
283:23 285:1,7
285:14 292:21
297:17 298:1
299:2
**student-driven**
74:10,13
**student-led** 52:3
74:19
**studies** 48:3 53:13
**studio** 4:14,19,22
**study** 24:22 48:6,8
52:21 113:24
114:8,12,13
**stuff** 56:15 92:16
154:13 165:16
**subjectivity** 28:14
**submit** 50:3
**subscriptions**
301:17
**subsequent** 86:19
86:20 104:8
**subsequently**
70:16
**substantial** 197:9
**substantive**
216:18
**substitute** 299:5
**succeed** 104:10
105:8 282:1
**succeeded** 127:10
**succeeding** 25:7
**success** 28:3
152:24 237:10

291:9 301:15
**successes** 60:12
**successful** 127:5
288:15
**successfully** 104:5
143:17
**succinct** 220:14
**suggest** 26:6 216:5
**suggested** 190:2
**suggestion** 268:22
**suggestions**
245:13 246:24
**sum** 118:18
**summaries** 80:21
**summary** 80:22
81:5
**summer** 21:3 30:3
**super** 220:14
291:6
**SUPERINTEN...**
62:3 142:17
192:4,8 257:13
257:15,20 290:6
297:9
**superintendent**
9:24 10:7,12
17:2,10,15 29:15
30:25 48:22
51:17 62:7 96:8
97:5,17 106:4
107:11,23
115:17 118:22
128:20 131:2,15
132:2 142:8
150:25 169:14
170:1 173:8
195:10 197:22
200:6 201:7
204:2 223:3
224:11 226:5,20
239:7,23 240:3
240:19 250:21
254:25 255:10
255:16 260:25



261:21 262:1
274:4,17,21
275:23 293:19
294:3,10 295:7
297:5
**superintendent's**
97:21 106:7
108:2,4 151:4,6
**supervision**
298:25
**supervisors** 70:2
70:24 94:1
**super-brief** 260:3
**super-super** 140:2
**supine** 37:6
281:13
**supply** 41:3
**support** 27:2
30:21 43:5 55:10
62:14 72:13
75:22 88:11
99:18 101:12
111:7 112:25
114:8 118:12,18
125:6,25 135:10
140:14,15
145:21 146:21
146:22 154:15
155:23 156:20
158:23 163:15
169:24 171:22
172:13,23 173:4
173:13 174:15
174:17 177:8
178:22 182:12
189:9,16 193:22
195:6,7 220:6,20
226:25 242:9,11
243:1 257:22
258:3 260:7
269:3,3,15
272:10 273:17
275:9 281:16
285:4 296:23

298:19
**supported** 181:15
**supporting** 103:6
113:10 118:14
122:11 126:14
144:2 175:3
176:10 178:9
179:23 182:11
215:9 228:13
292:2
**supportive** 76:20
100:9 229:5
**supports** 43:12
74:10 187:20
**sure** 4:14 13:14
51:20 60:23
73:21 88:23
99:12,19 103:9
110:17 111:25
113:3 127:18
133:8 135:6
136:18 142:1
146:16,24
159:23 162:22
173:19 182:6
189:3,6 191:6
192:9 199:14
203:9 211:11
219:13 221:15
228:17 236:7
240:10 241:11
256:3,7 269:20
269:21,24 275:8
**surf** 164:5
**surprised** 88:10
**survey** 236:20,21
238:10,11
**sustainability**
52:19
**switch** 111:17
**Synthetic** 71:17
**system** 9:23 11:13
14:13 17:1 18:15
23:14 34:7 37:24

56:20 57:24
72:10,25 126:10
127:5 132:6,7
140:21 172:10
178:19 294:17
294:23
**systemic** 72:5
123:18 125:1,17
126:15 137:12
**systems** 15:16
30:2 72:13,19
73:14 274:18
**system-wide**
281:11

---
## T

**T** 151:1
**table** 81:5,7,10
83:22 85:5,9,24
171:4 173:21
199:18 206:7
207:20,22
210:24 212:18
218:2 231:14
232:18,21 241:5
257:2 263:12
277:6,16
**tables** 75:20 85:18
**tackle** 228:11
**take** 4:10 12:3,13
12:19 15:9 19:5
26:1 37:17 54:12
56:21 59:8 60:24
61:3,6 62:10
67:1 95:24
102:17 112:19
123:14 140:11
153:15 154:9
157:15 159:6
161:16,24 163:5
164:20 165:17
167:25 168:1
178:5,24 180:3
202:20 215:13

215:14 263:2,9
270:12 271:10
272:3
**takeaway** 133:16
133:20
**taken** 3:23 95:3
155:6 197:8
202:10 209:6
242:2 303:11
**takes** 11:17 18:19
167:22
**talent** 119:25
122:6 137:5
159:24 214:22
219:1
**talented** 104:4
194:5 219:7,12
**talk** 63:12 66:11
69:11 76:23
78:11 79:24
129:25 149:22
155:20 188:18
276:12
**talked** 40:23 73:20
84:16 89:14,24
92:24 119:2
125:2 126:4
168:20 218:20
233:25 237:2
245:7,11 268:21
**talking** 56:12 57:7
103:16 139:3
146:17 154:7,23
155:3 162:23
173:7 174:18
177:13 195:25
228:18 229:7
243:23 244:8
250:9 257:11
**talks** 62:19 66:8
67:4 72:4 74:6
76:11 77:11 78:3
79:3,15 80:11
86:8 241:25

**target** 20:13
108:16
**targets** 38:9 98:1
106:11
**TAS** 39:10,10,14
**task** 41:13,15
71:18 108:6
**taught** 25:16 32:7
37:24
**taxpayer** 275:21
**teacher** 19:18 26:1
26:11 27:18
109:9 129:2,6
262:21 299:6
302:16
**teachers** 26:4 32:1
60:10 75:22
109:12 124:6
178:19 262:25
283:15 299:1
**teacher's** 26:12
**teaching** 27:4
72:16 299:1
**team** 10:7 17:10
36:2 58:16 62:9
76:1 87:17 89:8
90:1 195:10
274:4 290:2,10
291:25 293:14
**teams** 167:19
**teamwork** 114:20
**tears** 292:17,22
**tech** 24:11
**technical** 190:15
**technology** 22:4
47:9 97:7,14,19
107:13,20,25
**television** 14:25
**tell** 34:4 125:15
131:17 157:9
181:9,21 253:21
**telling** 19:20 139:3
**tells** 132:17 139:4
**temporarily** 36:18



| | | | | |
|---|---|---|---|---|
| **temporary** 75:14 | **thank** 2:6,12,20 | 145:24,25 146:6 | 248:1,9 258:1,5 | **Thelma** 46:25 |
| 75:20 82:9,12 | 3:10,19 4:9,13 | 147:3,4,7 149:6 | 259:9,9,15 | **thing** 24:25 49:12 |
| 85:21 | 5:1,3,14 6:6,13 | 149:16 150:15 | 260:22,23 | 90:16 131:24 |
| **ten** 9:3 | 6:20,22 7:1,25 | 150:16 151:21 | 262:13 263:13 | 139:21 160:10 |
| **tenets** 101:20 | 8:1 12:6,21 13:9 | 152:17,19,22 | 264:24 265:3 | 162:6,16 181:11 |
| **tent** 75:19 | 13:20 15:17 16:9 | 154:3,17,21 | 266:4 268:8,8,18 | 227:1 229:11 |
| **ten-year** 77:3 | 19:8,9 21:22,23 | 155:14 158:18 | 269:8,9 270:14 | 236:8 250:6 |
| 79:17,20 | 25:9,11 29:2,7 | 158:20 161:18 | 270:22 271:3,21 | 287:1 |
| **term** 57:9 68:8 | 31:13,14,18,19 | 161:21 163:19 | 272:1,7,18 273:6 | **things** 32:2 49:23 |
| 90:8 | 31:22 35:1,2,9 | 163:21 166:7 | 273:10,18 | 55:24 56:25 58:9 |
| **terms** 96:9 149:21 | 35:17,17,21,23 | 170:18,19 | 276:13,15 | 59:4,19 92:24 |
| 159:3 180:22 | 36:2 38:15,18 | 172:16,19 | 277:11 278:16 | 100:1 119:4,11 |
| 223:15 226:11 | 42:1,3,4 45:25 | 173:16 176:12 | 279:23 280:2,9 | 121:9 126:25 |
| 230:17 254:18 | 46:2,12,22 49:14 | 177:9 178:3,4,7 | 280:19 282:8,11 | 128:4,20 136:8 |
| **Terrace** 80:14 | 50:11 51:13,18 | 178:15,23 180:6 | 282:12 284:12 | 138:12 139:15 |
| **test** 12:23,23 | 52:10 53:18,22 | 181:24 182:6 | 284:13,18 | 141:15 143:24 |
| 28:10 47:6 48:5 | 54:9,25 55:7,7 | 183:22 184:1,18 | 285:24,25 | 144:3,4 153:20 |
| 49:11 102:3 | 55:11,11,12 | 184:23,24 | 286:21,23 | 161:23 163:11 |
| 105:5 115:10 | 60:10 61:16,18 | 186:25 188:11 | 287:19,23,25 | 176:5 180:11 |
| 135:16,18,19 | 61:20 62:3,11 | 188:23 189:1,11 | 288:2,2,6,9,21 | 187:6,12 191:9 |
| 141:14 152:5,12 | 86:23,24 87:1,8 | 189:12,14 | 288:23 290:6,8 | 197:5,11 223:13 |
| 153:6,15 157:15 | 87:14,23 88:12 | 191:22 192:4 | 290:10,11,17,18 | 240:25 243:17 |
| 160:17,18 161:6 | 88:19 89:1 91:5 | 193:7,11,18 | 291:5,10 292:3 | 245:7 269:1 |
| 161:24 162:4 | 92:10,14,14 | 195:14,16 | 292:19,21,24 | 286:4 291:16,23 |
| 163:1 164:8 | 93:23 94:2,3,4 | 196:20,21,21,23 | 293:12,13,23 | 299:21 |
| 166:20 170:10 | 94:25 95:1,14 | 200:11 203:8,16 | 297:6,9,11 298:7 | **think** 12:7 33:8 |
| 170:14 171:25 | 96:12,13,22 | 204:13 209:17 | 298:12 299:25 | 37:16 56:18 |
| 173:1,3,22 174:6 | 100:3 102:10,11 | 210:16,18 | 300:1,6,24,25 | 59:16,25 62:5 |
| 174:12 179:10 | 102:13,15 | 212:24 216:1 | 301:4 302:2,3,23 | 73:11 86:25 91:6 |
| 185:11,16 198:9 | 103:12,13 | 217:5,10,18,20 | **thanked** 21:11 | 92:15 98:15 |
| 198:9 199:5 | 105:23,24 107:5 | 218:6 219:18,19 | **thanking** 134:17 | 99:22 102:23 |
| 201:12 205:3 | 107:6 108:25 | 219:23 220:7,21 | 289:14 | 109:17 111:23 |
| 266:8 | 109:3 110:14 | 223:18 224:18 | **thankless** 287:17 | 116:6 117:20 |
| **tested** 26:7 | 111:3,10,11 | 225:17 226:14 | **thanks** 35:12 | 118:10 122:3,10 |
| **testimonies** 9:5 | 115:24 117:12 | 227:8 228:14,15 | 38:12 103:15 | 127:4 133:13,19 |
| 46:8,15,20 | 117:15 120:3,4 | 229:16 230:10 | 134:12 156:16 | 135:3,3 138:1,7 |
| **testimony** 46:11 | 120:10 121:5,11 | 231:23 232:1 | 156:17 158:22 | 139:2,19 142:24 |
| 53:24 | 122:18,19,25 | 233:5,6 234:17 | 177:11 229:15 | 143:23 146:9 |
| **testing** 179:8 | 123:2 126:3,18 | 235:9 236:24 | 282:15 290:23 | 154:6,24 156:2 |
| 199:9,9 268:23 | 126:22 129:23 | 237:17,24 240:5 | 291:8,17,24 | 160:4 161:2 |
| **tests** 47:14 98:24 | 133:23 134:6,8 | 241:16,17,20 | **Thanksgiving** | 162:22 163:6,10 |
| 158:4 163:7 | 134:12 138:4 | 242:12,21 243:3 | 229:8 290:25 | 163:11,11 |
| **Texas** 303:18 | 140:7,8 141:22 | 244:2,3,5,6,17 | 291:2 | 165:25 169:7 |
| **text** 14:3,12 | 144:8,14,15,19 | 244:18 247:7 | **theft** 30:5 | 170:21 171:21 |



171:23 172:8
173:10,14
176:14 177:24
178:13,21 179:2
179:13 182:17
183:19 188:20
194:12 195:4,12
195:19,20 196:6
196:12,25 197:2
199:3,18 201:16
206:23 209:7
214:15,23 215:8
215:10,24 220:2
222:23 224:2
225:5,12 227:1
227:10,24 228:1
228:6 229:10
237:19,22
242:15,22 243:5
244:9 245:6
246:13,22 247:9
252:11,20 253:1
253:13 254:15
255:1,13 256:5
256:14 260:6
262:16 269:1
273:15,16
275:13 276:5,10
277:9 278:12
281:6,14,23
286:13 287:9,23
292:20
**thinking** 109:5
160:21 218:19
246:18,19 255:5
264:8
**thinks** 60:3
**third** 43:16 83:7
189:21 259:4
**third-party**
285:23
**Tholen** 2:13 3:6
3:11,17 5:4,9,12
5:13 6:17,20

96:19 106:19
107:7,9 108:23
108:25 134:17
136:22 144:10
147:4,8,12,15,18
149:7 151:19
185:4 186:1
193:11,17
195:15,16
196:24 210:15
210:16 230:6
235:6 238:14
242:25 243:1
262:5,20 270:25
279:4 290:12,15
293:7 295:12
**Thomas** 25:10,11
25:12 40:8 94:8
97:6,18 106:5
107:12,24
110:22
**thought** 5:8 26:6
57:12 88:10
112:10 121:25
133:18 163:18
164:24 173:6
199:2 215:23
246:15 268:19
276:24
**thoughtful** 37:1
109:17 121:13
229:13 285:18
**thoughtfully**
110:1 121:22
**thoughtfulness**
233:11
**thoughts** 111:4
**thousands** 50:2,14
**three** 8:5 9:5
22:11 27:11
36:18 46:22 66:8
78:13 188:5
189:19,24
190:23 214:10

221:24 230:2
259:13 278:3
281:10 286:12
**three-year** 195:11
**threshold** 99:8
153:12
**thresholds** 11:2
18:5
**thrilled** 281:22
282:5
**thrive** 103:20
109:19 120:1
**thriving** 25:7
**thrown** 49:22
**ticket** 33:11
**tie** 196:16
**tied** 81:5
**Tignor** 57:4
**till** 203:2
**time** 6:23 12:4,6
19:6,8 22:24
28:2,9,14 29:1
30:18 35:10
36:15 37:25 42:1
53:18 56:24 59:1
59:12,13,17
60:24 61:3 63:9
66:16 70:9 87:13
93:5,20 109:9
112:21 119:3
125:15 128:23
130:20 133:25
138:10 152:2
161:13,17
163:16 171:2
175:14 181:13
186:5 187:2
190:10 191:15
191:16,20
192:18 193:3,5
194:4,4 202:25
216:7 224:22
226:17 227:6
229:21 236:2

248:19 251:1
262:11,24
275:15 276:12
277:25 278:15
280:4 282:24
289:5 293:15,24
294:18 295:2,10
297:4 300:2
302:11,16
**timeline** 11:10
18:13 37:20
195:11
**timely** 203:6
**times** 47:3 117:16
244:8 262:17
**time-sensitive**
90:16
**tips** 57:10
**tired** 276:25
**tireless** 60:15
**tirelessly** 276:7
**Title** 99:15 101:13
**titled** 1:19 2:1
73:4 303:7
**TJ** 19:16,19,25
20:13 21:2 22:1
22:14,25 23:25
23:25 25:17 27:1
27:4,10,13,21
30:19 32:3 33:7
33:14 39:1 40:3
40:20,23 41:5
42:8 43:1,4,11
44:2,5,16,17
45:12 47:1,5,7
47:22 48:5 49:5
97:13 98:3 99:16
100:12,25 101:1
101:4,15,23
102:6 103:20
104:24 106:5
107:19 108:18
109:5,7,19 110:6
110:25 112:7,20

115:23 116:10
116:12,14 117:4
117:5,6,7,17
118:7,13,17,25
119:20 121:16
122:8,14 123:9,9
123:19 124:17
125:3,12 126:7
127:3,7 130:16
136:5 137:3
138:17 139:8,24
140:23 141:4,7
141:12 143:6
145:1,22 148:24
150:25 151:2
152:16 153:25
155:10 157:22
158:7 164:5
166:19 167:12
167:20,20 177:5
178:20 185:20
188:16 204:10
204:11 222:18
226:22 228:20
228:22 237:16
238:6,10 239:8
239:18 243:11
243:16 256:25
261:2,14
**TJHHST** 236:20
**TJHSST** 236:15
236:16
**TJ's** 25:13 27:25
39:6 194:24
214:17
**Toby** 287:20
**today** 7:24 29:14
51:15 55:16 58:5
86:9 103:7
105:12 128:4
144:24 155:20
189:19 227:23
242:23 280:12
298:14,16



**told** 19:14 131:15
  227:21 275:2
**Tomorrow** 299:4
**Tompkins** 31:21
  31:22
**ton** 26:16
**tonight** 9:3,17
  16:20 19:25
  21:16 35:1,16
  96:3 104:9 111:7
  112:14 115:13
  116:3,8 117:3
  118:9 119:15
  121:1,9 122:3,12
  125:25 131:23
  169:8 180:10
  182:18 194:12
  195:13 207:1
  214:24 233:17
  240:9 241:21
  242:2 276:8,13
  292:22
**tonight's** 125:7
**tools** 239:24 240:2
  256:24 257:8,12
  261:22,25
**tooshes** 287:3
**top** 23:19 104:6
  151:8 186:11
  207:25 213:19
  230:21
**topic** 117:17
**topics** 117:18
  275:15 286:15
**torn** 128:5 144:13
**total** 65:1 66:1,11
  68:9,11 76:11,13
  77:3 148:3 160:1
**totally** 38:24 94:24
  159:7 162:2
**totals** 68:21
**touched** 179:2
**town** 20:21
**track** 209:3

**tracks** 63:10
**tract** 113:20
**traffic** 20:9
**tragedy** 33:23
**training** 36:16
  109:12 283:15
**trainings** 37:22
**transcription** 1:11
  303:5
**Transcriptionist**
  1:23 303:4
**TRANSCRIPTI...**
  303:1
**transfer** 66:14
  68:17,20,21,24
  69:4,5,25 70:1
  71:3,7,22 274:15
**transferred** 69:3
  70:22 275:20
**transferring** 68:10
  68:12,13
**transfers** 68:2,2,8
  69:1,9,10,21
  71:15
**transformed**
  87:15
**transition** 37:1
  118:15
**transmission**
  13:18
**transparency**
  42:16 128:18
  132:19 242:11
**transparent** 38:6
  87:21 209:12
**transport** 162:15
**transportation**
  62:8 154:13
  162:8 171:24
  176:4
**trauma-informed**
  283:19 285:8
**Tree** 79:11
**tremendous** 7:19

**trends** 10:22 17:25
  64:17,21
**tried** 23:12 27:10
  135:22
**trigger** 254:14
  255:1
**trouble** 116:2
  248:14
**troubled** 39:3
  273:24
**troubleshoot** 15:3
**troubleshooting**
  13:16
**true** 51:21 125:1
  141:1 227:20
  303:4
**truly** 10:21 17:24
  103:3,8 121:17
  124:12 125:4
  297:24
**trust** 37:10 49:2
  77:2
**truth** 26:3 227:21
**try** 61:11 74:5
  91:4 95:22
  103:17 111:15
  131:2 155:7
  257:9 277:18
**trying** 61:2 123:4
  129:13 133:1
  134:21 136:20
  138:17,18,22
  141:23 150:3
  156:19 162:17
  195:20 200:25
  222:9,21 223:13
  223:16 228:1
  233:16 234:9
  235:23 236:9
  240:9 245:23
  246:5 248:23
  249:15 253:10
  257:4,19 294:17
  295:23 296:3

  301:3
**Turf** 71:17
**turn** 62:5 140:11
  178:6,24 242:22
  288:17
**turning** 262:14
**TV** 14:14
**Twain** 79:13
**twice** 33:5 232:8
**Twitter** 104:20
**two** 22:22 50:7
  57:5,6 76:19
  79:6 86:18 93:17
  161:23 162:1
  230:2 258:21
  263:6 273:14
  274:6 286:4,6
**two-minute**
  141:21
**two-part** 31:7
  240:13
**two-thirds** 71:13
**two-way** 10:10
  17:12
**two-year** 76:24
  77:8
**type** 82:25 103:4
  167:15 243:5,7
  244:10
**types** 195:23
**Typically** 251:24
**Tysons** 79:20

————————

**U**

**Uh-huh** 158:15
  245:22
**ultimately** 187:10
  216:16 218:16
  283:17 284:5
**unanimous** 96:21
  185:8 186:3
  238:18 262:9
  265:13 267:3,14
  293:11 295:18

  297:13
**unanimously**
  29:17 266:7,13
  269:6
**unavailable** 85:13
**unclear** 156:7
  163:12
**uncomfortable**
  144:7 215:18
**unconsciously**
  140:6
**underdeveloped**
  45:18
**undergone** 81:17
**underprivileged**
  43:24 50:3
**underrepresented**
  27:7 43:7,18
  45:8 48:14
  139:17 145:12
  236:19 237:5,6
  238:9
**underserved** 45:8
  48:14
**understand** 98:9
  98:22 99:13
  109:1 124:10
  139:9 146:6,8
  153:8,23 159:10
  162:10 190:9
  198:3 205:23
  206:2 214:21
  218:14 222:10
  222:21 224:16
  224:25 229:2
  233:16 244:12
  245:23 246:6
  250:8 253:12,13
  256:11,13 260:9
  264:12 283:23
  291:21,21
**understanding**
  135:11 144:21
  150:4 153:10



157:21 173:12
180:12 283:3
**understands**
39:14
**understatement**
74:22
**understood**
163:23 166:17
212:8 226:10
257:20 275:9
**undertake** 242:4
**unfamiliar** 153:7
**unfavorable** 29:24
**unforgiving** 59:2
**unfortunately**
57:17 250:10
**unfunded** 76:17
76:23 77:7,24
79:3,18 83:5
**unfunding** 76:23
**unhappy** 180:10
**unidentified**
123:22 126:9
**uniformly** 124:4
**unintelligible**
28:24 30:2,18,19
30:23 31:7,10,11
39:9,24 41:22,25
45:24 48:10,12
52:6 91:21 92:21
93:4 95:21
129:18 164:25
165:2 169:18,19
170:17 183:6,25
184:9 191:23,25
196:13 200:15
204:18 205:25
207:12 208:23
213:10 217:8
245:25 247:8,16
249:6 250:2
252:9 268:6
270:6 298:23
**union** 9:14,21

10:18 16:18,24
17:21 79:10
**unions** 32:1
**unique** 63:19 82:1
298:2
**United** 4:5 29:11
39:12 104:6
127:9
**universal** 158:12
201:9 204:7
**universally** 143:5
**universities** 114:2
114:7 127:9,17
127:20
**unnecessary**
168:10 181:13
**unprecedented**
59:6
**upcoming** 110:5
195:22 300:14
**update** 237:23
280:8 301:2
**updated** 82:8
91:16 92:7
264:19
**updates** 52:11
**upend** 21:1
**upgrade** 71:24
**Upper** 80:5,6
**upset** 128:11
**urban** 114:1,7
**urge** 21:17 29:16
39:17 49:11
146:14,21 177:6
242:8
**urgency** 282:22
**urging** 260:18
**usage** 53:4
**use** 20:1 36:13
37:15 38:2 50:4
50:21 56:23 58:7
64:4 70:10 87:21
87:22 93:8 97:23
105:17 106:9

108:13 278:11
**useful** 72:20 73:2
**usual** 103:2 140:6
**usually** 32:6
**utilization** 64:1
84:12 85:5,7,11
85:16
**utilize** 129:6
284:25
**utilized** 10:2 17:5
**utilizing** 97:19
106:5 107:25
124:7
**UVA** 54:15

___

**V**

**vaccinated** 12:5
19:7
**vaccination** 10:17
11:7,12 18:10
**vaccine** 11:19 12:3
17:20 18:14,22
19:5
**vague** 222:8
223:14,16
**Valley** 78:15
**value** 36:14,25
73:18
**valued** 74:1 117:8
**values** 165:15
241:25
**variety** 97:10
100:14 107:16
**various** 105:21
**vein** 116:9
**venture** 165:18
**verbatim** 216:20
**Vernon** 80:15
112:5 144:21
**version** 28:16
202:4 253:10
**versus** 39:22 130:4
149:25 163:24
194:6 269:18

**vet** 144:4
**vetted** 195:8 227:2
**vice** 97:3 107:2
300:17
**victims** 32:24
**video** 9:5 46:8,11
46:15,20 53:24
89:5 111:18
121:1
**view** 75:18 80:15
114:25 249:12
**viral** 11:14 18:16
**Virginia** 5:19 21:9
23:24 29:12,20
41:4 47:11 48:24
79:12,23 92:2
124:19
**virtual** 1:12 11:5
18:8 50:20 63:14
64:2 81:1
**virtually** 241:14
299:2
**virtue** 275:13,14
**visit** 7:22
**visiting** 51:14,16
**visual** 124:21
**vitriol** 104:19
**VMDO** 53:9
**voice** 12:24 13:1
16:4,7 54:10,22
55:3 95:20 107:2
107:5 171:14
208:24 231:9,10
231:11,13,19,21
231:25 232:2,7,9
232:13 242:19
242:20 252:6
289:10
**voices** 208:25
247:18,19
288:11
**volume** 286:14
**voluntary** 70:8
**vote** 6:18 25:1

29:17 107:3
131:23 144:18
149:19 150:18
169:23 177:6
179:22 182:25
183:2,9 184:4
185:9 197:25
199:1 201:10
202:10 203:3
204:25 205:7
206:5 207:2
227:14 228:16
229:16 230:16
232:4,7,9,11
234:20,21
235:10 238:2
259:16,24
260:24 264:10
264:14,21 265:4
265:17,20,22,25
266:18,18
267:17,21 269:5
269:6 270:11,12
270:16 271:8,15
271:25 272:9
277:21 278:19
278:21 290:13
292:6 295:3
297:2,14
**voted** 107:4
159:14 167:6
197:20,24 198:8
198:24 199:2,16
201:17 202:2,5
202:11 203:18
205:13,21
206:24 207:3
230:14 231:18
232:3 235:15
264:6,8,18 265:7
266:6,17 278:13
**voters** 83:12
**votes** 24:19 104:10
104:12 125:7



243:12 269:22
**voting** 180:7
  222:10 224:22
  232:4,8,23
  233:15 265:9
  270:9 273:16
**vulnerable** 282:1
  285:6

**W**

**wait** 11:15 18:17
  203:2 247:17,17
  249:14 302:16
**Wakefield** 78:24
**walked** 133:13
**Walker** 113:8
**walks** 119:24
**Wang** 29:3,4,6,9
  31:19
**want** 4:14 20:25
  22:9 49:16 51:13
  52:10 54:17
  55:19 59:15,21
  60:24 61:5 87:14
  88:7 90:11 92:19
  93:2,12,15 100:7
  102:14 104:25
  111:3 116:8
  118:19 121:10
  121:11 123:8,8
  134:16,22 135:6
  137:22 139:21
  140:3 141:24
  143:22 144:8
  146:1,20 154:21
  155:9,23 158:2,5
  158:23 160:24
  164:13,25
  165:23 166:8
  168:8 169:12,24
  173:18 175:8,22
  180:17 187:5
  190:1,9 191:10
  191:24 194:16

194:21 195:24
196:4,17,18
199:13 200:17
201:2,25 202:1,6
211:9,20 212:19
218:10 219:12
222:3,4,25 226:6
226:15 227:20
229:9 232:15
236:6 237:21
238:25 240:23
244:6,23 245:3
247:12 251:5,7
253:4 254:16
257:17 258:7
271:14 273:22
276:5 277:6,9
278:10,11 286:3
287:7,18 288:2,5
288:9,17 289:8
289:13,14
291:12,19
292:18 297:11
298:14 299:7,10
**wanted** 53:2 88:23
  89:17 98:14
  99:12,19 113:3
  116:5 119:14
  144:20 147:15
  147:19 149:4
  180:6 183:10
  203:8 228:17
  233:12 234:7
  254:18 258:12
  263:22 269:19
  271:15 275:8
  281:18 284:3
  286:25 290:16
  292:14 302:15
**wanting** 136:18
  147:9 277:23
**wants** 134:24
  175:15 251:4
  265:9 268:2

299:5
**Waples** 79:11
**Washington** 78:15
**wasn't** 59:21
  84:12 130:22
  143:20 180:21
  182:21 198:23
  198:24 203:4
  258:15
**waste** 301:13
**wasted** 30:18
  181:10
**watch** 122:13
**watching** 234:13
**water** 295:21
**wavered** 294:21
**way** 24:14 42:12
  42:24 58:8 89:11
  105:23 117:24
  125:11 126:10
  129:14 131:12
  135:17 138:22
  142:1 144:11
  153:25 154:8
  158:3,10 159:10
  176:7 179:7,18
  188:20 212:7
  215:25 218:17
  218:24 226:24
  233:21 248:21
  250:10 251:1
  255:20,23
  256:16 278:13
  281:23 283:16
  286:18,19
  299:17
**ways** 58:7,23,25
  59:5 119:22
  124:8 125:21
  255:8
**wealth** 86:5
**wealthy** 105:6
**wearing** 55:3
**website** 164:5

**weeds** 169:5
**week** 11:5 18:8
  22:1 34:6 50:13
  56:9 117:17
  157:1 244:9
  300:7
**weekend** 290:25
**weeks** 10:10 17:13
  56:1,10 98:13
  154:24
**week's** 22:1
**weigh** 225:25
  277:2
**welcome** 50:10
  92:12 157:16
  297:19
**well-intentioned**
  234:6
**well-spent** 40:12
**well-thought-th...**
  37:15
**went** 25:13 148:6
  253:17 296:19
  301:23
**West** 78:7
**Western** 78:1
**we'll** 5:15 15:3
  34:14 35:7 87:4
  89:25 92:7 95:23
  103:15 110:8
  122:12 160:12
  168:12 171:12
  177:24 180:3
  298:16 299:4
**we're** 12:10 13:2,5
  13:7 35:6 56:15
  56:17,21 57:14
  58:8 59:18 60:5
  60:5,6 61:3
  74:12 76:7,8
  86:9 91:4 92:6
  95:2 96:2 100:12
  116:2 117:9
  120:13,25 128:4

128:11 129:25
131:2,9 132:1,10
132:14 134:24
134:25 135:3,4
135:11,20
138:13 139:3
142:10 146:10
150:2,6 153:4
157:8 159:15,20
159:25 160:2,11
164:2,17,19
166:25 168:7
169:6,8 173:2,19
175:22,22
177:18 180:13
181:5 189:6
192:23 195:22
195:25 196:15
197:11 201:10
207:18 208:15
212:16,18
215:11 217:21
219:9 221:21,22
222:10,12 223:1
223:2 226:8
230:17 231:23
234:15 235:20
243:21,21
249:15 253:3
254:17 255:11
256:22,22 257:3
257:12,12,19
263:2 269:25
275:1 276:8,11
284:10 296:1
298:15,18
**we've** 36:8 51:11
  53:11 56:19 57:1
  60:14 72:7 73:20
  74:4 76:7 77:1
  89:24 98:12
  100:25 115:10
  129:2 135:15
  154:22 155:2



159:11 167:9,10
167:10 177:12
191:17 192:21
194:12,23 197:8
211:14 214:23
219:2 221:15
226:18 228:23
240:9 242:2
275:2 298:20,20
300:9
**white** 44:25 47:22
253:17
**Whitman** 144:25
145:2,4
**wide** 97:10 100:14
107:16
**widely** 11:19
18:22
**wildlife** 74:18
**William** 274:7
**willing** 287:7
**willingness** 242:3
288:7
**Willow** 79:9
**win** 24:10
**window** 43:22
**winning** 33:12
**Winstead** 53:8
**winter** 299:13
**wiser** 32:15
**wish** 32:21 118:21
225:13,13
270:11 299:10
302:20
**wishes** 267:20
**wishing** 111:13
154:18 273:19
**withdraw** 182:23
**withdrawing**
182:25
**wonder** 162:6
**wonderful** 51:22
58:15 59:4,4
94:5 112:20

188:20 299:13
299:23
**wondering** 162:14
**Woods** 52:7 78:25
80:15
**Woodson** 51:15
57:23
**Woo-hoo** 54:18
**word** 30:12 250:23
252:19 254:13
258:22
**wording** 229:3
**words** 32:14 55:9
61:22 139:11
289:20 297:13
**work** 7:11 9:19
10:20 16:22
17:23 22:1 23:18
25:18 38:14
47:15 51:9,25
52:8 58:19 60:16
64:23 70:5 74:4
74:16 83:18
86:12 89:9,15
92:17 93:10
97:15 101:17
102:1,6,24 103:4
104:7 107:21
110:9 112:9
116:19 117:6
118:17 119:9,13
119:16,20
121:20 123:5,10
127:3 128:17
134:18 137:8
138:2 143:16
144:11 153:8
161:10,13,14
163:15 187:12
187:18 196:16
214:24 218:17
226:19 227:2
228:19 234:1
243:25 248:16

251:24 272:23
273:14 274:5
281:22 282:16
283:25 285:7
286:14,22 287:2
287:18 288:7
291:1,15 295:17
297:20 298:4,8
298:25 300:16
301:20
**worked** 21:7 54:15
224:10 256:5
276:7 282:8
286:7 292:17
**working** 9:22 10:4
13:8,13,19 14:14
15:16 16:4,7,25
17:7 50:6 51:1
51:19 57:1
111:16,24
116:15 120:25
139:20 143:20
167:18 192:24
192:25 196:2
197:12 224:3
279:11 281:2,4
281:10 285:1
289:19 290:19
290:22 291:23
291:25 297:20
298:18 300:9
301:17
**workload** 56:4
57:8 58:24
262:25
**works** 87:17
**world** 32:22 59:20
**worn** 55:6
**worries** 156:25
**worry** 135:21
**worst** 30:25
**worth** 34:7 127:13
**worthy** 26:9 44:10
**wouldn't** 20:19

133:9 162:7
184:6 263:1
**wrap** 55:19 223:16
**wrapping** 55:24
**wrenching** 284:22
**writing** 264:9
**written** 47:2 170:6
184:6 208:22
227:4 253:8
**wrong** 24:23 46:19
103:23 159:9
**wrote** 21:10 26:2
184:10
**www.youtube.c...**
1:17

_____

**X**

**X** 113:21

_____

**Y**

**yeah** 12:24 61:12
88:12 91:20 98:8
111:25 129:23
154:6 156:16
161:21 164:23
165:8 170:9
182:3 183:2,24
204:15 209:1
212:2 214:12
224:1 227:17
237:19 242:19
254:9 256:12
279:7,8 282:15
286:3 296:7
**year** 10:14 17:17
22:20 24:8 25:22
30:7 47:8 49:16
51:3,9,11,24
57:5 58:19 59:7
59:23 60:3 61:16
64:2,6 65:3,4
67:2,3,17,18
69:7,8 70:25
71:18 81:6,16,17

81:24,25 82:2,5
82:7,19 83:17,18
83:24 84:2,3,13
84:24,25 85:7,8
85:8,10,12,20
86:1 91:2 92:3
111:9 119:12
129:8 145:3,23
152:14 153:10
160:12,14
166:20 185:18
188:4,7,8 190:4
190:7,24 191:14
193:6 194:1,3,4
194:7,7 196:1,10
204:5 254:17
255:4 262:25
263:2,3,8,9
273:1 281:12
283:10 286:15
294:13,15
299:14,15,24
301:7,10,23
**yearning** 59:14
**years** 11:16 18:19
22:11 28:5 50:8
51:12 57:2,2,5,6
63:20 66:18
76:19 87:16
92:25 110:5
117:21 123:10
125:13 128:3
135:22 138:17
189:19,24 190:2
190:23,25 196:8
196:18 221:24
241:14 243:9
289:3 292:17
**year's** 52:20 86:23
**yellow** 66:22 67:15
69:5
**yield** 45:19
**young** 7:5,13,15
54:16 124:3



**yous** 290:17
**you-all** 22:11

---

**Z**

**zealotry** 34:1
**zero** 52:22 53:10
    53:13 76:4
    103:18 145:15
**Zia** 31:20
**ZIP** 113:24 188:19
**zoning** 64:25
    70:14,17
**Zoom** 50:21

---

**$**

**$14** 275:5
**$180** 69:16
**$200** 74:2
**$38** 74:25
**$4** 274:19
**$658,852** 71:2
**$678,000** 40:19
**$9.6** 276:10

---

**0**

**004** 73:19

---

**1**

**1** 11:1 18:4 27:18
    79:17 90:15
    99:15 101:13
    145:1,2 272:10
**1,000** 159:12
**1,725** 67:16
**1,962** 69:6
**1.1** 76:14
**1.5** 77:6 108:6
    120:18 121:3
    130:14 131:18
    135:24 139:3,6
    140:18 142:20
    146:8,17 147:20
    147:25 148:12
    151:8 159:22
    188:6 194:23

221:22
**1.9** 77:4
**1:00** 298:18
**10** 23:4 69:22
    92:19 108:2
    151:3 208:24
    275:20
**10th** 22:22
**10-minute** 209:8
    209:19
**10:36** 208:24
**10:50** 209:5
**100** 136:12 154:15
**11** 6:13 23:7 108:2
    151:3 272:10
**11th** 22:23
**11:00** 209:17
    298:17
**11:15** 225:23
    226:23
**11:42** 253:22
**11:45** 257:4
**119** 74:18
**12** 24:9 108:2
    144:23 151:4
    294:4
**12th** 67:23,24
**12-17-2020.mp4**
    1:20 2:2 303:8
**12:30** 302:8,19
**13.1** 70:2 71:23
**136** 74:16
**15** 79:5 292:12,17
**1500** 301:17
**1635** 303:21
**165** 66:3
**17** 1:13 5:22
    274:13
**17th** 3:20 86:10
    90:14
**17,423** 69:8
**180,151** 65:3
**189,010** 65:2
**19,385** 69:6

**19103** 303:21
**1990** 25:16

---

**2**

**2** 11:1 16:7 18:4
    73:16 113:11
    120:14 129:14
    132:12 142:7
    148:6
**2,000** 159:19
    160:7,13,15
**2.02** 5:16
**2.2-3712(D)** 5:19
**2.7** 69:23
**20** 204:5
**20-plus** 241:13
**2001** 43:1,25
**2007** 22:13
**2011** 85:7
**2012** 42:12,15
    73:11 85:8
**2013** 24:9 71:18
**2014** 71:21
**2016** 22:15
**2019** 82:2 85:8,20
**2019-2020** 65:3
    67:2,17 69:7
    81:25 82:6,19
    84:2
**2020** 1:13 3:20
    5:23 24:10 57:15
    63:20 82:2 83:24
    85:9,10,12,21
    228:10 299:9,16
    301:8
**2020-2021** 65:4
    67:3,18 69:9
    81:6,25 82:7
    84:3
**2021** 7:2 52:1
    53:21 56:11
    57:16 61:15
    63:20 98:3
    106:14 108:18

273:1 278:25
    294:11 299:6,25
    301:23 303:15
**2022** 204:5 262:23
**2022-2026** 64:7
**2024** 44:21
**2025** 53:4
**2026** 152:13
    170:16,16
    185:17
**2027** 186:11 188:4
    206:9 207:25
    213:8,18 214:15
    217:16,25 224:8
    225:3 229:20
    230:20 233:1
    234:24
**2029** 83:24
**21** 85:10,12
**21st** 303:14
**215/207-9460**
    303:22
**215/207-9461**
    303:22
**217** 65:7
**22** 23:2 281:12
**22nd** 123:16
    245:12
**23** 281:12
**24** 45:9
**27** 75:3

---

**3**

**3** 44:9 45:11 80:8
    197:21 198:6
    201:6 203:21
**3,000** 159:15
**3.03** 62:2
**3.5** 152:9 185:13
    205:5
**30** 73:1 75:2,2
    180:11
**30th** 89:20 90:9,19
    91:15,17,20,22

294:11
**31** 24:16
**314** 76:15
**32** 23:1
**33** 23:3
**335** 77:5
**356** 65:16
**392** 65:8

---

**4**

**4** 42:10 45:13
    73:16
**4th** 86:16 190:6
**4,000** 160:1,11
**4,953** 67:17
**4.01** 95:2
**4/30/2023** 303:18
**4:30** 128:12
    143:25 233:18
    234:16 248:17
**40** 36:20
**456** 145:2
**46** 23:8
**463** 303:18
**476** 145:2
**48** 57:5

---

**5**

**5** 30:7 145:13,16
    172:3 274:13
**5th** 51:14 86:13
    190:4 301:19
**5,000** 160:6
**50** 40:21
**53** 24:17 74:17
**55** 148:3
**558** 84:2
**56** 74:19

---

**6**

**6** 44:9 80:8
**6th** 47:7
**6,678** 67:16
**640** 84:1
**66** 22:19



**7**

**7** 145:3 151:5
**7th** 25:24 42:9
   44:13 45:15,21
   86:14 97:5,22
   106:8 107:11
   108:3 120:16
   204:8
**7,729** 65:5
**7-fold** 145:9
**746** 83:25
**75** 67:2
**790** 76:16,22

**8**

**8th** 26:2 44:13,22
   45:10,15,21
   108:7 151:9
   164:4 186:12
   188:17 204:8
   208:1 213:19
   230:21 303:21
**8,338** 65:10
**8,694** 66:2
**8,859** 65:2
**80** 44:15
**800** 20:8
**87** 66:24
**89** 74:17
**896** 83:24

**9**

**9th** 301:6
**9,000** 89:16
**9.01** 302:5
**9.6** 274:14
**90** 22:20 181:25
   216:3
**96** 25:16

