

# Official Coalition For TJ

Sign up for regular updates

SIGN UP

CONTACT US

Get involved!

Name

Email*

Where did you hear about us?

Please share your personal story about why the issue of advocating for diversity and excellence is important to you.



COALITION 4
10-18-21
J. BELLINGER
RPR, CRR

What programs are you interested in working with?

SEND

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply

## Find more ways to help!

We are parents, students and community members advocating for diversity and excellence at Thomas Jefferson High School for Science and Technology.

### SIGN UP FOR UPDATES

Contact us at CoalitionForTJ@gmail.com
Facebook : Coalition for Diversity and Excellence at TJ
Twitter : @CoalitionForTJ

## Coalition For TJ

COPYRIGHT © 2020 COALITION FOR TJ - ALL RIGHTS RESERVED.



Home

Media

About Us

Lottery Predictions

Solutions

Privacy Policy

Terms and Conditions