

December 2, 2020

Coalition for TJ
Asra Nomani, Program Manager
409 Seneca Road
Great Falls, VA 22066

Re: Verification of Charitable Program Status with United Charitable

Account #: 362543

To Whom It May Concern:

This letter confirms that Coalition for TJ was accepted by our Board of Directors as a charitable program sponsored by United Charitable a 501(c)(3), 509(a)(1) charity (EIN 20-4286082). This program has been sponsored since 11/16/2020.

All donations to this program are tax deductible and can be made payable to Coalition for TJ.

We applaud the charitable mission of this program, namely: The mission of Coalition for TJ is to conduct original research, journalism, and advocacy about significant public issues relegated to education, contribute to sound public policy decisions and protect gifted and STEM education and the legal defense of the rights of students.

All funds raised by the Program Manager are sent to United Charitable and become the exclusive property of United Charitable which, for internal operating purposes, allocates the funds to the project named above. The Program Manager is permitted to make recommendations for disbursements which are reviewed by United Charitable to determine, in its sole discretion, if the proposed disbursement conforms to and advances the tax-exempt mission of United Charitable.

If you should require any further information, please feel free to contact me at (571) 620-3000.

Sincerely,

*Julia Healey*

Julia Healey
Chief Executive Officer

COALITION 8
10-18-21
J. BELLINGER
RPR, CRR

# #362543 - Coalition for TJ Verification Letter

Final Audit Report                                                                                     2020-12-03

| Created: | 2020-12-03 |
|---|---|
| By: | Nichelle Gardner (accounting@unitedcharitable.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAABX4h2KpbjhQRRPWbqGtNy94iqOGMvytW |

## "#362543 - Coalition for TJ Verification Letter" History

- Document created by Nichelle Gardner (accounting@unitedcharitable.org)
  2020-12-03 - 6:54:48 PM GMT- IP address: 71.191.82.237

- Document emailed to Julia Healey (julia@unitedcharitable.org) for signature
  2020-12-03 - 6:55:14 PM GMT

- Email viewed by Julia Healey (julia@unitedcharitable.org)
  2020-12-03 - 10:33:39 PM GMT- IP address: 71.191.82.237

- Document e-signed by Julia Healey (julia@unitedcharitable.org)
  Signature Date: 2020-12-03 - 10:33:46 PM GMT - Time Source: server- IP address: 71.191.82.237

- Agreement completed.
  2020-12-03 - 10:33:46 PM GMT

**Adobe Sign**