# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| COALITION FOR TJ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:21-cv-00296-CMH-JFA |
| | ) | |
| FAIRFAX COUNTY SCHOOL BOARD, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Leave to File Plaintiff's Motion for Leave to File Unredacted Memorandum and Exhibits Under Seal (Dkt. #105), Defendant's Response to the Motion, and for good cause shown, it is hereby ordered that the motion is GRANTED IN PART as follows:

1. Exhibit A shall be filed and remain under seal;

2. Exhibits N and O shall be filed and remain under seal. Plaintiff shall publicly file Exhibit N and O with the redactions described in Defendant's Response; and

3. Exhibits B through M, and Plaintiff's Unredacted Memorandum shall not be under seal and shall be publicly filed.

Dated: December __, 2021

_____
Judge