IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| COALITION FOR TJ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:21-cv-00296-CMH-JFA |
| | ) | |
| FAIRFAX COUNTY SCHOOL BOARD, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S NOTICE OF SUBMISSION OF CORRECTED EXHIBITS 1-29 TO ITS BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that Defendant Fairfax County School Board, by counsel, hereby submits Corrected Exhibits 1 through 29 to its Brief in Support of Motion for Summary Judgment (Dkt. 111), which have been corrected to include slipsheets for all exhibits and substitute full-page transcripts for the condensed transcripts that were previously filed.

Respectfully submitted,

FAIRFAX COUNTY SCHOOL BOARD

By:      /s/
Sona Rewari (VSB No. 47327)
Daniel Stefany (VSB No. 91093)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
srewari@HuntonAK.com
dstefany@HuntonAK.com

Trevor S. Cox (VSB No. 78396)
HUNTON ANDREWS KURTH LLP
951 E. Byrd Street
Richmond, VA 23219
Telephone: (804) 788-7221

Facsimile: (804) 788-8218
tcox@HuntonAK.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2021, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

By:     /s/
Sona Rewari (VSB No. 47327)