## APPENDIX OF SUMMARY JUDGMENT EXHIBITS

| SMJ Ex. # | Description |
|---|---|
| **Volume I** | |
| 1. | Policy 3355.4 |
| 2. | Regulation 3355.13 |
| 3. | Declaration of Jeremy Shughart |
| 4. | FCSB's Answer to Plaintiff's Interrogatory No. 11 |
| 5. | Transcript of Deposition of Glenn Miller (excerpts) |
| 6. | TJHSST Admissions Statistics by FCPS Middle School and Year (Class of 2020-2024) (UNDER SEAL) |
| 7. | TJHSST Admissions Merit Lottery Proposal – School Board Work Session 9/15/2020 |
| 8. | Transcript of Deposition of Scott S. Brabrand Deposition (excerpts) |
| 9. | 05.27.2020 Proposal on TJ Admissions |
| 10. | 05.27.2020 TJ Admissions Proposal Executive Summary |
| 11. | 06.07.2020 Email from A. Qarni to K. Corbett Sanders (with attachment) |
| 12. | 06.08.2020 Emails from S. Brabrand, K. Corbett Sanders, and S. Surovell |
| 13. | 08.14.2020 Email from A. Qarni to all School Board Members et al. |
| 14. | 09.5.2020 Email from A. Qarni to N. Costescu, all School Board Members, et al. |
| 15. | 09.15.2020 School Board Work Session Transcript |
| 16. | 09.15.2020 School Board Work Session Minutes |
| 17. | 09.23.2020 Coalition for TJ's "Predictions for Fairfax County Public Schools Lottery Plan" |
| 18. | Coalition for TJ "Second Look Semifinalist Proposal" Alternative to the Merit Lottery |

| SMJ Ex. # | Description |
|---|---|
| 19. | 10.06.2020 School Board Work Session Agenda |
| 20. | 10.03.2020 Email from H. Miller on behalf of Coalition for TJ to all School Board Members |
| 21. | 10.05.2020 Email from S. Pekarsky to K. Corbett Sanders |
| 22. | 10.06.2020 School Board Work Session Minutes |
| 23. | 10.06.2020 School Board Work Session Transcript |
| 24. | Transcript of Deposition of Stella Pekarsky (excerpts) |
| 25. | 10.08.2020 Email from H. Miller to All School Board Members |
| 26. | 10.08.2020 School Board Meeting Minutes |
| 27. | 10.09.2020 Academic Year Governor's School Diversity Goals & Report |
| 28. | 10.22.2020 School Board Meeting Minutes |
| 29. | TJHSST Admissions Process (November 17, 2020) |
| **Volume II** | |
| 30. | TJHSST White Paper (November 2020) |
| 31. | 11.07.2020 Coalition for TJ Press Release |
| 32. | 12.02.2020 Email from S. Pekarsky to S. Brabrand |
| 33. | 12.07.2020 Email from A. Qarni to S. Brabrand |
| 34. | 12.07.2020 School Board Work Session Transcript |
| 35. | 12.07.2020 School Board Meeting Minutes |
| 36. | 12.17.2020 School Board Meeting Agenda |
| 37. | 12.17.2020 School Board Meeting Minutes |
| 38. | 12.17.2020 School Board Meeting Transcript |

| SMJ Ex. # | Description |
|---|---|
| 39. | 09.17.2021 Transcript of Hearing on Motion for Preliminary Injunction (excerpts) |
| 40. | Deposition of Asra Nomani (excerpts) |
| 41. | Coalition of TJ's Ans. to Interrogatories 1, 6 |
| 42. | Coalition for TJ "Contact Us" Form. |
| 43. | 12.02.20 Letter from United Charitable to Coalition for TJ |