# Exhibit 1

Policy 3355.4
School Board

**INSTRUCTION**

**Special Programs**

**High School for Science and Technology**

This policy supersedes Policy 3355.3.

I. **PURPOSE**

To establish a high school for science and technology where students with exceptional quantitative skills and interest in science, technology, engineering, or mathematics, can pursue higher levels of academic achievement in those subjects in preparation for the pursuit of a science, technology, engineering, or mathematics focused profession.

II. **SUMMARY OF CHANGES**

A. Section I. has been updated to clarify the purpose.

B. Section III. has been updated in its entirety.

III. **OPERATION OF SCHOOL**

The Fairfax County School Board shall operate a high school for science and technology to provide a challenging educational opportunity to students who have demonstrated exceptional achievement, aptitude, commitment, intellectual curiosity, passion, and creativity in science, technology, engineering, and mathematics.

The School Board recognizes the importance of preparing future leaders in science, technology, engineering, and mathematics to address future complex societal and ethical issues. Diversity of the student body and staff enhances the robust exchange of ideas and is an important factor in developing leaders who will be prepared to address future scientific and technological challenges. Diversity is broadly defined to include a wide variety of factors, such as race, ethnicity, gender, English for speakers of other languages (ESOL), geography, socioeconomic status prior school and cultural experiences, and other unique skills and experiences.

In keeping with the purpose of the policy, the Division Superintendent shall develop a comprehensive admissions process that establishes rigorous standards. Students meeting the established admissions standards shall undergo a comprehensive, holistic evaluation process that assesses their ability to meet the rigors of a demanding curriculum and the potential to be effective contributors to the school's unique learning experience.

IV. **REGIONAL STATUS**

The School Board may, at its discretion, cooperate with the Virginia Department of Education to operate such a school as a regional school and to admit qualified students from other school divisions in the Northern Virginia region.

Defendant's Exhibit
1

| | |
|---|---|
| Policy adopted: | July 1, 1986 |
| Corrected: | June 14, 1994 |
| Reviewed and corrected: | February 24, 2003 |
| Revised: | September 10, 2004 |
| Reviewed: | November 10, 2008 |
| Reviewed and corrected: | September 12, 2013 |

FAIRFAX COUNTY SCHOOL BOARD