# Exhibit 2

<div style="text-align: right">

**Regulation 3355.13**
Superintendent's Office
TJHSST Admissions
Effective 7/18/18

</div>

**INSTRUCTION**

**Special Programs**

**Thomas Jefferson High School for Science and Technology (TJHSST)**

This regulation supersedes Regulation 3355.12.

### I. PURPOSE

To establish TJHSST as a Fairfax County public school and as one of the academic-year regional governor's schools for science and technology.

### II. SUMMARY OF CHANGES SINCE LAST PUBLICATION

A. Sections V.A.1., V.A.3.a., V.A.5.b., and V.A.6.a. have been updated.

B. Sections V.B.1., V.B.2.a. (4), V.B.3., and V.B.4. have been revised for clarity.

C. Section VI has been revised to reflect updates in staff titles and department changes.

D. Section VII.B. has been updated.

E. Section IX.A. has been updated to reflect new graduation requirements.

F. Section IX.C. has been revised for clarity.

G. Section X.B.2. has been revised for clarity.

### III. DESIGNATION AS A FAIRFAX COUNTY PUBLIC SCHOOL

TJHSST is a Fairfax County public school, having opened in 1985 under the sole direction and control of the Fairfax County School Board. As a Fairfax County Public Schools (FCPS) institution, all policies and regulations governing FCPS are applicable to TJHSST, with exceptions listed in this regulation and in annual notices issued in connection with this regulation.

### IV. DESIGNATION AS AN ACADEMIC-YEAR GOVERNOR'S SCHOOL FOR SCIENCE AND TECHNOLOGY

TJHSST is annually designated by the Virginia Department of Education as an academic-year regional governor's school for science and technology. Such

Defendant's Exhibit

2

designation:

A. Provides certain state funding for the operation of the school.

B. Requires that the school be available to eligible students whose parent(s) and/or legal guardian(s) is a full-time resident(s) of, and meets all the residency requirements of, the counties and cities of Northern Virginia under the following provisions:

   1. That each of the school divisions decide annually whether or not to participate in the regional school. School divisions choosing to participate are designated as cooperating school divisions.

   2. That eligible students from each cooperating school division may apply and be considered for admission to the school. The Division Superintendent may return a student to the cooperating jurisdiction with a prorated share of the tuition reimbursed.

   3. That the percentage of students admitted as part of any entering class from any cooperating school division outside Fairfax County will not exceed the percentage represented by that school division's portion of the entire population, as of the end of the last school year, at the grade level for which entrants are being determined.

C. Requires a cooperative agreement regarding such control and operation of the school, which includes, but is not restricted to, provisions that:

   1. The school is a FCPS institution under the sole direction and control of the Fairfax County School Board.

   2. No regional governing body is created.

   3. Superintendents or his or her respective designees from cooperating school divisions so identified may, at their discretion, serve as an advisory group to the Superintendent of FCPS.

   4. FCPS will call and conduct meetings of the advisory group defined in Section IV.C.3. above.

   5. Each cooperating school division shall pay a per student tuition charge that shall be fixed annually by the cooperative agreement.

   6. The nonrefundable tuition paid by cooperating school divisions will be due December 1 of each year for the students from that school division who are enrolled in the school on September 30 of that year.

   7. Transportation for students attending TJHSST is the responsibility of, and is at the discretion of, the cooperating school division in which the student resides.

8. A processing fee is required for application to TJHSST. See the current version of Notice 5922, Student Fees.

9. FCPS will provide the necessary forms and materials and staff orientation, as required, and will schedule and conduct requisite examinations, scoring, and reporting of admissions results.

## V. STUDENT SELECTION AND ADMISSIONS PROCEDURES

Each year TJHSST will admit approximately 480 ninth grade students who have committed to an intensive program focused on science, technology, engineering, and mathematics. No twelfth grade students will be admitted; however, tenth or eleventh grade students may be admitted by a placement process. See Section IV.B.

A. Selection of Ninth Grade Students

1. Eligibility Requirements

   Applicants for admission to the school must reside with a parent and/or legal guardian who is a full-time resident of, and meets all of the residency requirements of, one of the cooperating school divisions throughout the application and decision process. Proof of residency in one of the cooperating school divisions will be required at the time of application for students enrolled in private schools or homeschooled. Applicants must be enrolled in grade 8 in any private or public school in the academic year preceding the year for which admission is sought. A student may not apply twice as an eighth grader into the ninth grade except in the case of extenuating circumstances. Enrollment in algebra 1 or a higher level mathematics course in grade 8 is a condition of eligibility.

2. Selection Criteria

   Applicants will be selected using the following criteria:

   a. Aptitude for successful study of science, technology, engineering, and mathematics.

   b. Record of exceptional academic achievement.

   c. Commitment, intellectual curiosity, passion, and creativity in the study of science, technology, engineering, and mathematics.

   d. Background, skills, or experiences that promote the School Board's goal of providing diversity in the student body to enhance a unique learning experience and to develop future leaders.

3. Methods and Instruments of Measurement

   a. Exceptional quantitative skills, interest and aptitude for successful study of

        science, technology, engineering and mathematics will be measured by admissions criteria.

   b.   Prior exceptional academic achievement will be determined by the grade point average (GPA), which is an average of final marks earned in English, social studies, mathematics, and science in grade 7 and the first quarter marks in English, social studies, mathematics, science, and foreign language, if taken for high school credit, in grade 8, for determination of the semifinalist pool. After the semifinalist pool is established, final marks in grade 7 and first and second quarter in mathematics and science in grade 8 will be calculated for inclusion in the holistic review.

   c.   Commitment, intellectual curiosity, passion and creativity in the study of science, technology, engineering, and mathematics will be determined by:

      (1)   Applicant responses to one essay question.

      (2)   Applicant responses on a student information sheet.

      (3)   Recommendations of one science or mathematics teacher and of one other teacher chosen by the applicant.

   d.   Background, skills, or experience that promote the School Board's goal of providing diversity in the student body to enhance a unique learning experience and to develop future leaders will be determined by:

      (1)   Applicant responses to one essay question.

      (2)   Applicant responses on a student information sheet.

      (3)   Recommendations of one science or mathematics teacher and of one other teacher chosen by the applicant.

      (4)   Data from the original applicant's application form.

   The admissions committee shall consider all these factors as part of the review process, designed to identify diverse student body consistent with the school's mission.

4.   Admissions Calendar

   The application deadline dates will be set each year and published in Notice 3355, Thomas Jefferson High School for Science and Technology Admissions Procedures. The application deadline for all eligible students seeking admission to the ninth grade will be no later than December 15 of the year preceding the year for which admission is sought. An exception is granted for students who become eligible by virtue of enrollment in a cooperating school division after September 30 of that year; the application deadline for those students will be no later than June 15 immediately preceding the academic year for which admission

is sought. See Section V.A.6.

5. Ninth Grade Admissions Process—Winter Round

The admissions process will be conducted by the admissions office of TJHSST. The admissions process will be completely independent of the TJHSST staff, except that the principal or designated school staff members will provide each year for the admissions office a profile of the last class of ninth, tenth, and eleventh grade successful applicants. This profile, along with other related data, will provide information and recommendations for improvement and refinement of the admissions process.

a. Admissions Process

Eligible students are assisted in making application by a local school counselor designated as that school's official contact with the admissions office.

b. Testing Procedure

The admission examination is administered in late November/early December, with a makeup testing date during the following week of the regular test date or for applicants who require special testing conditions. Test dates and test centers will be set each year and published in Notice 3355.

c. Selection Procedure

(1) To achieve the annual enrollment objective, a maximum of five percent of the student spaces will be reserved for summer applicants in the summer round of the selection process.

(2) The GPA and test score will be used to determine semi-finalist status.

(3) Students not included in the semifinalist pool will be notified as soon as possible after the examination and will receive their test scores at that time.

(4) Each member of the semifinalist pool must submit a student-authored information sheet, one essay, and provide two teacher recommendations.

(5) Selection committee members are appointed by the Division Superintendent or his or her designee. Each committee will include school-based and central administration personnel, such as teachers, counselors, or administrators (retired or active), from FCPS or from the cooperating school divisions.

(6) Applicant notification of the decisions regarding admissions will be no later than April 30 each year.

(7) The admissions committee shall consider the entire application, including

    all these factors, as part of an individualized and holistic review designed to identify a talented, committed, and diverse student body consistent with the school's mission

  (8) A standing committee appointed by the Division Superintendent or his or her designee will be used to make final admissions decisions.

6. Ninth Grade Admissions Process—Summer Round

 The procedures for the summer round of admissions are identical to those for the winter round selection process; see Section V.A.5., except that:

 a. Student application materials will be reviewed by the admissions committee, consisting of members who participated in the winter round selection process.

 b. All summer applicants will be notified of the decisions regarding admission no later than July 15. Students on the winter round waiting list will be offered admission at that time, if additional space is available.

 c. Students applying during summer round must have already completed algebra 1 during the eighth grade year.

B. Placement of Tenth and Eleventh Grade Students

 Eligible ninth and tenth grade students may be considered for admission as tenth or eleventh grade students respectively at TJHSST if space is available. Spaces available will be determined by the admissions office and the principal, taking into account attrition rates. Applications for admission to the tenth or eleventh grades will not be considered midyear.

 1. Eligibility Requirements

  Applicants for admission to the school must reside with a parent and/or legal guardian who is a full-time resident of, and meets all of the residency requirements of, one of the cooperating school divisions throughout the application and decision process. Proof of residency in one of the cooperating school divisions will be required at the time of application for students enrolled in private schools or homeschooled. Applicants to grade 10 must be enrolled in grade 9 in any private or public school during the academic year preceding the year for which admission is requested. Applicants to the eleventh grade must be enrolled in grade 10 in any private or public school during the academic year preceding the year for which admission is requested. Eligible tenth graders applying to the eleventh grade are those who have not applied previously to TJHSST or those who have just moved to a cooperating school division.

 2. Evaluation of Sophomore and Junior Applications

  Sophomore and junior applicants are evaluated on the basis of:

    a. Aptitude, achievement, and interest in the study of science, mathematics, computer science, and related technological fields evidenced by:

        (1) A student-authored information and data sheet and essays.

        (2) Marks in mathematics, science, computer science, English, social studies, foreign language, and technology-related courses.

        (3) Recommendations from current mathematics teacher, current science teacher, and one other adult chosen by the applicant.

        (4) Test scores, as deemed appropriate.

    b. Readiness for research, experimentation, or independent study in one of the school's technology laboratories, evidenced by successful science fair projects and/or other experiences, activities, or projects (in or out of school) in science, engineering, computer science, and other areas of technology.

    The admissions committee shall consider the entire application, including all these factors, as part of an individualized and holistic review designed to identify a talented, committed, and diverse student body consistent with the school's mission.

3. Credits Required for Grade 10 Application

Completion of the following specified graduation credits prior to the beginning of the sophomore year is required for those requesting placement into the tenth grade:

| | |
|---|---|
| English 9 | 1 credit |
| World Language | 1 credit |
| Mathematics (Algebra 1, Geometry) | 2 credits |
| Biology | 1 credit |
| Health and Physical Education | 1 credit |
| Elective (Technology preferred) | 1 credit |

4. Credits Required for Grade 11 Application

Completion of the following specified graduation credits prior to the beginning of the junior year is required for those requesting placement into the eleventh grade:

| | |
|---|---|
| English 9 and 10 | 2 credits |
| Biology | 1 credit |
| Chemistry | 1 credit |
| World Language | 1 credit (2 recommended) |
| Mathematics (Alg. 1, Geom., Alg. 2) | 3 credits |
| Health and Physical Education | 2 credits |
| World History and Geography 2 | 1 credit |
| Elective (Technology preferred) | 1 credit |

Students accepted into the eleventh grade with all the above credits would still need to take at least 13 additional credits to complete the graduation requirements for the TJHSST diploma. (See Section IX, Graduation Requirements.)

5. Tenth and Eleventh Grade Admission Process

The admissions process for tenth and eleventh grade students will be conducted by the admissions office of TJHSST.

   a. Application Calendar

   An application deadline for eligible ninth and tenth grade students will be set each year and published in Notice 3355. The application deadline for all eligible students seeking admission to the tenth or eleventh grade will be no later than June 15 immediately preceding the academic year for which admission is sought.

   b. Admissions Process

   Eligible students are assisted in making request for placement by the admissions office or by a local school counselor designated as that school's official contact with the admissions office.

   c. Selection Procedure

      (1) Students' records are reviewed by the admissions office and by a committee of faculty and staff members of TJHSST to determine which students have met all prerequisite courses and educational experience requirements.

      (2) All students requesting placement will be notified of decisions by the admissions office no later than July 15 of each year.

VI. **Appeals**

   A. Level 1 Appeal: Application Review

   1. After receiving official notice of the admissions decision and within 10 business days of admissions decision announcement, if a parent and/or guardian disagrees with the decision, they may pursue an Application Review. The Application Review will ensure all admissions processes were accurately completed and the decision was correct. This process may include a meeting with the director of admissions and/or the Chief Academic and Equity Officer.

   2. The decision of the Level 1 Appeal will be communicated to the parent and/or guardian in writing.

   B. Level 2 Appeal: Exceptional Circumstances

Case 1:21-cv-00296-CMH-JFA   Document 118-3   Filed 12/17/21   Page 10 of 14 PageID# 3521

Regulation 3355.13
Page 9


1. A Level 2 Appeal form must be submitted within 10 business days after the Level 1 Appeal has been concluded. The Level 2 Appeal form will ask the parent and/or guardian to provide a written explanation of the exceptional circumstance that the Appeals Committee is to consider.

2. The Level 2 Appeal form must be submitted to the TJHSST Admissions Office. The TJHSST Admissions Office will ensure all appeal documents are submitted to the Appeals Committee. The parent and/or guardian is not allowed to submit additional credentials, documents or letters of recommendation.

3. The Appeals Committee will review the appeal.

4. The decision of the Appeals Committee will be communicated to the parent and/or guardian in writing and the Appeals Committee decision shall be final.

## VII. RESIDENCY REQUIREMENTS

A. Continuing Residency Requirement

1. A parent and/or legal guardian of an admitted student must complete a residency verification form in order to register the student at TJHSST.

2. A student who is admitted to TJHSST must at all times continue to reside with a parent and/or guardian who is a full-time resident, and meets the residency requirements.

B. Change of Address Within Cooperating School Divisions

1. All changes of address from the time of application through graduation must be reported to the student services office immediately upon change of address. If there is a change of address, a parent and/or legal guardian must complete a new Residency Verification form with the school student services department.

2. If a student and his or her parent(s) or legal guardian(s) change their domicile to a location in another cooperating school division, the parent(s) and/or legal guardian(s) must verify the cooperating school division's percentage has not been exceeded for the student's class at TJHSST before any change of domicile.

3. A student who changes his or her domicile to a cooperating school division that has exceeded its percentage for the student's class at TJHSST may not continue to attend TJHSST.

## VIII. STUDENT WITHDRAWAL AND REENTRY

A. Permanent Withdrawal

A student who is enrolled in TJHSST may at any time, with parental permission, voluntarily withdraw from the school and enroll in the public high school that serves the student's residential location or in the private school of his or her choice. A student who voluntarily withdraws from TJHSST during grade 9 is eligible to

reapply for admission to grade 10 at TJHSST, but readmission is not guaranteed. A student who voluntarily withdraws after grade 9 is not eligible to reapply to TJHSST.

B. Temporary Withdrawal

A student enrolled for at least one full academic year in TJHSST may withdraw for only one full academic year and be guaranteed automatic reentry provided all of the three following conditions are met:

1. The student and parents change their domicile to a location outside the boundaries of the cooperating jurisdictions for one full academic year but return to a cooperating school division whose percentage has not been exceeded for the class that the student seeks to reenter prior to reentry.

2. The student obtains (prior to the temporary withdrawal date), from the principal, written approval of the plan for the student's academic program during the withdrawal period.

3. The student successfully completes the proposed academic program and can meet the graduation requirements of TJHSST at the expected time of graduation for the class in which the student was originally enrolled.

## IX. GRADUATION REQUIREMENTS

A. The requirement for a student to earn a diploma shall be those in effect when the student enters the 9th grade for the first time. The following applies to 9th grade students who enter high school in 2013-14 and beyond.

To graduate from high school with an Advanced Studies Diploma, students shall meet the minimum requirements as outlined below which include 26 credits, 9 of which must be verified credits. A **standard** credit is earned when a student passes a course. A **verified** credit is earned when a student passes a course and the associated end-of-course SOL test. In some cases, student may utilize substitute tests or certifications to earn verified credits. State guidelines prescribe the number of verified credits required for graduation for students entering a Virginia public high school for the first time during tenth grade or after. Consult your school counselor for specific information.

Students receive credit toward graduation for high school courses taken and passed in middle school. These courses count toward credits in the required sequences as well as toward the total number of credits required for graduation and calculation of the grade point average (GPA). **Middle school parents may request that grades for any high school credit-bearing course taken in the middle school be removed from the student's high school transcript, and therefore the student will not earn high school credit for the course. In addition, the student will not be eligible for a verified credit in any course which has been removed from the transcript. The request to remove a course from the transcript must be made in writing to the middle or high school the student will attend the following year prior to the end of the first nine weeks.**

| Advanced Studies Diploma Course Requirements (8 VAC 20-131-50) | | | |
|---|---|---|---|
| Subject Area | Standard Credits | Verified Credits | Jefferson Diploma[1] |
| English | 4 | 2 | 4 |
| Mathematics[1] | 4 | 2 | 4 [7] |
| Laboratory Science[2] | 4 | 2 | 4 |
| History and Social Science[3] | 4 | 2 | 4 [8] |
| *World Language[4] | 3 | | 3 [9] |
| Health and Physical Education | 2 | | 2 |
| Fine Arts or Career and Technical Ed. | 1 | | 1 [10] |
| Economics and Personal Finance | 1 | | 1 |
| Electives | 3 | | 3 [11] |
| Student Selected Test[5] | | 1 | |
| Total Credits[6] | 26 | 9 | 26 |

*Foreign Language is designated World Language in FCPS.

1 Courses completed to satisfy this requirement shall include at least three different course selections from among: algebra I, geometry, algebra II, or other mathematics courses above the level of algebra II. The Board of Education shall approve courses to satisfy this requirement.

2 Courses completed to satisfy this requirement shall include course selections from at least three different science disciplines from among: earth sciences, biology, chemistry, or physics or completion of the sequence of science courses required for the International Baccalaureate Diploma. The Board shall approve courses to satisfy this requirement. Biology, chemistry, physics, and geosystems are required courses for all students.

3 Courses completed to satisfy this requirement shall include U.S. and Virginia history, U.S. and Virginia government, and world history/geography I and world history/geography II. AP world history satisfies the requirement for world history/geography II.

4 Courses completed to satisfy this requirement shall include three years of one language or two years of two languages.

5 A student may utilize additional tests for earning verified credit in computer science, technology, career or technical education, economics, or other areas as prescribed by the Board in 8 VAC 20-131-110.

6 Students shall successfully complete one virtual course, which may be a noncredit-bearing course, or may be a course required to earn this diploma that is offered online.

7 Does not include algebra I which is required for application and/or admission. Math sequence must terminate in at least AP calculus (AB or BC)

8 World history & geography 2, US/VA history, US/VA government. The fourth social studies requirement can be acquired by any non-AP social studies credit available at TJHSST.

9 Must have three consecutive years of the same language – Footnote #4 does not apply for the TJ Diploma.

10 The credit is earned via design & technology required for all matriculating students.

11 Computer science, snior research/mentorship, & an additional credit in math, science, technology, fine arts, or a fourth consecutive credit in world language must be taken to fulfill these 'elective' credits.

B. Exemption from the TJHSST Diploma Requirement

An enrolled student in the senior year may be granted an exemption, under exceptional circumstances, by the director of student services and the principal, from meeting the requirements for graduation from TJHSST if the student meets local and state requirements for graduation. A student who is granted an exemption from the TJHSST diploma may receive a generic diploma from FCPS and may participate in the TJHSST graduation ceremony.

C. Graduation Credit by Alternate Methods

Alternate methods of earning credit for graduation from TJHSST require approvals, before beginning any study or program, of the director of student services and the principal. Alternate methods must be ones sanctioned by the Virginia Board of Education and Fairfax County School Board directives.

## X. ACADEMIC STANDARDS AND PROCEDURES

A. Academic Standards

An enrolled student shall maintain a cumulative B average (unweighted 3.0 grade point average) at the end of each school year in order to remain a student in good standing at TJHSST.

B. Academic Standards Procedure

1. For any student who is experiencing academic difficulty during the school year, TJHSST teachers and staff members will develop and document intervention strategies to help the student be academically successful at TJHSST.

2. At the end of the school year, if the student does not maintain the needed course of studies or fails to maintain a cumulative B average (unweighted 3.0 grade point average), the student may return to his or her base school. When there are exceptional circumstances, the parent can request consideration to the director of student services, the principal, and the regional assistant superintendent or his or her designee.

## XI. CURRICULUM

The curriculum for TJHSST includes selected courses prescribed in the FCPS Program of Studies, as well as courses designed to explore new structures and methods in the sciences, technology, mathematics, humanities, and the arts. The curriculum for TJHSST must meet state governor's high school and FCPS academic requirements.

## XII. PROGRAM

The eight-period day consists of seven academic classes and one required activity period. Students do not attend each course every day. Flexible scheduling allows all classes to meet for two double periods and one single period each week.

## XIII. EXTRACURRICULAR ACTIVITIES

The extracurricular activities program for TJHSST is the same comprehensive extracurricular activities program, including athletics, as that approved for other high schools in FCPS. Any approved activity will be provided if sufficient student interest and participation exist.

Any student who transfers from TJHSST with no legal change in domicile will be ineligible, according to the Virginia High School League transfer rules, to participate for one semester in Virginia High School League-sanctioned activities of any Virginia high school.

## XIV. PERSONNEL AND STAFFING

Staffing and personnel policies for TJHSST that differ from staffing and personnel policies for other Fairfax County public schools include the following:

A. All instructional staff members will be employed for at least eight hours each working day.

B. All instructional staff members will receive a salary scale adjustment.

C. Criteria by which instructional staff members are selected will be determined by the Department of Human Resources with assistance from the administrative staff of TJHSST.

Legal reference:  8 VAC 20-131-110

See also the current version of:
    Notice 3355, Thomas Jefferson High School for Science and Technology
        Admissions Procedures
    Notice 5922, Student Fees
    Policy 3355, High School for Science and Technology Notice 5533, Thomas
    Regulation 2431, Middle School Teacher's Guide: Grading and Reporting to
        Parents
    Regulation 2460, Requirements for Graduation and Graduation Seals of
        Achievement

FAIRFAX COUNTY PUBLIC SCHOOLS