# Exhibit 5

```
 1            IN THE UNITED STATES DISTRICT COURT

 2            FOR THE EASTERN DISTRICT OF VIRGINIA

 3                    ALEXANDRIA DIVISION

 4   ---------------------------x

 5   COALITION FOR TJ,              :

 6                    Plaintiff, :

 7      v.                          :   Civil Action No.:

 8   FAIRFAX COUNTY SCHOOL     : 1:21-cv-00296-CMH-JFA

 9   BOARD,                         :

10                    Defendant. :

11   ---------------------------x

12            Deposition of Coalition for TJ

13             By and through its Designee

14                    GLENN MILLER

15                   McLean, Virginia

16              Monday, October 18, 2021

17                     2:18 p.m.

18

19

20   Job No.: 404859

21   Pages: 1 - 137

22   Reported by: Judith E. Bellinger, RPR, CRR
```

```
1        Deposition of GLENN MILLER, held at the

2   offices of:

3

4   HUNTON ANDREWS KURTH LLP

5           8405 Greensboro Drive

6           Suite 140

7           McLean, VA 22102

8           703.714.7400

9

10

11

12

13

14        Pursuant to notice, before Judith E.

15   Bellinger, Registered Professional Reporter,

16   Certified Realtime Reporter, and Notary Public in

17   and for the Commonwealth of Virginia.

18

19

20

21

22
```

```
 1              A P P E A R A N C E S

 2

 3   ON BEHALF OF THE PLAINTIFF:

 4        GLENN E. ROPER, ESQUIRE

 5        PACIFIC LEGAL FOUNDATION

 6        1745 Shea Center Dr., Suite 400

 7        Highlands Ranch, CO 80129

 8        GEROPER@pacificlegal.org

 9

10   ON BEHALF OF THE DEFENDANT:

11        SONA REWARI, ESQUIRE

12        DANIEL STEFANY, ESQUIRE

13        HUNTON ANDREWS KURTH LLP

14        2200 Pennsylvania Avenue NW

15        Washington, D.C. 20037

16        202.955.1974

17

18

19

20

21

22
```

Transcript of Glenn Miller, Designee
Conducted on October 18, 2021                    4

```
1                    C O N T E N T S

2    EXAMINATION OF GLENN MILLER                  PAGE

3       By Ms. Rewari                               6

4       By Mr. Roper                              131

5                    E X H I B I T S

6            (Attached to the transcript)

7    Coalition Exhibits:                          PAGE

8    Exhibit 12  Predictions for Fairfax County    26

9                Public Schools Lottery Plan for

10               Thomas Jefferson High School For

11               Science and Technology

12   Exhibit 13  Email from Helen Miller to various  68

13               recipients, September 29, 2020

14   Exhibit 14  Coalition for TJ "Second-Look      77

15               Semifinalist" Alternative to Merit

16               Lottery

17   Exhibit 15  Enhancing Diversity in Training   103

18               Program

19   Exhibit 16  Email from Helen Miller to various 104

20               recipients, October 3, 2020

21   Exhibit 17  November 17, 2020 Coalition for TJ 108

22               press release
```

```
1        E X H I B I T S     C O N T I N U E D

2    Previously Marked:

3    Coalition Exhibit:

4    Exhibit 1    Defendant's Notice of Deposition of    10

5                 Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22
```

```
1   by key board members.  And there was displeasure
2   expressed to the superintendent, Scott Brabrand,
3   about his policy and his reaction was "Well, you
4   asked me for a policy; I came up with a policy.
5   If you don't like it, I'll have to come up with
6   another one."
7        Q    So who are the board members that you
8   say asked for racial balancing?
9        A    Ricardy Anderson requested that the
10  racial demographics of TJ reflect that of the --
11  of the rest of the -- of the catchment area, in
12  particular, Fairfax County.  The -- certain
13  Fairfax County officials made statements that they
14  wanted the racial demographics of TJ to reflect
15  that of the rest of the county.  And taking them
16  at their word, that would suggest that there would
17  be more -- substantially more Blacks and
18  substantially more Hispanics.  And this lottery
19  proposal, based on our calculations, would not
20  dramatically increase the number of Blacks and
21  Hispanics anywhere close to what the county's
22  demographic would indicate, because no effort was
```

Transcript of Glenn Miller, Designee
Conducted on October 18, 2021                          70

```
 1    influential in the direction of Fairfax County
 2    because he had indicated that he had sent out a
 3    statement that the counties had to address
 4    governor school admissions and take corrective
 5    action on their admissions, and our understanding
 6    was that Fairfax County was attempting to "get out
 7    ahead" of what they thought Atif Qarni was going
 8    to demand that they do.  So we included him as a
 9    result.
10         Q    Okay.  And, so, this is signed Helen
11    Miller on behalf of the Coalition for TJ.
12         A    Uh-huh.
13         Q    So was there a discussion amongst
14    members of the Coalition for TJ to have Helen
15    Miller send this email?
16         A    Yes.
17         Q    Okay.  And who, amongst the Coalition
18    for TJ -- who within the Coalition for TJ
19    determined that Helen Miller should send this
20    email?
21         A    I don't recall.  I think it was a
22    consensus that she would be the -- she would send
```

Transcript of Glenn Miller, Designee
Conducted on October 18, 2021                    76

1    support from the vast majority of groups."

2               What are the various interests and the

3    groups that are being referenced in this sentence?

4         A    The various interests were the

5    interests of the school board, the interests of

6    the Secretary -- the Commonwealth of Virginia's

7    Secretary of Education, the interest of advocates

8    on behalf of underrepresented minorities, the

9    interest of people who support merit education,

10   the interest of people who are exclusively focused

11   on gifted education, the interest of people whose

12   primary goal was defending the rights of

13   Asian-Americans, and, finally, the groups who

14   were -- who were anecdotally supporting, you know,

15   more Whites at TJ.

16        Q    And so the next sentence says "The

17   current climate of acrimony serves no one, least

18   of all, this board and administration."

19              So what is that referring to?

20        A    It meant that this was a divisive

21   issue.  That it was an issue that was preventing

22   the board from focusing on the pressing needs

Transcript of Glenn Miller, Designee
Conducted on October 18, 2021                    77

1   related to COVID, virtual learning, the needs and

2   interests of the county as a whole, and was taking

3   a disproportionate amount of the county's time up,

4   addressing admissions at TJ, which we believe was

5   due, in part, due to pressure coming from the

6   Secretary of Education.

7        Q    Okay.

8             (Coalition Exhibit 14 marked for

9   identification and attached to the transcript.)

10       Q    The court reporter's just handed you

11  what we've marked as Exhibit 14.

12       A    Yes.

13       Q    Is this the second-look proposal that

14  was attached to the email that we just saw?

15       A    Yes.

16       Q    Who prepared this document?

17       A    Who wrote it?

18       Q    Yes.

19       A    It was prepared by one person in

20  particular and commented on by multiple members of

21  the core -- of the core group.

22       Q    And who was that primary author that

Transcript of Glenn Miller, Designee
Conducted on October 18, 2021                    88

1    middle schools.

2              So we were taking that proposal, which

3    was proposed and very much favored by the county

4    in their effort to racially balance TJ, we took

5    that proposal and did -- and used it in a way that

6    would preserve what we felt was very important to

7    TJ, which were the top students.

8              We felt that TJ, that the problem with

9    the merit lottery was that it did not

10   differentiate between the really, really top

11   students at TJ, and they got no more better chance

12   of getting into TJ than somebody who is 7,000th in

13   the county, in terms of merit.  And that this was

14   a balanced proposal that would -- that would

15   preserve merit at TJ, would preserve the

16   standardized test at TJ, which we believe is a

17   critical element to determine merit, and to make a

18   correction to those standardized test scores that

19   we believed was due to the county's

20   underinvestment in preparation for kids in some of

21   the middle schools in terms of taking standardized

22   tests.  And this was a way of giving a boost to

Transcript of Glenn Miller, Designee
Conducted on October 18, 2021                    95

1    school, rather than doing this based on regions

2    with no emphasis based on the population of the

3    region, et cetera.  What this did is it took a --

4    it would allow each school to have a certain

5    minimum number of kids to get into the

6    semifinalists program at TJ.  So each school that

7    had any -- that had more than five, as I recall,

8    got one second-look semifinalist, and any school,

9    even if they didn't have any semifinalists, would

10   be able to pick five students from the top kids at

11   that region, and have those recommended as

12   second-look semifinalists, subject to county

13   review.

14            So each one of the middle schools would

15   be able to pick their top students.  And our view

16   was that it would allow schools that had

17   historically higher percentages of Black and

18   Hispanic students, where they had professors

19   who -- or teachers who could recognize the top

20   students they thought would flourish at TJ, to be

21   able to pick those top kids and put them into the

22   semifinalist pool automatically.  But that --

1    rather than having those kids, who might have had

2    lower test scores because they didn't get in, so

3    they, by definition, had lower test scores, it

4    would allow their test scores to be trued up to

5    the average of all the students, so all the

6    students in the second-look pool would have a

7    uniform bump to their standardized test score

8    based on the difference between those top kids and

9    the kids that got in.  And so that the

10   standardized test scores would be -- would be

11   trued up.

12            And so a kid who, let's say, kid who

13   missed by one point on the standardized test score

14   and who was picked by some school of being a

15   really top performer, would not -- would get a --

16   would get the same bump up as a kid who missed it

17   by 22 points.  So the kid that missed it by one

18   point would be substantially higher than the kid

19   who missed it by 22 points, but they would both be

20   in the same pool.

21        Q    So the playing field for these students

22   would be level going into the semifinalist group?

```
1          A    No, it would be not leveled, leveled as

2     a group.  But on an individual basis, the kids in

3     a second-look semifinalists would have different

4     scores.  Because although it would be bumped up by

5     an identical margin, to bring them up to the mean

6     bump, the individuals in that second look would

7     have scores that varied based on the merit of the

8     individual kids.

9               And so the theory being that a kid who

10    is a superstar, who just didn't quite make the

11    second-look semifinalists, let's say this

12    particular kid came from a middle school, an area

13    that didn't have any resources or enrichment and

14    had never taken a standardized test, and hadn't

15    had any practice for taking these sorts of tests,

16    but was so smart that they missed by only one

17    point, and had they had any practice, whatsoever,

18    they would have done really well, that that is the

19    sort of kid that should be in the semifinalist

20    pool to account for the fact that the county had

21    neglected that particular kid.

22          Q    And did the coalition agree that those
```

Transcript of Glenn Miller, Designee
Conducted on October 18, 2021                          98

1    sorts of kids exist within Fairfax County?

2              MR. ROPER:  Objection to form.

3         Q    You made this proposal.  You agreed

4    that there are kids like this in Fairfax County,

5    right?

6              MR. ROPER:  Objection to form.

7         A    We believe, the coalition believes that

8    there were kids that are smart kids that have been

9    neglected by the county and not given enrichment

10   and not given STEM enrichment, not given practice

11   taking standardized tests, and not have the same

12   advantages as kids who have two parents and that

13   the county has failed those kids by not investing,

14   and that that is a significant reason why there

15   are so many differences in the -- historically, in

16   the demographics at TJ.

17        Q    But you're proposing -- you proposed to

18   increase their standardized test score.  Was the

19   theory behind that that the standardized test

20   score of such a student would be lower because

21   of -- for all the reasons that you just cited?

22             MR. ROPER:  Objection to form.

Transcript of Glenn Miller, Designee
Conducted on October 18, 2021                    100

1    just talking about?

2                MR. ROPER:  Objection to form.  Beyond

3    the scope of the 30(b)(6).

4        A    Any kid, any kid that has -- not had

5    practice taking a standardized test would benefit

6    from more county resources invested into taking

7    standardized tests.

8        Q    Would the same go for any kid who

9    hasn't had the benefit of a parent who can, as you

10   said, a two-parent family or a parent who can put

11   them into a class to learn how to take

12   standardized tests?

13               MR. ROPER:  Objection to form.  Beyond

14   the scope of the 30(b)(6) designation.

15       A    Our view is that any kid that hasn't

16   had practice could be benefited.  It is also our

17   view, however, that there is a disproportionate

18   number of kids, who are Black and Hispanic, who

19   live in parts of the county that are historically

20   underrepresented.  Those kids make up a

21   significant number of the kids that would benefit

22   from this program because the county has

Transcript of Glenn Miller, Designee
Conducted on October 18, 2021                           101

1    historically not invested in those areas.

2              So we believe that it would -- that

3    this proposal would result in disproportionately

4    more Black and more Hispanic students benefiting

5    from this sort of a proposal, while still

6    preserving merit at TJ, and not result in the sole

7    group to have their numbers at TJ go down, being

8    Asian-Americans.

9              MR. ROPER:  And we've been going about

10   70minutes.

11             MS. REWARI:  Sorry.  I lose track of

12   time.

13             MR. ROPER:  I don't know if you know

14   how much more you have.  Is now a good time for a

15   break?

16             MS. REWARI:  Yeah, I have a fair amount

17   more, so why don't we take a break.

18

19             (Recess taken from 4:39 p.m. to

20   4:54 p.m.)

21   BY MS. REWARI:

22        Q    Mr. Miller, before the break we were

1    not our responsibility.

2          Q    And the second-look proposal was not

3    adopted by the school board; is that correct?

4          A    Yeah, it was ignored.

5          Q    You -- and then, finally, you talked

6    about some of the remedy that is being sought in

7    this litigation and, you know, the importance of a

8    standardized testing to the coalition.  Can you

9    differentiate for me between the coalition's

10   policy positions and advocacy regarding TJ

11   admissions and the remedy that the coalition is

12   seeking in this litigation?

13         A    Yeah, the Coalition for TJ's policy is

14   that it wants a standardized test.  That's its

15   policy.  That's what it has advocated for.  Its

16   remedy in the litigation, to differentiate

17   between, is the current admission system, which we

18   regard as unconstitutional, being joined and the

19   Court, working with the county, come up with an

20   alternative that passes constitutional muster.

21              MR. ROPER:  No further questions.

22              MS. REWARI:  I don't have any redirect.

```
 1        CERTIFICATE OF REPORTER - NOTARY PUBLIC
 2            I, JUDITH E. BELLINGER, RPR, CRR, the
 3   officer before whom the foregoing deposition was
 4   taken, do hereby certify that the foregoing
 5   transcript is a true and correct record of the
 6   testimony given; that said testimony was taken by
 7   me and thereafter reduced to typewriting under my
 8   direction; that reading and signing was not
 9   requested; and that I am neither counsel for,
10   related to, nor employed by any of the parties to
11   this case and have no interest, financial or
12   otherwise, in its outcome.
13            IN WITNESS WHEREOF, I have hereunto set
14   my hand and affixed my notarial seal this 5th day
15   of November, 2021.
16   My Commission Expires:  September 30, 2024
17
18   Judith E. Bellinger
19
20   NOTARY PUBLIC IN AND FOR
21   THE COMMONWEALTH OF VIRGINIA
22
```

No. 404859

Re:   Deposition of **Glenn Miller, Designee**
Date: 10/18/2021
Case: Coalition for TJ -v- Fairfax County School Board
Return to: transcripts@planetdepos.com

ACKNOWLEDGMENT OF DEPONENT

I, Glenn Miller, Designee, do hereby acknowledge that I have read and examined the foregoing testimony, and the same is a true, correct and complete transcription of the testimony given by me and any corrections appear on the attached Errata sheet signed by me.

11/30/2021

(Date)            (Signature)

No. 404859

*Coalition should be Capitalized.*

Re:   Deposition of **Glenn Miller, Designee**
        Date: 10/18/2021
        Case: Coalition for TJ -v- Fairfax County School Board   *Global change*
        Return to: transcripts@planetdepos.com

| Page | Line | Correction/Change and Reason |
|---|---|---|
| 6 | 14 | "Savile" - Not "Seville" |
| 18 | 18 | "I" talked to Himanshu Verma. |
| 20 | 12 | Coalition |
| 21 | 21 | My recollection is Nancy Trainer was told |
| 25 | 5 | Equal Protection |
| 29 | 6 | "got" should be "gotten" |
| 31 | 9 | Coalition's |
| 36 | 11 | "more then" should be "more of them" |
| 39 | 15 | "You mean" should be "Do you mean" |
| 54 | 13 | "referring to the two" should be "referring to the...to" |
| 55 | 14 | "Hispanics in" should be "Hispanics than in" |
| 56 | 7 | "represented" should be "Underrepresented" |
| 74 | 15 | "need" should be "needs" |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

11/30/2021
(Date)

(Signature)