# Exhibit 9

**TJHSST Admissions: Pathway Admission Process**

**Statement of Purpose**

Since it was established in 1985, Thomas Jefferson High School for Science and Technology (TJHSST) has been a leader in providing science, technology, engineering, and mathematics (STEM) education. Fairfax County Public Schools (FCPS) is committed to providing a high-quality, specialized high school program for students with an interest in STEM who reside in Fairfax County and other school districts and cities served by TJHSST (i.e., Arlington, Loudoun, and Prince William counties, as well as the cities of Fairfax and Falls Church). Since its inception, business and industry leaders have provided vital support to TJHSST, and TJHSST alumni have become leaders in business and industry, among other fields. TJHSST is best able to serve its community and alumni when those alumni are prepared—through development of fundamental knowledge, leadership and interpersonal skills—to learn, work, and live in an ever-changing and increasingly diverse global society.

From time to time, FCPS leaders and TJHSST staff review the school's policies and procedures considering its Mission Statement and Beliefs. (See FCPS, About TJHSST.) The goal of this exercise is to identify policies and procedures that may require clarification or updating to best serve the needs and goals of the TJHSST community. As a result of this process, in the past decade, TJHSST has at times revised in some ways various policies and procedures, including its approach to student admissions.

Following an extended period of analysis and careful consideration by district- and school-level leaders, FCPS proposes to adopt certain revisions to the process for admission to TJHSST effective for ninth grade in the 2022-2023 school year. The revised admissions process will:

- Continue to "provide students with a challenging learning environment focused on math, science, and technology", consistent with the school's mission. All students who attend TJHSST will continue to receive the same rigorous classroom instruction and the same opportunities to participate in varied and enriching extracurricular activities.

- Continue to be supported by evidence and best practice. The process will not eliminate the use of standardized tests to assess applicants' performance in math, reading, and science. Rather, the process will utilize an applicant's test scores as one of several components that inform evaluation of a student's application.

- Continue to be fair and equitable, and to be administered consistent with applicable law. Admissions decisions will continue to be based on an individualized assessment of each applicant's qualifications. No individual who is otherwise eligible based on residency and satisfaction of minimum academic requirements will be denied an opportunity to apply for admission to TJHSST based on a particular characteristic, nor will any individual be guaranteed admission. There will be no "quotas" or other limits on the number of individual students who share a particular characteristic who can be accepted under the revised process.

- Continue to promote diversity in many forms. FCPS believes that the learning environment at TJHSST will be enhanced by a student body that is increasingly diverse across a variety of attributes. TJHSST's core beliefs emphasize the importance of critical thinking and problem-solving skills; global interdependence and understanding; creativity and curiosity; communication; and leadership and interpersonal skills—all of which are "vital to addressing the complex societal and ethical issues of our time." Research shows that a diverse student

Privileged & Confidential – Attorney-Client Communications


Defendant's Exhibit 5

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER      FCSB-TJ000021827

### TJHSST Admissions: Pathway Admission Process

> body provides additional opportunities for students to be exposed to widely diverse people, cultures, ideas, and viewpoints and to work collaboratively—in the classroom, in laboratories, on the stage, and on athletic fields—as they ask questions, develop ideas, and propose solutions to challenging problems. Research also shows that a diverse student body promotes understanding, helps to break down stereotypes, and promotes learning outcomes. And research shows that diversity in school better prepares students for their participation in an increasingly diverse workforce and society.

- Continue to select students for admission only if they demonstrate evidence of readiness for TJHSST's academic rigor and an ability to contribute to the learning environment at TJHSST. Every year, many more students who are interested in math and science and who could be successful at TJHSST apply for admission than can be accepted; the revised process would offer prospective students' admission through three different pathways.

The revised admissions process will allow TJHSST to identify students who are interested in math and science and who have demonstrated a pattern of achievement, while providing fair and equitable access to all students who have the potential to succeed at TJHSST. FCPS expects that as a result of the changes, the student population at TJHSST will reflect more closely the diverse population in the jurisdictions from which students are eligible to apply for admission. Talented students enrolled in each middle school have traits important to the mission and goals of TJHSST and could contribute to the school's learning environment. These changes more directly account for the fact that many students who want to enroll in a specialized school focused on math and science and who could be successful at TJHSST may have different academic, extracurricular, and personal experiences and differing arrays of strengths and interests. The revised admission process will provide all eligible students an opportunity to demonstrate their own interests and qualifications through individualized assessment of their academic accomplishments and other factors.

FCPS and TJHSST will continue to work with parents, students, and middle schools in participating jurisdictions to provide information on the admissions process and to ensure that all middle school students who have the potential to be successful at TJHSST and who are interested in math, science, and technology have the same opportunity to access the specialized program at TJHSST.

Privileged & Confidential – Attorney-Client Communications

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                              FCSB-TJ000021828

## TJHSST Admissions: Pathway Admission Process

### Pathway 1 (approximately 350 students)

TJHSST Admissions will select students using three different processes (Pathways). Pathway 1 is based on the top performing students on a combination of test scores and GPA. A point system will be used to identify the strongest amount of points available for students. The maximum amount of points available in this Pathway is 400 combined points. Below is the breakdown of Pathway 1. A student's GPA will consist of the core academic courses for 7th grade and the 1st and 2nd Quarter of 8th Grade. The Math, Reading & Science test results will be based on the national percentile rank.

- GPA - *25 (100 max), Math – *1 (100 max), Reading - *1 (100 max), Science - *1 (100 max)

Results

**2018-2019**

350 students

GPA – Range: 4.0-3.5905
Math – Range: 99-83
Reading – Range: 100-82
Science – Range: 100-90

- Race/Ethnicity
    - 264 Asian
    - 2 Black
    - 8 Hispanic
    - 9 Other (Two or More)
    - 67 White
- Gender
    - 234 Male
    - 116 Female
- Free/Reduced
    - 3 FRM
- Math Class
    - 7 Algebra I
    - 208 Geometry
    - 112 Algebra II/Trig
    - 7 Pre-Calc.
    - 16 Other
- County
    - 10 Arlington
    - 1 Falls Church City
    - 245 Fairfax County
    - 87 Loudoun
    - 7 Prince William

**2017-2018**

350 students

GPA – Range: 4.0-3.5048
Math – Range: 99-83
Reading – Range: 100-85
Science – Range: 100-90

- Race/Ethnicity
    - 257 Asian
    - 3 Black
    - 8 Hispanic
    - 15 Other (Two or more)
    - 67 White
- Gender
    - 220 Male
    - 130 Female
- Free/Reduced
    - 4 FRM
- Math Class
    - 13 Algebra I
    - 206 Geometry
    - 118 Algebra II/Trig
    - 8 Pre-Calc.
    - 1 Calculus
    - 4 Other
- County
    - 14 Arlington
    - 1 Falls Church City
    - 261 Fairfax
    - 59 Loudoun
    - 15 Prince William

Privileged & Confidential – Attorney-Client Communications

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                      FCSB-TJ000021829

## TJHSST Admissions: Pathway Admission Process

### Pathway 2 (approximately 100 students)

Application Evaluation process (still need minimum test scores/GPA). Points will be associated with each component below. The combination of GPA/test scores and points from components will determine students in this group.

To be considered for Pathway 2, student must meet;

- **50% of evaluation**
- Minimum GPA of 3.0 (core academic areas from 7th Grade Final Marks and 8th Grade 1st & 2nd Quarter)
- A minimum; (current semi-finalist minimums)
    - Math – 50%tile
    - Reading – 75%tile
    - Science – 75%tile

The Pathway is based on GPA/Test and score of Pathway 2 evaluations listed below.

- **50% of evaluation**

| | | | | | |
|---|---|---|---|---|---|
| **Socio-economic Factors** | 0 or 7 | | **School Leadership** | 0 to 8 |
| Free/Reduced Meals | | | "O" Factor* – CCTDI Assessment | |
| **Regional Data** | 0 or 7 | | **STEM Skills** | 0 to 3 |
| Zip Code | | | Top 3 Awards/Projects/Skills | |
| **English Language Learner** | 0 or 7 | | **Hardship** | 0 to 5 |
| not including Dismissed | | | Homelessness, economic responsibility, Extenuating Circumstances, family/personal crisis, 504, etc. | |
| **Special Education** | 0 or 7 | | | |
| IEP | | | | |
| **Extracurricular** | 0 or 3 | | | |
| School Based | | | | |
| **Community Service** | 0 or 3 | | | |
| | | | **Total** | 0 to 50 |

Note: "O" Factor – refers to students with exceptional talents in organizing others, i.e.;

- Leading is influencing people to willfully attempt together, what they would not or could not as individuals.
- Leadership is the overall term for this social process.
- Leaders are those who lead, not just occupy a position or claim a title.

Certain categories will be loaded based on registration data. Other fields would be provided by the student through the application process. In some cases, the students will need to provide documentation to support the information provided in the field.

Privileged & Confidential – Attorney-Client Communications

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                   FCSB-TJ000021830

## TJHSST Admissions: Pathway Admission Process

### Pathway 3 (approximately 50 students)

#### Nomination Process

FCPS Public Schools that are underrepresented will have an opportunity to nominate students for admission to TJHSST. The school will nominate up to 10 students based on students meeting minimum criteria. A minimum of 3 students from each FCPS school will be offered throughout all the Pathway options. If no student from a school has been selected in the Pathway 1 or 2, that school will be guaranteed minimum student offers. So, all FCPS schools will have representation at TJHSST. Fairfax County private and homeschooled students are not included in this portion of the selection process.

- Schools – with 3 or less students offered over last 3 years (preliminary identification)
    - Franklin MS
    - Hayfield MS
    - Herndon MS
    - Holmes MS
    - Irving MS
    - Key MS
    - Lanier MS
    - Poe MS
    - Stone MS
    - Whitman MS

A nomination committee will review possible students. Committee members consist of Principal or Designee, Director of Student Services or Designee, Liaison Counselor, 8th Grade Math, and 8th Grade Science teacher. The committee would review the merits of each student nominee; teacher/school recommendations and possibly an in-person interview of student (video?). The TJHSST Admission office will assist in the process by identifying students who would be possible candidates; Math Subject, SOL Scores (7th Grade Math), CogAT/NNAT, Universal Screener Assessment, etc.

- Nominated students must sit for the admission exam and meet Pathway 2 requirements
    - This ensures the students will be able to handle the level of academic rigor at the school

#### Selection Process

Students nominated will apply to TJHSST through the same application process. These students will be eligible to be selected through Pathway 1 and Pathway 2. In the event the student is not selected in either Pathway 1 or 2, he/she will be evaluated in Pathway 3. Pathway 3 consists of the same process as Pathway 2 only for students remaining in the nomination pool. Evaluations will take place for these students and the strongest remaining students will be offered admission.

Privileged & Confidential – Attorney-Client Communications

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                     FCSB-TJ000021831

**TJHSST Admissions: Pathway Admission Process**

|  | Franklin | Hayfield | Herndon | Holmes | Irving | Key | Lanier | Poe | Stone | Whitman | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Asian | 1 | 1 | 1 | 2 | 1 | 1 | 2 | 1 | 2 | 0 | 12 |
| Black | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hispanic | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 3 |
| White | 2 | 2 | 2 | 1 | 2 | 2 | 1 | 1 | 0 | 2 | 15 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Note: The students represented in the table are based on the 2017-2018 Applicant year and only using statistics from Pathway 1. Using only Pathway 1 options would ensure regional diversity only and not racial/ethnic diversity. The table further supports employing the Pathway 2 process for these students.

### Non –FCPS school divisions

Participating school divisions will be encouraged to nominate students using a similar process. The number available per division will be based on the same formula used to create Caps per school division (as long as maximum offers would not have been filled through Pathways 1 & 2). The TJHSST Admissions office will coordinate efforts of identification with these divisions to provide high quality nominations.

Note: Participating school division caps are based on the Class of 2022 Admissions Cap (these numbers are for planning purposes only and would be calculated each year).

- Prince William County Cap – 12
- Loudoun County – 11
- Arlington County – 3
- Falls Church City - 1

### Conclusion

There are a number of adjustments which could be made to this new process. This approach maintains a high level of rigor for the students to achieve in Pathway 1. This allows for a large group of students to demonstrate academic strength on a series of rigorous assessments. Pathway 2 provides for intentional diversity. Diversity could be described in a broad swath that encompasses more than just ethnic/racial diversity. Pathway 2 intentionally targets students with varied background and still maintains a strong level of academic strength. Pathway 3 takes a further step in identifying areas in our region that have been historically under represented at TJHSST. These nominees will be selected using the same criterion as the students in Pathway 2.

Privileged & Confidential – Attorney-Client Communications

## TJHSST Admissions: Pathway Admission Process

Possible Alternative Consideration – Historically low representation (consider non-center schools ONLY), diversity of school; racial/ethnic, ELL population, SES population, etc. Identification of schools will remain flexible each year to provide consistent representation of all schools and geographic regions in participating school divisions.

Privileged & Confidential – Attorney-Client Communications

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    FCSB-TJ000021833

## TJHSST Admissions: Pathway Admission Process

### Implementation Timeline (Expected for the 2022-2023 Application Year)

This is an estimated timeline to implement the changes in the proposal above. Many factors would come into play as we look at each element and work on implementing the changes for a future admissions cycle. First, any changes would be implemented to begin with the Winter Freshman Round (this round begins in late August/early September) with the application window.  <u>The application system will need to be ready for delivery in July of the year of implementation.</u>

**TJHSST Admissions Application Committee – December 2020-October 2021 (8 – 11 Months)**

Once the white paper is approved a working group would need to be established to decide on the final elements on each Pathway for the application process. The working group could be comprised of members of various interests groups, including but not limited too; Admissions personnel, TJHSST School Leadership & staff, Instructional Services personnel (Math, Science & Advanced Academics), Out-of-County Leadership (Arlington, Loudoun, Prince William Counties & the City of Falls Church), Fairfax County Association of the Gift (FCAG), Advanced Academics Programs (AAPAC), Minority Student Assessment Oversight Committee (MSAOC), etc. The working group's stated goal would be to evaluate the white paper and develop the final Pathway elements. This work would be estimated to take a few months to finalize the recommendations. Additionally, a school board closed session may be needed to provide high level information from the white paper in terms of the newly-proposed admissions process. **December 2020-April 2021 (4 – 5 months)**

# Attorney Client Privilege

**Application Development & Marketing of New Process – November 2021-July 2022 (6 – 8 months)**

Once the new process has been approved to move forward work with the application system will need to begin. The online application system will need to be redesigned to include the new information that now needs to be collected. The application system will need to be tested thoroughly to ensure it would be successfully implemented. Additionally, internal database systems will need to be updated to capture the new data being collected from the online application system. These two systems will need to be integrated. **November 2021-July 2022 (6 – 8 months)**

A campaign of public awareness for the new admissions process will need to be underway immediately following school board presentations. The presentations will provide information on the new process applicants will undergo for the selection process. This information will begin at the middle school level in FCPS and participating jurisdictions. Additional information will be provided to the Pathway 3 Schools identified. The presentations can happen concurrently with the application development. **January 2022-July 2022 (3 – 6 months)**

Privileged & Confidential – Attorney-Client Communications