# Exhibit 10

## TJHSST Admissions: Pathway Admission Process

### Executive Summary

FCPS leaders and TJHSST Admissions staff review TJHSST's admissions policies and procedures considering its Mission Statement and Beliefs. The goal of this exercise is to identify policies and procedures that may require clarification or updating to best serve the needs and goals of the TJHSST community. As a result of this process, in the past decade, TJHSST has at times revised in some ways various policies and procedures, including its approach to student admissions.

Following an extended period of analysis and careful consideration by district- and school-level leaders, FCPS proposes to adopt certain revisions to the process for admission to TJHSST effective for ninth grade in the 2022-2023 school year.

The revised admissions process will allow TJHSST to identify students who are interested in math and science and have demonstrated a pattern of achievement, while providing fair and equitable access to all students who have the potential to succeed at TJHSST. FCPS expects as a result of the changes, the student population at TJHSST will reflect more closely the diverse population in the jurisdictions from which students are eligible to apply for admission. Talented students enrolled in each middle school have traits important to the mission and goals of TJHSST and could contribute to the school's learning environment. These changes more directly account for the fact that many students who want to enroll in a specialized school focused on math and science and who could be successful at TJHSST may have different academic, extracurricular, and personal experiences and differing arrays of strengths and interests. The revised admission process will provide all eligible students an opportunity to demonstrate their own interests and qualifications through individualized assessment of their academic accomplishments and other factors.

### Pathways to TJHSST

The new admissions process will consist of 3 pathways for students to attend TJHSST. This process is a change from the current process but maintains keys elements that are already in place. <u>Pathway 1</u> will select the students who are top performers on a combination of test scores and GPA. This process is similar to the current semifinalist process and would select the top performing students for admissions. <u>Pathway 2</u> will select students using elements from Pathway 1 (50%) and the remaining portion will be based on specific diversity factors. <u>Pathway 3</u> will select students using the same process as pathway 2. However, Pathway 3 is for specifically identified under-represented schools. Additionally, under-represented schools will nominate students for admissions.

This approach maintains a high level of rigor for the students to achieve in Pathway 1. This allows for a large group of students to demonstrate academic strength on a series of rigorous assessments. Pathway 2 provides for intentional diversity. Diversity could be described in a broad swath that encompasses more than just ethnic/racial diversity. Pathway 2 intentionally targets students with varied background

Privileged & Confidential – Attorney-Client Communications



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                                    FCSB-TJ000021470

## TJHSST Admissions: Pathway Admission Process

and still maintains a strong level of academic strength. Pathway 3 takes a further step in identifying areas in our region that have been historically under-represented at TJHSST.

### Implementation Timeline (Expected for the 2022-2023 Application Year)

There are many elements that will need to be completed to be able to effectively transition to a new application approach. It will take 8-11 months for a working group to finalize the elements of each pathway. This timeframe includes creating a working group to formalize the final product and make final recommendations to school leadership, legal counsel, and the school board. This will be followed by an additional 6-8 months of application redevelopment and marketing of the new process. The entire process must be finalized and completed in July 2022 to be implemented for the 2022-2023 application year. The application process starts in August/September each year. The entire approach will take 14-19 months to complete.

### Next Steps

The next step is to get an approval to move forward with this approach. For this admissions approach to be completed for the 2022-2023. Application year a decision will need to be made no later than December 2020. This will allow the Admissions Office to organize a working group to implement each of the phases and complete the process for a new application process.

### Other Factors to Consider

Cost - redevelopment of our current application system to meet the new process. This could be a process of modifying our current application system to meet the new demands.

OR

RFP Process – possibly need to consider a RFP for the application system.

Privileged & Confidential – Attorney-Client Communications

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                          FCSB-TJ000021471