# Exhibit 11

Message

| | |
|---|---|
| **From:** | Qarni, Atif [atif.qarni@governor.virginia.gov] |
| **Sent:** | 6/7/2020 3:56:18 PM |
| **To:** | Corbett Sanders, Karen (School Board Member) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=471dcb5b040f4abf87cf766d8c2e931f-Corbett San] |
| **Subject:** | [External] Fwd: Demographic Data on AYGS students |
| **Attachments:** | AYGS Disadv 5 years.xlsx |

For Governor's schools, there is a proposed budget language which we passed this session and it states that "Each Academic Year Governor's schools shall set diversity goals for its student body and faculty, and develop a plan to meet said goals in collaboration with community partners at public meetings. Each school shall submit a report to the Governor by October 1 of each year on its goals and status of implementing its plan. The report shall include, but not be limited to the following: utilization of universal screenings in feeder divisions; admission processes in place or under consideration that promote access for historically under-served students; and outreach and communication efforts deployed to recruit historically under-served students. The report shall include the racial/ethnic make-up and socioeconomic diversity of its students, faculty, and applicants."

Attached is an excel file for what VDOE gave me for the last five years.

Defendant's Exhibit

7

FCSB-TJ000012782

# PRODUCED IN NATIVE FORMAT

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                FCSB-TJ000012783

|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Sch Yr | Div Num | Div Name | Sch Num | Governor's School Name | Disadv Students | Total Number Reported Students Attending | Percentage Disadv |
| 2 | 2013-2014 | 29 | Fairfax County | 1371 | Thomas Jefferson High for Science & Tech | 45 | 1866 | 2.4 |
| 3 | 2013-2014 | 260 | Central Virginia Governor's School | 10 | Central Virginia Governor's School | 12 | 119 | 10.1 |
| 4 | 2013-2014 | 261 | Southwest Virginia Governor's School | 10 | Southwest Virginia Governor's School | 13 | 140 | 9.3 |
| 5 | 2013-2014 | 262 | Governor's School for the Arts | 10 | Governor's School for the Arts | 46 | 354 | 13 |
| 6 | 2013-2014 | 263 | Roanoke Valley Governor's School | 10 | Roanoke Valley Governor's School | 14 | 266 | 5.3 |
| 7 | 2013-2014 | 264 | New Horizons Governor's School | 10 | New Horizons Governor's School | 13 | 145 | 9 |
| 8 | 2013-2014 | 265 | Shenandoah Valley Governor's School | 10 | Shenandoah Valley Governor's School | 29 | 220 | 13.2 |
| 9 | 2013-2014 | 266 | Governor's School of Southside Virginia | 10 | Governor's School of Southside Virginia | 32 | 127 | 25.2 |
| 10 | 2013-2014 | 267 | Appomattox Regional Governor's School | 10 | Appomattox Regional Governor's School | 49 | 373 | 13.1 |
| 11 | 2013-2014 | 268 | A. Linwood Holton Governor's School | 10 | A. Linwood Holton Governor's School | 30 | 123 | 24.4 |
| 12 | 2013-2014 | 269 | Chesapeake Bay Governor's School | 10 | Chesapeake Bay Governor's School | 28 | 254 | 11 |
| 13 | 2013-2014 | 270 | Commonwealth Governor's School | 10 | Commonwealth Governor's School | 21 | 242 | 8.7 |
| 14 | 2013-2014 | 271 | Maggie L. Walker Governor's School | 10 | Maggie L. Walker Governor's School | 23 | 736 | 3.1 |
| 15 | 2013-2014 | 273 | Blue Ridge Governor's School | 10 | Blue Ridge Governor's School | 31 | 279 | 11.1 |
| 16 | 2013-2014 | 274 | Jackson River Governor's School | 10 | Jackson River Governor's School | 2 | 37 | 5.4 |
| 17 | 2013-2014 | 275 | Massanutten Regional Governor's School | 10 | Massanutten Regional Governor's School | 6 | 76 | 7.9 |
| 18 | 2013-2014 | 276 | Piedmont Governor's School | 10 | Piedmont Governor'SsSchool | 35 | 150 | 23.3 |
| 19 | 2013-2014 | 277 | Mountain Vista Governor's School | 10 | Mountain Vista Governor's School | 4 | 132 | 3 |
| 20 | 2013-2014 | 278 | The Governor's School @ Innovation Park | 10 | The Governor's School @ Innovation Park | 17 | 111 | 15.3 |
| 21 |  |  |  |  |  |  |  |  |
| 22 | 2014-2015 | 29 | Fairfax County | 1371 | Thomas Jefferson High for Science & Tech | 37 | 1833 | 2 |
| 23 | 2014-2015 | 260 | Central Virginia Governor's School | 10 | Central Virginia Governor's School | 11 | 109 | 10.1 |
| 24 | 2014-2015 | 261 | Southwest Virginia Governor's School | 10 | Southwest Virginia Governor's School | 10 | 126 | 7.9 |
| 25 | 2014-2015 | 262 | Governor's School for the Arts | 10 | Governor's School for the Arts | 42 | 352 | 11.9 |
| 26 | 2014-2015 | 263 | Roanoke Valley Governor's School | 10 | Roanoke Valley Governor's School | 21 | 260 | 8.1 |
| 27 | 2014-2015 | 264 | New Horizons Governor's School | 10 | New Horizons Governor's School | 13 | 154 | 8.4 |
| 28 | 2014-2015 | 265 | Shenandoah Valley Governor's School | 10 | Shenandoah Valley Governor's School | 22 | 223 | 9.9 |
| 29 | 2014-2015 | 266 | Governor's School of Southside Virginia | 10 | Governor's School of Southside Virginia | 47 | 162 | 29 |
| 30 | 2014-2015 | 267 | Appomattox Regional Governor's School | 10 | Appomattox Regional Governor's School | 54 | 379 | 14.2 |
| 31 | 2014-2015 | 268 | A. Linwood Holton Governor's School | 10 | A. Linwood Holton Governor's School | 23 | 114 | 20.2 |
| 32 | 2014-2015 | 269 | Chesapeake Bay Governor's School | 10 | Chesapeake Bay Governor's School | 40 | 255 | 15.7 |
| 33 | 2014-2015 | 270 | Commonwealth Governor's School | 10 | Commonwealth Governor's School | 32 | 307 | 10.4 |
| 34 | 2014-2015 | 271 | Maggie L. Walker Governor's School | 10 | Maggie L. Walker Governor's School | 29 | 754 | 3.8 |
| 35 | 2014-2015 | 273 | Blue Ridge Governor's School | 10 | Blue Ridge Governor's School | 30 | 287 | 10.5 |

|    | A         | B    | C                                        | D    | E                                        | F    | G    | H    |
|----|-----------|------|------------------------------------------|------|------------------------------------------|------|------|------|
| 36 | 2014-2015 | 274  | Jackson River Governor's School          | 10   | Jackson River Governor's School          | 4    | 27   | 14.8 |
| 37 | 2014-2015 | 275  | Massanutten Regional Governor's School   | 10   | Massanutten Regional Governor's School   | 3    | 66   | 4.5  |
| 38 | 2014-2015 | 276  | Piedmont Governor's School               | 10   | Piedmont Governor'SsSchool               | 36   | 155  | 23.2 |
| 39 | 2014-2015 | 277  | Mountain Vista Governor's School         | 10   | Mountain Vista Governor's School         | 4    | 124  | 3.2  |
| 40 | 2014-2015 | 278  | The Governor's School @ Innovation Park  | 10   | The Governor's School @ Innovation Park  | 11   | 115  | 9.6  |
| 41 |           |      |                                          |      |                                          |      |      |      |
| 42 | 2015-2016 | 29   | Fairfax County                           | 1371 | Thomas Jefferson High for Science & Tech | 40   | 1844 | 2.2  |
| 43 | 2015-2016 | 260  | Central Virginia Governor's School       | 10   | Central Virginia Governor's School       | 8    | 130  | 6.2  |
| 44 | 2015-2016 | 261  | Southwest Virginia Governor's School     | 10   | Southwest Virginia Governor's School     | 9    | 107  | 8.4  |
| 45 | 2015-2016 | 262  | Governor's School for the Arts           | 10   | Governor's School for the Arts           | 54   | 370  | 14.6 |
| 46 | 2015-2016 | 263  | Roanoke Valley Governor's School         | 10   | Roanoke Valley Governor's School         | 13   | 266  | 4.9  |
| 47 | 2015-2016 | 264  | New Horizons Governor's School           | 10   | New Horizons Governor's School           | 13   | 155  | 8.4  |
| 48 | 2015-2016 | 265  | Shenandoah Valley Governor's School      | 10   | Shenandoah Valley Governor's School      | 13   | 157  | 8.3  |
| 49 | 2015-2016 | 266  | Governor's School of Southside Virginia  | 10   | Governor's School of Southside Virginia  | 37   | 160  | 23.1 |
| 50 | 2015-2016 | 267  | Appomattox Regional Governor's School    | 10   | Appomattox Regional Governor's School    | 59   | 387  | 15.2 |
| 51 | 2015-2016 | 268  | A. Linwood Holton Governor's School      | 10   | A. Linwood Holton Governor's School      | 8    | 16   | 50   |
| 52 | 2015-2016 | 269  | Chesapeake Bay Governor's School         | 10   | Chesapeake Bay Governor's School         | 51   | 250  | 20.4 |
| 53 | 2015-2016 | 270  | Commonwealth Governor's School           | 10   | Commonwealth Governor's School           | 52   | 622  | 8.4  |
| 54 | 2015-2016 | 271  | Maggie L. Walker Governor's School       | 10   | Maggie L. Walker Governor's School       | 35   | 761  | 4.6  |
| 55 | 2015-2016 | 273  | Blue Ridge Governor's School             | 10   | Blue Ridge Governor's School             | 43   | 311  | 13.8 |
| 56 | 2015-2016 | 274  | Jackson River Governor's School          | 10   | Jackson River Governor's School          | 6    | 26   | 23.1 |
| 57 | 2015-2016 | 275  | Massanutten Regional Governor's School   | 10   | Massanutten Regional Governor's School   | 12   | 77   | 15.6 |
| 58 | 2015-2016 | 276  | Piedmont Governor's School               | 10   | Piedmont Governor's School               | 39   | 163  | 23.9 |
| 59 | 2015-2016 | 277  | Mountain Vista Governor's School         | 10   | Mountain Vista Governor's School         | 8    | 128  | 6.3  |
| 60 | 2015-2016 | 278  | The Governor's School @ Innovation Park  | 10   | The Governor's School @ Innovation Park  | 11   | 116  | 9.5  |
| 61 |           |      |                                          |      |                                          |      |      |      |
| 62 | 2016-2017 | 29   | Fairfax County                           | 1371 | Thomas Jefferson High for Science & Tech | 40   | 1801 | 2.2  |
| 63 | 2016-2017 | 260  | Central Virginia Governor's School       | 10   | Central Virginia Governor's School       | 13   | 119  | 10.9 |
| 64 | 2016-2017 | 261  | Southwest Virginia Governor's School     | 10   | Southwest Virginia Governor's School     | 12   | 114  | 10.5 |
| 65 | 2016-2017 | 262  | Governor's School for the Arts           | 10   | Governor's School for the Arts           | 59   | 380  | 15.5 |
| 66 | 2016-2017 | 263  | Roanoke Valley Governor's School         | 10   | Roanoke Valley Governor's School         | 21   | 270  | 7.8  |
| 67 | 2016-2017 | 264  | New Horizons Governor's School           | 10   | New Horizons Governor's School           | 16   | 167  | 9.6  |
| 68 | 2016-2017 | 265  | Shenandoah Valley Governor's School      | 10   | Shenandoah Valley Governor's School      | 20   | 214  | 9.3  |
| 69 | 2016-2017 | 266  | Governor's School of Southside Virginia  | 10   | Governor's School of Southside Virginia  | 34   | 150  | 22.7 |
| 70 | 2016-2017 | 267  | Appomattox Regional Governor's School    | 10   | Appomattox Regional Governor's School    | 63   | 389  | 16.2 |
| 71 | 2016-2017 | 268  | A. Linwood Holton Governor's School      | 10   | A. Linwood Holton Governor's School      | 15   | 63   | 23.8 |
| 72 | 2016-2017 | 269  | Chesapeake Bay Governor's School         | 10   | Chesapeake Bay Governor's School         | 42   | 256  | 16.4 |
| 73 | 2016-2017 | 270  | Commonwealth Governor's School           | 10   | Commonwealth Governor's School           | 45   | 612  | 7.4  |
| 74 | 2016-2017 | 271  | Maggie L. Walker Governor's School       | 10   | Maggie L. Walker Governor's School       | 33   | 757  | 4.4  |

|    | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 75 | 2016-2017 | 273 | Blue Ridge Governor's School | 10 | Blue Ridge Governor's School | 49 | 340 | 14.4 |
| 76 | 2016-2017 | 274 | Jackson River Governor's School | 10 | Jackson River Governor's School | 7 | 33 | 21.2 |
| 77 | 2016-2017 | 275 | Massanutten Regional Governor's School | 10 | Massanutten Regional Governor's School | 9 | 68 | 13.2 |
| 78 | 2016-2017 | 276 | Piedmont Governor's School | 10 | Piedmont Governor's School | 38 | 163 | 23.3 |
| 79 | 2016-2017 | 277 | Mountain Vista Governor's School | 10 | Mountain Vista Governor's School | 14 | 136 | 10.3 |
| 80 | 2016-2017 | 278 | The Governor's School @ Innovation Park | 10 | The Governor's School @ Innovation Park | 11 | 103 | 10.7 |
| 81 | | | | | | | | |
| 82 | 2017-2018 | 29 | Fairfax County | 1371 | Thomas Jefferson High for Science & Tech | 38 | 1803 | 2.1 |
| 83 | 2017-2018 | 260 | Central Virginia Governor's School | 10 | Central Virginia Governor's School | 10 | 134 | 7.5 |
| 84 | 2017-2018 | 261 | Southwest Virginia Governor's School | 10 | Southwest Virginia Governor's School | 20 | 122 | 16.4 |
| 85 | 2017-2018 | 262 | Governor's School for the Arts | 10 | Governor's School for the Arts | 57 | 372 | 15.3 |
| 86 | 2017-2018 | 263 | Roanoke Valley Governor's School | 10 | Roanoke Valley Governor's School | 23 | 261 | 8.8 |
| 87 | 2017-2018 | 264 | New Horizons Governor's School | 10 | New Horizons Governor's School | 13 | 177 | 7.3 |
| 88 | 2017-2018 | 265 | Shenandoah Valley Governor's School | 10 | Shenandoah Valley Governor's School | 20 | 217 | 9.2 |
| 89 | 2017-2018 | 266 | Governor's School of Southside Virginia | 10 | Governor's School of Southside Virginia | 57 | 149 | 38.3 |
| 90 | 2017-2018 | 267 | Appomattox Regional Governor's School | 10 | Appomattox Regional Governor's School | 71 | 377 | 18.8 |
| 91 | 2017-2018 | 268 | A. Linwood Holton Governor's School | 10 | A. Linwood Holton Governor's School | 36 | 118 | 30.5 |
| 92 | 2017-2018 | 269 | Chesapeake Bay Governor's School | 10 | Chesapeake Bay Governor's School | 45 | 248 | 18.1 |
| 93 | 2017-2018 | 270 | Commonwealth Governor's School | 10 | Commonwealth Governor's School | 52 | 604 | 8.6 |
| 94 | 2017-2018 | 271 | Maggie L. Walker Governor's School | 10 | Maggie L. Walker Governor's School | 40 | 761 | 5.3 |
| 95 | 2017-2018 | 273 | Blue Ridge Governor's School | 10 | Blue Ridge Governor's School | 56 | 361 | 15.5 |
| 96 | 2017-2018 | 274 | Jackson River Governor's School | 10 | Jackson River Governor's School | 3 | 33 | 9.1 |
| 97 | 2017-2018 | 275 | Massanutten Regional Governor's School | 10 | Massanutten Regional Governor's School | 6 | 68 | 8.8 |
| 98 | 2017-2018 | 276 | Piedmont Governor's School | 10 | Piedmont Governor's School | 40 | 153 | 26.1 |
| 99 | 2017-2018 | 277 | Mountain Vista Governor's School | 10 | Mountain Vista Governor's School | 11 | 130 | 8.5 |
| 100 | 2017-2018 | 278 | The Governor's School @ Innovation Park | 10 | The Governor's School @ Innovation Park | 13 | 117 | 11.1 |
| 101 | | | | | | | | |
| 102 | 2018-2019 | 29 | Fairfax County | 1371 | Thomas Jefferson High for Science & Tech | 45 | 1796 | 2.5 |
| 103 | 2018-2019 | 260 | Central Virginia Governor's School | 10 | Central Virginia Governor's School | 13 | 139 | 9.4 |
| 104 | 2018-2019 | 261 | Southwest Virginia Governor's School | 10 | Southwest Virginia Governor's School | 29 | 120 | 24.2 |
| 105 | 2018-2019 | 262 | Governor's School for the Arts | 10 | Governor's School for the Arts | 68 | 390 | 17.4 |
| 106 | 2018-2019 | 263 | Roanoke Valley Governor's School | 10 | Roanoke Valley Governor's School | 16 | 273 | 5.9 |
| 107 | 2018-2019 | 264 | New Horizons Governor's School | 10 | New Horizons Governor's School | 16 | 177 | 9 |
| 108 | 2018-2019 | 265 | Shenandoah Valley Governor's School | 10 | Shenandoah Valley Governor's School | 24 | 230 | 10.4 |
| 109 | 2018-2019 | 266 | Governor's School of Southside Virginia | 10 | Governor's School of Southside Virginia | 38 | 140 | 27.1 |
| 110 | 2018-2019 | 267 | Appomattox Regional Governor's School | 10 | Appomattox Regional Governor's School | 82 | 376 | 21.8 |
| 111 | 2018-2019 | 268 | A. Linwood Holton Governor's School | 10 | A. Linwood Holton Governor's School | 33 | 124 | 26.6 |
| 112 | 2018-2019 | 269 | Chesapeake Bay Governor's School | 10 | Chesapeake Bay Governor's School | 48 | 247 | 19.4 |
| 113 | 2018-2019 | 270 | Commonwealth Governor's School | 10 | Commonwealth Governor's School | 61 | 622 | 9.8 |

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 114 | 2018-2019 | 271 | Maggie L. Walker Governor's School | 10 | Maggie L. Walker Governor's School | 54 | 759 | 7.1 |
| 115 | 2018-2019 | 273 | Blue Ridge Governor's School | 10 | Blue Ridge Governor's School | 55 | 401 | 13.7 |
| 116 | 2018-2019 | 274 | Jackson River Governor's School | 10 | Jackson River Governor's School | 5 | 33 | 15.2 |
| 117 | 2018-2019 | 275 | Massanutten Regional Governor's School | 10 | Massanutten Regional Governor's School | 11 | 77 | 14.3 |
| 118 | 2018-2019 | 276 | Piedmont Governor's School | 10 | Piedmont Governor's School | 28 | 145 | 19.3 |
| 119 | 2018-2019 | 277 | Mountain Vista Governor's School | 10 | Mountain Vista Governor's School | 9 | 137 | 6.6 |
| 120 | 2018-2019 | 278 | The Governor's School @ Innovation Park | 10 | The Governor's School @ Innovation Park | 12 | 116 | 10.3 |