# Exhibit 12

| | |
|---|---|
| **Message** | |
| From: | Brabrand, Scott S [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F83E4830B34F424397D87919F381F30C-BRABRAND, S] |
| Sent: | 6/8/2020 12:35:51 PM |
| To: | Smith, Marty K. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9b3c2c491ce64b00ae90e8b694fa324a-Smith, Mart]; Shughart, Jeremy A [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=77ed93a9176e4058a2847967265e7289-Shughart, J] |
| CC: | Ivey, Frances W [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dc3549c76d9d4b16a0b1d5f21f1bae94-Ivey, Franc]; Zuluaga, Fabio [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=498f6c26c99840e4a5254f0ee23611db-Zuluaga, Fa]; Kneale, Marcy G [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fd243ed22ecf46fb83388dbf23f8ef94-Kneale, Mar]; Molloy, Michael A. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a880180da65747948292bc1a541804fe-Molloy, Mic] |
| Subject: | Fwd: [External] TJ |

FYI

Plan on work session sooner than later on what we are putting in this report

Thanks

Sent from my iPhone

---

**From:** Corbett Sanders, Karen (School Board Member) <klcorbettsan@fcps.edu>
**Sent:** Monday, June 8, 2020 8:25 AM
**To:** Brabrand, Scott S
**Cc:** Derenak Kaufax, Tamara (School Board Member); Muhlberg, Ilene
**Subject:** FW: [External] TJ

Needs to be on chair's agenda.

**From:** Scott Surovell [mailto:ssurovell@gmail.com]
**Sent:** Monday, June 08, 2020 8:19 AM
**To:** Corbett Sanders, Karen (School Board Member) <klcorbettsan@fcps.edu>
**Cc:** Delegate Paul Krizek <paul@paulkrizek.com>
**Subject:** [External] TJ



Defendant's Exhibit 8

Karen:

I saw the TJ admissions numbers after someone alerted me to an article a former TJ student wrote it.

The last state budget had the following language:

> *"Each Academic Year Governor's schools shall set diversity goals for its student body and faculty, and develop a plan to meet said goals in collaboration with community partners **at public meetings**. Each school shall submit a report to the Governor **by October 1 of each year** on its goals and status of implementing its plan. The report shall include, but not be limited to the following: utilization of universal screenings in feeder divisions; admission processes in place or under consideration that promote access for historically under-served students; and*

*outreach and communication efforts deployed to recruit historically under-served students. The report shall include the racial/ethnic make-up and socioeconomic diversity of its students, faculty, and applicants."*

I was curious where TJ was on this given that public meetings are required and there is a 10/1 deadline. I understand that the virus has slowed things down. When there are public meetings, I would like to provide testimony.

Based on the data I was given, TJ has the smallest relative advantaged student population of all 19 Virginia Governor's Schools in every year for the last 5 years.

What's the plan? Feel free to call.

Scott S.
--
**State Senator**
36th District of Virginia
General Assembly of Virginia

Capitol 804.698.7536
Capitol Fax 804.698.7651
Local 571.249.4484
Local Mail: P.O. Box 289, Mt. Vernon, VA 22121
Campaign/Constituent Website - www.scottsurovell.org
The Dixie Pig Blog - scottsurovell.blogspot.com
Twitter - /ssurovell
Facebook - http://www.facebook.com/surovell
Lightsaber: Purple

**Law Firm Office**
Surovell Isaacs & Levy PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Direct 703.277.9750
Fax 703.591.9285
Email - ssurovell@SurovellFirm.com
www.SurovellFirm.com