# Exhibit 14



Attorney Client Privilege

On Sep 6, 2020, at 7:27 AM, asranomani <asra@asranomani.com> wrote:

Qarni has refused TJ PTSA its seats at the parent panel, writing, "TJ PTSA doesn't need to be represented on the panel. We have had several parents of current TJHSST students reach out to our office who are really engaged in the issue. If I'm not mistaken, my office has already confirmed a TJHSST parent for the panel."

The "several parents" are from the Coalition for TU. The "confirmed" parent is, I believe, you, Ting.

What do you all think?

---------- Forwarded message ---------
From: **Qarni, Atif** <atif.qarni@governor.virginia.gov>
Date: Sat, Sep 5, 2020 at 21:42
Subject: Re: TJ PTSA Panelists for Sept. 15 Town Hall
To: Nicolae Costescu <president@tjptsa.org>
CC: <suptbrabrand@fcps.edu>, Anderson, Ricardy J (School Board Member) <rjanderson@fcps.edu>, <lhcohen@fcps.edu>, <kvfrisch@fcps.edu>, <rsizemorehei@fcps.edu>, <tderenakkauf@fcps.edu>, <kakeysgamarr@fcps.edu>, <momclaughlin@fcps.edu>, Meren, Melanie K (School Board Member) <mkmeren@fcps.edu>, <aomeish@fcps.edu>, <sgpekarsky@fcps.edu>, Corbett Sanders, Karen (School Board Member) <kicorbettsan@fcps.edu>, <evtholen@fcps.edu>, Ann Bonitatibus

Defendant's Exhibit 13

1 / 4

<anbonitatibu@fcps.edu>, Donna Colombo- President <president@vapta.org>, Jenna Alexander- VP of Advocacy <advocacy@vapta.org>, <novadd@vapta.org>, <advocacy@novadistrictpta.org>

Nicolae,

Thanks for your email. TJ PTSA doesn't need to be represented on the panel. We have had several parents of current TJHSST students reach out to our office who are really engaged in the issue. If I'm not mistaken, my office has already confirmed a TJHSST parent for the panel.

I'll be hosting three virtual town halls below to address questions about the process and plans to improve the Diversity at our Governor Schools by making the admissions process more Equitable and Inclusive. TJ PTSA members are more than welcome to attend and ask questions during the Q/A part of the meeting.
September 8th at 7 p.m. - Town hall for current students at Governor's Schools, Register here:
https://zoom.us/webinar/register/WN_IqT26V7nTDOptEgQdJQTdA
September 15th at 7 p.m. - Town hall for parents of current students at Governor's Schools, Register here:
https://zoom.us/webinar/register/WN_Ep-h8BowQ_iwObg-ZxlHoA
September 17th at 7 p.m. - Town hall for Alumni of Governor's Schools, Register here:
https://zoom.us/webinar/register/WN_ZECRm9RISQGcBdxyXN9-iQ

The Governor will likely release his policy position on the Governor's schools admissions process around December. There will be a chance for public comment during the January-February General Assembly session to have your voices heard by state legislators.

The next few weeks as my office is writing the policy for the Governor to consider, that will be shaped by looking at data, research and best practices to modernize the admissions process. I am not going to let that process be dominated by individuals or organizations engaging in vitriolic hateful discourse. I encourage everyone on this email to try to attend any of the three sessions to engage in a productive dialogue on how to improve the admissions policy and overall how to improve our gifted programs.

Best,
Atif

On Sat, Sep 5, 2020 at 7:25 PM Nicolae Costescu <president@tjptsa.org> wrote:
Dear Secretary Qarni,

The Parent Teacher Student Association of Thomas Jefferson High School for Science and Technology (TJ PTSA) appreciates the invitation to participate as panelists in the parent virtual town hall on Sept. 15, 2020, to discuss the Virginia Governor's School admissions process. This is a topic that many of our parents feel strongly about, having invested significant time and energy to support their students in their academic journey. The TJ PTSA recently conducted a survey to determine the positions and concerns of our membership related to modifications to the admissions process.

While participating in the town hall, any panelist that we select will be referencing this survey and the resulting position statement approved by the TJ PTSA General Membership. Our designated TJ PTSA representatives are TJ PTSA President Nicolae Costescu and TJ PTSA Corresponding Secretary Asra Nomani. The TJ PTSA Executive Committee has selected these two representatives based on their knowledge of the issue and their leadership in the community and in our PTSA. We specifically selected Ms. Nomani because she was the person who brought the issue to our attention, and she is most informed on the subject, having investigated this issue for some time as a professional journalist. We are confident these two representatives will articulate the position of the TJ PTSA and its members.

As you undertake a review of the admissions process for Governor's Schools, we urge you to include

PLF01252

a Virginia PTA representative in the Sept. 15 town hall to speak on behalf of the many families and students impacted by these discussions statewide.

Further, we wish to bring to your attention our deep concern about the incident that occurred on the morning of Friday, August 28, 2020, during a telephone call initiated by you with Dr. Costescu. Unfortunately, you attempted to block the inclusion of Ms. Nomani as one of the PTSA speakers, alleging that Ms. Nomani is a member of a "hate group," as designated by the Southern Poverty Law Center. Upon inquiry, you stated the "hate group" is the Muslim Reform Movement. You further stated that Ms. Nomani is not a journalist.

We note this is the second allegation by you, presumably also against Ms. Nomani. In an Aug. 14, 2020, email to a TJ parent, you wrote that "one of your fellow Coalition members is associated with people and a group that was declared a hate group by the Southern Poverty Law Center."

You additionally stated that if the TJ PTSA included Ms. Nomani as one of its two speakers, you would not allow the TJ PTSA to represent our members  on the panel.

Following the call, the TJ PTSA investigated your allegation that Ms. Nomani is a member of a "hate group." The Muslim Reform Movement is not listed in the Southern Poverty Law Center's list of "Hate Groups," nor is Ms. Nomani listed among "Extremists." Your allegation against Ms. Nomani was therefore patently false. According to its platform, the mission of the Muslim Reform Movement (of which Ms. Nomani is a co-founder) is to advocate for peace, human rights, women's rights and secular governance. The Muslim Reform Movement and its members "support the Universal Declaration of Human Rights," passed in 1948 by the United Nations General Assembly. In addition, Ms. Nomani is a well-respected professional journalist.

The TJ PTSA Executive Committee is gravely concerned by your attempt to discredit a TJ parent and want to reaffirm our full support of our desired representatives. The TJ PTSA is committed to its mission to advocate for TJ students and families, and we know that both Dr. Costescu and Ms. Nomani will represent and advocate for our members with fidelity. We hope that you will set aside any political or personal differences you may have with Ms Nomani in order to allow and support all parent views, including those of our membership, to be represented. It would be extremely disappointing if you chose to not listen to the views of parents.

We look forward to continuing this discussion with you, Secretary Qarni, to celebrate the diversity and achievements of our students and share ideas to expand the pipeline and admissions opportunities for communities that are currently underrepresented at TJ.

Sincerely yours,

Thomas Jefferson High School for Science and Technology
PTSA Executive Committee

cc: Fairfax County Public Schools Superintendent Scott Brabrand
Fairfax County School Board Members
Ricardy Anderson
Laura Jane Cohen
Karl Frisch
Rachna Sizemore Heizer
Tamara Derenak Kaufax
Karen Keys-Gamarra
Megan McLaughlin
Melanie K. Meren
Abrar Omeish
Stella Pekarsky
Karen Corbett Sanders
Elaine Tholen
Thomas Jefferson High School Science and Technology Principal Ann Bonitatibus
Virginia PTA President Donna Colombo
Virginia PTA Vice President of Advocacy Jenna Alexander
NoVA District PTA Director Hamid Munir

PLF01253

NoVA District Advocacy Chair Julie Shepard

PLF01254