# Exhibit 15

Page 1

Fairfax County School Board Meeting

Held via Zoom

September 15, 2020



Page 2

1   Attendees:

2   Laura Jane Cohen

3   Abrar Omeish

4   Elaine Tholen

5   Karen Corbett Sanders

6   Karen Keys-Gamarra

7   Karl Frisch

8   Megan McLaughlin

9   Melanie K. Meren

10  Rachna Sizemore Heizer

11  Dr. Ricardy Anderson

12  Stella Pekarsky

13  Tamara Derenak Kaufax

14

15

16

17

18

19

20

21

22

23

24

25



Page 3

```
 1                 MS. COHEN:  Okay.  Folks.  It is four
 2            o'clock, so were going to need to get
 3            started.  I will say that I cannot promise
 4            that my dogs are going cooperate as well
 5            as Mr. Firsch's did, or my children.  So I
 6            will do my best to keep it as quiet as
 7            humanly possible in my house.
 8                 We are going to start with a quick
 9            check back in again.  So I'll do a role
10            call just to make sure that everybody was
11            able to get back.
12                 Ms. Omeish?
13                 MS. OMEISH:  Here.
14                 MS. COHEN:  Ms. Tholen?
15                 MS. THOLEN:  I'm here, thank you.
16                 MS. COHEN:  Ms. Corbet Sanders?
17                 MS. CORBET SANDERS:  I'm here.
18                 MS. COHEN:  Ms. Keys-Gamarra?
19                 MS. KEYS-GAMARRA:  Here.
20                 MS. COHEN:  Mr. Frisch?
21                 MR. FRISCH:  Present.
22                 MS. COHEN:  Ms. McLaughlin?
23                 MS. MCLAUGHLIN:  Here.
24                 MS. COHEN:  Ms. Meren?
25                 MS. MEREN:  Here.
```



Page 4

```
 1                MS. COHEN:  Ms. Sizemore Heizer?

 2                MS. SIZEMORE HEIZER:  I'm kind of

 3           here.

 4                MS. COHEN:  Dr. Anderson?

 5                DR. ANDERSON:  I'm present, thank you.

 6                MS. COHEN:  Ms. Pekarsky?

 7                MS. PEKARSKY:  I'm here.

 8                MS. COHEN:  Ms. Derenak Kaufax?

 9                MS. DERENAK KAUFAX:  Here.

10                MS. COHEN:  All right.  It looks like

11           everyone who has signed on.

12                I would love us to go ahead and get

13           started, so Dr. Brabrand, I will turn it

14           over to you.

15                DR. BRABRAND:  Thank you, Ms. Cohen.

16           And thank you members of the Fairfax

17           County School Board.  I am glad to present

18           to you this evening, TJ Admissions Merit

19           Lottery proposal.

20                I want to start, if I can that

21           presentation to come up on the screen for

22           everybody.  Again, I'd like to start with

23           the next slide in the agenda, what we're

24           going to do this afternoon.  We're going

25           to share some background about TJ and TJ
```



Page 5

```
1              Admissions, look at the current
2              application process, previous changes that
3              this board and other boards have made over
4              the years around TJ Admissions, and look
5              at the results of that work.
6                   Based on that, I'm also going to share
7              with you, after review by our team, a
8              merit lottery proposal and give you an
9              overview of that proposal and model for
10             you what that proposal would look like and
11             what have looked like in past times in
12             Fairfax County Schools for TJ.
13                  I'd like to go to the next slide.  One
14             of the things we just talked about earlier
15             this afternoon is leading with equity at
16             the center of all that we say and do.  And
17             that is such an important discussion that
18             this board and the prior school board has
19             had, as we've talked about One Fairfax and
20             having equity at the focus and center of
21             what we do.  And we need to recognize,
22             today, that TJ should reflect the
23             diversity of Fairfax County Public
24             Schools, the community, and of Northern
25             Virginia, as other school divisions also
```



Page 6

```
1              have students that attend Thomas
2              Jefferson.
3                   And the reality, today, if we are
4              honestly leading with equity at the
5              center, is that the talent at Thomas
6              Jefferson, currently, does not reflect the
7              talent that exists in FCPS.  We recognize
8              a comprehensive approach is needed to
9              enhance diversity and inclusion at Thomas
10             Jefferson.
11                  This goal aligns with the One Fairfax
12             initiative, and we are proposing a
13             three-prong approach.  Today, you'll be
14             hearing about admissions and the merit
15             lottery recommendation.  The second piece
16             is really about enhancing the pipeline,
17             and this board and the prior board already
18             were looking at this issue.  We heard from
19             our AAP study consultants back in the
20             spring, and we will be bringing you, next
21             month, our recommendations from those
22             consultants around how we can enhance the
23             pipeline to TJ and really to enhance the
24             pipeline for advanced academics across all
25             of our schools.
```



1          We will also talk about a third prong,

2     which is enhanced wraparound support for

3     our Thomas Jefferson students.

4          I'd like to just center the board, and

5     then next slide, if we can, on what FCPS

6     student population looks like if we go

7     back to fall of 2019.  You can see a

8     little bit over 37 percent Asian, a little

9     bit over 19 -- excuse me -- 37 percent

10    white, my apologies, a little bit over 19

11    percent Asian, almost 10 percent

12    African-American, and you can see, again,

13    two or more races and our Hispanic

14    population being almost 27 percent.

15         You can see below the pie chart that

16    our economically disadvantage population,

17    as of last year, and we know that number

18    has been trending slightly upward, is

19    slightly over 29 percent.  And English

20    language learners stands at 24 -- or 27.4

21    percent of our population.  We have a

22    large number of English language learners

23    as part of the overall Commonwealth of

24    Virginia, second language learners.

25         I'm now going to turn it over to our



Page 8

```
 1            Chief Operator Officer Marty Smith, to

 2            give you some historical perspective on TJ

 3            Admissions.  Mr. Smith.

 4                 MR. SMITH:  Thank you, Dr. Brabrand.

 5            And if we could just stay on this slide

 6            for a moment.  This slide here will frame

 7            our discussion for the remainder of the

 8            day.  We'll be looking at -- at our

 9            diversity at TJ, and as Dr. Brabrand said

10            earlier, the diversity at TJ doesn't

11            currently reflect the diversity of

12            Northern Virginia and the talent at

13            TJ -- TJ does not reflect the talent in

14            Fairfax County Public Schools.

15                 If we go to the next slide.  I want to

16            share some data here with you.  And on the

17            left, you'll see a 15-year look back of

18            our application pool.  And on the right,

19            you'll see a 15-year look back of the same

20            student offers for TJ High School, for

21            science and technology.  It's important to

22            note that some of the gaps that we've seen

23            over time for some of our groups of

24            students have only gotten wider with the

25            regard to the applicant pool, and we see
```



Page 9

1         that those gaps have gotten wider for

2         those students are offered admissions to

3         the school.

4             Again, the framing of our discussion

5         today is to talk about the steps that

6         we've taken along the way to address these

7         gaps.  And for the rest of our

8         presentation, we'll be taking snapshots

9         from crucial years in this process, so

10        that you can see the changes that we've

11        put in place.

12            Before I do go on, I do want to thank,

13        both, Ms. Cohen and Mr. Frisch for

14        their -- input as part of the manger's

15        meeting so that we can help frame

16        this -- this story in a different way.

17            So if we go to the next slide.  Before

18        I have Mr. Shughart, who is our director

19        for TJ Admissions speak, I do want to

20        point out, as Dr. Brabrand said, that, you

21        know, past boards have been focused on

22        diversity at TJ for -- for quite some

23        time.  The community has been concerned

24        about diversity at TJ for quite some time.

25        And so I want Mr. Shughart to take this



1           opportunity to go through this slide to

2           talk about the changes that we've made to

3           the process, but it is important to note

4           that with all of these changes that we've

5           made to the process, we haven't realized

6           the outcomes that we were looking for,

7           which is why we're bringing this proposal

8           to you today.

9               So with that, Mr. Shughart, would you

10          please describe the changes for the Class

11          of 2016 through the Class of 2022?

12              MR. SHUGHART:  Thank you, Mr. Smith,

13          and good evening board.  Just to kind of

14          start and work your way down so that way

15          you can -- you know, as you're reading

16          through this.  Back in 2011 -- the

17          2011-2012 school year, which would have

18          resulted in the class of 2016, at that

19          point in time, a position was created and

20          added to the TJ Admissions office, and

21          that position was the Outreach Specialist.

22              At that point in time, it was a new

23          position, and we were building that

24          position up to basically encourage and

25          bring about more diversity from that.



Page 11

1          Reaching out to the community, and

2          specifically to our underrepresented

3          students.

4               As we moved forward, in 2013-14, one

5          of the things that had occurred at that

6          point in time was the previous board -- or

7          the board at the time had some -- made

8          some changes to the policy.  And it

9          holistically was -- was the way in which

10         we went.  So we moved away from a

11         component-based scoring of the applicants

12         to a holistic review.

13              At the same time, we also moved the

14         student information sheet from a part of

15         the application to a proctored

16         environment.  And so what we're seeing is,

17         is we're seeing a periodic or -- of a

18         large shift with the holistic review and

19         then minor changes to the process.

20              The following year, we made changes

21         to -- at that time what was known as the

22         sliding scale.  The sliding scale was a

23         combination of test scores, along with

24         GPA.  And ultimately, it was to increase

25         to pool of students who were in our



1          semi-finalist pool.  In 2015, with the

2          class of 2020, we altered our

3          problem-solving essay.

4               Prior to that, it was more of

5          a -- more of an -- an essay or combination

6          of essays that students would write that

7          were more along the persuasive writing

8          style.  And we identified that really what

9          we were looking for was students'

10         abilities to solve problems and how they

11         went about that.

12              So we implemented the problem solving

13         essay.  Unfortunately, in the year of

14         2016-17, due to budget cuts, we were

15         forced to reduced our outreach specialist

16         position to 0.5 position.  That

17         dramatically changed and altered how we

18         did some of our work at that point in

19         time, still to this day.

20              In 2017, and just prior to that, we

21         were informed by our test producer at the

22         time and that they were no longer going to

23         be producing the TJ Admissions tests.  So

24         in 2017 we worked with a large group

25         of -- of interested, you know, people that



Page 13

```
 1          had a commitment to TJ in doing some
 2          things that were the right way, or
 3          what -- and as we went through that
 4          process we adopted new testing.  That
 5          testing resulted in the Quant-Q and ACT
 6          Aspire Reading and Science.  And as it
 7          says down at the bottom, the changes that
 8          we've made, ultimately, have not
 9          significantly impacted, you know, our
10          students within our admitted class.
11              We want to go ahead and go to the next
12          slide.  Currently, as our admission
13          process stands today, where we currently
14          stand is all students apply early in the
15          fall.  There's an application fee of $100
16          for students.  We do have a waiver of
17          those fees for students that are
18          economically disadvantaged.  The
19          application minimums for those students is
20          that they have a CORE GPA 3.0.  They're
21          enrolled in Algebra I as a minimum, and
22          they have to be enrolled in eighth grade
23          and be a resident in either Fairfax County
24          or one of our participating jurisdictions.
25              As they move through the process, they
```



Page 14

1          take testing in the late fall, early

2          winter, and we use percentile ranks from

3          each of the assessments that we currently

4          use:  The Quant-Q, the ACT Aspire Reading

5          and Science, and they have to maintain

6          that GPA -- the Core GPA of a 3.0.

7               For those students that meet those

8          minimum requirements at the semifinal

9          stage they move on to the final stage of

10          that and they ask two teachers to submit

11          recommendation.  They return and submit

12          responses to student information sheet,

13          the problem-solving essay that I mentioned

14          just a short while ago.  We continue to

15          use the percentile ranks from the previous

16          assessments, and we include the GPA, and

17          we actually have a math/science GPA as

18          well.  Ultimately, what we're looking to

19          do is we're offering approximately 480 to

20          500 students on an annual basis.

21               All right.  At this point in time, I'm

22          going to go ahead and move it -- return

23          this back to Dr. Brabrand and allow him to

24          move on to the next slide.

25               DR. BRABRAND:  Thank you, Jeremy.  I



Page 15

1          want the board and our community to see

2          the impact of data and data in context as

3          we look back over TJ classes from almost

4          20 years ago.  And I want to be clear,

5          admissions testing has been a barrier for

6          historically underrepresented students to

7          move to the semifinalist stage.

8               We have applicants that have talent,

9          that have merit, and those applicants are

10         drained out in the semifinalist stage

11         through the use of admissions test.  It

12         has had a disproportionate impact on the

13         diversity of the existing application

14         pool.

15              Let's look at 2015, right here.  You

16         can see the -- on the left, Class of 2015,

17         the applicants, those kids that have the

18         credentials to apply for TJ.  And then the

19         semifinalists, which is that pool after

20         the test is administered.  You can see the

21         number of black, Hispanic -- black and

22         Hispanic shrinking from applicants to

23         semifinalists.

24              We also have, not on the pie chart,

25         but just below it, the percentage of



Page 16

1       English language learners and economically
2       disadvantaged.  Look at the dramatic
3       impact that the test, which is having
4       those highest scores on the test, has on
5       these kids of talent and merit that are
6       English language learners and economically
7       disadvantaged kids.
8            You can see the number goes from 8
9       percent for English language learners down
10      to just over -- a little over percent,
11      almost a drop in half.  And look at the
12      impact that for economically disadvantaged
13      kids.  They represent a little over 7
14      percent of the pool, back in 2015, but
15      then when that test is administered, just
16      a little over 1 percent.
17           If we can go to the next slide, 2019.
18      You can see the compression happens for
19      our African-American students, for our
20      Hispanic student, for our English language
21      learners, and for our economically
22      disadvantaged.  Same kind of shrinking or
23      draining out of talent and merit in the
24      first pool that does not exist in the
25      second pool when the test is administered.



```
1                    Again, you can see those numbers go
2          down from -- from our Hispanic from 7 to 4
3          percent, from African-American from 7 to 2
4          percent, from English language learners
5          from a little over 2.6 percent to just 1
6          percent, and economically disadvantaged,
7          again, taking a tremendous drop from 6
8          percent to just over 2 percent.
9                    And then, again, just recently, let's
10         go to the next slide.  The class of 2024,
11         the same kind of compression, and the
12         numbers only getting worse.  A shrinkage
13         for our African-American from 6 to 1
14         percent.  A shrinkage of English language
15         learners after the administration of the
16         test to less than 1 percent, 0.6 percent.
17         And our economically disadvantaged are in
18         the pool at over 7 percent, down to just a
19         bit over 1 percent for the semifinalist.
20                   Admissions testing has been a barrier
21         for historically underrepresented
22         students.  It has drained merit from the
23         pool, it has drained talent from the pool.
24                   I'd like to share with you now, our
25         merit lottery proposal.  This is
```



Page 18

```
 1          about -- if we can go to the next slide,
 2          expanding our talent search.  The talent
 3          is right before our eyes, it's right in
 4          the pool, and this merit lottery will
 5          expand the talent and elevate that talent
 6          so that we have the sort of equity of
 7          access and opportunity that say we do in
 8          our strategic plan here in Fairfax County
 9          Public Schools.
10              If we could go to the process
11          overview, you've already heard Jeremy
12          outline on the left, our current process.
13          Our proposed process would keep many of
14          the requirements to apply and, in fact, we
15          would increase the Core Class GPA from a
16          3.0 to a 3.5.  We would still maintain the
17          Algebra I requirement and residency
18          requirements.  And we would -- of course,
19          in the proposed process revise our student
20          information sheet to include a
21          questionnaire and essay to get at students
22          interests and passion for going to a
23          school with science and technology as it's
24          focus.
25              We would then apply our merit lottery.
```



Page 19

1           What a proposed process would remove is

2           the application fee, which is a hundred

3           dollars; the assessment percentile

4           ranking, where we make test scores that

5           important piece in the semifinalist round;

6           removing teacher recommendations, which

7           we've already heard from our AAP study

8           about the potential bias in those

9           recommendations; and the problem-solving

10          essay.

11              If we go to the next slide, in the

12          merit lottery process students would be

13          placed into lottery pathways after a

14          holistic review.  Students would then be

15          randomly selected within their pathways.

16          Offer letters would be sent, and students

17          would have a designated time frame to

18          accept or reject their offer.  And it

19          would be our goal to have rolling

20          admissions established to keep a class of

21          500, which is slightly up from the number

22          of students we have in our current

23          freshman class.

24              If we can go to the next slide.

25          Pathways have been designated to ensure



Page 20

```
 1              equitable access for students across all
 2              regions in FCPS and in participating
 3              jurisdictions.  That includes Arlington
 4              County, Fairfax County, Falls Church City,
 5              Loudoun County, and Prince William County.
 6              Qualified students will be selected by a
 7              merit lottery within each of the pathways.
 8                  Let me share that in a little bit more
 9              detail on the next slide.  You can see a
10              breakdown of the pathways here on this
11              slide.  The numbers represented are based
12              on the allowed ratio student cap for the
13              19-20 freshman application.  So in
14              Fairfax, we currently have 350 seats for
15              Thomas Jefferson.  The pathways would be
16              divided by 70 per region.  Loudoun which
17              sends a significant number of students,
18              would be almost equal to one of our
19              regions in the number of students that
20              they send, and it would be at about 62
21              seats.  Arlington at 18 seats, Falls
22              Church at 2 seats, and Prince William,
23              again, very similar to Loudoun at 68
24              seats.  Private school applicants will be
25              assigned a pathway based on their
```



Page 21

1          residency.

2              I also want to show that pathway

3          composition in more detail for Fairfax

4          County Public Schools.  Applicants would

5          be placed in region based on the student's

6          base school.  So for Region 1, you can see

7          those base schools, Region 2, Region 3,

8          Region 4, and Region 5.  And I share each

9          Region would have -- through the merit

10         lottery process, 70 spots for kids who

11         have the merit and the talent to attend

12         Thomas Jefferson.

13             We recognize that -- we recognize the

14         impact of creating this opportunity.

15         This -- this approach creates geographic

16         diversity across Fairfax and participating

17         jurisdictions instead of a county-level

18         approach in Fairfax.  The school approach

19         was not used due to consistency with our

20         participating jurisdictions, and our

21         process does drive the process for our

22         participating jurisdictions.

23             I'd like Jeremy, now, to explain a

24         little bit more in detail the rolling

25         admissions process that we use with this


MAGNA
LEGAL SERVICES

Page 22

1           merit lottery proposal.  Jeremy.

2                MR. SHUGHART:  Thank you,

3           Dr. Brabrand.  In terms of the rolling

4           admissions process, what -- what happened

5           and what would occur is, we'll maintain a

6           list of all the students per pathway,

7           whether that's the five pathways in

8           Fairfax County and each pathway for the

9           individual counties and the City of Falls

10          Church.  That would maintain that list of

11          students in the order in which they're

12          drawn.

13               So as an opening occurs within each of

14          those particular pathways, we would select

15          or we would fill that student based upon

16          the next available or the next qualified

17          student on the list within the pathway.

18          In the event a pathway that is a non-FCPS

19          pathway should exhaust all of those lists

20          of students, the next eligible candidate

21          would come from an overall Fairfax County

22          School listing.

23               As needed, we would add additional

24          applicants through offers on the 1st and

25          15th of every month, through the end of



Page 23

1           the first quarter of their freshman year.

2           Again, this is in order to maintain that

3           class of 500.

4                And finally, just one point of note,

5           any student who declines their offer of

6           admissions would be removed from future

7           eligibility within the rolling admissions

8           process.  What that means is if they -- if

9           they said, no, they didn't want it at the

10          time, they would not get added back in at

11          a later date.

12               Okay.  Dr. Brabrand.

13               DR. BRABRAND:  Thank you, Jeremy.  I

14          want to show you, again, going back

15          through time what the impact of a merit

16          lottery could have done and can do for our

17          students here in Fairfax County.  On the

18          left, would the be the percent of offered

19          students with the current process that

20          we've used.  On the right, would be the

21          application of a merit lottery.  Going

22          back to the class of 2015, many, many

23          years ago.  You can see, instead of the

24          shrinking of the pie, we see an increase

25          in the number of students who would have



Page 24

1           the opportunity to participate.  An

2           increase in our African-American, in our

3           Latino students, from, again, 1 and 3

4           percent up to 6 percent.  From

5           economically disadvantaged to almost twice

6           the number of kids.  And our English

7           language learners back in the Class of

8           2015 would go up almost nine times the

9           percentage, from less than a percent to

10          almost 9 percent.

11              I do want to be clear here, as we're

12          talking about this, that the selection is

13          on the application and a minimum of GPA of

14          3.5.  That's an unweighted GPA at the end

15          of seventh grade, and it includes the

16          first quarter of eighth grade.  That's

17          Core Academic grades only, it includes

18          World Language for high school credit, and

19          our recommendation would be to also

20          include the second quarter for eighth

21          grade marks.

22              Let me show you this over time -- is

23          I've said as well.  If we can go to the

24          next slide, the Class of 2019.  You can

25          see the same expansion of the pie.  Again,



Page 25

1          from 2 percent to 6 percent for our

2          Hispanic students.  From 2 percent to 8

3          percent for African-American, and, again,

4          for economically disadvantaged only 1

5          percent to almost 9 percent.  And doubling

6          the number for English language learners.

7          That is so, so powerful.

8               I know one of the things as I'm going

9          through these slides, some have asked

10          about special education.  Those -- that

11          information is not captured in our current

12          application process.  That's something

13          that we can obviously work to try get

14          further information on.  We took a long

15          time to try to look at that data, but that

16          data is not captured through our TJ

17          Admissions process.

18               We believe, not only will we see the

19          increase in underrepresented kids that

20          include racial and ethnic identity,

21          economically disadvantaged, second

22          language, but we believe will also lower

23          the barrier for increased access of

24          special education kids, including those

25          that are twice exceptional, will benefit



Page 26

1           from this merit lottery proposal.

2                If you go on to take a look at the

3           very final class, the Class of 2024,

4           again, the same kind of increases from 1

5           percent of our African-American to 7

6           percent.  From 3 percent of our Latino to

7           8 percent.  Look at this most recent,

8           economically disadvantaged only 6/10ths of

9           a percent are getting in after the

10          administration of the TJ Admissions test.

11          A merit lottery would bring 10 percent of

12          our economically disadvantaged students to

13          give them the equity of opportunity to

14          access to be able to participate in Thomas

15          Jefferson.  Our English language learners,

16          again, less than a percent to a little

17          over 3.4 percent.

18               Again, the merit lottery is breaking

19          down barriers.  It is time for this wall

20          to come down in Fairfax County Public

21          Schools.  I want to now turn it over to

22          Marty Smith to go through the critical

23          decision timeline that we need to share

24          with the board and the community.

25               MR. SMITH:  Thanks, Dr. Brabrand.  So



Page 27

1          I -- I do want to point out the timeline
2          here that you see on the screen.  This is
3          a process that we currently have on hold,
4          given that we know we have some outreach
5          with the community and input from the
6          school board before moving forward.  But I
7          do want to show you what our current
8          timeline is.
9               So we normally have our application
10         process begin in the fall, and we would
11         have been in the process -- beginning the
12         process for ordering those testing
13         materials for students with our testing
14         occurring in the late fall and that
15         semifinalist release mid-January, giving
16         those students information as to whether
17         or not they made the semifinalist round.
18         With our final offers happening in April.
19              And so we did want to provide this
20         adjusted timeline for our community to
21         understand that while the process is on
22         hold, if we move forward with this
23         particular process this will be the
24         particular timeline.
25              As you can see with our revised



Page 28

1          process, where we are now, we are
2          presenting this to the board today.  The
3          superintendent has built in opportunities
4          for community outreach and town halls that
5          will occur in late September or early
6          October.  We will then be brining a final
7          proposal back to the school board on
8          October 8th based on information gathered
9          during those community town halls.
10              And then if this process is
11         recommended to move forward, we will then
12         begin that targeted outreach process.  We
13         will then make revisions to Regulation
14         3355, which outlines our process for
15         admissions for TJ that would occur in the
16         late fall.  We would develop then the
17         revised process in the fall and winter
18         with an application going out in December
19         or January.  And then the merit lottery
20         occurring in February or March.  And so
21         this, again, what that timeline would like
22         if this process is recommended.
23              I do want to talk just a little bit
24         more about our efforts around targeted
25         outreach.  We know that, as Dr. Brabrand



Page 29

```
 1                has said that the test has been a barrier
 2                for students.  We've had some outreach in
 3                the past with going to middle schools,
 4                going to elementary schools, and talking
 5                about STEM, providing STEM opportunities
 6                for students.  But we really haven't been
 7                as targeted with our outreach as we
 8                possibly could be.  So I want to invite
 9                Dr. Ann Bonitatibus, principal at TJ to
10                talk about some of our targeted outreach
11                efforts that are part of this proposal.
12                     DR. BONITATIBUS:  Thank you for this
13                opportunity.  First, I would just like to
14                comment that at TJ we are a wonderfully
15                diverse school and we celebrate that
16                diversity every day and we understand and
17                recognize FCPS efforts to ensure that we
18                more demographically representative of the
19                region.
20                     In terms of outreach, I have been
21                participating with the TJ admissions
22                office for the past couple years as
23                they've gone out and delivered
24                introductory messages to communities, and
25                we have often looked at schools in
```


MAGNA ▶
LEGAL SERVICES

Page 30

```
 1              particular who receive additional grant
 2              moneys for socially economic disadvantaged
 3              students.  We also want to make sure that
 4              when we're talking about outreach, I -- I
 5              like to think of it in terms of "you can
 6              push out or you can pull in."  And I'm
 7              more -- and I'm very interested in TJ more
 8              inreach, where we are inviting others to
 9              come into TJ so that way young students
10              can see that they can be a part of TJ.
11                  We receive grant funds where we are
12              able to bring students in to planetarian
13              shows.  Perhaps we could do more with
14              students accessing our labs when our labs
15              are not being used for our students.  And
16              just having the opportunity to interact
17              with our students.
18                  TJ has hundreds of students that serve
19              as STEM ambassadors, and they visit
20              schools because we know that young
21              children will often look to other
22              children, older children, to mentor them
23              and to inspire them.  Not just the adults.
24              And so we'll continue in our efforts
25              through our clubs and activities to make
```



Page 31

1         those connections out in the community.

2             And I believe that -- that with

3         ongoing efforts with outreach and inreach

4         that we will be able to -- and just really

5         inspire future generations of those

6         students to come to TJ where they can see

7         themselves here at our school.  Thank you.

8             DR. BRABRAND:  Thank you, Ann.  If we

9         can go to the next slide.  We recognize

10        that what we are sharing with today in

11        enhancing the admissions process, that is

12        just one step in a multi-pronged strategy.

13        We also know that we nee to enhance and

14        expand the pipeline of talent.  Developing

15        that talent and ensuring that talent has

16        equitable access to rigorous STEM

17        instruction at the elementary and middle

18        school level.  We've done some work in

19        this area, but we have to acknowledge we

20        have more work to do, and we will do it.

21            We also know that we need to ensure a

22        caring culture for all of our TJ students.

23        All of our TJ students, including the TJ

24        students there right now need more support

25        for transition resources to make sure



Page 32

```
 1              they're going into a culture and climate
 2              in which they will be successful and fell
 3              success, but, also, where they will feel
 4              included, feel respected, and feel apart
 5              -- a complete part of the TJ community.
 6                  We know creating this caring culture
 7              also means more professional development
 8              for our staff at TJ, who do an amazing
 9              job, who are world class, and we need to
10              be sure they continue to do all they can
11              to have the tools that they need to
12              support unique needs of all of our
13              learners.
14                  We also need to understand, in this
15              time, maybe more than ever, the kind of
16              wrap-around support for students that's
17              needed.  We have to particularly address
18              the social emotional supports, where we
19              want excellence, but we don't want to
20              create an unhealthy environment where we
21              have a pressure cooker that does not give
22              students the support and the social
23              emotional supports they need to be
24              resilient and to have and maintain a
25              passion, a love for science and technology
```



1        and math that will stay with them their

2        entire life.

3            I want to just share that there is an

4        appendix here that has a link to other

5        schools using the lottery system.  Many of

6        these are highly rated.  You can see one

7        of the first is the Basis Schools.  We

8        Basis Schools actually out here in

9        Northern Virginia.  They're using this in

10       Arizona, and you can see other districts

11       and places that are using the merit

12       lottery system.

13           I want to be clear with you today,

14       that we have been talking -- this board

15       and the prior board, we have worked hard

16       around equity, we have made efforts around

17       our TJ admissions process, but we have not

18       gotten the outcomes that truly allow us to

19       fully represent the full talent that is in

20       the pool of applicants for TJ.

21           We are recommending, and I plan to

22       move forward with this process after

23       community engagement, but it is my hope

24       that we will move forward with this merit

25       lottery to increase the equity of



Page 34

1           opportunity in access for all of our

2           students.  We've shown you here, clearly,

3           that the tests -- the TJ admissions tests

4           for years and years and years has been a

5           barrier to students of talent, to students

6           of merit, and it is time -- that

7           admissions test hasn't really just been a

8           barrier, it's been a lull, a lull that's

9           prevented access of opportunity for our

10          students.  And it is time today to tear

11          down this wall, to move forward with a new

12          process that provides equity of

13          opportunity in access for the full range

14          of our students here in Fairfax County

15          Public Schools.

16              We are glad, now, to be willing to

17          take any questions that school board

18          members have, and I will be looking

19          forward to, again, doing community

20          engagement and updating in October when

21          that engagement is done and moving forward

22          after that feedback with the

23          recommendations that I've shared with you

24          today.  So thank you very much, and we'll

25          be glad to take any questions at this



Page 35

1              time.

2                   MS. COHEN:  Thank you so much,

3              Dr. Brabrand and Mr. Smith for your

4              presentation and Mr. Shughart, so to

5              forget you, and Principal Bonitatibus, we

6              really appreciate your participation.

7                   I'd like to start with my colleague,

8              first up I have -- actually,

9              Ms. McLaughlin asked if she could first,

10             she has a time commitment, so

11             Dr. Anderson, unless you have an

12             objection, I'd like to sneak her in there.

13             Thank you so much.

14                  DR. ANDERSON:  (Nodding head,

15             negative).

16                  MS. COHEN:  Ms. McLaughlin, you have

17             the floor.  Oh, I think we lost

18             Ms. McLaughlin.

19                  Dr. Anderson, if you don't mind

20             stepping while hopefully, she tries to

21             reconnect.

22                  MS. MCLAUGHLIN:  I've reconnected.

23                  DR. ANDERSON:  No problem.  And if she

24             comes in, I'm happy to stop because I do

25             know she has a time constraint.



Page 36

```
 1              MS. MCLAUGHLIN:  Dr. Anderson, you go
 2         right ahead, I've reconnected, but you go
 3         ahead.
 4              DR. ANDERSON:  Are you sure.
 5              MS. MCLAUGHLIN:  Yep.  No problem.
 6              DR. ANDERSON:  Okay.  Thank you.
 7         First of all, Dr. Brabrand and staff,
 8         thank you for this presentation.  I think
 9         many of us will definitely agree this is
10         overdue and a long time coming.
11              One of the things that I do want to
12         share, even though it's been articulated,
13         I wanted to underscore that I don't
14         believe -- and I don't think that any of
15         us believe that this is end all to be able
16         to resolve the issues that we have going
17         on at TJ.  We have a pipeline situation
18         that must be addressed, but we talking
19         about what happens at the middle schools,
20         what happens in the AP centers, what
21         happens as student qualify for AP centers,
22         and the preparations that many families
23         are able to offer to their students and
24         brought to TJ.
25              Having said that I'm going to kind of
```



Page 37

```
 1              dig into my questions regarding the plan

 2              that you have here.  Before I go there,

 3              Dr. Brabrand, it is well known that both

 4              you and Ms. Keys-Gamarra are part of the

 5              Governors Task Force to make

 6              recommendations for whatever action that

 7              the State chooses to -- to take.  Can you

 8              share a little bit in terms of what some

 9              of the proposed recommendations have been?

10              What those discussions just generally have

11              been at that level?

12                  DR. BRABRAND:  Thank you, Chairman

13              Anderson, and I certainly invite School

14              Board Member Karen Keys-Gamarra to share

15              her insights as well.

16                  There have been discussions, I don't

17              believe at this time that the Secretary of

18              Education has provided any final

19              recommendations from his task force.  He

20              did have an informal group that was -- he

21              was receiving feedback from, and I know

22              that the secretary is holding multiple

23              community forums as he looks at governor

24              schools throughout the commonwealth of

25              Virginia.  I certainly appreciated being
```



Page 38

```
 1            invited with -- invited to that forum
 2            along with Ms. Keys-Gamarra, also
 3            Mr. Smith and Ms. -- Mr. Shughart and
 4            Ms. Bonitatibus were all invited and I
 5            appreciate that outreach.
 6                 And, again, we'll wait to see what his
 7            final recommendations are, but I think
 8            it's important for us to decide what's
 9            best here in Fairfax County, and we need
10            to take the steps that we believe are
11            correct.  And so we'll certainly those
12            with the board when they're completed, but
13            I don't have those -- I don't have those
14            at this time.  And I'd be glad to let
15            Ms. Keys-Gamarra share any insights.
16                 DR. ANDERSON:  Ms. Keys-Gamarra, if
17            you wouldn't mind.
18                 MS. KEYS-GAMARRA:  Oh, of course.  Of
19            course.  Actually, one of the motions I
20            have would allow a greater, more in depth
21            conversation with the documents that were
22            shared, which I think is completely
23            appropriate.
24                 Just to give folks an overview of what
25            did transpired.  We met four or five
```



Page 39

```
 1              times, a number of legislators were
 2              brought forward, and a lot of students,
 3              which was extremely valuable to hear their
 4              direct report of what their experiences
 5              have been.  These were both students who
 6              were currently attending our governor
 7              schools, as well as students from the
 8              past.  There had also been one student who
 9              -- who had done a survey of a different
10              governor school, the Maggie Walker down in
11              the Richmond area.
12                   And what I was struck by was that
13              there was pretty much a unanimous view
14              about the culture of these schools being
15              not as healthy as I know all of us this
16              board would like to hear from our
17              students.  This is not to discount, you
18              know, all the positive things going on and
19              that sort of thing.
20                   But I think the thing that struck me
21              the most was that there were enough
22              incidents that people were reporting that
23              would fall in the category of what we
24              discuss at the last work session about how
25              there could be racial incidents and how
```



Page 40

1          they had not been handle properly.  And so

2          what it underscored for me was some of the

3          work that we talked about this morning.

4              Now, there were -- we did have a

5          presentation and -- and I hope to have an

6          opportunity in the future to bring forward

7          the documents that were submitted to us.

8          They did look at the history of both

9          Maggie Walker, as well as TJ and the

10          primary, you know, concern is that what

11          that creates.  And one of the things that

12          stuck with me that were a number past

13          students who simply said, as adults they

14          wouldn't send their children into that

15          environment.  And so we really have to do

16          some work to figure out what trauma that

17          can create by students feeling

18          particularly isolated.

19              Dr. Brabrand is correct when he says

20          that there were no specific

21          recommendations, but there a number of

22          choices that were discussed.  For example,

23          they didn't think that lottery alone, as

24          well as a number students from each

25          individual region would alone address the



Page 41

1          diversity concerns.  They were concerned

2          about the number of students who took

3          math, and -- and didn't qualify or how

4          they were eliminated along the way.

5               And so I would say that there is great

6          interest in this community, across the

7          state in this issue, and so I'll use my --

8          my time to discuss that at a later point.

9          But with respect to this particular group,

10         I think that there were a number of

11         documents that also need to be shared, and

12         I'll try to make sure I get to you guys

13         later, in addition to the letter I

14         provided you earlier.

15              DR. ANDERSON:  Thank you.  I'm going

16         to dive into my questions a little bit

17         regarding the regional approach.

18              Dr. Brabrand, if you wouldn't mind,

19         kind of helping me conceptualize what we

20         have here.  If we have 70 seats per region

21         and I'm in Region 2, where we have six

22         school, are we anticipating placing all of

23         the kids who qualify for each six schools

24         and then pulling out 70 randomly.  Can you

25         confirm that for me, please?



Page 42

1           DR. BRABRAND:  Thank you, Chairman
2           Anderson.  Jeremy, can you speak to the
3           specifics of how we will conduct the merit
4           lottery for each of the regions.
5           MR. SHUGHART:  Sure, Dr. Brabrand.  So
6           the -- the idea is that once they go
7           through the -- the process to be selected
8           to be part of the lottery, that each
9           region would hold it's own lottery.  So
10          Region 1 would have their -- all the
11          students that would appropriate in that
12          particular region, would then have a
13          lottery, a random draw in terms of
14          sequence.  So the top 70 students -- or
15          the first 70 students, maybe not the top,
16          but the first 70 students would be
17          offered, and then there would be a
18          sequential order based on the lottery
19          draw.  That same process would be repeated
20          for all five regions in Fairfax County.
21          It would also be repeated for all of our
22          participating jurisdictions, as well.
23          So your example of Region 2, the
24          students, in terms of their base school,
25          would be assigned to their specific



Page 43

1              region, and then all students who had

2              applied and made -- went through the

3              process with the GPA, the questionnaires,

4              those items would then be placed as a

5              whole into that group, and then we would

6              draw based upon on the number students

7              there.

8                   DR. ANDERSON:  Okay.  Thank you.  Did

9              you -- do you have any information

10             regarding the students, any class, in

11             terms of what that breakdown is per

12             region?  Maybe the Class of 2024 or 2020,

13             either one.

14                  MR. SHUGHART:  So if we look at the

15             Class of 2024, the regions, as well as the

16             participating jurisdictions, do vary.  So

17             if you're looking numbers, what we're

18             looking at terms of Region 1, was -- and I

19             should give this some caveat because at

20             the time we did not include our private

21             school students in there, so that would

22             make an adjustment, which we would have to

23             account for in the future.

24                  But if you look at it from Region 1

25             perspective it was 415 for Region 1, 338



Page 44

1           for Region 2, 182 for Region 3, 165 for

2           Region 4, and 274 for Region 5.  Do you

3           want me to include the -- would you like

4           to include the -- the numbers for the

5           participating jurisdictions.

6                 DR. ANDERSON:  I don't think so.  I

7           think that suffices for what I'm trying to

8           find right now.  One of the things that I

9           wanted to articular in my concerns

10          regarding this regional approach is this.

11          When I took a look at the -- that

12          spreadsheet that you shared with us some

13          time ago, regarding how many students from

14          each school -- were -- applied and were

15          accepted to TJ from 2020 to 2024, across

16          that five-year spread, I have Glasgow,

17          Longfellow, Holmes, Jackson, Kilmer, and

18          Poe in my region.  In my district, which

19          is Mason, which is essentially Glasgow,

20          Holmes, and Jackson, we have 15 students

21          from Glasgow, one from Holmes, one from

22          Poe, and 89 from Jackson that I share with

23          Providence.

24                 I want to be sure that this regional

25          approach does not automatically place my



Page 45

```
 1              district at a disadvantage because we
 2              already have so few students that are
 3              already attending TJ.  Again, one from
 4              Holmes across those -- that five-year
 5              spread, one from Poe, 15 from Glasgow.
 6              While we have 279 from Longfellow, 89 from
 7              Jackson, and 134 from Kilmer.  So I want
 8              to be sure that that is something that we
 9              are paying attention to.
10                   And I do have a number of other
11              questions, so I would like to be placed on
12              a go-back, Ms. Cohen.
13                   MS. COHEN:  I'll be happy to put you
14              on a go-back.
15                   DR. ANDERSON:  Thank you.
16                   MS. COHEN:  Next, we have
17              Ms. Keys-Gamarra.
18                   MS. KEYS-GAMARRA:  Ms. Cohen, could I
19              respond to Ms. Anderson.
20                   MS. COHEN:  Yeah.  I'm sorry, I
21              apologize, and we also have Ms. McLaughlin
22              who I promised that we would get to her in
23              time.  So, yes, please respond if you
24              will, and then we'll head to
25              Ms. McLaughlin.  I apologize.
```



Page 46

1           MR. SMITH:  So this is Mr. Smith
2           speaking, I would say about the regional
3           approach with regard to the number of
4           students.  While we know we would be
5           looking at that equity across regions,
6           it's also important to think about that
7           targeted outreach slide where we talked
8           about concerns that students knew about
9           TJ.  One of the things that we didn't
10          cover but that is in the presentation is
11          that part of this is sending those
12          recruitment e-mails and letters to all
13          eligible students.
14              And so a piece of this, a very big
15          piece of this, is the targeted outreach
16          where we would be encouraging more
17          students who have the merit, as
18          Dr. Brabrand talked about, to actually
19          apply to -- for TJ.  And then once we are
20          able to, you know, focus those targeted
21          outreach efforts, then based on the
22          proportion of students within that overall
23          pool, we would, you know, by probability,
24          say get that same reflection for students
25          who had received those letters.



Page 47

1           MS. COHEN:  Dr. Anderson, does that --
2       does that answer your question?
3           DR. ANDERSON:  Not really, but I'll
4       catch up with my go-back.
5           MS. COHEN:  Okay.  Thanks very much.
6       Sorry.  Ms. McLaughlin.
7           MS. MCLAUGHLIN:  Thank you.  Can you
8       hear me.
9           MS. COHEN:  Yes, we can.
10          MR. FRISCH:  Loud and clear.
11          MS. MCLAUGHLIN:  Great.  It's not very
12      clear?  Is this better Karl.
13          MR. FRISCH:  You're great.
14          MS. MCLAUGHLIN:  Oh, awesome.
15          MR. FRISCH:  Yep, you're great.
16          MS. MCLAUGHLIN:  Okay.  Please start
17      the time, Ms. Medea.
18          So let me just begin, first of all,
19      Dr. Brabrand, I really appreciate that you
20      took the time to speak with each of the
21      board members to get our thoughts at a
22      macro-level.  So as a glow, I want to
23      thank you for that.  But as a grow, I want
24      to share with you that I am deeply
25      concerned that the board did not have any



Page 48

1           of this written information, nor the

2           public until about eleven o'clock today

3           when it was posted.

4                TJ is an internationally renowned high

5           school for, I believe, almost 35 years.  I

6           do not understand this timeline, I think

7           it is extremely aggressive.  Having been

8           on this board for eight years, I have been

9           a champion for us improving the diversity

10          of representation at TJ.  I'm a former

11          Georgetown admissions officer, I've seen

12          how selective admissions can also ensure a

13          rich diverse university based on their

14          applicant pool.

15               But there is data missing here, we

16          don't have anything based on what the --

17          the demographics are for the applicant

18          pool to the accepted pool to who choses to

19          enroll.  Those are key.  We don't know

20          about why the regions were never set up in

21          any particular way that would then be

22          utilized immediately to translate into

23          defined and set admission slots.  I mean,

24          universities -- selective universities

25          don't sit there and say every state gets X



Page 49

1                    number of spots and that's it.  I mean,

2                    this is a very complex and important

3                    process and I think we can there, but

4                    there's no analysis that you've provided

5                    from the other five schools or across the

6                    country that you're sliding in the

7                    appendix.

8                        So my first question, Dr. Brabrand, is

9                    why are you rushing this, when we need to

10                   make sure we do this right, not that we

11                   just do it fast?

12                       DR. BRABRAND:  Well, thanks,

13                   Ms. McLaughlin.  A couple of things.

14                   First, let me just say about community

15                   outreach.  There's a lot of outreach that

16                   is going to be going on.  I know that TJ

17                   Partnership Fund has a town hall this

18                   evening.  I know that Secretary Qarni has

19                   planned three community forums and has

20                   already conducted some of them around TJ.

21                   I am doing a town hall next Wednesday at

22                   7 p.m., which I will be sharing out today

23                   in a news release.

24                       We are setting up a dedicated webpage

25                   with questions and answers, and we will



Page 50

1          have a dedicated inbox to receive written
2          comments at tjcomments@fcps.edu.  So we
3          will be getting all of that out.
4               I -- I think the issue of rush, are we
5          going too fast or too slow is certainly
6          something that we can have a discussion
7          about, of course with the board.  But I
8          think there are many who would say that
9          this is a discussion that has gone on year
10          after year, and it's time to do something
11          differently.  We've not gotten the results
12          of really capturing all the talent that we
13          had in the pool.  And, again, this is
14          merit already in the pool that is getting
15          drained out because of the application of
16          the admissions test.
17               So I do think -- I do think the time
18          is now to do it if we're going to do for
19          the admissions for next year.  We have to
20          make a decision soon because if not, we
21          have to begin to administer the TJ
22          admissions this fall to be ready to do
23          that work in the winter.  We also have, as
24          you may know, that the state did ask the
25          general assembly as part of the budget



Page 51

```
 1          process for all governor schools including
 2          Thomas Jefferson to submit a plan around
 3          how to expand access of opportunity for
 4          governor school by October 1st.
 5              I asked for and received an additional
 6          week from the Secretary of Education, and
 7          I have factored that in.  So those
 8          are -- that's my feedback and I
 9          appreciate -- I appreciate comments.
10              MS. MCLAUGHLIN:  So I -- I appreciate
11          what you just shared Dr. Brabrand.  A plan
12          does not mean you have to then execute the
13          next week.  So I think that we're talking
14          three weeks from now you would be bringing
15          this back to the board with the community
16          feedback, saying "go/no go."  And there is
17          no way, while we're in the midst of
18          pandemic -- we are supposed to be trying
19          to figure out how to bring 189,000 back to
20          in--person learning.  At minimum, we're
21          trying just to figure out what's going to
22          happen in the next quarter.
23              I am absolutely ask all of my
24          colleagues, do not signal to the
25          superintendent that we're going to change
```



Page 52

1          TJ admissions three weeks from now.  I am
2          deeply committed to saying, we're going to
3          get all of the details so that desire to
4          fix this is there, the appropriate
5          solution, you mess this up and you mess up
6          not only one of the most revered
7          governor's schools in the country, this
8          will be devastating to our school system
9          and our school boards and our community's
10         reputation.  So --
11             MS. COHEN:  Thank you, Ms. McLaughlin,
12         I -- I appreciate it and if you would like
13         to have a go-back, I'm happy to add you
14         back.
15             MS. MCLAUGHLIN:  You can put me on
16         incase I'm still able to stay on.  Thank
17         you.
18             MS. COHEN:  I'm sorry.  Thanks very
19         much.  Ms. Keys-Gamarra, you're up and
20         then followed by Ms. Tholen -- sorry.
21         Followed by Ms. Corbett Sanders.
22             MS. THOLEN:  Was there any response to
23         that?  I'm happy to go, but I didn't want
24         to cut anybody off.
25             MS. COHEN:  I'm so sorry.  I didn't



Page 53

```
 1              hear a question at the end, other than
 2              just address to colleagues.  So I didn't
 3              hear anything for staff to answer to
 4              there.  Maybe if Ms. McLaughlin feels
 5              differently, she's certainly welcome to
 6              weigh in?
 7                   MS. THOLEN:  Okay.
 8                   MS. MCLAUGHLIN:  Well, I would -- I
 9              would like Dr. Brabrand to answer why,
10              while were in the midst of a pandemic, why
11              is he not considering that we submit our
12              plan, but we don't execute until next
13              year's admissions process?  I'd like an
14              answer to that.
15                   DR. BRABRAND:  Well, my quickest
16              answer is, if the board choses that, you
17              will have the same results that you had
18              last spring and the spring before that and
19              five years before that and a decade before
20              that.  I arrived as an intern 25 years
21              ago, and TJ admissions was a subject of
22              major debate in this county.  We have made
23              good-faith efforts over multiple boards,
24              to try to improve the TJ admissions
25              process, and I think we have to
```


MAGNA
LEGAL SERVICES

Page 54

1          acknowledge it has not -- it is falling

2          short of what we have wanted.

3               And I think this is the moment when we

4          are saying it's time for a call to action

5          for equity, that we need to do something

6          differently, and this is one step in a

7          multi-pronged approach that can help us

8          improve -- improve our advanced academics

9          programs, including improving -- improving

10         TJ.  Thank you.

11               MS. MCLAUGHLIN:  But, Dr. Brabrand --

12               MS. COHEN:  Thank you so much, Doctor.

13         Well, Ms. McLaughlin --

14               MS. MCLAUGHLIN:  But he didn't answer

15         my question.

16               MS. COHEN:  I'm so sorry,

17         Ms. McLaughlin, but you -- and

18         Dr. Brabrand has answered to the best of

19         his --

20               MS. MCLAUGHLIN:  Well, he's supposed

21         to answer -- no --

22               MS. COHEN:  Ms. McLaughlin, I really

23         appreciate -- I very much appreciate your

24         passion and your frustration, but we're

25         going to need to move on to



Page 55

```
 1              Ms. Keys-Gamarra and if you're here for
 2              go-back, I'm so happy to yield you the
 3              floor.
 4                   Ms. Keys-Gamarra, you're up.
 5                   MS. KEYS-GAMARRA:  So I wasn't going
 6              to start with this, but I think I have to.
 7              We are in a very different position this
 8              year than we have been in previous years,
 9              and even if we wanted to do what we've
10              previously done, I don't know how we
11              could.  We are having a virtual start.
12              I'm not sure how we are going to test
13              students while we're in a pandemic.
14                   According to your timeline, we would
15              be entering that phase, you know, in a few
16              weeks anyway, and so I think based on
17              where we are right now, there will have to
18              be some changes.  And those changes are
19              forces upon us due to the circumstances of
20              the pandemic.  So I -- I would have
21              difficulty saying that it's going to be
22              business as usual, when we know that so
23              many students have been disadvantaged
24              simply by virtue of the fact that we are
25              in a pandemic and students of color,
```



Page 56

1          students economically disadvantaged,

2          students with disabilities have been the

3          students who have been most negatively

4          impacted during this time period.

5               So I think we have to think about how

6          we're going to handle this in -- during

7          the pandemic and so I support trying to

8          come with a plan.  I will say this

9          Dr. Brabrand, and I -- and I think I'm

10         probably going run out of time, so let me

11         get to the punchline and come back to the

12         details later.

13              I would for this board to consider

14         that we very -- the board very much has to

15         be a part of these discussions to the

16         extent that we can.  We are in a rushed

17         timeline.  The super -- I'm sorry.

18         Mr. Qarni, Secretary of Education, has let

19         us know that the state will be making some

20         recommendations effective immediately.

21         And I understand that because we are

22         dealing with the pandemic, so I would like

23         to plan to have additional work sessions,

24         as well as have school board members

25         specifically on this topic so that we can



Page 57

```
 1              look at some of the historical
 2              information.  There's a wealth of
 3              information from MSAOC, there are number
 4              of documents from the task force, there's
 5              the Blue Ribbon Commission study that was
 6              done many, many years ago.  So there is a
 7              wealth of information with a number
 8              recommendations were made even without a
 9              pandemic, recognizing that we have a
10              problem.
11                  And so I think that we have to -- we
12              have to realize that we are in an urgent
13              emergency situation, and we have to make
14              that kind of decision.  If there's
15              anything else that I can hit on, it is
16              that I was so horribly grieved by the
17              number of students who have contacted me,
18              not just during the task force, but since
19              that time about the atmosphere that we
20              have to talk about, which I hope we can do
21              when set up -- hopefully we agree to setup
22              a committee to work on this.
23                  MS. COHEN:  Thank you,
24              Ms. Keys-Gamarra.
25                  Dr. Brabrand, do you have a response?
```



Page 58

```
 1              DR. BRABRAND:  Well, I'll certainly
 2         continue to listen to Ms. Keys-Gamarra and
 3         the other board members about how we do
 4         engagement over the next three weeks.  You
 5         know, we -- we -- we're doing a lot.  We
 6         can do -- work with the school board
 7         around that engagement and talk about how
 8         school board members can also be getting
 9         feedback to help inform us.  And as far as
10         committees or how to do the work over the
11         next three weeks, you know, I'll certainly
12         be willing to listen.  I agree with
13         Ms. Keys-Gamarra, that it is not business
14         as usual, it is a moment, this is a moment
15         for us to do the right thing for our kids,
16         and the right thing for equity.  And I --
17         I hope that the board will embrace this
18         moment.  I do believe it's a moment that
19         we can really create true equity of access
20         and opportunity for all of our students.
21              MS. COHEN:  Thanks very much.
22         Ms. Corbett Sanders, you have the floor.
23              MS. CORBETT SANDERS:  Thank you.  A
24         couple things.  One, I do want to bring
25         attention to all of colleagues that this
```



Page 59

1           concept of a merit-based admission without

2           a test, because that's really what we're

3           talking about, is merit-based on GPA and a

4           holistic review of kids.  That is

5           consistent with over a thousand

6           universities across the United States,

7           including Stanford, Columbia, Barnard,

8           voted many of the top schools in the

9           country.  So I don't think that this out

10          of -- out of the ordinary to pursue a

11          merit-based system that is not based on a

12          test.

13              Secondly -- having said that, I have a

14          couple of questions.  What are the

15          measures of effectiveness and what's the

16          process for evaluating whether or not this

17          is effective?

18              Secondly, what do we do about the

19          families that move into the region after

20          the first semester of eighth grade.

21              Third, you have set the October 8th

22          meeting as when you will next update the

23          board, but that is the same day that you

24          are supposed to submit something to

25          Richmond, and our meeting is on the



Page 60

1         evening of the 8th.  Is it your intention

2         to submit something to the state without

3         this board reviewing it seeing the

4         outcome?  And if not, then why aren't we

5         asking for a delay longer than October 8th

6         for the -- for the state submission.

7              And then the last piece, is -- there

8         are two others.  Math.  Math and science

9         in our elementary schools, I fully support

10        making sure that we fidelity of

11        implementation, but we actually have to

12        consistency where every single one of our

13        elementary schools has the same level of

14        academic rigor in the maths and sciences,

15        and at the same level of opportunities.

16        We have schools with science fairs; we

17        have others that don't.  We have schools

18        that start advance math in sixth grade; we

19        have others that start in second grade.

20        So we need to address that pipeline issue

21        in making sure that the FCPS promise is

22        honored by all and not by some.

23             And then the last -- another piece is,

24        a few years ago there was outrage at TJ

25        because after changes to the test, there



MAGNA
LEGAL SERVICES

Page 61

```
 1              was a significant number of new students
 2              that were admitted and then there were
 3              concerns because they had to do
 4              remediation on math.  What are you doing
 5              to work with the -- the teachers at TJ so
 6              that they understand that in the same way
 7              that we do remediation and mitigation of
 8              gaps with students at every other high
 9              school, that that can be expected at TJ,
10              as well?
11                   And I think that's it's for now, but
12              in general, I think you're on the right
13              track and it's consistent with what some
14              of the top universities have done.
15                   MS. COHEN:  Thank you.  Dr. Brabrand,
16              would you like to address the timeline
17              question first?
18                   DR. BRABRAND:  Yeah.  Well, first off
19              all, I -- I asked for October 9th, which
20              is the day after, and I can certainly ask
21              they extend it if necessary, if that's the
22              next step from the board, I can certainly
23              go back to the Secretary of Education and
24              see if we can get a longer timeline.
25                   The effectiveness would be, again, as
```



Page 62

```
 1              we've tried to share on those slides, a
 2              greater percentage of the diversity of
 3              FCPS and our final admissions group to TJ.
 4              And we were showing that sort of
 5              semifinalist applicant pool.  We want the
 6              applicant pool and the actual admissions
 7              class to be closer.  And, again, the
 8              applicant pool will still have to have
 9              criteria met to be in the applicant pool,
10              including a revised GPA from a 3.0 to a
11              3.5.
12                   I'd have to have Jeremy answer the
13              first semester eighth grade question, and
14              I'll give him a second to do that in a
15              minute.  And Ann can talk a little bit
16              about working with the faculty.  We do
17              have plans to work with the faculty and
18              are working faculty.  And then I would
19              tell that the consistency and -- around
20              math and science is certainly something we
21              need to talk about and will be talking
22              about that next month when we do our AAP
23              recommendations.  But Jeremy and Ann do
24              you want to make some comments to
25              Ms. Corbett Sanders questions?
```



Page 63

1           MR. SHUGHART:  Ms. Corbett Sanders can

2     clarify the question you said there, just

3     so I make sure I'm responding to you in

4     terms of what you had said?

5           MS. CORBETT SANDERS:  So I had a

6     number of questions regarding the eighth

7     grade.  We have people who move in -- move

8     into our district or into neighboring

9     districts after their children are in

10     eighth grade.  What are -- how would they

11     fall into this pool, given that they miss

12     that initial cutoff period?  Today we have

13     later admissions by students, what you are

14     suggesting is that we would not have -- it

15     sounds like we wouldn't have summer

16     program for admission for late commers to

17     the area.

18           MR. SHUGHART:  Correct.  We did not --

19     in this proposal we did not include a

20     summer round.  Our consideration was

21     adding them into the applicant pool but

22     not part of the lottery pool.  If they

23     meet the qualifications but not

24     necessarily redrawing the lottery.  But

25     that's certainly -- it could be something



Page 64

```
 1              we could consider.
 2                   MS. CORBETT SANDERS:  So --
 3                   MR. SHUGHART:  So the other add on to
 4              this that I would say is that our
 5              consideration is also to then have
 6              adjustments to our sophomore round
 7              admissions, as well.  That would be
 8              reflective of what -- what we're proposing
 9              for our freshman round.  So that way
10              students that are coming in late because
11              we're dramatically altering when the
12              application round is and it's a much later
13              time frame in the year, there's -- there
14              will be fewer students that wouldn't be --
15              be eligible to be able to apply, having a
16              potential December/January time frame for
17              the application.  So we are closer toward
18              the end of the school year than what we
19              were previously.
20                   Our previous spring or summer round,
21              as we called it, was actually in
22              mid-spring.  They were typically -- they
23              were -- they had to have their submissions
24              or their applications completed in --
25              before the end of April, you know, so were
```



Page 65

1           only off by just a couple months there, in

2           terms of the last few years.

3                MS. CORBETT SANDERS:  So the other

4           questions were regarding remediation and

5           the support for remediation in the school,

6           and the other piece was -- and this -- I

7           was not focusing on only our AAP centers,

8           it was ensuring a fidelity of this math

9           and science opportunities at every school

10          and not just our -- AAP centers where we

11          also know there's a diversity in what's

12          available at each one.  Does somebody want

13          to address those two questions.

14                DR. BONITATIBUS:  Sure, I can address

15          your question about remediation and

16          program development.  When we're working

17          with students, I like to think of looking

18          at our students from a talent search,

19          talent spot, and talent development kind

20          of framework.  And I believe it's our

21          responsibility to meet the students where

22          they are as a -- to each of those

23          categorizations.  And to me that's more of

24          an asset model when we're working with

25          students as opposed to deficit model.



Page 66

```
 1              Which perhaps might have been some
 2              dispositions held in the past.  Some of
 3              those conditions you describe predate my
 4              arrival at TJ.  And that's not -- that's
 5              certainly isn't the disposition I've seen
 6              since I've been here the past three years.
 7                  We currently do have programs in place
 8              within our mathematics department where
 9              adjustments are made for the students
10              based on need so they may enter the school
11              coming in at one particular level and then
12              our teachers are very skilled working with
13              them, developing that talent, spotting the
14              talent, searching the talent, and then
15              making adjustment.
16                  Additionally, any student in FCPS who
17              is enrolled in Algebra I in eighth grade,
18              can and will be on track for a TJ diploma
19              which requires the student calculus in
20              their senior year.  Well, we know that we
21              have many students who excel past the
22              level of calculus.  I'm confident the
23              students will be able to reach the TJ
24              diploma standards with our teachers.
25                  We know that we will have to continue
```



Page 67

1           to utilize every resource so that way for

2           students who are struggling, we are

3           providing tutoring during real time in

4           class time.  That we are continuing to

5           utilize our eighth period to provide those

6           enhancements and enrichments as well.

7               The other piece is that we need to be

8           mindful that a governor's school is

9           looking for talent and particularly this

10          is reserved for -- for gifted populations.

11          And gifted students have been identified

12          as a new at-risk population.  They have

13          special needs; we know that they learn

14          better in smaller environments.  And we

15          need to have the resources -- I believe

16          clearly in mathematics to support students

17          because a student who may be gifted in one

18          particular as we know, does to demonstrate

19          giftedness across the board in all content

20          areas.

21              And so those are just some pieces, and

22          I know that our teachers are eager

23          to -- conversations and they're very

24          willing to support our students to meet

25          our diploma requirements.



Page 68

```
 1              MS. COHEN:  Thank you.  Dr. Brabrand,
 2         I didn't mean to interrupt.  Do you have
 3         something to add?
 4              DR. BRABRAND:  Dr. Presidio, did you
 5         want to say anything about math and
 6         science in the elementary beyond advanced
 7         academics that you want to share at this
 8         time?  Or -- or should we just plan an
 9         update for October?
10              DR. PRESIDIO:  I think the best course
11         would be to provide an update in October
12         when we have the work session on the AAP
13         in general.  We are working very hard on
14         the fidelity of communication efforts --
15              DR. BRABRAND:  Thank you.
16              MS. CORBETT SANDERS:  Can I ask if
17         that's beyond the AAP, though?
18              DR. PRESIDIO:  Correct.  Part of
19         it -- yes.  Correct.  Part of it is making
20         sure that, again, as we talk about these
21         issues of opportunity and access that
22         we're ensuring that those advance math
23         opportunities, for example, are available
24         consistently across all of our schools.
25              MS. CORBETT SANDERS:  Thank you.
```



Page 69

```
 1                MS. COHEN:  Thank you.  I have
 2          Ms. Tholen, next, followed by Ms. Meren.
 3                MS. THOLEN:  Hello.  Of course, this
 4          whole idea of diversity in organizations
 5          is a huge national issue.  It's not just
 6          limited to education.  And is it's very
 7          complex and difficult to dissect
 8          and -- and figure what is the best way to
 9          move forward.
10                You know, I support looking at the TJ
11          admissions.  I -- I have expressed to many
12          people, many staff members, many board
13          members my interest in working on the
14          pipeline issues.  And even dealing hard
15          time-consuming work that needs to happen
16          around that, and of course with -- to
17          provide support for students at TJ.
18                However, looking at the presentation
19          and what's before us today, I have to
20          agree with some of the comments by my
21          colleague, Megan McLaughlin.  I'm really
22          concerned about moving forward with this
23          plan, with no community engagement or very
24          little community engagement, you know, to
25          date.  I know that there have been, you
```



Page 70

```
 1              know, some conversations, the community

 2              has not really been at the table.

 3                   I'm a little worried, too, about

 4              the -- the use of town halls moving

 5              forward over the next couple weeks.  I

 6              mean, I've certainly run my share of town

 7              halls over the last year and a half, and

 8              you can answer a lot of questions, but it

 9              doesn't really give you an opportunity to

10              sit down at the table and hear from people

11              and get ideas.  We have people out in our

12              community with lots of great ideas and an

13              interest to talk about this with a

14              total -- I mean, a set of viewpoints and,

15              you know, backgrounds.  And I would like

16              to see more of that happen.

17                   Of course, it's very difficult to do

18              that in three weeks, so I would strongly

19              encourage us to, you know, talk to the

20              state about what are options are for this

21              October deadline.  Is there anyway we can

22              submit in October, you know, our community

23              engagement plan?  What are we doing to

24              really -- really sit down and talk to our

25              community, you know, on this big topic?
```



Page 71

1              I also think that there are so

2         ramifications with what we are doing, that

3         we really need to take a close look

4         at -- one specific question that I did

5         have when looking at the presentation is:

6         Where are the numbers coming from when

7         you're talking about the merit lottery and

8         you've got the pie charts showing, you

9         know, what the statistics would be if we

10        had used the merit lottery?  Is that just

11        a statistical sampling?  You know, where

12        does that number come from?  How are we

13        using that to show that would have that

14        level of success.

15             DR. BRABRAND:  Jeremy, could

16        you -- could you answer Ms. Tholen's

17        question?

18             MR. SHUGHART:  Sure.  So in forms of

19        the modeling, what we have is we have

20        information for all of our students at the

21        application level.  And so what we were

22        able to do is we also take the applicants

23        in the various years that we had used, the

24        20 -- the Class of 2015, Class of 2019,

25        Class of '24.  And then we were able to



Page 72

```
 1              take that information and then do some
 2              modeling from the statistic projections of
 3              what that would look like for those
 4              students that met those minimums.
 5                   Again, this is a model for what we're
 6              putting it out there.  A lot of it is just
 7              statistical representation in terms of
 8              random -- you know, a random draw.  So we
 9              applied those rules to the previous
10              classes to be able to get an idea of who
11              would be meeting that, and that's how we
12              moved forward.
13              MS. THOLEN:  All right.  So that's one
14              way to look at it.  I think we've already
15              heard, too -- we have so many questions
16              out there around, you know, who's
17              applying, why have our applications
18              numbers dropped recently over the last
19              several years.  Why are some applicants
20              that are offered admission, why are they
21              not coming?  What are some of the other
22              questions around that?  That's why I need
23              a go-back.
24              MS. COHEN:  You got it.  Mr. Shughart,
25              did you want to respond to that, or...
```



Page 73

```
 1              MR. SHUGHART:  In terms of numbers.
 2         Historically, we have seen -- over the
 3         last couple of years, we've seen about
 4         2500 students that are applicants.  Prior
 5         to that, probably the five years prior to
 6         that, it was closer to 3,000.  But over
 7         time, as you saw from the previous charts,
 8         we still have large numbers of students
 9         applying, and I -- and we certainly can
10         address this in the -- the go-back.
11              MS. COHEN:  Thank you.  We're moving
12         on to Ms. Meren, followed by Ms. Sizemore
13         Heizer.
14              MS. MEREN:  Great.  Thank you,
15         Ms. Cohen.  So I've been listening and
16         there's two things are rumbling around in
17         my head.  One is that, I've said many
18         times before, "Don't let the perfect be
19         the enemy of the good."
20              And look, students at TJ are
21         suffering.  Alumni have told us heart
22         wrenching stories of what they've gone
23         through.  We have letters from classes of
24         graduates with hundreds of signatures
25         saying that diversity needs to be
```



Page 74

```
1            addressed.  So I -- I just think that no

2            matter what we do, there won't be a

3            perfect solution.

4                 But the other thing that keeps rolling

5            around in my head of is the definition of

6            "insanity" is continuing to do the same

7            thing and expecting different outcomes.

8                 I thought the slide showing all the

9            steps that have been taken to marginally

10           increase access is really telling.  And I

11           just don't think at this time and this era

12           with the momentum of this board and the

13           superintendent's proposal that we can sit

14           here and say, "Let's take more time.

15           Let's find more options."  I mean, people

16           are hurting.  We've heard from a student

17           who I've spoken many times with, who tried

18           to bleach her skin because she didn't feel

19           welcome as a black student in this school.

20           It's toxic for those students who feel

21           left out.  It's toxic for students who are

22           doing the bullying.  It's a diverse world.

23           We are serving our kids better when we let

24           them and help them engage with people who

25           are different than them.  It's a -- it's a
```



Page 75

```
 1              workforce criteria these days.
 2                   So, you know, there's a lot about TJ I
 3              don't know, but what I seem to know is --
 4              I've heard a lot of community outreaches,
 5              people are speaking at our regular public
 6              meetings and they're -- they're e-mailing
 7              us, they're sending us things.  So I'm --
 8              I'm ready for action and I'd like to more,
 9              but I think that doing more of the same
10              won't really -- won't suffice anymore.
11                   I do want to say that I am
12              disappointed to not see access for our
13              students with special needs and other
14              abilities and the newer diversity
15              population.  I think that's a really big
16              factor that's lacking because we have
17              heard specifically about students who are
18              twice exceptional.  And looking
19              demographically is needed, but it
20              certainly doesn't capture those students
21              and their talent and merit.
22                   So I'm -- I'd also hear how TJ's
23              principal was involved with the creation
24              of this approach and what she thinks and
25              how she sees this fitting into the overall
```



Page 76

1          efforts to make TJ even than it is now.
2          Thank you.
3              DR. BRABRAND:  Thank you, Ms. Meren,
4          I'm going to let Ann speak in a moment.  I
5          just want to say, the issue around twice
6          exceptional kids, we believe this proposal
7          will expand the pool for that, but as
8          Jeremy shared with me, we just don't have
9          that kind of data in the application.
10         That may be something we can work on in
11         the months ahead to bring you, as we're
12         doing the modeling and -- and Jeremy, do
13         you want to speak to that really briefly,
14         and then we'll let Ann speak to
15         Ms. Meren's question?
16             MR. SHUGHART:  Sure.  So in -- in
17         terms of the application process, it isn't
18         a data point that gets submitted while a
19         student applies.  What we do have is only
20         a student's requested accommodations,
21         which are captured in a very different
22         way, which then blends everything together
23         between students' 504s, special ed, along
24         with anyone that might have medical
25         disabilities, or whatever the case may be.



Page 77

1              However, with that said, we also know
2         that not all students that have -- that
3         are special education students, even apply
4         or even request accommodations, and so we
5         don't have access to that.  So the -- the
6         issue is trying to find out who those
7         students are, and we wouldn't have access
8         to that information from an applicant pool
9         for our other jurisdictions.  We would
10        only be able to have access to the
11        students here in Fairfax County.  So it
12        would take some -- it would take some time
13        to be able to dig through it and get that.
14        As a portion, we do deal with some
15        accommodations, but it was certainly -- it
16        was not something that we were able to
17        pull together for this presentation.
18             MS. MEREN:  Okay.  Thanks for the
19        info.
20             DR. BRABRAND:  Ann?
21             DR. BONITATIBUS:  Sure.  Ms. Meren,
22        would you mind restating your question for
23        me, to make sure that I accurately
24        captured it.
25             MS. MEREN:  Sure.  I was wondering



Page 78

1            what your involvement has been in the

2            process of developing the presentation we

3            heard today, and also, how you -- you

4            know, how strongly you feel that this is

5            the best step forward for your school?

6                 DR. BONITATIBUS:  Thank you.  I will

7            say that one of the things that drew me to

8            TJ three years ago and actually, made me

9            seek the position was the -- the notion

10           that the pool could be representative of

11           -- of its region.  I read an awful lot

12           about TJ and I was hopeful that perhaps I

13           could be an influencer and a positive

14           force and a unifier in the process.

15                And so most recently, I would say

16           within the past several months as FCPS has

17           been, you know, grappling with issue, as

18           has the state, with all of the directors

19           of governor's school, I have been involved

20           certain conversations.  I have been

21           involved with the task force that

22           Secretary Qarni put together, and I

23           appreciated being a part of that.

24           Dr. Brabrand and Mr. Smith, have also

25           reached out to me periodically, over the



Page 79

```
 1              past several weeks, and have included me
 2              in some of the conversations.  Feedback, I
 3              would say that it's been large
 4              representative group of everybody giving
 5              feedback.  I would say that we are all
 6              united in -- in believing that there is a
 7              statistically significant enough
 8              difference in -- in the disparities that
 9              we're seeing, that action does need to be
10              taken.  It does need to be taken sooner
11              than later.  And I am fully supportive of
12              FCPS efforts to advance the representative
13              demographics at our school.
14                  I also feel that our staff is well
15              poised and receptive to welcoming all
16              students regardless of background or
17              circumstance, and helping them be
18              successful.  I often say that our students
19              are more than a GPA to us, and we are
20              their GPS and we help them navigate those
21              --those bumps along the road.  And
22              sometimes we help them find the speed-pass
23              lane, so they can accelerate.
24                  And I'm looking forward, really to --
25              to leading the next generation of TJ
```



Page 80

```
 1              regardless of the outcomes of -- of this
 2              process.  And I feel that we are moving,
 3              definitely, in the right direction to
 4              expand opportunities.  We need to find
 5              talent, we need to develop talent, and TJ
 6              is the school to do that.  And I do not
 7              believe that FCPS is going to create
 8              processes that diminish our -- our stature
 9              as a school because I'm confident in our
10              teacher's amazing ability to work with all
11              students.
12                   And I also to make sure that when talk
13              about representative demographics and
14              providing more opportunities to students
15              that we do not approach it with a deficit
16              model, thinking that having a different
17              composition of students at TJ somehow
18              means that -- that those students are not
19              going to contribute to the success of our
20              school.  Right now, we have a wonderfully
21              diverse school of all backgrounds, all
22              races, all ethnicities, and all students
23              contribute to the success.  Thank you.
24                   MS. MEREN:  Thank you.  Well, I mean,
25              that's pretty resounding support for
```



MAGNA
LEGAL SERVICES

Page 81

```
 1            continuing forward.  And you have
 2            mentioned that the school is diverse, but
 3            at the same time it seems -- you know,
 4            it's not to the extent to which you or the
 5            division and the community think.  So I
 6            think it's -- that's -- that's really
 7            important for colleagues to hear, that you
 8            as the principal support this effort.  So
 9            thank you very much.
10                 DR. BONITATIBUS:  Your welcome.  Thank
11            you.
12                 MS. COHEN:  We're going to go ahead
13            and let Ms. Pekarsky go next, and then
14            come back to Ms. Sizemore Heizer.
15                 MS. PEKARSKY:  Okay.  Sure.  Thank
16            you.  Thank you for this work.  Obviously,
17            this is an issue that isn't just an FCPS
18            issue, you know, increasing the diversity.
19            I whole heartedly agree it's necessary.  I
20            agree that it's part of overall strong
21            education.  By kids go to diverse schools
22            and not by accident and not by mistake but
23            by intentionality.  And, you know, having
24            said that, I -- I want to do this work.  I
25            want to do this work in a way that is
```



Page 82

```
 1              intentional for -- for us to have long

 2              lasting positive results.  I don't believe

 3              in band-aids, I don't believe in -- in

 4              fast work, and, you know, I know others

 5              would argue that that is not what is

 6              happening here.

 7                   But some of the questions -- you know,

 8              the missing data that Ms. McLaughlin

 9              brought up, that troubles me.  What also

10              troubles me is not knowing what kind of

11              outreach have we done to our families, to

12              survey our families, to -- to get some of

13              the answers -- you know, some we think we

14              know what they are and -- and I think we

15              would all agree, but as to why we don't

16              have the large number of applications for

17              a more diverse student pool.  That -- that

18              is an important question to me because it

19              -- it speaks to, how do you fix the

20              problem, or at least part of the problem.

21              And as far as I know, we have not done

22              that.  Can somebody speak to that a little

23              bit?

24                   DR. BRABRAND:  Ms. Pekarsky, thank

25              you.  Can you clarify about not having not
```



Page 83

```
 1          done what now?  Which part.
 2               MS. PEKARSKY:  So we -- we -- when you
 3          look at the application pool, we do not
 4          have large numbers of applications from
 5          students who are -- are -- you know, large
 6          diverse, from Hispanic, so on and so
 7          forth.  Why.  Why Dr. -- I mean, do we
 8          have any information surrounding that?
 9               DR. BRABRAND:  Jeremy, I'm going to
10          let you take a first response if there was
11          previous work on TJ where we were able to
12          find that out.  We've seen low levels of
13          applicants for some groups for some time,
14          and we've seen a great decline among some
15          other groups of kids that had previously
16          applied.  Jeremy, have we done any work
17          around those trends over the last several
18          years in the TJ work.
19               MR. SHUGHART:  So we haven't actually
20          done any type of studies that would reach
21          out and do surveys of why people aren't
22          applying.  What you can see, if you -- if
23          you reflect back to the presentation, it
24          was one of the first slides, I think it
25          was Slide 4, would show the overall.  That
```



Page 84

1    was a 15-year trend.  So what we're

2    talking about is going back shortly

3    after-- someone had mentioned previously,

4    the Blue Ribbon Commission.  And there

5    were some recommendations that came out of

6    the Blue Ribbon Commissions for us.

7        And so there was a lot of steps that

8    were made to adopt those suggestions in

9    terms of what was going on within the Blue

10   Ribbon Commission.  And then as you saw

11   additional changes, specifically with the

12   outreach position, was one of those

13   recommendations coming out of the

14   commission that wasn't implemented until a

15   number of years later.  At that point in

16   time, quite honestly, that was the goal,

17   and that was the targeted outreach for our

18   outreach specialist's position was to

19   increase and enhance the -- our minority

20   student applicants with the goal then of

21   increasing the number of students that

22   were ultimately admitted into and provided

23   an offer to TJ.

24       What we found over time was, and as

25   we've evolved the work of the outreach



Page 85

```
 1              position, was trying to identify those
 2              students earlier.  And that work has --
 3              you know, has transitioned from working
 4              with just students in middle school to
 5              students also at the elementary levels.
 6              Unfortunately, due to budgetary cuts, that
 7              was position also cut for us, and so the
 8              amount of work that that person was able
 9              to -- to contribute at that point in time
10              was greatly reduced, as well.
11                  And so we've tried to additional ways
12              to be able to reach out and get students.
13              Currently, most of our targeted work is at
14              our Title 1 schools and our historically
15              unrepresented schools from a -- from a
16              geographic standpoint, which also
17              represents larger portions in some areas
18              of our lack in diversity, as well.
19                  And so those were issues and things
20              that I've done, and we've made internal
21              changes to try to address those issues, as
22              well.
23                  DR. BRABRAND:  Ms. Pekarsky, I'd also
24              say, so, you know, we've done some, we
25              haven't done -- there's more we could do.
```



Page 86

1    But I would say this, hearing just, as

2    Ms. Keys-Gamarra mentioned, the voices of

3    students on the tasks force and several of

4    the alumni associations, TJ has -- has

5    developed a reputation.  And there is a

6    reputation that is the -- the great side

7    of it, but there's also that underside,

8    and that many more students of color don't

9    feel welcome.  Don't feel respected or

10   questioned why they're there.  And I -- I

11   believe that that has had an impact on who

12   would even want to apply, let alone go

13   through all the work of trying to be the

14   highest scorer on the admissions test, to

15   then get in that environment.

16       We've also seen a decline, and you can

17   see on that chart, among our white

18   students are choosing not to apply.  I

19   don't have as much information granularly

20   on that, and I think that is a

21   conversation with alumni over time.  But I

22   did -- I will tell you that we received --

23   I received an alumni letter just recently

24   from a white alumni of many years ago

25   saying, it's not -- it's not set up to be



Page 87

```
1            a school for the 21st century with the
2            kind of diversity that he wanted or that
3            he needed to have to kind of success that
4            you need to have in working with people
5            across the globe, across cultures.
6                 So I think we can dig into that
7            deeper, but I do think there's already
8            some messaging informally that has gone on
9            that has suppressed applicants based on
10           stories that we have heard.
11                MS. PEKARSKY:  So I appreciate that,
12           Dr. Brabrand, and probably so.  I cannot
13           disagree with it, but without the
14           outreach, without connecting with these
15           families, cutting the outreach position,
16           you know, that's worrisome to me that
17           we're not doing that level of -- of -- you
18           know, of interaction with our families,
19           because what if there are other, you know,
20           factors to this?  What if some feel the --
21           the transportation is an issue.  You know,
22           if we move to this model of the regional
23           approach -- I'll take a go-back.  Thank
24           you.
25                MS. COHEN:  Thank you, Ms. Pekarsky.
```



Page 88

1           We have Ms. Sizemore Heizer next.

2           Ms. Sizemore Heizer, we are not getting

3           your audio for some reason.  We cannot.

4           Do you want to try to reconnect and we'll

5           -- okay.

6               All right.  Ms. Derenak Kaufax, do you

7           mind stepping up to the plate and then

8           we'll get Ms. Sizemore Heizer when she

9           reconnects.

10              MS. DERENAK KAUFAX:  Sure.  I thank

11          you, Dr. Brabrand, and thank you, Jeremy,

12          for this presentation.  I have some

13          comments and then I have some questions.

14          I -- I do want to say that since I began

15          on this board in 2012, we have been

16          committed to do what is best for each and

17          every one of our students, and to help our

18          diverse population reach their fullest

19          potential.  We have held numerous work

20          sessions and extensive conversations about

21          TJ over these past eight years, and equity

22          was always at the center and at the core.

23          You saw some staff presentation; we

24          changed the admissions standards five

25          times.



Page 89

1        Outreach programs have been added, but

2        you have heard that they heard that they

3        have not implemented with fidelity, nor

4        have they been sustained.  I don't think

5        it's been a lack of caring or a lack of

6        political will that has gotten here, but

7        the changes in the last ten years, simply

8        have not yielded their results that we

9        wanted.

10        And while I know we continue to try,

11        that's why we're here, looking for our

12        sixth change with equity at the core, but

13        there are strategies and opportunities

14        that I must speak to that have to begin to

15        prepare students particularly in my

16        region.  Several of my colleagues have

17        talked about this and these are all

18        pipeline issues and these are root issues

19        at the core.  We need universal pre-K, we

20        need outreach, we need to follow the

21        curriculum with advance learning

22        opportunities for all children with

23        fidelity in math and science in all of our

24        regions.  We have never committed to that

25        financially, ever, ever, ever.



Page 90

1           We need advanced academic resource

2      teachers at every school.  We still have

3      42 teachers that don't have advance

4      academic resource teachers.  All of these

5      good programs can't happen even with good

6      will if we don't have people on the ground

7      -- boots on the ground trying to help our

8      underserved -- or unidentified

9      populations.  We have to work -- we have

10     young scholars that was a program

11     developed by a teacher in 2000.  It is a

12     great program where it is administered

13     well, but it is not administered either

14     uniformly or with fidelity.  And I think

15     we also have to consider other magnet

16     schools to ensure more opportunities.

17          So for me, right now where I am on

18     this, I like the allotment of the regional

19     slots.  I like the idea that's been talked

20     about before -- of the idea of inreach, I

21     love that idea.  But, like I said, with

22     marginal success.

23          My questions, Dr. Brabrand.  Other

24     than GPA, does the questionnaire carry any

25     weight?  Are there consultants that we



Page 91

1          have used most recently?  I've talked

2          about a universal screener as a best

3          practice.  Have you reached out to them to

4          review your changes to TJ?  What is the

5          purpose of us doing this now if the

6          Secretary of Education has announced he is

7          proposing policy changes?  Will our

8          changes stand alone or would they be

9          separate from his changes?

10              And put me on a go-back.  So if you

11         can answer -- begin to answer my

12         questions, I can repeat them.

13              DR. BRABRAND:  Yeah.  I'm going to try

14         to take most of them.  But as you see, I

15         as writing.

16              You know, I respect the Secretary of

17         Education, and he has -- he has a job to

18         do as the Secretary of Education, and I

19         think I have a job to do as Superintendent

20         of Fairfax County Public Schools.  We can

21         -- we can lead or wait to be led.  And I

22         prefer to lead and work in partnership

23         with this board to lead in taking the next

24         step on our journey to creating an even

25         better TJ, which you've talked about that



Page 92

```
 1              this board and prior boards have been a
 2              part of doing that journey.  It's time to
 3              take the next step in the journey.
 4                  I totally agree with there are other
 5              things that we can do and will do around
 6              the pipeline, so this is just one part of
 7              that multi-pronged approach that we
 8              referenced.
 9                  And I know you asked me another
10              question, and I don't think I answered it
11              in there.
12                  MS. DERENAK KAUFAX:  There were two
13              more.  Other than the GPA, does the
14              questionnaire, does that carry any weight
15              to get into the pool?
16                  DR. BRABRAND:  Yeah.  Jeremy, can you
17              talk a little bit about the questionnaire
18              that we're going to develop and even about
19              our ideas beyond this year?  We -- we
20              don't feel the time for this year, but
21              even next year, developing an interview
22              process, but Jeremy, as far as the
23              questionnaire, can you talk about its role
24              and what we propose today.
25                  MR. SHUGHART:  Sure, Dr. Brabrand.
```



Page 93

1           One of the pieces about the questionnaire

2           was really that it -- on some levels it

3           models the student information sheet of

4           previous years, but it's designed -- so

5           all of our previous process was about

6           designing a ranking system.  How -- how

7           highly students can perform.  And it

8           really was a ranking and sorting in going

9           through that process.

10                But what were looking at here is we're

11           looking for students to be able to meet a

12           -- you know, a set of criteria.

13           Basically, saying we're looking at

14           passion, we're looking at commitment,

15           we're looking -- you know, student match

16           with TJ.  Which is a lot of things that

17           we've talked about in the past.  We're

18           talking about when we reach out to

19           students and have these conversations with

20           families and students that are looking at

21           TJ as a -- as a high school option, about

22           trying to figure that out.  And I think

23           that that goes back to a lot of the

24           elements that we've talked about, why

25           would students want to go to a school that



Page 94

1          has a STEM focus.

2                And so the questionnaire is a part of

3          looking at this merit within a GPA,

4          particular classes that they're enrolled

5          in terms of Algebra being the -- the --

6          the baseline, and it's about meeting these

7          baselines.  So it would play a role and

8          it's -- and one of the things that we're

9          going to look to do this fall is redesign

10         kind of what our former student

11         information sheet was to a new process

12         that includes questionnaire, short answer,

13         maybe essays, and those are some things

14         that we're going to be working on in

15         development.

16                And there would be conversations in

17         terms of consulting with other groups.

18         Perhaps some of those other schools that

19         we have mentioned here and -- and are

20         those experiences that they've used with

21         success.

22                In terms of to respond or add to what

23         Dr. Brabrand was talking about.  In the

24         future, there were other options that we

25         were considering for additional components



Page 95

```
 1              to an application process.  But what we
 2              also recognized was, you know, the time
 3              and the fidelity of implementing it and
 4              making sure it was implemented -- you
 5              know, really correctly.  And so there was
 6              a lot of conversation about actual student
 7              interviews, and the potential of
 8              interviewing students and having that be a
 9              part of this process of driving home that
10              idea of that passion and that commitment
11              to learning in this type of an environment
12              and being able to engage with the students
13              in that way.
14                   And we wanted to make sure that that
15              was done appropriately, and we didn't feel
16              that within -- within the time frame of
17              what we had to be able to fully evaluate
18              and investigate an application process
19              that had actual interview.  It wasn't
20              something that we felt that this was
21              something we looked to implement in this
22              year or in this cycle, but it could be
23              something that was considered into a
24              future year or future cycle.
25                   MS. DERENAK KAUFAX:  I get that, but I
```



Page 96

1           -- I guess, will there be a weighted

2           element to this, or -- or will there be a

3           panel that reviews this questionnaire?

4           Will there be any -- anything -- any kind

5           of panel looking at this?  Will this add

6           to a person's ability to get in the pool,

7           I guess, or is 3.5 the main thing?

8               MR. SHUGHART:  So the 3.5 would be --

9           would be a minimum, but, yes, there would

10          be panels that would review the -- the

11          questionnaire as well.  I would -- I would

12          say that that would be similar to what we

13          currently do in terms of having a panel --

14          evaluators go through and evaluate the

15          current application.  So there would some

16          elements of that that we would look at in

17          this -- in this case, as well.

18              MS. DERENAK KAUFAX:  Okay.

19              MR. SHUGHART:  And I think finally,

20          Tammy, the -- it's not necessarily a

21          weighted, where students that would answer

22          the strongest or have the strongest would

23          have a higher weighting in that.  We're

24          looking at removing the barriers and then

25          allowing them to be selected through a



Page 97

```
 1              lottery process.  You know, with like the

 2              equality pieces -- or the equity piece

 3              here.

 4                   MS. DERENAK KAUFAX:  Okay.  And

 5              Ms. Cohen, just -- because Dr. Brabrand I

 6              think didn't -- because he asked me of the

 7              three questions.  I guess, Dr. Brabrand, I

 8              understand our desire to be leaders and go

 9              forward.  But do you know status-wise,

10              would the Secretary of Education be

11              allowed to come in say, "Well, this is

12              fine that you did this, but -- but we're

13              still going to" -- because in the last

14              town hall that I listened to, he said, "I

15              will be making policy suggestions and that

16              will be piloting my policies in these two

17              schools."  That was the statement he made

18              in a previous town hall that I listened to

19              last Monday.

20                   DR. BRABRAND:  Yeah.  I haven't had

21              that conversation with him.  I certainly

22              can and I know many members of the school

23              board have interacted with Secretary

24              Qarni, and so we can have that dialogue.

25              Again, I -- I think personally, as I said,
```



Page 98

1          I'd rather have Fairfax solutions for
2          Fairfax students.
3               MS. DERENAK KAUFAX:  Yeah.  But I
4          think that's really important that we
5          understand whether or not that's going to
6          happen.  So I would like an answer to
7          that.  And as I said, Ms. Cohen, a
8          go-back, please.
9               DR. BRABRAND:  And Ms. Derenak Kaufax,
10          what I would suggest then, if you could
11          give me that specific question and then I
12          will send that to him so I can get a
13          specific answer.
14               MS. DERENAK KAUFAX:  Absolutely.
15               DR. BRABRAND:  Thanks.
16               MS. COHEN:  Next, we have Ms. Sizemore
17          Heizer, and followed by Ms. Omeish.
18               MS. SIZEMORE HEIZER:  Is this working,
19          now?  Awesome, great.
20               I'm really to follow some of my
21          colleagues.  I am a full believer in both
22          the diversity of our applicant pool and
23          diversity of TJ.  It is in the workplace,
24          very, very valuable to point of
25          Dr. Brabrand.  So I'm excited to see that



Page 99

```
 1              we're being bold in what we're doing.
 2              However, similar to what Ms. Pekarsky
 3              said, I want to make sure we're actually
 4              addressing the issues, so it has long-term
 5              changes.  It actually -- it fixes the
 6              problem.
 7                   So I guess what I don't quite
 8              understand is how does this lottery system
 9              really address the concern about both
10              supporting our students of color at TJ and
11              making sure that we're spotting the talent
12              of our students of color and that they're
13              encouraged to enter.
14                   So one of the examples, is if we have
15              70 spots per region, two of the regions --
16              I don't know if it will change anything
17              considering the two are sort of higher
18              feeder schools are in those regions.  So
19              how does -- I guess, I don't understand
20              how this is really going to move the
21              needle in the way that we're -- we're
22              seeking to do it.
23                   DR. BRABRAND:  Well, let my try
24              sharing, and then Jeremy or Ann or anybody
25              else who wants to add in can.  We have
```



Page 100

```
 1            merit in the pool.  We have kids qualify
 2            to go to TJ every year.  And then what
 3            we've done now, for years, is then we
 4            administer a test, and the highest score
 5            wins.  And people with access to test prep
 6            will spend -- and Ann has told me,
 7            anywhere from $10 to $15,000 a year.  So
 8            this thing -- that is a barrier to lots of
 9            kids, economically disadvantaged.  You see
10            the difference, when you put that test in,
11            a lot of those kids are screened out.
12                MS. SIZEMORE HEIZER:  Absolutely.  I
13            understand that, I guess my point is, why
14            are we doing it 70 per region as opposed
15            to a lottery system across the county,
16            perhaps.  Because it just seems like it's
17            disadvantaging some the regions we're
18            specifically trying to help that may have
19            -- I don't know it just seems -- it just
20            -- I don't know.  I'm wondering why the
21            regional approach for a lottery system.
22                DR. BRABRAND:  I mean, we can -- this
23            is what I would say and then Jeremy can
24            answer.  One, geographic distribution at
25            TJ -- TJ has been an issue discussed and
```



Page 101

1           debated for decades.  There's a lot of
2           debate that the school board has said
3           about certain cultures in schools that get
4           created.
5                When you're in a school where every
6           kid gets in, you want to get in, too.  And
7           if you're at a school where no kid gets
8           in, why apply?  If you can never get
9           drafted for the NFL at your college or the
10          NBA, why would you play the sport?  So why
11          would you work extra hard in science and
12          math and apply when no kid year after
13          year, or one or two only get in.  I think
14          --
15               MS. SIZEMORE HEIZER:  I guess --
16               DR. BRABRAND:  The cultures of
17          schools, there are more qualified kids
18          that can get in TJ, that can get in.
19               MS. SIZEMORE HEIZER:  Do you what the
20          applicant -- the diversity applicant pool
21          is -- or diversity geographically, as well
22          as race?  Because I think my concern is
23          that if -- are we addressing where the
24          problem really lies?  I understand the
25          biases in the test -- in the test preps.



Page 102

```
 1              So I'm not looking to challenge that --
 2              that part of the admissions process.  But
 3              if the issue is getting to apply who are
 4              qualified and should be at TJ or building
 5              that pipeline, should would be -- is this
 6              the right approach to addressing the
 7              solution with the concern.
 8                   DR. BRABRAND:  Right.  So, let me tell
 9              you a simpler way, if this makes sense.
10              The left side of the graphs I showed you
11              for applicants, we already get some
12              diversity.  Much more than what we
13              actually put in the class because we
14              administer the test.  So if we change no
15              outreach, we'd actually get more diversity
16              through the merit lottery that already
17              exists in the pipeline.  That's part of
18              this whole point.  Drop the test and
19              diversity is right in front of us that
20              never gets through the TJ door.
21                   Then it's about increasing the
22              pipeline as some other school board
23              members and you have talked about, and
24              making sure that environment in the
25              school, as Ann has talked about, is the
```



Page 103

1          welcoming, carrying culture environment

2          for every kid.  If you do all three of

3          those, I think you even start to change

4          the number of applicants.  But the number

5          of applicants is what we showed you on

6          that left-hand side, the applicants for

7          the pie chart, that's our current --

8          that's our current group and that's the

9          group that would get based on the merit

10         lottery.  It just would be done by a

11         lottery instead of test to see who gets

12         the highest score and then you get in.

13              MS. SIZEMORE HEIZER:  I guess the

14         question I have is how do we know that the

15         -- the process to get into the pool is the

16         process -- I mean, that's the process I'd

17         to look at.  Is that actually

18         demonstrating the kids that belong at a

19         TJ, and is that diverse -- getting a

20         diverse of kids who belong at a TJ, or

21         want to be a TJ for a variety of reasons.

22         That's the piece I don't hear a lot about,

23         the process of getting into the pool.

24              DR. BRABRAND:  Right.  So I would put

25         it to you this way, you're talking about



Page 104

```
 1            reaching Pool 1, what were changing here

 2            today is Pool 2.  And in Pool 2 we're

 3            talking out the test and letting Pool 1

 4            stand on its own merit, its own talent.

 5                 A separate question that you're

 6            bringing up now is -- and we talked about

 7            it with that targeted outreach.  Does the

 8            actual removal of the test now change the

 9            dynamic about people who have not applied,

10            who will not be willing to apply, either

11            by region, by ethnicity, by economics, by

12            special education?  And that the part that

13            really the outreach will tell us.  Will

14            changing the way that we've set up TJ to

15            enter, actually change the kind of kid

16            who's willing to apply.  And I bet, my own

17            belief, is that applications will soar to

18            TJ because more kids will feel like they

19            actually have a shot to get in, who do the

20            qualifications that we've outlined in that

21            -- in those applications pool

22            requirements.

23                 MS. SIZEMORE HEIZER:  We -- at the end

24            -- I guess, I am just concerned to make

25            sure that the purpose of TJ is to provide
```



Page 105

```
 1            a gifted education for those interested in
 2            STEM and for those who are able to access
 3            it and want to access it.  And I don't
 4            know how this change fulfills that purpose
 5            is where I'm confused.  You know, I always
 6            think there's 10 or 20 percent -- 10
 7            percent of the kids who absolutely have to
 8            a TJ level and others who are very
 9            qualified for it but don't absolutely have
10            to have it.  How do we make sure we
11            address both groups?  I don't know how
12            else to phrase it.
13                 DR. BRABRAND:  Yeah.  Rachna, I don't
14            have all the answers for that, but I'll
15            say this.  We've made a -- we've made a
16            mistake, in my belief, that the highest
17            score on the test means you have the most
18            passion.
19                 MS. SIZEMORE HEIZER:  Yeah.  And
20            that's not the truth, I don't agree with
21            that either.  Right.
22                 DR. BRABRAND:  Right.  I don't.  And
23            I'll tell you this, too, in this era of a
24            global pandemic I want our top scientists
25            and medical leaders of which TJ will be
```



```
 1              training.  The pandemic is not about

 2              scoring highest on a standardized test.

 3              We need to be developing and as -- as Ann

 4              says, spotting talent and developing it.

 5              TJ has got to more about passing a

 6              standardized test.  And I think we made

 7              that disproportionately -- you know, as

 8              Tammy talked about the weighting, we've

 9              over weighted that.

10                   MS. SIZEMORE HEIZER:  Absolutely.

11                   DR. BRABRAND:  It's time to take that

12              weight off the backs of kids, and we could

13              move forward and develop new ways or

14              new --

15                   MS. SIZEMORE HEIZER:  That's what I

16              want to find -- that's my concern, right.

17              Absolutely, I understand the issues with

18              the tests, and I don't agree with it.  But

19              how do we make sure that what we're

20              putting in place is -- what we want people

21              to do.  And that's what -- I don't see

22              that data here.

23                   MS. COHEN:  Thank you, Ms. -- oh,

24              sorry.  Go ahead, Dr. Brabrand.

25                   DR. BRABRAND:  Yeah.  Just to make a
```



Page 107

```
 1          final point.  That questionnaire, as

 2          Jeremy said, we're going to keep the

 3          panels, they're going to go through that

 4          questionnaire, they're going to work to

 5          tease out passion, hope, dreams, and --

 6          and my own belief that one of the next

 7          bold steps is, we need to have a TJ

 8          experience at every high school in Fairfax

 9          County Public Schools.  Instead of

10          creating this idea that only one place can

11          be a place where dreams can come true for

12          a kid passionate in technology, math,

13          science.  We have that in every school.

14          We have high-level courses in every high

15          school, some better than others at

16          creating that pipeline and that's what we

17          need to recommit to doing better, moving

18          forward, and we'll talk about that next

19          month.

20               MS. SIZEMORE HEIZER:  Can I have a

21          go-back, please, Ms. Cohen.

22               MS. COHEN:  You certainly may.  I

23          think it sounds like everybody wants

24          another round.  Next, we have Ms. Omeish

25          followed by Mr. Frisch.
```



Page 108

1            MS. OMEISH:  Thank you.  A couple of

2       clarifying questions.  So just to clarify.

3       The percent offered chart accounts for the

4       3.5 GPA adjustment, right?  So it's only

5       for the pool that would have had a 3.5?

6            DR. BRABRAND:  Jeremy -- I'm not sure.

7       Jeremy.

8            MR. SHUGHART:  Yeah.  Are you

9       referring to the modeling.

10           MS. OMEISH:  Yeah.

11           MR. SHUGHART:  That's correct.  We --

12      we accounted for it at the 3.5, and if --

13      if you'll recall, the numbers were

14      different in terms of the applicant pool

15      at the time in terms of students to get

16      in.  So if you're comparing those two,

17      they did have different GPA requirements.

18           MS. OMEISH:  Okay.  Thank you.  And

19      then for the core classes, GPAs it's still

20      -- so it's only seventh grade and then

21      beginning of eighth, right, for the 3.5?

22           MR. SHUGHART:  So the -- so the core

23      -- so for core classes you're looking at

24      the end of the year, seventh grade marks

25      for math, science, your history, and



Page 109

```
 1            English, along with any student that had a
 2            world language for high school credit.
 3            And then it was first quarter of eighth
 4            grade, as well.
 5                 MS. OMEISH:  Okay.  When you say, "end
 6            of the year," so that's -- yeah, yeah, so
 7            the whole of the year.  Yeah, yeah, yeah.
 8            Okay.  Because I remember, you know, one
 9            of the things we we're thinking is a more
10            expansive look, I don't know if that's
11            considered, but I appreciate the
12            clarification.
13                 Have we considered the merits of
14            teacher recommendation, whether that's a
15            referral or kind of just to check off the
16            box kind of thing?  Has there been
17            thinking around pros and cons of something
18            like that?
19                 DR. BRABRAND:  Jeremy, as I recall, as
20            I shared, we've actually -- we've removed
21            teacher recommendations from the pool, and
22            one of the things that we heard from our
23            AAP study was that those recommendations
24            can be subject to bias.  So we -- we've
25            actually removed that and Jeremy, is there
```



Page 110

1              anything else to say there.

2                   MR. SHUGHART:  No, Dr. Brabrand, that

3              was -- that was the discussion because

4              teacher recommendation were a topic of

5              conversation about a piece moving forward.

6              But looking at the other results from the

7              other study was where we kind of fell with

8              why we would remove them from this process

9              as well.

10                  MS. OMEISH:  Yeah.  No, I -- I noticed

11             that in the presentation.  I'm thinking

12             not so much writeup, you know, that is as

13             you pointed out very subjective or has

14             that potential.  But kind of just an

15             approval to enter a pool or something like

16             that.  I'm not saying that's a good idea.

17             I'm -- I'm, you know, wondering if that

18             was thought about, but that's fine.

19                  I also wanted to -- another clarifying

20             question.  So from the -- the

21             presentation, my understanding of the

22             rolling process was that students would be

23             opted in automatically and they can opt

24             out.  But through the discussion, I wasn't

25             so sure, so could someone please clarify


MAGNA
LEGAL SERVICES

Page 111

1          that everyone will be considered that

2          meets those criteria?

3               DR. BRABRAND:  Jeremy.

4               MR. SHUGHART:  Yeah.  Sure.  So just

5          to clarify, you would still have an

6          applicant pool.  So you would have -- so a

7          student would still apply, as long as --

8          and they meet minimum requirements, the

9          3.5, they're in Algebra I, they have to

10         submit or complete the -- the

11         questionnaire/essays.  At that -- those

12         student, any of those students that apply,

13         as long as they meet that, they would be

14         put into the lottery pool.

15               Now, if a student doesn't apply, even

16         if they met the minimum criteria, that's

17         not a student that we would consider.  But

18         that goes back to what Dr. Brabrand was

19         talking about previously, that goes back

20         to our outreach.  That's goes back to that

21         targeted approach where we're looking to

22         try to encourage those students to

23         consider TJ as a high school opportunity

24         for them.  And so that's the -- I think

25         that's the distinction.  So you would



Page 112

```
1            still have an applicant pool, which would
2            not be consistent of everyone that's in
3            Fairfax County Public Schools that meets
4            that requirement.
5                MS. OMEISH:  Yeah.  I mean, this is
6            one of those areas where I think -- I
7            worry about this.  I think there's an
8            alternative that might be conducive to
9            diversity, right.  I know this have been
10           one of the -- similar to how in AAP we
11           test everyone.  If we're already having
12           outreach problems and we decide that this
13           the model we're going to move forward
14           with, which is the whole topic of
15           conversation, but I would -- my advocacy
16           would to ask, you know, what -- is there
17           anything preventing from being able to
18           have it be an opt out rather than opt in?
19               MR. SHUGHART:  Dr. Brabrand, do you
20           want to handle that one?
21               DR. BRABRAND:  Part of it -- part --
22           look anything -- anything is up for
23           discussion, but what we have wanted is
24           kids that have an interest.  There are a
25           lot of kids with 3.5s that don't have an
```



Page 113

```
 1            interest in science and technology.
 2            That's just not what they want to do.
 3            And, you know, just personally -- well,
 4            maybe personal experience, I mean, I had a
 5            3.5 or higher in high school, but I really
 6            didn't love science and math as my
 7            passion, and I wasn't interested.  Our --
 8            our local school system created, while I
 9            was in high school, a technology academy
10            and it just didn't -- it didn't excite me.
11            So we don't to -- we don't want to drag
12            kids into something they don't want to be
13            a part of.  So that's really why we
14            refrain.  The pool of kids of 3.5s and
15            higher is still going to be larger than
16            applicant pool, but we want kids with
17            those 3.5s and with the interest in having
18            he TJ experience around science
19            technology, engineering, and math.
20                 MS. OMEISH:  Yeah.  Maybe -- maybe the
21            problem I'm trying at doesn't even
22            necessarily need to be solved that way.
23            Maybe it's the idea of informing everyone,
24            "Hey, you're eligible.  You know, you're
25            able to apply to this thing."  Which can
```



Page 114

```
 1              -- can mitigate some of the outreach
 2              problem because I'm just worried about,
 3              you know, kids have to find out about TJ,
 4              and then their parents -- you know, the
 5              parents have to know, and then they have
 6              to go find how to opt in and you have some
 7              of the same outreach issues we're having
 8              right now, which are clearly significant.
 9              So I would suggest that for consideration.
10                  I would also -- I wanted to go back to
11              what Dr. Anderson mentioned earlier about
12              school-based number.  I would -- this is
13              another point of advocacy on my part as we
14              move forward with this, that we have --
15              you know, that the proportions are based
16              on schools rather than regions after the
17              equity issues she outlined.  So I would
18              love if someone can explain whether
19              there's anything preventing that.  Thank
20              you.
21                  DR. BRABRAND:  We --
22                  MS. COHEN:  I'm sorry.  Would you like
23              a go-back, also.
24                  MS. OMEISH:  Yeah.  Please, thanks.
25                  DR. BRABRAND:  We can certainly have
```



Page 115

```
1            that conversation.  Jeremy or Marty, do
2            you want to talk at all about region
3            versus school?
4                 MR. SHUGHART:  I -- I don't know if
5            Marty is still on here or not.  But -- so
6            region versus school, there was
7            conversations, there was looks at both --
8            both ways.  And a lot of this had to do
9            with looking at the overall approach of
10           what we are trying to do when we're a
11           school -- when we're a school that
12           actually supports multiple school
13           divisions.  And so we wanted to stay
14           consistent throughout the entire approach,
15           which would have looked at a couple of
16           other school divisions, as well.
17                So if you take some of the larger
18           participating school divisions, such as
19           Loudoun or Prince William, and apply that
20           same school level approach to them, we
21           didn't want to look at that, we didn't
22           want to go to that level with them as
23           well.
24                In addition, it was also -- there was
25           some questions, I think, someone had
```



Page 116

```
1               mentioned earlier about just an overall
2               lottery approach just for Fairfax County.
3               And what we -- what we also recognize was
4               that there's a geographic element here
5               that we've been lacking historically.  And
6               we wanted to assure that there were
7               students that were coming from the
8               different areas.  And remember we're
9               talking about the base schools.  We're
10              looking at this from a base-school
11              approach.  What is the school in which the
12              student would naturally be attending?  And
13              ensure that there is some -- there is
14              regional representation to give us that
15              geographic distribution within Fairfax
16              County, that has lacked in previous years.
17                   And so that was the part of the reason
18              was, it was a step in that direction to
19              ensure that we had regional -- or
20              geographic representation across Fairfax
21              County at TJ through this approach.  And
22              that was the reason why we went with a
23              regional approach as to boiling it down to
24              an individual school approach.  And it
25              just -- and it was -- it was appropriate
```



Page 117

```
1            because it allowed us to provide kind of a
2            -- an intermediate step there from going
3            from an entire county approach to an
4            individual school approach.
5                 MS. OMEISH:  Thank you.
6                 MS. COHEN:  Thank you.  Next, we have
7            Mr. Frisch.
8                 MR. FRISCH:  Thank you.  Can we just
9            say it's not a pipeline issue and it's not
10           a testing issue; it's both, and it's way
11           more than that.  It's a problem with the
12           message that we send our kids, our
13           underrepresented students, and the culture
14           that we allow in the system.  I've
15           received -- I can't even count the number
16           of e-mails that I've received from parents
17           telling me that real reason we have an
18           underrepresentation is because black and
19           brown families don't care, or they're
20           culturally disinclined from pursuing STEM.
21                That's the sort of bigotry pointed at
22           members of our own community is why we are
23           here in the year 2020 asking for data
24           about access to AAP and STEM and other
25           opportunities and for generations why they
```



Page 118

```
 1              haven't had access to these opportunities
 2              and why they've been denied the same
 3              dreams that everybody else has.
 4                   At some point, some school board is
 5              going to have to stand up and say, "Enough
 6              is enough."  You know, if a growing number
 7              of elite universities can acknowledge that
 8              a test is not a suitable measurement of
 9              merit, then Fairfax County Public Schools
10              can do the same thing.
11                   That's not to say that I don't have
12              some concerns, I do have concerns about
13              the regional approach here, similar to
14              Dr. Anderson's.  You know, I wonder -- I
15              worry whether we will further disadvantage
16              some middle schools that are already
17              underrepresented.  I'm also concerned that
18              some families may move to a different
19              region to -- you know, in hopes that
20              they'll have an easier shot at gaining
21              admission, although, I don't know how you
22              would mitigate something like that.
23                   And, you know, I also -- you know, to
24              a broader point, how are we connecting
25              with the qualified students.  I think, in
```



Page 119

```
 1              the implementation of any plan going
 2              forward, we need a concrete plan for how
 3              we are going to directly engage the
 4              families of qualified students because
 5              they don't think we're doing enough.
 6                   Finally, I also bring up, you know,
 7              these slides that we've been presented
 8              with, which show remarkable growth if we
 9              implement a merit lottery, still only show
10              a tiny percentage of what the actual
11              school population is.  So this
12              conversation is not over when we make this
13              movement, or else some future school board
14              will be sitting in a future school board
15              meeting with a list of all the things that
16              other school boards have done in the past
17              to make it better, and only saw the needle
18              -- the needle move only so much.  So I'm
19              heartened that we're having this
20              conversation now.  It's long overdue, and
21              we cannot delay having this conversation
22              and moving forward.  We need certainly to
23              answer some questions and we can that with
24              our next steps.  Thanks.
25                   MS. COHEN:  Thank you, Mr. Frisch.
```



Page 120

```
1            Did you want any response from
2            Dr. Brabrand and crew?
3                 MR. FRISCH:  Sure.  I mean, I'd love
4            to hear a commitment to a more robust plan
5            for outreach to families of qualified
6            students.  It's one of the things that we
7            raise in our meeting -- mangers meeting.
8                 DR. BRABRAND:  Yeah.  Mr. Smith, did
9            you want to share something on that?
10                MR. SMITH:  Oh, no.  I -- I was going
11           to simply say that Mr. Frisch is right on
12           target, and we talked about ensuring that
13           we have a more robust process for reaching
14           out to families, reaching out to students
15           who are eligible to apply, working with
16           our counselors, working with our teachers
17           and administrators, so that we can help
18           them have those conversations -- continue
19           to have those conversations with families.
20                But helping those families who didn't
21           ever see TJ as opportunity, we want them
22           to see TJ as an opportunity, and we want
23           them to be part of that application
24           process.
25                MS. COHEN:  Thank you.
```



Page 121

1          MR. FRISCH:  Are you talking about

2     families moving to different regions to

3     try to get into the system, or -- or I'm

4     assuming that you all thought of that when

5     coming when with this plan.  Did you throw

6     out any ideas to mitigate the issue, or is

7     it just something that can't be addressed?

8          MR. SMITH:  Those are things that I

9     think we have little ability to control.

10    We know that there are ways that people

11    will try to find advantage with -- well,

12    any aspect of our admissions process.  And

13    so, you know, I think it's really more

14    about how we can be proactive in working

15    with our administrators, working with our

16    counselors and teachers, and working

17    directly with those students and families

18    to help them understand that TJ is an

19    option.  The more students we have in the

20    application pool, the more we begin to see

21    that the talent in Fairfax County is

22    reflected at TJ.

23         MR. FRISCH:  All right.  Thank you.

24         MS. COHEN:  Thank you.  You know, I

25    would just like to point out that we have



Page 122

1          30 percent of kids are economically

2          disadvantaged.  Almost 30 percent of our

3          kids don't speak English as their first

4          language.  And when we look at that they

5          roughly make up about 1 percent of the

6          kids who even make the cutoff, ultimately,

7          for TJ, and to me the message becomes if

8          you're poor, if English is not your native

9          language, if you're black, if you're

10         Latino, this is not the school for you.

11         And we cannot have spent the last few

12         hours talking about bias and hate in our

13         curriculum without recognizing that there

14         are structures in our system that

15         perpetuate the same kinds of issues that

16         we are talking about working to fix in the

17         rest of our system.

18              COVID gives us an opportunity to try

19         something new.  It gives us an opportunity

20         to not ask kids to come back into

21         buildings and then only have kids willing

22         to take a test whose parents are willing

23         to have them take that risk or who don't

24         have pre-existing conditions.

25              What we're saying is we have an



Page 123

```
 1              opportunity to do something different this
 2              year, and this is not likely to be
 3              forever.  Look, we're all quite open that
 4              in nine years, six times we've tried
 5              something different and it hasn't worked.
 6                   So I don't know that there is a
 7              forever.  But we know we have an
 8              application process that's a problem, and
 9              we know we have an attendance issue that
10              is a problem.  Is it chicken or egg?  I
11              don't know the answer to that, but I know
12              that our kids often don't see themselves
13              as belonging.  And to be honest, many have
14              reached to tell me that once they get
15              there, they certainly don't feel like they
16              belong.
17                   So this is a systemic problem that can
18              only have a holistic fix.  So that means
19              budget priorities that talk about
20              pipelines at schools.  It means AARTs.  It
21              means looking at the whole problem and it
22              also means the kind of support that kids
23              need when they get there.  And that will
24              take investment.  It will take change to
25              even start that to happen.
```



Page 124

1           So I -- I worry -- I worry about some

2      of the things.  I worry, I want us to make

3      sure that we have kids who really are able

4      to handle the kind of rigor in math.  I

5      think we need to have conversations about

6      how we make sure that every middle school

7      and elementary school in our county is

8      getting them that opportunity.  And one is

9      not going to fix the other.  It has to be

10     together.

11          You know, I also want -- when we talk

12     about panels and with the new student

13     information sheet, we have to make sure

14     those panels are trained in cultural

15     competency and that we're not hitting some

16     of the same pitfalls that we have in any

17     other process.

18          So I know have several -- thank you.

19     I don't expect an answer to that, unless

20     you'd like to comment on it.

21          I'm going to take that as a no.

22          I guess the one question I do have is,

23     Dr. Brabrand, can we expect that we're

24     going to see budget priorities to help fix

25     the pipeline at the same time?



```
 1              DR. BRABRAND:  Well, Ms. Cohen, thank
 2         you, and of course, you know budget
 3         remains a topic of extraordinary interest
 4         and fluidity right now with COVID-19.  I
 5         do think as we're doing the budget for
 6         this coming year, we've to prioritize
 7         equity at the center of our budget
 8         deliberations, and so I think anything
 9         around supporting this pipeline and
10         supporting the TJ admissions has to get
11         risen to the top.  So I currently want it
12         to be, and we may need to look at
13         reallocating as we do the program budget
14         review with you all here.  Things that
15         we've put investments in in the past and
16         reallocate those to investments we want to
17         make for the future including for TJ and
18         the pipeline.
19              MS. COHEN:  Thank you.  Colleagues, I
20         am wondering, we've been going, I know,
21         nonstop and so has staff.  Almost every
22         member has a go-back.  I wondered if
23         everybody would like a two-minute break to
24         run and grab, use restroom, whatever, and
25         let's -- it's 6:20, get to go backs and
```



Page 126

```
1           I'd like those to be limited to 90

2           seconds, please.

3               Yes, Dr. Brabrand.

4               DR. BRABRAND:  Is five minutes

5           possible just for some of our staff

6           members to -- to walk and just some --

7               MS. COHEN:  So we don't all get blood

8           clots, yes, 6:23, we'll see everybody back

9           here.

10              DR. BRABRAND:  Thank you.

11      (Whereupon, a brief recess was taken.)

12              MS. COHEN:  All right.  Friends, we're

13          in the homestretch, I hope.  I will do a

14          quick -- just to check to make sure we've

15          got everybody back.  But we'll do a minute

16          and a half, but I would absolutely love it

17          if you feel like you do not need to use

18          all of your time, it would be great if

19          stick to a minute.  I know I'm trying to

20          be respectful of all our times and -- and

21          suppertime coming up quick.

22              So real quick check in with everybody

23          back from break.  Dr. Anderson.

24              DR. ANDERSON:  Present.

25              MS. COHEN:  Ms. Corbett Sanders?
```



```
                                               Page 127
 1                   MS. CORBETT SANDERS:  I'm here, just
 2          not quick with unmute.
 3                   MS. COHEN:  Ms. Tholen?  We'll come
 4          back to Ms. Tholen.  Ms. Sizemore Heizer?
 5                   MS. SIZEMORE HEIZER:  I'm here.
 6                   MS. COHEN:  Ms. Omeish.
 7                   MS. OMEISH:  Here.
 8                   MS. COHEN:  Ms. Keys-Gamarra?
 9                   MS. KEYS-GAMARRA:  Here.
10                   MS. COHEN:  Mr. Frisch?
11                   MR. FRISCH:  Here.
12                   MS. COHEN:  Ms. McLaughlin?
13                   MS. MCLAUGHLIN:  Here.
14                   MS. COHEN:  Ms. Meren?
15                   MS. MEREN:  Very much still here.
16                   MS. COHEN:  Ms. Pekarsky?
17                   MS. PEKARSKY:  I'm here.
18                   MS. COHEN:  Ms. Derenak Kaufax?
19                   MS. DERENAK KAUFAX:  Here.
20                   MS. COHEN:  And then let's Ms. Tholen
21          one time and we'll go ahead and get
22          started.
23                   MS. THOLEN:  I'm here.
24                   MS. COHEN:  Thank you all so much, and
25          thanks for being so prompt.  All right.
```



Page 128

1           Wo with go-backs, I've written down the
2           order that I had, if anybody has objection
3           to me missing somebody out of turn, please
4           let me know.  But I have Dr. Anderson
5           starting with our first go-back, in a
6           minute and a half, please.
7               DR. ANDERSON:  Okay.  Thank you.  I
8           will be short and sweet.  I am in favor of
9           this approach because while we know it's
10          not the only thing we have to do, we have
11          a pipeline issue, we have an admission --
12          admissions issue.  We have a culture
13          issue.  It does not stand to reason to me
14          for us to not do anything at all at this
15          point.
16              So starting here, it's as good as
17          definitely is insufficient.  We have to do
18          more.  So I am very much in favor of us
19          moving forward, and yes, the timeline may
20          be -- may seem aggressive, but it's
21          overdue.  This is urgent.  We have --
22          we've been behind this ball for a very,
23          very long time.
24              The only thing that I want to be sure
25          that I clarify, I do not want for this



Page 129

```
 1          regional approach to eclipse some of my
 2          schools.  It is heartbreaking that TJ sits
 3          in Mason District and Mason District
 4          students don't see that as an opportunity.
 5              So I'm going to stop there because I
 6          think much has been said to help support
 7          why this is not something we need to not
 8          engage in immediately if not sooner.
 9          Thank you.
10              MS. COHEN:  Thank you, Dr. Anderson.
11          Next, I have Ms. McLaughlin was actually
12          in the queue second.
13              MS. MCLAUGHLIN:  Can you hear me.
14              MS. COHEN:  Yes, ma'am.  I sure can.
15              MS. MCLAUGHLIN:  Okay.  So the
16          quickest points I can make are, Number 1,
17          Dr. Brabrand, universities that do
18          selective admissions without tests, the do
19          look at the rigor of the curriculum
20          students have taken to ensure they're
21          prepared properly.  So you need to come
22          back with us about what that 3.5 is.  Are
23          you going to also put in there the course
24          review because a 3.5 across standard level
25          courses is not going to necessarily set
```



Page 130

1           students up for success?  And once they
2           get to TJ it will be so rigorous, they are
3           going to be with students who were at the
4           AAP centers, who have taken all honors
5           courses at the middle school level.
6               So I think you need to add more meat
7           on the bone to your approach that's not
8           test -- if you're taking the test portion
9           out, you've got bring more of that to the
10          table.  And I would like to know what
11          these other schools have done in that
12          regard to the rigor of the courses that
13          have been taken.
14              The second thing is, that I still --
15          I'm probably most comforted by what
16          Ms. Cohen, that in this COVID year, we can
17          certainly try to see what happens when we
18          get rid of the test, but I -- I will
19          caution that rushing to this without
20          making sure that we've a process that
21          allows students to be successful, has me
22          concerned.
23              And secondly, the regional slots, 70
24          per based when the regions weren't set up
25          that way, Ms. Sizemore Heizer said what I



Page 131

1           think, you need to look at maybe doing a

2           county wide lottery for this year then.  I

3           have grave concerns.  Thank you.

4                MS. COHEN:  Thank you, Ms. McLaughlin.

5           Ms. Keys-Gamarra?

6                MS. KEYS-GAMARRA:  Can you guys hear

7           me now, I'm sorry.  Okay.  I -- I am going

8           to have to support this, and I know that

9           it's not perfect, but I don't think in the

10          year of COVID that we can just do what

11          we've been doing.  I -- I don't even think

12          it's practical.

13               So the other thing is, I want to hear

14          a report on what our outreach will be

15          because I don't want our efforts to be

16          counterproductive.  I also want to hear

17          more about the specifics because we did

18          not have an opportunity to review these

19          documents.  We were all in meeting when

20          they were finally released.

21               The board does need to participate in

22          the process with as much public engagement

23          as we can possibly squeeze in.  Let's face

24          it, the board is going to be held

25          accountable regarding this decision.



Page 132

```
 1              I also would say, that once we

 2         identify students that are accepted, we

 3         may want to offer some online support for

 4         them during the summer because we do have

 5         that concern about what is available at

 6         some schools and not other.  And hat may

 7         be something that we can pull together in

 8         the virtual -- some type of virtual

 9         support.

10              But my final thing would be to please,

11         please let's have this additional

12         conversation.  Let's -- you know, we need

13         to look at the full spectrum of

14         information that is available.

15              MS. COHEN:  Thank you,

16         Ms. Keys-Gamarra.  Next, on my list, I

17         have Ms. Tholen.

18              MS. THOLEN:  Sorry.  I was thinking

19         someone was before me.  Okay.  I'm just

20         going to give a litany of questions in 90

21         seconds.

22              We've had so many advance -- we're

23         fortunate to have so many advanced and

24         passionate students in Fairfax County

25         across the board, and we -- you know, how
```



Page 133

```
1              do we treat all of them with the respect
2              that they deserve?
3                   I understand we need to make a change;
4              I understand that that the pandemic will
5              make the testing difficult.  But how do we
6              make sure that the students that really
7              need the experience get there.  You know,
8              there's some percentage of students in
9              that high school that just really made --
10                  I was happy to hear more about the
11             revised student information sheet and
12             going back in time.  But I'm wondering why
13             the problem-solving essay was removed, and
14             I think that might give us more
15             information about these students.
16                  Have we considered the capacity and
17             programmatic issues that we will have at
18             our base high schools?  You know, when we
19             look at this regional perspective, and,
20             you know, things are shifting around.
21             We're going to need to offer additional
22             science courses at our based high schools.
23             You know, these students are not going to
24             be getting into TJ.  What are we going to
25             do for students that are not getting in.
```



Page 134

1           The big picture, we've got all these

2       amazing students, why don't we get busy

3       and buckle down and start another program?

4       Why are we turning talent away from

5       programs like this?  Let's build on our

6       Edison Global Engineering Program.

7           -- and policy.  Let's --

8           MS. COHEN:  Thank you, Ms. Tholen.

9       Would anyone like to respond?  Ms. Tholen

10      did ask specifically about removal of

11      that -- that essay piece.

12          Mr. Smith, did you want to speak to

13      that?

14          MR. SMITH:  Oh, well, I wasn't going

15      to speak to the essay piece, and I have to

16      apologize, I had leave for another meeting

17      and now I'm back and so if this was

18      discussed, now I apologize.

19          But I know that there was some

20      discussion about what do we do for those

21      students who need a particular type of

22      educational experience.  And I know that

23      we could, you know, possibly use our

24      virtual learning experience to provide

25      opportunities for student to either take



Page 135

```
1          course work or take additional classes at
2          TJ.  When I was in school, they called it
3          auditing, of course it wouldn't be
4          auditing, you'd actually be part of the
5          class.  But those are things that we can
6          certainly take a look at.
7               I know that with regard to the
8          problem-solving essay, it's actually
9          Mr. Shughart and I worked very closely
10         with our colleagues from all of our
11         receiving schools and Ms. Corbett Sanders
12         was actually the president of APAC at the
13         time, and we had conversations with folks
14         about that particular essay and how we
15         might change that.  We could certainly
16         take a look at some type of
17         problem-solving piece as part of the
18         student information sheet to add a bit
19         more variance to that.  So those are
20         things that we could certainly take a look
21         at.
22              MS. COHEN:  Thank you, Mr. Smith.  And
23         I apologize, but I inadvertently skipped
24         Ms. Corbett Sanders, so you are on deck.
25              MS. CORBETT SANDERS:  Thank you.
```



Page 136

1          MR. FRISCH:  I think she means you're

2     up next.

3          MS. CORBETT SANDERS:  I understand.

4     So as the school board representative of a

5     region of the county that has been

6     historically underrepresented, to the

7     point that kids don't even bother applying

8     anymore.  Many of them don't.  I

9     absolutely think that we have to do

10    something new, and we have to do something

11    that ensures that we have a holistic

12    merit-based approach that creates

13    opportunities and access for every child

14    who needs to take advantage of a school

15    like TJ and is not an environment in which

16    we are actually disincenting kids so much

17    so that they don't even bother applying.

18         So I like what we've talked about

19    today.  I do think that I feel much more

20    comfortable with many of the suggestions

21    in our conversation about the importance

22    of -- of that separate sheet -- the

23    student sheet.  I do think that we need to

24    have clarity on that statement from

25    students and an example of problem-solving



Page 137

```
 1          capabilities that is not test prep
 2          oriented.
 3               I do think that we need to look at our
 4          panel discussions.  And so from my
 5          perspective, what I would like to see is
 6          that when the -- the superintendent comes
 7          back to us on October 8th, he provides
 8          clarity as to how he's going to
 9          incorporate all of these pieces in the
10          approach to be taken this year because
11          they've all been supported by what Jeremy
12          has said throughout this conversation.
13               MR. SMITH:  We will pull that
14          together.
15               MS. CORBETT SANDERS:  Fantastic.
16          Thank you.
17               MS. COHEN:  Next, on my list I have
18          Ms. Meren, and I'm not a hundred percent
19          if she wanted a go-back or not, so...
20               MS. MEREN:  Actually, I did not want a
21          go-back.  I'm fine, thank you.
22               MS. COHEN:  Thank you so much.  I have
23          Ms. Sizemore Heizer then, next.
24               MS. SIZEMORE HEIZER:  Great.  Thank
25          you.  Thank you.
```



Page 138

```
 1              First, I wanted to say I very much do
 2         support getting rid of the testing piece
 3         of the step from the pool to the
 4         semifinalist because I -- for all the
 5         reasons that were mentioned earlier.
 6              But I do think there's a huge pipeline
 7         issue, now I wish we had more information
 8         here on what to address with that.  You
 9         know, I think Mr. Frisch brought up the
10         e-mail from students who say they don't
11         them -- there's a cultural bias against
12         those who kind of get encouraged to go to
13         TJ, as well as those who are at TJ.  And
14         I -- I personally sound like from all the
15         e-mails I've gotten, a huge part of the
16         problem and I would like to see more on
17         how do we address that supportive culture
18         at TJ, as well as the outreach, high level
19         math, cultural bias, all those pieces in
20         building the pipeline to students at TJ.
21              The second is, have we looked a
22         two-pronged approach to some of this.  I
23         think Mr. Smith mentioned conversations
24         around those students who really need to
25         be a TJ versus those students are very
```



Page 139

1           capable of TJ, want that extra -- that

2           STEM enrichment, and want to be at TJ.

3           But there are some -- and the Council for

4           Exceptional Children even talk about the

5           behavioral concerns and I think Ann

6           brought it up as well, of students who

7           need that enrichment and don't get it.

8           And have we looked at ways to ensure that

9           we -- we include that group to get it.

10              And then I'm really, on Dr. Brabrand's

11          point about intentionally including higher

12          level classes at base schools.  I will

13          tell you, as a parent, I personally saw

14          that.  I really think we need to look at

15          STEM education across, and also other

16          magnet programs so TJ isn't -- so those

17          are my follow-ups.

18              MS. COHEN:  Thank you.  Did anybody

19          want to comment on that, the idea

20          Ms. Sizemore Heizer was suggesting, a

21          two-pronged approached?

22              DR. BRABRAND:  The two-pronged

23          approach you were talking about,

24          the -- the increasing the pipeline and the

25          access of these courses at the base



Page 140

```
 1              schools.
 2                   Do you want to know whether we can
 3              bring an update around that at the next
 4              meeting; is that your point?
 5                   MS. SIZEMORE HEIZER:  May I clarify,
 6              Ms. Cohen?
 7                   MS. COHEN:  Yes, you may.
 8                   MS. SIZEMORE HEIZER:  So,
 9              Dr. Brabrand, a two-pronged approach is,
10              you know, we're looking at a lottery
11              system, but there's -- there's, you know,
12              again, the research shows some kids who
13              really operate at this level that they
14              need a magnet program or enrichment like
15              TJ.  And many, many other kids including
16              the ones we're missing, our diverse
17              students, who would benefit from a TJ and
18              want to be at TJ versus those who need to
19              need to be at a TJ.  Mr. Smith even
20              mentioned those conversations.  I'm just
21              wondering if there's a two-pronged
22              approach so we get the kids who -- the
23              small, small percentage, I believe, who
24              need to be there and have a pathway that
25              ensures a better diversity of students who
```



Page 141

1           do want to and should be at TJ and are

2           able to be at a TJ.

3                DR. BRABRAND:  You know, I'd have

4           to -- I'd have to go back to the team and

5           think that through.  I don't know whether

6           that's something -- I -- I'd have to back

7           and think that through with the team, to

8           be honest.  It's certainly a -- an

9           interesting suggestion, but I don't have

10          the answer at this time.

11               MS. SIZEMORE HEIZER:  Is there

12          a -- sorry, Mr. Smith.

13               MR. SMITH:  And I did just want to

14          clarify, when I was talking about those

15          students who need to be there, I'm also

16          talking about those students who have

17          historically been underrepresented and

18          need to be there as well.  So I wanted to

19          clarify that piece.

20               MS. SIZEMORE HEIZER:  Oh, absolutely.

21               MR. SMITH:  And I think -- and I think

22          that there are opportunities for us as

23          there are students who currently apply for

24          TJ and aren't accepted at TJ.  We

25          certainly need to differentiate for those



Page 142

```
 1              students at their base schools and so we
 2              would want to ensure that we continue that
 3              type of differentiation of their base
 4              school, working very closely with their
 5              families to independently program for
 6              those students.  So I think that there are
 7              opportunities and that goes to some of the
 8              opportunities I shared before about, you
 9              know, even the -- the ability to use
10              virtual learning to actually access
11              classes or courses at TJ.
12                   So we'll certainly be working with our
13              principals and our counselors to -- to
14              make sure that we meet the needs of all of
15              our students.  And for those students who
16              need enrichment across the board or need
17              individualized enrichment, we can provide
18              those supports for them.
19                   MS. SIZEMORE HEIZER:  Thank you.
20                   MS. COHEN:  Thank you, Ms. Sizemore
21              Heizer.
22                   Next, we have Ms. Derenak Kaufax.  Did
23              you want a go-back?
24                   MS. DERENAK KAUFAX:  Yes, ma'am.  So
25              one -- oh, there we go -- one of my
```



Page 143

1          colleagues, I can't remember who, talked

2          about there'll be boards in the future

3          that have -- will be talking about this if

4          we don't do something.  Well, I do want to

5          mention that we have done something six

6          different times, as I stated.  But what we

7          haven't done, is we haven't addressed the

8          roots of the problem.  We have not

9          committed funds and -- and we are

10         collectively culpable.  The State of

11         Virginia hasn't done universal pre-K, we

12         have not been funded properly, we have not

13         been able to do our front-loading young

14         scholars or advance academic resources.

15              I was quote in the Washingtonian

16         Magazine twice over the last ten years

17         because we have been fighting for this

18         equity issue with no good results.  So,

19         again, as colleagues have expressed, I

20         will support this.

21              But Dr. Brabrand, a couple things, you

22         said TJ does not represent all the talent

23         we have in Fairfax and I think this

24         statement begs the question for other

25         high-performing magnet schools here and in



Page 144

```
 1              order to do that we must have funding, we
 2              must have support from state local
 3              officials, and finally we have to be
 4              committed to all of these things we have
 5              been fighting for for over ten years.  And
 6              we have to commit budget dollar to that,
 7              and we have to be serious about it because
 8              there will be -- this is one of
 9              Washingtonian magazines.
10                  I do want to say this, this should not
11              be the cover of Washingtonian magazine.
12              Why you should hate this school and it's
13              about Thomas Jefferson High School.  And
14              some people -- it is a school were people
15              need to feel embraced, cared after, and it
16              is a school that started out with all the
17              right purposes but we have not been able
18              to figure out how to get things back on
19              track.
20                  So while I'm going to say --
21              MS. COHEN:  Thank --
22              MS. DERENAK KAUFAX:  One more, I'm
23              sorry.  I am not a hundred percent this is
24              the right option, I'm going to vote for
25              it, but those other things have to be
```



Page 145

1          fixed.  Thank you for letting me go over.

2               MS. COHEN:  Thank you, Ms. Derenak

3          Kaufax.  Next up, we have Ms. Pekarsky.

4               MS. PEKARSKY:  Thank you.  I'm not

5          really sure I can follow that because it

6          encapsulates exactly how I'm feeling.

7          It's not lack of urgency; it's actually

8          investing in the ways that will fix the

9          core of the problem.  And that -- I mean,

10         we have to, we have to have to now.

11              What I worry with this lottery system,

12         what we don't want to do is leave it up to

13         chance that those kids who are truly

14         highly exceptional will not get in because

15         that will be a travesty.  And I know there

16         are kids that are not getting in.  But I

17         -- I just -- I am trying to figure out how

18         that will solve this.  I am trying very

19         hard.  I have an open mind.  I want to

20         engage my constituents.  I want to engage

21         our stakeholders.  I want to talk about

22         this again.  I still think there is so

23         much left to say.

24              You know, I agree with what

25         Ms. Corbett Sanders said about the



Page 146

1               critical thinking piece of this.  It just
2               -- it really worries me when I think that
3               a student like me, could have met that GPA
4               very easily in high school, and I did not
5               belong in TJ, that was not were I supposed
6               to be.  So I -- I just want to make sure
7               that we are capturing all of those kids.
8               Thanks.
9                   MR. SMITH:  And I -- I will add that
10              as we talk about our outreach efforts,
11              it's really some things that -- that we
12              talk about quite a bit.  It's about
13              building those relationships with students
14              and understanding what our students'
15              desires are, and so it is very important
16              that we identify students who want to
17              apply, who have a strong love and a strong
18              desire for science, technology,
19              engineering, a STEM and STEAM.  And so we
20              certainly would want to make sure that we
21              get those students who would see TJ as an
22              option for them.
23                  I'm with you Ms. Pekarsky, I would
24              have made those requirements, but I don't
25              if I would have necessarily been a student



Page 147

```
1            who would have thrived at TJ.  So we want
2            to make sure that we're identifying
3            students who have the requisite criteria
4            met and who also have that love and have
5            that spark for the opportunities that we
6            could provide at TJ.
7                 MS. COHEN:  Thank you.  Ms. Omeish,
8            you wanted a go-back.
9                 MS. OMEISH:  Yes.  Thank you.  Okay.
10           So I have a couple of questions first.
11           The -- to address Ms. McLaughlin's
12           concern, is the 3.5 weighted or unweighted
13           that we're considering?
14                MR. SHUGHART:  This is Mr. Shughart,
15           that was an unweighted GPA.
16                MS. OMEISH:  Okay.  She raises a
17           worthwhile point, so I think that's
18           something to think about.  The second
19           question, is the only way to enter the
20           pool GPA, from what I'm understand now, is
21           yes.  And was there consideration given,
22           maybe, to additional paths towards it to
23           Ms. Pekarsky's point about talent and
24           recruiting talent?
25                MS. COHEN:  Mr. Shughart or Mr. Smith?
```



Page 148

```
 1              MR. SMITH:  Oh, I'm sorry.  I think
 2        we're talking about the application pool
 3        or the lottery pool?  I need some
 4        clarification because the application --
 5              MS. OMEISH:  The lottery pool.
 6              MR. SMITH:  -- the application pool is
 7        a 3.5.  The lottery pool is all that
 8        information plus the essay and/or student
 9        information sheet process.  And so
10        whatever that looks like and how we create
11        the questions that students would answer
12        so that we could get at that desire for
13        STEM, the opportunities that they've had,
14        the experiences that they've had.  That's
15        the piece that would take them into the
16        lottery pool.
17              MS. OMEISH:  Right, so in that initial
18        vetting, if a student has a 3.4 and all
19        their teachers are recommending they get
20        in, right, that's not a path -- there's no
21        path for that student, right?
22              I'm wondering if alternatives were
23        considered on this?  I just want to gain a
24        better understanding of the -- of the
25        thinking there.
```



Page 149

```
 1              MR. SHUGHART:  So there was
 2         conversations, but in terms of what you're
 3         talking about as -- as a student that has
 4         a 3.4, that student wouldn't have been
 5         eligible for this year.  They certainly
 6         would have been eligible to be able to
 7         apply in the future.
 8              The comparison would have been to
 9         students currently that would have a 2.9
10         would not be eligible to apply this year
11         or in previous years when a 3.0 was the
12         minimum requirements.  So it's about that
13         baseline and removing the tests and
14         looking at some merits in terms of this.
15         There was great discussion about where --
16         where that gets put and ultimately where
17         we settled on that to move forward was at
18         the 3.5 as opposed to a 3.0 or a 3.25 or
19         even on the end, a 3.75 or perhaps even a
20         4.0.  It was trying to make sure that we
21         found a -- you know, a place there that we
22         were comfortable with moving forward.
23              MS. OMEISH:  Okay.  Yeah, I mean, I
24         think it would be worthwhile to think
25         about additional paths that don't involve
```



Page 150

```
 1            the testing component, which I think we
 2            were removing for the bias piece, but just
 3            something to think about.
 4                 And then I'm curious what's the
 5            planned priority for the TJ office now
 6            that the process will be different?  Will
 7            that be recruitment, advertising, that
 8            kind of thing?
 9                 MR. SHUGHART:  So -- so in terms of
10            the focus, it -- it shifts the -- the
11            timing of what we do.  So if we move
12            forward with this and the application
13            begins in a winter time frame, say a
14            December/January time frame, instead of
15            having students applying in September, we
16            shift that to a wintertime, which allows
17            for more recruitment.  So it goes back to
18            some of the previous questions that people
19            were talking about, is that outreach.
20                 We -- and I think there's -- there
21            perhaps is a misunderstanding to the
22            amount of outreach that we currently do.
23            Our office is a very small office.  We're
24            two and a half staff members in our office
25            that does the outreach that we currently
```



Page 151

1          conduct.  And what we do during the
2          current application window, or previous
3          years, I should say, and use those as the
4          example, is we we're out in presenting a
5          lot of different information, having many
6          different evening and daytime
7          presentations to students and families.
8          And what this would provide us -- you
9          know, in a year in which we're not
10         developing it as we're moving forward,
11         would allow for very targeted approaches.
12             I think someone mentioned young
13         scholars as a -- as a group that has that
14         conversation.  That actually is one of the
15         targeted groups that we currently are
16         engaged with, and -- and perform and
17         provide information to and try to
18         encourage to go through this process.  And
19         what I would envision moving forward is
20         that that information and that outreach
21         not only is reaching all those students.
22         So we're inviting students to apply to TJ
23         that meet these criterias in terms of
24         grades and -- and math classes and
25         whatever, here in Fairfax County, but we



Page 152

1          can also share that with our participating

2          jurisdictions and be able to get that

3          information into their hands as well.

4               But we can then add to that, so a lot

5          of the conversation we've heard today is

6          that targeted approach and that thoughtful

7          approach, and I think those are the pieces

8          that we really want to be drive home so

9          that it provides us with the time.

10         Traditionally, having an early September

11         or early fall application window provides

12         us with a very limited amount of time to

13         get those students when they're in eighth

14         grade.  So our approaches are trying to

15         get students in younger grades before they

16         even reach eighth grade.  And so this

17         would allow us to have more time

18         specifically with those students in eighth

19         grade to encouragement and to try to drive

20         up those applicants.

21              And like Dr. Brabrand said earlier, I

22         truly believe in a movement in this

23         approach will encourage and increase the

24         number of applicants in our process.  I

25         really believe that that's what will



Page 153

```
1          happen because that's what -- you know, is
2          our -- is our -- it's a drive for us to
3          actually encourage students to go forward.
4               So, sorry, if that was a little, you
5          know, long-winded, but that's kind of what
6          the approach is, you know, moving forward.
7               MS. OMEISH:  Thank you.  There's more
8          to say, but my time --
9               MS. COHEN:  Thank you, Ms. Omeish.
10         Just a couple of questions that I had
11         left.  Was there anyone else who wanted --
12         I missed with a go-back, I'm sorry, before
13         I speak.  Seeing no hands, I just have a
14         couple of quick questions.
15              One, I just wanted to flag that for
16         the community that we are just -- the
17         proposal is to increase the number of
18         students.  So Mr. Shughart will you speak
19         to how many students we wound up having
20         enrolled this versus how many we would
21         accept next year under this plan.
22              MR. SHUGHART:  So the difference in
23         terms of enrolling and -- and what we do.
24         So current process is we're offering
25         students approximately between 480 and 500
```



Page 154

```
1                students.  So this year we offer 486
2                students to attend TJ.  That also -- that
3                does include our weight pool students when
4                we re-added back in over the summer, and
5                would ultimately register and walk in the
6                door.  So we know that who tells us that
7                we're going to show up, just last week for
8                the first and who actually walks through
9                the door on a normal or who engages with
10               us in a virtual environment is different.
11               So I don't have the exact number of who
12               actually started into school last week.
13               But what I can tell you is, having a
14               rolling admissions approach and having
15               this targeted at 500, and Ann may be able
16               to talk about the actual number of
17               students that are -- are enrolled, but the
18               idea of having a 500 approach and that
19               rolling admissions through the end of
20               first quarter is to ensure that we have
21               500 students for the freshman class moving
22               forward and we'll be able to add those
23               students in as we go through and we find
24               out there are -- are seats that are open
25               based upon where those students are coming
```



Page 155

1              from, which regions, counties, so on and

2              so forth.

3                   That's the goal is to try to not have

4              an arbitrary number that's below the --

5              the number that we've always targeted but

6              have never been able to quite achieve just

7              based upon, you know, a variety of

8              circumstances.

9                   Dr. Bonitatibus, maybe you can answer

10             and address the current students that are

11             through the registration.

12                  DR. BONITATIBUS:  Sure.  Thank you.

13             Our building capacity for the number of

14             students based on our square footage after

15             the renovation is a little bit over 1900

16             students.  Right now, we're sitting at

17             1,809 students.  Of those that had been

18             offered the admissions that Mr. Shughart

19             said, 486 may have been offered, we have

20             453 freshmen walk in our doors, virtual

21             doors this fall.  The previous year we had

22             467, so that varies from year to year.

23             And my proposal would be that just to

24             boost the numbers at -- at TJ so that way

25             we're closer to that capacity of the 1900,



Page 156

1    as opposed to 1800, is that we would be

2    able to admit a freshman class of 500

3    students, and we will be able to what we

4    call "froshmores," and -- and open up

5    admissions to many more froshmores because

6    we have that opportunity to do that when

7    students are transitioning from ninth to

8    tenth grade.  And so I think an outreach

9    to that particular level would be

10   critical.

11       MS. COHEN:  Thank you.  And additional

12   question I had for, I guess,

13   Dr. Smith -- Mr. Smith or Mr. Shughart is:

14   Was there consideration given to the idea

15   of pyramid instead of region?  I do really

16   have some concerns about the regional

17   approach.

18       MR. SHUGHART:  I'll go ahead and

19   attempt to address that.  I know there was

20   a lot of conversations around -- and

21   there's been a lot of questions around the

22   -- the approaches of regions versus

23   individual schools or the county level.

24       Honestly, I don't recall if there was

25   conversations specific to a pyramid



Page 157

```
1        approach from a high school -- from an
2        individual high school standpoint.  We had
3        considered a lot of different options and
4        we'd have to take that back to the team
5        and kind of talk about that and look at
6        that from a pyramid perspective and -- and
7        what that dynamic would change in what
8        we're -- what we proposed this evening --
9        or this afternoon.
10            MS. COHEN:  And then really, one of my
11       last questions is, I just really encourage
12       if we're able to extend this timeline of
13       doing the work to figuring out why kids
14       are not applying.  I -- I just think we
15       cannot stress enough the need for -- for
16       the whole team to really a deep dive in
17       how we make sure that we are increasing
18       the applicant pool, not just what happens
19       after they apply.  And, again, just
20       encourage outreach to students, not just
21       to their schools, so that their individual
22       FCPS e-mails, they're finding out the
23       eligibility requirements and how they get
24       there because that is definitely a barrier
25       that I think just reaching to parents,
```



Page 158

```
 1          just reaching to school, we have a lot of
 2          kids who are going to have to be their own
 3          advocates for why TJ is their passion and
 4          their path.
 5               And if they're not getting that
 6          information directly from FCPS, I think
 7          we're missing a really key step of
 8          empowering our students to be advocates
 9          for themselves and what they want.
10               I do see two additional hands, were
11          these -- I know Ms. Meren did not use her
12          go-back, so Ms. Meren, did you have -- did
13          you want to use your go-back.
14               MS. MEREN:  Yeah.  I actually
15          just -- yes.  Thank you.  Yeah, actually I
16          don't know that Ms. Cohen's question was
17          answered about why the region approach
18          versus a pyramid approach, and I know
19          Mr. Shughart you said you -- you know, you
20          couldn't recall.  But I think for the
21          go-back -- coming back to us is, I would
22          really like a statement and an analysis
23          of, you know, could we do some kind of
24          model that shows what -- what the outcome
25          could look like if it was by region, or
```



Page 159

```
 1              even if why did you not chose by pyramid
 2              or what could that look like.  So I wanted
 3              to mention that.  Thank you.
 4                  MR. SMITH:  So we -- we can certainly
 5              look at the numbers.  I know that there
 6              were concerns earlier and questions from
 7              board members about underrepresentation in
 8              certain -- in certain areas.  But when we
 9              look at the statistics of what could
10              possibly happen, you would see that our --
11              our number of students getting into the
12              application pool -- I'm sorry -- the
13              lottery pool is really driven by those who
14              apply.  Which would then mean it is
15              incumbent upon us to ensure that we are
16              not only getting those students who would
17              regularly and normally apply to TJ, but,
18              also, encourage many more students to
19              apply to TJ.
20                  And when you use the lottery, it
21              doesn't necessarily favor any one school
22              over another, but it does ensure that
23              certain underrepresented parts of the
24              county would -- would have greater
25              representation at the school.  And so when
```



Page 160

```
 1              you look at a county-wide draw versus a --
 2              a region-wide draw, you would still get
 3              the same distribution of students but you
 4              wouldn't necessarily have any way to
 5              ensure that we were getting students from
 6              a particular parts of the county.
 7                   So the region approach would -- would
 8              help us with that, but we could certainly
 9              look at what those numbers would be by
10              pyramid, which essentially in many
11              pyramids it is one middle school per
12              pyramid.
13                   MS. MEREN:  Okay.  I mean, this looks
14              like the options are whole county, region,
15              pyramid, and so why region?  That's the
16              ultimate question, I think will be helpful
17              to the board.  Is this the right way to
18              slice it.
19                   MR. SMITH:  We can take a look and
20              bring something back by the eighth or on
21              the eighth.
22                   MS. MEREN:  Okay.  Thank you.
23                   MS. COHEN:  And then I see colleagues
24              who have a third round.  I will ask,
25              please, that you limit those to 45
```



Page 161

```
1          seconds, and we're at seven o'clock, and
2          so I want to be mindful of peoples
3          work-life balance if there is such a
4          thing.  So, Ms. McLaughlin, you go ahead
5          first.
6               MS. MCLAUGHLIN:  I just want a quick
7          clarity from Jeremy on rolling admissions
8          because at the college level rolling
9          admissions means you open your first
10         application date and then they're just --
11         as you apply, you roll and admit.  So what
12         I thought I was hearing is, you admit and
13         then if the kids don't take the offer,
14         then you're almost like having a -- more
15         of a wait-list approach.  So, Jeremy, can
16         you walk me through what this timeline
17         looks like when you call it a rolling
18         admissions, because I want to make sure
19         this doesn't confuse our families.
20              MR. SHUGHART:  Sure.  And Megan --
21         Ms. McLaughlin, I think that's a good kind
22         of point of clarification.  What we were
23         referring to as rolling admissions
24         differently from the colleges in what
25         you've described is that it is more like a
```



Page 162

```
 1          rolling wait list.  What we're -- the
 2          intention was is as Dr. Bonitatibus shared
 3          was numbers that were not meeting -- the
 4          freshman class that walked in the doors or
 5          at least virtually walked in the doors
 6          this fall was not what we had actually
 7          targeted or offered.  We know that
 8          students are declining their offers for a
 9          variety of reasons.
10               But the point being is that if those
11          students are declining offers and we have
12          seats available that we could provide to
13          other students who have a desire to go to
14          TJ, we want to be able to provide as many
15          of those options and opportunities as
16          possible.  And so --
17               MS. MCLAUGHLIN:  That's fantastic.
18               MR. SHUGHART:  -- through this process
19          our goal was to actually, instead of just
20          having a weight pool that we offer a
21          single time over the summer, when we know
22          that there are seats that are available
23          that point in time -- which every summer
24          we offer additional students above and
25          beyond what were offered in the -- I'm
```



Page 163

```
1            sorry -- in the winter round in addition
2            to the summer round, we then offer our
3            weight pool.
4                 Well in this process what we're
5            suggesting is, is that we would continue
6            to offer to keep that -- that freshman
7            class that walks in the door at 500.  And
8            that's the -- that's kinds of that goal.
9            And I think Dr. Bonitatibus talked about
10           the froshmore, our goal would be to -- you
11           know, to then repeat that process for that
12           following year, so that way we can
13           maintain a level that is greater than what
14           we're currently seeing at TJ due to, you
15           know, student choices, which they're --
16           well -- well -- you know, they're -- you
17           know, we want them to have that choice but
18           we also know that if they're choosing not
19           to, it's in our best interest to go ahead
20           and offer that, if we have the ability, to
21           another student.
22                MS. MCLAUGHLIN:  Absolutely.  I think
23           that's an outstanding improvement and I'm
24           sorry we weren't doing it sooner, but glad
25           it's going to happen going forward.
```



Page 164

1              Thanks, Jeremy.

2                   MR. SHUGHART:  No problem.

3                   MS. COHEN:  Thanks, Ms. McLaughlin.

4              All right.  Abrar, bring us home.

5                   MS. OMEISH:  That's too much pressure.

6              Okay.  One thing, so I wanted to bring

7              back the school-based thing, I know we're

8              talking about pyramids in schools.  Maybe

9              a next can be to examine the merits of

10             which of those would be a better option.

11             I say that because when I think about the

12             piece, which we know is one of the key

13             issues.  Having it on a school basis

14             might, you know, improve the belief of

15             whether a student can get in.  There's --

16             you know, they have people from their

17             school who have gotten in, it can

18             influence recruitment because we know

19             we're working directly rather than this

20             abstract number that a little bit above.

21             So from a recruitment perspective and

22             outreach perspective, I think it could be

23             helpful, but maybe that next step is to

24             just examine the merits.

25                  Finally, I do plan to support this of



Page 165

```
1           course.  Perfect can't be the enemy of the
2           good here.  I really appreciate Mr. Frisch
3           and Ms. Cohen's comments earlier in that
4           direction.  And finally, I don't want us
5           to forget the voices that we're not
6           hearing from which are all those kids who
7           didn't get in but are exceptional and
8           talented.  We want to make sure every kid
9           in our system is successful.
10              MS. COHEN:  Well done.  See you were
11          up to the challenge, Ms. Omeish.  I just
12          want to thank everyone so much today.  I
13          know this has been an absolute marathon
14          and we tackled some really tough
15          long-standing systemic issues and I know
16          there's been a real commitment on this
17          board and not just this year, I
18          understand.  But, also, to the staff of
19          how do we make headway here.  And I
20          appreciate everybody bringing their best
21          thinking and trying to figure out how we
22          get to a place where, as Ms. Omeish said,
23          we are seeing the talent and value and
24          opportunity in every kid in this system.
25              And so thank you so much to everybody,
```



Page 166

```
 1          thank you staff, thank you colleagues, and

 2          I think we can put this one to bed,

 3          Dr. Brabrand, unless you feel like you'd

 4          like a sense of the board, formally, I

 5          think that you seem to get it through my

 6          colleagues' comments.

 7              DR. BRABRAND:  I think we're good.  We

 8          are good, we heard your feedback, we'll

 9          take the next steps and we'll be glad to

10          update you at our next meeting in October.

11              MS. COHEN:  All right.  And

12          colleagues, I know we have some next steps

13          that we need to tackle.  Did everybody

14          have an opportunity to take a look at the

15          Google Doc?

16              MS. DERENAK KAUFAX:  No, I'm sorry.  I

17          was asking what the next steps were.  I'm

18          sorry.

19              MS. KEYS-GAMARRA:  I didn't know it

20          was available.

21              MS. COHEN:  It's really okay.  I'm

22          sorry.  I e-mailed everybody and texted to

23          let everyone know that they were -- they

24          had been sent and Ms. Mahita and

25          Ms. -- were trying to -- trying to help
```



Page 167

1          us.

2                  MS. MCLAUGHLIN:  Yeah.  If they can

3          post it because the public need to be able

4          to see it, too.

5                  MS. DERENAK KAUFAX:  Typically, they

6          post the document.

7                  MS. COHEN:  Anne, is that possible?

8          Do you --

9                  MS. BENEDICTO:  I'm sorry.  That is

10          not possible tonight.  I -- I apologize

11          for that.

12                  MS. COHEN:  All right.  I can look and

13          see.  Would you guys like me to read them

14          again, is that helpful?

15                  MS. PEKARSKY:  Yes.

16                  MS. COHEN:  And then we can just as a

17          group -- we can just agree that either

18          there's something we feel like we need to

19          quickly pull out or we can just agree with

20          the -- the consensus of the -- of the

21          document; is that acceptable?

22                  MS. MCLAUGHLIN:  Ms. Cohen, a point of

23          privilege to ask a question.

24                  MS. COHEN:  Yes, ma'am.

25                  MS. MCLAUGHLIN:  Yeah.  I would -- I



Page 168

```
 1            would say, how many -- how many next steps
 2            are listed there before you.
 3                 MS. COHEN:  Fourteen.
 4                 MS. MCLAUGHLIN:  Yeah.  I would
 5            suggest -- we've done what we've done in
 6            the past.  That document be sent to the
 7            board and our homework is tonight to see
 8            if our next is on there, and then forward
 9            it to the superintendent who is giving a
10            thumbs up right now, for the chair and
11            vice chair to work with him on that.
12                 MS.  COHEN:  All right.  I do think we
13            actually have to read them; it sounds
14            like.  I know there's an ADA piece and so
15            I -- I promise I will try to be a
16            micro-machine, but --
17                 DR. ANDERSON:  Ms. Cohen, point of
18            order.
19                 MS. COHEN:  Yes, ma'am.
20                 DR. ANDERSON:  I just e-mailed the
21            next steps to everyone.  So at least
22            everybody can have it in front of them
23            while you read through it really quickly.
24                 MS. SIZEMORE HEIZER:  Ms. Cohen, can I
25            just share my screen with it, rather than
```



Page 169

```
 1              reading it?  I'm happy to do that.
 2                   MS. COHEN:  Sure, that would be
 3              wonderful.
 4                   MS. SIZEMORE HEIZER:  So, I guess --
 5                   MR. FRISCH:  None of these are points
 6              of order.
 7                   MS. BENEDICTO:  Who needs to -- who
 8              needs to have it as -- to put their
 9              screen --
10                   MS. COHEN:  That was Ms. Sizemore
11              Heizer, who was kind enough to say she
12              would share her screen.
13                   MS. BENEDICTO:  Okay.
14                   MS. COHEN:  Ms. Derenak Kaufax, did
15              you have to something to add?
16                   MS. DERENAK KAUFAX:  Yes.  I had asked
17              for the superintendent to come back with
18              us -- come to us for looking at an
19              additional magnet school and looking
20              at -- that's one.  And then looking at a
21              commitment to deal with the three issues
22              that have been plaguing us for years.  The
23              front loading of curriculum in math and
24              science, fidelity of implementation in the
25              young scholars program, and making certain
```



Page 170

```
 1              that advanced academic resource teachers
 2              are in all elementary schools --
 3                   MS. COHEN:  I will -- I'm trying to
 4              type on my phone, as we do this, so you
 5              guys will have to be patient with me,
 6              but -- type it in at the same time.
 7                   MS. SIZEMORE HEIZER:  Yes.  I can type
 8              it in.  So I wasn't ready to do that, so
 9              if -- Tammy, if you wouldn't mind, I'm
10              happy to type that in, so, "I want to
11              explore magnet -- explore AART" --
12                   MS. DERENAK KAUFAX:  Explore
13              additional magnet high schools -- AAP
14              magnet high schools and then commit to a
15              strategic plan.  This is a second one,
16              that's one issue.  And then of the is next
17              one is commit to strategic plan to address
18              long-standing issues affecting diversity
19              and equity I AAP programing and these
20              include front-loading of curriculum, math
21              and science curriculum, implementing the
22              young scholars program with fidelity and
23              uniformity across our schools, and
24              ensuring that there are advanced academic
25              resource teachers in all of our schools.
```



Page 171

1           MS. COHEN:  And I'm just going to ask,
2      Dr. Brabrand, if I -- if you deem it
3      appropriate, please feel free to send your
4      staff home to eat supper and if you don't
5      mind hanging through with us,
6      we'll -- we'll knock this out quickly.
7           DR. BRABRAND:  Well, thank you.
8           MS. COHEN:  All --
9           MS. DERENAK KAUFAX:  Thank you.
10           MS. SIZEMORE HEIZER:  Please let me
11      know if there's anything different.  Just
12      take a look if you can see it.
13           MS. COHEN:  All right.  Ms. Tholen,
14      your hand is up next.
15           MS. THOLEN:  Yes, I wanted to follow
16      up on whether or not a problem-solving
17      question would be part of the student
18      information sheet.  They already said they
19      would look into that.  And I wanted to
20      follow up on a prior question about
21      utilizing a weighted GPA.  And then
22      Dr. Brabrand mentioned he would have to
23      us -- in the next day or two, I guess, his
24      plan for talking with the community about
25      the changes --



Page 172

1          MS. SIZEMORE HEIZER:  -- in the

2     community outreach plan; is that right?

3          DR. BRABRAND:  Yes.

4          MS. THOLEN:  The communication of the

5     outreach plan.

6          MS. SIZEMORE HEIZER:  Elaine, I have

7     your three.

8          MS. THOLEN:  Thank you.

9          MS. COHEN:  We have Ms. Corbett

10    Sanders.

11         MS. CORBETT SANDERS:  Yes.  Thank you.

12    Ms. Tholen picked up on some of my

13    original ask, which was the outreach plan,

14    and by October 8th, a clearer definition

15    of what that application process would be

16    to include the expanded -- the revised

17    student sheet, a problem -- a

18    demonstration of problem-solving

19    capability, and the address the question

20    as to courses that are -- looking at a

21    more holistic look at the application to

22    include courses taken by students in the

23    math and sciences so that the focus is a

24    math and science area.

25         And as I -- as I understand it,



Page 173

```
 1              Mr. Smith committed that he could -- he
 2              would be able to provide us that
 3              additional detail.  And then the
 4              statement -- I think it's Number 2 or 3,
 5              associated with mine, which was the
 6              submission of the plan to Richmond should
 7              take place after our discussion on October
 8              8th.  So it should not -- what I wanted to
 9              assure because we have a deadline of
10              October 8th now, and what the
11              superintendent said is that he actually
12              had until October 9th, so we wanted to
13              make sure that that is clear -- clearly
14              stated to allow for the public engagement
15              and the answers to our questions.
16                   And then beyond the -- just the TJ
17              admissions, the superintendent was going
18              to come to us with clarity on how we're
19              going to ensure that the availability of
20              advanced math and sciences in elementary
21              schools is not limited to just the AAP
22              centers, but that we have a fidelity of
23              implementation of those programs in all of
24              our elementary schools, so that we have
25              opportunity and access.
```



Page 174

```
 1                    UNIDENTIFIED SPEAKER:

 2               Ms. Keys-Gamarra -- Ms. Corbett Sanders, I

 3               just want to say, I think mine captures

 4               that as well, but it's okay that

 5               it's -- it's the front-loading and

 6               fidelity portion.  I was just --

 7                    MS. CORBETT SANDERS:  Yours is with

 8               the AAP centers, and I just wanted to make

 9               sure it's beyond the AAP centers.

10                    UNIDENTIFIED SPEAKER:  Yeah.  Well,

11               maybe it's written that way, that wasn't

12               my intent.  I'll look at it again.  I'll

13               talk to -- I'll talk to --

14                    MS. COHEN:  All right.  Super fast, as

15               fast as possible, Ms. Keys-Gamarra and

16               then Ms. McLaughlin.

17                    MS. KEYS-GAMARRA:  Okay.  I asked for

18               additional work sessions and a board

19               committee to look at how we're going to

20               ongoing concerns regarding TJ, including a

21               look at historical documents such as the

22               MSAOC reports, task force documents, and

23               the Blue Ribbon study.  Are we ready for

24               the next one?

25                    MS. SIZEMORE HEIZER:  Yes.  I've got
```



Page 175

```
 1          work session and board committee to
 2          address ongoing TJ concerns including
 3          looking at historical documents.
 4               MS. KEYS-GAMARRA:  Okay.  Outline
 5          possible support for admittees this
 6          summer.
 7               MS. SIZEMORE HEIZER:  Outline possible
 8          support for admittees this summer.
 9               MS. KEYS-GAMARRA:  Right.  And then
10          the last one is to look at the pros and
11          cons of governor schools versus academies
12          to address equity and access to advanced
13          learning opportunities, including the
14          ability to serve the area in which the
15          school resides.  I'll be happy to read
16          that again if you need me to.
17               MS. SIZEMORE HEIZER:  I've got, "look
18          at pros and cons of governor schools
19          versus academies to look" and sorry Karen,
20          I lost the rest of it, if you can repeat
21          it.
22               MS. KEYS-GAMARRA:  Okay.  To look
23          at -- to address equity and access to
24          advanced learning opportunities including
25          the ability to serve the area in which the
```



Page 176

1          school resides.

2                    MS. COHEN:  All right.  Let's -- or --

3                    MS. KEYS-GAMARRA:  Thank you.

4                    MS. COHEN:  I'm sorry.

5                    MS. KEYS-GAMARRA:  Thank you.

6                    MS. COHEN:  Sorry.  There's a lot of

7          mics on, so I don't know who's talking at

8          the same time.  Ms. Tholen has her hand

9          up.

10                   MS. THOLEN:  Yes, I just wanted to add

11         one more thing.  Can we please --

12                   MS. SIZEMORE HEIZER:  Elaine, you're

13         really staticky, I'm sorry.  I'm having

14         trouble hearing you.

15                   MS. THOLEN:  Sorry.  Can you hear me

16         better?  I'd like to look at capacity

17         issues and programming issues at our base

18         high schools that will impacted.

19                   MS. SIZEMORE HEIZER:  Okay.

20         Programming and capacity issues at base

21         high schools that might be impacted by

22         admissions process change.

23                   MS. THOLEN:  Thank you.

24                   MS. COHEN:  Thank you.  And then I

25         just see Ms. Corbett Sanders with her hand



Page 177

```
 1            up, that is hopefully our last -- next
 2            steps -- or --
 3                 MS. CORBETT SANDERS:  Yes.
 4                 MS. MCLAUGHLIN:  Wait.  Ms. Cohen,
 5            I've had my hand up the whole time.
 6                 MS. COHEN:  I'm so sorry, you
 7            actually -- you totally disappeared from
 8            my screen, I apologize.  There we go.
 9                 MS. SIZEMORE HEIZER:  Megan, I see
10            yours written in the e-mail.  I can just
11            type it in if you're okay with that.  I
12            see it written here.  I can cut and paste
13            it, if you'd like.
14                 MS. MCLAUGHLIN:  That's fine.  But
15            like everybody else, I think it's
16            important that they be read out loud for
17            the public who's going to watch this now
18            or later.  So if Laura Jane wants to read
19            them out loud or I can read them out loud,
20            then Rachna you're able to type them in
21            because I did send them to you.
22                 MS. SIZEMORE HEIZER:  Yeah.  I'm just
23            going to cut and paste them in.  If you
24            want to read them Megan, I can cut and
25            paste them.
```



```
 1              MS. MCLAUGHLIN:  Sure.
 2              MS. COHEN:  Yeah.  Ms. Mclaughlin, I'm
 3         happy for you to read them.
 4              MS. MCLAUGHLIN:  All right.  I'll read
 5         them real quick.  I would like staff to
 6         provide a summary crosswalk and analysis
 7         of the school's admissions processes that
 8         were cited in the appendix by the October
 9         8th work session.  I would like them to
10         provide the numbers and the -- the
11         percentages of the applicants who are
12         earning a 3.5 unweighted GPA versus a
13         weighted GPA for this prior 2019
14         admissions class.  And I'd like them to
15         provide the application numbers for each
16         of the middle schools as were represented
17         in the 2019 admissions class.
18              If Dr. Brabrand or staff have any
19         questions for clarity, I'm happy to
20         explain that.
21              MS. COHEN:  Well, and I just want to
22         interject that we did get the -- we did
23         get it e-mail, I think, that provided each
24         schools applicants and then admitted
25         students for the last five years.
```



Page 179

```
1              MS. MCLAUGHLIN:  Yes.  But Ms. Cohen,
2        as I've asked for eight years with staff,
3        having things in separate places versus
4        having things in the documents so that the
5        public can find it all in the same place
6        and board members when we reference back
7        to it, we can.  So I would like it all in
8        one place.
9              MS. COHEN:  Yeah.  We'll have to go
10       back again, it provides a FERPA issue of
11       numbers that are too small, so I --
12             MS. MCLAUGHLIN:  I have -- I have no
13       problem -- I have no problem where they
14       can't provide it, they just provide what
15       they can.  I mean, the -- we're trying to
16       see what we're looking at here for --
17             MS. COHEN:  So you're looking at
18       document to be added back into the
19       materials for today's meeting?
20             MS. MCLAUGHLIN:  That -- yes, for
21       Question 3.
22             MS. COHEN:  Okay.  Got you.
23             MS. MCLAUGHLIN:  And then -- oh, I'm
24       sorry, Ms. Cohen, the question I had asked
25       in my first round, but it wasn't provided
```



Page 180

```
1           and I do want to make sure it's here.  So
2           Ms. Sizemore Heizer, if you can type it
3           in.  I noted that we only had percentage
4           of -- we had the racial demographics of
5           the entering class, but we don't have the
6           applicant demographics and so we should
7           have the comparable applicant demographics
8           so we understand, you know, what was the
9           pool that applied, what was the pool that
10          got accepted, and then what was the pool
11          that enrolled.  Those three sets of
12          numbers are typically available.  So I'd
13          like to see that.
14               MS. SIZEMORE HEIZER:  Are you talking
15          about the African class for this upcoming
16          freshman class.
17               MS. MCLAUGHLIN:  I think just for the
18          Class of 20 -- I think they gave -- didn't
19          they give us 2019.  But the -- the
20          recently enrolled freshmen for the class
21          of -- sorry.  The 2019 admissions class.
22               MS. SIZEMORE HEIZER:  Okay.  Thank
23          you.  So the 2019 admissions class,
24          followed by pool accepted and pool
25          enrolled applicant demographics.
```



Page 181

```
1              MS. MCLAUGHLIN:  Yep.  Thank you.

2              MS. SIZEMORE HEIZER:  You're welcome.

3              MS. COHEN:  All right.  Does that do

4         it for everybody.  I still see a lot of

5         raised hands, but I'm praying we're done

6         with next steps.

7              MS. CORBETT SANDERS:  Ms. Cohen.

8              MS. COHEN:  Yes, Ms. Corbett Sanders.

9              MS. CORBETT SANDERS:  I have one that

10        I had mentioned earlier but it didn't get

11        on here, which is that we have to build

12        into this a process for review and

13        analysis of the impact of these changes.

14        Of any changes made so that if we have to

15        adjust, we can.

16             MS. SIZEMORE HEIZER:  Regular review

17        and analysis, like yearly?  What are we

18        looking at or is that something to work

19        on?

20             MS. CORBETT SANDERS:  We could either

21        say regular or periodic review and

22        analysis, but I do think review, analysis,

23        and adjustment.  We should be doing this

24        on any policy -- any work that we do,

25        anyway.
```



Page 182

```
 1              MS. COHEN:  And I'm hopeful that
 2         anything we flag for staff, I'm hoping
 3         that we will get this information by the
 4         8th.  My assumption is that you all have
 5         it and don't need it added, like finding
 6         out the information from the applicants,
 7         who -- who -- or finding out a better
 8         sense of why kids are not applying.  I
 9         recognize that's part of the ongoing work,
10         so I'm not going to add it as a next step.
11         But I think it's there since we've already
12         got 30 of them.
13              All right.  Then I feel like if
14         everybody could take a really quick look,
15         I want to make sure that nobody has any
16         issues with one that have been added.
17         Sorry.  Yes, Ms. Corbett Sanders.
18              MS. CORBETT SANDERS:  No, I didn't say
19         anything.
20              MS. COHEN:  Oh.  I apologize.
21              MS. SIZEMORE HEIZER:  Laura Jane, that
22         was me, I'll just say I'll scroll to the
23         top and I'll give you a couple of minutes
24         to look and let me know whenever I can
25         scroll down to the rest.
```



Page 183

1           MS. COHEN:  All right.

2           DR. BRABRAND:  Ms. Cohen, if I could

3      say, this Dr. Brabrand.  Obviously, we're

4      going to our very best, and like you,

5      we've been at it since 10 a.m. and most of

6      us, frankly, much earlier today, 7 a.m., 8

7      a.m. meetings.  We're going to do our best

8      to address all of these items.  We have a

9      very short time frame, we will do our

10      very, very best.  But like you all, too,

11      we have been doing 24/7 days, weekends,

12      holidays, and we're going to do our very

13      best to get you as much of this

14      information as we can.  There's two people

15      in Jeremy's office, but we will do our

16      very best.

17           MS. COHEN:  All right.  Crew, just

18      want to check in one more time.  If

19      everybody just doing a quick read, Rachna,

20      I think you probably scroll to the next

21      sets.  And the goal here is if something

22      does not feel like the sense of the board,

23      we can call it out, of if anything's an

24      overlap then we could joyfully combine

25      them, that would be great.  If not, I



Page 184

```
1            think it would be great if we can send
2            everybody home.
3                 All right.  I don't see any hands
4            other than Ms. Sizemore Heizer's.
5                 MS. SIZEMORE HEIZER:  Oh, sorry.  I
6            can't undo my hand right now while I'm
7            showing my screen, so just ignore me.
8                 MS. COHEN:  We'll forgive you, we're
9            so grateful that you took this on to type
10           this in here.  Thank you very, very much
11           for doing that, I know Karl -- as well.
12           So I appreciate both of you very much
13           trying to do this, and appreciate
14           everybody's patience with working in this
15           format.
16                So thank you very much.  I really
17           appreciate everybody's time and good work
18           today.  And I hope that someone has been
19           kind enough to cook supper for you, and
20           I'm very thankful to my colleague,
21           Mr. Frisch for the earlier half of today.
22           I'm looking forward to seeing many of you
23           again later this week.
24                MR. FRISCH:  Thank you, Laura Jane.
25                MS. COHEN:  Thanks everybody.
```



Page 185

```
1              (Whereupon, the meeting was concluded.)

2                         *      *      *      *

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Page 186

1                  C E R T I F I C A T I O N

2

3

4          I, SARAH COLEMAN, a Court Reporter and

5   Notary Public in and for the State of New York, do

6   hereby certify that I stenographically recorded the

7   proceedings at the time and place noted on the title

8   and that this transcript is accurate and complete, to

9   the best of my knowledge and belief.

10          I further certify that I am in no way

11  related to any of the parties to this action nor am I

12  an employee for any of the lawyers involved, and I am

13  in no way interested in the outcome of this matter.

14

15

16

17                        *Sarah Coleman*

18                       Notary Public

19

20

21

22

23

24

25



**A**

**AAP** 6:19 19:7
62:22 65:7,10
68:12,17 109:23
112:10 117:24
130:4 170:13,19
173:21 174:8,9
**AART** 170:11
**AARTs** 123:20
**abilities** 12:10
75:14
**ability** 80:10 96:6
121:9 142:9
163:20 175:14,25
**able** 3:11 26:14
30:12 31:4 36:15
36:23 46:20 52:16
64:15 66:23 71:22
71:25 72:10 77:10
77:13,16 83:11
85:8,12 93:11
95:12,17 105:2
112:17 113:25
124:3 141:2
143:13 144:17
149:6 152:2
154:15,22 155:6
156:2,3 157:12
162:14 167:3
173:2 177:20
**Abrar** 2:3 164:4
**absolute** 165:13
**absolutely** 51:23
98:14 100:12
105:7,9 106:10,17
126:16 136:9
141:20 163:22
**abstract** 164:20
**academic** 24:17
60:14 90:1,4
143:14 170:1,24
**academics** 6:24
54:8 68:7
**academies** 175:11
175:19

**academy** 113:9
**accelerate** 79:23
**accept** 19:18
153:21
**acceptable** 167:21
**accepted** 44:15
48:18 132:2
141:24 180:10,24
**access** 18:7 20:1
25:23 26:14 31:16
34:1,9,13 51:3
58:19 68:21 74:10
75:12 77:5,7,10
100:5 105:2,3
117:24 118:1
136:13 139:25
142:10 173:25
175:12,23
**accessing** 30:14
**accident** 81:22
**accommodations**
76:20 77:4,15
**account** 43:23
**accountable** 131:25
**accounted** 108:12
**accounts** 108:3
**accurate** 186:8
**accurately** 77:23
**achieve** 155:6
**acknowledge** 31:19
54:1 118:7
**ACT** 13:5 14:4
**action** 37:6 54:4
75:8 79:9 186:11
**activities** 30:25
**actual** 62:6 95:6,19
104:8 119:10
154:16
**ADA** 168:14
**add** 22:23 52:13
64:3 68:3 94:22
96:5 99:25 130:6
135:18 146:9
152:4 154:22
169:15 176:10
182:10

**added** 10:20 23:10
89:1 179:18 182:5
182:16
**adding** 63:21
**addition** 41:13
115:24 163:1
**additional** 22:23
30:1 51:5 56:23
84:11 85:11 94:25
132:11 133:21
135:1 147:22
149:25 156:11
158:10 162:24
169:19 170:13
173:3 174:18
**Additionally** 66:16
**address** 9:6 32:17
40:25 53:2 60:20
61:16 65:13,14
73:10 85:21 99:9
105:11 138:8,17
147:11 155:10
156:19 170:17
172:19 175:2,12
175:23 183:8
**addressed** 36:18
74:1 121:7 143:7
**addressing** 94:1
101:23 102:6
**adjust** 181:15
**adjusted** 27:20
**adjustment** 43:22
66:15 108:4
181:23
**adjustments** 64:6
66:9
**administer** 50:21
100:4 102:14
**administered** 15:20
16:15,25 90:12,13
**administration**
17:15 26:10
**administrators**
120:17 121:15
**admission** 13:12
48:23 59:1 63:16

72:20 118:21
128:11
**admissions** 4:18
5:1,4 6:14 8:3 9:2
9:19 10:20 12:23
15:5,11 17:20
19:20 21:25 22:4
23:6,7 25:17
26:10 28:15 29:21
31:11 33:17 34:3
34:7 48:11,12
50:16,19,22 52:1
53:13,21,24 62:3
62:6 63:13 64:7
69:11 86:14 88:24
102:2 121:12
125:10 128:12
129:18 154:14,19
155:18 156:5
161:7,9,18,23
173:17 176:22
178:7,14,17
180:21,23
**admit** 156:2 161:11
161:12
**admitted** 13:10
61:2 84:22 178:24
**admittees** 175:5,8
**adopt** 84:8
**adopted** 13:4
**adults** 30:23 40:13
**advance** 60:18
68:22 79:12 89:21
90:3 132:22
143:14
**advanced** 6:24 54:8
68:6 90:1 132:23
170:1,24 173:20
175:12,24
**advantage** 121:11
136:14
**advertising** 150:7
**advocacy** 112:15
114:13
**advocates** 158:3,8
**African** 180:15

**African-American**
7:12 16:19 17:3
17:13 24:2 25:3
26:5
**afternoon** 4:24
5:15 157:9
**agenda** 4:23
**aggressive** 48:7
128:20
**ago** 14:14 15:4
23:23 44:13 53:21
57:6 60:24 78:8
86:24
**agree** 36:9 57:21
58:12 69:20 81:19
81:20 82:15 92:4
105:20 106:18
145:24 167:17,19
**ahead** 4:12 13:11
14:22 36:2,3
76:11 81:12
106:24 127:21
156:18 161:4
163:19
**Algebra** 13:21
18:17 66:17 94:5
111:9
**aligns** 6:11
**allotment** 90:18
**allow** 14:23 33:18
38:20 117:14
151:11 152:17
173:14
**allowed** 20:12
97:11 117:1
**allowing** 96:25
**allows** 130:21
150:16
**altered** 12:2,17
**altering** 64:11
**alternative** 112:8
**alternatives** 148:22
**alumni** 73:21 86:4
86:21,23,24
**amazing** 32:8 80:10
134:2



**ambassadors** 30:19
**amount** 85:8
  150:22 152:12
**analysis** 49:4
  158:22 178:6
  181:13,17,22,22
**Anderson** 2:11 4:4
  4:5 35:11,14,19
  35:23 36:1,4,6
  37:13 38:16 41:15
  42:2 43:8 44:6
  45:15,19 47:1,3
  114:11 126:23,24
  128:4,7 129:10
  168:17,20
**Anderson's** 118:14
**and/or** 148:8
**Ann** 29:9 31:8
  62:15,23 76:4,14
  77:20 99:24 100:6
  102:25 106:3
  139:5 154:15
**Anne** 167:7
**announced** 91:6
**annual** 14:20
**answer** 47:2 53:3,9
  53:14,16 54:14,21
  62:12 70:8 71:16
  91:11,11 94:12
  96:21 98:6,13
  100:24 119:23
  123:11 124:19
  141:10 148:11
  155:9
**answered** 54:18
  92:10 158:17
**answers** 49:25
  82:13 105:14
  173:15
**anticipating** 41:22
**anybody** 52:24
  99:24 128:2
  139:18
**anymore** 75:10
  136:8
**anything's** 183:23

**anyway** 55:16
  70:21 181:25
**AP** 36:20,21
**APAC** 135:12
**apart** 32:4
**apologies** 7:10
**apologize** 45:21,25
  134:16,18 135:23
  167:10 177:8
  182:20
**appendix** 33:4 49:7
  178:8
**applicant** 8:25
  48:14,17 62:5,6,8
  62:9 63:21 77:8
  98:22 101:20,20
  108:14 111:6
  112:1 113:16
  157:18 180:6,7,25
**applicants** 11:11
  15:8,9,17,22
  20:24 21:4 22:24
  33:20 71:22 72:19
  73:4 83:13 84:20
  87:9 102:11 103:4
  103:5,6 152:20,24
  178:11,24 182:6
**application** 5:2
  8:18 11:15 13:15
  13:19 15:13 19:2
  20:13 23:21 24:13
  25:12 27:9 28:18
  50:15 64:12,17
  71:21 76:9,17
  83:3 95:1,18
  96:15 120:23
  121:20 123:8
  148:2,4,6 150:12
  151:2 152:11
  159:12 161:10
  172:15,21 178:15
**applications** 64:24
  72:17 82:16 83:4
  104:17,21
**applied** 43:2 44:14
  72:9 83:16 104:9

  180:9
**applies** 76:19
**apply** 13:14 15:18
  18:14,25 46:19
  64:15 77:3 86:12
  86:18 101:8,12
  102:3 104:10,16
  111:7,12,15
  113:25 115:19
  120:15 141:23
  146:17 149:7,10
  151:22 157:19
  159:14,17,19
  161:11
**applying** 72:17
  73:9 83:22 136:7
  136:17 150:15
  157:14 182:8
**appreciate** 35:6
  38:5 47:19 51:9,9
  51:10 52:12 54:23
  54:23 87:11
  109:11 165:2,20
  184:12,13,17
**appreciated** 37:25
  78:23
**approach** 6:8,13
  21:15,18,18 41:17
  44:10,25 46:3
  54:7 75:24 80:15
  87:23 92:7 100:21
  102:6 111:21
  115:9,14,20 116:2
  116:11,21,23,24
  117:3,4 118:13
  128:9 129:1 130:7
  136:12 137:10
  138:22 139:23
  140:9,22 152:6,7
  152:23 153:6
  154:14,18 156:17
  157:1 158:17,18
  160:7 161:15
**approached** 139:21
**approaches** 151:11
  152:14 156:22

**appropriate** 38:23
  42:11 52:4 116:25
  171:3
**appropriately**
  95:15
**approval** 110:15
**approximately**
  14:19 153:25
**April** 27:18 64:25
**arbitrary** 155:4
**area** 31:19 39:11
  63:17 172:24
  175:14,25
**areas** 67:20 85:17
  112:6 116:8 159:8
**argue** 82:5
**Arizona** 33:10
**Arlington** 20:3,21
**arrival** 66:4
**arrived** 53:20
**articular** 44:9
**articulated** 36:12
**Asian** 7:8,11
**asked** 25:9 35:9
  51:5 61:19 92:9
  97:6 169:16
  174:17 179:2,24
**asking** 60:5 117:23
  166:17
**aspect** 121:12
**Aspire** 13:6 14:4
**assembly** 50:25
**assessment** 19:3
**assessments** 14:3
  14:16
**asset** 65:24
**assigned** 20:25
  42:25
**associated** 173:5
**associations** 86:4
**assuming** 121:4
**assumption** 182:4
**assure** 116:6 173:9
**atmosphere** 57:19
**attempt** 156:19
**attend** 6:1 21:11

  154:2
**attendance** 123:9
**Attendees** 2:1
**attending** 39:6 45:3
  116:12
**attention** 45:9
  58:25
**at-risk** 67:12
**audio** 88:3
**auditing** 135:3,4
**automatically**
  44:25 110:23
**availability** 173:19
**available** 22:16
  65:12 68:23 132:5
  132:14 162:12,22
  166:20 180:12
**awesome** 47:14
  98:19
**awful** 78:11
**a.m** 183:5,6,7

---

**B**

**back** 3:9,11 6:19
  7:7 8:17,19 10:16
  14:23 15:3 16:14
  23:10,14,22 24:7
  28:7 51:15,19
  52:14 56:11 61:23
  81:14 83:23 84:2
  93:23 111:18,19
  111:20 114:10
  122:20 126:8,15
  126:23 127:4
  129:22 133:12
  134:17 137:7
  141:4,6 144:18
  150:17 154:4
  157:4 158:21
  160:20 164:7
  169:17 179:6,10
  179:18
**background** 4:25
  79:16
**backgrounds** 70:15
  80:21



**backs** 106:12
125:25
**balance** 161:3
**ball** 128:22
**band-aids** 82:3
**Barnard** 59:7
**barrier** 15:5 17:20
25:23 29:1 34:5,8
100:8 157:24
**barriers** 26:19
96:24
**base** 21:6,7 42:24
116:9 133:18
139:12,25 142:1,3
176:17,20
**based** 5:6 20:11,25
21:5 22:15 28:8
42:18 43:6 46:21
48:13,16 55:16
59:11 66:10 87:9
103:9 114:15
130:24 133:22
154:25 155:7,14
**baseline** 94:6
149:13
**baselines** 94:7
**base-school** 116:10
**basically** 10:24
93:13
**basis** 14:20 33:7,8
164:13
**bed** 166:2
**began** 88:14
**beginning** 27:11
108:21
**begins** 150:13
**begs** 143:24
**behavioral** 139:5
**belief** 104:17
105:16 107:6
164:14 186:9
**believe** 25:18,22
31:2 36:14,15
37:17 38:10 48:5
58:18 65:20 67:15
76:6 80:7 82:2,3

86:11 140:23
152:22,25
**believer** 98:21
**believing** 79:6
**belong** 103:18,20
123:16 146:5
**belonging** 123:13
**BENEDICTO**
167:9 169:7,13
**benefit** 25:25
140:17
**best** 3:6 38:9 54:18
68:10 69:8 78:5
88:16 91:2 163:19
165:20 183:4,7,10
183:13,16 186:9
**bet** 104:16
**better** 47:12 67:14
74:23 91:25
107:15,17 119:17
140:25 148:24
164:10 176:16
182:7
**beyond** 68:6,17
92:19 162:25
173:16 174:9
**bias** 19:8 109:24
122:12 138:11,19
150:2
**biases** 101:25
**big** 46:14 70:25
75:15 134:1
**bigotry** 117:21
**bit** 7:8,9,10 17:19
20:8 21:24 28:23
37:8 41:16 62:15
82:23 92:17
135:18 146:12
155:15 164:20
**black** 15:21,21
74:19 117:18
122:9
**bleach** 74:18
**blends** 76:22
**blood** 126:7
**Blue** 57:5 84:4,6,9

174:23
**board** 1:9 4:17 5:3
5:18,18 6:17,17
7:4 10:13 11:6,7
15:1 26:24 27:6
28:2,7 33:14,15
34:17 37:14 38:12
39:16 47:21,25
48:8 50:7 51:15
53:16 56:13,14,24
58:3,6,8,17 59:23
60:3 61:22 67:19
69:12 74:12 88:15
91:23 92:1 97:23
101:2 102:22
118:4 119:13,14
131:21,24 132:25
136:4 142:16
159:7 160:17
165:17 166:4
168:7 174:18
175:1 179:6
183:22
**boards** 5:3 9:21
52:9 53:23 92:1
119:16 143:2
**boiling** 116:23
**bold** 99:1 107:7
**bone** 130:7
**Bonitatibus** 29:9
29:12 35:5 38:4
65:14 77:21 78:6
81:10 155:9,12
162:2 163:9
**boost** 155:24
**boots** 90:7
**bother** 136:7,17
**bottom** 13:7
**box** 109:16
**Brabrand** 4:13,15
8:4,9 9:20 14:23
14:25 22:3 23:12
23:13 26:25 28:25
31:8 35:3 36:7
37:3,12 40:19
41:18 42:1,5

46:18 47:19 49:8
49:12 51:11 53:9
53:15 54:11,18
56:9 57:25 58:1
61:15,18 68:1,4
68:15 71:15 76:3
77:20 78:24 82:24
83:9 85:23 87:12
88:11 90:23 91:3
92:16,25 94:23
97:5,7,20 98:9,15
98:25 99:23
100:22 101:16
102:8 103:24
105:13,22 106:11
106:24,25 108:6
109:19 110:2
111:3,18 112:19
112:21 114:21,25
120:2,8 124:23
125:1 126:3,4,10
129:17 139:22
140:9 141:3
143:21 152:21
166:3,7 171:2,7
171:22 172:3
178:18 183:2,3
**Brabrand's** 139:10
**break** 125:23
126:23
**breakdown** 20:10
43:11
**breaking** 26:18
**brief** 126:11
**briefly** 76:13
**bring** 10:25 26:11
30:12 40:6 51:19
58:24 76:11 119:6
130:9 140:3
160:20 164:4,6
**bringing** 6:20 10:7
51:14 104:6
165:20
**brining** 28:6
**broader** 118:24
**brought** 36:24 39:2

82:9 138:9 139:6
**brown** 117:19
**buckle** 134:3
**budget** 12:14 50:25
123:19 124:24
125:2,5,7,13
144:6
**budgetary** 85:6
**build** 134:5 181:11
**building** 10:23
102:4 138:20
146:13 155:13
**buildings** 122:21
**built** 28:3
**bullying** 74:22
**bumps** 79:21
**business** 55:22
58:13
**busy** 134:2

---

**C**

**C** 186:1,1
**calculus** 66:19,22
**call** 3:10 54:4 156:4
161:17 183:23
**called** 64:21 135:2
**candidate** 22:20
**cap** 20:12
**capabilities** 137:1
**capability** 172:19
**capable** 139:1
**capacity** 133:16
155:13,25 176:16
176:20
**capture** 75:20
**captured** 25:11,16
76:21 77:24
**captures** 174:3
**capturing** 50:12
146:7
**care** 117:19
**cared** 144:15
**caring** 31:22 32:6
89:5
**carry** 90:24 92:14
**carrying** 103:1



**case** 76:25 96:17
**catch** 47:4
**categorizations** 65:23
**category** 39:23
**caution** 130:19
**caveat** 43:19
**celebrate** 29:15
**center** 5:16,20 6:5 7:4 88:22 125:7
**centers** 36:20,21 65:7,10 130:4 173:22 174:8,9
**century** 87:1
**certain** 78:20 101:3 159:8,8,23 169:25
**certainly** 37:13,25 38:11 50:5 53:5 58:1,11 61:20,22 62:20 63:25 66:5 70:6 73:9 75:20 77:15 97:21 107:22 114:25 119:22 123:15 130:17 135:6,15 135:20 141:8,25 142:12 146:20 149:5 159:4 160:8
**certify** 186:6,10
**chair** 168:10,11
**Chairman** 37:12 42:1
**challenge** 102:1 165:11
**champion** 48:9
**chance** 145:13
**change** 51:25 89:12 99:16 102:14 103:3 104:8,15 105:4 123:24 133:3 135:15 157:7 176:22
**changed** 12:17 88:24
**changes** 5:2 9:10 10:2,4,10 11:8,19

11:20 13:7 55:18 55:18 60:25 84:11 85:21 89:7 91:4,7 91:8,9 99:5 171:25 181:13,14
**changing** 104:1,14
**chart** 7:15 15:24 86:17 103:7 108:3
**charts** 71:8 73:7
**check** 3:9 109:15 126:14,22 183:18
**chicken** 123:10
**Chief** 8:1
**child** 136:13
**children** 3:5 30:21 30:22,22 40:14 63:9 89:22 139:4
**choice** 163:17
**choices** 40:22 163:15
**chooses** 37:7
**choosing** 86:18 163:18
**chose** 159:1
**choses** 48:18 53:16
**Church** 20:4,22 22:10
**circumstance** 79:17
**circumstances** 55:19 155:8
**cited** 178:8
**City** 20:4 22:9
**clarification** 109:12 148:4 161:22
**clarify** 63:2 82:25 108:2 110:25 111:5 128:25 140:5 141:14,19
**clarifying** 108:2 110:19
**clarity** 136:24 137:8 161:7 173:18 178:19
**class** 10:10,11,18 12:2 13:10 15:16 17:10 18:15 19:20

19:23 23:3,22 24:7,24 26:3,3 32:9 43:10,12,15 62:7 67:4 71:24 71:24,25 102:13 135:5 154:21 156:2 162:4 163:7 178:14,17 180:5 180:15,16,18,20 180:21,23
**classes** 15:3 72:10 73:23 94:4 108:19 108:23 135:1 139:12 142:11 151:24
**clear** 15:4 24:11 33:13 47:10,12 173:13
**clearer** 172:14
**clearly** 34:2 67:16 114:8 173:13
**climate** 32:1
**close** 71:3
**closely** 135:9 142:4
**closer** 62:7 64:17 73:6 155:25
**clots** 126:8
**clubs** 30:25
**Cohen** 2:2 3:1,14 3:16,18,20,22,24 4:1,4,6,8,10,15 9:13 35:2,16 45:12,13,16,18,20 47:1,5,9 52:11,18 52:25 54:12,16,22 57:23 58:21 61:15 68:1 69:1 72:24 73:11,15 81:12 87:25 97:5 98:7 98:16 106:23 107:21,22 114:22 117:6 119:25 120:25 121:24 125:1,19 126:7,12 126:25 127:3,6,8 127:10,12,14,16

127:18,20,24 129:10,14 130:16 131:4 132:15 134:8 135:22 137:17,22 139:18 140:6,7 142:20 144:21 145:2 147:7,25 153:9 156:11 157:10 160:23 164:3 165:10 166:11,21 167:7,12,16,22,24 168:3,12,17,19,24 169:2,10,14 170:3 171:1,8,13 172:9 174:14 176:2,4,6 176:24 177:4,6 178:2,21 179:1,9 179:17,22,24 181:3,7,8 182:1 182:20 183:1,2,17 184:8,25
**Cohen's** 158:16 165:3
**COLEMAN** 186:4
**colleague** 35:7 69:21 184:20
**colleagues** 51:24 53:2 58:25 81:7 89:16 98:21 125:19 135:10 143:1,19 160:23 166:1,6,12
**collectively** 143:10
**college** 101:9 161:8
**colleges** 161:24
**color** 55:25 86:8 99:10,12
**Columbia** 59:7
**combination** 11:23 12:5
**combine** 183:24
**come** 4:21 22:21 26:20 30:9 31:6 56:8,11 71:12 81:14 97:11

107:11 122:20 127:3 129:21 169:17,18 173:18
**comes** 35:24 137:6
**comfortable** 136:20 149:22
**comforted** 130:15
**coming** 36:10 64:10 66:11 71:6 72:21 84:13 116:7 121:5 125:6 126:21 154:25 158:21
**comment** 29:14 124:20 139:19
**comments** 50:2 51:9 62:24 69:20 88:13 165:3 166:6
**commers** 63:16
**commission** 57:5 84:4,10,14
**Commissions** 84:6
**commit** 144:6 170:14,17
**commitment** 13:1 35:10 93:14 95:10 120:4 165:16 169:21
**committed** 52:2 88:16 89:24 143:9 144:4 173:1
**committee** 57:22 174:19 175:1
**committees** 58:10
**commonwealth** 7:23 37:24
**communication** 68:14 172:4
**communities** 29:24
**community** 5:24 9:23 11:1 15:1 26:24 27:5,20 28:4,9 31:1 32:5 33:23 34:19 37:23 41:6 49:14,19 51:15 69:23,24 70:1,12,22,25



75:4 81:5 117:22
153:16 171:24
172:2
**community's** 52:9
**comparable** 180:7
**comparing** 108:16
**comparison** 149:8
**competency** 124:15
**complete** 32:5
111:10 186:8
**completed** 38:12
64:24
**completely** 38:22
**complex** 49:2 69:7
**component** 150:1
**components** 94:25
**component-based**
11:11
**composition** 21:3
80:17
**comprehensive** 6:8
**compression** 16:18
17:11
**concept** 59:1
**conceptualize**
41:19
**concern** 40:10 99:9
101:22 102:7
106:16 132:5
147:12
**concerned** 9:23
41:1 47:25 69:22
104:24 118:17
130:22
**concerns** 41:1 44:9
46:8 61:3 118:12
118:12 131:3
139:5 156:16
159:6 174:20
175:2
**concluded** 185:1
**concrete** 119:2
**conditions** 66:3
122:24
**conducive** 112:8
**conduct** 42:3 151:1

**conducted** 49:20
**confident** 66:22
80:9
**confirm** 41:25
**confuse** 161:19
**confused** 105:5
**connecting** 87:14
118:24
**connections** 31:1
**cons** 109:17 175:11
175:18
**consensus** 167:20
**consider** 56:13 64:1
90:15 111:17,23
**consideration**
63:20 64:5 114:9
147:21 156:14
**considered** 95:23
109:11,13 111:1
133:16 148:23
157:3
**considering** 53:11
94:25 99:17
147:13
**consistency** 21:19
60:12 62:19
**consistent** 59:5
61:13 112:2
115:14
**consistently** 68:24
**constituents** 145:20
**constraint** 35:25
**consultants** 6:19,22
90:25
**consulting** 94:17
**contacted** 57:17
**content** 67:19
**context** 15:2
**continue** 14:14
30:24 32:10 58:2
66:25 89:10
120:18 142:2
163:5
**continuing** 67:4
74:6 81:1
**contribute** 80:19

80:23 85:9
**control** 121:9
**conversation** 38:21
86:21 95:6 97:21
110:5 112:15
115:1 119:12,20
119:21 132:12
136:21 137:12
151:14 152:5
**conversations**
67:23 70:1 78:20
79:2 88:20 93:19
94:16 115:7
120:18,19 124:5
135:13 138:23
140:20 149:2
156:20,25
**cook** 184:19
**cooker** 32:21
**cooperate** 3:4
**Corbet** 3:16,17
**Corbett** 2:5 52:21
58:22,23 62:25
63:1,5 64:2 65:3
68:16,25 126:25
127:1 135:11,24
135:25 136:3
137:15 145:25
172:9,11 174:2,7
176:25 177:3
181:7,8,9,20
182:17,18
**core** 13:20 14:6
18:15 24:17 88:22
89:12,19 108:19
108:22,23 145:9
**correct** 38:11 40:19
63:18 68:18,19
108:11
**correctly** 95:5
**Council** 139:3
**counselors** 120:16
121:16 142:13
**count** 117:15
**counterproductive**
131:16

**counties** 22:9 155:1
**country** 49:6 52:7
59:9
**county** 1:9 4:17
5:12,23 8:14
13:23 18:8 20:4,4
20:5,5 21:4 22:8
22:21 23:17 26:20
34:14 38:9 42:20
53:22 77:11 91:20
100:15 107:9
112:3 116:2,16,21
117:3 118:9
121:21 124:7
131:2 132:24
136:5 151:25
156:23 159:24
160:6,14
**county-level** 21:17
**county-wide** 160:1
**couple** 29:22 49:13
58:24 59:14 65:1
70:5 73:3 108:1
115:15 143:21
147:10 153:10,14
182:23
**course** 18:18 38:18
38:19 50:7 68:10
69:3,16 70:17
125:2 129:23
135:1,3 165:1
**courses** 107:14
129:25 130:5,12
133:22 139:25
142:11 172:20,22
**Court** 186:4
**cover** 46:10 144:11
**COVID** 122:18
130:16 131:10
**COVID-19** 125:4
**create** 32:20 40:17
58:19 80:7 148:10
**created** 10:19
101:4 113:8
**creates** 21:15 40:11
136:12

**creating** 21:14 32:6
91:24 107:10,16
**creation** 75:23
**credentials** 15:18
**credit** 24:18 109:2
**crew** 120:2 183:17
**criteria** 62:9 75:1
93:12 111:2,16
147:3
**criterias** 151:23
**critical** 26:22 146:1
156:10
**crosswalk** 178:6
**crucial** 9:9
**culpable** 143:10
**cultural** 124:14
138:11,19
**culturally** 117:20
**culture** 31:22 32:1
32:6 39:14 103:1
117:13 128:12
138:17
**cultures** 87:5 101:3
101:16
**curious** 150:4
**current** 5:1 18:12
19:22 23:19 25:11
27:7 96:15 103:7
103:8 151:2
153:24 155:10
**currently** 6:6 8:11
13:12,13 14:3
20:14 27:3 39:6
66:7 85:13 96:13
125:11 141:23
149:9 150:22,25
151:15 163:14
**curriculum** 89:21
122:13 129:19
169:23 170:20,21
**cut** 52:24 85:7
177:12,23,24
**cutoff** 63:12 122:6
**cuts** 12:14 85:6
**cutting** 87:15
**cycle** 95:22,24



**D**

**data** 8:16 15:2,2 25:15,16 48:15 76:9,18 82:8 106:22 117:23
**date** 23:11 69:25 161:10
**day** 8:8 12:19 29:16 59:23 61:20 171:23
**days** 75:1 183:11
**daytime** 151:6
**deadline** 70:21 173:9
**deal** 77:14 169:21
**dealing** 56:22 69:14
**debate** 53:22 101:2
**debated** 101:1
**decade** 53:19
**decades** 101:1
**December** 28:18
**December/Janua...** 64:16 150:14
**decide** 38:8 112:12
**decision** 26:23 50:20 57:14 131:25
**deck** 135:24
**decline** 83:14 86:16
**declines** 23:5
**declining** 162:8,11
**dedicated** 49:24 50:1
**deem** 171:2
**deep** 157:16
**deeper** 87:7
**deeply** 47:24 52:2
**deficit** 65:25 80:15
**defined** 48:23
**definitely** 36:9 80:3 128:17 157:24
**definition** 74:5 172:14
**delay** 60:5 119:21
**deliberations** 125:8

**delivered** 29:23
**demographically** 29:18 75:19
**demographics** 48:17 79:13 80:13 180:4,6,7,25
**demonstrate** 67:18
**demonstrating** 103:18
**demonstration** 172:18
**denied** 118:2
**department** 66:8
**depth** 38:20
**Derenak** 2:13 4:8,9 88:6,10 92:12 95:25 96:18 97:4 98:3,9,14 127:18 127:19 142:22,24 144:22 145:2 166:16 167:5 169:14,16 170:12 171:9
**describe** 10:10 66:3
**described** 161:25
**deserve** 133:2
**designated** 19:17 19:25
**designed** 93:4
**designing** 93:6
**desire** 52:3 97:8 146:18 148:12 162:13
**desires** 146:15
**detail** 20:9 21:3,24 173:3
**details** 52:3 56:12
**devastating** 52:8
**develop** 28:16 80:5 92:18 106:13
**developed** 86:5 90:11
**developing** 31:14 66:13 78:2 92:21 106:3,4 151:10
**development** 32:7

65:16,19 94:15
**dialogue** 97:24
**difference** 79:8 100:10 153:22
**different** 9:16 39:9 55:7 74:7,25 76:21 80:16 108:14,17 116:8 118:18 121:2 123:1,5 143:6 150:6 151:5,6 154:10 157:3 171:11
**differentiate** 141:25
**differentiation** 142:3
**differently** 50:11 53:5 54:6 161:24
**difficult** 69:7 70:17 133:5
**difficulty** 55:21
**dig** 37:1 77:13 87:6
**diminish** 80:8
**diploma** 66:18,24 67:25
**direct** 39:4
**direction** 80:3 116:18 165:4
**directly** 119:3 121:17 158:6 164:19
**director** 9:18
**directors** 78:18
**disabilities** 56:2 76:25
**disadvantage** 7:16 45:1 118:15
**disadvantaged** 13:18 16:2,7,12 16:22 17:6,17 24:5 25:4,21 26:8 26:12 30:2 55:23 56:1 100:9 122:2
**disadvantaging** 100:17

**disagree** 87:13
**disappeared** 177:7
**disappointed** 75:12
**discount** 39:17
**discuss** 39:24 41:8
**discussed** 40:22 100:25 134:18
**discussion** 5:17 8:7 9:4 50:6,9 110:3 110:24 112:23 134:20 149:15 173:7
**discussions** 37:10 37:16 56:15 137:4
**disincenting** 136:16
**disinclined** 117:20
**disparities** 79:8
**disposition** 66:5
**dispositions** 66:2
**disproportionate** 15:12
**disproportionately** 106:7
**dissect** 69:7
**distinction** 111:25
**distribution** 100:24 116:15 160:3
**district** 44:18 45:1 63:8 129:3,3
**districts** 33:10 63:9
**dive** 41:16 157:16
**diverse** 29:15 48:13 74:22 80:21 81:2 81:21 82:17 83:6 88:18 103:19,20 140:16
**diversity** 5:23 6:9 8:9,10,11 9:22,24 10:25 15:13 21:16 29:16 41:1 48:9 62:2 65:11 69:4 73:25 75:14 81:18 85:18 87:2 98:22 98:23 101:20,21 102:12,15,19 112:9 140:25

170:18
**divided** 20:16
**division** 81:5
**divisions** 5:25 115:13,16,18
**Doc** 166:15
**Doctor** 54:12
**document** 167:6,21 168:6 179:18
**documents** 38:21 40:7 41:11 57:4 131:19 174:21,22 175:3 179:4
**dogs** 3:4
**doing** 13:1 34:19 49:21 58:5 61:4 70:23 71:2 74:22 75:9 76:12 87:17 91:5 92:2 99:1 100:14 107:17 119:5 125:5 131:1 131:11 157:13 163:24 181:23 183:11,19 184:11
**dollar** 144:6
**dollars** 19:3
**door** 102:20 154:6 154:9 163:7
**doors** 155:20,21 162:4,5
**doubling** 25:5
**Dr** 2:11 4:5,4,13,15 8:4,9 9:20 14:23 14:25 22:3 23:12 23:13 26:25 28:25 29:9,12 31:8 35:3 35:11,14,19,23 36:1,4,6,7 37:3,12 38:16 40:19 41:15 41:18 42:1,5 43:8 44:6 45:15 46:18 47:1,3,19 49:8,12 51:11 53:9,15 54:11,18 56:9 57:25 58:1 61:15 61:18 65:14 68:1


MAGNA ▶
LEGAL SERVICES

68:4,4,10,15,18
71:15 76:3 77:20
77:21 78:6,24
81:10 82:24 83:7
83:9 85:23 87:12
88:11 90:23 91:13
92:16,25 94:23
97:5,7,20 98:9,15
98:25 99:23
100:22 101:16
102:8 103:24
105:13,22 106:11
106:24,25 108:6
109:19 110:2
111:3,18 112:19
112:21 114:11,21
114:25 118:14
120:2,8 124:23
125:1 126:3,4,10
126:23,24 128:4,7
129:10,17 139:10
139:22 140:9
141:3 143:21
152:21 155:9,12
156:13 162:2
163:9 166:3,7
168:17,20 171:2,7
171:22 172:3
178:18 183:2,3
**drafted** 101:9
**drag** 113:11
**drained** 15:10
17:22,23 50:15
**draining** 16:23
**dramatic** 16:2
**dramatically** 12:17
64:11
**draw** 42:13,19 43:6
72:8 160:1,2
**drawn** 22:12
**dreams** 107:5,11
118:3
**drew** 78:7
**drive** 21:21 152:8
152:19 153:2
**driven** 159:13

**driving** 95:9
**drop** 16:11 17:7
102:18
**dropped** 72:18
**due** 12:14 21:19
55:19 85:6 163:14
**dynamic** 104:9
157:7

———— E ————

**E** 186:1
**eager** 67:22
**earlier** 5:14 8:10
41:14 85:2 114:11
116:1 138:5
152:21 159:6
165:3 181:10
183:6 184:21
**early** 13:14 14:1
28:5 152:10,11
**earning** 178:12
**easier** 118:20
**easily** 146:4
**eat** 171:4
**eclipse** 129:1
**economic** 30:2
**economically** 7:16
13:18 16:1,6,12
16:21 17:6,17
24:5 25:4,21 26:8
26:12 56:1 100:9
122:1
**economics** 104:11
**ed** 76:23
**Edison** 134:6
**education** 25:10,24
37:18 51:6 56:18
61:23 69:6 77:3
81:21 91:6,17,18
97:10 104:12
105:1 139:15
**educational** 134:22
**effective** 56:20
59:17
**effectiveness** 59:15
61:25

**effort** 81:8
**efforts** 28:24 29:11
29:17 30:24 31:3
33:16 46:21 53:23
68:14 76:1 79:12
131:15 146:10
**egg** 123:10
**eight** 48:8 88:21
179:2
**eighth** 13:22 24:16
24:20 59:20 62:13
63:6,10 66:17
67:5 108:21 109:3
152:13,16,18
160:20,21
**either** 13:23 43:13
90:13 104:10
105:21 134:25
167:17 181:20
**Elaine** 2:4 172:6
176:12
**element** 96:2 116:4
**elementary** 29:4
31:17 60:9,13
68:6 85:5 124:7
170:2 173:20,24
**elements** 93:24
96:16
**elevate** 18:5
**eleven** 48:2
**eligibility** 23:7
157:23
**eligible** 22:20 46:13
64:15 113:24
120:15 149:5,6,10
**eliminated** 41:4
**elite** 118:7
**embrace** 58:17
**embraced** 144:15
**emergency** 57:13
**emotional** 32:18,23
**employee** 186:12
**empowering** 158:8
**encapsulates** 145:6
**encourage** 10:24
70:19 111:22

151:18 152:23
153:3 157:11,20
159:18
**encouraged** 99:13
138:12
**encouragement**
152:19
**encouraging** 46:16
**enemy** 73:19 165:1
**engage** 74:24 95:12
119:3 129:8
145:20,20
**engaged** 151:16
**engagement** 33:23
34:20,21 58:4,7
69:23,24 70:23
131:22 173:14
**engages** 154:9
**engineering** 113:19
134:6 146:19
**English** 7:19,22
16:1,6,9,20 17:4
17:14 24:6 25:6
26:15 109:1 122:3
122:8
**enhance** 6:9,22,23
31:13 84:19
**enhanced** 7:2
**enhancements** 67:6
**enhancing** 6:16
31:11
**enrichment** 139:2,7
140:14 142:16,17
**enrichments** 67:6
**enroll** 48:19
**enrolled** 13:21,22
66:17 94:4 153:20
154:17 180:11,20
180:25
**enrolling** 153:23
**ensure** 19:25 29:17
31:21 48:12 90:16
116:13,19 129:20
139:8 142:2
154:20 159:15,22
160:5 173:19

**ensures** 136:11
140:25
**ensuring** 31:15
65:8 68:22 120:12
170:24
**enter** 66:10 99:13
104:15 110:15
147:19
**entering** 55:15
180:5
**entire** 33:2 115:14
117:3
**environment** 11:16
32:20 40:15 86:15
95:11 102:24
103:1 136:15
154:10
**environments**
67:14
**envision** 151:19
**equal** 20:18
**equality** 97:2
**equitable** 20:1
31:16
**equity** 5:15,20 6:4
18:6 26:13 33:16
33:25 34:12 46:5
54:5 58:16,19
88:21 89:12 97:2
114:17 125:7
143:18 170:19
175:12,23
**era** 74:11 105:23
**essay** 12:3,5,13
14:13 18:21 19:10
133:13 134:11,15
135:8,14 148:8
**essays** 12:6 94:13
**essentially** 44:19
160:10
**established** 19:20
**ethnic** 25:20
**ethnicities** 80:22
**ethnicity** 104:11
**evaluate** 95:17
96:14



evaluating 59:16
evaluators 96:14
evening 4:18 10:13
49:18 60:1 151:6
157:8
event 22:18
everybody 3:10
4:22 79:4 107:23
118:3 125:23
126:8,15,22
165:20,25 166:13
166:22 168:22
177:15 181:4
182:14 183:19
184:2,25
everybody's 184:14
184:17
evolved 84:25
exact 154:11
exactly 145:6
examine 164:9,24
example 40:22
42:23 68:23
136:25 151:4
examples 99:14
excel 66:21
excellence 32:19
exceptional 25:25
75:18 76:6 139:4
145:14 165:7
excite 113:10
excited 98:25
excuse 7:9
execute 51:12
53:12
exhaust 22:19
exist 16:24
existing 15:13
exists 6:7 102:17
expand 18:5 31:14
51:3 76:7 80:4
expanded 172:16
expanding 18:2
expansion 24:25
expansive 109:10
expect 124:19,23

expected 61:9
expecting 74:7
experience 107:8
113:4,18 133:7
134:22,24
experiences 39:4
94:20 148:14
explain 21:23
114:18 178:20
explore 170:11,11
170:12
expressed 69:11
143:19
extend 61:21
157:12
extensive 88:20
extent 56:16 81:4
extra 101:11 139:1
extraordinary
125:3
extremely 39:3
48:7
eyes 18:3
e-mail 138:10
177:10 178:23
e-mailed 166:22
168:20
e-mailing 75:6
e-mails 46:12
117:16 138:15
157:22

-------

**F**

F 186:1
face 131:23
fact 18:14 55:24
factor 75:16
factored 51:7
factors 87:20
faculty 62:16,17,18
Fairfax 1:9 4:16
5:12,19,23 6:11
8:14 13:23 18:8
20:4,14 21:3,16
21:18 22:8,21
23:17 26:20 34:14

38:9 42:20 77:11
91:20 98:1,2
107:8 112:3 116:2
116:15,20 118:9
121:21 132:24
143:23 151:25
fairs 60:16
fall 7:7 13:15 14:1
27:10,14 28:16,17
39:23 50:22 63:11
94:9 152:11
155:21 162:6
falling 54:1
Falls 20:4,21 22:9
families 36:22
59:19 82:11,12
87:15,18 93:20
117:19 118:18
119:4 120:5,14,19
120:20 121:2,17
142:5 151:7
161:19
fantastic 137:15
162:17
far 58:9 82:21
92:22
fast 49:11 50:5 82:4
174:14,15
favor 128:8,18
159:21
FCPS 6:7 7:5 20:2
29:17 60:21 62:3
66:16 78:16 79:12
80:7 81:17 157:22
158:6
February 28:20
fee 13:15 19:2
feedback 34:22
37:21 51:8,16
58:9 79:2,5 166:8
feeder 99:18
feel 32:3,4,4 74:18
74:20 78:4 79:14
80:2 86:9,9 87:20
92:20 95:15
104:18 123:15

126:17 136:19
144:15 166:3
167:18 171:3
182:13 183:22
feeling 40:17 145:6
feels 53:4
fees 13:17
fell 32:2 110:7
felt 95:20
FERPA 179:10
fewer 64:14
fidelity 60:10 65:8
68:14 89:3,23
90:14 95:3 169:24
170:22 173:22
174:6
fighting 143:17
144:5
figure 40:16 51:19
51:21 69:8 93:22
144:18 145:17
165:21
figuring 157:13
fill 22:15
final 14:9 26:3
27:18 28:6 37:18
38:7 62:3 107:1
132:10
finally 23:4 96:19
119:6 131:20
144:3 164:25
165:4
financially 89:25
find 44:8 74:15
77:6 79:22 80:4
83:12 106:16
114:3,6 121:11
154:23 179:5
finding 157:22
182:5,7
fine 97:12 110:18
137:21 177:14
Firsch's 3:5
first 16:24 23:1
24:16 29:13 33:7
35:8,9 36:7 42:15

42:16 47:18 49:8
49:14 59:20 61:17
61:18 62:13 83:10
83:24 109:3 122:3
128:5 138:1
147:10 154:8,20
161:5,9 179:25
fitting 75:25
five 22:7 38:25
42:20 49:5 53:19
73:5 88:24 126:4
178:25
five-year 44:16
45:4
fix 52:4 82:19
122:16 123:18
124:9,24 145:8
fixed 145:1
fixes 99:5
flag 153:15 182:2
floor 35:17 55:3
58:22
fluidity 125:4
focus 5:20 18:24
46:20 94:1 150:10
172:23
focused 9:21
focusing 65:7
folks 3:1 38:24
135:13
follow 89:20 98:20
145:5 171:15,20
followed 52:20,21
69:2 73:12 98:17
107:25 180:24
following 11:20
163:12
follow-ups 139:17
footage 155:14
force 37:5,19 57:4
57:18 78:14,21
86:3 174:22
forced 12:15
forces 55:19
forever 123:3,7
forget 35:5 165:5



**forgive** 184:8
**formally** 166:4
**format** 184:15
**former** 48:10 94:10
**forms** 71:18
**forth** 83:7 155:2
**fortunate** 132:23
**forum** 38:1
**forums** 37:23 49:19
**forward** 11:4 27:6
  27:22 28:11 33:22
  33:24 34:11,19,21
  39:2 40:6 69:9,22
  70:5 72:12 78:5
  79:24 81:1 97:9
  106:13 107:18
  110:5 112:13
  114:14 119:2,22
  128:19 149:17,22
  150:12 151:10,19
  153:3,6 154:22
  163:25 168:8
  184:22
**found** 84:24 149:21
**four** 3:1 38:25
**Fourteen** 168:3
**frame** 8:6 9:15
  19:17 64:13,16
  95:16 150:13,14
  183:9
**framework** 65:20
**framing** 9:4
**frankly** 183:6
**free** 171:3
**freshman** 19:23
  20:13 23:1 64:9
  154:21 156:2
  162:4 163:6
  180:16
**freshmen** 155:20
  180:20
**Friends** 126:12
**Frisch** 2:7 3:20,21
  9:13 47:10,13,15
  107:25 117:7,8
  119:25 120:3,11

121:1,23 127:10
127:11 136:1
138:9 165:2 169:5
184:21,24
**front** 102:19
  168:22 169:23
**front-loading**
  143:13 170:20
  174:5
**froshmore** 163:10
**froshmores** 156:4,5
**frustration** 54:24
**fulfills** 105:4
**full** 33:19 34:13
  98:21 132:13
**fullest** 88:18
**fully** 33:19 60:9
  79:11 95:17
**Fund** 49:17
**funded** 143:12
**funding** 144:1
**funds** 30:11 143:9
**further** 25:14
  118:15 186:10
**future** 23:6 31:5
  40:6 43:23 94:24
  95:24,24 119:13
  119:14 125:17
  143:2 149:7

— G —
**gain** 148:23
**gaining** 118:20
**gaps** 8:22 9:1,7
  61:8
**gathered** 28:8
**general** 50:25
  61:12 68:13
**generally** 37:10
**generation** 79:25
**generations** 31:5
  117:25
**geographic** 21:15
  85:16 100:24
  116:4,15,20
**geographically**

101:21
**Georgetown** 48:11
**getting** 17:12 26:9
  50:3,14 58:8 88:2
  102:3 103:19,23
  124:8 133:24,25
  138:2 145:16
  158:5 159:11,16
  160:5
**gifted** 67:10,11,17
  105:1
**giftedness** 67:19
**give** 5:8 8:2 26:13
  32:21 38:24 43:19
  62:14 70:9 98:11
  116:14 132:20
  133:14 180:19
  182:23
**given** 27:4 63:11
  147:21 156:14
**gives** 122:18,19
**giving** 27:15 79:4
  168:9
**glad** 4:17 34:16,25
  38:14 163:24
  166:9
**Glasgow** 44:16,19
  44:21 45:5
**global** 105:24 134:6
**globe** 87:5
**glow** 47:22
**go** 4:12 5:13 7:6
  8:15 9:12,17 10:1
  13:11,11 14:22
  16:17 17:1,10
  18:1,10 19:11,24
  24:8,23 26:2,22
  31:9 36:1,2 37:2
  42:6 51:16 52:23
  61:23 81:12,13,21
  86:12 93:25 96:14
  97:8 100:2 106:24
  107:3 114:6,10
  115:22 125:25
  127:21 138:12
  141:4 142:25

145:1 151:18
153:3 154:23
156:18 161:4
162:13 163:19
177:8 179:9
**goal** 6:11 19:19
  84:16,20 155:3
  162:19 163:8,10
  183:21
**goes** 16:8 93:23
  111:18,19,20
  142:7 150:17
**going** 3:2,4,8 4:24
  4:24 5:6 7:25
  12:22 14:22 18:22
  23:14,21 25:8
  28:18 29:3,4 32:1
  36:16,25 39:18
  41:15 49:16,16
  50:5,18 51:21,25
  52:2 54:25 55:5
  55:12,21 56:6,10
  76:4 80:7,19
  81:12 83:9 84:2,9
  91:13 92:18 93:8
  94:9,14 97:13
  98:5 99:20 107:2
  107:3,4 112:13
  113:15 117:2
  118:5 119:1,3
  120:10 124:9,21
  124:24 125:20
  129:5,23,25 130:3
  131:7,24 132:20
  133:12,21,23,24
  134:14 137:8
  144:20,24 154:7
  158:2 163:25,25
  171:1 173:17,19
  174:19 177:17,23
  182:10 183:4,7,12
**good** 10:13 73:19
  90:5,5 110:16
  128:16 143:18
  161:21 165:2
  166:7,8 184:17

**good-faith** 53:23
**Google** 166:15
**gotten** 8:24 9:1
  33:18 50:11 89:6
  138:15 164:17
**governor** 37:23
  39:6,10 51:1,4
  175:11,18
**Governors** 37:5
**governor's** 52:7
  67:8 78:19
**go-back** 45:12,14
  47:4 52:13 55:2
  72:23 73:10 87:23
  91:10 98:8 107:21
  114:23 125:22
  128:5 137:19,21
  142:23 147:8
  153:12 158:12,13
  158:21
**go-backs** 128:1
**go/no** 51:16
**GPA** 11:24 13:20
  14:6,6,16,17
  18:15 24:13,14
  43:3 59:3 62:10
  79:19 90:24 92:13
  94:3 108:4,17
  146:3 147:15,20
  171:21 178:12,13
**GPAs** 108:19
**GPS** 79:20
**grab** 125:24
**grade** 13:22 24:15
  24:16,21 59:20
  60:18,19 62:13
  63:7,10 66:17
  108:20,24 109:4
  152:14,16,19
  156:8
**grades** 24:17
  151:24 152:15
**graduates** 73:24
**grant** 30:1,11
**granularly** 86:19
**graphs** 102:10



**grappling** 78:17
**grateful** 184:9
**grave** 131:3
**great** 41:5 47:11,13
    47:15 70:12 73:14
    83:14 86:6 90:12
    98:19 126:18
    137:24 149:15
    183:25 184:1
**greater** 38:20 62:2
    159:24 163:13
**greatly** 85:10
**grieved** 57:16
**ground** 90:6,7
**group** 12:24 37:20
    41:9 43:5 62:3
    79:4 103:8,9
    139:9 151:13
    167:17
**groups** 8:23 83:13
    83:15 94:17
    105:11 151:15
**grow** 47:23
**growing** 118:6
**growth** 119:8
**guess** 96:1,7 97:7
    99:7,19 100:13
    101:15 103:13
    104:24 124:22
    156:12 169:4
    171:23
**guys** 41:12 131:6
    167:13 170:5

**H**
**half** 16:11 70:7
    126:16 128:6
    150:24 184:21
**hall** 49:17,21 97:14
    97:18
**halls** 28:4,9 70:4,7
**hand** 171:14 176:8
    176:25 177:5
    184:6
**handle** 40:1 56:6
    112:20 124:4

**hands** 152:3 153:13
    158:10 181:5
    184:3
**hanging** 171:5
**happen** 51:22
    69:15 70:16 90:5
    98:6 123:25 153:1
    159:10 163:25
**happened** 22:4
**happening** 27:18
    82:6
**happens** 16:18
    36:19,20,21
    130:17 157:18
**happy** 35:24 45:13
    52:13,23 55:2
    133:10 169:1
    170:10 175:15
    178:3,19
**hard** 33:15 68:13
    69:14 101:11
    145:19
**hat** 132:6
**hate** 122:12 144:12
**head** 35:14 45:24
    73:17 74:5
**headway** 165:19
**healthy** 39:15
**hear** 39:3,16 47:8
    53:1,3 70:10
    75:22 81:7 103:22
    120:4 129:13
    131:6,13,16
    133:10 176:15
**heard** 6:18 18:11
    19:7 72:15 74:16
    75:4,17 78:3
    87:10 89:2,2
    109:22 152:5
    166:8
**hearing** 6:14 86:1
    161:12 165:6
    176:14
**heart** 73:21
**heartbreaking**
    129:2

**heartedly** 81:19
**heartened** 119:19
**Heizer** 2:10 4:1,2
    73:13 81:14 88:1
    88:2,8 98:17,18
    100:12 101:15,19
    103:13 104:23
    105:19 106:10,15
    107:20 127:4,5
    130:25 137:23,24
    139:20 140:5,8
    141:11,20 142:19
    142:21 168:24
    169:4,11 170:7
    171:10 172:1,6
    174:25 175:7,17
    176:12,19 177:9
    177:22 180:2,14
    180:22 181:2,16
    182:21 184:5
**Heizer's** 184:4
**held** 1:11 66:2
    88:19 131:24
**Hello** 69:3
**help** 9:15 54:7 58:9
    74:24 79:20,22
    88:17 90:7 100:18
    120:17 121:18
    124:24 129:6
    160:8 166:25
**helpful** 160:16
    164:23 167:14
**helping** 41:19
    79:17 120:20
**Hey** 113:24
**high** 8:20 24:18
    48:4 61:8 93:21
    107:8,14 109:2
    111:23 113:5,9
    133:9,18,22
    138:18 144:13
    146:4 157:1,2
    170:13,14 176:18
    176:21
**higher** 96:23 99:17
    113:5,15 139:11

**highest** 16:4 86:14
    100:4 103:12
    105:16 106:2
**highly** 33:6 93:7
    145:14
**high-level** 107:14
**high-performing**
    143:25
**Hispanic** 7:13
    15:21,22 16:20
    17:2 25:2 83:6
**historical** 8:2 57:1
    174:21 175:3
**historically** 15:6
    17:21 73:2 85:14
    116:5 136:6
    141:17
**history** 40:8 108:25
**hit** 57:15
**hitting** 124:15
**hold** 27:3,22 42:9
**holding** 37:22
**holidays** 183:12
**holistic** 11:12,18
    19:14 59:4 123:18
    136:11 172:21
**holistically** 11:9
**Holmes** 44:17,20
    44:21 45:4
**home** 95:9 152:8
    164:4 171:4 184:2
**homestretch**
    126:13
**homework** 168:7
**honest** 123:13
    141:8
**honestly** 6:4 84:16
    156:24
**honored** 60:22
**honors** 130:4
**hope** 33:23 40:5
    57:20 58:17 107:5
    126:13 184:18
**hopeful** 78:12
    182:1
**hopefully** 35:20

**57:21** 177:1
**hopes** 118:19
**hoping** 182:2
**horribly** 57:16
**hours** 122:12
**house** 3:7
**huge** 69:5 138:6,15
**humanly** 3:7
**hundred** 19:2
    137:18 144:23
**hundreds** 30:18
    73:24
**hurting** 74:16

**I**
**idea** 42:6 69:4
    72:10 90:19,20,21
    95:10 107:10
    110:16 113:23
    139:19 154:18
    156:14
**ideas** 70:11,12
    92:19 121:6
**identified** 12:8
    67:11
**identify** 85:1 132:2
    146:16
**identifying** 147:2
**identity** 25:20
**ignore** 184:7
**immediately** 48:22
    56:20 129:8
**impact** 15:2,12
    16:3,12 21:14
    23:15 86:11
    181:13
**impacted** 13:9 56:4
    176:18,21
**implement** 95:21
    119:9
**implementation**
    60:11 119:1
    169:24 173:23
**implemented** 12:12
    84:14 89:3 95:4
**implementing** 95:3



170:21
**importance** 136:21
**important** 5:17
   8:21 10:3 19:5
   38:8 46:6 49:2
   81:7 82:18 98:4
   146:15 177:16
**improve** 53:24 54:8
   54:8 164:14
**improvement**
   163:23
**improving** 48:9
   54:9,9
**inadvertently**
   135:23
**inbox** 50:1
**incase** 52:16
**incidents** 39:22,25
**include** 14:16 18:20
   24:20 25:20 43:20
   44:3,4 63:19
   139:9 154:3
   170:20 172:16,22
**included** 32:4 79:1
**includes** 20:3 24:15
   24:17 94:12
**including** 25:24
   31:23 51:1 54:9
   59:7 62:10 125:17
   139:11 140:15
   174:20 175:2,13
   175:24
**inclusion** 6:9
**incorporate** 137:9
**increase** 11:24
   18:15 23:24 24:2
   25:19 33:25 74:10
   84:19 152:23
   153:17
**increased** 25:23
**increases** 26:4
**increasing** 81:18
   84:21 102:21
   139:24 157:17
**incumbent** 159:15
**independently**

142:5
**individual** 22:9
   40:25 116:24
   117:4 156:23
   157:2,21
**individualized**
   142:17
**influence** 164:18
**influencer** 78:13
**info** 77:19
**inform** 58:9
**informal** 37:20
**informally** 87:8
**information** 11:14
   14:12 18:20 25:11
   25:14 27:16 28:8
   43:9 48:1 57:2,3,7
   71:20 72:1 77:8
   83:8 86:19 93:3
   94:11 124:13
   132:14 133:11,15
   135:18 138:7
   148:8,9 151:5,17
   151:20 152:3
   158:6 171:18
   182:3,6 183:14
**informed** 12:21
**informing** 113:23
**initial** 63:12 148:17
**initiative** 6:12
**input** 9:14 27:5
**inreach** 30:8 31:3
   90:20
**insanity** 74:6
**insights** 37:15
   38:15
**inspire** 30:23 31:5
**instruction** 31:17
**insufficient** 128:17
**intent** 174:12
**intention** 60:1
   162:2
**intentional** 82:1
**intentionality**
   81:23
**intentionally**

139:11
**interact** 30:16
**interacted** 97:23
**interaction** 87:18
**interest** 41:6 69:13
   70:13 112:24
   113:1,17 125:3
   163:19
**interested** 12:25
   30:7 105:1 113:7
   186:13
**interesting** 141:9
**interests** 18:22
**interject** 178:22
**intermediate** 117:2
**intern** 53:20
**internal** 85:20
**internationally**
   48:4
**interrupt** 68:2
**interview** 92:21
   95:19
**interviewing** 95:8
**interviews** 95:7
**introductory** 29:24
**investigate** 95:18
**investing** 145:8
**investment** 123:24
**investments** 125:15
   125:16
**invite** 29:8 37:13
**invited** 38:1,1,4
**inviting** 30:8
   151:22
**involve** 149:25
**involved** 75:23
   78:19,21 186:12
**involvement** 78:1
**isolated** 40:18
**issue** 6:18 41:7 50:4
   60:20 69:5 76:5
   77:6 78:17 81:17
   81:18 87:21
   100:25 102:3
   117:9,10 121:6
   123:9 128:11,12

128:13 138:7
   143:18 170:16
   179:10
**issues** 36:16 68:21
   69:14 85:19,21
   89:18,18 99:4
   106:17 114:7,17
   122:15 133:17
   164:13 165:15
   169:21 170:18
   176:17,17,20
   182:16
**items** 43:4 183:8

_____

**J**

**Jackson** 44:17,20
   44:22 45:7
**Jane** 2:2 177:18
   182:21 184:24
**January** 28:19
**Jefferson** 6:2,6,10
   7:3 20:15 21:12
   26:15 51:2 144:13
**Jeremy** 14:25
   18:11 21:23 22:1
   23:13 42:2 62:12
   62:23 71:15 76:8
   76:12 83:9,16
   88:11 92:16,22
   99:24 100:23
   107:2 108:6,7
   109:19,25 111:3
   115:1 137:11
   161:7,15 164:1
**Jeremy's** 183:15
**job** 32:9 91:17,19
**journey** 91:24 92:2
   92:3
**joyfully** 183:24
**jurisdictions** 13:24
   20:3 21:17,20,22
   42:22 43:16 44:5
   77:9 152:2

_____

**K**

**K** 2:9

**Karen** 2:5,6 37:14
   175:19
**Karl** 2:7 47:12
   184:11
**Kaufax** 2:13 4:8,9
   88:6,10 92:12
   95:25 96:18 97:4
   98:3,9,14 127:18
   127:19 142:22,24
   144:22 145:3
   166:16 167:5
   169:14,16 170:12
   171:9
**keep** 3:6 18:13
   19:20 107:2 163:6
**keeps** 74:4
**key** 48:19 158:7
   164:12
**Keys-Gamarra** 2:6
   3:18,19 37:4,14
   38:2,15,16,18
   45:17,18 52:19
   55:1,4,5 57:24
   58:2,13 86:2
   127:8,9 131:5,6
   132:16 166:19
   174:2,15,17 175:4
   175:9,22 176:3,5
**kid** 101:6,7,12
   103:2 104:15
   107:12 165:8,24
**kids** 15:17 16:5,7
   16:13 21:10 24:6
   25:19,24 41:23
   58:15 59:4 74:23
   76:6 81:21 83:15
   100:1,9,11 101:17
   103:18,20 104:18
   105:7 106:12
   112:24,25 113:12
   113:14,16 114:3
   117:12 122:1,3,6
   122:20,21 123:12
   123:22 124:3
   136:7,16 140:12
   140:15,22 145:13



145:16 146:7
157:13 158:2
161:13 165:6
182:8
**Kilmer** 44:17 45:7
**kind** 4:2 10:13
16:22 17:11 26:4
32:15 36:25 41:19
57:14 65:19 76:9
82:10 87:2,3
94:10 96:4 104:15
109:15,16 110:7
110:14 117:1
123:22 124:4
138:12 150:8
153:5 157:5
158:23 161:21
169:11 184:19
**kinds** 122:15 163:8
**knew** 46:8
**knock** 171:6
**know** 7:17 9:21
10:15 12:25 13:9
25:8 27:4 28:25
30:20 31:13,21
32:6 35:25 37:21
39:15,18 40:10
46:4,20,23 48:19
49:16,18 50:24
55:10,15,22 56:19
58:5,11 64:25
65:11 66:20,25
67:13,18,22 69:10
69:24,25 70:1,15
70:19,22,25 71:9
71:11 72:8,16
75:2,3,3 77:1 78:4
78:17 81:3,18,23
82:4,4,7,13,14,21
83:5 85:3,24
87:16,18,19,21
89:10 91:16 92:9
93:12,15 95:2,5
97:1,9,22 99:16
100:19,20 103:14
105:4,5,11 106:7

109:8,10 110:12
110:17 112:9,16
113:3,24 114:3,4
114:5,15 115:4
118:6,14,19,21,23
118:23 119:6
121:10,13,24
123:6,7,9,11,11
124:11,18 125:2
125:20 126:19
128:4,9 130:10
131:8 132:12,25
133:7,18,20,23
134:19,22,23
135:7 138:9 140:2
140:10,11 141:3,5
142:9 145:15,24
149:21 151:9
153:1,5,6 154:6
155:7 156:19
158:11,16,18,19
158:23 159:5
162:7,21 163:11
163:15,16,17,18
164:7,12,14,16,18
165:13,15 166:12
166:19,23 168:14
171:11 176:7
180:8 182:24
184:11
**knowing** 82:10
**knowledge** 186:9
**known** 11:21 37:3

_____

**L**

**labs** 30:14,14
**lack** 85:18 89:5,5
145:7
**lacked** 116:16
**lacking** 75:16 116:5
**lane** 79:23
**language** 7:20,22
7:24 16:1,6,9,20
17:4,14 24:7,18
25:6,22 26:15
109:2 122:4,9

**large** 7:22 11:18
12:24 73:8 79:3
82:16 83:4,5
**larger** 85:17 113:15
115:17
**lasting** 82:2
**late** 14:1 27:14 28:5
28:16 63:16 64:10
**Latino** 24:3 26:6
122:10
**Laura** 2:2 177:18
182:21 184:24
**lawyers** 186:12
**lead** 91:21,22,23
**leaders** 97:8 105:25
**leading** 5:15 6:4
79:25
**learn** 67:13
**learners** 7:20,22,24
16:1,6,9,21 17:4
17:15 24:7 25:6
26:15 32:13
**learning** 51:20
89:21 95:11
134:24 142:10
175:13,24
**leave** 134:16
145:12
**led** 91:21
**left** 8:17 15:16
18:12 23:18 74:21
102:10 145:23
153:11
**left-hand** 103:6
**legislators** 39:1
**letter** 41:13 86:23
**letters** 19:16 46:12
46:25 73:23
**letting** 104:3 145:1
**let's** 15:15 17:9
74:14,15 125:25
127:20 131:23
132:11,12 134:5,7
176:2
**level** 31:18 37:11
60:13,15 66:11,22

71:14,21 87:17
105:8 115:20,22
129:24 130:5
138:18 139:12
140:13 156:9,23
161:8 163:13
**levels** 83:12 85:5
93:2
**lies** 101:24
**life** 33:2
**limit** 160:25
**limited** 69:6 126:1
152:12 173:21
**link** 33:4
**list** 22:6,10,17
119:15 132:16
137:17 162:1
**listed** 168:2
**listen** 58:2,12
**listened** 97:14,18
**listening** 73:15
**listing** 22:22
**lists** 22:19
**litany** 132:20
**little** 7:8,8,10 16:10
16:13,16 17:5
20:8 21:24 26:16
28:23 37:8 41:16
62:15 69:24 70:3
82:22 92:17 121:9
153:4 155:15
164:20
**loading** 169:23
**local** 113:8 144:2
**long** 25:14 36:10
82:1 111:7,13
119:20 128:23
**longer** 12:22 60:5
61:24
**Longfellow** 44:17
45:6
**long-standing**
165:15 170:18
**long-term** 99:4
**long-winded** 153:5
**look** 5:1,4,10 8:17

8:19 15:3,15 16:2
16:11 25:15 26:2
26:7 30:21 40:8
43:14,24 44:11
57:1 71:3 72:3,14
73:20 83:3 94:9
96:16 103:17
109:10 112:22
115:21 122:4
123:3 125:12
129:19 131:1
132:13 133:19
135:6,16,20 137:3
139:14 157:5
158:25 159:2,5,9
160:1,9,19 166:14
167:12 171:12,19
172:21 174:12,19
174:21 175:10,17
175:19,22 176:16
182:14,24
**looked** 5:11 29:25
95:21 115:15
138:21 139:8
**looking** 6:18 8:8
10:6 12:9 14:18
34:18 43:17,18
46:5 65:17 67:9
69:10,18 71:5
75:18 79:24 89:11
93:10,11,13,14,15
93:20 94:3 96:5
96:24 102:1
108:23 110:6
111:21 115:9
116:10 123:21
140:10 149:14
169:18,19,20
172:20 175:3
179:16,17 181:18
184:22
**looks** 4:10 7:6
37:23 115:7
148:10 160:13
161:17
**lost** 35:17 175:20



**lot** 39:2 49:15 58:5
70:8 72:6 75:2,4
78:11 84:7 93:16
93:23 95:6 100:11
101:1 103:22
112:25 115:8
151:5 152:4
156:20,21 157:3
158:1 176:6 181:4
**lots** 70:12 100:8
**lottery** 4:19 5:8
6:15 17:25 18:4
18:25 19:12,13
20:7 21:10 22:1
23:16,21 26:1,11
26:18 28:19 33:5
33:12,25 40:23
42:4,8,9,13,18
63:22,24 71:7,10
97:1 99:8 100:15
100:21 102:16
103:10,11 111:14
116:2 119:9 131:2
140:10 145:11
148:3,5,7,16
159:13,20
**loud** 47:10 177:16
177:19,19
**Loudoun** 20:5,16
20:23 115:19
**love** 4:12 32:25
90:21 113:6
114:18 120:3
126:16 146:17
147:4
**low** 83:12
**lower** 25:22
**lull** 34:8,8

**M**

**macro-level** 47:22
**magazine** 143:16
144:11
**magazines** 144:9
**Maggie** 39:10 40:9
**magnet** 90:15

139:16 140:14
143:25 169:19
170:11,13,14
**Mahita** 166:24
**main** 96:7
**maintain** 14:5
18:16 22:5,10
23:2 32:24 163:13
**major** 53:22
**making** 56:19
60:10,21 66:15
68:19 95:4 97:15
99:11 102:24
130:20 169:25
**mangers** 120:7
**manger's** 9:14
**marathon** 165:13
**March** 28:20
**marginal** 90:22
**marginally** 74:9
**marks** 24:21
108:24
**Marty** 8:1 26:22
115:1,5
**Mason** 44:19 129:3
129:3
**match** 93:15
**materials** 27:13
179:19
**math** 33:1 41:3
60:8,8,18 61:4
62:20 65:8 68:5
68:22 89:23
101:12 107:12
108:25 113:6,19
124:4 138:19
151:24 169:23
170:20 172:23,24
173:20
**mathematics** 66:8
67:16
**maths** 60:14
**math/science** 14:17
**matter** 74:2 186:13
**ma'am** 129:14
142:24 167:24

168:19
**McLaughlin** 2:8
3:22,23 35:9,16
35:18,22 36:1,5
45:21,25 47:6,7
47:11,14,16 49:13
51:10 52:11,15
53:4,8 54:11,13
54:14,17,20,22
69:21 82:8 127:12
127:13 129:11,13
129:15 131:4
161:4,6,21 162:17
163:22 164:3
167:2,22,25 168:4
174:16 177:4,14
178:1,2,4 179:1
179:12,20,23
180:17 181:1
**McLaughlin's**
147:11
**mean** 48:23 49:1
51:12 68:2 70:6
70:14 74:15 80:24
83:7 100:22
103:16 112:5
113:4 120:3 145:9
149:23 159:14
160:13 179:15
**means** 23:8 32:7
80:18 105:17
123:18,20,21,22
136:1 161:9
**measurement**
118:8
**measures** 59:15
**meat** 130:6
**Medea** 47:17
**medical** 76:24
105:25
**meet** 14:7 63:23
65:21 67:24 93:11
111:8,13 142:14
151:23
**meeting** 1:9 9:15
59:22,25 72:11

94:6 119:15 120:7
120:7 131:19
134:16 140:4
162:3 166:10
179:19 185:1
**meetings** 75:6
183:7
**meets** 111:2 112:3
**Megan** 2:8 69:21
161:20 177:9,24
**Melanie** 2:9
**member** 37:14
125:22
**members** 4:16
34:18 47:21 56:24
58:3,8 69:12,13
97:22 102:23
117:22 126:6
150:24 159:7
179:6
**mention** 143:5
159:3
**mentioned** 14:13
81:2 84:3 86:2
94:19 114:11
116:1 138:5,23
140:20 151:12
171:22 181:10
**mentor** 30:22
**Meren** 2:9 3:24,25
69:2 73:12,14
76:3 77:18,21,25
80:24 127:14,15
137:18,20 158:11
158:12,14 160:13
160:22
**Meren's** 76:15
**merit** 4:18 5:8 6:14
15:9 16:5,23
17:22,25 18:4,25
19:12 20:7 21:9
21:11 22:1 23:15
23:21 26:1,11,18
28:19 33:11,24
34:6 42:3 46:17
50:14 71:7,10

75:21 94:3 100:1
102:16 103:9
104:4 118:9 119:9
**merits** 109:13
149:14 164:9,24
**merit-based** 59:1,3
59:11 136:12
**mess** 52:5,5
**message** 117:12
122:7
**messages** 29:24
**messaging** 87:8
**met** 38:25 62:9 72:4
111:16 146:3
147:4
**micro-machine**
168:16
**mics** 176:7
**middle** 29:3 31:17
36:19 85:4 118:16
124:6 130:5
160:11 178:16
**midst** 51:17 53:10
**mid-January** 27:15
**mid-spring** 64:22
**mind** 35:19 38:17
41:18 77:22 88:7
145:19 170:9
171:5
**mindful** 67:8 161:2
**mine** 173:5 174:3
**minimum** 13:21
14:8 24:13 51:20
96:9 111:8,16
149:12
**minimums** 13:19
72:4
**minor** 11:19
**minority** 84:19
**minute** 62:15
126:15,19 128:6
**minutes** 126:4
182:23
**missed** 153:12
**missing** 48:15 82:8
128:3 140:16



158:7
**mistake** 81:22
  105:16
**misunderstanding**
  150:21
**mitigate** 114:1
  118:22 121:6
**mitigation** 61:7
**model** 5:9 65:24,25
  72:5 80:16 87:22
  112:13 158:24
**modeling** 71:19
  72:2 76:12 108:9
**models** 93:3
**moment** 8:6 54:3
  58:14,14,18,18
  76:4
**momentum** 74:12
**Monday** 97:19
**moneys** 30:2
**month** 6:21 22:25
  62:22 107:19
**months** 65:1 76:11
  78:16
**morning** 40:3
**motions** 38:19
**move** 13:25 14:9,22
  14:24 15:7 27:22
  28:11 33:22,24
  34:11 54:25 59:19
  63:7,7 69:9 87:22
  99:20 106:13
  112:13 114:14
  118:18 119:18
  149:17 150:11
**moved** 11:4,10,13
  72:12
**movement** 119:13
  152:22
**moving** 27:6 34:21
  69:22 70:4 73:11
  80:2 107:17 110:5
  119:22 121:2
  128:19 149:22
  151:10,19 153:6
  154:21

**MSAOC** 57:3
  174:22
**multiple** 37:22
  53:23 115:12
**multi-pronged**
  31:12 54:7 92:7

————————
**N**

**N** 186:1
**national** 69:5
**native** 122:8
**naturally** 116:12
**navigate** 79:20
**NBA** 101:10
**necessarily** 63:24
  96:20 113:22
  129:25 146:25
  159:21 160:4
**necessary** 61:21
  81:19
**nee** 31:13
**need** 3:2 5:21 26:23
  31:21,24 32:9,11
  32:14,23 38:9
  41:11 49:9 54:5
  54:25 60:20 62:21
  66:10 67:7,15
  71:3 72:22 79:9
  79:10 80:4,5 87:4
  89:19,20,20 90:1
  106:3 107:7,17
  113:22 119:2,22
  123:23 124:5
  125:12 126:17
  129:7,21 130:6
  131:1,21 132:12
  133:3,7,21 134:21
  136:23 137:3
  138:24 139:7,14
  140:14,18,19,24
  141:15,18,25
  142:16,16 144:15
  148:3 157:15
  166:13 167:3,18
  175:16 182:5
**needed** 6:8 22:23

32:17 75:19 87:3
**needle** 99:21
  119:17,18
**needs** 32:12 67:13
  69:15 73:25 75:13
  136:14 142:14
  169:7,8
**negative** 35:15
**negatively** 56:3
**neighboring** 63:8
**never** 48:20 89:24
  101:8 102:20
  155:6
**new** 10:22 13:4
  34:11 61:1 67:12
  94:11 106:13,14
  122:19 124:12
  136:10 186:5
**newer** 75:14
**news** 49:23
**NFL** 101:9
**nine** 24:8 123:4
**ninth** 156:7
**Nodding** 35:14
**nonstop** 125:21
**non-FCPS** 22:18
**normal** 154:9
**normally** 27:9
  159:17
**Northern** 5:24 8:12
  33:9
**Notary** 186:5,18
**note** 8:22 10:3 23:4
**noted** 180:3 186:7
**noticed** 110:10
**notion** 78:9
**number** 7:17,22
  15:21 16:8 19:21
  20:17,19 23:25
  24:6 25:6 39:1
  40:12,21,24 41:2
  41:10 43:6 45:10
  46:3 49:1 57:3,7
  57:17 61:1 63:6
  71:12 82:16 84:15
  84:21 103:4,4

114:12 117:15
  118:6 129:16
  152:24 153:17
  154:11,16 155:4,5
  155:13 159:11
  164:20 173:4
**numbers** 17:1,12
  20:11 43:17 44:4
  71:6 72:18 73:1,8
  83:4 108:13
  155:24 159:5
  160:9 162:3
  178:10,15 179:11
  180:12
**numerous** 88:19

————————
**O**

**O** 186:1
**objection** 35:12
  128:2
**obviously** 25:13
  81:16 183:3
**occur** 22:5 28:5,15
**occurred** 11:5
**occurring** 27:14
  28:20
**occurs** 22:13
**October** 28:6,8
  34:20 51:4 59:21
  60:5 61:19 68:9
  68:11 70:21,22
  137:7 166:10
  172:14 173:7,10
  173:12 178:8
**offer** 19:16,18 23:5
  36:23 84:23 132:3
  133:21 154:1
  161:13 162:20,24
  163:2,6,20
**offered** 9:2 23:18
  42:17 72:20 108:3
  155:18,19 162:7
  162:25
**offering** 14:19
  153:24
**offers** 8:20 22:24

27:18 162:8,11
**office** 10:20 29:22
  150:5,23,23,24
  183:15
**officer** 8:1 48:11
**officials** 144:3
**oh** 35:17 38:18
  47:14 106:23
  120:10 134:14
  141:20 142:25
  148:1 179:23
  182:20 184:5
**okay** 3:1 23:12 36:6
  43:8 47:5,16 53:7
  77:18 81:15 88:5
  96:18 97:4 108:18
  109:5,8 128:7
  129:15 131:7
  132:19 147:9,16
  149:23 160:13,22
  164:6 166:21
  169:13 174:4,17
  175:4,22 176:19
  177:11 179:22
  180:22
**older** 30:22
**Omeish** 2:3 3:12,13
  98:17 107:24
  108:1,10,18 109:5
  110:10 112:5
  113:20 114:24
  117:5 127:6,7
  147:7,9,16 148:5
  148:17 149:23
  153:7,9 164:5
  165:11,22
**once** 42:6 46:19
  123:14 130:1
  132:1
**ones** 140:16
**ongoing** 31:3
  174:20 175:2
  182:9
**online** 132:3
**open** 123:3 145:19
  154:24 156:4



161:9
opening 22:13
operate 140:13
Operator 8:1
opportunities 28:3
29:5 60:15 65:9
68:23 80:4,14
89:13,22 90:16
117:25 118:1
134:25 136:13
141:22 142:7,8
147:5 148:13
162:15 175:13,24
opportunity 10:1
18:7 21:14 24:1
26:13 29:13 30:16
34:1,9,13 40:6
51:3 58:20 68:21
70:9 111:23
120:21,22 122:18
122:19 123:1
124:8 129:4
131:18 156:6
165:24 166:14
173:25
opposed 65:25
100:14 149:18
156:1
opt 110:23 112:18
112:18 114:6
opted 110:23
option 93:21
121:19 144:24
146:22 164:10
options 70:20 74:15
94:24 157:3
160:14 162:15
order 22:11 23:2
42:18 128:2 144:1
168:18 169:6
ordering 27:12
ordinary 59:10
organizations 69:4
oriented 137:2
original 172:13
outcome 60:4

158:24 186:13
outcomes 10:6
33:18 74:7 80:1
outline 18:12 175:4
175:7
outlined 104:20
114:17
outlines 28:14
outrage 60:24
outreach 10:21
12:15 27:4 28:4
28:12,25 29:2,7
29:10,20 30:4
31:3 38:5 46:7,15
46:21 49:15,15
82:11 84:12,17,18
84:25 87:14,15
89:1,20 102:15
104:7,13 111:20
112:12 114:1,7
120:5 131:14
138:18 146:10
150:19,22,25
151:20 156:8
157:20 164:22
172:2,5,13
outreaches 75:4
outstanding 163:23
overall 7:23 22:21
46:22 75:25 81:20
83:25 115:9 116:1
overdue 36:10
119:20 128:21
overlap 183:24
overview 5:9 18:11
38:24
o'clock 3:2 48:2
161:1

——————————
P
——————————
pandemic 51:18
53:10 55:13,20,25
56:7,22 57:9
105:24 106:1
133:4
panel 96:3,5,13

137:4
panels 96:10 107:3
124:12,14
parent 139:13
parents 114:4,5
117:16 122:22
157:25
part 7:23 9:14
11:14 29:11 30:10
32:5 37:4 42:8
46:11 50:25 56:15
63:22 68:18,19
78:23 81:20 82:20
83:1 92:2,6 94:2
95:9 102:2,17
104:12 112:21,21
113:13 114:13
116:17 120:23
135:4,17 138:15
171:17 182:9
participate 24:1
26:14 131:21
participating 13:24
20:2 21:16,20,22
29:21 42:22 43:16
44:5 115:18 152:1
participation 35:6
particular 22:14
27:23,24 30:1
41:9 42:12 48:21
66:11 67:18 94:4
134:21 135:14
156:9 160:6
particularly 32:17
40:18 67:9 89:15
parties 186:11
partnership 49:17
91:22
parts 159:23 160:6
passing 106:5
passion 18:22
32:25 54:24 93:14
95:10 105:18
107:5 113:7 158:3
passionate 107:12
132:24

paste 177:12,23,25
path 148:20,21
158:4
paths 147:22
149:25
pathway 20:25
21:2 22:6,8,17,18
22:19 140:24
pathways 19:13,15
19:25 20:7,10,15
22:7,14
patience 184:14
patient 170:5
paying 45:9
Pekarsky 2:12 4:6
4:7 81:13,15
82:24 83:2 85:23
87:11,25 99:2
127:16,17 145:3,4
146:23 167:15
Pekarsky's 147:23
people 12:25 39:22
63:7 69:12 70:10
70:11 74:15,24
75:5 83:21 87:4
90:6 100:5 104:9
106:20 121:10
144:14,14 150:18
164:16 183:14
peoples 161:2
percent 7:8,9,11,11
7:14,19,21 16:9
16:10,14,16 17:3
17:4,5,6,8,8,14,16
17:16,18,19 23:18
24:4,4,9,10 25:1,1
25:2,3,5,5 26:5,6
26:6,7,9,11,16,17
105:6,7 108:3
122:1,2,5 137:18
144:23
percentage 15:25
24:9 62:2 119:10
133:8 140:23
180:3
percentages 178:11

percentile 14:2,15
19:3
perfect 73:18 74:3
131:9 165:1
perform 93:7
151:16
period 56:4 63:12
67:5
periodic 11:17
181:21
periodically 78:25
perpetuate 122:15
person 51:20 85:8
personal 113:4
personally 97:25
113:3 138:14
139:13
person's 96:6
perspective 8:2
43:25 133:19
137:5 157:6
164:21,22
persuasive 12:7
phase 55:15
phone 170:4
phrase 105:12
picked 172:12
picture 134:1
pie 7:15 15:24
23:24 24:25 71:8
103:7
piece 6:15 19:5
46:14,15 60:7,23
65:6 67:7 97:2
103:22 110:5
134:11,15 135:17
138:2 141:19
146:1 148:15
150:2 164:12
168:14
pieces 67:21 93:1
97:2 137:9 138:19
152:7
piloting 97:16
pipeline 6:16,23,24
31:14 36:17 60:20



69:14 89:18 92:6
102:5,17,22
107:16 117:9
124:25 125:9,18
128:11 138:6,20
139:24
**pipelines** 123:20
**pitfalls** 124:16
**place** 9:11 44:25
66:7 106:20
107:10,11 149:21
165:22 173:7
179:5,8 186:7
**placed** 19:13 21:5
43:4 45:11
**places** 33:11 179:3
**placing** 41:22
**plaguing** 169:22
**plan** 18:8 33:21
37:1 51:2,11
53:12 56:8,23
68:8 69:23 70:23
119:1,2 120:4
121:5 153:21
164:25 170:15,17
171:24 172:2,5,13
173:6
**planetarian** 30:12
**planned** 49:19
150:5
**plans** 62:17
**plate** 88:7
**play** 94:7 101:10
**please** 10:10 41:25
45:23 47:16 98:8
107:21 110:25
114:24 126:2
128:3,6 132:10,11
160:25 171:3,10
176:11
**plus** 148:8
**Poe** 44:18,22 45:5
**point** 9:20 10:19,22
11:6 12:18 14:21
23:4 27:1 41:8
76:18 84:15 85:9

98:24 100:13
102:18 107:1
114:13 118:4,24
121:25 128:15
136:7 139:11
140:4 147:17,23
161:22 162:10,23
167:22 168:17
**pointed** 110:13
117:21
**points** 129:16 169:5
**poised** 79:15
**policies** 97:16
**policy** 11:8 91:7
97:15 134:7
181:24
**political** 89:6
**pool** 8:18,25 11:25
12:1 15:14,19
16:14,24,25 17:18
17:23,23 18:4
33:20 46:23 48:14
48:18,18 50:13,14
62:5,6,8,9 63:11
63:21,22 76:7
77:8 78:10 82:17
83:3 92:15 96:6
98:22 100:1
101:20 103:15,23
104:1,2,2,3,21
108:5,14 109:21
110:15 111:6,14
112:1 113:14,16
121:20 138:3
147:20 148:2,3,5
148:6,7,16 154:3
157:18 159:12,13
162:20 163:3
180:9,9,10,24,24
**poor** 122:8
**population** 7:6,14
7:16,21 67:12
75:15 88:18
119:11
**populations** 67:10
90:9

**portion** 77:14
130:8 174:6
**portions** 85:17
**position** 10:19,21
10:23,24 12:16,16
55:7 78:9 84:12
84:18 85:1,7
87:15
**positive** 39:18
78:13 82:2
**possible** 3:7 126:5
162:16 167:7,10
174:15 175:5,7
**possibly** 29:8
131:23 134:23
159:10
**post** 167:3,6
**posted** 48:3
**potential** 19:8
64:16 88:19 95:7
110:14
**powerful** 25:7
**practical** 131:12
**practice** 91:3
**praying** 181:5
**predate** 66:3
**prefer** 91:22
**prep** 100:5 137:1
**preparations** 36:22
**prepare** 89:15
**prepared** 129:21
**preps** 101:25
**present** 3:21 4:5,17
126:24
**presentation** 4:21
9:8 35:4 36:8 40:5
46:10 69:18 71:5
77:17 78:2 83:23
88:12,23 110:11
110:21
**presentations**
151:7
**presented** 119:7
**presenting** 28:2
151:4
**president** 135:12

**Presidio** 68:4,10,18
**pressure** 32:21
164:5
**pretty** 39:13 80:25
**prevented** 34:9
**preventing** 112:17
114:19
**previous** 5:2 11:6
14:15 55:8 64:20
72:9 73:7 83:11
93:4,5 97:18
116:16 149:11
150:18 151:2
155:21
**previously** 55:10
64:19 83:15 84:3
111:19
**pre-existing** 122:24
**pre-K** 89:19 143:11
**primary** 40:10
**Prince** 20:5,22
115:19
**principal** 29:9 35:5
75:23 81:8
**principals** 142:13
**prior** 5:18 6:17
12:4,20 33:15
73:4,5 92:1
171:20 178:13
**priorities** 123:19
124:24
**prioritize** 125:6
**priority** 150:5
**private** 20:24 43:20
**privilege** 167:23
**proactive** 121:14
**probability** 46:23
**probably** 56:10
73:5 87:12 130:15
183:20
**problem** 12:12
35:23 36:5 57:10
82:20,20 99:6
101:24 113:21
114:2 117:11
123:8,10,17,21

138:16 143:8
145:9 164:2
172:17 179:13,13
**problems** 12:10
112:12
**problem-solving**
12:3 14:13 19:9
133:13 135:8,17
136:25 171:16
172:18
**proceedings** 186:7
**process** 5:2 9:9
10:3,5 11:19 13:4
13:13,25 18:10,12
18:13,19 19:1,12
21:10,21,21,25
22:4 23:8,19
25:12,17 27:3,10
27:11,12,21,23
28:1,10,12,14,17
28:22 31:11 33:17
33:22 34:12 42:7
42:19 43:3 49:3
51:1 53:13,25
59:16 76:17 78:2
78:14 80:2 92:22
93:5,9 94:11 95:1
95:9,18 97:1
102:2 103:15,16
103:16,23 110:8
110:22 120:13,24
121:12 123:8
124:17 130:20
131:22 148:9
150:6 151:18
152:24 153:24
162:18 163:4,11
172:15 176:22
181:12
**processes** 80:8
178:7
**proctored** 11:15
**producer** 12:21
**producing** 12:23
**professional** 32:7
**program** 63:16



65:16 90:10,12
125:13 134:3,6
140:14 142:5
169:25 170:22
**programing** 170:19
**programmatic**
133:17
**programming**
176:17,20
**programs** 54:9
66:7 89:1 90:5
134:5 139:16
173:23
**projections** 72:2
**promise** 3:3 60:21
168:15
**promised** 45:22
**prompt** 127:25
**prong** 7:1
**properly** 40:1
129:21 143:12
**proportion** 46:22
**proportions** 114:15
**proposal** 4:19 5:8,9
5:10 10:7 17:25
22:1 26:1 28:7
29:11 63:19 74:13
76:6 153:17
155:23
**propose** 92:24
**proposed** 18:13,19
19:1 37:9 157:8
**proposing** 6:12
64:8 91:7
**pros** 109:17 175:10
175:18
**provide** 27:19 67:5
68:11 69:17
104:25 117:1
134:24 142:17
147:6 151:8,17
162:12,14 173:2
178:6,10,15
179:14,14
**provided** 37:18
41:14 49:4 84:22

178:23 179:25
**Providence** 44:23
**provides** 34:12
137:7 152:9,11
179:10
**providing** 29:5
67:3 80:14
**public** 5:23 8:14
18:9 21:4 26:20
34:15 48:2 75:5
91:20 107:9 112:3
118:9 131:22
167:3 173:14
177:17 179:5
186:5,18
**pull** 30:6 77:17
132:7 137:13
167:19
**pulling** 41:24
**punchline** 56:11
**purpose** 91:5
104:25 105:4
**purposes** 144:17
**pursue** 59:10
**pursuing** 117:20
**push** 30:6
**put** 9:11 45:13
52:15 78:22 91:10
100:10 102:13
103:24 111:14
125:15 129:23
149:16 166:2
169:8
**putting** 72:6 106:20
**pyramid** 156:15,25
157:6 158:18
159:1 160:10,12
160:15
**pyramids** 160:11
164:8
**p.m** 49:22

_____
**Q**
_____

**Qarni** 49:18 56:18
78:22 97:24
**qualifications**

63:23 104:20
**qualified** 20:6
22:16 101:17
102:4 105:9
118:25 119:4
120:5
**qualify** 36:21 41:3
41:23 100:1
**Quant-Q** 13:5 14:4
**quarter** 23:1 24:16
24:20 51:22 109:3
154:20
**question** 47:2 49:8
53:1 54:15 61:17
62:13 63:2 65:15
71:4,17 76:15
77:22 82:18 92:10
98:11 103:14
104:5 110:20
124:22 143:24
147:19 156:12
158:16 160:16
167:23 171:17,20
172:19 179:21,24
**questioned** 86:10
**questionnaire**
18:21 90:24 92:14
92:17,23 93:1
94:2,12 96:3,11
107:1,4
**questionnaires**
43:3
**questionnaire/ess...**
111:11
**questions** 34:17,25
37:1 41:16 45:11
49:25 59:14 62:25
63:6 65:4,13 70:8
72:15,22 82:7
88:13 90:23 91:12
97:7 108:2 115:25
119:23 132:20
147:10 148:11
150:18 153:10,14
156:21 157:11
159:6 173:15

178:19
**queue** 129:12
**quick** 3:8 126:14,21
126:22 127:2
153:14 161:6
178:5 182:14
183:19
**quickest** 53:15
129:16
**quickly** 167:19
168:23 171:6
**quiet** 3:6
**quite** 9:22,24 84:16
99:7 123:3 146:12
155:6
**quote** 143:15

_____
**R**
_____

**R** 186:1
**race** 101:22
**races** 7:13 80:22
**Rachna** 2:10
105:13 177:20
183:19
**racial** 25:20 39:25
180:4
**raise** 120:7
**raised** 181:5
**raises** 147:16
**ramifications** 71:2
**random** 42:13 72:8
72:8
**randomly** 19:15
41:24
**range** 34:13
**ranking** 19:4 93:6,8
**ranks** 14:2,15
**rated** 33:6
**ratio** 20:12
**reach** 66:23 83:20
85:12 88:18 93:18
152:16
**reached** 78:25 91:3
123:14
**reaching** 11:1
104:1 120:13,14

151:21 157:25
158:1
**read** 78:11 167:13
168:13,23 175:15
177:16,18,19,24
178:3,4 183:19
**reading** 10:15 13:6
14:4 169:1
**ready** 50:22 75:8
170:8 174:23
**real** 67:3 117:17
126:22 165:16
178:5
**reality** 6:3
**realize** 57:12
**realized** 10:5
**reallocate** 125:16
**reallocating** 125:13
**really** 6:16,23 12:8
29:6 31:4 34:7
35:6 40:15 47:3
47:19 50:12 54:22
58:19 59:2 69:21
70:2,9,24,24 71:3
74:10 75:10,15
76:13 79:24 81:6
93:2,8 95:5 98:4
98:20 99:9,20
101:24 104:13
113:5,13 121:13
124:3 133:6,9
138:24 139:10,14
140:13 145:5
146:2,11 152:8,25
156:15 157:10,11
157:16 158:7,22
159:13 165:2,14
166:21 168:23
176:13 182:14
184:16
**reason** 88:3 116:17
116:22 117:17
128:13
**reasons** 103:21
138:5 162:9
**recall** 108:13



109:19 156:24 158:20
**receive** 30:1,11 50:1
**received** 46:25 51:5 86:22,23 117:15 117:16
**receiving** 37:21 135:11
**receptive** 79:15
**recess** 126:11
**recognize** 5:21 6:7 21:13,13 29:17 31:9 116:3 182:9
**recognized** 95:2
**recognizing** 57:9 122:13
**recommendation** 6:15 14:11 24:19 109:14 110:4
**recommendations** 6:21 19:6,9 34:23 37:6,9,19 38:7 40:21 56:20 57:8 62:23 84:5,13 109:21,23
**recommended** 28:11,22
**recommending** 33:21 148:19
**recommit** 107:17
**reconnect** 35:21 88:4
**reconnected** 35:22 36:2
**reconnects** 88:9
**recorded** 186:6
**recruiting** 147:24
**recruitment** 46:12 150:7,17 164:18 164:21
**redesign** 94:9
**redrawing** 63:24
**reduced** 12:15 85:10
**reference** 179:6

**referenced** 92:8
**referral** 109:15
**referring** 108:9 161:23
**reflect** 5:22 6:6 8:11,13 83:23
**reflected** 121:22
**reflection** 46:24
**reflective** 64:8
**refrain** 113:14
**regard** 8:25 46:3 130:12 135:7
**regarding** 37:1 41:17 43:10 44:10 44:13 63:6 65:4 131:25 174:20
**regardless** 79:16 80:1
**region** 20:16 21:5,6 21:7,7,8,8,9 29:19 40:25 41:20,21 42:9,10,12,23 43:1,12,18,24,25 44:1,1,2,2,18 59:19 78:11 89:16 99:15 100:14 104:11 115:2,6 118:19 136:5 156:15 158:17,25 160:7,14,15
**regional** 41:17 44:10,24 46:2 87:22 90:18 100:21 116:14,19 116:23 118:13 129:1 130:23 133:19 156:16
**regions** 20:2,19 42:4,20 43:15 46:5 48:20 89:24 99:15,18 100:17 114:16 121:2 130:24 155:1 156:22
**region-wide** 160:2
**register** 154:5

**registration** 155:11
**regular** 75:5 181:16,21
**regularly** 159:17
**Regulation** 28:13
**reject** 19:18
**related** 186:11
**relationships** 146:13
**release** 27:15 49:23
**released** 131:20
**remainder** 8:7
**remains** 125:3
**remarkable** 119:8
**remediation** 61:4,7 65:4,5,15
**remember** 109:8 116:8 143:1
**removal** 104:8 134:10
**remove** 19:1 110:8
**removed** 23:6 109:20,25 133:13
**removing** 19:6 96:24 149:13 150:2
**renovation** 155:15
**renowned** 48:4
**repeat** 91:12 163:11 175:20
**repeated** 42:19,21
**report** 39:4 131:14
**Reporter** 186:4
**reporting** 39:22
**reports** 174:22
**represent** 16:13 33:19 143:22
**representation** 48:10 72:7 116:14 116:20 159:25
**representative** 29:18 78:10 79:4 79:12 80:13 136:4
**represented** 20:11 178:16
**represents** 85:17

**reputation** 52:10 86:5,6
**request** 77:4
**requested** 76:20
**requirement** 18:17 112:4
**requirements** 14:8 18:14,18 67:25 104:22 108:17 111:8 146:24 149:12 157:23
**requires** 66:19
**requisite** 147:3
**research** 140:12
**reserved** 67:10
**residency** 18:17 21:1
**resident** 13:23
**resides** 175:15 176:1
**resilient** 32:24
**resolve** 36:16
**resounding** 80:25
**resource** 67:1 90:1 90:4 170:1,25
**resources** 31:25 67:15 143:14
**respect** 41:9 91:16 133:1
**respected** 32:4 86:9
**respectful** 126:20
**respond** 45:19,23 72:25 94:22 134:9
**responding** 63:3
**response** 52:22 57:25 83:10 120:1
**responses** 14:12
**responsibility** 65:21
**rest** 9:7 122:17 175:20 182:25
**restating** 77:22
**restroom** 125:24
**resulted** 10:18 13:5
**results** 5:5 50:11 53:17 82:2 89:8

110:6 143:18
**return** 14:11,22
**revered** 52:6
**review** 5:7 11:12,18 19:14 59:4 91:4 96:10 125:14 129:24 131:18 181:12,16,21,22
**reviewing** 60:3
**reviews** 96:3
**revise** 18:19
**revised** 27:25 28:17 62:10 133:11 172:16
**revisions** 28:13
**re-added** 154:4
**Ribbon** 57:5 84:4,6 84:10 174:23
**Ricardy** 2:11
**rich** 48:13
**Richmond** 39:11 59:25 173:6
**rid** 130:18 138:2
**right** 4:10 8:18 13:2 14:21 15:15 18:3 18:3 23:20 31:24 36:2 44:8 49:10 55:17 58:15,16 61:12 72:13 80:3 80:20 88:6 90:17 102:6,8,19 103:24 105:21,22 106:16 108:4,21 112:9 114:8 120:11 121:23 125:4 126:12 127:25 144:17,24 148:17 148:20,21 155:16 160:17 164:4 166:11 167:12 168:10,12 171:13 172:2 174:14 175:9 176:2 178:4 181:3 182:13 183:1,17 184:3,6
**rigor** 60:14 124:4



129:19 130:12
**rigorous** 31:16
  130:2
**risen** 125:11
**risk** 122:23
**road** 79:21
**robust** 120:4,13
**role** 3:9 92:23 94:7
**roll** 161:11
**rolling** 19:19 21:24
  22:3 23:7 74:4
  110:22 154:14,19
  161:7,8,17,23
  162:1
**root** 89:18
**roots** 143:8
**roughly** 122:5
**round** 19:5 27:17
  63:20 64:6,9,12
  64:20 107:24
  160:24 163:1,2
  179:25
**rules** 72:9
**rumbling** 73:16
**run** 56:10 70:6
  125:24
**rush** 50:4
**rushed** 56:16
**rushing** 49:9
  130:19

———————
S
———————
**sampling** 71:11
**Sanders** 2:5 3:16
  3:17 52:21 58:22
  58:23 62:25 63:1
  63:5 64:2 65:3
  68:16,25 126:25
  127:1 135:11,24
  135:25 136:3
  137:15 145:25
  172:10,11 174:2,7
  176:25 177:3
  181:7,8,9,20
  182:17,18
**SARAH** 186:4

**saw** 73:7 84:10
  88:23 119:17
  139:13
**saying** 51:16 52:2
  54:4 55:21 73:25
  86:25 93:13
  110:16 122:25
**says** 13:7 40:19
  106:4
**scale** 11:22,22
**scholars** 90:10
  143:14 151:13
  169:25 170:22
**school** 1:9 4:17
  5:18,25 8:20 9:3
  10:17 18:23 20:24
  21:6,18 22:22
  24:18 27:6 28:7
  29:15 31:7,18
  34:17 37:13 39:10
  41:22 42:24 43:21
  44:14 48:5 51:4
  52:8,9 56:24 58:6
  58:8 61:9 64:18
  65:5,9 66:10 67:8
  74:19 78:5,19
  79:13 80:6,9,20
  80:21 81:2 85:4
  87:1 90:2 93:21
  93:25 97:22 101:2
  101:5,7 102:22,25
  107:8,13,15 109:2
  111:23 113:5,8,9
  115:3,6,11,11,12
  115:16,18,20
  116:11,24 117:4
  118:4 119:11,13
  119:14,16 122:10
  124:6,7 130:5
  133:9 135:2 136:4
  136:14 142:4
  144:12,13,14,16
  146:4 154:12
  157:1,2 158:1
  159:21,25 160:11
  164:13,17 169:19

175:15 176:1
**schools** 5:12,24
  6:25 8:14 18:9
  21:4,7 26:21 29:3
  29:4,25 30:20
  33:5,7,8 34:15
  36:19 37:24 39:7
  39:14 41:23 49:5
  51:1 52:7 59:8
  60:9,13,16,17
  68:24 81:21 85:14
  85:15 90:16 91:20
  94:18 97:17 99:18
  101:3,17 107:9
  112:3 114:16
  116:9 118:9,16
  123:20 129:2
  130:11 132:6
  133:18,22 135:11
  139:12 140:1
  142:1 143:25
  156:23 157:21
  164:8 170:2,13,14
  170:23,25 173:21
  173:24 175:11,18
  176:18,21 178:16
  178:24
**school's** 178:7
**school-based**
  114:12 164:7
**science** 8:21 13:6
  14:5 18:23 32:25
  60:8,16 62:20
  65:9 68:6 89:23
  101:11 107:13
  108:25 113:1,6,18
  133:22 146:18
  169:24 170:21
  172:24
**sciences** 60:14
  172:23 173:20
**scientists** 105:24
**score** 100:4 103:12
  105:17
**scorer** 86:14
**scores** 11:23 16:4

19:4
**scoring** 11:11 106:2
**screen** 4:21 27:2
  168:25 169:9,12
  177:8 184:7
**screened** 100:11
**screener** 91:2
**scroll** 182:22,25
  183:20
**search** 18:2 65:18
**searching** 66:14
**seats** 20:14,21,21
  20:22,24 41:20
  154:24 162:12,22
**second** 6:15 7:24
  16:25 24:20 25:21
  60:19 62:14
  129:12 130:14
  138:21 147:18
  170:15
**secondly** 59:13,18
  130:23
**seconds** 126:2
  132:21 161:1
**secretary** 37:17,22
  49:18 51:6 56:18
  61:23 78:22 91:6
  91:16,18 97:10,23
**see** 7:7,12,15 8:17
  8:19,25 9:10 15:1
  15:16,20 16:8,18
  17:1 20:9 21:6
  23:23,24 24:25
  25:18 27:2,25
  30:10 31:6 33:6
  33:10 38:6 61:24
  70:16 75:12 83:22
  86:17 91:14 98:25
  100:9 103:11
  106:21 120:21,22
  121:20 123:12
  124:24 126:8
  129:4 130:17
  137:5 138:16
  146:21 158:10
  159:10 160:23

165:10 167:4,13
  168:7 171:12
  176:25 177:9,12
  179:16 180:13
  181:4 184:3
**seeing** 11:16,17
  60:3 79:9 153:13
  163:14 165:23
  184:22
**seek** 78:9
**seeking** 99:22
**seen** 8:22 48:11
  66:5 73:2,3 83:12
  83:14 86:16
**sees** 75:25
**select** 22:14
**selected** 19:15 20:6
  42:7 96:25
**selection** 24:12
**selective** 48:12,24
  129:18
**semester** 59:20
  62:13
**semifinal** 14:8
**semifinalist** 15:7,10
  17:19 19:5 27:15
  27:17 62:5 138:4
**semifinalists** 15:19
  15:23
**semi-finalist** 12:1
**send** 20:20 40:14
  98:12 117:12
  171:3 177:21
  184:1
**sending** 46:11 75:7
**sends** 20:17
**senior** 66:20
**sense** 102:9 166:4
  182:8 183:22
**sent** 19:16 166:24
  168:6
**separate** 91:9 104:5
  136:22 179:3
**September** 1:13
  28:5 150:15
  152:10



sequence 42:14
sequential 42:18
serious 144:7
serve 30:18 175:14
    175:25
serving 74:23
session 39:24 68:12
    175:1 178:9
sessions 56:23
    88:20 174:18
set 48:20,23 57:21
    59:21 70:14 86:25
    93:12 104:14
    129:25 130:24
sets 180:11 183:21
setting 49:24
settled 149:17
setup 57:21
seven 161:1
seventh 24:15
    108:20,24
share 4:25 5:6 8:16
    17:24 20:8 21:8
    26:23 33:3 36:12
    37:8,14 38:15
    44:22 47:24 62:1
    68:7 70:6 120:9
    152:1 168:25
    169:12
shared 34:23 38:22
    41:11 44:12 51:11
    76:8 109:20 142:8
    162:2
sharing 31:10
    49:22 99:24
sheet 11:14 14:12
    18:20 93:3 94:11
    124:13 133:11
    135:18 136:22,23
    148:9 171:18
    172:17
shift 11:18 150:16
shifting 133:20
shifts 150:10
short 14:14 54:2
    94:12 128:8 183:9

shortly 84:2
shot 104:19 118:20
show 21:2 23:14
    24:22 27:7 71:13
    83:25 119:8,9
    154:7
showed 102:10
    103:5
showing 62:4 71:8
    74:8 184:7
shown 34:2
shows 30:13 140:12
    158:24
shrinkage 17:12,14
shrinking 15:22
    16:22 23:24
Shughart 9:18,25
    10:9,12 22:2 35:4
    38:3 42:5 43:14
    63:1,18 64:3
    71:18 72:24 73:1
    76:16 83:19 92:25
    96:8,19 108:8,11
    108:22 110:2
    111:4 112:19
    115:4 135:9
    147:14,14,25
    149:1 150:9
    153:18,22 155:18
    156:13,18 158:19
    161:20 162:18
    164:2
side 86:6 102:10
    103:6
signal 51:24
signatures 73:24
signed 4:11
significant 20:17
    61:1 79:7 114:8
significantly 13:9
similar 20:23 96:12
    99:2 112:10
    118:13
simpler 102:9
simply 40:13 55:24
    89:7 120:11

single 60:12 162:21
sit 48:25 70:10,24
    74:13
sits 129:2
sitting 119:14
    155:16
situation 36:17
    57:13
six 41:21,23 123:4
    143:5
sixth 60:18 89:12
Sizemore 2:10 4:1
    4:2 73:12 81:14
    88:1,2,8 98:16,18
    100:12 101:15,19
    103:13 104:23
    105:19 106:10,15
    107:20 127:4,5
    130:25 137:23,24
    139:20 140:5,8
    141:11,20 142:19
    142:20 168:24
    169:4,10 170:7
    171:10 172:1,6
    174:25 175:7,17
    176:12,19 177:9
    177:22 180:2,14
    180:22 181:2,16
    182:21 184:4,5
skilled 66:12
skin 74:18
skipped 135:23
slice 160:18
slide 4:23 5:13 7:5
    8:5,6,15 9:17 10:1
    13:12 14:24 16:17
    17:10 18:1 19:11
    19:24 20:9,11
    24:24 31:9 46:7
    74:8 83:25
slides 25:9 62:1
    83:24 119:7
sliding 11:22,22
    49:6
slightly 7:18,19
    19:21

slots 48:23 90:19
    130:23
slow 50:5
small 140:23,23
    150:23 179:11
smaller 67:14
Smith 8:1,3,4 10:12
    26:22,25 35:3
    38:3 46:1,1 78:24
    120:8,10 121:8
    134:12,14 135:22
    137:13 138:23
    140:19 141:12,13
    141:21 146:9
    147:25 148:1,6
    156:13,13 159:4
    160:19 173:1
snapshots 9:8
sneak 35:12
soar 104:17
social 32:18,22
socially 30:2
solution 52:5 74:3
    102:7
solutions 98:1
solve 12:10 145:18
solved 113:22
solving 12:12
somebody 65:12
    82:22 128:3
soon 50:20
sooner 79:10 129:8
    163:24
sophomore 64:6
sorry 45:20 47:6
    52:18,20,25 54:16
    56:17 106:24
    114:22 131:7
    132:18 141:12
    144:23 148:1
    153:4,12 159:12
    163:1,24 166:16
    166:18,22 167:9
    175:19 176:4,6,13
    176:15 177:6
    179:24 180:21

    182:17 184:5
sort 18:6 39:19
    62:4 99:17 117:21
sorting 93:8
sound 138:14
sounds 63:15
    107:23 168:13
spark 147:5
speak 9:19 42:2
    47:20 76:4,13,14
    82:22 89:14 122:3
    134:12,15 153:13
    153:18
SPEAKER 174:1
    174:10
speaking 46:2 75:5
speaks 82:19
special 25:10,24
    67:13 75:13 76:23
    77:3 104:12
specialist 10:21
    12:15
specialist's 84:18
specific 40:20
    42:25 71:4 98:11
    98:13 156:25
specifically 11:2
    56:25 75:17 84:11
    100:18 134:10
    152:18
specifics 42:3
    131:17
spectrum 132:13
speed-pass 79:22
spend 100:6
spent 122:11
spoken 74:17
sport 101:10
spot 65:19
spots 21:10 49:1
    99:15
spotting 66:13
    99:11 106:4
spread 44:16 45:5
spreadsheet 44:12
spring 6:20 53:18



53:18 64:20
**square** 155:14
**squeeze** 131:23
**staff** 32:8 36:7 53:3
  69:12 79:14 88:23
  125:21 126:5
  150:24 165:18
  166:1 171:4 178:5
  178:18 179:2
  182:2
**stage** 14:9,9 15:7
  15:10
**stakeholders**
  145:21
**stand** 13:14 91:8
  104:4 118:5
  128:13
**standard** 129:24
**standardized** 106:2
  106:6
**standards** 66:24
  88:24
**standpoint** 85:16
  157:2
**stands** 7:20 13:13
**Stanford** 59:7
**start** 3:8 4:20,22
  10:14 35:7 47:16
  55:6,11 60:18,19
  103:3 123:25
  134:3
**started** 3:3 4:13
  127:22 144:16
  154:12
**starting** 128:5,16
**state** 37:7 41:7
  48:25 50:24 56:19
  60:2,6 70:20
  78:18 143:10
  144:2 186:5
**stated** 143:6 173:14
**statement** 97:17
  136:24 143:24
  158:22 173:4
**States** 59:6
**staticky** 176:13

**statistic** 72:2
**statistical** 71:11
  72:7
**statistically** 79:7
**statistics** 71:9
  159:9
**stature** 80:8
**status-wise** 97:9
**stay** 8:5 33:1 52:16
  115:13
**STEAM** 146:19
**Stella** 2:12
**STEM** 29:5,5 30:19
  31:16 94:1 105:2
  117:20,24 139:2
  139:15 146:19
  148:13
**stenographically**
  186:6
**step** 31:12 54:6
  61:22 78:5 91:24
  92:3 116:18 117:2
  138:3 158:7
  164:23 182:10
**stepping** 35:20 88:7
**steps** 9:5 38:10 74:9
  84:7 107:7 119:24
  166:9,12,17 168:1
  168:21 177:2
  181:6
**stick** 126:19
**stop** 35:24 129:5
**stories** 73:22 87:10
**story** 9:16
**strategic** 18:8
  170:15,17
**strategies** 89:13
**strategy** 31:12
**stress** 157:15
**strong** 81:20
  146:17,17
**strongest** 96:22,22
**strongly** 70:18 78:4
**struck** 39:12,20
**structures** 122:14
**struggling** 67:2

**stuck** 40:12
**student** 7:6 8:20
  11:14 14:12 16:20
  18:19 20:12 22:15
  22:17 23:5 36:21
  39:8 66:16,19
  67:17 74:16,19
  76:19 82:17 84:20
  93:3,15 94:10
  95:6 109:1 111:7
  111:12,15,17
  116:12 124:12
  133:11 134:25
  135:18 136:23
  146:3,25 148:8,18
  148:21 149:3,4
  163:15,21 164:15
  171:17 172:17
**students** 6:1 7:3
  8:24 9:2 11:3,25
  12:6,9 13:10,14
  13:16,17,19 14:7
  14:20 15:6 16:19
  17:22 18:21 19:12
  19:14,16,22 20:1
  20:6,17,19 22:6
  22:11,20 23:17,19
  23:25 24:3 25:2
  26:12 27:13,16
  29:2,6 30:3,9,12
  30:14,15,17,18
  31:6,22,23,24
  32:16,22 34:2,5,5
  34:10,14 36:23
  39:2,5,7,17 40:13
  40:17,24 41:2
  42:11,14,15,16,24
  43:1,6,10,21
  44:13,20 45:2
  46:4,8,13,17,22
  46:24 55:13,23,25
  56:1,2,3 57:17
  58:20 61:1,8
  63:13 64:10,14
  65:17,18,21,25
  66:9,21,23 67:2

67:11,16,24 69:17
  71:20 72:4 73:4,8
  73:20 74:20,21
  75:13,17,20 76:23
  77:2,3,7,11 79:16
  79:18 80:11,14,17
  80:18,22 83:5
  84:21 85:2,4,5,12
  86:3,8,18 88:17
  89:15 93:7,11,19
  93:20,25 95:8,12
  96:21 98:2 99:10
  99:12 108:15
  110:22 111:12,22
  116:7 117:13
  118:25 119:4
  120:6,14 121:17
  121:19 129:4,20
  130:1,3,21 132:2
  132:24 133:6,8,15
  133:23,25 134:2
  134:21 136:25
  138:10,20,24,25
  139:6 140:17,25
  141:15,16,23
  142:1,6,15,15
  146:13,14,16,21
  147:3 148:11
  149:9 150:15
  151:7,21,22
  152:13,15,18
  153:3,18,19,25
  154:1,2,3,17,21
  154:23,25 155:10
  155:14,16,17
  156:3,7 157:20
  158:8 159:11,16
  159:18 160:3,5
  162:8,11,13,24
  172:22 178:25
**student's** 21:5
  76:20
**studies** 83:20
**study** 6:19 19:7
  57:5 109:23 110:7
  174:23

**style** 12:8
**subject** 53:21
  109:24
**subjective** 110:13
**submission** 60:6
  173:6
**submissions** 64:23
**submit** 14:10,11
  51:2 53:11 59:24
  60:2 70:22 111:10
**submitted** 40:7
  76:18
**success** 32:3 71:14
  80:19,23 87:3
  90:22 94:21 130:1
**successful** 32:2
  79:18 130:21
  165:9
**suffering** 73:21
**suffice** 75:10
**suffices** 44:7
**suggest** 98:10 114:9
  168:5
**suggesting** 63:14
  139:20 163:5
**suggestion** 141:9
**suggestions** 84:8
  97:15 136:20
**suitable** 118:8
**summary** 178:6
**summer** 63:15,20
  64:20 132:4 154:4
  162:21,23 163:2
  175:6,8
**super** 56:17 174:14
**superintendent**
  28:3 51:25 91:19
  137:6 168:9
  169:17 173:11,17
**superintendent's**
  74:13
**supper** 171:4
  184:19
**suppertime** 126:21
**support** 7:2 31:24
  32:12,16,22 56:7



60:9 65:5 67:16
67:24 69:10,17
80:25 81:8 123:22
129:6 131:8 132:3
132:9 138:2
143:20 144:2
164:25 175:5,8
**supported** 137:11
**supporting** 99:10
125:9,10
**supportive** 79:11
138:17
**supports** 32:18,23
115:12 142:18
**supposed** 51:18
54:20 59:24 146:5
**suppressed** 87:9
**sure** 3:10 30:3
31:25 32:10 36:4
41:12 42:5 44:24
45:8 49:10 55:12
60:10,21 63:3
65:14 68:20 71:18
76:16 77:21,23,25
80:12 81:15 88:10
92:25 95:4,14
99:3,11 102:24
104:25 105:10
106:19 108:6
110:25 111:4
120:3 124:3,6,13
126:14 128:24
129:14 130:20
133:6 142:14
145:5 146:6,20
147:2 149:20
155:12 157:17
161:18,20 165:8
169:2 173:13
174:9 178:1 180:1
182:15
**surrounding** 83:8
**survey** 39:9 82:12
**surveys** 83:21
**sustained** 89:4
**sweet** 128:8

**system** 33:5,12 52:8
59:11 93:6 99:8
100:15,21 113:8
117:14 121:3
122:14,17 140:11
145:11 165:9,24
**systemic** 123:17
165:15

**T**

**T** 186:1,1
**table** 70:2,10
130:10
**tackle** 166:13
**tackled** 165:14
**take** 9:25 14:1 26:2
34:17,25 37:7
38:10 71:3,22
72:1 74:14 77:12
77:12 83:10 87:23
91:14 92:3 106:11
115:17 122:22,23
123:24,24 124:21
134:25 135:1,6,16
135:20 136:14
148:15 157:4
160:19 161:13
166:9,14 171:12
173:7 182:14
**taken** 9:6 74:9
79:10,10 126:11
129:20 130:4,13
137:10 172:22
**talent** 6:5,7 8:12,13
15:8 16:5,23
17:23 18:2,2,5,5
21:11 31:14,15,15
33:19 34:5 50:12
65:18,19,19 66:13
66:14,14 67:9
75:21 80:5,5
99:11 104:4 106:4
121:21 134:4
143:22 147:23,24
165:23
**talented** 165:8

**talk** 7:1 9:5 10:2
28:23 29:10 57:20
58:7 62:15,21
68:20 70:13,19,24
80:12 92:17,23
107:18 115:2
123:19 124:11
139:4 145:21
146:10,12 154:16
157:5 174:13,13
**talked** 5:14,19 40:3
46:7,18 89:17
90:19 91:1,25
93:17,24 102:23
102:25 104:6
106:8 120:12
136:18 143:1
163:9
**talking** 24:12 29:4
30:4 33:14 36:18
51:13 59:3 62:21
71:7 84:2 93:18
94:23 103:25
104:3 111:19
116:9 121:1
122:12,16 139:23
141:14,16 143:3
148:2 149:3
150:19 164:8
171:24 176:7
180:14
**Tamara** 2:13
**Tammy** 96:20
106:8 170:9
**target** 120:12
**targeted** 28:12,24
29:7,10 46:7,15
46:20 84:17 85:13
104:7 111:21
151:11,15 152:6
154:15 155:5
162:7
**task** 37:5,19 57:4
57:18 78:21
174:22
**tasks** 86:3

**teacher** 19:6 90:11
109:14,21 110:4
**teachers** 14:10 61:5
66:12,24 67:22
90:2,3,4 120:16
121:16 148:19
170:1,25
**teacher's** 80:10
**team** 5:7 141:4,7
157:4,16
**tear** 34:10
**tease** 107:5
**technology** 8:21
18:23 32:25
107:12 113:1,9,19
146:18
**tell** 62:19 86:22
102:8 104:13
105:23 123:14
139:13 154:13
**telling** 74:10
117:17
**tells** 154:6
**ten** 89:7 143:16
144:5
**tenth** 156:8
**terms** 22:3 29:20
30:5 37:8 42:13
42:24 43:11,18
63:4 65:2 72:7
73:1 76:17 84:9
94:5,17,22 96:13
108:14,15 149:2
149:14 150:9
151:23 153:23
**test** 11:23 12:21
15:11,20 16:3,4
16:15,25 17:16
19:4 26:10 29:1
34:7 50:16 55:12
59:2,12 60:25
86:14 100:4,5,10
101:25,25 102:14
102:18 103:11
104:3,8 105:17
106:2,6 112:11

118:8 122:22
130:8,8,18 137:1
**testing** 13:4,5 14:1
15:5 17:20 27:12
27:13 117:10
133:5 138:2 150:1
**tests** 12:23 34:3,3
106:18 129:18
149:13
**texted** 166:22
**thank** 3:15 4:5,15
4:16 8:4 9:12
10:12 14:25 22:2
23:13 29:12 31:7
31:8 34:24 35:2
35:13 36:6,8
37:12 41:15 42:1
43:8 45:15 47:7
47:23 52:11,16
54:10,12 57:23
58:23 61:15 68:1
68:15,25 69:1
73:11,14 76:2,3
78:6 80:23,24
81:9,10,15,16
82:24 87:23,25
88:10,11 106:23
108:1,18 114:19
117:5,6,8 119:25
120:25 121:23,24
124:18 125:1,19
126:10 127:24
128:7 129:9,10
131:3,4 132:15
134:8 135:22,25
137:16,21,22,24
137:25 139:18
142:19,20 144:21
145:1,2,4 147:7,9
153:7,9 155:12
156:11 158:15
159:3 160:22
165:12,25 166:1,1
171:7,9 172:8,11
176:3,5,23,24
180:22 181:1



184:10,16,24
**thankful** 184:20
**thanks** 26:25 47:5
49:12 52:18 58:21
77:18 98:15
114:24 119:24
127:25 146:8
164:1,3 184:25
**thing** 39:19,20
58:15,16 74:4,7
96:7 100:8 109:16
113:25 118:10
128:10,24 130:14
131:13 132:10
150:8 161:4 164:6
164:7 176:11
**things** 5:14 11:5
13:2 25:8 36:11
39:18 40:11 44:8
46:9 49:13 58:24
73:16 75:7 78:7
85:19 92:5 93:16
94:8,13 109:9,22
119:15 120:6
121:8 124:2
125:14 133:20
135:5,20 143:21
144:4,18,25
146:11 179:3,4
**think** 30:5 35:17
36:8,14 38:7,22
39:20 40:23 41:10
44:6,7 46:6 48:6
49:3 50:4,8,17,17
51:13 53:25 54:3
55:6,16 56:5,5,9
57:11 59:9 61:11
61:12 65:17 68:10
71:1 72:14 74:1
74:11 75:9,15
81:5,6 82:13,14
83:24 86:20 87:6
87:7 89:4 90:14
91:19 92:10 93:22
96:19 97:6,25
98:4 101:13,22

103:3 105:6 106:6
107:23 111:24
112:6,7 115:25
118:25 119:5
121:9,13 124:5
125:5,8 129:6
130:6 131:1,9,11
133:14 136:1,9,19
136:23 137:3
138:6,9,23 139:5
139:14 141:5,7,21
141:21 142:6
143:23 145:22
146:2 147:17,18
148:1 149:24,24
150:1,3,20 151:12
152:7 156:8
157:14,25 158:6
158:20 160:16
161:21 163:9,22
164:11,22 166:2,5
166:7 168:12
173:4 174:3
177:15 178:23
180:17,18 181:22
182:11 183:20
184:1
**thinking** 80:16
109:9,17 110:11
132:18 146:1
148:25 165:21
**thinks** 75:24
**third** 7:1 59:21
160:24
**Tholen** 2:4 3:14,15
52:20,22 53:7
69:2,3 72:13
127:3,4,20,23
132:17,18 134:8,9
171:13,15 172:4,8
172:12 176:8,10
176:15,23
**Tholen's** 71:16
**Thomas** 6:1,5,9 7:3
20:15 21:12 26:14
51:2 144:13

**thought** 74:8
110:18 121:4
161:12
**thoughtful** 152:6
**thoughts** 47:21
**thousand** 59:5
**three** 49:19 51:14
52:1 58:4,11 66:6
70:18 78:8 97:7
103:2 169:21
172:7 180:11
**three-prong** 6:13
**thrived** 147:1
**throw** 121:5
**thumbs** 168:10
**time** 8:23 9:23,24
10:19,22 11:6,7
11:13,21 12:19,22
14:21 19:17 23:10
23:15 24:22 25:15
26:19 32:15 34:6
34:10 35:1,10,25
36:10 37:17 38:14
41:8 43:20 44:13
45:23 47:17,20
50:10,17 54:4
56:4,10 57:19
64:13,16 67:3,4
68:8 73:7 74:11
74:14 77:12 81:3
83:13 84:16,24
85:9 86:21 92:2
92:20 95:2,16
106:11 108:15
124:25 126:18
127:21 128:23
133:12 135:13
141:10 150:13,14
152:9,12,17 153:8
162:21,23 170:6
176:8 177:5 183:9
183:18 184:17
186:7
**timeline** 26:23 27:1
27:8,20,24 28:21
48:6 55:14 56:17

61:16,24 128:19
157:12 161:16
**times** 5:11 24:8
39:1 73:18 74:17
88:25 123:4
126:20 143:6
**time-consuming**
69:15
**timing** 150:11
**tiny** 119:10
**title** 85:14 186:7
**TJ** 4:18,25,25 5:4
5:12,22 6:23 8:2,9
8:10,13,13,20
9:19,22,24 10:20
12:23 13:1 15:3
15:18 25:16 26:10
28:15 29:9,14,21
30:7,9,10,18 31:6
31:22,23,23 32:5
32:8 33:17,20
34:3 36:17,24
40:9 44:15 45:3
46:9,19 48:4,10
49:16,20 50:21
52:1 53:21,24
54:10 60:24 61:5
61:9 62:3 66:4,18
66:23 69:10,17
73:20 75:2 76:1
78:8,12 79:25
80:5,17 83:11,18
84:23 86:4 88:21
91:4,25 93:16,21
98:23 99:10 100:2
100:25,25 101:18
102:4,20 103:19
103:20,21 104:14
104:18,25 105:8
105:25 106:5
107:7 111:23
113:18 114:3
116:21 120:21,22
121:18,22 122:7
125:10,17 129:2
130:2 133:24

135:2 136:15
138:13,13,18,20
138:25 139:1,2,16
140:15,17,18,19
141:1,2,24,24
142:11 143:22
146:5,21 147:1,6
150:5 151:22
154:2 155:24
158:3 159:17,19
162:14 163:14
173:16 174:20
175:2
**tjcomments@fcp...**
50:2
**TJ's** 75:22
**today** 5:22 6:3,13
9:5 10:8 13:13
28:2 31:10 33:13
34:10,24 48:2
49:22 63:12 69:19
78:3 92:24 104:2
136:19 152:5
165:12 183:6
184:18,21
**today's** 179:19
**told** 73:21 100:6
**tonight** 167:10
168:7
**tools** 32:11
**top** 42:14,15 59:8
61:14 105:24
125:11 182:23
**topic** 56:25 70:25
110:4 112:14
125:3
**total** 70:14
**totally** 92:4 177:7
**tough** 165:14
**town** 28:4,9 49:17
49:21 70:4,6
97:14,18
**toxic** 74:20,21
**track** 61:13 66:18
144:19
**Traditionally**



152:10
trained 124:14
training 106:1
transcript 186:8
transition 31:25
transitioned 85:3
transitioning 156:7
translate 48:22
transpired 38:25
transportation
  87:21
trauma 40:16
travesty 145:15
treat 133:1
tremendous 17:7
trend 84:1
trending 7:18
trends 83:17
tried 62:1 74:17
  85:11 123:4
tries 35:20
trouble 176:14
troubles 82:9,10
true 58:19 107:11
truly 33:18 145:13
  152:22
truth 105:20
try 25:13,15 41:12
  53:24 85:21 88:4
  89:10 91:13 99:23
  111:22 121:3,11
  122:18 130:17
  151:17 152:19
  155:3 168:15
trying 44:7 51:18
  51:21 56:7 77:6
  85:1 86:13 90:7
  93:22 100:18
  113:21 115:10
  126:19 145:17,18
  149:20 152:14
  165:21 166:25,25
  170:3 179:15
  184:13
turn 4:13 7:25
  26:21 128:3

turning 134:4
tutoring 67:3
twice 24:5 25:25
  75:18 76:5 143:16
two 7:13 14:10 60:8
  65:13 73:16 92:12
  97:16 99:15,17
  101:13 108:16
  150:24 158:10
  171:23 183:14
two-minute 125:23
two-pronged
  138:22 139:21,22
  140:9,21
type 83:20 95:11
  132:8 134:21
  135:16 142:3
  170:4,6,7,10
  177:11,20 180:2
  184:9
typically 64:22
  167:5 180:12

**U**

ultimate 160:16
ultimately 11:24
  13:8 14:18 84:22
  122:6 149:16
  154:5
unanimous 39:13
underrepresenta...
  117:18 159:7
underrepresented
  11:2 15:6 17:21
  25:19 117:13
  118:17 136:6
  141:17 159:23
underscore 36:13
underscored 40:2
underserved 90:8
underside 86:7
understand 27:21
  29:16 32:14 48:6
  56:21 61:6 97:8
  98:5 99:8,19
  100:13 101:24

106:17 121:18
  133:3,4 136:3
  147:20 165:18
  172:25 180:8
understanding
  110:21 146:14
  148:24
undo 184:6
Unfortunately
  12:13 85:6
unhealthy 32:20
unidentified 90:8
  174:1,10
unifier 78:14
uniformity 170:23
uniformly 90:14
unique 32:12
united 59:6 79:6
universal 89:19
  91:2 143:11
universities 48:24
  48:24 59:6 61:14
  118:7 129:17
university 48:13
unmute 127:2
unrepresented
  85:15
unweighted 24:14
  147:12,15 178:12
upcoming 180:15
update 59:22 68:9
  68:11 140:3
  166:10
updating 34:20
upward 7:18
urgency 145:7
urgent 57:12
  128:21
use 14:2,4,15 15:11
  21:25 41:7 70:4
  125:24 126:17
  134:23 142:9
  151:3 158:11,13
  159:20
usual 55:22 58:14
utilize 67:1,5

utilized 48:22
utilizing 171:21

**V**

valuable 39:3 98:24
value 165:23
variance 135:19
varies 155:22
variety 103:21
  155:7 162:9
various 71:23
vary 43:16
versus 115:3,6
  138:25 140:18
  153:20 156:22
  158:18 160:1
  175:11,19 178:12
  179:3
vetting 148:18
vice 168:11
view 39:13
viewpoints 70:14
Virginia 5:25 7:24
  8:12 33:9 37:25
  143:11
virtual 55:11 132:8
  132:8 134:24
  142:10 154:10
  155:20
virtually 162:5
virtue 55:24
visit 30:19
voices 86:2 165:5
vote 144:24
voted 59:8

**W**

wait 38:6 91:21
  162:1 177:4
wait-list 161:15
waiver 13:16
walk 126:6 154:5
  155:20 161:16
walked 162:4,5
Walker 39:10 40:9
walks 154:8 163:7

wall 26:19 34:11
want 4:20 8:15 9:12
  9:19,25 13:11
  15:1,4 21:2 23:9
  23:14 24:11 26:21
  27:1,7,19 28:23
  29:8 30:3 32:19
  32:19 33:3,13
  36:11 44:3,24
  45:7 47:22,23
  52:23 58:24 62:5
  62:24 65:12 68:5
  68:7 72:25 75:11
  76:5,13 81:24,25
  86:12 88:4,14
  93:25 99:3 101:6
  103:21 105:3,24
  106:16,20 112:20
  113:2,11,12,16
  115:2,21,22 120:1
  120:9,21,22 124:2
  124:11 125:11,16
  128:24,25 131:13
  131:15,16 132:3
  134:12 137:20
  139:1,2,19 140:2
  140:18 141:1,13
  142:2,23 143:4
  144:10 145:12,19
  145:20,21 146:6
  146:16,20 147:1
  148:23 152:8
  158:9,13 161:2,6
  161:18 162:14
  163:17 165:4,8,12
  170:10 174:3
  177:24 178:21
  180:1 182:15
  183:18
wanted 36:13 44:9
  54:2 55:9 87:2
  89:9 95:14 110:19
  112:23 114:10
  115:13 116:6
  137:19 138:1
  141:18 147:8



153:11,15 159:2 164:6 171:15,19 173:8,12 174:8 176:10
**wants** 99:25 107:23 177:18
**Washingtonian** 143:15 144:9,11
**wasn't** 55:5 84:14 95:19 110:24 113:7 134:14 170:8 174:11 179:25
**watch** 177:17
**way** 9:6,16 10:14 10:14 11:9 13:2 30:9 41:4 48:21 51:17 61:6 64:9 67:1 69:8 72:14 76:22 81:25 95:13 99:21 102:9 103:25 104:14 113:22 117:10 130:25 147:19 155:24 160:4,17 163:12 174:11 186:10,13
**ways** 85:11 106:13 115:8 121:10 139:8 145:8
**wealth** 57:2,7
**webpage** 49:24
**Wednesday** 49:21
**week** 51:6,13 154:7 154:12 184:23
**weekends** 183:11
**weeks** 51:14 52:1 55:16 58:4,11 70:5,18 79:1
**weigh** 53:6
**weight** 90:25 92:14 106:12 154:3 162:20 163:3
**weighted** 96:1,21 106:9 147:12 171:21 178:13

**weighting** 96:23 106:8
**welcome** 53:5 74:19 81:10 86:9 181:2
**welcoming** 79:15 103:1
**went** 11:10 12:11 13:3 43:2 116:22
**weren't** 130:24 163:24
**we'll** 8:8 9:8 22:5 30:24 34:24 38:6 38:11 45:24 76:14 88:4,8 107:18 126:8,15 127:3,21 142:12 154:22 166:8,9 171:6,6 179:9 184:8
**we're** 4:23,24 10:7 11:16,17 14:18,19 24:11 30:4 43:17 50:18 51:13,17,20 51:25 52:2 54:24 55:13 56:6 58:5 59:2 64:8,11 65:16,24 68:22 72:5 73:11 76:11 79:9 81:12 84:1 87:17 89:11 92:18 93:10,13,14,15,17 94:8,14 96:23 97:12 99:1,1,3,11 99:21,21 100:17 104:2 106:19 107:2 109:9 111:21 112:11,13 114:7 115:10,11 116:8,9 119:5,19 122:25 123:3 124:15,23 125:5 126:12 132:22 133:21 140:10,16 147:2,13 148:2 150:23 151:4,9,10 151:22 153:24

**154**:7 155:16,25 157:8,12 158:7 161:1 162:1 163:4 163:14 164:7,19 165:5 166:7 173:18 174:19 179:15,16 181:5 183:3,7,12 184:8
**we've** 5:19 8:22 9:6 9:10 10:2,4 13:8 19:7 23:20 29:2 31:18 34:2 50:11 55:9 62:1 72:14 73:3 74:16 83:12 83:14 84:25 85:11 85:20,24 86:16 93:17,24 100:3 104:14,20 105:15 105:15 106:8 109:20,20,24 116:5 119:7 123:4 125:6,15,20 126:14 128:22 130:20 131:11 132:22 134:1 136:18 152:5 155:5 168:5,5 182:11 183:5
**white** 7:10 86:17,24
**wide** 131:2
**wider** 8:24 9:1
**William** 20:5,22 115:19
**willing** 34:16 58:12 67:24 104:10,16 122:21,22
**window** 151:2 152:11
**wins** 100:5
**winter** 14:2 28:17 50:23 150:13 163:1
**wintertime** 150:16
**wish** 138:7
**Wo** 128:1
**wonder** 118:14

**wondered** 125:22
**wonderful** 169:3
**wonderfully** 29:14 80:20
**wondering** 77:25 100:20 110:17 125:20 133:12 140:21 148:22
**work** 5:5 10:14 12:18 25:13 31:18 31:20 39:24 40:3 40:16 50:23 56:23 57:22 58:6,10 61:5 62:17 68:12 69:15 76:10 80:10 81:16,24,25 82:4 83:11,16,18 84:25 85:2,8,13 86:13 88:19 90:9 91:22 101:11 107:4 135:1 157:13 168:11 174:18 175:1 178:9 181:18,24 182:9 184:17
**worked** 12:24 33:15 123:5 135:9
**workforce** 75:1
**working** 62:16,18 65:16,24 66:12 68:13 69:13 85:3 87:4 94:14 98:18 120:15,16 121:14 121:15,16 122:16 142:4,12 164:19 184:14
**workplace** 98:23
**work-life** 161:3
**world** 24:18 32:9 74:22 109:2
**worried** 70:3 114:2
**worries** 146:2
**worrisome** 87:16
**worry** 112:7 118:15 124:1,1,2 145:11
**worse** 17:12

**worthwhile** 147:17 149:24
**wouldn't** 38:17 40:14 41:18 63:15 64:14 77:7 135:3 149:4 160:4 170:9
**wound** 153:19
**wraparound** 7:2
**wrap-around** 32:16
**wrenching** 73:22
**write** 12:6
**writeup** 110:12
**writing** 12:7 91:15
**written** 48:1 50:1 128:1 174:11 177:10,12

---
**X**
---
**X** 48:25

---
**Y**
---
**yeah** 45:20 61:18 91:13 92:16 97:20 98:3 105:13,19 106:25 108:8,10 109:6,6,7,7,7 110:10 111:4 112:5 113:20 114:24 120:8 149:23 158:14,15 167:2,25 168:4 174:10 177:22 178:2 179:9
**year** 7:17 10:17 11:20 12:13 23:1 50:9,10,19 55:8 64:13,18 66:20 70:7 92:19,20,21 95:22,24 100:2,7 101:12,13 108:24 109:6,7 117:23 123:2 125:6 130:16 131:2,10 137:10 149:5,10 151:9 153:21 154:1 155:21,22



155:22 163:12 165:17
**yearly** 181:17
**years** 5:4 9:9 15:4 23:23 29:22 34:4 34:4,4 48:5,8 53:19,20 55:8 57:6 60:24 65:2 66:6 71:23 72:19 73:3,5 78:8 83:18 84:15 86:24 88:21 89:7 93:4 100:3 116:16 123:4 143:16 144:5 149:11 151:3 169:22 178:25 179:2
**year's** 53:13
**Yep** 36:5 47:15 181:1
**yield** 55:2
**yielded** 89:8
**York** 186:5
**young** 30:9,20 90:10 143:13 151:12 169:25 170:22
**younger** 152:15

**Z**
**Zoom** 1:11

**$**
**$10** 100:7
**$100** 13:15
**$15,000** 100:7

**0**
**0.5** 12:16
**0.6** 17:16

**1**
**1** 16:16 17:5,13,16 17:19 21:6 24:3 25:4 26:4 42:10 43:18,24,25 85:14

104:1,3 122:5 129:16
**1st** 22:24 51:4
**1,809** 155:17
**10** 7:11 26:11 105:6 105:6 183:5
**134** 45:7
**15** 1:13 44:20 45:5
**15th** 22:25
**15-year** 8:17,19 84:1
**165** 44:1
**18** 20:21
**1800** 156:1
**182** 44:1
**189,000** 51:19
**19** 7:9,10
**19-20** 20:13
**1900** 155:15,25

**2**
**2** 17:3,8 20:22 21:7 25:1,2 41:21 42:23 44:1 104:2 104:2 173:4
**2.6** 17:5
**2.9** 149:9
**20** 15:4 71:24 105:6 180:18
**2000** 90:11
**2011** 10:16
**2011-2012** 10:17
**2012** 88:15
**2013-14** 11:4
**2015** 12:1 15:15,16 16:14 23:22 24:8 71:24
**2016** 10:11,18
**2016-17** 12:14
**2017** 12:20,24
**2019** 7:7 16:17 24:24 71:24 178:13,17 180:19 180:21,23
**2020** 1:13 12:2 43:12 44:15

117:23
**2022** 10:11
**2024** 17:10 26:3 43:12,15 44:15
**21st** 87:1
**24** 7:20 71:25
**24/7** 183:11
**25** 53:20
**2500** 73:4
**27** 7:14
**27.4** 7:20
**274** 44:2
**279** 45:6
**29** 7:19

**3**
**3** 21:7 24:3 26:6 44:1 173:4 179:21
**3,000** 73:6
**3.0** 13:20 14:6 18:16 62:10 149:11,18
**3.25** 149:18
**3.4** 26:17 148:18 149:4
**3.5** 18:16 24:14 62:11 96:7,8 108:4,5,12,21 111:9 113:5 129:22,24 147:12 148:7 149:18 178:12
**3.5s** 112:25 113:14 113:17
**3.75** 149:19
**30** 122:1,2 182:12
**3355** 28:14
**338** 43:25
**35** 48:5
**350** 20:14
**37** 7:8,9

**4**
**4** 17:2 21:8 44:2 83:25
**4.0** 149:20

**415** 43:25
**42** 90:3
**45** 160:25
**453** 155:20
**467** 155:22
**480** 14:19 153:25
**486** 154:1 155:19

**5**
**5** 21:8 44:2
**500** 14:20 19:21 23:3 153:25 154:15,18,21 156:2 163:7
**504s** 76:23

**6**
**6** 17:7,13 24:4 25:1
**6/10ths** 26:8
**6:20** 125:25
**6:23** 126:8
**62** 20:20
**68** 20:23

**7**
**7** 16:13 17:2,3,18 26:5 49:22 183:6
**70** 20:16 21:10 41:20,24 42:14,15 42:16 99:15 100:14 130:23

**8**
**8** 16:8 25:2 26:7 183:6
**8th** 28:8 59:21 60:1 60:5 137:7 172:14 173:8,10 178:9 182:4
**89** 44:22 45:6

**9**
**9** 24:10 25:5
**9th** 61:19 173:12
**90** 126:1 132:20

