# Exhibit 16

**MINUTES**
**Fairfax County School Board**
**Virtual**

Work Session/**ELECTRONIC**                                                September 15, 2020

All Board members and Division staff participated electronically via Blackboard Collaborate Ultra due to the COVID-19 emergency and the Governor of Virginia's amended Order of the Governor and State Health Commissioner Declaration of Public Health Emergency, Order of Public Health Emergency One issued March 20; Executive Order Number 53: Temporary Restrictions On Restaurants, Recreational, Entertainment, Gatherings, Non-Essential Retail Businesses, And Closure Of K-12 Schools Due To Novel Coronavirus (Covid-19) issued March 23; Order of the Governor and State Health Commissioner Order of Public Health Emergency Two, issued March 25. Members of the public attended virtually via Public Access Channel 99 and at FCPS.EDU/TV.

### 1.01 Call to Order

Chair Anderson called the meeting to order at 10:02 a.m. with the following Board members present:

| | |
|---|---|
| Karen Corbett Sanders (Mt. Vernon) | Megan O. McLaughlin (Braddock) |
| Tamara Derenak Kaufax (Lee) | Melanie Meren (Hunter Mill) |
| Ricardy Anderson (Mason) | Abrar Omeish (At Large) |
| Laura Jane Cohen (Springfield; dept:11:48) | Stella Pekarsky (Sully) |
| Karl Frisch (Providence) | Rachna Sizemore Heizer (At Large;arr:10:05) |
| Karen Keys-Gamarra (At Large) | Elaine Tholen (Dranesville) |

Also present were Superintendent Scott Brabrand; Division Counsel John Foster and Clerk of the Board Ilene Muhlberg. Student Representative to the School Board, Nathan Onibudo was absent.

### 1.02 Closed Meeting

Ms. Derenak Kaufax moved, and Ms. Cohen seconded, to go into closed meeting to: 1) discuss personnel matters pursuant to Section 2.2-3711(A)(1), 2) discuss student records pursuant to Section 2.2-3711(A)(2), and 3) consult with legal counsel for matters pertaining to actual or probable litigation, where such consultation or briefing in open meeting would adversely affect the negotiating or litigating posture of the public body, and regarding specific legal matters requiring the provision of legal advice by such counsel, specifically personnel matters and student records, pursuant to Sections 2.2-3711(A)(7) and (8) of the Code of Virginia. The motion **passed 11-0-0:** Ms. Omeish, Ms. Pekarsky, Ms. Tholen, Ms. Derenak Kaufax, Mrs. Corbett Sanders, Ms. McLaughlin, Ms. Cohen, Mr. Frisch, Dr. Anderson, Ms. Keys-Gamarra, and Ms. Meren voted "aye;" Ms. Sizemore Heizer was not present for the vote.

The Board met in closed session from 10:02 a.m. to 12:28 p.m. and took a brief recess until 1:00 p.m.

Defendant's Exhibit
17

## FAIRFAX COUNTY SCHOOL BOARD

Work Session/**ELECTRONIC** September 15, 2020

**1.03  Certification of Closed Meeting Compliance** (Exhibit A)

Ms. Omeish moved, and Ms. Cohen seconded, that in order to comply with Section 2.2-3712 (D) of the Code of Virginia, it is necessary for the Board to certify that since the Fairfax County School Board convened a closed meeting on September 15, 2020 to the best of each member's knowledge, only public business matters lawfully exempted from open meeting requirements and only such public business matters as were identified in the motion convening the closed meeting were heard, discussed, or considered by the Board during the closed meeting. The motion **passed unanimously.**

## FORUM

**2.01  Forum** (Exhibit B)

Vice Chair Pekarsky called the meeting to order at 1:00 p.m. with the following Board Members present:

| | |
|---|---|
| Karen Corbett Sanders (Mt. Vernon) | Megan O. McLaughlin (Braddock) |
| Tamara Derenak Kaufax (Lee) | Melanie Meren (Hunter Mill) |
| Ricardy Anderson (Mason) | Abrar Omeish (At Large) |
| Laura Jane Cohen (Springfield) | Stella Pekarsky (Sully) |
| Karl Frisch (Providence) | Rachna Sizemore Heizer (At Large) |
| Karen Keys-Gamarra (At Large) | Elaine Tholen (Dranesville) |

Also present were Division Superintendent Scott Brabrand; Deputy Superintendent Frances Ivey; Deputy Executive Assistant and Deputy Clerk of the Board Anne Benedicto; Sloan J. Presidio, assistant superintendent, Instructional Services Department Kathleen Walts, executive director, Office of Professional Learning and Family Engagement; Leona Smith, director, Equity & Family Engagement; Noel Klimenko, director, Curriculum and Instruction; Nina Thomas, coordinator, Professional Development & Cultural Responsiveness; Colleen Eddy, coordinator, Social Studies Deborah March; specialist, Culturally Responsive Pedagogy; and certain other members of staff. The Student Representative to the School Board Nathan Onibudo was present.

**Topic: Public Engagement - School Board Committees (Standing Committees, Advisory Committees, Other (Sizemore Heizer and Meren)**

Advocacy: FCPS has several committees, task forces, and councils that help inform the work of the School Board Fairfax County. Attached is a list of current School Board committees, staff instructional/other committees, and Superintendent's Advisory Committees/Councils. These committees can more effectively contribute to student success and a caring culture when there are standard protocols for their work, regular reporting to the School Board, and consistent public engagement. The School Board relies on these committees and their appointed members to inform them of their work so it is important that there are clear guidelines in place.

The School Board's Advisory Committees and other internal committees provide a unique

**FAIRFAX COUNTY SCHOOL BOARD**

Work Session/**ELECTRONIC**                                         September 15, 2020

already existing structure to engage with the community, capitalize on community expertise, and hear community concerns that can help inform the work of the school board. However, many in the community have remarked that they are unfamiliar with the existence of these committees and it is unclear how well these committees engage the public in the course of their work.

We would like to suggest a work session to discuss with the board how the Public Engagement Committee (PEC) can enhance the current committee offerings.  As initial suggestions, the current PEC think the work session should discuss the current committee offerings, structure, and working norms to better engage with the community and ensure committees are meeting current system needs and addressing current issues. The goal would be to give direction to the PEC to increase Citizen Advisory Committee/council efficacy, quality of work product, community engagement and consistency by delineating working norms, procedures, and expectations. We suggest this work session include a review of the PEC meeting minutes of 5/19/2020 where a discussion on this topic took place.

Please also see attached documentation for more details regarding the suggested specifics to guide the work session and review.

There is a parallel forum topic being submitted regarding school board citizen participation at meetings and public hearings.

Discussion: The Board discussed that this topic would help inform the work of the Public Engagement Committee to better engage and serve the community, and considered bringing in representatives from the various advisory committees, surveying active members, and reviewing the average length of time citizens are serving on committees.

Consensus: The Board reached consensus to request that the Public Engagement Committee address the topic, using the background information on the topic provided by Ms. Meren and Ms. Sizemore Heizer, and bring recommendations to the full Board for consideration.

## **DISCUSSION**

**3.01   Anti-Racism and Anti-Bias Education Curriculum** (Exhibit C)

- Staff presented the draft goals & framework for anti-racism and anti-bias education and reviewed current FCPS curriculum revision projects with a focus on K-12 social studies, FCPS professional development actions.
- The Board discussed a need for a specific anti-racism and anti-bias policy, and how it could be incorporated in the strategic plan and professional development; the Board noted that FCPS needs to be a responsive system to reach all students with equity at the center while promoting a caring culture.

Ms. Keys-Gamarra moved, and Ms. Meren seconded, to direct the Governance Committee to draft an anti-racist, anti-bias policy for review by the whole Board.  The motion **passed unanimously.**

FAIRFAX COUNTY SCHOOL BOARD

Work Session/**ELECTRONIC**                                                                 September 15, 2020

<u>Dr. Anderson moved, and Ms. Meren seconded, to direct the Governance Committee to review the controversial issues policy.  The motion **passed unanimously.**</u>

- Consensus was reached on the following next steps:
  - Budget request to fully implement.
  - How will SB be updated?
  - Guidance for how staff will be handled when racist materials are presented in the classroom.
  - How to engage parents and stakeholders in conversations and updates.
  - How to address issues of anti-racism and expanding curriculum to be more representative of our community in earlier grades.
  - Explore embedding metrics about anti-bias and anti-racist curriculum in our strategic report around student achievement and caring culture reporting as well as in school improvement plans.
  - Embed intentional lessons on defining cultural broadly to include all ways we are diverse.
  - Explore intentionally including neurodiversity in our anti-bias work.

3.02   **Thomas Jefferson High School for Science and Technology (TJHSST) Admissions (Exhibit D)**

- Staff presented an update on the effort for continuous improvement for the TJHSST admission process, including the current admission process and the proposed changes for future admission process.
- The Board discussed the MS level and the AAP centers, including qualification for these centers.
- The Board discussed the specifics of the merit lottery process; and the need for equity across all regions; and clarified the remediation process for students.
- Consensus was reached on the following next steps:
  - Review of middle school offerings, i.e. algebra courses and STEM programming by region and school;
  - Committee/mechanism to address climate at TJ?;
  - Request further delay for submission of plan to state until after our SB discussion on Oct 8th to allow for public engagement and follow up on next steps;
  - Review current STEM offerings at high schools and explore budget priorities to expand STEM programming and options at our schools based on the review;
  - Explore a two-pronged approach;
  - Evaluate the merits of a school-based or pyramid recruitment approach in place of one based on region, to be updated annually, based on enrollment;
  - Include a commitment to provide a letter or use an alternate tool/strategy to mitigate the opt-in bias issue;
  - Outline the priorities of the TJ Admissions Office after the admissions process is changed;
  - Identify budget priorities that reflect increased TJ access as well as consistent middle school programming to strengthen the pipeline;
  - Explore how to address cultural bias that may exist regarding traditionally underrepresented groups;

**FAIRFAX COUNTY SCHOOL BOARD**

Work Session/**ELECTRONIC**                                                  September 15, 2020

- Data regarding diversity of applicant pool and how to increase diversity of applicant pool;
- Explore outreach efforts to build diversity of applicant pool;
- Explore additional magnet high schools;
- Commit to a strategic plan to address long standing issues affecting diversity and equity in AAP including frontloading of math and science curriculum and fidelity of implementation of Young Scholars across schools and AARTs in all schools;
- Explore adding a problem solving question on the student information sheet;
- Explore utilizing a weighted GPA;
- Community outreach and communication plan;
- By Oct 8th - clearer information on application process, problem solving on student info sheet and holistic review of courses taken by student, including math and science courses as part of the admissions process;
- Availability of advanced math and science across all ES schools;
- Work sessions and Board committee to address ongoing TJ concerns including looking at historical documents;
- Outline possible support for admittees this summer;
- Programming and capacity issues at base high schools that might be impacted by TJ admissions process change;
- Look at pros and cons of governor schools versus academies to address equity and access to advanced learning opportunities including ability to serve the area in which the school resides;
- Summary crosswalk/analysis of the 5 schools' admissions process in the appendix;
- Provide the numbers & percentage of applicants of 3.5 unweighted GPA vs weighted GPA for the 2019 Admissions Class;
- Provide the application numbers for each middle school for the 2019 Admissions Class;
- Need applicant demographics for 2019 admission class--pool applied, pool accepted, and pool enrolled; and
- Process for regular review and analysis and adjustment of changes.

The meeting was adjourned at 7:27 p.m.

_____
Chairman of the Board

_____
Clerk of the Board