# Exhibit 19

# Tuesday, October 6, 2020
# Electronic Work Session

All Board members will participate electronically due to the COVID-19 emergency.
Members of the public are welcome to attend virtually at https://www.fcps.edu/tv/ch99 or click the "video" button above.
6:30 p.m.

## 1. Closed Meeting - 5 p.m.

| | |
|---|---|
| **Subject** | **1.01 Closed Meeting - [When required for matters permitted by law]** |
| Meeting | Oct 6, 2020 - Electronic Work Session |
| Category | 1. Closed Meeting - 5 p.m. |
| Type | Action |

The Board will now make a motion to go into closed meeting to consult with legal counsel regarding specific legal matters requiring the provision of legal advice by such counsel, pursuant to Va. Code Section 2.2-3711(A)(7).

| | |
|---|---|
| **Subject** | **1.02 Certification of Closed Meeting Compliance** |
| Meeting | Oct 6, 2020 - Electronic Work Session |
| Category | 1. Closed Meeting - 5 p.m. |
| Type | |

In order to comply with Section 2.2-3712 (D) of the Code of Virginia, it is necessary for the Board to certify that since the Fairfax County School Board convened a closed meeting on October 6, 20210, to the best of each member's knowledge, only public business matters lawfully exempted from open meeting requirements and only such public business matters as were identified in the motion convening the closed meeting were heard, discussed, or considered by the Board during the closed meeting.

| | |
|---|---|
| **Subject** | **1.03 Confirmation of Action Taken in Closed Meeting** |
| Meeting | Oct 6, 2020 - Electronic Work Session |
| Category | 1. Closed Meeting - 5 p.m. |
| Type | |

This is the portion of the meeting where the Board will confirm any action regarding issues that were discussed in the closed meeting. These issues may include action taken regarding student disciplinary matters. Board members have discussed each individual case, and at this time will make several motions to confirm the recommended action.

## 2. TJ Admissions - 6:30 p.m.

| | |
|---|---|
| **Subject** | **2.01 Call to order and announcements, Ricardy Anderson and Stella Pekarsky, Meeting Managers** |
| Meeting | Oct 6, 2020 - Electronic Work Session |
| Category | 2. TJ Admissions - 6:30 p.m. |
| Type | |

Defendant's Exhibit
39

| | |
|---|---|
| **Subject** | **2.02 TJ Admissions** |
| Meeting | Oct 6, 2020 - Electronic Work Session |
| Category | 2. TJ Admissions - 6:30 p.m. |
| Type | |

**Subject:** Thomas Jefferson High School for Science and Technology (TJHSST) Admissions

**Staff Contact:** Scott Brabrand, Superintendent, Fairfax County Public Schools

**Other Staff Present:** Marty Smith, chief operating officer
Fabio Zuluaga, assistant superintendent, Region
Ann Bonitatibus, principal, TJHSST
Jeremy Shughart, director of admissions, TJHSST

**Meeting Category:** October 6, 2020 – Work Session

**School Board Action Required:** Information and Consensus

**Key Points:** Today's presentation will provide an update to the September 15, 2020, work session on the effort of continuous improvement of the Admissions Process for TJHSST. The presentation will provide information regarding the current admissions process and proposed changes for future admissions processes.

**Attachments:**
TJHSST Admissions Revised Proposal
Next Steps Responses

> File Attachments
> TJHSST Admissions Revised Proposal for Posting 10.6.2020.pdf (599 KB)
> Next Step Responses.pdf (439 KB)

## 3. Meeting Information

| | |
|---|---|
| **Subject** | **3.01 Minutes** |
| Meeting | Oct 6, 2020 - Electronic Work Session |
| Category | 3. Meeting Information |
| Type | |

> File Attachments
> 10-06-20 EWS FINAL.pdf (264 KB)