# Exhibit 21

Message

| | |
|---|---|
| From: | Pekarsky, Stella G (School Board Member) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=07D7CE498D5549FAAEDC2C42AB1C28D7-PEKARSKY, S] |
| Sent: | 10/5/2020 2:20:23 AM |
| To: | Corbett Sanders, Karen (School Board Member) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=471dcb5b040f4abf87cf766d8c2e931f-Corbett San] |
| Subject: | Re: TJ Admissions Proposal 2 My comments are very rough draft, let me know what you think |

Send! Let's see what feedback people give. I am highly supportive of increasing the enrollment.

Stella Pekarsky
Sully District Representative
Fairfax County School Board


DISCLAIMER:
Please be aware that correspondence with School Board members is subject to the Virginia Freedom of Information Act (FOIA). This means that your correspondence may be made public if (1) it deals with FCPS business and (2) someone requests it. Only a few topics are exempt from disclosure such as information about identifiable students and personnel information about individual employees.

---

**From:** Corbett Sanders, Karen (School Board Member) <klcorbettsan@fcps.edu>
**Sent:** Sunday, October 4, 2020 4:42:54 PM
**To:** Pekarsky, Stella G (School Board Member) <sgpekarsky@fcps.edu>
**Subject:** Fwd: TJ Admissions Proposal 2 My comments are very rough draft, let me know what you think

Sent from my iPhone

Begin forwarded message:

> **From:** "Corbett Sanders, Karen (School Board Member)" <klcorbettsan@fcps.edu>
> **Date:** October 4, 2020 at 3:58:00 PM EDT
> **To:** "Anderson, Ricardy J (School Board Member)" <rjanderson@fcps.edu>
> **Subject: FW: TJ Admissions Proposal 2 My comments are very rough draft, let me know what you think**
>
> Colleagues,
>
> We are all getting numerous emails re: TJ Admissions. I would like to re-center our discussion for this week so that we can achieve what must be done to submit a plan to the Governor which establishes the goal of ensuring that TJHSST will be a premier high school specializing in science and technology, inspiring a student body, that reflects the community it serves, to solve the most challenging problems faced by our society.
>
> 1) All agree on the elimination of the test and application fees.
> 2) Postpone the admissions process for the class of 2025 until the end of January 2021.
> 3) Agree on an approach that looks at the admission's pool by middle school. This is consistent with how many universities look at admissions and identify qualified applicants by school.

Defendant's Exhibit 36

4) Agree that there will be a merit based approach to the admission's process which will focus on aptitude and allow for "bonus" points to be offered based on criteria such as FRM status.
5) Require the superintendent to bring back to the board in December, a proposal on how merit and aptitude will be assessed.
6) Require the superintendent to bring back to the board a proposal on the number of set aside seats to one in line with the percentage of highly gifted students nationally.

On a separate note, I would like us to consider expanding the number of students offered admissions. TJ is currently at 84% capacity with a plan to go 86%. Suggest that rather than limiting the class to 500, a capacity of 50 more in the admissions class would bring the enrollment in line with other schools.

I will also be offering a follow on amendment with Stella Pekarsky to establish a regional governing board with proportionate representation from the regions the school serves.

Karen Corbett Sanders
Mt. Vernon District Representative
Fairfax County School Board
Tel.: 571-279-7923

*Please be aware that correspondence with School Board members is subject to the Virginia Freedom of Information Act. This means that your correspondence may be made public if (1) it deals with FCPS business and (2) someone requests it--even if you have asked that your message be kept confidential. Only a few topics are exempt from the disclosure requirement, such as information about identifiable students, and personnel information about individual employees.*