# Exhibit 22

**MINUTES**
**Fairfax County School Board**
**Virtual**

Work Session\\**ELECTRONIC**                                                                                                October 6, 2020

All Board members and Division staff participated electronically via Blackboard Collaborate Ultra due to the COVID-19 emergency and the Governor of Virginia's amended Order of the Governor and State Health Commissioner Declaration of Public Health Emergency, Order of Public Health Emergency One issued March 20; Executive Order Number 53: Temporary Restrictions On Restaurants, Recreational, Entertainment, Gatherings, Non-Essential Retail Businesses, And Closure Of K-12 Schools Due To Novel Coronavirus (Covid-19) issued March 23,; Order of the Governor and State Health Commissioner Order of Public Health Emergency Two, issued March 25. Members of the public attended virtually via Public Access Channel 99 and at FCPS.EDU/TV.

1. **CLOSED MEETING**

    <u>Ms. Tholen moved, and Ms. Sizemore-Heizer seconded, that the Board go into closed meeting to consult with legal counsel regarding specific legal matters requiring the provision of legal advice by such counsel pursuant to Section 2.2-3711(A)(7) and (A)(8) of the Code of Virginia, specifically, admissions processes. The motion **passed 11-0-1**: Ms. Pekarsky, Ms. Tholen, Ms. Derenak Kaufax, Mrs. Corbett Sanders, Ms. McLaughlin, Ms. Cohen, Mr. Frisch, Dr. Anderson, Ms. Keys-Gamarra; Ms. Meren and Ms. Sizemore Heizer voted "aye"; Ms. Omeish abstained from the vote.</u>

    The Board met in closed session from 5:00 p.m. to 7:15 p.m.

2. **RECESS**

    The Board took a brief recess from 7:15 p.m. to 7:25 p.m.

3. **WORK SESSION**

    Chair Anderson called the meeting to order at 7:25 p.m. with the following Board members present:

    | | |
    |---|---|
    | Karen Corbett Sanders (Mt. Vernon) | Megan O. McLaughlin (Braddock) |
    | Tamara Derenak Kaufax (Lee) | Melanie Meren (Hunter Mill; dept.11:44) |
    | Ricardy Anderson (Mason) | Abrar Omeish (At Large) |
    | Laura Jane Cohen (Springfield) | Stella Pekarsky (Sully) |
    | Karl Frisch (Providence) | Rachna Sizemore Heizer (At Large) |
    | Karen Keys-Gamarra (At Large) | Elaine Tholen (Dranesville) |

    Also present were Division Superintendent Scott Brabrand; Deputy Superintendent Frances Ivey; Clerk of the Board Ilene Muhlberg; Deputy Clerk of the Board Beverly Madeja; Chief Operating Officer Marty Smith; Division Counsel John Foster; Regional Assistant Superintendent Fabio Zuluaga, Principal of Thomas Jefferson High School for Science and Technology (TJHSST) Ann Bonitatibus; Director of Admissions TJHSST Jeremy Shughart; and certain other members of staff. Student Representative Nathan Onibudo was absent.

Defendant's Exhibit

40

**3.01 Certification of Closed Meeting Compliance** (Exhibit A)

Ms. Omeish moved, and Ms. Cohen seconded, that in order to comply with Section 2.2-3712 (D) of the Code of Virginia, it is necessary for the Board to certify that since the Fairfax County School Board convened a closed meeting on October 6, 2020, to the best of each member's knowledge, only public business matters lawfully exempted from open meeting requirements and only such public business matters as were identified in the motion convening the closed meeting were heard, discussed, or considered by the Board during the closed meeting. The motion **passed 11-0-0:** Ms. Pekarsky, Ms. Tholen, Mrs. Corbett Sanders, Ms. McLaughlin, Ms. Cohen, Mr. Frisch, Dr. Anderson, Ms. Keys-Gamarra, Ms. Meren, Ms. Omeish, and Ms. Sizemore Heizer voted "aye"; Ms. Derenak Kaufax was not present for the vote.

**3.02 Thomas Jefferson High School for Science and Technology (TJHSST) Admissions** (Exhibit B)

- Staff presented the revised merit lottery proposal and addressed changes made from the original proposal on September 15, 2020.
- The Board discussed the need for accountability, use of best practices and yearly evaluations of any changes made to the TJHSST admissions processes, maintaining TJHSST's academic rigor, the Young Scholars Program, expanding STEM opportunities and considered creating a regional governing board for TJHSST.
- The Board requested a statistical review of the changed admission process by middle school, by region, and by pyramid.

The Board considered eliminating the admissions test as described by the Superintendent. The proposal was **approved unanimously, in a vote of 12-0-0**.

The Board considered removing the application fee described by the Superintendent. The proposal was **approved unanimously, in a vote of 12-0-0**

The Board considered supporting a capacity increase at TJ to be more comparable with other schools in the division. The proposal was **approved unanimously, in a vote of 12-0-0.**

The Board considered a proposal to agree that there will be a merit based approach to the admissions process which will focus on the whole student, aptitude and take into account a student's access to opportunity to Include FRM, and inclusion in under-represented populations. The proposal **was not approved in a vote of 5-1-6**: Mrs. Corbett Sanders, Ms. McLaughlin, Ms. Sizemore Heizer, Ms. Derenak Kaufax, and Ms. Pekarsky voted "aye"; Dr. Anderson voted "no"; Ms. Cohen, Ms. Meren, Mr. Frisch, Ms. Tholen, Ms. Omeish, and Ms. Keys-Gamarra abstained from the vote.

The Board considered a proposal to establish the initiation of the admissions process timeline for the class of 2025 to begin no later than the end of January 2021 with the Superintendent bringing back to the Board no later than December the proposals necessary to accomplish those goals. The proposal was **approved with a vote of 11-0-1**: Ms. Pekarsky, Ms. Tholen, Ms. Derenak Kaufax, Mrs. Corbett Sanders, Ms. McLaughlin, Ms. Cohen, Mr. Frisch, Dr. Anderson, Ms. Keys-Gamarra, Ms. Omeish, and Ms. Sizemore Heizer voted "aye"; Ms. Meren abstained from the vote.

The Board considered a proposal to require the Superintendent to bring to the board the annual diversity plan prior to submitting it to the State. The Plan shall state that the goal is to have TJ's demographics represent the NOVA region. The plan shall include actions detailing how outreach and supports will be extended to increase applications from underserved populations The proposal was **approved with a vote of 11-0-1**: Ms. Pekarsky, Ms. Tholen, Ms. Derenak Kaufax, Mrs. Corbett Sanders, Ms. McLaughlin, Ms. Cohen, Mr. Frisch, Dr. Anderson, Ms. Keys-Gamarra, Ms. Omeish, and Ms. Sizemore Heizer voted "aye"; Ms. Meren abstained from the vote.

The Board considered a proposal to agree on an approach that looks at the admission's pool by pyramid/middle school. This is consistent with how many universities look at admissions and identify qualified applicants by school. The proposal was **approved with a vote of 10-0-2**: Ms. Pekarsky, Ms. Tholen, Ms. Derenak Kaufax, Mrs. Corbett Sanders, Ms. McLaughlin, Ms. Cohen, Mr. Frisch, Dr. Anderson, Ms. Keys-Gamarra, and Ms. Sizemore Heizer voted "aye"; Ms. Meren and Ms. Omeish abstained from the vote.

The Board considered a proposal to request that the Superintendent provide models that examines lottery and non-lottery option. The proposal was **approved with a vote of 11-0-0**: Ms. Pekarsky, Ms. Tholen, Ms. Derenak Kaufax, Mrs. Corbett Sanders, Ms. McLaughlin, Ms. Cohen, Mr. Frisch, Dr. Anderson, Ms. Keys-Gamarra, Ms. Omeish, and Ms. Sizemore Heizer voted "aye"; Ms. Meren was not present for the vote.

The Board considered a proposal to table discussion on the following next steps until Chair's meeting on October 13, 2020 with Board members submitting final next steps by 9:00 a.m. on October 13, 2020. The proposal was **approved with a vote of 9-1-1**: Ms. Pekarsky, Ms. Tholen, Mrs. Corbett Sanders, Ms. McLaughlin, Ms. Cohen, Mr. Frisch, Dr. Anderson, Ms. Keys-Gamarra, and Ms. Sizemore Heizer voted "aye"; Ms. Derenak Kaufax voted "no"; Ms. Omeish abstained from the vote; Ms. Meren was not present for the vote.

- Investigate the impact of a pyramid/middle school approach to the allocation.
- Confirm in our plan submitted to the state that we will not have the admissions test for TJHSST. Establish goal to have TJ's demographics represent the NOVA region, by extending outreach and supports to increase applications from underserved populations. Expand the admissions to align with program capacity, e.g. 50 more seats.
- Discuss how to determine the "highest qualified" when the pool is already selected by merit. What are the numbers (100 versus normed to gifted in the population as a whole)?
- Please provide a description of outreach that is designed to reach identified populations within FCPS.
- Please identify accountability measures and metrics of diversity goals, as well as the proposed method of monitoring same.
- State plan requires a plan for diversity of staff as well. What is the current status of diversity in the staff? What are the goals for diversity? And what is the plan to achieve it?
- Examine the possibility of opt-out lottery selection in place of opt-in and share relevant considerations.
- Do an analysis of the ramifications to our base high schools given a new TJ admissions process. This data driven research will include both an analysis of increased student enrollment at the high schools and the need for additional courses in advanced math,

  science, and computer programming such as: differential equations, probability theory, quantum physics, machine learning, post AP courses, etc.
- Update statistical modeling for Dr. Brabrand's two merit lottery plans – factor in what an increased TJ student body would do to these projections. Conduct statistical modeling of what the merit lottery or "holistic" review would mean for admissions numbers when using the middle school approach.
- Provide a summary of previous attempts to improve the process and results.
- Bring to the Board a holistic admissions approach that does not contain a lottery as an option for the Board to consider as an alternative plan.
- Provide the past 5–10 years of the recalculated Core GPA data and STEM GPA (broken out by decile) for all FCPS TJ Applicants, Semi-finalists, and Accepted Students.
- Provide the past 5–10 years of Algebra 1 (or higher Math) data for FCPS TJ Applicants, Semi-finalists, and Accepted students.
- Provide the past 5–10 years of data results related to Young Scholars (and LIFT) Applicants, Semi-finalists, and Accepted students.

The meeting adjourned at 11:53 p.m.

_____
Chairman of the Board

_____
Clerk of the Board