# Exhibit 23

_____

FAIRFAX COUNTY PUBLIC SCHOOLS :
                                   :
                                   :
WORK SESSION:                 :
COMMITTEE REPORTS             :
                                   :
OCTOBER 6TH, 2020             :
                                   :

_____


TRANSCRIPTION OF VIDEO/AUDIO RECORDING OF
FCPS WORK SESSION HELD ON
TUESDAY, OCTOBER 6, 2020




OFFICIAL COURT REPORTER:  SAMANDA J. RIOS
COMPUTER-AIDED TRANSCRIPTION OF STENO TYPE NOTES



```
                                                   Page 2

 1                         MADAM CHAIR:  Okay.  11:18a

 2                         We're just at 7:25 and we are 11:18a

 3          hoping to begin soon.  Before we start our 11:18a

 4          work session, I will now like to have roll 11:18a

 5          call to ensure that all of our school board 11:18a

 6          members are with us.11:18a

 7                         Ms. McLaughlin?  Ms. Meren?  11:18a

 8          Ms. Sizemore-Heizer? 11:18a

 9                         BOARD MEMBER:  I'm here.11:18a

10                         MADAM CHAIR:  Thank you.11:18a

11                         Ms. Tholen?  11:18a

12                         BOARD MEMBER:  I'm here.  11:18a

13          Thank you.11:18a

14                         MADAM CHAIR:  Ms. Derenak-11:18a

15          Kaufax?  Ms. Corbett-Sanders?  11:18a

16                         BOARD MEMBER:  Glad to be 11:18a

17          here.11:18a

18                         MADAM CHAIR:  Ms. Keys-11:18a

19          Gamarra?  Ms. Pekarsky? 11:18a

20                         BOARD MEMBER:  I am here.11:18a

21                         MADAM CHAIR:  Ms. Omeish?  11:18a

22          Ms. Cohen?  Mr. Frisch?  11:19a

23                         BOARD MEMBER:  I'm here.11:19a

24                         MADAM CHAIR:  Thank you.  11:19a
```


MAGNA
LEGAL SERVICES

Page 3

```
 1                    Ms. McLaughlin?  11:19a

 2                    BOARD MEMBER:  I already said 11:19a

 3           yes.11:19a

 4                    MADAM CHAIR:  Oh, thank you.  11:19a

 5           I missed you the first time around, I 11:19a

 6           apologize.11:19a

 7                    Ms. Meren?  Ms. Derenak-11:19a

 8           Kaufax?  Ms. Keys-Gamarra?  Ms. Omeish?  11:19a

 9           Ms. Cohen?  11:19a

10                    BOARD MEMBER:  Here.11:19a

11                    MADAM CHAIR:  Okay.  11:19a

12                    We're missing three folks, but 11:19a

13           it is time and we do have quorum so we are 11:19a

14           going to go ahead and get started.  The 11:19a

15           motion convene closed -- I'm sorry, to 11:19a

16           certify closed.  11:20a

17                    Certification -- in order to 11:20a

18           comply with Section 2.2-3712D of the code of 11:20a

19           Virginia, it is necessary for the board to 11:20a

20           certify that the Fairfax County School Board 11:20a

21           convened a closed meeting on October 6th, 11:20a

22           2020, to the best of each members knowledge 11:20a

23           only public business matters lawfully 11:20a

24           exempted from open meeting requirements and 11:20a
```



Page 4

1          only such public business matters as were 11:20a

2          identified in the motion convening the 11:20a

3          closed meetings that were heard, discussed 11:20a

4          or considered by the board during the closed 11:20a

5          meeting.11:20a

6                    We have someone to move the 11:20a

7          motion?  11:20a

8                    Thank you, Ms. Omeish.  11:32a

9          Seconded by Ms. Cohen.  11:32a

10                    All in favor?  11:32a

11                    We have Ms. Omeish, Ms. Cohen, 11:32a

12          Ms. Corbett-Sanders, Ms. Sizemore-Heizer, 11:32a

13          Ms. Meren, Ms. Tholen, Ms. Keys-Gamarra, 11:33a

14          Ms. McLaughlin, Mr. Frisch, Ms. Pekarsky and 11:33a

15          myself.  Thank you.  11:33a

16                    Are there any nos?  Please 11:33a

17          lower your hands if you voted.  11:33a

18                    Ms. McLaughlin, I believe you 11:33a

19          already voted.  Thank you.  11:33a

20                    Anybody abstaining?  Thank 11:33a

21          you.  11:33a

22                    At this point we will begin 11:33a

23          with our work session.  I will turn -- 11:33a

24          Ms. Pekarsky and I will be serving as 11:33a



Page 5

```
 1              meeting managers.  We'll be toggling back 11:33a
 2              and forth a little bit with this.  But we 11:33a
 3              will start with Dr. Brabrand because we are 11:33a
 4              very mindful of our time.  We do apologize 11:34a
 5              for anybody -- for everyone who were waiting 11:34a
 6              for us as we came out of our closed session.11:34a
 7                      Dr. Brabrand, please go ahead.11:34a
 8                      DR. BRABRAND:  Thank you, 11:34a
 9              Chairman Anderson and members of the Fairfax 11:34a
10              School Board to Fairfax County Schools 11:34a
11              Community.  Thank you for giving me the 11:34a
12              opportunity to be here tonight and talk 11:34a
13              about our merit lottery proposal and some of 11:34a
14              the additional revisions that we have for 11:34a
15              you this evening.11:34a
16                      I'm joined by our chief 11:34a
17              operating officer, Marty Smith, and our 11:34a
18              director of TJ, Mr. Jeremy Shughart, and 11:34a
19              they will be working with me this evening 11:34a
20              for the presentation.11:34a
21                      If we could have the folks put 11:34a
22              up the presentation we'll get started.11:34a
23                      MR. SMITH:  And Dr. Braven and 11:34a
24              Dr. Bonitatibus is with us as well.11:34a
```



```
                                                    Page  6
  1                    DR. BRABRAND:  Thank you so 11:34a

  2          much, Mr. Smith.  I had forgotten to include 11:34a

  3          Dr. Bonitatibus who is the principal at TJ.  11:35a

  4          Thank you for joining us for the 11:35a

  5          presentation.11:35a

  6                    If we can go to the next line, 11:35a

  7          I want to go over the agenda very briefly.  11:35a

  8          We're going to talk tonight, we can go to 11:35a

  9          the next line, about the background, the 11:35a

 10          original merit lottery proposal that I 11:35a

 11          shared just a bit ago, the revised merit 11:35a

 12          lottery proposal that I have for you tonight 11:35a

 13          and I have both of them on the table for 11:35a

 14          your review.  I also want to talk about the 11:35a

 15          student outreach plan and our caring culture 11:35a

 16          supports.11:35a

 17                    If we look at background, I 11:35a

 18          just want to remind folks in our community 11:35a

 19          and our board, the mission of Thomas 11:35a

 20          Jefferson High School for Science and 11:35a

 21          Technology is to provide students with a 11:35a

 22          challenging learning environment, focused on 11:35a

 23          math, science and technology to inspire joy 11:35a

 24          as a prospect of discovery.  It's a prospect 11:35a
```



Page 7

```
1           of the culture of innovation based on 11:35a
2           ethical behavior and the shared interest of 11:35a
3           demand.  11:36a
4                 This is a broad based 11:36a
5           background and it reflects the -- really the 11:36a
6           original mission from TJ in 1985, which was 11:36a
7           around designing an exemplary and unique 11:36a
8           high school program, superior preparation 11:36a
9           for access to lead to a mission and other 11:36a
10          post-secondary opportunities.  And to really 11:36a
11          enhance opportunities for students to get 11:36a
12          advanced skills in science and high 11:36a
13          technologies specialties.  11:36a
14                In 1985, that was the vision 11:36a
15          and its been a vision to bring joy to 11:36a
16          challenge students.  But if we go to the 11:36a
17          next slide we can see that over the last 11:36a
18          years, really over a decade, we are seeing 11:36a
19          continued flat applicants for our African 11:36a
20          American and Hispanic students and we're are 11:36a
21          seeing even declining applicants among our 11:36a
22          White students.  Offers continue to go and 11:36a
23          the gaps continue to grow over time from the 11:37a
24          applicant pool to the offer pool.11:37a
```



Page 8

1                      Looking at that history, 11:37a

2          looking at the fact that we made multiple 11:37a

3          attempts through different superintendents 11:37a

4          and school boards to make a change, I 11:37a

5          brought an original merit lottery proposal 11:37a

6          to you back on September 15th, and brought 11:37a

7          it to remind everyone this evening in the 11:37a

8          community that this is a merit-based lottery 11:37a

9          proposal.11:37a

10                     You know, the reality is we 11:37a

11         are looking and we looked in the merit 11:37a

12         lottery proposal at upping the GPA from 3.0 11:37a

13         to 3.5 and continuing to have a set of 11:37a

14         assessments to make sure that our kids would 11:37a

15         be of merit and have the merit necessary to 11:37a

16         be successful at TJ.11:37a

17                     Then after determining that 11:37a

18         they were meritorious, we would initiate a 11:38a

19         lottery.  I want to remind folks, too, that 11:38a

20         we've had lotteries in Fairfax County public 11:38a

21         schools for decades.  We have a lottery for 11:38a

22         our elementary students to do foreign 11:38a

23         language immersion, which is another 11:38a

24         specialty program that give kids a unique 11:38a



Page 9

1         and spectacular experience.  It's been good 11:38a

2         for our elementary kids and a lottery could 11:38a

3         be good for high school kids as well.11:38a

4                   I want to remind folks that 11:38a

5         this original merit lottery was part of 11:38a

6         ideas from FCPS employees, including our TJ 11:38a

7         admissions, our regions, constructional 11:38a

8         services, including our advance academics 11:38a

9         office, middle school principals and the 11:38a

10        principal of TJ looking at this, reviewing 11:38a

11        this proposal as we reviewed lottery systems 11:38a

12        in other magnet schools.  And we mentioned 11:38a

13        those and referenced those earlier before 11:38a

14        and we'll have them referenced in the next 11:39a

15        steps.11:39a

16                  I want to share with you, 11:39a

17        again, the elements of the original merit 11:39a

18        lottery proposal.  A merit lottery proposal 11:39a

19        had the application requirements of a 3.5 11:39a

20        GPA in algebra, also the filling out of the 11:39a

21        student portrait sheet to include a 11:39a

22        questionnaire and a problem solving 11:39a

23        demonstration.  And then when we determined 11:39a

24        those kids of merit, then we would apply a 11:39a



Page 10

1           merit lottery to all applicants.  Five-11:39a

2           hundred total seats, 70 percent for FCPS and 11:39a

3           30 percent for the other regions.11:39a

4                   The goal of the merit lottery 11:39a

5           is to bring the diversity of TJ closer to 11:39a

6           FCPS adversity.  And the goal of the merit 11:39a

7           lottery is to encourage under represented 11:39a

8           students who maybe believed before they 11:39a

9           never had a shot at TJ, that now they could 11:39a

10          and should apply and they'll have an equal 11:39a

11          opportunity along with other students of 11:39a

12          merit to become a part of the teaching 11:40a

13          family.  11:40a

14                   This process that we share 11:40a

15          keeps rigger in the application while 11:40a

16          eliminating the testing component that 11:40a

17          squeeze out talent and squeeze out diversity 11:40a

18          in our system.11:40a

19                   There are other ways beyond 11:40a

20          the tests to be sure that we can support 11:40a

21          making sure students can be successful at 11:40a

22          TJ.  The benefit of this lottery, too, is 11:40a

23          that students and parents would no longer 11:40a

24          have to spend their time or money on test 11:40a



Page 11

1    preparation.  We also eliminated the teacher 11:40a

2    recommendation responding to the AAP student 11:40a

3    knowing that teacher recommendations can 11:40a

4    exacerbate disproportionality.11:40a

5                I want to just remind folks 11:40a

6    here as we do this process that we hire for 11:40a

7    the problem solving survey part experienced 11:40a

8    test writers and content experts to develop 11:41a

9    our questions and essay response.  And we 11:41a

10   have a rubric model that's designed so that 11:41a

11   our evaluators can properly assess that 11:41a

12   work.  And during the training that we've 11:41a

13   done for years our evaluators have and will 11:41a

14   continue to get deep training on how to make 11:41a

15   sure that there is good interrater 11:41a

16   reliability.11:41a

17                The advantages, again, to the 11:41a

18   merit lottery are statistically should 11:41a

19   provide the greater increase and admittance 11:41a

20   for unrepresented groups among the two 11:41a

21   proposals, one again we'll show to you in a 11:41a

22   moment.  It also provides the greater 11:41a

23   diversity for FCPS students.11:41a

24                Some concerns, some had shared 11:41a



Page 12

1          this may statistically may prevent some top 11:41a

2          performers from gaining entry into TJ, that 11:41a

3          the region representation is not 11:41a

4          proportional to student enrollment and 11:41a

5          introduces the most change to the process 11:41a

6          among the two proposals.11:41a

7                    Again, often it is part of 11:42a

8          your prospective taking whether the 11:42a

9          advantage or the concern as we have shared 11:42a

10         that for you.  I'm going to let Jeremy spend 11:42a

11         just a moment explaining the proportional 11:42a

12         representation piece that we recommend or 11:42a

13         recommended in the original lottery.11:42a

14                    Jeremy?  11:42a

15                    MR. SHUGHART:  Yeah, if you 11:42a

16         can go to the next slide, please.  11:42a

17                    So one of the adjustments that 11:42a

18         we made in terms of proportional 11:42a

19         representation for Fairfax County in the 11:42a

20         original proposal the regions and the 11:42a

21         regional pathways were set at 70 students 11:42a

22         per region.  When we went back and 11:42a

23         reevaluated this, we evaluated this based 11:42a

24         upon student enrollment in the schools that 11:42a



Page 13

```
 1          were in those regions.  So this accounted 11:42a
 2          for the increase or the larger size of some 11:42a
 3          schools, it accounted for six schools in 11:43a
 4          region 2 opposed to five schools in the 11:43a
 5          other regions.  11:43a
 6                    And so what we did was we went 11:43a
 7          through and we looked at proportionality 11:43a
 8          within those regions and applied that to the 11:43a
 9          350 students that were in Fairfax County so 11:43a
10          you can see there's an updated number for 11:43a
11          each of the region listed here for Fairfax.  11:43a
12          This did not change the proportionality for 11:43a
13          our participating jurisdiction of Louden, 11:43a
14          Arlington, Falls Church and Prince William.  11:43a
15          And that was based upon a 70 percent, 30 11:43a
16          percent model.  Where 70 percent of the 11:43a
17          students would be coming from Fairfax County 11:43a
18          and 30 percent of the student would be 11:43a
19          coming from participating jurisdictions.  11:43a
20                    And that also for the 11:43a
21          participating jurisdictions is based upon 11:43a
22          the student enrollment in those divisions 11:43a
23          and that is how those seats were allocated 11:43a
24          to their proportion of the overall number of 11:43a
```



Page 14

1          students being admitted to TJ.11:44a

2                       If you can go to the next 11:44a

3          slide.11:44a

4                       MR. SMITH:  Good evening, 11:44a

5          madam chair and good evening to the board.  11:44a

6          I want to talk a little bit about the 11:44a

7          holistic review.  And so the first few 11:44a

8          bullets review to the original proposal and 11:44a

9          the last bullet will be a precursor of what 11:44a

10         we'll be talking with the revised proposal.  11:44a

11                      To be accepted in the merit 11:44a

12         lottery students would need to meet the 11:44a

13         minimum requirements and then be randomly 11:44a

14         selected within their pathway.  11:44a

15                      Again, that pathway is based 11:44a

16         on the current demographic or current makeup 11:44a

17         of TJ based on Fairfax County and our 11:44a

18         ascending jurisdictions of 70/30 breakdown.  11:44a

19         The second bullet talks about the student 11:44a

20         portrait sheet.  It was referred to as the 11:44a

21         student information sheet in the past where 11:45a

22         we would be looking at different areas that 11:45a

23         students would be able to show strengths as 11:45a

24         it relates to portraits of graduates and 11:45a



Page 15

1          21st Century skills.  So providing students 11:45a

2          an opportunity to weigh in on their 11:45a

3          abilities as collaborators, communicators, 11:45a

4          to show innovative thinking, to show 11:45a

5          leadership, to problem solving.  Which then 11:45a

6          goes into that third build of the problem 11:45a

7          solving essay which is a math or science 11:45a

8          based problem with multiple variables, the 11:45a

9          response would be in essay format, but it 11:45a

10         would also provide the student an 11:45a

11         opportunity to not only provide the right 11:45a

12         answer, but show us how they got to that 11:45a

13         right answer and really talk that through.11:45a

14               A new piece that will take us 11:45a

15         into the new process that we'll be talking 11:45a

16         about this evening is this consideration of 11:45a

17         experience factors.  And so while this 11:45a

18         wasn't part of the process that we proposed 11:45a

19         the other evening, we would be considering 11:45a

20         experience factors of students with regard 11:46a

21         to their special education status, their 11:46a

22         goal as an English language learner, Whether 11:46a

23         or not they were economically disadvantaged 11:46a

24         or whether or not they attended an under 11:46a



Page 16

```
 1          represented FCPS school.  And we identify 11:46a
 2          those under represented schools at the TJ of 11:46a
 3          those where three or fewer students were 11:46a
 4          offered admissions over the last three 11:46a
 5          years.11:46a
 6                    Next slide.  So now let's talk 11:46a
 7          a little bit about the newly revised lottery 11:46a
 8          proposal.  So the application process would 11:46a
 9          remain unchanged from the original proposal 11:46a
10          that Dr. Brabrand mentioned earlier this 11:46a
11          evening.  The revisions would be that the 11:46a
12          highest evaluated students in the process 11:46a
13          would be offered an opportunity fill 20 11:46a
14          percent of those available seats based on a 11:46a
15          list of review of their application.  And 11:47a
16          those were remaining 400 seats would be will 11:47a
17          filled by the merit lottery. 11:47a
18                    FCPS region slots will be 11:47a
19          proportional to student enrollment and we 11:47a
20          would keep the rolling admission to keep the 11:47a
21          classified 100.  Next slide.11:47a
22                    So to provide a little more 11:47a
23          detail to be accepted into that revised 11:47a
24          merit lottery, students would need to meet 11:47a
```



Page 17

```
 1          those minimum requirements and we would look    11:47a
 2          holistically at the student portrait sheet,      11:47a
 3          their answering the problem solving essay        11:47a
 4          and consider those experience factors with       11:47a
 5          again those highest evaluated students being     11:47a
 6          offered admissions and the remaining             11:47a
 7          students would be selected randomly within       11:47a
 8          their path, they would include the region        11:47a
 9          pathway as well as the ascending                 11:47a
10          jurisdiction pathway.                            11:47a
11                    I'm going to let Mr. Shughart           11:49a
12          talk a little bit about the paths we have        11:49a
13          for ascending jurisdictions and also talk        11:50a
14          about how this is different from our             11:50a
15          currents process.                                11:50a
16                    MR. SHUGHART:  So the                  11:50a
17          ascending jurisdictions remained unchanged       11:50a
18          from the previous proposal.  That had to do      11:50a
19          with -- it's based around what's the current     11:50a
20          enrollment at TJ and trying to keep it           11:50a
21          consistent with current enrollment from          11:50a
22          within Fairfax County, as well as our            11:50a
23          participating jurisdiction kind of as a          11:50a
24          whole.  In modeling -- in using that as kind     11:50a
```



Page 18

```
 1          of the baseline is where we settled with the    11:50a
 2          70/30 split in terms of the percentages.  11:50a
 3                    With this new approached in     11:50a
 4          terms of the revised merit lottery approach, 11:50a
 5          in looking at the top 100 students receiving 11:50a
 6          an offer to go to TJ one of the things that 11:50a
 7          that does is that adjusts the numbers of 11:50a
 8          students that are coming or potentially    11:51a
 9          coming from each of the regional pathways  11:51a
10          within Fairfax County.                     11:51a
11                    What that means is if we         11:51a
12          assume based upon the previous numbers that 11:51a
13          were presented and just a handful of slides 11:51a
14          ago of the overall regional pathway approach 11:51a
15          with the slight adjustments from the 70 to 11:51a
16          the other numbers.  If all 100 students were 11:51a
17          to come from Fairfax County, how would that 11:51a
18          end up looking for Fairfax?  So that's where 11:51a
19          the regional approach here with these       11:51a
20          numbers of much lower numbers exist.  And it 11:51a
21          would actually be the floor if all 100      11:51a
22          students came from within Fairfax.         11:51a
23                    Now, that's unlikely, but we     11:51a
24          did want to at least allow for and show how 11:51a
```



Page 19

1          that would be impacted.  So the 100 students 11:51a

2          would come from within and then the regional 11:51a

3          approaches would be still proportionate to 11:51a

4          the remaining seats that are available.11:51a

5                    For ascending jurisdictions 11:51a

6          those 100 students would actually come out 11:52a

7          of their overall total number within their 11:52a

8          pathway.  And so the remaining seats that 11:52a

9          would be available for that particular 11:52a

10         jurisdiction would be what would be filled 11:52a

11         within the lottery portion or the random 11:52a

12         selection portion.  So that that way overall 11:52a

13         Fairfax County is still not exceeding the 11:52a

14         350 maximum number of seats available and 11:52a

15         the participating jurisdictions combined are 11:52a

16         not exceeding the 150 students available.11:52a

17                    Next slide.  11:52a

18                    DR. BRABRAND:  Thanks, Jeremy.  11:52a

19                    Again, the advantages some see 11:52a

20         to this plan is statistically it should 11:52a

21         provide some increase in admittance for 11:52a

22         under represented groups, it's allows those 11:52a

23         who score highest through the holistic 11:52a

24         process into TJ and regional representation 11:52a



Page 20

1           is proportional to student enrollment.11:53a

2                    Some of the concerns, this 11:53a

3           proposal would be a two-tiered admissions 11:53a

4           process having unintended impacts on the 11:53a

5           caring culture we are striving to create at 11:53a

6           TJ.  It will continue to admit more students 11:53a

7           of a few top performing middle schools who 11:53a

8           are already over-represented at TJ and 11:53a

9           concerns that this is only a moderate change 11:53a

10          to the process as we are seeking a more 11:53a

11          diverse Thomas Jefferson.11:53a

12                   Now, we want to talk about 11:53a

13          some next responses that came from the 11:53a

14          previous meeting.  And, Jeremy, I believe 11:53a

15          you have the next slide.11:53a

16                   MR. SHUGHART:  Okay.11:53a

17                   So one of the questions that 11:53a

18          came up was about our targeted outreach.  11:53a

19          And this is really broken down into kind of 11:53a

20          older primary areas in terms of the outreach 11:54a

21          approaches that we would be using.  And let 11:54a

22          me go into a little bit more detail in each 11:54a

23          of these, but kind of a high level is the 11:54a

24          admissions office would be conducting and 11:54a



Page 21

```
 1          presenting information to every public 11:54a

 2          school, not only within Fairfax County, but 11:54a

 3          also within our participating jurisdictions.  11:54a

 4          These presentation will be available to 11:54a

 5          parents and even the community and evening 11:54a

 6          sessions.  Some of these may be held during 11:54a

 7          the school day as appropriate and as what 11:54a

 8          works out for individual schools.11:54a

 9                  One of the other things that 11:54a

10          we are going to add is sending recruitment 11:54a

11          emails and letters to all eligible students.  11:54a

12          So we'll be able to go through and identify 11:54a

13          those students based upon math level and be 11:54a

14          able to invite them, specifically invite 11:54a

15          them to TJ.  11:54a

16                  We're working on creating a 11:54a

17          virtual open house which would include a 11:54a

18          virtual tour, information from individual 11:54a

19          students, teachers, administration, even 11:55a

20          within the admissions office to be able to 11:55a

21          share information from a virtual environment 11:55a

22          for TJ.  And then conduct targeted 11:55a

23          recruitment of under represented students.  11:55a

24          With input from our liaison counselors and 11:55a
```



Page 22

1           other school counselors and staff at those 11:55a

2           schools.11:55a

3                   We can go to the next slide, 11:55a

4           please.11:55a

5                   So what we would provide to 11:55a

6           our students and parents in the community is 11:55a

7           being able to address our 95 participating 11:55a

8           public middle schools and over 100 private 11:55a

9           schools.  Have presentation for all of these 11:55a

10          schools as we, you know, move through.  And 11:55a

11          part of that is providing information about 11:55a

12          what the school is and information and 11:55a

13          opportunities to understand a little bit 11:55a

14          more about TJ, demystifying TJ to some 11:55a

15          degree.  In addition to providing 11:55a

16          information about the admissions process.  11:55a

17                  So what does that look like?  11:55a

18          When would those important dates and 11:56a

19          deadlines be?  What would be the 11:56a

20          expectations of students throughout that 11:56a

21          process and how would that look?  11:56a

22                  So it's really taking these 11:56a

23          elements or the expected elements moving 11:56a

24          forward and sharing that information with 11:56a



Page 23

1          them.  This information would be coordinated 11:56a

2          with the school leaders.  We would also be 11:56a

3          able to put out information not only on the 11:56a

4          admissions website, but also share this 11:56a

5          through FCPS Facebook and Twitter.  This 11:56a

6          information would go out in email 11:56a

7          correspondence through News You Choose.  So 11:56a

8          the idea is to be able to provide this 11:56a

9          information to the community so that that 11:56a

10         way they are able to be aware of those 11:56a

11         sessions and be able to be in attendance.11:56a

12              If you could go to the next 11:56a

13         slide, please.11:56a

14              So those recruitment efforts 11:56a

15         would be sending out, in terms of emails and 11:56a

16         letters will be sending out an email to all 11:56a

17         those eligible students that we talked about 11:56a

18         and their parents encouraging them to apply 11:56a

19         to TJ.  Providing them with links to other 11:56a

20         important information, whether that be the 11:57a

21         virtual link, providing a link to the 11:57a

22         application, the admissions website.  A 11:57a

23         listing of all the presentations and when 11:57a

24         they would be able to gain access to an 11:57a



Page 24

1        evening or daytime presentation, whichever 11:57a

2        is appropriate for them.  11:57a

3                For the non-FCPS schools both 11:57a

4        from a regional or a county and city 11:57a

5        standpoint as well, even our private 11:57a

6        schools, being able to provide them with 11:57a

7        this same information to distribute to their 11:57a

8        students and their communities.  Again, 11:57a

9        whether that's from a school level approach 11:57a

10       or a division wide approach.  The idea is 11:57a

11       that we are targeting these students and 11:57a

12       being able to get this information 11:57a

13       specifically into the students hands.11:57a

14               If you can go to the next 11:57a

15       slide, please.11:57a

16               The virtual open house is 11:57a

17       something the admission's office would be 11:57a

18       coordinating with the high school itself.  11:57a

19       The idea is that we would be show casing the 11:57a

20       school, the highlights, the unique features 11:57a

21       that TJ offers.  We want to be able to 11:58a

22       discuss and provide visual opportunities to 11:58a

23       see what research labs, what the school 11:58a

24       looks like, because sometimes we want 11:58a



Page 25

```
 1              students to be able to invision themselves    11:58a
 2              being at the school, and that is a powerful    11:58a
 3              statement for those individual students.       11:58a
 4                        We want students to be able to       11:58a
 5              talk about the backgrounds and the skills      11:58a
 6              and what it's like to be at TJ.  We want       11:58a
 7              them to be able to share what TJ is like for   11:58a
 8              them.  We want students and staff to be able   11:58a
 9              to share information about the programs at     11:58a
10              the school.  We want staff to be able to       11:58a
11              potentially share information about            11:58a
12              uniquenesses or maybe unique courses or        11:58a
13              opportunities around what's offered at TJ.     11:58a
14              And at the same time we want them to be able   11:58a
15              to provide information about potentially       11:58a
16              what is the same at TJ.                        11:58a
17                        So an idea in terms of a             11:58a
18              virtual open house is to be able to provide    11:58a
19              a lot of information that is easily            11:59a
20              digestible and even in chunk manner so that   11:59a
21              that way you can pick and choose what you     11:59a
22              would see.  And that's followed up by also    11:59a
23              the administration and even admission's       11:59a
24              office interviews and information that they   11:59a
```



Page 26

```
1              can share.  And that we would be able to 11:59a

2              provide this in a format that students and 11:59a

3              families would be able to go and be able to 11:59a

4              consume either all at once or even in 11:59a

5              chunks.11:59a

6                        Can we go to the next slide, 11:59a

7              please?  11:59a

8                        So targeted -- back one, 11:59a

9              please.  Sorry.11:59a

10                       So targeted recruitment, this 11:59a

11             is actually continuing efforts to provide 11:59a

12             outreach to our under represented students 11:59a

13             in terms of our STEM programming.  The 11:59a

14             intention here is to generate that 11:59a

15             excitement of learning math and science.  11:59a

16             Those STEM skills that are already out there 11:59a

17             and we want to be able to provide students 11:59a

18             with an opportunity and option to be able to 11:59a

19             see TJ as a high school opportunity or 12:00p

20             option for them.12:00p

21                       So these enrichment activities 12:00p

22             can include after school or summer programs.  12:00p

23             Those may be in robotics or computer 12:00p

24             programming.  Field trip opportunities such 12:00p
```



Page 27

```
 1              as the Think Of It labs held at Virginia 12:00p

 2              Tech, Chesapeake Bay Foundation where 12:00p

 3              students are able to actually go out into 12:00p

 4              the Bay.12:00p

 5                        Family engagement activities, 12:00p

 6              these things are supported through 12:00p

 7              opportunities at the school such as the TJ 12:00p

 8              diversity open house or even the tech 12:00p

 9              extravaganza events that have been held in 12:00p

10              previous years at the school.  The idea is 12:00p

11              to be able to provide these engagement 12:00p

12              opportunities for students to be able to 12:00p

13              provide them with experiences that they may 12:00p

14              not have had, whether it's at their school 12:00p

15              or even within the community.12:00p

16                        And then finally, providing 12:00p

17              them an opportunity and putting out what we 12:00p

18              call the STEM Times Newsletter.  This is a 12:00p

19              quarterly newsletter where we provide 12:00p

20              information about upcoming events and 12:01p

21              highlight different options and 12:01p

22              opportunities around STEM.  Whether that be 12:01p

23              interesting facts or events, you know, 12:01p

24              potentially even, you know, opportunities 12:01p
```



Page 28

```
 1          where students can go and engage in        12:01p
 2          activities that may not be something held  12:01p
 3          within Fairfax County public schools, but  12:01p
 4          maybe the surrounding jurisdictions.       12:01p
 5                    Next slide, please.  I           12:01p
 6          believe, Marty or Dr. Brabrand, I'll turn  12:01p
 7          this back over to you guys.                12:01p
 8                    I believe this is a              12:01p
 9          Dr. Bonitatibus's slide.                   12:01p
10                    DR. BONITATIBUS:  It is.         12:01p
11          Thanks, Jeremy.                            12:01p
12                    Good evening, madam chair, the   12:01p
13          board, thank you to Dr. Brabrand, school   12:01p
14          board members, district leadership, the    12:01p
15          entire TJ mission staff, in addition to our 12:01p
16          broader community for really recognizing how 12:01p
17          TJ can be more accessible for a talented   12:01p
18          student body that more closely aligns with 12:01p
19          the representation of FCPS of Northern     12:01p
20          Virginia.                                  12:01p
21                    As part of our care and          12:01p
22          culture, I always like to say that at TJ our 12:01p
23          students are more than a GPA.  To them,    12:02p
24          we're GPS.  We guide our students on their 12:02p
```



Page 29

```
1              journey.  We help them navigate the detours, 12:02p

2              we help put them in acceleration links, key 12:02p

3              paths, and they all take different routes at 12:02p

4              different speeds and they always 12:02p

5              successfully reach their destination.12:02p

6                   As you take a look at some of 12:02p

7              the supports on the slide because we've 12:02p

8              listed many here, I would like to share my 12:02p

9              strong belief which is informed by 12:02p

10             experiences in multiple public education 12:02p

11             leadership roles that a shift in 12:02p

12             demographics does not automatically 12:02p

13             translate in a shift in talent.  12:02p

14                  Assumptions that students in a 12:02p

15             new admission process could be less 12:02p

16             qualified or less talented at TJ really I 12:02p

17             hope to be reconsidered.  As a community I 12:02p

18             really want us to place trust in our 12:02p

19             students, our parents, our teachers who 12:02p

20             really support our students each and 12:02p

21             everyday.12:02p

22                  Over the past three decades we 12:02p

23             noticed multiple changes in TJ admission 12:02p

24             processes and student demographics.  TJ has 12:03p
```



Page 30

```
 1          remained a vibrant STEM community where 12:03p

 2          students have excelled in a rigorous program 12:03p

 3          of study.12:03p

 4                  I have to be honest, though, 12:03p

 5          that the rigger of our schools has sometimes 12:03p

 6          come at the expense of wellness, emotional, 12:03p

 7          physical, mental.  For that reason we have 12:03p

 8          joined a network of schools known as 12:03p

 9          Challenge Success that's noted on the slide 12:03p

10          in front of you, it's born out of Stanford 12:03p

11          University.  And the program helps us 12:03p

12          redefine success beyond a GPA in a number of 12:03p

13          AP classes that are taken.12:03p

14                  We are focused on making 12:03p

15          personal connections, decreasing workload, 12:03p

16          increasing sleep, and teaching students how 12:03p

17          to advocate for their learning.  Therefore, 12:03p

18          with the incoming freshman class we will 12:03p

19          continue to offer academic and social and 12:03p

20          emotional support as noted on the slide in 12:03p

21          front of you.12:03p

22                  And as our students transition 12:03p

23          we will work with our wonderful upper class 12:03p

24          students to continue to build a welcoming 12:04p
```



Page 31

```
 1              environment where their new peers are 12:04p
 2              celebrated as a members of the TJ community.  12:04p
 3              Not single out or diminished based on how 12:04p
 4              they enter TJ or their identity or personal 12:04p
 5              circumstances.12:04p
 6                      And our staff will continue to 12:04p
 7              explore ways to be culturally responsive, 12:04p
 8              provide multi-tier systems of support for 12:04p
 9              our students and continue to implement our 12:04p
10              challenge success strategies.12:04p
11                      We can go to our next slide, 12:04p
12              please.12:04p
13                      Many things here talk about 12:04p
14              our wrap around support for students and we 12:04p
15              are highly successful with our support at 12:04p
16              TJ.  Maybe not a lot of people know this, 12:04p
17              but we are the only high school at FCPS that 12:04p
18              has minimum GPA requirement to remain 12:04p
19              enrolled.  If a student is not able to 12:04p
20              maintain a B average, we put academic 12:04p
21              supports in place.  I'm happy to say that in 12:04p
22              the past three years at TJ our retention 12:04p
23              rate has gone up significantly, meaning that 12:04p
24              fewer students are leaving due to stress or 12:05p
```



Page 32

```
 1          academic struggles.  12:05p

 2                    Annually fewer than a dozen 12:05p

 3          students out of over 1,800 struggle or 12:05p

 4          maintain that B average, and no student or 12:05p

 5          family has been directed to meet with 12:05p

 6          district leadership to consider an alternate 12:05p

 7          placement at a school.12:05p

 8                    So regardless of the outcome 12:05p

 9          of the TJ admission process, we will 12:05p

10          continue to develop talent and have students 12:05p

11          reach their potential and support them every 12:05p

12          step of the way.  We will continue to build 12:05p

13          strong connections and relationships with 12:05p

14          our students and families, we are going to 12:05p

15          check in with them regularly.  12:05p

16                    And I just have to share a 12:05p

17          story, at the beginning of the year we had a 12:05p

18          panel and they spoke to our teachers and 12:05p

19          staff.  And our students told our teachers 12:05p

20          how much they loved them.  Our students also 12:05p

21          told us that they as students are as 12:05p

22          invested in us as we are in them.  There was 12:05p

23          not a dry eye in the house, we were brought 12:05p

24          to tears.  12:05p
```



Page 33

1          This doesn't happen in 12:06p

2          (inaudible) culture.  So I am most proud of 12:06p

3          how we have grown as a caring and supportive 12:06p

4          community in the past couple years.  And 12:06p

5          this doesn't mean we still don't have room 12:06p

6          to grow because we do have students share 12:06p

7          with us some of the hardships that they've 12:06p

8          experienced.  We have multiple committees 12:06p

9          that are lead by students, staff, parents, 12:06p

10         and are partnership run and they are focused 12:06p

11         on wellness and diversity awareness and on 12:06p

12         outreach.12:06p

13              TJ is on a positive trajectory 12:06p

14         as a caring culture.  The incoming class of 12:06p

15         2025 will add to the richness of our family.  12:06p

16         I'm confident that they will contribute to 12:06p

17         the TJ mission that Dr. Brabrand reminded us 12:06p

18         of at the beginning.  And they will make a 12:06p

19         difference in the shared interest of 12:06p

20         humanity.  We regularly tell our students we 12:06p

21         are here for you.  We are TJ; we got this.12:06p

22              Marty, I think this turns back 12:06p

23         over to you.12:06p

24              MR. SMITH:  This does turn 12:06p



Page 34

```
 1              back over to me.12:07p

 2                     I want to come visit TJ and I 12:07p

 3              want to be part of the TJ freshman class 12:07p

 4              after that, Dr. Bonitatibus.12:07p

 5                     I want to talk a little bit 12:07p

 6              about the timeline.  We know as we get into 12:07p

 7              this process that we are on a bit more of a 12:07p

 8              condensed timeline.  So for the fall we 12:07p

 9              would certainly conduct outreach to all of 12:07p

10              our jurisdictions.  As Mr. Shughart shared 12:07p

11              earlier, we would prepare the virtual tour 12:07p

12              and the filming of the virtual tour and 12:07p

13              start to prepare what those outreach efforts 12:07p

14              looked like with our school staff, and then 12:07p

15              contact with all of those qualified 12:07p

16              students.  12:07p

17                     For early winter, we would 12:07p

18              conduct targeted outreach, we would engage 12:07p

19              our liaison counselors in both FCPS and 12:07p

20              ascending jurisdictions, and then followup 12:07p

21              with our target students to encourage them 12:07p

22              to apply and be part of the TJ application 12:07p

23              process.  In late winter we will continue 12:07p

24              those outreach efforts and open the 12:07p
```



Page 35

1          application process.12:07p

2               We have here review our caring 12:08p

3          culture supports, but we know that is 12:08p

4          ongoing within the school.  When students 12:08p

5          arrive within TJ on that first day and prior 12:08p

6          to the first day they realize they are part 12:08p

7          of the caring culture.  So that's really an 12:08p

8          ongoing piece within the school.12:08p

9               And then in the spring we will 12:08p

10         conduct that holistic review and lottery, we 12:08p

11         would contact our selected students and 12:08p

12         would initiate a growing admissions process 12:08p

13         for the beginning of the year.12:08p

14              So that is our timeline in a 12:08p

15         nutshell.  And we'll allow Dr. Brabrand -- 12:08p

16         oh, actually there's one more slide before 12:08p

17         we allow Mr. Brabrand.12:08p

18              We did have many next steps 12:08p

19         that the board wanted answered prior to our 12:08p

20         meeting on the 8th.  So we responded to 12:08p

21         those next steps and posted them in a 12:08p

22         separate document so the board and the 12:08p

23         community may look at those.  And we will 12:08p

24         also be posting those next steps that are in 12:08p



Page 36

1          that document as they're answered post note 12:08p

2          to the board docs for the board to review.12:09p

3                    DR. BRABRAND:  Thanks, 12:09p

4     Mr. Smith.12:09p

5                    And as we wrap up the final 12:09p

6     slide you see Fairfax County Schools there.  12:09p

7     And this year at our leadership conference I 12:09p

8     talked at our leadership conference about 12:09p

9     putting equity at the center of all that we 12:09p

10    say and do.  This has been a school year 12:09p

11    unlike any other and in our history, in our 12:09p

12    country's history.  And we have had this 12:09p

13    moment cause us to reflect, to pause and 12:09p

14    reflect on our reality and how we move 12:09p

15    forward.12:09p

16                   The reality is if we are 12:09p

17    putting economy at the center of all that we 12:09p

18    do, that we have presented -- I have 12:09p

19    presented to you and this team you tonight 12:09p

20    two proposals that change status quo at TJ 12:09p

21    and we must change the status quo.  It has 12:09p

22    been decades and decades with no gains in 12:09p

23    the diversity of the admitting class of 12:10p

24    Thomas Jefferson.  12:10p



Page 37

```
 1                    Merit is in the pool and merit 12:10p
 2           and talent is removed from the pool through 12:10p
 3           the testing process.12:10p
 4                    I just want to make one 12:10p
 5           comment on the testing process.  I know and 12:10p
 6           receive feedback through my own town halls 12:10p
 7           that I talked about pay to play and many 12:10p
 8           perceived that those were comments against 12:10p
 9           parents and students who did support as part 12:10p
10           of getting into TJ taking those tests.  I 12:10p
11           did not mean in any way to make comments 12:10p
12           that were disparaging against them at all.  12:10p
13                    I do not support an industry 12:10p
14           that preys on the hopes and dreams of 12:10p
15           students and parents and requires thousands 12:10p
16           of dollars to be shelled out for students to 12:10p
17           be successful.  But the students and the 12:10p
18           parents are simply playing by the rules, the 12:10p
19           rules that we setup here in Fairfax County.12:11p
20                    Now it's time to change the 12:11p
21           rules and create a process where the true 12:11p
22           diversity of talent and merit is fully 12:11p
23           appreciated here at Fairfax County Public 12:11p
24           Schools for admittance into our class at 12:11p
```



Page 38

```
1              Thomas Jefferson.12:11p
2                        I'm confident that either of 12:11p
3              these plans begins to lay the path forward 12:11p
4              for the diversity at TJ to represent the 12:11p
5              full glorious diversity that we have here in 12:11p
6              our Northern Virginia School Systems.  12:11p
7                        Businesses from all over the 12:11p
8              country and the world have chosen to come 12:11p
9              here to Fairfax County for the talent and 12:11p
10             our talent is diverse, and we are missing 12:11p
11             talent in our current TJ admissions process.  12:11p
12             We can do better and I believe we have two 12:11p
13             proposals tonight that will take us a step 12:11p
14             forward in reaching our goals and putting 12:12p
15             equity at the center for all that we say and 12:12p
16             do.12:12p
17                        Thank you very much and we'll 12:12p
18             be glad to take any questions that you have 12:12p
19             this evening.12:12p
20                        MADAM CHAIR:  Thank you very 12:12p
21             much, Dr. Brabrand and the staff who 12:12p
22             presented.  Just now, I want you to know we 12:12p
23             will have several school board members who 12:12p
24             will want to ask several questions regarding 12:12p
```



Page 39

```
 1          the proposals.12:12p

 2                    We are going to start with 12:12p

 3          Ms. Keys-Gamarra.  Just a reminder to our 12:12p

 4          school board members, let's just really be 12:12p

 5          mindful of when our time is up, you'll get a 12:12p

 6          chance to complete your sentence, but not 12:12p

 7          necessarily your thought.12:12p

 8                    Ms. Keys-Gamarra, go ahead.12:12p

 9                    BOARD MEMBER:  Thank you.  And 12:12p

10          thank you to our staff for working to 12:12p

11          present these two proposals.12:12p

12                    I want to focus on a number of 12:16p

13          questions that we received from the 12:16p

14          community so that we can facilitate that 12:16p

15          discussion and hopefully the community will 12:16p

16          feel a part of this process.12:16p

17                    My first question goes to 12:16p

18          accountability measures.  On both of these 12:16p

19          proposals, how can we make sure that we are 12:16p

20          actually working towards greater diversity?  12:16p

21          How are we identifying metrics that we are 12:17p

22          reaching for?  This should include the 12:17p

23          removal of the test, which I fully support 12:17p

24          and I understand the research behind it, but 12:17p
```



Page 40

```
 1              I want the public to hear that.  And how  12:17p

 2              does the lottery enhance our efforts of  12:17p

 3              achieving that diversity?  12:17p

 4                    I'd also like an explanation  12:17p

 5              as to why we are looking at 100 top  12:17p

 6              students, when typically the percentage of  12:17p

 7              gifted students is about 1.5 percent of the  12:17p

 8              population.  And I think I mentioned the  12:17p

 9              clear metrics.  As we think about reaching  12:17p

10              out to our middle schoolers, I'd like to see  12:17p

11              a more comprehensive way of communicating  12:17p

12              with them that is aligned with how students  12:17p

13              communicate, including social media and  12:17p

14              possibly a video to introduce these new  12:17p

15              opportunities, and I'll stop there.12:18p

16                    DR. BRABRAND:  Thank you,  12:18p

17              Ms. Keys-Gamarra.  12:18p

18                    I'm going to start and let  12:18p

19              Mr. Smith and Mr. Shughart respond.  The  12:18p

20              accountability metrics begin with the  12:18p

21              lottery by having a very robust outreach  12:18p

22              effort to all of these schools, particularly  12:18p

23              our under represented schools for kids to  12:18p

24              apply.  That this is a new day, they have a  12:18p
```



Page 41

1          fresh shot at getting in TJ, and we are 12:18p

2          going to work to do everything we can to 12:18p

3          increase the proportion of those schools 12:18p

4          that have not previously had kids apply to 12:18p

5          now apply.  12:18p

6                    Because with the lottery, we 12:18p

7          were doing the modeling based on the current 12:18p

8          applications.  We are for the accountability 12:18p

9          metric that we will be able to outreach to 12:18p

10         get more students to apply from all kinds of 12:18p

11         backgrounds and from all kinds of schools 12:18p

12         previously did not feel they could partake.12:19p

13                    As far as the issue of the 12:19p

14         hybrid model and the holistic in the number, 12:19p

15         this was from feedback from many in our 12:19p

16         community that there's just some kids that 12:19p

17         have to get in TJ and so this hybrid 12:19p

18         approach tries to process to identify those 12:19p

19         highest scoring kids, while still looking at 12:19p

20         plenty of kids that have the merit to be at 12:19p

21         TJ, but not the highest scoring that they 12:19p

22         have an opportunity to get in as well.  And 12:19p

23         I will let Mr. Smith or Mr. Shughart respond 12:19p

24         to anything I may have missed in your 12:19p



Page 42

1          questions.12:19p

2                  Marty or Jeremy?  12:19p

3                  MR. SMITH:  To add to some of 12:20p

4          that, Dr. Brabrand, as we think about 12:20p

5          accountability and metrics we'll certainly 12:20p

6          be looking at inviting every student in and 12:20p

7          doing a followup on our return rate for 12:20p

8          those students who we've invited in, looking 12:20p

9          to see if we can increase those connections 12:20p

10         over time.  This is something that we 12:20p

11         haven't done in the past and so we would 12:20p

12         want to ensure that given our entire 12:20p

13         universe of students that we would invite in 12:20p

14         that we would want to have certain 12:20p

15         touchpoints where our counselors, teachers 12:20p

16         and administrators are reaching out and 12:21p

17         having conversations with those students and 12:21p

18         it wouldn't simply be an invitation by mail 12:21p

19         or email.12:21p

20                 BOARD MEMBER:  I just want to 12:21p

21         clarify -- and you're talking -- I'm asking 12:21p

22         about accountability and you're talking more 12:21p

23         about outreach.  And accountability to me 12:21p

24         means that we are setting up structures to 12:21p



Page 43

1          monitor our progress and we have clear 12:21p

2          objectives to achieve.12:21p

3                    MR. SMITH:  And I think we're 12:21p

4          talking about the same thing.  I'm talking 12:21p

5          about outreach and one of those areas of 12:21p

6          ensuring that we are following through is if 12:21p

7          we know we've sent out invitations to a 12:21p

8          thousand students, but we haven't actually 12:21p

9          connected with those students as part of the 12:21p

10         process, we have to hold ourselves 12:21p

11         accountable to ensure that we are part of 12:21p

12         the process doing that outreach.  12:21p

13                    I think that as we look at the 12:21p

14         process we'll be clearly looking at the 12:21p

15         number of students who are applying over 12:21p

16         time.  And going back to our schools to 12:22p

17         ensure that we have students that are 12:22p

18         applying in many of our regions to 12:22p

19         encourage, again, those students being part 12:22p

20         of the process.12:22p

21                    The only way we get more 12:22p

22         diversity within the school is to ensure 12:22p

23         that we have more students applying and 12:22p

24         being part of that process.  We know there 12:22p



Page 44

```
1        are some things on the front end that we      12:22p
2        have to look at as it relates to the         12:22p
3        pipeline.  We shared some of that earlier    12:22p
4        about ensuring that students have access to  12:22p
5        TJ, ensuring that students have access to    12:22p
6        rigorous courses so we want to make sure     12:22p
7        those are areas of accountability for us.    12:22p
8              And I apologize if I'm not             12:22p
9        hitting all those areas for you, but how I   12:22p
10       look at it, that's how we hold ourselves     12:22p
11       accountable.                                 12:22p
12             BOARD MEMBER:  I think I'm             12:22p
13       asking more about data collection and what   12:22p
14       accountability measures as we implement this 12:23p
15       process to make sure we're actually hitting  12:23p
16       the targets and then what are those targets. 12:23p
17             MR. SMITH:  Well, I think              12:23p
18       since this is our base line year we'll be    12:23p
19       looking to see what kind of diversity we     12:23p
20       would be generating at TJ with the first     12:23p
21       part of this process.  We know that based on 12:23p
22       modeling there are certain percentages that  12:23p
23       we would be looking at.  So we would look to 12:23p
24       see if the actual freshman class aligned     12:23p
```



Page 45

1          with the modeling that we've done based on        12:23p

2          previous experience.  And, again, if our          12:23p

3          numbers aren't where they are, that's where       12:23p

4          we focus on the process, perhaps changes to       12:23p

5          the process and, again, looking at our            12:23p

6          outreach efforts.                                 12:23p

7                    And so I may be sounding like           12:23p

8          a broken record, but we feel that outreach        12:23p

9          is a very important part of that process.         12:23p

10         There were also questions about those             12:23p

11         hundred students and Dr. Brabrand talked          12:24p

12         about that.  As we looked at past experience      12:24p

13         of past application processes we noted that       12:24p

14         students were clustering as part of the           12:24p

15         evaluation process, that the student who          12:24p

16         were performing the best as part of the           12:24p

17         process was in that 100-student range.  And       12:24p

18         so that's why we are falling down on this 20      12:24p

19         percent because it aligns with past               12:24p

20         performance of students within the                12:24p

21         application process.                              12:24p

22                    Mr. Shughart, do you want to           12:24p

23         talk a little bit about the lottery process?      12:24p

24                    MR. SHUGHART:  I'm sorry in            12:26p



Page 46

1          terms of I can talk about it.  I'm kind of 12:26p

2          lost in terms of what to add in to Ms. Keys-12:26p

3          Gamarra, your question.  I think in terms of 12:26p

4          -- I guess I'm trying to followup in terms 12:26p

5          of, you know, social media.  Well, no, that 12:26p

6          doesn't have anything to do with it.  Can 12:26p

7          you refresh that question for me?  12:26p

8                    BOARD MEMBER:  So I'm trying 12:26p

9          to layout for the community the thinking 12:26p

10         behind what we are doing.  Right.  I believe 12:27p

11         wholeheartedly that we need to look at our 12:27p

12         student body and expand our diversity.  But 12:27p

13         as a board member, I need assurances that we 12:27p

14         have accountability measures in place, that 12:27p

15         we have defined targets, and that we are 12:27p

16         monitoring what we are doing.  As well as -- 12:27p

17         I mean, I think the community needs to 12:27p

18         understand what we are doing.  I think 12:27p

19         there's a large percentage of the community 12:27p

20         that is behind us and I just think we need 12:27p

21         to state this more clearly.  And I'm hearing 12:27p

22         primarily outreach which is wonderful, but I 12:27p

23         think there should be more than that.12:27p

24                    DR. BRABRAND:  Let me try, 12:27p



Page 47

```
 1            Jeremy, and then -- 12:27p
 2                    MR. SHUGHART:  I'll add.12:27p
 3                    DR. BRABRAND:  You can.  12:27p
 4                    So the first thing, Ms. Keys-12:27p
 5            Gamarra, that we want to do from the 12:27p
 6            modeling, the applicant pool, right, an 12:27p
 7            applicant pool found in the merit should 12:28p
 8            match the admissions into TJ.  Right.  12:28p
 9            That's the first.  So when we did the 12:28p
10            modeling we saw by taking out the test we 12:28p
11            had qualified kids of merit, but then we 12:28p
12            applied the test and it shrunk the kids that 12:28p
13            were in for semi-finalists.12:28p
14                    So the first thing, the first 12:28p
15            metric moving forward, the first goal is 12:28p
16            whatever the applicant pool of merit is that 12:28p
17            that percentage will match what gets in TJ, 12:28p
18            and it should because it's a lottery.  12:28p
19            Right.  The percentage of kids that are 12:28p
20            African American, that are English language, 12:28p
21            that are free and reduced lunch, the lottery 12:28p
22            should apply equally their opportunity to 12:28p
23            get in.  So that's No. 1.12:28p
24                    The second metric is to expand 12:28p
```



Page 48

1       the outreach to get more kids who never even 12:28p

2       applied because they've given up thinking TJ 12:28p

3       is in the realm of possibility and then that 12:28p

4       diversifies the pool.  And so longer term 12:29p

5       the aspirational metric is that the TJ 12:29p

6       admittance class actually measures or 12:29p

7       reflects the diversity of Fairfax County 12:29p

8       Public Schools and the surrounding school 12:29p

9       divisions, which it does not.  12:29p

10              So the intermediate metric of 12:29p

11      just the pool matching the admissions and we 12:29p

12      believe a lottery will do that.  If you do 12:29p

13      the merit or the hybrid lottery, that those 12:29p

14      100 -- those first 100 may not because they 12:29p

15      won't be randomly assigned.  It may be due 12:29p

16      to a particular school or a particular 12:29p

17      demographic and it may proportionally impact 12:29p

18      second language learners or economically 12:29p

19      disadvantaged.  But the rest of the spots 12:29p

20      will be done by the lottery.12:29p

21              So those are the two metrics 12:29p

22      matching the pool of the admissions and 12:29p

23      bring in the actual result, and then 12:30p

24      ultimately getting to diversity of TJ's 12:30p



Page 49

1        class to match the diversity of the school 12:30p

2        system.12:30p

3                BOARD MEMBER:  I think that 12:30p

4        perhaps one of the next steps is taking 12:30p

5        additional steps to make sure we're defining 12:30p

6        those metrics --12:30p

7                DR. BRABRAND:  Right.12:30p

8                BOARD MEMBER:  -- along with a 12:30p

9        clearer accountability.  So I'll stop there 12:30p

10       and let some of my colleagues have an 12:30p

11       opportunity.12:30p

12               DR. BRABRAND:  All right.  12:30p

13       Thank you.12:30p

14               MADAM CHAIR:  Thank you, 12:30p

15       Ms. Keys-Gamarra.12:30p

16               Ms. Corbett-Sanders, go ahead.12:30p

17               BOARD MEMBER:  Yes, thank you.  12:30p

18       And thank you, Dr. Brabrand, and all of your 12:30p

19       staff for your excellent hard work.  We very 12:30p

20       much appreciate the challenges that are 12:30p

21       before us where we have a shared purpose or 12:30p

22       a shared focus on transforming the 12:30p

23       opportunities available to students at TJ to 12:30p

24       ensure that there is both rigger, but that 12:30p



Page 50

1          the TJ student body reflects the diversity 12:31p

2          that we see here in Fairfax County and all 12:31p

3          of Northern Virginia.12:31p

4              Along those lines I appreciate 12:31p

5          that you have gotten rid of the test because 12:31p

6          we know there are some biases associated 12:31p

7          with those tests.  And that you are delaying 12:31p

8          the admissions process.  I would say that we 12:31p

9          need to make sure that we have changes to 12:31p

10         the admissions process this year starting in 12:31p

11         late January.12:31p

12             I have concerns about the 12:31p

13         lottery as being a tool to actually get our 12:31p

14         diversity, to get the student body to 12:31p

15         reflect diversity because as you have said 12:31p

16         multiple times is that that's the long term 12:31p

17         goal, but that you haven't actually modeled 12:31p

18         that we get to that diversity.  12:31p

19             And so I'm going to suggest 12:31p

20         that we do a pyramid or a middle school by 12:31p

21         middle school approach to the admissions 12:32p

22         process.  And that as part of that similar 12:32p

23         to what you've already put out there that we 12:32p

24         have the merit-based approach with 12:32p



Page 51

1          multi-facets, a holistic approach, which 12:32p

2          also includes problem solving, contributions 12:32p

3          to the portrait of graduate and those 12:32p

4          opportunity indexes similar to what all of 12:32p

5          the top universities in this country are 12:32p

6          moving towards.12:32p

7                    I would also suggest and 12:32p

8          request that you bring back to this board a 12:32p

9          plan for a more detailed plan on what that 12:32p

10         process would be.  And also bring back to 12:32p

11         the board a more detailed plan on any sort 12:32p

12         of proposal on the number set aside seats to 12:32p

13         ones in align with the percentage of highly 12:32p

14         gifted students nationally norm and norm for 12:33p

15         Northern Virginia.  12:33p

16                    Also, asking along Ms. Keys-12:33p

17         Gamarra's statement that we need to have 12:33p

18         measurable metrics and that we revisit them.  12:33p

19         And so on an annual basis before we submit 12:33p

20         our diversity plan to the state that we 12:33p

21         would have a conversation here at this board 12:33p

22         and determine where we might have to make 12:33p

23         adjustments to that.12:33p

24                    I would also suggest that 12:33p



Page 52

1          since we are only at 84 percent capacity at 12:33p

2          TJ that we expand the opportunities of TJ to 12:33p

3          a higher level of capacity and at a minimum 12:33p

4          increase the admissions class from 500 to 12:33p

5          550.  And we will also and I shared this 12:33p

6          with my colleagues earlier, that we will 12:33p

7          bring a regional board, governing board to 12:33p

8          TJ. 12:33p

9                    MADAM CHAIR:  Dr. Brabrand, go 01:31p

10         ahead.01:31p

11                   DR. BRABRAND:  Well, I mean, 01:31p

12         let me work backwards.  The regional 01:31p

13         governing board is the decision by the 01:31p

14         school board and, of course, the 01:31p

15         administration has been working under the 01:31p

16         existing arrangements that I think go back 01:31p

17         30 years.  I can certainly review that with 01:31p

18         our staff and see -- take a look at an 01:32p

19         expansion of slots.  I'll have to review 01:32p

20         that with the team.  I don't believe I can 01:32p

21         speak to that specifically tonight.01:32p

22                   Reviewing it each year I 01:32p

23         completely support doing that.  I think 01:32p

24         that's been part of the problem, that we 01:32p


MAGNA
LEGAL SERVICES

Page 53

1       haven't reviewed it each year, we haven't 01:32p

2       collectively held ourselves accountable to 01:32p

3       see change happen.  What I know is doing to 01:32p

4       same things we did last year isn't going to 01:32p

5       make any change, we are going to get the 01:32p

6       same results that we've always had so I 01:32p

7       certainly don't mind to doing that.01:33p

8                   We can work to do metrics, but 01:33p

9       again, as you do anything new we model.  01:33p

10      We've given you the best modeling we can 01:33p

11      based on the data that we have for the 01:33p

12      lottery and we can work to build goals 01:33p

13      around what that would look like and we sort 01:33p

14      of did a little bit of that with the 01:33p

15      original proposal we shared.  But we can 01:33p

16      certainly do a bit more and share that.  01:33p

17                  And as far as the set aside 01:33p

18      seats, we can talk a little bit more about 01:33p

19      it.  That's what we were trying to do in the 01:33p

20      hybrid plan and as Mr. Smith said, the 100 01:33p

21      seats were identified based on the number of 01:33p

22      kids that were finding top success.  I will 01:33p

23      say 20 percent is about what we find for 01:33p

24      center eligibility in our AEP centers, it's 01:33p



Page 54

```
 1              about 19 percent.  So 20 percent.  I know   01:33p

 2              gifted nationally is perhaps a lower   01:33p

 3              percentage, but I think here in Northern   01:34p

 4              Virginia, we have a higher percentage of   01:34p

 5              kids with extraordinary strong academic   01:34p

 6              talent.  01:34p

 7                        MR. SMITH:  Dr. Brabrand, I'd   01:35p

 8              like Mr. Shughart to talk a little bit about   01:35p

 9              the middle school approach because it's not   01:35p

10              the first time we've heard about it and   01:35p

11              we've actually ran numbers on the craft   01:35p

12              process about looking at a middle school   01:35p

13              approach to bring students in.01:35p

14                        So, Mr. Shughart, can you talk   01:35p

15              a little bit about that?  01:35p

16                        MR. SHUGHART:  Sure.  So a   01:35p

17              number of years ago we ran that approach   01:35p

18              looking at the top performing students.   01:35p

19              certainly we weren't looking at a lottery   01:35p

20              portion at that point in time.  But we were   01:35p

21              looking at a combination of the top   01:35p

22              performing students at each school and how   01:35p

23              that would provide or what that would   01:35p

24              provide to TJ in terms of overall   01:35p
```



Page 55

1        representation.  While it would ensure some 01:35p

2        additional regional representation that we 01:35p

3        don't see currently and certainly in Fairfax 01:35p

4        County and potentially in our surrounding 01:35p

5        jurisdictions, what we also didn't see is a 01:35p

6        dramatic shift in the composition of the 01:35p

7        students at TJ based upon the modeling we 01:36p

8        brought at that point in time.  01:36p

9                 So what that did -- basically 01:36p

10       the high level of this was going back and 01:36p

11       reevaluating the strongest applicants based 01:36p

12       on a school by school basis.  And it didn't 01:36p

13       really change the demographics at the school 01:36p

14       at that point in time.  And so with that 01:36p

15       what we do know --01:36p

16                 BOARD MEMBER:  Excuse me, 01:36p

17       Mr. Smith, if I can respond to that just 01:36p

18       quickly which is that that was using the old 01:36p

19       metric which included the test, but you 01:36p

20       haven't run the model with the new approach 01:36p

21       that you have put forth which gets rid of 01:36p

22       the test, but has more of a focus on a 01:36p

23       holistic approach.01:36p

24                 MR. SMITH:  So we are thinking 01:36p


MAGNA
LEGAL SERVICES

Page 56

1          alike, Ms. Corbett-Sanders, because where I 01:36p

2          was going was we have been able to run the 01:36p

3          model for the merit lottery so we know that 01:36p

4          does provide additional diversity based on 01:37p

5          what we shared earlier with the board and 01:37p

6          the previous proposal.  What we don't know 01:37p

7          is we haven't captured some of these data 01:37p

8          points in the past to run modeling.  So 01:37p

9          within this first year, of course, with a 01:37p

10         hybrid model we can see what those numbers 01:37p

11         would look like and what the additional 01:37p

12         diversity would look like.  01:37p

13              But we do know that looking at 01:37p

14         the number of students by region based on 01:37p

15         the number of students that applied in the 01:37p

16         past and our ability to do more outreach and 01:37p

17         get more students applying from those 01:37p

18         schools would create more diversity at TJ 01:37p

19         than what we currently see.  So you're right 01:37p

20         in noting that we don't have numbers based 01:37p

21         on the proposal for to holistic review at 01:37p

22         this point, but it's not to say we wouldn't 01:37p

23         have those numbers in the future to take 01:37p

24         another look at the process. 01:38p



Page 57

1          MADAM CHAIR:  Did you have 01:38p

2      additional questions, Ms. Corbett-Sanders?  01:38p

3      You seem to have a little bit more time.  01:38p

4          BOARD MEMBER:  No, 01:38p

5      Dr. Anderson, my time went up so I will 01:38p

6      reserve to possibly go back.01:38p

7          MADAM CHAIR:  Thank you.01:38p

8          Ms. Omeish, go ahead.01:38p

9          BOARD MEMBER:  Thank you.  And 01:38p

10     thank you guys for putting this together.01:38p

11          I want to go a few steps back 01:38p

12     to what brought us here in the beginning of 01:38p

13     this conversation.  I would be remiss not to 01:38p

14     be honest and offer short remarks for my 01:38p

15     colleagues to think about, and then I have 01:38p

16     some questions.  01:38p

17          You know, as a board it's 01:38p

18     really ashame to kind of be here and see 01:38p

19     that we failed to imagine what's beyond 01:38p

20     what's familiar or comfortable, and we 01:38p

21     didn't empower superintendent to lead with 01:38p

22     what he knew was best for the division and 01:38p

23     what the staff who have been working on this 01:38p

24     for years know what's best.  01:38p



Page 58

1        I mean, we all know doing

2        what's right was never easy, it was never

3        celebrated especially when it was happening.

4        But frankly, I mean maintaining clarity in

5        the face of the unexpected disruption was

6        simply what it meant for us to be leaders.

7                In any case, I want come to

8        back to the central point that's been lost

9        in a lot of this which is ultimately what's

10       good for kids, which is really the reason

11       why we are here.

12               So in trying to salvage this

13       I'd appreciate answers or responses to the

14       feasibility of some of the following...

15               The first being, you know, I

16       saw the regions approach.  I mentioned

17       before and I'll mention again that a school

18       by school approach would allow us to have

19       more diversity, more proper outreach.  And

20       it's not really having diversity to

21       Mr. Smith's point about the region

22       selection, but doing it right and think

23       about, you know, what is going to

24       effectively reach every child and make sure



Page 59

1        there's representation that's a key point.

2        And I would add that it should be

3        proportional to the population numbers, not

4        just by middle schools.

5                    Second, the opt-in idea for

6        the lottery.  Not sure it requires students

7        to go by any means, I know it's not a right

8        fit for a lot of people, but at least so

9        that they are not disadvantaged by lack of

10       awareness or whatever barriers may exist for

11       signing up.

12                   Third, I'd love to hear an

13       evaluation of the anticipated consequences

14       of centering the process around an essay.

15                   And finally, I'd appreciate

16       some clarity on the timeline.  I know

17       there's been some conversation about votes

18       we might be having to take and what the

19       decision process is going to look like in

20       terms of what we are hearing from staff.

21                   And, of course, you know,

22       related to that is the conversation around

23       AEP.  How we are going to equipped students

24       to be in a place to have the writing



Page 60

```
 1              abilities and preparedness that we know

 2              inevitably will be the case for many other

 3              kids.  And then, you know, thinking around

 4              young scholars and the various dimensions

 5              that were discussed before as to the long

 6              terms pieces of this.  But that will be all

 7              for me right now.  I'll hear responses and

 8              see if I have time left.

 9                   MR. BRABRAND:  Thanks, Abrar.

10                   Let me try to answer a couple

11              and let Mr. Smith or Mr. Shughart respond as

12              well.

13                   One, on the timeline, I do

14              have to submit a letter to the secretary of

15              education by October 12th around our plan.

16              Now, it is true, though, I can share what we

17              are already agreeing on.  If there's an

18              agreement, for example, that we are not

19              going to do the Quant Q test this year, that

20              we're not going to have an application fee,

21              and say that we are developing or finishing

22              the lottery, the hybrid lottery or something

23              else, and that that will be done by X

24              timeline.
```


MAGNA
LEGAL SERVICES

Page 61

1              So we have an initial response

2         on the 12th of what our plans are, but our

3         plans could be a multi-step process.  And as

4         Marty said, we have a few more months if we

5         needed to work on developing a particular

6         piece of something here.

7              The test -- the decision on

8         the test really is sensitive to really this

9         week whether we are going to administer that

10        test or not because that testing normally

11        happens in October and November.

12              The opt-in, this is a

13        reflective conversation that we've had with

14        staff about whether opt-in versus opt-out.

15        And many of our staff and, you know, I'll

16        let others share, thought that still asking

17        kids to apply was part of wanting to be sure

18        the original intent of TJ was there, that

19        you had a passion and interest, not that

20        just that you had a high GPA.  That some kid

21        do great at Math and Science, but really

22        love the arts, really love literature.  And

23        that's just not something that they want to

24        be involved in, but it's certainly something



MAGNA
LEGAL SERVICES

Page 62

1        we can continue to have a conversation

2        about.

3                The essay and problem solving,

4        I'm going to defer that one to Jeremy.  And

5        school by school Jeremy or Marty as they are

6        better subject matter experts on that than

7        I.

8                MR. SMITH:  Well, I can say

9        with the essay, we've had an essay as part

10       of the process for many year in form of an

11       essay or a student information sheet.  And

12       we've seen no consequences to date with that

13       essay.  We know that the problem solving

14       essay is really focused on the student

15       student's ability to solve problems and less

16       focused on how the student -- how well the

17       student writes a particular essay, but

18       really focuses on their thought processes

19       and getting -- and how they got to the

20       answer.

21                We know that these portions of

22       the process are provided within a timed

23       frame or time format.  We know that all

24       students, all eighth grade students are sort



Page 63

```
 1          of equally stressed by this portion of the
 2          process.  And so our readers do look at that
 3          essay through a particular lens and are
 4          really looking for how students come up with
 5          the answers and not necessarily how well
 6          they write their responses.
 7                    MR. SHUGHART:  And just to
 8          kind of add-on to what Mr. Smith is talking
 9          about there in terms of the problem solving
10          essay.  Ultimately what we are looking at is
11          with an understanding that students are
12          coming at this from potentially 200
13          different schools with different experiences
14          within those schools from academic
15          standpoint.  And so that's where we fall
16          back to some of our academic minimums, which
17          we had discussed earlier in this, which was
18          students being enrolled in Algebra 1 or
19          advanced Math.
20                    But on the Science side of it,
21          from a public school perspective, all
22          students are taking eighth grade Science and
23          there's some consistences there in terms of
24          the Science.  There's also some consistences
```



Page 64

1          with multi-step Math problems as well.

2                    And so the intent here is to

3          actually drive at a students problem solving

4          ability.  Were they employing things that

5          they had already been known, was there

6          techniques or factors that allowed them to

7          arrive at their answer.  And ultimately

8          because it's in an essay format, we allow

9          them the opportunity to not only answer the

10         question, but we allow them the opportunity

11         to describe how they arrived at that answer.

12                   So that that way we are not

13         just giving them credit for a correct answer

14         or incorrect answer, we're giving them

15         credit for their thought processes.  So we

16         are not overly penalizing a student that may

17         have gotten it wrong if all the work they

18         had put was actually the right way.  And as

19         Mr. Smith mentioned this was in a timed

20         environment.  So we know that there's a

21         limited amount of time.  There's time to

22         work out the problem, there's also time for

23         them to answer those questions along with

24         some other questions within that timed



Page 65

```
 1            event.  And so there is a balanced approach
 2            in which students go through it.
 3                          In terms of thinking about
 4            this, this was -- the problem solving essay
 5            was something that may have been remembered
 6            from the previous presentation.  This was
 7            something that was put in place a handful of
 8            years ago.  Prior to that it was looking at
 9            that writing style, it was looking at much
10            more of a persuasive essay, whereas this
11            more looking at a technical essay in terms
12            of answering that problem and writing the
13            responses.
14                          And I think ultimately that's
15            a change or that's an idea about what it is.
16            And the students should be prepared to be
17            able to answer those type of questions
18            because they are being exposed to that type
19            of information in the classroom.  And
20            ultimately that's the types of things that
21            we are looking to have for students that are
22            aligned with some of those minimums to be
23            successful at TJ.
24                          BOARD MEMBER:  Yeah.  No, I
```



Page 66

1          appreciate that.  I mean, I think, you know,

2          there's definitely going to be inevitable

3          preparation where kids are certainly -- you

4          know, if they are doing practices over long

5          periods of time through expensive programs

6          and our commitment is in that no preparation

7          is needed to have a competitive edge.  I

8          think that's going to be an area worth some

9          reflection for us.

10                    And finally in the outreach

11         piece the point that -- well, there's no

12         time, but thank you.

13                    MADAM CHAIR:  Thank you very

14         much.

15                    Just a quick clarification for

16         my colleagues, the purpose of this work

17         session is for us to do exactly what has

18         been taking place.  To ask question of the

19         plan, to provide feedback to the

20         superintendent and his team.  And if there

21         were to be some discussions that we can

22         provide concurrence around that we should be

23         able to do that here as well because that

24         will help us for the final presentation next



Page 67

1          Thursday.  So those are the goals for this

2          session.  Primarily to provide feedback and

3          maybe consensus regarding certain issues

4          which I have been listing as they have been

5          shared by some of our colleagues for us to

6          perhaps do that towards the end of this

7          conversation.

8                    Our next speaker is Ms. Meren.

9          Please go ahead.

10                    BOARD MEMBER:  Thank you.

11          Good evening.

12                    So I'd like to say first I am

13          not convinced about the outreach plan.  It's

14          essentially a marketing plan to reach new

15          audiences for students and families.  As

16          Ms. Keys-Gamarra mentioned, the social media

17          platform extensions aren't the ones that

18          students tend to frequent.

19                    Furthermore, the description

20          of the video tour and open house by

21          Mr. Shughart didn't talk about the one thing

22          that is the reason that the entry test is a

23          barrier and that's money.  No mention was

24          made of any additional cost it might take



Page 68

1            for parents to enroll their children in TJ

2            or sustain them.  There's a mention of

3            extra-curricular activities that

4            Mr. Shughart said to help students succeed,

5            there's no mention of cost, including

6            transportation cost.

7                    You know, the staffers here

8            today are the COO and the program director

9            of TJ.  And while they've done a nice job,

10           I'd like to know if the staff from these

11           following offices have actively helped

12           developed this plan before us today.  So the

13           office of special education instruction, the

14           office of professional learning and family

15           engagement, specifically the equity and

16           family engagement office, the office of ESOL

17           services within the instructional services

18           department.

19                    Because I'd like to know the

20           involvement of these offices, but I point it

21           out to say that I don't see evidence of

22           outreach practice that are specific to

23           engaging the communities of coloring and

24           economic hardship in this plan.  And this



Page 69

1        overshadows my analysis of the divisions

2        ability to get the desired outcomes.

3                    Second, you know, I must say

4        that to me we are having this conversation a

5        vacuum.  To talk about the admissions

6        process only as it happens in the year of

7        application and not the entire pipeline of

8        change that's needed, to have access to

9        various academic, you know, advanced

10        academic opportunities that would qualify

11        students for TJ and help them be prepared is

12        really frustrating.

13                    This plan is missing the

14        larger picture, you know, even to have an

15        estimated timeline on things we want to see.

16        Having the courses offered more consistently

17        across middle schools and such to how to

18        systematically create the equity among our

19        student body.

20                    And finally, I'll say to my

21        colleagues, you know, I really struggle with

22        decision to remove the test in the fall.  I

23        think it's the right thing to do, I also do

24        feel badly for students who have invested



Page 70

1         the time in a time when everything is really

2         tough for them.  But I do think that it's

3         hard to make change like this and if we can

4         even crawl a bit further, I think that it's

5         worth doing.  But I did just want to share

6         that tension I'm having in my brain.

7                   So thank you.  I'd like to

8         know the question about the other staff

9         offices involved please.  Thank you.

10                  MADAM CHAIR:  Mr. Smith?

11                  MR. SMITH:  So I can share

12        and, you know, people have said I have a

13        unique job in Fairfax County of COO and

14        people of Clinton, why is the COO bringing a

15        discussion about TJ admissions.  So

16        previously before I was the COO I was the

17        chief of staff for the school system and

18        under a previous organization, TJ admissions

19        reported to me and our absent of chief

20        equity officer, the office came under me for

21        safekeeping, I guess you can say.  So Jeremy

22        normally resides with the chief equity

23        officers.  And it's part of the umbrella of

24        support that the equity office provides.



Page 71

1    And was clearly involved with the equity

2    office as previous plans were brought

3    forward.

4              We've had questions about how

5    equity will play a part in turning for

6    teachers, how equity will play a part in

7    developing other aspects of the process.

8    And the equity office will clearly be part

9    of that process as we move forward.

10              We know that we have

11   connections and worked very closely with

12   instructional services department.  As part

13   of this particular iteration, I did not work

14   with our ESOL office, but I know that

15   Mr. Shughart has had strong relationships

16   with both our ESOL office and our department

17   of special services over time to ensure that

18   we are reaching the right students.

19              I can let Mr. Shughart talk a

20   little bit more about that part of the

21   process.

22              MR. SHUGHART:  Sorry, I don't

23   think my mic was working there.

24              So, yeah, over the past -- in



Page 72

```
 1              terms of -- so we'll just talk about equity.

 2              There's been discussions as the equity

 3              office was established and created in

 4              thinking about outreach.  So we've worked on

 5              with a variety of different folks within the

 6              office both from a specialist level as well

 7              as from the leadership level in terms of

 8              discussing other options within

 9              communications and outreach.

10                        Some of this is also talking

11              about parent engagement.  Parent engagement

12              in a model in which they typically receive

13              that information.  You're absolutely right

14              in terms of where students receive their

15              information in terms of social media.  I

16              don't believe that too many of our students

17              are Facebook fans.  They're not really out

18              on Facebook like probably most of the people

19              that are on this session tonight.  So it's

20              about meeting them where they are at, it's

21              about working with them.  It would be

22              about --

23                        BOARD MEMBER:  Well, excuse

24              me, Mr. Shughart, but that's what you just
```



Page 73

1          proposed.  I mean, you said Facebook and

2          Twitter.  I mean, I'm looking at the staff

3          attendees here tonight, I don't think I see

4          anyone here from professional learning and

5          family engagement office unless I'm

6          mistaken.  It's just not instilling

7          confidence.  You know, talking about having

8          good relationships is not the same as saying

9          here's the plan, here's whose been involved

10          and here's how we are working together.

11                    So I would like to see much

12          more specificity that shows that the

13          research and work has been done to find out

14          the best ways to connect with historically

15          disconnected communities.  If that's for the

16          next presentation, then that's fine, but I

17          really don't want to, you know, hear things

18          that are not answering my question honestly.

19                    MR. SMITH:  We can certainly

20          provide that and we will be working with

21          those offices to make sure we are reaching

22          those particular students.  And so there is

23          a proposal and there is a plan.  So right

24          now we are bringing the proposal to the



Page 74

1           board to consider and we can certainly bring

2           some things that get a bit more at the plan

3           and we could implement that.

4                     I do want Dr. Bonitatibus to

5           possibly weigh in on some of the things --

6           the questions you asked around students and

7           different types of clubs that are offered at

8           TJ and perhaps if there are additional costs

9           involved and those particular

10          considerations, and how she currently

11          mitigate those with students who are at

12          school who might be free and reduced meal or

13          may not be able to take advantage of some of

14          those opportunities.

15                    DR. BONITATIBUS:  Sure.  Thank

16          you.

17                    So I think that we have done

18          some subtle things over the past couple of

19          years so that way -- particularly for our

20          students that qualify for the free and

21          reduced meals we're able enable to ensure

22          that they have meals at school.  I will

23          share with you when I first arrived at the

24          school breakfast was not served and it was



Page 75

```
 1          just a thought or feeling that it was just
 2          something that didn't need to be done.
 3                    And I felt that we had 30
 4          students who qualified and it was important
 5          to me that even if one student got the
 6          breakfast that they needed, they got it.
 7          And when our students weren't going to the
 8          cafeteria in the morning to get it, I made
 9          sure we put a grab-and-go cart right in our
10          Noble L commons right in the front so that
11          way any student could go up and get lunch
12          and there's anonymity for the students who
13          need the free meals and I'm ensured that
14          those students are getting meals when they
15          needed them.
16                    So some of the things are
17          subtle, some of the things are more overt.
18          We have engaged students most recently on
19          challenge success teams with our school on
20          the mental wellness coalition with our
21          students.  It's actually chaired by our
22          students and this year we had a huge
23          infusion of more students.  We just had our
24          first meeting I think it was last week and
```



Page 76

1              the chairs of the committees are so pleased.

2                       We also have students who are

3       now part of our equity team and we are

4       really pleased about that.  And through our

5       clubs and activities as recently as last

6       week, I've now had a group of students, a

7       group of sophomores who have come forward

8       and they are forming a club that is specific

9       to how we can continue to create a welcoming

10      environment at TJ as we go through a changed

11      admissions process.

12                       BOARD MEMBER:  Well, they are

13      all great, but again, that's not about the

14      application process.  So that's great, but

15      I'm still not hearing what are we doing to

16      reach marginalized disconnected students.

17                       DR. BONITATIBUS:  Okay.

18                       Well, I was speaking on what

19      was going on in the school so I'll bump it

20      back to the others that are talking about

21      the admissions efforts.

22                       DR. BRABRAND:  Ms. Meren, I

23      mean, bottom line is it's a very fair

24      question.  We can bring more about it and we



Page 77

1          will in our next step.  I will tell you

2          return to school and all the work we've done

3          around the Internet access and connecting

4          families virtually in the last couple months

5          that can really help us with the TJ

6          outreach, and we'll bring you additional

7          material around that and our plan for it.

8          As Mr. Smith said, we brought a proposal

9          around TJ, but we need to build out the

10         specifics of the outreach and we will do

11         that for you.

12                   BOARD MEMBER:  I look forward

13         to that.  Thank you.

14                   MADAM CHAIR:  Okay.  Our next

15         speaker will be Ms. Cohen.

16                   BOARD MEMBER:  Thank you,

17         Ms. Pekarsky.

18                   You know, I'm grateful to go

19         after Ms. Meren because I feel that that's

20         what we continue to say is we have to have a

21         plan in order to support a proposal.

22                   You know, my frustration is

23         we've continued to articulate that this is a

24         system of a much larger problem, that we



Page 78

1          have to be super careful that this is not a

2          Band-Aid, that this is part and parcel of a

3          systemic change about offering advanced

4          opportunities starting in third grade Math

5          in our elementary schools.

6                         And so, you know, for me what

7          my continued advocacy has been, I cannot

8          support one without the other.  So we need

9          to figure out a way when we are getting to

10         these conversations for Thursday night,

11         again, that this is holistic and that whole

12         system approach of how we are changing this.

13         Because to speak to Ms. Meren's point, I

14         think we all have admitted we have a major

15         application process -- that we have a major

16         problem with our application process.

17                         It's not just an admittance

18         problem that is certainly a problem, but the

19         application problem is huge.  And so I think

20         we cannot look at this as all these separate

21         things, I think this is how we whined up

22         sideways in a place where we keep looking at

23         TJ and make six changes in nine years that

24         don't net results.



Page 79

1                        You know, I will say that, you

2            know, some additional issues I have it is

3            frustrating to me to sit in a district with

4            a school at 132 percent capacity and one

5            that's at 119, and TJ sits at 84 percent.

6            So when we talk about equity generally I

7            feel like there's ways where again we have a

8            rising tied, where we have conversations

9            where admitting more kids into TJ is

10           something that expands opportunities for

11           more kids, it also becomes an opportunity to

12           lesson the burden on some of our overcrowded

13           schools.

14                        Eighty-four percent is just --

15           I cannot -- I can't rationalize that to

16           Springfield District constituents who cannot

17           get back in some of their schools at full

18           capacity right now because of situations

19           that we have created.

20                        I would love an answer about

21           how we reduce the number of slots for other

22           jurisdictions.  You know, I know that there

23           are places who have already reached out to

24           board members to ask why are we sort of



Page 80

1           summarily in a regional school deciding that

2           we are going to reduce their admissions.

3                     And then another piece for me

4           is the surveying on barriers to apply.  We

5           don't collect any data on why people turn

6           down (inaudible) and we haven't done good

7           data on why they don't apply in the first

8           place.  So we have to be able to ask the

9           question to answer it.

10                    MADAM CHAIR:  Dr. Brabrand?

11                    MR. BRABRAND:  Yeah, let me

12          take a couple and then see if Marty and

13          Jeremy want to jump in.

14                    I completely agree with the

15          systems approach.  Later this month we are

16          bringing you a multi-year plan around

17          advanced academics based on the

18          recommendation of the AAP consultant.

19          Dr. Fasidio just shared a draft with me

20          frankly this week and I think it's on the

21          School Board agenda this month.  I mean, we

22          can double check, but I believe it's coming

23          the same month.  As you know the state

24          deadline has got TJ in a sense before the



Page 81

1        AAP study.  And in a perfect world which we

2        are not in right now, we could have done the

3        AAP study recommendations early October and

4        done this later in the month.  But we do

5        have that and we do have a multi-year

6        approach on the pipeline.

7                The TJ capacity is fair

8        feedback.  And as I said, I will review that

9        with the team and respond to it.  I totally

10       get it and it will respond to it as a

11       followup.  And about surveying the kids that

12       don't apply or don't turn down, I'm going to

13       ask Jeremy or Marty about that over the

14       years.  I certainly agree that's data that

15       could be very helpful to us.  And let me get

16       their feedback for context on that question.

17                Jeremy or Marty?

18                MR. SHUGHART:  Sure.  So we

19       certainly don't survey students that are not

20       applying.  We don't -- so some of this has

21       been over recent times over students who

22       have not accepted their offers.  So that has

23       changed over the past handful of years to

24       say, you know, perhaps maybe as many as --



MAGNA
LEGAL SERVICES

Page 82

```
 1          up to as many as 10 years so it's more of a

 2          recent trend.

 3                    Some of this we've seen

 4          there's some anecdotal information, but I

 5          think that that is a possibility where if a

 6          student declines their offer we have a way

 7          for them to provide feedback of why they are

 8          declining an offer.  That's something that

 9          could be built into their response of

10          accepting or declining in terms of an offer.

11          So that's something that we could look to

12          implement so that that way we have the

13          feedback of their not going to TJ because

14          they are going to another school or distance

15          or whatever the case may be.  There's a lot

16          of other options and opportunities that may

17          be out there that they are saying this is

18          the reason why.

19                    So we have not done that other

20          than from an anecdotal standpoint in terms

21          of why students have or have not decided to

22          accept the numbers.

23                    One point in terms of your

24          question about capacity.  One of the things
```



Page 83

1          that I want to point out and I want to note

2          in terms of capacity is the change to the

3          500 and the rolling admissions.  So the

4          change to the 500 and the rolling admissions

5          does address the capacity issues at least to

6          some degree.

7                    So what we currently have

8          within our the policy -- well, not the

9          policy, within the regulation sets a target

10         of 480 student.  So through our current

11         process we offer admissions to approximately

12         480 students.  That number happens to be

13         between 480 and 500 students.  And then we

14         come back with a second round and also a

15         wait pool where we offer additional students

16         again.

17                    The distinction here is that

18         wait pool is offered in July after

19         everything else has been completed.  And

20         it's a one-time offer where we offer the

21         number of students to again bring them back

22         up over that 480 mark or at least up to that

23         480 mark.  But what we do know is that some

24         students even within that process will still



Page 84

1          decline the offer.  So that's where we are

2          left with students that are fewer than the

3          initial or the anticipated number of

4          students that have accepted.

5                    Additionally we also have some

6          students that accept the offer and

7          ultimately don't complete their

8          registration.  So part of this admissions

9          approach that we are suggesting with kind of

10         the rolling -- what we are calling the

11         rolling admissions is having a pool of

12         students that are available to them continue

13         to offer clear up to the beginning of the

14         school.  So that would move the enrollment

15         numbers for an individual class up to 500.

16         So instead of having an enrollment class

17         that may be at 470 or even potentially

18         lower, that it will actually be maintaining

19         that number at a much higher rate which

20         would address some of the issues you had

21         talked about in terms of the maximum number

22         of students.

23                    MR. SMITH:  And then, Jeremy,

24         if can you talk about the ascending during



Page 85

1        jurisdictions.

2                    MR. SHUGHART:  Oh, yes.  So

3        when we look at the actual number of

4        students at TJ historically what we are

5        seeing is that the historic number of

6        students at TJ in terms of where they are

7        coming from between Fairfax and the other

8        counties is we are at about 75 percent of

9        the students coming from Fairfax County that

10       are currently in attendance at TJ.

11                   And what the current process

12       or what the process was in place under the

13       standard procedures is a cap process that

14       based on student enrollment in eighth grade.

15       And so there is caps that are put in place

16       for all of our jurisdictions.

17                   And very few of those

18       jurisdictions meet their caps.  That's not

19       necessarily the case with all of them, Falls

20       Church City as an example, but the remaining

21       school systems don't reach their caps.  And

22       it's not because they don't have qualified

23       students, it has to do with the number of

24       students that are applying from certain



Page 86

1        jurisdictions over time.  And so what ends

2        up happening is those caps are established

3        based upon a ratio of student enrollment,

4        and then we go through the process.  And

5        there is -- the caps don't come into play

6        unless a particular division meets or

7        exceeds that particular cap.  For most of

8        our participating jurisdiction that doesn't

9        take place.  In fact, we are offering a

10       number of students below their cap.  And

11       then you also have the number of students

12       that are accepting that.  So that's a number

13       that's further reduced down from the offers

14       of admissions.

15                So for example, if a cap --

16       and I'm going to use really big round

17       numbers, if a cap is 50 for a particular

18       jurisdiction and we offer through the

19       current process 35, but only 25 of those

20       students accepted, you know, they're not --

21       you know, that particular school division

22       isn't using their cap.

23                So in using all this

24       information and what we are saving and



Page 87

1          trying to stay consistent with what students

2          were -- at a maximum what students were

3          accepting as a process point to TJ and

4          staying consistent with what we've seen over

5          time is where we fell over on the 70/30

6          percent split.  So we provided a process for

7          70 percent of the students to come through

8          Fairfax County and 30 percent of the

9          students to come from our participating

10         jurisdictions.

11                    So when we look at the

12         participating jurisdictions approach, the 70

13         percent is then calculated out on a ratio

14         basis looking at just the student enrollment

15         in those participating jurisdictions.  So it

16         functions very similar to the cap approach.

17         The piece that we're adding in or that we've

18         ensured within this process is that whatever

19         that cap is we're allowing any eligible

20         student to be a part of that process, and

21         then to be able to back fill for those

22         students that are saying no.

23                    So for many of our school

24         divisions this cap may actually fall very



Page 88

1          much in line with the accepted student rate

2          from our spring admissions cycle and spring

3          admissions process that we've had.  So

4          that's a part of the inside Fairfax County

5          and the non-FCPS school divisions.

6                   When you look at that from the

7          regional approach and I know there's been a

8          number of questions between a regional

9          approach, a division level approach,

10         although, that hasn't been talked about this

11         evening and from a school level approach to

12         present the proportionality that we've

13         provided here at a regional level approach,

14         again, it's also kind of a cap related issue

15         looking at the enrollment of the students as

16         well.

17                   And so that's where the

18         jurisdictions and how that ultimately came

19         -- or the split between the 70 percent and

20         the 30 percent, and then ultimately when we

21         use the historic numbers for those.  That

22         number would be recalculated on an annual

23         basis based upon student enrollment in each

24         of these school divisions.  And so the cap



Page 89

1          is not a static number where it would be

2          this number in perpetuity, it would be

3          recalculated just as it is recalculated for

4          admissions process -- in the current

5          process, I'm sorry.

6                    MADAM CHAIR:  Ms. Cohen, do

7          you have anymore questions?

8                    BOARD MEMBER:  I do, but my

9          buzzer rang.

10                    MADAM CHAIR:  Thank you.

11                    Ms. McLaughlin?

12                    BOARD MEMBER:  I'm looking

13          down at my notes so I apologize when people

14          wonder what I'm doing here.

15                    First of all, I do want to

16          make clear to the public that I absolutely

17          agree and believe as one of the veteran

18          board members that FCPS as a school system

19          has failed to ensure the diversity at TJ.

20          That the school board since I've belonged in

21          January of 2012, made very clear of our

22          expectations.

23                    There's not enough time for me

24          to go cite the school board policy that I



Page 90

1          participated on governance where it was

2          adopted and revised on September 13th, 2013,

3          when we talked about what the purpose of TJ

4          was, the operation of the school, and I will

5          be sending notes to my colleagues about it.

6          But the key point that it says is that the

7          purpose is to establish a STEM high school

8          where students have exceptional quantitative

9          skills and an interest in STEM and a desire

10         to pursue higher level academic achievement

11         in Science and STEM.

12                  Under the FCPS regulation it

13         specifically says that the school system is

14         supposed to identify through its admission

15         processes exceptional quantitative skill,

16         interest in aptitude, but also that the

17         school board expects that FCPS will be

18         working on ensuring diversity of its

19         students.

20                  As a former admissions office

21         with ten years experience in this field, I

22         know for certain that we absolutely should

23         have been able to achieve this for more than

24         20 years.  I would say first and foremost



Page 91

1          that FCPS superintendents from Jack Dale to

2          Karen Garza to Scott Brabrand have told this

3          board to stay in its lane, be board members

4          about governance and let them handle

5          operations.  And sadly what's happened is we

6          have operations that have not fulfilled the

7          policy of this school board, it has not

8          fulfilled the promises of the regulation.

9                    I do think that the test is

10         highly problematic, I do think we need to

11         make changes this year.  I look forward to

12         Ms. Pekarsky and Ms. Karen Corbett-Sanders

13         presenting alternative approach.  I want to

14         thank Laura Jane Cohen and others who are

15         talking about the fact that we know holistic

16         admissions work successfully for diversity

17         and high achievement at our nations very

18         best public and private universities for

19         decades and decades, and I've seen it done

20         up front.

21                    And Dr. Brabrand, I will for

22         one be one board member who is going to

23         press you on the metrics.  Your answers to

24         our colleagues earlier absolutely do not



Page 92

```
1          speak to how each year a lottery which is by

2          nature a random selection process is going

3          to yield the diversity we know and want to

4          see.

5                    I encourage you again to go

6          talk to the universities who successfully

7          have demographically diverse (inaudible)

8          The public has every right from all sides to

9          be concerned about what you've outlined here

10         and I support what my colleagues are putting

11         forward instead.

12                    MADAM CHAIR:  Thank you,

13         Ms. McLaughlin.

14                    Mr. Brabrand, would you like

15         to respond and also comment about the

16         proposal that Ms. McLaughlin has identified

17         as the points that were brought up by

18         Ms. Corbett-Sanders earlier?

19                    MR. BRABRAND:  Yeah.  Well,

20         first of all, I would say multiple boards

21         have worked with multiple superintendents on

22         this and I fully acknowledge that we're not

23         where we need to be.  Should I have brought

24         it up earlier?  I guess that's a question
```



MAGNA
LEGAL SERVICES

Page 93

```
1              for me and the previous board.

2                        There are a lot of equity

3              issues that we are bringing to the front and

4              partly I've changed my leadership as a

5              result of the world around us to recognize

6              that equity needs to be at the center of our

7              work in the school system and do things that

8              I have not paid attention to that I am

9              paying attention to now, and TJ is one of

10             them.  We've let it go for decades and it's

11             time to do it and do it well.

12                        As far as the -- the metrics

13             to the lottery depend on changing the

14             composition of the applicant pool.  So

15             Ms. McLaughlin, I agree with that.  Again,

16             short term we know there's talent in the

17             pool that's not getting in the actual

18             admitting class.  So we believe a thorough

19             outreach can continue to grow the pie of

20             people through diverse backgrounds who want

21             to come to TJ who qualify for merit and

22             that's how we would grow it.

23                        Again, I appreciate what

24             you've shared about Ms. Corbett-Sander's
```


MAGNA
LEGAL SERVICES

Page 94

1          ideas and we'll certainly listen to what the

2          board has to say.  That's what tonight is

3          all about is hearing board feedback.  But

4          we, I think, are all in agreement that what

5          we've been doing hasn't seen the goals that

6          you noted are in policy and regulation, and

7          it's time to do something about it.

8                    Thanks.

9                    MADAM CHAIR:  Thank you,

10         Dr. Brabrand.  We'll come back to the plan a

11         little bit later that Ms. Corbett-Sanders

12         layed out.

13                   Ms. Tholen?

14                   BOARD MEMBER:  Yes, thank you.

15                   I'm happy to follow through

16         with my other colleagues.  I would first

17         like to express that I fully realize that

18         our discussion tonight is one piece in the

19         whole strategic view around Science and Math

20         education in the district.  And as Science

21         educator I absolutely look forward to our

22         upcoming discussion and a broad strategic

23         view on how we can make some improvements.

24                   I come to this discussion



Page 95

1          maybe with a bit of a different view.  I

2          have a son that graduated from TJ several

3          years ago.  And, you know, I look at his

4          experience at TJ and would he have had a

5          better experience if there would have been a

6          more diverse student body?  Yes, probably.

7          And so I fully support increasing the

8          diversity of the school.  But he was also a

9          kid that did physics problems to relax.  So

10         I understand, you know, the kind of student

11         that we have at TJ and the intense passion

12         for Science and Math.

13                And so one question that I

14         have is if we're not going to do the usual

15         entrance exam, is the problem solving essay

16         enough to measure Math and Science diversity

17         potential?  One question that I have is if

18         I'm understanding it's an essay question

19         it's either going to be on Science or it's

20         going to be on Math.  Do we need perhaps to

21         broaden that a little bit if we -- if that's

22         part, you know, part of how we are looking

23         for Science and Math proficiency and

24         potential.  So that's one question.



Page 96

1           One other question that I have

2    is I haven't really gotten numbers on how

3    many eighth graders do we have in Fairfax

4    County that have a 3.5 GPA and are taking

5    Algebra 1.  Like, how many kids are we

6    talking about that will be eligible in this

7    pool?  So, you know, I'd like to know that,

8    I'd also like to that information by region,

9    how many kids by region have that

10   qualification.

11           I fully support (inaudible)

12   how many kids we are putting into this

13   class.  At 480 was in our previous

14   regulations, perhaps that regulation was for

15   pre renovation for TJ.  And I don't know

16   what the program capacity was pre

17   renovation, but post renovation is 2,185.

18           One of my other big concerns

19   is Michael R. Jane, I'm coming from a region

20   that has overcrowded schools.  So I really

21   need us to take a really close look at what

22   are the ramifications to our base schools

23   for changing the TJ admissions process.

24   (inaudible) and programmatic standpoint as



Page 97

1          well.  What courses would we be offering

2          those kids as they are moving into our base

3          schools.

4                    MADAM CHAIR:  Thank you,

5          Ms. Tholen.

6                    Dr. Brabrand?

7                    MR. BRABRAND:  Sure.  First of

8          all, thanks for sharing your experience with

9          your son and I think we've got to come to

10         this issue with multiple perspectives.

11                   Jeremy, do we know what the

12         3.5 Algebra 1 for the entire system or is

13         that some data we can get and provide the

14         board?

15                   MR. SHUGHART:  It's actually

16         not because we don't calculate GPA at the

17         middle school level.  This was a question

18         that was asked in the previous followup and

19         we put that in some information.  So let me

20         give you because there's a lot of questions

21         around this, what we can provide or what we

22         provided with some information is around the

23         number of students who are in an Algebra 1

24         or advanced, more advanced Math classes in



Page 98

1        Fairfax County.

2                        What we do on an admissions

3        standpoint is we actually work with the

4        school systems and if we're talking about

5        non-FCPS -- I'm sorry I didn't turn on my

6        camera.  If we are talking about non-FCPS,

7        they actually submit letter grades to us and

8        then we actually go through and do a

9        calculation for those individual grades.

10       We're also talking about a core.  So we

11       don't use every class that the students are

12       enrolled in which is what would frequently

13       be something that would be created from an

14       overall GPA.  A lot of people think of an

15       overall GPA, they think about that from a

16       high school prospective.  They think about

17       the non-waited and the waited which we

18       discussed earlier and it includes all of the

19       different classes that the students take.

20                       So there's also questions that

21       we fielded around, you know, which classes

22       or how many years and so on and so forth.

23       But what we look at from a GPA standpoint is

24       the end of the year seventh grade in the



Page 99

1          core academic area of Math, Science, English

2          and History and then the first quarter of

3          eighth grade.

4                      And any student that's taking

5          a world language credit or class for high

6          school credit.  So the GPA calculation from

7          a systems standpoint would be much more

8          difficult to create.  It's not something

9          that we have -- we have available for our

10         applicant pool, but it's not something that

11         we actually have from a systems standpoint

12         because we don't create GPAs for our middle

13         school students.

14                      DR. BRABRAND:  The other

15         question, Ms. Tholen, was about adding spots

16         and we can certainly look at that.  And then

17         what to do about kids back at the base

18         school if they don't get in TJ.  Was that a

19         next step question you had asked before,

20         Ms. Tholen?

21                      BOARD MEMBER:  You know, I had

22         mentioned it in our previous work session,

23         but I will definitely be following up on

24         that.  That's a big issue for (inaudible.)



Page 100

1          My other question was about the testing for

2          Math proficiency and potential, Math and

3          Science.

4                    MR. BRABRAND:  You're question

5          whether the problem solving essay is going

6          to going get at what we need to get at?

7          Right?  Whether it's going to pull out the

8          kids we can find with the talent merit to

9          attend TJ, right?  Was that your question?

10                   BOARD MEMBER:  If we are not

11         doing a regular admissions test, why are we

12         thinking this problem solving essay will be

13         enough?

14                   MR. BRABRAND:  Okay.

15                   Jeremy or Marty?

16                   MR. SHUGHART:  Sure.  So while

17         that's one component of that holistic

18         review, we've also looked at the GPA, we've

19         looked at Math classes, we looked at the

20         student worksheet as well.  So there's a

21         number of different areas here that we are

22         considering in pulling together in terms of

23         an evaluation of the students overall

24         application.  So we are looking at multiple



Page 101

1    elements.

2                    So the problem solving essay

3    is driving at a student's ability to be able

4    to solve a unique problem that they have not

5    been presented with before.  Each year we

6    create and use new questions that have not

7    been used before within the process.  And

8    so -- but that's one piece within that whole

9    puzzle.

10                   What we are also talking about

11   is finding a way to identify students that

12   are going to be able to be successful at TJ.

13   Previously what we were using that for was

14   that was a way of identifying the strongest

15   applications that we were seeing.  And so

16   it's a slightly different review of

17   applications is looking at how these

18   students would match up with the rigger of

19   TJ.

20                   But I think that

21   Dr. Bonitatibus can also speak about the

22   students that are coming into TJ, how well

23   prepared and kind of that sequential

24   approach of students coming in, where they



Page 102

```
 1          are coming in from because there's questions
 2          about Algebra and those students as well.
 3          But we do believe that this would give us
 4          information and it's one component of the
 5          whole picture of all the students with the
 6          other elements combined that support it.  So
 7          it's not just is the student exceptionally
 8          well.
 9                    Just as an example, sometimes
10          in a current process students do exceedingly
11          well on the current test and still don't get
12          into TJ, or students do really well on the
13          essay and don't get, or the exact opposite.
14          We have students that don't perform well on
15          essay, but the other components have allowed
16          them to be accepted into the process.
17                    So it's about an understanding
18          that is not just one piece.  If it was only
19          one essay, the problem solving essay that we
20          administered, then maybe there should be
21          more than one problem solving essay.  But we
22          certainly think that this is a way combined
23          with other element to get to it.
24                    MADAM CHAIR:  Thank you.
```



Page 103

```
 1                     Ms. Tholen, I think that wraps

 2          up.

 3                     Next, we have

 4          Ms. Sizemore-Heizer.

 5                     BOARD MEMBER:  Thank you.

 6                     So I want to pick up on

 7          something that Ms. Tholen said and

 8          Ms. McLaughlin said.  I think, first of all,

 9          we all recognize that there have been many

10          years of changes trying to be made to make

11          sure that we are getting diverse students at

12          TJ and addressing the issue of diversity at

13          TJ.  In my many community meetings it

14          doesn't matter what -- well, view point

15          someone is saying, everybody agrees that we

16          have a diversity issue at TJ and we are

17          missing diverse students of color who have

18          aptitude, passion and skills for STEM.  So I

19          think we can all agree on that.

20                     But I'm glad Ms. McLaughlin

21          brought up what the purpose of TJ was.  I

22          think we can't forget what the purpose of TJ

23          is, which is to provide a place for those

24          students who have the skills, aptitude and
```



Page 104

1          passion for STEM, advanced education in

2          STEM.

3                    So having said that we need to

4          make sure that the process we have in place

5          ensures those are the students who are in

6          our pool, who are applying to TJ, and what

7          I'm hearing from everything is the

8          admissions in the years of fixing it hasn't

9          addressed that issue so to me it is a

10         symptom of a larger problem.  And the

11         problem starts, you know, I appreciate

12         Dr. Brabrand saying it was AAP, but I think

13         it's much bigger than that.  It starts with

14         outreach, it starts with opportunities for

15         STEM, it starts with AAP and advanced.  So

16         I'm having a difficult time seeing how some

17         of these proposals are really going to

18         address the actual problem which I think we

19         all want to fix.

20                   I am really concerned earlier

21         during some talking about the lottery versus

22         the lottery in conversations earlier about

23         why are we doing this system and how is it

24         going to reach our super under represented



Page 105

1           populations.  And statements was often

2           people from certain under represented

3           populations may not apply because the test

4           is a barrier and they don't think they can

5           pass it.  So now we have a lottery that

6           let's them know, hey, you have a chance.

7           And honestly now it's a random element in

8           here, you have a chance to be at TJ.

9                      Every statement is about the

10          test being the barrier, not the lottery

11          being the solution.  And I don't understand

12          if the test is the barrier why the lottery

13          is the solution.  So we can look at

14          different ways of getting to skills,

15          aptitude and passion whether it's a problem

16          solving essay or whether as Ms. Tholen

17          brought up the situation of do we want to --

18          is it enough to make sure that those

19          students have aptitude, passion and talent?

20          Are we doing enough to build a pipeline to

21          make sure that all students from all schools

22          develop an interest in STEM, those who have

23          the aptitude.  But is problem solving is

24          that going to get to make sure the students



Page 106

1              have the skills, aptitude and passion.  And

2              I'm disturbed at the way we are framing the

3              test as the barrier and the lottery as the

4              relationship.  I don't understand that

5              relationship.  So if someone can speak to

6              that first, I would appreciate it.

7                          MADAM CHAIR:  Perfect timing.

8                          Dr. Brabrand, anyone else?

9                          MR. BRABRAND:  I mean, as far

10             as we can show what it looks like after the

11             test is administered, what happens to the

12             pool.  I think we shared that at the prior.

13             The solution, we brought you a solution with

14             the lottery, the merit lottery.  We brought

15             you a solution with the merit lottery and a

16             holistic dimension to identify the 100 kids

17             who scored best.

18                          And, you know, I'm not saying

19             there may be other solutions out there.

20             These are solutions that we believe will

21             enhance the diversity that's already in the

22             pool.  So I don't know I can respond any

23             differently than that.  We have data that

24             shared that the testing does draw down the



Page 107

1          talent diversity of the pool.

2                    BOARD MEMBER:  I'm not

3          questioning that data, I'm just questioning

4          the solution that's offered.

5                    MR. BRABRAND:  Right.  Yeah, I

6          mean, lottery, the merit lottery is a

7          solution that increases diversity and the

8          hybrid we propose also we believe will do

9          that.  We believe both of those will help

10         enhance diversity for the TJ admitted class.

11         That's the answer.

12                   MR. SMITH:  And I think to

13         hear a phrase, Dr. Brabrand, I think that

14         based on input we received from the

15         community and questions from board members,

16         to paraphrase it was we were putting our

17         eggs in one basket with the merit lottery.

18         And so by providing an approach that uses

19         two different ways for admissions to TJ, it

20         provides more opportunities for students.

21         And so as we think about putting all of our

22         egg into another single way at TJ may not

23         provide the same level of diversity that we

24         are looking for.



Page 108

```
1                        And I do have to agree,

2             Ms. Sizemore-Heizer, we are talking about

3             the admissions process and we have shared

4             with the board and I've shared in my years

5             working with Jeremy on this process that

6             this is more than just an admissions issue.

7             This is an issue where we certainly have to

8             look at the ability for our students to take

9             advantage of rigorous courses very early on

10            in their elementary careers so that they

11            have options ahead of them and that TJ is

12            merely one of those options, but that they

13            have options ahead of them to take advantage

14            of rigorous course work wherever they land.

15            Whether that be within a class based

16            program, whether that be in a CTE program,

17            whether that be in a program for students

18            with special needs.  Whatever path they

19            choose we need to ensure that they've had a

20            rigorous foundation.

21                        So this is merely one aspect

22            that we are focused on now knowing that we

23            have to wok on those other pieces

24            concurrently.  So I couldn't agree with you
```


MAGNA
LEGAL SERVICES

Page 109

1          more than that.  I couldn't agree with you

2          more.  Again, with regard to the lottery,

3          there's nothing definite about this process.

4          If I had an answer about how to solve TJ, I

5          would have solved it many years ago.  So I

6          don't have the answer.  I can't say that,

7          yes, this will definitely provide a certain

8          level of diversity, but I do know it's doing

9          something different than what we are doing

10         now.  And I do know that based on our

11         previous modeling the lottery does provide

12         that diversity.

13                    I certainly would want to see

14         what happens and know that we have the

15         ability as you have the ability as a board,

16         we have the ability as staff to continue to

17         bring back recommendations until we get it

18         right.  But I will be the first to say that

19         I don't have all the answers for TJ, but

20         will certainly stay in long enough within

21         this process to make sure we're doing

22         something that's better than what we are

23         doing today.

24                    MADAM CHAIR:  Okay.  Thank



Page 110

1           you.

2                     We're going to move on.  I'll

3           put you on a go back.  There's still a few

4           people that need to speak.

5                     Mr. Frisch?

6                     BOARD MEMBER:  Thank you.  I

7           want to go back to something we started with

8           Ms. Keys-Gamarra, can we talk about

9           accountability.  I guess one way to think

10          about accountability is to go backgrounds

11          and think about how we're currently

12          monitoring equity when it comes to TJ and

13          elsewhere, frankly.

14                    How are we systematically

15          monitoring demographics at TJ both those

16          applying, being accepted, being rejected,

17          those accepting and then leaving, et cetera.

18          And how is that information being made

19          available to the public and to the school

20          board?

21                    MR. BRABRAND:  So, Mr. Smith,

22          can you answer that question?

23                    MR. SMITH:  So we regularly

24          are collecting data on TJ.  Mr. Shughart has



Page 111

```
 1              reams and reams of data on the diversity of

 2              the application process, the diversity of

 3              those students and just numbers on the

 4              students who are offered and who accept at

 5              TJ.  And we provide information to the board

 6              as part of a regular report to TJ and I

 7              believe that Mr. Shughart can talk a little

 8              bit more about that.  But in terms of data

 9              collection, we have lots of data that we've

10              collected about the diversity of our

11              incoming classes and the diversity of those

12              students who apply.

13                   As part of our outreach

14              efforts, we regularly talk about those

15              numbers and talk about that level of

16              diversity with our administrators and our

17              buildings and our middle school buildings,

18              with our liaison counselors.  We know that

19              the board has been very focused on

20              increasing diversity over time.  So that

21              discussion is at the heart of all

22              conversations when we talk about TJ with our

23              stakeholders.  I don't know how to answer

24              that any differently other than just the way
```



MAGNA
LEGAL SERVICES

Page 112

1        that I have.

2                    Mr. Shughart, is there anymore

3        information to share about how we share that

4        information to the public or our

5        stakeholders?

6                    MR. SHUGHART:  So in terms of

7        the public we do the news release where we

8        share information about the applicant pool.

9        So it does share information about those

10       that applied and those that were accepted.

11       Certainly there was questions and concerns

12       earlier this year about that release in

13       terms of the information that was provided.

14       So that's done on an annual basis.

15                    Additionally beyond that there

16       are additional information and documents and

17       resources that are made available and

18       provided to the school board in terms of

19       numbers of students that are going from a

20       school level perspective and that

21       information is certainly something that we

22       share with you all as well.

23                    You know, one of the things

24       that Mr. Smith shared in terms of outreach



Page 113

1          and some other metrics, some other elements,

2          some of the things that we do within the

3          outreach is actually tracking of those

4          number of students that are participating in

5          a variety of different events and actually

6          monitoring and measuring the students that

7          come from those individual schools and

8          looking into that.  So there is a long

9          term-type of process that we've been working

10         on within the admissions office in terms of

11         looking at can we kind of track students

12         from year-to-year.  So there's been some

13         piece there that we've actually looked at as

14         well in terms of implementation.

15                    So those are certainly

16         metrics we are currently using in terms of

17         providing that information.  And certainly I

18         have additional information if that's

19         something that was requested and we need to

20         share and have that with the school board, I

21         can certainly share additional information

22         as well.

23                    BOARD MEMBER:  I don't doubt

24         that we have that information, I just wonder



Page 114

```
1          how we are taking action for accountability.

2          Back to Ms. Keys-Gamarra's point, I don't

3          think the board didn't know there was an

4          equity problem at TJ and other areas.  But I

5          think we were all caught a little flatfooted

6          when the numbers about admissions came out

7          this year.  Surely there are indications

8          long before acceptances going out that there

9          are other issues going on and other problems

10         going on.

11                   So if we are going to have a

12         conversation about accountability and, you

13         know, making sure that we are picking up on

14         things before they become a big problem or

15         before they become a worse problem, I think

16         part of the conversation as Ms. Keys-Gamarra

17         was saying is around accountability and what

18         we are doing to elevate those signs as they

19         happen.  You know, not just part of like an

20         annual review or as a standard report that

21         comes out every year.  Right.  If something

22         is brewing we need to know about it.

23                   On the issue of outreach, I

24         will second Ms. Meren's comments about the
```



Page 115

```
 1          needs of the full fledged really thoughtful

 2          plan here.  I'm grateful to see some of the

 3          suggestions I know I've made and Ms. Cohen

 4          has made and others have made in here about

 5          reaching out in ways we haven't necessarily

 6          before.  But I do think that it is still a

 7          bit too passive for outreach, especially

 8          when, as Ms. Meren said, we are trying to

 9          reach historically difficult people and to

10          engage.  So I would like to see some focus

11          put into more active communication.  This is

12          something that comes up frequently when we

13          are talking about engaging families and

14          perhaps be part of that broader discussion

15          as well.

16                    On the regional versus pyramid

17          question I have a couple questions.  How did

18          we end up with only one model of the

19          regional approach?  Or did we only come up

20          with one model?

21                    MADAM CHAIR:  Thank you,

22          Mr. Frisch.  And I also see that

23          Dr. Bonitatibus's hand is up so if we can

24          let her kind of jump in and then answer your
```



Page 116

1          question, if that's okay.  I believe she may

2          have had something to share.

3                    DR. BONITATIBUS:  Hi, thank

4          you.

5                    I'd like to take this

6          opportunity to answer Mr. Frish's question

7          and go back and revisit Ms. Meren's as well.

8          Because I was talking -- since outreach

9          keeps coming up and I just spoke to what we

10         were doing within the walls of TJ and I

11         better understand that while I cannot speak

12         on behalf of FCPS, I just would like to

13         offer some ideas that I have take talked to

14         various groups about and to FCPS leadership

15         about.

16                   So first of all, when we're

17         talking about outreach we have to move

18         beyond the notion that TJ is telling and

19         selling something.  It's going to be about

20         partnering and we have to, again, meet

21         people where they are.  So I'm just going to

22         list a variety of things that I would be

23         interested in exploring that I have done

24         with other communities and found a lot of



Page 117

1    success.

2                    So reaching out and partnering

3         with boys and girls clubs, Girl Scouts

4         Organization, club sports and youth leagues,

5         working with service fraternities and

6         sororities, like the Alphas and the Gammas.

7         Going to barber shops, going to churches,

8         synagogues, temples.  Reaching out in

9         communities and local restaurants.  Going to

10        the corner to the Mercado (inaudible) and

11        talking to community members there.

12        Partnering with business industries

13        (inaudible.)

14                    Being visible at events like

15        the Special Olympics to reach (inaudible)

16        families, going to cultural street fairs.

17        Making sure that every time we go out and we

18        present in the community that the

19        presentation is being done with translations

20        so people are sitting there with audio

21        devices and they are hearing the translation

22        at the same time and any print materials are

23        translated.

24                    And the outreach that our



Page 118

```
 1            clubs do whether it's through our students
 2            during tech extravaganza, our twist which is
 3            Women and Science in technology.  Our
 4            computer rehab club that goes out and
 5            donates computers to our local middle
 6            schools.  Our kids do tons of science fairs
 7            galore.  They're out there and they're
 8            tutoring at Weyanoke Elementary bringing the
 9            kids in.
10                 And so it's important to me
11            that not only are we talking about outreach
12            with these connectivity events, but also
13            what I call in-reach.  So it's just not
14            about us going out, it's how much are we
15            pulling the community into TJ.
16                 So for instance, when our
17            planetarium was finished right away we
18            started partnering with our partnership fund
19            so that way we can pay for buses to bring
20            elementary and middle school students from
21            the schools that receive Title 1 funding.
22            And they came in to our planetariums and saw
23            themselves as scientist.  Our labs, when our
24            labs aren't being used all day long because
```



Page 119

1          sometimes they're not in use, why are there

2          not field trips to TJ and students can come

3          into our school and work with some of our

4          own kids.  It's about pulling people in, not

5          just doing push out.

6                    So I just wanted to make sure

7          went back since (inaudible) and Ms. Meren

8          mentioned it and several others.  So thank

9          you for giving me a couple moments to be

10         more specific about some of the things I

11         think can be possible.

12                    MADAM CHAIR:  Thank you,

13         Dr. Bonitatibus.

14                    Mr. Frisch, would you like to

15         restate your last question?

16                    BOARD MEMBER:  Yes.  The

17         question was did we only conduct one model

18         that's what we've been presented with for

19         the regional?  And if so, why didn't we

20         conduct other models for other variations or

21         even for the same solution that's been

22         proposed?

23                    MR. SMITH:  So the original

24         model that we proposed was the straight 70



Page 120

1          per region and the revised model that we

2          proposed is to look at that proportionally.

3          So those are the two models that we've

4          looked as far as a regional approach.  And,

5          again, using that merit lottery --

6                    BOARD MEMBER:  I don't mean

7          like model as in like here's one model of

8          doing things and here's another model of

9          doing things.  I'm talking about the model

10         you came up with to determine what the

11         outcome of the proposal would be.

12                   MR. SMITH:  Oh, so we did look

13         at a variety of schools and we share that in

14         the next steps of those five schools that

15         currently have a lottery as part of their

16         process and looked at some studies on the

17         lottery process.  Overall looking at 34

18         schools that are like TJ that have different

19         processes and those schools that we looked

20         at had a test.  So we did focus on those

21         that had lottery processes, but really with

22         regard to the regional approach use feedback

23         that you were getting from union members and

24         school board members about under



Page 121

1          representation by certain schools in the

2          system.

3                    MR. SHUGHART:  I'm sorry, this

4          is Jeremy.  There was a question that

5          Mr. Frisch asked about kind of bringing this

6          together and waiting until the last moment.

7          I'd like to take this back and remind both

8          the board as well as the public because I

9          don't think anyone was on the board

10         certainly when this occurred.

11                   But back in early 2000s there

12         was actually a Blue Ribbon commission that

13         was put together for TJ.  And at that point

14         in time they made a large number of

15         recommendations and suggestions about the

16         process and what we can do to improve our

17         process.

18                   Coming out of that Blue Ribbon

19         commission I think with the exception of

20         maybe one recommendation, all of those

21         recommendations were implemented over the

22         series of years kind of following the Blue

23         Ribbon commission in 2004.  Those took time

24         implement because some of those costs



Page 122

1          significant money to be a part of what

2          application process was.  One of which was

3          the establishment of an outreach specialist

4          for the admissions office and actually to do

5          a lot of the things that are asked about

6          here most recently.

7                    And so about a decade ago

8          that outreach specialist was created with

9          the intent and with the idea of starting to

10         reach out to all these groups.  And so with

11         different levels of success and not success.

12         And so things have changed in terms of the

13         outreach approach based upon what we have

14         seen at work, and quite frankly, what we

15         have seen that hasn't worked over that time

16         in terms of increases of numbers of students

17         that applied.

18                   However, as it was also

19         mentioned in the last presentation, just a

20         handful of years ago our office

21         unfortunately had to take a staff reduction.

22         And that staff reduction was to our outreach

23         specialists.  So we're functioning within

24         our office in terms of the outreach being



Page 123

1         asked with a staff member that's only a part

2         time staff member.  And, you know, we've

3         shifted gears based upon that change and

4         that position to try to better effectively

5         meet the needs of as many students as we

6         possibly can.

7                     But to suggest that, you know,

8         that there is a level of pieces and a level

9         of information, you know, there is a lot of

10        different ideas and a lot of different

11        activities that have been done.  And what

12        we've also identified is that some of this

13        has to happen at another level.  So we

14        talked about the pipeline and we talked

15        about providing information and working with

16        schools and working with the individual

17        teachers.

18                    You know, the other piece here

19        is it's about excitement for students, it's

20        about a belief system that they have or they

21        don't have.  And so it's also, you know,

22        we're focused in on TJ, but the other

23        reality is getting kids excited about STEM

24        is a benefit for all of our schools and



Page 124

```
 1              everything that's going on.  So what we're

 2              talking about from the pipeline and from the

 3              preparation from TJ only supports everything

 4              else.

 5                        So I'm not suggesting that

 6              anything that's not being talked about here

 7              from an outreach perspective that these

 8              aren't great plans and these aren't things

 9              that can be implemented and adjusted.  But

10              we also have to realize and recognize that

11              having a staff member that's a part time

12              staff member, there's only so many hours in

13              day that we can accomplish the goals and

14              mission that's being put forth before us.

15                        And just to -- and I'll just

16              be frank, to have prior people target the

17              admissions office for staff reductions is

18              kind of problematic when we're the ones that

19              are actually carried out with the mission of

20              making sure this all happens.  So let's be

21              mindful of the history of what has changed

22              and what has been presented and we've made

23              these changes with all the best intentions.

24                        We're bringing forward
```



Page 125

1       another proposal.  You know, at the end of

2       the day this is what we felt would best suit

3       the ideas that have been presented from a

4       school system.  You know, we've talked a lot

5       about equity and we've talked and mentioned

6       a lot about why now?  Why does this have to

7       be done?  It seems rushed.  Well, some of

8       this has to be that at some point in time we

9       have to make a decision to move forward.

10                     We've made a lot of different

11      changes.  We've implemented almost all of

12      the changes from that prior Blue Ribbon

13      commission and you saw the last 15 years

14      worth of data.  Not a change in the data of

15      what we were hoping for.  And so we've

16      implemented changes that were made from

17      recommendations.  So we are bringing the

18      board and to the public a new approach.

19      We're thinking that this approach is going

20      to provide us with a very unique and new

21      opportunity.

22                     One of the things that we

23      haven't talked about is, you know, the

24      social issues of the rejection within this



Page 126

1        process.  And how that impacts the students

2        that go through the current process and

3        don't get in and feel as though they are a

4        failure.  That's not the case at all.  Being

5        in a lottery to some degree there is a

6        random chance here.  And so I'm sorry to be

7        on a soapbox for a little bit, but I do

8        think we have to be aware of that.

9                    In terms of modeling and

10       thinking about this, we are looking -- we

11       were approaching this from different ideas.

12       And so there was looking at the current

13       process and what we were seeing with

14       semi-finalists and what was happening from

15       the semi-finalists round to the final round.

16       So it was almost as though taking that

17       approach and looking at the model.  And what

18       we were seeing from a semi-finalist to the

19       final round is percentages of students that

20       go from the semi-finalist round to the final

21       offer round is there's not a whole lot of a

22       difference from a ratio perspective.  So the

23       students that make it to the semi-finalist

24       round and get into the final round are very



Page 127

1          consistent.

2                    The problem was that we were

3          having inconsistencies going from the

4          application round to get to the

5          semi-finalists round.  If you consider the

6          semi-finalists round that is what's made up

7          of most of what we are proposing here with

8          this process.  The difference is we're

9          saying let's open it up and find out all of

10         the kids that can possibly do that and give

11         them a possibility of an opportunity.  And

12         I'm sorry.

13                    MADAM CHAIR:  Thank you,

14         Mr. Shughart.

15                    I think we are going to move

16         on because we have a couple of people on go

17         backs, a couple that haven't spoken.  I'm

18         sorry, Mr. Frisch, I think your time was up.

19                    BOARD MEMBER:  (Inaudible.)

20                    You can add me on the list off

21         call backs.  Thanks.

22                    MADAM CHAIR:  I will add you.

23         I will take my opportunity if we can -- oh,

24         my apologizes.  Ms. Derenak-Kaufax, you go



Page 128

```
 1          first.

 2                    BOARD MEMBER:  Thank you,

 3          Ms. Pekarsky.  And I want to say, you know,

 4          TJ currently as it sits is an amazing school

 5          with great parental support with an amazing

 6          principal.  We know there can be even a more

 7          diverse body of parents and students under

 8          that roof, and that's why we are here, but I

 9          don't want to TJ bash.  I think it's

10          extremely -- and I think that's happened a

11          lot in the community so I just want to say

12          that up front.

13                    As I make my comments I've

14          always stated that TJ is simply a data point

15          that highlights that there's an imbalance

16          answers of academic achievement and equity

17          across FCPS.  It's been evident in the

18          application process and admittance data for

19          years.  It's one of the first things that

20          I've spoken to all four superintendents I've

21          worked with in my time here.

22                    Why are certain demographics

23          not applying?  We have gotten the numbers

24          for the past ten years.  And on average when
```



Page 129

1        you average over the last ten years nearly

2        1,000 Asian students apply each, nearly 575

3        White students, Black about 123 and Hispanic

4        147.  If we are not sure currently what the

5        pool is, what that 3.5 average looks like,

6        how can we predict the outcome and how will

7        be we even know more will apply if there's

8        just an invite when these numbers have

9        historically been what they have been for

10       ten years.

11              Yes, outreach is critical.  I

12       consistently have talked about the pipeline.

13       It's the reasons I state time and time again

14       front loading (inaudible) teachers in all

15       elementary schools, fidelity implementation

16       in math and science curriculum, work to

17       ensure young scholars.  These are things

18       that we've talked about that I said a

19       million times.  All of these things have

20       been suggested by APAC since 2016, maybe

21       longer than that.  But add to this where

22       there's school programs where PTAs don't

23       exist or barely funded and it becomes

24       evident that there's large systemic issues



Page 130

1    about why TJ's membership looks the way it
2    is.  And we must fix those systemic issues
3    to remain where we are.

4              We have to realize that the
5    purpose -- TJ is a governor's school.  And
6    from VDOE it says the purpose of a
7    governor's school is to give gifted students
8    opportunities beyond those normally
9    available to students in their home school.
10   This is on VDOE's website.  And a governor's
11   school have been designed to assist
12   divisions as they meet the needs of a small
13   percentage of students whose learning levels
14   are remarkably different from their age
15   level peers.

16             We have this obligation.  We
17   also have the obligation for diversity.  And
18   by stating that I didn't even get to ask --
19   to answer my question.  I respectfully say
20   when we are talking about topics like this
21   we are not being held to a three-minute
22   rule, staff is not being held, and we can't
23   even get questions out because we are not
24   allowed to speak fully what we need to talk



Page 131

1           to the public about.

2                         MADAM CHAIR:  Thank you,

3           Ms. Derenak-Kaufax.  We will make sure you

4           get another opportunity.  I know this is an

5           important topic.

6                         Thank you.  I don't know if

7           anybody wants to comment on any of that.

8                         BOARD MEMBER:  There was a

9           question in there in beginning.  There was.

10          If you want me to restate it again, I can.

11                        MADAM CHAIR:  Dr. Brabrand?

12                        MR. BRABRAND:  I mean, full

13          confession, if you could restate the first

14          part of the question it would be helpful.

15          Again, I was listening to everything you

16          said, but I listened more -- I heard the

17          end.

18                        BOARD MEMBER:  It's where I

19          talked about over the ten year averages of

20          who applied.  And I said if we are -- how

21          can we predict outcome if we don't even know

22          what the pool number would be.  And because

23          these numbers are so embedded, what type of

24          outreach is going to happen?  But first of



Page 132

1        all, because we don't know who has that 3. 5

2        GPA, how will we know?  How can we predict

3        the outcome.

4                    MR. BRABRAND:  No, no, no.

5        Okay.  I heard that.  Just time check, it's

6        10 o'clock.  I've been working 15 hours and

7        I'm sure many of you all have, too, so it's

8        trying to think, listen, talk.  This has

9        been a 20-year issue, this is why it's hard.

10       Lots of boards, lots of superintendents, no

11       change.  I'm trying to bring change, I'm

12       trying to bring something that's different.

13                    Jeremy, let's go back for a

14       quick question on the GPA because I think

15       you answered it earlier that we don't have

16       GPA.  I think what Ms. Derenak-Kaufax is

17       asking can we find out like how many African

18       American kids in seventh grade have a 3.5

19       GPA?  Can we say that or say why we don't

20       have that in language in a sentence or two?

21                    MR. SHUGHART:  So there's a

22       difference between a GPA which is what most

23       people think about from a high school

24       perspective and what we use for the



Page 133

```
 1          admissions approach which is just a core
 2          academics.  The other issue is as a school
 3          division we don't calculate GPA in the
 4          middle school level.  So I mean --
 5                      MR. BRABRAND:  Jeremy, let me
 6          ask you when you say that we don't calculate
 7          GPA, but don't kids get As, Bs, Cs, right?
 8                      MR. SHUGHART:  Correct, they
 9          do.  So that's what I'm saying is that would
10          be something we would have to look into to
11          see if that's something we can create from a
12          DIP perspective.
13                      MR. BRABRAND:  Right.  But
14          Jeremy, when we say we are doing a pool of
15          3.5, how do we determine those kids have
16          3.5.  I think that's what Ms. Derenak-Kaufax
17          is getting at.  So based on how we determine
18          that, can't we see if there's a greater pool
19          that's lurking in the back of kids that just
20          aren't apply?
21                      MR. SHUGHART:  Well, yeah, I
22          suppose there is.  So in terms of how do
23          students -- to answer your questions about
24          how do students know, previously when the
```



1          GPA was at a 3.0, we worked with the

2          students to calculate their GPA.

3                    So part of this is that the

4          information is, look, you're applying to a

5          science and technology school, right?  I

6          think that this is a simple math problem

7          where students were able to be able to

8          calculate that out.  And we would actually

9          do that in a presentation when were standing

10         in front of parents and students and

11         whatever.  We would talk about this is how

12         you do that, that you don't go to your

13         counselor and say give me my GPA because

14         that doesn't exist.

15                    So what I'm suggesting and

16         what I'm providing to you is that isn't

17         something that isn't something that as a

18         system that we've done where we've

19         identified a core GPA from the end of

20         seventh grade and have that as a readily

21         available.  That's something we'd have to

22         look into to see if we can bring it back to

23         answer your question.  What I'm just telling

24         you is what we don't have currently is we



Page 135

```
 1              don't have that information.  That would be
 2              something that we would have to investigate
 3              to see if we can bring it in.
 4                        What we did provide to the
 5              board and what we did have is the number of
 6              students that were enrolled in the math
 7              classes to be able to get it through.  And
 8              so that is information that we do have
 9              access to and we've been able to look at
10              that from a three-year perspective to be
11              able to provide you a little bit of a trend
12              line to see where that information is.  I'm
13              not sure if I'm answering your question.
14                        MR. BRABRAND:  I think I'm
15              getting closer.  And, Marty, maybe you know,
16              do we not have insist our student
17              information system a GPA for middle school?
18              I guess that's what Jeremy is saying, that
19              we don't track a GPA like we do in high
20              school insist.  Is that true?
21                        MR. SMITH:  I believe that is
22              true and I can followup with that.  What I
23              do know is that Jeremy's office does this
24              manually by taking grades and converting
```



Page 136

1        them so we have a base for everyone within

2        FCPS and outside.

3                     MR. BRABRAND:  So the bottom

4        line is and I think this is what board

5        members are saying tonight, we need to

6        modernize our IT infrastructure to caption

7        data that is strategic towards goals that we

8        want.  Jeremy has an office of a

9        person-and-a-half trying to hand calculate

10       the middle school GPAs for kids.

11                    MR. SMITH:  There's also a

12       philosophy I imagine around collecting GPAs

13       for middle school students and ascribing GPA

14       for middle school students.

15                    MR. BRABRAND:  I see.  All

16       right.  Thank you.

17                    MADAM CHAIR PEKARSKY:  Thank

18       you.

19                    I want to move us along a

20       little bit.  I'm going to take my turn.  So

21       just to kind of piggy back on what

22       Ms. Derenak-Kaufax has said and I think some

23       others have touched up.  The GPA, do we have

24       this GPA for the applicant pool that have



Page 137

```
1        applied for pool?
2                    MR. SHUGHART:  Yes.  So for
3        the applicant pools we create a GPA
4        internally within our process.  And so both
5        internal and external students -- and when I
6        say internal, I mean Fairfax County students
7        as well as any other students, we calculate
8        the GPA for them.  We also calculate a
9        sub-GPA or a mass science GPA for those
10       students as well.  So as part of our process
11       we collect grades throughout that where our
12       participating jurisdictions, the counselors
13       at those schools actually enter grades into
14       the application process for us.  So that we
15       can calculate those grades out.
16                    MADAM CHAIR PEKARSKY:  Okay.
17                    Is that something that could
18       be provided to us so we have an idea of what
19       the number of students are that have a 3.5
20       or higher GPAs and what that looks like?
21                    MR. SHUGHART:  Sure.  I mean,
22       we can use the prior applicant pools and go
23       back to the prior 3.5 GPA.  So that the
24       modeling -- just so that we are clear, the
```



Page 138

1      modeling that we used on the previous

2      presentation was on a 3.5 GPA.  So we

3      removed the students that were not in --

4      that were in the applicant pool that did not

5      achieve a 3.5.

6            So when we went through the

7      modeling, that modeling was for students

8      that were at 3.5 or above.  And that

9      modeling went back for three different

10     years.  So we showed that over a sequence of

11     three different years.  And I believe, if I

12     recall that was this current application

13     year, I think it was the class of maybe

14     2020, 2019, as well as I believe it was

15     2015.  I don't recall completely, but I

16     think it was whatever those -- and that is

17     the information that we used for that

18     modeling.  And I certainly can provide that

19     information to you and to the board of the

20     current applications, yes.

21           MADAM CHAIR PEKARSKY:  And I

22     do remember those pie charts.  I mean, those

23     projections had some minimal gains in

24     diversity.  But the largest gain was



Page 139

```
 1            actually not I think the students that we're
 2            trying to capture; is that correct?
 3                     MR. SHUGHART:  So in terms of
 4            largest gains there's a distinction to be
 5            made between percentage gain and raw student
 6            gain.  So if you're looking at percentage
 7            gain -- and some of this has to do with
 8            small numbers to begin with.  So if you're
 9            starting with numbers that are under 10 and
10            raising those numbers significantly, we were
11            talking about some of our historically under
12            represented students increasing by anywhere
13            from six to seven times.
14                     Whereas, the large gain that I
15            think you may be referring to is our white
16            student population.  There was a gain there,
17            but it was not proportionally as large as
18            what we were talking about with some of the
19            other groups.  The other groups were more
20            than doubling in those cases.
21                     And I want to go back to some
22            of the modeling and the projections that
23            people were asking about because I think
24            that might be what some of the last people
```



Page 140

```
 1            were asking questions.  The projections that
 2            we were doing was off of the admissions pool
 3            and it was off of the admissions pool with
 4            these qualifications of 3.5 and appropriate
 5            math.  So we did use that in terms of the
 6            modeling from the previous presentation as
 7            well.
 8                       MADAM CHAIR PEKARSKY:  Thank
 9            you.
10                       I think a lot of great points
11            have been shared by my colleagues, something
12            I would be remiss not to bring up in this
13            meeting.  You know, I applaud your desire
14            and I agree with what your goal is.  I think
15            we all have the same goal that's why I want
16            to look at, you know, things -- like I think
17            Ms. Meren brought up.  How are we engaging
18            the families of the students that we feel
19            are being left out?  And how do we assign
20            accountability to that?  I think those are
21            very important topics and I'd like to see
22            very, you know, specific goals for that.
23                       But I would be remiss not to
24            bring up the fact that we, Dr. Brabrand,
```



Page 141

1          have had thousands of emails surrounding TJ

2          and there are very strong feelings from

3          both, you know, sides people who like a

4          lottery approach, people who don't.  And I

5          found a lot of common ground around many of

6          the people I spent thousands of -- I have

7          spent hours speaking to rather.  And I just

8          have to say that they do not feel heard in

9          this process and I think that's unfortunate.

10                     And, you know, I just have a

11          very hard time understanding why we haven't

12          engaged some of these communities beyond a

13          town hall.  It was from our very first work

14          session it's the same comments I made.  I

15          just think the ideas and the feedback that I

16          have gotten from people are just amazing.

17          And I really wish that was part of this

18          conversation.  I hear commonality.

19                     I'll take my go back.

20          Dr. Anderson, go ahead.

21                     MADAM CHAIR:  Okay.  Thank

22          you.

23                     I will make my comments and we

24          will take the polls of the board on some of



Page 142

```
 1          the common issues that have been raised

 2          throughout our comments and then we will

 3          continue with the go backs.

 4                    As Mr. Pekarsky shared and I

 5          also think we began this conversation with

 6          comments by Ms. Keys-Gamarra that have

 7          shared that we have large groups in our

 8          community who are aching for this change.

 9          And so much that they are willing to accept

10          an imperfect process.  And that is

11          significant data feedback to me at least and

12          perhaps to many of us in terms of how

13          desperate people must be when they're re

14          willing to kind of settle a little bit for

15          something that's imperfect because of years

16          and years of inaction, as Ms. McLaughlin

17          shared as a long time member and as

18          Ms. Derenak-Kaufax shared also as a long

19          time member of the school board.

20                    While I don't get applied to

21          TJ this is a question I had myself, I

22          decided to call all of my principals here

23          because of in Mason District we have the

24          fewest number of students who are
```



Page 143

1       represented in TJ admissions more than any

2       other area, I'm fairly certain of that.

3       When we have schools across five years that

4       have one admission, one student admitted.

5                   And my principals who all have

6       very unique views, the principals in this

7       area have shared that our kids don't see

8       themselves at TJ.  They don't see a path for

9       them because they don't see other students

10      that look like them being accepted into the

11      process.  And when they are denied and it's

12      a very public process they know for sure

13      everybody knows in their community that they

14      were not accepted.  So they shy away because

15      of that social emotional trauma that I think

16      Mr. Shughart shared.  And the fact that as

17      students who do have the high aptitude for

18      math and science, they can work the numbers

19      and see that that's not in their favor.

20                  So that's a sad commentary

21      regarding the state.  We'd love to have that

22      information at a greater level except for my

23      little schools I was able to find that

24      information for.



Page 144

1                         Kind of moving, changing gears

2               as little bit I want to share my support for

3               the following.  I want to be clear everybody

4               knows that removal for the test, removal of

5               the application fee, the yearly reporting

6               for the metrics that I believe one of the

7               colleagues shared.  We have to develop that

8               because how else would we know that we hit

9               our target.

10                        And most importantly, a very

11              comprehensive address of the systemic issues

12              that have led us to this.  This is just the

13              final hurdle and some of the hurdles that

14              some of our students have been experiencing

15              since the time they entered Fairfax County

16              Public Schools.  We have to be sure we are

17              addressing all of that.  Oh my goodness, I

18              didn't get to the my question.  I will put

19              myself on a go back.

20                        We have a number of go backs

21              and at this point I would like to take the

22              polls of the board about three issues that

23              have been part of the conversation so far.

24              So please give me a second.  I believe



Page 145

1          everybody was on a go back.  Is that fairly

2          accurate?  Probably.  So I'm just going to

3          ask everybody to please lower their hand so

4          we can get to the consensus taking of some

5          issues.  It looks like everybody is on a go

6          back so we'll just regroup.

7                    One of the first things that I

8          believe most of us commented on was

9          regarding the assessment.  I would love for

10         us to give some feedback to the

11         superintendent in terms of some consensus or

12         concurrence regarding the removal of that.

13                    So I will propose that we take

14         a quick poll if we are in favor of removing

15         the assessment that has been articulated to

16         be a barrier both in this presentation and

17         the previous.  I would like for hands to be

18         raised to that.

19                    BOARD MEMBER:  Madam chair,

20         may I ask for clarification?

21                    MADAM CHAIR:  Yes, ma'am.

22                    BOARD MEMBER:  You're calling

23         it an assessment and I believe you're

24         talking about the test and that's how the



Page 146

1           community hears it.  So I want to clarify

2           that this is what we are talking about.

3                       MADAM CHAIR:  This is what we

4           are talking about, the test.  The test that

5           we've been talking about that has been the

6           barrier for many of our students.  So in

7           terms of trying to get some feedback -- yes,

8           ma'am.

9                       BOARD MEMBER:  I apologize, to

10          further clarify, Ms. Keys-Gamarra, you're

11          talking about the currently used test, the

12          Quant Q test, correct?  I just want to make

13          sure we are clear on exactly what test we

14          are talking about.

15                      MADAM CHAIR:  That is exactly

16          right.  I think this would be helpful to the

17          superintendent as he prepares his statement

18          to the state that is due October 12th.

19                      So this is the removal of the

20          Quant Q -- I heard -- I'm sorry, whoever it

21          is, go ahead.

22                      Oh, Mr. Shughart, please go

23          ahead.

24                      MR. SHUGHART:  So I just want



Page 147

```
1              to point out that there's actually a battery
2              of tests so there's not just the Quant Q
3              that's administered, it's also the ACT
4              Aspire reading and science.
5                          BOARD MEMBER:  Correct.
6                          MADAM CHAIR:  So the
7              assessments that have been discussed as the
8              barriers from the applicant pool to the
9              semi-finalists pool as clarified by
10             Mr. Shughart.  If we are in support of
11             moving that as suggested by the
12             superintendent, please show your hands at
13             this time.
14                          BOARD MEMBER:  Madam Chair,
15             it's Megan McLaughlin, I tried to raise my
16             hand, but it said it was No. 7 in question
17             to what you want to us vote on?
18                          MADAM CHAIR:  I'm asking us to
19             vote on --
20                          BOARD MEMBER:  Like you
21             allowed the other board members including
22             Rachna Sizemore-Heizer, I want to bring
23             clarity to what we are voting on.
24                          MADAM CHAIR:  Oh, no, go
```



Page 148

1        ahead.  I'm sorry.  I thought you were

2        asking me a question rather than wanting to

3        make a statement.  Go ahead.

4                    BOARD MEMBER:  No, it's a

5        question.

6                    So what I know I've heard the

7        board talk about is that for this year all

8        the reasons we've talked about to remove the

9        test for this year so that the public

10       understands we're not making a long term

11       decision when there is a whole lot that we

12       have still not discussed including

13       Mr. Shughart saying this isn't just Quant Q

14       which is what we mostly talked about,

15       there's all these other things.

16                    So I'm uncomfortable giving

17       direction right now at this very moment when

18       it's unclear are we talking about forever

19       and ever or are we talking about for this

20       admission cycle.

21                    MADAM CHAIR:  Ms. Corbett-

22       Sanders, would you like to speak to that?  I

23       know you had conversations regarding this.

24                    BOARD MEMBER:  Yes, thank you



1           very much, Dr. Anderson.

2                    It is my understanding in

3           speaking to everybody on the board that this

4           is the elimination of the admissions test

5           and the associated application fees that

6           have traditionally been -- originally they

7           been the in-person administered test and now

8           they are the Quant T and ACT, those barrier

9           tests.  Those tests that have indicated that

10          they are -- they create barriers or cultural

11          biases in how they are administered.

12                   So the idea is that --

13          similar to what the superintendent has

14          recommended, is that we would replace in

15          battery of tests with a holistic admissions

16          process which includes the three parts that

17          were identified by the superintendent.

18                   MADAM CHAIR:  Ms. McLaughlin,

19          does that help?

20                   BOARD MEMBER:  Well, it was my

21          understanding that the Quant Q suggestion is

22          to remove the standardized test and to put a

23          problems set in its place.  I feel like

24          instead we are only speaking to one piece



Page 150

1        and that's making me uncomfortable.

2                    BOARD MEMBER CORBETT-SANDERS:

3        That's the next piece on -- so if possible I

4        circulated some language earlier today and

5        that might help bring us to some focus here.

6        But it's a two-part question, one is the

7        test and associated fees, and then the

8        second is greater clarification from the

9        superintendent which he would bring back in

10       December about how the merit based approach

11       to the admissions process, which will focus

12       on the whole student aptitude and take into

13       account a student's access to opportunity to

14       include FRN and inclusion in under

15       represented populations or other criteria

16       that the superintendent would recommend.

17                    MADAM CHAIR:  So

18       Ms. McLaughlin, we are going to go --  I see

19       you Ms. Sizemore-Heizer.

20                    BOARD MEMBER:  Move on.  Thank

21       you.

22                    MADAM CHAIR:  Thank you.

23                    Ms. Sizemore-Heizer?

24                    BOARD MEMBER:  Just point of



Page 151

```
 1          clarification, are you just looking to try

 2          to get a consensus on pieces we can agree to

 3          or are we at this moment directing the

 4          superintendent because I'm a little

 5          confused --

 6                    MADAM CHAIR:  We are looking

 7          to get consensus because we want to be able

 8          to give him some sense of how to move on for

 9          Thursday when he brings the next part of

10          this presentation.

11                    BOARD MEMBER:  Thank you.

12                    MADAM CHAIR:  Because right

13          now we are giving a lot of feedback.  So we

14          are not necessarily looking to give a

15          direction, but he needs to know where we are

16          sitting as a board.

17                    BOARD MEMBER:  Thank you.

18                    MADAM CHAIR:  Does that make

19          sense?

20                    BOARD MEMBER:  Okay.

21                    MADAM CHAIR:  Okay.  So we are

22          going to go back to that first piece and the

23          elimination of the assessment and its

24          associated fees.  If you are able to give
```



Page 152

```
1        concurrence to that, please raise your hand
2        at this time.
3                    BOARD MEMBER:  Dr. Anderson, I
4        thought the associated fees is the
5        application fee, not the test fee.
6                    MADAM CHAIR:  Thank you,
7        Ms. McLaughlin.  I did get my two points
8        confounded here.  So, folks, please lower
9        your hands.  We are going to start this
10       again.
11                   Removal of the assessment.
12       Just as Ms. Corbett-Sanders described and
13       just as Mr. Shughart just talked about a
14       little while ago.  The assessment that
15       prevents our students from moving from
16       applicant to semi-finalist stage.  Primarily
17       the Quant Q and the other associated
18       assessment.
19                   If we are giving concurrence,
20       consensus to the superintendent regarding
21       the removal of that assessment as he has
22       shared on Page 11, I believe of his holistic
23       review or 10, please raise your hand at this
24       time.
```



Page 153

```
 1                    MADAM CHAIR:  We have
 2          Ms. Gamarra -- Ms. Keys-Gamarra, Ms. Meren,
 3          Ms. Corbett-Sanders, Ms. Cohen, Ms. Omeish,
 4          Mr. Frisch, Mr. Derenak-Kaufax,
 5          Ms. Sizemore-Heizer, Ms. Pekarsky,
 6          Ms. Tholen, Ms. McLaughlin and myself.  So
 7          that is unanimous.
 8                    So please lower your hands.
 9                    The next piece is the removal
10          of the application and its associated fees.
11          Again, as described by the superintendent --
12                    BOARD MEMBER:  It's removal of
13          the fee, not the application itself, right?
14                    MADAM CHAIR:  Right.  I'm
15          sorry, the application fee as described, I
16          don't remember the page of the document
17          here.  But if you find that, Ms. Mulberg,
18          please go ahead and put that lottery
19          proposal up so people know exactly to which
20          I am referring.
21                    Dr. Brabrand or Mr. Smith, can
22          you identify the page on which that is
23          shared?
24                    MR. BRABRAND:  I'm checking
```


MAGNA
LEGAL SERVICES

Page 154

1          right now.  Hold on there.  Applicant fee,

2          hold on.  Mr. Smith, I think it was in the

3          original presentation that we specifically

4          mentioned the removal of the fee.  I don't

5          know if it's on a slide today.

6                    MADAM CHAIR:  That's okay.

7          The removal of the application fee, if you

8          are able to support that, please show

9          support to our superintendent at this time

10         by raising your hand.

11                   We have Ms. Corbett-Sanders,

12         Ms. McLaughlin, Ms. Cohen, Ms. Tholen,

13         Ms. Keys-Gamarra, Ms. Pekarsky, Ms. Omeish,

14         Ms. Meren, Ms. Sizemore-Heizer, Mr. Frisch,

15         Ms. Derenak-Kaufax and myself.  That is also

16         unanimous.

17                   The third part of the

18         conversation that's been talked about quite

19         a bit, please lower your hands, folks, is

20         the capacity increase at TJ.  Increasing it

21         and I know this is also a next step.  So I'm

22         a little bit more hesitant on his one

23         whether or not we would want to show support

24         for it pending what the superintendent tells



Page 155

1          us because I think there was a next step

2          that somebody asked.

3                    I'm sorry, was that you

4          Ms. Corbett-Sanders?  Somebody wrote a next

5          step as to what that might look like.

6                    BOARD MEMBER:  Yeah, but it's

7          to bring -- the next step is to bring the

8          capacity usage at TJ into alignment with

9          what is used at other schools.  So it would

10         be as much as it 50, but superintendent can

11         come back to us -- the superintendent can

12         come back to us with a recommendation on the

13         specific number.

14                   MADAM CHAIR:  So if this is a

15         step next that's also going to kind of give

16         you a sense of where the board is on this

17         matter, which is to increase the capacity at

18         TJ To be more in alignment with the other

19         schools.  And the details for you -- the

20         details will be to share with us hopefully

21         by Thursday.

22                   If you are able to support

23         this measure, please raise your hand at this

24         time.



Page 156

```
 1                    We have Ms. Corbett-Sanders,
 2          Ms. Pekarsky, Ms. McLaughlin,
 3          Ms. Keys-Gamarra, Ms. Cohen, Mr. Frisch,
 4          Ms. Meren, Ms. Derenak-Kaufax, Ms. Sizemore-
 5          Heizer, Ms. Tholen, Ms. Omeish and myself.
 6          That is also unanimous.
 7                    Okay.  The other piece that I
 8          know we heard some conversation about, not
 9          as much as the others, but I do know this is
10          a piece from what Ms. Corbett-Sanders shared
11          earlier -- I'm sorry, Ms. Derenak-Kaufax,
12          did you have a question?  Thank you.
13                    This is the review of the
14          pyramid versus regional versus middle school
15          approach.
16                    Ms. Corbett-Sanders, did you
17          want to speak to that really quickly just to
18          be sure everybody is clear on what we are
19          asking them to provide support on, rather
20          consensus about?
21                    BOARD MEMBER:  To provide a --
22          to utilize a middle school approach based on
23          the proportion of students at each middle
24          school as the basis for the numbers of
```



Page 157

```
 1              students for each area, rather than just the

 2              regional approach which does not allow for

 3              full representation from each of our

 4              pyramids and middle schools.

 5                        So it is to agree on an

 6              approach -- on an approach that looks at the

 7              admissions pool by middle school which is

 8              consistent with how many universities look

 9              at admissions and identify qualified

10              applicants by school.

11                        MADAM CHAIR:  Thank you.

12                        Ms. Omeish, did you have a

13              question to this measure?

14                        BOARD MEMBER:  Yes, thank you.

15                        I just wanted to clarify if

16              this would be proportional to population

17              within the schools?  That's a critical piece

18              so I just want to make sure that's included

19              before we vote.

20                        BOARD MEMBER CORBETT-SANDERS:

21              Yes.

22                        BOARD MEMBER:  Thank you.

23                        BOARD MEMBER SIZEMORE-HEIZER:

24              Again, are we just asking him -- I apologize
```



Page 158

```
1              for clarification.  We are asking him to

2              explore using that approach and bring us

3              back the information or are we directing him

4              to use that approach?  I'm just very unclear

5              here on what we are trying to get.  Because

6              I'm honestly a little uncomfortable doing

7              this piece by piece here without having our

8              go backs.

9                        MADAM CHAIR:  Okay.

10                       Then if we are uncomfortable

11             with the rest of these I think the first

12             three issues that we talked about were

13             discussed by almost everybody during their

14             comments.  So I'm happy to stop here for us

15             to complete with the go backs and come back

16             to the rest of these matters.  So right

17             now --

18                       BOARD MEMBER CORBETT-SANDERS:

19             Dr. Anderson, perhaps we can also all agree

20             on the holistic approach that was presented

21             which is asking the superintendent to come

22             back with a fuller -- we can agree that

23             there will be a merit-based approach to the

24             admissions process, which will focus on the
```



Page 159

1        whole student, aptitude and take into

2        account a students access to opportunity to

3        include FRN inclusion and under represented

4        populations.

5              That is similar to the

6        language that the superintendent provided on

7        -- hold on -- on a discussion about the

8        merit, but it gives a much more -- it is the

9        holistic review discussion placed on Page 9.

10       So if we could get support for the holistic

11       review.

12             MADAM CHAIR:  I'm not sure

13       that we are one hundred percent clear on

14       that.  Could you please repeat that?

15             BOARD MEMBER SIZEMORE-HEIZER:

16       Dr. Anderson, I apologize.  But we all had a

17       list of go backs and all had things we

18       wanted to say.  We've all each had three

19       minutes to speak at this point, we had staff

20       who spoke for a significant amount of time.

21       I don't necessarily disagree with some of

22       these proposals, but I feel we are being a

23       little premature to try to figure out what

24       we are suggesting or directing here.



Page 160

1                    MADAM CHAIR:  That's fine.

2        Fair enough.  We already covered three

3        points, let's go ahead and continue with our

4        go backs and come back to these measures a

5        little bit later on this evening.  We'll

6        suspend at this point.

7                    I do believe just about

8        everybody was on the list for a go back.  So

9        we'll start probably in the order in which

10       we started.  Which is Ms. Keys-Gamarra, go

11       ahead.

12                   BOARD MEMBER:  Thank you.  I'm

13       just trying to my camera on.  Okay.

14                   So I appreciate that we were

15       able to go over the things that we agreed

16       to, but a number of things have been said

17       tonight and I want to make sure that I'm

18       looking at it overall.  I'm hearing a number

19       of my colleagues saying that there's a

20       pipeline problems, that there's a larger

21       problems, obviously with the test, that

22       there are lots of contributing factors.

23                   I would like to also say that

24       in the process of studying this issue in the



Page 161

```
 1          various capacities that I've been able to do

 2          so, we also have had a number of years when

 3          we tried to do a number of things, some of

 4          which are listed in the Blue Ribbon study

 5          from 2000, which was never fully

 6          implemented.

 7                    We also studied -- I was also

 8          able to look at the lottery as being part of

 9          the solution even though I don't think we

10          have consensus on this board for that, but I

11          would like to authorize the superintendent

12          to show us how it can be an effective

13          measure because that is how the state has

14          been looking at that.

15                    I also want to address this

16          issue of what diversity means.  I've heard a

17          number of comments from letters, even some

18          discussions and it all seems to equate

19          diversity, some of it, with oh my God, are

20          we going to lower our standards?

21                    And I want to say just as we

22          are concerned about certain communities

23          feeling that we are maligning them by

24          talking about tests, we must be very careful
```



Page 162

```
 1            and must be cognizant of how demeaning these
 2            types of comments are and that may people
 3            consider these comments to be rooted in
 4            racism.  I'm not saying it's intentional,
 5            but we need to be mindful.
 6                       Is that my time?  Oh, that's
 7            my phone.  I'm sorry.  Okay.
 8                       We've also talked about the
 9            purpose of TJ.  The purpose of TJ is not --
10            as far as I understand it, is not for gifted
11            students, but it's for students with an
12            aptitude for STEM and science.  And we seem
13            to be looking for, we'd like to be able to
14            predict the outcome and we may not be able
15            to.  So with that, I want to make sure that
16            we do pin down those things that we can do.
17                       I understand that Ms. Corbett-
18            Sanders and Ms. Pekarsky have work together
19            to come together to bring an idea that we
20            can discuss more fully.  But I also would
21            like to release the superintendent to be
22            able to bring ideas to us that he believes
23            will work that we may not have consensus on
24            right now, such as the lottery.  And I think
```



Page 163

1          that was the bell for me, correct?

2                    MADAM CHAIR:  That was the

3          bell, yes.  Once I put on my camera that

4          means times up.  I try to take off my

5          camera.

6                    BOARD MEMBER:  Between the

7          phone and everybody -- anyway in any rate, I

8          will be respectful.  But those are the

9          comments I wanted to make.

10                    MADAM CHAIR:  Thank you.

11          Since you only had comments,

12          Ms. Keys-Gamarra, and not questions, I will

13          move on to the next speaker.  Is that fine?

14                    BOARD MEMBER:  Unless

15          Dr. Brabrand wants to comment about the

16          opportunity to be able to bring to the board

17          his justification for the lottery, which I

18          don't believe we necessarily have consensus

19          for on this board, but I don't want to limit

20          the superintendent if he can bring something

21          that's justified with metrics and data.

22                    MADAM CHAIR:  Thank you.  That

23          was your time.

24                    Dr. Brabrand, go ahead.



Page 164

```
1                    DR. BRABRAND:  Well, I'd like
2        to share -- thank you, Ms. Keys-Gamarra.
3                    I'd like to share that -- I
4        think what we may want to consider is where
5        the board has already made some decisions
6        tonight, and then talk about that those
7        decisions can form my response to the state
8        by October 12th.  And then allowing for some
9        additional time to take some of the feedback
10       we've heard tonight around looking at the
11       lottery with greater detail, looking at the
12       holistic process that Ms. Corbett-Sanders
13       mentioned, looking at the lottery in greater
14       detail as Ms. Keys-Gamarra mentioned.  Also,
15       exploring the outreach plan in far more
16       detail as Mr. Meren and Mr. Frisch
17       mentioned.  All that can't be successfully
18       done by Thursday, I'm just being candid.
19                    So perhaps working with the
20       board tonight we can identify those things
21       that can constitute my initial response to
22       the state and find additional time for us to
23       work on the other components of the
24       admission process later this fall to bring
```



Page 165

1        back to the board.  And I'd certainly be

2        willing to work with the board if that's the

3        will of the board.

4              MADAM CHAIR:  Thank you,

5        Dr. Brabrand.  And in a little while I will

6        get the boards pulse on what you just

7        proposed which is to use some of the

8        decisions that we have -- some of the

9        guidance that we've provided you with

10       tonight to move forward with your statement

11       to the state that needs to happen, and then

12       for us to determine a timeline would be

13       regarding the other issues that

14       Ms. Keys-Gamarra and others have mentioned

15       this evening.  So we will take the pulse of

16       the board in a little bit.

17              But I do want to move on to

18       our next speaker.  Ms. Corbett-Sanders, go

19       ahead.

20              BOARD MEMBER:  Thank you.

21              And I'm glad to follow

22       Dr. Braband's comment because that's

23       precisely what we offered earlier today

24       which was to kind of frame tonight's



Page 166

1           discussion on what we could get to yes on

2           for the submission to the state.  And

3           setting a time frame of December for him to

4           come back to us with more details on the

5           areas that we would like to have more

6           detail.

7                       I would also like to, you

8           know, I very much appreciate Mr. Smith's

9           frank expression of it's time to do

10          something different just to see what

11          happens.  And I absolutely agree it's time

12          to do something different and it's time to

13          do something different that has a more

14          inclusive -- results in a more inclusive

15          environment at TJ.  However, I do have

16          concerns about it's time to do something

17          different and we do lots of different things

18          and we are not able to actually measure what

19          is moving the dial or moving the needle.

20                      So I would hope that whatever

21          we do is we make a commitment by this board

22          to make sure that we make changes this year

23          in this years admissions process.  We also

24          then measure the effectiveness of those



Page 167

1        initial changes and before next years

2        admissions process be willing to say, okay,

3        what worked, what didn't work, do we need to

4        dial in with some additional changes.  Or do

5        we say it's working and we need to give it

6        more time.

7                        So I would just suggest that

8        in along those lines I am a little concerned

9        that we aren't using the resources that we

10       have available to us.  And that includes

11       data that's available to us through CIS

12       system.  It also includes taking a look what

13       has worked and not worked in our lotteries.

14                        In my experience with the

15       emersion lottery in our community in the Mt.

16       Vernon region is that it has not resulted in

17       significant diversity, but it has actually

18       resulted in a mechanism for people to choose

19       not to go to certain schools.  And so I

20       would be very careful about equating a

21       lottery at a kindergarten level which is

22       when it's administered to one that is a

23       lottery after we've done merit.

24                        So I would like part of the



Page 168

1          best practices to come back with real

2          examples, and also some of the studies that

3          have been done by some of the major

4          universities and think tanks on the value of

5          lotteries.  I will continue to advocate for

6          a pyramid approach or a middle school

7          approach.  I will continue to advocate for a

8          holistic approach and setting a time frame

9          of December, as well as a regional board for

10         TJ.

11                    MADAM CHAIR:  Thank you,

12         Ms. Corbett-Sanders.  Thank you for

13         completing that sentence and not the entire

14         thought.

15                    Ms. McLaughlin, go ahead.

16                    BOARD MEMBER:  Sorry, just

17         trying to get the video on.  So first of

18         all, in speaking in order, Ms. Corbett-

19         Sanders and Ms. Pekarsky, thank you for what

20         you sent around to the board remembers.  I

21         do find that overall you've captured where I

22         believe we can make some important steps for

23         this coming admissions cycle and do exactly

24         what you said, Ms. Corbett-Sanders.



Page 169

```
 1                      I am deeply troubled that
 2          Dr. Brabrand, Mr. Smith, Mr. Shughart keep
 3          saying that this is a 20-year problem, it's
 4          too difficult to fix.  Please go talk to
 5          MIT, Stanford, the elite public and private
 6          universities in this country if you think
 7          you can't figure out how to have a high
 8          performing freshman class selected that also
 9          reflects the diversity of an applicant pool
10          that is entirely troubling.
11                      The push back that you are
12          getting from this community is reasonable.
13          Our school board policy, our school board --
14          FCPS's regulation that Dr. Brabrand owns and
15          that the Virginia Department of Education
16          says this supposed to be a school for
17          students who are gifted and exceptional and
18          that have exceptional quantitative skills.
19          I absolutely believe every child from every
20          background and every diversity of
21          demographics has that ability.
22                      What I do think is that we've
23          had a flawed admissions process and I place
24          that on the shoulders of the superintendent
```


MAGNA
LEGAL SERVICES

Page 170

1            and his team.  And I also place it on this

2            board that we will now be watching this

3            intensively for this year and the years to

4            come that you are going to have to bring

5            back why you can't accomplish it.

6                      But you've not demonstrated in

7            the metrics you keep calling a merit-based

8            lottery, you don't even have the data to

9            share with us what has been the GPAs, the

10           core calculated GPAs over the last ten years

11           of the TJ applicant pool.

12                     So there is nothing now that

13           we've taken out a standardized test and you

14           won't produced the GPAs and you haven't

15           until we've asked and asked.  How is the

16           public and this board supposed to know that

17           you're actually creating a merit-based

18           lottery?

19                     So it is my belief that

20           Ms. Corbett-Sanders' proposal that we only

21           do what we said tonight in giving direction

22           about changes for the October 12th filing,

23           and the rest of this stuff has got to

24           include TJ faculty or AEP consultants and



Page 171

```
1              the community to talk about how you build an

2              actual merit-based holistic process, and

3              that you have to bring back the actual use

4              of data like the core calculated GPAs that

5              Jeremy and his team has to show your

6              modeling that you're actually identifying

7              exceptional students.

8                        I'm sorry this is so rushed.

9              There's so many more things that the public

10             has shared with us, but I, for one find it

11             insulting to this community that you are

12             saying we can't solve a problem that's been

13             solved for 30 to 40 years by the

14             universities already.  It's unconscionable.

15                       MADAM CHAIR:  Thank you,

16             Ms. McLaughlin.

17                       Ms. Omeish, go ahead.

18                       BOARD MEMBER:  Thank you.

19                       To clarify, just to address

20             the data question.  I do want to say I

21             shared some analysis with my colleagues.  I

22             would encourage you to look to that for some

23             of the trends that exist.  And I think it's

24             important for us to keep in mind there is no
```



Page 172

1       perfection solution.  I mean, this is why we

2       are here.  The first solution, the next

3       solution we are going to come up with up.

4       Even, you know, the Ivy league schools,

5       whoever it might be have many imperfections

6       in their plans and lead to disparities of

7       all sorts.  And we know this, I mean it's a

8       well-documented issue.

9               I want to also distinguish us

10      from that because part of the difference

11      here it's our obligation to prepare these

12      kids and empower them leading up to that

13      point.  Colleges take kids where they are

14      at, but if a kid from K through 12 or K

15      through 7 or K through 8 isn't prepared,

16      that's a failure on our system.  We have to

17      really reflect on that.

18               I really appreciate

19      Ms. Keys-Gamarra's points.  I think there

20      are some key components here in making sure

21      that -- this is not a conversation of

22      dumbing down a standard, this is not a

23      conversation about giving certain kids

24      advantages over others.  We're talking about



Page 173

1      students who are qualified that we know fit

2      into the 3.5 to 4 range, which is the

3      current pool, although we've allowed 3s, but

4      generally kids that who end up in.  So we

5      already know these are kids with talent and

6      capability to be successful.

7              So if we've understood that,

8      you know, we are otherwise limiting these

9      kids.  And the other things to keep in mind

10     I wanted to mention, we are basing our

11     judgments on rankings here.  So we are

12     looking at TJ as this gem school which is

13     exceptional in many ways based on rankings

14     and rankings that are based on tests.

15     Right?  And our major problem right now is

16     the test and how it's based or, you know,

17     made the outcomes loop-sided for many

18     reasons, whether it's the prep industry, for

19     all the reasons we've talked about it.

20             So kids who are best equipped

21     to take tests are entering a school that is

22     ranked based on test and we're not really

23     looking at the bottom line of what

24     challenges are kids facing and what are the



Page 174

1           circumstances are they being put in to end

2           up in that circumstance.  We are looking at

3           the ranking and we're nervous about what's

4           going to happen.

5                    At the end of the day we are

6           the ones that situate kids to succeed.  If

7           we are going to be intentional about it,

8           that's in our hands to do.  And finally, I

9           mean, when we think about the student

10          outcomes and the student conditions you'll

11          find it funny to actually know that there is

12          statistical significance that even Asian

13          students are disenfranchised by this

14          process.

15                  So this is one of those

16          situations where we really have to be

17          intentional about looking at the data and

18          seeing things for what they are.  And even

19          the Blue Ribbon commission that Jeremy

20          mentioned, they tried changing the test.

21          You guys have tried modifying for those of

22          you who senior board members.  There's been

23          modeling done.

24                  Bottom line, you know, in


MAGNA
LEGAL SERVICES

Page 175

1           summary, there will never be a perfect

2           solution, it's what about interest we choose

3           to care about.

4                     MADAM CHAIR:  Thank you,

5           Ms. Omeish.  Since you did not have any

6           questions in that, I am going to move on to

7           the next speaker.

8                     Ms. Cohen, followed by

9           Ms. Sizemore-Heizer.

10                    BOARD MEMBER:  I think

11          Ms. Meren was before me.

12                    MADAM CHAIR:  She does not

13          have a go back.

14                    BOARD MEMBER:  Okay.  Just,

15          you know, I'm a big rule follower.

16                    MADAM CHAIR:  I appreciate it

17          so very much.

18                    BOARD MEMBER:  You know, I

19          think to echo a little bit of what

20          Ms. Omeish just said, I want us to be

21          mindful that there is never a convenient

22          season to try to do what we're trying to do,

23          which is say to that there's kids in the

24          system who are just beyond incredibly



Page 176

```
 1              talented and we are picking up some and not

 2              picking up others.  And how do we figure out

 3              why and how best to go about that.

 4                        And I think my frustration has

 5              been I would really like to see a model

 6              where the conversations that we've had about

 7              how you'd get to that top 100, here's points

 8              ranking, here's all the factors involved in

 9              finding a TJ kid and how we look at what

10              does that mean.  And what does that kid do

11              ultimately for TJ and for the culture and

12              the environment, all of those things that we

13              have a hand in creating.

14                        And so I'm hopeful that

15              Dr. Brabrand will bring to us a statistical

16              model that really shows us what does it look

17              like if that holistic model is used for all

18              500 kids.  And maybe that means we are going

19              to have to put more resources into two days

20              of workers who are willing to come in and be

21              proctors or evaluators and look at reading

22              some of this.  But let's not let that be the

23              barrier to the best solution.

24                        Look, the truth is whether we
```



Page 177

```
1        are talking about AAP in this county or ivy
2        league admissions, nobody has figured out
3        (inaudible.)
4                We have not been successful in
5        that country -- in that endeavor in this
6        country.  So how do we help be part of the
7        solution, how do we help make this look and
8        represent all the talent that we know that
9        we have who really have this passion for
10       science, technology, engineering and math,
11       because that's what this is supposed to be
12       about, aptitude and passion.  And we have to
13       figure out a better way to get there.
14               So I agree with
15       Ms. Keys-Gamarra.  Like, if we fundamentally
16       believe in this lottery process, I'd really
17       like to see better data and better modeling
18       that shows me we considered all these other
19       options and this is the best and this is why
20       because I didn't hear it tonight.
21               But I want this holistic
22       process brought to all 500 and see what that
23       looks like.  Can we make that happen and can
24       we make it representative more of the
```



Page 178

```
1          different regions that we have in this
2          county?  Because I will tell you as the
3          Springfield District member, I probably got
4          five emails on this from people who are
5          actually Springfield members because we send
6          about 14 kids as year.
7                    So my families are concerned
8          about how do we get their kids back in
9          school, how do we keep them and their
10         teachers safe.  That's where we are in
11         Springfield.  So I want us to get this right
12         because I want us to be able to move on and
13         start evaluating this every year.  We got
14         work to do and I want us to get there.  I
15         need us to get there.  And I need you to
16         give us more data and predictive modeling
17         that shows the best foot forward.
18                    Thank you.
19                    MADAM CHAIR:  Thank you,
20         Ms. Cohen.
21                    Dr. Brabrand, I believe you
22         have captured her sentiments.  There were no
23         questions there so we will move on to the
24         next speaker.
```



Page 179

1          Ms. Meren, I see your

2      microphone is on, did you want a go back at

3      this -- okay.  Microphone is off.  Thank

4      you.

5          Ms. Sizemore-Heizer, please go

6      ahead.  Followed by Ms. Derenak-Kaufax.

7          BOARD MEMBER:  Thank you.

8          I'm happy to followup with

9      Ms. Cohen.  Again, I want to reiterate what

10     she said that I think we need data and

11     information and a holistic approach that's

12     really designed to look at the whole child

13     as Ms. Corbett-Sanders said to ensure that

14     we are getting at all of our students who

15     have the passion, skill and aptitude for TJ.

16     And I do not understand and do not see any

17     data on how a lottery and the randomness of

18     a lottery gets us there.  I do not see

19     enough data and information on how the

20     current merit proposal gets to where we are

21     looking at.  And so I have a lot of concern

22     on the lack of information here to make sure

23     that we are getting to the students that we

24     want to get to for a variety of things.



Page 180

1           I also just want to make a

2      point when we talk about the top 100

3      qualified versus percentage gifted, we have

4      to be careful we are not looking at the

5      entire population.  But the pool from which

6      we are looking at that top 100 qualified is

7      already a pool selected through this merit

8      process.  So it's a different pool that

9      would make sense in a pool that we go

10     through this GPA and problem solving that it

11     would be a higher number of highly gifted

12     because the pools been down selected.

13          I also want to point down in

14     terms of that hybrid model the students

15     aren't being told how they were selected.

16     So in terms of that care and culture piece I

17     don't think that as a concern as we are

18     discussing.  Those are just small pieces.  I

19     fully support coming back with a much better

20     holistic approach.

21          And I wanted to say one last

22     thing, when we talk about care and culture

23     and when we talk about equity at the center,

24     as the only Asian American on this board and



Page 181

```
 1              the first Indian American in this position,

 2              I just want to say care and culture applies

 3              to everything and everybody.

 4                   I think my colleague

 5              Ms. Derenak-Kaufax mentioned about TJ

 6              bashing.  And I just want it to be point out

 7              there that we need to be mindful of being

 8              respectful to all cultures in our

 9              conversations and looking at a holistic

10              approach that really takes into account that

11              we welcome all students.  So I'm just going

12              to put that out there.  But I think that we

13              need to have much more information to make

14              sure that the approach we are doing is going

15              to seek the goals that we all share which is

16              a diverse pool of students that have the

17              passion, aptitude, desire and skill for TJ.

18              So I'm going to leave it at that.

19                   Thank you.

20                   MADAM CHAIR:  Thank you.

21                   Ms. Derenak-Kaufax followed by

22              Ms. Frisch and then Ms. Tholen.

23                   BOARD MEMBER:  I appreciate

24              following my colleague, Rachna, I think she
```



Page 182

1       stated some excellent points.  I have a

2       question, Dr. Brabrand, I, as a board member

3       am unclear kind of where we are now and what

4       we've committed to.  As far as -- we are --

5       when do you -- when would you like this

6       process done?  I need clarity on this right

7       now.  Because right now I feel like you need

8       to submit your plan, but we have time to

9       think.  And what is the end -- the latest

10      possible end date that we can come together

11      as a board to change this process this year?

12              MR. BRABRAND:  Yeah, thanks,

13      Tammy.  The letter to the state is October

14      12th about what our plan is for the year,

15      but it can incorporate many elements.  Let

16      me turn to Jeremy and Marty to see when is

17      the latest we can have a holistic process or

18      lottery process or any other process, what's

19      the latest we can wait.  I know December's

20      been mentioned by Ms. Corbett-Sanders.

21              Jeremy, Marty, what's the

22      latest we can wait to present to the board?

23              MR. SMITH:  I'm thinking now

24      we have certain timelines and I'd have to



Page 183

1              confer with Mr. Shughart because I don't

2              want to speak for him and his office and the

3              work they have to do to create a process and

4              then run that process and do all the work

5              necessary to provide feedback to students.

6              And so I can't give you an answer right now

7              without knowing all of the components that

8              might be changing within the process to be

9              proposed.

10                     MR. BRABRAND:  Okay.  I see

11             Jeremy.  Did you want to make a comment?

12                     MR. SHUGHART:  I mean, time is

13             of the essence.  You know, the further we

14             delay this the more time -- or I should say

15             the less time that's going to be available

16             to actually implement whatever changes that

17             are deemed to be necessary.  And at the same

18             time we also know that a class has to be

19             seated and it has to be seated relatively

20             soon in terms of the bigger picture.

21                     So, you know, December, to be

22             quite frank, seems like it's a bit too late

23             in terms of having that information.  To

24             then turn around and open up an application



Page 184

1       window and go through this entire

2       application process, not knowing what that

3       process is going to be because everything is

4       on hold for right now.

5              MR. BRABRAND:  So, Jeremy, I

6       mean, we might have to -- end of the month

7       or early November at the latest.

8              MR. SHUGHART:  We are going to

9       have to come back and let you know, yeah.

10             BOARD MEMBER:  You can get

11      back to us.

12             MADAM CHAIR:  Ms. Derenak-

13      Kaufax said you can please get back to her

14      once you had ample to opportunity review

15      your timeline.

16             BOARD MEMBER:  It's to the

17      board and to the general public.  I have an

18      idea, but I think the public needs to

19      understand this because there's been lots of

20      moving part in this.  So I think that's

21      important.

22             I also think, Dr. Brabrand,

23      what's very important is we -- it is -- TJ

24      is a governors school.  And a governors



Page 185

```
 1              school by definition is a school that gives

 2              gifted students academic opportunities

 3              beyond those normally available in their

 4              students home -- in their students home

 5              schools.  That is what is out there from the

 6              Virginia Department of Education.

 7                        I think it's very important,

 8              there may be a mission statement for TJ and

 9              that may be -- and that -- we might have to

10              look at that as well.  I am supportive of

11              all the changes, of course, I voted on

12              today, but I am also supportive of having

13              our board explore, I'm not saying develop,

14              but explore the idea of having what is

15              called for by Virginia Department of

16              Education, a board of directors, a regional

17              and governing board.  I think that's

18              important.

19                        The holistic approach is

20              extremely important to me.  And again, this

21              is our sixth change in nine years.  It's a

22              lot of changes.  I've been here for most of

23              them.  They are always done with the best

24              intent and I do believe there is a lot of
```



MAGNA
LEGAL SERVICES

Page 186

1           merit out there from the community.  Some of
2           the information they've given us and that's
3           why I would at least like opportunities for
4           your team to look at some of those solutions
5           that are out there and see if they can be
6           put into this holistic approach.  Because we
7           have some really smart, thoughtful people
8           out there that are making additional
9           suggestions.  So I would like to do that.
10                      And I do want to say thank
11          you.  This is difficult because people are
12          passionate.  And I do feel that what we have
13          to do is we may come from different opinions
14          and different approaches.  We all do want to
15          make a positive change, but I think we must
16          do this in a respectful way.  And we have to
17          make certain we maintain that caring
18          culture.
19                      MR. BRABRAND:  Well, thank you
20          Tammy.  And I do have to say, I think all of
21          us that is one of the most powerful comments
22          that have been made tonight.  We cannot
23          personalize this at the board table with the
24          superintendent or the leadership team or the



Page 187

1          community.

2                    This school system in this

3          community want the very best process for our

4          students to access TJ.  It's been a long,

5          long discussion that have left folks

6          frustrated.  And I remain committed tonight

7          to working with this board and our community

8          to finding the right path and I'm confident

9          we will.  So thank you for those comments.

10                   MADAM CHAIR:  Was that all,

11         Ms. Derenak-Kaufax?

12                   BOARD MEMBER:  That's it for

13         now.

14                   MADAM CHAIR:  Thank you.

15                   Mr. Frisch, go ahead, followed

16         by Ms. Tholen and then Ms. Pekarsky.

17                   BOARD MEMBER:  Thank you, I'm

18         going to try and be a little clearer.  In my

19         previous go when I used the word "model" I

20         wasn't saying the regional model versus

21         another model.  I was talking about the

22         statistical predictions that we're making as

23         part of the model.  So maybe we can get to

24         those questions I asked initially.



Page 188

1           Did we only run one

2       statistical prediction for the regional

3       model?  If so, how long did it take to put

4       that together?  Assuming you have all the

5       data, it shouldn't take too long.

6               And is it possible to get

7       updated statistical predictions of models

8       based on the consensus of the board to grow

9       the population of TJ.  And then also to

10      factor in if we were to go with a pyramid or

11      middle school approach opposed to region?

12      And I'm happy to clarify.

13              MR. SMITH:  I understand your

14      question, Mr. Frisch, around modeling.  So

15      thank you for that clarification.  So I can

16      certainly work with Mr. Shughart.  I know as

17      we ran the modeling based on the overall

18      diversity, we can certainly look at what

19      that modeling looked like by regions.  You

20      have to excuse me, it's a late hour and so I

21      can't call out right now specifically the

22      different models that were run, but we can

23      certainly get that information back for you.

24              BOARD MEMBER:  Great.  And the



Page 189

```
1              question as to whether we could expert a

2              fresh numbers being produced based on the

3              one -- or at least the current intent of the

4              board to grow the population at TJ, and then

5              to take into consideration other approaches

6              other than the regional approach.

7                        MR. SHUGHART:  So Mr. Frisch,

8              this is Jeremy.  So we certainly -- to kind

9              of followup on what Mr. Smith was saying, I

10             can certainly take a look back at the

11             previous models that were run and reevaluate

12             those.  I believe what you're really asking

13             is a school or a pyramid, we'd likely run

14             that from a school perspective because of

15             the way the pyramids are setup are similar

16             to a school perspective as well.  So we can

17             take a look at trying to modeling on that.

18                        BOARD MEMBER:  Great.  And

19             having a degree of understanding about

20             staffs confidence in the numbers whether

21             there's a margin of error.  You know, should

22             we be seeing a margin of error or confidence

23             interval in these numbers as well?  Maybe I

24             should say there's a question mark at the
```



Page 190

1          end of that statement.

2                      MR. SMITH:  So yes, we can

3          look at that and we've had our research

4          office also look at the numbers.  And so we

5          can have another look at that with some

6          particular margin of error to see if that's

7          -- if we have the ability to calculate that.

8                      BOARD MEMBER:  And I ask that

9          because I want us to, you know, as these

10         conversations continue, I want us to be

11         basing this off of the best current data.

12         And if we're able to do that for these

13         alternate scenarios or with the increased

14         population at TJ, we should probably do it

15         for the superintendent's second version of

16         his proposal, too, so that we have an idea

17         of how the predictions, the statistical

18         predictions are impacted by the changes he's

19         proposing.

20                     MR. SMITH:  Yes.

21                     BOARD MEMBER:  Yeah, it's 11

22         o'clock.  All right.  I'll leave it at that.

23         Thank you.

24                     MR. BRABRAND:  Karl, Karl, let



Page 191

1           me make one point --

2                      BOARD MEMBER:  I was just

3           trying to get that information out there

4           because initially I asked those questions,

5           my time was up, and we talked for 30 minutes

6           about a different meaning of the word

7           "model."

8                      MR. BRABRAND:  Yeah.

9                      BOARD MEMBER:  It was a little

10          frustrating.

11                     DR. BRABRAND:  So of the

12          things, one is the lottery, the other is the

13          hybrid is the holistic process.  And I think

14          we can run some models back on older data

15          when we had that holistic process in place

16          and try to look at the issue of the

17          experience factors and the modeling for

18          that.  Because you wanted to see modeling

19          for the lottery and you want to see modeling

20          for what a holistic process would look like.

21                     BOARD MEMBER:  Yeah, and I'd

22          to see how the lottery would be impacted by

23          these things that folks are talking about.

24                     DR. BRABRAND:  Right.  Got it.



Page 192

1          Thank you.

2                     BOARD MEMBER:  And doesn't

3          that include the middle school by middle

4          school approach as well.

5                     BOARD MEMBER:  Yes, and that's

6          what Marty was getting at, too.

7                     BOARD MEMBER:  Make sure

8          that's in there.

9                     MADAM CHAIR:  Ms. Corbett-

10         Sanders, you have not been recognized to

11         speak.

12                    BOARD MEMBER:  I apologize.

13                    BOARD MEMBER:  I'll yield my

14         time.

15                    MADAM CHAIR:  Thank you.

16                    Ms. Tholen, go ahead, please.

17                    BOARD MEMBER:  Yes, thanks.  I

18         have a series of comments really.

19                    I fully support working

20         towards (inaudible) student body at TJ as I

21         mentioned earlier, but remain uncomfortable

22         with the current proposal and the data that

23         backs them up so I'm supporting what Karl

24         and other people are asking for.



Page 193

1          You know, I think some of the

2     things that we've see, alternatives that

3     we've seen presented would give us more

4     intentional ways to get to these results.

5     But I do want to followup with Ms. Derenak-

6     Kaufax and Rachna Sizemore-Heizer to engage

7     the community in these discussions.  I also

8     have gotten incredible ideas and comments

9     from people.

10          The only people I've talked

11     that have asked me to not change anything,

12     of course, are our eighth graders who are

13     just in the throws of this that are ready to

14     begin the process. (inaudible) I am super

15     proud of our TJ students for hosting a town

16     hall last night where they put people

17     together from different background using

18     opinions for a real back and forth

19     discussion.  It took our students to show us

20     how to collaborate and communicate with each

21     other.  And the discussions showed that

22     there's lots of common ground across all

23     these interested parties and we really need

24     to bring them to the table and talk to them.



Page 194

```
1                         We have so many families

2               across the district that are focused on

3               education and hard work and we must honor

4               these families and their students.

5                         TJ is kind of the stand alone

6               school.  As I mention earlier, it's part of

7               an overall education system and the county

8               and our regions and changes to TJ will

9               impact our other schools so we need to pay

10              attention to school capacities and school

11              programs at our base schools.  And I do have

12              a motion around that I can save until later

13              or I can put it in the next steps, whatever

14              you deem most appropriate for this evening

15              or save that until Thursday.  But it's

16              around, you know, this idea of really

17              looking at how we are impacting our other

18              schools with this process as well.

19                        MADAM CHAIR:  I think that

20              would be a good next step for you to add,

21              Ms. Tholen, onto the list.

22                        BOARD MEMBER:  Okay.  You want

23              me to put it on the next steps?

24                        MADAM CHAIR:  Please.
```



Page 195

1                    Did anybody want to speak to

2          Ms. Tholen's comments?

3                    MR. BRABRAND:  Thank you

4          Ms. Tholen.  I -- I'm just not going to --

5          thank you very much.  I appreciate that

6          feedback and we will take your next steps

7          and followup.

8                    BOARD MEMBER:  Thank you.

9                    MADAM CHAIR: Ms. Pekarsky?

10                   BOARD MEMBER:  Thank you.

11                   I think as Ms. Tholen said,

12         I'd like to see the outreach around this and

13         going forward.  I'm thankful to the board

14         for supporting a different approach and a

15         different definition to merit and aptitude

16         outside of the test.  You know, I think our

17         ivy leagues are getting away from that.  I

18         think there is a good body of, you know,

19         research and writing out there that that

20         really limits children.  All children, our

21         kids, are more than just a single number.

22                   And from the many, many people

23         I have talked to and heard from, many

24         actually agreed on a more holistic approach.



Page 196

1        So I look forward to hearing more about that

2        from Dr. Brabrand.  You know, I hear just

3        even us on the board going back and forth on

4        the purpose of, you know, TJ and that really

5        gets to the heart of what we're trying to do

6        here.  You know, as Ms. Derenak-Kaufax

7        mentioned, VDOE says very clearly that TJs

8        meant for a small number of gifted students

9        whose needs cannot be met in their schools

10       and that's why it exists.

11               So how we find those, you

12       know, we can continue talking about that.  I

13       think an important piece of this is

14       assurance that these kids have advanced math

15       courses and enrichment opportunities in

16       their middle schools especially because I

17       know they do in my district, and I want that

18       for all kids.

19               You know, at the end -- at the

20       of the day I cannot -- I will just say I do

21       not see how well the lottery system gets to

22       our goal.  To find these kids who we have

23       missed along the way, who would excel and

24       who really need to be at a place like TJ to



Page 197

```
 1                   reach their fullest potential.  I don't see

 2                   that in the lottery, I don't see that in the

 3                   data as some of my other colleagues have

 4                   said.  There are many other approaches that

 5                   universities and such are using that are

 6                   diversifying and are doing a good job of

 7                   being more inclusive and representative of

 8                   the communities.  And that's what I'd like

 9                   to see, that's where I'm at right now.

10                   That's what I've heard from my constituents.

11                             And I do hope we get this done

12                   sooner than later because there is so much

13                   appetite in our community, but also because

14                   it's taking away time like things like

15                   getting back all of our kids into schools

16                   for -- return to school and I'll stop there.

17                             MADAM CHAIR:  Thank you.

18                             I will make my comments and

19                   then offer some wrap up things for this

20                   meeting.

21                             I do want to be sure that I

22                   articulate what my non-negotiables are

23                   particularly as the representative for Mason

24                   District.
```



MAGNA
LEGAL SERVICES

Page 198

1          This must be a process that
2          has some direct link to the middle school.
3          In the regional pool which has been proposed
4          at the schools of Mason are eclipsed.
5          Whether it's lottery, whether it is
6          something else, I do not see us represented
7          based on the past data if we do not move
8          down that level of granularity.  We need to
9          have a minimally a pyramid, if not, a middle
10         school approach.

11              Also, not having a process
12         that is going to be in place to impact the
13         incoming class of fall 2021.  We cannot
14         continue to kick this can down the road.
15         We've heard person after person speak about
16         how important this is, how overdue this is.
17         So we really have to make sure that we have
18         that impact.

19              I also want to kind of touch
20         upon something that Dr. Bonitatibus shared
21         earlier which Ms. Keys-Gamarra also talked
22         about.  There seems to be this equation of
23         the greater diversity with the diminishing
24         of the talent that can be brought into TJ.



Page 199

```
 1              And I just really want to be sure we are
 2              cognitive of that narrative.  So I want to
 3              make sure that we are not sending the
 4              message forward that these efforts are
 5              automatically going to diminish what TJ is
 6              in its ranking in the world and in this
 7              country.
 8                        We have many talented students
 9              who are everywhere and finding a way to have
10              those talented students who have the
11              aptitude, who have the passion has to be
12              paramount, it has to be part of our work.  I
13              do not -- I am not beholden in any way to
14              preserve the status of TJ or to preserve
15              what we believed it is.  Rather, I am much
16              more concerned that we are going to serve
17              the students who are here in FCPS who have
18              been wanting for so many years to have a
19              chance to have their talents be recognized
20              in a manner that has never been before
21              because they've been discounted due to a
22              number of reasons and a number of failed
23              efforts which many people talked about
24              earlier.
```



1          I do have great concerns with

2     the top tier because I do believe that

3     serves -- that provides a -- not top tier,

4     those are my terms.  The 100 students that

5     we are going to just accept off the top as

6     per the presentation because I believe that

7     provides a two tier system.  That makes me

8     very uncomfortable and gives me a lot reason

9     for pause.

10          In addition, if we are really

11    saying that TJ is for the gifted, we really

12    will not be accepting students who have been

13    test prep since second grade.  We will

14    really hone in on what that means and it

15    will be a much smaller pool of students.  So

16    along those lines I'd like for us to take a

17    look at that -- set aside those reserved

18    seats to be a lot more in alignment with the

19    gifted population as determined nationally.

20          Okay.  So I will stop there.

21    I will send my questions to staff at another

22    point.

23          We do have a number of next

24    steps.  So if Ms. Mulberg, please provide



Page 201

1    those next steps.

2                        BOARD MEMBER CORBETT-SANDERS:

3    Dr. Anderson?

4                        MADAM CHAIR:  Yes, ma'am.  I'm

5    so sorry, I did not see your hand.  Go

6    ahead.

7                        BOARD MEMBER CORBETT-SANDERS:

8    Earlier this afternoon and throughout the

9    day many of us actually went through a list

10   of questions or a list of areas that there

11   was consensus.  We did not finish up our

12   discussion on consensus.  Can I ask that we

13   do that?

14                       MADAM CHAIR:  Thank you.  I

15   did pause on that as per the request of one

16   of our school board members.  Absolutely.  I

17   did send the three we did receive consensus

18   on.  So let's go ahead and introduce one

19   more.

20                       Go ahead, Ms. Corbett-Sanders.

21                       BOARD MEMBER:  Hold on one

22   moment, I apologize.  I am going to have

23   bring it up on my phone because I want to be

24   able to see everybody as I speak.  So the



Page 202

1                area I don't believe we've gotten a full

2                vote on or a full consensus on is item No. 4

3                which is -- actually, if you could put up

4                the three you've already agreed to so that I

5                don't repeat them.

6                     But I believe item No. 4 has

7                not been agreed to yet, which is agreement

8                there will be a merit-based approach to the

9                admissions process which will focus on the

10               poll student, aptitude, and take into

11               account a students access to opportunity to

12               include FRN and inclusion in under

13               represented populations.

14                    MADAM CHAIR:  Let me ask a

15               clarifying question about this.  Will this

16               preclude the superintendent from doing what

17               Ms. Keys-Gamarra shared earlier which is to

18               also provide some additional and better

19               thinking regarding a lottery process?

20                    BOARD MEMBER:  It does not

21               preclude that, but it does recognize that as

22               a governor's school that we are looking a

23               holistic approach to merit as is defined on,

24               I believe it was page -- hold on, I believe



Page 203

1           it was on Page 12 of the presentation.  The

2           holistic review piece on Page 12.

3                     MADAM CHAIR:  Okay.

4                     So Page 12 has the portrait

5           sheet, the problem solving essay and the

6           experience factor?

7                     BOARD MEMBER:  Yes, and what

8           this ask for is a bit more granularity to be

9           shared with the board and the public so

10          people know what to expect.  It adds the

11          transparency of that.

12                    MADAM CHAIR:  Can you please

13          read that once more, the No. 4?

14                    BOARD MEMBER:  Okay.

15                    "Agree that there will be a

16          merit-based approach to the admissions

17          process which will focus on the whole

18          student, aptitude, and take into account a

19          students access to opportunity.  To include

20          FRN and inclusion in under represented

21          populations."  So essentially fleshing out

22          what's already on Page 12 now.

23                    MADAM CHAIR:  We have a

24          handout so if we have some questions



Page 204

1          regarding this we will take them at this

2          time.

3                    Ms. McLaughlin, go ahead.

4                    BOARD MEMBER:  Thank you.

5          Just really quickly.  I do think that my

6          concerns made macro level is whatever we do

7          tonight or whatever we do on Thursday, we

8          may need to have legal guidance about how

9          this will honor and not be in conflict with

10         the School Board's existing TJ policy, the

11         FCPS existing regulation, and the Virginia

12         Governor's School declaration.  You know,

13         maybe we don't have to solve that by

14         whatever Dr. Brabrand files on October 12th.

15         But I'm concerned whatever we bring to the

16         board table on Thursday night, if we are

17         going beyond the things we gave him

18         direction today on removing the test,

19         removing the application fee, and that

20         everything else will be determined by a

21         later date, most likely by the end of

22         December, I don't see a conflict by our

23         stated policy.

24                    But beyond that I would like



Page 205

1            guidance from Dr. Brabrand or John Foster,

2            if we go beyond those three things for

3            Thursday night, how do we reconcile the

4            policy piece?

5                      MADAM CHAIR:  Mr. Foster, are

6            you here?

7                      MR. FOSTER:  Yes, I'm here,

8            Madam Chair.

9                      You know, it's not clear to me

10           is Ms. McLaughlin is wanting guidance prior

11           to Thursday evening or right now at the work

12           session.  I think that it's more realistic

13           that I can certainly provide guidance to the

14           board prior to Thursday evening.  I am not

15           able to do it right now, but I can certainly

16           do it before Thursday.

17                      MADAM CHAIR:  Thank you.

18                      BOARD MEMBER:  Okay.

19                      So then, Dr. Anderson, for the

20           proposal on the table here from Ms. Corbett-

21           Sanders, again, this is giving guidance to

22           Dr. Brabrand for further approval on

23           Thursday?

24                      BOARD MEMBER CORBETT-SANDERS:



Page 206

1          Yes, this is part of what he would have to

2          submit as part of the plan on the 12th of

3          October, so we would like him to recognize

4          in the plan a holistic approach to merit.

5                    BOARD MEMBER:  Correct, but in

6          support of what you have here, we, the

7          board, are not determining that this will be

8          done through holistic versus lottery or we

9          will be putting a marker down that we are

10         not approving a lottery approach, that we

11         want a merit-based approach?

12                   MADAM CHAIR:  There's no

13         marker.

14                   BOARD MEMBER CORBETT-SANDERS:

15         It's not a marker, but as you know, the

16         superintendent is suggesting that you have

17         to do holistic merit, and then he wants to

18         do a lottery overtop of that.  And so what

19         this does is affirm and go into detail the

20         level of that holistic merit.

21                   MADAM CHAIR:  So if I may --

22         Ms. McLaughlin.  I'm so sorry.  Go ahead.

23                   BOARD MEMBER CORBETT-SANDERS:

24         Both merit and aptitude because it's the



Page 207

1          aptitude piece that gets to frankly many of

2          the students that have the aptitude who have

3          not historically applied to TJ.

4                    BOARD MEMBER:  Okay.  Thank

5          you.

6                    MADAM CHAIR:  If I may?  I do

7          have a question about this or rather a

8          comment.  I think this is a little bit

9          redundant unless I'm missing something

10         because we did have that conversation

11         regarding the problem solving essay getting

12         to aptitude.  And if this does not preclude

13         the lottery, but yet, includes FRN and

14         inclusion of under represented populations,

15         those seem to already be part of the

16         proposal.  So are we just agreeing to what's

17         already here?  I'm not seeing the need for

18         us to agree on this this night.

19                    BOARD MEMBER CORBETT-SANDERS:

20         The reason you need to is because what

21         you're affirming is an approach that the

22         superintendent is now taking, and as you

23         know much of this was done before we saw

24         what was published earlier this afternoon.



Page 208

1          And what the superintendent needs to have

2          from us is a go ahead on key components of

3          the approach.

4                    MADAM CHAIR:  I understand,

5          but I think I still stand by my position

6          about this being a little bit redundant at

7          this point.  Because we are still at the

8          same place, we are not precluding any of

9          this including the lottery.  So it's just my

10         opinion.

11                   Okay.  Having said that, those

12         who can be in support of this measure,

13         please raise your hand at this time.

14                   We have Ms. Corbett-Sanders,

15         Mr. McLaughlin, Ms. Sizemore-Heizer,

16         Ms. Pekarsky, Ms. Derenak-Kaufax.  And that

17         is -- please lower your hands.

18                   Those who are not able to be

19         in support of this at this time, please

20         raise your hands.

21                   MADAM CHAIR:  Okay.

22                   I will raise my hand.  Not of

23         the spirit, but because I don't think it's

24         necessary.  So I have one.



Page 209

```
1                    Those abstaining?

2                    Ms. Cohen, Ms. Meren,

3          Mr. Frisch, Ms. Tholen, Ms. Omeish,

4          Ms. Keys-Gamarra.  So at this time this will

5          not move forward.

6                    Thank you.  Please lower your

7          hands.  The next piece -- Ms. Corbett-

8          Sanders, go ahead?

9                    BOARD MEMBER:  Setting a time

10         frame so that we can ensure that we adhere

11         to or we have these changes in place for the

12         2025 admission year, which would mean for

13         the admissions process this spring so the

14         students starting next September.

15                   MADAM CHAIR:

16                   Absolutely in full agreement

17         with that.  One thing that I want to bring

18         to the forefront is the conversation we just

19         had with Mr. Shughart where he needed to go

20         back and review in terms of what is -- what

21         more information we will need to help

22         establish that time frame.  I'm wondering

23         should we wait until he provides that

24         information us, which that I am sure we can
```



Page 210

1          have by Thursday.

2                    BOARD MEMBER:  We could or we

3          could just give guidance that we are going

4          to enact changes for the new admission year,

5          and then he can give us a date specific.

6          That's what I would prefer is that we get

7          the affirmation that we will have changes.

8                    MADAM CHAIR:  Okay.

9                    Ms. Cohen, did you have a

10         question?

11                   BOARD MEMBER:  I was just

12         going to say, at late this is something we

13         can revise to move up, if necessarily.  I

14         don't see it as a limiting factor.  Sorry.

15         I will support.

16                   BOARD MEMBER CORBETT-SANDERS:

17         Thank you.

18                   MADAM CHAIR:  So we are going

19         to go ahead and I just pulled up your

20         comments here.  Require for information to

21         be brought back to us -- no, this is not it,

22         it's not No. 5.

23                   BOARD MEMBER CORBETT-SANDERS:

24                   Well, it's a combination --



Page 211

```
 1            Okay.  What I'm going to do is say establish
 2            the initiation of the admissions process
 3            timeline for the class of 2025, to begin no
 4            later than the end of January 2021, with the
 5            superintendent bringing back to the board no
 6            later than December the proposals necessary
 7            to accomplish those goals.
 8                      MADAM CHAIR:  If I may piggy
 9            back on what you shared a little while ago,
10            the focus is going to be able to impact
11            September.
12                      BOARD MEMBER CORBETT-SANDERS:
13            Correct.
14                      MADAM CHAIR:  Okay.  I'm in
15            favor of that fully.
16                      Ms. Keys-Gamarra, did you have
17            a question?  Ms. Keys-Gamarra, are you
18            voting or have a question?
19                      BOARD MEMBER:  No, I was just
20            seconding the motion so we can vote.
21                      MADAM CHAIR:  We are just
22            giving consensus at this time so we don't
23            need to necessarily first and second those
24            motions.  So those who can be in support of
```



Page 212

```
1              those time tables as offered by Ms. Corbett-

2              Sanders to impact the next school year,

3              please go ahead and raise your hands at this

4              time.

5                        We have Ms. Keys-Gamarra,

6              Ms. Corbett-Sanders, Ms. Pekarsky,

7              Ms. Cohen, Mr. Frisch, ms. McLaughlin,

8              Ms. Tholen, Ms. Omeish, Ms. Derenak-Kaufax

9              and myself.  That is 11.

10                       Please go ahead and lower your

11             hands.

12                       Those who are not able to

13             support this motion -- not motion,

14             suggestion.  Provide a consensus around this

15             suggestion, yes.  Okay.  I see none.

16                       Those obtaining?

17                       Ms. Meren is abstaining.

18             Thank you very much.

19                       BOARD MEMBER CORBETT-SANDERS:

20             There's actually two more I just want to

21             make sure that we have caught everything,

22             captured everything.

23                       "Require the superintendent to

24             bring to the board an annual diversity plan
```



Page 213

1          prior to submitting it to the state.  The

2          plan shall state the goal is to have TJs

3          demographics represent the Northern Virginia

4          Region, and the plan shall include actions

5          detailing how outreach and supports will be

6          extended to increase applications from under

7          served populations."

8                    So it's essentially an annual

9          plan.

10                    MADAM CHAIR:  I'm sorry, I

11         missed what you said because it was breaking

12         up.

13                    BOARD MEMBER:  Can she post

14         it?

15                    BOARD MEMBER CORBETT-SANDERS:

16         I can read it again if you like.

17                    "Require the superintendent to

18         bring to the board the annual diversity plan

19         prior to submitting it to the state.  The

20         plan shall state is that the goal is to have

21         TJ's demographics represent the NOVA region.

22         The plan shall include actions detailing how

23         outreach and supports will be extended the

24         extended to increase applications from under



Page 214

1           served populations."

2                     MADAM CHAIR:  The four hands

3           that are up, are you voting or do you have a

4           question?  Because if you do not have a

5           question please lower your hands so I don't

6           get confused between the two.

7                     Okay.  Seeing that there are

8           no questions, let's go ahead and show

9           support for this measure.

10                    Ms. Keys-Gamarra,

11          Ms. McLaughlin, Ms. Cohen, Ms. Corbett-

12          Sanders, Ms. Pekarsky, Mr. Frisch,

13          Ms. Omeish, Ms. Sizemore-Heizer, myself,

14          Ms. Tholen, Ms. Derenak-Kaufax.

15                    Okay.  That is 11.  Please

16          lower your hands.

17                    Those who are not in support,

18          please raise your hand at this time?

19                    Ms. Omeish?  I'm sorry, the

20          two of you already voted.  I need for you to

21          lower your hands.

22                    BOARD MEMBER:  I have a

23          question.

24                    MADAM CHAIR:  Go ahead.



Page 215

1          BOARD MEMBER:  Ms. Corbett-

2     Sanders, I didn't get my hand up in time,

3     but I wanted to know if -- I would like to

4     add something about -- and I'll work with

5     you and I wanted to say this now, we don't

6     need a vote on this because it's not fully

7     formulated, but all of the things that many

8     of us have talked about, the reasons.  I

9     hate using the word pipeline, but the

10     academic and imbalance and lack of equity

11     across, that needs to be included in that

12     and that's why I was hesitating on voting

13     for that.  I know Dr. Brabrand is kind of

14     separating them saying we are going to talk

15     about AAP and we are going to deal with it

16     then.  But I don't think it should be dealt

17     separately, it should be part of this.

18          BOARD MEMBER CORBETT-SANDERS:

19          It needs to be a comprehensive

20     plan, Ms. Derenak-Kaufax, and it should also

21     include the diversity of the staffing of TJ

22     as well, as per the guidance from the state.

23          MADAM CHAIR:  If I may say,

24     let's go ahead and give consensus on this,



Page 216

```
 1          this evening before we come to our next work

 2          session.  This is where we can flesh this

 3          out a little bit.  But just for the sake of

 4          this late hour and what we need to

 5          accomplish, we'll consider that supported.

 6                    So, Ms. Derenak-Kaufax, if you

 7          don't mind -- thank you so much.

 8                    I was still in the middle of

 9          the vote.  Do we have any abstentions on

10          this one?

11                    Ms. Meren.  Thank you.

12                    All right.  That counts for

13          all of us.

14                    Ms. Corbett-Sanders, was there

15          another one?

16                    BOARD MEMBER:  I just wanted

17          to make sure because I don't remember when

18          we cut off conversation earlier of agreeing

19          to take a look at a middle school/pyramid

20          approach to the admissions process.  And

21          that was --

22                    MADAM CHAIR:  I do not have

23          that.

24                    BOARD MEMBER:  Yeah.  So it's
```



Page 217

1         agree on an approach that looks at the

2         admissions pool by pyramid consistent with

3         how many universities look at admissions and

4         identify qualified applicants by those

5         schools.

6                      MADAM CHAIR:  Okay.

7                      Ms. Omeish, do you have a

8         question?

9                      BOARD MEMBER:  Yeah, if I

10        recall the next step for me previously, and

11        I think Dr. Anderson it might yours this

12        time is to look at the merits of that

13        against the school based one.  I still feel

14        strongly it should be school based.  I'd

15        love for that be to be something that's

16        deferred for more study by staff.

17                      MADAM CHAIR:

18                      Ms. Tholen, did you have a

19        question?  Ms. Tholen, go ahead.

20                      BOARD MEMBER:  I'm sorry.  I

21        have two questions.  I was confused by what

22        Ms. Omeish just said.  I think looking at it

23        as a school based is the same as looking at

24        the middle school reflection.  And I just


MAGNA
LEGAL SERVICES

Page 218

1          wanted to make sure that if we're voting on

2          this that we are voting that this is an

3          additional thing we should get some data on,

4          which I think is what Ms. Omeish is saying

5          as well as the next step.  Is that correct?

6                    MADAM CHAIR:  That is

7          correct.  I did add that as a next step and

8          this was also a topic that most of us

9          brought during our comments this afternoon

10          -- well, this evening.  We do need to have

11          that conversation and I think this will

12          accomplish either the next steps or the --

13          or this consensus to the superintendent that

14          we would like to have that information.  It

15          accomplishes the same goal.

16                    Ms. McLaughlin, go ahead.

17                    BOARD MEMBER:  I apologize

18          because I know it's the late hour.  I'm

19          reading the top portion and the next

20          portion.  So on the approach that looks at

21          the admissions by pyramid, I thought at this

22          point the board wants to see more data and

23          modeling.  But tonight we're not giving

24          direction if it's going to be by region,



Page 219

1          pyramid or individual middle school.  So

2          Ms. Corbett-Sanders, am I missing something

3          here?

4                     BOARD MEMBER:  I think we're

5          fine with getting the data at this point.

6          It was initially put on the table, as you

7          know, because of concerns that the regional

8          approach actually does not provide equitable

9          access for certain schools.

10                    BOARD MEMBER:  Agreed.  And

11         that's why I would like to see the data for

12         pyramid and individual middle school and

13         middle school review.

14                    BOARD MEMBER:  And have it

15         proportionate to the number of students in

16         the school.  Because one of the concerns is

17         the under represented schools that have been

18         indicated to us, they made smaller school

19         and so if you look at proportionate

20         representation that's a big piece of it as

21         well.

22                    BOARD MEMBER:  But again, is

23         this to give Dr. Brabrand direction for

24         Thursday or about the admissions process or



Page 220

```
 1          direction to him about his annual report?
 2                    MADAM CHAIR:  I believe on
 3          Thursday.  We are not going to be able to
 4          turn these around in the next two days for
 5          Thursday.  So this will in to us at some
 6          point in October/November.
 7                    BOARD MEMBER:  Right.  It's
 8          prior to the admissions process for next
 9          year, for those kids being admitted next
10          September.
11                    MADAM CHAIR:
12                    Ms. McLaughlin, I think it's
13          helpful to know, I think the general sense
14          is that Dr. Brabrand is going to submit a
15          much less robust filing on Thursday because
16          it's due on the 12th.  So after this
17          Thursday, he's going to offer something that
18          has the points that we've already agreed
19          upon.  But much of this will be fleshed out
20          after that date and keeping in mind what we
21          provided consensus on that we do want these
22          items to be in place to impact the incoming
23          class next September.
24                    Does that help at all?
```



Page 221

```
1                    BOARD MEMBER:  Well, just
2        clarity for the public, for the board and
3        Thursday night.  So what has changed is
4        Thursday night, he will bring to us what his
5        proposed filing will be for October 12th.
6        And that's the only thing we'll vote on for
7        October 12th.  I mean, Thursday nights
8        business meeting will be his October 12th
9        filing to the state.  Everything beyond that
10       will be for further deliberation and future
11       work sessions, correct?
12                   BOARD MEMBER:  No, because
13       there are a couple follow on motions that
14       people are already talking about.
15                   BOARD MEMBER:  That's fine.  I
16       just meant in terms of the action items that
17       he will present to us.  Because we vote on
18       his action items and then the follow ons, I
19       believe.
20                   BOARD MEMBER:  Right.
21                   BOARD MEMBER:  I just want to
22       know that the scope of his action item will
23       have changed very much from tonight and we
24       are now down to test, removal of the test,
```



Page 222

1          removal of the application fee and there

2          will be further changes by the end of

3          December to improve our efforts to increase

4          diversity at TJ, correct?

5                    MADAM CHAIR:

6                    Correct.  And I also want to

7          clarify that this is not an action item,

8          this is a presentation item that will be on

9          Thursday.  But it will be significantly more

10         limited given the conversation tonight.

11                   BOARD MEMBER:  Correct.  And

12         it will include the expansion of the pool

13         for TJ to be at the capacity on par with the

14         other schools.  So the admissions will be

15         high -- more students.  And then the other

16         pieces, the follow on motions which would

17         be, for example, I put forth something at

18         the end of last week on establishing a

19         regional board for TJ similar to the

20         regional boards for every other governors

21         school.

22                   BOARD MEMBER:  That's fine.  I

23         just think everybody needs to understand

24         that what the public has told me is that



Page 223

1            they understood Dr. Brabrand wanted to make

2            changes to the TJ regulation with admission

3            with respect to admissions, and that is what

4            the presentation would be and what we would

5            be voting on.  So I do think that it will be

6            very important to have great clarity from

7            Dr. Brabrand on what Thursday's presentation

8            and purpose will be.

9                    MADAM CHAIR:

10                   Dr. Brabrand, did you want to

11           add to that at this time?

12                   DR. BRABRAND:  I think the

13           bottom line is I'm going to present to you

14           what the letter is on the 12th.  It's going

15           to be the two or three things you talked

16           about and then the rest will be for later.

17           That's my assumption.  We can talk about

18           tomorrow and verify.  But as I sit here

19           right now at this time in the evening, my

20           clarity is it'll just be what I'm sharing on

21           the 12th to the Secretary of Education.

22                   BOARD MEMBER:  Thank you,

23           Dr. Brabrand.  I think that's appropriate

24           and helpful.



Page 224

```
 1                    MR. BRABRAND:  Thank you.
 2                    MADAM CHAIR:  Okay.
 3                    So we were giving consensus on
 4            this last item which is a look at admissions
 5            by pyramids/middle school.  If you are able
 6            to show support --
 7                    BOARD MEMBER:  I'm so sorry,
 8            Dr. Anderson, this is Laura Jane.  I thought
 9            a couple people had their hands up just to
10            ask questions on this.  I apologize.  I
11            don't think we were there to vote yet.
12                    MADAM CHAIR:  Thank you.
13                    Ms. Keys-Gamarra and
14            Ms. Sizemore-Heizer, go ahead.
15                    BOARD MEMBER:  Actually I was
16            going to state my support and hopefully we
17            can move forward.  But if other people have
18            questions you can go to them.  I'm ready
19            to --
20                    MADAM CHAIR:  Thank you.
21                    Ms. Sizemore-Heizer?
22                    BOARD MEMBER:  Actually I
23            think Ms. Cohen had her hand up before me so
24            let her speak first if she wants to.
```



Page 225

```
 1                    MADAM CHAIR:  No, please, go
 2         ahead.  I think it'll be okay.  Go ahead.
 3                    BOARD MEMBER:  Similar to the
 4         other question about does precluding, does
 5         this preclude bringing an approach that
 6         would look at region or divisions, again, to
 7         give us more data on the best approach to
 8         get to our goals of increasing applications
 9         and representation for our under served
10         population.  I just feel we don't have data
11         on any approach at this point and I'd like
12         to have data on all the different options
13         I'm trying to ask about.
14                    BOARD MEMBER:  (Inaudible.)
15                    MADAM CHAIR:
16              Ms. Cohen?
17                    BOARD MEMBER:  Sorry.  I just
18         wanted to ask, I'm just confused about
19         how this -- like why this is in this format
20         instead of just a next step since I think
21         now to Ms. McLaughlin's point, we've come to
22         a consensus that Dr. Brabrand is giving us a
23         state plan Thursday.  So I just want to be
24         clear because this is kind of out of our
```



Page 226

```
 1            normal range of processes and I'm not

 2            opposed to it, but I just -- is this still

 3            part of next steps or are these our own

 4            separate consensuses?  It's late.

 5                      MADAM CHAIR:  It can serve

 6            both purposes, but I think the goal was to

 7            be sure that we gave at least some sense to

 8            the superintendent in terms of whether or

 9            not there was strong board support regarding

10            this.  So if we can serve both it can serve

11            in the next step, but I would just

12            personally because I do have a major stake

13            in terms of how we proportion these seats to

14            Mason District.  I would love for us to show

15            that consensus now, but that's just my

16            personal preference.  But it can live in

17            next steps as well in terms of processes.

18                      BOARD MEMBER:  That's fine.  I

19            don't have a problem with it.  I just was

20            trying to get clarification.

21                      MADAM CHAIR:  I'm going to ask

22            everyone to please lower their hands at this

23            time.

24                      If you're able to show support
```



Page 227

```
1        for this measure, please raise your hand

2        now.

3                Ms. Keys-Gamarra, Ms. Corbett-

4        Sanders, Ms. Cohen, Ms. Pekarsky,

5        Mr. Frisch, Ms. McLaughlin, Ms. Derenak-

6        Kaufax, Ms. Sizemore-Heizer, Ms. Tholen.

7                Okay.  Please lower your hands

8        those.  Who are not in favor of this.

9                Okay.  Those who are

10       abstaining?

11               Ms. Meren, Omeish.  Thank you.

12               Ms. Corbett-Sanders, is that

13       the last of the suggestions?

14               BOARD MEMBER:  Yes,

15       Dr. Anderson.  And thank you for your

16       patience allowing me to go through that.

17       This was something that we all worked on.

18               MADAM CHAIR:  And so our next

19       steps, if you could please put that up,

20       Ms. Mulberg.  Again, we are --

21               Ms. Tholen, go ahead.

22               BOARD MEMBER:  So I just

23       wanted to follow up on the list that we just

24       went through also.  And my understanding of
```



Page 228

1           that list is that we are asking the

2           superintendent to look at an option that

3           doesn't include a lottery.  I don't know

4           that that was clear.

5                      MADAM CHAIR:  No.  He's not

6           precluded from looking at a lottery as an

7           option.

8                      BOARD MEMBER:  I'm not saying

9           that, I'm saying he's looking at a lottery,

10          he's looking at -- we have two options on

11          the table, but we are also asking him to

12          look at a non-lottery solution.

13                     MADAM CHAIR:  You're referring

14          to No. 4, which is to look at a merit and

15          aptitude piece.  That was not something that

16          moved forward.  That did not have sufficient

17          support.

18                     Ms. Tholen, is that the one

19          you're referring to?

20                     BOARD MEMBER:  Actually I'm

21          looking at kind of the -- and I will admit I

22          abstained on that one because I was unclear

23          if that was what we were talking about.  But

24          I think that whole conversation this evening



Page 229

1          is, you know, what we just went through that

2          we are looking at, you know, asking for a

3          non-lottery solution to our proposal to be

4          looked at.

5                    MADAM CHAIR:  I'm sorry, could

6          you please say that again?  I missed the

7          last piece of what you said.

8                    BOARD MEMBER:  Okay.

9                    I'm saying based on everything

10          I heard this evening and the discussions

11          that we had that a number of people brought

12          up talking about holistic application

13          process.  And that to me means something

14          that does not include a lottery.

15                    MADAM CHAIR:  I believe the

16          conversation --

17                    BOARD MEMBER:  So what I'm

18          saying is do we need to talk further about

19          this?  Do I make a motion?  Do we need to

20          say to the superintendent as a next step to

21          please look at this as an additional

22          proposal?

23                    MADAM CHAIR:  One of the

24          things that was under discussion when we're



Page 230

1        talking about that measure is that it seems

2        to already be embedded in what the

3        superintendent provided.  I can't remember

4        the slide number at this time.  So for me at

5        least, my comment was that it's a little

6        redundant because it seems to have already

7        been embedded.  And I do believe I've heard

8        several board members say that they did not

9        want for the superintendent to not have the

10       opportunity to bring forward the lottery

11       albeit repackage and with more data to

12       support its merits.

13                   So it is still at play, but it

14       still needs a lot more information.  So

15       that's a conversation for I think a little

16       bit down the line for us to make a decision

17       about it.

18                   BOARD MEMBER:  You know, just

19       to be clear, I'm not precluding the lottery

20       proposal.  I'm just saying I want to make

21       sure a non-lottery proposal is also looked

22       at.

23                   MADAM CHAIR:  Right.  I don't

24       think the two are mutually exclusive.  I



Page 231

1          think conversation is always going be

2          two-pronged.  But I think what we

3          accomplished tonight is not taking the

4          lottery off the table.

5                    BOARD MEMBER:  No, I agree, I

6          agree.  And I just want to make sure we are

7          clear as we are moving forward over the next

8          week and putting together more information

9          that we are looking at multiple options,

10         multiple proposals.

11                   BOARD MEMBER:  Correct.

12                   MADAM CHAIR:  I think that's

13         the understanding.  Yes, ma'am.

14                   BOARD MEMBER:  Thank you.

15                   MADAM CHAIR:  Of course.

16                   Let's go ahead and go through

17         the next steps.  Ms. Pekarsky?

18                   BOARD MEMBER:  I'm sorry, I

19         had my hand up to make a comment.

20                   MADAM CHAIR:  I'm sorry, I

21         looked down at my screen and I missed

22         several hands.

23                   Ms. Sizemore-Heizer, go ahead.

24                   BOARD MEMBER:  I would just



Page 232

1          like to follow up with what Ms. Tholen said

2          is that when we had the conversation earlier

3          it twisted into or turned -- I shouldn't say

4          twisted.  Sorry.  It's late.  It turned into

5          a conversation that this is redundant and

6          not precluding the lottery.  But I want to

7          make it clear that one of the things that we

8          are asking Dr. Brabrand to bring back is a

9          holistic admissions approach.

10                   There's pieces of it certainly

11          contained of what he has here in terms of

12          the problem solving, essay and all of the

13          pieces that he brought.  But the pieces that

14          he brought also include the lottery and I

15          want to make sure that we are clear that

16          what we are looking for him to do is to

17          bring back a holistic admissions approach

18          which may or may not preclude a lottery, but

19          it is a holistic admission approach we are

20          looking for and data around that piece of it

21          as well.  At least to bring a proposal back

22          that has just the holistic admissions

23          approach opposed an holistic admissions

24          approach with a lottery.



Page 233

1              And I think that got lost a

2       little bit in that conversation earlier.  I

3       just want to make sure we're clear that

4       there is board support for Dr. Brabrand to

5       bring back an alternate holistic admissions

6       approach.  It does not preclude if he wants

7       to continue to bring data around the

8       lottery, but that we are looking for an

9       alternate holistic admissions approach with

10      data.

11              MADAM CHAIR:  And I think as

12      it was proposed this was the suggestion that

13      did not move forward specifically because of

14      the number of abstentions.

15              BOARD MEMBER:  So I think we

16      need to have a motion or a separate thing

17      because I believe what happened -- the

18      reason for the abstentions was not because

19      of we did not have consensus for a holistic

20      approach, but because people felt that was

21      already, that the way it was stated was

22      redundant.  But I want to be clear and we

23      need to discussion that motion in a vote,

24      I'd be happy to do that to say that we are



MAGNA
LEGAL SERVICES

Page 234

1       also looking for Dr. Brabrand to bring us a

2       holistics admissions approach with data so

3       we can see what is the best approach for

4       getting to the goal of making a pool of

5       qualified applicants representative of our

6       populations.

7                   THE COURT:  Do you want to add

8       that as a next step because we are about to

9       vote on all of these right now?

10                  BOARD MEMBER:  Yeah.  I mean,

11      I would like to see.  You know, there's

12      other hands up so I would like before we did

13      that.  But I would like to see if there's

14      room to have a consensus taking on that as

15      we did the other ones.  And just very

16      clearly, we want Dr. Brabrand bring us a

17      holistics admissions approach with the

18      requisite data as an approach to TJ

19      admissions for the class of 2021/2022

20      freshman.

21                  MADAM CHAIR:  So hold on tight

22      with that.  Let's take the other questions.

23                  Ms. McLaughlin and then

24      Ms. Cohen?



Page 235

```
 1                    BOARD MEMBER:  Two things,
 2           one, my Ipad is not letting me type into the
 3           Google doc and I'm using my laptop to be
 4           able to follow all of this.  So I'm worried
 5           about getting my next step in.  I also know
 6           it's 11:42.  So two things, one, I would
 7           suggest that because we are not making
 8           decisions by Thursday night, that the Board
 9           not be closed out of putting up or next step
10           request.  And then voting and deciding which
11           ones would be up there tonight.  I don't
12           think that's prudent.
13                    And secondly, if the
14           superintendent is trying to get direction
15           and consensus on going forward, there seems
16           to be -- right now he put out there in his
17           proposal doing a lottery.  If six or board
18           members do not think a lottery is
19           appropriate at this time for this admissions
20           cycle year, does he want to see that seven
21           more people want it if six of us say no?
22           He's now at a deadlocked board that wants to
23           see a lottery or no lottery options.  So I
24           kind of wanted to understand process-wise
```



Page 236

1          what we are doing here.

2                    MADAM CHAIR:  Well, I believe

3          that Ms. Sizemore-Heizer wanted that to be

4          added.  Again, we do have a little bit more

5          time on our side, it doesn't have to be this

6          evening, but if it's something she wants for

7          us to respond to, we certainly should be

8          able to do that.

9                    BOARD MEMBER:  So Madam Chair,

10         I would humbly suggest to all of us that to

11         what Ms. Sizemore is talking about and these

12         next steps, all of it, since we now know it

13         doesn't have to be decided by Thursday

14         evening, that board members be given until

15         5:00 p.m. tomorrow, whatever deadline you

16         want to set, to add in our next steps to

17         this and that we bring it up at the next

18         work session to add the next steps if you

19         wanted to do that or review them and share

20         with the vice chair.  And there's any next

21         steps that can't be managed, but I'm just

22         trying to be mindful of time and us doing

23         good work at this point.

24                    I don't think we are



Page 237

1    doing ourselves or anyone a favor by

2    continuing to deliberate what our possible

3    next steps would be right now.  I just think

4    we need time to go ahead and file them and

5    then review them.  That would be my motion

6    or request on the table right now.

7              MADAM CHAIR:  So I'm trying to

8    think process-wise what is your request?

9              BOARD MEMBER:  My request that

10   is that --

11             MADAM CHAIR:  No, I understand

12   your request.  I'm just trying to figure out

13   process-wise what does it supercede?

14             BOARD MEMBER:  It supercedes

15   everything that is being done right now.

16   Just to see if there's board support to file

17   additional next steps by tomorrow and that

18   we conclude this work session.

19             MADAM CHAIR:

20             Ms. McLaughlin, I understand

21   you're trying to save us some time, but it

22   does not supercede everything else because

23   we do have other hands raised.  I do

24   appreciate what you're saying and trust me,



Page 238

```
 1            I want for that to happen, but we do have to

 2            give it its place in the queue.  So we will

 3            hold onto that and let the other two

 4            speakers go ahead and circle back to those

 5            two items.

 6                    BOARD MEMBER:  I didn't mean

 7            to imply people would be cut off.  I'm just

 8            offering that suggestion for consideration

 9            to the Chair and Vice Chair.

10                    MADAM CHAIR:

11                    Certainly.

12                    Ms. Cohen and Ms. Omeish?

13                    BOARD MEMBER:  I just wanted

14            to echo what Ms. Sizemore-Heizer said that I

15            think many of us abstained and what

16            Ms. Tholen said as to not be duplicative.  I

17            thought that the take away from our meeting

18            and it's good that we do this, but I thought

19            that the take away is that we were asking

20            for Dr. Brabrand to, you know, come up with

21            an approach that doesn't preclude the

22            lottery, but also give us an alternate

23            hybrid or whatever we want to call it.

24            Holistic model, not hybrid, holistic model
```



Page 239

```
 1              similar to what he had for the top 100 for

 2              the whole system.

 3                        So I guess I'm feeling a

 4              little bit confused as well because I

 5              thought that that was the take away.  And

 6              that we were saying that Ms. Corbett-Sanders

 7              motion had been redundant because that had

 8              already been more expressed.  If it needs to

 9              be more clearly expressed, I wholeheartedly

10              support going over this again, but probably

11              can clear this up with Dr. Brabrand just

12              telling us if he feels that has been

13              expressed perhaps.

14                        MADAM CHAIR:  Before we get to

15              that, let's go ahead and have Ms. Omeish and

16              Ms. Pekarsky speak.

17                        BOARD MEMBER:  Yeah.  Thank

18              you.  Actually building off of that, so

19              echoing and adding.  Some of these are

20              specific to particular plans and we

21              essentially right now have decided on

22              certain concrete and deferred the rest for

23              when Dr. Brabrand is going to come back.  So

24              I don't feel comfortable with us approving
```



Page 240

1          next steps that are relevant to specifying

2          particular plans if weren't even decided on

3          the plan.  So I don't know, I appreciate

4          clarity on that.

5                    I mean, some of the next steps

6          are informing the work more broadly, but

7          some of them are a little more specific to

8          us moving in a direction, and I don't

9          believe we've decided on that.

10                    MADAM CHAIR:  And that is why

11         we build on the next steps.

12                    Thank you.

13                    Ms. Pekarsky?

14                    BOARD MEMBER:  I just wanted

15         to offer support for what

16         Ms. Sizemore-Heizer said.  I would like to

17         see that.  I don't know if we're making a

18         motion now offering consensus, but I would

19         like to see us have that as an option to

20         vote on for the superintendent to bring

21         back.

22                    MADAM CHAIR:  So we have four

23         people who are asking for this to be treated

24         in the same way that we address some of the



Page 241

```
 1          other suggestions that were provided
 2          tonight.  So we'll go ahead and have that --
 3                    BOARD MEMBER:  Ms. Meren had
 4          to leave the meeting so I'm wondering if we
 5          should have this as part of the next steps.
 6                    If I may I would like to
 7          mention to Ms. Omeish, it's not saying we
 8          are going in a direction, it's asking as I
 9          think we had consensus earlier to bring an
10          approach for us to review later on along
11          with other approaches because I think the
12          consensus is we don't have enough data at
13          this moment to make changes beyond what
14          we've gotten a consensus on.
15                    MADAM CHAIR:  Let's kind of
16          take a pause for right now.  I'd like to go
17          back to what Ms. McLaughlin shared a little
18          while ago in terms of just taking a pause on
19          this evening because it is very late and
20          none of us are doing our best work,
21          everybody is getting a little bit confused.
22          Do we have latitude to add that as a next
23          step so we have all of the information?  A
24          lottery, not a lottery, she's having issues
```



MAGNA
LEGAL SERVICES

Page 242

```
 1              coming into the Google sheet to add in the

 2              next steps.

 3                       I would say let's us please

 4              revisit this tomorrow as shared by

 5              Ms. McLaughlin and add that -- thank you,

 6              you already added that, Ms. Sizemore-Heizer,

 7              as a next step which we will discuss in

 8              chairs and come back to the board with.

 9                       Would you all be in support of

10              that approach at this time?

11                       BOARD MEMBER:  Dr. Anderson,

12              I've had my hand up for a long time.  I was

13              actually the first one up.

14                       MADAM CHAIR:  My screen just

15              moved down a little bit so you were cut off

16              totally.  I have to move this to be in that

17              perfect spot.  So I apologize, I did not

18              have the first spot showing up.

19                       Go ahead.

20                       BOARD MEMBER:  So I would

21              support having the superintendent bring back

22              up any options, almost like a menu approach

23              to this, which would include an approach

24              that doesn't include a lottery and an
```



Page 243

1          approach that does.  So options so we can

2          make informed decisions based on the

3          modeling similar to what Ms. Frisch put

4          forth earlier in the evening about the

5          importance of those statistical models.  So

6          I would suggest that we should get a general

7          consensus from the board that they want to

8          see a model that includes lottery and a

9          model that does not include the model.

10                    MADAM CHAIR:  Okay.

11                    So let's go ahead and have

12         consensus on that where we are just asking

13         for a model that includes both the lottery

14         and without a lottery so it's very inclusive

15         of both.  And then we are going to go ahead

16         and provide concurrence on Ms. Megan

17         McLaughlin's suggestion that we go ahead and

18         table our next steps for this evening and

19         revisit it tomorrow when I'm a lot clearer.

20                    I see that hands are going up.

21         All in favor of the modeling that includes a

22         lottery and a non-lottery option.

23                    We have Ms. Sanders, Cohen,

24         Gamarra -- let me try that again.



Page 244

```
 1                    Ms. Corbett-Sanders,

 2          Ms. Cohen, Ms. Keys-Gamarra, Ms. McLaughlin,

 3          Ms. Sizemore-Heizer, Ms. Derenak-Kaufax,

 4          Mr. Frisch, Ms. Pekarsky, Ms. Tholen,

 5          Ms. Omeish, and I will put myself in there

 6          as well.  Thank you.  And that's ten.  We're

 7          missing one person.  Ms. Meren is away from

 8          the table.  Do we have any of those not able

 9          to support this?

10                    Ms. McLaughlin, I think you

11          already voted.

12                    MADAM CHAIR:  Okay.

13                    Any abstentions?  There is one

14          person who did not vote.  I'm not sure who I

15          missed, but we are moving forward because we

16          have at least ten.

17                    Going to Ms. McLaughlin's idea

18          of tabling the next steps, I will provide a

19          deadline tomorrow morning in terms of when

20          everybody's next steps must be in for

21          consideration for -- with the superintendent

22          and chairs.  Actually if we are going to do

23          chairs, your next steps have to be in by

24          9:00 a.m.  Who is able to support that?
```



Page 245

1            Ms. Derenak-Kaufax, do you

2       have a question?  Okay.  No, no question.

3            Okay.  We have Ms. Cohen,

4       Ms. McLaughlin, Mr. Frisch, Ms. Keys-

5       Gamarra, Ms. Pekarsky, Ms. Corbett-Sanders,

6       Ms. Sizemore-Heizer.  That's seven, plus

7       myself, Ms. Tholen.  Thank you.  Let's lower

8       the hands.

9            Who is not able to support

10      this measure?  Ms. Derenak-Kaufax.  Thank

11      you.

12           Who is abstaining?  We have

13      Ms. Omeish.  And Ms. Meren is away from the

14      abstaining.

15           I believe we've concluded all

16      of this business.  We did have a subsequent

17      meeting that we were going to go into, but I

18      believe that there is no bandwidth to do

19      that at this time.  So we will find another

20      opportunity to conclude the previous

21      discussion.  So it is now 11:53 and we will

22      be adjourning our meeting.

23           Good night, all.

24           DR. BRABRAND:  Good night.



Page 246

1          Thank you.

2

3                      - - -

4                      (Audio/video file concluded.)

5                      - - -

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24



Page 247

1           I hereby certify that the proceedings and

2    evidence are contained fully and accurately in the notes

3    taken by me through audio/video recording of the above

4    matter, and this copy is a correct transcript of the same.

5

6

7

8

9                              _____

10                             Samanda Rios

11                             Court Reporter

12

13

14

15

16                             (The foregoing certification of this

17   transcript does not apply to any reproduction of the same

18   by any means, unless under the direct control and/or

19   supervision of the certifying reporter.)

20

21

22

23

24



**A**

**a.m** 244:24
**AAP** 11:2 80:18
  81:1,3 104:12,15
  177:1 215:15
**abilities** 15:3 60:1
**ability** 56:16 62:15
  64:4 69:2 101:3
  108:8 109:15,15
  109:16 169:21
  190:7
**able** 14:23 21:12,14
  21:20 22:7 23:3,8
  23:10,11,24 24:6
  24:12,21 25:1,4,7
  25:8,10,14,18
  26:1,3,3,17,18
  27:3,11,12 31:19
  41:9 56:2 65:17
  66:23 74:13,21
  80:8 87:21 90:23
  101:3,12 134:7,7
  135:7,9,11 143:23
  151:7,24 154:8
  155:22 160:15
  161:1,8 162:13,14
  162:22 163:16
  166:18 178:12
  190:12 201:24
  205:15 208:18
  211:10 212:12
  220:3 224:5
  226:24 235:4
  236:8 244:8,24
  245:9
**Abrar** 60:9
**absent** 70:19
**absolutely** 72:13
  89:16 90:22 91:24
  94:21 166:11
  169:19 201:16
  209:16
**abstained** 228:22
  238:15
**abstaining** 4:20

209:1 212:17
  227:10 245:12,14
**abstentions** 216:9
  233:14,18 244:13
**academic** 30:19
  31:20 32:1 54:5
  63:14,16 69:9,10
  90:10 99:1 128:16
  185:2 215:10
**academics** 9:8
  80:17 133:2
**acceleration** 29:2
**accept** 82:22 84:6
  111:4 142:9 200:5
**acceptances** 114:8
**accepted** 14:11
  16:23 81:22 84:4
  86:20 88:1 102:16
  110:16 112:10
  143:10,14
**accepting** 82:10
  86:12 87:3 110:17
  200:12
**access** 7:9 23:24
  44:4,5 69:8 77:3
  135:9 150:13
  159:2 187:4
  202:11 203:19
  219:9
**accessible** 28:17
**accomplish** 124:13
  170:5 211:7 216:5
  218:12
**accomplished**
  231:3
**accomplishes**
  218:15
**account** 150:13
  159:2 181:10
  202:11 203:18
**accountability**
  39:18 40:20 41:8
  42:5,22,23 44:7
  44:14 46:14 49:9
  110:9,10 114:1,12
  114:17 140:20

**accountable** 43:11
  53:2
**accountable.12:2...**
  44:11
**accounted** 13:1,3
**accurate** 145:2
**accurately** 247:2
**achieve** 90:23
  138:5
**achieve.12:21p**
  43:2
**achievement** 90:10
  91:17 128:16
**achieving** 40:3
**aching** 142:8
**acknowledge** 92:22
**ACT** 147:3 149:8
**action** 114:1 221:16
  221:18,22 222:7
**actions** 213:4,22
**active** 115:11
**actively** 68:11
**activities** 26:21
  27:5 28:2 68:3
  76:5 123:11
**actual** 44:24 48:23
  85:3 93:17 104:18
  171:2,3
**add** 21:10 33:15
  42:3 46:2 59:2
  127:20,22 129:21
  194:20 215:4
  218:7 223:11
  234:7 236:16,18
  241:22 242:1,5
**add-on** 63:8
**add.12:27p** 47:2
**added** 236:4 242:6
**adding** 87:17 99:15
  239:19
**addition** 22:15
  28:15 200:10
**additional** 5:14
  49:5 55:2 56:4,11
  57:2 67:24 74:8
  77:6 79:2 83:15

112:16 113:18,21
  164:9,22 167:4
  186:8 202:18
  218:3 229:21
  237:17
**Additionally** 84:5
  112:15
**address** 22:7 83:5
  84:20 104:18
  144:11 161:15
  171:19 240:24
**addressed** 104:9
**addressing** 103:12
  144:17
**adds** 203:10
**adhere** 209:10
**adjourning** 245:22
**adjusted** 124:9
**adjustments** 12:17
  18:15 51:23
**adjusts** 18:7
**administer** 61:9
**administered**
  102:20 106:11
  147:3 149:7,11
  167:22
**administration**
  21:19 25:23 52:15
**administrators**
  42:16 111:16
**admission** 16:20
  29:15,23 32:9
  90:14 143:4
  148:20 164:24
  209:12 210:4
  223:2 232:19
**admission's** 24:17
  25:23
**admissions** 9:7
  16:4 17:6 20:3,24
  21:20 22:16 23:4
  23:22 35:12 38:11
  47:8 48:11,22
  50:8,10,21 52:4
  69:5 70:15,18
  76:11,21 80:2

83:3,4,11 84:8,11
  86:14 88:2,3 89:4
  90:20 91:16 96:23
  98:2 100:11 104:8
  107:19 108:3,6
  113:10 114:6
  122:4 124:17
  133:1 140:2,3
  143:1 149:4,15
  150:11 157:7,9
  158:24 166:23
  167:2 168:23
  169:23 177:2
  202:9 203:16
  209:13 211:2
  216:20 217:2,3
  218:21 219:24
  220:8 222:14
  223:3 224:4 232:9
  232:17,22,23
  233:5,9 234:2,17
  234:19 235:19
**admit** 20:6 228:21
**admittance** 11:19
  19:21 37:24 48:6
  78:17 128:18
**admitted** 14:1
  78:14 107:10
  143:4 220:9
**admitting** 36:23
  79:9 93:18
**adopted** 90:2
**advance** 9:8
**advanced** 7:12
  63:19 69:9 78:3
  80:17 97:24,24
  104:1,15 196:14
**advantage** 12:9
  74:13 108:9,13
**advantages** 11:17
  19:19 172:24
**adversity** 10:6
**advocacy** 78:7
**advocate** 30:17
  168:5,7
**AEP** 53:24 59:23



170:24
**affirm** 206:19
**affirmation** 210:7
**affirming** 207:21
**African** 7:19 47:20
132:17
**afternoon** 201:8
207:24 218:9
**age** 130:14
**agenda** 6:7 80:21
**ago** 6:11 18:14
54:17 65:8 95:3
109:5 122:7,20
152:14 211:9
241:18
**agree** 80:14 81:14
89:17 93:15
103:19 108:1,24
109:1 140:14
151:2 157:5
158:19,22 166:11
177:14 203:15
207:18 217:1
231:5,6
**agreed** 160:15
195:24 202:4,7
219:10 220:18
**agreeing** 60:17
207:16 216:18
**agreement** 60:18
94:4 202:7 209:16
**agrees** 103:15
**ahead** 3:14 67:9
108:11,13 141:20
146:21,23 148:1,3
153:18 160:3,11
163:24 165:19
168:15 171:17
179:16 187:15
192:16 201:6,18
201:20 204:3
206:22 208:2
209:8 210:19
212:3,10 214:8,24
215:24 217:19
218:16 224:14

225:2,2 227:21
231:16,23 237:4
238:4 239:15
241:2 242:19
243:11,15,17
**ahead.01:31p**
52:10
**ahead.01:38p** 57:8
**ahead.11:34a** 5:7
**ahead.12:12p** 39:8
**ahead.12:30p**
49:16
**albeit** 230:11
**algebra** 9:20 63:18
96:5 97:12,23
102:2
**align** 51:13
**aligned** 40:12 44:24
65:22
**alignment** 155:8,18
200:18
**aligns** 28:18 45:19
**alike** 56:1
**allocated** 13:23
**allow** 18:24 35:15
35:17 58:18 64:8
64:10 157:2
**allowed** 64:6
102:15 130:24
147:21 173:3
**allowing** 87:19
164:8 227:16
**allows** 19:22
**Alphas** 117:6
**alternate** 32:6
190:13 233:5,9
238:22
**alternative** 91:13
**alternatives** 193:2
**amazing** 128:4,5
141:16
**American** 7:20
47:20 132:18
180:24 181:1
**amount** 64:21
159:20

**ample** 184:14
**analysis** 69:1
171:21
**and/or** 247:18
**Anderson** 5:9 57:5
141:20 149:1
152:3 158:19
159:16 201:3
205:19 217:11
224:8 227:15
242:11
**anecdotal** 82:4,20
**annual** 51:19 88:22
112:14 114:20
212:24 213:8,18
220:1
**Annually** 32:2
**anonymity** 75:12
**answer** 15:12,13
60:10 62:20 64:7
64:9,11,13,14,23
65:17 79:20 80:9
107:11 109:4,6
110:22 111:23
115:24 116:6
130:19 133:23
134:23 183:6
**answered** 35:19
36:1 132:15
**answering** 17:3
65:12 73:18
135:13
**answers** 58:13 63:5
91:23 109:19
128:16
**anticipated** 59:13
84:3
**anybody** 4:20 5:5
131:7 195:1
**anymore** 89:7
112:2
**anyway** 163:7
**AP** 30:13
**APAC** 129:20
**apologize** 5:4 44:8
89:13 146:9

157:24 159:16
192:12 201:22
218:17 224:10
242:17
**apologize.11:19a**
3:6
**apologizes** 127:24
**appetite** 197:13
**applaud** 140:13
**applicant** 7:24 47:6
47:7,16 93:14
99:10 112:8
136:24 137:3,22
138:4 147:8
152:16 154:1
169:9 170:11
**applicants** 7:19,21
10:1 55:11 157:10
217:4 234:5
**application** 9:19
10:15 16:8,15
23:22 34:22 35:1
45:13,21 60:20
69:7 76:14 78:15
78:16,19 100:24
111:2 122:2 127:4
128:18 137:14
138:12 144:5
149:5 152:5
153:10,13,15
154:7 183:24
184:2 204:19
222:1 229:12
**applications** 41:8
101:15,17 138:20
213:6,24 225:8
**applied** 13:8 47:12
48:2 56:15 112:10
122:17 131:20
137:1 142:20
207:3
**applies** 181:2
**apply** 9:24 10:10
23:18 34:22 40:24
41:4,5,10 47:22
61:17 80:4,7

81:12 105:3
111:12 129:2,7
133:20 247:17
**applying** 43:15,18
43:23 56:17 81:20
85:24 104:6
110:16 128:23
134:4
**appreciate** 49:20
50:4 58:13 59:15
66:1 93:23 104:11
106:6 160:14
166:8 172:18
175:16 181:23
195:5 237:24
240:3
**appreciated** 37:23
**approach** 18:4,14
18:19 24:9,10
41:18 50:21,24
51:1 54:9,13,17
55:20 58:16,18
65:1 78:12 80:15
81:6 84:9 87:12
87:16 88:7,9,9,11
88:13 91:13
101:24 107:18
115:19 120:4,22
122:13 125:18,19
126:17 133:1
141:4 150:10
156:15,22 157:2,6
157:6 158:2,4,20
158:23 168:6,7,8
179:11 180:20
181:10,14 185:19
186:6 188:11
189:6 192:4
195:14,24 198:10
202:8,23 203:16
206:4,10,11
207:21 208:3
216:20 217:1
218:20 219:8
225:5,7,11 232:9
232:17,19,23,24



233:6,9,20 234:2
234:3,17,18
238:21 241:10
242:10,22,23
243:1
**approach.01:36p**
55:23
**approached** 18:3
**approaches** 19:3
20:21 186:14
189:5 197:4
241:11
**approaching**
126:11
**appropriate** 21:7
24:2 140:4 194:14
223:23 235:19
**approval** 205:22
**approving** 206:10
239:24
**approximately**
83:11
**aptitude** 90:16
103:18,24 105:15
105:19,23 106:1
143:17 150:12
159:1 162:12
177:12 179:15
181:17 195:15
199:11 202:10
203:18 206:24
207:1,2,12 228:15
**area** 66:8 99:1
143:2,7 157:1
202:1
**areas** 14:22 20:20
43:5 44:7,9
100:21 114:4
166:5 201:10
**Arlington** 13:14
**arrangements**
52:16
**arrive** 35:5 64:7
**arrived** 64:11
74:23
**articulate** 77:23

197:22
**articulated** 145:15
**arts** 61:22
**ascending** 14:18
17:9,13,17 19:5
34:20 84:24
**ascribing** 136:13
**ashame** 57:18
**Asian** 129:2 174:12
180:24
**aside** 51:12 53:17
200:17
**asked** 74:6 97:18
99:19 121:5 122:5
123:1 155:2
170:15,15 187:24
191:4 193:11
**asking** 42:21 44:13
51:16 61:16
132:17 139:23
140:1 147:18
148:2 156:19
157:24 158:1,21
189:12 192:24
228:1,11 229:2
232:8 238:19
240:23 241:8
243:12
**aspect** 108:21
**aspects** 71:7
**aspirational** 48:5
**Aspire** 147:4
**assess** 11:11
**assessment** 145:9
145:15,23 151:23
152:11,14,18,21
**assessments** 8:14
147:7
**assign** 140:19
**assigned** 48:15
**assist** 130:11
**associated** 50:6
149:5 150:7
151:24 152:4,17
153:10
**assume** 18:12

**Assuming** 188:4
**assumption** 223:17
**Assumptions** 29:14
**assurance** 196:14
**assurances** 46:13
**attempts** 8:3
**attend** 100:9
**attendance** 85:10
**attendance.11:56a**
23:11
**attended** 15:24
**attendees** 73:3
**attention** 93:8,9
194:10
**audiences** 67:15
**audio** 117:20
**audio/video** 246:4
247:3
**authorize** 161:11
**automatically**
29:12 199:5
**available** 16:14
19:9,14 21:4
49:23 84:12 99:9
110:19 112:17
130:9 134:21
167:10,11 183:15
185:3
**available.11:51a**
19:4
**available.11:52a**
19:16
**average** 31:20 32:4
128:24 129:1,5
**averages** 131:19
**aware** 23:10 126:8
**awareness** 33:11
59:10

_____
**B**
_____
**B** 31:20 32:4
**back** 5:1 8:6 12:22
26:8 28:7 33:22
34:1 43:16 51:8
51:10 52:16 55:10
57:11 58:8 63:16

76:20 79:17 83:14
83:21 87:21 94:10
99:17 109:17
110:3,7 114:2
116:7 119:7 121:7
121:11 132:13
133:19 134:22
136:21 137:23
138:9 139:21
141:19 144:19
145:1,6 150:9
151:22 155:11,12
158:3,15,22 160:4
160:8 165:1 166:4
168:1 169:11
170:5 171:3
175:13 178:8
179:2 180:19
184:9,11,13
188:23 189:10
191:14 193:18
196:3 197:15
209:20 210:21
211:5,9 232:8,17
232:21 233:5
238:4 239:23
240:21 241:17
242:8,21
**back.01:38p** 57:6
**background** 6:9,17
7:5 169:20 193:17
**backgrounds** 25:5
41:11 93:20
110:10
**backs** 127:17,21
142:3 144:20
158:8,15 159:17
160:4 192:23
**backwards** 52:12
**badly** 69:24
**balanced** 65:1
**Band-Aid** 78:2
**bandwidth** 245:18
**barber** 117:7
**barely** 129:23
**barrier** 67:23 105:4

105:10,12 106:3
145:16 146:6
149:8 176:23
**barriers** 59:10 80:4
147:8 149:10
**base** 44:18 96:22
97:2 99:17 136:1
194:11
**based** 7:1,4 12:23
13:15,21 14:15,17
15:8 16:14 17:19
18:12 21:13 31:3
41:7 44:21 45:1
53:11,21 55:7,11
56:4,14,20 80:17
85:14 86:3 88:23
107:14 108:15
109:10 122:13
123:3 133:17
150:10 156:22
173:13,14,16,22
188:8,17 189:2
198:7 217:13,14
217:23 229:9
243:2
**baseline** 18:1
**bash** 128:9
**bashing** 181:6
**basically** 55:9
**basing** 173:10
190:11
**basis** 51:19 55:12
87:14 88:23
112:14 156:24
**basket** 107:17
**battery** 147:1
149:15
**Bay** 27:2
**Bay.12:00p** 27:4
**began** 142:5
**beginning** 32:17
33:18 35:13 57:12
84:13 131:9
**begins** 38:3
**behalf** 116:12
**behavior** 7:2



**beholden** 199:13
**belief** 29:9 123:20
   170:19
**believe** 4:18 20:14
   28:6,8 38:12
   46:10 48:12 52:20
   72:16 80:22 89:17
   93:18 102:3
   106:20 107:8,9
   111:7 116:1
   135:21 138:11,14
   144:6,24 145:8,23
   152:22 160:7
   163:18 168:22
   169:19 177:16
   178:21 185:24
   189:12 200:2,6
   202:1,6,24,24
   220:2 221:19
   229:15 230:7
   233:17 236:2
   240:9 245:15,18
**believed** 10:8
   199:15
**believes** 162:22
**bell** 163:1,3
**belonged** 89:20
**benefit** 10:22
   123:24
**best** 3:22 45:16
   53:10 57:22,24
   73:14 91:18
   106:17 124:23
   125:2 168:1
   173:20 176:3,23
   177:19 178:17
   185:23 187:3
   190:11 225:7
   234:3 241:20
**better** 38:12 62:6
   95:5 109:22
   116:11 123:4
   177:13,17,17
   180:19 202:18
**beyond** 10:19 30:12
   57:19 112:15

116:18 130:8
141:12 175:24
185:3 204:17,24
205:2 221:9
241:13
**biases** 50:6 149:11
**big** 86:16 96:18
   99:24 114:14
   175:15 219:20
**bigger** 104:13
   183:20
**bit** 5:2 6:11 14:6
   16:7 17:12 20:22
   22:13 34:5,7
   45:23 53:14,16,18
   54:8,15 57:3 70:4
   71:20 74:2 94:11
   95:1,21 111:8
   115:7 126:7
   135:11 136:20
   142:14 144:2
   154:19,22 160:5
   165:16 175:19
   183:22 203:8
   207:8 208:6 216:3
   230:16 233:2
   236:4 239:4
   241:21 242:15
**Black** 129:3
**Blue** 121:12,18,22
   125:12 161:4
   174:19
**board** 2:5,9,12,16
   2:20,23 3:2,10,19
   3:20 4:4 5:10 6:19
   14:5 28:13,14
   35:19,22 36:2,2
   38:23 39:4,9
   42:20 44:12 46:8
   46:13 49:3,8,17
   51:8,11,21 52:7,7
   52:13,14 55:16
   56:5 57:4,9,17
   65:24 67:10 72:23
   74:1 76:12 77:12
   77:16 79:24 80:21

89:8,12,18,20,24
90:17 91:3,3,7,22
93:1 94:2,3,14
97:14 99:21
100:10 103:5
107:2,15 108:4
109:15 110:6,20
111:5,19 112:18
113:20,23 114:3
119:16 120:6,24
121:8,9 125:18
127:19 128:2
131:8,18 135:5
136:4 138:19
141:24 142:19
144:22 145:19,22
146:9 147:5,14,20
147:21 148:4,7,24
149:3,20 150:2,20
150:24 151:11,16
151:17,20 152:3
153:12 155:6,16
156:21 157:14,20
157:22,23 158:18
159:15 160:12
161:10 163:6,14
163:16,19 164:5
164:20 165:1,2,3
165:16,20 166:21
168:9,16,20
169:13,13 170:2
170:16 171:18
174:22 175:10,14
175:18 179:7
180:24 181:23
182:2,11,22
184:10,16,17
185:13,16,17
186:23 187:7,12
187:17 188:8,24
189:4,18 190:8,21
191:2,9,21 192:2
192:5,7,12,13,17
194:22 195:8,10
195:13 196:3
201:2,7,16,21

202:20 203:7,9,14
204:4,16 205:14
205:18,24 206:5,7
206:14,23 207:4
207:19 209:9
210:2,11,16,23
211:5,12,19
212:19,24 213:13
213:15,18 214:22
215:1,18 216:16
216:24 217:9,20
218:17,22 219:4
219:10,14,22
220:7 221:1,2,12
221:15,20,21
222:11,19,22
223:22 224:7,15
224:22 225:3,14
225:17 226:9,18
227:14,22 228:8
228:20 229:8,17
230:8,18 231:5,11
231:14,18,24
233:4,15 234:10
235:1,8,17,22
236:9,14 237:9,14
237:16 238:6,13
239:17 240:14
241:3 242:8,11,20
243:7
**Board's** 204:10
**boards** 8:4 92:20
   132:10 165:6
   222:20
**body** 28:18 46:12
   50:1,14 69:19
   95:6 128:7 192:20
   195:18
**Bonitatibus** 5:24
   6:3 28:10 74:4,15
   76:17 101:21
   116:3 119:13
   198:20
**Bonitatibus's** 28:9
   115:23
**Bonitatibus.12:07p**

34:4
**born** 30:10
**bottom** 76:23 136:3
   173:23 174:24
   223:13
**boys** 117:3
**Braband's** 165:22
**Brabrand** 5:3,7,8
   6:1 16:10 19:18
   28:6,13 33:17
   35:15 36:3 38:21
   40:16 42:4 45:11
   46:24 47:3 49:7
   49:12,18 52:9,11
   54:7 60:9 76:22
   80:10,11 91:2,21
   92:14,19 94:10
   97:6,7 99:14
   100:4,14 104:12
   106:8,9 107:5,13
   110:21 131:11,12
   132:4 133:5,13
   135:14 136:3,15
   140:24 153:21,24
   163:15,24 164:1
   165:5 169:2,14
   176:15 178:21
   182:2,12 183:10
   184:5,22 186:19
   190:24 191:8,11
   191:24 195:3
   196:2 204:14
   205:1,22 215:13
   219:23 220:14
   223:1,7,10,12,23
   224:1 225:22
   232:8 233:4 234:1
   234:16 238:20
   239:11,23 245:24
**Brabrand.12:08p**
   35:17
**brain** 70:6
**Braven** 5:23
**breakdown** 14:18
**breakfast** 74:24
   75:6



breaking 213:11
brewing 114:22
briefly 6:7
bring 7:15 10:5
  48:23 51:8,10
  52:7 54:13 74:1
  76:24 77:6 83:21
  109:17 118:19
  132:11,12 134:22
  135:3 140:12,24
  147:22 150:5,9
  155:7,7 158:2
  162:19,22 163:16
  163:20 164:24
  170:4 171:3
  176:15 193:24
  201:23 204:15
  209:17 212:24
  213:18 221:4
  230:10 232:8,17
  232:21 233:5,7
  234:1,16 236:17
  240:20 241:9
  242:21
bringing 70:14
  73:24 80:16 93:3
  118:8 121:5
  124:24 125:17
  211:5 225:5
brings 151:9
broad 7:4 94:22
broaden 95:21
broader 28:16
  115:14
broadly 240:6
broken 20:19 45:8
brought 8:5,6
  32:23 55:8 57:12
  71:2 77:8 92:17
  92:23 103:21
  105:17 106:13,14
  140:17 177:22
  198:24 210:21
  218:9 229:11
  232:13,14
Bs 133:7

build 15:6 30:24
  32:12 53:12 77:9
  105:20 171:1
  240:11
building 239:18
buildings 111:17
  111:17
built 82:9
bullet 14:9,19
bullets 14:8
bump 76:19
burden 79:12
buses 118:19
business 3:23 4:1
  117:12 221:8
  245:16
Businesses 38:7
buzzer 89:9

C
cafeteria 75:8
calculate 97:16
  133:3,6 134:2,8
  136:9 137:7,8,15
  190:7
calculated 87:13
  170:10 171:4
calculation 98:9
  99:6
call 2:5 27:18
  118:13 127:21
  142:22 188:21
  238:23
called 185:15
calling 84:10
  145:22 170:7
camera 98:6
  160:13 163:3,5
candid 164:18
cap 85:13 86:7,10
  86:15,17,22 87:16
  87:19,24 88:14,24
capability 173:6
capacities 161:1
  194:10
capacity 52:1,3

79:4,18 81:7
82:24 83:2,5
96:16 154:20
155:8,17 222:13
caps 85:15,18,21
  86:2,5
caption 136:6
capture 139:2
captured 56:7
  168:21 178:22
  212:22
care 28:21 175:3
  180:16,22 181:2
careers 108:10
careful 78:1 161:24
  167:20 180:4
caring 6:15 20:5
  33:3,14 35:2,7
  186:17
carried 124:19
cart 75:9
case 58:7 60:2
  82:15 85:19 126:4
cases 139:20
casing 24:19
caught 114:5
  212:21
cause 36:13
celebrated 31:2
  58:3
center 36:9,17
  38:15 53:24 93:6
  180:23
centering 59:14
centers 53:24
central 58:8
Century 15:1
certain 42:14 44:22
  67:3 85:24 90:22
  105:2 109:7 121:1
  128:22 143:2
  161:22 167:19
  172:23 182:24
  186:17 219:9
  239:22
certainly 34:9 42:5

52:17 53:7,16
54:19 55:3 61:24
66:3 73:19 74:1
78:18 81:14,19
94:1 99:16 102:22
108:7 109:13,20
112:11,21 113:15
113:17,21 121:10
138:18 165:1
188:16,18,23
189:8,10 205:13
205:15 232:10
236:7 238:11
certification 3:17
  247:16
certify 3:16,20
  247:1
certifying 247:19
cetera 110:17
chair 2:1,10,14,18
  2:21,24 3:4,11
  14:5 28:12 38:20
  49:14 52:9 57:1,7
  66:13 70:10 77:14
  80:10 89:6,10
  92:12 94:9 97:4
  102:24 106:7
  109:24 115:21
  119:12 127:13,22
  131:2,11 136:17
  137:16 138:21
  140:8 141:21
  145:19,21 146:3
  146:15 147:6,14
  147:18,24 148:21
  149:18 150:17,22
  151:6,12,18,21
  152:6 153:1,14
  154:6 155:14
  157:11 158:9
  159:12 160:1
  163:2,10,22 165:4
  168:11 171:15
  175:4,12,16
  178:19 181:20
  184:12 187:10,14

192:9,15 194:19
194:24 195:9
197:17 201:4,14
202:14 203:3,12
203:23 205:5,8,17
206:12,21 207:6
208:4,21 209:15
210:8,18 211:8,14
211:21 213:10
214:2,24 215:23
216:22 217:6,17
218:6 220:2,11
222:5 223:9 224:2
224:12,20 225:1
225:15 226:5,21
227:18 228:5,13
229:5,15,23
230:23 231:12,15
231:20 233:11
234:21 236:2,9,20
237:7,11,19 238:9
238:9,10 239:14
240:10,22 241:15
242:14 243:10
244:12
chaired 75:21
Chairman 5:9
chairs 76:1 242:8
  244:22,23
challenge 7:16 30:9
  31:10 75:19
challenges 49:20
  173:24
challenging 6:22
chance 39:6 105:6
  105:8 126:6
  199:19
change 8:4 12:5
  13:12 20:9 36:20
  36:21 37:20 53:3
  53:5 55:13 65:15
  69:8 70:3 78:3
  83:2,4 123:3
  125:14 132:11,11
  142:8 182:11
  185:21 186:15



193:11
**changed** 76:10
   81:23 93:4 122:12
   124:21 221:3,23
**changes** 29:23 45:4
   50:9 78:23 91:11
   103:10 124:23
   125:11,12,16
   166:22 167:1,4
   170:22 183:16
   185:11,22 190:18
   194:8 209:11
   210:4,7 222:2
   223:2 241:13
**changing** 78:12
   93:13 96:23 144:1
   174:20 183:8
**charts** 138:22
**check** 32:15 80:22
   132:5
**checking** 153:24
**Chesapeake** 27:2
**chief** 5:16 70:17,19
   70:22
**child** 58:24 169:19
   179:12
**children** 68:1
   195:20,20
**choose** 23:7 25:21
   108:19 167:18
   175:2
**chosen** 38:8
**chunk** 25:20
**chunks.11:59a** 26:5
**Church** 13:14
   85:20
**churches** 117:7
**circle** 238:4
**circulated** 150:4
**circumstance** 174:2
**circumstances**
   174:1
**circumstances.12...**
   31:5
**CIS** 167:11
**cite** 89:24

**city** 24:4 85:20
**clarification** 66:15
   145:20 150:8
   151:1 158:1
   188:15 226:20
**clarified** 147:9
**clarify** 42:21 146:1
   146:10 157:15
   171:19 188:12
   222:7
**clarifying** 202:15
**clarity** 58:4 59:16
   147:23 182:6
   221:2 223:6,20
   240:4
**class** 30:18,23
   33:14 34:3 36:23
   37:24 44:24 48:6
   49:1 52:4 84:15
   84:16 93:18 96:13
   98:11 99:5 107:10
   108:15 138:13
   169:8 183:18
   198:13 211:3
   220:23 234:19
**classes** 30:13 97:24
   98:19,21 100:19
   111:11 135:7
**classified** 16:21
**classroom** 65:19
**clear** 40:9 43:1
   84:13 89:16,21
   137:24 144:3
   146:13 156:18
   159:13 205:9
   225:24 228:4
   230:19 231:7
   232:7,15 233:3,22
   239:11
**clearer** 49:9 187:18
   243:19
**clearly** 43:14 46:21
   71:1,8 196:7
   234:16 239:9
**Clinton** 70:14
**close** 96:21

**closed** 3:15,16,21
   4:3,4 5:6 235:9
**closely** 28:18 71:11
**closer** 10:5 135:15
**club** 76:8 117:4
   118:4
**clubs** 74:7 76:5
   117:3 118:1
**clustering** 45:14
**coalition** 75:20
**code** 3:18
**cognitive** 199:2
**cognizant** 162:1
**Cohen** 2:22 3:9 4:9
   4:11 77:15 89:6
   91:14 115:3 153:3
   154:12 156:3
   175:8 178:20
   179:9 209:2 210:9
   212:7 214:11
   224:23 225:16
   227:4 234:24
   238:12 243:23
   244:2 245:3
**collaborate** 193:20
**collaborators** 15:3
**colleague** 181:4,24
**colleagues** 49:10
   52:6 57:15 66:16
   67:5 69:21 90:5
   91:24 92:10 94:16
   140:11 144:7
   160:19 171:21
   197:3
**collect** 80:5 137:11
**collected** 111:10
**collecting** 110:24
   136:12
**collection** 44:13
   111:9
**collectively** 53:2
**Colleges** 172:13
**color** 103:17
**coloring** 68:23
**combination** 54:21
   210:24

**combined** 19:15
   102:6,22
**come** 18:17 19:2,6
   30:6 34:2 38:8
   58:7 63:4 76:7
   83:14 86:5 87:7,9
   93:21 94:10,24
   97:9 113:7 115:19
   119:2 155:11,12
   158:15,21 160:4
   162:19 166:4
   168:1 170:4 172:3
   176:20 182:10
   184:9 186:13
   216:1 225:21
   238:20 239:23
   242:8
**comes** 110:12
   114:21 115:12
**comfortable** 57:20
   239:24
**coming** 13:17,19
   18:8,9 63:12
   80:22 85:7,9
   96:19 101:22,24
   102:1 116:9
   121:18 168:23
   180:19 242:1
**comment** 37:5
   92:15 131:7
   163:15 165:22
   183:11 207:8
   230:5 231:19
**commentary**
   143:20
**commented** 145:8
**comments** 37:8,11
   114:24 128:13
   141:14,23 142:2,6
   158:14 161:17
   162:2,3 163:9,11
   186:21 187:9
   192:18 193:8
   195:2 197:18
   210:20 218:9
**commission** 121:12

121:19,23 125:13
   174:19
**commitment** 66:6
   166:21
**committed** 182:4
   187:6
**COMMITTEE** 1:4
**committees** 33:8
   76:1
**common** 141:5
   142:1 193:22
**commonality**
   141:18
**commons** 75:10
**communicate**
   40:13 193:20
**communicating**
   40:11
**communication**
   115:11
**communications**
   72:9
**communicators**
   15:3
**communities** 24:8
   68:23 73:15
   116:24 117:9
   141:12 161:22
   197:8
**community** 5:11
   6:18 8:8 21:5 22:6
   23:9 28:16 29:17
   30:1 31:2 33:4
   35:23 39:14,15
   41:16 46:9,17,19
   103:13 107:15
   117:11,18 118:15
   128:11 142:8
   143:13 146:1
   167:15 169:12
   171:1,11 186:1
   187:1,3,7 193:7
   197:13
**community.12:00p**
   27:15
**competitive** 66:7



**complete** 39:6 84:7 158:15
**completed** 83:19
**completely** 52:23 80:14 138:15
**completing** 168:13
**comply** 3:18
**component** 10:16 100:17 102:4
**components** 102:15 164:23 172:20 183:7 208:2
**composition** 55:6 93:14
**comprehensive** 40:11 144:11 215:19
**computer** 26:23 118:4
**COMPUTER-AI...** 1:13
**computers** 118:5
**concern** 12:9 179:21 180:17
**concerned** 92:9 104:20 161:22 167:8 178:7 199:16 204:15
**concerns** 11:24 20:2,9 50:12 96:18 112:11 166:16 200:1 204:6 219:7,16
**conclude** 237:18 245:20
**concluded** 245:15 246:4
**concrete** 239:22
**concurrence** 66:22 145:12 152:1,19 243:16
**concurrently** 108:24
**condensed** 34:8
**conditions** 174:10
**conduct** 21:22 34:9

34:18 35:10 119:17,20
**conducting** 20:24
**confer** 183:1
**conference** 36:7,8
**confession** 131:13
**confidence** 73:7 189:20,22
**confident** 33:16 38:2 187:8
**conflict** 204:9,22
**confounded** 152:8
**confused** 151:5 214:6 217:21 225:18 239:4 241:21
**connect** 73:14
**connected** 43:9
**connecting** 77:3
**connections** 30:15 32:13 42:9 71:11
**connectivity** 118:12
**consensus** 67:3 145:4,11 151:2,7 152:20 156:20 161:10 162:23 163:18 188:8 201:11,12,17 202:2 211:22 212:14 215:24 218:13 220:21 224:3 225:22 226:15 233:19 234:14 235:15 240:18 241:9,12 241:14 243:7,12
**consensuses** 226:4
**consequences** 59:13 62:12
**consider** 17:4 32:6 74:1 127:5 162:3 164:4 216:5
**consideration** 15:16 189:5 238:8 244:21
**considerations**

74:10
**considered** 4:4 177:18
**considering** 15:19 100:22
**consistences** 63:23 63:24
**consistent** 17:21 87:1,4 127:1 157:8 217:2
**consistently** 69:16 129:12
**constituents** 79:16 197:10
**constitute** 164:21
**constructional** 9:7
**consultant** 80:18
**consultants** 170:24
**consume** 26:4
**contact** 34:15 35:11
**contained** 232:11 247:2
**content** 11:8
**context** 81:16
**continue** 7:22,23 11:14 20:6 30:19 30:24 31:6,9 32:10,12 34:23 62:1 76:9 77:20 84:12 93:19 109:16 142:3 160:3 168:5,7 190:10 196:12 198:14 233:7
**continued** 7:19 77:23 78:7
**continuing** 8:13 26:11 237:2
**contribute** 33:16
**contributing** 160:22
**contributions** 51:2
**control** 247:18
**convene** 3:15
**convened** 3:21
**convenient** 175:21

**convening** 4:2
**conversation** 51:21 57:13 59:17,22 61:13 62:1 67:7 69:4 114:12,16 141:18 142:5 144:23 154:18 156:8 172:21,23 207:10 209:18 216:18 218:11 222:10 228:24 229:16 230:15 231:1 232:2,5 233:2
**conversations** 42:17 78:10 79:8 104:22 111:22 148:23 176:6 181:9 190:10
**converting** 135:24
**convinced** 67:13
**COO** 68:8 70:13,14 70:16
**coordinated** 23:1
**coordinating** 24:18
**copy** 247:4
**Corbett-** 148:21 162:17 168:18 192:9 205:20 209:7 212:1 214:11 215:1 227:3
**Corbett-Sander's** 93:24
**Corbett-Sanders** 2:15 4:12 49:16 56:1 57:2 91:12 92:18 94:11 150:2 152:12 153:3 154:11 155:4 156:1,10,16 157:20 158:18 164:12 165:18 168:12,24 179:13 182:20 201:2,7,20 205:24 206:14,23

207:19 208:14 210:16,23 211:12 212:6,19 213:15 215:18 216:14 219:2 227:12 239:6 244:1 245:5
**Corbett-Sanders'** 170:20
**core** 98:10 99:1 133:1 134:19 170:10 171:4
**corner** 117:10
**correct** 64:13 133:8 139:2 146:12 147:5 163:1 206:5 211:13 218:5,7 221:11 222:4,6,11 231:11 247:4
**correspondence** 23:7
**cost** 67:24 68:5,6
**costs** 74:8 121:24
**counselor** 134:13
**counselors** 21:24 22:1 34:19 42:15 111:18 137:12
**counties** 85:8
**country** 38:8 51:5 169:6 177:5,6 199:7
**country's** 36:12
**counts** 216:12
**county** 1:2 3:20 5:10 8:20 12:19 13:9,17 14:17 17:22 18:17 19:13 21:2 24:4 28:3 36:6 37:23 38:9 48:7 50:2 55:4 70:13 85:9 87:8 88:4 96:4 98:1 137:6 144:15 177:1 178:2 194:7
**County.11:51a** 18:10
**County.12:11p**



37:19
**couple** 33:4 60:10
74:18 77:4 80:12
115:17 119:9
127:16,17 221:13
224:9
**course** 52:14 56:9
59:21 108:14
185:11 193:12
231:15
**courses** 25:12 44:6
69:16 97:1 108:9
196:15
**Court** 1:13 234:7
247:11
**covered** 160:2
**craft** 54:11
**crawl** 70:4
**create** 20:5 37:21
56:18 69:18 76:9
99:8,12 101:6
133:11 137:3
149:10 183:3
**created** 72:3 79:19
98:13 122:8
**creating** 21:16
170:17 176:13
**credit** 64:13,15
99:5,6
**criteria** 150:15
**critical** 129:11
157:17
**Cs** 133:7
**CTE** 108:16
**cultural** 117:16
149:10
**culturally** 31:7
**culture** 6:15 7:1
20:5 28:22 33:2
33:14 35:3,7
176:11 180:16,22
181:2 186:18
**cultures** 181:8
**current** 14:16,16
17:19,21 38:11
41:7 83:10 85:11

86:19 89:4 102:10
102:11 126:2,12
138:12,20 173:3
179:20 189:3
190:11 192:22
**currently** 55:3
56:19 74:10 83:7
85:10 110:11
113:16 120:15
128:4 129:4
134:24 146:11
**currents** 17:15
**curriculum** 129:16
**cut** 216:18 238:7
242:15
**cycle** 88:2 148:20
168:23 235:20

___

**D**
**Dale** 91:1
**data** 44:13 53:11
56:7 80:5,7 81:14
97:13 106:23
107:3 110:24
111:1,8,9 125:14
125:14 128:14,18
136:7 142:11
163:21 167:11
170:8 171:4,20
174:17 177:17
178:16 179:10,17
179:19 188:5
190:11 191:14
192:22 197:3
198:7 218:3,22
219:5,11 225:7,10
225:12 230:11
232:20 233:7,10
234:2,18 241:12
**date** 62:12 182:10
204:21 210:5
220:20
**dates** 22:18
**day** 21:7 35:5,6
40:24 118:24
124:13 125:2

174:5 196:20
201:9
**days** 176:19 220:4
**daytime** 24:1
**deadline** 80:24
236:15 244:19
**deadlines** 22:19
**deadlocked** 235:22
**deal** 215:15
**dealt** 215:16
**decade** 7:18 122:7
**decades** 8:21 29:22
36:22,22 91:19,19
93:10
**December** 150:10
166:3 168:9
183:21 204:22
211:6 222:3
**December's** 182:19
**decided** 82:21
142:22 236:13
239:21 240:2,9
**deciding** 80:1
235:10
**decision** 52:13
59:19 61:7 69:22
125:9 148:11
230:16
**decisions** 164:5,7
165:8 235:8 243:2
**declaration** 204:12
**decline** 84:1
**declines** 82:6
**declining** 7:21 82:8
82:10
**decreasing** 30:15
**deem** 194:14
**deemed** 183:17
**deep** 11:14
**deeply** 169:1
**defer** 62:4
**deferred** 217:16
239:22
**defined** 46:15
202:23
**defining** 49:5

**definite** 109:3
**definitely** 66:2
99:23 109:7
**definition** 185:1
195:15
**degree** 22:15 83:6
126:5 189:19
**delay** 183:14
**delaying** 50:7
**deliberate** 237:2
**deliberation** 221:10
**demand** 7:3
**demeaning** 162:1
**demographic** 14:16
48:17
**demographically**
92:7
**demographics**
29:12,24 55:13
110:15 128:22
169:21 213:3,21
**demonstrated**
170:6
**demonstration**
9:23
**demystifying** 22:14
**denied** 143:11
**department** 68:18
71:12,16 169:15
185:6,15
**depend** 93:13
**Derenak-** 184:12
193:5 227:5
**Derenak-11:18a**
2:14
**Derenak-11:19a**
3:7
**Derenak-Kaufax**
127:24 131:3
132:16 133:16
136:22 142:18
153:4 154:15
156:4,11 179:6
181:5,21 187:11
196:6 208:16
212:8 214:14

**definite** 215:20 216:6
244:3 245:1,10
**describe** 64:11
**described** 152:12
153:11,15
**description** 67:19
**designed** 11:10
130:11 179:12
**designing** 7:7
**desire** 90:9 140:13
181:17
**desired** 69:2
**desperate** 142:13
**destination.12:02p**
29:5
**detail** 16:23 20:22
164:11,14,16
166:6 206:19
**detailed** 51:9,11
**detailing** 213:5,22
**details** 155:19,20
166:4
**determine** 51:22
120:10 133:15,17
165:12
**determined** 9:23
200:19 204:20
**determining** 8:17
206:7
**detours** 29:1
**develop** 11:8 32:10
105:22 144:7
185:13
**developed** 68:12
**developing** 60:21
61:5 71:7
**devices** 117:21
**dial** 166:19 167:4
**difference** 33:19
126:22 127:8
132:22 172:10
**different** 8:3 14:22
17:14 27:21 29:3
29:4 63:13,13
72:5 74:7 95:1
98:19 100:21



107:19 109:9
113:5 120:18
122:11 123:10,10
125:10 126:11
130:14 132:12
138:9,11 166:10
166:12,13,17,17
178:1 180:8
186:13,14 188:22
191:6 193:17
195:14,15 225:12
**differently** 106:23
111:24
**difficult** 99:8
104:16 115:9
169:4 186:11
**digestible** 25:20
**dimension** 106:16
**dimensions** 60:4
**diminish** 199:5
**diminished** 31:3
**diminishing** 198:23
**DIP** 133:12
**direct** 198:2 247:18
**directed** 32:5
**directing** 151:3
158:3 159:24
**direction** 148:17
151:15 170:21
204:18 218:24
219:23 220:1
235:14 240:8
241:8
**director** 5:18 68:8
**directors** 185:16
**disadvantaged**
15:23 48:19 59:9
**disagree** 159:21
**disconnected** 73:15
76:16
**discounted** 199:21
**discovery** 6:24
**discuss** 24:22
162:20 242:7
**discussed** 4:3 60:5
63:17 98:18 147:7

**148:12 158:13
discussing** 72:8
180:18
**discussion** 39:15
70:15 94:18,22,24
111:21 115:14
159:7,9 166:1
187:5 193:19
201:12 229:24
233:23 245:21
**discussions** 66:21
72:2 161:18 193:7
193:21 229:10
**disenfranchised**
174:13
**disparaging** 37:12
**disparities** 172:6
**disproportionalit...**
11:4
**disruption** 58:5
**distance** 82:14
**distinction** 83:17
139:4
**distinguish** 172:9
**distribute** 24:7
**district** 28:14 32:6
79:3,16 94:20
142:23 178:3
194:2 196:17
197:24 226:14
**disturbed** 106:2
**diverse** 20:11 38:10
92:7 93:20 95:6
103:11,17 128:7
181:16
**diversifies** 48:4
**diversifying** 197:6
**diversity** 10:5,17
11:23 27:8 33:11
36:23 37:22 38:4
38:5 39:20 40:3
43:22 44:19 46:12
48:7,24 49:1 50:1
50:14,15,18 51:20
56:4,12,18 58:19
58:20 89:19 90:18

91:16 92:3 95:8
95:16 103:12,16
106:21 107:1,7,10
107:23 109:8,12
111:1,2,10,11,16
111:20 130:17
138:24 161:16,19
167:17 169:9,20
188:18 198:23
212:24 213:18
215:21 222:4
**division** 24:10
57:22 86:6,21
88:9 133:3
**divisions** 13:22
48:9 69:1 87:24
88:5,24 130:12
225:6
**do.12:12p** 38:16
**doc** 235:3
**docs** 36:2
**document** 35:22
36:1 153:16
**documents** 112:16
**doing** 41:7 42:7
43:12 46:10,16,18
52:23 53:3,7 58:1
58:22 66:4 70:5
76:15 89:14 94:5
100:11 104:23
105:20 109:8,9,21
109:23 114:18
116:10 119:5
120:8,9 133:14
140:2 158:6
181:14 197:6
202:16 235:17
236:1,22 237:1
241:20
**dollars** 37:16
**donates** 118:5
**double** 80:22
**doubling** 139:20
**doubt** 113:23
**dozen** 32:2
**Dr** 5:3,7,8,23,24

6:1,3 16:10 19:18
28:6,9,10,13
33:17 34:4 35:15
36:3 38:21 40:16
42:4 45:11 46:24
47:3 49:7,12,18
52:9,11 54:7 57:5
74:4,15 76:17,22
80:10,19 91:21
94:10 97:6 99:14
101:21 104:12
106:8 107:13
115:23 116:3
119:13 131:11
140:24 141:20
149:1 152:3
153:21 158:19
159:16 163:15,24
164:1 165:5,22
169:2,14 176:15
178:21 182:2
184:22 191:11,24
196:2 198:20
201:3 204:14
205:1,19,22
215:13 217:11
219:23 220:14
223:1,7,10,12,23
224:8 225:22
227:15 232:8
233:4 234:1,16
238:20 239:11,23
242:11 245:24
**draft** 80:19
**dramatic** 55:6
**draw** 106:24
**dreams** 37:14
**drive** 64:3
**driving** 101:3
**dry** 32:23
**due** 31:24 48:15
146:18 199:21
220:16
**dumbing** 172:22
**duplicative** 238:16

**E**

**earlier** 9:13 16:10
34:11 44:3 52:6
56:5 63:17 91:24
92:18,24 98:18
104:20,22 112:12
132:15 150:4
156:11 165:23
192:21 194:6
198:21 199:24
201:8 202:17
207:24 216:18
232:2 233:2 241:9
243:4
**early** 34:17 81:3
108:9 121:11
184:7
**easily** 25:19
**easy** 58:2
**echo** 175:19 238:14
**echoing** 239:19
**eclipsed** 198:4
**economic** 68:24
**economically** 15:23
48:18
**economy** 36:17
**edge** 66:7
**education** 15:21
29:10 60:15 68:13
94:20 104:1
169:15 185:6,16
194:3,7 223:21
**educator** 94:21
**effective** 161:12
**effectively** 58:24
123:4
**effectiveness**
166:24
**effort** 40:22
**efforts** 23:14 26:11
34:13,24 40:2
76:21 111:14
199:4,23 222:3
**efforts.12:23p** 45:6
**egg** 107:22



eggs 107:17
eighth 62:24 63:22
  85:14 96:3 99:3
  193:12
Eighty-four 79:14
either 26:4 38:2
  95:19 218:12
element 102:23
  105:7
elementary 8:22
  9:2 78:5 108:10
  118:8,20 129:15
elements 9:17
  22:23,23 101:1
  102:6 113:1
  182:15
elevate 114:18
eligibility 53:24
eligible 21:11 23:17
  87:19 96:6
eliminated 11:1
eliminating 10:16
elimination 149:4
  151:23
elite 169:5
email 23:6,16
email.12:21p 42:19
emails 21:11 23:15
  141:1 178:4
embedded 131:23
  230:2,7
emersion 167:15
emotional 30:6,20
  143:15
employees 9:6
employing 64:4
empower 57:21
  172:12
enable 74:21
enact 210:4
encourage 10:7
  34:21 43:19 92:5
  171:22
encouraging 23:18
endeavor 177:5
ends 86:1

engage 28:1 34:18
  115:10 193:6
engaged 75:18
  141:12
engagement 27:5
  27:11 68:15,16
  72:11,11 73:5
engaging 68:23
  115:13 140:17
engineering 177:10
English 15:22
  47:20 99:1
enhance 7:11 40:2
  106:21 107:10
enrichment 26:21
  196:15
enroll 68:1
enrolled 31:19
  63:18 98:12 135:6
enrollment 12:4,24
  13:22 16:19 17:20
  17:21 84:14,16
  85:14 86:3 87:14
  88:15,23
enrollment.11:53a
  20:1
ensure 2:5 42:12
  43:11,17,22 49:24
  55:1 71:17 74:21
  89:19 108:19
  129:17 179:13
  209:10
ensured 75:13
  87:18
ensures 104:5
ensuring 43:6 44:4
  44:5 90:18
enter 31:4 137:13
entered 144:15
entering 173:21
entire 28:15 42:12
  69:7 97:12 168:13
  180:5 184:1
entirely 169:10
entrance 95:15
entry 12:2 67:22

environment 6:22
  21:21 31:1 64:20
  76:10 166:15
  176:12
equal 10:10
equally 47:22 63:1
equate 161:18
equating 167:20
equation 198:22
equipped 59:23
  173:20
equitable 219:8
equity 36:9 38:15
  68:15 69:18 70:20
  70:22,24 71:1,5,6
  71:8 72:1,2 76:3
  79:6 93:2,6
  110:12 114:4
  125:5 128:16
  180:23 215:10
error 189:21,22
  190:6
ESOL 68:16 71:14
  71:16
especially 58:3
  115:7 196:16
essay 11:9 15:7,9
  17:3 59:14 62:3,9
  62:9,11,13,14,17
  63:3,10 64:8 65:4
  65:10,11 95:15,18
  100:5,12 101:2
  102:13,15,19,19
  102:21 105:16
  203:5 207:11
  232:12
essence 183:13
essentially 67:14
  203:21 213:8
  239:21
establish 90:7
  209:22 211:1
established 72:3
  86:2
establishing 222:18
establishment

122:3
estimated 69:15
et 110:17
ethical 7:2
evaluated 12:23
  16:12 17:5
evaluating 178:13
evaluation 45:15
  59:13 100:23
evaluators 11:11
  11:13 176:21
evening 5:19 8:7
  14:4,5 15:16,19
  16:11 21:5 24:1
  28:12 67:11 88:11
  160:5 165:15
  194:14 205:11,14
  216:1 218:10
  223:19 228:24
  229:10 236:6,14
  241:19 243:4,18
evening.11:34a
  5:15
evening.12:12p
  38:19
event 65:1
events 27:9,20,23
  113:5 117:14
  118:12
everybody 103:15
  143:13 144:3
  145:1,3,5 149:3
  156:18 158:13
  160:8 163:7 181:3
  201:24 222:23
  241:21
everybody's 244:20
everyday.12:02p
  29:21
evidence 68:21
  247:2
evident 128:17
  129:24
exacerbate 11:4
exact 102:13
exactly 66:17

146:13,15 153:19
  168:23
exam 95:15
example 60:18
  85:20 86:15 102:9
  222:17
examples 168:2
exceeding 19:13,16
exceedingly 102:10
exceeds 86:7
excel 196:23
excelled 30:2
excellent 49:19
  182:1
exception 121:19
exceptional 90:8,15
  169:17,18 171:7
  173:13
exceptionally 102:7
excited 123:23
excitement 26:15
  123:19
exclusive 230:24
excuse 55:16 72:23
  188:20
exemplary 7:7
exempted 3:24
exist 18:20 59:10
  129:23 134:14
  171:23
existing 52:16
  204:10,11
exists 196:10
expand 46:12 47:24
  52:2
expands 79:10
expansion 52:19
  222:12
expect 203:10
expectations 22:20
  89:22
expected 22:23
expects 90:17
expense 30:6
expensive 66:5
experience 9:1



15:17,20 17:4 45:2,12 90:21 95:4,5 97:8 167:14 191:17 203:6
**experienced** 11:7 33:8
**experiences** 27:13 29:10 63:13
**experiencing** 144:14
**expert** 189:1
**experts** 11:8 62:6
**explaining** 12:11
**explanation** 40:4
**explore** 31:7 158:2 185:13,14
**exploring** 116:23 164:15
**exposed** 65:18
**express** 94:17
**expressed** 239:8,9 239:13
**expression** 166:9
**extended** 213:6,23 213:24
**extensions** 67:17
**external** 137:5
**extra-curricular** 68:3
**extraordinary** 54:5
**extravaganza** 27:9 118:2
**extremely** 128:10 185:20
**eye** 32:23

**F**

**face** 58:5
**Facebook** 23:5 72:17,18 73:1
**facilitate** 39:14
**facing** 173:24
**fact** 8:2 86:9 91:15 140:24 143:16
**factor** 188:10 203:6

210:14
**factors** 15:17,20 17:4 64:6 160:22 176:8 191:17
**facts** 27:23
**faculty** 170:24
**failed** 57:19 89:19 199:22
**failure** 126:4 172:16
**fair** 76:23 81:7 160:2
**Fairfax** 1:2 3:20 5:9,10 8:20 12:19 13:9,11,17 14:17 17:22 18:10,17,18 19:13 21:2 28:3 36:6 37:19,23 38:9 48:7 50:2 55:3 70:13 85:7,9 87:8 88:4 96:3 98:1 137:6 144:15
**Fairfax.11:51a** 18:22
**fairly** 143:2 145:1
**fairs** 117:16 118:6
**fall** 34:8 63:15 69:22 87:24 164:24 198:13
**falling** 45:18
**Falls** 13:14 85:19
**familiar** 57:20
**families** 26:3 32:14 67:15 77:4 115:13 117:16 140:18 178:7 194:1,4
**family** 10:13 27:5 32:5 33:15 68:14 68:16 73:5
**fans** 72:17
**far** 41:13 53:17 93:12 106:9 120:4 144:23 162:10 164:15 182:4
**Fasidio** 80:19
**favor** 4:10 143:19

145:14 211:15 227:8 237:1 243:21
**FCPS** 1:8 9:6 10:2 10:6 11:23 16:1 16:18 23:5 28:19 31:17 34:19 89:18 90:12,17 91:1 116:12,14 128:17 136:2 199:17 204:11
**FCPS's** 169:14
**feasibility** 58:14
**features** 24:20
**fee** 60:20 144:5 152:5,5 153:13,15 154:1,4,7 204:19 222:1
**feedback** 37:6 41:15 66:19 67:2 81:8,16 82:7,13 94:3 120:22 141:15 142:11 145:10 146:7 151:13 164:9 183:5 195:6
**feel** 39:16 41:12 45:8 69:24 77:19 79:7 126:3 140:18 141:8 149:23 159:22 182:7 186:12 217:13 225:10 239:24
**feeling** 75:1 161:23 239:3
**feelings** 141:2
**feels** 239:12
**fees** 149:5 150:7 151:24 152:4 153:10
**fell** 87:5
**felt** 75:3 125:2 233:20
**fewer** 16:3 31:24 32:2 84:2
**fewest** 142:24

**fidelity** 129:15
**field** 26:24 90:21 119:2
**fielded** 98:21
**figure** 78:9 159:23 169:7 176:2 177:13 237:12
**figured** 177:2
**file** 237:4,16 246:4
**files** 204:14
**filing** 170:22 220:15 221:5,9
**fill** 16:13 87:21
**filled** 16:17 19:10
**filling** 9:20
**filming** 34:12
**final** 36:5 66:24 126:15,19,20,24 144:13
**finally** 27:16 59:15 66:10 69:20 174:8
**find** 53:23 73:13 100:8 127:9 132:17 143:23 153:17 164:22 168:21 171:10 174:11 196:11,22 245:19
**finding** 53:22 101:11 176:9 187:8 199:9
**fine** 73:16 160:1 163:13 219:5 221:15 222:22 226:18
**finish** 201:11
**finished** 118:17
**finishing** 60:21
**first** 3:5 14:7 35:5,6 39:17 44:20 47:4 47:9,14,14,15 48:14 54:10 56:9 58:15 67:12 74:23 75:24 80:7 89:15 90:24 92:20 94:16 97:7 99:2 103:8

106:6 109:18 116:16 128:1,19 131:13,24 141:13 145:7 151:22 158:11 168:17 172:2 181:1 211:23 224:24 242:13,18
**fit** 59:8 173:1
**five** 13:4 120:14 143:3 178:4
**Five-11:39a** 10:1
**fix** 104:19 130:2 169:4
**fixing** 104:8
**flat** 7:19
**flatfooted** 114:5
**flawed** 169:23
**fledged** 115:1
**flesh** 216:2
**fleshed** 220:19
**fleshing** 203:21
**floor** 18:21
**focus** 39:12 45:4 49:22 55:22 115:10 120:20 150:5,11 158:24 202:9 203:17 211:10
**focused** 6:22 30:14 33:10 62:14,16 108:22 111:19 123:22 194:2
**focuses** 62:18
**folks** 3:12 5:21 6:18 8:19 9:4 11:5 72:5 152:8 154:19 187:5 191:23
**follow** 94:15 165:21 221:13,18 222:16 227:23 232:1 235:4
**followed** 25:22 175:8 179:6 181:21 187:15
**follower** 175:15



MAGNA
LEGAL SERVICES

following 43:6
58:14 68:11 99:23
121:22 144:3
181:24
followup 34:20
42:7 46:4 81:11
97:18 135:22
179:8 189:9 193:5
195:7
foot 178:17
forefront 209:18
foregoing 247:16
foreign 8:22
foremost 90:24
forever 148:18
forget 103:22
forgotten 6:2
form 62:10 164:7
format 15:9 26:2
62:23 64:8 225:19
former 90:20
forming 76:8
formulated 215:7
forth 5:2 55:21
98:22 124:14
193:18 196:3
222:17 243:4
forward 22:24 38:3
38:14 47:15 71:3
71:9 76:7 77:12
91:11 92:11 94:21
124:24 125:9
165:10 178:17
195:13 196:1
199:4 209:5
224:17 228:16
230:10 231:7
233:13 235:15
244:15
forward.12:09p
36:15
Foster 205:1,5,7
found 47:7 116:24
141:5
foundation 27:2
108:20

four 128:20 214:2
240:22
frame 62:23 165:24
166:3 168:8
209:10,22
framing 106:2
frank 124:16 166:9
183:22
frankly 58:4 80:20
110:13 122:14
207:1
fraternities 117:5
free 47:21 74:12,20
75:13
frequent 67:18
frequently 98:12
115:12
fresh 41:1 189:2
freshman 30:18
34:3 44:24 169:8
234:20
Frisch 2:22 4:14
110:5 115:22
119:14 121:5
127:18 153:4
154:14 156:3
164:16 181:22
187:15 188:14
189:7 209:3 212:7
214:12 227:5
243:3 244:4 245:4
Frish's 116:6
FRN 150:14 159:3
202:12 203:20
207:13
front 30:10,21 44:1
75:10 91:20 93:3
128:12 129:14
134:10
frustrated 187:6
frustrating 69:12
79:3 191:10
frustration 77:22
176:4
fulfilled 91:6,8
full 38:5 79:17

115:1 131:12
157:3 202:1,2
209:16
fuller 158:22
fullest 197:1
fully 37:22 39:23
92:22 94:17 95:7
96:11 130:24
161:5 162:20
180:19 192:19
211:15 215:6
247:2
functioning 122:23
functions 87:16
fund 118:18
fundamentally
177:15
funded 129:23
funding 118:21
funny 174:11
further 70:4 86:13
146:10 183:13
205:22 221:10
222:2 229:18
Furthermore 67:19
future 56:23
221:10

_____

### G

gain 23:24 138:24
139:5,6,7,14,16
gaining 12:2
gains 36:22 138:23
139:4
galore 118:7
Gamarra 2:19 46:3
47:5 153:2 243:24
245:5
Gamarra's 51:17
Gammas 117:6
gaps 7:23
Garza 91:2
gears 123:3 144:1
gem 173:12
general 184:17
220:13 243:6

generally 79:6
173:4
generate 26:14
generating 44:20
getting 37:10 41:1
48:24 62:19 75:14
78:9 93:17 103:11
105:14 120:23
123:23 133:17
135:15 169:12
179:14,23 192:6
195:17 197:15
207:11 219:5
234:4 235:5
241:21
gifted 40:7 51:14
54:2 130:7 162:10
169:17 180:3,11
185:2 196:8
200:11,19
Girl 117:3
girls 117:3
give 8:24 97:20
102:3 127:10
130:7 134:13
144:24 145:10
151:8,14,24
155:15 167:5
178:16 183:6
193:3 210:3,5
215:24 219:23
225:7 238:2,22
given 42:12 48:2
53:10 186:2
222:10 236:14
gives 159:8 185:1
200:8
giving 5:11 64:13
64:14 119:9
148:16 151:13
152:19 170:21
172:23 205:21
211:22 218:23
224:3 225:22
glad 2:16 38:18
103:20 165:21

glorious 38:5
go 3:14 5:7 6:6,7,8
7:16,22 12:16
14:2 18:6 20:22
21:12 22:3 23:6
23:12 24:14 26:3
26:6 27:3 28:1
31:11 39:8 49:16
52:9,16 57:6,8,11
59:7 65:2 67:9
75:11 76:10 77:18
86:4 89:24 92:5
93:10 98:8 110:3
110:7,10 116:7
117:17 126:2,20
127:16,24 132:13
134:12 137:22
139:21 141:19,20
142:3 144:19,20
145:1,5 146:21,22
147:24 148:3
150:18 151:22
153:18 158:8,15
159:17 160:3,4,8
160:10,15 163:24
165:18 167:19
168:15 169:4
171:17 175:13
176:3 179:2,5
180:9 184:1
187:15,19 188:10
192:16 201:5,18
201:20 204:3
205:2 206:19,22
208:2 209:8,19
210:19 212:3,10
214:8,24 215:24
217:19 218:16
224:14,18 225:1,2
227:16,21 231:16
231:16,23 237:4
238:4 239:15
241:2,16 242:19
243:11,15,17
245:17
goal 10:4,6 15:22



47:15 50:17
140:14,15 196:22
213:2,20 218:15
226:6 234:4
**goals** 38:14 53:12
67:1 94:5 124:13
136:7 140:22
181:15 211:7
225:8
**God** 161:19
**goes** 15:6 39:17
118:4
**going** 3:14 6:8
12:10 17:11 21:10
32:14 39:2 40:18
41:2 43:16 50:19
53:4,5 55:10 56:2
58:23 59:19,23
60:19,20 61:9
62:4 66:2,8 75:7
76:19 80:2 81:12
82:13,14 86:16
91:22 92:2 95:14
95:19,20 100:5,6
100:7 101:12
104:17,24 105:24
110:2 112:19
114:8,9,10,11
116:19,21 117:7,7
117:9,16 118:14
124:1 125:19
127:3,15 131:24
136:20 145:2
150:18 151:22
152:9 155:15
161:20 170:4
172:3 174:4,7
175:6 176:18
181:11,14,18
183:15 184:3,8
187:18 195:4,13
196:3 198:12
199:5,16 200:5
201:22 204:17
210:3,12,18 211:1
211:10 215:14,15

218:24 220:3,14
220:17 223:13,14
224:16 226:21
231:1 235:15
239:10,23 241:8
243:15,20 244:17
244:22 245:17
**good** 9:1,3 11:15
14:4,5 28:12
58:10 67:11 73:8
80:6 194:20
195:18 197:6
236:23 238:18
245:23,24
**goodness** 144:17
**Google** 235:3 242:1
**gotten** 50:5 64:17
96:2 128:23
141:16 193:8
202:1 241:14
**governance** 90:1
91:4
**governing** 52:7,13
185:17
**governor's** 130:5,7
130:10 202:22
204:12
**governors** 184:24
184:24 222:20
**GPA** 8:12 9:20
28:23 30:12 31:18
61:20 96:4 97:16
98:14,15,23 99:6
100:18 132:2,14
132:16,19,22
133:3,7 134:1,2
134:13,19 135:17
135:19 136:13,23
136:24 137:3,8,9
137:23 138:2
180:10
**GPAs** 99:12 136:10
136:12 137:20
170:9,10,14 171:4
**GPS** 28:24
**grab-and-go** 75:9

**grade** 62:24 63:22
78:4 85:14 98:24
99:3 132:18
134:20 200:13
**graders** 96:3
193:12
**grades** 98:7,9
135:24 137:11,13
137:15
**graduate** 51:3
**graduated** 95:2
**graduates** 14:24
**granularity** 198:8
203:8
**grateful** 77:18
115:2
**great** 61:21 76:13
76:14 124:8 128:5
140:10 188:24
189:18 200:1
223:6
**greater** 11:19,22
39:20 133:18
143:22 150:8
164:11,13 198:23
**ground** 141:5
193:22
**group** 76:6,7
**groups** 11:20 19:22
116:14 122:10
139:19,19 142:7
**grow** 7:23 33:6
93:19,22 188:8
189:4
**growing** 35:12
**grown** 33:3
**guess** 46:4 70:21
92:24 110:9
135:18 239:3
**guidance** 165:9
204:8 205:1,10,13
205:21 210:3
215:22
**guide** 28:24
**guys** 57:10 174:21
**guys.12:01p** 28:7

| H |
| --- |

**hall** 141:13 193:16
**halls** 37:6
**hand** 115:23 136:9
145:3 147:16
152:1,23 154:10
155:23 176:13
201:5 208:13,22
214:18 215:2
224:23 227:1
231:19 242:12
**handful** 18:13 65:7
81:23 122:20
**handle** 91:4
**handout** 203:24
**hands** 4:17 145:17
147:12 152:9
153:8 154:19
174:8 208:17,20
209:7 212:3,11
214:2,5,16,21
224:9 226:22
227:7 231:22
234:12 237:23
243:20 245:8
**hands.11:57a** 24:13
**happen** 33:1 53:3
114:19 123:13
131:24 165:11
174:4 177:23
238:1
**happened** 91:5
128:10 233:17
**happening** 58:3
86:2 126:14
**happens** 61:11 69:6
83:12 106:11
109:14 124:20
166:11
**happy** 31:21 94:15
158:14 179:8
188:12 233:24
**hard** 49:19 70:3
132:9 141:11
194:3

**hardship** 68:24
**hardships** 33:7
**hate** 215:9
**hear** 40:1 59:12
60:7 73:17 107:13
141:18 177:20
196:2
**heard** 4:3 54:10
131:16 132:5
141:8 146:20
148:6 156:8
161:16 164:10
195:23 197:10
198:15 229:10
230:7
**hearing** 46:21
59:20 76:15 94:3
104:7 117:21
160:18 196:1
**hears** 146:1
**heart** 111:21 196:5
**Heizer** 156:5
**held** 1:8 21:6 27:1,9
28:2 53:2 130:21
130:22
**help** 29:1,2 66:24
68:4 69:11 77:5
107:9 149:19
150:5 177:6,7
209:21 220:24
**helped** 68:11
**helpful** 81:15
131:14 146:16
220:13 223:24
**helps** 30:11
**here.11:18a** 2:9,17
2:20
**here.11:19a** 2:23
3:10
**hesitant** 154:22
**hesitating** 215:12
**hey** 105:6
**Hi** 116:3
**high** 6:20 7:8,12
9:3 20:23 24:18
26:19 31:17 55:10



61:20 90:7 91:17
98:16 99:5 132:23
135:19 143:17
169:7 222:15
**higher** 52:3 54:4
84:19 90:10
137:20 180:11
**highest** 16:12 17:5
19:23 41:19,21
**highlight** 27:21
**highlights** 24:20
128:15
**highly** 31:15 51:13
91:10 180:11
**hire** 11:6
**Hispanic** 7:20
129:3
**historic** 85:5 88:21
**historically** 73:14
85:4 115:9 129:9
139:11 207:3
**history** 8:1 36:11
36:12 99:2 124:21
**hit** 144:8
**hitting** 44:9,15
**hold** 43:10 44:10
154:1,2 159:7
184:4 201:21
202:24 234:21
238:3
**holistic** 14:7 19:23
35:10 41:14 51:1
55:23 56:21 78:11
91:15 100:17
106:16 149:15
152:22 158:20
159:9,10 164:12
168:8 171:2
176:17 177:21
179:11 180:20
181:9 182:17
185:19 186:6
191:13,15,20
195:24 202:23
203:2 206:4,8,17
206:20 229:12

232:9,17,19,22,23
233:5,9,19 238:24
238:24
**holistically** 17:2
**holistics** 234:2,17
**home** 130:9 185:4,4
**hone** 200:14
**honest** 30:4 57:14
**honestly** 73:18
105:7 158:6
**honor** 194:3 204:9
**hope** 29:17 166:20
197:11
**hopeful** 176:14
**hopefully** 39:15
155:20 224:16
**hopes** 37:14
**hoping** 2:3 125:15
**hosting** 193:15
**hour** 188:20 216:4
218:18
**hours** 124:12 132:6
141:7
**house** 21:17 24:16
25:18 27:8 32:23
67:20
**huge** 75:22 78:19
**humanity** 33:20
**humbly** 236:10
**hundred** 10:2
45:11 159:13
**hurdle** 144:13
**hurdles** 144:13
**hybrid** 41:14,17
48:13 53:20 56:10
60:22 107:8
180:14 191:13
238:23,24

———— **I** ————

**idea** 23:8 24:10,19
25:17 27:10 59:5
65:15 122:9
137:18 149:12
162:19 184:18
185:14 190:16

194:16 244:17
**ideas** 9:6 94:1
116:13 123:10
125:3 126:11
141:15 162:22
193:8
**identified** 4:2 53:21
92:16 123:12
134:19 149:17
**identify** 16:1 21:12
41:18 90:14
101:11 106:16
153:22 157:9
164:20 217:4
**identifying** 39:21
101:14 171:6
**identity** 31:4
**imagine** 57:19
136:12
**imbalance** 128:15
215:10
**immersion** 8:23
**impact** 48:17 194:9
198:12,18 211:10
212:2 220:22
**impacted** 19:1
190:18 191:22
**impacting** 194:17
**impacts** 20:4 126:1
**imperfect** 142:10
142:15
**imperfections**
172:5
**implement** 31:9
44:14 74:3 82:12
121:24 183:16
**implementation**
113:14 129:15
**implemented**
121:21 124:9
125:11,16 161:6
**imply** 238:7
**importance** 243:5
**important** 12:18
23:20 45:9 75:4
118:10 131:5

140:21 168:22
171:24 184:21,23
185:7,18,20
196:13 198:16
223:6
**importantly** 144:10
**improve** 121:16
222:3
**improvements**
94:23
**in-person** 149:7
**in-reach** 118:13
**in.01:35p** 54:13
**inaction** 142:16
**inaudible** 33:2 80:6
92:7 96:11,24
99:24 117:10,13
117:15 119:7
127:19 129:14
177:3 192:20
193:14 225:14
**include** 6:2 9:21
17:8 21:17 26:22
39:22 150:14
159:3 170:24
192:3 202:12
203:19 213:4,22
215:21 222:12
228:3 229:14
232:14 242:23,24
243:9
**included** 55:19
157:18 215:11
**includes** 51:2 98:18
149:16 167:10,12
207:13 243:8,13
243:21
**including** 9:6,8
40:13 68:5 147:21
148:12 208:9
**inclusion** 150:14
159:3 202:12
203:20 207:14
**inclusive** 166:14,14
197:7 243:14
**incoming** 30:18

33:14 111:11
198:13 220:22
**inconsistencies**
127:3
**incorporate** 182:15
**incorrect** 64:14
**increase** 11:19 13:2
19:21 41:3 42:9
52:4 154:20
155:17 213:6,24
222:3
**increased** 190:13
**increases** 107:7
122:16
**increasing** 30:16
95:7 111:20
139:12 154:20
225:8
**incredible** 193:8
**incredibly** 175:24
**indexes** 51:4
**Indian** 181:1
**indicated** 149:9
219:18
**indications** 114:7
**individual** 21:8,18
25:3 84:15 98:9
113:7 123:16
219:1,12
**industries** 117:12
**industry** 37:13
173:18
**inevitable** 66:2
**inevitably** 60:2
**information** 14:21
21:1,18,21 22:11
22:12,16,24 23:1
23:3,6,9,20 24:7
24:12 25:9,11,15
25:19,24 27:20
62:11 65:19 72:13
72:15 82:4 86:24
96:8 97:19,22
102:4 110:18
111:5 112:3,4,8,9
112:13,16,21



113:17,18,21,24
123:9,15 134:4
135:1,8,12,17
138:17,19 143:22
143:24 158:3
179:11,19,22
181:13 183:23
186:2 188:23
191:3 209:21,24
210:20 218:14
230:14 231:8
241:23
**informed** 29:9
243:2
**informing** 240:6
**infrastructure**
136:6
**infusion** 75:23
**initial** 61:1 84:3
164:21 167:1
**initially** 187:24
191:4 219:6
**initiate** 8:18 35:12
**initiation** 211:2
**innovation** 7:1
**innovative** 15:4
**input** 21:24 107:14
**inside** 88:4
**insist** 135:16,20
**inspire** 6:23
**instance** 118:16
**instilling** 73:6
**instruction** 68:13
**instructional** 68:17
71:12
**insulting** 171:11
**intense** 95:11
**intensively** 170:3
**intent** 61:18 64:2
122:9 185:24
189:3
**intention** 26:14
**intentional** 162:4
174:7,17 193:4
**intentions** 124:23
**interest** 7:2 33:19

61:19 90:9,16
105:22 175:2
**interested** 116:23
193:23
**interesting** 27:23
**intermediate** 48:10
**internal** 137:5,6
**internally** 137:4
**Internet** 77:3
**interrater** 11:15
**interval** 189:23
**interviews** 25:24
**introduce** 40:14
201:18
**introduces** 12:5
**invested** 32:22
69:24
**investigate** 135:2
**invision** 25:1
**invitation** 42:18
**invitations** 43:7
**invite** 21:14,14
42:13 129:8
**invited** 42:8
**inviting** 42:6
**involved** 61:24 70:9
71:1 73:9 74:9
176:8
**involvement** 68:20
**Ipad** 235:2
**issue** 41:13 88:14
97:10 99:24
103:12,16 104:9
108:6,7 114:23
132:9 133:2
160:24 161:16
172:8 191:16
**issues** 67:3 79:2
83:5 84:20 93:3
114:9 125:24
129:24 130:2
142:1 144:11,22
145:5 158:12
165:13 241:24
**it'll** 223:20 225:2
**item** 202:2,6 221:22

222:7,8 224:4
**items** 220:22
221:16,18 238:5
**iteration** 71:13
**ivy** 172:4 177:1
195:17

---

**J**

**J** 1:13
**Jack** 91:1
**Jane** 91:14 96:19
224:8
**January** 89:21
211:4
**January.12:31p**
50:11
**Jefferson** 6:20
36:24
**Jefferson.11:53a**
20:11
**Jefferson.12:11p**
38:1
**Jeremy** 5:18 12:10
12:14 19:18 20:14
42:2 47:1 62:4,5
70:21 80:13 81:13
81:17 84:23 97:11
100:15 108:5
121:4 132:13
133:5,14 135:18
136:8 171:5
174:19 182:16,21
183:11 184:5
189:8
**Jeremy's** 135:23
**Jeremy.12:01p**
28:11
**job** 68:9 70:13
197:6
**John** 205:1
**joined** 5:16 30:8
**joining** 6:4
**journey** 29:1
**joy** 6:23 7:15
**judgments** 173:11
**July** 83:18

**jump** 80:13 115:24
**jurisdiction** 13:13
17:10,23 19:10
86:8,18
**jurisdictions** 13:19
13:21 14:18 17:13
17:17 19:5,15
21:3 34:10,20
55:5 79:22 85:1
85:16,18 86:1
87:10,12,15 88:18
137:12
**jurisdictions.12:...**
28:4
**justification** 163:17
**justified** 163:21

**K**

**K** 172:14,14,15
**Karen** 91:2,12
**Karl** 190:24,24
192:23
**Kaufax** 2:15 3:8
184:13 193:6
227:6
**keep** 16:20,20
17:20 78:22 169:2
170:7 171:24
173:9 178:9
**keeping** 220:20
**keeps** 10:15 116:9
**key** 29:2 59:1 90:6
172:20 208:2
**Keys-** 245:4
**Keys-11:18a** 2:18
**Keys-12:26p** 46:2
**Keys-12:27p** 47:4
**Keys-12:33p** 51:16
**Keys-Gamarra** 3:8
4:13 39:3,8 40:17
67:16 110:8
114:16 142:6
146:10 153:2
154:13 156:3
160:10 163:12
164:2,14 165:14

177:15 198:21
202:17 209:4
211:16,17 212:5
214:10 224:13
227:3 244:2
**Keys-Gamarra's**
114:2 172:19
**Keys-Gamarra.1...**
49:15
**kick** 198:14
**kid** 61:20 95:9
172:14 176:9,10
**kids** 8:14,24 9:2,3
9:24 40:23 41:4
41:16,19,20 47:11
47:12,19 48:1
53:22 54:5 58:10
60:3 61:17 66:3
79:9,11 81:11
96:5,9,12 97:2
99:17 100:8
106:16 118:6,9
119:4 123:23
127:10 132:18
133:7,15,19
136:10 143:7
172:12,13,23
173:4,5,9,20,24
174:6 175:23
176:18 178:6,8
195:21 196:14,18
196:22 197:15
220:9
**kind** 17:23,24
20:19,23 44:19
46:1 57:18 63:8
84:9 88:14 95:10
101:23 113:11
115:24 121:5,22
124:18 136:21
142:14 144:1
155:15 165:24
182:3 189:8 194:5
198:19 215:13
225:24 228:21
235:24 241:15



**kindergarten** 167:21
**kinds** 41:10,11
**knew** 57:22
**know** 8:10 22:10 27:23,24 31:16 34:6 35:3 37:5 38:22 43:7,24 44:21 46:5 50:6 53:3 54:1 55:15 56:3,6,13 57:17 57:24 58:1,15,23 59:7,16,21 60:1,3 61:15 62:13,21,23 64:20 66:1,4 68:7 68:10,19 69:3,9 69:14,21 70:8,12 71:10,14 73:7,17 77:18,22 78:6 79:1,2,22,22 80:23 81:24 83:23 86:20,21 88:7 90:22 91:15 92:3 93:16 95:3,10,22 96:7,7,15 97:11 98:21 99:21 104:11 105:6 106:18,22 109:8 109:10,14 111:18 111:23 112:23 114:3,13,19,22 115:3 123:2,7,9 123:18,21 125:1,4 125:23 128:3,6 129:7 131:4,6,21 132:1,2 133:24 135:15,23 140:13 140:16,22 141:3 141:10 143:12 144:8 148:6,23 151:15 153:19 154:5,21 156:8,9 166:8 170:16 172:4,7 173:1,5,8 173:16 174:11,24 175:15,18 177:8

182:19 183:13,18 183:21 184:9 188:16 189:21 190:9 193:1 194:16 195:16,18 196:2,4,6,12,17 196:19 203:10 204:12 205:9 206:15 207:23 215:3,13 218:18 219:7 220:13 221:22 228:3 229:1,2 230:18 234:11 235:5 236:12 238:20 240:3,17
**knowing** 11:3 108:22 183:7 184:2
**knowledge** 3:22
**known** 30:8 64:5
**knows** 143:13 144:4

_____
### L
**L** 75:10
**labs** 24:23 27:1 118:23,24
**lack** 59:9 179:22 215:10
**land** 108:14
**lane** 91:3
**language** 8:23 15:22 47:20 48:18 99:5 132:20 150:4 159:6
**laptop** 235:3
**large** 46:19 121:14 129:24 139:14,17 142:7
**larger** 13:2 69:14 77:24 104:10 160:20
**largest** 138:24 139:4
**late** 34:23 50:11

183:22 188:20 210:12 216:4 218:18 226:4 232:4 241:19
**latest** 182:9,17,19 182:22 184:7
**latitude** 241:22
**Laura** 91:14 224:8
**lawfully** 3:23
**lay** 38:3
**layed** 94:12
**layout** 46:9
**lead** 7:9 33:9 57:21 172:6
**leaders** 23:2 58:6
**leadership** 15:5 28:14 29:11 32:6 36:7,8 72:7 93:4 116:14 186:24
**leading** 172:12
**league** 172:4 177:2
**leagues** 117:4 195:17
**learner** 15:22
**learners** 48:18
**learning** 6:22 26:15 30:17 68:14 73:4 130:13
**leave** 181:18 190:22 241:4
**leaving** 31:24 110:17
**led** 144:12
**left** 60:8 84:2 140:19 187:5
**legal** 204:8
**lens** 63:3
**lesson** 79:12
**let's** 16:6 39:4 105:6 124:20 127:9 132:13 160:3 176:22 201:18 214:8 215:24 231:16 234:22 239:15 241:15 242:3

243:11 245:7
**letter** 60:14 98:7 182:13 223:14
**letters** 21:11 23:16 161:17
**letting** 235:2
**level** 20:23 21:13 24:9 52:3 55:10 72:6,7 88:9,11,13 90:10 97:17 107:23 109:8 111:15 112:20 123:8,8,13 130:15 133:4 143:22 167:21 198:8 204:6 206:20
**levels** 122:11 130:13
**liaison** 21:24 34:19 111:18
**limit** 163:19
**limited** 64:21 222:10
**limiting** 173:8 210:14
**limits** 195:20
**line** 6:6,9 44:18 76:23 88:1 135:12 136:4 173:23 174:24 223:13 230:16
**lines** 50:4 167:8 200:16
**link** 23:21,21 198:2
**links** 23:19 29:2
**list** 16:15 116:22 127:20 159:17 160:8 194:21 201:9,10 227:23 228:1
**listed** 13:11 29:8 161:4
**listen** 94:1 132:8
**listened** 131:16
**listening** 131:15
**listing** 23:23 67:4

**literature** 61:22
**little** 5:2 14:6 16:7 16:22 17:12 20:22 22:13 34:5 45:23 53:14,18 54:8,15 57:3 71:20 94:11 95:21 111:7 114:5 126:7 135:11 136:20 142:14 143:23 144:2 151:4 152:14 154:22 158:6 159:23 160:5 165:5,16 167:8 175:19 187:18 191:9 207:8 208:6 211:9 216:3 230:5 230:15 233:2 236:4 239:4 240:7 241:17,21 242:15
**live** 226:16
**loading** 129:14
**local** 117:9 118:5
**long** 50:16 60:5 66:4 109:20 113:8 114:8 118:24 142:17,18 148:10 187:4,5 188:3,5 242:12
**longer** 10:23 48:4 129:21
**look** 6:17 17:1 22:17,21 29:6 35:23 43:13 44:2 44:10,23 46:11 52:18 53:13 56:11 56:12,24 59:19 63:2 77:12 78:20 82:11 85:3 87:11 88:6 91:11 94:21 95:3 96:21 98:23 99:16 105:13 108:8 120:2,12 133:10 134:4,22 135:9 140:16 143:10 155:5



MAGNA
LEGAL SERVICES

157:8 161:8
167:12 171:22
176:9,16,21,24
177:7 179:12
185:10 186:4
188:18 189:10,17
190:3,4,5 191:16
191:20 196:1
200:17 216:19
217:3,12 219:19
224:4 225:6 228:2
228:12,14 229:21
**looked** 8:11 13:7
34:14 45:12
100:18,19,19
113:13 120:4,16
120:19 188:19
229:4 230:21
231:21
**looking** 8:1,2,11
9:10 14:22 18:5
18:18 40:5 41:19
42:6,8 43:14
44:19,23 45:5
54:12,18,19,21
56:13 63:4,10
65:8,9,11,21 73:2
78:22 87:14 88:15
89:12 95:22
100:24 101:17
107:24 113:8,11
120:17 126:10,12
126:17 139:6
151:1,6,14 160:18
161:14 162:13
164:10,11,13
173:12,23 174:2
174:17 179:21
180:4,6 181:9
194:17 202:22
217:22,23 228:6,9
228:10,21 229:2
231:9 232:16,20
233:8 234:1
**looks** 24:24 106:10
129:5 130:1

137:20 145:5
157:6 177:23
217:1 218:20
**loop-sided** 173:17
**lost** 46:2 58:8 233:1
**lot** 25:19 31:16 58:9
59:8 82:15 93:2
97:20 98:14
116:24 122:5
123:9,10 125:4,6
125:10 126:21
128:11 140:10
141:5 148:11
151:13 179:21
185:22,24 200:8
200:18 230:14
243:19
**lots** 111:9 132:10
132:10 160:22
166:17 184:19
193:22
**lotteries** 8:20
167:13 168:5
**lottery** 5:13 6:10,12
8:5,8,12,19,21 9:2
9:5,11,18,18 10:1
10:4,7,22 11:18
14:12 16:7,17,24
18:4 19:11 35:10
40:2,21 41:6
45:23 47:18,21
48:12,13 50:13
53:12 54:19 56:3
59:6 60:22,22
92:1 93:13 104:21
104:22 105:5,10
105:12 106:3,14
106:14,15 107:6,6
107:17 109:2,11
120:5,15,17,21
126:5 141:4
153:18 161:8
162:24 163:17
164:11,13 167:15
167:21,23 170:8
170:18 177:16

179:17,18 182:18
191:12,19,22
196:21 197:2
198:5 202:19
206:8,10,18
207:13 208:9
228:3,6,9 229:14
230:10,19 231:4
232:6,14,18,24
233:8 235:17,18
235:23,23 238:22
241:24,24 242:24
243:8,13,14,22
**lottery.11:42a**
12:13
**lottery.12:29p**
48:20
**Louden** 13:13
**love** 59:12 61:22,22
79:20 143:21
145:9 217:15
226:14
**loved** 32:20
**lower** 4:17 18:20
54:2 84:18 145:3
152:8 153:8
154:19 161:20
208:17 209:6
212:10 214:5,16
214:21 226:22
227:7 245:7
**lunch** 47:21 75:11
**lurking** 133:19

---

**M**

**ma'am** 145:21
146:8 201:4
231:13
**macro** 204:6
**madam** 2:1,10,14
2:18,21,24 3:4,11
14:5 28:12 38:20
49:14 52:9 57:1,7
66:13 70:10 77:14
80:10 89:6,10
92:12 94:9 97:4

102:24 106:7
109:24 115:21
119:12 127:13,22
131:2,11 136:17
137:16 138:21
140:8 141:21
145:19,21 146:3
146:15 147:6,14
147:18,24 148:21
149:18 150:17,22
151:6,12,18,21
152:6 153:1,14
154:6 155:14
157:11 158:9
159:12 160:1
163:2,10,22 165:4
168:11 171:15
175:4,12,16
178:19 181:20
184:12 187:10,14
192:9,15 194:19
194:24 195:9
197:17 201:4,14
202:14 203:3,12
203:23 205:5,8,17
206:12,21 207:6
208:4,21 209:15
210:8,18 211:8,14
211:21 213:10
214:2,24 215:23
216:22 217:6,17
218:6 220:2,11
222:5 223:9 224:2
224:12,20 225:1
225:15 226:5,21
227:18 228:5,13
229:5,15,23
230:23 231:12,15
231:20 233:11
234:21 236:2,9
237:7,11,19
238:10 239:14
240:10,22 241:15
242:14 243:10
244:12
**magnet** 9:12

**mail** 42:18
**maintain** 31:20
32:4 186:17
**maintaining** 58:4
84:18
**major** 78:14,15
168:3 173:15
226:12
**makeup** 14:16
**making** 10:21
30:14 114:13
117:17 124:20
148:10 150:1
172:20 186:8
187:22 234:4
235:7 240:17
**maligning** 161:23
**managed** 236:21
**managers** 5:1
**manner** 25:20
199:20
**manually** 135:24
**margin** 189:21,22
190:6
**marginalized** 76:16
**mark** 83:22,23
189:24
**marker** 206:9,13
206:15
**marketing** 67:14
**Marty** 5:17 28:6
33:22 42:2 61:4
62:5 80:12 81:13
81:17 100:15
135:15 182:16,21
192:6
**Mason** 142:23
197:23 198:4
226:14
**mass** 137:9
**match** 47:8,17 49:1
101:18
**matching** 48:11,22
**material** 77:7
**materials** 117:22
**math** 6:23 15:7



21:13 26:15 61:21
63:19 64:1 78:4
94:19 95:12,16,20
95:23 97:24 99:1
100:2,2,19 129:16
134:6 135:6 140:5
143:18 177:10
196:14
**matter** 62:6 103:14
155:17 247:4
**matters** 3:23 4:1
158:16
**maximum** 19:14
84:21 87:2
**McLaughlin** 2:7
3:1 4:14,18 89:11
92:13,16 93:15
103:8,20 142:16
147:15 149:18
150:18 152:7
153:6 154:12
156:2 168:15
171:16 204:3
205:10 206:22
208:15 212:7
214:11 218:16
220:12 227:5
234:23 237:20
241:17 242:5
244:2,10 245:4
**McLaughlin's**
225:21 243:17
244:17
**me.12:07p** 34:1
**meal** 74:12
**meals** 74:21,22
75:13,14
**mean** 33:5 37:11
46:17 52:11 58:1
58:4 66:1 73:1,2
76:23 80:21 106:9
107:6 120:6
131:12 133:4
137:6,21 138:22
172:1,7 174:9
176:10 183:12

184:6 209:12
221:7 234:10
238:6 240:5
**meaning** 31:23
191:6
**means** 18:11 42:24
59:7 161:16 163:4
176:18 200:14
229:13 247:18
**meant** 58:6 196:8
221:16
**measurable** 51:18
**measure** 95:16
155:23 157:13
161:13 166:18,24
208:12 214:9
227:1 230:1
245:10
**measures** 39:18
44:14 46:14 48:6
160:4
**measuring** 113:6
**mechanism** 167:18
**media** 40:13 46:5
67:16 72:15
**meet** 14:12 16:24
32:5 85:18 116:20
123:5 130:12
**meeting** 3:21,24 5:1
20:14 35:20 72:20
75:24 140:13
197:20 221:8
238:17 241:4
245:17,22
**meeting.11:20a** 4:5
**meetings** 4:3
103:13
**meets** 86:6
**Megan** 147:15
243:16
**member** 2:9,12,16
2:20,23 3:2,10
39:9 42:20 44:12
46:8,13 49:3,8,17
55:16 57:4,9
65:24 67:10 72:23

76:12 77:12,16
89:8,12 91:22
94:14 99:21
100:10 103:5
107:2 110:6
113:23 119:16
120:6 123:1,2
124:11,12 127:19
128:2 131:8,18
142:17,19 145:19
145:22 146:9
147:5,14,20 148:4
148:24 149:20
150:2,20,24
151:11,17,20
152:3 153:12
155:6 156:21
157:14,20,22,23
158:18 159:15
160:12 163:6,14
165:20 168:16
171:18 175:10,14
175:18 178:3
179:7 181:23
182:2 184:10,16
187:12,17 188:24
189:18 190:8,21
191:2,9,21 192:2
192:5,7,12,13,17
194:22 195:8,10
201:2,7,21 202:20
203:7,14 204:4
205:18,24 206:5
206:14,23 207:4
207:19 209:9
210:2,11,16,23
211:12,19 212:19
213:13,15 214:22
215:1,18 216:16
216:24 217:9,20
218:17 219:4,10
219:14,22 220:7
221:1,12,15,20,21
222:11,22 223:22
224:7,15,22 225:3
225:14,17 226:18

227:14,22 228:8
228:20 229:8,17
230:18 231:5,11
231:14,18,24
233:15 234:10
235:1 236:9 237:9
237:14 238:6,13
239:17 240:14
241:3 242:11,20
**members** 2:6 3:22
5:9 28:14 31:2
38:23 39:4 79:24
89:18 91:3 107:15
117:11 120:23,24
136:5 147:21
174:22 178:5
201:16 230:8
235:18 236:14
**membership** 130:1
**mental** 30:7 75:20
**mention** 58:17
67:23 68:2,5
173:10 194:6
241:7
**mentioned** 9:12
16:10 40:8 58:16
64:19 67:16 99:22
119:8 122:19
125:5 154:4
164:13,14,17
165:14 174:20
181:5 182:20
192:21 196:7
**menu** 242:22
**Mercado** 117:10
**merely** 108:12,21
**Meren** 2:7 3:7 4:13
67:8 76:22 77:19
115:8 119:7
140:17 153:2
154:14 156:4
164:16 175:11
179:1 209:2
212:17 216:11
227:11 241:3
244:7 245:13

**Meren's** 78:13
114:24 116:7
**merit** 5:13 6:10,11
8:5,11,15,15 9:5
9:17,18,24 10:1,4
10:6,12 11:18
14:11 16:17,24
18:4 37:1,1,22
41:20 47:7,11,16
48:13 56:3 93:21
100:8 106:14,15
107:6,17 120:5
150:10 159:8
167:23 179:20
180:7 186:1
195:15 202:23
206:4,17,20,24
228:14
**merit-based** 8:8
50:24 158:23
170:7,17 171:2
202:8 203:16
206:11
**meritorious** 8:18
**merits** 217:12
230:12
**message** 199:4
**met** 196:9
**metric** 41:9 47:15
47:24 48:5,10
55:19
**metrics** 39:21 40:9
40:20 42:5 48:21
49:6 51:18 53:8
91:23 93:12 113:1
113:16 144:6
163:21 170:7
**mic** 71:23
**Michael** 96:19
**microphone** 179:2
179:3
**middle** 9:9 20:7
22:8 40:10 50:20
50:21 54:9,12
59:4 69:17 97:17
99:12 111:17



118:5,20 133:4
135:17 136:10,13
136:14 156:14,22
156:23 157:4,7
168:6 188:11
192:3,3 196:16
198:2,9 216:8,19
217:24 219:1,12
219:13
**million** 129:19
**mind** 53:7 171:24
173:9 216:7
220:20
**mindful** 5:4 39:5
124:21 162:5
175:21 181:7
236:22
**minimal** 138:23
**minimally** 198:9
**minimum** 14:13
17:1 31:18 52:3
**minimums** 63:16
65:22
**minutes** 159:19
191:5
**missed** 3:5 41:24
196:23 213:11
229:6 231:21
244:15
**missing** 3:12 38:10
69:13 103:17
207:9 219:2 244:7
**mission** 6:19 7:6,9
28:15 33:17
124:14,19 185:8
**mistaken** 73:6
**MIT** 169:5
**mitigate** 74:11
**model** 11:10 13:16
41:14 53:9 55:20
56:3,10 72:12
115:18,20 119:17
119:24 120:1,7,7
120:8,9 126:17
176:5,16,17
180:14 187:19,20

187:21,23 188:3
191:7 238:24,24
243:8,9,9,13
**modeled** 50:17
**modeling** 17:24
41:7 44:22 45:1
47:6,10 53:10
55:7 56:8 109:11
126:9 137:24
138:1,7,7,9,18
139:22 140:6
171:6 174:23
177:17 178:16
188:14,17,19
189:17 191:17,18
191:19 218:23
243:3,21
**models** 119:20
120:3 188:7,22
189:11 191:14
243:5
**moderate** 20:9
**modernize** 136:6
**modifying** 174:21
**moment** 11:22
12:11 36:13 121:6
148:17 151:3
201:22 241:13
**moments** 119:9
**money** 10:24 67:23
122:1
**monitor** 43:1
**monitoring** 46:16
110:12,15 113:6
**month** 80:15,21,23
81:4 184:6
**months** 61:4 77:4
**morning** 75:8
244:19
**motion** 3:15 4:2,7
194:12 211:20
212:13,13 229:19
233:16,23 237:5
239:7 240:18
**motions** 211:24
221:13 222:16

**move** 4:6 22:10
36:14 71:9 84:14
110:2 116:17
125:9 127:15
136:19 150:20
151:8 163:13
165:10,17 175:6
178:12,23 198:7
209:5 210:13
224:17 233:13
242:16
**moved** 228:16
242:15
**moving** 22:23
47:15 51:6 97:2
144:1 147:11
152:15 166:19,19
184:20 231:7
240:8 244:15
**Mt** 167:15
**Mulberg** 153:17
200:24 227:20
**multi-facets** 51:1
**multi-step** 61:3
64:1
**multi-tier** 31:8
**multi-year** 80:16
81:5
**multiple** 8:2 15:8
29:10,23 33:8
50:16 92:20,21
97:10 100:24
231:9,10
**mutually** 230:24

**N**

**narrative** 199:2
**nationally** 51:14
54:2 200:19
**nations** 91:17
**nature** 92:2
**navigate** 29:1
**nearly** 129:1,2
**necessarily** 39:7
63:5 85:19 115:5
151:14 159:21

163:18 210:13
211:23
**necessary** 3:19 8:15
183:5,17 208:24
211:6
**need** 14:12 16:24
46:11,13,20 50:9
51:17 75:2,13
77:9 78:8 91:10
92:23 95:20 96:21
100:6 104:3
108:19 110:4
113:19 114:22
130:24 136:5
162:5 167:3,5
178:15,15 179:10
181:7,13 182:6,7
193:23 194:9
196:24 198:8
204:8 207:17,20
209:21 211:23
214:20 215:6
216:4 218:10
229:18,19 233:16
233:23 237:4
**needed** 61:5 66:7
69:8 75:6,15
209:19
**needle** 166:19
**needs** 46:17 93:6
108:18 115:1
123:5 130:12
151:15 165:11
184:18 196:9
208:1 215:11,19
222:23 230:14
239:8
**nervous** 174:3
**net** 78:24
**network** 30:8
**never** 10:9 48:1
58:2,2 161:5
175:1,21 199:20
**new** 15:14,15 18:3
29:15 31:1 40:14
40:24 53:9 55:20

67:14 101:6
125:18,20 210:4
**newly** 16:7
**news** 23:7 112:7
**newsletter** 27:18,19
**nice** 68:9
**night** 78:10 193:16
204:16 205:3
207:18 221:3,4
235:8 245:23,24
**nights** 221:7
**nine** 78:23 185:21
**Noble** 75:10
**non-FCPS** 24:3
88:5 98:5,6
**non-lottery** 228:12
229:3 230:21
243:22
**non-negotiables**
197:22
**non-waited** 98:17
**norm** 51:14,14
**normal** 226:1
**normally** 61:10
70:22 130:8 185:3
**Northern** 28:19
38:6 50:3 51:15
54:3 213:3
**nos** 4:16
**note** 36:1 83:1
**noted** 30:9,20 45:13
94:6
**notes** 1:13 89:13
90:5 247:2
**noticed** 29:23
**noting** 56:20
**notion** 116:18
**NOVA** 213:21
**November** 61:11
184:7
**number** 13:10,24
19:7,14 30:12
39:12 41:14 43:15
51:12 53:21 54:17
56:14,15 79:21
83:12,21 84:3,19



84:21 85:3,5,23
86:10,11,12 88:8
88:22 89:1,2
97:23 100:21
113:4 121:14
131:22 135:5
137:19 142:24
144:20 155:13
160:16,18 161:2,3
161:17 180:11
195:21 196:8
199:22,22 200:23
219:15 229:11
230:4 233:14
**numbers** 18:7,12
18:16,20,20 45:3
54:11 56:10,20,23
59:3 82:22 84:15
86:17 88:21 96:2
111:3,15 112:19
114:6 122:16
128:23 129:8
131:23 139:8,9,10
143:18 156:24
189:2,20,23 190:4
**nutshell** 35:15

**O**

**o'clock** 132:6
190:22
**objectives** 43:2
**obligation** 130:16
130:17 172:11
**obtaining** 212:16
**obviously** 160:21
**occurred** 121:10
**October** 1:5,9 3:21
60:15 61:11 81:3
146:18 164:8
170:22 182:13
204:14 206:3
221:5,7,8
**October/Novemb...**
220:6
**offer** 7:24 18:6
30:19 57:14 82:6

82:8,10 83:11,15
83:20,20 84:1,6
84:13 86:18
116:13 126:21
197:19 220:17
240:15
**offered** 16:4,13
17:6 25:13 69:16
74:7 83:18 107:4
111:4 165:23
212:1
**offering** 78:3 86:9
97:1 238:8 240:18
**offers** 7:22 24:21
81:22 86:13
**office** 9:9 20:24
21:20 24:17 25:24
68:13,14,16,16
70:20,24 71:2,8
71:14,16 72:3,6
73:5 90:20 113:10
122:4,20,24
124:17 135:23
136:8 183:2 190:4
**officer** 5:17 70:20
**officers** 70:23
**offices** 68:11,20
70:9 73:21
**OFFICIAL** 1:13
**oh** 3:4 35:16 85:2
120:12 127:23
144:17 146:22
147:24 161:19
162:6
**okay** 2:1 3:11 76:17
77:14 100:14
109:24 116:1
132:5 137:16
141:21 151:20,21
154:6 156:7 158:9
160:13 162:7
167:2 175:14
179:3 183:10
194:22 200:20
203:3,14 205:18
207:4 208:11,21

210:8 211:1,14
212:15 214:7,15
217:6 224:2 225:2
227:7,9 229:8
243:10 244:12
245:2,3
**Okay.11:53a** 20:16
**old** 55:18
**older** 20:20 191:14
**Olympics** 117:15
**Omeish** 2:21 3:8
4:8,11 57:8 153:3
154:13 156:5
157:12 171:17
175:5,20 209:3
212:8 214:13,19
217:7,22 218:4
227:11 238:12
239:15 241:7
244:5 245:13
**once** 26:4 163:3
184:14 203:13
**one-time** 83:20
**ones** 51:13 67:17
124:18 174:6
234:15 235:11
**ongoing** 35:4,8
**ons** 221:18
**open** 3:24 21:17
24:16 25:18 27:8
34:24 67:20 127:9
183:24
**operating** 5:17
**operation** 90:4
**operations** 91:5,6
**opinion** 208:10
**opinions** 186:13
193:18
**opportunities** 7:10
7:11 22:13 24:22
25:13 26:24 27:7
27:12,22,24 40:15
49:23 52:2 69:10
74:14 78:4 79:10
82:16 104:14
107:20 130:8

185:2 186:3
196:15
**opportunity** 5:12
10:11 15:2,11
16:13 26:18,19
27:17 41:22 47:22
51:4 64:9,10
79:11 116:6
125:21 127:11,23
131:4 150:13
159:2 163:16
184:14 202:11
203:19 230:10
245:20
**opportunity.12:3...**
49:11
**opposed** 13:4
188:11 226:2
232:23
**opposite** 102:13
**opt-in** 59:5 61:12
61:14
**opt-out** 61:14
**option** 26:18,20
228:2,7 240:19
243:22
**options** 27:21 72:8
82:16 108:11,12
108:13 177:19
225:12 228:10
231:9 235:23
242:22 243:1
**order** 3:17 77:21
160:9 168:18
**organization** 70:18
117:4
**original** 6:10 7:6
8:5 9:5,17 12:13
12:20 14:8 16:9
53:15 61:18
119:23 154:3
**originally** 149:6
**outcome** 32:8
120:11 129:6
131:21 132:3
162:14

**outcomes** 69:2
173:17 174:10
**outlined** 92:9
**outreach** 6:15
20:18,20 26:12
34:9,13,18,24
40:21 41:9 42:23
43:5,12 45:6,8
46:22 48:1 56:16
58:19 66:10 67:13
68:22 72:4,9 77:6
77:10 93:19
104:14 111:13
112:24 113:3
114:23 115:7
116:8,17 117:24
118:11 122:3,8,13
122:22,24 124:7
129:11 131:24
164:15 195:12
213:5,23
**outreach.12:06p**
33:12
**outside** 136:2
195:16
**over-represented**
20:8
**overall** 13:24 18:14
19:7,12 54:24
98:14,15 100:23
120:17 160:18
168:21 188:17
194:7
**overcrowded** 79:12
96:20
**overdue** 198:16
**overly** 64:16
**overshadows** 69:1
**overt** 75:17
**overtop** 206:18
**owns** 169:14

**P**

**p.m** 236:15
**page** 152:22 153:16
153:22 159:9



202:24 203:1,2,4
203:22
**paid** 93:8
**panel** 32:18
**par** 222:13
**paramount** 199:12
**paraphrase** 107:16
**parcel** 78:2
**parent** 72:11,11
**parental** 128:5
**parents** 10:23 21:5
22:6 23:18 29:19
33:9 37:9,15,18
68:1 128:7 134:10
**part** 9:5 10:12 11:7
12:7 15:18 22:11
28:21 34:3,22
35:6 37:9 39:16
43:9,11,19,24
44:21 45:9,14,16
50:22 52:24 61:17
62:9 70:23 71:5,6
71:8,12,20 76:3
78:2 84:8 87:20
88:4 95:22,22
111:6,13 114:16
114:19 115:14
120:15 122:1
123:1 124:11
131:14 134:3
137:10 141:17
144:23 151:9
154:17 161:8
167:24 172:10
177:6 184:20
187:23 194:6
199:12 206:1,2
207:15 215:17
226:3 241:5
**partake.12:19p**
41:12
**participated** 90:1
**participating** 13:13
13:19,21 17:23
19:15 21:3 22:7
86:8 87:9,12,15

113:4 137:12
**particular** 19:9
48:16,16 61:5
62:17 63:3 71:13
73:22 74:9 86:6,7
86:17,21 190:6
239:20 240:2
**particularly** 40:22
74:19 197:23
**parties** 193:23
**partly** 93:4
**partnering** 116:20
117:2,12 118:18
**partnership** 33:10
118:18
**parts** 149:16
**pass** 105:5
**passion** 61:19
95:11 103:18
104:1 105:15,19
106:1 177:9,12
179:15 181:17
199:11
**passionate** 186:12
**passive** 115:7
**path** 17:8 38:3
108:18 143:8
187:8
**paths** 17:12 29:3
**pathway** 14:14,15
17:9 18:14 19:8
**pathway.11:47a**
17:10
**pathways** 12:21
18:9
**patience** 227:16
**pause** 36:13 200:9
201:15 241:16,18
**pay** 37:7 118:19
194:9
**paying** 93:9
**peers** 31:1 130:15
**Pekarsky** 2:19 4:14
4:24 77:17 91:12
128:3 136:17
137:16 138:21

140:8 142:4 153:5
154:13 156:2
162:18 168:19
187:16 195:9
208:16 212:6
214:12 227:4
231:17 239:16
240:13 244:4
245:5
**penalizing** 64:16
**pending** 154:24
**people** 31:16 59:8
70:12,14 72:18
80:5 89:13 93:20
98:14 105:2 110:4
115:9 116:21
117:20 119:4
124:16 127:16
132:23 139:23,24
141:3,4,6,16
142:13 153:19
162:2 167:18
178:4 186:7,11
192:24 193:9,10
193:16 195:22
199:23 203:10
221:14 224:9,17
229:11 233:20
235:21 238:7
240:23
**perceived** 37:8
**percent** 10:2,3
13:15,16,16,18
16:14 40:7 45:19
52:1 53:23 54:1,1
79:4,5,14 85:8
87:6,7,8,13 88:19
88:20 159:13
**percentage** 40:6
46:19 47:17,19
51:13 54:3,4
130:13 139:5,6
180:3
**percentages** 18:2
44:22 126:19
**perfect** 81:1 106:7

175:1 242:17
**perfection** 172:1
**perform** 102:14
**performance** 45:20
**performers** 12:2
**performing** 20:7
45:16 54:18,22
169:8
**periods** 66:5
**perpetuity** 89:2
**person** 198:15,15
244:7,14
**person-and-a-half**
136:9
**personal** 30:15
31:4 226:16
**personalize** 186:23
**personally** 226:12
**perspective** 63:21
112:20 124:7
126:22 132:24
133:12 135:10
189:14,16
**perspectives** 97:10
**persuasive** 65:10
**philosophy** 136:12
**phone** 162:7 163:7
201:23
**phrase** 107:13
**physical** 30:7
**physics** 95:9
**pick** 25:21 103:6
**picking** 114:13
176:1,2
**picture** 69:14 102:5
183:20
**pie** 93:19 138:22
**piece** 12:12 15:14
35:8 61:6 66:11
80:3 87:17 94:18
101:8 102:18
113:13 123:18
149:24 150:3
151:22 153:9
156:7,10 157:17
158:7,7 180:16

196:13 203:2
205:4 207:1 209:7
219:20 228:15
229:7 232:20
**pieces** 60:6 108:23
123:8 151:2
180:18 222:16
232:10,13,13
**piggy** 136:21 211:8
**pin** 162:16
**pipeline** 44:3 69:7
81:6 105:20
123:14 124:2
129:12 160:20
215:9
**place** 29:18 31:21
46:14 59:24 65:7
66:18 78:22 80:8
85:12,15 86:9
103:23 104:4
149:23 169:23
170:1 191:15
196:24 198:12
208:8 209:11
220:22 238:2
**placed** 159:9
**placement** 32:7
**places** 79:23
**plan** 6:15 19:20
51:9,9,11,20
53:20 60:15 66:19
67:13,14 68:12,24
69:13 73:9,23
74:2 77:7,21
80:16 94:10 115:2
164:15 182:8,14
206:2,4 212:24
213:2,4,9,18,20
213:22 215:20
225:23 240:3
**planetarium**
118:17
**planetariums**
118:22
**plans** 38:3 61:2,3
71:2 124:8 172:6



239:20 240:2
**platform** 67:17
**play** 37:7 71:5,6
86:5 230:13
**playing** 37:18
**please** 4:16 5:7
12:16 26:7,9 28:5
67:9 70:9 144:24
145:3 146:22
147:12 152:1,8,23
153:8,18 154:8,19
155:23 159:14
169:4 179:5
184:13 192:16
194:24 200:24
203:12 208:13,17
208:19 209:6
212:3,10 214:5,15
214:18 225:1
226:22 227:1,7,19
229:6,21 242:3
**please.11:55a** 22:4
**please.11:56a**
23:13
**please.11:57a**
24:15
**please.12:04p**
31:12
**pleased** 76:1,4
**plenty** 41:20
**plus** 245:6
**point** 4:22 54:20
55:8,14 56:22
58:8,21 59:1
66:11 68:20 78:13
82:23 83:1 87:3
90:6 103:14 114:2
121:13 125:8
128:14 144:21
147:1 150:24
159:19 160:6
172:13 180:2,13
181:6 191:1
200:22 208:7
218:22 219:5
220:6 225:11,21

236:23
**points** 56:8 92:17
140:10 152:7
160:3 172:19
176:7 182:1
220:18
**policy** 83:8,9 89:24
91:7 94:6 169:13
204:10,23 205:4
**poll** 145:14 202:10
**polls** 141:24 144:22
**pool** 7:24 37:1,2
47:6,7,16 48:4,11
48:22 83:15,18
84:11 93:14,17
96:7 99:10 104:6
106:12,22 107:1
112:8 129:5
131:22 133:14,18
136:24 137:1
138:4 140:2,3
147:8,9 157:7
169:9 170:11
173:3 180:5,7,8,9
181:16 198:3
200:15 217:2
222:12 234:4
**pool.11:37a** 7:24
**pools** 137:3,22
180:12
**population** 40:8
59:3 139:16
157:16 180:5
188:9 189:4
190:14 200:19
225:10
**populations** 105:1
105:3 150:15
159:4 202:13
203:21 207:14
213:7 214:1 234:6
**portion** 19:11,12
54:20 63:1 218:19
218:20
**portions** 62:21
**portrait** 9:21 14:20

17:2 51:3 203:4
**portraits** 14:24
**position** 123:4
181:1 208:5
**positive** 33:13
186:15
**possibility** 48:3
82:5 127:11
**possible** 119:11
150:3 182:10
188:6 237:2
**possibly** 40:14 57:6
74:5 123:6 127:10
**post** 36:1 96:17
213:13
**post-secondary**
7:10
**posted** 35:21
**posting** 35:24
**potential** 32:11
95:17,24 100:2
197:1
**potentially** 18:8
25:11,15 27:24
55:4 63:12 84:17
**powerful** 25:2
186:21
**practice** 68:22
**practices** 66:4
168:1
**pre** 96:15,16
**precisely** 165:23
**preclude** 202:16,21
207:12 225:5
232:18 233:6
238:21
**precluded** 228:6
**precluding** 208:8
225:4 230:19
232:6
**precursor** 14:9
**predict** 129:6
131:21 132:2
162:14
**prediction** 188:2
**predictions** 187:22

188:7 190:17,18
**predictive** 178:16
**prefer** 210:6
**preference** 226:16
**premature** 159:23
**prep** 173:18 200:13
**preparation** 7:8
11:1 66:3,6 124:3
**prepare** 34:11,13
172:11
**prepared** 65:16
69:11 101:23
172:15
**preparedness** 60:1
**prepares** 146:17
**present** 39:11
88:12 117:18
182:22 221:17
223:13
**presentation** 5:22
21:4 22:9 24:1
65:6 66:24 73:16
117:19 122:19
134:9 138:2 140:6
145:16 151:10
154:3 200:6 203:1
222:8 223:4,7
**presentation.11:...**
5:20
**presentation.11:...**
6:5
**presentations**
23:23
**presented** 18:13
36:18,19 38:22
101:5 119:18
124:22 125:3
158:20 193:3
**presenting** 21:1
91:13
**preserve** 199:14,14
**press** 91:23
**prevent** 12:1
**prevents** 152:15
**previous** 17:18
18:12 20:14 27:10

45:2 56:6 65:6
70:18 71:2 93:1
96:13 97:18 99:22
109:11 138:1
140:6 145:17
187:19 189:11
245:20
**previously** 41:4,12
70:16 101:13
133:24 217:10
**preys** 37:14
**primarily** 46:22
67:2 152:16
**primary** 20:20
**Prince** 13:14
**principal** 6:3 9:10
128:6
**principals** 9:9
142:21 143:5,6
**print** 117:22
**prior** 35:5,19 65:8
106:12 124:16
125:12 137:22,23
205:10,14 213:1
213:19 220:8
**private** 22:8 24:5
91:18 169:5
**probably** 72:18
95:6 145:2 160:9
178:3 190:14
239:10
**problem** 9:22 11:7
15:5,6,8 17:3 51:2
52:24 62:3,13
63:9 64:3,22 65:4
65:12 77:24 78:16
78:18,18,19 95:15
100:5,12 101:2,4
102:19,21 104:10
104:11,18 105:15
105:23 114:4,14
114:15 127:2
134:6 169:3
171:12 173:15
180:10 203:5
207:11 226:19



232:12
**problematic** 91:10
124:18
**problems** 62:15
64:1 95:9 114:9
149:23 160:20,21
**procedures** 85:13
**proceedings** 247:1
**process** 10:14 11:6
12:5 15:15,18
16:8,12 19:24
20:4,10 22:16,21
29:15 32:9 34:7
34:23 35:12 37:5
37:21 38:11 41:18
43:10,12,14,24
44:15,21 45:4,5,9
45:15,17,23 50:8
50:10,22 51:10
54:12 59:14,19
61:3 62:10,22
63:2 69:6 71:7,9
71:21 76:11,14
78:15,16 83:11,24
85:11,12,13 86:4
86:19 87:3,6,18
87:20 88:3 89:4,5
92:2 96:23 101:7
102:10,16 104:4
108:3,5 109:3,21
111:2 113:9
120:16,17 121:16
121:17 122:2
126:1,2,13 127:8
128:18 137:4,10
137:14 141:9
142:10 143:11,12
149:16 150:11
158:24 160:24
164:12,24 166:23
167:2 169:23
171:2 174:14
177:16,22 180:8
182:6,11,17,18,18
183:3,4,8 184:2,3
187:3 191:13,15

191:20 193:14
194:18 198:1,11
202:9,19 203:17
209:13 211:2
216:20 219:24
220:8 229:13
**process-wise**
235:24 237:8,13
**process.01:38p**
56:24
**process.11:50a**
17:15
**process.12:07p**
35:1
**process.12:10p**
37:3
**process.12:16p**
39:16
**process.12:22p**
43:20
**process.12:24p**
45:21
**processes** 29:24
45:13 62:18 64:15
90:15 120:19,21
226:1,17
**proctors** 176:21
**produced** 170:14
189:2
**professional** 68:14
73:4
**proficiency** 95:23
100:2
**program** 7:8 8:24
30:2,11 68:8
96:16 108:16,16
108:17
**programmatic**
96:24
**programming**
26:13,24
**programs** 25:9
26:22 66:5 129:22
194:11
**progress** 43:1
**projections** 138:23

139:22 140:1
**promises** 91:8
**proper** 58:19
**properly** 11:11
**proportion** 13:24
41:3 156:23
226:13
**proportional** 12:4
12:11,18 16:19
20:1 59:3 157:16
**proportionality**
13:7,12 88:12
**proportionally**
48:17 120:2
139:17
**proportionate** 19:3
219:15,19
**proposal** 5:13 6:10
6:12 8:5,12 9:11
9:18,18 12:20
14:8,10 16:8,9
17:18 20:3 51:12
53:15 56:6,21
73:23,24 77:8,21
92:16 120:11
125:1 153:19
170:20 179:20
190:16 192:22
205:20 207:16
229:3,22 230:20
230:21 232:21
235:17
**proposal.11:37a**
8:9
**proposals** 11:21
36:20 38:13 39:19
104:17 159:22
211:6 231:10
**proposals.11:41a**
12:6
**proposals.12:12p**
39:1,11
**propose** 107:8
145:13
**proposed** 15:18
73:1 119:22,24

120:2 165:7 183:9
198:3 221:5
233:12
**proposing** 127:7
190:19
**prospect** 6:24,24
**prospective** 12:8
98:16
**proud** 33:2 193:15
**provide** 6:21 11:19
15:10,11 16:22
19:21 22:5 23:8
24:6,22 25:15,18
26:2,11,17 27:11
27:13,19 31:8
54:23,24 56:4
66:19,22 67:2
73:20 82:7 97:13
97:21 103:23
107:23 109:7,11
111:5 125:20
135:4,11 138:18
156:19,21 183:5
200:24 202:18
205:13 212:14
219:8 243:16
244:18
**provided** 62:22
87:6 88:13 97:22
112:13,18 137:18
159:6 165:9
220:21 230:3
241:1
**provides** 11:22
70:24 107:20
200:3,7 209:23
**providing** 15:1
22:11,15 23:19,21
27:16 107:18
113:17 123:15
134:16
**prudent** 235:12
**PTAs** 129:22
**public** 1:2 3:23 4:1
8:20 21:1 22:8
28:3 29:10 37:23

40:1 48:8 63:21
89:16 91:18 92:8
110:19 112:4,7
121:8 125:18
131:1 143:12
144:16 148:9
169:5 170:16
171:9 184:17,18
203:9 221:2
222:24
**published** 207:24
**pull** 100:7
**pulled** 210:19
**pulling** 100:22
118:15 119:4
**pulse** 165:6,15
**purpose** 49:21
66:16 90:3,7
103:21,22 130:5,6
162:9,9 196:4
223:8
**purposes** 226:6
**pursue** 90:10
**push** 119:5 169:11
**put** 5:21 23:3 29:2
31:20 50:23 55:21
64:18 65:7 75:9
85:15 97:19 110:3
115:11 121:13
124:14 144:18
149:22 153:18
163:3 174:1
176:19 181:12
186:6 188:3
193:16 194:13,23
202:3 219:6
222:17 227:19
235:16 243:3
244:5
**putting** 27:17 36:9
36:17 38:14 57:10
92:10 96:12
107:16,21 206:9
231:8 235:9
**puzzle** 101:9
**pyramid** 50:20



115:16 156:14
168:6 188:10
189:13 198:9
217:2 218:21
219:1,12
**pyramids** 157:4
189:15
**pyramids/middle**
224:5

---

**Q**

**qualification** 96:10
**qualifications**
140:4
**qualified** 29:16
34:15 47:11 75:4
85:22 157:9 173:1
180:3,6 217:4
234:5
**qualify** 69:10 74:20
93:21
**Quant** 60:19
146:12,20 147:2
148:13 149:8,21
152:17
**quantitative** 90:8
90:15 169:18
**quarter** 99:2
**quarterly** 27:19
**question** 39:17 46:3
46:7 64:10 66:18
70:8 73:18 76:24
80:9 81:16 82:24
92:24 95:13,17,18
95:24 96:1 97:17
99:15,19 100:1,4
100:9 110:22
115:17 116:1,6
119:15,17 121:4
130:19 131:9,14
132:14 134:23
135:13 142:21
144:18 147:16
148:2,5 150:6
156:12 157:13
171:20 182:2

188:14 189:1,24
202:15 207:7
210:10 211:17,18
214:4,5,23 217:8
217:19 225:4
245:2,2
**questioning** 107:3
107:3
**questionnaire** 9:22
**questions** 11:9
20:17 38:18,24
39:13 45:10 57:2
57:16 64:23,24
65:17 71:4 74:6
88:8 89:7 97:20
98:20 101:6 102:1
107:15 112:11
115:17 130:23
133:23 140:1
163:12 175:6
178:23 187:24
191:4 200:21
201:10 203:24
214:8 217:21
224:10,18 234:22
**questions.12:19p**
42:1
**queue** 238:2
**quick** 66:15 132:14
145:14
**quickly** 55:18
156:17 204:5
**quite** 122:14
154:18 183:22
**quo** 36:20,21
**quorum** 3:13

---

**R**

**R** 96:19
**Rachna** 147:22
181:24 193:6
**racism** 162:4
**raise** 147:15 152:1
152:23 155:23
208:13,20,22
212:3 214:18

227:1
**raised** 142:1 145:18
237:23
**raising** 139:10
154:10
**ramifications** 96:22
**ran** 54:11,17
188:17
**random** 19:11 92:2
105:7 126:6
**randomly** 14:13
17:7 48:15
**randomness** 179:17
**rang** 89:9
**range** 45:17 173:2
226:1
**ranked** 173:22
**ranking** 174:3
176:8 199:6
**rankings** 173:11,13
173:14
**rate** 31:23 42:7
84:19 88:1 163:7
**ratio** 86:3 87:13
126:22
**rationalize** 79:15
**raw** 139:5
**reach** 29:5 32:11
58:24 67:14 76:16
85:21 104:24
115:9 117:15
122:10 197:1
**reached** 79:23
**reaching** 38:14
39:22 40:9 42:16
71:18 73:21 115:5
117:2,8
**read** 203:13 213:16
**readers** 63:2
**readily** 134:20
**reading** 147:4
176:21 218:19
**ready** 193:13
224:18
**real** 168:1 193:18
**realistic** 205:12

**reality** 8:10 36:14
36:16 123:23
**realize** 35:6 94:17
124:10 130:4
**really** 7:5,10,18
15:13 20:19 22:22
28:16 29:16,18,20
35:7 39:4 55:13
57:18 58:10,20
61:8,8,21,22
62:14,18 63:4
69:12,21 70:1
72:17 73:17 76:4
77:5 86:16 96:2
96:20,21 102:12
104:17,20 115:1
120:21 141:17
156:17 172:17,18
173:22 174:16
176:5,16 177:9,16
179:12 181:10
186:7 189:12
192:18 193:23
194:16 195:20
196:4,24 198:17
199:1 200:10,11
200:14 204:5
**realm** 48:3
**reams** 111:1,1
**reason** 30:7 58:10
67:22 82:18 200:8
207:20 233:18
**reasonable** 169:12
**reasons** 129:13
148:8 173:18,19
199:22 215:8
**recalculated** 88:22
89:3,3
**recall** 138:12,15
217:10
**receive** 37:6 72:12
72:14 118:21
201:17
**received** 39:13
107:14
**receiving** 18:5

**recognize** 93:5
103:9 124:10
202:21 206:3
**recognized** 192:10
199:19
**recognizing** 28:16
**recommend** 12:12
150:16
**recommendation**
11:2 80:18 121:20
155:12
**recommendations**
11:3 81:3 109:17
121:15,21 125:17
**recommended**
12:13 149:14
**reconcile** 205:3
**reconsidered** 29:17
**record** 45:8
**recording** 1:8
247:3
**recruitment** 21:10
21:23 23:14 26:10
**redefine** 30:12
**reduce** 79:21 80:2
**reduced** 47:21
74:12,21 86:13
**reduction** 122:21
122:22
**reductions** 124:17
**redundant** 207:9
208:6 230:6 232:5
233:22 239:7
**reevaluate** 189:11
**reevaluated** 12:23
**reevaluating** 55:11
**referenced** 9:13,14
**referred** 14:20
**referring** 139:15
153:20 228:13,19
**reflect** 36:13,14
50:15 172:17
**reflection** 66:9
217:24
**reflective** 61:13
**reflects** 7:5 48:7



50:1 169:9
**refresh** 46:7
**regard** 15:20 109:2
120:22
**regarding** 38:24
67:3 143:21 145:9
145:12 148:23
152:20 165:13
202:19 204:1
207:11 226:9
**regardless** 32:8
**region** 12:3,22 13:4
13:11 16:18 17:8
56:14 58:21 96:8
96:9,19 120:1
167:16 188:11
213:4,21 218:24
225:6
**regional** 12:21 18:9
18:14,19 19:2,24
24:4 52:7,12 55:2
80:1 88:7,8,13
115:16,19 119:19
120:4,22 156:14
157:2 168:9
185:16 187:20
188:2 189:6 198:3
219:7 222:19,20
**regions** 9:7 12:20
13:1,5,8 43:18
58:16 178:1
188:19 194:8
**regions.11:39a**
10:3
**registration** 84:8
**regroup** 145:6
**regular** 100:11
111:6
**regularly** 32:15
33:20 110:23
111:14
**regulation** 83:9
90:12 91:8 94:6
96:14 169:14
204:11 223:2
**regulations** 96:14

**rehab** 118:4
**reiterate** 179:9
**rejected** 110:16
**rejection** 125:24
**related** 59:22 88:14
**relates** 14:24 44:2
**relationship** 106:4
106:5
**relationships** 32:13
71:15 73:8
**relatively** 183:19
**relax** 95:9
**release** 112:7,12
162:21
**relevant** 240:1
**reliability.11:41a**
11:16
**remain** 16:9 31:18
130:3 187:6
192:21
**remained** 17:17
30:1
**remaining** 16:16
17:6 19:4,8 85:20
**remarkably** 130:14
**remarks** 57:14
**remember** 138:22
153:16 216:17
230:3
**remembered** 65:5
**remembers** 168:20
**remind** 6:18 8:7,19
9:4 11:5 121:7
**reminded** 33:17
**reminder** 39:3
**remiss** 57:13
140:12,23
**removal** 39:23
144:4,4 145:12
146:19 152:11,21
153:9,12 154:4,7
221:24 222:1
**remove** 69:22
148:8 149:22
**removed** 37:2
138:3

**removing** 145:14
204:18,19
**renovation** 96:15
96:17,17
**repackage** 230:11
**repeat** 159:14
202:5
**replace** 149:14
**report** 111:6
114:20 220:1
**reported** 70:19
**reporter** 1:13
247:11,19
**reporting** 144:5
**REPORTS** 1:4
**represent** 38:4
177:8 213:3,21
**representation**
12:3,12,19 19:24
28:19 55:1,2 59:1
121:1 157:3
219:20 225:9
**representative**
177:24 197:7,23
234:5
**represented** 10:7
16:1,2 19:22
21:23 26:12 40:23
104:24 105:2
139:12 143:1
150:15 159:3
198:6 202:13
203:20 207:14
219:17
**reproduction**
247:17
**request** 51:8
201:15 235:10
237:6,8,9,12
**requested** 113:19
**Require** 210:20
212:23 213:17
**requirement** 31:18
**requirements** 3:24
9:19 14:13 17:1
**requires** 37:15 59:6

**requisite** 234:18
**research** 24:23
39:24 73:13 190:3
195:19
**reserve** 57:6
**reserved** 200:17
**resides** 70:22
**resources** 112:17
167:9 176:19
**respect** 223:3
**respectful** 163:8
181:8 186:16
**respectfully** 130:19
**respond** 40:19
41:23 55:17 60:11
81:9,10 92:15
106:22 236:7
**responded** 35:20
**responding** 11:2
**response** 11:9 15:9
61:1 82:9 164:7
164:21
**responses** 20:13
58:13 60:7 63:6
65:13
**responsive** 31:7
**rest** 48:19 158:11
158:16 170:23
223:16 239:22
**restate** 119:15
131:10,13
**restaurants** 117:9
**result** 48:23 93:5
**resulted** 167:16,18
166:14 193:4
**retention** 31:22
**return** 42:7 77:2
197:16
**review** 6:14 14:7,8
16:15 35:2,10
52:17,19 56:21
81:8 100:18
101:16 114:20
152:23 156:13
159:9,11 184:14

203:2 209:20
219:13 236:19
237:5 241:10
**review.12:09p** 36:2
**reviewed** 9:11 53:1
**reviewing** 9:10
52:22
**revise** 210:13
**revised** 6:11 14:10
16:7,23 18:4 90:2
120:1
**revisions** 5:14
16:11
**revisit** 51:18 116:7
242:4 243:19
**Ribbon** 121:12,18
121:23 125:12
161:4 174:19
**richness** 33:15
**rid** 50:5 55:21
**rigger** 10:15 30:5
49:24 101:18
**right** 15:11,13
46:10 47:6,8,19
49:12 56:19 58:2
58:22 59:7 60:7
64:18 69:23 71:18
72:13 73:23 75:9
75:10 79:18 81:2
92:8 100:7,9
107:5 109:18
114:21 118:17
133:7,13 134:5
136:16 146:16
148:17 151:12
153:13,14 154:1
158:16 162:24
173:15,15 178:11
182:6,7 183:6
184:4 187:8
188:21 190:22
191:24 197:9
205:11,15 216:12
220:7 221:20
223:19 230:23
234:9 235:16



237:3,6,15 239:21
241:16
**Right.12:30p** 49:7
**rigorous** 30:2 44:6
108:9,14,20
**Rios** 1:13 247:10
**rising** 79:8
**road** 198:14
**robotics** 26:23
**robust** 40:21
220:15
**roles** 29:11
**roll** 2:4
**rolling** 16:20 83:3,4
84:10,11
**roof** 128:8
**room** 33:5 234:14
**rooted** 162:3
**round** 83:14 86:16
126:15,15,19,20
126:21,24,24
127:4,5,6
**routes** 29:3
**rubric** 11:10
**rule** 130:22 175:15
**rules** 37:18,19,21
**run** 33:10 55:20
56:2,8 183:4
188:1,22 189:11
189:13 191:14
**rushed** 125:7 171:8

**S**

**sad** 143:20
**sadly** 91:5
**safe** 178:10
**safekeeping** 70:21
**sake** 216:3
**salvage** 58:12
**Samanda** 1:13
247:10
**Sanders** 148:22
162:18 168:19
192:10 205:21
209:8 212:2
214:12 215:2

227:4 243:23
**save** 194:12,15
237:21
**saving** 86:24
**saw** 47:10 58:16
118:22 125:13
207:23
**saying** 73:8 82:17
87:22 103:15
104:12 106:18
114:17 127:9
133:9 135:18
136:5 148:13
160:19 162:4
169:3 171:12
185:13 187:20
189:9 200:11
215:14 218:4
228:8,9 229:9,18
230:20 237:24
239:6 241:7
**says** 90:6,13 130:6
169:16 196:7
**scenarios** 190:13
**scholars** 60:4
129:17
**school** 2:5 3:20
5:10 6:20 7:8 8:4
9:3,9 16:1 21:2,7
22:1,12 23:2 24:9
24:18,20,23 25:2
25:10 26:19,22
27:7,10,14 28:13
31:17 34:14 35:4
36:10 38:6,23
39:4 43:22 48:8
48:16 49:1 50:20
50:21 52:14 54:9
54:12,22 55:12,12
55:13 58:17,18
62:5,5 63:21
70:17 74:12,22,24
75:19 76:19 77:2
79:4 80:1,21
82:14 84:14 85:21
86:21 87:23 88:5

88:11,24 89:18,20
89:24 90:4,7,13
90:17 91:7 93:7
95:8 97:17 98:4
98:16 99:6,13,18
110:19 111:17
112:18,20 113:20
118:20 119:3
120:24 125:4
128:4 129:22
130:5,7,9,11
132:23 133:2,4
134:5 135:17,20
136:10,13,14
142:19 156:14,22
156:24 157:7,10
168:6 169:13,13
169:16 173:12,21
178:9 184:24
185:1,1 187:2
188:11 189:13,14
189:16 192:3,4
194:6,10,10
197:16 198:2,10
201:16 202:22
204:10,12 212:2
217:13,14,23,24
219:1,12,13,16,18
222:21 224:5
**school.12:05p** 32:7
**school.12:08p** 35:8
**school/pyramid**
216:19
**schoolers** 40:10
**schools** 1:2 5:10
8:21 9:12 12:24
13:3,3,4 16:2 20:7
22:8,9,10 24:3,6
28:3 30:5,8 36:6
37:24 40:22,23
41:3,11 43:16
48:8 56:18 59:4
63:13,14 69:17
78:5 79:13,17
96:20,22 97:3
105:21 113:7

118:6,21 120:13
120:14,18,19
121:1 123:16,24
129:15 137:13
143:3,23 144:16
155:9,19 157:4,17
167:19 172:4
185:5 194:9,11,18
196:9,16 197:15
198:4 217:5 219:9
219:17 222:14
**schools.11:54a** 21:8
**schools.11:55a** 22:2
**science** 6:20,23
7:12 15:7 26:15
61:21 63:20,22,24
90:11 94:19,20
95:12,16,19,23
99:1 100:3 118:3
118:6 129:16
134:5 137:9
143:18 147:4
162:12 177:10
**scientist** 118:23
**scope** 221:22
**score** 19:23
**scored** 106:17
**scoring** 41:19,21
**Scott** 91:2
**Scouts** 117:3
**screen** 231:21
242:14
**season** 175:22
**seated** 183:19,19
**seats** 10:2 13:23
16:14,16 19:4,8
19:14 51:12 53:18
53:21 200:18
226:13
**second** 14:19 47:24
48:18 59:5 69:3
83:14 114:24
144:24 150:8
190:15 200:13
211:23
**Seconded** 4:9

**seconding** 211:20
**secondly** 235:13
**secretary** 60:14
223:21
**Section** 3:18
**see** 7:17 13:10
19:19 24:23 25:22
26:19 36:6 40:10
42:9 44:19,24
50:2 52:18 53:3
55:3,5 56:10,19
57:18 60:8 68:21
69:15 73:3,11
80:12 92:4 109:13
115:2,10,22
133:11,18 134:22
135:3,12 136:15
140:21 143:7,8,9
143:19 150:18
166:10 176:5
177:17,22 179:1
179:16,18 182:16
183:10 186:5
190:6 191:18,19
191:22 193:2
195:12 196:21
197:1,2,9 198:6
201:5,24 204:22
210:14 212:15
218:22 219:11
234:3,11,13
235:20,23 237:16
240:17,19 243:8
243:20
**seeing** 7:18,21 85:5
101:15 104:16
126:13,18 174:18
189:22 207:17
214:7
**seek** 181:15
**seeking** 20:10
**seen** 62:12 82:3
87:4 91:19 94:5
122:14,15 193:3
**selected** 14:14 17:7
35:11 169:8 180:7



180:12,15
**selection** 19:12
58:22 92:2
**selling** 116:19
**semi-finalist**
126:18,20,23
152:16
**semi-finalists**
126:14,15 127:5,6
147:9
**semi-finalists.12:...**
47:13
**send** 178:5 200:21
201:17
**sending** 21:10
23:15,16 90:5
199:3
**senior** 174:22
**sense** 80:24 151:8
151:19 155:16
180:9 220:13
226:7
**sensitive** 61:8
**sent** 43:7 168:20
**sentence** 39:6
132:20 168:13
**sentiments** 178:22
**separate** 35:22
78:20 226:4
233:16
**separately** 215:17
**separating** 215:14
**September** 8:6 90:2
209:14 211:11
220:10,23
**sequence** 138:10
**sequential** 101:23
**series** 121:22
192:18
**serve** 199:16 226:5
226:10,10
**served** 74:24 213:7
214:1 225:9
**serves** 200:3
**service** 117:5
**services** 9:8 68:17

68:17 71:12,17
**serving** 4:24
**session** 1:3,8 2:4
4:23 66:17 67:2
72:19 99:22
141:14 205:12
216:2 236:18
237:18
**session.11:34a** 5:6
**sessions** 21:6 23:11
221:11
**set** 8:13 12:21
51:12 53:17
149:23 200:17
236:16
**sets** 83:9
**setting** 42:24 166:3
168:8 209:9
**settle** 142:14
**settled** 18:1
**setup** 37:19 189:15
**seven** 139:13
235:20 245:6
**seventh** 98:24
132:18 134:20
**share** 9:16 10:14
21:21 23:4 25:7,9
25:11 26:1 29:8
32:16 33:6 53:16
60:16 61:16 70:5
70:11 74:23 112:3
112:3,8,9,22
113:20,21 116:2
120:13 144:2
155:20 164:2,3
170:9 181:15
236:19
**shared** 6:11 7:2
11:24 12:9 33:19
34:10 44:3 49:21
49:22 52:5 53:15
56:5 67:5 80:19
93:24 106:12,24
108:3,4 112:24
140:11 142:4,7,17
142:18 143:7,16

144:7 152:22
153:23 156:10
171:10,21 198:20
202:17 203:9
211:9 241:17
242:4
**sharing** 22:24 97:8
223:20
**sheet** 9:21 14:20,21
17:2 62:11 203:5
242:1
**shelled** 37:16
**shift** 29:11,13 55:6
**shifted** 123:3
**shops** 117:7
**short** 57:14 93:16
**shot** 10:9 41:1
**shoulders** 169:24
**show** 11:21 14:23
15:4,4,12 18:24
24:19 106:10
147:12 154:8,23
161:12 171:5
193:19 214:8
224:6 226:14,24
**showed** 138:10
193:21
**showing** 242:18
**shows** 73:12 176:16
177:18 178:17
**shrunk** 47:12
**Shughart** 5:18
12:15 17:11,16
20:16 34:10 40:19
41:23 45:22,24
47:2 54:8,14,16
60:11 63:7 67:21
68:4 71:15,19,22
72:24 81:18 85:2
97:15 100:16
110:24 111:7
112:2,6 121:3
127:14 132:21
133:8,21 137:2,21
139:3 143:16
146:22,24 147:10

148:13 152:13
169:2 183:1,12
184:8 188:16
189:7 209:19
**shy** 143:14
**side** 63:20 236:5
**sides** 92:8 141:3
**sideways** 78:22
**significance** 174:12
**significant** 122:1
142:11 159:20
167:17
**significantly** 31:23
139:10 222:9
**signing** 59:11
**signs** 114:18
**similar** 50:22 51:4
87:16 149:13
159:5 189:15
222:19 225:3
239:1 243:3
**simple** 134:6
**simply** 37:18 42:18
58:6 128:14
**single** 31:3 107:22
195:21
**sit** 79:3 223:18
**sits** 79:5 128:4
**sitting** 117:20
151:16
**situate** 174:6
**situation** 105:17
**situations** 79:18
174:16
**six** 13:3 78:23
139:13 235:17,21
**sixth** 185:21
**size** 13:2
**Sizemore** 236:11
**Sizemore-** 156:4
**Sizemore-Heizer**
2:8 4:12 103:4
108:2 147:22
150:19,23 153:5
154:14 157:23
159:15 175:9

179:5 193:6
208:15 214:13
224:14,21 227:6
231:23 236:3
238:14 240:16
242:6 244:3 245:6
**skill** 90:15 179:15
181:17
**skills** 7:12 15:1
25:5 26:16 90:9
103:18,24 105:14
106:1 169:18
**sleep** 30:16
**slide** 7:17 12:16
16:6 19:17 22:3
28:5 29:7 30:9,20
31:11 35:16 36:6
154:5 230:4
**slide.11:44a** 14:3
**slide.11:47a** 16:21
**slide.11:53a** 20:15
**slide.12:01p** 28:9
**slides** 18:13
**slight** 18:15
**slightly** 101:16
**slots** 16:18 52:19
79:21
**small** 130:12 139:8
180:18 196:8
**smaller** 200:15
219:18
**smart** 186:7
**Smith** 5:17,23 6:2
14:4 33:24 40:19
41:23 42:3 43:3
44:17 53:20 54:7
55:17,24 60:11
62:8 63:8 64:19
70:10,11 73:19
77:8 84:23 107:12
110:21,23 112:24
119:23 120:12
135:21 136:11
153:21 154:2
169:2 182:23



188:13 189:9 190:2,20
**Smith's** 58:21 166:8
**Smith.12:09p** 36:4
soapbox 126:7
social 30:19 40:13 46:5 67:16 72:15 125:24 143:15
solution 105:11,13 106:13,13,15 107:4,7 119:21 161:9 172:1,2,3 175:2 176:23 177:7 228:12 229:3
solutions 106:19,20 186:4
solve 62:15 101:4 109:4 171:12 204:13
solved 109:5 171:13
solving 9:22 11:7 15:5,7 17:3 51:2 62:3,13 63:9 64:3 65:4 95:15 100:5 100:12 101:2 102:19,21 105:16 105:23 180:10 203:5 207:11 232:12
somebody 155:2,4
son 95:2 97:9
soon 2:3 183:20
sooner 197:12
sophomores 76:7
sororities 117:6
sorry 3:15 45:24 71:22 89:5 98:5 121:3 126:6 127:12,18 146:20 148:1 153:15 155:3 156:11 162:7 168:16 171:8 201:5

206:22 210:14 213:10 214:19 217:20 224:7 225:17 229:5 231:18,20 232:4
**Sorry.11:59a** 26:9
sort 51:11 53:13 62:24 79:24
sorts 172:7
sounding 45:7
speak 52:21 78:13 92:1 101:21 106:5 110:4 116:11 130:24 148:22 156:17 159:19 183:2 192:11 195:1 198:15 201:24 224:24 239:16
speaker 67:8 77:15 163:13 165:18 175:7 178:24
speakers 238:4
speaking 76:18 141:7 149:3,24 168:18
special 15:21 68:13 71:17 108:18 117:15
specialist 72:6 122:3,8
specialists 122:23
specialties 7:13
specialty 8:24
specific 68:22 76:8 119:10 140:22 155:13 210:5 239:20 240:7
specifically 21:14 24:13 52:21 68:15 90:13 154:3 188:21 233:13
specificity 73:12
specifics 77:10
specifying 240:1
spectacular 9:1

speeds 29:4
spend 10:24 12:10
spent 141:6,7
spirit 208:23
split 18:2 87:6 88:19
spoke 32:18 116:9 159:20
spoken 127:17 128:20
sports 117:4
spot 242:17,18
spots 48:19 99:15
spring 35:9 88:2,2 209:13
**Springfield** 79:16 178:3,5,11
squeeze 10:17,17
staff 22:1 25:8,10 28:15 31:6 32:19 33:9 34:14 38:21 39:10 49:19 52:18 57:23 59:20 61:14 61:15 68:10 70:8 70:17 73:2 109:16 122:21,22 123:1,2 124:11,12,17 130:22 159:19 200:21 217:16
staffers 68:7
staffing 215:21
staffs 189:20
stage 152:16
stake 226:12
stakeholders 111:23 112:5
stand 194:5 208:5
standard 85:13 114:20 172:22
standardized 149:22 170:13
standards 161:20
standing 134:9
standpoint 24:5 63:15 82:20 96:24 98:3,23 99:7,11

**Stanford** 30:10 169:5
start 2:3 5:3 34:13 39:2 40:18 152:9 160:9 178:13
started 3:14 110:7 118:18 160:10
**started.11:34a** 5:22
starting 50:10 78:4 122:9 139:9 209:14
starts 104:11,13,14 104:15
state 46:21 51:20 80:23 129:13 143:21 146:18 161:13 164:7,22 165:11 166:2 182:13 213:1,2,19 213:20 215:22 221:9 224:16 225:23
stated 128:14 182:1 204:23 233:21
statement 25:3 51:17 105:9 146:17 148:3 165:10 185:8 190:1
statements 105:1
static 89:1
stating 130:18
statistical 174:12 176:15 187:22 188:2,7 190:17 243:5
statistically 11:18 12:1 19:20
status 15:21 36:20 36:21 199:14
stay 87:1 91:3 109:20
staying 87:4
**STEM** 26:13,16 27:18,22 30:1 90:7,9,11 103:18

104:1,2,15 105:22 123:23 162:12
**STENO** 1:13
step 32:12 38:13 77:1 99:19 154:21 155:1,5,7,15 194:20 217:10 218:5,7 225:20 226:11 229:20 234:8 235:5,9 241:23 242:7
steps 35:18,21,24 49:4,5 57:11 120:14 168:22 194:13,23 195:6 200:24 201:1 218:12 226:3,17 227:19 231:17 236:12,16,18,21 237:3,17 240:1,5 240:11 241:5 242:2 243:18 244:18,20,23
**steps.11:39a** 9:15
stop 40:15 49:9 158:14 197:16 200:20
story 32:17
straight 119:24
strategic 94:19,22 136:7
**strategies.12:04p** 31:10
street 117:16
strengths 14:23
stress 31:24
stressed 63:1
striving 20:5
strong 29:9 32:13 54:5 71:15 141:2 226:9
strongest 55:11 101:14
strongly 217:14
structures 42:24
struggle 32:3 69:21



**struggles** 32:1
**student** 6:15 9:21
11:2 12:4,24
13:18,22 14:19,21
15:10 16:19 17:2
20:1 28:18 29:24
31:19 32:4 42:6
45:15 46:12 50:1
50:14 62:11,14,16
62:17 64:16 69:19
75:5,11 82:6
83:10 85:14 86:3
87:14,20 88:1,23
95:6,10 99:4
100:20 102:7
135:16 139:5,16
143:4 150:12
159:1 174:9,10
192:20 202:10
203:18
**student's** 62:15
101:3 150:13
**students** 6:21 7:11
7:16,20,22 8:22
10:8,11,21,23
12:21 13:9,17
14:1,12,23 15:1
15:20 16:3,12,24
17:5,7 18:5,8,16
18:22 19:1,6,16
20:6 21:11,13,19
21:23 22:6,20
23:17 24:8,11,13
25:1,3,4,8 26:2,12
26:17 27:3,12
28:1,23,24 29:14
29:19,20 30:2,16
30:22,24 31:9,14
31:24 32:3,10,14
32:19,20,21 33:6
33:9,20 34:16,21
35:4,11 37:9,15
37:16,17 40:6,7
40:12 41:10 42:8
42:13,17 43:8,9
43:15,17,19,23

44:4,5 45:11,14
45:20 49:23 51:14
54:13,18,22 55:7
56:14,15,17 59:6
59:23 62:24,24
63:4,11,18,22
64:3 65:2,16,21
67:15,18 68:4
69:11,24 71:18
72:14,16 73:22
74:6,11,20 75:4,7
75:12,14,18,21,22
75:23 76:2,6,16
81:19,21 82:21
83:12,13,15,21,24
84:2,4,6,12,22
85:4,6,9,23,24
86:10,11,20 87:1
87:2,7,9,22 88:15
90:8,19 97:23
98:11,19 99:13
100:23 101:11,18
101:22,24 102:2,5
102:10,12,14
103:11,17,24
104:5 105:19,21
105:24 107:20
108:8,17 111:3,4
111:12 112:19
113:4,6,11 118:1
118:20 119:2
122:16 123:5,19
126:1,19,23 128:7
129:2,3 130:7,9
130:13 133:23,24
134:2,7,10 135:6
136:13,14 137:5,6
137:7,10,19 138:3
138:7 139:1,12
140:18 142:24
143:9,17 144:14
146:6 152:15
156:23 157:1
159:2 162:11,11
169:17 171:7
173:1 174:13

179:14,23 180:14
181:11,16 183:5
185:2,4,4 187:4
193:15,19 194:4
196:8 199:8,10,17
200:4,12,15
202:11 203:19
207:2 209:14
219:15 222:15
**students.11:41a**
11:23
**studied** 161:7
**studies** 120:16
168:2
**study** 81:1,3 161:4
217:16
**study.12:03p** 30:3
**studying** 160:24
**stuff** 170:23
**style** 65:9
**sub-GPA** 137:9
**subject** 62:6
**submission** 166:2
**submit** 51:19 60:14
98:7 182:8 206:2
220:14
**submitting** 213:1
213:19
**subsequent** 245:16
**subtle** 74:18 75:17
**succeed** 68:4 174:6
**success** 30:9,12
31:10 53:22 75:19
117:1 122:11,11
**successful** 8:16
10:21 31:15 37:17
65:23 101:12
173:6 177:4
**successfully** 29:5
91:16 92:6 164:17
**sufficient** 228:16
**suggest** 50:19 51:7
51:24 123:7 167:7
235:7 236:10
243:6
**suggested** 129:20

147:11
**suggesting** 84:9
124:5 134:15
159:24 206:16
**suggestion** 149:21
212:14,15 233:12
238:8 243:17
**suggestions** 115:3
121:15 186:9
227:13 241:1
**suit** 125:2
**summarily** 80:1
**summary** 175:1
**summer** 26:22
**super** 78:1 104:24
193:14
**supercede** 237:13
237:22
**supercedes** 237:14
**superintendent**
57:21 66:20
145:11 146:17
147:12 149:13,17
150:9,16 151:4
152:20 153:11
154:9,24 155:10
155:11 158:21
159:6 161:11
162:21 163:20
169:24 186:24
202:16 206:16
207:22 208:1
211:5 212:23
213:17 218:13
226:8 228:2
229:20 230:3,9
235:14 240:20
242:21 244:21
**superintendent's**
190:15
**superintendents**
8:3 91:1 92:21
128:20 132:10
**superior** 7:8
**supervision** 247:19
**support** 10:20

29:20 30:20 31:8
31:14,15 32:11
37:9,13 39:23
52:23 70:24 77:21
78:8 92:10 95:7
96:11 102:6 128:5
144:2 147:10
154:8,9,23 155:22
156:19 159:10
180:19 192:19
206:6 208:12,19
210:15 211:24
212:13 214:9,17
224:6,16 226:9,24
228:17 230:12
233:4 237:16
239:10 240:15
242:9,21 244:9,24
245:9
**supported** 27:6
216:5
**supporting** 192:23
195:14
**supportive** 33:3
185:10,12
**supports** 29:7
31:21 35:3 124:3
213:5,23
**supports.11:35a**
6:16
**suppose** 133:22
**supposed** 90:14
169:16 170:16
177:11
**sure** 8:14 10:20,21
11:15 39:19 44:6
44:15 49:5 50:9
54:16 58:24 59:6
61:17 73:21 74:15
75:9 81:18 97:7
100:16 103:11
104:4 105:18,21
105:24 109:21
114:13 117:17
119:6 124:20
129:4 131:3 132:7



135:13 137:21
143:12 144:16
146:13 156:18
157:18 159:12
160:17 162:15
166:22 172:20
179:22 181:14
192:7 197:21
198:17 199:1,3
209:24 212:21
216:17 218:1
226:7 230:21
231:6 232:15
233:3 244:14
**Surely** 114:7
**surrounding** 28:4
48:8 55:4 141:1
**survey** 11:7 81:19
**surveying** 80:4
81:11
**suspend** 160:6
**sustain** 68:2
**symptom** 104:10
**synagogues** 117:8
**system** 70:17 77:24
78:12 89:18 90:13
93:7 97:12 104:23
121:2 123:20
125:4 134:18
135:17 167:12
172:16 175:24
187:2 194:7
196:21 200:7
239:2
**system.11:40a**
10:18
**system.12:30p** 49:2
**systematically**
69:18 110:14
**systemic** 78:3
129:24 130:2
144:11
**systems** 9:11 31:8
38:6 80:15 85:21
98:4 99:7,11

## T

**T** 149:8
**table** 6:13 186:23
193:24 204:16
205:20 219:6
228:11 231:4
237:6 243:18
244:8
**tables** 212:1
**tabling** 244:18
**take** 15:14 29:3,6
38:13,18 52:18
56:23 59:18 67:24
74:13 80:12 86:9
96:21 98:19 108:8
108:13 116:5,13
121:7 122:21
127:23 136:20
141:19,24 144:21
145:13 150:12
159:1 163:4 164:9
165:15 172:13
173:21 188:3,5
189:5,10,17 195:6
200:16 202:10
203:18 204:1
216:19 234:22
238:17,19 239:5
241:16
**taken** 170:13 247:3
**taken.12:03p** 30:13
**takes** 181:10
**talent** 10:17 29:13
32:10 37:2,22
38:9,10,11 54:6
93:16 100:8
105:19 107:1
173:5 177:8
198:24
**talented** 28:17
29:16 176:1 199:8
199:10
**talents** 199:19
**talk** 5:12 6:8,14
14:6 15:13 16:6

17:12,13 20:12
25:5 31:13 34:5
45:23 46:1 53:18
54:8,14 67:21
69:5 71:19 72:1
79:6 84:24 92:6
110:8 111:7,14,15
111:22 130:24
132:8 134:11
148:7 164:6 169:4
171:1 180:2,22,23
193:24 215:14
223:17 229:18
**talked** 23:17 36:8
37:7 45:11 84:21
88:10 90:3 116:13
123:14,14 124:6
125:4,5,23 129:12
129:18 131:19
148:8,14 152:13
154:18 158:12
162:8 173:19
191:5 193:10
195:23 198:21
199:23 215:8
223:15
**talking** 14:10 15:15
42:21,22 43:4,4
63:8 72:10 73:7
76:20 91:15 96:6
98:4,6,10 101:10
104:21 108:2
115:13 116:8,17
117:11 118:11
120:9 124:2
130:20 139:11,18
145:24 146:2,4,5
146:11,14 148:18
148:19 161:24
172:24 177:1
187:21 191:23
196:12 221:14
228:23 229:12
230:1 236:11
**talks** 14:19
**Tammy** 182:13

186:20
**tanks** 168:4
**target** 34:21 83:9
124:16 144:9
**targeted** 20:18
21:22 26:8,10
34:18
**targeting** 24:11
**targets** 44:16 46:15
**targets.12:23p**
44:16
**teacher** 11:1,3
**teachers** 21:19
29:19 32:18,19
42:15 71:6 123:17
129:14 178:10
**teaching** 10:12
30:16
**team** 36:19 52:20
66:20 76:3 81:9
170:1 171:5 186:4
186:24
**teams** 75:19
**tears** 32:24
**tech** 27:2,8 118:2
**technical** 65:11
**techniques** 64:6
**technologies** 7:13
**technology** 6:21,23
118:3 134:5
177:10
**tell** 33:20 77:1
178:2
**telling** 116:18
134:23 239:12
**tells** 154:24
**temples** 117:8
**ten** 90:21 128:24
129:1,10 131:19
170:10 244:6,16
**tend** 67:18
**tension** 70:6
**term** 48:4 50:16
93:16 148:10
**term-type** 113:9
**terms** 12:18 18:2,4

20:20 23:15 25:17
26:13 46:1,2,3,4
54:24 59:20 60:6
63:9,23 65:3,11
72:1,7,14,15
82:10,20,23 83:2
84:21 85:6 100:22
111:8 112:6,13,18
112:24 113:10,14
113:16 122:12,16
122:24 126:9
133:22 139:3
140:5 142:12
145:11 146:7
180:14,16 183:20
183:23 200:4
209:20 221:16
226:8,13,17
232:11 241:18
244:19
**test** 10:24 11:8
39:23 47:10,12
50:5 55:19,22
60:19 61:7,8,10
67:22 69:22 91:9
100:11 102:11
105:3,10,12 106:3
106:11 120:20
144:4 145:24
146:4,4,11,12,13
148:9 149:4,7,22
150:7 152:5
160:21 170:13
173:16,22 174:20
195:16 200:13
204:18 221:24,24
**testing** 10:16 37:3,5
61:10 100:1
106:24
**tests** 10:20 37:10
50:7 147:2 149:9
149:9,15 161:24
173:14,21
**thank** 2:10,13,24
3:4 4:8,15,19,20
5:8,11 6:1,4 28:13



38:17,20 39:9,10
40:16 49:13,14,17
49:18 57:7,9,10
66:12,13 67:10
70:7,9 74:15
77:13,16 89:10
91:14 92:12 94:9
94:14 97:4 102:24
103:5 109:24
110:6 115:21
116:3 119:8,12
127:13 128:2
131:2,6 136:16,17
140:8 141:21
148:24 150:20,22
151:11,17 152:6
156:12 157:11,14
157:22 160:12
163:10,22 164:2
165:4,20 168:11
168:12,19 171:15
171:18 175:4
178:18,19 179:3,7
181:19,20 186:10
186:19 187:9,14
187:17 188:15
190:23 192:1,15
195:3,5,8,10
197:17 201:14
204:4 205:17
207:4 209:6
210:17 212:18
216:7,11 223:22
224:1,12,20
227:11,15 231:14
239:17 240:12
242:5 244:6 245:7
245:10 246:1
**thankful** 195:13
**thanks** 19:18 28:11
36:3 60:9 94:8
97:8 127:21
182:12 192:17
**that.01:33p** 53:7
**that.12:27p** 46:23
**that.12:33p** 51:23

**them.12:00p** 26:20
**there.12:18p** 40:15
**thing** 43:4 47:4,14
67:21 69:23
180:22 209:17
218:3 221:6
233:16
**things** 18:6 21:9
27:6 31:13 44:1
53:4 64:4 65:20
69:15 73:17 74:2
74:5,18 75:16,17
78:21 82:24 93:7
112:23 113:2
114:14 116:22
119:10 120:8,9
122:5,12 124:8
125:22 128:19
129:17,19 140:16
145:7 148:15
159:17 160:15,16
161:3 162:16
164:20 166:17
171:9 173:9
174:18 176:12
179:24 191:12,23
193:2 197:14,19
204:17 205:2
215:7 223:15
229:24 232:7
235:1,6
**think** 27:1 33:22
40:8,9 42:4 43:3
43:13 44:12,17
46:3,17,18,20,23
49:3 52:16,23
54:3 57:15 58:22
65:14 66:1,8
69:23 70:2,4
71:23 73:3 74:17
75:24 78:14,19,21
80:20 82:5 91:9
91:10 94:4 97:9
98:14,15,16
101:20 102:22
103:1,8,19,22

104:12,18 105:4
106:12 107:12,13
107:21 110:9,11
114:3,5,15 115:6
119:11 121:9,19
126:8 127:15,18
128:9,10 132:8,14
132:16,23 133:16
134:6 135:14
136:4,22 138:13
138:16 139:1,15
139:23 140:10,14
140:16,20 141:9
141:15 142:5
143:15 146:16
154:2 155:1
158:11 161:9
162:24 164:4
168:4 169:6,22
171:23 172:19
174:9 175:10,19
176:4 179:10
180:17 181:4,12
181:24 182:9
184:18,20,22
185:7,17 186:15
186:20 191:13
193:1 194:19
195:11,16,18
196:13 204:5
205:12 207:8
208:5,23 215:16
217:11,22 218:4
218:11 219:4
220:12,13 222:23
223:5,12,23
224:11,23 225:2
225:20 226:6
228:24 230:15,24
231:1,2,12 233:1
233:11,15 235:12
235:18 236:24
237:3,8 238:15
241:9,11 244:10
**thinking** 15:4 46:9
48:2 55:24 60:3

65:3 72:4 100:12
125:19 126:10
182:23 202:19
**third** 15:6 59:12
78:4 154:17
**this.12:06p** 33:21
**Tholen** 2:11 4:13
94:13 97:5 99:15
99:20 103:1,7
105:16 153:6
154:12 156:5
181:22 187:16
192:16 194:21
195:4,11 209:3
212:8 214:14
217:18,19 227:6
227:21 228:18
232:1 238:16
244:4 245:7
**Tholen's** 195:2
**Thomas** 6:19 20:11
36:24 38:1
**thorough** 93:18
**thought** 61:16
62:18 64:15 75:1
148:1 152:4
168:14 218:21
224:8 238:17,18
239:5
**thought.12:12p**
39:7
**thoughtful** 115:1
186:7
**thousand** 43:8
**thousands** 37:15
141:1,6
**three** 3:12 16:3,4
29:22 31:22 138:9
138:11 144:22
149:16 158:12
159:18 160:2
201:17 202:4
205:2 223:15
**three-minute**
130:21
**three-year** 135:10

**through.11:45a**
15:13
**throws** 193:13
**Thursday** 67:1
78:10 151:9
155:21 164:18
194:15 204:7,16
205:3,11,14,16,23
210:1 219:24
220:3,5,15,17
221:3,4,7 222:9
225:23 235:8
236:13
**Thursday's** 223:7
**tied** 79:8
**tier** 200:2,3,7
**tight** 234:21
**time** 3:5,13 5:4
7:23 10:24 25:14
37:20 39:5 42:10
43:16 54:10,20
55:8,14 57:3,5
60:8 62:23 64:21
64:21,22 66:5,12
70:1,1 71:17 86:1
87:5 89:23 93:11
94:7 104:16
111:20 117:17,22
121:14,23 122:15
123:2 124:11
125:8 127:18
128:21 129:13,13
132:5 141:11
142:17,19 144:15
147:13 152:2,24
154:9 155:24
159:20 162:6
163:23 164:9,22
166:3,9,11,12,16
167:6 168:8 182:8
183:12,14,15,18
191:5 192:14
197:14 204:2
208:13,19 209:4,9
209:22 211:22
212:1,4 214:18



215:2 217:12
223:11,19 226:23
230:4 235:19
236:5,22 237:4,21
242:10,12 245:19
**timed** 62:22 64:19
64:24
**timeline** 34:6,8
35:14 59:16 60:13
60:24 69:15
165:12 184:15
211:3
**timelines** 182:24
**times** 27:18 50:16
81:21 129:19
139:13 163:4
**timing** 106:7
**Title** 118:21
**TJ** 5:18 6:3 7:6 9:6
9:10 10:5,9,22
12:2 14:17 16:2
17:20 18:6 19:24
20:6,8 21:15,22
22:14,14 23:19
24:21 25:6,7,13
26:19 27:7 28:15
28:17,22 29:16,23
29:24 31:2,4,16
31:22 32:9 33:13
33:17,21 34:2,3
34:22 35:5 36:20
37:10 38:4,11
41:1,17,21 44:5
44:20 47:8,17
48:2,5 49:23 50:1
52:2,2,8 54:24
55:7 56:18 61:18
65:23 68:1,9
69:11 70:15,18
74:8 76:10 77:5,9
78:23 79:5,9
80:24 81:7 82:13
85:4,6,10 87:3
89:19 90:3 93:9
93:21 95:2,4,11
96:15,23 99:18

100:9 101:12,19
101:22 102:12
103:12,13,16,21
103:22 104:6
105:8 107:10,19
107:22 108:11
109:4,19 110:12
110:15,24 111:5,6
111:22 114:4
116:10,18 118:15
119:2 120:18
121:13 123:22
124:3 128:4,9,14
130:5 141:1
142:21 143:1,8
154:20 155:8,18
162:9,9 166:15
168:10 170:11,24
173:12 176:9,11
179:15 181:5,17
184:23 185:8
187:4 188:9 189:4
190:14 192:20
193:15 194:5,8
196:4,24 198:24
199:5,14 200:11
204:10 207:3
215:21 222:4,13
222:19 223:2
234:18
**TJ's** 48:24 130:1
213:21
**TJ.11:37a** 8:16
**TJ.11:44a** 14:1
**TJ.11:58a** 25:16
**TJs** 196:7 213:2
**today** 68:8,12
109:23 150:4
154:5 165:23
185:12 204:18
**together.01:38p**
57:10
**toggling** 5:1
**told** 32:19,21 91:2
180:15 222:24
**tomorrow** 223:18

236:15 237:17
242:4 243:19
244:19
**tonight** 5:12 6:8,12
36:19 38:13 72:19
73:3 94:2,18
136:5 160:17
164:6,10,20
165:10 170:21
177:20 186:22
187:6 204:7
218:23 221:23
222:10 231:3
235:11 241:2
**tonight's** 165:24
**tonight.01:32p**
52:21
**tons** 118:6
**tool** 50:13
**top** 12:1 18:5 20:7
40:5 51:5 53:22
54:18,21 176:7
180:2,6 200:2,3,5
218:19 239:1
**topic** 131:5 218:8
**topics** 130:20
140:21
**total** 10:2 19:7
**totally** 81:9 242:16
**touch** 198:19
**touched** 136:23
**touchpoints** 42:15
**tough** 70:2
**tour** 21:18 34:11,12
67:20
**towards.12:32p**
51:6
**town** 37:6 141:13
193:15
**track** 113:11
135:19
**tracking** 113:3
**traditionally** 149:6
**training** 11:12,14
**trajectory** 33:13
**transcript** 247:4,17

**TRANSCRIPTI...**
1:8,13
**transforming** 49:22
**transition** 30:22
**translate** 29:13
**translated** 117:23
**translation** 117:21
**translations** 117:19
**transparency**
203:11
**transportation**
68:6
**trauma** 143:15
**treated** 240:23
**trend** 82:2 135:11
**trends** 171:23
**tried** 147:15 161:3
174:20,21
**tries** 41:18
**trip** 26:24
**trips** 119:2
**troubled** 169:1
**troubling** 169:10
**true** 37:21 60:16
135:20,22
**trust** 29:18 237:24
**truth** 176:24
**try** 46:24 60:10
123:4 151:1
159:23 163:4
175:22 187:18
191:16 243:24
**trying** 17:20 46:4,8
53:19 58:12 87:1
103:10 115:8
132:8,11,12 136:9
139:2 146:7 158:5
160:13 168:17
175:22 189:17
191:3 196:5
225:13 226:20
235:14 236:22
237:7,12,21
**TUESDAY** 1:9
**turn** 4:23 28:6
33:24 80:5 81:12

98:5 136:20
182:16 183:24
220:4
**turned** 232:3,4
**turning** 71:5
**turns** 33:22
**tutoring** 118:8
**twist** 118:2
**twisted** 232:3,4
**Twitter** 23:5 73:2
**two** 11:20 12:6
36:20 38:12 39:11
48:21 107:19
120:3 132:20
152:7 176:19
200:7 212:20
214:6,20 217:21
220:4 223:15
228:10 230:24
235:1,6 238:3,5
**two-part** 150:6
**two-pronged** 231:2
**two-tiered** 20:3
**type** 1:13 65:17,18
131:23 235:2
**types** 65:20 74:7
162:2
**typically** 40:6
72:12

---

**U**

**ultimately** 48:24
58:9 63:10 64:7
65:14,20 84:7
88:18,20 176:11
**umbrella** 70:23
**unanimous** 153:7
154:16 156:6
**unchanged** 16:9
17:17
**unclear** 148:18
158:4 182:3
228:22
**uncomfortable**
148:16 150:1
158:6,10 192:21



200:8
**unconscionable**
171:14
**understand** 22:13
39:24 46:18 95:10
105:11 106:4
116:11 162:10,17
179:16 184:19
188:13 208:4
222:23 235:24
237:11,20
**understanding**
63:11 95:18
102:17 141:11
149:2,21 189:19
227:24 231:13
**understands**
148:10
**understood** 173:7
223:1
**unexpected** 58:5
**unfortunate** 141:9
**unfortunately**
122:21
**unintended** 20:4
**union** 120:23
**unique** 7:7 8:24
24:20 25:12 70:13
101:4 125:20
143:6
**uniquenesses** 25:12
**universe** 42:13
**universities** 51:5
91:18 92:6 157:8
168:4 169:6
171:14 197:5
217:3
**University** 30:11
**unrepresented**
11:20
**upcoming** 27:20
94:22
**updated** 13:10
188:7
**upper** 30:23
**upping** 8:12

**us.11:18a** 2:6
**us.12:22p** 44:7
**usage** 155:8
**use** 86:16 88:21
98:11 101:6 119:1
120:22 132:24
137:22 140:5
158:4 165:7 171:3
**uses** 107:18
**usual** 95:14
**utilize** 156:22

―――――――
**V**
**vacuum** 69:5
**value** 168:4
**variables** 15:8
**variations** 119:20
**variety** 72:5 113:5
116:22 120:13
179:24
**various** 60:4 69:9
116:14 161:1
**VDOE** 130:6 196:7
**VDOE's** 130:10
**verify** 223:18
**Vernon** 167:16
**version** 190:15
**versus** 61:14
104:21 115:16
156:14,14 180:3
187:20 206:8
**veteran** 89:17
**vibrant** 30:1
**vice** 236:20 238:9
**video** 40:14 67:20
168:17
**VIDEO/AUDIO**
1:8
**view** 94:19,23 95:1
103:14
**views** 143:6
**Virginia** 3:19 27:1
38:6 51:15 54:4
169:15 185:6,15
204:11 213:3
**Virginia.12:01p**

28:20
**Virginia.12:31p**
50:3
**virtual** 21:17,18,21
23:21 24:16 25:18
34:11,12
**virtually** 77:4
**visible** 117:14
**vision** 7:14,15
**visit** 34:2
**visual** 24:22
**vote** 147:17,19
157:19 202:2
211:20 215:6
216:9 221:6,17
224:11 233:23
234:9 240:20
244:14
**voted** 4:17,19
185:11 214:20
244:11
**votes** 59:17
**voting** 147:23
211:18 214:3
215:12 218:1,2
223:5 235:10

―――――――
**W**
**wait** 83:15,18
182:19,22 209:23
**waited** 98:17
**waiting** 5:5 121:6
**walls** 116:10
**want** 6:7,14,18 8:19
9:4,16 11:5 14:6
18:24 20:12 24:21
24:24 25:4,6,8,10
25:14 26:17 29:18
34:2,3,5 37:4
38:22,24 39:12
40:1 42:12,14,20
44:6 45:22 47:5
57:11 58:7 61:23
69:15 70:5 73:17
74:4 80:13 83:1,1
89:15 91:13 92:3

93:20 103:6
104:19 105:17
109:13 110:7
128:3,9,11 131:10
136:8,19 139:21
140:15 144:2,3
146:1,12,24
147:17,22 151:7
154:23 156:17
157:18 160:17
161:15,21 162:15
163:19 164:4
165:17 171:20
172:9 175:20
177:21 178:11,12
178:14 179:2,9,24
180:1,13 181:2,6
183:2,11 186:10
186:14 187:3
190:9,10 191:19
193:5 194:22
195:1 196:17
197:21 198:19
199:1,2 201:23
206:11 209:17
212:20 220:21
221:21 222:6
223:10 225:23
230:9,20 231:6
232:6,15 233:3,22
234:7,16 235:20
235:21 236:16
238:1,23 243:7
**wanted** 35:19 119:6
157:15 159:18
163:9 173:10
180:21 191:18
215:3,5 216:16
218:1 223:1
225:18 227:23
235:24 236:3,19
238:13 240:14
**wanting** 61:17
148:2 199:18
205:10
**wants** 131:7 163:15

206:17 218:22
224:24 233:6
235:22 236:6
**wasn't** 15:18
187:20
**watching** 170:2
**way** 19:12 23:10
25:21 32:12 37:11
40:11 43:21 64:12
64:18 74:19 75:11
78:9 82:6,12
101:11,14 102:22
106:2 107:22
110:9 111:24
118:19 130:1
177:13 186:16
189:15 196:23
199:9,13 233:21
240:24
**ways** 10:19 31:7
73:14 79:7 105:14
107:19 115:5
173:13 193:4
**we'll** 5:1,22 9:14
11:21 14:10 15:15
21:12 35:15 38:17
42:5 43:14 44:18
72:1 77:6 94:1,10
145:6 160:5,9
216:5 221:6 241:2
**we're** 2:2 3:12 6:8
7:20 21:16 28:24
43:3 44:15 49:5
60:20 64:14 74:21
87:17,19 92:22
95:14 98:4,10
109:21 110:2,11
116:16 122:23
123:22 124:1,18
124:24 125:19
127:8 139:1
148:10 172:24
173:22 174:3
175:22 187:22
190:12 196:5
218:1,23 219:4



MAGNA ▶
LEGAL SERVICES

229:24 233:3
240:17 244:6
**we've** 8:20 11:12
29:7 42:8 43:7
45:1 53:6,10
54:10,11 61:13
62:9,12 71:4 72:4
77:2,23 82:3 87:4
87:17 88:3,12
93:10 94:5 97:9
100:18,18 111:9
113:9,13 119:18
120:3 123:2,12
124:22 125:4,5,10
125:11,15 129:18
134:18,18 135:9
146:5 148:8
159:18 162:8
164:10 165:9
167:23 169:22
170:13,15 173:3,7
173:19 176:6
182:4 190:3 193:2
193:3 198:15
202:1 220:18
225:21 240:9
241:14 245:15
**website** 23:4,22
130:10
**week** 61:9 75:24
76:6 80:20 222:18
231:8
**weigh** 15:2 74:5
**welcome** 181:11
**welcoming** 30:24
76:9
**well-documented**
172:8
**well.11:34a** 5:24
**well.11:38a** 9:3
**wellness** 30:6 33:11
75:20
**went** 12:22 13:6
57:5 119:7 138:6
138:9 201:9
227:24 229:1

**weren't** 54:19 75:7
240:2
**Weyanoke** 118:8
**whichever** 24:1
**whined** 78:21
**white** 7:22 129:3
139:15
**wholeheartedly**
46:11 239:9
**wide** 24:10
**William** 13:14
**willing** 142:9,14
165:2 167:2
176:20
**window** 184:1
**winter** 34:17,23
**wish** 141:17
**wok** 108:23
**Women** 118:3
**wonder** 89:14
113:24
**wonderful** 30:23
46:22
**wondering** 209:22
241:4
**word** 187:19 191:6
215:9
**work** 1:3,8 2:4 4:23
11:12 30:23 41:2
49:19 52:12 53:8
53:12 61:5 64:17
64:22 66:16 71:13
73:13 77:2 91:16
93:7 98:3 99:22
108:14 119:3
122:14 129:16
141:13 143:18
162:18,23 164:23
165:2 167:3
178:14 183:3,4
188:16 194:3
199:12 205:11
215:4 216:1
221:11 236:18,23
237:18 240:6
241:20

**worked** 71:11 72:4
92:21 122:15
128:21 134:1
167:3,13,13
227:17
**workers** 176:20
**working** 5:19 21:16
39:10,20 52:15
57:23 71:23 72:21
73:10,20 90:18
108:5 113:9 117:5
123:15,16 132:6
164:19 167:5
187:7 192:19
**workload** 30:15
**works** 21:8
**worksheet** 100:20
**world** 38:8 81:1
93:5 99:5 199:6
**worried** 235:4
**worse** 114:15
**worth** 66:8 70:5
125:14
**wouldn't** 42:18
56:22
**wrap** 31:14 36:5
197:19
**wraps** 103:1
**write** 63:6
**writers** 11:8
**writes** 62:17
**writing** 59:24 65:9
65:12 195:19
**wrong** 64:17
**wrote** 155:4

___

**X**

**X** 60:23

___

**Y**

**yeah** 12:15 65:24
71:24 80:11 92:19
107:5 133:21
155:6 182:12
184:9 190:21
191:8,21 216:24

217:9 234:10
239:17
**year** 32:17 36:7,10
44:18 50:10 52:22
53:1,4 56:9 60:19
62:10 69:6 75:22
91:11 92:1 98:24
101:5 112:12
114:7,21 131:19
138:13 148:7,9
166:22 170:3
178:6,13 182:11
182:14 209:12
210:4 212:2 220:9
235:20
**year-to-year**
113:12
**year.12:08p** 35:13
**yearly** 144:5
**years** 7:18 11:13
27:10 31:22 33:4
52:17 54:17 57:24
65:8 74:19 78:23
81:14,23 82:1
90:21,24 95:3
98:22 103:10
104:8 108:4 109:5
121:22 122:20
125:13 128:19,24
129:1,10 138:10
138:11 142:15,16
143:3 161:2
166:23 167:1
170:3,10 171:13
185:21 199:18
**years.11:46a** 16:5
**yes.11:19a** 3:3
**yield** 92:3 192:13
**you.01:38p** 57:7
**you.11:18a** 2:10,13
**you.12:03p** 30:21
**you.12:06p** 33:23
**you.12:30p** 49:13
**young** 60:4 129:17
**youth** 117:4

___

**Z**

___

**0**

___

**01:31p** 52:9,11,12
52:13,14,15,16,17
**01:32p** 52:18,19,20
52:22,23,24 53:1
53:2,3,4,5,6
**01:33p** 53:8,9,10,11
53:12,13,14,15,16
53:17,18,19,20,21
53:22,23,24 54:1
54:2
**01:34p** 54:3,4,5,6
**01:35p** 54:7,8,9,10
54:11,12,14,15,16
54:17,18,19,20,21
54:22,23,24 55:1
55:2,3,4,5,6
**01:36p** 55:7,8,9,10
55:11,12,13,14,15
55:16,17,18,19,20
55:21,22,24 56:1
56:2,3
**01:37p** 56:4,5,6,7,8
56:9,10,11,12,13
56:14,15,16,17,18
56:19,20,21,22,23
**01:38p** 57:1,2,3,4,5
57:9,11,12,13,14
57:15,16,17,18,19
57:20,21,22,23,24

___

**1**

**1** 63:18 96:5 97:12
97:23 118:21
**1,000** 129:2
**1,800** 32:3
**1.12:28p** 47:23
**1.5** 40:7
**10** 82:1 132:6 139:9
152:23
**100** 16:21 18:5,16
18:21 19:1,6 22:8
40:5 48:14,14
53:20 106:16



176:7 180:2,6
200:4 239:1
**100-student** 45:17
**11** 152:22 190:21
212:9 214:15
**11:18a** 2:1,2,3,4,5,7
2:8,11,12,15,16
2:19,21
**11:19a** 2:22,24 3:1
3:2,4,5,8,9,11,12
3:13,14,15
**11:20a** 3:16,17,18
3:19,20,21,22,23
3:24 4:1,2,3,4,6,7
**11:32a** 4:8,9,10,11
4:12
**11:33a** 4:13,14,15
4:16,17,18,19,20
4:21,22,23,24 5:1
5:2,3
**11:34a** 5:4,5,8,9,10
5:11,12,13,14,16
5:17,18,19,21,23
6:1,2
**11:35a** 6:3,4,6,7,8,9
6:10,11,12,13,14
6:15,17,18,19,20
6:21,22,23,24 7:1
7:2
**11:36a** 7:3,4,5,6,7,8
7:9,10,11,12,13
7:14,15,16,17,18
7:19,20,21,22
**11:37a** 7:23 8:1,2,3
8:4,5,6,7,8,10,11
8:12,13,14,15,17
**11:38a** 8:18,19,20
8:21,22,23,24 9:1
9:2,4,5,6,7,8,9,10
9:11,12,13
**11:39a** 9:14,16,17
9:18,19,20,21,22
9:23,24 10:2,4,5,6
10:7,8,9,10,11
**11:40a** 10:12,13,14
10:15,16,17,19,20

10:21,22,23,24
11:1,2,3,5,6,7
**11:41a** 11:8,9,10,11
11:12,13,14,15,17
11:18,19,20,21,22
11:24 12:1,2,3,4,5
**11:42** 235:6
**11:42a** 12:7,8,9,10
12:11,12,14,15,16
12:17,18,19,20,21
12:22,23,24 13:1
13:2
**11:43a** 13:3,4,5,6,7
13:8,9,10,11,12
13:13,14,15,16,17
13:18,19,20,21,22
13:23,24
**11:44a** 14:2,4,5,6,7
14:8,9,10,11,12
14:13,14,15,16,17
14:18,19,20
**11:45a** 14:21,22,23
14:24 15:1,2,3,4,5
15:6,7,8,9,10,11
15:12,14,15,16,17
15:18,19
**11:46a** 15:20,21,22
15:23,24 16:1,2,3
16:4,6,7,8,9,10,11
16:12,13,14
**11:47a** 16:15,16,17
16:18,19,20,22,23
16:24 17:1,2,3,4,5
17:6,7,8,9
**11:49a** 17:11,12
**11:50a** 17:13,14,16
17:17,18,19,20,21
17:22,23,24 18:1
18:2,3,4,5,6,7
**11:51a** 18:8,9,11,12
18:13,14,15,16,17
18:18,19,20,21,23
18:24 19:1,2,3,5
**11:52a** 19:6,7,8,9
19:10,11,12,13,14
19:15,17,18,19,20

19:21,22,23,24
**11:53** 245:21
**11:53a** 20:2,3,4,5,6
20:7,8,9,10,12,13
20:14,17,18,19
**11:54a** 20:20,21,22
20:23,24 21:1,2,3
21:4,5,6,7,9,10,11
21:12,13,14,15,16
21:17,18
**11:55a** 21:19,20,21
21:22,23,24 22:1
22:3,5,6,7,8,9,10
22:11,12,13,14,15
22:16,17
**11:56a** 22:18,19,20
22:21,22,23,24
23:1,2,3,4,5,6,7,8
23:9,10,12,14,15
23:16,17,18,19
**11:57a** 23:20,21,22
23:23,24 24:1,2,3
24:4,5,6,7,8,9,10
24:11,12,14,16,17
24:18,19,20
**11:58a** 24:21,22,23
24:24 25:1,2,3,4,5
25:6,7,8,9,10,11
25:12,13,14,15,17
25:18
**11:59a** 25:19,20,21
25:22,23,24 26:1
26:2,3,4,6,7,8,10
26:11,12,13,14,15
26:16,17,18
**119** 79:5
**12** 172:14 203:1,2,4
203:22
**12:00p** 26:19,21,22
26:23,24 27:1,2,3
27:5,6,7,8,9,10,11
27:12,13,14,16,17
27:18,19
**12:01p** 27:20,21,22
27:23,24 28:1,2,3
28:5,6,8,10,12,13

28:14,15,16,17,18
28:19,21,22
**12:02p** 28:23,24
29:1,2,3,4,6,7,8,9
29:10,11,12,13,14
29:15,16,17,18,19
29:20,22,23
**12:03p** 29:24 30:1,2
30:4,5,6,7,8,9,10
30:11,12,14,15,16
30:17,18,19,20,22
30:23
**12:04p** 30:24 31:1,2
31:3,4,6,7,8,9,11
31:13,14,15,16,17
31:18,19,20,21,22
31:23
**12:05p** 31:24 32:1,2
32:3,4,5,6,8,9,10
32:11,12,13,14,15
32:16,17,18,19,20
32:21,22,23,24
**12:06p** 33:1,2,3,4,5
33:6,7,8,9,10,11
33:13,14,15,16,17
33:18,19,20,22,24
**12:07p** 34:2,3,5,6,7
34:8,9,10,11,12
34:13,14,15,16,17
34:18,19,20,21,22
34:23,24
**12:08p** 35:2,3,4,5,6
35:7,9,10,11,12
35:14,15,16,18,19
35:20,21,22,23,24
36:1
**12:09p** 36:3,5,6,7,8
36:9,10,11,12,13
36:14,16,17,18,19
36:20,21,22
**12:10p** 36:23,24
37:1,2,4,5,6,7,8,9
37:10,11,12,13,14
37:15,16,17,18
**12:11p** 37:20,21,22
37:23,24 38:2,3,4

38:5,6,7,8,9,10,11
38:12,13
**12:12p** 38:14,15,17
38:18,20,21,22,23
38:24 39:2,3,4,5,6
39:9,10
**12:16p** 39:12,13,14
39:15,17,18,19,20
**12:17p** 39:21,22,23
39:24 40:1,2,3,4,5
40:6,7,8,9,10,11
40:12,13,14
**12:18p** 40:16,17,18
40:19,20,21,22,23
40:24 41:1,2,3,4,5
41:6,7,8,9,10,11
**12:19p** 41:13,14,15
41:16,17,18,19,20
41:21,22,23,24
42:2
**12:20p** 42:3,4,5,6,7
42:8,9,10,11,12
42:13,14,15
**12:21p** 42:16,17,18
42:20,21,22,23,24
43:1,3,4,5,6,7,8,9
43:10,11,12,13,14
43:15
**12:22p** 43:16,17,18
43:19,21,22,23,24
44:1,2,3,4,5,6,8,9
44:10,12,13
**12:23p** 44:14,15,17
44:18,19,20,21,22
44:23,24 45:1,2,3
45:4,5,7,8,9,10
**12:24p** 45:11,12,13
45:14,15,16,17,18
45:19,20,22,23
**12:26p** 45:24 46:1,3
46:4,5,6,7,8,9
**12:27p** 46:10,11,12
46:13,14,15,16,17
46:18,19,20,21,22
46:24 47:1,3,5,6
**12:28p** 47:7,8,9,10



47:11,12,14,15,16
47:17,18,19,20,21
47:22,24 48:1,2,3
**12:29p** 48:4,5,6,7,8
48:9,10,11,12,13
48:14,15,16,17,18
48:19,21,22
**12:30p** 48:23,24
49:1,3,4,5,6,8,9
49:10,12,14,17,18
49:19,20,21,22,23
49:24
**12:31p** 50:1,2,4,5,6
50:7,8,9,10,12,13
50:14,15,16,17,18
50:19,20
**12:32p** 50:21,22,23
50:24 51:1,2,3,4,5
51:7,8,9,10,11,12
51:13
**12:33p** 51:14,15,17
51:18,19,20,21,22
51:24 52:1,2,3,4,5
52:6,7,8
**123** 129:3
**12th** 60:15 61:2
146:18 164:8
170:22 182:14
204:14 206:2
220:16 221:5,7,8
223:14,21
**132** 79:4
**13th** 90:2
**14** 178:6
**147** 129:4
**15** 125:13 132:6
**150** 19:16
**15th** 8:6
**19** 54:1
**1985** 7:6,14

**2**

**2** 13:4
**2,185** 96:17
**2.2-3712D** 3:18
**20** 16:13 45:18

53:23 54:1 90:24
**20-year** 132:9
169:3
**200** 63:12
**2000** 161:5
**2000s** 121:11
**2004** 121:23
**2012** 89:21
**2013** 90:2
**2015** 138:15
**2016** 129:20
**2019** 138:14
**2020** 1:5,9 3:22
138:14
**2021** 198:13 211:4
**2021/2022** 234:19
**2025** 33:15 209:12
211:3
**21st** 15:1
**25** 86:19

**3**

**3** 132:1
**3.0** 8:12 134:1
**3.5** 8:13 9:19 96:4
97:12 129:5
132:18 133:15,16
137:19,23 138:2,5
138:8 140:4 173:2
**30** 10:3 13:15,18
52:17 75:3 87:8
88:20 171:13
191:5
**34** 120:17
**35** 86:19
**350** 13:9 19:14
**3s** 173:3

**4**

**4** 173:2 202:2,6
203:13 228:14
**40** 171:13
**400** 16:16
**470** 84:17
**480** 83:10,12,13,22
83:23 96:13

**5**

**5** 132:1 210:22
**5:00** 236:15
**50** 86:17 155:10
**500** 52:4 83:3,4,13
84:15 176:18
177:22
**550** 52:5
**575** 129:2

**6**

**6** 1:9
**6th** 1:5 3:21

**7**

**7** 147:16 172:15
**7:25** 2:2
**70** 10:2 12:21 13:15
13:16 18:15 87:7
87:12 88:19
119:24
**70/30** 14:18 18:2
87:5
**75** 85:8

**8**

**8** 172:15
**84** 52:1 79:5
**8th** 35:20

**9**

**9** 159:9
**9:00** 244:24
**95** 22:7

