# Exhibit 25

**From:** Helen Miller <cerbycat2000@yahoo.com>
**Sent:** Thursday, October 08, 2020 5:24 PM EDT
**To:** evtholen@fcps.edu <evtholen@fcps.edu>; aomeish@fcps.edu <aomeish@fcps.edu>; kakeysgamarr@fcps.edu <kakeysgamarr@fcps.edu>; rsizemorehei@fcps.edu <rsizemorehei@fcps.edu>; momclaughlin@fcps.edu <momclaughlin@fcps.edu>; mkmeren@fcps.edu <mkmeren@fcps.edu>; tderenakkauf@fcps.edu <tderenakkauf@fcps.edu>; rjanderson@fcps.edu <rjanderson@fcps.edu>; klcorbettsan@fcps.edu <klcorbettsan@fcps.edu>; kvfrisch@fcps.edu <kvfrisch@fcps.edu>; lhcohen@fcps.edu <lhcohen@fcps.edu>; sgpekarsky@fcps.edu <sgpekarsky@fcps.edu>; suptbrabrand@fcps.edu <suptbrabrand@fcps.edu>; Ann N. Bonitatibus <anbonitatibu@fcps.edu>; atif.qarni@governor.virginia.gov <atif.qarni@governor.virginia.gov>; tjcomments@fcps.edu <tjcomments@fcps.edu>
**CC:** Coalition for TJ <coalitionfortj@gmail.com>; cheryl.austin@fcps.edu <cheryl.austin@fcps.edu>; barb.gibbs@fcps.edu <barb.gibbs@fcps.edu>; cristy.coffey@fcps.edu <cristy.coffey@fcps.edu>; emma.heisey@fcps.edu <emma.heisey@fcps.edu>; stephanie.sheridan@fcps.edu <stephanie.sheridan@fcps.edu>; lisa.madeja@fcps.edu <lisa.madeja@fcps.edu>; wendy.biliter@fcps.edu <wendy.biliter@fcps.edu>
**Subject:** BREAKING NEWS: Coalition for TJ Data Team finds that increasing the GPA from 3.0 to 3.5 is maliciously eliminating more Black and Hispanic students

Dear FCPS School Board Members, Superintendent Brabrand, Dr. Bonitatibus, and Secretary Qarni:

While it has been obvious to me that both Merit Lottery proposals have many flaws, our Data Team of parent volunteers has uncovered egregious issues in their latest analysis, just released. Through a FOIA request, they were able to analyze admissions data for the TJ Class of 2010 applicant pool by race and GPA. What they found is astonishing:

- Dr. Brabrand's stated purpose of raising the GPA requirement from 3.0 to 3.5 is to ensure the merit of qualified applicants. However, on 10-6-2020, Dr. Brabrand admitted that his staff did not study the racial demographics within Fairfax County to determine who would qualify for the Merit Lottery, i.e., those students, by race, that have a GPA of 3.5 or more.

- Data collected from the TJ Class of 2010 reveals that the average GPA for Black applicants to TJ was 3.33, and for Hispanic applicants 3.48. The average GPAs for White students (the largest demographic in the county) is 3.63 and for Asian students 3.66. **The 'revised' requirement for a GPA of 3.5 will deprive qualified Black and Hispanic students of admission to TJ.**

- The current lottery proposal, with its gerrymandered districts, and arbitrary requirements, would make the White demographic the largest of all applicant pools across all pathway regions, promoting segregation, and denying opportunity to Black and Hispanic students in AAP centers in the Northern region of the county, which we are certain Dr. Brabrand could not really intend.

- Source: http://www.fcag.org/documents/tj/Admissions_Data_2010.xls

-

Defendant's Exhibit 47

http://www.fcag.org/tjstatistics.shtml Class of 2010

This analysis shows that the Emperor has no clothes, and the hasty, ill-conceived nature of this whole "Merit Lottery" excercise.  You should **SLOW DOWN** the process, allow for community input, and conduct a true analysis of how any proposal would impact admissions at TJ before enacting any changes in the process.

Most importantly, you are playing a dangerous game with our students. They should not be subjected to social engineering experiments such as this exercise.

Yours in increasing displeasure,

Helen Bowman Miller
McLean, VA