# Exhibit 27

| | |
|---|---|
| **Message** | |
| **From:** | Fowler, Julie P. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DBA8F0FE44024C57B820F95BCF36B15A-FOWLER, JUL] |
| **Sent:** | 10/9/2020 6:20:56 PM |
| **To:** | Kneale, Marcy G [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fd243ed22ecf46fb83388dbf23f8ef94-Kneale, Mar] |
| **CC:** | Smith, Marty K. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9b3c2c491ce64b00ae90e8b694fa324a-Smith, Mart]; Shughart, Jeremy A [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=77ed93a9176e4058a2847967265e7289-Shughart, J]; Skahen, Tracey [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fdc4fd1e704f4b55b504c73045c2b420-Skahen, Tra] |
| **Subject:** | Brabrand Briefing |
| **Attachments:** | AYGS Diversity Goals and Report Final.pdf |

Marcy, here is the Brabrand Briefing for the TJ report.

*In last night's School Board meeting, I shared the diversity goals for the required Governor's School Diversity Goals and Report, which will be submitted to the state. I have incorporated our discussion into the final report. This report is in line with other Governor's schools reports. As discussed, the entire report is attached.*


Julie Fowler
Manager of Business Operations
Chief Operating Office
571-279-1264

Defendant's Exhibit
48
exhibitsticker.com

FCSB-TJ000007843

10/9/2020

# Academic Year Governor's School Diversity Goals and Report
Submitted in accordance with FY2021 Budget Item 145,C-27, i

| School Information | |
|---|---|
| **Governor's School Name** | Thomas Jefferson High School for Science and Technology (TJHSST) |
| **School Address** | 6560 Braddock Road<br>Alexandria, VA 22312 |
| **School Phone Number** | 703-750-8300 |
| **Director** | Dr. Ann Bonitatibus |
| **Participating School Districts** | Counties of Fairfax, Arlington, Loudoun, Prince William and the City of Falls Church |

## Primary Diversity Goal(s)

Thomas Jefferson High School for Science and Technology (TJHSST) recognizes the importance of preparing future leaders in science, technology, engineering, and mathematics to address future complex societal and ethical issues. Diversity of the student body and staff enhances the robust exchange of ideas and is an important factor in developing leaders who will be prepared to address future scientific and technological challenges. Diversity is broadly defined to include a wide variety of factors; such as race, ethnicity, gender, English Language Learners (ELLs), geography, socioeconomic status, prior school and cultural experiences, and other unique skills and experiences.

TJHSST's long-term diversity goal is to increase the broad diversity that represents all participating jurisdictions. The short-term primary goal is to achieve a student population at TJHSST who have demonstrated exceptional achievement, aptitude, commitment, intellectual curiosity, passion, and creativity in science, technology, engineering and mathematics that is representative of the applicant population, with additional emphasis to increase the number of students in historically underrepresented groups applying to TJHSST.

10/9/2020

## Plan for Progress toward Diversity Goal(s)

Beginning in 2020-21, TJHSST Admissions will remove the application fee for all applicants. Eliminating the application fee removes a potential barrier for students facing economic hardship. Additionally, the admissions process will no longer include assessments (currently Quant-Q, ACT Aspire Reading & Science). The removal of the admissions exam eliminates another barrier for students of merit who could access the opportunities provided by TJHSST.

The FCPS School Board and Leadership will continue to work on developing plan for a revised admissions process that focuses on increasing diversity throughout the fall of 2020 to be implemented with the current admissions process which places a class of students who have demonstrated exceptional achievement, aptitude, commitment, intellectual curiosity, passion, and creativity in science, technology, engineering, and mathematics in the fall of 2021. Additionally, increasing enrollment to better align with program capacity will allow more students to take advantage of the school's educational opportunities.

TJHSST Admissions conducts outreach initiatives to a wide range of students. Outreach initiatives are designed to provide students with information about TJHSST as a high school option and to describe its unique STEM experiences. The Office of Admissions provides enrichment activities to students from underrepresented schools such as STEM field trips, after-school and summer enrichment programming, family engagement activities and newsletters. The short-term goal is to provide information about TJHSST as a high school option and to increase student interest and applications to TJHSST. Another short-term goal is to attract economically disadvantaged students by expanding outreach in Title I schools. The long-term goals are to encourage underrepresented students to consider TJHSST as a viable option for their high school experience and to provide extra opportunities for math and science exploration.

TJHSST Admissions Outreach focus is to increase the number of students who apply to and are admitted to TJHSST from historically underrepresented schools and underrepresented students. There are three objectives to meet this goal:

- To excite and engage students in learning about STEM and TJHSST;
- To introduce them to STEM connected careers; and
- To encourage students to apply to TJHSST.

10/9/2020

Additional strategies include:

- Admissions presentations designed to provide information to eligible students and their families about school programs and offers, admissions processes, and important dates and deadlines.

- Recruitment communications to target eligible students and encourage them to apply to TJHSST.

- A virtual open house showcasing the school and its facilities along with video interviews with admissions, administration, faculty and students.

- Student-to-student interactions (clubs, social media, student organizations) to engage newly accepted students.

- Staff-to-student interactions to welcome and engage new and potential students.

- Professional development opportunities for staff to continue to expand their knowledge of social emotional learning and differentiated instruction.

- Increase STEM opportunities for younger students by expanding access to advanced curriculum in elementary schools and implementing other recommendations from the review of advanced academic programs.

- Collaborate with community stakeholder groups to gather input on outreach efforts.

## Current Practices for Screening and Admission of Students

During 2019-2020, the application practice for Thomas Jefferson High School for Science and Technology (TJHSST) is consistent for all students seeking application to TJHSST. Students need to meet minimum application requirements; meet the residency requirements of the participating jurisdictions, be enrolled in 8th grade, maintain a 3.0 GPA (in core academic courses) and be minimally enrolled in Algebra I. For students, meeting the minimum application requirements; they will complete an application. The next step of the application is the admissions testing. The admissions exam(s) consist of a quantitative reasoning (math), reading and science batteries. The exams used are the Quant-Q (math), ACT Aspire Reading and Science (Early High School edition). Students are required to meet minimum national percentile ranks in conjunction with a 3.0 GPA to be considered a semifinalist. For semifinalist students, they will have two teacher recommendations submitted and completed a proctored Student Information

10/9/2020

Sheet (SIS) and problem-solving essay. The final evaluation of the student's application is completed by a holistic review. This review evaluates the strength of the student's application (teacher recommendations, SIS, essay, percentile ranks & GPA) holistically. Approximately, 480 students are offered admission with a smaller number of students placed into a wait pool.

### Racial/Ethnic and Socioeconomic Make-Up of 2019-2020 Student Body by Percentage

| Sub-Group | AYGS Total | FCPS | ACPS | LCPS | PWCS | FCCPS |
|---|---|---|---|---|---|---|
| American Indian/ Alaska Native | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Asian | 71.5% | 72.0% | 13.7% | 89.8% | 56.0% | 28.6% |
| Black, not of Hispanic origin | 1.7% | 1.4% | 5.5% | 0.0% | 10.7% | 0.0% |
| Hispanic | 2.6% | 2.6% | 5.5% | 1.5% | 2.7% | 14.3% |
| Native Hawaiian or Pacific Islander | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Two or more races | 4.7% | 4.5% | 11.0% | 2.2% | 9.4% | 28.6% |
| White, not of Hispanic origin | 19.5% | 19.5% | 64.4% | 6.6% | 21.3% | 28.6% |
| Economically Disadvantaged | 2.4% | 2.5% | 0.0% | 1.1% | 6.7% | 0.0% |

### Racial/Ethnic and Socioeconomic Make-Up of 2019-2020 Applicants by Percentage

| Sub-Group | AYGS Total | FCPS | ACPS | LCPS | PWCS | FCCPS |
|---|---|---|---|---|---|---|
| American Indian/ Alaska Native | 0.3% | 0.2% | 0.3% | 0.5% | 0.0% | 10.0% |
| Asian | 55.9% | 54.8% | 56.0% | 84.4% | 31.2% | 30.0% |
| Black, not of Hispanic origin | 6.5% | 6.3% | 6.3% | 1.4% | 18.6% | 0.0% |
| Hispanic | 8.1% | 8.3% | 8.2% | 3.4% | 15.4% | 0.0% |
| Native Hawaiian or Pacific Islander | 0.2% | 0.1% | 0.2% | 0.2% | 0.9% | 0.0% |
| Two or more races | 5.4% | 5.6% | 5.6% | 3.0% | 4.5% | 0.0% |
| White, not of Hispanic origin | 23.6% | 24.6% | 23.4% | 6.9% | 29.4% | 60.0% |
| Economically Disadvantaged | 9.6% | 10.0% | 9.6% | 2.1% | 22.6% | 0.0% |

10/9/2020

| Racial/Ethnic and Socioeconomic Make-Up of Current AYGS Faculty by Percentage ||
|---|---|
| Sub-Group | Faculty Percentage |
| American Indian/ Alaska Native | 0.0% |
| Asian | 10.69% |
| Black, not of Hispanic origin | 4.58% |
| Hispanic | 1.53% |
| Native Hawaiian or Pacific Islander | 0.0% |
| Two or more races | 3.05% |
| White, not of Hispanic origin | 80.15% |

*Text from Budget Bill:*
Each Academic Year Governor's School shall set diversity goals for its student body and faculty, and develop a plan to meet said goals in collaboration with community partners at public meetings. Each school shall submit a report to the Governor by October 1 of each year on its goals and status of implementing its plan. The report shall include, but not be limited to the following: utilization of universal screenings in feeder divisions; admission processes in place or under consideration that promote access for historically underserved students; and outreach and communication efforts deployed to recruit historically underserved students. The report shall include the racial/ethnic make-up and socioeconomic diversity of its students, faculty, and applicants.

FCSB-TJ000007848