IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| COALITION FOR TJ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 1:21-cv-00296-CMH-JFA |
| | ) |
| FAIRFAX COUNTY SCHOOL BOARD, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S NOTICE OF SUBMISSION OF CORRECTED EXHIBITS 30-43 TO ITS BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that Defendant Fairfax County School Board, by counsel, hereby submits Corrected Exhibits 30 through 43 to its Brief in Support of Motion for Summary Judgment (Dkt. 111), which have been corrected to include slipsheets for all exhibits and substitute full-page transcripts for the condensed transcripts that were previously filed.

Respectfully submitted,

FAIRFAX COUNTY SCHOOL BOARD

By: _____/s/_____
Sona Rewari (VSB No. 47327)
Daniel Stefany (VSB No. 91093)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
srewari@HuntonAK.com
dstefany@HuntonAK.com

Trevor S. Cox (VSB No. 78396)
HUNTON ANDREWS KURTH LLP
951 E. Byrd Street
Richmond, VA 23219
Telephone: (804) 788-7221

Facsimile: (804) 788-8218
tcox@HuntonAK.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2021, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

By: /s/
Sona Rewari (VSB No. 47327)