# Exhibit 33

| | |
|---|---|
| Message | |
| From: | Brabrand, Scott S [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F83E4830B34F424397D87919F381F30C-BRABRAND, S] |
| Sent: | 12/7/2020 3:16:19 PM |
| To: | Ritenour, Tracy M [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1dae0047d73646c1bf1a7b2a7c143696-Ritenour, T] |
| Subject: | Fwd: [External] Legislation regarding Governor's Schools |

Please print

Sent from my iPhone

**From:** Qarni, Atif <atif.qarni@governor.virginia.gov>
**Sent:** Monday, December 7, 2020 8:18:44 AM
**To:** Brabrand, Scott S <ssbrabrand@fcps.edu>; Anderson, Ricardy J (School Board Member) <rjanderson@fcps.edu>
**Cc:** Tori Noles <victoria.noles@governor.virginia.gov>
**Subject:** [External] Legislation regarding Governor's Schools

Dear Dr. Brabrand and Chair Anderson,

Thank you for submitting the DEI report on October 9th. We appreciate your leadership and commitment to ensuring all our Governor's schools are inclusive, diverse, and equitable spaces. We appreciate the level of detail and thoughtfulness you put into the report for Thomas Jefferson High School for Science and Technology. Like you we are focused on redefining merit, looking at the whole student in admissions processes, creating diverse learning spaces which equip students to meaningfully engage with people of different backgrounds and socioeconomic statuses-a skill that is key to success in the 21st century workforce. I want to notify you that Governor Northam will move forward with a legislation to codify a partnership between Governor's schools and the state in implementing diversity plans with all the 19 Governor's schools, piloting an admissions policy to modernize and improve the process at Thomas Jefferson and Maggie Walker High Schools, and establish a governance structure through Virginia Board of Education promulgating regulations for all the 19 Governor's schools.

Please feel free to notify your board and your constituents. If you have any questions, please do not hesitate to reach out.

Best Wishes,
Atif Qarni
Secretary of Education
Commonwealth of Virginia

Defendant's Exhibit

65

FCSB-TJ000022283