# Exhibit 34

Page 1

In Re:

Fairfax County School Board                00:00:00

- - -

Audio Transcription of

Fairfax County School Board Meeting
00:00:04
December 7, 2020
00:00:09

Transcribed By: Maureen Cunningham Brzycki  00:00:13

MAGNA LEGAL SERVICES



Page 2

```
 1        DR. ANDERSON:  Ms. Mulburg?  Can        00:00:22
 2   anybody hear me?                             00:00:45
 3        FEMALE SPEAKER:  Yes.  We can           00:00:47
 4   hear you.                                    00:00:47
 5        DR. ANDERSON:  (Inaudible).
 6        FEMALE SPEAKER:  (Inaudible) on         00:00:51
 7   their way.                                   00:00:52
 8        DR. ANDERSON:  While you get            00:00:53
 9   Studio ready, I'll just do role call,        00:00:54
10   just to be sure that we have everybody       00:00:56
11   and mics are operational.                    00:00:57
12           Ms. McLaughlin?                      00:01:00
13        MS. MCLAUGHLIN:  Here.                  00:01:05
14        DR. ANDERSON:  Ms. Meren?               00:01:06
15        MS. MEREN:  Here.                       00:01:10
16        DR. ANDERSON:  Ms. Sizemore             00:01:10
17   Heizer.                                      00:01:13
18        MS. SIZEMORE HEIZER:  I'm here.         00:01:15
19        DR. ANDERSON:  Ms. Tholen?              00:01:17
20        MS. THOLEN:  I'm here.  Thank           00:01:19
21   you.                                         00:01:21
22        DR. ANDERSON:  Ms. Derenak              00:01:21
23   Kaufax?  Ms. Keys-Gamarra?                   00:01:33
24        MS. KEYS-GAMARRA:  I'm here.            00:01:38
```



Page 3

```
 1         DR. ANDERSON:  Ms. Corbett          00:01:38
 2    Sanders?                                  00:01:42
 3             Ms. McLaughlin, would you        00:01:45
 4    mind turning off your microphone,         00:01:46
 5    please?                                   00:01:50
 6         MS. MCLAUGHLIN:  My apologies.       00:01:51
 7         DR. ANDERSON:  Ms. Pekarsky?         00:01:52
 8         MS. PEKARSKY:  Good afternoon.       00:01:55
 9         DR. ANDERSON:  Ms. Omeish?           00:01:57
10         MS. OMEISH: Hello.  Here.            00:01:59
11         DR. ANDERSON:  Mr. Frisch?           00:02:01
12         MR. FRISCH:  Present.                00:02:04
13         DR. ANDERSON:  Ms. Derenak Kaufax    00:02:06
14    and Ms. Corbett Sanders are not with us   00:02:12
15    just yet.                                 00:02:16
16         MS. COHEN:  Dr. Anderson, I          00:02:18
17    didn't hear you call Cohen.  I'm sorry    00:02:19
18    if I missed it.                           00:02:21
19         DR. ANDERSON:  No, you did not.      00:02:23
20    I skipped your name.  I apologize,        00:02:25
21    Ms. Cohen.  Are you present?  Are you     00:02:26
22    with us?                                  00:02:28
23         MS. COHEN:  Well, those are two      00:02:30
24    different things.  But yes, ma'am.  I     00:02:31
```



Page 4

```
 1  am here.                              00:02:34
 2      DR. ANDERSON:  Okay.             00:02:35
 3          So long as we have your     00:02:36
 4  body.  Your spirit maybe later on.   00:02:37
 5          Okay.  I think we're waiting 00:02:40
 6  for two more that we do not have at  00:02:41
 7  this time, but we're going to rock and 00:02:43
 8  roll and move ahead if Studio is with 00:02:46
 9  us.  Can you confirm, Ms. Mulburg?    00:02:48
10      MS. MULBURG:  Studio is with us.  00:02:52
11      DR. ANDERSON:  Okay.             00:02:53
12          Studio is with us.  We do    00:02:54
13  have to certify close and act upon an 00:02:57
14  action that took place in close.      00:03:01
15          Ms. Mulburg, can you         00:03:03
16  identify first on this, certification 00:03:05
17  of close or the action?              00:03:07
18      MS. MULBURG:  Certification.     00:03:10
19      DR. ANDERSON:  So we will start  00:03:12
20  there.  Thank you.                   00:03:13
21          In order complied with?      00:03:14
22  Section 2.2-3712D of the code of     00:03:16
23  Virginia, it is necessary for the board 00:03:19
24  to certify that since the Fairfax    00:03:21
```



Page 5

```
 1    County School Board convene a closed      00:03:23
 2    meeting on December 7, 2020, to the       00:03:25
 3    best of each member's knowledge, only     00:03:28
 4    public business matters lawfully exempt   00:03:30
 5    from open meeting requirements            00:03:32
 6    (inaudible).  And only such public        00:03:38
 7    business matters as were identified in    00:03:39
 8    the motion convening the closed meeting   00:03:42
 9    were heard, discussed, or considered by   00:03:44
10    the board during the closed meeting.      00:03:46
11    That is being moved by Ms. Omeish and     00:03:49
12    seconded by -- seconded by Mr. Frisch.    00:03:51
13            All in favor?  We have Ms.        00:03:56
14    Omeish, Mr. Frisch, Ms. McLaughlin, Ms.   00:03:59
15    Cohen, Ms. Sizemore Heizer, Ms. Meren,    00:04:02
16    Ms. Tholen, Ms. Derenak Kaufax -- Ms.     00:04:05
17    Derenak Kaufax, can you also test your    00:04:08
18    mic since I'm here with you?              00:04:10
19        MS. DERENAK KAUFAX:  Good             00:04:12
20    afternoon.                                00:04:13
21        DR. ANDERSON:  Thank you.             00:04:14
22            Ms. Keys-Gamarra, and Ms.         00:04:15
23    Pekarsky and myself.  And that would be   00:04:16
24    11.  With Ms. Corbett Sanders away from   00:04:19
```



Page 6

```
 1   the table.  I see she's just joined.       00:04:22
 2   Ms. Corbett Sanders, would you test         00:04:26
 3   your mic, please?                           00:04:27
 4        MS. CORBETT SANDERS:  I'm here.        00:04:29
 5        DR. ANDERSON:  And do we want --        00:04:30
 6   would you like to be added to the vote      00:04:32
 7   certifying closed?                          00:04:34
 8        MALE SPEAKER:  You can add me to       00:04:36
 9   your vote, positive.                        00:04:37
10        DR. ANDERSON:  Okay.                    00:04:39
11             So -- that would be 12.  Now      00:04:39
12   we will move to certify action that was     00:04:42
13   taken in -- in a closed meeting on          00:04:44
14   Friday, December 4th.                       00:04:47
15             I will look for Mr. O --          00:04:49
16   Mr. Frisch for the motion.                  00:04:51
17        MR. SMITH:  Thank you, Madame          00:04:54
18   Chair.  I move that the chairman of the     00:04:55
19   school board be authorized to execute       00:04:57
20   on behalf of the board the contract for     00:05:00
21   the chief operating officer as              00:05:02
22   discussed in closed meeting.                00:05:03
23        DR. ANDERSON:  And this motion is       00:05:06
24   seconded by Ms. Omeish?                      00:05:07
```



Page 7

```
 1         MS. OMEISH:  Yeah.                    00:05:12
 2         DR. ANDERSON:  Thank you.             00:05:13
 3              All in favor of the motion,      00:05:14
 4    which is I move that the chairman of       00:05:17
 5    the school board be authorized to          00:05:18
 6    execute on behalf of the board chief       00:05:19
 7    operating officer, as this was in the      00:05:22
 8    closed meeting.                            00:05:24
 9              Please raise your hands at       00:05:25
10    this time.  We have Mr. Frisch, we have    00:05:26
11    myself, we have Ms. Omeish, we have Ms.    00:05:29
12    Meren, we have Ms. Tholen, Ms. Sizemore    00:05:32
13    Heizer, Ms. Cohen, and that is seven.      00:05:34
14              All against?  All opposing       00:05:48
15    the motion?  Seeing none.  All             00:05:49
16    abstaining?  We have Ms. Keys-Gamarra,     00:05:51
17    Ms. McLaughlin, Ms. Derenak Kaufax, and    00:05:57
18    Ms. Corbett Sanders.                       00:05:59
19              I did not record a vote for      00:06:01
20    Ms. Pekarsky.                              00:06:03
21         MS. PEKARSKY:  I'm sorry.  I was      00:06:05
22    kicked out.  You can put me -- sorry.      00:06:08
23    I'm the first -- first vote.  Thank        00:06:09
24    you.                                       00:06:12
```



Page 8

```
 1          DR. ANDERSON:  Thank you.              00:06:13
 2              So we have eight in favor of       00:06:14
 3     the motion and four against the motion.     00:06:16
 4     It will carry.                              00:06:19
 5          FEMALE SPEAKER:  Four abstaining.      00:06:22
 6          DR. ANDERSON:  Oh, I'm sorry.          00:06:23
 7     I'm so sorry.  We have eight in favor       00:06:26
 8     of the motion and four abstaining.          00:06:30
 9     Zero against.  I apologize.  I will         00:06:33
10     make sure I say it once more for the        00:06:35
11     viewing public.  We have eight in favor     00:06:38
12     of the motion and four abstentions.         00:06:40
13     Thank you so much everyone.  I'm just       00:06:44
14     so accustomed to that one two.  I made      00:06:46
15     an error there.                             00:06:48
16              At this time it is 2:06.           00:06:49
17     We're going to turn over the meeting to     00:06:51
18     our managers, Mr. Frisch and Ms. Omeish     00:06:53
19     of the work session.                        00:06:57
20              So Mr. Frisch and Ms.              00:06:59
21     Omeish, please take it away.  I know        00:07:00
22     you have some things to set up for us.      00:07:01
23          MS. OMEISH:  Thank you,                00:07:04
24     Dr. Anderson.                               00:07:05
```



Page 9

```
 1                    All right, folks.  So just a      00:07:06
 2    reminder, keeping our eye on time here,           00:07:09
 3    given we were scheduled to start at               00:07:11
 4    one, I would encourage everyone to plan           00:07:13
 5    for that additional hour, so we will              00:07:15
 6    likely be concluding, I hope at five.             00:07:17
 7    It looks like closer to 5:15 given                00:07:20
 8    where we are.  We're going to be                  00:07:22
 9    presented with two plans today, as we             00:07:25
10    shared in our email, which action is              00:07:26
11    scheduled for on the 17th in our                  00:07:29
12    regular public meeting, so the                    00:07:31
13    objective today is really discussing             00:07:33
14    our thinking around the pros and cons             00:07:37
15    of the various plans, and sharing any             00:07:39
16    refinements we might have for the                 00:07:42
17    overall process as well as commenting             00:07:44
18    on the engagement plan that will be               00:07:47
19    presented as a part of the today's                00:07:49
20    presentation, which was a follow-up to            00:07:50
21    one of the next steps that board                  00:07:52
22    members presented before.                         00:07:54
23                    Today as we also shared in        00:07:56
24    our email to everybody, we're going to            00:07:57
```



```
                                                    Page 10
 1   be starting off by doing one minute        00:08:00

 2   opening comments by each member to         00:08:01

 3   essentially answer the two part            00:08:04

 4   question of where are your preliminary     00:08:05

 5   thoughts coming into this preliminary      00:08:07

 6   work session based on our prior work on    00:08:08

 7   this topic already, and what are you       00:08:11

 8   hoping to get out of today's               00:08:13

 9   conversation?                             00:08:15

10           So we'll go ahead and             00:08:15

11   proceed just one minute, and then we'll    00:08:16

12   move to staff and their presentation.      00:08:17

13   So with that, we'll start with Dr.         00:08:20

14   Anderson.                                 00:08:23

15      DR. ANDERSON:  Okay.                    00:08:24

16           Thank you very much, Ms.          00:08:25

17   Omeish.  The two questions -- what am I     00:08:27

18   hoping to -- I'm so sorry.  Can you        00:08:29

19   please repeat those two questions, I       00:08:32

20   might have --                             00:08:33

21      MS. OMEISH:  No worries.  No            00:08:33

22   worries.                                  00:08:34

23           What are your preliminary         00:08:34

24   thoughts coming into the work session      00:08:35
```



```
                                              Page 11
 1   and what are you hoping to get out of      00:08:37
 2   today's conversation.                      00:08:39
 3        DR. ANDERSON:  I'll be very quick     00:08:40
 4   and then I would yield the rest of my      00:08:41
 5   time to my colleagues.  I really want      00:08:43
 6   us to further the conversation we've       00:08:45
 7   been having, which is how to increase      00:08:47
 8   diversity to TJ, as we -- that's a         00:08:49
 9   conversation we have been having.          00:08:53
10           What I'm hoping to get out         00:08:54
11   this meeting is just some information      00:08:55
12   for consideration before what makes us     00:08:57
13   vote on the 17th.                          00:08:59
14           That's it for me.  Thank           00:09:00
15   you, ma'am.                                00:09:01
16        MS. OMEISH:  Thank you.  Ms.          00:09:03
17   Cohen.  Okay.  We'll come back to you.     00:09:15
18   You're welcome to pass too --             00:09:16
19        MS. COHEN:  I'm so sorry.             00:09:17
20        MS. OMEISH:  Go ahead.  Go.           00:09:18
21        MS. COHEN:  I couldn't get my         00:09:19
22   video.  I apologize.                       00:09:21
23           No I, you know, am                 00:09:24
24   interested to hear more about giving       00:09:26
```



```
                                                   Page 12
 1    more opportunities to more kids in our        00:09:29

 2    system to take advantage of all the          00:09:31

 3    amazing things that TJ offers.  I also       00:09:33

 4    still am interested in hearing the case      00:09:37

 5    be made between the two options that         00:09:40

 6    are being presented.  And also why some      00:09:42

 7    things were excluded that I know             00:09:46

 8    several board members, including             00:09:49

 9    myself, have advocated for.  So I'll be      00:09:50

10    looking for that.                            00:09:52

11         MS. OMEISH:  Great.                     00:09:55

12              Ms. Corbett Sanders?               00:09:56

13         MS. CORBETT SANDERS:  Can you           00:10:02

14    come back to me?                             00:10:03

15         MS. OMEISH:  Sure.                      00:10:05

16              Ms. Derenak Kaufax?                00:10:20

17              All right.  Ms. (Inaudible)        00:10:21

18    Kaufax.                                      00:10:23

19         MS. DERENAK KAUFAX:  Sorry.  The        00:10:23

20    video is very slow today for some            00:10:24

21    reason.                                      00:10:28

22              So, very quickly, yes, I am        00:10:28

23    anxious to see more opportunities for        00:10:33

24    more students.  I will be asking             00:10:37
```



Page 13

```
 1   questions on teacher recommendations,    00:10:38
 2   and how they can be made part of this     00:10:42
 3   process.  I want to talk more about --    00:10:43
 4   exploring how mathematical aptitude       00:10:48
 5   will be evaluated.  And also, I do not    00:10:51
 6   think, as you know, at an earlier         00:10:55
 7   meeting in November, I made statements    00:10:58
 8   about all the things -- the pathways      00:11:01
 9   that we needed to develop for TJ          00:11:04
10   strengthening access of all this         00:11:07
11   advanced education, and I believe        00:11:09
12   they're symptoms.  I believe we          00:11:11
13   absolutely need an analysis of our math  00:11:13
14   and science curriculum offered in        00:11:15
15   elementary and middle school and how     00:11:17
16   this plays out in TJ.  So those are my   00:11:19
17   comments for right now.                  00:11:24
18        MS. OMEISH:  Thank you.             00:11:27
19            Mr. Frisch?                     00:11:28
20        MR. SMITH:  Ditto, Ms. Derenak      00:11:36
21   Kaufax.  The video is moving really      00:11:37
22   slow today.                              00:11:39
23            Like my colleagues, I am        00:11:41
24   interested in hearing more about and     00:11:42
```



Page 14

```
 1  asking questions about the new options    00:11:45

 2  being presented to the board, which       00:11:48

 3  we've had, you know, I had some            00:11:50

 4  discussions with staff about.  And         00:11:52

 5  also, you know, the thinking that went     00:11:55

 6  into one criteria verses another.  And     00:11:59

 7  because we've not done this before,        00:12:02

 8  there's very limited ability to kind of    00:12:05

 9  predict what the outcome will be, so I     00:12:07

10  have some questions about thinking         00:12:08

11  through that as well, in comparison to     00:12:11

12  the current proposal and previous          00:12:14

13  proposals to which we had some modeling    00:12:16

14  around, so I look forward to the           00:12:18

15  conversation.  Thank you.                  00:12:19

16       MS. OMEISH:  Ms. Keys-Gamarra?        00:12:22

17       MS. KEYS-GAMARRA:  It'd be nice       00:12:29

18  to have a heads up that we were doing      00:12:29

19  it this way, but okay.  I'll roll with     00:12:31

20  it, Mrs. Omeish.                           00:12:34

21       MS. OMEISH:  It was in the email.     00:12:37

22  But go ahead.                              00:12:38

23       MS. KEYS-GAMARRA:  We get lots of     00:12:40

24  e-mails.  So I will say I'm looking        00:12:42
```



```
                                                    Page 15
 1    forward to having this discussion          00:12:44

 2    because for some time, I've been trying    00:12:46

 3    to figure out where the common ground      00:12:48

 4    is for all of us.  I did circulate some    00:12:50

 5    language earlier.  I want my board         00:12:53

 6    members to know that I'm working on        00:12:55

 7    some revisions.  Some of that language     00:12:58

 8    actually came are from the Louden          00:13:00

 9    County decision and that perhaps may       00:13:02

10    not be the best way to go.  And so some    00:13:05

11    of that will be edited out, but I'm        00:13:07

12    hoping we can coalize around some          00:13:09

13    common goals to send our community a       00:13:13

14    clear message where this board is          00:13:16

15    looking for guidance, or how we are        00:13:18

16    providing guidance to our                  00:13:20

17    superintendent.  I also think it's         00:13:22

18    extremely important that we leave the      00:13:24

19    door open for our oncoming new             00:13:26

20    equity -- chief of equity hiree that       00:13:30

21    will be coming on in January.  It is my    00:13:33

22    presumption that she has expertise, and    00:13:38

23    we need that guidance.  Thank you.         00:13:42

24         MS. OMEISH:  Thank you.               00:13:43
```



```
                                         Page 16
 1            Ms. McLaughlin?              00:13:45
 2         MS. MCLAUGHLIN:  Just getting my 00:13:51
 3  video up.  So I'm absolutely looking   00:13:52
 4  forward to (inaudible) all of you about 00:13:57
 5  how we refine the proposals from the    00:14:02
 6  superintendent.  I believe              00:14:04
 7  wholeheartedly that we've got to        00:14:06
 8  increase access to opportunity for      00:14:09
 9  students, have better representation.   00:14:11
10  I believe our nations most selective    00:14:14
11  universities in the country have shown  00:14:16
12  how you can have high achieving         00:14:18
13  universities with a highly diverse      00:14:20
14  population and for too long, TJ hasn't  00:14:22
15  reflected that.  However, they do have  00:14:26
16  concerns about the academic metrics     00:14:27
17  that the superintendent has proposed.   00:14:30
18  And I also do strongly believe that our 00:14:33
19  teachers are going to be a very         00:14:34
20  important voice for hearing from them   00:14:37
21  what they obdure from students.         00:14:39
22            So I, again, hope that we'll  00:14:42
23  have a robust data driven conversation, 00:14:45
24  and that we set up our students and our 00:14:47
```



Page 17

```
 1    community for success when we look at      00:14:51

 2    TJ being one of the nation's and world     00:14:55

 3    recognized (inaudible).  Thank you.        00:14:57

 4         MS. OMEISH:  Thank you.               00:15:03

 5             Ms. Meren.                        00:15:04

 6         MS. MEREN:  Thank you.                00:15:06

 7             As far as my preliminary          00:15:07

 8    thoughts coming into today is to focus     00:15:08

 9    on what our action seeks to do.  And       00:15:12

10    what it seeks to do is be more             00:15:14

11    reflective of our community, that TJ be    00:15:15

12    more reflective of our community.  You     00:15:17

13    know, when TJ students say that there's    00:15:19

14    a problem, and families see this too,      00:15:20

15    that there's a lack of diversity and it    00:15:22

16    detracts from a student's ability to       00:15:24

17    achieve their full potential.  So I        00:15:26

18    disagree with those who say TJ will        00:15:28

19    suffer and falter.  Students are           00:15:30

20    already suffering, and to do nothing       00:15:31

21    makes us complicit in that suffering.      00:15:34

22    So I admire the personal journey that      00:15:37

23    many parents have shared with the board    00:15:39

24    about individual or family sacrifice to    00:15:40
```



Page 18

```
 1  achieve their success here, and those      00:15:43
 2  are truths.  I think at this time for       00:15:45
 3  our population here, it is right that        00:15:47
 4  FCPS refresh the process of how we           00:15:50
 5  identify exceptional students, and that      00:15:52
 6  includes removing barriers in the           00:15:54
 7  admissions process in part.                  00:15:56
 8              And for today, I'm hoping to     00:15:57
 9  understand where each of my colleagues       00:15:59
10  is in this decision making, so that we       00:16:00
11  can have a clear plan for our decision       00:16:03
12  (inaudible).                                 00:16:05
13              Thank you.  That was my          00:16:07
14  timer.                                       00:16:10
15      MS. OMEISH:  Perfect -- perfect         00:16:10
16  timing.                                      00:16:12
17              Ms. Pekarsky.                    00:16:12
18      MS. PEKARSKY:  Thank you.                00:16:16
19              I'm looking forward to the       00:16:17
20  conversation just with my colleagues         00:16:19
21  about, you know, ensuring access to          00:16:23
22  opportunity and creating a diverse          00:16:26
23  learning environment, which we know is       00:16:30
24  good for all learners and has benefits       00:16:32
```



Page 19

```
 1   for all learners in every one of our        00:16:34
 2   schools, and I just have many questions     00:16:36
 3   about how we're going to get there.  So     00:16:40
 4   I'm looking forward to hearing not only     00:16:42
 5   our opinions, and but the                   00:16:45
 6   superintendent's opinions regarding the     00:16:47
 7   differences between the approaches and      00:16:50
 8   ensuring that we maintain a very high       00:16:52
 9   standard -- academic standard at TJ,        00:16:57
10   which is, I believe, all of ours goal       00:16:59
11   for all of your students, so thank you.     00:17:04
12        MS. OMEISH:  Ms. Sizemore Heizer?      00:17:09
13        MS. SIZEMORE HEIZER:  Thank you.       00:17:13
14          Sorry.  The video again was          00:17:15
15   very slow.  So I'll go ahead and start      00:17:16
16   talking while it pops up.  I too am,        00:17:19
17   you know, concerned about making sure       00:17:21
18   that all of our students that have the      00:17:23
19   aptitude and passion for TJ have the        00:17:25
20   ability to access the enrichment and        00:17:28
21   STEM education that TJ provides.  I         00:17:33
22   think it's important to make sure that      00:17:35
23   we set up all our students for success,     00:17:38
24   both from the minute they come into our     00:17:40
```



Page 20

```
 1   schools and until the time they may or    00:17:42
 2   may not apply to TJ, they should be set    00:17:45
 3   up for success.  So I'm particularly       00:17:47
 4   interested in the accountability           00:17:49
 5   measures, and how we're going to           00:17:51
 6   measure, not just the, you know,           00:17:53
 7   metrics in the white paper, but also       00:17:55
 8   really success of our students that we     00:17:57
 9   admit, and I also am really curious to     00:18:00
10   know about the differences between the     00:18:03
11   two.  I think what I'd like to hear        00:18:05
12   about is the voice of the teachers in      00:18:06
13   the process.  As one of my colleagues      00:18:08
14   mentioned when we talk about local         00:18:10
15   norms, sometimes teachers recognize        00:18:11
16   things that others don't.  So I'm          00:18:13
17   really interested in hearing thoughts      00:18:14
18   about that.  I'd like to see what other    00:18:16
19   school systems have been going and what    00:18:18
20   their outcomes have been and               00:18:21
21   (inaudible) have good STEM assessment      00:18:24
22   because this school is for STEM and        00:18:25
23   want to make sure we keep in mind what     00:18:28
24   the school's purpose is.                   00:18:30
```



```
                                              Page 21
 1          MS. OMEISH:  Thank you.            00:18:31
 2             Ms. Tholen?                     00:18:33
 3          MS. THOLEN:  Yes.  Good            00:18:38
 4    afternoon.  Happy to be here today to    00:18:39
 5    dive into this discussion.  I have to    00:18:42
 6    admit I'm coming in struggling a little  00:18:44
 7    bit.  I'm looking at all the             00:18:46
 8    information and data around how a        00:18:47
 9    lottery could possibly give us what      00:18:50
10    we're looking for as far as diversity    00:18:52
11    and allow us to ensure we can build a    00:18:55
12    class of exceptional students that have  00:18:57
13    the potential to success at TJ, but I'm  00:19:00
14    here to listen.  I want to today to      00:19:02
15    look at the best pieces of the input to  00:19:05
16    this process for each Fairfax student,   00:19:08
17    and I also want to advocate for teacher  00:19:10
18    voice.  I want to point out that         00:19:13
19    students who most probably need letters  00:19:14
20    of recommendation from teachers are the  00:19:17
21    ones who do not have the strong          00:19:20
22    parental advocacy, and those             00:19:22
23    (inaudible) teacher can be their         00:19:26
24    primary advocate.  So I'd really like    00:19:27
```



Page 22

```
 1    to talk about that.  Also interested in     00:19:28
 2    how we will be measuring aptitude in        00:19:31
 3    mathematics, and of course want to be       00:19:33
 4    part of the strategic conversation on       00:19:36
 5    how (inaudible) for all of your             00:19:40
 6    students.  Thanks.                          00:19:42
 7         MS. OMEISH:  Thank you.                00:19:45
 8             Ms. Corbett Sanders, I'll          00:19:46
 9    come back to you.                           00:19:47
10         MS. CORBETT SANDERS:
11             Thank you so much.  So I           00:19:52
12    think we all agree the change is            00:19:54
13    necessary, and that we would like to        00:19:55
14    see greater representation at TJ from       00:19:58
15    across the county and from across           00:20:01
16    different social economic groups.  So       00:20:05
17    what we're here today doing is we're        00:20:08
18    talking about how we can create greater     00:20:11
19    opportunities for access for                00:20:15
20    exceptional students no matter what ZIP     00:20:17
21    code they live in, and I think we've        00:20:19
22    made some strides in getting there, but     00:20:23
23    we still have a ways to go before this      00:20:25
24    is fully blessed by this board.             00:20:29
```



Page 23

```
 1              So I'd like to talk a little        00:20:32
 2  bit today on building on the access to         00:20:33
 3  opportunity and pathways that we talked        00:20:35
 4  about a few weeks ago.  And I want to          00:20:40
 5  see how we can screen all students at          00:20:42
 6  the end of their elementary school             00:20:44
 7  years to determine how we can best             00:20:46
 8  provide the scaffolding of support and         00:20:48
 9  greater access to the opportunities for        00:20:51
10  these students going into middle school        00:20:53
11  to become a support structure that will        00:20:57
12  allow for more of them to give                 00:20:59
13  themselves attending TJ.  Because part         00:21:02
14  of it is if we can have them see               00:21:05
15  themselves, then they will actually            00:21:08
16  pursue it.  So thank you.                      00:21:10
17     MS. OMEISH:  Thank you.                     00:21:11
18              I'll go ahead and take my          00:21:13
19  minutes, and then we'll get started.           00:21:14
20              So preliminary thoughts, to        00:21:16
21  me the objective of making sure every          00:21:18
22  kid can reach their potential and have         00:21:20
23  access to this opportunity is                  00:21:22
24  unapologetic and uncompromising, at the        00:21:23
```



```
                                              Page 24
 1   same time, I want to be openminded      00:21:26
 2   coming into the conversation.  I feel   00:21:27
 3   strongly about localizing opportunity   00:21:29
 4   universalizing how we reach out to      00:21:32
 5   students, but I do look forward to      00:21:34
 6   hearing what staff has to share.        00:21:36
 7            I'm hoping to get out a way    00:21:37
 8   of rethinking merit, and really         00:21:40
 9   evaluating what we have here, and how   00:21:42
10   it offers that.  And then finally       00:21:45
11   understanding what our next steps are   00:21:47
12   going to be to gauge our effectiveness  00:21:49
13   in whatever plans we do have.  And how  00:21:50
14   we can ensure we're successful in the   00:21:53
15   longterm, not just in today's           00:21:55
16   conversation.                           00:21:57
17            So with that, I'm done with    00:21:58
18   that piece of my remarks.  I will       00:22:01
19   direct my colleagues to make sure they  00:22:03
20   look at the office of research and      00:22:04
21   strategic improvement's report, which   00:22:06
22   has been attached to today's meeting,   00:22:07
23   and will turn it now to Mr. Smith for   00:22:09
24   the presentation.                       00:22:11
```



Page 25

```
 1        MR. SMITH:  And actually, Ms.        00:22:16
 2   Omeish, I'm going to turn it over to      00:22:17
 3   Dr. Brabrand to start us off, and then    00:22:18
 4   we'll walk through the rest of the        00:22:21
 5   presentation.                             00:22:23
 6        DR. BRABRAND:  Thank you, Ms.        00:22:27
 7   Omeish.  And I'll be sharing several      00:22:28
 8   things as will Mr. Smith and other        00:22:30
 9   members of his team that he will          00:22:32
10   introduce when he begins to chat.  I do   00:22:34
11   want to thank this board and all our      00:22:37
12   community for all of your engagement      00:22:39
13   around this very important issue for      00:22:41
14   our community, and for our frankly, our   00:22:45
15   Commonwealth and Country about access     00:22:47
16   and opportunity for our students.  And    00:22:49
17   so here we'd like to go ahead and put     00:22:51
18   up our presentation for TJ admissions     00:22:53
19   around expanding our talent search.       00:22:55
20            If we can go to the very         00:22:58
21   first line, our agenda today, we're       00:23:00
22   going to go over background key           00:23:01
23   decisions, research, and data, our        00:23:04
24   final proposal, which has two options     00:23:05
```



Page 26

```
 1    for you around TJ admissions; one being      00:23:08
 2    a hybrid merit lottery, and the other        00:23:11
 3    being a holistic review.  The                00:23:13
 4    presentation will then talk about            00:23:16
 5    stakeholder engagement, our outreach         00:23:18
 6    and communication plan and                   00:23:20
 7    accountability metrics.  And it will         00:23:21
 8    also share work that Ms. Omeish just         00:23:25
 9    referenced about the paper we created        00:23:26
10    from (inaudible) in the TJ admissions        00:23:30
11    office.  And we'll be glad to take           00:23:32
12    questions at the end.  But our purpose       00:23:34
13    today is to do all of this, share with      00:23:35
14    you these two proposals and we look          00:23:38
15    forward to having you, after your            00:23:40
16    feedback, select one of these two            00:23:42
17    proposals to go forward as we begin the      00:23:45
18    admissions process for the upcoming TJ       00:23:47
19    freshman class.                              00:23:51
20            One of the things we want to         00:23:54
21    talk about and have talked about for         00:23:56
22    some time is leading with equity at the      00:23:57
23    center of all that we do.  We know that      00:23:59
24    equity and excellence can go hand and        00:24:02
```



Page 27

```
 1    hand.  They're not mutually exclusive,    00:24:05
 2    and we do want to continue to enhance     00:24:07
 3    diversity at TJ.  We know that a          00:24:11
 4    diverse student body can enhance the      00:24:14
 5    overall educational experience for our    00:24:17
 6    students at TJ.  We've talked with you    00:24:21
 7    before about our admissions process,      00:24:24
 8    which is what we're focused on today,     00:24:26
 9    our enhanced wrap around support for      00:24:28
10    our students that are already at TJ and   00:24:30
11    those that would be coming in, and the    00:24:32
12    work that this board has talked about,    00:24:35
13    Ms. Derenak Kaufax shared a month or      00:24:38
14    two ago, a resolution that the board      00:24:40
15    rallied around, which is about            00:24:42
16    enhancing our pipeline.  And this board   00:24:44
17    just a last week took action to support   00:24:47
18    working with local norms, which is part   00:24:50
19    of the steps the outside consultant       00:24:53
20    recommended in enhancing our pipeline.    00:24:55
21    So this board is taking action.  I'm      00:24:58
22    very pleased in partnering with you on    00:25:01
23    the ideas to move forward on the ideas    00:25:03
24    our outside consultants have given us     00:25:06
```



Page 28

```
 1   to continue to enhance equity in our        00:25:08
 2   school division.                            00:25:11
 3               I'm going to turn it over        00:25:14
 4   now, I think, Marty -- Jeremy is going      00:25:15
 5   to go first on the next slide to give       00:25:16
 6   us the background, isn't that right,        00:25:18
 7   Jeremy Shugart, our director of             00:25:20
 8   admissions at TJ?                           00:25:21
 9        MR. SHUGHART:  That's right.           00:25:23
10        DR. BRABRAND:  All right.              00:25:25
11             Jeremy, take it away.            00:25:26
12        MR. SHUGHART:  All right.  Thank       00:25:28
13   you, everyone.                              00:25:29
14               Just a little bit of            00:25:30
15   background on -- for TJ, the school         00:25:33
16   board as a policy and regulations that      00:25:36
17   guide and dictate our admissions            00:25:39
18   process as well as other elements to TJ     00:25:42
19   as a regional governor school.  And         00:25:45
20   over time that policy has changed, but      00:25:47
21   one of the key factors that has really      00:25:49
22   for the most part stayed steady is          00:25:52
23   what's here quoted in terms of              00:25:54
24   demonstrating exceptional achievement,      00:25:57
```



Page 29

```
 1    aptitude, commitment, intellectual        00:25:58
 2    curiosity, passion and creativity in      00:26:00
 3    STEM.  The mission has pretty well        00:26:03
 4    stayed in the same for our students,      00:26:05
 5    and it really does come down to           00:26:07
 6    inspiring joy, putting forward a          00:26:09
 7    challenging learning environment at the   00:26:12
 8    school.  And this even goes back as far   00:26:15
 9    as what we were originally able to        00:26:17
10    share and had some questions about in     00:26:19
11    terms of the founding of TJ.  And at      00:26:21
12    the bottom of this particular page and    00:26:25
13    slide, you can see some of those          00:26:27
14    founding statements.  And part of the     00:26:30
15    original charter that was founded back    00:26:32
16    in the mid 1980s, and so while I'm not    00:26:34
17    going to read each of those to you, you   00:26:36
18    can see where we are today is still       00:26:39
19    very much in line with the original       00:26:41
20    founding of the school, and how we're     00:26:43
21    moving forward, and the goal here is to   00:26:45
22    continue to be able to live up to these   00:26:48
23    expectations.                             00:26:51
24         DR. BRABRAND:  Thanks, Jeremy.  I    00:26:52
```



Page 30

```
 1   want to share with you just really        00:26:53
 2   quickly previous proposals that I had      00:26:54
 3   brought before the board.  We can go to    00:26:56
 4   the next slide, please.                    00:26:58
 5            This was around the initial       00:27:01
 6   merit lottery that I shared, and then I    00:27:02
 7   shared with you at the last work           00:27:05
 8   session on TJ, the hybrid merit            00:27:09
 9   lottery, which kept the same               00:27:12
10   application requirements, kept the         00:27:13
11   lottery, but the highest evaluated         00:27:16
12   students would be offered a seat based     00:27:18
13   on holistic review of their                00:27:21
14   application.                               00:27:24
15            Both of these standards --        00:27:25
16   both of these proposals do have high       00:27:26
17   standards, provided all eligible           00:27:28
18   students an opportunity to demonstrate     00:27:30
19   their own interest and qualifications      00:27:31
20   through an individualized review of        00:27:34
21   their academic accomplishments and         00:27:35
22   factors.  And these were two of the        00:27:37
23   previous proposals.  As we focus on the    00:27:39
24   work session today, if we go to the        00:27:42
```



Page 31

```
 1    next slide, the key decisions are        00:27:44
 2    around two approaches for the school      00:27:47
 3    board to consider, the hybrid merit       00:27:49
 4    lottery with some revisions, and our      00:27:51
 5    staff will be going through some of       00:27:53
 6    those revisions and a holistic review     00:27:55
 7    approach.  And what we're looking for     00:28:00
 8    is board discussion and feedback and      00:28:03
 9    ultimately that would culminate in a      00:28:05
10    vote to select a desired approach that    00:28:08
11    we have scheduled later this month to     00:28:10
12    select the process for the TJ class of    00:28:13
13    2025.  I do want to say that we did       00:28:17
14    reach consensus, this board did, from     00:28:19
15    our recommendation to you earlier this    00:28:22
16    fall, that the new admissions process     00:28:25
17    would not have an application fee         00:28:28
18    or/and would not have a test.  Really     00:28:31
19    removing some barriers that have          00:28:34
20    existed for our students in the TJ        00:28:36
21    admissions process.  We also got          00:28:39
22    consensus from the board earlier to       00:28:41
23    increase the capacity of the TJ           00:28:43
24    incoming class.  And we added 50 slots    00:28:46
```



Page 32

```
 1   to the incoming class this coming year.      00:28:51
 2   And there was consensus to bring the          00:28:54
 3   holistic approach that did not have a          00:28:57
 4   lottery as an option, and so we have           00:29:00
 5   the hybrid merit lottery with a few            00:29:03
 6   revisions and the holistic review             00:29:05
 7   approach.  We have both of those for           00:29:07
 8   you today, and we'll be talking about          00:29:09
 9   them in more detail in some upcoming           00:29:12
10   slides.                                        00:29:14
11            Jeremy, are you going to             00:29:15
12   talk a little about the research we've         00:29:15
13   done around our work since we last             00:29:17
14   talked to the board and before?               00:29:19
15     MR. SHUGHART:  Sorry.  My video             00:29:25
16   is a little slow as well.                      00:29:26
17            Yeah, so one of the things           00:29:27
18   we had done in terms of the process            00:29:29
19   that we went through to research this          00:29:31
20   was we did evaluate and we have                00:29:33
21   consistently evaluated schools that are        00:29:35
22   similar in nature to TJ.  Those                00:29:37
23   elements are actually in the research          00:29:41
24   report that is associated with this.           00:29:44
```



Page 33

```
 1   You can find some information on a        00:29:46
 2   section for research on page 8 along      00:29:49
 3   with an associated title -- I'm           00:29:53
 4   sorry -- table three, along with on       00:29:55
 5   page 37 and 38, there is a response to    00:29:58
 6   some of the previous next steps we're     00:30:02
 7   asked in previous board sessions and so   00:30:04
 8   one of the things when we were            00:30:06
 9   originally bringing this board was the    00:30:07
10   questions of some comparison schools      00:30:09
11   and what are their application            00:30:12
12   processes like, and then in addition      00:30:14
13   looking at school specifically that had   00:30:17
14   lottery approaches.  And the success of   00:30:19
15   those lottery approaches.                 00:30:22
16             Throughout the entire           00:30:24
17   research paper, you can see sitings and   00:30:25
18   notations about the literature review     00:30:29
19   we have conducted throughout that         00:30:32
20   process.  All of this was in reflection   00:30:35
21   to what our policies and procedures are   00:30:37
22   for the admission process.  Coupled       00:30:39
23   with that was conversations that we       00:30:42
24   held with some known experts from the     00:30:45
```



Page 34

```
 1    university level, Dr. Genevieve Spiegel    00:30:48
 2    Holly from the Virginia Commonwealth       00:30:50
 3    University, Dr. Dominic Baker, Southern     00:30:52
 4    Methodist University, previously at         00:30:55
 5    UVA, And Dr. Jonathan Plucker from          00:30:59
 6    Johns Hopkins, who also was working         00:31:01
 7    with us on the advanced academics.  One     00:31:03
 8    of the big things that we're really         00:31:07
 9    focused in on was a lottery approach in     00:31:09
10    looking at how that approach would be       00:31:13
11    an impact to -- you know, traditionally     00:31:16
12    underrepresented students, and really       00:31:20
13    kind of look at the approaches that         00:31:22
14    we're proposing here today and whether      00:31:25
15    or not it would help us allow students      00:31:27
16    who have been historically                  00:31:32
17    unrepresented have more of an               00:31:33
18    opportunity to gain access to TJ, and       00:31:35
19    they collectively said that, yes, you       00:31:38
20    know, making some of the things --          00:31:41
21    making the changes that were suggested      00:31:42
22    here would be away to increase that.        00:31:45
23    One of the other things that, you know,     00:31:48
24    was shared was specifically to a            00:31:50
```



Page 35

```
 1   lottery -- just as an example, was that      00:31:53
 2   what you're looking at is these are and      00:31:56
 3   certainly you can see the elements of        00:32:00
 4   this and the research that was               00:32:01
 5   provided, one time approach is very          00:32:06
 6   different than when you run a series of      00:32:07
 7   models and a series of treatment, so         00:32:10
 8   you do have to be aware of that as we        00:32:13
 9   go through this.  And, you know              00:32:15
10   generally speaking, they were, you           00:32:18
11   know, they were very much in favor of        00:32:19
12   looking at this as an approach to move       00:32:23
13   forward.                                     00:32:25
14          Thank you.                            00:32:26
15      MR. SMITH:  Next slide, please.           00:32:30
16   So as we think about our guiding             00:32:34
17   principles, we were charged with --          00:32:35
18   from the community from the board to         00:32:39
19   consider variety of factors as we            00:32:41
20   developed the admissions process.  Of        00:32:43
21   course, we wanted to recognize those         00:32:45
22   historical inequities that we've seen        00:32:46
23   at TJ based on a variety of factors.         00:32:49
24   While at the same time, creating no new      00:32:52
```



```
                                                    Page 36
 1    inequities for students.  Of course,       00:32:54
 2    appropriately measuring student            00:32:57
 3    readiness for success at TJ, and a         00:32:59
 4    opportunity to identify potential          00:33:04
 5    talent.  Again, opening the door for       00:33:06
 6    more students to have access to the        00:33:08
 7    curriculum environment at TJ.  Removing    00:33:10
 8    those barriers in the admission process    00:33:14
 9    is the way to do that, while at the        00:33:17
10    same time maintaining high standards,      00:33:19
11    and I think that as we looked at this      00:33:20
12    entire process, maintaining high           00:33:22
13    standards has been at the heart of what    00:33:25
14    we're doing along with equity.  And        00:33:26
15    also, I feel that by increasing            00:33:30
16    diversity, first of all,                   00:33:32
17    underrepresented students at TJ, it        00:33:33
18    will only serve to increase the            00:33:35
19    standards at this school.                  00:33:38
20            Next slide.  So now we're          00:33:41
21    going to take a moment to talk about       00:33:44
22    the two proposals that we're bringing      00:33:47
23    forward; one being, as Dr. Brabrand        00:33:48
24    said, the hybrid merit lottery, and the    00:33:51
```



Page 37

```
 1   other a holistic review.  Next slide.        00:33:53
 2              So for these two proposals,       00:33:58
 3   we develop processes to enhance student      00:34:00
 4   merit.  And we also created a way for        00:34:04
 5   us to take a holistic look at students       00:34:06
 6   based on a variety of factors, and           00:34:10
 7   we'll go through that particular             00:34:12
 8   process a bit later on, but at the end       00:34:14
 9   of those enhanced requirements, and at       00:34:19
10   the end of taking that holistic review,      00:34:22
11   the board can consider one of the two        00:34:25
12   options that we have here in yellow.         00:34:27
13              Proposal one is the merit         00:34:29
14   lottery, where we would offer the            00:34:31
15   hundred seats to the highest evaluated       00:34:33
16   students, and then select the remaining      00:34:35
17   450 students using a lottery approach,       00:34:38
18   and the second proposal is that             00:34:41
19   holistic review where we would offer         00:34:43
20   550 seats to the highest evaluated           00:34:46
21   students.  As I said, we'll talk a           00:34:49
22   little bit more about how each of the        00:34:50
23   process works a bit later in the             00:34:52
24   process.  Next slide.                        00:34:54
```



Page 38

```
 1              So as we talk about enhanced      00:34:59
 2   merit, people have asked, what does          00:35:01
 3   that look like?  What does enhanced          00:35:03
 4   merit look like for this particular          00:35:04
 5   process?  So of course, we want to           00:35:07
 6   identify students who exhibit those          00:35:09
 7   portrait of graduate attributes and         00:35:11
 8   21st Century skills using the student        00:35:14
 9   portrait sheet, and of course, TJ being      00:35:17
10   a science and math school, we want the       00:35:21
11   students who have a clear strong             00:35:23
12   aptitude for science and math and           00:35:27
13   showing that aptitude through a problem      00:35:29
14   solving essay.  It's also important to       00:35:32
15   note that we want to identify students       00:35:34
16   who understand what it means to work in      00:35:36
17   a rigorous and learn in a rigorous           00:35:39
18   environment.  So as we think about           00:35:41
19   those students who achieve an                00:35:44
20   unweighted GPA of 3.5 in core classes,       00:35:46
21   with most of those courses being honors      00:35:48
22   classes, it's important to note that         00:35:51
23   these students are achieving this GPA        00:35:53
24   while displaying an aptitude and being       00:35:56
```



Page 39

```
 1   enrolled in Algebra 1 or a more        00:35:58
 2   advanced math course, and of course    00:36:02
 3   these two items that we've bulleted     00:36:03
 4   here are new since we presented this    00:36:05
 5   last time.  We also want students who   00:36:07
 6   would demonstrate strong preparation    00:36:10
 7   for TJ coursework, but being enrolled   00:36:12
 8   in both math and science honors         00:36:14
 9   courses, and additionally, for students 00:36:16
10   who want more rigor, we're looking for  00:36:20
11   those students who would be enrolled in 00:36:23
12   one additional honors course, or a      00:36:26
13   student being identified as a young     00:36:28
14   scholar.  Again, it's important to note 00:36:30
15   that using this criteria would provide  00:36:33
16   us a pool of students, 4300 students    00:36:37
17   that we would personally invite those   00:36:41
18   students to apply to TJ.  And also know 00:36:43
19   that we would provide those students as 00:36:47
20   an with a waiver for students who had   00:36:51
21   that same strong passion, but perhaps   00:36:53
22   weren't a part of an honors course.     00:36:58
23   And I'll let Jeremy talk a little bit   00:37:00
24   later about the application process and 00:37:02
```



Page 40

```
 1   who will be working with school based      00:37:04
 2   staff, counselors, teachers, and          00:37:06
 3   administrators to help guide students     00:37:09
 4   in that process.                          00:37:11
 5              I also want to note that in    00:37:12
 6   our previous processes, we had            00:37:14
 7   approximately 2500 to 3000 students       00:37:17
 8   apply to TJ, so looking at the initial    00:37:20
 9   invitation for 4300 students would        00:37:24
10   certainly expand the access for this      00:37:27
11   unique school.  Next slide.               00:37:30
12              As I mentioned earlier,        00:37:38
13   these are elements for the holistic       00:37:39
14   review.  Of course, we'd be looking at    00:37:41
15   the GPA for students.  We talked about    00:37:43
16   the student portrait sheet.  We talked    00:37:45
17   about in several presentations about      00:37:48
18   the problem solving essay,                00:37:50
19   additionally, we'd be considering         00:37:52
20   experience factors, factors that all      00:37:54
21   students bring to the table and factors   00:37:57
22   that may have led to students being       00:38:00
23   underrepresented at TJ.  And so those     00:38:02
24   experience factors include students who   00:38:05
```



Page 41

```
 1    is are economically disadvantaged,        00:38:08
 2    those students who are English language    00:38:10
 3    learners, and those students who are       00:38:13
 4    special education students, and those      00:38:15
 5    students who attend underrepresented       00:38:17
 6    schools.  So as part of the entire         00:38:19
 7    process, those experience factors would    00:38:21
 8    be considered in addition to the strong    00:38:23
 9    merit that students show by applying to    00:38:25
10    the -- to TJ itself.  We've also heard     00:38:27
11    Dr. Brabrand say expanded capacity to      00:38:34
12    increase to a class of 550 students,       00:38:37
13    while it's 50 students more than our       00:38:40
14    previous capacity, in reality, it will     00:38:45
15    add approximately 70 more students         00:38:47
16    because historically, we've had about      00:38:49
17    480 students in the freshman class.        00:38:52
18             Now, I'm going to let Jeremy      00:38:57
19    talk about how the process unfolds         00:38:58
20    through the pathway process, that          00:39:01
21    regional pathway process that would        00:39:04
22    bring students into the school.            00:39:05
23        MR. SHUGHART:  Thank you, Martin.      00:39:10
24        MR. SMITH:  And I do want to go        00:39:13
```



Page 42

```
 1    back to this slide here, just as a way        00:39:15
 2    to show those proposals once again, the       00:39:17
 3    hybrid merit lottery on the left, the         00:39:21
 4    holistic review on the right showing          00:39:23
 5    that the top hundred will be offered          00:39:25
 6    admission regardless of pathway, the          00:39:27
 7    remaining 450 students will be chosen         00:39:29
 8    by lottery.  And those top hundred            00:39:32
 9    students in the hybrid merit lottery          00:39:34
10    would not be counted ford toward those        00:39:36
11    pathway caps.  And again, Jeremy will         00:39:38
12    explain that in just a bit.                   00:39:40
13              On the right side, the              00:39:41
14    highest evaluated students would be           00:39:43
15    offered admission and those students          00:39:45
16    would be selected by pathway until the        00:39:47
17    particular cap is reached.                    00:39:51
18              Jeremy?                             00:39:55
19       MR. SHUGHART:  Next slide,                 00:39:57
20    please.                                       00:40:00
21              So if we look at the two            00:40:01
22    proposals in relate -- in relation to        00:40:06
23    the previous slide, proposal one, the         00:40:08
24    hybrid merit lottery is a two part            00:40:10
```



Page 43

```
 1   application -- or well not application    00:40:14
 2   process, but selection process.  As Mr.   00:40:16
 3   Smith just mentioned, the top one          00:40:20
 4   hundred students in terms of the           00:40:22
 5   strongest evaluations of their             00:40:24
 6   application would be offered               00:40:26
 7   admissions.  That doesn't matter where     00:40:27
 8   they're coming from.  They could be        00:40:29
 9   private school, public school, within      00:40:31
10   FCPS's five regions or within one of       00:40:33
11   the participating jurisdictions.  Those    00:40:35
12   students are all going to receive an       00:40:38
13   offer regardless of the maximum number     00:40:41
14   of students that are available to the      00:40:43
15   schools.                                   00:40:46
16            The second part of the            00:40:46
17   selection process would come into play     00:40:47
18   for the remaining 450 students, and as     00:40:50
19   you can see here displayed on the          00:40:52
20   screen is reflective of -- of the          00:40:54
21   balance of numbers that's remaining in     00:40:59
22   each of these -- yes -- and these are      00:41:05
23   actually posted in the next steps as       00:41:07
24   well.                                      00:41:10
```



```
                                                Page 44
 1              But  each  of  these  numbers      00:41:10
 2    are  balanced  out  on  a  70/30  model  70   00:41:12
 3    percent  of  the  students  that  will  be    00:41:16
 4    offered  admissions  through  the  450        00:41:18
 5    students  will  come  from  the  five         00:41:21
 6    regions  through  Fairfax  County.   Each     00:41:23
 7    of  those  regions,  numbers  or  caps  as    00:41:25
 8    they're  put  out  are  based  upon  student  00:41:29
 9    enrollment  in  the  schools,  which  are     00:41:31
10    eighth  grade  student  enrollment  in        00:41:34
11    which  the  schools  exist  in  those         00:41:35
12    particular  reg  --  regions.                 00:41:37
13              For  the  participating            00:41:39
14    jurisdictions,  it's  the  same  type  of     00:41:40
15    process.   We're  looking  at  30  percent    00:41:44
16    of  the  available  seats  to  be  divided    00:41:46
17    based  upon  student  representation          00:41:49
18    (inaudible).   Thank  you.                    00:41:53
19        MS.  OMEISH:   That  is  the  halfway      00:41:54
20    mark.   Just  so  you  guys  know,  but  keep  00:41:55
21    going.   Sorry.   Thank  you.                 00:41:56
22        MR.  SHUGHART:   Thank  you.   And  so     00:41:58
23    for  the  --  for  the  participating         00:42:00
24    jurisdictions,  that  number,  again,  is     00:42:02
```



Page 45

```
 1    divided out for each of those           00:42:06
 2    jurisdictions based upon their eighth    00:42:07
 3    grade enrollment.                        00:42:09
 4            Similarly, in proposal           00:42:10
 5    number two is a full holistic review.    00:42:12
 6    So instead of just taking the top one    00:42:15
 7    hundred evaluated students, we take the  00:42:18
 8    top 150 evaluated students.  Still this  00:42:20
 9    is based on that 70/30 model in terms    00:42:23
10    of the calculations for each of those    00:42:26
11    regions, and you can see on the screen   00:42:27
12    here how the regions actually work out   00:42:29
13    and what the numbers are.                00:42:32
14            And one thing finally I just     00:42:35
15    want to make sure that we're clear is    00:42:37
16    the one hundred students from the        00:42:39
17    hybrid lottery model that were selected  00:42:40
18    first, are not impacted in any of the    00:42:42
19    regions.  So it does not take way from   00:42:45
20    the numbers represented on the screen.   00:42:48
21    Okay?  Next slide, please.               00:42:50
22            One of the other, things         00:42:54
23    that was some questions, and we wanted   00:42:56
24    to share is we've had opportunities to   00:42:58
```



Page 46

```
 1   be able to speak with variety of          00:43:02
 2   different stakeholders, and what's        00:43:04
 3   listed here on the -- on the screen in    00:43:08
 4   front of you is a number of the           00:43:10
 5   different stakeholders that we had an     00:43:12
 6   opportunity to be able to discuss         00:43:13
 7   throughout time in terms of the           00:43:16
 8   approach.  And elicit feedback concerns   00:43:18
 9   about particular students and student     00:43:22
10   groups, and you know, try to implement    00:43:24
11   that process in and look at ways in       00:43:27
12   which we can address those concerns       00:43:29
13   within these two approaches.  And so      00:43:31
14   this is not a one-time type of thing.     00:43:34
15   There would be continued conversations    00:43:37
16   moving forward into the future and        00:43:40
17   looking at the various stakeholders,      00:43:41
18   and different groups that are             00:43:43
19   interested in the success of TJ.  Move    00:43:45
20   to the next slide, please.                00:43:49
21        MR. SMITH:  Jeremy, before you go    00:43:50
22   on, I would simply add that some of the   00:43:52
23   concerns and questions that school        00:43:55
24   board members had did come up from our    00:43:57
```



Page 47

```
 1    stakeholder groups as we engaged them.      00:44:00

 2    And also some of the strengths of the       00:44:04

 3    different proposals were (inaudible) by      00:44:07

 4    those groups as well.                        00:44:09

 5        MR. SHUGHART:  Correct.                  00:44:11

 6    Absolutely.                                  00:44:12

 7            So the other -- the next             00:44:13

 8    steps, or another -- I should say            00:44:15

 9    another step in the process is student       00:44:16

10    engagement, student outreach, parent         00:44:20

11    engagement, parent outreach and the          00:44:22

12    variety of different communications.         00:44:24

13    Now this slide is very similarly to          00:44:26

14    previous slides we presented to the          00:44:28

15    board that talks about what we do from       00:44:30

16    an admissions standpoint and in terms        00:44:34

17    of that engagement, and outreach and         00:44:37

18    communications.  Our intention is to be      00:44:38

19    able to share information and send           00:44:42

20    personal invitations and recruitment         00:44:45

21    letters to all eligible students from        00:44:47

22    a -- within Fairfax County Public            00:44:51

23    School, we're able to identify those         00:44:52

24    students, and be able to send them.  We      00:44:54
```



Page 48

```
 1        worked with our participating           00:44:56
 2        jurisdictions and talking -- speaking    00:44:57
 3        with them about how we would identify    00:44:59
 4        the same types of students in their      00:45:01
 5        districts and how we can work with them  00:45:03
 6        so that they can also share that type    00:45:06
 7        of recruitment letters and information   00:45:08
 8        to those eligible students.              00:45:10
 9                In essence, we want to make      00:45:13
10        sure we're getting information in the    00:45:14
11        hands of the all the students.  We're    00:45:16
12        working on developing and being able to  00:45:19
13        provide virtual open houses.  In         00:45:21
14        certainly this time with COVID and the   00:45:23
15        unknown of when we'll be back in         00:45:26
16        schools, we want to be able to put       00:45:28
17        something out there on the web so that   00:45:29
18        that way students and families will be   00:45:32
19        able to experience TJ from a virtual     00:45:34
20        aspect.                                  00:45:38
21            Additionally, we wanted to           00:45:39
22    continue to reach out and work with liaison  00:45:40
23    counselors, school counselors, parent       00:45:45
24    liaisons specifically for our               00:45:47
```



Page 49

```
 1   underrepresented students and many of our      00:45:50
 2   underrepresented schools, and I have some       00:45:53
 3   additional targeted recruitment.               00:45:55
 4             So if you can go to the next          00:45:56
 5   slide, please.                                 00:45:59
 6             A lot of that has to do with          00:46:00
 7   working particularly at the end piece is        00:46:01
 8   working with engagement with parent            00:46:05
 9   liaisons, the PTA, diversity committee,         00:46:06
10   different alumni groups.  We want to work       00:46:09
11   with other areas and other groups within       00:46:12
12   and without Fairfax County.  And in working    00:46:15
13   with the equity office, some of the areas       00:46:18
14   we were concerned with, and some of the        00:46:20
15   board members were concerned with is           00:46:23
16   providing professional development for --      00:46:25
17   for our faculty and staff within -- fair --    00:46:28
18   FCPS, which would relate to a, you know,        00:46:32
19   considered additional professional            00:46:34
20   development, specifically to an equity         00:46:37
21   focus for out advanced academics resource      00:46:40
22   teachers, different counselors,               00:46:43
23   particularly as their counseling students      00:46:45
24   as they move through the process with TJ,      00:46:47
```



Page 50

```
 1    as a high school option for these students.   00:46:51
 2    And then again, not limiting to those         00:46:54
 3    groups.  Some of the other pieces that are    00:46:56
 4    not necessarily inherent inside of the        00:46:58
 5    classroom, but also options and               00:47:02
 6    opportunities that we want to provide for     00:47:05
 7    our students and our families is a variety    00:47:06
 8    of different STEM activities, different        00:47:08
 9    showcases, and this work is partnered with    00:47:12
10    the school, with local government agencies,   00:47:15
11    business partners, ways in which we can       00:47:17
12    identify, you know, a great number of         00:47:20
13    different outreach opportunities, to be       00:47:22
14    able to provide to students that may not      00:47:24
15    have the same level of opportunity based      00:47:27
16    upon what's available in their -- at their    00:47:30
17    school, or even within their community.       00:47:32
18            Can we go to the next slide,          00:47:35
19    please?  Overall in terms of the             00:47:38
20    communication, we have internal              00:47:39
21    communication with our middle school         00:47:41
22    principals associations, the principals      00:47:43
23    themselves, along with middle school         00:47:45
24    counselors.  We can put information into     00:47:46
```



Page 51

```
 1    the employee news, specifically about      00:47:49
 2    important dates, times, process,           00:47:51
 3    procedures.  External communications is the 00:47:53
 4    same type of thing.  We'll be releasing    00:47:55
 5    news releases, and that can come through   00:47:58
 6    news or choose, different social -- social 00:48:01
 7    ex -- excuse me -- social media            00:48:04
 8    opportunities, our own admissions website, 00:48:06
 9    along with letters out to those identified 00:48:09
10    groups, so those e-mails can also not just 00:48:12
11    be an invitation to apply, but also        00:48:15
12    additional information about upcoming, you 00:48:18
13    know, activities, or outreach              00:48:21
14    opportunities, thing of those -- of those  00:48:23
15    aspects, and to be able to provide this    00:48:26
16    information to different advisory          00:48:28
17    committees, stakeholder groups as well.  If 00:48:31
18    you can go onto the next slide as well,    00:48:33
19    please.                                    00:48:36
20            There was some questions to some   00:48:36
21    of the accountability, and some of the     00:48:39
22    accountability we're looking at is aligned 00:48:43
23    with some of our current goals we have for 00:48:46
24    the school division, and it's to continue  00:48:48
```



Page 52

```
 1   to look at the variety of diversity that we   00:48:51
 2   have within the school, and looking at how    00:48:53
 3   that is, you know, is reflective of, you       00:48:57
 4   know, providing educational resources and     00:49:00
 5   opportunities to those students.  Who are     00:49:03
 6   those students who believe that belong or     00:49:05
 7   at least believe that they can be applying    00:49:07
 8   to TJ.                                         00:49:09
 9            Now, certainly some of these          00:49:11
10   measures are new, and we would need to be     00:49:12
11   able to establish baselines, but this is an   00:49:14
12   area where we can set that baseline and       00:49:19
13   then look to how do we improve that, and      00:49:21
14   identify areas where we may not be as         00:49:24
15   strong, and continue to push forward.         00:49:27
16            And this can be, you know, based      00:49:29
17   on the numbers of families who are engaged    00:49:31
18   with the outreach that we have, and how do    00:49:34
19   we improve that?  As well as with students    00:49:36
20   who are actually at TJ and understanding      00:49:40
21   how they're -- how they feel respected and    00:49:45
22   included at TJ, along with their parents,     00:49:47
23   and how they feel respected within the TJ     00:49:49
24   community as well.                             00:49:51
```



Page 53

```
 1          So these are accountability      00:49:53
 2  metrics we want to put in place and measure  00:49:54
 3  and guide our decisions and approaches to    00:49:57
 4  what we're doing and where we can            00:50:00
 5  continually improve.                         00:50:02
 6          If you can go onto the next          00:50:04
 7  slide, please.  And I believe I'll turn      00:50:07
 8  this over to Mr. Smith.                      00:50:09
 9          MR. SMITH:  And so before we end     00:50:11
10      our presentation, we wanted to stay      00:50:12
11      within that 30 minutes, we also headed   00:50:14
12      the board's request of adding            00:50:17
13      information into a report.  We have to    00:50:20
14      apologize for the video.  It is slow     00:50:22
15      today.  Adding information into a        00:50:24
16      report with several next steps.  The     00:50:28
17      board has asked several good questions,  00:50:31
18      and we worked with staff to provide      00:50:33
19      answers to those questions.  And so we   00:50:36
20      do feel that we've given you a lot to    00:50:39
21      think about, and are looking forward to  00:50:41
22      the discussion the board will have on    00:50:43
23      the TJ admissions process.  I did hear   00:50:45
24      questions about some things possibly     00:50:48
```



MAGNA
LEGAL SERVICES

Page 54

```
 1     not being part of this process and of      00:50:51
 2     course, based on the discussion, we        00:50:55
 3     would certainly be able to add aspects     00:50:58
 4     into either proposal that is chosen        00:51:01
 5     based on how the board felt about          00:51:02
 6     adding those elements, but I do want to    00:51:06
 7     give you a sense of our current            00:51:08
 8     timeline, and there are some questions     00:51:10
 9     that we've been feeling about that         00:51:13
10     actually doing the vote within the         00:51:15
11     month of December, but in order for us     00:51:17
12     to have a class seated in the fall, we     00:51:20
13     have to have some things beginning to      00:51:23
14     happen in the beginning of January.  So    00:51:24
15     right now we are in the process of         00:51:26
16     developing those collection methods for    00:51:29
17     our newly developed metrics, and during    00:51:31
18     all of this, we're also developing and     00:51:34
19     doing outreach to those who might be       00:51:38
20     readers as part of our process in the      00:51:40
21     early winter.  We expect the Governor      00:51:43
22     will have recommendations for the          00:51:45
23     application process.  In the early         00:51:47
24     summer, after we've gone through the       00:51:50
```



Page 55

```
 1      entire application process, and have   00:51:52
 2      invited those students to be part of   00:51:55
 3      the freshman class, as we do every     00:51:57
 4      year, we'll report new data to the     00:52:00
 5      school board and report on the         00:52:01
 6      available metrics and demographics of  00:52:04
 7      the applicants and the offers.  And    00:52:06
 8      then finally in the summer, if         00:52:09
 9      necessary, we will incorporate any of  00:52:11
10      those Governor's recommendations.  We  00:52:13
11      would review the data to identify      00:52:15
12      application enhancements.  And as part 00:52:17
13      of the entire process, nothing is set  00:52:20
14      in stone.  Certain things we might not 00:52:23
15      be able to do this year, could         00:52:25
16      certainly as they come out of the      00:52:27
17      discussion, be built into future       00:52:29
18      processes.                             00:52:32
19              And so with that, I do want    00:52:33
20      to thank everyone whose been apart of  00:52:34
21      this process.  The office of research  00:52:37
22      and strategic improvement for their    00:52:39
23      work on the paper and for the data     00:52:42
24      analysis and research.  I certainly    00:52:44
```



Page 56

```
1      want to thank Dr. Bonitatibus and her    00:52:46
2      staff at TJ admissions, along with Dr.   00:52:49
3      Zudalogo(ph), who has been a strong      00:52:53
4      member of this team, our folks in the    00:52:54
5      instructional services department, who   00:52:57
6      have helped and provided the curricular  00:52:59
7      approach that is so important for us.     00:53:02
8      And really to our stakeholders, who       00:53:04
9      have provided lots of input to the        00:53:06
10     process.  We got input both in person,    00:53:08
11     and we received input via e-mail.  A      00:53:11
12     lot of people have strong feelings        00:53:14
13     about the TJ admissions process, and      00:53:16
14     that's good.  It shows that our           00:53:18
15     students, staff, and families are         00:53:21
16     interested in the work we are doing in    00:53:23
17     the Fairfax County Public Schools.  And   00:53:24
18     so we do want to thank all of them, and   00:53:26
19     I want to thank all of you for your       00:53:29
20     thoughtful input into this process.  We   00:53:31
21     had the opportunity to speak with many    00:53:34
22     of you about the process, and feel that   00:53:36
23     we've brought something forward that      00:53:40
24     will generate good discussion and         00:53:41
```



MAGNA
LEGAL SERVICES

Page 57

```
 1    dialogue so that we can have a process    00:53:43
 2    in place at the end of December and       00:53:46
 3    welcome those first students in the       00:53:48
 4    fall.                                      00:53:51
 5            And so with that, I'm going        00:53:51
 6    to turn it over to Ms. Omeish to begin    00:53:53
 7    the question process.                      00:53:57
 8        MS. OMEISH:  Thank you, Mr.            00:54:01
 9    Smith.  I believe Mr. Frisch will pick    00:54:01
10    up from here.                              00:54:03
11        MR. SMITH:  And Mr. Frisch, if I      00:54:06
12    could add, I just saw Dr. Brabrand, and   00:54:07
13    I certainly have thanked a lot of         00:54:11
14    people, but I have to thank Dr.           00:54:12
15    Brabrand for pushing this, as he has      00:54:15
16    done, and holding us up as he -- we've    00:54:19
17    moved forward in this possess.  He has    00:54:22
18    been the face of this process, he has     00:54:24
19    been the face within the community and    00:54:27
20    with you as board members.  And so we     00:54:29
21    certainly wouldn't be where we are        00:54:31
22    without his intuitiveness and his         00:54:34
23    support.                                   00:54:36
24        MR. FRISCH:  All right.                00:54:37
```



Page 58

```
 1                    Thank you, Mr. Smith, and we    00:54:38
 2        appreciate everything staff has done.       00:54:40
 3        But we're going to jump right into the      00:54:41
 4        questions here.  And we'll start just       00:54:43
 5        before I get going, we're going to go       00:54:46
 6        for a while here, and we have every         00:54:48
 7        expectation that we have time for one       00:54:50
 8        round of go backs, so my fellow board      00:54:52
 9        members, while you're crafting your         00:54:55
10        section here, keep that in mind.  We'll    00:54:58
11        begin with Ms. McLaughlin.                  00:55:01
12            MS. MCLAUGHLIN:  Thank you.  I'm        00:55:07
13        just getting my video, so please don't     00:55:08
14        start the clock until the video is up.      00:55:11
15        Thank you.                                  00:55:15
16                    I'm going to start with         00:55:16
17        questions right away.  Mr. Smith, you       00:55:17
18        noted that in the current metrics that      00:55:21
19        you and superintendent proposed, it        00:55:23
20        would yield about 4300 potential            00:55:26
21        applicants that show the academic          00:55:29
22        aptitude.  That's out of how many          00:55:33
23        eighth graders countywide?                  00:55:36
24            MR. SMITH:  That's currently            00:55:40
```



Page 59

1       approximately out of 13,000 eighth        00:55:41

2       graders countywide.                       00:55:43

3              MS. MCLAUGHLIN:  And is that 4300  00:55:46

4       for Fairfax County only?                  00:55:49

5              MR. SMITH:  That would be Fairfax  00:55:51

6       County students.  So those would be the   00:55:52

7       students who meet the criteria based on   00:55:54

8       the data that we have before us today.    00:55:56

9              MS. MCLAUGHLIN:  And how many       00:55:58

10      applications are you typically getting    00:55:59

11      each year right now to TJ out of          00:56:01

12      Fairfax County?                           00:56:02

13             MR. SMITH:  I'd have to let         00:56:05

14      Jeremy answer that question.  I know      00:56:06

15      overall it's about 2500 and 3000, but     00:56:08

16      he may have the breakdowns on             00:56:11

17      specifically who came from Fairfax.       00:56:12

18             MR. SHUGHART:  Ms. McLaughlin,      00:56:16

19      typically that's around 2000 students.    00:56:17

20      The last couple of years the numbers of   00:56:20

21      applicants have been about 2500.  The     00:56:22

22      previous number of years was around       00:56:25

23      3000, so that has increased from that     00:56:27

24      number.                                   00:56:31



```
                                          Page 60
 1            MS. MCLAUGHLIN:  Okay.            00:56:32
 2                 I do very much agree with    00:56:33
 3       Mr. Smith, your characterization and I 00:56:35
 4       guess in a very positive way, the      00:56:39
 5       description of what we're all here for. 00:56:41
 6       We want to maintain the high academic  00:56:43
 7       standards of TJ, so it remains a        00:56:48
 8       premier STEM high school in the nation, 00:56:49
 9       but that we're also, along with the     00:56:52
10       heart of equity, so I want to begin     00:56:54
11       with my colleagues that I absolutely    00:56:57
12       embrace that, and I shared with you     00:56:59
13       after a decade experience in selective  00:57:01
14       college admissions, I absolutely        00:57:04
15       believe that Fairfax County can and     00:57:06
16       should have long ago achieved a magnet  00:57:08
17       STEM school that was both high          00:57:13
18       achieving and diverse.  So I guess      00:57:16
19       where my concerns are honestly, I look  00:57:20
20       at the next step questions, and in      00:57:23
21       particular, Dr. Brabrand, I would       00:57:25
22       appreciate in the future and your       00:57:28
23       staff, that when we ask these next step 00:57:29
24       questions, please have staff embed the  00:57:32
```



Page 61

```
 1      links.  On a number of my important      00:57:34
 2      questions, say things like see the       00:57:36
 3      September 25th memo to board members.    00:57:40
 4      That doesn't help me, and it doesn't     00:57:43
 5      help the public for ease of access of    00:57:44
 6      information.  The links should all be    00:57:47
 7      there for any document you sent to us.   00:57:49
 8      That -- that's very disappointing to     00:57:53
 9      see that.                                00:57:56
10             I also did not see               00:57:56
11      information about when we were looking   00:57:58
12      at unweighted GPAs, question 133.  I     00:58:03
13      was surprised in that response that it   00:58:07
14      didn't provide the data to the           00:58:11
15      questions I asked, which is what's the   00:58:13
16      number of the percentage of applicants   00:58:15
17      who have a 3.5 unweighted GPA for the    00:58:19
18      2019 admissions class.  The question     00:58:21
19      was completely not answered and doesn't  00:58:23
20      really allow me or other board members   00:58:26
21      and the public to understand why you've  00:58:29
22      developed this metric.  So I think at    00:58:33
23      the heart of where the concern I hear    00:58:36
24      from the public is, very much a          00:58:38
```



Page 62

```
 1        commitment to equity, very much a          00:58:40
 2        commitment to removing barriers, very      00:58:42
 3        much a commitment to the tremendous        00:58:44
 4        benefit of a diverse class, and I think    00:58:46
 5        geographic focus is going to be part of    00:58:49
 6        that piece and changing the way we do      00:58:51
 7        holistic admissions.  But what's           00:58:54
 8        troubling to me is how you and your        00:58:56
 9        team are defining what is high academic    00:58:59
10        achievement.  I think only 4300            00:59:04
11        students with an unweighted 3.5 GPA        00:59:06
12        doesn't do that.                           00:59:09
13               Thank you, Mr. Frisch.  You         00:59:10
14        can put me on a go back.                   00:59:11
15           MR. FRISCH:  I will.  Thank you.        00:59:13
16           MS. MCLAUGHLIN:  I would like           00:59:14
17        that question (inaudible) from the         00:59:14
18        superintendent though.                     00:59:18
19           MR. FRISCH:  Yes.                        00:59:20
20           MS. MCLAUGHLIN:  So why were my         00:59:20
21        questions not answered and will we         00:59:22
22        count on getting the links and the         00:59:26
23        information (inaudible).                    00:59:28
24           MR. SMITH:  Yeah.  Sure, sure.          00:59:30
```



Page 63

```
 1      The links we can work on.  I'm sorry    00:59:31
 2      about that.  That is something as we're 00:59:33
 3      putting together this new approach, to  00:59:35
 4      put it more on white paper, we can get  00:59:37
 5      to the links.  As far as the issue on   00:59:39
 6      the number and percentage of the 3.5    00:59:42
 7      unweighted, Jeremy, is that something   00:59:44
 8      we can follow up on prior to the        00:59:46
 9      board's final decision making, so they  00:59:48
10      can know that, that we were at a 3.0    00:59:51
11      and we moved it to the 3.5, and they're 00:59:54
12      just wanting to see the numbers and     00:59:55
13      percentages.                            00:59:57
14               Is that something we can       00:59:58
15      provide?                                01:00:00
16         MR. SHUGHART:  Yes.  I thought       01:00:00
17      that we did provide that, but in        01:00:02
18      looking at it, I think I misread what   01:00:03
19      the question was and provided different 01:00:05
20      information.                            01:00:07
21         DR. BRABRAND:  All right.            01:00:08
22      Jeremy, if we can get that to them this 01:00:09
23      week because I know Megan -- Ms.        01:00:11
24      McLaughlin and other board members      01:00:13
```



Page 64

```
 1      would like that information prior to      01:00:14
 2      making their final decisions.             01:00:15
 3             MS. MCLAUGHLIN:  Thank you so      01:00:20
 4      much.                                     01:00:20
 5             MR. FRISCH:  Thank you, Dr.        01:00:21
 6      Brabrand.                                 01:00:22
 7                  Ms. Keys-Gamarra?             01:00:22
 8             MS. KEYS-GAMARRA:  Thank you.      01:00:25
 9      Give me a moment to get my camera on.     01:00:25
10                  And thank you for this        01:00:29
11      opportunity.  I think it's on.  Let's     01:00:32
12      see.  Okay.  So I do thank you for this   01:00:36
13      presentation, and I will say that my      01:00:38
14      comments all center around the belief     01:00:41
15      that this has to be ongoing work.  We     01:00:46
16      have to continue to get comment.  I       01:00:49
17      think we have to hear from our new CEO,   01:00:52
18      our chief equity officer, and I would     01:00:55
19      like to outline some of the things that   01:01:00
20      I want to include personally, but also    01:01:04
21      I sent to all of my colleagues the        01:01:08
22      revisions of what I sent earlier today.   01:01:11
23      That does include comments, as I          01:01:13
24      mentioned earlier.  So what I think --    01:01:17
```



Page 65

```
 1      what are stickler points for me are I      01:01:20
 2      absolutely believe we need school          01:01:24
 3      representation.  I do not believe that     01:01:26
 4      regionally we can address the access       01:01:29
 5      issues that we've discussed so             01:01:33
 6      extensively without that.  I do support    01:01:35
 7      a lottery in so much as we get             01:01:38
 8      sufficient information to understand       01:01:41
 9      that it is actually working toward the     01:01:43
10      goals that we've identified with           01:01:46
11      modeling etc. and the input I              01:01:48
12      mentioned.  And so I am providing the      01:01:50
13      e-mail -- my phone is ringing.  I'm        01:01:55
14      sorry.  And I hope to get comments from    01:01:59
15      my colleagues to build on the language     01:02:02
16      on that I've submitted.                    01:02:04
17                For the purpose of the           01:02:06
18      public, the things that I've been able     01:02:10
19      to -- I think we already agree on are      01:02:12
20      legal compliance that would take into      01:02:16
21      account the Louden AG decision develop     01:02:18
22      -- that we would focus on developing       01:02:21
23      primitive measures to improve access to    01:02:24
24      FCPS -- was that the -- was that your      01:02:26
```



```
                                        Page 66
 1    ice, Karl -- STEM program.           01:02:31
 2         MR. FRISCH:  Dually muted.       01:02:32
 3         MS. KEYS-GAMARRA:  I thought it  01:02:34
 4    was the bell.  I'm sorry.  All right.  01:02:36
 5         MR. FRISCH:  We'll give you      01:02:39
 6    another 15 seconds.                   01:02:39
 7         MS. KEYS-GAMARRA:  Okay.         01:02:44
 8              Acknowledge and support     01:02:45
 9    improving diversity, that we consider 01:02:46
10    comments from MSAOC reports from the  01:02:49
11    last five years, that we acknowledge  01:02:51
12    the proposed changes would address    01:02:54
13    finding intellectually curious students 01:02:57
14    who would benefit from the STEM       01:02:59
15    environment, that the pool of students 01:03:00
16    should come from every school in FCPS, 01:03:03
17    that the board expects the CEO to     01:03:06
18    provide input, and that we would      01:03:08
19    receive regular input -- regular      01:03:10
20    reports on our progress.              01:03:12
21              So those are my comments,   01:03:13
22    and I just wanted to -- I wanted to   01:03:14
23    read that out so the public would know 01:03:16
24    that this is where I'm starting.  I   01:03:17
```



MAGNA
LEGAL SERVICES

```
                                          Page 67
 1      hope to build consensus with my          01:03:19

 2      colleagues.  This can be a resolution.   01:03:21

 3      This can be a motion.  But my goal is    01:03:23

 4      to find those things that we agree on.   01:03:27

 5               So thank you.                    01:03:29

 6          MR. FRISCH:  Thank you, Ms.          01:03:33

 7      Keys-Gamarra.                            01:03:35

 8               Dr. Anderson?                    01:03:36

 9          DR. ANDERSON:  Okay.                 01:03:38

10               Just getting my video on and    01:03:39

11      setting up my own personal timer.        01:03:42

12          MR. FRISCH:  Dr. Anderson, your      01:03:45

13      mic is pretty muted.                     01:03:46

14          DR. ANDERSON:  Oh.                   01:03:49

15          MR. FRISCH:  There you go.  Much     01:03:49

16      better.                                  01:03:50

17          DR. ANDERSON:  Hello?  Is that       01:03:50

18      better.  I'm so sorry.  I've been        01:03:52

19      struggling all day.                      01:03:54

20          MR. FRISCH:  We'll give you your     01:03:55

21      time back.                               01:03:57

22          DR. ANDERSON:  Thank you.            01:03:58

23               I'll be very quick because I    01:03:59

24      have some questions that I want to ask.  01:04:00
```



Page 68

| | | |
|---|---|---|
| 1 | Then I have some comments that I'd like | 01:04:02 |
| 2 | to make.  One of the questions I have | 01:04:05 |
| 3 | is regarding one of the proposals, I | 01:04:09 |
| 4 | can't remember which one, I think it's | 01:04:11 |
| 5 | one, has a provision for the top one | 01:04:13 |
| 6 | hundred students. | 01:04:16 |
| 7 | Mr. Smith, can you speak | 01:04:17 |
| 8 | again as to how those students will be | 01:04:19 |
| 9 | evaluated, the top one hundred out of | 01:04:21 |
| 10 | the 550 seats? | 01:04:24 |
| 11 | MR. SMITH:  Certainly. | 01:04:26 |
| 12 | And I have to apologize for | 01:04:27 |
| 13 | not being on earlier.  My connections | 01:04:28 |
| 14 | were all a mess, and it was a frozen | 01:04:30 |
| 15 | screen with Ms. McLaughlin.  So I'm | 01:04:34 |
| 16 | back on now. | 01:04:36 |
| 17 | We will be using the | 01:04:38 |
| 18 | holistic review for those students, so | 01:04:41 |
| 19 | as we've highlighted the holistic | 01:04:44 |
| 20 | review as part of the whole process | 01:04:46 |
| 21 | where we would review the top 550 | 01:04:49 |
| 22 | students in the second proposal, we | 01:04:51 |
| 23 | would do that same thing in the lottery | 01:04:54 |
| 24 | to do a holistic review of the highest | 01:04:57 |



MAGNA
LEGAL SERVICES

Page 69

```
 1    evaluated one hundred students, and      01:04:59
 2    then provide them seats to the school.   01:05:03
 3    And then do the lottery with the         01:05:05
 4    remaining 450 students.                  01:05:07
 5         DR. ANDERSON:  Thank you.           01:05:10
 6              One of the things that has     01:05:10
 7    been discussed and shared by so many of  01:05:12
 8    the students who have testified and      01:05:14
 9    written letters is the culture of TJ.    01:05:15
10    What concerns do you have regarding      01:05:18
11    this group, in my words, this selective  01:05:22
12    group, causing or creating a two tier    01:05:24
13    system in which that entire process      01:05:26
14    diminishes the culture.  I'd like to     01:05:30
15    hear from you and maybe Dr. Bona, if     01:05:31
16    she's here with us, if she can speak to  01:05:36
17    that as well.                            01:05:38
18         MR. SMITH:  I know that Dr. Bona    01:05:39
19    is here, and she certainly would like    01:05:41
20    to speak to that.                        01:05:43
21              What I can say from this       01:05:43
22    perspective of the admissions process    01:05:45
23    is that students would be aware of the   01:05:48
24    pathway by which they received entry to  01:05:51
```



Page 70

```
 1    TJ, so we wouldn't let a student know      01:05:54
 2    that you were chosen in the first one      01:05:57
 3    hundred, and the others were chosen by     01:05:59
 4    lottery or visa versa.  Students would     01:06:02
 5    simply get a letter of invitation of TJ    01:06:04
 6    itself.                                     01:06:07
 7              I'll let Dr. Bona talk about      01:06:08
 8    the culture and the supports that are      01:06:10
 9    currently in place at the school and       01:06:12
10    what will occur to support students        01:06:14
11    even greater.                              01:06:16
12         DR. BONITATIBUS:  Sure.               01:06:19
13              Hello.  Madame Chair, Vice       01:06:20
14    Chair, school board members, and FCPS      01:06:23
15    leadership, thank you for the              01:06:25
16    opportunity to discuss TJ admissions       01:06:26
17    and we will continue to be focused on      01:06:29
18    all children belonging at TJ creating      01:06:31
19    that pairing and welcoming environment.    01:06:35
20    I believe that sometimes in the some of    01:06:38
21    the conversations that are being held      01:06:42
22    talking about the culture of TJ, I want    01:06:45
23    to make sure that our children and our     01:06:47
24    staff are seen as being highly             01:06:53
```



Page 71

```
 1      welcoming collaborative in nature, our    01:06:56
 2      older students do a tremendous job of     01:07:00
 3      taking the younger students under their   01:07:02
 4      wing and mentoring them.  And that does   01:07:04
 5      not go without saying we can continue     01:07:07
 6      to benefit from professional              01:07:10
 7      development, so that way we can           01:07:12
 8      understand the challenges that all        01:07:14
 9      students bring to our school in terms     01:07:16
10      of inclusivity and that our students as  01:07:20
11      well can benefit from developing that     01:07:23
12      understanding, and so we just recently    01:07:26
13      implemented some new goals into our       01:07:28
14      school improvement, and innovation        01:07:29
15      plan.  We have an equity team that is     01:07:32
16      working very hard on developing some      01:07:34
17      actions that will help toward those       01:07:37
18      pieces, and ultimately I'm confident      01:07:40
19      that through our curriculum and           01:07:42
20      programming, that our students will be    01:07:44
21      supported each and every day, we'll be    01:07:47
22      meeting the students where ever they      01:07:49
23      are in developing their talent along      01:07:51
24      the way.  Thank you.                      01:07:54
```



Page 72

| | | |
|---|---|---|
| 1 | DR. ANDERSON:  My other question | 01:07:55 |
| 2 | is regarding teacher recommendations. | 01:07:56 |
| 3 | I know we've talked about this quite a | 01:07:58 |
| 4 | bit and Dr. Bon, please don't go.  I'd | 01:08:00 |
| 5 | like for you to speak to that as well. | 01:08:02 |
| 6 | There's a lot of conversation.  I know | 01:08:04 |
| 7 | this firsthand as somebody who spent so | 01:08:05 |
| 8 | many years in a school in terms of the | 01:08:08 |
| 9 | pressure that can be placed upon | 01:08:10 |
| 10 | teachers by parents for | 01:08:12 |
| 11 | recommendations.  I see this as a | 01:08:14 |
| 12 | double-edged sword.  It's an | 01:08:15 |
| 13 | opportunity for teachers to recognize | 01:08:17 |
| 14 | some students who may not otherwise | 01:08:19 |
| 15 | have the opportunity, but it's also an | 01:08:23 |
| 16 | opportunity for -- for that to be | 01:08:25 |
| 17 | subject to parent pressure, or maybe | 01:08:27 |
| 18 | even some gate keeping.  One of the | 01:08:29 |
| 19 | things I believe I heard as we engage | 01:08:31 |
| 20 | in the discussion is how even teachers | 01:08:33 |
| 21 | at TJ are able to at least predict | 01:08:36 |
| 22 | where the teachers recommendations are | 01:08:40 |
| 23 | coming from depending on the amount of | 01:08:41 |
| 24 | these recommendations that are written | 01:08:44 |


MAGNA
LEGAL SERVICES

Page 73

| | | |
|---|---|---|
| 1 | by various schools. | 01:08:45 |
| 2 | Can you speak to that a | 01:08:46 |
| 3 | little bit, Dr. Bona, please? | 01:08:47 |
| 4 | DR. BONITATIBUS:  To be honest, I | 01:08:54 |
| 5 | have not been part of any of the TJ | 01:08:55 |
| 6 | admissions process that looks at the | 01:08:57 |
| 7 | application packets or looks at the | 01:08:59 |
| 8 | letters.  There are certainly community | 01:09:04 |
| 9 | sentiments that go both ways, as you | 01:09:06 |
| 10 | pointed out.  Teachers do know their | 01:09:07 |
| 11 | students best, and we also know that in | 01:09:09 |
| 12 | some cases, some teachers and some | 01:09:13 |
| 13 | schools know our school, and they know | 01:09:16 |
| 14 | TJ and the programs at TJ better than | 01:09:18 |
| 15 | teachers at other places.  And so when | 01:09:21 |
| 16 | it comes down to an individual teacher | 01:09:25 |
| 17 | writing a recommendation, some of the | 01:09:28 |
| 18 | people that I've spoken to who served | 01:09:31 |
| 19 | on some of the selection committees, | 01:09:33 |
| 20 | and maybe even Mr. Shugart can even | 01:09:34 |
| 21 | speak to this as well, some will say | 01:09:36 |
| 22 | that some teachers are very well versed | 01:09:40 |
| 23 | in writing the letters, where others | 01:09:41 |
| 24 | may not be.  And potentially that would | 01:09:43 |



Page 74

```
 1     impact.  But again I can't speak        01:09:46
 2     specifically.  Mr. Shugart perhaps has  01:09:48
 3     a better understanding of that.         01:09:51
 4          DR. ANDERSON:  Mr. Shugart, did    01:09:55
 5     you want to add to this?  I'm so sorry, 01:09:56
 6     Mr. Frisch.                             01:09:57
 7          MR. FRISCH:  He's welcome to       01:10:03
 8     reply.                                  01:10:05
 9          MR. SHUGHART:  Sure.               01:10:06
10               So in terms of the teacher    01:10:06
11     recommendations, certainly what Dr.     01:10:07
12     Bona is sharing is true, you know,      01:10:11
13     this -- we do see that the teachers     01:10:15
14     generally, just taking a step back,     01:10:17
15     teacher recommendations come in, in two 01:10:18
16     forms, for our freshman class, which we 01:10:22
17     are discussing today.  We have some     01:10:24
18     requirements for the students.  It's    01:10:26
19     either a seventh or eighth grade        01:10:28
20     teacher of math or science and it's a   01:10:29
21     teacher of choice they have to wrote    01:10:32
22     the recommendations.                    01:10:35
23               In terms of the              01:10:36
24     recommendations themselves, we do find  01:10:38
```



Page 75

```
 1        that schools that have high -- students    01:10:42
 2        with a large amount of interest,           01:10:45
 3        there's a level of experience in terms     01:10:48
 4        of writing recommendations, and that       01:10:50
 5        might be different from either a school    01:10:53
 6        who has fewer students who are             01:10:55
 7        interested in TJ or historically been      01:10:58
 8        interested, as well as teachers that       01:11:00
 9        have experience from writing               01:11:03
10        recommendations over many years.           01:11:04
11                And so one of things that we       01:11:06
12        do from an evaluation standpoint is        01:11:08
13        look at that from a unbiased viewpoint     01:11:12
14        of trying not to penalize students in      01:11:16
15        terms of teacher experience in writing     01:11:18
16        recommendations.  That's how the           01:11:20
17        recommendation itself is designed, is      01:11:22
18        to try to illicit information about        01:11:24
19        what their actual experiences are with     01:11:27
20        the students as opposed personal           01:11:30
21        statements about, you know, individual     01:11:33
22        strength or something along those          01:11:37
23        lines.                                     01:11:39
24                DR. ANDERSON:  How do you deal     01:11:40
```



Page 76

```
 1    with it then if it has to acquire a    01:11:40
 2    recommendation from -- I think you say  01:11:43
 3    the math or science teacher, and one    01:11:46
 4    other of choice, when that required     01:11:47
 5    teacher, what if there's a conflict     01:11:49
 6    there between teacher and student and   01:11:52
 7    the recommendation is not what it       01:11:54
 8    possibly could be?                      01:11:57
 9        MR. SHUGHART:  So the students      01:11:58
10    have an option for the math/science,    01:12:00
11    they have an option of four different   01:12:04
12    teachers to be able to make that        01:12:06
13    choice.  And the teacher themselves     01:12:08
14    also have the ability to refuse to      01:12:09
15    write the recommendation and allow the  01:12:11
16    student to have the opportunity to ask  01:12:13
17    another teacher.  And so that does      01:12:15
18    happen from time to time where a        01:12:17
19    teacher can decline the offer to write  01:12:21
20    the recommendation.                     01:12:23
21            The other piece that we talk    01:12:25
22    about with students is thinking about   01:12:26
23    and how to engage in that conversation  01:12:30
24    with the teachers about writing the     01:12:32
```



Page 77

```
 1        recommendations, and why and who would   01:12:33

 2        be the ones that we are requesting        01:12:36

 3        recommendations for, and we also want     01:12:38

 4        to be sure that teachers have an          01:12:42

 5        opportunity to be open and honest about   01:12:43

 6        the recommendation.  And so that that     01:12:45

 7        way, we're trying to keep bias out of     01:12:47

 8        the recommendations from a teacher        01:12:51

 9        perspective, but you know, and kind of    01:12:54

10        that impact within there.  And I hope     01:12:57

11        that answered your question.  And I'm     01:12:59

12        sorry, if I didn't, I can certainly try   01:13:01

13        to help clarify.                          01:13:02

14            DR. ANDERSON:  I'm going to spend      01:13:04

15        the remainder of my time kind of          01:13:06

16        sharing where I am.  I am in support of    01:13:08

17        the merit lottery because I think many     01:13:10

18        of the things that Mr. Shugart has said    01:13:13

19        regarding bias, I think this is a way      01:13:14

20        for us to have some neutrality in terms    01:13:17

21        of this process.                           01:13:19

22                If all students are eligible       01:13:20

23        in meeting those requirements, I see       01:13:22

24        that there's space here for us to use      01:13:25
```



Page 78

```
 1        that merit lottery to help determine      01:13:27
 2        who does come into TJ.  We have a         01:13:30
 3        number of schools, and some folks sent    01:13:32
 4        us some data regarding how many of the    01:13:34
 5        top 50 schools in the US that are         01:13:37
 6        utilizing a merit lottery system -- it    01:13:42
 7        is a merit lottery.  It still has a       01:13:43
 8        level of exclusivity, and students        01:13:44
 9        qualify.  It's not every student.         01:13:46
10                I do want to say it gives me      01:13:49
11        nothing but heartburn to hear about       01:13:51
12        the -- the top one hundred, the top       01:13:54
13        tier.  That doesn't sit with me for a     01:13:56
14        number of reasons, particularly the       01:13:58
15        culture I think that can come out of      01:14:02
16        that, even though I know it's well        01:14:03
17        intended.  And also, I am not -- I am     01:14:05
18        not in favor of a weighted GPA, so I      01:14:09
19        want to be sure that is highlighted.      01:14:11
20        I'm not in favor of an approach that      01:14:14
21        does not come down to a lower level       01:14:17
22        besides the region.  In region two,      01:14:20
23        where I -- where I am, we are in our      01:14:24
24        (inaudible) schools are in competition   01:14:27
```



Page 79

```
 1      with schools that essentially turn out   01:14:29
 2      hundreds of kids over the course of       01:14:32
 3      five years while our schools have very    01:14:34
 4      few.  So I need --                        01:14:37
 5           MR. FRISCH:  Your bell rang.         01:14:40
 6           DR. ANDERSON:  Oh, I'm so sorry.     01:14:41
 7      I didn't hear the bell.  Please, place    01:14:41
 8      me on a go back, but thank you.  I        01:14:44
 9      apologize for that.                       01:14:45
10           MR. FRISCH: Will do.  Thank you.     01:14:46
11      Ms. Cohen?                                01:14:49
12           MS. COHEN:  All right.  Thanks.      01:14:52
13      I appreciate following Dr. Anderson as    01:14:53
14      usual.  I still have -- to use her        01:14:56
15      word, a lot of heartburn over the idea    01:15:01
16      that we've gotten rid of teacher          01:15:04
17      recommendations.  I think in particular   01:15:05
18      as -- I think as we start looking at      01:15:09
19      this process, and you all referenced      01:15:12
20      Dr. Plucker.  Dr. Plucker did not say     01:15:14
21      that we should get rid of teacher         01:15:18
22      recommendations.  The conversation is     01:15:19
23      about overreliance as a system on         01:15:22
24      gibbers in our AP level for centers       01:15:24
```



```
                                            Page 80
 1      process.  But not -- not an indictment    01:15:29
 2      of teacher recommendations.  And so I     01:15:32
 3      did see in some of the documentation      01:15:35
 4      that the school board voted against       01:15:36
 5      teacher recommendations.  And that is     01:15:38
 6      not accurate.  This board voted to        01:15:40
 7      remove the fee, we voted to remove the    01:15:43
 8      test, but that -- that was as granular    01:15:47
 9      as we got.  So I would definitely like    01:15:50
10      to see that corrected because that's      01:15:52
11      not accurate.                             01:15:54
12              You know, I feel just as we       01:15:57
13      have for a lot of scholarship programs    01:15:58
14      that we use, there are ways to            01:16:01
15      structure teacher recommendations, that  01:16:03
16      you give them, you know, more             01:16:05
17      opportunities to use a point system,      01:16:08
18      and a small level that gives some sort    01:16:11
19      of teacher response that is unfiltered.   01:16:14
20      And we use it in all different kinds of   01:16:19
21      ways, so I don't -- I don't agree that    01:16:22
22      we have gotten rid of teacher recs, and   01:16:26
23      I'm hoping that we'll decide to include   01:16:27
24      those.                                    01:16:32
```



```
                                              Page 81
 1            Another piece for me that I'd    01:16:32
 2    love to have someone speak to is why the 01:16:34
 3    maximum cap and not a minimum cap when we 01:16:37
 4    look at our regional pathway approach?    01:16:41
 5            DR. BRABRAND:  Marty, do you      01:16:51
 6        think you can address the maximum,    01:16:51
 7        minimum cap piece.  And as far as     01:16:54
 8        teacher recommendations, Ms. Cohen,   01:16:56
 9        we're here today at this workstation to 01:16:59
10        hear the feedback from the board, and 01:17:00
11        if in the end, teacher recommendations 01:17:02
12        is something this board believes needs 01:17:05
13        to be re-added back into the process,  01:17:07
14        we certainly can -- we can certainly  01:17:09
15        hear that feedback and incorporate that 01:17:12
16        in any of the two final proposals.    01:17:14
17            Marty or Jeremy, can you          01:17:18
18        talk about the cap as a maximum verses 01:17:19
19        the minimum?  I think I know the      01:17:21
20        answer, but I think you could express 01:17:23
21        it better than myself.                01:17:26
22        MR. SMITH:  So Jer -- I know          01:17:28
23        Jeremy worked very closely in previous 01:17:29
24        iterations of the process to establish 01:17:34
```



Page 82

```
1      caps, and there are a variety of ways    01:17:36
2      of looking at caps in terms of ensuring  01:17:39
3      that we don't go over a particular       01:17:42
4      amount, and when you look at the         01:17:44
5      minimum caps, I'll let Jeremy speak a    01:17:48
6      little bit more about that.              01:17:51
7            MR. SHUGHART:  Okay.               01:17:58
8                  And so when we went through  01:17:59
9      the cap approach, what we were looking   01:18:00
10     for was maximums, was an idea to be      01:18:03
11     able to provide some -- more geographic  01:18:07
12     representation.  That's the reason why   01:18:09
13     we went to a regional approach.  And     01:18:12
14     I'm sorry.  My video is taking forever   01:18:14
15     to start back up here.  So that's why    01:18:16
16     we went to the regional approach.        01:18:18
17     There is information, and I know         01:18:20
18     there's some other board questions       01:18:23
19     about individual school level caps and   01:18:25
20     so in the -- in the research paper,      01:18:29
21     there's also a table in there about the  01:18:31
22     school level caps in Fairfax County as   01:18:33
23     well.  You can certainly reference       01:18:35
24     those.                                   01:18:37
```


MAGNA
LEGAL SERVICES

Page 83

```
 1                    In looking at the minimums,   01:18:38
 2        we didn't approach it from a minimum      01:18:40
 3        standpoint of saying there's a minimum    01:18:43
 4        number of students coming from each       01:18:45
 5        school.  Looking at it from a cap         01:18:47
 6        approach, we were also looking at the     01:18:49
 7        kind of idea of getting, you know, of     01:18:51
 8        pushing it out this way.  So there was    01:18:55
 9        kind of a where we were historically      01:18:58
10        until this point in time.  There was no   01:19:00
11        caps on the individual school.  There     01:19:02
12        were caps established for participating   01:19:06
13        jurisdictions, but there was -- in kind   01:19:08
14        of taking that same level of caps that    01:19:10
15        we have used in the past and placing it   01:19:12
16        within our regions, and then kind of      01:19:15
17        reassessing and kind of configuring       01:19:17
18        that down with the goal to help           01:19:21
19        distribute more regional or geographic    01:19:23
20        representation.  And we haven't really    01:19:27
21        looked at it from the bottom up saying    01:19:29
22        there's minimums that absolutely had to   01:19:31
23        be required.  Some of that, and it        01:19:34
24        might be something where John -- John     01:19:36
```



Page 84

```
 1      Foster can talk about in terms of, you    01:19:39
 2      know, minimums and things of that          01:19:42
 3      nature of what were requiring at           01:19:43
 4      certain places.                            01:19:45
 5          MR. SMITH:  And I will also add        01:19:47
 6      that when we were looking at the           01:19:48
 7      initial proposal, we were looking at a     01:19:49
 8      lottery process, and with that lottery     01:19:52
 9      process, we were looking at the overall    01:19:54
10      number of students who could get in by     01:19:57
11      any particular pathway.                    01:19:59
12              And so in looking at the           01:20:01
13      first approach, it was how many            01:20:03
14      students could get in from a particular    01:20:06
15      pathway based on the lottery, and then     01:20:07
16      not taking another look at that as we      01:20:10
17      looked at the holistic approach.           01:20:12
18          MS. COHEN:  I think that's a           01:20:16
19      concern.  Is if we settle, you know,       01:20:17
20      and I think we all agreed, what we         01:20:20
21      truly have is an application problem       01:20:22
22      here.  And we're kind of trying to         01:20:24
23      change the admissions process in the       01:20:27
24      hopes that that is not yet another         01:20:29
```



Page 85

1       barrier, but we recognize we have much    01:20:33

2       a harder job, which this is to figure     01:20:35

3       out why are kids not applying to TJ.      01:20:37

4                And so my worry is when we       01:20:40

5       look at a maximum, the whole goal has     01:20:43

6       been to give kids an opportunity to go    01:20:46

7       who haven't had the opportunity before.   01:20:48

8       And so -- but the goal was never to       01:20:52

9       punish kids for whom that has always      01:20:55

10      seen as a pathway.  And so you know, my   01:20:58

11      worry is, I look at my regions, which     01:21:01

12      are pretty significantly                  01:21:03

13      underrepresented, and I will tell you,    01:21:04

14      the enthusiasm to apply to TJ and many    01:21:08

15      places is not there.  And so my worry     01:21:11

16      is when we look at these maximums,        01:21:13

17      instead of making smaller minimums that   01:21:18

18      kind of look proportionately, I just      01:21:20

19      want to make sure what we're              01:21:22

20      unintentionally doing is trying to        01:21:24

21      really push kids, who don't have a        01:21:27

22      comfort level.  Sorry --                  01:21:30

23          MR. FRISCH:  Finish out your          01:21:32

24      thought, Ms. Cohen.                       01:21:32



Page 86

```
 1          MS. COHEN:  I would love us to      01:21:39
 2     relook at that if we go this holistic   01:21:40
 3     approach, it does maybe that make more  01:21:43
 4     sense.                                   01:21:46
 5               And Mr. Frisch, if you'll     01:21:47
 6     kindly add me for a go back as well.     01:21:48
 7          MR. FRISCH:  Sure.                  01:21:50
 8          MR. SMITH:  And that's as just a   01:21:50
 9     brief follow-up to that, I can say that  01:21:51
10     when we look at caps, it does go hand    01:21:53
11     and hand with a recruitment process.     01:21:56
12     We talked about increasing that          01:21:59
13     pipeline, and certainly wouldn't want    01:22:00
14     to put students or assign students --    01:22:03
15     invite students to TJ, who didn't want   01:22:06
16     to be part of the process or didn't      01:22:09
17     feel they would be successful.  And so   01:22:13
18     in looking at those caps, it's not a     01:22:15
19     cap in the sense of we must have this    01:22:18
20     number of students from the particular   01:22:22
21     school as much as it is this would be    01:22:24
22     the greatest number of students we       01:22:28
23     could have if there was interest in      01:22:30
24     going to TJ.                             01:22:32
```



```
                                        Page 87
 1          MS. COHEN:  Mr. Frisch, may I    01:22:35
 2      just follow up to ask what happens -- 01:22:36
 3      will you walk us through what happens 01:22:39
 4      if those maximums are not met?        01:22:41
 5          MR. FRISCH:  You're going to have 01:22:43
 6      to hold that for your go back.  I'm   01:22:47
 7      sorry, Ms. Cohen.  But you'll have    01:22:47
 8      plenty of time to come up with a great 01:22:50
 9      answer, Mr. Smith.                    01:22:53
10              All right.  Up next we've     01:22:55
11      got Ms. Tholen.                       01:22:57
12          MS. THOLEN:  Well, I'm very happy 01:23:00
13      to follow Ms. Cohen.  If you want to  01:23:02
14      answer her question, (inaudible) train 01:23:05
15      of thought.  I have the same question 01:23:07
16      about why not a minimum verses a      01:23:10
17      maximum, so you've talked about that. 01:23:15
18      And I think what I'm understanding is 01:23:18
19      that when you look at the lottery, it 01:23:20
20      makes sense to perhaps look at the -- 01:23:23
21      by region, a maximum number of students 01:23:25
22      that would be accepted through the    01:23:28
23      lottery process.  If we're moving -- if 01:23:29
24      we have more of a holistic view of the 01:23:31
```



Page 88

```
 1      students, you know, I've seen concern      01:23:33
 2      that we're starting with schools right     01:23:38
 3      now, that have very few students that      01:23:39
 4      have applied over the last several         01:23:41
 5      years, and we don't necessarily have       01:23:43
 6      maybe a clear understanding of why.        01:23:45
 7      How do we get those students to apply?     01:23:47
 8      And how do we, you know, have them be      01:23:49
 9      successful at TJ?  So perhaps having --    01:23:53
10      starting with a minimum number of          01:23:56
11      students might make more sense and then    01:23:58
12      Laura Jean was asking how -- you were      01:24:00
13      saying with the maximum number, if the     01:24:04
14      school didn't have that number of          01:24:06
15      students, how then would you move          01:24:08
16      forward?                                   01:24:10
17              Does that make sense?              01:24:11
18         MR. SMITH:  Yes.                        01:24:13
19              And so I'm going to ask Mr.        01:24:14
20      Shugart to talk about how we would go      01:24:17
21      through and identify students through      01:24:20
22      either of the pathway approaches, but      01:24:23
23      it's merely looking at those students,     01:24:25
24      if you look at the holistic approach,      01:24:27
```



Page 89

```
 1        it's looking at those students who are    01:24:29
 2        the most highly evaluated, and going      01:24:30
 3        through and bringing those students       01:24:33
 4        into the process based on their pathway   01:24:35
 5        and how highly they were evaluated.       01:24:37
 6               Again, we couldn't create          01:24:41
 7        students or add students to a             01:24:42
 8        particular applicant pool if there were   01:24:44
 9        no students to apply for that             01:24:46
10        particular school.  So then we just go    01:24:47
11        to the next highest student on the        01:24:49
12        list.  That's how we go through, and      01:24:52
13        Mr. Shugart, if you can certainly         01:24:54
14        verify that, that would be great.         01:24:56
15           MR. SHUGHART:  Absolutely.             01:24:59
16               So -- so to the process --         01:25:01
17        and I guess to try to explain the         01:25:05
18        process in greater detail, to explain     01:25:06
19        how that would work, is as we would go    01:25:08
20        through both from a -- in both            01:25:11
21        processes, you're looking at the          01:25:16
22        specific numbers -- again, whether this   01:25:17
23        is by the region or by the individual     01:25:19
24        school.  And so what we're saying is      01:25:21
```



Page 90

```
 1      that we know based the number of seats    01:25:23
 2      available, this is the number of seats    01:25:26
 3      that are going to come from this          01:25:27
 4      particular region or school depending     01:25:29
 5      on which one we go with.                  01:25:31
 6                 Once a particular -- as we     01:25:34
 7      go through the evaluation process,        01:25:36
 8      we're looking at the strength of an       01:25:38
 9      individual student's application, and     01:25:39
10      that was really truly the same prior to   01:25:41
11      this point in time as well.  And so       01:25:44
12      what you look at is, is the level of      01:25:47
13      strength of applications.  With           01:25:49
14      students with the strongest               01:25:51
15      applications, were the students that      01:25:52
16      were offered.  And you work your way      01:25:53
17      down until you hit the maximum number     01:25:56
18      of seats available that we can even       01:25:58
19      offer, and the next grouping of           01:26:01
20      students was placed in the wave pool      01:26:02
21      and other students were not offered at    01:26:04
22      all.                                      01:26:07
23                 What we're using now is a      01:26:07
24      very similar model to that, is we're      01:26:09
```



Page 91

```
 1          looking at the it from a regional      01:26:12
 2          perspective, as opposed to an unlimited 01:26:14
 3          number of students for Fairfax County   01:26:16
 4          and in other areas we used in the past, 01:26:19
 5          we're now implementing a maximum number 01:26:22
 6          of students that can come from a        01:26:24
 7          particular area.  What that in essence  01:26:25
 8          does is it guarantees that each region  01:26:28
 9          will have that number of students that  01:26:30
10          are coming from the particular region   01:26:32
11          being offered admissions.               01:26:35
12                    Now, obviously one of the     01:26:37
13          things -- and we talked about this or   01:26:39
14          shared previously, and I believe it's   01:26:42
15          in the research paper in terms of       01:26:43
16          processes is if a particular region     01:26:45
17          does not have enough students that are  01:26:50
18          remaining to fill the number up to the  01:26:52
19          cap, then it would go to -- it would go 01:26:55
20          to the next students with the highest   01:26:58
21          level of strength, which would maybe    01:27:01
22          put one more particular region or area  01:27:03
23          above their cap because we're still     01:27:06
24          looking to maintain that 550 seats      01:27:08
```



```
                                              Page 92
 1      within the school.                    01:27:12
 2                 I will add that in looking 01:27:15
 3      at all this from a modeling standpoint, 01:27:17
 4      and looking at it over a historical   01:27:19
 5      number of applicants, one of things   01:27:21
 6      that we have is that we know even     01:27:24
 7      within the last handful of years, we're 01:27:28
 8      still at 2500 applicants.  That is well 01:27:30
 9      in excess of the 550 seats we're      01:27:33
10      proposing.  When we look at that from a 01:27:36
11      regional standpoint, or individual    01:27:39
12      school standpoint, we're still        01:27:42
13      exceeding the number of seats that are 01:27:43
14      available based on the number of      01:27:46
15      students that have applied in the past. 01:27:48
16      So we don't -- we're not looking at   01:27:50
17      this from saying that we believe --   01:27:51
18      that based upon the evidence that we've 01:27:54
19      had leading up until this point in    01:27:56
20      time, we would not have enough students 01:27:58
21      applying from any of these regions to 01:28:00
22      meet the minimums -- I'm sorry -- to  01:28:04
23      meet the caps.  So I thank you for the 01:28:06
24      warning.  Thank you.                  01:28:07
```



Page 93

| | | |
|---|---|---|
| 1 | MR. FRISCH: You're welcome. Ms. | 01:28:09 |
| 2 | Tholen? | 01:28:11 |
| 3 | MS. THOLEN: Okay. | 01:28:12 |
| 4 | So I would just like to say, | 01:28:12 |
| 5 | you know, I think it's worth taking a | 01:28:17 |
| 6 | look at that minimum number, maybe as a | 01:28:19 |
| 7 | way to approach it. If we -- if we end | 01:28:21 |
| 8 | up leaning toward the holistic view and | 01:28:24 |
| 9 | I also have (inaudible) Ms. Cohen to | 01:28:28 |
| 10 | talk, about and maybe in my view as a, | 01:28:30 |
| 11 | you know, as a middle school science | 01:28:33 |
| 12 | teacher and a trainer of many middle | 01:28:36 |
| 13 | school science teachers, you know, I | 01:28:38 |
| 14 | really do feel particularly in those | 01:28:41 |
| 15 | schools that have not historically sent | 01:28:43 |
| 16 | students, that those teachers are | 01:28:48 |
| 17 | really in a fantastic position to help | 01:28:50 |
| 18 | us find those students, so they should | 01:28:52 |
| 19 | definitely be included in the outreach | 01:28:54 |
| 20 | program, but their recommendations for | 01:28:56 |
| 21 | these students would be key to finding | 01:28:59 |
| 22 | the students that we're looking for. | 01:29:02 |
| 23 | And as Laura Jean was | 01:29:04 |
| 24 | talking about a little, there's a lot | 01:29:07 |



Page 94

```
 1        of ways to do teacher recommendations.    01:29:09
 2        I would probably advise during this        01:29:11
 3        time, given the workload that our          01:29:12
 4        teachers have as well, to streamline       01:29:14
 5        the teacher recommendation process         01:29:17
 6        significantly, but not to take it out      01:29:19
 7        of out of the application process.         01:29:23
 8                  A couple of other questions      01:29:27
 9        that I had, one question I just wanted     01:29:29
10        to ask, I understand that you know,        01:29:33
11        you're upping that class number to 550,   01:29:35
12        which I -- I'm one of the people who is    01:29:39
13        super, super sensitive of capacity        01:29:42
14        numbers, given where I sit in the         01:29:43
15        county.  And so I understand strongly      01:29:47
16        the difference between, you know, that     01:29:49
17        square footage in the building and how     01:29:51
18        many people you can fit in per square      01:29:52
19        footage and your programmatic use of      01:29:54
20        the building.  I would just like to       01:29:56
21        just get a little bit of reassurance       01:29:59
22        that even if we open up this number to     01:30:01
23        550, which you know, I would be a          01:30:04
24        proprietor of, we're not effecting the     01:30:06
```



Page 95

```
 1      programs at TJ by adding an additional  01:30:09
 2      70 students.                             01:30:12
 3            MR. SMITH:  I'd like Mr.           01:30:15
 4      (inaudible) to weigh in on some of that  01:30:15
 5      with regard to capacity, and also Dr.    01:30:17
 6      Bona with the current capacity within    01:30:20
 7      the school.  TJ is our only building     01:30:23
 8      where we have a set number of students   01:30:25
 9      in each freshman class, and so they can  01:30:29
10      certainly weigh in and provide some      01:30:33
11      input.                                   01:30:35
12            MS. THOLEN:  Yes.  I think my      01:30:36
13      question is less capacity, and just by   01:30:36
14      square footage, so I really love to      01:30:39
15      hear from the principal, on if she's     01:30:41
16      got another 70 students, how that will   01:30:45
17      affect the programs she runs at TJ.      01:30:46
18            MR. FRISCH:  We'll get an answer   01:30:50
19      on that, Ms. Tholen, I don't know if     01:30:51
20      you heard, but your bell did go.  So     01:30:52
21      let's get an answer from Principal Bona  01:30:53
22      and then we'll go from there.            01:30:56
23            DR. BONITATIBUS:  Thank you.       01:31:01
24                  That's a great question.     01:31:01
```



Page 96

```
 1        Because square footage does not always    01:31:02
 2        translate into instructional programs,    01:31:04
 3        and one of the things that we know at     01:31:08
 4        TJ is that we do have a lot of extra      01:31:09
 5        square footage.  Part of it is because    01:31:13
 6        of the size of our research labs, that    01:31:15
 7        are twice the size of traditional labs,   01:31:16
 8        so that square footage can be a bit       01:31:19
 9        misleading about how much space is        01:31:22
10        actually in the building.  And            01:31:23
11        (inaudible) areas that we use for         01:31:26
12        instructional flexibility, and so those   01:31:28
13        adjunct classroom kinds of spaces and I   01:31:31
14        do feel comfortable that we (inaudible)   01:31:35
15        that capacity to about two thousand,      01:31:38
16        and do so comfortably.  If we increased   01:31:43
17        it much beyond that, I do have concerns   01:31:46
18        of the feeling of overcrowdedness, and    01:31:49
19        lack of flexibility in some of the        01:31:52
20        spaces.  We do have to recognize that     01:31:57
21        any time, of course, that you're          01:31:58
22        increasing the capacity, there would      01:32:00
23        have to be budgetary support for          01:32:02
24        additional teachers that would be added   01:32:04
```



Page 97

```
 1      to the program.  And I would definitely  01:32:06
 2      want to put in a plug to be able to say   01:32:09
 3      that where some have the impression       01:32:11
 4      that oh, well, the school does get        01:32:14
 5      extra money just for being a Governor's   01:32:17
 6      school, we should not use that granted    01:32:19
 7      money to supplant the normal process,     01:32:21
 8      the normal staffing process that every    01:32:24
 9      school is able to receive.                01:32:26
10                And in another piece, I         01:32:30
11      would like to be able to mention, when    01:32:32
12      we were talking about the increasing      01:32:35
13      capacity is that when we're looking at    01:32:36
14      specialized learner centers, our goal     01:32:39
15      typically is to keep those classroom      01:32:42
16      sizes a bit smaller.  And at TJ, we've    01:32:45
17      been able to keep them slightly smaller   01:32:48
18      on average, maybe two to three students   01:32:50
19      smaller, compared to a typical high       01:32:53
20      school, but when we're talking about      01:32:57
21      highly able learners, or developing the   01:32:58
22      talent of highly able learners, putting   01:33:01
23      33 to 35 kids in the classroom just       01:33:04
24      because we can, I don't think             01:33:07
```



Page 98

```
 1     necessarily meets the needs of          01:33:09
 2     specialized programs.  So I would        01:33:11
 3     strongly recommend that when we're       01:33:15
 4     looking at capacity, we cap it at 2000.  01:33:19
 5     Anything beyond that, I think could      01:33:23
 6     really be a stretch for our school.      01:33:25
 7          MS. THOLEN:  Thank you.             01:33:28
 8          MR. FRISCH:  Up next we have        01:33:30
 9     Ms. Corbett Sanders.                     01:33:33
10               I expect (inaudible).          01:33:42
11          MS. CORBETT SANDERS:  Yeah.         01:33:47
12               Just briefly on the capacity   01:33:48
13     piece as somebody, as many people know   01:33:50
14     in my region and elsewhere in the        01:33:53
15     county, a lot of our schools have more   01:33:54
16     students in them than the capacity, so   01:33:57
17     I appreciate Ms. Bona wanting to have a  01:33:59
18     lower amount of -- a higher amount of    01:34:02
19     square footage, but I think that that's  01:34:05
20     an equity issue.                         01:34:08
21               Regarding some of the          01:34:10
22     comments that have been made today,      01:34:11
23     there was a statement that said          01:34:14
24     collectively -- there was collectively   01:34:18
```



Page 99

```
 1        in talking to people, lotteries would    01:34:20
 2        be a way to address a hybrid model --     01:34:22
 3        lottery would be a way to address some    01:34:24
 4        of the concerns about the enrollment      01:34:27
 5        class.  I think that's interesting in     01:34:29
 6        how it's phrased.  It's would be a way.   01:34:32
 7        There are other ways.  And so I do want   01:34:35
 8        to say I continue to be concerned about   01:34:38
 9        the lotteries because of what's been      01:34:40
10        shown at schools across the country       01:34:43
11        that have used lotteries and the          01:34:45
12        attrition associated with it.  I have     01:34:48
13        some particular questions regarding the   01:34:50
14        regional pathways that were discussed     01:34:54
15        because what is not listed here is the    01:34:56
16        number of students in a region that may   01:34:59
17        currently attend a private school or      01:35:02
18        are military connected.  And so in my     01:35:05
19        region in particular, we have a number    01:35:08
20        of student who is transfer from the       01:35:10
21        military and from private schools when    01:35:12
22        they're ready to go to high school, so    01:35:14
23        I think those numbers by region should    01:35:16
24        be looked at.  Looking at who you         01:35:20
```



Page 100

```
 1        reached out to, I would like to better    01:35:22
 2        understand what outreach was done with    01:35:24
 3        the business community because they had   01:35:27
 4        been longstanding partners of ours, and   01:35:30
 5        so if we could make sure we do do some    01:35:32
 6        outreach there, if at all, if we          01:35:36
 7        haven't done so.  I will advocate for a   01:35:38
 8        school by school approach to this,        01:35:43
 9        rather than a regional approach based     01:35:46
10        very similar to what Ms. Or Dr.           01:35:49
11        Anderson stated.  And perhaps one of      01:35:51
12        the things we might look at is having a   01:35:53
13        minimum number over students per school   01:35:56
14        and a maximum number by region.           01:35:58
15                And with that, those are my       01:36:01
16        comments, and I look forward to a         01:36:02
17        robust discussion and would like some     01:36:05
18        feedback on some of the comments and      01:36:06
19        questions I have posed.                   01:36:08
20        MR. SMITH:  Ms. Corbett Sanders,          01:36:11
21        when you asked about the business         01:36:12
22        community, we actually have some          01:36:14
23        meetings scheduled with the business      01:36:16
24        community, and working through the        01:36:17
```



Page 101

```
 1        foundation, working very closely with    01:36:19
 2        Ms. Murphy, who is the director of the   01:36:23
 3        foundation.  There's been interest in    01:36:25
 4        the business community, so she's         01:36:27
 5        working to poll together some leaders    01:36:29
 6        so that we can have continue --          01:36:32
 7        continued discussion around TJ and the   01:36:34
 8        admissions process and the overall       01:36:36
 9        admission of TJ.  We did not include     01:36:38
10        them as part of the admissions process,  01:36:40
11        but again, we do have plans to meet      01:36:42
12        with them as part of the process.        01:36:48
13            MS. CORBETT SANDERS:  Thank you,     01:36:51
14        Mr. Smith.  And I appreciate that.  I    01:36:52
15        would just suggest in the future since   01:36:54
16        when TJ was established in 1985, the     01:36:56
17        critical linchpin was that -- that       01:37:00
18        collaboration and partnership with the   01:37:03
19        business community, so prioritizing      01:37:05
20        that is important.  And I would expect   01:37:09
21        that the business community is very      01:37:12
22        similar to, you know, the corporation I  01:37:13
23        left as -- retired from, which           01:37:17
24        recognized that the more diverse of an   01:37:20
```



Page 102

```
 1      employment base or the more diverse of   01:37:24
 2      a student body, the better because that  01:37:27
 3      leads to more creativity and             01:37:31
 4      innovation.  So I just want to make      01:37:33
 5      sure we include that.                    01:37:35
 6                What about my other            01:37:36
 7      questions?                               01:37:39
 8            MR. SHUGHART:  Mr. Smith, I can    01:37:41
 9      talk about a little bit about the        01:37:43
10      private schools if you want me to.       01:37:44
11                So Ms. Corbett Sanders, in     01:37:48
12      terms of the private school and the      01:37:50
13      private school approach, what that is    01:37:52
14      looking at is similar to the way that    01:37:54
15      we look at the students that are         01:37:57
16      attending the public schools, it's       01:37:59
17      based upon the residency.  So it would   01:38:00
18      be looking at the residency from a       01:38:02
19      regional standpoint based on where the   01:38:04
20      student actually resides.  So while      01:38:07
21      private schools may cross               01:38:09
22      jurisdictional bounds, or even cross     01:38:11
23      the regions within Fairfax County, they  01:38:14
24      may go one private school or one         01:38:17
```



Page 103

```
1        section of the county, or may live in a    01:38:18
2        different one, we would have them be an     01:38:20
3        applicant of the region where they          01:38:23
4        live.  That's not dissimilar to how we      01:38:27
5        focus on our private schools in terms       01:38:29
6        of looking at them to their                 01:38:31
7        representative caps if they're outside      01:38:34
8        of Fairfax County.  That was the way in     01:38:36
9        which we were including our private         01:38:38
10       schools in the regional approach that       01:38:40
11       they were looking at it from the            01:38:42
12       overall regional not an individual          01:38:44
13       standpoint.                                 01:38:47
14            MS. CORBETT SANDERS:  So I know         01:38:48
15       my time is up, but I would -- the           01:38:48
16       military students need to be included       01:38:51
17       in that.  The second piece is certain       01:38:53
18       areas of this county have a higher          01:38:55
19       percent of student going to private         01:38:57
20       schools.  And so I'm a little concerned     01:39:00
21       about your regional numbers based on        01:39:02
22       that.                                       01:39:04
23            MR. FRISCH:  Thank you, Ms.            01:39:04
24       Corbett Sanders.                            01:39:05
```



Page 104

```
 1              MS. CORBETT SANDERS:  And I would  01:39:07
 2        take the go back, please.                01:39:07
 3              MR. SHUGHART:  Mr. Frisch, do you   01:39:09
 4        want me to respond to that?              01:39:10
 5              MR. FRISCH:  Yes, please.          01:39:12
 6              MR. SHUGHART:  Okay.               01:39:14
 7                   So for military -- military   01:39:15
 8        students -- and I might need a little    01:39:16
 9        bit further clarification on your go     01:39:20
10        back, Ms. Corbett Sanders on that, but   01:39:21
11        the military students, if you're         01:39:23
12        talking about the current -- current     01:39:25
13        military students attending here, or if  01:39:27
14        you're talking about not here, but       01:39:29
15        wanting to transfer into the area, so    01:39:33
16        we'll deal with that on a go back.       01:39:34
17              MS. CORBETT SANDERS:  No, I'm      01:39:37
18        sorry.  The question is posed under      01:39:38
19        this one.  So if you can please answer   01:39:40
20        it on this one, so I don't use my go     01:39:41
21        back for it.  Yeah.                      01:39:42
22              MR. SHUGHART:  Okay.               01:39:44
23                   So please clarify if you're   01:39:44
24        talking about currently residing here    01:39:45
```



Page 105

```
 1    or military transfer that's into the        01:39:49
 2    future.                                      01:39:52
 3         MS. CORBETT SANDERS:  So we know        01:39:52
 4    at certain points military personnel         01:39:55
 5    transfer back to the DC Metro area.          01:39:58
 6    It's usually when they're getting ready      01:40:01
 7    to retire or go to the flag officer          01:40:03
 8    level.  So we know that there's a            01:40:06
 9    higher number of eighth grade students       01:40:08
10    or potentially eighth grade students         01:40:12
11    coming from different demographics.  We      01:40:13
12    see this with our military students and      01:40:16
13    we see with our students from private        01:40:21
14    schools.                                     01:40:23
15         MR. FRISCH:  Ms. Corbett Sanders,       01:40:23
16    can you clarify for him so he can            01:40:24
17    answer the question.                         01:40:26
18         MS. CORBETT SANDERS:  So that's         01:40:27
19    what I'm trying to do.  The numbers --       01:40:27
20    there's 1,1,500 military students in         01:40:30
21    Fairfax County looking at the age level      01:40:33
22    when they transfer back into the             01:40:37
23    Fairfax County talks about --                01:40:39
24    identifies where that -- that subgroup       01:40:41
```



Page 106

```
 1        of kids, who potentially would be in    01:40:47
 2        TJ, and so I'm concerned that your       01:40:49
 3        underrepresenting region three and four  01:40:51
 4        in your regional numbers.  Because they  01:40:54
 5        may not be counted in the existing       01:40:57
 6        base.                                    01:41:01
 7              MR. SHUGHART:  So the -- the        01:41:01
 8        regional numbers are purely based upon   01:41:02
 9        the demographics of the currently        01:41:07
10        enrolled students.  Let me finish, Ms.   01:41:08
11        Corbett Sanders.  Are currently based    01:41:11
12        upon currently enrolled students in      01:41:13
13        eighth grade -- eighth grade class       01:41:17
14        based upon those individual schools.     01:41:18
15        So we can't pre -- we can't predict how  01:41:21
16        much a particular school will increase   01:41:24
17        from one year to the next, but if we're  01:41:25
18        only looking at students just coming in  01:41:28
19        the -- in the future, what we have done  01:41:30
20        in the past is dealt with the residency  01:41:33
21        requirements because most of those       01:41:36
22        students and parents don't arrive until  01:41:37
23        the summer preceding their school year,  01:41:40
24        so we've been able to work with those    01:41:42
```



Page 107

```
 1        families and allowing them to apply        01:41:44
 2        prior to their arrival to Fairfax          01:41:47
 3        County.  The ones that actually arrive     01:41:50
 4        during the application window, they        01:41:52
 5        apply during the application window        01:41:54
 6        without any problems.  And I'm not         01:41:55
 7        sure -- so when we look at it -- and       01:41:58
 8        this goes back to the minimum, maximum     01:42:00
 9        question beforehand, the number that       01:42:02
10        was still out there was that 70 percent    01:42:04
11        of the either 550 students or the 450      01:42:08
12        students, it's divided out to be           01:42:12
13        proportionate from each region to that     01:42:15
14        particular number.  And that's the         01:42:18
15        reason why on the piechart within the      01:42:19
16        presentation you saw numbers that          01:42:23
17        varied from within the region.  That's     01:42:25
18        purely down to the individual school       01:42:26
19        enrollment and that was based on           01:42:29
20        September membership.                      01:42:31
21            DR. BRABRAND:  Jeremy -- Jeremy,       01:42:36
22        if I could, Mr. Frisch.                    01:42:38
23            MR. FRISCH:  Yeah.  Go ahead.          01:42:39
24            DR. BRABRAND:  Jeremy, I think         01:42:40
```



Page 108

```
 1        the question maybe for the layperson at   01:42:41
 2        home, if you're coming in, in the         01:42:43
 3        summer and we work with those families,   01:42:44
 4        do they get slotted into a particular     01:42:47
 5        region for the count in either of these   01:42:49
 6        proposals, or are they in an              01:42:52
 7        undesignated pool that I think is one     01:42:54
 8        of the questions.                         01:42:57
 9               Are they slotted in or are         01:42:59
10        they in an undesignated school because    01:43:00
11        they have not arrived yet and not         01:43:02
12        picked a region and a school.             01:43:04
13           MR. SHUGHART:  So -- well, we're       01:43:06
14        talking about two different things.  In   01:43:08
15        the past -- in the past that didn't       01:43:10
16        matter, right?  The problem is, is that   01:43:12
17        if a family is not here currently,        01:43:15
18        they're -- they're not actually a part    01:43:18
19        of the application process.  And so the   01:43:20
20        piece of what we're currently have on     01:43:22
21        the table that we're discussing is of     01:43:25
22        those families that are currently here.   01:43:27
23           DR. BRABRAND:  Right.                   01:43:29
24           MR. SHUGHART:  And Ms. Corbett         01:43:29
```



Page 109

```
 1      Sanders question is a valid one,        01:43:30
 2      because it takes into account the       01:43:32
 3      future people who are transferring into 01:43:34
 4      the area, not -- and it's specifically  01:43:39
 5      to our military families, but there are 01:43:41
 6      other families that transfer in.  And   01:43:43
 7      so we would have to make some type of   01:43:45
 8      consideration about how that would      01:43:48
 9      look -- how it would be included into a 01:43:50
10      particular region.  Right now, we       01:43:53
11      wouldn't have a way to put them into a  01:43:55
12      region, because we don't know where     01:43:57
13      they're going to live.                  01:43:59
14           MR. FRISCH:  All right.            01:44:02
15               If people need further         01:44:02
16      clarification on that, they can bring   01:44:03
17      it up in their go back.                 01:44:05
18               All right.  Up next we have    01:44:08
19      Ms. Pekarsky.                           01:44:10
20           MS. PEKARSKY:  Okay.  Thank you.   01:44:11
21               I'm actually happy to go       01:44:12
22      after Ms. Karen Corbett Sanders because 01:44:14
23      she brought up something about the      01:44:15
24      attrition rate and in our -- in the     01:44:18
```



Page 110

```
 1      white paper that you provided to us,    01:44:20
 2      you actually stated that admission       01:44:23
 3      lotteries are not a common approach to   01:44:24
 4      admission, and then you go on to talk    01:44:29
 5      about Gwenydd County and -- who          01:44:31
 6      consequently has a high attrition rate,  01:44:34
 7      and why that matters is because -- at    01:44:40
 8      least to me -- we are in the business    01:44:42
 9      of impacting student outcomes.  So this  01:44:44
10      goes back to the accountability          01:44:52
11      measures where I see quite a few         01:44:54
12      accountability measures surrounding      01:44:57
13      caring culture, which is imperative      01:44:59
14      because we know our kids can't learn in  01:45:01
15      environments that's are not inclusive    01:45:04
16      and welcoming, obviously.  But I don't   01:45:06
17      see any accountability measures for      01:45:11
18      student outcomes or academic outcomes,   01:45:14
19      and I'd like to know why those were      01:45:18
20      omitted, or your thoughts on that,       01:45:20
21      please.                                  01:45:30
22           MR. FRISCH:  Marty or Jeremy, do    01:45:32
23      you want to answer that?  Don't all      01:45:34
24      jump at once.                            01:45:42
```



Page 111

```
 1          MS. COHEN:  Looks like we lost     01:45:45
 2     Marty, just an FYI.                     01:45:46
 3          MR. FRISCH:  Okay.                 01:45:47
 4               That might be why.            01:45:47
 5          MR. SHUGHART:  Sorry.  It's        01:45:52
 6     really slow if you click the camera     01:45:53
 7     first.                                  01:45:57
 8               Ms. Pekarsky, so one of       01:45:58
 9     things we were focusing on were some of 01:45:59
10     the issues that were talked about       01:46:02
11     beforehand.  In terms of -- and -- in   01:46:04
12     terms of attrition rate, we currently   01:46:09
13     have models that allow us to select     01:46:12
14     students for attrition into the future  01:46:16
15     years, in terms of the sophomore round  01:46:18
16     and potentiality even the junior round. 01:46:20
17     So we do have that.  So there is some   01:46:22
18     level of attrition that we find within  01:46:24
19     Fairfax County.                         01:46:27
20               I will -- you know, we did    01:46:29
21     not -- or at least I did not look at    01:46:31
22     the level of attrition rate from each   01:46:34
23     of these other schools that had -- only 01:46:36
24     had lottery models, and I can't say     01:46:40
```



Page 112

```
 1    whether the other schools in        01:46:42
 2    comparison, what their attrition rate 01:46:43
 3    was either.  For me to be able to say 01:46:47
 4    one had more attrition than the other, 01:46:48
 5    I really can't comment on that because 01:46:50
 6    it's not something we looked at.  I   01:46:53
 7    know Ms. Rudah has joined us, and she 01:46:56
 8    was a part of the research piece of   01:46:58
 9    that.  I don't know if she has any    01:47:00
10    information, but to be able to look at 01:47:02
11    the pieces within the lottery and to  01:47:05
12    look at the kind of the goals, one of 01:47:07
13    the things was shared from -- when we 01:47:11
14    worked with -- with the external      01:47:14
15    experts was this idea of the size of  01:47:17
16    Fairfax County alone, not to exclude  01:47:21
17    our participation, but the size of    01:47:24
18    Fairfax County alone of about a 14,000 01:47:26
19    students per class, anywhere from      01:47:30
20    13,000 to 14,000 per class.  And to    01:47:33
21    have a single school was of 500-550,   01:47:36
22    whatever that number happens to be,    01:47:41
23    we're proposing 550, there's still a   01:47:42
24    great demand.  That's still a very     01:47:46
```



Page 113

```
 1        small portion of what our students are    01:47:47
 2        going into a single class into one high   01:47:50
 3        school.  There's still a large demand      01:47:52
 4        there.  I don't know if that answers       01:47:55
 5        your question though.                      01:47:56
 6            MS. PEKARSKY:  I mean, look, at        01:47:59
 7        the end of the day, I just want to         01:47:59
 8        know, you know, we got accountability      01:48:01
 9        measures of whether or not this -- the     01:48:03
10        policy changes are going to be             01:48:06
11        successful.  All I care about is           01:48:07
12        student outcomes, and I want to know       01:48:10
13        how we're going to measure those.          01:48:12
14        That's kind of where I'm going.            01:48:13
15            DR. BRABRAND:  So Ms. Pekarsky         01:48:17
16        car I think this is something staff can    01:48:17
17        go back and talk about.  Our outcomes      01:48:19
18        at TJ have been strong for a very long     01:48:22
19        time, and I think what I hear you          01:48:24
20        saying is whatever we do, we've got to     01:48:25
21        maintain those same high standards, how    01:48:28
22        can we check the distribution of           01:48:31
23        grades, the retention at ninth grade,      01:48:33
24        tenth grade, eleventh grade, we have       01:48:35
```



MAGNA
LEGAL SERVICES

Page 114

```
 1      had some kids after ninth grade leave,   01:48:37
 2      and we have done sophomore admissions.    01:48:39
 3      And I think what I hear you saying is     01:48:41
 4      we need to continue to look at what       01:48:42
 5      those trends have been, and compare       01:48:44
 6      what those trends are with either of      01:48:47
 7      these two approaches that the board       01:48:49
 8      would decide, so we have our pulse on     01:48:51
 9      the academic strength of the school,      01:48:53
10      just like we have caring culture and      01:48:56
11      the equity of access goals that we've     01:48:58
12      talked about.  I hear you, and we can     01:49:00
13      go back and work on that.  We can go      01:49:02
14      back and work on that and have those      01:49:06
15      forward for the board to be able to       01:49:08
16      monitor whichever approach you choose.    01:49:09
17           MS. PEKARSKY:  Thank you, Dr.        01:49:13
18      Brabrand, and it's important for those    01:49:13
19      individual students ensuring we're        01:49:15
20      supporting them so, they're successful.   01:49:18
21              I would also like to talk to      01:49:22
22      the teacher recommendations.  I know      01:49:24
23      how they can be a source of bias, but I   01:49:27
24      really do think this is very              01:49:29
```



Page 115

```
1        shortsighted of us.  As we know for    01:49:31
2        many of us, our teachers can be the one 01:49:33
3        and only advocate and champion they     01:49:35
4        have.  Dr. Bona said, you know, how --  01:49:39
5        how well teachers know their students.  01:49:43
6        So finding way to streamline this to    01:49:46
7        just be a data point, a big data point, 01:49:49
8        for us to consider in the larger        01:49:53
9        context, I really strongly recommend we 01:49:58
10       do not ignore those.                    01:50:03
11               I think I'll stop there for     01:50:09
12       right now.  Thank you.                  01:50:10
13           MR. FRISCH:  Can we put you down    01:50:12
14       for a go back, Ms. Pekarsky?            01:50:14
15           MS. PEKARSKY:  Yes.                 01:50:16
16               Dr. Brabrand wants to --        01:50:17
17           DR. BRABRAND:  Yes.  Mr. Frisch,    01:50:19
18       I just want to say and maybe we'll get  01:50:20
19       back to it in next steps -- if this     01:50:22
20       board has consensus about the role of   01:50:24
21       teacher recommendations, and I don't    01:50:27
22       know that it does, but I'm just sharing  01:50:29
23       because I heard now multiple board      01:50:30
24       members, this is not something -- staff 01:50:32
```



Page 116

| | | |
|---|---|---|
| 1 | did have some concerns, but I think if | 01:50:35 |
| 2 | the board directed us to look at how to | 01:50:39 |
| 3 | do it to balance some of the issues how | 01:50:42 |
| 4 | about the teacher recommendations are | 01:50:44 |
| 5 | done, and to keep the workload minimal | 01:50:46 |
| 6 | for teachers with everything else they | 01:50:49 |
| 7 | have going on, but still keep some | 01:50:51 |
| 8 | teacher voice, it is not impossible for | 01:50:53 |
| 9 | staff to look at that in either the two | 01:50:56 |
| 10 | options.  So again, this is another one | 01:51:00 |
| 11 | where if the board speaks to us now | 01:51:02 |
| 12 | with feedback about that piece, we can | 01:51:04 |
| 13 | make sure it's addressed with whatever | 01:51:07 |
| 14 | you all would vote on later this month. | 01:51:09 |
| 15 | MS. PEKARSKY:  Okay.  That's | 01:51:13 |
| 16 | great to hear.  Mr. Frisch, I found my | 01:51:13 |
| 17 | other questions as I was rifling | 01:51:15 |
| 18 | through my notes. | 01:51:17 |
| 19 | MR. FRISCH:  Quickly.  Go ahead. | 01:51:21 |
| 20 | MS. PEKARSKY:  I saw in the white | 01:51:22 |
| 21 | paper, there was also mention that lack | 01:51:24 |
| 22 | of student applications has been an | 01:51:29 |
| 23 | issue on that impacts diversity.  This | 01:51:34 |
| 24 | is something that I brought up at our | 01:51:37 |



Page 117

```
 1      very first meeting months and months    01:51:38
 2      ago.  I said, how are we talking to      01:51:41
 3      these students and families to figure    01:51:43
 4      out the why, why, why are they not       01:51:47
 5      applying?  And then we can figure out    01:51:50
 6      how we can respond.  So to this day, I   01:51:51
 7      don't know that we have a mechanism for  01:51:54
 8      that, but I just really implore you to   01:51:59
 9      talk to the people who are impacted,     01:52:02
10      all of the people, and just learn the    01:52:05
11      why and that can lead us to              01:52:08
12      conclusions.                             01:52:13
13           MR. FRISCH:  I believe that was     01:52:14
14      your bell.                               01:52:15
15              Dr. Brabrand?                    01:52:16
16           DR. BRABRAND:  That is a            01:52:18
17      brilliant question.  That is a           01:52:19
18      brilliant question.  We're trying to     01:52:21
19      get at that in one of our earlier        01:52:22
20      slides, slide 19, about parents who      01:52:26
21      feel respected there, students who feel  01:52:28
22      respected.  And I would say to the       01:52:30
23      board to listen to what some of our TJ   01:52:33
24      alumni and students have said because    01:52:36
```



Page 118

```
 1        the word of mouth on TJ is one of the    01:52:39
 2        cultural things that is going on.  The    01:52:43
 3        word of mouth among some students is      01:52:45
 4        I'm not welcomed there.  I'm not          01:52:48
 5        respected there.  I'm not felt to be      01:52:50
 6        included there, and I think that's part   01:52:53
 7        of what we got to work on in the          01:52:56
 8        application process.  I think either of   01:52:57
 9        these two approaches is going to send a   01:53:00
10        clear signal to our students that are     01:53:03
11        welcome.  You are included.  You are      01:53:06
12        respected.  And that's what I'm really    01:53:08
13        committed about, and I think it's going   01:53:10
14        to help Jeremy and his team working       01:53:11
15        with school counselors are saying, this   01:53:14
16        is a new day at TJ.  It's not -- you're   01:53:16
17        not locked out just because you never     01:53:21
18        seen a kid from this school go there.     01:53:23
19        You have a shot.  There is a shot.  Now   01:53:26
20        put your application in, and let's go     01:53:28
21        for it.  So I do think that's something   01:53:31
22        we got to watch for, and I know Mr.       01:53:33
23        Smith you want to add to my comments      01:53:35
24        and correct them if they're off.  No,     01:53:36
```



Page 119

```
 1        you're right on target, and I also want    01:53:38
 2        to say we had some very good feedback      01:53:42
 3        from our stakeholder groups, and we'll     01:53:43
 4        be working very closely with our equity    01:53:46
 5        office to perhaps revamp our parent        01:53:48
 6        meetings, so that when a student gets      01:53:50
 7        an invitation, we want to draw as many     01:53:54
 8        parents out as possible, but instead of    01:53:56
 9        a simple sit and get about TJ, a           01:53:59
10        conference type model where parents can    01:54:03
11        break up into small groups and talk        01:54:05
12        about concerns or questions they have      01:54:07
13        about the school, and the curriculum.      01:54:09
14        But whether or not they feel welcome       01:54:12
15        and having some targeted outreach and      01:54:14
16        targeted conversations with them to        01:54:17
17        illicit some of this information, so       01:54:19
18        we're on the same page there, and I        01:54:21
19        think there's ways for us to do it for     01:54:23
20        families who don't feel they're part of    01:54:26
21        the process, and also for families who     01:54:28
22        are invited in to get some of those        01:54:30
23        things that are keeping them from          01:54:33
24        continuing through the process.            01:54:35
```



Page 120

```
 1            MS. PEKARSKY:  And I appreciate   01:54:37
 2      that to say antidotal is not the        01:54:38
 3      systematic, and I will leave it at      01:54:40
 4      that.  I look forward to --             01:54:42
 5            MR. FRISCH:  Time is up,           01:54:44
 6      Mrs. Pekarsky.                           01:54:44
 7            MS. PEKARSKY:  Thank you.          01:54:45
 8            MR. FRISCH:  I appreciate it.      01:54:45
 9                Ms. Omeish, you're up.         01:54:47
10            MS. OMEISH:  Okay.                 01:54:51
11                I just experienced the slow    01:54:52
12      video myself.  All right.  So thank you  01:54:53
13      staff for the presentation.  With the    01:54:56
14      teacher recommendations piece, I'm       01:54:58
15      wondering if we can approximate some of  01:55:01
16      the information by looking at any kind   01:55:04
17      of data we have on this.  I do agree     01:55:07
18      with what Ms. Cohen said, that I don't   01:55:09
19      know it's exactly accurate -- an         01:55:11
20      accurate read of Dr. Plucker's research  01:55:13
21      to say we should eliminate it entirely,  01:55:14
22      but I am concerned about the equity and  01:55:16
23      proportions.                             01:55:18
24                So have you guys looked at     01:55:19
```



Page 121

```
 1     anything on how it's been used in the    01:55:20

 2     past, maybe more closely to see that      01:55:22

 3     there might be bias in that?              01:55:25

 4          DR. BRABRAND:  Marty, do you want   01:55:28

 5     to take that, and one of the things,      01:55:29

 6     Marty, in answering, is there a way, if   01:55:31

 7     we had a teacher recommendation, we can   01:55:34

 8     streamline in a sense the variability     01:55:36

 9     for teachers that have experience         01:55:39

10     writing their one hundredth              01:55:41

11     recommendation, and that teacher who      01:55:42

12     may be for first time writing their       01:55:45

13     first or second recommendation for a      01:55:47

14     kid.                                      01:55:50

15          MR. SMITH:  So we've done some of   01:55:50

16     that with the teacher recommendation      01:55:51

17     process.  I know that the former office   01:55:53

18     of current evaluation did some of that    01:55:57

19     work to streamline the process, to look   01:56:00

20     at a point system, to take some of the    01:56:02

21     subjectivity out of the process, and we   01:56:05

22     can certainly look at ways to             01:56:08

23     streamline the process even more,         01:56:11

24     figure out the best way to get as much    01:56:14
```



Page 122

```
 1        information about the student as           01:56:16
 2        possible without getting no information   01:56:19
 3        about a student, and also to think        01:56:21
 4        about that workload for teachers.  And    01:56:23
 5        that workload is a real thing for some    01:56:26
 6        teachers, and I know that while           01:56:29
 7        teachers can provide good information     01:56:32
 8        on students, having worked in the         01:56:35
 9        former cluster office, and having         01:56:37
10        worked very closely at Longfellow, I      01:56:39
11        know that teachers would often talk       01:56:44
12        about the additional workload of          01:56:46
13        teacher recommendations on top of         01:56:47
14        grading, teaching, etc.                   01:56:50
15                So we can take another look       01:56:52
16        at that through -- or see -- and          01:56:54
17        certainly through the TJ admissions       01:56:57
18        office if the board is interested in      01:57:00
19        bringing that teacher recommendation      01:57:02
20        back.                                     01:57:05
21            MS. OMEISH:  Yeah.                     01:57:05
22                I certainly am not pushing        01:57:05
23        in that direction.  I think it's a        01:57:07
24        question mark for me and just looking     01:57:08
```



Page 123

```
 1    at, you know, what -- what does it look   01:57:10
 2    like?  Especially for maybe identifying    01:57:14
 3    those kids who otherwise wouldn't be       01:57:15
 4    considered.  That's really where I'm       01:57:17
 5    thinking it might beneficial.              01:57:19
 6              A separate thing, I would        01:57:22
 7    like to at least kind of have a            01:57:24
 8    boldface confirmation that in the          01:57:26
 9    multiple pathways approach, as I'm         01:57:27
10    going to call it, students won't know      01:57:29
11    how they've been selected.                 01:57:32
12         MR. SMITH:  Yeah.                      01:57:35
13              Students will not know how       01:57:35
14    they've been selected.  That can be        01:57:37
15    boldfaced, and I can say that students     01:57:40
16    will not know.  Yes.                       01:57:43
17         MS. OMEISH:  Okay.                     01:57:47
18              And how -- have we given         01:57:48
19    thought to how we're going to avoid       01:57:50
20    students finding out, or having this      01:57:52
21    kind of negative externality on them      01:57:54
22    and how it impacts, you know, culture,    01:57:57
23    whatever.                                  01:57:59
24         MR. SMITH:  Well, and I can           01:58:02
```



```
                                         Page 124
  1      certainly -- and I don't want to keep   01:58:04

  2      going back to Dr. Bona, but I believe   01:58:06

  3      she being the expert on her school      01:58:09

  4      culture and her students, can talk      01:58:11

  5      about some of the things that students  01:58:14

  6      discuss now in terms of the process.  I 01:58:17

  7      know that as a former second grade      01:58:21

  8      teacher, I was often the one who was on  01:58:22

  9      the phone with parents and with         01:58:27

 10      students when they didn't get the       01:58:28

 11      invitation to the advanced academic     01:58:30

 12      program.  And so certainly reaching out 01:58:33

 13      to the school, school staff to talk     01:58:36

 14      about ways they're currently supporting 01:58:39

 15      students, but I can certainly let you    01:58:42

 16      know that they wouldn't find out about  01:58:44

 17      the particular entry into the school    01:58:47

 18      from the TJ admissions office.  There   01:58:49

 19      are current things that are proprietary 01:58:51

 20      as far as what parents and students     01:58:53

 21      would like to learn more about and      01:58:55

 22      we've been a very good job that         01:58:58

 23      ensuring we don't share that            01:59:00

 24      information with students and families. 01:59:01
```



```
                                        Page 125
 1            MS. OMEISH:  Did Dr. B want to    01:59:08
 2     weigh in, or --                          01:59:12
 3            DR. BRABRAND:  Dr. Bona, did you   01:59:13
 4     want Ann to share some things about --   01:59:16
 5            MS. OMEISH:  Marty just --         01:59:20
 6            DR. BRABRAND:  Yeah.               01:59:22
 7                 Ann, do you want to share a   01:59:22
 8     little bit?                               01:59:27
 9            DR. BONITATIBUS:  Sure.            01:59:27
10                 I was listening, and I want   01:59:28
11     to make sure I'm sharing the right part  01:59:29
12     you want me to share.                     01:59:31
13                 Can you just restate that?   01:59:33
14            MS. OMEISH:  Yeah, yeah.  No       01:59:35
15     worries.                                  01:59:36
16                 The next question is for you  01:59:37
17     anyway, but this one was about ensuring   01:59:38
18     that students don't find out or ways      01:59:42
19     we're going to mitigate as a system       01:59:44
20     having, you know, different labels or     01:59:46
21     whatever, and how students were chosen,   01:59:49
22     should we go with the multiple pathways   01:59:51
23     approach.                                 01:59:55
24            DR. BONITATIBUS:  Oh, yeah.        01:59:56
```



```
                                                Page 126
 1          Absolutely.  You know, we're very, very   01:59:56
 2          sensitive to the fact that it maybe       02:00:01
 3          developmentally a characteristic or       02:00:05
 4          behavior for teenagers to sort and        02:00:08
 5          select and be able to say you got in      02:00:10
 6          for this reason, or you were part of a    02:00:13
 7          quota.  That is already something that    02:00:15
 8          can happen in any high school USA.        02:00:17
 9          However, I would say one of the things    02:00:20
10          we have to do at TJ is to be very         02:00:22
11          explicit about that narrative, or that    02:00:25
12          mindset to not even be part of our        02:00:29
13          culture or our thinking.  And I am very   02:00:31
14          proud that overall, our students are      02:00:35
15          very accepting.  They don't -- you        02:00:38
16          know -- they're not questioning how the   02:00:40
17          classmate next to them got into the       02:00:41
18          school.  And we also want to provide      02:00:47
19          opportunity for all students in that      02:00:49
20          summer before entering TJ to kind of      02:00:52
21          find a place if they want within our      02:00:56
22          school.                                   02:00:59
23                  In normal times, I would say      02:01:00
24          there would be opportunities for          02:01:02
```



Page 127

```
 1          touring the school, getting to know      02:01:04
 2          students, getting to know staff during   02:01:06
 3          the summer months.  But one of the       02:01:07
 4          things we found during last summer, we   02:01:10
 5          created enrichment opportunities for     02:01:13
 6          students where they were noncredit       02:01:16
 7          bearing, did not have an impact on a     02:01:18
 8          pathway of getting them on the right     02:01:22
 9          track so they could accelerate through   02:01:23
10          TJ as quickly as possible.  It was more  02:01:25
11          about getting to know each other and     02:01:27
12          building a community.  And I would say   02:01:28
13          that our freshman (inaudible) program    02:01:32
14          does that extremely well.  And I've      02:01:34
15          already been talking to our division     02:01:36
16          leaders this year about preparing our    02:01:40
17          summer program specifically with this    02:01:42
18          year's incoming freshman class in mind.  02:01:45
19          Because it maybe larger than we're used  02:01:47
20          to from the past, there maybe students   02:01:50
21          coming to us from places they have not   02:01:52
22          traditionally come to us, and we want    02:01:55
23          to make sure they're all feeling         02:01:57
24          welcome in our school.  So those         02:01:59
```



Page 128

```
 1     conversations are already happening,      02:02:01
 2     and we're in tune with that.              02:02:03
 3             Thank you.                         02:02:04
 4         MS. OMEISH:  Yeah.  No, I              02:02:05
 5     appreciate you highlighting that.  I      02:02:06
 6     think we're going to want to be,          02:02:07
 7     especially if we move forward with the    02:02:09
 8     multiple pathways intentional, given      02:02:10
 9     that the past has been a single           02:02:13
10     pathway, right?  Everyone has gone        02:02:14
11     through the same standard.  And this      02:02:16
12     one we're going to have everyone go       02:02:18
13     through the same standard, but in         02:02:20
14     different ways.  So we don't know how     02:02:21
15     students might take that, so I just       02:02:23
16     want to make sure we're, again,           02:02:27
17     intentional about how we approach it.     02:02:28
18                 The second -- the other       02:02:31
19     question for you, Dr. Bona, so there's    02:02:32
20     been this kind of concern based on a an   02:02:35
21     implicit assumption of what might         02:02:38
22     happen with rethinking merit or           02:02:39
23     misunderstandings about meritocratic      02:02:42
24     nature and what it is, what it's not.     02:02:44
```


MAGNA
LEGAL SERVICES

Page 129

```
 1                    Do you have concerns given    02:02:48
 2        the merit threshold in place right now    02:02:49
 3        for both proposals that the need for     02:02:51
 4        remedial support would be notably        02:02:55
 5        different?  You know, there's --         02:02:58
 6        there's been a sense that somehow        02:02:59
 7        there's going to be an issue.  But I'd   02:03:02
 8        like to hear your take.                  02:03:04
 9             DR. BONITATIBUS:  Sure.             02:03:06
10                    I'd like to reiterate that a 02:03:07
11        shift in demographics does not equate    02:03:08
12        or mean there's a shift in talent.  And  02:03:12
13        to me, that is a compelling narrative    02:03:16
14        for all of us to realize because         02:03:19
15        there's so much talent within FCPS, and  02:03:22
16        when all things are equal, when          02:03:24
17        students are meeting those thresholds    02:03:27
18        for Algebra for a GPA requirement, the   02:03:30
19        love that they would have for STEM,      02:03:35
20        then we know that we're going to be      02:03:38
21        able to meet those students where they   02:03:40
22        are, take them to where they would like  02:03:42
23        to go.  And -- and I get concerned when  02:03:46
24        I hear people talking about remediation  02:03:48
```



```
                                                      Page 130
 1      of -- at TJ because sometimes people    02:03:54

 2      are thinking that you have to be here   02:03:58

 3      to enter TJ.  That there's some kind of 02:04:00

 4      special redness that a student has to   02:04:03

 5      already have to possess, that it's      02:04:06

 6      above and beyond everything else.  But  02:04:07

 7      that's not what our entrance standards  02:04:09

 8      say.  And so the -- when we know that    02:04:14

 9      our students need -- our goal is that   02:04:16

10      our students graduate with an honors    02:04:18

11      diploma, that they complete calculus by 02:04:19

12      their senior year.  Any students        02:04:22

13      meeting those trends that are in either 02:04:24

14      of the proposals that you have right    02:04:27

15      now, will be able to meet those         02:04:29

16      graduation requirements for TJ.  And    02:04:32

17      it's our job to get the students there. 02:04:34

18           MS. OMEISH:  And can you speak to  02:04:39

19      your assessment maybe the quality of    02:04:40

20      the standard of the school and how it's 02:04:42

21      reflective of that as well, whether     02:04:44

22      that will anticipate an impact?         02:04:47

23           DR. BONITATIBUS:  We already       02:04:52

24      have -- I would say -- you know, tiered 02:04:54
```



Page 131

```
 1      approaches of readiness when students    02:04:58
 2      are coming in, and so I would imagine    02:05:01
 3      that those same kinds of efforts that    02:05:04
 4      our teachers are taking to bring the     02:05:06
 5      students in, find where they are, and    02:05:09
 6      then provide their appropriate supports  02:05:12
 7      in multiple (inaudible) will continue    02:05:16
 8      to exist.  We have to remember that at   02:05:18
 9      TJ, we have the minimum 3.0 grade point  02:05:20
10      requirement to stay in TJ.  Actually, I  02:05:25
11      think I've shared with the board before  02:05:29
12      and the public, that as long as a        02:05:30
13      student is working earnestly, they're    02:05:32
14      happy at TJ, their parents are happy,    02:05:34
15      we have an academic plan in place, if    02:05:37
16      that student has a 2.8 or 2.9, they're   02:05:39
17      going to remain at TJ.  Over the past    02:05:42
18      three years since I've been at the       02:05:44
19      school, your recidivism rate has gone    02:05:45
20      up.  We have not been losing students    02:05:48
21      because of the efforts to welcome all    02:05:51
22      of our students and to work with them    02:05:53
23      one on one.                              02:05:58
24           MR. FRISCH:  Ms. Omeish, I'll       02:05:59
```



Page 132

```
 1      give you another fifteen seconds, since   02:05:59
 2      the team -- your clock went over into      02:06:01
 3      the speaker's time.                        02:06:03
 4           MS. OMEISH:  Yeah.  I was             02:06:04
 5      wondering what happened there.  The        02:06:05
 6      final question I'll ask now is for         02:06:08
 7      staff regarding how we're going to         02:06:09
 8      monitor afterwards.  What is that plan,    02:06:11
 9      you know, as we review so we can           02:06:14
10      recalibrate or revisit based on the        02:06:15
11      results.                                   02:06:19
12                And of course, go back.          02:06:20
13      I'll have a go back.                        02:06:22
14           DR. BRABRAND:  Marty, you want        02:06:25
15      to?                                        02:06:25
16           DR. BONITATIBUS:  Are you talking     02:06:26
17      about the ongoing monitoring?              02:06:27
18           MS. OMEISH:  Sorry.                   02:06:29
19                Moving forward.  So we're        02:06:30
20      changing the plan now.  We're going to     02:06:31
21      have to continue to revisit, right?  To    02:06:33
22      make sure it's successful in implanting    02:06:35
23      it?                                        02:06:38
24           DR. BRABRAND:  So we would look       02:06:39
```



Page 133

```
 1        at some of those metics and the data      02:06:39
 2        points that we shared with the board in   02:06:42
 3        the slide, in the report and, certainly   02:06:44
 4        prepare information.  Again, the board    02:06:47
 5        would receive the annual report of        02:06:50
 6        students admitted into the freshman       02:06:54
 7        class based on demographics, so that      02:06:56
 8        would be the first step.  Looking at      02:06:58
 9        the feedback from parent surveys,         02:07:00
10        student engagement survey, parent         02:07:02
11        engagement survey, and then developing    02:07:05
12        those two new metrics around students     02:07:07
13        who perhaps see themselves and parents    02:07:11
14        who see their child at the school.        02:07:13
15                 So those are the pieces          02:07:16
16        we're essentially working to develop.     02:07:17
17        Pulling that information together for a   02:07:19
18        report to the board early in the fall     02:07:22
19        would be good if -- end of summer might   02:07:25
20        be pushing a bit, but at least early in   02:07:29
21        the fall, so that if you're going to      02:07:31
22        make any changes or enhancements to the   02:07:33
23        program, we can do that sooner than       02:07:36
24        later.  So that we can in good stead      02:07:39
```



Page 134

```
 1     for the admissions process in begin in    02:07:42
 2     November to December.                      02:07:45
 3          MS. OMEISH:  Thanks.                  02:07:48
 4          MR. SMITH:  And while all of that     02:07:49
 5     is very systematic, I know as Ms.          02:07:51
 6     Pekarsky said, we would also be looking    02:07:53
 7     at that anecdotal, working very closely    02:07:56
 8     with the school, very closely with the     02:07:57
 9     region office, I'm sure that our equity    02:07:59
10     office would be very highly engaged in     02:08:02
11     the getting feedback.  We can do focus     02:08:04
12     groups, we can do a lot to engage          02:08:06
13     students and families after this very      02:08:09
14     momentous change to the process.           02:08:12
15          MR. FRISCH:  Thank you.               02:08:17
16               Up next we have Ms. Sizemore     02:08:19
17     Heizer.                                    02:08:21
18          MS. SIZEMORE HEIZER:  Thank you.      02:08:22
19     Thank you.  The video is going very        02:08:24
20     slow.  I happen to agree with my           02:08:28
21     colleagues (inaudible).                    02:08:32
22          MR. FRISCH:  Your mic is a bit --     02:08:37
23          MS. SIZEMORE HEIZER:  Can you         02:08:39
24     hear me?                                   02:08:40
```



Page 135

```
 1              MR. FRISCH:  It's the same.        02:08:41
 2      Maybe try it with your camera off.        02:08:43
 3              MS. SIZEMORE HEIZER:  Yeah, I'll   02:08:45
 4      try that.                                  02:08:46
 5                   Is that better?               02:08:46
 6              MR. FRISCH:  Not at all.  Sorry.   02:08:47
 7              MS. SIZEMORE HEIZER:  (Inaudible)
 8      my phone.  That seemed to work last        02:08:48
 9      time, so I will do that (inaudible) if     02:08:50
10      that's okay.                               02:08:52
11              MR. FRISCH:  Okay.                 02:08:53
12                   Mrs. Derenak Kaufax?          02:08:54
13              MS. DERENAK KAUFAX:  Yes.  Thank   02:08:57
14      you.  So as I have stated many times       02:08:58
15      during many years, TJ is simply one        02:09:03
16      data point that highlights the fact        02:09:08
17      there's an imbalance in your system,       02:09:10
18      there's an imbalance in academic           02:09:13
19      offerings and academic achievement and     02:09:14
20      equity across FCPS, and we have to take    02:09:17
21      responsibility for that as well as the     02:09:21
22      pipeline.  There have been many            02:09:23
23      systemic issues.  I brought those up on    02:09:26
24      the October 22nd work session, where my    02:09:30
```



Page 136

```
 1        colleagues supported my amendments, and    02:09:33
 2        while I appreciate the many attempts       02:09:37
 3        that have been made through the years,     02:09:39
 4        what we have before us today is to open    02:09:41
 5        opportunities for more students, but my    02:09:44
 6        frustration continues to lie in the        02:09:47
 7        fact that until we make changes            02:09:49
 8        regionally, analyzing, comparing and       02:09:52
 9        ensuring equity in our math and science    02:09:54
10        curriculum in all elementary schools       02:09:57
11        and providing an analysis of systemics     02:09:59
12        extracurriculars and ensuring              02:10:02
13        accountability be it the RAZ, be it        02:10:03
14        Mark Greenfelder's office, or              02:10:06
15        division -- of another division of         02:10:06
16        instructional services, I believe this     02:10:10
17        has to be done in parallel.                02:10:13
18                So Dr. Brabrand, my first          02:10:15
19        question is to you.  What can we do to     02:10:16
20        ensure that this will happen?  Will        02:10:23
21        there be some kind of look to see at       02:10:24
22        what's -- are the impediments to the       02:10:28
23        numbers, where we are, and what do         02:10:31
24        our -- what do our STEM and science and    02:10:34
```



Page 137

```
1      math curriculum looks like?  And how    02:10:38
2      can we start to change that, my first   02:10:40
3      question.                               02:10:43
4           DR. BRABRAND:  Sure.               02:10:43
5               Thanks, Ms. Derenak Kaufax.    02:10:44
6      I'm going to let Dr. (inaudible) make a 02:10:45
7      few remarks.  I totally agree, you      02:10:46
8      know, I referenced your -- your October 02:10:49
9      piece just a few minutes ago, actually. 02:10:53
10     Because it is a great road map that the 02:10:57
11     board supports the pipeline, needs to   02:10:59
12     be addressed, curriculum in every       02:11:01
13     school needs to be addressed, that      02:11:03
14     their standards of teaching and         02:11:04
15     instruction are the same teaching       02:11:06
16     standards across the county schools.    02:11:07
17     You had your finger on the pulse that   02:11:11
18     we got to be sure that's the reality    02:11:13
19     because that's not the perception in    02:11:16
20     many communities, and it's not your     02:11:18
21     perception either as a board member.  I 02:11:20
22     mean, I think that's honest feedback    02:11:23
23     you've given -- you've given me.        02:11:25
24          MS. DERENAK KAUFAX:  I have.       02:11:27
```



Page 138

```
 1                  But it's not my perception.   02:11:28
 2      It's my reality.  You can tell it by     02:11:29
 3      the data points, and how many people     02:11:31
 4      get in from schools in my area, and I    02:11:32
 5      don't think it's necessarily some of     02:11:36
 6      these tweaking issues we're going to     02:11:37
 7      do, and we've had long conversations     02:11:39
 8      about --                                 02:11:40
 9          DR. BRABRAND:  Yeah.  I will say    02:11:41
10      one thing I think the local norms that   02:11:42
11      we -- the board just agreed on last      02:11:45
12      week will help begin to enhance the      02:11:46
13      speed of talent development, the         02:11:50
14      addition of young scholars will be able  02:11:53
15      to do that work even earlier than        02:11:55
16      second grade.  Part of one of our new    02:11:57
17      areas, I think that Dr. Presidio can --  02:12:00
18      and I'll let him speak more.  We're      02:12:01
19      going to have to focus on that preK-2    02:12:03
20      at a much deeper level than we have      02:12:07
21      ever.  We started making the            02:12:10
22      assessments at second grade, first and   02:12:11
23      second.  And that's so early in the      02:12:14
24      development of a child to be making      02:12:17
```



Page 139

```
1       those, but we're going to have to        02:12:20
2       double down on those opportunities as     02:12:22
3       of the first years of school and stick    02:12:24
4       with them throughout.                     02:12:26
5               Dr. Presidio, is there other      02:12:27
6       things you'd like to share as well from   02:12:29
7       Ms. Derenak Kaufax's comments?            02:12:31
8           DR. PRESIDIO:  Sure.                  02:12:34
9               Just real briefly, I would        02:12:35
10      say we actually started a deep dive as    02:12:37
11      a leadership team on the question of      02:12:40
12      advanced math last year, and made some    02:12:42
13      pretty good progress in terms of the      02:12:45
14      equity of access of opportunities.  But   02:12:48
15      we still have a lot of work to do, and    02:12:51
16      this year's you know, focus on            02:12:52
17      virtual -- successful virtual learning,   02:12:55
18      obviously interrupted that work.  But     02:12:57
19      we are working on a plan that will have   02:13:00
20      us ensure that we have equity of access   02:13:04
21      and opportunity, as you said, Ms.         02:13:06
22      Derenak Kaufax, of math offerings,        02:13:08
23      that's part of our AAP plan, equity       02:13:11
24      plan as Dr. Brabrand mentioned.  The      02:13:14
```



Page 140

```
 1        local norms will expand access.  So     02:13:17
 2        that work last week by the board is the 02:13:20
 3        huge step in the right direction.  And  02:13:22
 4        we also have a plan to implement local  02:13:25
 5        level floor programs in the remaining   02:13:29
 6        approximately 40 elementary schools     02:13:32
 7        that do not have a local level floor    02:13:34
 8        plan.  And that is in the strategic     02:13:38
 9        plan and we have a three year timeline  02:13:39
10        to get that completed.  And all of that 02:13:41
11        is related to ensuring we have equity   02:13:45
12        of access to advanced math course       02:13:48
13        offerings.                              02:13:50
14                 You also mentioned STEM.       02:13:50
15        And I would point out that we have some 02:13:52
16        really innovative STEM programming and  02:13:55
17        a lot of central office support in      02:13:59
18        terms of the curriculum materials,      02:14:01
19        resources, and professional development 02:14:02
20        that's offered.  But that is not a      02:14:04
21        funded program, and it is not a         02:14:06
22        required program in Fairfax.  So it is  02:14:08
23        something that schools have the         02:14:11
24        discretion to determine if they're able 02:14:13
```



Page 141

```
 1        to staff it with their local resources.   02:14:16
 2        So that would be another area where we    02:14:19
 3        need to have some future discussion       02:14:21
 4        with the board related to program         02:14:23
 5        expansion.                                02:14:26
 6             MS. DERENAK KAUFAX:  All right.      02:14:30
 7                  Thank you.  So regarding        02:14:32
 8        where we are today, I want to start       02:14:33
 9        with our approach.  The fact that we      02:14:35
10        haven't had a public hearing on this, I   02:14:38
11        feel is a mistake.  And Dr. Brabrand, I   02:14:41
12        have a question for you on your           02:14:44
13        timeline.  Is it flexibility or can we    02:14:45
14        revisit the decision -- the next          02:14:50
15        Thursday's meeting, and have a public     02:14:51
16        hearing in January and then allow for     02:14:53
17        more time in decision making into         02:14:56
18        January?                                  02:14:59
19             DR. BRABRAND:  We're on a            02:15:00
20        pretty -- pretty tight timeline, Mr.      02:15:01
21        Smith and Mr. Shugart -- we're pretty     02:15:04
22        up to the wall.  Do you have what would   02:15:07
23        be the very latest date?  I recall the    02:15:10
24        17th was getting pretty doggone close.    02:15:13
```



```
                                                  Page 142
 1     Mr. Smith?                               02:15:16
 2          MR. SMITH:  That was it, Dr.        02:15:17
 3     Brabrand, and I'm using no camera        02:15:19
 4     because I have a slow connection today.  02:15:21
 5     We run into issues around ensuring we    02:15:25
 6     have the right individuals in place as   02:15:28
 7     part of the selection process, that we   02:15:31
 8     the right training in place for those    02:15:34
 9     individuals would be part of the         02:15:35
10     process, getting information out to      02:15:37
11     families, going through that             02:15:40
12     information, remembering that there are  02:15:41
13     only a few individuals in the TJ         02:15:44
14     admissions office.  We are normally      02:15:46
15     well beyond and through a particular     02:15:49
16     point at this normal time of year as     02:15:52
17     part of the process, and so we'll be     02:15:56
18     working very hard now to ensure that we  02:15:58
19     have students seated by the end of the   02:16:00
20     year.                                    02:16:06
21          MS. DERENAK KAUFAX:  So no          02:16:07
22     flexibility you're saying at this point  02:16:07
23     for a public hearing of any sort?        02:16:09
24          MR. SMITH:  So -- so in terms of    02:16:14
```



Page 143

```
 1    the timing, I think that it would be      02:16:15
 2    difficult for us to not have the vote     02:16:17
 3    on the 17th.  I'm not saying there        02:16:19
 4    couldn't possibly be a public hearing,    02:16:22
 5    but there would be no time for -- at      02:16:24
 6    least for us to move forward beyond       02:16:26
 7    January -- I'm sorry -- beyond December   02:16:30
 8    to actually get a class seated.           02:16:33
 9         MS. DERENAK KAUFAX:  Okay.           02:16:38
10             I'm going to work offline        02:16:39
11    just to understand that a little bit      02:16:40
12    better.  I am for reinstating teacher     02:16:45
13    recommendations, but this has to be       02:16:47
14    tightly standardized with a rubric, and  02:16:51
15    I'm wondering if you had talked about     02:16:55
16    that?  I have many, many, many           02:16:57
17    antidotal stories through the years of   02:17:01
18    how teachers in one county -- one part   02:17:03
19    of the county are much more adept.  In    02:17:06
20    fact, teachers that are really -- may    02:17:08
21    have never been asked to write a TJ      02:17:11
22    recommendation, and where do they        02:17:13
23    begin?  So I see this as both ways,      02:17:14
24    right?  There is that situation, which   02:17:18
```



Page 144

```
 1        is -- which is not equitable.  Because    02:17:22
 2        it's -- it's asking a professional to     02:17:25
 3        write something who is then dept at       02:17:28
 4        this, and does it, and somebody who is    02:17:30
 5        coming in from the outside, who might     02:17:32
 6        have never done it.  It's certainly not   02:17:34
 7        going to be the same recommendation.      02:17:36
 8        But I also see the merit in having the    02:17:38
 9        recommendation for those kids whose       02:17:43
10        families may not understand what a big    02:17:46
11        deal this is, or may not even see their   02:17:48
12        own kid's potential.                      02:17:50
13                So have you talked about the      02:17:53
14        rubric, would you construct one fairly    02:17:54
15        quickly?  Because I think the             02:17:57
16        recommendation, if reinstated must be     02:17:59
17        standardized and must be tight.           02:18:02
18            MR. SMITH:  So I'll let Jeremy        02:18:05
19        talk about the recommendation process     02:18:07
20        because there is a standardization to     02:18:09
21        it now.  But Jeremy can you speak a       02:18:11
22        little bit more about it?                 02:18:12
23            MR. SHUGHART:  Sure.                  02:18:17
24                So the teacher                    02:18:18
```



Page 145

```
 1      recommendations has been a part of the    02:18:18
 2      application process for many years, and    02:18:21
 3      we do have an evaluation tool in place     02:18:24
 4      to be able to go through that process      02:18:27
 5      and look at it.  Our teacher              02:18:28
 6      recommendation currently is a multipart    02:18:30
 7      recommendation, so there are              02:18:33
 8      questions -- it's kind of I would say      02:18:36
 9      at a very high level, it's a              02:18:38
10      questionnaire where the teachers          02:18:40
11      respond to a series of questions about     02:18:42
12      the individual student's academic,        02:18:45
13      along with the actual written portion.     02:18:47
14      So there's very specific written          02:18:51
15      questions they write to, along with an     02:18:52
16      open free response, and I know many        02:18:54
17      years ago prior to me being in the        02:18:57
18      office, there was a way in terms of       02:19:00
19      even more standardization.  I think in     02:19:04
20      terms of what Ms. Derenak Kaufax what     02:19:06
21      you're talking about in terms of the      02:19:09
22      summary briefs and pieces that go along    02:19:11
23      with that.  And I do believe we can go     02:19:13
24      back and reconnect on those really        02:19:15
```



Page 146

```
 1        quickly and be able to look at the      02:19:17
 2        pieces we currently have in place and   02:19:20
 3        how we can modify those and make that   02:19:22
 4        sure those can work if we were to       02:19:25
 5        re-implement a teacher recommendation   02:19:28
 6        into the process.                       02:19:30
 7             MS. DERENAK KAUFAX:  Okay.         02:19:33
 8             MR. SHUGHART:  To add to that,     02:19:34
 9        that teacher recommendation form and    02:19:36
10        process was something that was worked   02:19:39
11        on.  The program -- well, it's          02:19:42
12        currently (inaudible).  So we certainly 02:19:44
13        can work with them to, you know, kind   02:19:47
14        of look at that all over again, and     02:19:49
15        make sure that we're where we need to   02:19:51
16        be, so that that way it's not providing 02:19:54
17        biases or intentional biases within     02:19:58
18        that office.                            02:20:00
19             MS. DERENAK KAUFAX:  So I will     02:20:03
20        put that as a next step you can provide 02:20:03
21        us something in draft at the very least 02:20:07
22        if we're going to change that for -- if 02:20:09
23        next Thursday's vote remains the same.  02:20:14
24             So right now, I do                 02:20:16
```



Page 147

1    appreciate the more -- at this point --    02:20:20

2    the holistic review pathway with            02:20:22

3    regions.                                     02:20:25

4            And please put me on a go            02:20:26

5    back, as I have a few more questions.        02:20:27

6        MR. FRISCH:  (Inaudible).

7        MS. OMEISH:  Muted, Carl.               02:20:34

8        MR. FRISCH:  I had to do it at          02:20:37

9    least once.                                  02:20:39

10           The only other person before        02:20:40

11   me would be Ms. Meren, do you want to        02:20:42

12   take a turn here?                            02:20:45

13       MS. SIZEMORE HEIZER:  Mr. Frisch,        02:20:46

14   I haven't spoken yet, Ms. Sizemore          02:20:47

15   Heizer.                                      02:20:48

16       MR. FRISCH:  Oh, right.  I              02:20:49

17   forgot.                                      02:20:49

18           You're joining us by                02:20:50

19   telephone.                                   02:20:52

20       MS. SIZEMORE HEIZER:  I'm on my         02:20:53

21   cellphone.                                   02:20:54

22       MR. FRISCH:  Ms. Sizemore Heizer.       02:20:55

23       MS. SIZEMORE HEIZER:  Thanks.           02:20:58

24   Thank you.  I appreciate you can            02:20:58



Page 148

```
 1        actually see my video because I'm using   02:21:00
 2        two different pieces of technology, so     02:21:01
 3        appropriate for a STEM conversation.       02:21:04
 4        So anyway -- so thank you.  Thanks for     02:21:06
 5        all my colleagues comments.  I wouldn't    02:21:09
 6        repeat what people have said, but I        02:21:11
 7        wanted to put in a strong plug for both    02:21:12
 8        the minimum caps.  I think Ms. Cohen       02:21:15
 9        said it well.  We don't want to            02:21:17
10        unintentionally hurt anybody for whom      02:21:19
11        this has been their dream, but we want     02:21:21
12        make sure we, you know, include a          02:21:23
13        diverse population who have an aptitude    02:21:26
14        and passion for STEM, so I think that      02:21:28
15        is a great start.                          02:21:29
16             Teacher recommendations, I            02:21:31
17        also wanted to put something out there     02:21:32
18        that I think is very important.  I         02:21:33
19        understand there is a variance across      02:21:35
20        the county and some of that maybe          02:21:37
21        addressed by both training and really      02:21:38
22        using of the data point, but I want to     02:21:42
23        point out that I think teacher             02:21:43
24        recommendations for kids who may not as    02:21:45
```



Page 149

```
 1          easily qualify through problem solving   02:21:47
 2          essays and (inaudible) but have that     02:21:49
 3          aptitude and passion for -- I'm talking  02:21:51
 4          specifically about our choice            02:21:53
 5          exceptional kids.  My kiddo is choice    02:21:54
 6          exceptional in music, but if you had to  02:21:57
 7          put him through a problem solving essay  02:21:58
 8          and a student information sheet with     02:22:00
 9          his language difficulties, he would      02:22:02
10          never qualify even though he's a school  02:22:04
11          savant.  I think we need to be really    02:22:05
12          careful to keep in mind that students    02:22:07
13          with disabilities are also               02:22:09
14          underrepresented, and we want to make    02:22:11
15          sure we have a process where they can    02:22:12
16          be identified.  So I think teacher       02:22:14
17          recommendations are super important      02:22:15
18          there.                                   02:22:18
19                    In terms of -- I agree very    02:22:18
20          wholehearted with Ms. Derenak Kaufax    02:22:21
21          about needing to build a pipeline.       02:22:23
22          I've said before TJ is a symptom and     02:22:24
23          not a problem, and while we need to      02:22:26
24          address the symptom, we need to fix the  02:22:28
```



```
                                                      Page 150
 1        problem.  I also have concerns about    02:22:31

 2        our accountability metrics, and I'd     02:22:34

 3        like to speak to those briefly before I 02:22:35

 4        go onto my other concerns.  I think     02:22:37

 5        it's very important to measure our      02:22:40

 6        caring culture, and make sure all of    02:22:41

 7        our students are accepted and welcomed  02:22:43

 8        at TJ, but and I also think we're       02:22:45

 9        making two fairly drastic changes to    02:22:47

10        our admissions policy.  We're drafting  02:22:50

11        the test and we're adding regional      02:22:52

12        pathways, and we need to measure the    02:22:53

13        effective vote, and we need to also     02:22:56

14        make sure that our students are not     02:22:57

15        just welcomed at TJ, but really         02:22:59

16        thriving at TJ.  It's not just about    02:23:00

17        admissions, it's about success.  So I   02:23:02

18        really would love to see as a next      02:23:05

19        steep, and I send a message regarding   02:23:07

20        retention, regarding consistent and     02:23:10

21        equivalent to the diversity makeup of   02:23:12

22        the school, TJ, utilization of the most 02:23:14

23        advanced classes and labs at TJ.        02:23:17

24        Because my goal is to make sure that    02:23:20
```



```
                                            Page 151
 1       our diverse population does not just      02:23:23
 2       have access at TJ, but really thrive in   02:23:24
 3       TJ and can access and learn and benefit   02:23:28
 4       from all the amazing things TJ has to     02:23:31
 5       offer.                                     02:23:34
 6              So I'd like to put that out         02:23:35
 7       there that I think it's a really          02:23:36
 8       important metric to measure what we       02:23:37
 9       have done.  I also have questions          02:23:40
10       regarding the problem solving essay and   02:23:41
11       the student information sheet             02:23:44
12       specifically that it's looking to         02:23:46
13       measure the portrait of a graduate's      02:23:47
14       skills.  My concern is while the skills   02:23:49
15       are very important for all of our         02:23:52
16       students, including TJ students, there    02:23:54
17       seems to be a deemphasis on STEM          02:23:56
18       skills, and since this is a STEM          02:23:59
19       focused school, can someone talk to me    02:24:01
20       a little bit more about the STEM          02:24:03
21       skills.  Even a problem solving essay,    02:24:04
22       seems to be as much about writing as it   02:24:06
23       is about the STEM (inaudible).            02:24:11
24              So (inaudible).  Look at           02:24:13
```



Page 152

```
1    that.  Perfect timing.  I'll need a go    02:24:15
2    back, Mr. Frisch.                          02:24:18
3         MR. FRISCH:  Yup.  I've got you.      02:24:19
4         MS. SIZEMORE HEIZER:  Thank you.      02:24:21
5         MALE SPEAKER:  Did you folks          02:24:22
6    catch that last question about STEM?       02:24:22
7         MR. SMITH:  I'll let Jeremy talk      02:24:26
8    about the -- the student information       02:24:30
9    sheet, and how it elicits information      02:24:31
10   regarding STEM and a passion for           02:24:34
11   science, so Jeremy, can you talk a         02:24:37
12   little bit about that and knowing that     02:24:39
13   we're also developing other areas that     02:24:42
14   can use the foundational aspects of the    02:24:46
15   portrait of a graduate to get to that      02:24:50
16   passion for STEM and science.  So          02:24:52
17   Jeremy?                                     02:24:55
18        MR. SHUGHART:  Right.                  02:24:56
19             So the intention there was       02:24:56
20   is that while it's -- it's the portrait    02:24:58
21   of a graduate in the 21st Century          02:25:00
22   skills.  Those are grounded in the         02:25:01
23   importance of how that relates to the      02:25:04
24   STEM schools and being a student at TJ,    02:25:05
```



Page 153

```
 1      and so those questions would be formed   02:25:09
 2      and the student's responses would be     02:25:11
 3      developed so that way they would be      02:25:14
 4      eliciting the responses toward that      02:25:15
 5      end.                                     02:25:19
 6               Additionally, those are also    02:25:20
 7      elements that are going to contribute    02:25:21
 8      to ensuring that students are            02:25:24
 9      successful or what we would believe      02:25:25
10      would contribute to identifying          02:25:27
11      successful students while they're at     02:25:29
12      TJ.  The one piece about the problem     02:25:33
13      solving essay is not about writing.  It  02:25:35
14      truly is about the ability to solve and  02:25:38
15      work through problem solving.  At one    02:25:41
16      point in time years ago, it was more     02:25:45
17      about a persuasive essay in terms of     02:25:48
18      how you would write and respond to a     02:25:50
19      topic, but a number of years ago, we     02:25:53
20      transitioned to a problem solving        02:25:55
21      essay.  The problem solving essay is a   02:25:57
22      math or science based problem with       02:25:59
23      multiple variables where the students    02:26:01
24      themselves have to solve the problem,    02:26:03
```



Page 154

```
 1        provide a solution, along with          02:26:05
 2        providing how they solved that problem.  02:26:08
 3        So we're asking them multiple --         02:26:12
 4        multiple ways in which they're           02:26:13
 5        answering the problem.  One is they      02:26:15
 6        need to provide a solution to the        02:26:17
 7        problem.  Did they come up with a        02:26:19
 8        quote, unquote, answer.  But the second  02:26:20
 9        part of that is actually starting to     02:26:23
10        evaluate them in terms of their ability  02:26:26
11        to think through the problem.  Did they  02:26:28
12        use, you know, different skills to be    02:26:32
13        able to go through this?  Or did they    02:26:33
14        just use brute force.  How are they      02:26:35
15        explaining that?  It is in essay form    02:26:36
16        in terms of their response, so yes,      02:26:39
17        they're writing it out and sharing that  02:26:41
18        information with us.                      02:26:43
19              But we're looking at -- because    02:26:44
20    it's a timed essay and it's in a proctored  02:26:47
21    environment, we're not looking for a        02:26:50
22    refined essay, per se.  We're really        02:26:51
23    looking at what was their thought process.  02:26:54
24    How did they approach the problem?  And     02:26:56
```



Page 155

```
 1    there are elements there that are really      02:26:59
 2    about the science and math skills and         02:27:02
 3    abilities within that problem solving         02:27:04
 4    aspect.                                        02:27:06
 5          MS. SIZEMORE HEIZER:  I still            02:27:07
 6       think they're writing their answer.        02:27:07
 7       I'll explain more of my concern about      02:27:09
 8       your answer on the go back.                02:27:11
 9          MR. FRISCH:  Go back.  All right.       02:27:12
10          MR. SMITH:  I'll add also,              02:27:13
11       Jeremy, for those students who may have    02:27:15
12       difficulty with writing and who may        02:27:17
13       have it noted in their IEPs, we do         02:27:20
14       follow accommodations that are written     02:27:21
15       within the IEPs and provide those          02:27:24
16       accommodations for all aspects of the      02:27:25
17       process.  So a student wouldn't be         02:27:28
18       disadvantaged for writing as part of       02:27:30
19       the student information sheet or the       02:27:34
20       student profile.                           02:27:37
21          MR. SHUGHART:  Correct.                 02:27:38
22             We do provide all                     02:27:38
23       accommodations based upon their IEPs,      02:27:40
24       504 plans or even for our English          02:27:42
```



Page 156

| | | |
|---|---|---|
| 1 | language learner students that have | 02:27:44 |
| 2 | that as well, yes. | 02:27:45 |
| 3 | MR. FRISCH:  All right. | 02:27:50 |
| 4 | Ms. Meren? | 02:27:50 |
| 5 | MS. MEREN:  Yes.  Thank you. | 02:27:53 |
| 6 | I've been listening to everything, and | 02:27:53 |
| 7 | just taking it all in.  You know, I | 02:27:55 |
| 8 | agree with the ideas that are being | 02:27:59 |
| 9 | shared about, you know, caps and you | 02:28:01 |
| 10 | know, looking at minimum as opposed to | 02:28:03 |
| 11 | maximum or instead of a maximum.  I | 02:28:06 |
| 12 | also agree with what's been said about | 02:28:09 |
| 13 | looking at a level more granular than | 02:28:12 |
| 14 | the regions, looking at those pipelines | 02:28:17 |
| 15 | per school. | 02:28:18 |
| 16 | Another thought that I'm | 02:28:19 |
| 17 | having is, you know, do have other | 02:28:22 |
| 18 | magnet schools in FCPS, none are as -- | 02:28:24 |
| 19 | seems to have as much competition as | 02:28:30 |
| 20 | TJ, but there are the art schools and | 02:28:32 |
| 21 | (inaudible) Hunter Mill, so I think -- | 02:28:36 |
| 22 | I'm just also thinking are the policies | 02:28:38 |
| 23 | and practices we're putting in place | 02:28:40 |
| 24 | here, do they dovetail with those other | 02:28:43 |



Page 157

```
 1      practices?  Although, I know TJ is a     02:28:46
 2      different kind of animal in that way,    02:28:49
 3      but I think as I listen to all of these  02:28:51
 4      particulars, I still have this           02:28:53
 5      unwavering sight on how do we create     02:28:56
 6      more access for the most students in     02:28:59
 7      this public school system?  TJ is        02:29:02
 8      something very special, but everyone     02:29:06
 9      should have the chance to go for it, so  02:29:08
10      I agree with the conversations.  It's    02:29:10
11      not just about the admissions.  It's     02:29:12
12      the must more holistic approach.         02:29:15
13              So, you know, I just             02:29:18
14      continue to listen to all the           02:29:19
15      conversations and the details, but I'm   02:29:20
16      eager to get back up to that policy      02:29:23
17      level discussion that the board has and  02:29:25
18      what we're trying to say with our        02:29:28
19      decision.  And then there are always     02:29:29
20      going to be things, you know, details    02:29:32
21      to worry about and figure out, but I'm   02:29:34
22      egger for us to figure out what the      02:29:37
23      board is -- is going to be               02:29:38
24      demonstrating with our decision.  Thank  02:29:41
```



```
                                         Page 158
 1    you.                               02:29:45
 2         MR. FRISCH:  Thank you, Ms.   02:29:45
 3    Meren.                             02:29:46
 4            All right.  It is now my   02:29:46
 5    turn, so we're going to go ahead and  02:29:48
 6    pass the megaphone of the meeting onto  02:29:50
 7    Ms. Omeish.  Ms. Omeish, do you want to  02:29:52
 8    take over?                         02:29:54
 9         MS. OMEISH:  Well, here I am.  So  02:29:57
10    thank you, Mr. Frisch.             02:29:58
11         MR. FRISCH:  Okay.  Thank you.  02:30:01
12         MS. OMEISH:  No, no.  Thank you.  02:30:02
13            Okay, folks.  So time check,  02:30:04
14    we're at 4:30.  So realistically, with  02:30:05
15    go backs right now we're going to  02:30:08
16    need -- if we want to do a reasonable  02:30:11
17    amount of time for go backs, we might  02:30:15
18    have to consider two options, so I'm  02:30:16
19    going to pose a quick poll to the  02:30:17
20    board, and see how we want to proceed.  02:30:20
21    We have option one, which is to have  02:30:22
22    ninety-second go backs, but I'm going  02:30:26
23    to ask that we extend the meeting by 30  02:30:28
24    minutes to put us at 5:45.  Okay?  02:30:30
```



Page 159

```
 1        That's option 1.  Option 2, to keep us   02:30:33
 2        at 45 seconds, because that's the only   02:30:36
 3        realistic way we're going to end at the  02:30:38
 4        time we said, 5:15.  So, I'm going to    02:30:41
 5        ask if everyone can lower their hands,   02:30:46
 6        we have a list of folks who want to      02:30:47
 7        speak.                                   02:30:50
 8             FEMALE SPEAKER:  Can I have a        02:30:50
 9        point of order?                          02:30:52
10             MR. FRISCH:  Yes.                    02:30:53
11             MS. OMEISH:  Go ahead.               02:30:54
12             FEMALE SPEAKER:  Can we make it      02:30:55
13        two minutes?                             02:30:58
14             MR. FRISCH:  If I should just --     02:31:00
15        do you mind?                             02:31:02
16             MS. OMEISH:  Go ahead.               02:31:04
17             MR. FRISCH:  So I haven't spoken     02:31:05
18        yet, and I fear that we're going to end  02:31:06
19        up at only having an hour for an -- so   02:31:08
20        far ten people want go backs.  I don't   02:31:13
21        think that we can do two minutes each    02:31:16
22        in an hour.  We just had three minutes   02:31:19
23        each and it took an hour and a half,     02:31:22
24        so --                                    02:31:30
```



Page 160

```
 1              MS. MCLAUGHLIN:  Mr. Frisch, this    02:31:30
 2    is Megan McLaughlin.  May I suggest a         02:31:32
 3    variation on your concern, if I may?          02:31:34
 4              MR. FRISCH:  Yeah.                   02:31:38
 5              MS. MCLAUGHLIN:  So part of the      02:31:39
 6    reason it takes up so much time is            02:31:40
 7    because we ask questions, and staff           02:31:41
 8    responds, and that is what chews up           02:31:43
 9    time.  If we have our go backs at two         02:31:44
10    minutes and board members can choose to       02:31:47
11    ask staff within their two minutes or         02:31:49
12    we just get two minutes to share with         02:31:52
13    each other where we are right now.            02:31:54
14              MR. FRISCH:  Meaning it would be     02:31:56
15    total, not just your own time.                02:31:57
16              MS. MCLAUGHLIN:  Yes.                02:32:02
17              MS. OMEISH:  (Inaudible) as well.    02:32:03
18    Staff will be limited, but here is what       02:32:03
19    we can do.                                    02:32:05
20              MR. FRISCH:  Ms. Omeish, what        02:32:07
21    Ms. McLaughlin is saying is that, you         02:32:09
22    know, if we each had two minutes total,       02:32:12
23    total meaning like answer my questions        02:32:16
24    in that two minutes as well.  But             02:32:18
```



```
                                              Page 161
 1      that's it.  Then that way, if we want   02:32:20
 2      to use that time for speaking, or       02:32:22
 3      asking questions, we'd actually get     02:32:25
 4      more time that way.  I like that,       02:32:27
 5      frankly.                                02:32:29
 6           MS. MCLAUGHLIN:  Yeah.  Thank      02:32:32
 7      you.                                    02:32:34
 8           MS. OMEISH:  (Inaudible).
 9           MR. FRISCH:  Before we get down    02:32:35
10      the road of everybody turning on their  02:32:36
11      mics to talk, Ms. Omeish, do you want   02:32:37
12      to do a poll for us?                    02:32:39
13           MS. OMEISH:  Yeah.  I was going    02:32:42
14      to say maybe we -- let's separate this. 02:32:42
15      Because I think 2 minutes you'll you're 02:32:45
16      barely saying anything if staff have to 02:32:47
17      respond.  Just a thought.              02:32:48
18               Let's first ask if folks are  02:32:50
19      willing to extend, and then we can ask  02:32:52
20      about the time.  Okay?  So let's start, 02:32:54
21      vote number one, please put your hand   02:32:56
22      down if it's up.  Option A is to stay   02:32:58
23      on time right now, and we're going to   02:33:02
24      fit the time it's going to require,     02:33:04
```



```
                                        Page 162
 1    which this is probably 45 seconds.     02:33:05
 2            Option B is to extend, and     02:33:07
 3    we determine what that is.  So if you  02:33:10
 4    are in favor of Option A to stay where 02:33:14
 5    we're going to end at 5:15 with 45     02:33:16
 6    second go backs, raise your hand.  Okay 02:33:19
 7    so that is five.  Please lower your    02:33:29
 8    hands.                                 02:33:36
 9            If you're in favor of B, to    02:33:39
10    extend, for an undetermined amount.    02:33:40
11        MS. MCLAUGHLIN:  No, no.  Until     02:33:46
12    5:45.  We're extending until 5:45 as   02:33:47
13    the option.                            02:33:54
14        MS. OMEISH:  You suggested          02:33:54
15    different time options, so if this     02:33:56
16    passes, we're going to decide between  02:33:59
17    those options.                         02:34:03
18        MS. MCLAUGHLIN:  No.                02:34:05
19            Ms. Omeish, it was two         02:34:05
20    different end times.  One was 5:15, one 02:34:07
21    was 5:45.  How we then spend the time  02:34:09
22    is the second vote.  This is supposed  02:34:11
23    to be ended at 5:45.  A lot of us      02:34:13
24    having public meetings or doctors      02:34:15
```



```
                                              Page 163
 1    appointments.                           02:34:17
 2         MS. OMEISH:  Yeah.                  02:34:18
 3              So based on your suggestion,   02:34:18
 4    I left it indeterminate and we'll vote  02:34:21
 5    on that part after this, as to whether  02:34:22
 6    it's --                                 02:34:26
 7         MS. MCLAUGHLIN:  My suggestion      02:34:26
 8    fits within 5:45.  It fits within 5:45. 02:34:27
 9         MR. FRISCH:  We can talk about      02:34:31
10    this aspect of it until 5:45, if we     02:34:32
11    want.                                   02:34:35
12         MS. OMEISH:  Based on the hands,    02:34:36
13    we actually have to stay until 5:15, it 02:34:37
14    seems.  We have only three hands up     02:34:42
15    right now, and I saw four.  I think, so  02:34:43
16    the majority has.                       02:34:46
17         MS. MCLAUGHLIN:  Ms. Omeish, I      02:34:48
18    was talking to you rather getting       02:34:49
19    clarity.  If I'm voting for the other   02:34:50
20    one -- is anybody else voting one way   02:34:52
21    or the other?                           02:34:55
22         MS. OMEISH:  So either way, folks   02:34:57
23    are voting right now and the majority   02:34:59
24    are at 5:15, so I.                      02:35:01
```



Page 164

```
 1            MS. KEYS-GAMARRA:  Point of        02:35:05
 2       clarification, I was waiting for the    02:35:05
 3       two minute overall to vote on.  Because 02:35:08
 4       that's the reason I haven't voted,      02:35:13
 5       so --                                   02:35:15
 6            MS. OMEISH:  Okay.  We'll do it     02:35:15
 7       over.  Everybody lower your hands.  We  02:35:17
 8       got to do this quickly because          02:35:18
 9       otherwise, it defeats the purpose.  We  02:35:19
10       have Option A, we're going to stay on   02:35:21
11       time at 5:15 at 45 seconds per member.  02:35:23
12       We have Option B, at this point it's 90 02:35:25
13       questions and we're going to end at     02:35:28
14       5:45.  Option A, if you're in favor of  02:35:31
15       ending at 5:15 with 45 seconds, please  02:35:36
16       raise your hand.                        02:35:42
17               All right.  That is the         02:35:45
18       majority, so we're going to be 45       02:35:48
19       second go backs with -- ending at 5:15  02:35:50
20       hopefully.  So clerks, please take note 02:35:55
21       and we'll limit staff to the same time. 02:35:58
22       So with that, we'll -- Mr. Frisch, I    02:36:00
23       believe you're off for your first --    02:36:03
24       yeah.  Go ahead.                        02:36:05
```



```
                                              Page 165
  1              MR. FRISCH:  Okay.            02:36:08
  2                  We'll just jump right in.  I 02:36:10
  3      have a very macro question to kind of  02:36:11
  4      get us going, and I'd be interested    02:36:14
  5      hearing from anybody on staff, Marty   02:36:16
  6      or -- I'm sorry.  Mr. Smith or Dr.     02:36:18
  7      Brabrand, or whoever would like to     02:36:19
  8      respond.                               02:36:22
  9                  During this long process,  02:36:24
 10      I'm curious what you might have learned 02:36:25
 11      that you would maybe do differently as 02:36:27
 12      a result of what's happened, and you   02:36:30
 13      know, what you might do differently if 02:36:33
 14      you had an opportunity do this all over 02:36:35
 15      again.                                 02:36:42
 16              DR. BRABRAND:  Wow.  Forty-five 02:36:43
 17      seconds for that response?             02:36:45
 18              MR. FRISCH:  There's ten.       02:36:49
 19              DR. BRABRAND:  I wanted things to 02:36:57
 20      focus on equity.  I would have liked   02:36:58
 21      more time, time for the board, time    02:37:00
 22      with the community, and we're out of   02:37:02
 23      time to effect the admissions process  02:37:06
 24      for this year.  We need to come up with 02:37:09
```



Page 166

```
 1        something that's better, that is more    02:37:10
 2        equitable, and that's what we brought     02:37:13
 3        you today, more time, and time without    02:37:14
 4        COVID, which we didn't have the luxury     02:37:18
 5        of this hit.  The admissions data hit     02:37:20
 6        right as COVID hit.  More time.           02:37:23
 7             MR. FRISCH:  Mr. Smith?              02:37:27
 8             MR. SMITH:  Yeah, I would say        02:37:30
 9        outreach to the board sooner as part of  02:37:31
10        the process, and more opportunities for  02:37:34
11        engagement with our stakeholders, and    02:37:37
12        certainly we'll use some of this -- a    02:37:41
13        lot of these lessons learned, as we      02:37:43
14        think about making improvements and      02:37:44
15        enhancements in the future.              02:37:47
16             MR. FRISCH:  Anybody else want to   02:37:51
17        chime in?  All right.                    02:37:58
18             I ask that question because         02:38:01
19        I -- you know -- as difficult as it is,  02:38:03
20        every day is an opportunity to do        02:38:05
21        something differently, and do it         02:38:07
22        something the way we want to do it.      02:38:08
23        Right?  So as I think about this, you    02:38:12
24        know, one of the things that concerns    02:38:14
```



Page 167

| | | |
|---|---|---|
| 1 | we, I think Dr. Brabrand, you said we | 02:38:18 |
| 2 | don't want anybody having this mental | 02:38:20 |
| 3 | thinking I'm not welcome there. As we | 02:38:22 |
| 4 | think about how do we get people to | 02:38:27 |
| 5 | open that door partway, so we can meet | 02:38:29 |
| 6 | them and invite them into the | 02:38:30 |
| 7 | application process, I'm concerned | 02:38:32 |
| 8 | about a two tiered process engagement | 02:38:35 |
| 9 | even if we're saying, you know, that | 02:38:38 |
| 10 | students doesn't know where group | 02:38:42 |
| 11 | they're in, you're going to have -- and | 02:38:43 |
| 12 | I think our principal indicated this is | 02:38:49 |
| 13 | going to happen regardless, but your | 02:38:51 |
| 14 | going to have a population of people | 02:38:53 |
| 15 | who are seen as not being as deserving | 02:38:57 |
| 16 | to be there, and I'd be interested in | 02:38:59 |
| 17 | digging a little bit deeper on that | 02:39:03 |
| 18 | front, and what can be done if that is | 02:39:05 |
| 19 | the option that goes forward to | 02:39:09 |
| 20 | minimize that. Because it's not a | 02:39:10 |
| 21 | matter of people knowing whether -- | 02:39:12 |
| 22 | which side of the ledger they're on. | 02:39:15 |
| 23 | There's going to be -- people are going | 02:39:17 |
| 24 | to know there's a line to be on a side | 02:39:20 |



Page 168

```
 1    of.  And how do we combat that?        02:39:22
 2         DR. BRABRAND:  I don't know where  02:39:26
 3    we are in seconds, it is school         02:39:28
 4    leadership, and what I think was Dr.    02:39:30
 5    Bona said, that's powerful, everyone    02:39:32
 6    with no tiers right now, our students   02:39:35
 7    still do it.  Students say, how did you 02:39:39
 8    get here?  How -- how did you get in?   02:39:40
 9    So I think that is part of the culture  02:39:43
10    of working with students and staff to   02:39:46
11    really talk about the kind of           02:39:50
12    environment and care and culture that   02:39:52
13    we have and can even enhance at TJ.      02:39:54
14         MR. SMITH:  And I would just add   02:40:00
15    that we go out to the students, we ask  02:40:02
16    the students how we do this.  You know, 02:40:03
17    as we think about staff, we think about 02:40:06
18    principals and teachers, and we very    02:40:09
19    clearly have to engage with students    02:40:11
20    and talk about this to get a better     02:40:12
21    handle on it.                           02:40:16
22         MR. FRISCH:  I know that's not my  02:40:19
23    time.  This is my first round.  I was   02:40:20
24    just being text to find out if this was 02:40:22
```



Page 169

```
 1    my first round.                            02:40:24
 2         MS. OMEISH:  No, no.  That wasn't      02:40:24
 3    for you.  That was for staff.              02:40:25
 4         MR. FRISCH:  I'm sorry.  I             02:40:27
 5    apologize for not responding sooner.       02:40:29
 6              On the recruitment front,        02:40:31
 7    you know, this is still something that      02:40:33
 8    concerns me a great deal.  I want to be     02:40:36
 9    clear that when we talk about iterating     02:40:39
10    out all of the different things we're       02:40:41
11    going to do to amp up our recruitment       02:40:43
12    efforts, recruitment being to the           02:40:46
13    application process, we're going to be      02:40:48
14    following the best practices, not just      02:40:51
15    checking a box off the many lists of        02:40:53
16    things we're going to be doing.             02:40:55
17              So for example, sending           02:40:57
18    recruitment e-mails and letters to all      02:40:59
19    eligible students, are we going to be       02:41:01
20    designing these mailers -- first of         02:41:03
21    all, is that an either or, or is that a     02:41:05
22    yes/and.                                    02:41:07
23         MR. SMITH:  That's a yes/and.          02:41:10
24         MR. FRISCH:  Are we were going to      02:41:11
```



Page 170

```
 1      be designing these mailers physical    02:41:13
 2      mailers to cut through the clutter, or  02:41:15
 3      is it going to look like a letter from  02:41:18
 4      FCPS, a nondescript envelope that looks  02:41:23
 5      like anything else they get from FCPS?   02:41:27
 6           MR. SMITH:  It would very clearly  02:41:33
 7      look like something from TJ office of    02:41:34
 8      admissions inviting you into the         02:41:37
 9      process.  I'm not saying --              02:41:39
10           MR. FRISCH:  Because if you're a   02:41:43
11      parent whose never heard of TJ, why     02:41:43
12      would you open that envelope?  So what   02:41:47
13      I'm getting at is we need to think       02:41:51
14      about each one of the these elements,    02:41:53
15      and I'm very appreciative of the         02:41:54
16      thought that's gone into how we're       02:41:55
17      going to turn up the application         02:41:57
18      process, but we need to take each one    02:41:59
19      of these nuggets in isolation and        02:42:01
20      think, what is actually the thing that   02:42:02
21      is going to get us in front of the       02:42:04
22      eyeballs that we need to get in front    02:42:06
23      of in the way that the impactful verses  02:42:08
24      it's just a mailer.                      02:42:11
```



```
                                            Page 171
 1                 I guess that is my time now,   02:42:14
 2      right?                                    02:42:17
 3          MS. OMEISH:  Yes, that one is.       02:42:17
 4          DR. BRABRAND:  And Mr. Frisch,       02:42:19
 5      one of my answers to Ms. Keys-Gamarra     02:42:20
 6      that is absolutely something I would      02:42:23
 7      put in front of our chief equity          02:42:25
 8      officer, Dr. Williams to really talk      02:42:26
 9      about.  Because you're talking about      02:42:29
10      even if first outreach is its own         02:42:31
11      message, right even how it comes is the   02:42:36
12      first signal as to whether you should     02:42:38
13      apply, or this is not important.  Keep    02:42:39
14      going.  So we bring our equity team, we   02:42:43
15      weed in all of our stakeholders, MSAOC.   02:42:46
16          MR. SMITH:  Communications.          02:42:50
17          DR. BRABRAND:  Culturally            02:42:52
18      responsive team to really say, let's     02:42:53
19      really make sure we do the outreach      02:42:55
20      with the full equity lense, and I think  02:42:57
21      Mr. Smith already has a meeting with     02:42:59
22      Dr. Williams set up to do this very      02:43:01
23      thing.                                   02:43:06
24          MR. FRISCH:  Well, I ended at the    02:43:06
```



Page 172

```
 1    end of my sentence when the bell went,   02:43:08
 2    so I don't get to muscle one more.        02:43:10
 3          MS. OMEISH:   Yeah.  You can have    02:43:12
 4    a go back later.                           02:43:13
 5          MR. FRISCH:   Continued.   Thank     02:43:14
 6    you.                                       02:43:16
 7          MS. OMEISH:   Okay 45 seconds,       02:43:17
 8    we'll start with Ms. McLaughlin.           02:43:18
 9          MS. MCLAUGHLIN:   Okay.              02:43:28
10              You can get started.   Real      02:43:29
11    quick Dr. Brabrand, I appreciate what      02:43:32
12    you said about time.  Respectfully, as     02:43:34
13    you know, I feel like you put this on      02:43:36
14    us.  The state didn't require us to do     02:43:39
15    this amount before its filing in           02:43:41
16    October.  You told us we had to pretty     02:43:42
17    much dismantle the way we do TJ            02:43:45
18    admissions and reconstruct it again.  I    02:43:47
19    don't think it's responsible.  I think     02:43:49
20    the board is now having to come in with    02:43:51
21    stakeholders and having to fix a lot of    02:43:53
22    changes that are too many in one year.     02:43:57
23    They're not provided by how we do best     02:43:59
24    practices at elite universities, and       02:44:02
```



```
                                              Page 173
 1      I'm sorry I'm sitting here on 45      02:44:04
 2      seconds trying to set this up.  I     02:44:06
 3      appreciate your dedication, Dr.       02:44:09
 4      Brabrand, but very disappointed that  02:44:11
 5      you and your team put us in this      02:44:14
 6      situation.  I don't think we should've 02:44:17
 7      had to be here, and I look forward to  02:44:18
 8      solving it with the board.            02:44:20
 9           MS. OMEISH:  Ms. Keys-Gamarra.   02:44:26
10           MS. KEYS-GAMARRA:  I'm going to  02:44:27
11      use my time to ask the principal from 02:44:28
12      TJ to give us her comments on these   02:44:31
13      teacher recommendations.  Is she      02:44:33
14      available?                            02:44:43
15           DR. BRABRAND:  Ann, do you want  02:44:44
16      to speak to that?                     02:44:46
17           DR. BONITATIBUS:  Sure.          02:44:48
18              If I can go back and just     02:44:49
19      add onto my comments about teacher    02:44:51
20      recommendations.                      02:44:53
21           MS. KEYS-GAMARRA:  Yeah.  I mean, 02:44:54
22      I am of the opinion that it can be    02:44:57
23      problematic in a number of ways, and I 02:45:00
24      think we heard from a number of our   02:45:02
```



Page 174

```
 1       board members who want to see that      02:45:04
 2       reinstated, and I wanted to get your    02:45:06
 3       full comments on that.                  02:45:09
 4            DR. BONITATIBUS:  Sure.            02:45:12
 5                 I think we need to recognize 02:45:13
 6       that there are inherent biases to any   02:45:14
 7       kind of admissions process.  We need to 02:45:16
 8       vacate that to the greatest degree      02:45:19
 9       possible.  If there's a sentiment on    02:45:21
10       behalf the board of reinstating teacher 02:45:24
11       recommendations, I would -- I would     02:45:27
12       actually appeal to the board to think   02:45:30
13       about what we mean when we say          02:45:31
14       recommendations.  It goes back to my    02:45:34
15       earlier comments some narratives and    02:45:36
16       perceptions and mythologies about a     02:45:40
17       student having to be at one level to    02:45:43
18       be, quote, ready for TJ, verses being   02:45:46
19       at a level that -- that is ready for    02:45:50
20       growth, and so some of the teacher      02:45:53
21       recommendations sometimes are saying    02:45:55
22       that a teacher is able to get a child   02:45:58
23       ready for TJ.  No middle schoolteacher  02:46:01
24       can say if a child is ready for TJ.     02:46:03
```



Page 175

```
 1        What is teacher can say and talk to, is    02:46:06
 2        a child's potential for growth, their      02:46:11
 3        love for STEM, and what they are as a      02:46:13
 4        learner.  And potentially maybe we use     02:46:16
 5        some of these recommendations and to go    02:46:19
 6        to a board member's earlier point, they    02:46:23
 7        can be used to help identify students      02:46:27
 8        for other various special programs         02:46:31
 9        around FCPS.                               02:46:33
10            MS. OMEISH:  Sorry.  Ms.               02:46:38
11        Keys-Gamarra.  Just a reminder, folks      02:46:39
12        who aren't speaking, please mute           02:46:40
13        yourselves.  There are a couple of         02:46:41
14        people with feedback.  Go ahead, Ms.       02:46:42
15        Keys-Gamarra.                              02:46:46
16            MS. KEYS-GAMARRA:  So as a next         02:46:46
17        step, I think we need to take a deeper     02:46:47
18        dive too that because I don't want us      02:46:49
19        to shoot ourselves in the foot trying      02:46:51
20        to figure out where we've been.  We've     02:46:54
21        done that for twenty years, and it         02:46:58
22        hasn't been very productive.  I also       02:46:59
23        just want to agree with Mr. Smith.  I      02:47:02
24        think it was Mr. Smith that was talking    02:47:06
```



Page 176

```
 1        about how students feel about applying.    02:47:09
 2        I can tell you anecdotally my sons were     02:47:11
 3        recommended to want to go to TJ and         02:47:14
 4        given the reputation it has for             02:47:17
 5        isolating students of color, they           02:47:20
 6        simply did not want to go.  And so we        02:47:21
 7        do need to get more definitive              02:47:24
 8        information, but we also need to             02:47:27
 9        realize there's a whole culture we need     02:47:28
10        to change.  That's part of the reason       02:47:30
11        we need to make significant changes         02:47:33
12        rather than small checking the boxes.       02:47:35
13        I don't mean to say that.  I'm ready to     02:47:39
14        take this head on, so thank you.            02:47:42
15             MS. OMEISH:  Dr. Anderson.             02:47:46
16             DR. ANDERSON:  Thank you.  Very        02:47:49
17        quick.  We've talked a lot about            02:47:50
18        expanding opportunity, and I think we       02:47:52
19        need to just stick to that -- stick to      02:47:55
20        that talking point.  Let's expand          02:47:57
21        opportunity, let's not cloud it with        02:47:59
22        additional teacher recommendations          02:48:01
23        which don't speak to student readiness.     02:48:02
24        It's just yet another obstacle that has     02:48:05
```



Page 177

```
 1       bias that we have been struggling with   02:48:07
 2       for so long.  Let's go ahead and focus    02:48:10
 3       on the merit lottery, which has been      02:48:14
 4       used successfully in many, many top       02:48:16
 5       high schools.  Let's go ahead and have    02:48:18
 6       the pathway be based by school, or by     02:48:20
 7       pyramid because we want to expand         02:48:24
 8       opportunity.  Let's continue to work.     02:48:27
 9       Yes, we have pipeline work to do.  We     02:48:30
10       have recruitment to do.  But I believe    02:48:32
11       this work that's before us right now,     02:48:35
12       it's way overdue.  The timing honestly,   02:48:37
13       for me, is never going to be right.       02:48:40
14       But it's already overdue, so I'm fine     02:48:42
15       with handling it in this moment.          02:48:44
16            MS. OMEISH:  Thank you.              02:48:46
17                Ms. Cohen?                       02:48:48
18            MS. COHEN:  I -- I just -- I just    02:48:55
19       have to say if we're arguing that        02:48:58
20       teacher recs have implicit bias, we      02:49:01
21       have a much bigger problem than TJ.      02:49:04
22       Because we use teacher recommendations    02:49:07
23       for Level 4 AP, we use teacher           02:49:09
24       recommendations for scholarships, we     02:49:11
```



Page 178

```
 1      use them for college applications, we    02:49:13
 2      use them for all kind of things, so I'm   02:49:16
 3      deeply concerned if we think we have a    02:49:18
 4      big issue with teachers have implicit     02:49:21
 5      bias, that speaks to me a need to come    02:49:24
 6      back and talk to our teachers about how   02:49:27
 7      to remedy that and how to structure a     02:49:30
 8      recommendation process or letter for TJ   02:49:33
 9      that works to remove that and gives       02:49:38
10      exactly what Dr. Bona said about          02:49:40
11      raising a love for STEM.  I'm really      02:49:43
12      have trouble with this piece of it and    02:49:45
13      the response to it.                       02:49:47
14          MS. OMEISH:  Were you looking for    02:49:49
15      a response, Ms. Cohen?                    02:49:51
16          MS. COHEN:  I recognize that was     02:49:55
17      more than 45 second pontification, so    02:49:56
18      if people want to, they're more than     02:49:59
19      welcomed to.                              02:50:05
20          MS. OMEISH:  All right.              02:50:05
21              Ms. Tholen?                       02:50:10
22          MS. THOLEN:  Thank you, Ms. Cohen   02:50:10
23      for that pontification.  You saved me a  02:50:11
24      few seconds.  I agree with you           02:50:13
```



Page 179

```
 1    wholeheartedly.  A couple of other     02:50:15
 2    quick questions I'll just throw in, I   02:50:18
 3    put into the next steps I'm curious how 02:50:20
 4    any new process that we're implementing 02:50:24
 5    now will impact our sophomore transfer  02:50:26
 6    process, so that will be something I'd   02:50:29
 7    like to get some information on because  02:50:31
 8    that whole set of students to look at    02:50:34
 9    as well -- I want to, again, say that    02:50:35
10    probably implementing this will impact   02:50:42
11    our base high schools, a couple of our   02:50:45
12    more crowded high schools in             02:50:47
13    particular.  So we also need to be       02:50:48
14    cognizant of the types of advanced       02:50:52
15    science and math those schools are       02:50:54
16    going to need to offer, and we should    02:50:56
17    be offering probably (inaudible).  I     02:50:58
18    just want to know if the application     02:51:02
19    process timeline might be, so I think    02:51:04
20    we need to get that out ASAP.  Thank     02:51:07
21    you.                                     02:51:09
22         MS. OMEISH:  If staff wants to      02:51:11
23    address the timeline question --         02:51:11
24         DR. BRABRAND:  Mr. Smith?           02:51:20
```



Page 180

```
 1          MR. SMITH:  I was going to ask      02:51:23
 2     Jeremy to talk about that.  We talked    02:51:24
 3     about the certain things that have to    02:51:26
 4     happen at certain intervals, so --       02:51:28
 5          MR. SHUGHART:  So timeline -- in     02:51:35
 6     terms of timeline perspective, we have   02:51:36
 7     to consider how long each of these       02:51:40
 8     elements are going to last.  And that's  02:51:43
 9     part of the reason why the timeline has  02:51:46
10     been put forward is there.  We know      02:51:48
11     we're looking to see the class           02:51:51
12     depending upon how late you want to be   02:51:53
13     able to seat the class for next fall     02:51:55
14     will be dependent upon how late we can   02:51:57
15     start.  In addition to whether or not    02:52:00
16     we're adding elements to the current     02:52:03
17     processes that were processed, how long  02:52:05
18     of an application window, when they      02:52:09
19     complete each of these things, if        02:52:11
20     teacher recommendations are included,    02:52:12
21     how long do we allow teachers to write   02:52:14
22     the recommendations?  So each of these   02:52:17
23     elements add in time on top of the       02:52:19
24     length of time we're going to need --    02:52:22
```



Page 181

```
 1    I'm sorry.  Let me just finish that     02:52:25
 2    statement.  How long we're going to     02:52:26
 3    need to do an evaluation, which in      02:52:28
 4    previous years was probably about a     02:52:31
 5    1000 to 1500 students to now what maybe 02:52:34
 6    an excess of 3000 to 4000 and maybe     02:52:38
 7    even beyond that students in an         02:52:40
 8    application cycle.  Each of those       02:52:43
 9    elements have to be considered.         02:52:45
10         MS. OMEISH:  Thank you.            02:52:47
11            Ms. Corbett Sanders?           02:52:47
12         MS. CORBETT SANDERS:  Yes, thank   02:52:52
13    you.  Real quick.  This is -- neither   02:52:53
14    one of these approaches is an in        02:52:55
15    incremental change.  Both are a         02:52:57
16    dramatic overhaul in the approach to    02:52:58
17    how we're looking for admissions to TJ. 02:53:00
18    I just want to make that clear.  I do   02:53:02
19    think that a measured -- not a          02:53:04
20    measured, but an approach that focuses  02:53:07
21    on school by school in region is a      02:53:10
22    great movement.  I do want to very      02:53:14
23    quickly say on recommendations, why do  02:53:17
24    we limit recommendations to just        02:53:20
```



Page 182

```
 1      teachers?  There are some students who   02:53:22
 2      may have incredible relationships with   02:53:26
 3      people who understand their thirst for   02:53:28
 4      knowledge, thirst for science,           02:53:30
 5      experiences that may not be a teacher    02:53:32
 6      in their school.  For example, it maybe  02:53:34
 7      a mentor in the community who is a        02:53:36
 8      doctor or a scientist or engineer.  So   02:53:38
 9      I just would say that if we're looking   02:53:41
10      at recommendations, expand it beyond.     02:53:43
11           MS. OMEISH:  Ms. Pekarsky?           02:53:48
12           MS. PEKARSKY:  Yeah.  Thank you.     02:53:51
13                Going back to what Mr.          02:53:52
14      Frisch said about notification to        02:53:54
15      students at TJ and this option, you      02:53:56
16      know, for students to see themselves as  02:54:00
17      a future TJ student, that doesn't, you   02:54:04
18      know, that doesn't start in the eighth   02:54:07
19      grade or in seventh grade, that starts   02:54:08
20      well before that and understanding that  02:54:11
21      this opportunity is there for them, and  02:54:14
22      that this is a passion they can          02:54:16
23      cultivate, and that is an option for     02:54:18
24      them.  So hopefully, you know, we'll     02:54:19
```



Page 183

```
 1        begin some of that work well before the   02:54:22
 2        students are in eighth grade.  I would     02:54:24
 3        like to say that the teacher               02:54:26
 4        recommendations are a data point, an       02:54:28
 5        opportunity for us to learn more about     02:54:31
 6        students.  It can be very regulated.       02:54:34
 7        It can be a rubric, but can provide        02:54:38
 8        valuable information.  Thank you.          02:54:40
 9             MS. OMEISH:  Ms. Diana Kaufax.        02:54:44
10             MS. DERENAK KAUFAX:  Sorry.           02:54:51
11        Waiting for my video.  All right.  I       02:54:54
12        had stated what I said before, that TJ     02:55:01
13        just as my colleague said, he data         02:55:05
14        point about teachers.  TJ is but one       02:55:08
15        data point.  There's so many systemic      02:55:10
16        issues that need to be addressed, and I    02:55:13
17        feel there's been a little bit of a        02:55:16
18        lack of public engagement on this          02:55:17
19        topic, no public hearing.  I feel we're    02:55:19
20        a little torn.  We're going to be          02:55:22
21        needing to make a decision based upon      02:55:24
22        time as of next week, so I maybe           02:55:30
23        talking to my colleagues about making      02:55:32
24        this opportunity a pilot this year, and    02:55:35
```



```
                                              Page 184
 1      then deciding to look at it again,      02:55:38

 2      because we know there will be also      02:55:40

 3      recommendations coming from the state.  02:55:42

 4      So I have to think about that if I'm     02:55:44

 5      going do that.  But I will engage in     02:55:46

 6      conversations because I think it's       02:55:47

 7      important that we get this right.        02:55:49

 8          MS. OMEISH:  Ms. Sizemore Heizer?    02:55:55

 9          MS. SIZEMORE HEIZER:  Thank you.     02:55:59

10              So I agree with what my          02:56:01

11      colleague, Ms. Derenak Kaufax just       02:56:02

12      said, and Ms. Corbett Sanders.  These    02:56:04

13      are major changes we're making.  And I   02:56:06

14      want to flag that we're removing the     02:56:08

15      test, we have removed the test, rebuilt  02:56:10

16      pathways, whether it's minimum or        02:56:12

17      maximum, those are huge changes plus     02:56:13

18      the student experience factors.  These   02:56:16

19      are major changes.  I think we need to   02:56:18

20      see what these changes are doing before  02:56:20

21      stating these aren't sort of big         02:56:22

22      changes.  The lack of a test can actual  02:56:23

23      be negative for students with            02:56:25

24      disabilities, as I pointed out issues    02:56:27
```



Page 185

```
 1     in the problem solving essay and IEPs     02:56:29
 2     weren't developed with the notion of      02:56:31
 3     students with disabilities need on the    02:56:33
 4     essay, so I'm not sure that's fully       02:56:34
 5     appropriate or sufficient.  So you        02:56:36
 6     know, I think these are major changes     02:56:38
 7     we're taking in.  I think we need to do   02:56:40
 8     it intentionally, which I think           02:56:42
 9     holistic review gets us to.  I am very    02:56:43
10     concerned when I have seen the other      02:56:46
11     schools with lotteries and the           02:56:47
12     retention issues.  You know, I'm very     02:56:48
13     focused on students success at TJ, not   02:56:50
14     just admissions to TJ.  That's the        02:56:52
15     overall goal.  And I think we need to    02:56:54
16     (inaudible) rhetoric that create a lot   02:56:58
17     of divide in TJ.  And I think moving     02:57:01
18     forward in the system, we need to be     02:57:03
19     intentional about healing that.  Thank   02:57:04
20     you.                                      02:57:05
21          MS. OMEISH:  Thank you.  All         02:57:05
22     right Ms. Meren?                          02:57:07
23          MS. MEREN:  Thank you.  Yeah.  I     02:57:11
24     agree wholeheartedly as Dr. Anderson     02:57:12
```



Page 186

```
1      put it about, you know, if we're going   02:57:14

2      to try, let's try it.  The work is now.   02:57:17

3      Rashad and Ms. Sizemore Heizer said it,   02:57:20

4      these are big changes, I agree.  I        02:57:23

5      think earlier I misspoke when I was       02:57:25

6      saying this is like other schools where   02:57:28

7      their selection of division, what I was   02:57:30

8      trying to get at was, other schools use   02:57:32

9      lotteries.  And I know it's different     02:57:34

10     with TJ, but I do think the sentiment     02:57:35

11     I've heard some of the colleagues say     02:57:38

12     is let's try something, and we have a     02:57:40

13     lot of really hard thinking that's gone   02:57:42

14     into this.  And we certainly can adjust   02:57:44

15     things, but it is time to do it, and I    02:57:46

16     think the board can make a difference.    02:57:48

17          MS. OMEISH:  Thank you.              02:57:54

18               Mr. Frisch.                     02:57:54

19          MR. FRISCH:  Thanks.  So I would     02:57:59

20     like to get back to the questioning       02:58:01

21     about -- and I've already lost 15         02:58:05

22     seconds -- about the process we were      02:58:06

23     guying to be reaching out to folks        02:58:09

24     with, what assurances can we give the     02:58:10
```



Page 187

| | | |
|---|---|---|
| 1 | community that it's going to be more | 02:58:13 |
| 2 | than what's listed on the page when we | 02:58:15 |
| 3 | think about this.  We're going to | 02:58:17 |
| 4 | incorporate the best practices of the | 02:58:18 |
| 5 | discipline of finding people and | 02:58:20 |
| 6 | seeking people out for admissions, | 02:58:22 |
| 7 | beyond just a letter, beyond just an | 02:58:24 |
| 8 | e-mail, beyond just basic outreach. | 02:58:28 |
| 9 | How are we going to amp it up more than | 02:58:31 |
| 10 | what's written on the page? | 02:58:33 |
| 11 | MR. SMITH:  So I think it's | 02:58:38 |
| 12 | engaging with -- as -- as I said | 02:58:39 |
| 13 | earlier, our stakeholders to find out | 02:58:42 |
| 14 | which ways they would best like to be | 02:58:43 |
| 15 | communicated with.  Of course, working | 02:58:46 |
| 16 | with our communications team and | 02:58:48 |
| 17 | working with our equity team to try to | 02:58:50 |
| 18 | figure out the best way to provide new | 02:58:53 |
| 19 | information for students and families | 02:58:56 |
| 20 | that just isn't the same old letter | 02:58:57 |
| 21 | from Fairfax.  So -- and that's what I | 02:59:00 |
| 22 | have right now.  I don't have all the | 02:59:04 |
| 23 | answers to that to that question, but I | 02:59:05 |
| 24 | can tell you based on the questions | 02:59:07 |



Page 188

| | | |
|---|---|---|
| 1 | that are being asked, it will not be | 02:59:09 |
| 2 | just the same old, same old. | 02:59:12 |
| 3 | MR. FRISCH:  I mean, it's -- | 02:59:14 |
| 4 | given this is potentially the first | 02:59:15 |
| 5 | year it happens, it might be worth | 02:59:17 |
| 6 | doing some testing as we roll this out, | 02:59:19 |
| 7 | to see what types of outreach, and what | 02:59:22 |
| 8 | shape of outreach within those types, | 02:59:25 |
| 9 | perform best in terms of the responses. | 02:59:28 |
| 10 | Right, question mark? | 02:59:35 |
| 11 | MR. SMITH:  I was just looking at | 02:59:38 |
| 12 | the time.  But no, certainly.  We | 02:59:39 |
| 13 | can -- I think it's really thinking | 02:59:41 |
| 14 | about what goes through the mind of an | 02:59:43 |
| 15 | eighth grader and an eighth grader's | 02:59:45 |
| 16 | parents to help engage that better in | 02:59:47 |
| 17 | the process.  So we can certainly do | 02:59:49 |
| 18 | some of that work. | 02:59:51 |
| 19 | MS. OMEISH:  Great.  I am last so | 02:59:54 |
| 20 | here I begin. | 02:59:56 |
| 21 | Does anything preclude us | 02:59:58 |
| 22 | from doing the outreach like we do with | 02:59:59 |
| 23 | AP, to screen gifted students?  Meaning | 03:00:02 |
| 24 | that universal screening with local | 03:00:04 |



Page 189

| | | |
|---|---|---|
| 1 | testing in base schools? | 03:00:06 |
| 2 | MR. SMITH:  Timing wise, yes, for | 03:00:13 |
| 3 | this year.  And I think that there are | 03:00:15 |
| 4 | certainly options we can look at in the | 03:00:18 |
| 5 | future as we think about just overall | 03:00:22 |
| 6 | kinds of approaches to using an | 03:00:25 |
| 7 | instrument that isn't solely focused on | 03:00:28 |
| 8 | TJ, but might be focused on giving us | 03:00:31 |
| 9 | information about students and | 03:00:34 |
| 10 | student's potential in a variety of | 03:00:36 |
| 11 | different areas. | 03:00:39 |
| 12 | MS. OMEISH:  Okay.  Yeah.  Seeing | 03:00:40 |
| 13 | that this universal screening piece for | 03:00:41 |
| 14 | the future is not reflected as well as | 03:00:43 |
| 15 | the threshold by school, rather than by | 03:00:46 |
| 16 | region, localizing outreach haven't | 03:00:48 |
| 17 | been reflected, I just want to remind | 03:00:51 |
| 18 | any colleagues that I do have two | 03:00:52 |
| 19 | motions ready for the 17th.  I have | 03:00:54 |
| 20 | shared these with you guys.  I'm | 03:00:56 |
| 21 | looking forward to hearing your | 03:00:57 |
| 22 | thinking around it, and answering my | 03:00:59 |
| 23 | questions about whether we can support. | 03:01:01 |
| 24 | I know I heard quite a number of folks | 03:01:03 |



Page 190

```
 1        today who expressed support or thoughts    03:01:05
 2        in that direction, and I hope I can        03:01:08
 3        have your support on the 17th.             03:01:09
 4                   With that, that does            03:01:11
 5        conclude this portion of our meeting,      03:01:14
 6        if everyone can look at the next steps,    03:01:16
 7        we're going to be doing this in the way    03:01:18
 8        we have done before where if there are     03:01:20
 9        no objections by staff or colleagues,      03:01:23
10        we will move forward with the next         03:01:28
11        step.                                      03:01:30
12                   So if folks can take a look     03:01:30
13        at the document and anyone who has any     03:01:31
14        objections to anything -- Dr. Brabrand,    03:01:36
15        please go ahead.                           03:01:38
16            DR. BRABRAND:  No.  I'm just           03:01:39
17        looking -- is it going to be posted or     03:01:40
18        should I just go into the Google           03:01:41
19        document myself like board members do?     03:01:43
20            MALE SPEAKER:  Just go into the        03:01:45
21        Google Doc.                                03:01:46
22            DR. BRABRAND:  Okay.  Thank you.       03:01:47
23            MR. FRISCH:  Just to remind            03:01:48
24        people that it's set up the way we used    03:01:49
```



Page 191

```
1       most recently, so you should enter you    03:01:51
2       own next steps.  And in the column with   03:01:54
3       your name, you should register your       03:01:57
4       approval or your support or opposition    03:01:59
5       to the next step.  So that we're          03:02:01
6       registering our opinions that way         03:02:03
7       rather than doing it one by one by one.    03:02:05
8            DR. BRABRAND:  And what I would       03:02:09
9       say I would just like to thank the        03:02:10
10      board and the TJ team that spent time     03:02:12
11      putting all this information together     03:02:15
12      today for the discussion.  I really do    03:02:17
13      appreciate all their hard work and --     03:02:20
14      and then we'll listen now and reflect     03:02:25
15      on the next steps you have presented.     03:02:29
16      Thank you.                                03:02:31
17           MR. SMITH:  And Dr. Brabrand, I      03:02:32
18      failed to mention folks in my office,     03:02:33
19      my direct office, Julie Fowler and        03:02:35
20      Tracy Skian(ph), who have been            03:02:38
21      instrumental in this process as well,     03:02:39
22      along with all those others that I        03:02:41
23      shared at the beginning of my comments.   03:02:42
24           MS. OMEISH:  Yeah.  Thank you.       03:02:47
```



Page 192

| | | |
|---|---|---|
| 1 | Ms. McLaughlin, I see your hand before | 03:02:48 |
| 2 | we wrap up.  Go ahead. | 03:02:50 |
| 3 | MS. MCLAUGHLIN:  Yes, I thought | 03:02:53 |
| 4 | that I had read that we would have time | 03:02:54 |
| 5 | after this work session to one, make | 03:02:57 |
| 6 | sure we've got our next steps captured, | 03:03:01 |
| 7 | and two that we would rate that we're | 03:03:03 |
| 8 | greenlighting these next steps.  I | 03:03:07 |
| 9 | didn't know we were sitting here doing | 03:03:10 |
| 10 | it now in what, the next five minutes? | 03:03:12 |
| 11 | So -- | 03:03:16 |
| 12 | MR. FRISCH:  In the two e-mails | 03:03:16 |
| 13 | that went out about the meeting, it did | 03:03:17 |
| 14 | talk about how we would do next steps, | 03:03:19 |
| 15 | as we've previously done in the | 03:03:21 |
| 16 | meeting, which would be we'd enter our | 03:03:22 |
| 17 | next steps throughout the meeting or | 03:03:24 |
| 18 | within the 24 hours following the | 03:03:26 |
| 19 | meeting. | 03:03:28 |
| 20 | MS. MCLAUGHLIN:  Correct. | 03:03:29 |
| 21 | MR. FRISCH:  In the column next | 03:03:29 |
| 22 | to the next steps, we have an | 03:03:30 |
| 23 | opportunity to weigh in to -- | 03:03:32 |
| 24 | MS. MCLAUGHLIN:  That's exactly | 03:03:34 |



Page 193

```
 1      right, Mr. Frisch.  That's the clarity    03:03:36
 2      I wanted.  I read that we'd have up to     03:03:37
 3      24 hours.                                  03:03:39
 4           MR. FRISCH:  Yes.                     03:03:40
 5           MS. MCLAUGHLIN:  I'm getting the      03:03:41
 6      impression we were doing it right now.     03:03:42
 7           MR. FRISCH:  You can do it right      03:03:44
 8      now.  That way you don't have to worry     03:03:45
 9      about it.                                  03:03:47
10           MS. OMEISH:  (Inaudible).  Go         03:03:47
11      ahead.                                     03:03:50
12           MS. MCLAUGHLIN:  I guess what I'm     03:03:51
13      trying to figure out is if people are      03:03:51
14      filling it out right now and someone       03:03:53
15      adds a next step, how will they know to    03:03:57
16      go back and --                             03:03:59
17           MR. FRISCH:  You can go back.  I      03:04:01
18      would encourage people to check back.      03:04:03
19           MS. MCLAUGHLIN:  Okay.                03:04:07
20                Thank you.  That's just what     03:04:07
21      I wanted to check.  Should we remind       03:04:09
22      everybody, even if they fill it out        03:04:11
23      now, they should check back in case        03:04:12
24      their colleagues have added anything?      03:04:14
```



```
                                            Page 194
  1            MR. FRISCH:  Right.          03:04:16

  2            MS. MCLAUGHLIN:  Within that 24   03:04:16

  3       hour window.                      03:04:17

  4            MR. FRISCH:  Yes.            03:04:19

  5            MS. MCLAUGHLIN:  Wonderful.   03:04:20

  6       Thank you.                        03:04:22

  7            MS. OMEISH:  Ms. Sizemore Heizer? 03:04:25

  8            MS. SIZEMORE HEIZER:  Very    03:04:26

  9       briefly.  I would encourage our   03:04:26

 10       colleagues since we're all so busy,  03:04:27

 11       that if you do (inaudible).       03:04:29

 12            MR. FRISCH:  Uh, oh.  The robots 03:04:33

 13       have got her.                     03:04:35

 14            MS. OMEISH:  Ms. Sizemore Heizer? 03:04:37

 15            MS. SIZEMORE HEIZER:  Can you   03:04:39

 16       hear me?                          03:04:39

 17            MR. FRISCH:  Yes.            03:04:40

 18            MS. OMEISH:  We totally missed   03:04:40

 19       what you said though.  You might want  03:04:42

 20       to do it again.  Go ahead.        03:04:48

 21            MS. SIZEMORE HEIZER:  All I was   03:04:50

 22       saying briefly, if folks do add a next  03:04:51

 23       step after tonight, it would be   03:04:54

 24       helpful, at least to me, if someone   03:04:57
```



```
                                         Page 195
 1      could just send a text message or    03:05:00

 2      e-mail, so we know there's a next step, 03:05:04

 3      so we're not just constantly checking.  03:05:07

 4      Just a suggestion.                      03:05:10

 5           MS. OMEISH:  Okay.                 03:05:12

 6                I think are no more hands,    03:05:13

 7      so with that, folks at 5:05, we'll be   03:05:15

 8      adjourning this meeting.  Thank you for 03:05:18

 9      your participation.  Have a good        03:05:21

10      afternoon -- evening.                   03:05:24

11           DR. BRABRAND:  Thank you.          03:05:26

12           MS. OMEISH:  Thank you, Dr.        03:05:27

13      Brabrand.                               03:05:28

14           DR. BRABRAND:  Thank you, very     03:05:28

15      much.                                   03:05:30

16           MALE SPEAKER:  Thank you.  Thank   03:05:30

17      you, everyone.                          03:05:32

18           FEEMALE SPEAKER:  Thank you,       03:05:33

19      everyone.                               03:05:34

20                - - -

21           (Whereupon, file ended.)

22                - - -

23

24
```



Page 196

1                       CERTIFICATE

2             I HEREBY CERTIFY that this transcript is a    03:05:35

3    true record of the content on the file provided to    03:05:37

4    me to the best of my ability.                          03:05:43

5

6

7

8

9

10

11

12

13

14

15                  Maureen Cunningham Brzycki,            03:05:45

16                  Dated: July 2,                          03:05:48

17

18

19   (The foregoing certification of this transcript does

20   not apply to any reproduction of the same by any

21   means, unless under the direct control and/or

22   supervision of the certifying reporter.)

23

24



**A**

**AAP** 139:23
**abilities** 155:3
**ability** 14:8 17:16
  19:20 76:14
  153:14 154:10
  196:4
**able** 29:9,22 46:1
  46:6 47:19,23,24
  48:12,16,19
  50:14 51:15
  52:11 54:3 55:15
  65:18 72:21
  76:12 82:11 97:2
  97:9,11,17,21,22
  106:24 112:3,10
  114:15 126:5
  129:21 130:15
  138:14 140:24
  145:4 146:1
  154:13 174:22
  180:13
**absolutely** 13:13
  16:3 47:6 60:11
  60:14 65:2 83:22
  89:15 126:1
  171:6
**abstaining** 7:16
  8:5,8
**abstentions** 8:12
**academic** 16:16
  19:9 30:21 58:21
  60:6 62:9 110:18
  114:9 124:11
  131:15 135:18
  135:19 145:12
**academics** 34:7
  49:21
**accelerate** 127:9
**accepted** 87:22
  150:7
**accepting** 126:15
**access** 13:10 16:8
  18:21 19:20

22:19 23:2,9,23
  25:15 34:18 36:6
  40:10 61:5 65:4
  65:23 114:11
  139:14,20 140:1
  140:12 151:2,3
  157:6
**accommodations**
  155:14,16,23
**accomplishments**
  30:21
**account** 65:21
  109:2
**accountability**
  20:4 26:7 51:21
  51:22 53:1
  110:10,12,17
  113:8 136:13
  150:2
**accurate** 80:6,11
  120:19,20
**accustomed** 8:14
**achieve** 17:17 18:1
  38:19
**achieved** 60:16
**achievement**
  28:24 62:10
  135:19
**achieving** 16:12
  38:23 60:18
**acknowledge** 66:8
  66:11
**acquire** 76:1
**act** 4:13
**action** 4:14,17
  6:12 9:10 17:9
  27:17,21
**actions** 71:17
**activities** 50:8
  51:13
**actual** 75:19
  145:13 184:22
**add** 6:8 41:15
  46:22 54:3 57:12

74:5 84:5 86:6
  89:7 92:2 118:23
  146:8 155:10
  168:14 173:19
  180:23 194:22
**added** 6:6 31:24
  96:24 193:24
**adding** 53:12,15
  54:6 95:1 150:11
  180:16
**addition** 33:12
  41:8 138:14
  180:15
**additional** 9:5
  39:12 49:3,19
  51:12 95:1 96:24
  122:12 176:22
**additionally** 39:9
  40:19 48:21
  153:6
**address** 46:12
  65:4 66:12 81:6
  99:2,3 149:24
  179:23
**addressed** 116:13
  137:12,13
  148:21 183:16
**adds** 193:15
**adept** 143:19
**adjourning** 195:8
**adjunct** 96:13
**adjust** 186:14
**administrators**
  40:3
**admire** 17:22
**admission** 33:22
  36:8 42:6,15
  101:9 110:2,4
**admissions** 18:7
  25:18 26:1,10,18
  27:7 28:8,17
  31:16,21 35:20
  43:7 44:4 47:16
  51:8 53:23 56:2

56:13 60:14
  61:18 62:7 69:22
  70:16 73:6 84:23
  91:11 101:8,10
  114:2 122:17
  124:18 134:1
  142:14 150:10
  150:17 157:11
  165:23 166:5
  170:8 172:18
  174:7 181:17
  185:14 187:6
**admit** 20:9 21:6
**admitted** 133:6
**advanced** 13:11
  34:7 39:2 49:21
  124:11 139:12
  140:12 150:23
  179:14
**advantage** 12:2
**advise** 94:2
**advisory** 51:16
**advocacy** 21:22
**advocate** 21:17,24
  100:7 115:3
**advocated** 12:9
**affect** 95:17
**afternoon** 3:8 5:20
  21:4 195:10
**AG** 65:21
**age** 105:21
**agencies** 50:10
**agenda** 25:21
**ago** 23:4 27:14
  60:16 117:2
  137:9 145:17
  153:16,19
**agree** 22:12 60:2
  65:19 67:4 80:21
  120:17 134:20
  137:7 149:19
  156:8,12 157:10
  175:23 178:24
  184:10 185:24

186:4
**agreed** 84:20
  138:11
**ahead** 4:8 10:10
  11:20 14:22
  19:15 23:18
  25:17 107:23
  116:19 158:5
  159:11,16
  164:24 175:14
  177:2,5 190:15
  192:2 193:11
  194:20
**Algebra** 39:1
  129:18
**aligned** 51:22
**allow** 21:11 23:12
  34:15 61:20
  76:15 111:13
  141:16 180:21
**allowing** 107:1
**alumni** 49:10
  117:24
**amazing** 12:3
  151:4
**amendments**
  136:1
**amount** 72:23
  75:2 82:4 98:18
  98:18 158:17
  162:10 172:15
**amp** 169:11 187:9
**analysis** 13:13
  55:24 136:11
**analyzing** 136:8
**and/or** 196:21
**Anderson** 2:1,5,8
  2:14,16,19,22
  3:1,7,9,11,13,16
  3:19 4:2,11,19
  5:21 6:5,10,23
  7:2 8:1,6,24
  10:14,15 11:3
  67:8,9,12,14,17



67:22 69:5 72:1
74:4 75:24 77:14
79:6,13 100:11
176:15,16
185:24
**anecdotal** 134:7
**anecdotally** 176:2
**animal** 157:2
**Ann** 125:4,7
173:15
**annual** 133:5
**answer** 10:3 59:14
81:20 87:9,14
95:18,21 104:19
105:17 110:23
154:8 155:6,8
160:23
**answered** 61:19
62:21 77:11
**answering** 121:6
154:5 189:22
**answers** 53:19
113:4 171:5
187:23
**anticipate** 130:22
**antidotal** 120:2
143:17
**anxious** 12:23
**anybody** 2:2
148:10 163:20
165:5 166:16
167:2
**anyway** 125:17
148:4
**AP** 79:24 177:23
188:23
**apart** 55:20
**apologies** 3:6
**apologize** 3:20 8:9
11:22 53:14
68:12 79:9 169:5
**appeal** 174:12
**applicant** 89:8
103:3

**applicants** 55:7
58:21 59:21
61:16 92:5,8
**application** 30:10
30:14 31:17
33:11 39:24 43:1
43:1,6 54:23
55:1,12 73:7
84:21 90:9 94:7
107:4,5 108:19
118:8,20 145:2
167:7 169:13
170:17 179:18
180:18 181:8
**applications** 59:10
90:13,15 116:22
178:1
**applied** 88:4 92:15
**apply** 20:2 39:18
40:8 51:11 85:14
88:7 89:9 107:1
107:5 171:13
196:20
**applying** 41:9 52:7
85:3 92:21 117:5
176:1
**appointments**
163:1
**appreciate** 58:2
60:22 79:13
98:17 101:14
120:1,8 128:5
136:2 147:1,24
172:11 173:3
191:13
**appreciative**
170:15
**approach** 31:7,10
32:3,7 34:9,10
35:5,12 37:17
46:8 56:7 63:3
78:20 81:4 82:9
82:13,16 83:2,6
84:13,17 86:3

88:24 93:7 100:8
100:9 102:13
103:10 110:3
114:16 123:9
125:23 128:17
141:9 154:24
157:12 181:16
181:20
**approaches** 19:7
31:2 33:14,15
34:13 46:13 53:3
88:22 114:7
118:9 131:1
181:14 189:6
**appropriate** 131:6
148:3 185:5
**appropriately**
36:2
**approval** 191:4
**approximate**
120:15
**approximately**
40:7 41:15 59:1
140:6
**aptitude** 13:4
19:19 22:2 29:1
38:12,13,24
58:22 148:13
149:3
**area** 52:12 91:7,22
104:15 105:5
109:4 138:4
141:2
**areas** 49:11,13
52:14 91:4 96:11
103:18 138:17
152:13 189:11
**arguing** 177:19
**arrival** 107:2
**arrive** 106:22
107:3
**arrived** 108:11
**art** 156:20
**ASAP** 179:20

**asked** 33:7 38:2
53:17 61:15
100:21 143:21
188:1
**asking** 12:24 14:1
88:12 144:2
154:3 161:3
**aspect** 48:20 155:4
163:10
**aspects** 51:15 54:3
152:14 155:16
**assessment** 20:21
130:19
**assessments**
138:22
**assign** 86:14
**associated** 32:24
33:3 99:12
**associations** 50:22
**assumption**
128:21
**assurances** 186:24
**attached** 24:22
**attempts** 136:2
**attend** 41:5 99:17
**attending** 23:13
102:16 104:13
**attributes** 38:7
**attrition** 99:12
109:24 110:6
111:12,14,18,22
112:2,4
**Audio** 1:12
**authorized** 6:19
7:5
**available** 43:14
44:16 50:16 55:6
90:2,18 92:14
173:14
**average** 97:18
**avoid** 123:19
**aware** 35:8 69:23

———————
**B**
———————

**B** 125:1 162:2,9
164:12
**back** 11:17 12:14
22:9 29:8,15
42:1 48:15 62:14
67:21 68:16
74:14 79:8 81:13
82:15 86:6 87:6
104:2,10,16,21
105:5,22 107:8
109:17 110:10
113:17 114:13
114:14 115:14
115:19 122:20
124:2 132:12,13
145:24 147:5
152:2 155:8,9
157:16 172:4
173:18 174:14
178:6 182:13
186:20 193:16
193:17,18,23
**background** 25:22
28:6,15
**backs** 58:8 158:15
158:17,22
159:20 160:9
162:6 164:19
**Baker** 34:3
**balance** 43:21
116:3
**balanced** 44:2
**barely** 161:16
**barrier** 85:1
**barriers** 18:6
31:19 36:8 62:2
**base** 102:1 106:6
179:11 189:1
**based** 10:6 30:12
35:23 37:6 40:1
44:8,17 45:2,9
50:15 52:16 54:2
54:5 59:7 84:15
89:4 90:1 92:14



92:18 100:9
102:17,19
103:21 106:8,11
106:14 107:19
128:20 132:10
133:7 153:22
155:23 163:3,12
177:6 183:21
187:24
**baseline** 52:12
**baselines** 52:11
**basic** 187:8
**bearing** 127:7
**beginning** 54:13
54:14 191:23
**begins** 25:10
**behalf** 6:20 7:6
174:10
**behavior** 126:4
**belief** 64:14
**believe** 13:11,12
16:6,10,18 19:10
52:6,7 53:7 57:9
60:15 65:2,3
70:20 72:19
91:14 92:17
117:13 124:2
136:16 145:23
153:9 164:23
177:10
**believes** 81:12
**bell** 66:4 79:5,7
95:20 117:14
172:1
**belong** 52:6
**belonging** 70:18
**beneficial** 123:5
**benefit** 62:4 66:14
71:6,11 151:3
**benefits** 18:24
**best** 5:3 15:10
21:15 23:7 73:11
121:24 169:14
172:23 187:4,14

187:18 188:9
196:4
**better** 16:9 67:16
67:18 73:14 74:3
81:21 100:1
102:2 135:5
143:12 166:1
168:20 188:16
**beyond** 96:17 98:5
130:6 142:15
143:6,7 181:7
182:10 187:7,7,8
**bias** 77:7,19
114:23 121:3
177:1,20 178:5
**biases** 146:17,17
174:6
**big** 34:8 115:7
144:10 178:4
184:21 186:4
**bigger** 177:21
**bit** 21:7 23:2 28:14
37:8,22,23 39:23
42:12 72:4 73:3
82:6 94:21 96:8
97:16 102:9
104:9 125:8
133:20 134:22
143:11 144:22
151:20 152:12
167:17 183:17
**blessed** 22:24
**board** 1:2,13 4:23
5:1,10 6:19,20
7:5,6 9:21 12:8
14:2 15:5,14
17:23 22:24
25:11 27:12,14
27:16,21 28:16
30:3 31:3,8,14
31:22 32:14 33:7
33:9 35:18 37:11
46:24 47:15
49:15 53:17,22

54:5 55:5 57:20
58:8 61:3,20
63:24 66:17
70:14 80:4,6
81:10,12 82:18
114:7,15 115:20
115:23 116:2,11
117:23 122:18
131:11 133:2,4
133:18 137:11
137:21 138:11
140:2 141:4
157:17,23
158:20 160:10
165:21 166:9
172:20 173:8
174:1,10,12
175:6 186:16
190:19 191:10
**board's** 53:12 63:9
**body** 4:4 27:4
102:2
**boldface** 123:8
**boldfaced** 123:15
**Bon** 72:4
**Bona** 69:15,18
70:7 73:3 74:12
95:6,21 98:17
115:4 124:2
125:3 128:19
168:5 178:10
**Bonitatibus** 56:1
70:12 73:4 95:23
125:9,24 129:9
130:23 132:16
173:17 174:4
**bottom** 29:12
83:21
**bounds** 102:22
**box** 169:15
**boxes** 176:12
**Brabrand** 25:3,6
28:10 29:24
36:23 41:11

57:12,15 60:21
63:21 64:6 81:5
107:21,24
108:23 113:15
114:18 115:16
115:17 117:15
117:16 121:4
125:3,6 132:14
132:24 136:18
137:4 138:9
139:24 141:11
141:19 142:3
165:7,16,19
167:1 168:2
171:4,17 172:11
173:4,15 179:24
190:14,16,22
191:8,17 195:11
195:13,14
**break** 119:11
**breakdowns** 59:16
**brief** 86:9
**briefly** 98:12
139:9 150:3
194:9,22
**briefs** 145:22
**brilliant** 117:17,18
**bring** 32:2 40:21
41:22 71:9
109:16 131:4
171:14
**bringing** 33:9
36:22 89:3
122:19
**brought** 30:3
56:23 109:23
116:24 135:23
166:2
**brute** 154:14
**Brzycki** 1:14
196:15
**budgetary** 96:23
**build** 21:11 65:15
67:1 149:21

**building** 23:2
94:17,20 95:7
96:10 127:12
**built** 55:17
**bulleted** 39:3
**business** 5:4,7
50:11 100:3,21
100:23 101:4,19
101:21 110:8
**busy** 194:10

---
**C**

**calculations** 45:10
**calculus** 130:11
**call** 2:9 3:17
123:10
**camera** 64:9 111:6
135:2 142:3
**cap** 42:17 81:3,3,7
81:18 82:9 83:5
86:19 91:19,23
98:4
**capacity** 31:23
41:11,14 94:13
95:5,6,13 96:15
96:22 97:13 98:4
98:12,16
**caps** 42:11 44:7
82:1,2,5,19,22
83:11,12,14
86:10,18 92:23
103:7 148:8
156:9
**captured** 192:6
**car** 113:16
**care** 113:11
168:12
**careful** 149:12
**caring** 110:13
114:10 150:6
**Carl** 147:7
**carry** 8:4
**case** 12:4 193:23
**cases** 73:12



**catch** 152:6
**causing** 69:12
**cellphone** 147:21
**center** 26:23 64:14
**centers** 79:24
  97:14
**central** 140:17
**Century** 38:8
  152:21
**CEO** 64:17 66:17
**certain** 55:14 84:4
  103:17 105:4
  180:3,4
**certainly** 35:3
  40:10 48:14 52:9
  54:3 55:16,24
  57:13,21 68:11
  69:19 73:8 74:11
  77:12 81:14,14
  82:23 86:13
  89:13 95:10
  121:22 122:17
  122:22 124:1,12
  124:15 133:3
  144:6 146:12
  166:12 186:14
  188:12,17 189:4
**CERTIFICATE**
  196:1
**certification** 4:16
  4:18 196:19
**certify** 4:13,24
  6:12 196:2
**certifying** 6:7
  196:22
**Chair** 6:18 70:13
  70:14
**chairman** 6:18 7:4
**challenges** 71:8
**challenging** 29:7
**champion** 115:3
**chance** 157:9
**change** 22:12
  84:23 134:14

137:2 146:22
  176:10 181:15
**changed** 28:20
**changes** 34:21
  66:12 113:10
  133:22 136:7
  150:9 172:22
  176:11 184:13
  184:17,19,20,22
  185:6 186:4
**changing** 62:6
  132:20
**characteristic**
  126:3
**characterization**
  60:3
**charged** 35:17
**charter** 29:15
**chat** 25:10
**check** 113:22
  158:13 193:18
  193:21,23
**checking** 169:15
  176:12 195:3
**chews** 160:8
**chief** 6:21 7:6
  15:20 64:18
  171:7
**child** 133:14
  138:24 174:22
  174:24
**child's** 175:2
**children** 70:18,23
**chime** 166:17
**choice** 74:21 76:4
  76:13 149:4,5
**choose** 51:6
  114:16 160:10
**chosen** 42:7 54:4
  70:2,3 125:21
**circulate** 15:4
**clarification** 104:9
  109:16 164:2
**clarify** 77:13

104:23 105:16
**clarity** 163:19
  193:1
**class** 21:12 26:19
  31:12,24 32:1
  41:12,17 54:12
  55:3 61:18 62:4
  74:16 94:11 95:9
  99:5 106:13
  112:19,20 113:2
  127:18 133:7
  143:8 180:11,13
**classes** 38:20,22
  150:23
**classmate** 126:17
**classroom** 50:5
  96:13 97:15,23
**clear** 15:14 18:11
  38:11 45:15 88:6
  118:10 169:9
  181:18
**clearly** 168:19
  170:6
**clerks** 164:20
**click** 111:6
**clock** 58:14 132:2
**close** 4:13,14,17
  141:24
**closed** 5:1,8,10 6:7
  6:13,22 7:8
**closely** 81:23
  101:1 119:4
  121:2 122:10
  134:7,8
**closer** 9:7
**cloud** 176:21
**cluster** 122:9
**clutter** 170:2
**coalize** 15:12
**code** 4:22 22:21
**cognizant** 179:14
**Cohen** 3:16,17,21
  3:23 5:15 7:13
  11:17,19,21

79:11,12 81:8
  84:18 85:24 86:1
  87:1,7,13 93:9
  111:1 120:18
  148:8 177:17,18
  178:15,16,22
**collaboration**
  101:18
**collaborative** 71:1
**colleague** 183:13
  184:11
**colleagues** 11:5
  13:23 18:9,20
  20:13 24:19
  60:11 64:21
  65:15 67:2
  134:21 136:1
  148:5 183:23
  186:11 189:18
  190:9 193:24
  194:10
**collection** 54:16
**collectively** 34:19
  98:24,24
**college** 60:14
  178:1
**color** 176:5
**column** 191:2
  192:21
**combat** 168:1
**come** 11:17 12:14
  19:24 22:9 29:5
  43:17 44:5 46:24
  51:5 55:16 66:16
  74:15 78:2,15,21
  87:8 90:3 91:6
  127:22 154:7
  165:24 172:20
  178:5
**comes** 73:16
  171:11
**comfort** 85:22
**comfortable** 96:14
**comfortably** 96:16

**coming** 10:5,24
  15:21 17:8 21:6
  24:2 27:11 32:1
  43:8 72:23 83:4
  91:10 105:11
  106:18 108:2
  127:21 131:2
  144:5 184:3
**comment** 64:16
  112:5
**commenting** 9:17
**comments** 10:2
  13:17 64:14,23
  65:14 66:10,21
  68:1 98:22
  100:16,18
  118:23 139:7
  148:5 173:12,19
  174:3,15 191:23
**commitment** 29:1
  62:1,2,3
**committed** 118:13
**committee** 49:9
**committees** 51:17
  73:19
**common** 15:3,13
  110:3
**Commonwealth**
  25:15 34:2
**communicated**
  187:15
**communication**
  26:6 50:20,21
**communications**
  47:12,18 51:3
  171:16 187:16
**communities**
  137:20
**community** 15:13
  17:1,11,12 25:12
  25:14 35:18
  50:17 52:24
  57:19 73:8 100:3
  100:22,24 101:4



101:19,21
127:12 165:22
182:7 187:1
**compare** 114:5
**compared** 97:19
**comparing** 136:8
**comparison** 14:11
33:10 112:2
**compelling** 129:13
**competition** 78:24
156:19
**complete** 130:11
180:19
**completed** 140:10
**completely** 61:19
**compliance** 65:20
**complicit** 17:21
**complied** 4:21
**concern** 61:23
84:19 88:1
128:20 151:14
155:7 160:3
**concerned** 19:17
49:14,15 99:8
103:20 106:2
120:22 129:23
167:7 178:3
185:10
**concerns** 16:16
46:8,12,23 60:19
69:10 96:17 99:4
116:1 119:12
129:1 150:1,4
166:24 169:8
**conclude** 190:5
**concluding** 9:6
**conclusions**
117:12
**conducted** 33:19
**conference** 119:10
**confident** 71:18
**configuring** 83:17
**confirm** 4:9
**confirmation**

123:8
**conflict** 76:5
**connected** 99:18
**connection** 142:4
**connections** 68:13
**cons** 9:14
**consensus** 31:14
31:22 32:2 67:1
115:20
**consequently**
110:6
**consider** 31:3
35:19 37:11 66:9
115:8 158:18
180:7
**consideration**
11:12 109:8
**considered** 5:9
41:8 49:19 123:4
181:9
**considering** 40:19
**consistent** 150:20
**consistently** 32:21
**constantly** 195:3
**construct** 144:14
**consultant** 27:19
**consultants** 27:24
**content** 196:3
**context** 115:9
**continually** 53:5
**continue** 27:2 28:1
29:22 48:22
51:24 52:15
64:16 70:17 71:5
99:8 101:6 114:4
131:7 132:21
157:14 177:8
**continued** 46:15
101:7 172:5
**continues** 136:6
**continuing** 119:24
**contract** 6:20
**contribute** 153:7
153:10

**control** 196:21
**convene** 5:1
**convening** 5:8
**conversation** 10:9
11:2,6,9 14:15
16:23 18:20 22:4
24:2,16 72:6
76:23 79:22
148:3
**conversations**
33:23 46:15
70:21 119:16
128:1 138:7
157:10,15 184:6
**Corbett** 3:1,14
5:24 6:2,4 7:18
12:12,13 22:8,10
98:9,11 100:20
101:13 102:11
103:14,24 104:1
104:10,17 105:3
105:15,18
106:11 108:24
109:22 181:11
181:12 184:12
**core** 38:20
**corporation**
101:22
**correct** 47:5
118:24 155:21
192:20
**corrected** 80:10
**counseling** 49:23
**counselors** 40:2
48:23,23 49:22
50:24 118:15
**count** 62:22 108:5
**counted** 42:10
106:5
**country** 16:11
25:15 99:10
**county** 1:2,13 5:1
15:9 22:15 44:6
47:22 49:12

56:17 59:4,6,12
60:15 82:22 91:3
94:15 98:15
102:23 103:1,8
103:18 105:21
105:23 107:3
110:5 111:19
112:16,18
137:16 143:18
143:19 148:20
**countywide** 58:23
59:2
**couple** 59:20 94:8
175:13 179:1,11
**Coupled** 33:22
**course** 22:3 35:21
36:1 38:5,9 39:2
39:2,12,22 40:14
54:2 79:2 96:21
132:12 140:12
187:15
**courses** 38:21 39:9
**coursework** 39:7
**COVID** 48:14
166:4,6
**crafting** 58:9
**create** 22:18 89:6
157:5 185:16
**created** 26:9 37:4
127:5
**creating** 18:22
35:24 69:12
70:18
**creativity** 29:2
102:3
**criteria** 14:6 39:15
59:7
**critical** 101:17
**cross** 102:21,22
**crowded** 179:12
**culminate** 31:9
**cultivate** 182:23
**cultural** 118:2
**Culturally** 171:17

**culture** 69:9,14
70:8,22 78:15
110:13 114:10
123:22 124:4
126:13 150:6
168:9,12 176:9
**Cunningham** 1:14
196:15
**curiosity** 29:2
**curious** 20:9 66:13
165:10 179:3
**current** 14:12
51:23 54:7 58:18
95:6 104:12,12
121:18 124:19
180:16
**currently** 58:24
70:9 99:17
104:24 106:9,11
106:12 108:17
108:20,22
111:12 124:14
145:6 146:2,12
**curricular** 56:6
**curriculum** 13:14
36:7 71:19
119:13 136:10
137:1,12 140:18
**cut** 170:2
**cycle** 181:8

**D**

**data** 16:23 21:8
25:23 55:4,11,23
59:8 61:14 78:4
115:7,7 120:17
133:1 135:16
138:3 148:22
166:5 183:4,13
183:15
**date** 141:23
**Dated** 196:16
**dates** 51:2
**day** 67:19 71:21



113:7 117:6
118:16 166:20
**DC** 105:5
**deal** 75:24 104:16
144:11 169:8
**dealt** 106:20
**decade** 60:13
**December** 5:2
6:14 54:11 57:2
134:2 143:7
**decide** 80:23 114:8
162:16
**deciding** 184:1
**decision** 15:9
18:10,11 63:9
65:21 141:14,17
157:19,24
183:21
**decisions** 25:23
31:1 53:3 64:2
**decline** 76:19
**dedication** 173:3
**deemphasis**
151:17
**deep** 139:10
**deeper** 138:20
167:17 175:17
**deeply** 178:3
**defeats** 164:9
**defining** 62:9
**definitely** 80:9
93:19 97:1
**definitive** 176:7
**degree** 174:8
**demand** 112:24
113:3
**demographics**
55:6 105:11
106:9 129:11
133:7
**demonstrate**
30:18 39:6
**demonstrating**
28:24 157:24

**department** 56:5
**dependent** 180:14
**depending** 72:23
90:4 180:12
**dept** 144:3
**Derenak** 2:22 3:13
5:16,17,19 7:17
12:16,19 13:20
27:13 135:12,13
137:5,24 139:7
139:22 141:6
142:21 143:9
145:20 146:7,19
149:20 183:10
184:11
**description** 60:5
**deserving** 167:15
**designed** 75:17
**designing** 169:20
170:1
**desired** 31:10
**detail** 32:9 89:18
**details** 157:15,20
**determine** 23:7
78:1 140:24
162:3
**detracts** 17:16
**develop** 13:9 37:3
65:21 133:16
**developed** 35:20
54:17 61:22
153:3 185:2
**developing** 48:12
54:16,18 65:22
71:11,16,23
97:21 133:11
152:13
**development**
49:16,20 71:7
138:13,24
140:19
**developmentally**
126:3
**dialogue** 57:1

**Diana** 183:9
**dictate** 28:17
**difference** 94:16
186:16
**differences** 19:7
20:10
**different** 3:24
22:16 35:6 46:2
46:5,18 47:3,12
49:10,22 50:8,8
50:13 51:6,16
63:19 75:5 76:11
80:20 103:2
105:11 108:14
125:20 128:14
129:5 148:2
154:12 157:2
162:15,20
169:10 186:9
189:11
**differently** 165:11
165:13 166:21
**difficult** 143:2
166:19
**difficulties** 149:9
**difficulty** 155:12
**digging** 167:17
**diminishes** 69:14
**diploma** 130:11
**direct** 24:19
191:19 196:21
**directed** 116:2
**direction** 122:23
140:3 190:2
**director** 28:7
101:2
**disabilities** 149:13
184:24 185:3
**disadvantaged**
41:1 155:18
**disagree** 17:18
**disappointed**
173:4
**disappointing**

61:8
**discipline** 187:5
**discretion** 140:24
**discuss** 46:6 70:16
124:6
**discussed** 5:9 6:22
65:5 69:7 99:14
**discussing** 9:13
74:17 108:21
**discussion** 15:1
21:5 31:8 53:22
54:2 55:17 56:24
72:20 100:17
101:7 141:3
157:17 191:12
**discussions** 14:4
**dismantle** 172:17
**displayed** 43:19
**displaying** 38:24
**dissimilar** 103:4
**distribute** 83:19
**distribution**
113:22
**districts** 48:5
**Ditto** 13:20
**dive** 21:5 139:10
175:18
**diverse** 16:13
18:22 27:4 60:18
62:4 101:24
102:1 148:13
151:1
**diversity** 11:8
17:15 21:10 27:3
36:16 49:9 52:1
66:9 116:23
150:21
**divide** 185:17
**divided** 44:16 45:1
107:12
**division** 28:2
51:24 127:15
136:15,15 186:7
**Doc** 190:21

**doctor** 182:8
**doctors** 162:24
**document** 61:7
190:13,19
**documentation**
80:3
**doggone** 141:24
**doing** 10:1 14:18
22:17 36:14 53:4
54:10,19 56:16
85:20 169:16
184:20 188:6,22
190:7 191:7
192:9 193:6
**Dominic** 34:3
**door** 15:19 36:5
167:5
**double** 139:2
**double-edged**
72:12
**dovetail** 156:24
**Dr** 2:1,5,8,14,16
2:19,22 3:1,7,9
3:11,13,16,19
4:2,11,19 5:21
6:5,10,23 7:2 8:1
8:6,24 10:13,15
11:3 25:3,6
28:10 29:24 34:1
34:3,5 36:23
41:11 56:1,2
57:12,14 60:21
63:21 64:5 67:8
67:9,12,14,17,22
69:5,15,18 70:7
70:12 72:1,4
73:3,4 74:4,11
75:24 77:14 79:6
79:13,20,20 81:5
95:5,23 100:10
107:21,24
108:23 113:15
114:17 115:4,16
115:17 117:15



117:16 120:20
121:4 124:2
125:1,3,3,6,9,24
128:19 129:9
130:23 132:14
132:16,24
136:18 137:4,6
138:9,17 139:5,8
139:24 141:11
141:19 142:2
165:6,16,19
167:1 168:2,4
171:4,8,17,22
172:11 173:3,15
173:17 174:4
176:15,16
178:10 179:24
185:24 190:14
190:16,22 191:8
191:17 195:11
195:12,14
**draft** 146:21
**drafting** 150:10
**dramatic** 181:16
**drastic** 150:9
**draw** 119:7
**dream** 148:11
**driven** 16:23
**Dually** 66:2

**E**

**e-mail** 56:11 65:13
187:8 195:2
**e-mails** 14:24
51:10 169:18
192:12
**eager** 157:16
**earlier** 13:6 15:5
31:15,22 40:12
64:22,24 68:13
117:19 138:15
174:15 175:6
186:5 187:13
**early** 54:21,23

**elicits** 152:9
**eligible** 30:17
47:21 48:8 77:22
169:19
**eliminate** 120:21
**elite** 172:24
**email** 9:10,24
14:21
**embed** 60:24
**embrace** 60:12
**employee** 51:1
**employment**
102:1
**encourage** 9:4
193:18 194:9
**ended** 162:23
171:24 195:21
**engage** 72:19
76:23 134:12
168:19 184:5
188:16
**engaged** 47:1
52:17 134:10
**engagement** 9:18
25:12 26:5 47:10
47:11,17 49:8
133:10,11
166:11 167:8
183:18
**engaging** 187:12
**engineer** 182:8
**English** 41:2
155:24
**enhance** 27:2,4
28:1 37:3 138:12
168:13
**enhanced** 27:9
37:9 38:1,3
**enhancements**
55:12 133:22
166:15
**enhancing** 27:16
27:20
**enrichment** 19:20

127:5
**enrolled** 39:1,7,11
106:10,12
**enrollment** 44:9
44:10 45:3 99:4
107:19
**ensure** 21:11
24:14 136:20
139:20 142:18
**ensuring** 18:21
19:8 82:2 114:19
124:23 125:17
136:9,12 140:11
142:5 153:8
**enter** 130:3 191:1
192:16
**entering** 126:20
**enthusiasm** 85:14
**entire** 33:16 36:12
41:6 55:1,13
69:13
**entirely** 120:21
**entrance** 130:7
**entry** 69:24
124:17
**envelope** 170:4,12
**environment**
18:23 29:7 36:7
38:18 66:15
70:19 154:21
168:12
**environments**
110:15
**equal** 129:16
**equate** 129:11
**equitable** 144:1
166:2
**equity** 15:20,20
26:22,24 28:1
36:14 49:13,20
60:10 62:1 64:18
71:15 98:20
114:11 119:4
120:22 134:9

135:20 136:9
139:14,20,23
140:11 165:20
171:7,14,20
187:17
**equivalent** 150:21
**error** 8:15
**especially** 123:2
128:7
**essay** 38:14 40:18
149:7 151:10,21
153:13,17,21,21
154:15,20,22
185:1,4
**essays** 149:2
**essence** 48:9 91:7
**essentially** 10:3
79:1 133:16
**establish** 52:11
81:24
**established** 83:12
101:16
**evaluate** 32:20
154:10
**evaluated** 13:5
30:11 32:21
37:15,20 42:14
45:7,8 68:9 69:1
89:2,5
**evaluating** 24:9
**evaluation** 75:12
90:7 121:18
145:3 181:3
**evaluations** 43:5
**evening** 195:10
**everybody** 2:10
9:24 161:10
164:7 193:22
**evidence** 92:18
**ex** 51:7
**exactly** 120:19
178:10 192:24
**example** 35:1
169:17 182:6

133:18,20
138:23
**earnestly** 131:13
**ease** 61:5
**easily** 149:1
**economic** 22:16
**economically** 41:1
**edited** 15:11
**education** 13:11
19:21 41:4
**educational** 27:5
52:4
**effect** 165:23
**effecting** 94:24
**effective** 150:13
**effectiveness**
24:12
**efforts** 131:3,21
169:12
**egger** 157:22
**eight** 8:2,7,11
**eighth** 44:10 45:2
58:23 59:1 74:19
105:9,10 106:13
106:13 182:18
183:2 188:15,15
**either** 54:4 74:19
75:5 88:22
107:11 108:5
112:3 114:6
116:9 118:8
130:13 137:21
163:22 169:21
**elementary** 13:15
23:6 136:10
140:6
**elements** 28:18
32:23 35:3 40:13
54:6 153:7 155:1
170:14 180:8,16
180:23 181:9
**eleventh** 113:24
**elicit** 46:8
**eliciting** 153:4



exceeding 92:13
excellence 26:24
exceptional 18:5
21:12 22:20
28:24 149:5,6
excess 92:9 181:6
exclude 112:16
excluded 12:7
exclusive 27:1
exclusivity 78:8
excuse 51:7
execute 6:19 7:6
exempt 5:4
exhibit 38:6
exist 44:11 131:8
existed 31:20
existing 106:5
expand 40:10
140:1 176:20
177:7 182:10
expanded 41:11
expanding 25:19
176:18
expansion 141:5
expect 54:21 98:10
101:20
expectation 58:7
expectations
29:23
expects 66:17
experience 27:5
40:20,24 41:7
48:19 60:13 75:3
75:9,15 121:9
184:18
experienced
120:11
experiences 75:19
182:5
expert 124:3
expertise 15:22
experts 33:24
112:15
explain 42:12

89:17,18 155:7
explaining 154:15
explicit 126:11
exploring 13:4
express 81:20
expressed 190:1
extend 158:23
161:19 162:2,10
extending 162:12
extensively 65:6
external 51:3
112:14
externality 123:21
extra 96:4 97:5
extracurriculars
136:12
extremely 15:18
127:14
eye 9:2
eyeballs 170:22

_____

**F**
face 57:18,19
fact 126:2 135:16
136:7 141:9
143:20
factors 28:21
30:22 35:19,23
37:6 40:20,20,21
40:24 41:7
184:18
faculty 49:17
failed 191:18
fair 49:17
Fairfax 1:2,13
4:24 21:16 44:6
47:22 49:12
56:17 59:4,5,12
59:17 60:15
82:22 91:3
102:23 103:8
105:21,23 107:2
111:19 112:16
112:18 140:22

187:21
fairly 144:14
150:9
fall 31:16 54:12
57:4 133:18,21
180:13
falter 17:19
families 17:14
48:18 50:7 52:17
56:15 107:1
108:3,22 109:5,6
117:3 119:20,21
124:24 134:13
142:11 144:10
187:19
family 17:24
108:17
fantastic 93:17
far 17:7 21:10
29:8 63:5 81:7
124:20 159:20
favor 5:13 7:3 8:2
8:7,11 35:11
78:18,20 162:4,9
164:14
FCPS 18:4 49:18
65:24 66:16
70:14 129:15
135:20 156:18
170:4,5 175:9
FCPS's 43:10
fear 159:18
fee 31:17 80:7
feedback 26:16
31:8 46:8 81:10
81:15 100:18
116:12 119:2
133:9 134:11
137:22 175:14
feel 24:2 36:15
52:21,23 53:20
56:22 80:12
86:17 93:14
96:14 117:21,21

119:14,20
141:11 172:13
176:1 183:17,19
feeling 54:9 96:18
127:23
feelings 56:12
**FEEMALE**
195:18
fellow 58:8
felt 54:5 118:5
**FEMALE** 2:3,6
8:5 159:8,12
fewer 75:6
fifteen 132:1
figure 15:3 85:2
117:3,5 121:24
157:21,22
175:20 187:18
193:13
file 195:21 196:3
filing 172:15
fill 91:18 193:22
filling 193:14
final 25:24 63:9
64:2 81:16 132:6
finally 24:10 45:14
55:8
find 33:1 67:4
74:24 93:18
111:18 124:16
125:18 126:21
131:5 168:24
187:13
finding 66:13
93:21 115:6
123:20 187:5
fine 177:14
finger 137:17
finish 85:23
106:10 181:1
first 4:16 7:23,23
25:21 28:5 36:16
45:18 57:3 70:2
84:13 111:7

117:1 121:12,13
133:8 136:18
137:2 138:22
139:3 161:18
164:23 168:23
169:1,20 171:10
171:12 188:4
firsthand 72:7
fit 94:18 161:24
fits 163:8,8
five 9:6 43:10 44:5
66:11 79:3 162:7
192:10
fix 149:24 172:21
flag 105:7 184:14
flexibility 96:12
96:19 141:13
142:22
floor 140:5,7
focus 17:8 30:23
49:21 62:5 65:22
103:5 134:11
138:19 139:16
165:20 177:2
focused 27:8 34:9
70:17 151:19
185:13 189:7,8
focuses 181:20
focusing 111:9
folks 9:1 56:4 78:3
152:5 158:13
159:6 161:18
163:22 175:11
186:23 189:24
190:12 191:18
194:22 195:7
follow 63:8 87:2
87:13 155:14
follow-up 9:20
86:9
following 79:13
169:14 192:18
foot 175:19
footage 94:17,19



95:14 96:1,5,8
98:19
**force** 154:14
**ford** 42:10
**foregoing** 196:19
**forever** 82:14
**forgot** 147:17
**form** 146:9 154:15
**formed** 153:1
**former** 121:17
122:9 124:7
**forms** 74:16
**Forty-five** 165:16
**forward** 14:14
15:1 16:4 18:19
19:4 24:5 26:15
26:17 27:23 29:6
29:21 35:13
36:23 46:16
52:15 53:21
56:23 57:17
88:16 100:16
114:15 120:4
128:7 132:19
143:6 167:19
173:7 180:10
185:18 189:21
190:10
**Foster** 84:1
**found** 116:16
127:4
**foundation** 101:1
101:3
**foundational**
152:14
**founded** 29:15
**founding** 29:11,14
29:20
**four** 8:3,5,8,12
76:11 106:3
163:15
**Fowler** 191:19
**frankly** 25:14
161:5

**free** 145:16
**freshman** 26:19
41:17 55:3 74:16
95:9 127:13,18
133:6
**Friday** 6:14
**Frisch** 3:11,12
5:12,14 6:16
7:10 8:18,20
13:19 57:9,11,24
62:13,15,19 64:5
66:2,5 67:6,12
67:15,20 74:6,7
79:5,10 85:23
86:5,7 87:1,5
93:1 95:18 98:8
103:23 104:3,5
105:15 107:22
107:23 109:14
110:22 111:3
115:13,17
116:16,19
117:13 120:5,8
131:24 134:15
134:22 135:1,6
135:11 147:6,8
147:13,16,22
152:2,3 155:9
156:3 158:2,10
158:11 159:10
159:14,17 160:1
160:4,14,20
161:9 163:9
164:22 165:1,18
166:7,16 168:22
169:4,24 170:10
171:4,24 172:5
182:14 186:18
186:19 188:3
190:23 192:12
192:21 193:1,4,7
193:17 194:1,4
194:12,17
**front** 46:4 167:18

169:6 170:21,22
171:7
**frozen** 68:14
**frustration** 136:6
**full** 17:17 45:5
171:20 174:3
**fully** 22:24 185:4
**funded** 140:21
**further** 11:6 104:9
109:15
**future** 46:16 55:17
60:22 101:15
105:2 106:19
109:3 111:14
141:3 166:15
182:17 189:5,14
**FYI** 111:2

---

**G**

**gain** 34:18
**gate** 72:18
**gauge** 24:12
**generally** 35:10
74:14
**generate** 56:24
**Genevieve** 34:1
**geographic** 62:5
82:11 83:19
**getting** 16:2 22:22
48:10 58:13
59:10 62:22
67:10 83:7 105:6
122:2 127:1,2,8
127:11 134:11
141:24 142:10
163:18 170:13
193:5
**gibbers** 79:24
**gifted** 188:23
**give** 21:9 23:12
28:5 54:7 64:9
66:5 67:20 80:16
85:6 132:1
173:12 186:24

**given** 9:3,7 27:24
53:20 94:3,14
123:18 128:8
129:1 137:23,23
176:4 188:4
**gives** 78:10 80:18
178:9
**giving** 11:24 189:8
**glad** 26:11
**go** 10:10 11:20,20
14:22 15:10
19:15 22:23
23:18 25:17,20
25:22 26:17,24
28:5 30:3,24
35:9 37:7 41:24
46:21 49:4 50:18
51:18 53:6 58:5
58:8 62:14 67:15
71:5 72:4 73:9
79:8 82:3 85:6
86:2,6,10 87:6
88:20 89:10,12
89:19 90:5,7
91:19,19 95:20
95:22 99:22
102:24 104:2,9
104:16,20 105:7
107:23 109:17
109:21 110:4
113:17 114:13
114:13 115:14
116:19 118:18
118:20 125:22
128:12 129:23
132:12,13 145:4
145:22,23 147:4
150:4 152:1
154:13 155:8,9
157:9 158:5,15
158:17,22
159:11,16,20
160:9 162:6
164:19,24

168:15 172:4
173:18 175:5,14
176:3,6 177:2,5
190:15,18,20
192:2 193:10,16
193:17 194:20
**goal** 19:10 29:21
67:3 83:18 85:5
85:8 97:14 130:9
150:24 185:15
**goals** 15:13 51:23
65:10 71:13
112:12 114:11
**goes** 29:8 107:8
110:10 167:19
174:14 188:14
**going** 4:7 8:17 9:8
9:24 16:19 19:3
20:5,19 23:10
24:12 25:2,22
28:3,4 29:17
31:5 32:11 36:21
41:18 43:12
44:21 57:5 58:3
58:5,5,16 62:5
77:14 86:24 87:5
88:19 89:2 90:3
103:19 109:13
113:2,10,13,14
116:7 118:2,9,13
123:10,19 124:2
125:19 128:6,12
129:7,20 131:17
132:7,20 133:21
134:19 137:6
138:6,19 139:1
142:11 143:10
144:7 146:22
153:7 157:20,23
158:5,15,19,22
159:3,4,18
161:13,23,24
162:5,16 164:10
164:13,18 165:4



167:11,13,14,23
167:23 169:11
169:13,16,19,24
170:3,17,21
171:14 173:10
177:13 179:16
180:1,8,24 181:2
182:13 183:20
184:5 186:1
187:1,3,9 190:7
190:17
**good** 3:8 5:19
18:24 20:21 21:3
53:17 56:14,24
119:2 122:7
124:22 133:19
133:24 139:13
195:9
**Google** 190:18,21
**gotten** 79:16 80:22
**government** 50:10
**governor** 28:19
54:21
**Governor's** 55:10
97:5
**GPA** 38:20,23
40:15 61:17
62:11 78:18
129:18
**GPAs** 61:12
**grade** 44:10 45:3
74:19 105:9,10
106:13,13
113:23,24,24
114:1 124:7
131:9 138:16,22
182:19,19 183:2
**grader** 188:15
**grader's** 188:15
**graders** 58:23
59:2
**grades** 113:23
**grading** 122:14
**graduate** 38:7

130:10 152:15
152:21
**graduate's** 151:13
**graduation** 130:16
**granted** 97:6
**granular** 80:8
156:13
**great** 12:11 50:12
87:8 89:14 95:24
112:24 116:16
137:10 148:15
169:8 181:22
188:19
**greater** 22:14,18
23:9 70:11 89:18
**greatest** 86:22
174:8
**Greenfelder's**
136:14
**greenlighting**
192:8
**ground** 15:3
**grounded** 152:22
**group** 69:11,12
167:10
**grouping** 90:19
**groups** 22:16
46:10,18 47:1,4
49:10,11 50:3
51:10,17 119:3
119:11 134:12
**growth** 174:20
175:2
**guarantees** 91:8
**guess** 60:4,18
89:17 171:1
193:12
**guidance** 15:15,16
15:23
**guide** 28:17 40:3
53:3
**guiding** 35:16
**guying** 186:23
**guys** 44:20 120:24

189:20
**Gwenydd** 110:5

**H**

**half** 159:23
**halfway** 44:19
**hand** 26:24 27:1
86:10,11 161:21
162:6 164:16
192:1
**handful** 92:7
**handle** 168:21
**handling** 177:15
**hands** 7:9 48:11
159:5 162:8
163:12,14 164:7
195:6
**happen** 54:14
76:18 126:8
128:22 134:20
136:20 167:13
180:4
**happened** 132:5
165:12
**happening** 128:1
**happens** 87:2,3
112:22 188:5
**happy** 21:4 87:12
109:21 131:14
131:14
**hard** 71:16 142:18
186:13 191:13
**harder** 85:2
**head** 176:14
**headed** 53:11
**heads** 14:18
**healing** 185:19
**hear** 2:2,4 3:17
11:24 20:11
53:23 61:23
64:17 69:15
78:11 79:7 81:10
81:15 95:15
113:19 114:3,12

116:16 129:8,24
134:24 194:16
**heard** 5:9 41:10
72:19 95:20
115:23 170:11
173:24 186:11
189:24
**hearing** 12:4
13:24 16:20 19:4
20:17 24:6
141:10,16
142:23 143:4
165:5 183:19
189:21
**heart** 36:13 60:10
61:23
**heartburn** 78:11
79:15
**Heizer** 2:17,18
5:15 7:13 19:12
19:13 134:17,18
134:23 135:3,7
147:13,15,20,22
147:23 152:4
155:5 184:8,9
186:3 194:7,8,14
194:15,21
**held** 33:24 70:21
**Hello** 3:10 67:17
70:13
**help** 34:15 40:3
61:4,5 71:17
77:13 78:1 83:18
93:17 118:14
138:12 175:7
188:16
**helped** 56:6
**helpful** 194:24
**high** 16:12 19:8
30:16 36:10,12
50:1 60:6,8,17
62:9 75:1 97:19
99:22 110:6
113:2,21 126:8

145:9 177:5
179:11,12
**higher** 98:18
103:18 105:9
**highest** 30:11
37:15,20 42:14
68:24 89:11
91:20
**highlighted** 68:19
78:19
**highlighting** 128:5
**highlights** 135:16
**highly** 16:13 70:24
89:2,5 97:21,22
134:10
**hiree** 15:20
**historical** 35:22
92:4
**historically** 34:16
41:16 75:7 83:9
93:15
**hit** 90:17 166:5,5,6
**hold** 87:6
**holding** 57:16
**holistic** 26:3 30:13
31:6 32:3,6 37:1
37:5,10,19 40:13
42:4 45:5 62:7
68:18,19,24
84:17 86:2 87:24
88:24 93:8 147:2
157:12 185:9
**Holly** 34:2
**home** 108:2
**honest** 73:4 77:5
137:22
**honestly** 60:19
177:12
**honors** 38:21 39:8
39:12,22 130:10
**hope** 9:6 16:22
65:14 67:1 77:10
190:2
**hopefully** 164:20



182:24
hopes 84:24
hoping 10:8,18
  11:1,10 15:12
  18:8 24:7 80:23
Hopkins 34:6
hour 9:5 159:19
  159:22,23 194:3
hours 192:18
  193:3
houses 48:13
huge 140:3 184:17
hundred 37:15
  42:5,8 43:4 45:7
  45:16 68:6,9
  69:1 70:3 78:12
hundreds 79:2
hundredth 121:10
Hunter 156:21
hurt 148:10
hybrid 26:2 30:8
  31:3 32:5 36:24
  42:3,9,24 45:17
  99:2

**I**

ice 66:1
idea 79:15 82:10
  83:7 112:15
ideas 27:23,23
  156:8
identified 5:7
  39:13 51:9 65:10
  149:16
identifies 105:24
identify 4:16 18:5
  36:4 38:6,15
  47:23 48:3 50:12
  52:14 55:11
  88:21 175:7
identifying 123:2
  153:10
IEPs 155:13,15,23
  185:1

ignore 115:10
illicit 75:18 119:17
imagine 131:2
imbalance 135:17
  135:18
impact 34:11 74:1
  77:10 127:7
  130:22 179:5,10
impacted 45:18
  117:9
impactful 170:23
impacting 110:9
impacts 116:23
  123:22
impediments
  136:22
imperative 110:13
implanting 132:22
implement 46:10
  140:4
implemented
  71:13
implementing
  91:5 179:4,10
implicit 128:21
  177:20 178:4
implore 117:8
importance
  152:23
important 15:18
  16:20 19:22
  25:13 38:14,22
  39:14 51:2 56:7
  61:1 101:20
  114:18 148:18
  149:17 150:5
  151:8,15 171:13
  184:7
impossible 116:8
impression 97:3
  193:6
improve 52:13,19
  53:5 65:23
improvement

55:22 71:14
improvement's
  24:21
improvements
  166:14
improving 66:9
inaudible 2:5,6
  5:6 12:17 16:4
  17:3 18:12 20:21
  21:23 22:5 26:10
  44:18 47:3 62:17
  62:23 78:24
  87:14 93:9 95:4
  96:11,14 98:10
  127:13 131:7
  134:21 135:7,9
  137:6 146:12
  147:6 149:2
  151:23,24
  156:21 160:17
  161:8 179:17
  185:16 193:10
  194:11
include 40:24
  64:20,23 80:23
  101:9 102:5
  148:12
included 52:22
  93:19 103:16
  109:9 118:6,11
  180:20
includes 18:6
including 12:8
  103:9 151:16
inclusive 110:15
inclusivity 71:10
incoming 31:24
  32:1 127:18
incorporate 55:9
  81:15 187:4
increase 11:7 16:8
  31:23 34:22
  36:18 41:12
  106:16

increased 59:23
  96:16
increasing 36:15
  86:12 96:22
  97:12
incredible 182:2
incremental
  181:15
indeterminate
  163:4
indicated 167:12
indictment 80:1
individual 17:24
  73:16 75:21
  82:19 83:11
  89:23 90:9 92:11
  103:12 106:14
  107:18 114:19
  145:12
individualized
  30:20
individuals 142:6
  142:9,13
inequities 35:22
  36:1
information 11:11
  21:8 33:1 47:19
  48:7,10 50:24
  51:12,16 53:13
  53:15 61:6,11
  62:23 63:20 64:1
  65:8 75:18 82:17
  112:10 119:17
  120:16 122:1,2,7
  124:24 133:4,17
  142:10,12 149:8
  151:11 152:8,9
  154:18 155:19
  176:8 179:7
  183:8 187:19
  189:9 191:11
inherent 50:4
  174:6
initial 30:5 40:8

84:7
innovation 71:14
  102:4
innovative 140:16
input 21:15 56:9
  56:10,11,20
  65:11 66:18,19
  95:11
inside 50:4
inspiring 29:6
instruction 137:15
instructional 56:5
  96:2,12 136:16
instrument 189:7
instrumental
  191:21
intellectual 29:1
intellectually
  66:13
intended 78:17
intention 47:18
  152:19
intentional 128:8
  128:17 146:17
  185:19
intentionally
  185:8
interest 30:19 75:2
  86:23 101:3
interested 11:24
  12:4 13:24 20:4
  20:17 22:1 46:19
  56:16 75:7,8
  122:18 165:4
  167:16
interesting 99:5
internal 50:20
interrupted
  139:18
intervals 180:4
introduce 25:10
intuitiveness
  57:22
invitation 40:9



51:11 70:5 119:7
124:11
**invitations** 47:20
**invite** 39:17 86:15
167:6
**invited** 55:2
119:22
**inviting** 170:8
**isolating** 176:5
**isolation** 170:19
**issue** 25:13 63:5
98:20 116:23
129:7 178:4
**issues** 65:5 111:10
116:3 135:23
138:6 142:5
183:16 184:24
185:12
**It'd** 14:17
**items** 39:3
**iterating** 169:9
**iterations** 81:24

**J**

**January** 15:21
54:14 141:16,18
143:7
**Jean** 88:12 93:23
**Jer** 81:22
**Jeremy** 28:4,7,11
29:24 32:11
39:23 41:18
42:11,18 46:21
59:14 63:7,22
81:17,23 82:5
107:21,21,24
110:22 118:14
144:18,21 152:7
152:11,17
155:11 180:2
**job** 71:2 85:2
124:22 130:17
**John** 83:24,24
**Johns** 34:6

**joined** 6:1 112:7
**joining** 147:18
**Jonathan** 34:5
**journey** 17:22
**joy** 29:6
**Julie** 191:19
**July** 196:16
**jump** 58:3 110:24
165:2
**junior** 111:16
**jurisdictional**
102:22
**jurisdictions**
43:11 44:14,24
45:2 48:2 83:13

**K**

**Karen** 109:22
**Karl** 66:1
**Kaufax** 2:23 3:13
5:16,17,19 7:17
12:16,18,19
13:21 27:13
135:12,13 137:5
137:24 139:22
141:6 142:21
143:9 145:20
146:7,19 149:20
183:9,10 184:11
**Kaufax's** 139:7
**keep** 20:23 44:20
58:10 77:7 97:15
97:17 116:5,7
124:1 149:12
159:1 171:13
**keeping** 9:2 72:18
119:23
**kept** 30:9,10
**key** 25:22 28:21
31:1 93:21
**Keys-Gamarra**
2:23,24 5:22
7:16 14:16,17,23
64:7,8 66:3,7

67:7 164:1 171:5
173:9,10,21
175:11,15,16
**kicked** 7:22
**kid** 23:22 118:18
121:14
**kid's** 144:12
**kiddo** 149:5
**kids** 12:1 79:2
85:3,6,9,21
97:23 106:1
110:14 114:1
123:3 144:9
148:24 149:5
**kind** 14:8 34:13
77:9,15 83:7,9
83:13,16,17
84:22 85:18
112:12 113:14
120:16 123:7,21
126:20 128:20
130:3 136:21
145:8 146:13
157:2 165:3
168:11 174:7
178:2
**kindly** 86:6
**kinds** 80:20 96:13
131:3 189:6
**know** 8:21 11:23
12:7 13:6 14:3,5
15:6 17:13 18:21
18:23 19:17 20:6
20:10 26:23 27:3
34:11,20,23 35:9
35:11 39:18
44:20 46:10
49:18 50:12
51:13 52:3,4,16
59:14 63:10,23
66:23 69:18 70:1
72:3,6 73:10,11
73:13,13 74:12
75:21 77:9 78:16

80:12,16 81:19
81:22 82:17 83:7
84:2,19 85:10
88:1,8 90:1 92:6
93:5,11,13 94:10
94:16,23 95:19
96:3 98:13
101:22 103:14
105:3,8 109:12
110:14,19
111:20 112:7,9
113:4,8,8,12
114:22 115:1,4,5
115:22 117:7
118:22 120:19
121:17 122:6,11
123:1,10,13,16
123:22 124:7,16
125:20 126:1,16
127:1,2,11
128:14 129:5,20
130:8,24 132:9
134:5 137:8
139:16 145:16
146:13 148:12
154:12 156:7,9
156:10,17 157:1
157:13,20
160:22 165:13
166:19,24 167:9
167:10,24 168:2
168:16,22 169:7
172:13 179:18
180:10 182:16
182:18,24 184:2
185:6,12 186:1,9
189:24 192:9
193:15 195:2
**knowing** 152:12
167:21
**knowledge** 5:3
182:4
**known** 33:24

**L**

**labels** 125:20
**labs** 96:6,7 150:23
**lack** 17:15 96:19
116:21 183:18
184:22
**language** 15:5,7
41:2 65:15 149:9
156:1
**large** 75:2 113:3
**larger** 115:8
127:19
**late** 180:12,14
**latest** 141:23
**Laura** 88:12 93:23
**lawfully** 5:4
**layperson** 108:1
**lead** 117:11
**leaders** 101:5
127:16
**leadership** 70:15
139:11 168:4
**leading** 26:22
92:19
**leads** 102:3
**leaning** 93:8
**learn** 38:17 110:14
117:10 124:21
151:3 183:5
**learned** 165:10
166:13
**learner** 97:14
156:1 175:4
**learners** 18:24
19:1 41:3 97:21
97:22
**learning** 18:23
29:7 139:17
**leave** 15:18 114:1
120:3
**led** 40:22
**ledger** 167:22
**left** 42:3 101:23
163:4



MAGNA
LEGAL SERVICES

**legal** 1:24 65:20
**length** 180:24
**lense** 171:20
**lessons** 166:13
**let's** 64:11 95:21
  118:20 161:14
  161:18,20
  171:18 176:20
  176:21 177:2,5,8
  186:2,12
**letter** 70:5 170:3
  178:8 187:7,20
**letters** 21:19 47:21
  48:7 51:9 69:9
  73:8,23 169:18
**level** 34:1 50:15
  75:3 78:8,21
  79:24 80:18
  82:19,22 83:14
  85:22 90:12
  91:21 105:8,21
  111:18,22
  138:20 140:5,7
  145:9 156:13
  157:17 174:17
  174:19 177:23
**liaison** 48:22
**liaisons** 48:24 49:9
**lie** 136:6
**liked** 165:20
**limit** 164:21
  181:24
**limited** 14:8
  160:18
**limiting** 50:2
**linchpin** 101:17
**line** 25:21 29:19
  167:24
**lines** 75:23
**links** 61:1,6 62:22
  63:1,5
**list** 89:12 159:6
**listed** 46:3 99:15
  187:2

**listen** 21:14
  117:23 157:3,14
  191:14
**listening** 125:10
  156:6
**lists** 169:15
**literature** 33:18
**little** 21:6 23:1
  28:14 32:12,16
  37:22 39:23 73:3
  82:6 93:24 94:21
  102:9 103:20
  104:8 125:8
  143:11 144:22
  151:20 152:12
  167:17 183:17
  183:20
**live** 22:21 29:22
  103:1,4 109:13
**local** 20:14 27:18
  50:10 138:10
  140:1,4,7 141:1
  188:24
**localizing** 24:3
  189:16
**locked** 118:17
**long** 4:3 16:14
  60:16 113:18
  131:12 138:7
  165:9 177:2
  180:7,17,21
  181:2
**Longfellow**
  122:10
**longstanding**
  100:4
**longterm** 24:15
**look** 6:15 14:14
  17:1 21:15 24:5
  24:20 26:14
  34:13 37:5 38:3
  38:4 42:21 46:11
  52:1,13 60:19
  75:13 81:4 82:4

84:16 85:5,11,16
  85:18 86:10
  87:19,20 88:24
  90:12 92:10 93:6
  100:12,16
  102:15 107:7
  109:9 111:21
  112:10,12 113:6
  114:4 116:2,9
  120:4 121:19,22
  122:15 123:1
  132:24 136:21
  145:5 146:1,14
  151:24 170:3,7
  173:7 179:8
  184:1 189:4
  190:6,12
**looked** 36:11
  83:21 84:17
  99:24 112:6
  120:24
**looking** 12:10
  14:24 15:15 16:3
  18:19 19:4 21:7
  21:10 31:7 33:13
  34:10 35:2,12
  39:10 40:8,14
  44:15 46:17
  51:22 52:2 53:21
  61:11 63:18
  79:18 82:2,9
  83:1,5,6 84:6,7,9
  84:12 86:18
  88:23 89:1,21
  90:8 91:1,24
  92:2,4,16 93:22
  97:13 98:4 99:24
  102:14,18 103:6
  103:11 105:21
  106:18 120:16
  122:24 133:8
  134:6 151:12
  154:19,21,23
  156:10,13,14

178:14 180:11
  181:17 182:9
  188:11 189:21
  190:17
**looks** 9:7 73:6,7
  111:1 137:1
  170:4
**losing** 131:20
**lost** 111:1 186:21
**lot** 49:6 53:20
  56:12 57:13 72:6
  79:15 80:13
  93:24 96:4 98:15
  134:12 139:15
  140:17 162:23
  166:13 172:21
  176:17 185:16
  186:13
**lots** 14:23 56:9
**lotteries** 99:1,9,11
  110:3 185:11
  186:9
**lottery** 21:9 26:2
  30:6,9,11 31:4
  32:4,5 33:14,15
  34:9 35:1 36:24
  37:14,17 42:3,8
  42:9,24 45:17
  65:7 68:23 69:3
  70:4 77:17 78:1
  78:6,7 84:8,8,15
  87:19,23 99:3
  111:24 112:11
  177:3
**Louden** 15:8
  65:21
**love** 81:2 86:1
  95:14 129:19
  150:18 175:3
  178:11
**lower** 78:21 98:18
  159:5 162:7
  164:7
**luxury** 166:4

**M**

**ma'am** 3:24 11:15
**macro** 165:3
**Madame** 6:17
  70:13
**MAGNA** 1:24
**magnet** 60:16
  156:18
**mailer** 170:24
**mailers** 169:20
  170:1,2
**maintain** 19:8
  60:6 91:24
  113:21
**maintaining** 36:10
  36:12
**major** 184:13,19
  185:6
**majority** 163:16
  163:23 164:18
**makeup** 150:21
**making** 18:10
  19:17 23:21
  34:20,21 63:9
  64:2 85:17
  138:21,24
  141:17 150:9
  166:14 183:23
  184:13
**MALE** 6:8 152:5
  190:20 195:16
**managers** 8:18
**map** 137:10
**mark** 44:20
  122:24 136:14
  188:10
**Martin** 41:23
**Marty** 28:4 81:5
  81:17 110:22
  111:2 121:4,6
  125:5 132:14
  165:5
**materials** 140:18
**math** 13:13 38:10



38:12 39:2,8
74:20 76:3 136:9
137:1 139:12,22
140:12 153:22
155:2 179:15
**math/science**
76:10
**mathematical**
13:4
**mathematics** 22:3
**matter** 22:20 43:7
108:16 167:21
**matters** 5:4,7
110:7
**Maureen** 1:14
196:15
**maximum** 43:13
81:3,6,18 85:5
87:17,21 88:13
90:17 91:5
100:14 107:8
156:11,11
184:17
**maximums** 82:10
85:16 87:4
**McLaughlin** 2:12
2:13 3:3,6 5:14
7:17 16:1,2
58:11,12 59:3,9
59:18 60:1 62:16
62:20 63:24 64:3
68:15 160:1,2,5
160:16,21 161:6
162:11,18 163:7
163:17 172:8,9
192:1,3,20,24
193:5,12,19
194:2,5
**mean** 113:6
129:12 137:22
173:21 174:13
176:13 188:3
**meaning** 160:14
160:23 188:23

**means** 38:16
196:21
**measure** 20:6 53:2
113:13 150:5,12
151:8,13
**measured** 181:19
181:20
**measures** 20:5
52:10 65:23
110:11,12,17
113:9
**measuring** 22:2
36:2
**mechanism** 117:7
**media** 51:7
**meet** 59:7 92:22
92:23 101:11
129:21 130:15
167:5
**meeting** 1:13 5:2,5
5:8,10 6:13,22
7:8 8:17 9:12
11:11 13:7 24:22
71:22 77:23
117:1 129:17
130:13 141:15
158:6,23 171:21
190:5 192:13,16
192:17,19 195:8
**meetings** 100:23
119:6 162:24
**meets** 98:1
**Megan** 63:23
160:2
**megaphone** 158:6
**member** 10:2 56:4
137:21 164:11
**member's** 5:3
175:6
**members** 9:22
12:8 15:6 25:9
46:24 49:15
57:20 58:9 61:3
61:20 63:24

70:14 115:24
160:10 174:1
190:19
**membership**
107:20
**memo** 61:3
**mental** 167:2
**mention** 97:11
116:21 191:18
**mentioned** 20:14
40:12 43:3 64:24
65:12 139:24
140:14
**mentor** 182:7
**mentoring** 71:4
**merely** 88:23
**Meren** 2:14,15
5:15 7:12 17:5,6
147:11 156:4,5
158:3 185:22,23
**merit** 24:8 26:2
30:6,8 31:3 32:5
36:24 37:4,13
38:2,4 41:9 42:3
42:9,24 77:17
78:1,6,7 128:22
129:2 144:8
177:3
**meritocratic**
128:23
**mess** 68:14
**message** 15:14
150:19 171:11
195:1
**met** 87:4
**Methodist** 34:4
**methods** 54:16
**metics** 133:1
**metric** 61:22
151:8
**metrics** 16:16 20:7
26:7 53:2 54:17
55:6 58:18
133:12 150:2

**Metro** 105:5
**mic** 5:18 6:3 67:13
134:22
**microphone** 3:4
**mics** 2:11 161:11
**mid** 29:16
**middle** 13:15
23:10 50:21,23
93:11,12 174:23
**military** 99:18,21
103:16 104:7,7
104:11,13 105:1
105:4,12,20
109:5
**Mill** 156:21
**mind** 3:4 20:23
58:10 127:18
149:12 159:15
188:14
**mindset** 126:12
**minimal** 116:5
**minimize** 167:20
**minimum** 81:3,7
81:19 82:5 83:2
83:3 87:16 88:10
93:6 100:13
107:8 131:9
148:8 156:10
184:16
**minimums** 83:1
83:22 84:2 85:17
92:22
**minute** 10:1,11
19:24 164:3
**minutes** 23:19
53:11 137:9
158:24 159:13
159:21,22
160:10,11,12,22
160:24 161:15
192:10
**misleading** 96:9
**misread** 63:18
**missed** 3:18

194:18
**mission** 29:3
**misspoke** 186:5
**mistake** 141:11
**misunderstandi...**
128:23
**mitigate** 125:19
**model** 44:2 45:9
45:17 90:24 99:2
119:10
**modeling** 14:13
65:11 92:3
**models** 35:7
111:13,24
**modify** 146:3
**moment** 36:21
64:9 177:15
**momentous**
134:14
**money** 97:5,7
**monitor** 114:16
132:8
**monitoring**
132:17
**month** 27:13
31:11 54:11
116:14
**months** 117:1,1
127:3
**motion** 5:8 6:16
6:23 7:3,15 8:3,3
8:8,12 67:3
**motions** 189:19
**mouth** 118:1,3
**move** 4:8 6:12,18
7:4 10:12 27:23
35:12 46:19
49:24 88:15
128:7 143:6
190:10
**moved** 5:11 57:17
63:11
**movement** 181:22
**moving** 13:21



29:21 46:16 87:23 132:19 185:17
**MSAOC** 66:10 171:15
**Mulburg** 2:1 4:9 4:10,15,18
**multipart** 145:6
**multiple** 115:23 123:9 125:22 128:8 131:7 153:23 154:3,4
**Murphy** 101:2
**muscle** 172:2
**music** 149:6
**mute** 175:12
**muted** 66:2 67:13 147:7
**mutually** 27:1
**mythologies** 174:16

**N**
**name** 3:20 191:3
**narrative** 126:11 129:13
**narratives** 174:15
**nation** 60:8
**nation's** 17:2
**nations** 16:10
**nature** 32:22 71:1 84:3 128:24
**necessarily** 50:4 88:5 98:1 138:5
**necessary** 4:23 22:13 55:9
**need** 13:13 15:23 21:19 52:10 65:2 79:4 103:16 104:8 109:15 114:4 129:3 130:9 141:3 146:15 149:11 149:23,24

150:12,13 152:1 154:6 158:16 165:24 170:13 170:18,22 174:5 174:7 175:17 176:7,8,9,11,19 178:5 179:13,16 179:20 180:24 181:3 183:16 184:19 185:3,7 185:15,18
**needed** 13:9
**needing** 149:21 183:21
**needs** 81:12 98:1 137:11,13
**negative** 123:21 184:23
**neither** 181:13
**neutrality** 77:20
**never** 85:8 118:17 143:21 144:6 149:10 170:11 177:13
**new** 14:1 15:19 31:16 35:24 39:4 52:10 55:4 63:3 64:17 71:13 118:16 133:12 138:16 179:4 187:18
**newly** 54:17
**news** 51:1,5,6
**nice** 14:17
**ninety-second** 158:22
**ninth** 113:23 114:1
**noncredit** 127:6
**nondescript** 170:4
**normal** 97:7,8 126:23 142:16
**normally** 142:14
**norms** 20:15 27:18

138:10 140:1
**notably** 129:4
**notations** 33:18
**note** 38:15,22 39:14 40:5 164:20
**noted** 58:18 155:13
**notes** 116:18
**notification** 182:14
**notion** 185:2
**November** 13:7 134:2
**nuggets** 170:19
**number** 43:13 44:24 45:5 46:4 50:12 59:22,24 61:1,16 63:6 78:3,14 83:4 84:10 86:20,22 87:21 88:10,13 88:14 90:1,2,17 91:3,5,9,18 92:5 92:13,14 93:6 94:11,22 95:8 99:16,19 100:13 100:14 105:9 107:9,14 112:22 153:19 161:21 173:23,24 189:24
**numbers** 43:21 44:1,7 45:13,20 52:17 59:20 63:12 89:22 94:14 99:23 103:21 105:19 106:4,8 107:16 136:23

**O**
**O** 6:15
**obdure** 16:21

**objections** 190:9 190:14
**objective** 9:13 23:21
**obstacle** 176:24
**obviously** 91:12 110:16 139:18
**occur** 70:10
**October** 135:24 137:8 172:16
**offer** 37:14,19 43:13 76:19 90:19 151:5 179:16
**offered** 13:14 30:12 42:5,15 43:6 44:4 90:16 90:21 91:11 140:20
**offering** 179:17
**offerings** 135:19 139:22 140:13
**offers** 12:3 24:10 55:7
**office** 24:20 26:11 49:13 55:21 119:5 121:17 122:9,18 124:18 134:9,10 136:14 140:17 142:14 145:18 146:18 170:7 191:18,19
**officer** 6:21 7:7 64:18 105:7 171:8
**offline** 143:10
**oh** 8:6 67:14 79:6 97:4 125:24 147:16 194:12
**okay** 4:2,5,11 6:10 10:15 11:17 14:19 45:21 60:1 64:12 66:7 67:9 82:7 93:3 104:6

104:22 109:20 111:3 116:15 120:10 123:17 135:10,11 143:9 146:7 158:11,13 158:24 161:20 162:6 164:6 165:1 172:7,9 189:12 190:22 193:19 195:5
**old** 187:20 188:2,2
**older** 71:2
**Omeish** 3:9,10 5:11,14 6:24 7:1 7:11 8:18,21,23 10:17,21 11:16 11:20 12:11,15 13:18 14:16,20 14:21 15:24 17:4 18:15 19:12 21:1 22:7 23:17 25:2 25:7 26:8 44:19 57:6,8 120:9,10 122:21 123:17 125:1,5,14 128:4 130:18 131:24 132:4,18 134:3 147:7 158:7,7,9 158:12 159:11 159:16 160:17 160:20 161:8,11 161:13 162:14 162:19 163:2,12 163:17,22 164:6 169:2 171:3 172:3,7 173:9 175:10 176:15 177:16 178:14 178:20 179:22 181:10 182:11 183:9 184:8 185:21 186:17 188:19 189:12 191:24 193:10



194:7,14,18
195:5,12
**omitted** 110:20
**once** 8:10 42:2
90:6 110:24
147:9
**oncoming** 15:19
**one-time** 46:14
**ones** 21:21 77:2
107:3
**ongoing** 64:15
132:17
**open** 5:5 15:19
48:13 77:5 94:22
136:4 145:16
167:5 170:12
**opening** 10:2 36:5
**openminded** 24:1
**operating** 6:21 7:7
**operational** 2:11
**opinion** 173:22
**opinions** 19:5,6
191:6
**opportunities** 12:1
12:23 22:19 23:9
45:24 50:6,13
51:8,14 52:5
80:17 126:24
127:5 136:5
139:2,14 166:10
**opportunity** 16:8
18:22 23:3,23
24:3 25:16 30:18
34:18 36:4 46:6
50:15 56:21
64:11 70:16
72:13,15,16
76:16 77:5 85:6
85:7 126:19
139:21 165:14
166:20 176:18
176:21 177:8
182:21 183:5,24
192:23

**opposed** 75:20
91:2 156:10
**opposing** 7:14
**opposition** 191:4
**option** 32:4 50:1
76:10,11 158:21
159:1,1 161:22
162:2,4,13
164:10,12,14
167:19 182:15
182:23
**options** 12:5 14:1
25:24 37:12 50:5
116:10 158:18
162:15,17 189:4
**or/and** 31:18
**order** 4:21 54:11
159:9
**original** 29:15,19
**originally** 29:9
33:9
**outcome** 14:9
**outcomes** 20:20
110:9,18,18
113:12,17
**outline** 64:19
**outreach** 26:5
47:10,11,17
50:13 51:13
52:18 54:19
93:19 100:2,6
119:15 166:9
171:10,19 187:8
188:7,8,22
189:16
**outside** 27:19,24
103:7 144:5
**overall** 9:17 27:5
50:19 59:15 84:9
101:8 103:12
126:14 164:3
185:15 189:5
**overcrowdedness**
96:18

**overdue** 177:12,14
**overhaul** 181:16
**overreliance**
79:23

**P**
**packets** 73:7
**page** 29:12 33:2,5
119:18 187:2,10
**pairing** 70:19
**paper** 20:7 26:9
33:17 55:23 63:4
82:20 91:15
110:1 116:21
**parallel** 136:17
**parent** 47:10,11
48:23 49:8 72:17
119:5 133:9,10
170:11
**parental** 21:22
**parents** 17:23
52:22 72:10
106:22 117:20
119:8,10 124:9
124:20 131:14
133:13 188:16
**part** 9:19 10:3
13:2 18:7 22:4
23:13 27:18
28:22 29:14
39:22 41:6 42:24
43:16 54:1,20
55:2,12 62:5
68:20 73:5 86:16
96:5 101:10,12
108:18 112:8
118:6 119:20
125:11 126:6,12
138:16 139:23
142:7,9,17
143:18 145:1
154:9 155:18
160:5 163:5
166:9 168:9

176:10 180:9
**participating**
43:11 44:13,23
48:1 83:12
**participation**
112:17 195:9
**particular** 29:12
37:7 38:4 42:17
44:12 46:9 60:21
79:17 82:3 84:11
84:14 86:20 89:8
89:10 90:4,6
91:7,10,16,22
99:13,19 106:16
107:14 108:4
109:10 124:17
142:15 179:13
**particularly** 20:3
49:7,23 78:14
93:14
**particulars** 157:4
**partnered** 50:9
**partnering** 27:22
**partners** 50:11
100:4
**partnership**
101:18
**partway** 167:5
**pass** 11:18 158:6
**passes** 162:16
**passion** 19:19 29:2
39:21 148:14
149:3 152:10,16
182:22
**pathway** 41:20,21
42:6,11,16 69:24
81:4 84:11,15
85:10 88:22 89:4
127:8 128:10
147:2 177:6
**pathways** 13:8
23:3 99:14 123:9
125:22 128:8
150:12 184:16

**Pekarsky** 3:7,8
5:23 7:20,21
18:17,18 109:19
109:20 111:8
113:6,15 114:17
115:14,15
116:15,20 120:1
120:6,7 134:6
182:11,12
**penalize** 75:14
**people** 38:2 56:12
57:14 73:18
94:12,18 98:13
99:1 109:3,15
117:9,10 129:24
130:1 138:3
148:6 159:20
167:4,14,21,23
175:14 178:18
182:3 187:5,6
190:24 193:13
193:18
**percent** 44:3,15
103:19 107:10
**percentage** 61:16
63:6
**percentages** 63:13
**perception** 137:19
137:21 138:1
**perceptions**
174:16
**perfect** 18:15,15
152:1
**perform** 188:9
**person** 56:10
147:10
**personal** 17:22
47:20 67:11
75:20
**personally** 39:17
64:20
**personnel** 105:4
**perspective** 69:22
77:9 91:2 180:6



persuasive 153:17
phone 65:13 124:9
  135:8
phrased 99:6
physical 170:1
pick 57:9
picked 108:12
piece 24:18 49:7
  62:6 76:21 81:1
  81:7 97:10 98:13
  103:17 108:20
  112:8 116:12
  120:14 137:9
  153:12 178:12
  189:13
pieces 21:15 50:3
  71:18 112:11
  133:15 145:22
  146:2 148:2
piechart 107:15
pilot 183:24
pipeline 27:16,20
  86:13 135:22
  137:11 149:21
  177:9
pipelines 156:14
place 4:14 53:2
  57:2 70:9 79:7
  126:21 129:2
  131:15 142:6,8
  145:3 146:2
  156:23
placed 72:9 90:20
places 73:15 84:4
  85:15 127:21
placing 83:15
plan 9:4,18 18:11
  26:6 71:15
  131:15 132:8,20
  139:19,23,24
  140:4,8,9
plans 9:9,15 24:13
  101:11 155:24
play 43:17

plays 13:16
please 3:5 6:3 7:9
  8:21 10:19 30:4
  35:15 42:20
  45:21 46:20 49:5
  50:19 51:19 53:7
  58:13 60:24 72:4
  73:3 79:7 104:2
  104:5,19,23
  110:21 147:4
  161:21 162:7
  164:15,20
  175:12 190:15
pleased 27:22
plenty 87:8
Plucker 34:5
  79:20,20
Plucker's 120:20
plug 97:2 148:7
plus 184:17
point 21:18 80:17
  83:10 90:11
  92:19 115:7,7
  121:20 131:9
  135:16 140:15
  142:16,22 147:1
  148:22,23
  153:16 159:9
  164:1,12 175:6
  176:20 183:4,14
  183:15
pointed 73:10
  184:24
points 65:1 105:4
  133:2 138:3
policies 33:21
  156:22
policy 28:16,20
  113:10 150:10
  157:16
poll 101:5 158:19
  161:12
pontification
  178:17,23

pool 39:16 66:15
  89:8 90:20 108:7
pops 19:16
population 16:14
  18:3 148:13
  151:1 167:14
portion 113:1
  145:13 190:5
portrait 38:7,9
  40:16 151:13
  152:15,20
pose 158:19
posed 100:19
  104:18
position 93:17
positive 6:9 60:4
possess 57:17
  130:5
possible 119:8
  122:2 127:10
  174:9
possibly 21:9
  53:24 76:8 143:4
posted 43:23
  190:17
potential 17:17
  21:13 23:22 36:4
  58:20 144:12
  175:2 189:10
potentiality
  111:16
potentially 73:24
  105:10 106:1
  175:4 188:4
powerful 168:5
practices 156:23
  157:1 169:14
  172:24 187:4
pre 106:15
preceding 106:23
preclude 188:21
predict 14:9 72:21
  106:15
preK-2 138:19

preliminary 10:4
  10:5,23 17:7
  23:20
premier 60:8
preparation 39:6
prepare 133:4
preparing 127:16
present 3:12,21
presentation 9:20
  10:12 24:24 25:5
  25:18 26:4 53:10
  64:13 107:16
  120:13
presentations
  40:17
presented 9:9,19
  9:22 12:6 14:2
  39:4 47:14
  191:15
Presidio 138:17
  139:5,8
pressure 72:9,17
presumption
  15:22
pretty 29:3 67:13
  85:12 139:13
  141:20,20,21,24
  172:16
previous 14:12
  30:2,23 33:6,7
  40:6 41:14 42:23
  47:14 59:22
  81:23 181:4
previously 34:4
  91:14 192:15
primary 21:24
primitive 65:23
principal 95:15,21
  167:12 173:11
principals 50:22
  50:22 168:18
principles 35:17
prior 10:6 63:8
  64:1 90:10 107:2

145:17
prioritizing
  101:19
private 43:9 99:17
  99:21 102:10,12
  102:13,21,24
  103:5,9,19
  105:13
probably 21:19
  94:2 162:1
  179:10,17 181:4
problem 17:14
  38:13 40:18
  84:21 108:16
  149:1,7,23 150:1
  151:10,21
  153:12,15,20,21
  153:22,24 154:2
  154:5,7,11,24
  155:3 177:21
  185:1
problematic
  173:23
problems 107:6
procedures 33:21
  51:3
proceed 10:11
  158:20
process 9:17 13:3
  18:4,7 20:13
  21:16 26:18 27:7
  28:18 31:12,16
  31:21 32:18
  33:20,22 35:20
  36:8,12 37:8,23
  37:24 38:5 39:24
  40:4 41:7,19,20
  41:21 43:2,2,17
  44:15 46:11 47:9
  49:24 51:2 53:23
  54:1,15,20,23
  55:1,13,21 56:10
  56:13,20,22 57:1
  57:7,18 68:20


MAGNA
LEGAL SERVICES

69:13,22 73:6
77:21 79:19 80:1
81:13,24 84:8,9
84:23 86:11,16
87:23 89:4,16,18
90:7 94:5,7 97:7
97:8 101:8,10,12
108:19 118:8
119:21,24
121:17,19,21,23
124:6 134:1,14
142:7,10,17
144:19 145:2,4
146:6,10 149:15
154:23 155:17
165:9,23 166:10
167:7,8 169:13
170:9,18 174:7
178:8 179:4,6,19
186:22 188:17
191:21
**processed** 180:17
**processes** 33:12
37:3 40:6 55:18
89:21 91:16
180:17
**proctored** 154:20
**productive** 175:22
**professional** 49:16
49:19 71:6
140:19 144:2
**profile** 155:20
**program** 66:1
93:20 97:1
124:12 127:13
127:17 133:23
140:21,22 141:4
146:11
**programmatic**
94:19
**programming**
71:20 140:16
**programs** 73:14
80:13 95:1,17

96:2 98:2 140:5
175:8
**progress** 66:20
139:13
**proportionate**
107:13
**proportionately**
85:18
**proportions**
120:23
**proposal** 14:12
25:24 37:13,18
42:23 45:4 54:4
68:22 84:7
**proposals** 14:13
16:5 26:14,17
30:2,16,23 36:22
37:2 42:2,22
47:3 68:3 81:16
108:6 129:3
130:14
**proposed** 16:17
58:19 66:12
**proposing** 34:14
92:10 112:23
**proprietary**
124:19
**proprietor** 94:24
**pros** 9:14
**proud** 126:14
**provide** 23:8
39:15,19 48:13
50:6,14 51:15
53:18 61:14
63:15,17 66:18
69:2 82:11 95:10
122:7 126:18
131:6 146:20
154:1,6 155:15
155:22 183:7
187:18
**provided** 30:17
35:5 56:6,9
63:19 110:1

172:23 196:3
**provides** 19:21
**providing** 15:16
49:16 52:4 65:12
136:11 146:16
154:2
**provision** 68:5
**PTA** 49:9
**public** 5:4,6 8:11
9:12 43:9 47:22
56:17 61:5,21,24
65:18 66:23
102:16 131:12
141:10,15
142:23 143:4
157:7 162:24
183:18,19
**Pulling** 133:17
**pulse** 114:8 137:17
**punish** 85:9
**purely** 106:8
107:18
**purpose** 20:24
26:12 65:17
164:9
**pursue** 23:16
**push** 52:15 85:21
**pushing** 57:15
83:8 122:22
133:20
**put** 7:22 25:17
44:8 48:16 50:24
53:2 62:14 63:4
86:14 91:22 97:2
109:11 115:13
118:20 146:20
147:4 148:7,17
149:7 151:6
158:24 161:21
171:7 172:13
173:5 179:3
180:10 186:1
**putting** 29:6 63:3
97:22 156:23

191:11
**pyramid** 177:7

_____

**Q**

**qualifications**
30:19
**qualify** 78:9 149:1
149:10
**quality** 130:19
**question** 10:4 57:7
59:14 61:12,18
62:17 63:19 72:1
77:11 87:14,15
94:9 95:13,24
104:18 105:17
107:9 108:1
109:1 113:5
117:17,18
122:24 125:16
128:19 132:6
136:19 137:3
139:11 141:12
152:6 165:3
166:18 179:23
187:23 188:10
**questioning**
126:16 186:20
**questionnaire**
145:10
**questions** 10:17,19
13:1 14:1,10
19:2 26:12 29:10
33:10 45:23
46:23 51:20
53:17,19,24 54:8
58:4,17 60:20,24
61:2,15 62:21
67:24 68:2 82:18
94:8 99:13
100:19 102:7
108:8 116:17
119:12 145:8,11
145:15 147:5
151:9 153:1

160:7,23 161:3
164:13 179:2
187:24 189:23
**quick** 11:3 67:23
158:19 172:11
176:17 179:2
181:13
**quickly** 12:22 30:2
116:19 127:10
144:15 146:1
164:8 181:23
**quite** 72:3 110:11
189:24
**quota** 126:7
**quote** 154:8
174:18
**quoted** 28:23

_____

**R**

**raise** 7:9 162:6
164:16
**raising** 178:11
**rallied** 27:15
**rang** 79:5
**Rashad** 186:3
**rate** 109:24 110:6
111:12,22 112:2
131:19 192:7
**RAZ** 136:13
**re-added** 81:13
**re-implement**
146:5
**reach** 23:22 24:4
31:14 48:22
**reached** 42:17
100:1
**reaching** 124:12
186:23
**read** 29:17 66:23
120:20 192:4
193:2
**readers** 54:20
**readiness** 36:3
131:1 176:23



**ready** 2:9 99:22
105:6 174:18,19
174:23,24
176:13 189:19
**real** 122:5 139:9
172:10 181:13
**realistic** 159:3
**realistically**
158:14
**reality** 41:14
137:18 138:2
**realize** 129:14
176:9
**really** 9:13 11:5
13:21 20:8,9,17
21:24 24:8 28:21
29:5 30:1 31:18
34:8,12 56:8
61:20 83:20
85:21 90:10
93:14,17 95:14
98:6 111:6 112:5
114:24 115:9
117:8 118:12
123:4 140:16
143:20 145:24
148:21 149:11
150:15,18 151:2
151:7 154:22
155:1 168:11
171:8,18,19
178:11 186:13
188:13 191:12
**reason** 12:21
82:12 107:15
126:6 160:6
164:4 176:10
180:9
**reasonable** 158:16
**reasons** 78:14
**reassessing** 83:17
**reassurance** 94:21
**rebuilt** 184:15
**recalibrate** 132:10

**recall** 141:23
**receive** 43:12
66:19 97:9 133:5
**received** 56:11
69:24
**recidivism** 131:19
**recognize** 20:15
35:21 72:13 85:1
96:20 174:5
178:16
**recognized** 17:3
101:24
**recommend** 98:3
115:9
**recommendation**
21:20 31:15
73:17 75:17 76:2
76:7,15,20 77:6
94:5 121:7,11,13
121:16 122:19
143:22 144:7,9
144:16,19 145:6
145:7 146:5,9
178:8
**recommendations**
13:1 54:22 55:10
72:2,11,22,24
74:11,15,22,24
75:4,10,16 77:1
77:3,8 79:17,22
80:2,5,15 81:8
81:11 93:20 94:1
114:22 115:21
116:4 120:14
122:13 143:13
145:1 148:16,24
149:17 173:13
173:20 174:11
174:14,21 175:5
176:22 177:22
177:24 180:20
180:22 181:23
181:24 182:10
183:4 184:3

**recommended**
27:20 176:3
**reconnect** 145:24
**reconstruct**
172:18
**record** 7:19 196:3
**recruitment** 47:20
48:7 49:3 86:11
169:6,11,12,18
177:10
**recs** 80:22 177:20
**redness** 130:4
**reference** 82:23
**referenced** 26:9
79:19 137:8
**refine** 16:5
**refined** 154:22
**refinements** 9:16
**reflect** 191:14
**reflected** 16:15
189:14,17
**reflection** 33:20
**reflective** 17:11,12
43:20 52:3
130:21
**refresh** 18:4
**refuse** 76:14
**reg** 44:12
**regard** 95:5
**regarding** 19:6
68:3 69:10 72:2
77:19 78:4 98:21
99:13 132:7
141:7 150:19,20
151:10 152:10
**regardless** 42:6
43:13 167:13
**region** 78:22,22
87:21 89:23 90:4
91:8,10,16,22
98:14 99:16,19
99:23 100:14
103:3 106:3
107:13,17 108:5

108:12 109:10
109:12 134:9
181:21 189:16
**regional** 28:19
41:21 81:4 82:13
82:16 83:19 91:1
92:11 99:14
100:9 102:19
103:10,12,21
106:4,8 150:11
**regionally** 65:4
136:8
**regions** 43:10 44:6
44:7,12 45:11,12
45:19 83:16
85:11 92:21
102:23 147:3
156:14
**register** 191:3
**registering** 191:6
**regular** 9:12 66:19
66:19
**regulated** 183:6
**regulations** 28:16
**reinstated** 144:16
174:2
**reinstating** 143:12
174:10
**reiterate** 129:10
**relate** 42:22 49:18
**related** 140:11
141:4
**relates** 152:23
**relation** 42:22
**relationships**
182:2
**releases** 51:5
**releasing** 51:4
**relook** 86:2
**remain** 131:17
**remainder** 77:15
**remaining** 37:16
42:7 43:18,21
69:4 91:18 140:5

**remains** 60:7
146:23
**remarks** 24:18
137:7
**remedial** 129:4
**remediation**
129:24
**remedy** 178:7
**remember** 68:4
131:8
**remembering**
142:12
**remind** 189:17
190:23 193:21
**reminder** 9:2
175:11
**remove** 80:7,7
178:9
**removed** 184:15
**removing** 18:6
31:19 36:7 62:2
184:14
**repeat** 10:19 148:6
**reply** 74:8
**report** 24:21 32:24
53:13,16 55:4,5
133:3,5,18
**reporter** 196:22
**reports** 66:10,20
**representation**
16:9 22:14 44:17
65:3 82:12 83:20
**representative**
103:7
**represented** 45:20
**reproduction**
196:20
**reputation** 176:4
**request** 53:12
**requesting** 77:2
**require** 161:24
172:14
**required** 76:4
83:23 140:22



**requirement**
129:18 131:10
**requirements** 5:5
30:10 37:9 74:18
77:23 106:21
130:16
**requiring** 84:3
**research** 24:20
25:23 32:12,19
32:23 33:2,17
35:4 55:21,24
82:20 91:15 96:6
112:8 120:20
**residency** 102:17
102:18 106:20
**resides** 102:20
**residing** 104:24
**resolution** 27:14
67:2
**resource** 49:21
**resources** 52:4
140:19 141:1
**respected** 52:21
52:23 117:21,22
118:5,12
**Respectfully**
172:12
**respond** 104:4
117:6 145:11
153:18 161:17
165:8
**responding** 169:5
**responds** 160:8
**response** 33:5
61:13 80:19
145:16 154:16
165:17 178:13
178:15
**responses** 153:2,4
188:9
**responsibility**
135:21
**responsible**
172:19

**responsive** 171:18
**rest** 11:4 25:4
**restate** 125:13
**result** 165:12
**results** 132:11
**retention** 113:23
150:20 185:12
**rethinking** 24:8
128:22
**retire** 105:7
**retired** 101:23
**revamp** 119:5
**review** 26:3 30:13
30:20 31:6 32:6
33:18 37:1,10,19
40:14 42:4 45:5
55:11 68:18,20
68:21,24 132:9
147:2 185:9
**revisions** 15:7
31:4,6 32:6
64:22
**revisit** 132:10,21
141:14
**rhetoric** 185:16
**rid** 79:16,21 80:22
**rifling** 116:17
**right** 9:1 12:17
13:17 18:3 28:6
28:9,10,12 42:4
42:13 54:15
57:24 58:3,17
59:11 63:21 66:4
79:12 87:10 88:2
108:16,23
109:10,14,18
115:12 119:1
120:12 125:11
127:8 128:10
129:2 130:14
132:21 140:3
141:6 142:6,8
143:24 146:24
147:16 152:18

155:9 156:3
158:4,15 160:13
161:23 163:15
163:23 164:17
165:2 166:6,17
166:23 168:6
171:2,11 177:11
177:13 178:20
183:11 184:7
185:22 187:22
188:10 193:1,6,7
193:14 194:1
**rigor** 39:10
**rigorous** 38:17,17
**ringing** 65:13
**road** 137:10
161:10
**robots** 194:12
**robust** 16:23
100:17
**rock** 4:7
**role** 2:9 115:20
**roll** 4:8 14:19
188:6
**round** 58:8 111:15
111:16 168:23
169:1
**rubric** 143:14
144:14 183:7
**Rudah** 112:7
**run** 35:6 142:5
**runs** 95:17

**S**

**sacrifice** 17:24
**Sanders** 3:2,14
5:24 6:2,4 7:18
12:12,13 22:8,10
98:9,11 100:20
101:13 102:11
103:14,24 104:1
104:10,17 105:3
105:15,18
106:11 109:1,22

181:11,12
184:12
**savant** 149:11
**saved** 178:23
**saw** 57:12 107:16
116:20 163:15
**saying** 71:5 83:3
83:21 88:13
89:24 92:17
113:20 114:3
118:15 142:22
143:3 160:21
161:16 167:9
170:9 174:21
186:6 194:22
**scaffolding** 23:8
**scheduled** 9:3,11
31:11 100:23
**scholar** 39:14
**scholars** 138:14
**scholarship** 80:13
**scholarships**
177:24
**school** 1:2,13 5:1
6:19 7:5 13:15
20:19,22 23:6,10
28:2,15,19 29:8
29:20 31:2 33:13
36:19 38:10 40:1
40:11 41:22 43:9
43:9 46:23 47:23
48:23 50:1,10,17
50:21,23 51:24
52:2 55:5 60:8
60:17 65:2 66:16
69:2 70:9,14
71:9,14 72:8
73:13 75:5 80:4
82:19,22 83:5,11
86:21 88:14
89:10,24 90:4
92:1,12 93:11,13
95:7 97:4,6,9,20
98:6 99:17,22

100:8,8,13
102:12,13,24
106:16,23
107:18 108:10
108:12 112:21
113:3 114:9
118:15,18
119:13 124:3,13
124:13,17 126:8
126:18,22 127:1
127:24 130:20
131:19 133:14
134:8 137:13
139:3 149:10
150:22 151:19
156:15 157:7
168:3 177:6
181:21,21 182:6
189:15
**school's** 20:24
**schools** 19:2 20:1
32:21 33:10 41:6
43:15 44:9,11
48:16 49:2 56:17
73:1,13 75:1
78:3,5,24 79:1,3
88:2 93:15 98:15
99:10,21 102:10
102:16,21 103:5
103:10,20
105:14 106:14
111:23 112:1
136:10 137:16
138:4 140:6,23
152:24 156:18
156:20 177:5
179:11,12,15
185:11 186:6,8
189:1
**schoolteacher**
174:23
**science** 13:14
38:10,12 39:8
74:20 76:3 93:11



93:13 136:9,24
152:11,16
153:22 155:2
179:15 182:4
**scientist** 182:8
**screen** 23:5 43:20
45:11,20 46:3
68:15 188:23
**screening** 188:24
189:13
**se** 154:22
**search** 25:19
**seat** 30:12 180:13
**seated** 54:12
142:19 143:8
**seats** 37:15,20
44:16 68:10 69:2
90:1,2,18 91:24
92:9,13
**second** 37:18
43:16 68:22
103:17 121:13
124:7 128:18
138:16,22,23
154:8 162:6,22
164:19 178:17
**seconded** 5:12,12
6:24
**seconds** 66:6
132:1 159:2
162:1 164:11,15
165:17 168:3
172:7 173:2
178:24 186:22
**section** 4:22 33:2
58:10 103:1
**see** 6:1 12:23
17:14 20:18
22:14 23:5,14
29:13,18 33:17
35:3 43:19 45:11
61:2,9,10 63:12
64:12 72:11
74:13 77:23 80:3

80:10 105:12,13
110:11,17 121:2
122:16 133:13
133:14 136:21
143:23 144:8,11
148:1 150:18
158:20 174:1
180:11 182:16
184:20 188:7
192:1
**Seeing** 7:15
189:12
**seeking** 187:6
**seeks** 17:9,10
**seen** 35:22 70:24
85:10 88:1
118:18 167:15
185:10
**select** 26:16 31:10
31:12 37:16
111:13 126:5
**selected** 42:16
45:17 123:11,14
**selection** 43:2,17
73:19 142:7
186:7
**selective** 16:10
60:13 69:11
**send** 15:13 47:19
47:24 118:9
150:19 195:1
**sending** 169:17
**senior** 130:12
**sense** 54:7 86:4,19
87:20 88:11,17
121:8 129:6
**sensitive** 94:13
126:2
**sent** 61:7 64:21,22
78:3 93:15
**sentence** 172:1
**sentiment** 174:9
186:10
**sentiments** 73:9

**separate** 123:6
161:14
**September** 61:3
107:20
**series** 35:6,7
145:11
**serve** 36:18
**served** 73:18
**services** 1:24 56:5
136:16
**session** 8:19 10:6
10:24 30:8,24
135:24 192:5
**sessions** 33:7
**set** 8:22 16:24
19:23 20:2 52:12
55:13 95:8
171:22 173:2
179:8 190:24
**setting** 67:11
**settle** 84:19
**seven** 7:13
**seventh** 74:19
182:19
**shape** 188:8
**share** 24:6 26:8,13
29:10 30:1 45:24
47:19 48:6
124:23 125:4,7
125:12 139:6
160:12
**shared** 9:10,23
17:23 27:13 30:6
30:7 34:24 60:12
69:7 91:14
112:13 131:11
133:2 156:9
189:20 191:23
**sharing** 9:15 25:7
74:12 77:16
115:22 125:11
154:17
**sheet** 38:9 40:16
149:8 151:11

152:9 155:19
**shift** 129:11,12
**shoot** 175:19
**shortsighted**
115:1
**shot** 118:19,19
**should've** 173:6
**show** 41:9 42:2
58:21
**showcases** 50:9
**showing** 38:13
42:4
**shown** 16:11 99:10
**shows** 56:14
**Shugart** 28:7
73:20 74:2,4
77:18 88:20
89:13 141:21
**SHUGHART** 28:9
28:12 32:15
41:23 42:19
44:22 47:5 59:18
63:16 74:9 76:9
82:7 89:15 102:8
104:3,6,22 106:7
108:13,24 111:5
144:23 146:8
152:18 155:21
180:5
**side** 42:13 167:22
167:24
**sight** 157:5
**signal** 118:10
171:12
**significant** 176:11
**significantly** 85:12
94:6
**similar** 32:22
90:24 100:10
101:22 102:14
**similarly** 45:4
47:13
**simple** 119:9
**simply** 46:22 70:5

135:15 176:6
**single** 112:21
113:2 128:9
**sit** 78:13 94:14
119:9
**sitings** 33:5
**sitting** 173:1 192:9
**situation** 143:24
173:6
**size** 96:6,7 112:15
112:17
**Sizemore** 2:16,18
5:15 7:12 19:12
19:13 134:16,18
134:23 135:3,7
147:13,14,20,22
147:23 152:4
155:5 184:8,9
186:3 194:7,8,14
194:15,21
**sizes** 97:16
**Skian(ph)** 191:20
**skills** 38:8 151:14
151:14,18,21
152:22 154:12
155:2
**skipped** 3:20
**slide** 28:5 29:13
30:4 31:1 35:15
36:20 37:1,24
40:11 42:1,19,23
45:21 46:20
47:13 49:5 50:18
51:18 53:7
117:20 133:3
**slides** 32:10 47:14
117:20
**slightly** 97:17
**slots** 31:24
**slotted** 108:4,9
**slow** 12:20 13:22
19:15 32:16
53:14 111:6
120:11 134:20


MAGNA
LEGAL SERVICES

142:4
small 80:18 113:1
  119:11 176:12
smaller 85:17
  97:16,17,19
Smith 6:17 13:20
  24:23 25:1,8
  35:15 41:24 43:3
  46:21 53:8,9
  57:9,11 58:1,17
  58:24 59:5,13
  60:3 62:24 68:7
  68:11 69:18
  81:22 84:5 86:8
  87:9 88:18 95:3
  100:20 101:14
  102:8 118:23
  121:15 123:12
  123:24 134:4
  141:21 142:1,2
  142:24 144:18
  152:7 155:10
  165:6 166:7,8
  168:14 169:23
  170:6 171:16,21
  175:23,24
  179:24 180:1
  187:11 188:11
  189:2 191:17
social 22:16 51:6,6
  51:7
solely 189:7
solution 154:1,6
solve 153:14,24
solved 154:2
solving 38:14
  40:18 149:1,7
  151:10,21
  153:13,15,20,21
  155:3 173:8
  185:1
somebody 72:7
  98:13 144:4
sons 176:2

sooner 133:23
  166:9 169:5
sophomore 111:15
  114:2 179:5
sorry 3:17 7:21,22
  8:6,7 10:18
  11:19 12:19
  19:14 32:15 33:4
  44:21 63:1 65:14
  66:4 67:18 74:5
  77:12 79:6 82:14
  85:22 87:7 92:22
  104:18 111:5
  132:18 135:6
  143:7 165:6
  169:4 173:1
  175:10 181:1
  183:10
sort 80:18 126:4
  142:23 184:21
source 114:23
Southern 34:3
space 77:24 96:9
spaces 96:13,20
speak 46:1 56:21
  68:7 69:16,20
  72:5 73:2,21
  74:1 81:2 82:5
  130:18 138:18
  144:21 150:3
  159:7 173:16
  176:23
SPEAKER 2:3,6
  6:8 8:5 152:5
  159:8,12 190:20
  195:16,18
speaker's 132:3
speaking 35:10
  48:2 161:2
  175:12
speaks 116:11
  178:5
special 41:4 130:4
  157:8 175:8

specialized 97:14
  98:2
specific 89:22
  145:14
specifically 33:13
  34:24 48:24
  49:20 51:1 59:17
  74:2 109:4
  127:17 149:4
  151:12
speed 138:13
spend 77:14
  162:21
spent 72:7 191:10
Spiegel 34:1
spirit 4:4
spoken 73:18
  147:14 159:17
square 94:17,18
  95:14 96:1,5,8
  98:19
staff 10:12 14:4
  24:6 31:5 40:2
  49:17 53:18 56:2
  56:15 58:2 60:23
  60:24 70:24
  113:16 115:24
  116:9 120:13
  124:13 127:2
  132:7 141:1
  160:7,11,18
  161:16 164:21
  165:5 168:10,17
  169:3 179:22
  190:9
staffing 97:8
stakeholder 26:5
  47:1 51:17 119:3
stakeholders 46:2
  46:5,17 56:8
  166:11 171:15
  172:21 187:13
standard 19:9,9
  128:11,13

130:20
standardization
  144:20 145:19
standardized
  143:14 144:17
standards 30:15
  30:17 36:10,13
  36:19 60:7
  113:21 130:7
  137:14,16
standpoint 47:16
  75:12 83:3 92:3
  92:11,12 102:19
  103:13
start 4:19 9:3
  10:13 19:15 25:3
  58:4,14,16 79:18
  82:15 137:2
  141:8 148:15
  161:20 172:8
  180:15 182:18
started 23:19
  138:21 139:10
  172:10
starting 10:1
  66:24 88:2,10
  154:9
starts 182:19
state 172:14 184:3
stated 100:11
  110:2 135:14
  183:12
statement 98:23
  181:2
statements 13:7
  29:14 75:21
stating 184:21
stay 53:10 131:10
  161:22 162:4
  163:13 164:10
stayed 28:22 29:4
stead 133:24
steady 28:22
steep 150:19

STEM 19:21
  20:21,22 29:3
  50:8 60:8,17
  66:1,14 129:19
  136:24 140:14
  140:16 148:3,14
  151:17,18,20,23
  152:6,10,16,24
  175:3 178:11
step 47:9 60:20,23
  74:14 133:8
  140:3 146:20
  175:17 190:11
  191:5 193:15
  194:23 195:2
steps 9:21 24:11
  27:19 33:6 43:23
  47:8 53:16
  115:19 179:3
  190:6 191:2,15
  192:6,8,14,17,22
stick 139:3 176:19
  176:19
stickler 65:1
stone 55:14
stop 115:11
stories 143:17
strategic 22:4
  24:21 55:22
  140:8
streamline 94:4
  115:6 121:8,19
  121:23
strength 75:22
  90:8,13 91:21
  114:9
strengthening
  13:10
strengths 47:2
stretch 98:6
strides 22:22
strong 21:21 38:11
  39:6,21 41:8
  52:15 56:3,12



113:18 148:7
**strongest** 43:5
  90:14
**strongly** 16:18
  24:3 94:15 98:3
  115:9
**structure** 23:11
  80:15 178:7
**struggling** 21:6
  67:19 177:1
**student** 21:16 27:4
  36:2 37:3 38:8
  39:13 40:16 44:8
  44:10,17 46:9
  47:9,10 70:1
  76:6,16 78:9
  89:11 99:20
  102:2,20 103:19
  110:9,18 113:12
  116:22 119:6
  122:1,3 130:4
  131:13,16
  133:10 149:8
  151:11 152:8,24
  155:17,19,20
  174:17 176:23
  182:17 184:18
**student's** 17:16
  90:9 145:12
  153:2 189:10
**students** 12:24
  16:9,21,24 17:13
  17:19 18:5 19:11
  19:18,23 20:8
  21:12,19 22:6,20
  23:5,10 24:5
  25:16 27:6,10
  29:4 30:12,18
  31:20 34:12,15
  36:1,6,17 37:5
  37:16,17,21 38:6
  38:11,15,19,23
  39:5,9,11,16,16
  39:18,19,20 40:3

40:7,9,15,21,22
40:24 41:2,3,4,5
41:9,12,13,15,17
41:22 42:7,9,14
42:15 43:4,12,14
43:18 44:3,5
45:7,8,16 46:9
47:21,24 48:4,8
48:11,18 49:1,23
50:1,7,14 52:5,6
52:19 55:2 56:15
57:3 59:6,7,19
62:11 66:13,15
68:6,8,18,22
69:1,4,8,23 70:4
70:10 71:2,3,9
71:10,20,22
72:14 73:11
74:18 75:1,6,14
75:20 76:9,22
77:22 78:8 83:4
84:10,14 86:14
86:14,15,20,22
87:21 88:1,3,7
88:11,15,21,23
89:1,3,7,7,9
90:14,15,20,21
91:3,6,9,17,20
92:15,20 93:16
93:18,21,22 95:2
95:8,16 97:18
98:16 99:16
100:13 102:15
103:16 104:8,11
104:13 105:9,10
105:12,13,20
106:10,12,18,22
107:11,12
111:14 112:19
113:1 114:19
115:5 117:3,21
117:24 118:3,10
122:8 123:10,13
123:15,20 124:4

124:5,10,15,20
124:24 125:18
125:21 126:14
126:19 127:2,6
127:20 128:15
129:17,21 130:9
130:10,12,17
131:1,5,20,22
133:6,12 134:13
136:5 142:19
149:12 150:7,14
151:16,16 153:8
153:11,23
155:11 156:1
157:6 167:10
168:6,7,10,15,16
168:19 169:19
175:7 176:1,5
179:8 181:5,7
182:1,15,16
183:2,6 184:23
185:3,13 187:19
188:23 189:9
**Studio** 2:9 4:8,10
  4:12
**subgroup** 105:24
**subject** 72:17
**subjectivity**
  121:21
**submitted** 65:16
**success** 17:1 18:1
  19:23 20:3,8
  21:13 33:14 36:3
  46:19 150:17
  185:13
**successful** 24:14
  86:17 88:9
  113:11 114:20
  132:22 139:17
  153:9,11
**successfully** 177:4
**suffer** 17:19
**suffering** 17:20,21
**sufficient** 65:8

185:5
**suggest** 101:15
  160:2
**suggested** 34:21
  162:14
**suggestion** 163:3,7
  195:4
**summary** 145:22
**summer** 54:24
  55:8 106:23
  108:3 126:20
  127:3,4,17
  133:19
**super** 94:13,13
  149:17
**superintendent**
  15:17 16:6,17
  58:19 62:18
**superintendent's**
  19:6
**supervision**
  196:22
**supplant** 97:7
**support** 23:8,11
  27:9,17 57:23
  65:6 66:8 70:10
  77:16 96:23
  129:4 140:17
  189:23 190:1,3
  191:4
**supported** 71:21
  136:1
**supporting** 114:20
  124:14
**supports** 70:8
  131:6 137:11
**supposed** 162:22
**sure** 2:10 8:10
  12:15 19:17,22
  20:23 23:21
  24:19 45:15
  48:10 62:24,24
  70:12,23 74:9
  77:4 78:19 85:19

86:7 100:5 102:5
107:7 116:13
125:9,11 127:23
128:16 129:9
132:22 134:9
137:4,18 139:8
144:23 146:4,15
148:12 149:15
150:6,14,24
171:19 173:17
174:4 185:4
192:6
**surprised** 61:13
**surrounding**
  110:12
**survey** 133:10,11
**surveys** 133:9
**sword** 72:12
**symptom** 149:22
  149:24
**symptoms** 13:12
**system** 12:2 69:13
  78:6 79:23 80:17
  121:20 125:19
  135:17 157:7
  185:18
**systematic** 120:3
  134:5
**systemic** 135:23
  183:15
**systemics** 136:11
**systems** 20:19

---
**T**
**table** 6:1 33:4
  40:21 82:21
  108:21
**take** 8:21 12:2
  23:18 26:11
  28:11 36:21 37:5
  45:7,19 65:20
  94:6 104:2 121:5
  121:20 122:15
  128:15 129:8,22



135:20 147:12
158:8 164:20
170:18 175:17
176:14 190:12
**taken** 6:13
**takes** 109:2 160:6
**talent** 25:19 36:5
71:23 97:22
129:12,15
138:13
**talk** 13:3 20:14
22:1 23:1 26:4
26:21 32:12
36:21 37:21 38:1
39:23 41:19 70:7
76:21 81:18 84:1
88:20 93:10
102:9 110:4
113:17 114:21
117:9 119:11
122:11 124:4,13
144:19 151:19
152:7,11 161:11
163:9 168:11,20
169:9 171:8
175:1 178:6
180:2 192:14
**talked** 23:3 26:21
27:6,12 32:14
40:15,16 72:3
86:12 87:17
91:13 111:10
114:12 143:15
144:13 176:17
180:2
**talking** 19:16
22:18 32:8 48:2
70:22 93:24
97:12,20 99:1
104:12,14,24
108:14 117:2
127:15 129:24
132:16 145:21
149:3 163:18

171:9 175:24
176:20 183:23
**talks** 47:15 105:23
**target** 119:1
**targeted** 49:3
119:15,16
**teacher** 13:1 21:17
21:23 72:2 73:16
74:10,15,20,21
75:15 76:3,5,6
76:13,17,19 77:8
79:16,21 80:2,5
80:15,19,22 81:8
81:11 93:12 94:1
94:5 114:22
115:21 116:4,8
120:14 121:7,11
121:16 122:13
122:19 124:8
143:12 144:24
145:5 146:5,9
148:16,23
149:16 173:13
173:19 174:10
174:20,22 175:1
176:22 177:20
177:22,23
180:20 182:5
183:3
**teachers** 16:19
20:12,15 21:20
40:2 49:22 72:10
72:13,20,22
73:10,12,15,22
74:13 75:8 76:12
76:24 77:4 93:13
93:16 94:4 96:24
115:2,5 116:6
121:9 122:4,6,7
122:11 131:4
143:18,20
145:10 168:18
178:4,6 180:21
182:1 183:14

**teaching** 122:14
137:14,15
**team** 25:9 56:4
62:9 71:15
118:14 132:2
139:11 171:14
171:18 173:5
187:16,17
191:10
**technology** 148:2
**teenagers** 126:4
**telephone** 147:19
**tell** 85:13 138:2
176:2 187:24
**ten** 159:20 165:18
**tenth** 113:24
**terms** 28:23 29:11
32:18 43:4 45:9
46:7 47:16 50:19
71:9 72:8 74:10
74:23 75:3,15
77:20 82:2 84:1
91:15 102:12
103:5 111:11,12
111:15 124:6
139:13 140:18
142:24 145:18
145:20,21
149:19 153:17
154:10,16 180:6
188:9
**test** 5:17 6:2 31:18
80:8 150:11
184:15,15,22
**testified** 69:8
**testing** 188:6
189:1
**text** 168:24 195:1
**thank** 2:20 4:20
5:21 6:17 7:2,23
8:1,13,23 10:16
11:14,16 13:18
14:15 15:23,24
17:3,4,6 18:13

18:18 19:11,13
21:1 22:7,11
23:16,17 25:6,11
28:12 35:14
41:23 44:18,21
44:22 55:20 56:1
56:18,19 57:8,14
58:1,12,15 62:13
62:15 64:3,5,8
64:10,12 67:5,6
67:22 69:5 70:15
71:24 79:8,10
92:23,24 95:23
98:7 101:13
103:23 109:20
114:17 115:12
120:7,12 128:3
134:15,18,19
135:13 141:7
147:24 148:4
152:4 156:5
157:24 158:2,10
158:11,12 161:6
172:5 176:14,16
177:16 178:22
179:20 181:10
181:12 182:12
183:8 184:9
185:19,21,23
186:17 190:22
191:9,16,24
193:20 194:6
195:8,11,12,14
195:16,16,18
**thanked** 57:13
**Thanks** 22:6 29:24
79:12 134:3
137:5 147:23
148:4 186:19
**thing** 45:14 46:14
51:4,14 68:23
122:5 123:6
138:10 170:20
171:23

**things** 3:24 8:22
12:3,7 13:8
20:16 25:8 26:20
32:17 33:8 34:8
34:20,23 45:22
53:24 54:13
55:14 61:2 64:19
65:18 67:4 69:6
72:19 75:11
77:18 84:2 91:13
92:5 96:3 100:12
108:14 111:9
112:13 118:2
119:23 121:5
124:5,19 125:4
126:9 127:4
129:16 139:6
151:4 157:20
165:19 166:24
169:10,16 178:2
180:3,19 186:15
**think** 4:5 13:6
15:17 18:2 19:22
20:11 22:12,21
28:4 35:16 36:11
38:18 53:21
61:22 62:4,10
63:18 64:11,17
64:24 65:19 68:4
76:2 77:17,19
78:15 79:17,18
81:6,19,20 84:18
84:20 87:18 93:5
95:12 97:24 98:5
98:19 99:5,23
107:24 108:7
113:16,19 114:3
114:24 115:11
116:1 118:6,8,13
118:21 119:19
122:3,23 128:6
131:11 137:22
138:5,10,17
143:1 144:15



145:19 148:8,14
148:18,23
149:11,16 150:4
150:8 151:7
154:11 155:6
156:21 157:3
159:21 161:15
163:15 166:14
166:23 167:1,4
167:12 168:4,9
168:17,17
170:13,20
171:20 172:19
172:19 173:6,24
174:5,12 175:17
175:24 176:18
178:3 179:19
181:19 184:4,6
184:19 185:6,7,8
185:15,17 186:5
186:10,16 187:3
187:11 188:13
189:3,5 195:6
**thinking** 9:14 14:5
14:10 76:22
123:5 126:13
130:2 156:22
167:3 186:13
188:13 189:22
**thirst** 182:3,4
**Tholen** 2:19,20
5:16 7:12 21:2,3
87:11,12 93:2,3
95:12,19 98:7
178:21,22
**thought** 63:16
66:3 85:24 87:15
123:19 154:23
156:16 161:17
170:16 192:3
**thoughtful** 56:20
**thoughts** 10:5,24
17:8 20:17 23:20
110:20 190:1

**thousand** 96:15
**three** 33:4 97:18
106:3 131:18
140:9 159:22
163:14
**threshold** 129:2
189:15
**thresholds** 129:17
**thrive** 151:2
**thriving** 150:16
**throw** 179:2
**Thursday's**
141:15 146:23
**tier** 69:12 78:13
**tiered** 130:24
167:8
**tiers** 168:6
**tight** 141:20
144:17
**tightly** 143:14
**time** 4:7 7:10 8:16
9:2 11:5 15:2
18:2 20:1 24:1
26:22 28:20 35:5
35:24 36:10 39:5
46:7 48:14 58:7
67:21 76:18,18
77:15 83:10 87:8
90:11 92:20 94:3
96:21 103:15
113:19 120:5
121:12 132:3
135:9 141:17
142:16 143:5
153:16 158:13
158:17 159:4
160:6,9,15 161:2
161:4,20,23,24
162:15,21
164:11,21
165:21,21,21,23
166:3,3,6 168:23
171:1 172:12
173:11 180:23

180:24 183:22
186:15 188:12
191:10 192:4
**timed** 154:20
**timeline** 54:8
140:9 141:13,20
179:19,23 180:5
180:6,9
**timer** 18:14 67:11
**times** 51:2 126:23
135:14 162:20
**timing** 18:16
143:1 152:1
177:12 189:2
**title** 33:3
**TJ** 11:8 12:3 13:9
13:16 16:14 17:2
17:11,13,18 19:9
19:19,21 20:2
21:13 22:14
23:13 25:18 26:1
26:10,18 27:3,6
27:10 28:8,15,18
29:11 30:8 31:12
31:20,23 32:22
34:18 35:23 36:3
36:7,17 38:9
39:7,18 40:8,23
41:10 46:19
48:19 49:24 52:8
52:20,22,23
53:23 56:2,13
59:11 60:7 69:9
70:1,5,16,18,22
72:21 73:5,14,14
75:7 78:2 85:3
85:14 86:15,24
88:9 95:1,7,17
96:4 97:16 101:7
101:9,16 106:2
113:18 117:23
118:1,16 119:9
122:17 124:18
126:10,20

127:10 130:1,3
130:16 131:9,10
131:14,17
135:15 142:13
143:21 149:22
150:8,15,16,22
150:23 151:2,3,4
151:16 152:24
153:12 156:20
157:1,7 168:13
170:7,11 172:17
173:12 174:18
174:23,24 176:3
177:21 178:8
181:17 182:15
182:17 183:12
183:14 185:13
185:14,17
186:10 189:8
191:10
**today** 9:9,13,23
12:20 13:22 17:8
18:8 21:4,14
22:17 23:2 25:21
26:13 27:8 29:18
30:24 32:8 34:14
53:15 59:8 64:22
74:17 81:9 98:22
136:4 141:8
142:4 166:3
190:1 191:12
**today's** 9:19 10:8
11:2 24:15,22
**told** 172:16
**tonight** 194:23
**tool** 145:3
**top** 42:5,8 43:3
45:6,8 68:5,9,21
78:5,12,12
122:13 177:4
180:23
**topic** 10:7 153:19
183:19
**torn** 183:20

**total** 160:15,22,23
**totally** 137:7
194:18
**touring** 127:1
**track** 127:9
**Tracy** 191:20
**traditional** 96:7
**traditionally**
34:11 127:22
**train** 87:14
**trainer** 93:12
**training** 142:8
148:21
**Transcribed** 1:14
**transcript** 196:2
196:19
**Transcription**
1:12
**transfer** 99:20
104:15 105:1,5
105:22 109:6
179:5
**transferring** 109:3
**transitioned**
153:20
**translate** 96:2
**treatment** 35:7
**tremendous** 62:3
71:2
**trends** 114:5,6
130:13
**trouble** 178:12
**troubling** 62:8
**true** 74:12 196:3
**truly** 84:21 90:10
153:14
**truths** 18:2
**try** 46:10 75:18
77:12 89:17
135:2,4 186:2,2
186:12 187:17
**trying** 15:2 75:14
77:7 84:22 85:20
105:19 117:18



157:18 173:2
175:19 186:8
193:13
**tune** 128:2
**turn** 8:17 24:23
25:2 28:3 53:7
57:6 79:1 147:12
158:5 170:17
**turning** 3:4 161:10
**tweaking** 138:6
**twenty** 175:21
**twice** 96:7
**two** 3:23 4:6 8:14
9:9 10:3,17,19
12:5 20:11 25:24
26:14,16 27:14
30:22 31:2 36:22
37:2,11 39:3
42:21,24 45:5
46:13 69:12
74:15 78:22
81:16 96:15
97:18 108:14
114:7 116:9
118:9 133:12
148:2 150:9
158:18 159:13
159:21 160:9,11
160:12,22,24
162:19 164:3
167:8 189:18
192:7,12
**type** 44:14 46:14
48:6 51:4 109:7
119:10
**types** 48:4 179:14
188:7,8
**typical** 97:19
**typically** 59:10,19
97:15

**U**

**Uh** 194:12
**ultimately** 31:9

71:18
**unapologetic**
23:24
**unbiased** 75:13
**uncompromising**
23:24
**underrepresented**
34:12 36:17
40:23 41:5 49:1
49:2 85:13
149:14
**underrepresenti...**
106:3
**understand** 18:9
38:16 61:21 65:8
71:8 94:10,15
100:2 143:11
144:10 148:19
182:3
**understanding**
24:11 52:20
71:12 74:3 87:18
88:6 182:20
**undesignated**
108:7,10
**undetermined**
162:10
**unfiltered** 80:19
**unfolds** 41:19
**unintentionally**
85:20 148:10
**unique** 40:11
**universal** 188:24
189:13
**universalizing**
24:4
**universities** 16:11
16:13 172:24
**university** 34:1,3
34:4
**unknown** 48:15
**unlimited** 91:2
**unquote** 154:8
**unrepresented**

34:17
**unwavering** 157:5
**unweighted** 38:20
61:12,17 62:11
63:7
**upcoming** 26:18
32:9 51:12
**upping** 94:11
**USA** 126:8
**use** 77:24 79:14
80:14,17,20
94:19 96:11 97:6
104:20 152:14
154:12,14 161:2
166:12 173:11
175:4 177:22,23
178:1,2 186:8
**usual** 79:14
**usually** 105:6
**utilization** 150:22
**utilizing** 78:6
**UVA** 34:5

**V**

**vacate** 174:8
**valid** 109:1
**valuable** 183:8
**variability** 121:8
**variables** 153:23
**variance** 148:19
**variation** 160:3
**varied** 107:17
**variety** 35:19,23
37:6 46:1 47:12
50:7 52:1 82:1
189:10
**various** 9:15 46:17
73:1 175:8
**verify** 89:14
**versa** 70:4
**versed** 73:22
**verses** 14:6 81:18
87:16 170:23
174:18

**Vice** 70:13
**video** 11:22 12:20
13:21 16:3 19:14
32:15 53:14
58:13,14 67:10
82:14 120:12
134:19 148:1
183:11
**view** 87:24 93:8,10
**viewing** 8:11
**viewpoint** 75:13
**Virginia** 4:23 34:2
**virtual** 48:13,19
139:17,17
**visa** 70:4
**voice** 16:20 20:12
21:18 116:8
**vote** 6:6,9 7:19,23
11:13 31:10
54:10 116:14
143:2 146:23
150:13 161:21
162:22 163:4
164:3
**voted** 80:4,6,7
164:4
**voting** 163:19,20
163:23

**W**

**waiting** 4:5 164:2
183:11
**waiver** 39:20
**walk** 25:4 87:3
**wall** 141:22
**want** 6:5 11:5 13:3
15:5 20:23 21:14
21:17,18 22:3
23:4 24:1 25:11
26:20 27:2 30:1
31:13 38:5,10,15
39:5,10 40:5
41:24 45:15 48:9
48:16 49:10 50:6

53:2 54:6 55:19
56:1,18,19 60:6
60:10 64:20
67:24 70:22 74:5
77:3 78:10,19
85:19 86:13,15
87:13 97:2 99:7
102:4,10 104:4
110:23 113:7,12
115:18 118:23
119:1,7 121:4
124:1 125:1,4,7
125:10,12
126:18,21
127:22 128:6,16
132:14 141:8
147:11 148:9,11
148:22 149:14
158:7,16,20
159:6,20 161:1
161:11 163:11
166:16,22 167:2
169:8 173:15
174:1 175:18,23
176:3,6 177:7
178:18 179:9,18
180:12 181:18
181:22 184:14
189:17 194:19
**wanted** 35:21
45:23 48:21
53:10 66:22,22
94:9 148:7,17
165:19 174:2
193:2,21
**wanting** 63:12
98:17 104:15
**wants** 115:16
179:22
**warning** 92:24
**wasn't** 169:2
**watch** 118:22
**wave** 90:20
**way** 2:7 14:19



15:10 24:7 36:9
37:4 42:1 45:19
48:18 60:4 62:6
71:7,24 77:7,19
83:8 90:16 93:7
99:2,3,6 102:14
103:8 109:11
115:6 121:6,24
145:18 146:16
153:3 157:2
159:3 161:1,4
163:20,22
166:22 170:23
172:17 177:12
187:18 190:7,24
191:6 193:8
**ways** 22:23 46:11
50:11 73:9 80:14
80:21 82:1 94:1
99:7 119:19
121:22 124:14
125:18 128:14
143:23 154:4
173:23 187:14
**we'll** 10:10,11,13
11:17 16:22
23:19 25:4 26:11
32:8 37:7,21
48:15 51:4 55:4
58:4,10 66:5
67:20 71:21
80:23 95:18,22
104:16 115:18
119:3 142:17
163:4 164:6,21
164:22 165:2
166:12 172:8
182:24 191:14
195:7
**we're** 4:5,7 8:17
9:8,24 19:3 20:5
21:10 22:17,17
24:14 25:21 27:8
29:20 31:7 33:6

34:8,14 36:14,20
36:22 39:10
44:15 45:15
47:23 48:10,11
51:22 53:4 54:18
58:3,5 60:5,9
63:2 77:7 81:9
84:22 85:19
87:23 88:2 89:24
90:8,23,24 91:5
91:23 92:7,9,12
92:16 93:22
94:24 97:13,20
98:3 106:17
108:13,20,21
112:23 113:13
114:19 117:18
119:18 123:19
125:19 126:1
127:19 128:2,6
128:12,16
129:20 132:7,19
132:20 133:16
138:6,18 139:1
141:19,21
146:15,22 150:8
150:10,11
152:13 154:3,19
154:21,22
156:23 157:18
158:5,14,15
159:3,18 161:23
162:5,12,16
164:10,13,18
165:22 167:9
169:10,13,16
170:16 177:19
179:4 180:11,16
180:24 181:2,17
182:9 183:19,20
184:13,14 185:7
186:1 187:3
190:7 191:5
192:7 194:10

195:3
**we've** 11:6 14:3,7
16:7 22:21 27:6
32:12 35:22 39:3
41:10,16 45:24
53:20 54:9,24
56:23 57:16 65:5
65:10 68:19 72:3
79:16 87:10
92:18 97:16
106:24 113:20
114:11 121:15
124:22 138:7
175:20,20
176:17 192:6,15
**web** 48:17
**website** 51:8
**weed** 171:15
**week** 27:17 63:23
138:12 140:2
183:22
**weeks** 23:4
**weigh** 95:4,10
125:2 192:23
**weighted** 78:18
**welcome** 11:18
57:3 74:7 93:1
118:11 119:14
127:24 131:21
167:3
**welcomed** 118:4
150:7,15 178:19
**welcoming** 70:19
71:1 110:16
**went** 14:5 32:19
82:8,13,16 132:2
172:1 192:13
**weren't** 39:22
185:2
**whichever** 114:16
**white** 20:7 63:4
110:1 116:20
**wholehearted**
149:20

**wholeheartedly**
16:7 179:1
185:24
**Williams** 171:8,22
**willing** 161:19
**window** 107:4,5
180:18 194:3
**wing** 71:4
**winter** 54:21
**wise** 189:2
**Wonderful** 194:5
**wondering** 120:15
132:5 143:15
**word** 79:15 118:1
118:3
**words** 69:11
**work** 8:19 10:6,6
10:24 26:8 27:12
30:7,24 32:13
38:16 45:12 48:5
48:22 49:10 50:9
55:23 56:16 63:1
64:15 89:19
90:16 106:24
108:3 114:13,14
118:7 121:19
131:22 135:8,24
138:15 139:15
139:18 140:2
143:10 146:4,13
153:15 177:8,9
177:11 183:1
186:2 188:18
191:13 192:5
**worked** 48:1 53:18
81:23 112:14
122:8,10 146:10
**working** 15:6
27:18 34:6 40:1
48:12 49:7,8,12
65:9 71:16
100:24 101:1,5
118:14 119:4
131:13 133:16

134:7 139:19
142:18 168:10
187:15,17
**workload** 94:3
116:5 122:4,5,12
**works** 37:23 178:9
**workstation** 81:9
**world** 17:2
**worries** 10:21,22
125:15
**worry** 85:4,11,15
157:21 193:8
**worth** 93:5 188:5
**wouldn't** 57:21
70:1 86:13
109:11 123:3
124:16 148:5
155:17
**Wow** 165:16
**wrap** 27:9 192:2
**write** 76:15,19
143:21 144:3
145:15 153:18
180:21
**writing** 73:17,23
75:4,9,15 76:24
121:10,12
151:22 153:13
154:17 155:6,12
155:18
**written** 69:9 72:24
145:13,14
155:14 187:10
**wrote** 74:21

---
**X**
---

---
**Y**
---

**yeah** 7:1 32:17
62:24 98:11
104:21 107:23
122:21 123:12
125:6,14,14,24
128:4 132:4



135:3 138:9
160:4 161:6,13
163:2 164:24
166:8 172:3
173:21 182:12
185:23 189:12
191:24
**year** 32:1 55:4,15
59:11 106:17,23
127:16 130:12
139:12 140:9
142:16,20
165:24 172:22
183:24 188:5
189:3
**year's** 127:18
139:16
**years** 23:7 59:20
59:22 66:11 72:8
75:10 79:3 88:5
92:7 111:15
131:18 135:15
136:3 139:3
143:17 145:2,17
153:16,19
175:21 181:4
**yellow** 37:12
**yes/and** 169:22,23
**yield** 11:4 58:20
**young** 39:13
138:14
**younger** 71:3
**Yup** 152:3

_____

**Z**

**Zero** 8:9
**ZIP** 22:20
**Zudalogo(ph)**
56:3

_____

**0**

_____

**1**

**1** 39:1 159:1
**1,1,500** 105:20

**1000** 181:5
**11** 5:24
**12** 6:11
**13,000** 59:1
112:20
**133** 61:12
**14,000** 112:18,20
**15** 66:6 186:21
**150** 45:8
**1500** 181:5
**17th** 9:11 11:13
141:24 143:3
189:19 190:3
**19** 117:20
**1980s** 29:16
**1985** 101:16

_____

**2**

**2** 159:1 161:15
196:16
**2.2-3712D** 4:22
**2.8** 131:16
**2.9** 131:16
**2:06** 8:16
**2000** 59:19 98:4
**2019** 61:18
**2020** 5:2
**2025** 31:13
**21st** 38:8 152:21
**22nd** 135:24
**24** 192:18 193:3
194:2
**2500** 40:7 59:15
59:21 92:8
**25th** 61:3

_____

**3**

**3.0** 63:10 131:9
**3.5** 38:20 61:17
62:11 63:6,11
**30** 44:15 53:11
158:23
**3000** 40:7 59:15
59:23 181:6

**33** 97:23
**35** 97:23
**37** 33:5
**38** 33:5

_____

**4**

**4** 177:23
**4:30** 158:14
**40** 140:6
**4000** 181:6
**4300** 39:16 40:9
58:20 59:3 62:10
**45** 159:2 162:1,5
164:11,15,18
172:7 173:1
178:17
**450** 37:17 42:7
43:18 44:4 69:4
107:11
**480** 41:17
**4th** 6:14

_____

**5**

**5:05** 195:7
**5:15** 9:7 159:4
162:5,20 163:13
163:24 164:11
164:15,19
**5:45** 158:24
162:12,12,21,23
163:8,8,10
164:14
**50** 31:24 41:13
78:5
**500-550** 112:21
**504** 155:24
**550** 37:20 41:12
68:10,21 91:24
92:9 94:11,23
107:11 112:23

_____

**6**

_____

**7**

**7** 5:2

**70** 41:15 44:2 95:2
95:16 107:10
**70/30** 44:2 45:9

_____

**8**

**8** 33:2

_____

**9**

**90** 164:12

