# Exhibit 38

Page 1

```
                                    :

        IN RE:                      :

                                    :

        FAIRFAX COUNTY SCHOOL BOARD   :

                                    :

                                    :

        .............................:
```

```
        ....................................................

                        AUDIO TRANSCRIPTION OF

            ELECTRONIC RECORDING OF VIRTUAL REGULAR MEETING

                        DECEMBER 17, 2020


        ....................................................

        AUDIO FILE DOWNLOAD LINK:

        https://www.youtube.com/watch?v=1EjeA3EUzoY          00:00:00

        https://spaces.hightail.com/receive/1SN9QStDBL       00:00:04


        AUDIO FILE TITLED:

        FCPS School Board Meeting 12-17-2020.mp4             00:00:10

        ....................................................


           TRANSCRIPTIONIST:  Mary C. Dopico, CSR, RPR, CRR  00:00:28
```



```
                                                          Page 2
 1   (Audio file titled:

 2   FCPS School Board Meeting 12-17-2020.mp4.)

 3

 4   CHAIRWOMAN ANDERSON:  Ms. McLaughlin?     00:00:41

 5   MS. McLAUGHLIN:  I'm here.                00:00:57

 6   CHAIRWOMAN ANDERSON:  Thank you.          00:01:36

 7            Ms. Meren?                       00:02:23

 8   MS. MEREN:  Good evening.  Yes, ma'am.    00:02:32

 9   CHAIRWOMAN ANDERSON:  Good evening.       00:03:23

10            Ms. Sizemore Heizer.            00:03:24

11   MS. SIZEMORE HEIZER:  I'm here.           00:03:29

12   CHAIRWOMAN ANDERSON:  Thank you, ma'am.   00:03:31

13            Ms. Tholen?                      00:03:33

14            (No response.)

15            Not yet.                         00:03:40

16            Ms. Derenak Kaufax?             00:03:42

17   MS. DERENAK KAUFAX:  Good evening.        00:03:44

18   CHAIRWOMAN ANDERSON:  Ms. Corbett Sanders? 00:03:46

19   MS. CORBETT SANDERS:  I'm here.           00:03:53

20   CHAIRWOMAN ANDERSON:  Thank you.          00:03:56

21            Ms. Keys Gamarra?               00:03:57

22   MS. KEYS-GAMARRA:  I'm here.              00:03:59

23   CHAIRWOMAN ANDERSON:  Ms. Pekarsky?       00:04:04

24            (No response.)

25            Ms. Omeish?                      00:04:08
```



Page 3

| | | |
|---|---|---|
| 1 | MS. OMEISH:  Here. | 00:04:11 |
| 2 | CHAIRWOMAN ANDERSON:  Ms. Cohen? | 00:04:13 |
| 3 | MS. COHEN:  Here. | 00:04:17 |
| 4 | CHAIRWOMAN ANDERSON:  Mr. Frisch? | 00:04:18 |
| 5 | MR. FRISCH:  Here. | 00:04:23 |
| 6 | CHAIRWOMAN ANDERSON:  Ms. Tholen? | 00:04:25 |
| 7 | (No response.) | |
| 8 | CHAIRWOMAN ANDERSON:  I don't see her here. | 00:04:31 |
| 9 | And Ms. Pekarsky? | 00:04:32 |
| 10 | MS. PEKARSKY:  I am here, thank you. | 00:04:35 |
| 11 | CHAIRWOMAN ANDERSON:  Ms. Tholen, last call? | 00:04:37 |
| 12 | (No response.) | |
| 13 | Okay.  And Mr. Onibudo? | 00:04:43 |
| 14 | MR. ONIBUDO:  I'm here. | 00:04:49 |
| 15 | CHAIRWOMAN ANDERSON:  Good evening. | 00:04:50 |
| 16 | Ms. Mulberg, maybe if we just reach | 00:04:51 |
| 17 | out to Ms. Tholen. | 00:04:54 |
| 18 | MS. MUHLBERG:  Okay. | 00:04:56 |
| 19 | CHAIRWOMAN ANDERSON:  Thank you so much. | 00:04:56 |
| 20 | This the December 17th, 2020, | 00:04:59 |
| 21 | regular meeting of the Fairfax County | 00:05:03 |
| 22 | School Board will now come to order.  I | 00:05:05 |
| 23 | have already taken roll. | 00:05:08 |
| 24 | Please rise as our student | 00:05:09 |
| 25 | representative, Nathan Onibudo, leads us | 00:05:11 |



Page 4

```
 1        in reciting the Pledge of Allegiance,      00:05:14
 2        followed by a moment of silence.           00:05:16
 3              Mr. Onibudo.                          00:05:22
 4   MR. ONIBUDO:  I pledge allegiance to the flag   00:05:22
 5        of the United States of America, and to    00:05:28
 6        the Republic for which it stands, one      00:05:30
 7        Nation, under God, indivisible, with       00:05:32
 8        liberty and justice for all.               00:05:33
 9              Thank you.                            00:05:39
10   CHAIRWOMAN ANDERSON:  Now we will take a        00:05:43
11        moment of silence.                         00:05:44
12              (Moment of silence.)
13              Thank you all.                        00:06:22
14              Studio, I just want to be sure that  00:06:24
15   we do not have any sound issues.  The live      00:06:26
16        stream, I was just informed that there may 00:06:29
17        be some concerns with sound on the live    00:06:31
18        stream.                                     00:06:35
19              So, studio, please confirm.           00:06:35
20              (No response.)
21   CHAIRWOMAN ANDERSON:  Ms. Mulberg, do we have   00:06:44
22        studio with us?                            00:06:46
23   MS. MUHLBERG:  Yes, we do.                       00:06:48
24   CHAIRWOMAN ANDERSON:  Can we confirm that       00:06:50
25        there's sound on the live stream?          00:06:51
```



Page 5

```
 1    MS. MUHLBERG:  I will do that offline.  Thank   00:06:53
 2       you.                                         00:06:55
 3    CHAIRWOMAN ANDERSON:  Thank you so much.        00:06:55
 4           Ms. Tholen, I see that you are with      00:06:58
 5       us.  Please check your microphone.           00:07:00
 6    MS. COHEN:  Sorry.  I'm here.  I'm having        00:07:06
 7       connection issues.                           00:07:07
 8    CHAIRWOMAN ANDERSON:  No.  I thought it was      00:07:09
 9       Ms. Tholen who just came in.  Not            00:07:10
10       Ms. Cohen, because I had you already         00:07:12
11       listed.  She may --                          00:07:15
12           Ms. Tholen?                              00:07:17
13    MS. THOLEN:  I'm here.                           00:07:21
14    CHAIRWOMAN ANDERSON:  Thank you so much.        00:07:23
15           At this point we'll move to item         00:07:25
16       2.02, certification of closed meeting        00:07:28
17       compliance.                                   00:07:30
18           In order to comply with Section          00:07:31
19       2.2-3712(D) of the Code of Virginia it is    00:07:35
20       necessary for the board to certify that      00:07:37
21       since the Fairfax County School Board        00:07:39
22       convene a closed meeting on December 17,     00:07:41
23       2020, and to the best of each member's       00:07:43
24       knowledge only public business matters       00:07:46
25       lawfully exempted from open meeting          00:07:49
```



Page 6

```
 1        requirements and only such public business  00:07:51
 2        matters as were identified in the motion    00:07:53
 3        convening the closed meeting were heard,     00:07:56
 4        discussed or considered by the board         00:07:58
 5        during the closed meeting.                   00:08:00
 6             Thank you, Ms. Omeish, for moving;      00:08:01
 7        and I see a second by Ms. Derenak Kaufax.    00:08:03
 8             All in favor?                           00:08:08
 9             Ms. Omeish, Ms. Derenak Kaufax,         00:08:10
10        Mr. Frisch, Ms. Meren, Ms. Pekarsky,         00:08:12
11        Ms. Cohen, Ms. Keys-Gamarra, Ms. Sizemore   00:08:15
12        Heizer, Ms. McLaughlin, Ms. Corbett          00:08:18
13        Sanders, and myself and that is 11.  Thank   00:08:20
14        you.                                         00:08:27
15             All opposed?                            00:08:28
16             Seeing none, any abstentions?           00:08:38
17             Ms. Tholen, I'm so sorry, I did not     00:08:42
18        record a vote for you.                       00:08:44
19             Is she having connection issues?        00:08:51
20             Thank you, Ms. Tholen.  In favor.  I    00:08:54
21        appreciate that.                             00:08:56
22             Okay.  Thank you so much.               00:08:58
23             At this time I will call on             00:08:59
24        Mr. Onibudo for an announcement.             00:09:01
25             Mr. Onibudo?                            00:09:03
```



Page 7

```
1    MR. ONIBUDO:  Thank you, Dr. Anderson.      00:09:08
2         National Mentoring Month, January 2021.   00:09:12
3         National Mentoring Month highlights      00:09:15
4         mentoring and the positive impact it can 00:09:16
5         have on young lives.  This month-long     00:09:18
6         outreach campaign focuses national       00:09:21
7         attention on the need for mentors as well 00:09:22
8         as how each of us individuals,           00:09:25
9         businesses, government agencies, schools, 00:09:27
10        faith communities and non-profits can     00:09:29
11        work together to increase the number of   00:09:32
12        mentors and ensure brighter futures for   00:09:33
13        our young people.  Positive relationships 00:09:36
14        between mentors and their mentees have    00:09:39
15        been shown to encourage young people to   00:09:41
16        stay in school, achieve personal growth,  00:09:42
17        believe in themselves and live up to      00:09:45
18        their potential.                          00:09:47
19             We have a tremendous need for        00:09:48
20        mentors at all levels of FCPS.  If you    00:09:49
21        would like to learn more about how you can 00:09:53
22        mentor a student, please visit FCPS.EDU   00:09:54
23        and search "be a mentor."  Make a         00:09:58
24        difference in a child's life today.       00:10:00
25             Thank you.                           00:10:02
```



MAGNA
LEGAL SERVICES

Page 8

```
 1   CHAIRWOMAN ANDERSON:   Thank you, Mr. Onibudo.   00:10:05
 2             The next order of business is         00:10:07
 3   citizen participation.  Speakers are            00:10:08
 4   requested to limit remarks to not more          00:10:10
 5   than three minutes.                             00:10:13
 6             The school board will not hear         00:10:14
 7   statements involving issues that have been      00:10:15
 8   scheduled for public hearings, such as          00:10:18
 9   capital improvement program, budget and         00:10:20
10   boundaries.  Speakers should only address       00:10:22
11   new business, action items or resolutions       00:10:25
12   as listed on the meeting agenda.                00:10:27
13             Complaints regarding individual       00:10:30
14   students or school-based employees should       00:10:31
15   be directed to the appropriate school           00:10:33
16   principal or other school official.             00:10:35
17             Speakers should refrain from using    00:10:38
18   personally identifiable information in          00:10:40
19   connection with an individual student and       00:10:42
20   are expected to deliver their comments          00:10:44
21   with the decorum and respect appropriate        00:10:46
22   to the conduct of the public indi- --           00:10:49
23   appropriate to the conduct of the public's      00:10:51
24   business.                                       00:10:54
25             In-person speakers should --  Well,   00:10:54
```



Page 9

| | | |
|---|---|---|
| 1 | we have no in-person speakers for this | 00:10:56 |
| 2 | afternoon. | 00:10:59 |
| 3 | Tonight, ten citizens have signed up | 00:10:59 |
| 4 | to address the board and we will also have | 00:11:01 |
| 5 | three video testimonies.  Our clerk, | 00:11:03 |
| 6 | Ms. Mulberg, will call the speakers. | 00:11:06 |
| 7 | Ms. Mulberg. | 00:11:08 |
| 8 | MS. MUHLBERG:  Our first speaker is Kimberly | 00:11:10 |
| 9 | Adams. | 00:11:17 |
| 10 | MS. ADAMS:  Good evening.  Can you hear me? | 00:11:19 |
| 11 | MS. MUHLBERG:  Yes, we can.  Go ahead, please. | 00:11:22 |
| 12 | MS. ADAMS:  My name is Kimberly Adams, and I'm | 00:11:24 |
| 13 | speaking as the president of the Fairfax | 00:11:26 |
| 14 | Education Association, a union | 00:11:27 |
| 15 | representing all classifications of | 00:11:30 |
| 16 | employees in FCPS. | 00:11:32 |
| 17 | Tonight, this board has many action | 00:11:33 |
| 18 | items on the agenda; and we appreciate | 00:11:35 |
| 19 | that the work does not stop as we continue | 00:11:38 |
| 20 | to move throughout this pandemic. | 00:11:40 |
| 21 | Our union remains committed to | 00:11:42 |
| 22 | working with you through so many of these | 00:11:43 |
| 23 | deeper issues within our system. | 00:11:45 |
| 24 | As the superintendent says, we may | 00:11:48 |
| 25 | not always agree.  There are certainly | 00:11:50 |



Page 10

```
 1        details, approaches and strategies        00:11:52
 2        utilized during this pandemic which we    00:11:54
 3        have had our disagreements with, but we   00:11:56
 4        are all working together to maintain      00:11:58
 5        safety and articulate our concerns.       00:11:59
 6             We appreciate that the               00:12:02
 7        superintendent and his leadership team    00:12:03
 8        have been more responsive to daily        00:12:05
 9        inquiries, information-sharing, and       00:12:07
10        two-way communication in recent weeks.    00:12:09
11             We will continue to partner in good  00:12:11
12        faith with the superintendent whenever we 00:12:13
13        can to find common ground as his contract 00:12:14
14        is extended through the next school year. 00:12:17
15             The FEA continues to impress on this 00:12:19
16        board that we must move forward with      00:12:21
17        safety and prudence as the vaccination is 00:12:23
18        just on the horizon.  Our union knows that 00:12:26
19        our students' best learning and our       00:12:29
20        staff's best work happens in person; but  00:12:31
21        it is truly not safe yet.                 00:12:34
22             The data trends indicated on the     00:12:36
23        pandemic dashboard for schools show that  00:12:38
24        we have continued to exceed the metrics by 00:12:40
25        far for most groups to be in person.  We  00:12:43
```



Page 11

| | | |
|---|---|---|
| 1 | still believe the groups 1 and 2 should | 00:12:46 |
| 2 | not return until metric thresholds are | 00:12:48 |
| 3 | delineated for both groups. | 00:12:50 |
| 4 | While we appreciate that they will | 00:12:52 |
| 5 | be virtual for the first week after the | 00:12:54 |
| 6 | break, it is critical that those staff | 00:12:55 |
| 7 | will be offered the vaccination before | 00:12:58 |
| 8 | being forced to return. | 00:13:00 |
| 9 | The FEA believes that we should | 00:13:02 |
| 10 | pause the return-to-school's timeline | 00:13:04 |
| 11 | until all staff are offered the | 00:13:05 |
| 12 | vaccination.  This will ensure that we do | 00:13:07 |
| 13 | not overload our system and increase the | 00:13:09 |
| 14 | viral spread in our community.  We should | 00:13:12 |
| 15 | wait just a few more months -- and we know | 00:13:14 |
| 16 | it will be months, not years -- but as | 00:13:16 |
| 17 | long as it takes to protect everyone. | 00:13:19 |
| 18 | This is the only prudent course of action. | 00:13:21 |
| 19 | After the vaccine is more widely | 00:13:24 |
| 20 | available and the community is protected, | 00:13:25 |
| 21 | we expect that our COVID infection rates | 00:13:27 |
| 22 | will drop.  It is at that point that the | 00:13:29 |
| 23 | community spread will be slowed and | 00:13:31 |
| 24 | eventually eliminated and thus protecting | 00:13:33 |
| 25 | our schools. | 00:13:35 |



Page 12

```
 1              The FEA will stand with this board,    00:13:36
 2         this administration, as we encourage        00:13:38
 3         everyone to learn about the vaccine, take   00:13:40
 4         time to educate yourself and get            00:13:43
 5         vaccinated when it is available to you.     00:13:45
 6              Thank you for your time.               00:13:47
 7    CHAIRWOMAN ANDERSON:  That you think very        00:13:50
 8         much, Ms. Adams.                            00:13:51
 9              Ms. Mulberg, I am going to interrupt   00:13:52
10         here for a second because we're still       00:13:54
11         getting reports that our community is not   00:13:56
12         able to hear the goings-on of the meeting   00:13:59
13         at this point; and so I would like to take  00:14:02
14         a five-minute pause for us to collect --    00:14:05
15         for us to connect with IT to ensure that    00:14:08
16         the public is able to engage in this        00:14:11
17         meeting, since many are following on a      00:14:13
18         live stream.                                00:14:16
19              So we will take a five-minute pause,   00:14:18
20         everyone, so we can remedy this situation.  00:14:19
21         Thank you.                                  00:16:39
22              (Five-minute break.)
23    MR. SMITH:  Test.  Test.  Can anyone hear me?    00:17:27
24    FEMALE VOICE:  Yeah.  We can hear you, Marty.    00:17:30
25    CHAIRWOMAN ANDERSON:  Yes, Mr. Smith.            00:17:32
```



MAGNA
LEGAL SERVICES

Page 13

```
 1    MALE VOICE:  I can hear you, Marty.         00:17:33
 2    CHAIRWOMAN ANDERSON:  We're taking a recess,  00:17:35
 3        since the public is not able to hear on   00:17:36
 4        the live stream.  There seems to be a     00:17:39
 5        sound issue, so we're taking a -- a pause 00:17:40
 6        until we can get that remedied.           00:17:43
 7    MR. SMITH:  We're checking on that.  I'm      00:17:45
 8        working with Mr. Sethi.                   00:17:47
 9    CHAIRWOMAN ANDERSON:  Oh, thank you.  I didn't 00:17:50
10        realize that.  I'm off.                   00:17:51
11    MR. SMITH:  Okay.  I have heard from a member 00:18:18
12        of the community that the live stream may 00:18:19
13        be working now; but we are checking on    00:18:22
14        that to make sure.                        00:18:25
15            So I know that the crew is            00:19:07
16        troubleshooting and I am also getting     00:19:33
17        reports from many folks in the community  00:19:35
18        that the sound and the transmission seems 00:19:38
19        to be working now.                        00:19:41
20    CHAIRWOMAN ANDERSON:  Okay.  Thank you very   00:19:43
21        much, Mr. Smith.  So at this point we     00:19:44
22        will proceed with our second speaker.     00:19:46
23    MS. CORBETT SANDERS:  Dr. Anderson --         00:19:48
24    CHAIRWOMAN ANDERSON:  Ms. Mulberg --          00:19:49
25    MS. CORBETT SANDERS:  Dr. Anderson?           00:19:50
```



```
                                                     Page 14
 1    CHAIRWOMAN ANDERSON:  Yes, Ms. Corbett        00:19:51
 2       Sanders?                                   00:19:53
 3    MS. CORBETT SANDERS:  I just received a text  00:19:53
 4       message from my husband saying they had    00:19:55
 5       no sound on the live stream.               00:19:57
 6    CHAIRWOMAN ANDERSON:  And that's what I was   00:20:02
 7       receiving before we recessed; but I        00:20:03
 8       believe Mr. Smith said there are some      00:20:07
 9       parts that are getting sound.              00:20:10
10          Mr. Smith?                              00:20:13
11    MR. SMITH:  So we are -- we are checking, and 00:20:14
12       I'm getting text messages from across the  00:20:15
13       system that are saying that -- that the    00:20:18
14       TV is now working.                         00:20:21
15          So, again, we are checking -- the       00:20:22
16       crews are checking internally on the       00:20:25
17       issues.                                    00:20:29
18    CHAIRWOMAN ANDERSON:  Are we free to proceed? 00:20:30
19       Do we have enough --  Do we have the       00:20:31
20       public having access to the live stream?   00:20:33
21       That's my question.                        00:20:35
22    MS. CORBETT SANDERS:  My husband doesn't have 00:20:38
23       the sound on the live stream.  That's      00:20:39
24       what I'm letting you know.  It's not on     00:20:41
25       television.                                00:20:43
```



Page 15

```
 1   CHAIRWOMAN ANDERSON:  So we don't have that on  00:20:44
 2        the live stream, Mr. Smith.  If we can    00:20:46
 3        troubleshoot that, we'll recess for       00:20:47
 4        another few minutes --                    00:20:49
 5   MR. SMITH:  We --                              00:20:51
 6   CHAIRWOMAN ANDERSON:  -- so that that can --   00:20:51
 7   MR. SMITH:  There may be some issues with our  00:20:53
 8        providers.                                00:20:57
 9   CHAIRWOMAN ANDERSON:  Okay.  How about we take 00:20:58
10        another few minutes for you to follow up  00:21:00
11        on that?                                  00:21:51
12             (Break.)
13   CHAIRWOMAN ANDERSON:  Ms. Adams, just to       00:22:14
14        respond to your question, we will have    00:22:16
15        you provide your speech again once we     00:22:18
16        have all of our systems working and       00:22:21
17        operational.  Thank you.                  00:22:24
18             (Break.)
19   CHAIRWOMAN ANDERSON:  Okay.  Getting some      00:23:29
20        feedback that there is now sound.         00:23:31
21             Ms. Corbett Sanders, would you mind  00:23:33
22        doing a quick check again at your home?   00:23:35
23   MS. CORBETT SANDERS:  Let me run downstairs to 00:23:38
24        where my husband is and check.  Hold on.  00:23:39
25   CHAIRWOMAN ANDERSON:  And we will start again  00:23:50
```



Page 16

```
 1        with speaker one.  So, Ms. Adams, you      00:23:51
 2        will be back up again.                     00:23:54
 3             (Pause.)
 4   MALE VOICE:  It --  It's working at our house, 00:24:33
 5        Chairman Anderson.  I just did a check     00:24:35
 6        here with my -- with my spouse.            00:24:37
 7   MALE VOICE 2:  And live streaming is working    00:24:40
 8        from my home as well.                      00:24:42
 9   CHAIRWOMAN ANDERSON:  Okay.  Thank you so very  00:24:44
10        much.                                      00:24:46
11             Ms. Mulberg, let's go ahead and call  00:24:46
12        the first speaker, so she can be --        00:24:49
13   MS. MUHLBERG:  Our first speaker --  Our first  00:24:51
14        speaker is Kimberly Adams.                 00:24:53
15   MS. ADAMS:  Good evening again.  My name is     00:24:57
16        Kimberly Adams and I'm speaking as the     00:24:59
17        president of the Fairfax Education         00:25:00
18        Association, a union representing all      00:25:02
19        classifications of employees in FCPS.      00:25:04
20             Tonight this board has many action    00:25:07
21        items on the agenda and we appreciate that 00:25:09
22        the work does not stop as we continue to   00:25:11
23        move through this pandemic.                00:25:13
24             Our union remains committed to        00:25:15
25        working with you through so many of the    00:25:16
```



Page 17

```
 1        deeper issues within our system.        00:25:18
 2              As the superintendent says, we may 00:25:21
 3        not always agree.  There are certainly  00:25:22
 4        details, approaches and strategies      00:25:25
 5        utilized during this pandemic that we have 00:25:26
 6        had our disagreements with; but we are all 00:25:28
 7        working together to maintain safety and 00:25:31
 8        articulate our concerns.                00:25:33
 9              We appreciate that the            00:25:35
10        superintendent and his leadership team  00:25:36
11        have been responsive to daily inquiries, 00:25:38
12        information-sharing, and two-way        00:25:40
13        communication in recent weeks.  We will 00:25:42
14        continue to partner in good faith with the 00:25:44
15        superintendent whenever we can to find  00:25:46
16        common ground as his contract is extended 00:25:48
17        through the next school year.           00:25:51
18              The FEA continues to impress on this 00:25:53
19        board that we must move forward with    00:25:55
20        safety and prudence as the vaccine is just 00:25:57
21        upon the horizon.  Our union knows that 00:25:59
22        our students' best learning and our     00:26:01
23        staff's best work happens in person; but 00:26:03
24        it is truly not safe yet.               00:26:06
25              The data trends indicated on the  00:26:09
```



Page 18

```
 1        pandemic dashboard for schools show that    00:26:11

 2        we have continued to exceed the metrics by  00:26:13

 3        far for so many groups to be in person.     00:26:15

 4        We still believe that groups 1 and 2        00:26:19

 5        should not return until metric thresholds   00:26:21

 6        are delineated for both groups.             00:26:23

 7             While we appreciate that they will     00:26:25

 8        be virtual for the first week after break,  00:26:27

 9        it is critical that those staff will be     00:26:29

10        offered the vaccination before being        00:26:31

11        forced to return.                           00:26:33

12             FEA believes that we should pause      00:26:35

13        the return-to-school's timeline until all   00:26:37

14        staff are offered the vaccine.  This will   00:26:39

15        ensure that we do not overload our system   00:26:41

16        and increase the viral spread in our        00:26:44

17        community.  We should wait just a few more  00:26:45

18        months -- and we know it will be months     00:26:48

19        and not years -- but as long as it takes    00:26:50

20        to protect everyone.  This is the only      00:26:52

21        prudent course of action.                   00:26:55

22             After the vaccine is widely            00:26:57

23        available and the community is protected,   00:26:58

24        we expect our COVID infection rates will    00:27:00

25        drop.  It is at that point the community    00:27:02
```



MAGNA
LEGAL SERVICES

```
                                                   Page 19
 1         spread will be slowed and eventually    00:27:05

 2         eliminated, protecting our schools.     00:27:06

 3              The FEA will stand with this board  00:27:09

 4         and administration as we encourage      00:27:11

 5         everyone to learn about the vaccine, take 00:27:13

 6         time to educate yourself, and get       00:27:16

 7         vaccinated when it is available to you.  00:27:18

 8              Thank you for your time.           00:27:21

 9   MS. MUHLBERG:  Thank you.  Our next speaker is 00:27:24

10       Asra Nomani.                              00:27:25

11   MS. NOMANI:  Hi there.  My name is Asra       00:27:27

12       Nomani.  I came to you almost six months  00:27:29

13       to the day, I introduced myself to you, I 00:27:32

14       told you that I am a mother, I'm an       00:27:35

15       immigrant from India, I'm a single mom to 00:27:37

16       a TJ student, and I came to you with      00:27:41

17       sincerity in my heart; but little did I   00:27:43

18       know that just the day before a teacher   00:27:46

19       at TJ had sent an e-mail to our school    00:27:49

20       principal telling her that the school and 00:27:53

21       the staff had to strike while the iron    00:27:56

22       was hot.  Now what did they have to       00:27:59

23       strike on?  They had to strike on our     00:28:01

24       school.                                   00:28:05

25              Tonight you are about to destroy TJ. 00:28:06
```



Page 20

```
 1          You're about to use our school as an        00:28:11
 2          example of what you can pursue when you      00:28:16
 3          have an activist agenda.                     00:28:19
 4              Since the pandemic, you have failed      00:28:22
 5          our students.  You have failed our           00:28:26
 6          families.  You have failed our faculty and   00:28:28
 7          our community.  Over these six months and    00:28:31
 8          after 800 pages of a FOIA that showed the    00:28:35
 9          e-mails and the traffic I've been able to    00:28:40
10          discover that, in fact, the fix was in.      00:28:42
11          The school principal, activist alumni,       00:28:47
12          school board members, our secretary of       00:28:50
13          education had all put a target on TJ and     00:28:53
14          its students.                                00:28:57
15              You knew that there was a diversity      00:28:59
16          report that you had to put forward in        00:29:01
17          October.  It was stated very clearly to      00:29:04
18          Jeremy Shughart that this was a very         00:29:08
19          simple report; that it wouldn't even         00:29:10
20          require school board approval.  And Scott    00:29:13
21          Brabrand responded to a town hall question   00:29:16
22          recently and said:  What changed?  And he    00:29:20
23          said it was George Floyd.  It was the        00:29:24
24          social justice movement that changed his     00:29:26
25          heart and soul and that made him want to     00:29:30
```



Page 21

```
 1        change and radically upend admissions to    00:29:33
 2        TJ.
 3             So all summer, the education           00:29:38
 4        secretary, the school principal, Karen      00:29:41
 5        Keys-Gamarra, a student, school officials   00:29:43
 6        across our count -- across our county and   00:29:48
 7        state worked behind the scenes to change    00:29:50
 8        admissions.                                 00:29:54
 9             By August a Virginia Department of     00:29:55
10        Education official wrote to the school      00:29:58
11        principal and thanked her for her openness  00:30:00
12        on admissions changes, including a          00:30:03
13        lottery.  The fix was in.                   00:30:05
14             This is dirty politics.  You have      00:30:08
15        destroyed a school and you're about to do   00:30:11
16        that tonight.                               00:30:13
17             I urge you to stop your actions now.   00:30:14
18        Stop this political corruption.  Stand up   00:30:17
19        for the students that you have forgotten    00:30:20
20        and remember your commitment to education,  00:30:23
21        not activism.                               00:30:26
22             Thank you.                             00:30:28
23   MS. MUHLBERG:  Thank you.  Our next speaker is   00:30:29
24        Akshay Deverakonda.                         00:30:31
25   MR. DEVERAKONDA:  Hi, good evening.  At last     00:30:36
```



Page 22

| | | |
|---|---|---|
| 1 | week week's TJ work session many board | 00:30:37 |
| 2 | members cited seemingly lower attention | 00:30:39 |
| 3 | rates at the Gwinnett School of Math, | 00:30:40 |
| 4 | Science, and Technology in Georgia as a | 00:30:42 |
| 5 | reason to reject the merit lottery | 00:30:44 |
| 6 | proposal. | 00:30:46 |
| 7 | Afterwards I did my own research and | 00:30:47 |
| 8 | I got current data from the Georgia | 00:30:48 |
| 9 | Department of Education and I want to set | 00:30:50 |
| 10 | the record straight.  The numbers that | 00:30:52 |
| 11 | you-all saw are from three years ago and | 00:30:54 |
| 12 | are only one-year snapshot.  The Gwinnett | 00:30:55 |
| 13 | School was founded in 2007 as a charter | 00:30:58 |
| 14 | school and was modeled after TJ. | 00:31:00 |
| 15 | In 2016 Gwinnett became a magnet | 00:31:02 |
| 16 | school in order to require Algebra I for | 00:31:04 |
| 17 | their lottery and ever since then | 00:31:06 |
| 18 | retention drastically improved.  Freshman | 00:31:08 |
| 19 | retention increased from 66 percent to | 00:31:10 |
| 20 | almost 90 percent and each year keeps | 00:31:13 |
| 21 | going up even with the freshman course | 00:31:15 |
| 22 | load of two in-hearing courses, 10th grade | 00:31:17 |
| 23 | chemistry, and 11th grade physics at once. | 00:31:19 |
| 24 | At the same time the school has a better | 00:31:22 |
| 25 | representation than TJ does. | 00:31:24 |



Page 23

1           Gwinnett County is 32 percent black    00:31:26
2       while the school is 22 percent black.  The 00:31:28
3       county is 33 percent Latinx, while the     00:31:31
4       school is 10 percent Latinx.  And it's     00:31:33
5       hard to argue that this pro-equity         00:31:35
6       approach is anti-Asian.  Gwinnett County's 00:31:37
7       11 percent Asian, while Gwinnett School is 00:31:39
8       46 percent Asian.                          00:31:42
9           What stands out for me is that even    00:31:44
10      when they face challenges, Gwinnett always 00:31:46
11      prioritized equal opportunity.  The school 00:31:48
12      and county leadership never tried to       00:31:51
13      replace the lottery with the holistic      00:31:52
14      review system, that it's clearly failed -- 00:31:53
15      failed for decades to identify qualified   00:31:55
16      students from all groups.                  00:31:57
17          Gwinnett made their merit lottery      00:31:59
18      central and they made it work.  Instead of 00:32:00
19      starting at the top of privilege and       00:32:03
20      access and skimming from there, Gwinnett   00:32:04
21      includes every single group and as one     00:32:06
22      community buy-in for doing so.             00:32:08
23          Gwinnett School fulfills the intent    00:32:11
24      of Virginia governor's schools more than   00:32:12
25      TJ does and more than TJ will under        00:32:14



Page 24

| | | |
|---|---|---|
| 1 | holistic review.  The merit lottery | 00:32:17 |
| 2 | doesn't create competition.  It creates a | 00:32:19 |
| 3 | community of learners.  It recognizes that | 00:32:21 |
| 4 | giftedness cannot be measured or ranked. | 00:32:23 |
| 5 | Every student can be gifted and every | 00:32:26 |
| 6 | student should have an equal chance.  And | 00:32:28 |
| 7 | where has that gotten them?  Number one | 00:32:30 |
| 8 | high school in Georgia every year since | 00:32:32 |
| 9 | 2013, number 12 high school nationwide in | 00:32:34 |
| 10 | 2020, many students to win statewide | 00:32:37 |
| 11 | science and tech competitions, a school | 00:32:39 |
| 12 | that believes students can excel in STEM | 00:32:42 |
| 13 | and also just happen to be poor, and | 00:32:44 |
| 14 | recognizes that the only way not to let | 00:32:46 |
| 15 | privilege outweigh poverty is to, well, | 00:32:49 |
| 16 | not let it.  31 percent of Gwinnett School | 00:32:52 |
| 17 | is on free -- free meals compared to 53 | 00:32:54 |
| 18 | percent for the county. | 00:32:57 |
| 19 | I am not here to change your votes. | 00:32:59 |
| 20 | I know you've made up your minds.  I am | 00:33:01 |
| 21 | here to defend Gwinnett and to clear its | 00:33:03 |
| 22 | name.  They're not a case study of what | 00:33:05 |
| 23 | might go wrong.  They're an example of | 00:33:07 |
| 24 | what will go right when we choose to do | 00:33:09 |
| 25 | the right thing for every student. | 00:33:11 |



```
                                                Page 25
 1            If you vote no on the merit lottery, 00:33:13
 2       then that's your choice.  You know my     00:33:14
 3       position.  Don't do it because you're     00:33:16
 4       given data that didn't show the real      00:33:18
 5       picture and don't do it because you didn't 00:33:20
 6       know how the school with a merit lottery  00:33:22
 7       is growing, thriving and succeeding,      00:33:24
 8       because now you do.                        00:33:27
 9   MS. MUHLBERG:  Thank you.  Our next speaker is 00:33:33
10       Paul Thomas.                               00:33:34
11   MR. THOMAS:  Thank you.  My name is Paul       00:33:37
12       Thomas and I would like to address the    00:33:39
13       issue of TJ's admissions process.  I went 00:33:40
14       to elementary, middle and high school in  00:33:43
15       Fairfax County before going to MIT and    00:33:45
16       GMU.  For --  From 1990 to '96, I taught   00:33:48
17       math and computer science at TJ, and I    00:33:50
18       still work in education as a curriculum   00:33:53
19       developer and consultant.  I was also on  00:33:54
20       your AAP Advisory Committee representing   00:33:57
21       Pat Hines and then Melanie Meren last     00:33:59
22       year.                                      00:34:02
23            When I reflect back on my own         00:34:02
24       journey from kindergarten to 7th grade,   00:34:04
25       it's easy to focus on my pre-Algebra      00:34:06
```



Page 26

| | | |
|---|---|---|
| 1 | teacher, who when asked if I should take | 00:34:08 |
| 2 | 8th grade algebra wrote no with four | 00:34:10 |
| 3 | exclamation points.  But the truth is that | 00:34:12 |
| 4 | none of the kind, competent, FCPS teachers | 00:34:15 |
| 5 | I had for elementary and middle school | 00:34:17 |
| 6 | ever thought to suggest that I should be | 00:34:20 |
| 7 | tested for GT. | 00:34:22 |
| 8 | They never believed I was | 00:34:23 |
| 9 | intellectually worthy of rigor.  They | 00:34:24 |
| 10 | never pushed me.  But I got lucky.  If not | 00:34:27 |
| 11 | for my pushy math teacher mother, my | 00:34:30 |
| 12 | school teacher's implicit biases and low | 00:34:32 |
| 13 | expectations of my capabilities, would | 00:34:34 |
| 14 | have defined an artificially low ceiling | 00:34:36 |
| 15 | for my academic future. | 00:34:38 |
| 16 | I've read a ton of research that | 00:34:41 |
| 17 | leads me to believe that my elementary and | 00:34:42 |
| 18 | middle school story is still playing out | 00:34:44 |
| 19 | for many black and brown students around | 00:34:46 |
| 20 | the country and around Fairfax County. | 00:34:48 |
| 21 | Implicit biases drive low expectations, | 00:34:51 |
| 22 | which lead to low rigor which creates a | 00:34:53 |
| 23 | loop of self-fulfilling prophases. | 00:34:56 |
| 24 | We can help break this loop by | 00:34:58 |
| 25 | giving every qualified student a real shot | 00:35:00 |



Page 27

```
 1        at getting into TJ.  As a result, I      00:35:02
 2        strongly support Dr. Brabrand's merit    00:35:05
 3        lottery proposal.                        00:35:07
 4            When I was teaching at TJ in the     00:35:09
 5        early and mid Nineties, there was much   00:35:11
 6        discussion about how to improve enrollment 00:35:13
 7        for underrepresented groups.  Even then it 00:35:15
 8        was easy to see that the application     00:35:18
 9        process acted as a proxy for privilege.  00:35:19
10            TJ and the school board have tried   00:35:22
11        many strategies over the past three      00:35:24
12        decades for improving equity of          00:35:26
13        opportunity at TJ.  But these strategies 00:35:28
14        have all met with the same lack of       00:35:30
15        efficacy here as they have around the    00:35:32
16        country.                                 00:35:34
17            Enrichment programs and outreach and 00:35:35
18        teacher PD and better level 1 AAP        00:35:37
19        curricula are all important, but they have 00:35:39
20        act -- they haven't actually moved the   00:35:42
21        needle on equity or diversity at TJ.  An 00:35:43
22        increasingly holistic admissions process 00:35:46
23        has definitely not helped.               00:35:49
24            Let's be honest, each iteration of   00:35:51
25        TJ's holistic admissions process is a game 00:35:53
```



Page 28

```
 1        that's been solved.  Families with the      00:35:55
 2        time and money know how to set their        00:35:57
 3        students up for success.  It's like         00:35:59
 4        counting cards while playing blackjack at   00:36:01
 5        a casino.  They count cards for years so    00:36:03
 6        that when they place -- place their bets    00:36:05
 7        late in the game, gives them a massive      00:36:07
 8        advantage over anyone who didn't have the   00:36:09
 9        time or money to play the long game.        00:36:10
10            Yes, the test has always been a big     00:36:13
11        part of the problem; but those of us who    00:36:14
12        have experienced and/or read the research   00:36:16
13        on educators implicit biases have a hard    00:36:18
14        time accepting that more subjectivity is    00:36:21
15        the pathway to equity.                      00:36:24
16            Even keeping a version of the           00:36:26
17        student information sheet and the           00:36:27
18        problem-solving essays would provide        00:36:29
19        opportunities for privilege and biases to   00:36:30
20        have outsized effects on admissions         00:36:33
21        decisions.                                  00:36:36
22            It's important to keep in mind that     00:36:36
23        Dr. Brabrand's proposal up stacks --        00:36:38
24            (Bell ringing - unintelligible)
25            -- requirement reply.                   00:36:40
```



Page 29

```
 1     MS. MUHLBERG:  The speaker's time is now up.  00:36:42
 2        Thank you.                                 00:36:44
 3           Our next speaker is Jun Wang.           00:36:44
 4     MR. WANG:  Can you hear me?  Can you --        00:36:48
 5     MS. MUHLBERG:  Yes.  Go ahead, please.         00:36:51
 6     MR. WANG:  -- hear me?                          00:36:51
 7           Thank you.                               00:36:53
 8     MS. MUHLBERG:  Yes.                             00:36:54
 9     MR. WANG:  The honorable FCPS School Board, I   00:36:55
10        believe you remember your oath as well as   00:36:58
11        the Constitution of the United States,      00:37:00
12        the Constitution of Virginia, and perform   00:37:04
13        your duty faithfully and impartially.       00:37:07
14           Today you will decide on the             00:37:09
15        contract extension for superintendent       00:37:11
16        Dr. -- Dr. Brabrand and I strongly urge     00:37:14
17        you to vote no unanimously.  At the         00:37:17
18        beginning of the pandemic, Dr. Brabrand     00:37:20
19        insisted to keep schools open until the     00:37:23
20        government ordered to close all Virginia    00:37:25
21        schools, even though FCPS closed the        00:37:28
22        longer than other school divisions to       00:37:31
23        prepare, the distant learning started with  00:37:33
24        disaster and ended with unfavorable         00:37:38
25        forecasts for all students in the first     00:37:40
```



Page 30

```
 1     quarter.  The distant learning failure is  00:37:42
 2     (unintelligible) of FCPS systems and the    00:37:46
 3     constant ransomware attacks in the summer,  00:37:50
 4     which put FCPS employees and the FCPS        00:37:53
 5     families in the danger of identity theft.    00:37:56
 6          Student enrollment of this school       00:38:00
 7     year has dropped by 5 percent.  The          00:38:02
 8     student failing rates has doubled in the     00:38:04
 9     first quarter.                               00:38:06
10          Dr. Brabrand has failed repeatedly      00:38:08
11     and consistently; but he has not said a      00:38:11
12     single word to apologize which indicates     00:38:14
13     that he has no intention to reflect on his   00:38:18
14     mistakes or to improve.                      00:38:21
15          More seriously, Dr. Brabrand            00:38:24
16     intentionally lied to the school board       00:38:27
17     about the state mandate and the missed       00:38:29
18     (unintelligible) wasted so much time on      00:38:33
19     his TJ admission (unintelligible) plan,      00:38:35
20     which has no legal basis, no data -- no      00:38:38
21     concrete data support and no convincing      00:38:42
22     investigation and analysis.                  00:38:45
23          For all (unintelligible), honesty is    00:38:48
24     the first principle of education.  The       00:38:50
25     superintendent has made himself the worst    00:38:53
```



Page 31

```
 1        model for students.  The community does    00:38:56
 2        not need his leadership of dishonesty and  00:39:00
 3        mismanagement.                             00:39:04
 4             Since Dr. Brabrand's example was      00:39:05
 5        built on his fraud, the board should       00:39:08
 6        reject it altogether.  You don't need to   00:39:11
 7        (unintelligible) between the two-part      00:39:14
 8        effort Dr. Brabrand proposed; and you      00:39:16
 9        don't have to sacrifice the community.     00:39:19
10        (unintelligible) state recommendations to  00:39:21
11        sacrifice (unintelligible).  You need to   00:39:25
12        stand with the community.                  00:39:27
13             Thank you.                            00:39:30
14   MS. MUHLBERG:  Thank you.  Before I call the    00:39:32
15        next speaker, I'd like to remind speakers  00:39:33
16        that when you're finished, please shut     00:39:35
17        down your camera, and I will mute you.     00:39:37
18             Thank you.                            00:39:38
19   MR. WANG:  Thank you.                           00:39:39
20   MS. MUHLBERG:  Our next speaker is Zia          00:39:40
21        Tompkins.                                  00:39:41
22   MR. TOMPKINS:  Hi.  Good evening, and thank     00:39:44
23        you for the opportunity to speak.          00:39:45
24             I don't really have anything to say   00:39:46
25        to either the board or the administration  00:39:48
```



| | | |
|---|---|---|
| 1 | because the teachers unions seem to run | 00:39:51 |
| 2 | things here.  It's no coincidence that Kim | 00:39:53 |
| 3 | spoke first; so I'll make my remarks on TJ | 00:39:55 |
| 4 | directly to her. | 00:39:57 |
| 5 | I have literally a degree in every | 00:39:59 |
| 6 | letter in STEM.  Despite that, I'm usually | 00:40:01 |
| 7 | the first to say that STEM can't be taught | 00:40:04 |
| 8 | at the expense of the arts, history or | 00:40:06 |
| 9 | literature; or that STEM which certainly | 00:40:09 |
| 10 | can't do which is be a cure for all of | 00:40:12 |
| 11 | society's social inequities. | 00:40:14 |
| 12 | Meritocracy in education must remain | 00:40:17 |
| 13 | our ideal and not social justice ideology. | 00:40:20 |
| 14 | How do I know this?  Here are the words of | 00:40:24 |
| 15 | someone much wiser than I.  "I have a | 00:40:26 |
| 16 | dream that my four little children will | 00:40:30 |
| 17 | one day live in a nation where they will | 00:40:33 |
| 18 | not be judged by the color of their skin | 00:40:35 |
| 19 | or by the content of their character." | 00:40:38 |
| 20 | That was Dr. Martin Luther King. | 00:40:40 |
| 21 | Dr. King didn't say:  I wish my kids | 00:40:43 |
| 22 | grew up in a world where they're | 00:40:45 |
| 23 | automatically judged as disadvantaged or | 00:40:47 |
| 24 | helpless, or as perpetual victims in need | 00:40:49 |
| 25 | of government's charity.  Yet that is | 00:40:53 |



Page 33

```
 1        exactly what you are doing.              00:40:55
 2              You cannot fight racism with more  00:40:57
 3        racism.  You can't do that any more than 00:41:00
 4        you can fight fire with more fire.  You  00:41:03
 5        only burn your house down twice as fast. 00:41:06
 6        And that house is our house.  Our schools.00:41:07
 7        Kids will fail out.  Standards at TJ will 00:41:13
 8        drop.  And if you think a lottery can't be00:41:16
 9        corrupted by the rich or influential, ask 00:41:19
10        yourself this:  Who has the power?  A     00:41:22
11        lottery ticket holder or the one choosing 00:41:25
12        the winning numbers?                      00:41:28
13              This board won't be there forever,  00:41:29
14        nor this administration.  Leave TJ alone. 00:41:31
15        As with the current school closings, I    00:41:36
16        find it sad that I have to remind this    00:41:38
17        audience that FCPS exists to educate our  00:41:41
18        kids.  It isn't a platform to push your   00:41:42
19        personal ideology.  It isn't a source of  00:41:47
20        guaranteed income for fee as members.     00:41:50
21              And every day that goes by, we get  00:41:52
22        closer to the day when some kind of epic  00:41:55
23        tragedy is going to befall one of our     00:41:57
24        students due to these school closings and 00:41:59
25        due to all this crazy ideological         00:42:02
```



Page 34

```
 1      zealotry.  If and when that happens,      00:42:05
 2      nobody is going to blame COVID.  They will 00:42:08
 3      blame FCPS and they will blame you, Kim;   00:42:10
 4      and when they do, then you can tell me to  00:42:14
 5      my face whether collective bargaining or a 00:42:18
 6      four-day school week and a destruction of  00:42:20
 7      this school system was all worth it.       00:42:22
 8          And that's all I got to say.           00:42:29
 9  MS. MUHLBERG:  Our next speaker is Ella        00:42:33
10      Stamera (phonetic).                        00:42:37
11          (No response.)
12  MS. MUHLBERG:  Ella Stamera (phonetic)?        00:42:38
13          (No response.)
14          We'll go to our next speaker,          00:42:41
15      Srilekha Palle.                            00:42:48
16          (No response.)
17  MS. MUHLBERG:  Speaker number eight, Srilekha  00:42:49
18      Palle?                                     00:42:55
19          (No response.)
20          Okay.  Speaker number nine, Michelle   00:42:56
21      Cades.                                     00:43:09
22  MS. CADES:  Good evening.  I'm Michelle Cades, 00:43:10
23      president of the Fairfax County Special    00:43:12
24      Education PTA.                             00:43:14
25          On behalf of our board and members,    00:43:15
```



Page 35

```
 1          my primary message tonight is to say thank    00:43:17
 2          you.  Thank you to --                         00:43:19
 3   MS. PALLE:  Hello.  I'm sorry, I'm Srilekha          00:43:23
 4          Palle.  I was sharing my audio.               00:43:25
 5   MS. MUHLBERG:  Ms. --  The other speaker had         00:43:30
 6          started; so we're going to allow her to       00:43:31
 7          finish, and then we'll call your name         00:43:33
 8          again.                                        00:43:36
 9              Thank you.                                00:43:36
10   MS. CADES:  Can we re-start my time, please?         00:43:37
11   MS. MUHLBERG:  Yes, ma'am.                           00:43:39
12   MS. CADES:  Thanks so much.                          00:43:41
13              Good evening.  I'm Michelle Cades,        00:43:43
14          president of the Fairfax County Special       00:43:44
15          Education PTA.  On behalf of our board and    00:43:46
16          members, my primary message tonight is to    00:43:49
17          say thank you.  Thank you to the members      00:43:51
18          of the school board for listening to us       00:43:53
19          and for pushing for FCPS to develop a         00:43:55
20          solid detailed policy on restraint and        00:43:57
21          seclusion.  Thank you for providing the       00:43:59
22          community with a public hearing to share      00:44:01
23          our stories and our concerns.  Thank you      00:44:03
24          for taking our phone calls and for reading    00:44:06
25          our pages and pages of research and           00:44:07
```



Page 36

| | | |
|---|---|---|
| 1 | feedback. | 00:44:10 |
| 2 | Thank you to Dr. Boyd and her team, | 00:44:11 |
| 3 | new to FCPS in the midst of a pandemic, | 00:44:13 |
| 4 | Dr. Boyd hadn't had much opportunity to | 00:44:16 |
| 5 | get to know us or the depth and breadth of | 00:44:18 |
| 6 | our special education concerns.  We had no | 00:44:20 |
| 7 | idea how she would respond to us; and | 00:44:23 |
| 8 | we've been amazed, impressed, and | 00:44:25 |
| 9 | incredibly appreciative of the degree to | 00:44:27 |
| 10 | which Dr. Boyd took our feedback to heart | 00:44:29 |
| 11 | and built it into the proposed policy. | 00:44:31 |
| 12 | With guidance from Dr. Ross Greene | 00:44:34 |
| 13 | on how to phase out the use of seclusion, | 00:44:35 |
| 14 | recognize the value in ensuring that | 00:44:38 |
| 15 | there's time for the necessary staff | 00:44:39 |
| 16 | training to acquire and apply new skills | 00:44:41 |
| 17 | for crisis prevention and intervention, | 00:44:43 |
| 18 | the three schools that will temporarily | 00:44:46 |
| 19 | continue to permit seclusion account for | 00:44:48 |
| 20 | over 40 percent of all seclusion | 00:44:50 |
| 21 | instances.  But with this new policy in | 00:44:52 |
| 22 | place, we are relieved to know that this | 00:44:54 |
| 23 | practice is coming to an end.  Not as soon | 00:44:56 |
| 24 | as some might like; but, again, we | 00:44:59 |
| 25 | recognize the value in making this a | 00:45:01 |



Page 37

| | | |
|---|---|---|
| 1 | thoughtful and deliberate transition. | 00:45:02 |
| 2 | We delight in the shift in mindset | 00:45:05 |
| 3 | that behavior is a form of communication | 00:45:07 |
| 4 | rather than a skill that needs to be | 00:45:10 |
| 5 | stopped or re-taught.  We celebrate an end | 00:45:11 |
| 6 | to dangerous supine restraint.  We are | 00:45:14 |
| 7 | encouraged by the inclusion of same-day | 00:45:16 |
| 8 | notification to families.  Quick | 00:45:18 |
| 9 | communication is the best practice and | 00:45:20 |
| 10 | helps to build trust and collaboration | 00:45:22 |
| 11 | between families and school staff. | 00:45:24 |
| 12 | We rejoice in a focus on prevention | 00:45:27 |
| 13 | rather than on reaction.  Now we strongly | 00:45:29 |
| 14 | FCPS to make a specific plan to implement | 00:45:33 |
| 15 | this policy.  Use a well-thought-through | 00:45:36 |
| 16 | model.  Think like a business project | 00:45:39 |
| 17 | manager.  Take into consideration all the | 00:45:41 |
| 18 | specific details, such as careful | 00:45:44 |
| 19 | selection of the evidence-based protocol | 00:45:46 |
| 20 | to be used, setting a precise timeline | 00:45:48 |
| 21 | with start and end dates for initial and | 00:45:51 |
| 22 | follow-up trainings at all school sites, | 00:45:52 |
| 23 | centralized direction on how this new | 00:45:56 |
| 24 | system will be taught to staff, deliberate | 00:45:57 |
| 25 | goal-settings to be met in specific time | 00:46:00 |



Page 38

```
 1        intervals for the reduction and phasing    00:46:02
 2        out of the use of restraint and seclusion, 00:46:04
 3        careful planning of staff and financial    00:46:06
 4        resources that are necessary to achieve    00:46:09
 5        these stated goals and deadlines,          00:46:11
 6        transparent public reporting on the number 00:46:13
 7        of restraints and seclusion instances      00:46:16
 8        occurring, whether -- and whether the      00:46:18
 9        roll-out reduction targets are being met.  00:46:20
10        And, finally, a plan for ongoing oversight 00:46:22
11        and review.                                00:46:24
12            Again, SEPTA thanks you very much      00:46:26
13        for your partnership and for all of your   00:46:27
14        work on this policy.                       00:46:29
15   MS. MUHLBERG:  Thank you.  Our next speaker     00:46:33
16        now is Ms. Srilekha Palle.                 00:46:35
17            I'm afraid you're on mute, ma'am.      00:46:42
18   MS. PALLE:  Thank you to the school board       00:46:48
19        members and for everyone for -- present;   00:46:49
20        and I apologize to the previous speaker    00:46:51
21        for interrupting.                          00:46:54
22            I am Srilekha Palle, mom of a          00:46:55
23        middle-schooler and a healthcare           00:46:56
24        professional by background.  I am totally  00:46:58
25        distressed over the dirt of black and      00:47:00
```



Page 39

```
 1        Hispanic students at TJ as much as you     00:47:02
 2        are, if not more.  Of course, I also must  00:47:06
 3        admit that I'm equally troubled that the   00:47:08
 4        slapping of the Band-Aid solution by the   00:47:09
 5        school board members and the               00:47:12
 6        administration that will erode TJ's        00:47:14
 7        merit-based admission standards.  I'm also 00:47:16
 8        appalled, I must admit, and do not         00:47:19
 9        (unintelligible) blame for the racial      00:47:20
10        disparities on the TAS step.  TAS is the   00:47:22
11        cornerstone of the objectivity measure.    00:47:25
12        Anybody that has been in the United States 00:47:27
13        for as long as I have been here            00:47:30
14        understands that TAS is the cornerstone    00:47:31
15        for any objectivity measure.               00:47:34
16            Before I dwell any further, I also     00:47:36
17        urge you to be self-reflective and ask     00:47:39
18        yourself the same questions.  Do you have  00:47:41
19        the will as a school board administration  00:47:43
20        and just as an administration in general   00:47:45
21        to reject the false binary of racial       00:47:48
22        diversity versus competitive academy and   00:47:50
23        embrace the solutions that build the       00:47:53
24        robust (unintelligible) of                 00:47:55
25        highly-qualified black and Hispanic        00:47:57
```



Page 40

```
 1        brilliant students?  Why have millions of   00:47:59
 2        dollars that have been spent on outreach    00:48:01
 3        by our FCPS and TJ partnership planning     00:48:03
 4        not resulted in the outcomes that you're    00:48:06
 5        always looking for?  Why are these all      00:48:08
 6        outreach efforts plagued with conflict of   00:48:10
 7        interest and at most corruption?            00:48:12
 8             Thomas Jefferson Partnership Fund      00:48:15
 9        did not spend money on black and Hispanic   00:48:16
10        kids, and you all know that.  Money         00:48:18
11        provided to the list of programs was not    00:48:20
12        well-spent by the co-founder and I have     00:48:23
13        the research to prove that.  And the        00:48:26
14        co-founder that now started private         00:48:28
15        educational institutes but all despised     00:48:30
16        and they're again coming back and asking    00:48:33
17        funds to do the same ineffective job all    00:48:37
18        over again.                                 00:48:38
19             FCPS spent $678,000 in renaming high   00:48:40
20        school; but yet, the TJ admissions office   00:48:44
21        set outreach positions to 50 percent FCE.   00:48:47
22        How does that make sense?  Every black and  00:48:50
23        Hispanic TJ parent that I talked to said    00:48:53
24        that outreach consultants discourage a      00:48:56
25        child to apply.  Why is that ever           00:48:58
```



Page 41

```
 1    happening?                           00:49:00
 2         Have you considered increasing the  00:49:01
 3    supply as per the demand?  Our population 00:49:02
 4    is increasing in northern Virginia area.  00:49:05
 5         Instead of creating a second TJ and 00:49:07
 6    sort of rationing the fair educational    00:49:09
 7    resource, why is Fairfax County schools   00:49:12
 8    are failing under the current             00:49:14
 9    administration policies?  As you know     00:49:15
10    faith-based and charter schools are making 00:49:17
11    phenomenal progress.                      00:49:19
12         Also protecting both equity and     00:49:21
13    excellence is a daunting task.  I --  I as 00:49:23
14    a healthcare professional, I am challenged 00:49:25
15    every day by the task of providing greater 00:49:28
16    quality of care for my patients           00:49:32
17    efficiently, but I don't chose one over   00:49:34
18    another.  Why do you, as a school board   00:49:38
19    administration, get a choice to choose    00:49:39
20    equity and excellence but not both?       00:49:40
21         The solutions that you're proposing 00:49:42
22    are extremely (unintelligible) and lazy.  00:49:43
23    It's a real problem and do not seem to    00:49:45
24    achieve the desired plan.  This is --     00:49:47
25         (Bell ringing - unintelligible).    00:49:48
```



MAGNA
LEGAL SERVICES

Page 42

```
 1    MS. MUHLBERG:  Thank you.  The speaker's time   00:49:50
 2       is now up.                                   00:49:51
 3          Thank you.                                00:49:51
 4    SRILEKHA PALLE:  Thank you.                     00:49:51
 5    MS. MUHLBERG:  Our next speaker is Harry        00:49:52
 6       Jackson.                                     00:50:02
 7    MR. JACKSON:  Hi.  Good evening.  I'm           00:50:03
 8       Dr. Harry Jackson, a parent of a TJ          00:50:04
 9       freshman as well as a 7th grader in level    00:50:07
10       4 AAP program.                               00:50:10
11          The issue of a lottery was addressed      00:50:11
12       in 2012.  By the way, lottery schools that   00:50:13
13       have high standards also have high           00:50:15
14       attrition.  However, they addressed this     00:50:18
15       issue back in 2012.  More analysis, more     00:50:19
16       transparency of data, more interaction       00:50:22
17       engaged with the community, and the          00:50:24
18       determination was then as it should be now   00:50:25
19       that a lottery is not the best solution      00:50:28
20       for a governor's school.  That experience    00:50:30
21       should inform our methods moving forward.    00:50:32
22          In any event, that experience/lesson      00:50:35
23       learned gave rise to an outreach plan as     00:50:36
24       considered as a way to resolve the issue     00:50:38
25       of diversity.                                00:50:40
```



Page 43

```
 1            I have read the 2001 TJ outreach    00:50:42
 2       plan that's still current.  There are four 00:50:44
 3       major elements of the plan.  Make the     00:50:46
 4       community -- community aware of TJ;        00:50:48
 5       increase interest in STEM, support STEM    00:50:50
 6       development programs and identify          00:50:53
 7       potential but underrepresented groups and  00:50:56
 8       maintain a perspective database of         00:50:58
 9       students and maintain contact and steer    00:50:59
10       them to other resource -- STEM resources.  00:51:01
11            And when one sees how the TJ          00:51:04
12       partnership fund supports these outreach   00:51:06
13       elements, one cannot help but be           00:51:08
14       impressed.  That said, the outreach plan,  00:51:10
15       a living document, can be improved by      00:51:12
16       placing more emphasis on the third element 00:51:15
17       so we can provide enrichment opportunity   00:51:17
18       to the underrepresented groups.  This, and 00:51:19
19       here I speak to Dr. Anderson and           00:51:21
20       like-minded board members, is like showing 00:51:23
21       a child lots of candy through a candy      00:51:25
22       store front window without providing a     00:51:27
23       door to the store.  This is done too often 00:51:29
24       to the underprivileged.                    00:51:31
25            One reason for the 2001 outreach      00:51:33
```



Page 44

| | | |
|---|---|---|
| 1 | plan has not reached its full potential is | 00:51:35 |
| 2 | that the full abilities of the TJ | 00:51:37 |
| 3 | Partnership Fund have not been exploited. | 00:51:38 |
| 4 | The outreach programs funded by the | 00:51:41 |
| 5 | TJ Partnership Fund focused on funding | 00:51:43 |
| 6 | inspiring passionate interests in STEM and | 00:51:45 |
| 7 | minority elementary school children that | 00:51:47 |
| 8 | are socially and economically | 00:51:49 |
| 9 | disadvantaged in grades 3 through 6.  This | 00:51:50 |
| 10 | is a worthy part of any STEM outreach | 00:51:52 |
| 11 | program.  But some funding should be | 00:51:54 |
| 12 | directed towards facilitating STEM's skill | 00:51:56 |
| 13 | development in minority 7th and 8th | 00:51:58 |
| 14 | graders in advanced academic programs, | 00:52:00 |
| 15 | especially when the AAP pipeline holds 80 | 00:52:03 |
| 16 | percent of the TJ mix. | 00:52:05 |
| 17 | Quoting Dr. Chris Blasser, a TJ | 00:52:07 |
| 18 | graduate, the current admissions process | 00:52:09 |
| 19 | could not be more fair, equal opportunity | 00:52:11 |
| 20 | and representative.  This is where the | 00:52:13 |
| 21 | class of 2024 is clearly an exact | 00:52:15 |
| 22 | correlation to the 8th grade student | 00:52:17 |
| 23 | demographic across Fairfax County. | 00:52:18 |
| 24 | However, for Matt, not for race. | 00:52:20 |
| 25 | Citing the recent FCPS white paper, | 00:52:23 |



Page 45

```
 1        all students in Algebra I or higher who    00:52:25
 2        apply are accepted, while the students in  00:52:27
 3        geometry are accepted at an equal rate     00:52:28
 4        across all racial groups from those who    00:52:30
 5        apply.  The FCPS middle and elementary     00:52:32
 6        school pipeline provides insufficient      00:52:34
 7        opportunities and resources to the most    00:52:36
 8        underrepresented, underserved              00:52:38
 9        neighborhoods.  Only seven of the 24 FCPS  00:52:40
10        middle schools offer Algebra II to 8th     00:52:42
11        graders; and none of them are in region 3. 00:52:44
12        This is fatal to entry to TJ.              00:52:47
13             Lastly, the section 4 of the          00:52:50
14        outreach plan, developing a database of    00:52:51
15        students in 7th and 8th graders to         00:52:53
16        maintain established contact for STEM and  00:52:55
17        to direct them to STEM resource --         00:52:57
18        development resources are underdeveloped.  00:52:58
19        This is an area that would yield immediate 00:53:01
20        return in investment.  It would make sense 00:53:04
21        to have a database of 7th and 8th grade    00:53:06
22        students who actually recruit,             00:53:08
23        particularly those who have --             00:53:09
24             (Bell ringing - unintelligible)
25   MS. MUHLBERG:  Thank you.  That was our final   00:53:13
```



Page 46

```
 1      speaker.                                  00:53:20
 2   CHAIRWOMAN ANDERSON:  Thank you very much,    00:53:23
 3      Ms. Mulberg.                              00:53:23
 4          I now call on Mr. Onibudo for         00:53:25
 5      student representative matters.           00:53:28
 6          Mr. Onibudo?                          00:53:31
 7   MR. ONIBUDO:  Dr. Anderson, I -- Are there no 00:53:32
 8      video testimonies before I start         00:53:34
 9      speaking?                                 00:53:36
10   CHAIRWOMAN ANDERSON:  Oh, you are correct.  I 00:53:36
11      believe we do have a video testimony.     00:53:37
12          Thank you so much, Mr. Onibudo.       00:53:42
13   MR. ONIBUDO:  Of course.                     00:53:46
14   CHAIRWOMAN ANDERSON:  Ms. Mulberg?           00:53:47
15   MS. MUHLBERG:  I don't have video testimonies 00:53:48
16      on my list.                               00:53:50
17   CHAIRWOMAN ANDERSON:  Okay.  I will go        00:53:53
18      ahead --                                  00:53:57
19   MS. MUHLBERG:  I'm sorry.  No, no.  I'm wrong. 00:53:59
20      There are video testimonies.              00:54:06
21   CHAIRWOMAN ANDERSON:  All right.  We have     00:54:15
22      three.  Thank you.                        00:54:20
23          There is no sound?                    00:54:24
24   MS. MARGULIES:  Good evening, members of the  00:54:29
25      school board.  My name is Thelma          00:54:32
```



Page 47

```
 1        Margulies.  I am the mother of a TJ      00:54:33
 2        freshman.  I have written to you several 00:54:35
 3        times and I have not received a response 00:54:39
 4        from any of you.                         00:54:42
 5             Your decision to eliminate the TJ   00:54:44
 6        admission test, a decision that you      00:54:47
 7        adopted on October 6th, is illegal.  TJ is 00:54:49
 8        an academic year regional governor's     00:54:53
 9        school for science and technology and that 00:54:56
10        their requirements or the department of -- 00:54:59
11        the Virginia Department of Education      00:55:02
12        provides services for gifted students     00:55:04
13        identified through nationally standardized 00:55:08
14        norm tests.  You adopted this illegal     00:55:13
15        decision in a work session and without    00:55:16
16        consulting with key stakeholders, in      00:55:18
17        particular the parents.  As a result,     00:55:21
18        there is a lawsuit pending.               00:55:24
19             Your decision was not based on       00:55:27
20        analysis of the data which clearly        00:55:29
21        demonstrates that the chief result of the 00:55:32
22        proposed changes would be to make TJ white 00:55:35
23        again while having a handful of Hispanic  00:55:39
24        and black students and dramatically       00:55:42
25        reducing the number of Asian students.    00:55:46
```



Page 48

| | | |
|---|---|---|
| 1 | This is your idea of equity and | 00:55:50 |
| 2 | diversity? | 00:55:54 |
| 3 | Several studies have demonstrated to | 00:55:57 |
| 4 | you that social equity is being denied not | 00:55:59 |
| 5 | by the TJ admission test, like professor | 00:56:02 |
| 6 | Dr. Baslar said in a recent study that he | 00:56:06 |
| 7 | sent it to you and I hope that you have | 00:56:09 |
| 8 | read it.  And in the study it clearly | 00:56:11 |
| 9 | states that the main problem is the | 00:56:14 |
| 10 | (unintelligible) issue, the FCPS | 00:56:17 |
| 11 | elementary and middle -- middle school | 00:56:19 |
| 12 | (unintelligible) which provides | 00:56:22 |
| 13 | insufficient opportunities and resources | 00:56:24 |
| 14 | to the most underrepresented, underserved | 00:56:27 |
| 15 | neighborhoods. | 00:56:33 |
| 16 | What is more concerning though? | 00:56:34 |
| 17 | What is the most recent development that | 00:56:37 |
| 18 | is really concerning is the statement of | 00:56:39 |
| 19 | Ms. Meghan McLaren during the last board | 00:56:43 |
| 20 | meeting.  In this meeting Ms. McLaren | 00:56:46 |
| 21 | stated that you took this decision because | 00:56:49 |
| 22 | of a lie of Superintendent Scott Brabrand. | 00:56:52 |
| 23 | He alleged that the changes were required | 00:56:56 |
| 24 | by the state of Virginia, when in fact all | 00:57:00 |
| 25 | the state only required was a report on | 00:57:03 |



Page 49

```
 1     diversity.                              00:57:06
 2          I trust that Dr. Brabrand's contract 00:57:07
 3     will not be extended accordingly.       00:57:09
 4          Let's face the facts.  The --  These 00:57:12
 5     changes proposed to TJ to its admission  00:57:15
 6     changes has nothing to do with education, 00:57:18
 7     with diversity, with equity.  It has to do 00:57:21
 8     with your desire to make a political     00:57:24
 9     statement.                              00:57:26
10          The right decision is to reinstate  00:57:27
11     the test, and I urge you to do the correct 00:57:29
12     thing.  I remind you that you are       00:57:31
13     accountable to the people.              00:57:34
14          Thank you.                         00:57:35
15  MR. GEIS:  Good evening, school board members. 00:57:53
16     As this year comes to a close, I want to  00:57:54
17     remind everyone that while there have     00:57:57
18     been numerous struggles, we have actually 00:57:59
19     prevailed instead.                      00:58:01
20          When this pandemic started in March, 00:58:03
21     we had eight new members to this board   00:58:05
22     that were thrown into a once-in-a-lifetime 00:58:07
23     situation; and while things started off  00:58:09
24     shaky, we indeed accomplished more than we 00:58:12
25     could have before.                      00:58:15
```



Page 50

```
 1              During this period, we were able to     00:58:16
 2       get hundreds of thousands of grab-and-go       00:58:18
 3       meals to submit to underprivileged kids.       00:58:21
 4       We were able to use new funds from the         00:58:23
 5       CARES Act to get elementary school kids        00:58:26
 6       the faster working laptops they need.  We      00:58:28
 7       were able to rename two schools that had       00:58:30
 8       been stuck in the process for years.  We       00:58:34
 9       were able to hire a new chief academic         00:58:37
10       officer -- welcome Dr. Presidio -- and a       00:58:40
11       new chief information officer -- thank you     00:58:42
12       for your e-mails, Mr. Sethi.  And we were      00:58:44
13       able to start sports again this week, for      00:58:47
14       the thousands of student athletes who          00:58:49
15       needed that small boost to morale.             00:58:51
16              While we have struggles that remain     00:58:54
17       constant that we will be able to address       00:58:56
18       and solve these issues, such as the            00:58:58
19       impending return to school next month and      00:59:00
20       the idea of finding a common virtual           00:59:03
21       platform for FCPS to use.  Go Zoom.            00:59:05
22              It has been a privilege to meet all     00:59:09
23       of you either in person or via e-mail in       00:59:11
24       office hours.  All have you -- all of you      00:59:13
25       have been great student advocates and I        00:59:16
```



Page 51

```
 1      hope to continue working with you on        00:59:17
 2      important student matters throughout the    00:59:19
 3      next year.                                  00:59:21
 4          I would like to extend a deep           00:59:22
 5      appreciation to our current student rep     00:59:24
 6      Nathan Onibudo and former student rep       00:59:26
 7      Kimberly Botang (phonetic) for their great  00:59:28
 8      student advocacy; and I commend them for    00:59:31
 9      all the work they've done this year and     00:59:34
10      hope that our legacy of the student         00:59:35
11      advocacy we've had this year will continue  00:59:37
12      throughout the future years of FCPS.        00:59:40
13          I want to give another thank you to     00:59:43
14      Ms. McLaughlin for visiting my 5th period   00:59:45
15      today -- Go Woodson -- and we look forward  00:59:47
16      to you Dr. Anderson and Ms. Cohen visiting  00:59:50
17      along with the superintendent next month.   00:59:53
18          A final thank you to our clerks Beth    00:59:55
19      and Eileen for working so hard to make      00:59:58
20      sure these meetings run as smoothly as      01:00:00
21      possible.  You guys are true rock stars.    01:00:01
22          To everyone, have a wonderful last      01:00:05
23      night of Hanukkah, a merry Christmas, and   01:00:07
24      a happy new year.  I look forward to        01:00:10
25      continuing in my work with you all in       01:00:12
```



```
                                                      Page 52
 1          2021.  Good night.                      01:00:13
 2    MS. SALEM:  Hi, I'm Fatimah Salem from Salarum 01:00:30
 3          (phonetic) Schools, a student-led       01:00:31
 4          environmental advocacy group in Fairfax 01:00:33
 5          County Public Schools.  When discussing 01:00:36
 6          (unintelligible) replacement for Hunters 01:00:38
 7          Woods Elementary School, it is imperative 01:00:40
 8          that we work for placement to make the  01:00:42
 9          schools ready for solar.                01:00:44
10              We want to thank the school board   01:00:46
11          and Justin Moss for the updates on solar 01:00:47
12          projects in FCPS as of September.  Have 01:00:49
13          contracts been signed to put solar on the 01:00:52
14          initial set of schools?  Has the school 01:00:55
15          board approved putting solar on the second 01:00:58
16          set listed in Mr. Moss' letter?         01:01:00
17              We would like to inquire on the     01:01:04
18          current status of the efforts implemented 01:01:05
19          by FCPS staff to create the sustainability 01:01:08
20          plans.  In last year's capital improvement 01:01:12
21          plan, the school board requested a study 01:01:15
22          of the feasibility of net zero energy   01:01:18
23          schools.                                01:01:22
24              What is the status of this report   01:01:22
25          and when will it be available to the    01:01:24
```



Page 53

```
 1    public?                                    01:01:26
 2         We also wanted to check on the        01:01:26
 3    progress in formulating a concrete pathway 01:01:27
 4    to obtain 2025 energy usage intensity per  01:01:30
 5    facility per square foot as mentioned in   01:01:35
 6    the CIP.                                    01:01:40
 7         The solar on the schools group just   01:01:40
 8    had a presentation by Robert Winstead of   01:01:43
 9    VMDO Architects.  We learned a lot from    01:01:48
10    his discussion on designing net zero       01:01:51
11    energy schools.  With his help, we've      01:01:54
12    compiled a list of resources and case      01:01:57
13    studies on net zero schools.               01:01:59
14         Because the information is really     01:02:02
15    important and really interesting, we sent  01:02:04
16    links to these materials in all school     01:02:07
17    board -- school board members' e-mails.    01:02:11
18         Thank you for your time and           01:02:13
19    interest.  We are anticipating great       01:02:14
20    progress on these efficiency and clean     01:02:17
21    energy initiatives in 2021.                01:02:21
22    CHAIRWOMAN ANDERSON:  Thank you very much. 01:02:31
23      Now I believe that concludes all of our  01:02:32
24      video testimony.  I now call on          01:02:34
25      Mr. Onibudo for student representative   01:02:36
```



Page 54

| | | |
|---|---|---|
| 1 | matters. | 01:02:40 |
| 2 | Nathan? | 01:02:41 |
| 3 | MR. ONIBUDO:  Dr. Anderson -- | 01:02:42 |
| 4 | CHAIRWOMAN ANDERSON:  Oh, may I --  I'm sorry. | 01:02:45 |
| 5 | I hope I don't bust your bubble; but I'm | 01:02:46 |
| 6 | going to embarrass you a little bit, if I | 01:02:48 |
| 7 | may. | 01:02:50 |
| 8 | MR. ONIBUDO:  You may. | 01:02:51 |
| 9 | CHAIRWOMAN ANDERSON:  Thank you. | 01:02:53 |
| 10 | FEMALE VOICE:  Do it. | 01:02:56 |
| 11 | CHAIRWOMAN ANDERSON:  Okay.  So some of you | 01:02:57 |
| 12 | know, I'd like to take this opportunity | 01:02:58 |
| 13 | to extend sincere congratulations to | 01:03:02 |
| 14 | Nathan Onibudo for an early decision to | 01:03:05 |
| 15 | UVA.  He has worked so hard.  He is an | 01:03:09 |
| 16 | exceptional young person, and I did not | 01:03:11 |
| 17 | want to miss this opportunity -- | 01:03:14 |
| 18 | PARTICIPANT:  Woo-hoo. | 01:03:16 |
| 19 | CHAIRWOMAN ANDERSON:  -- to really lay some | 01:03:16 |
| 20 | kudos on you. | 01:03:17 |
| 21 | (Cheering and applauding.) | |
| 22 | MALE VOICE:  Congratulations. | 01:03:18 |
| 23 | CHAIRWOMAN ANDERSON:  Very exciting.  So now | 01:03:19 |
| 24 | you've got the floor.  So proceed. | 01:03:37 |
| 25 | MR. ONIBUDO:  Thank you everyone. | 01:03:43 |



Page 55

```
 1              (Continued cheering and
 2          congratulations.)
 3     MALE VOICE:  Nathan, you're wearing blue, bro. 01:03:44
 4              (Laughter.)
 5     MR. ONIBUDO:  I didn't know you guys were      01:03:46
 6          going to do this.  I would not have worn 01:03:48
 7          blue.  Thank you so much.  Thank you so  01:03:51
 8          much, everyone.  I --  I cannot put into 01:03:54
 9          words how grateful I am for all the      01:03:56
10          support everyone has been giving me.  So 01:03:57
11          thank you.  Thank you, Dr. Anderson.     01:04:00
12          Thank you, everyone.                     01:04:02
13              Okay.  Well, I will start again, as  01:04:04
14          I always do with saying how much of an   01:04:08
15          honor it is to get to speak in front of  01:04:10
16          all of you today and before our amazing  01:04:12
17          Fairfax County community.  I just -- they 01:04:15
18          will be extremely short.                 01:04:19
19              I kind of want to wrap up all the    01:04:20
20          advocacy that I've been doing and hearing 01:04:22
21          about as we head into the holiday break  01:04:23
22          and then speak briefly to all the        01:04:26
23          students.                                01:04:28
24              In the area of wrapping things up, I 01:04:30
25          would just like to say that over the last 01:04:31
```



Page 56

| | | |
|---|---|---|
| 1 | few weeks, I've been reflecting on | 01:04:34 |
| 2 | everything that I've been saying, all the | 01:04:35 |
| 3 | advocacy I've been doing particularly | 01:04:37 |
| 4 | around student workload, stress; and I've | 01:04:39 |
| 5 | been listening to all the other -- to all | 01:04:41 |
| 6 | the other advocacy that's been going on | 01:04:44 |
| 7 | around what the community is -- is saying | 01:04:45 |
| 8 | and doing for the other issues that are | 01:04:48 |
| 9 | facing the board not just this week, but | 01:04:50 |
| 10 | these past few weeks and as we move into | 01:04:52 |
| 11 | 2021. | 01:04:55 |
| 12 | Talking to some of the other student | 01:04:56 |
| 13 | representatives that have been to the -- | 01:04:57 |
| 14 | that have, you know, dealt with some of | 01:04:58 |
| 15 | the same stuff that we're dealing with in | 01:05:00 |
| 16 | the past, I've come to realize that none | 01:05:02 |
| 17 | of what we're dealing with right now is | 01:05:03 |
| 18 | necessarily new.  I think that for me, the | 01:05:06 |
| 19 | struggles that we've had as a school | 01:05:12 |
| 20 | system in the past have rightfully | 01:05:13 |
| 21 | informed the steps we're moving to take | 01:05:16 |
| 22 | into the future; and I really would just | 01:05:18 |
| 23 | like to say that I hope that we can use | 01:05:21 |
| 24 | this pandemic as a space in time to | 01:05:23 |
| 25 | completely re-evaluate some of the things | 01:05:26 |



Page 57

```
 1        that we've been working on and discussing   01:05:28
 2        for years and years now.                     01:05:30
 3             I was having a conversation with        01:05:32
 4        Benny Tignor, student representative         01:05:35
 5        number 48 two years -- one year before       01:05:36
 6        me -- two years before me I should say;      01:05:39
 7        and we were kind of talking about the        01:05:41
 8        workload issues that were being addressed    01:05:43
 9        and during his term; and he was saying how   01:05:46
10        he got tips from the student                 01:05:49
11        representative before him about how to       01:05:50
12        address that same issue.  And I thought it   01:05:52
13        was really interesting, because those are    01:05:54
14        some of the same issues that we're           01:05:55
15        discussing right now in 2020 and as we       01:05:58
16        move into 2021.                              01:06:01
17             Unfortunately, it's likely that that    01:06:02
18        issue will always exist as the student       01:06:03
19        experience is one that is very common and    01:06:05
20        though despite the size of our county, you   01:06:09
21        know, issues that are prevalent in south     01:06:12
22        county are the same issues that will be      01:06:14
23        prevalent in Woodson and Langley and all     01:06:15
24        the other high schools across our system.    01:06:18
25             I found it very interesting;            01:06:21
```



Page 58

```
 1        however, that conversation I had with him    01:06:22
 2        kind of felt very similar to the            01:06:25
 3        conversations I'm having with board         01:06:26
 4        members, community members, students,       01:06:28
 5        leadership today.                           01:06:30
 6             So, again, I would just ask that we    01:06:31
 7        find ways to use this pandemic to kind of   01:06:32
 8        just reframe the way we're looking at       01:06:36
 9        things.  And I guess that message about     01:06:39
10        using our past to inform how we move        01:06:41
11        forward into the future can be applied to   01:06:43
12        just about any issue that this board        01:06:46
13        faces; but I will say that I've learned a   01:06:47
14        lot about doing that from all the           01:06:49
15        wonderful leaders that serve on our school  01:06:50
16        board and on our leadership team, and I'm   01:06:53
17        very grateful for that.                     01:06:54
18             I look forward to continuing into      01:06:56
19        the new school year to work with            01:06:58
20        leadership, the school board and all the    01:07:00
21        community and all the community members     01:07:02
22        and students who have reached out to me to  01:07:03
23        continue -- continue to find ways to        01:07:05
24        reduce student workload stress, to find     01:07:07
25        ways to ensure that students are being met  01:07:09
```



Page 59

```
 1        with grace in this time that is extremely  01:07:12
 2        harsh and often unforgiving; and I look     01:07:14
 3        forward to hearing about all the different  01:07:17
 4        wonderful, wonderful things that we can      01:07:19
 5        find and ways to do as we move into the     01:07:21
 6        second semester of this unprecedented       01:07:24
 7        school year.                                 01:07:26
 8              Now, I'd just like to take a moment   01:07:27
 9        and congratulate all the students in        01:07:31
10        Fairfax County for making it this far.  As 01:07:31
11        we move into the holiday break and get      01:07:34
12        some of the much-needed rest, sleep, time   01:07:36
13        off, time away from computer screens that   01:07:39
14        we -- I know we all are yearning for, I     01:07:41
15        just want to say that I see all of you.     01:07:43
16        I'm proud of all of you.  And I just think 01:07:46
17        that it's time to say we did it.            01:07:48
18              I know we're not even halfway         01:07:51
19        through yet; but even the small things can 01:07:52
20        mean absolutely the world.                   01:07:55
21              I just want to say it wasn't easy.    01:07:56
22        I know making it this far this school       01:07:59
23        year, it's been very difficult.  It's been 01:08:00
24        extremely hard.  But I'm very proud of      01:08:02
25        each and every one of you, and I think      01:08:04
```



**MAGNA** ◗
LEGAL SERVICES

Page 60

```
 1        that no one will ever forget what's been    01:08:07
 2        asked of us students during this school     01:08:10
 3        year.  No one thinks it's easy.  No one --  01:08:12
 4        no one's -- no one's said that it's ever    01:08:14
 5        been done before, but we're -- we're doing  01:08:15
 6        it and we're doing it the best we can; and  01:08:17
 7        I'm proud of every single one of you guys   01:08:20
 8        for that.                                   01:08:22
 9            And then, again, I'd of course like     01:08:23
10        to thank all of the teachers in FCPS for    01:08:24
11        making it -- for allowing us to make it     01:08:26
12        this far.  All of our successes, all of     01:08:28
13        the hardships, all the a struggles,         01:08:31
14        everything we've learned would not be       01:08:32
15        possible without -- without the tireless    01:08:34
16        work that I know each and every one of you  01:08:36
17        guys are doing, and I'm eternally grateful  01:08:38
18        for it, as always.                          01:08:40
19            Finally, I'd like to close with just    01:08:42
20        happy holidays to everyone in our           01:08:45
21        community.  I know I'm looking forward to   01:08:46
22        the break that we are about to have.  I --  01:08:49
23        I'm sure a lot of you guys are as well.  I  01:08:52
24        just want to say take some time to relax    01:08:54
25        and step away from the screens.  That's     01:08:58
```



Page 61

```
 1          particularly for the students.  I know a    01:08:59
 2          lot of us can find it hard to -- trying to 01:09:01
 3          take back some time because we're all       01:09:04
 4          moving into high gear during the school --  01:09:07
 5          through the school season; so I just want   01:09:08
 6          to say to all of you guys take care of      01:09:10
 7          yourselves, prioritize your mental health,  01:09:12
 8          and my in box will be open throughout the   01:09:14
 9          break and so any -- for any of you guys or  01:09:16
10          if I've missed any of your messages,        01:09:18
11          please re-send them, so I can try to see    01:09:21
12          them.  And, yeah, I look forward to         01:09:23
13          hearing from all of you guys and the rest   01:09:25
14          of the community through the the break and  01:09:29
15          into 2021.  Have a great holiday season     01:09:30
16          and happy new year.  So thank you           01:09:34
17          everyone.                                   01:09:38
18    CHAIRWOMAN ANDERSON:  Thank you, Mr. Onibudo.     01:09:40
19          And, again, congratulations to you on       01:09:41
20          your awesome accomplishment.  And thank     01:09:43
21          you again for those very -- for those       01:09:45
22          inspirational words.  It's always           01:09:48
23          appreciate -- I always appreciate hearing   01:09:49
24          your comments.                              01:09:51
25              Now, I call on Dr. Brabrand for the     01:09:53
```



```
                                                      Page 62
 1            introduction to the capital improvement   01:09:55

 2            program which is item 3.03.               01:09:57

 3   SUPERINTENDANT BRABRAND:  Thank you, Chairman      01:10:02

 4            Anderson.  We have a great CIP            01:10:02

 5            presentation and I think I'm gonna turn   01:10:05

 6            it directly over to our assistant         01:10:07

 7            superintendent for facilities and         01:10:09

 8            transportation, Jeff Platenberg, and let  01:10:11

 9            Mr. Platenberg introduce his team.        01:10:13

10                And, Mr. Platenberg, take it away.    01:10:16

11   MR. PLATENBERG:  Thank you, Dr. Brabrand.  And     01:10:19

12            on behalf of Mr. Smith and the            01:10:21

13            appreciation of all the efforts and       01:10:23

14            support he's provided, and also           01:10:24

15            Ms. Gillis, I'm -- I'm happy to be        01:10:26

16            presenting this CIP, the capital          01:10:28

17            improvement program for this evening.     01:10:29

18                The first slide that you'll see       01:10:33

19            really talks about the actual capital     01:10:35

20            improvement program and it really goes    01:10:40

21            into the fact that the capital improvement 01:10:43

22            program is a short-range plan that really 01:10:45

23            serves as a roadmap, a roadmap for        01:10:47

24            creating, maintaining and funding present 01:10:49

25            and future infrastructure requirements.   01:10:51
```



Page 63

| | | |
|---|---|---|
| 1 | The FCPS CIP annually reviews | 01:10:54 |
| 2 | current student membership and facilities | 01:10:57 |
| 3 | data in order to inform and identify | 01:10:59 |
| 4 | future capital requirements, new | 01:11:02 |
| 5 | construction, capacity enhancements, | 01:11:04 |
| 6 | renovations, and potential site | 01:11:06 |
| 7 | acquisitions.  The identified needs are | 01:11:08 |
| 8 | included in the school of projects for the | 01:11:10 |
| 9 | five-year time frame.  The capital cash | 01:11:13 |
| 10 | flow tracks the funding allocation for | 01:11:15 |
| 11 | these projects. | 01:11:17 |
| 12 | On the next slide we talk about the | 01:11:19 |
| 13 | changing conditions and what the impact of | 01:11:20 |
| 14 | COVID-19 pandemic has had in the virtual | 01:11:22 |
| 15 | start to school.  There's several elements | 01:11:25 |
| 16 | that are part of the CIP approach. | 01:11:28 |
| 17 | A five-year projection set has not | 01:11:30 |
| 18 | been produced as the possible future | 01:11:32 |
| 19 | impact of the unique decline in membership | 01:11:34 |
| 20 | for school years 2020 to 2021 will depend | 01:11:36 |
| 21 | on many, many factors including the future | 01:11:41 |
| 22 | course of the pandemic and the economic | 01:11:43 |
| 23 | conditions related to that; and assessment | 01:11:45 |
| 24 | of facility capacity was also not | 01:11:49 |
| 25 | completed, and program capacity | 01:11:50 |



Page 64

| | |
|---|---|
| 1 | utilization was not calculated due to a | 01:11:52 |
| 2 | virtual start to the school year and the | 01:11:54 |
| 3 | ongoing planning of return to school with | 01:11:55 |
| 4 | social distancing requiring the use of all | 01:11:58 |
| 5 | available rooms for core instruction. | 01:12:00 |
| 6 | The proposed CIP for fiscal year | 01:12:03 |
| 7 | 2022-2026 focuses on capital projects | 01:12:07 |
| 8 | including new construction, capacity | 01:12:09 |
| 9 | enhancements, and renovations. | 01:12:11 |
| 10 | The information presented in the CIP | 01:12:13 |
| 11 | is available on the facilities and | 01:12:15 |
| 12 | membership dashboards. | 01:12:17 |
| 13 | The next slide, as I mentioned about | 01:12:20 |
| 14 | the COVID pandemic having an impact on the | 01:12:22 |
| 15 | overall membership, we have previously | 01:12:24 |
| 16 | provided information presented with the | 01:12:28 |
| 17 | membership trends report.  If you recall, | 01:12:30 |
| 18 | this is a number of the meetings in the | 01:12:32 |
| 19 | CIP, what I refer to as the CIP season; | 01:12:34 |
| 20 | and we began with discussing the | 01:12:37 |
| 21 | membership trends report and then we had | 01:12:39 |
| 22 | the county staff graciously come and | 01:12:41 |
| 23 | present to the school board in a work | 01:12:44 |
| 24 | session about growth and their planning | 01:12:46 |
| 25 | and zoning. | 01:12:49 |



Page 65

| | |
|---|---|
| 1 | The total membership decreased by | 01:12:51 |
| 2 | 8,859 students from 189,010 students in | 01:12:55 |
| 3 | school year 2019-2020 to 180,151 students | 01:13:00 |
| 4 | in school year 2020-2021.  The elementary | 01:13:05 |
| 5 | membership decreased by 7,729 students. | 01:13:08 |
| 6 | The middle school membership decreased by | 01:13:11 |
| 7 | 217 students.  And the high school | 01:13:13 |
| 8 | membership decreased by 392 students. | 01:13:16 |
| 9 | The FCPS base membership decreased | 01:13:19 |
| 10 | by this eight hundred -- 8,338 students | 01:13:21 |
| 11 | and the FCPS base membership -- base | 01:13:24 |
| 12 | membership numbers include general | 01:13:27 |
| 13 | education, special education, AAP, the | 01:13:29 |
| 14 | pre-K and pre-school. | 01:13:32 |
| 15 | The centers and alternative programs | 01:13:34 |
| 16 | membership decreased by 356 students.  The | 01:13:35 |
| 17 | center and alternative program membership | 01:13:39 |
| 18 | include the Burke School, Cedar Lane | 01:13:41 |
| 19 | School, Davis Center, Kilmer Center, Key | 01:13:42 |
| 20 | Center, Pulley Center, Quandy Road -- | 01:13:44 |
| 21 | Quander Road School, non-traditional | 01:13:46 |
| 22 | sites, alternative learning centers, | 01:13:48 |
| 23 | pre-school resource and achievement, | 01:13:51 |
| 24 | integrity and maturity, the AIM program, | 01:13:53 |
| 25 | and interagency wherever applicable. | 01:13:55 |



Page 66

| | | |
|---|---|---|
| 1 | The CIP planning total membership | 01:13:58 |
| 2 | decreased by, as I said, 8,694 students. | 01:14:00 |
| 3 | The other membership decreased by 165 | 01:14:04 |
| 4 | students.  The other membership includes | 01:14:06 |
| 5 | adult education, multiagency and | 01:14:08 |
| 6 | homeschool and private school, special | 01:14:11 |
| 7 | education services. | 01:14:13 |
| 8 | The next slide talks about the three | 01:14:15 |
| 9 | fundamental factors that are reviewed in | 01:14:17 |
| 10 | the CIP that aid in the evaluation of the | 01:14:19 |
| 11 | change in the total membership.  We talk | 01:14:22 |
| 12 | about this frequently, the birth to | 01:14:24 |
| 13 | kindergarten ratio, migration, and the | 01:14:25 |
| 14 | transfer of students.  The birth to | 01:14:28 |
| 15 | kindergarten ratio compares to number of | 01:14:30 |
| 16 | births at a point in time and the | 01:14:32 |
| 17 | kindergarten student membership five to | 01:14:35 |
| 18 | six years later. | 01:14:37 |
| 19 | In this graph, the number of births | 01:14:39 |
| 20 | that are shown in blue, the kindergarten | 01:14:41 |
| 21 | membership is in green and the birth to | 01:14:43 |
| 22 | kindergarten ratio in yellow. | 01:14:45 |
| 23 | It's important to note the birth to | 01:14:47 |
| 24 | kindergarten ratio declined from 87 | 01:14:48 |
| 25 | percent, which was about our average if | 01:14:51 |



Page 67

```
 1        you take a look at past CIPs, and in       01:14:54
 2        school year 2019-2020 to 75 percent in     01:14:57
 3        school year 2020-2021.                      01:15:01
 4             The next slide talks about             01:15:04
 5        migration.  The migration refers to        01:15:06
 6        students entering what we call             01:15:08
 7        in-migration and those leaving will be     01:15:10
 8        deemed out-migration of the school         01:15:13
 9        division.  The net migration is the        01:15:15
10        difference between the in-migration and    01:15:17
11        this out-migration.                         01:15:19
12             In this graph, the in-migration is    01:15:20
13        shown in blue and the out-migration is     01:15:22
14        shown in green and the net migration shown 01:15:25
15        in yellow.  The net migration decreased by 01:15:27
16        6,678 students.  It was from 1,725         01:15:31
17        students in school year 2019-2020 to 4,953 01:15:35
18        students in the school year 2020-2021.     01:15:39
19             It's important to note that the       01:15:43
20        in-migration does not include the          01:15:44
21        kindergarten students as the kindergarten  01:15:46
22        students are mostly new students; and the  01:15:48
23        out-migration does not include the 12th    01:15:51
24        grade students because 12th grade students 01:15:52
25        are mostly graduates.                       01:15:55
```



Page 68

| | | |
|---|---|---|
| 1 | The next slide speaks about | 01:15:57 |
| 2 | transfers; and transfers are students who | 01:15:58 |
| 3 | reside within one school boundary and are | 01:16:00 |
| 4 | assigned to that school which we deem | 01:16:03 |
| 5 | their base school, but attend a different | 01:16:05 |
| 6 | school in a different boundary, and that | 01:16:07 |
| 7 | is called the attending school. | 01:16:09 |
| 8 | The net transfers is a term used to | 01:16:11 |
| 9 | describe the difference between the total | 01:16:13 |
| 10 | number of students transferring in the | 01:16:15 |
| 11 | attending school and the total number of | 01:16:17 |
| 12 | students transferring out, the base | 01:16:19 |
| 13 | school.  Transferring in membership | 01:16:21 |
| 14 | numbers include students that attend an | 01:16:23 |
| 15 | FCPS school and reside outside Fairfax | 01:16:25 |
| 16 | County and outside the city of Fairfax. | 01:16:27 |
| 17 | Transfer out membership numbers do not | 01:16:30 |
| 18 | include students that attend an FCPS | 01:16:32 |
| 19 | school and reside outside Fairfax County | 01:16:35 |
| 20 | or the city of Fairfax.  Transfer in and | 01:16:37 |
| 21 | transfer out totals don't match due to the | 01:16:39 |
| 22 | students that reside outside Fairfax | 01:16:42 |
| 23 | County and the city of Fairfax and | 01:16:44 |
| 24 | transfer into an FCPS school or | 01:16:45 |
| 25 | non-traditional school. | 01:16:48 |



Page 69

```
 1              In this graph, the transfers in    01:16:50
 2       shown -- is shown in blue and the         01:16:51
 3       transferred out, as I said, shown in      01:16:53
 4       green; and the net transfer is shown in   01:16:54
 5       yellow.  The number of transfer students  01:16:57
 6       decreased by 1,962 students from 19,385   01:17:01
 7       students in the school year 2019-2020 to  01:17:05
 8       17,423 students in the school year        01:17:10
 9       2020-2021.  The number of transfers is    01:17:15
10       equivalent to the number of transfers in. 01:17:16
11              Now, we talk about on the next slide 01:17:21
12       our funding sources for the CIP.  The     01:17:22
13       primary funding sources for the CIP are   01:17:24
14       generally through the General Obligation  01:17:26
15       Bond Funding.                             01:17:28
16              We had an $180 million annual       01:17:30
17       appropriation spend for bond or capital   01:17:32
18       projects for bond-funded programs; and    01:17:34
19       this funds major capital projects such as 01:17:37
20       renovations, additions and modular        01:17:39
21       additions.  Transfers from the Fairfax    01:17:42
22       County Operating Fund of 10 million for   01:17:44
23       routine and major maintenance and 2.7     01:17:46
24       million for overcrowding is part of that  01:17:49
25       transfer.                                 01:17:52
```



```
 1              And annual transfer from the Fairfax   01:17:53
 2         County Board of Supervisors of 13.1         01:17:55
 3         million for infrastructure management came  01:17:57
 4         as about from the joint county and schools  01:18:00
 5         work as a part of the Infrastructure        01:18:03
 6         Finance Committee.                          01:18:05
 7              We also have proffers, and proffers    01:18:06
 8         are voluntary conditions or contributions   01:18:08
 9         agreed upon by the applicant at the time    01:18:10
10         approval is requested of a land use that    01:18:13
11         would result in such impacts.  Proffers     01:18:16
12         can address both onsite and offsite         01:18:19
13         impacts; and once accepted, they become a   01:18:20
14         part of the zoning regulations applicable   01:18:23
15         to the property, unless they're             01:18:25
16         subsequently changed by a development plan  01:18:27
17         amendment or by a new zoning map            01:18:29
18         amendment.                                  01:18:31
19              Proffers are then allocated to the     01:18:32
20         projects related to increasing the          01:18:34
21         capacity of affected or impacted schools    01:18:35
22         after being transferred to the Fairfax      01:18:39
23         County School Board from the Fairfax        01:18:41
24         County Board of Supervisors.  So far this   01:18:42
25         year, the most recent allocation of         01:18:45
```



Page 71

```
 1        proffered contributions to Fairfax County   01:18:47
 2        has been $658,852, and that's the most       01:18:51
 3        recent transfer.                             01:18:53
 4             It's important to note that             01:18:55
 5        equipment funding for new construction,      01:18:57
 6        renewals and additions is provided through   01:18:58
 7        a transfer from the school operating fund    01:19:00
 8        from the school construction fund to cover   01:19:01
 9        one-third of the cost to equip new           01:19:04
10        schools, either the construction,            01:19:05
11        renovations or additions.                    01:19:07
12             Bond funding is used to fund the        01:19:09
13        remaining two-thirds of the equipment        01:19:10
14        funding needs for each project.  The         01:19:12
15        transfers from the Fairfax County Capital    01:19:14
16        Properties Fund include funds related both   01:19:16
17        to recommendations of the Synthetic Turf     01:19:18
18        Field Task Force in fiscal year 2013, and    01:19:21
19        as I mentioned previously, the               01:19:24
20        Infrastructure Financing Committee in        01:19:25
21        2014.  As a result of the IFC, the county    01:19:27
22        has provided an annual transfer of that      01:19:31
23        13.1 million to the construction fund for    01:19:33
24        capital project replacement and upgrade      01:19:35
25        requirements, freeing general obligation     01:19:38
```



Page 72

```
 1          bond funding for a larger replacement or    01:19:40
 2          new capacity requirements.                  01:19:42
 3               The next goal -- slide, rather --       01:19:45
 4          talks about our goal for -- to provide for  01:19:47
 5          systemic maintenance of major and critical  01:19:50
 6          building infrastructure.  What's really     01:19:52
 7          important to note here is that we've been   01:19:54
 8          considerably behind in our infrastructure   01:19:57
 9          maintenance programs based on their life    01:19:59
10          cycle expectancy of building system and     01:20:01
11          components to ensure that mechanical,       01:20:03
12          electrical and electronic structural        01:20:05
13          systems support the effective and           01:20:07
14          efficient operation of all of our           01:20:09
15          buildings and the instruction and the       01:20:11
16          teaching and learning that go on within     01:20:12
17          each of those facilities.  Any lack of the  01:20:14
18          adequate funding for these facilities'      01:20:17
19          maintenance allows for systems -- and we    01:20:18
20          have many -- that run past their useful     01:20:20
21          cycle, operating in inefficiencies and      01:20:22
22          introducing numerous other risks and        01:20:26
23          challenges with higher maintenance costs    01:20:27
24          and also breakdowns.                        01:20:30
25               So when you look at our system, we     01:20:32
```



Page 73

```
 1        have about 30 percent of all our assets     01:20:35
 2        that are past their useful life cycle; and  01:20:37
 3        according to the National Research Council  01:20:39
 4        report titled, "Committing to the Cost of   01:20:41
 5        Ownership: the Maintenance and Repair of    01:20:44
 6        Public Buildings," their final report that  01:20:45
 7        was conducted by Facility Engineering       01:20:48
 8        Associates, the group that also did an      01:20:50
 9        audit for the school board as part of the   01:20:53
10        state audit process sometime ago -- I       01:20:54
11        think it was included in 2012 -- speaks to  01:20:57
12        the appropriate level of maintenance and    01:21:01
13        repair that should be budgeted for school   01:21:03
14        systems and for really any capital          01:21:06
15        program.                                    01:21:08
16            The range is approximately 2 to 4       01:21:09
17        percent of what they deem the current       01:21:10
18        replacement value.  We are currently        01:21:12
19        funded at .004 percent which presses the    01:21:15
20        importance that we've talked about, about   01:21:18
21        making sure that we have funding streams    01:21:20
22        not only for our bond programs, but also    01:21:22
23        for our major maintenance program in our    01:21:25
24        replacement cycles.                         01:21:27
25            The current capital infrastructure      01:21:28
```



Page 74

1      replacement backlog is valued at              01:21:31
2      approximately $200 million.  And I just       01:21:32
3      stress that because it's very important to    01:21:35
4      be mindful of the work that we've been        01:21:37
5      doing to try and address that.                01:21:39
6          The next slide talks about our            01:21:41
7      environmental stewardship.  The Get2Green     01:21:43
8      program is the environmental stewardship      01:21:46
9      program for the Fairfax County Public         01:21:47
10     Schools and supports student-driven           01:21:49
11     environmental stewardship programs in         01:21:51
12     FCPS.  We're extremely proud of the           01:21:54
13     stewardship and the student-driven            01:21:56
14     programs that we do have.                     01:21:58
15         Some highlights of the school-based       01:21:59
16     environmental work include 136 ecoschools,    01:22:00
17     53 award-winning schools, 89 schools with     01:22:04
18     edible gardens, 119 schools with wildlife     01:22:07
19     habitats, 56 schools with student-led         01:22:10
20     energy conservation programs.  To say we      01:22:13
21     have a very active group and community        01:22:15
22     would be an understatement.                   01:22:18
23         The FCPS Energy Education program         01:22:19
24     has allowed the division to reduce energy     01:22:21
25     expenditures by $38 million and reduce,       01:22:23



Page 75

```
 1        more importantly, our greenhouse gas      01:22:26
 2        emissions by 30 percent.  30 percent of a 01:22:28
 3        27 million square foot footprint is       01:22:32
 4        significant and considerably contributes  01:22:37
 5        to the efficiencies that we are so proud  01:22:40
 6        of here in Fairfax County Public Schools. 01:22:42
 7             The solar power purchase agreements  01:22:44
 8        are continuing to progress, as expected,  01:22:46
 9        and are resulting in solar installations  01:22:48
10        at no additional -- no initial cost to the 01:22:50
11        division.                                 01:22:53
12             To help facilitate safe return to    01:22:53
13        in-person learning, we are also piloting  01:22:56
14        five temporary outdoor classrooms that are 01:22:59
15        at Belvedere Elementary School,           01:23:02
16        Centreville Elementary School, Hollin     01:23:03
17        Meadows Elementary School, Carson Middle  01:23:05
18        School, and Mountain View High School.    01:23:07
19        These classrooms consist of a tent,       01:23:09
20        temporary flooring, seating and tables.   01:23:10
21        And Get2Green is developing resources to  01:23:13
22        support teachers in using the outdoor     01:23:14
23        classrooms as part of the pilot as well as 01:23:16
24        existing outdoor classroom spaces of which 01:23:19
25        we have many across FCPS.                 01:23:22
```



Page 76

```
 1              FCPS built a great team of       01:23:24
 2       professionals who have identified both the 01:23:26
 3       challenges and opportunities for FCPS as  01:23:28
 4       we continue to pursue the net zero energy 01:23:31
 5       construction and renovation options in the 01:23:33
 6       future.  We, in fact, have the report that 01:23:36
 7       we're reviewing that we've been provided  01:23:38
 8       and we're costing it out; and we will be  01:23:40
 9       providing that to the school board in the 01:23:43
10       near future.                              01:23:45
11              The next slide talks about the total 01:23:46
12       five-year funding requirement.  And the  01:23:48
13       total five-year funding requirement is    01:23:51
14       approximately 1.1 billion.  Approximately 01:23:53
15       314 million are funded bonds that are --  01:23:55
16       and approximately 790 million are         01:23:58
17       unfunded.                                 01:24:01
18              It's important to note that every  01:24:02
19       two years we have been fortunate that the 01:24:03
20       community has been supportive of our bond 01:24:07
21       initiatives and our bond programs.  So    01:24:09
22       while we say we have  790 million that are 01:24:11
23       unfunded, and we talk about the unfunding, 01:24:14
24       our two-year bond funding cycle has been  01:24:16
25       very well received by the community and   01:24:20
```



Page 77

| | | |
|---|---|---|
| 1 | we've been good public stewards of the | 01:24:22 |
| 2 | trust that they've provided in us. | 01:24:24 |
| 3 | The total ten-year requirement is | 01:24:27 |
| 4 | approximately 1.9 billion and | 01:24:29 |
| 5 | approximately  335 million are funded by | 01:24:31 |
| 6 | bonds and approximately 1.5 billion are | 01:24:34 |
| 7 | unfunded.  And as I mentioned, with that | 01:24:36 |
| 8 | two-year cycle, it's important to keep | 01:24:38 |
| 9 | that in mind when you look at numbers of | 01:24:40 |
| 10 | such magnitude. | 01:24:42 |
| 11 | The next slide talks about the new | 01:24:46 |
| 12 | construction projects that are listed in | 01:24:50 |
| 13 | the CIP for the five-year horizon.  They | 01:24:52 |
| 14 | include Fairfax/Oakton, the Fairfax/Oakton | 01:24:54 |
| 15 | area elementary school.  The site of the | 01:24:57 |
| 16 | Fairfax/Oakton area elementary school is | 01:24:59 |
| 17 | yet to be formally determined. | 01:25:01 |
| 18 | Partially funded new construction | 01:25:04 |
| 19 | projects listed in the CIP for the | 01:25:05 |
| 20 | five-year horizon include the Silver Line | 01:25:07 |
| 21 | Elementary School.  The site for the | 01:25:09 |
| 22 | Silver Line Elementary School is also yet | 01:25:11 |
| 23 | to be determined, but is in negotiations. | 01:25:14 |
| 24 | Unfunded new construction projects | 01:25:17 |
| 25 | listed in the CIP for the five-year | 01:25:19 |



MAGNA
LEGAL SERVICES

Page 78

```
 1        horizon include the Western area high      01:25:20
 2        school.                                     01:25:24
 3             The next slide talks about funding     01:25:24
 4        capacity enhancement projects that are      01:25:26
 5        listed in the CIP for the five-year         01:25:28
 6        horizon including a modular addition,       01:25:30
 7        relocation and additions at West Potomac,   01:25:32
 8        Justice and the additions at Madison High   01:25:35
 9        School as well.                             01:25:38
10             Funded projects on the next slide      01:25:40
11        talk about lists that are listed in the     01:25:42
12        CIP for the five-year horizon include five  01:25:44
13        elementary schools, three middle schools    01:25:46
14        and one high school.  These include Hybla   01:25:47
15        Valley, Washington Mill Elementary School,  01:25:49
16        Braddock Elementary School, Fox Mill        01:25:52
17        Elementary School, and Oakton Elementary    01:25:53
18        School.  Hughes, Cooper and Frost Middle    01:25:56
19        Schools and also Oakton High School.        01:25:59
20             Partially-funded renovation projects   01:26:01
21        listed in the CIP for the five-year         01:26:03
22        horizon include five elementary schools     01:26:04
23        and one high school.  These include         01:26:07
24        Wakefield Forest, Louise Archer,            01:26:09
25        Crossfield, Mosby Woods, and Bonnie Brae    01:26:10
```



Page 79

```
 1        Elementary Schools and Falls Church High    01:26:13
 2        School.                                      01:26:16
 3             The next slide talks about unfunded    01:26:17
 4        renovation projects listed in the CIP for   01:26:18
 5        the five-year horizon which include 15      01:26:21
 6        elementary schools, two middle schools and  01:26:23
 7        one high school.  These include Bren Mar     01:26:25
 8        Park, Brookfield, Lees Corner, Armstrong,    01:26:27
 9        Willow Springs, Herndon, Dranesville, Cub    01:26:29
10        Run, Centre Ridge, Union Mill, Poplar        01:26:32
11        Tree, Waples Mill, Sangster, Saratoga, and   01:26:34
12        Virginia Run Elementary Schools.  Franklin   01:26:37
13        and Twain Middle Schools, also, and          01:26:40
14        Centreville High School.                     01:26:42
15             The next slide talks about funded      01:26:44
16        new construction projects listed for the     01:26:46
17        ten-year horizon which include the Route 1   01:26:48
18        Elementary School.  Unfunded new             01:26:50
19        construction projects listed in the CIP      01:26:52
20        for the ten-year horizon including Tysons    01:26:54
21        Elementary School, repurposing projects      01:26:56
22        including Dunn Loring Center, Pimmit Hills    01:26:59
23        Center, and the Virginia Hills Center.       01:27:00
24             The next slide, when we talk about     01:27:03
25        new schools, new schools have been           01:27:05
```



Page 80

```
 1       identified in the CIP in response to        01:27:07
 2       growing neighborhoods across the county     01:27:09
 3       and one recently completed to address       01:27:11
 4       overcrowding in the northwest area of the   01:27:13
 5       county, which is McNair Upper Elementary    01:27:16
 6       School.  McNair Upper is a new facility to  01:27:18
 7       accommodate increased enrollment in region  01:27:21
 8       five and accommodates grades 3 through 6     01:27:23
 9       with McNair Elementary School               01:27:26
10       accommodating K-2.                          01:27:28
11            The next slide talks about             01:27:31
12       renovations that recently completed as      01:27:32
13       part of the capital improvement program     01:27:34
14       which include Annandale Terrace, Belle      01:27:36
15       View, Clearview, Mount Vernon Woods,        01:27:38
16       Silverbrook and Rocky Run Middle School.    01:27:41
17            The next slide shows how the -- the    01:27:45
18       actual CIP has some nuances and some        01:27:48
19       changes to it.  And as I mentioned          01:27:51
20       earlier, due to the COVID-19 pandemic,      01:27:52
21       they include modified regional summaries    01:27:54
22       and a regional summary section.  They       01:27:58
23       include an assessment of facility capacity  01:28:00
24       but they don't include the assessment of    01:28:02
25       facility capacity as I mentioned            01:28:04
```



Page 81

| | | |
|---|---|---|
| 1 | previously due to the virtual start and | 01:28:06 |
| 2 | ongoing planning for the return to school | 01:28:08 |
| 3 | and so forth. | 01:28:10 |
| 4 | In this section, each region ends | 01:28:11 |
| 5 | with a region summary table tied to the | 01:28:13 |
| 6 | school year 2020-2021 capacity membership. | 01:28:16 |
| 7 | The table is divided by high school | 01:28:19 |
| 8 | pyramids which include all the assigned | 01:28:21 |
| 9 | K-12 schools within the pyramid.  The left | 01:28:22 |
| 10 | side of the table shows the high school | 01:28:26 |
| 11 | pyramid.  The first column in blue the | 01:28:27 |
| 12 | school name, and the second column in blue | 01:28:29 |
| 13 | shows the design capacity of the school. | 01:28:31 |
| 14 | The design capacity includes the | 01:28:34 |
| 15 | modular design capacity where applicable. | 01:28:35 |
| 16 | The design capacity remains constant year | 01:28:39 |
| 17 | to year unless the school's undergone a | 01:28:41 |
| 18 | recent renovation or capacity enhancement. | 01:28:43 |
| 19 | The future design capacity is included for | 01:28:45 |
| 20 | schools that are projected to have a new | 01:28:47 |
| 21 | capacity due to renovation or capacity | 01:28:49 |
| 22 | enhancement. | 01:28:52 |
| 23 | The columns in purple show the | 01:28:53 |
| 24 | information from both school year | 01:28:55 |
| 25 | 2019-2020 and school year 2020-2021 to | 01:28:58 |



Page 82

1    show the unique decline due to COVID-19      01:29:00

2    pandemic.  The school year 2019 and 2020     01:29:03

3    information includes the program capacity     01:29:06

4    from when the building was fully used for     01:29:09

5    in-person instruction and the school year     01:29:12

6    2019-2020 membership.                         01:29:14

7         The school year 2020-2021               01:29:15

8    information includes membership, updated     01:29:17

9    number of temporary classrooms and modular  01:29:20

10   classrooms.  Preconstruction program         01:29:22

11   capacity is used for schools currently in    01:29:25

12   construction.  Temporary classrooms are      01:29:27

13   not included in the design nor program       01:29:29

14   capacity.  Modular classrooms are included  01:29:32

15   in the design and program capacity as they  01:29:35

16   are capital projects.                        01:29:38

17        Program capacities highlighted in       01:29:39

18   pink indicate a program change identified    01:29:41

19   for the school year 2019-2020 which may      01:29:43

20   impact future program capacity of the        01:29:46

21   facility.  The columns in green show the     01:29:48

22   capital project information for each          01:29:51

23   school wherever applicable.                   01:29:53

24        The first green column shows the        01:29:55

25   project type, which indicates if the         01:29:57



Page 83

```
 1        project is construction of a new school,      01:29:59
 2        renovation or capacity enhancement.           01:30:01
 3             The second green column shows the        01:30:04
 4        project status which indicates that the       01:30:06
 5        project is unfunded or currently in           01:30:08
 6        planning, permitting or construction.         01:30:10
 7             And the third green column shows the     01:30:13
 8        project funding and indicates the funding     01:30:15
 9        source.                                        01:30:17
10             Projects here are funded by the          01:30:18
11        general obligation bonds, as I mentioned,     01:30:19
12        adopted by the Fairfax County voters.         01:30:21
13             The remaining green columns shown        01:30:24
14        show the project schedule; and if a           01:30:26
15        school's identified for funding, this         01:30:28
16        schedule cycle, the schedule shows which      01:30:30
17        fiscal year and the corresponding school      01:30:33
18        year the work will actually occur.  The       01:30:35
19        project schedule is broken out by             01:30:37
20        planning, permitting and construction.        01:30:39
21             School information is read across        01:30:42
22        the table; and, for example, Aldrin          01:30:43
23        Elementary School has a design capacity of    01:30:47
24        896 seats.  In school year 2029, 2020, it     01:30:48
25        has a program capacity of 746 seats.  A       01:30:52
```



Page 84

|    |                                                          |          |
|----|----------------------------------------------------------|----------|
| 1  | September certified membership of 640                    | 01:30:55 |
| 2  | students in school year 2019-2020; and 558               | 01:30:57 |
| 3  | students in school year 2020-2021, and                   | 01:31:01 |
| 4  | doesn't have a project status, since it's                | 01:31:04 |
| 5  | not one of the schools identified for                    | 01:31:06 |
| 6  | renovation or capacity enhancement.                      | 01:31:08 |
| 7  | On the next slide the second green                       | 01:31:12 |
| 8  | column shows the project status.  The --                 | 01:31:15 |
| 9  | I'm sorry.  The regions section includes                 | 01:31:18 |
| 10 | the modified elementary, middle and high                 | 01:31:20 |
| 11 | school maps within each region.  Since the               | 01:31:22 |
| 12 | program capacity utilization wasn't                      | 01:31:25 |
| 13 | calculated for the school year, the map                  | 01:31:27 |
| 14 | show only the school boundary within each                | 01:31:29 |
| 15 | region.                                                  | 01:31:33 |
| 16 | The next slide, we talked about how                      | 01:31:34 |
| 17 | the CIP includes additional capital                      | 01:31:36 |
| 18 | project pages which provide information on               | 01:31:38 |
| 19 | the membership capacity, capital project                 | 01:31:40 |
| 20 | funding sources and expenditures.                        | 01:31:43 |
| 21 | On the right of the page, it                             | 01:31:45 |
| 22 | includes information about the school                    | 01:31:46 |
| 23 | including the address, region, grade                     | 01:31:48 |
| 24 | configuration, year the school opened,                   | 01:31:50 |
| 25 | prior renovation year, prior renovation                  | 01:31:52 |



Page 85

| | | |
|---|---|---|
| 1 | build area, future building area, acreage, | 01:31:54 |
| 2 | and the elementary, middle and high school | 01:31:58 |
| 3 | feeders and programs as applicable. | 01:31:59 |
| 4 | The historical membership and | 01:32:03 |
| 5 | capacity utilization table shows the | 01:32:04 |
| 6 | membership and program capacity | 01:32:06 |
| 7 | utilization pages from school year 2011 to | 01:32:08 |
| 8 | school year 2012 to school year 2019 to | 01:32:12 |
| 9 | 2020.  This table includes the membership | 01:32:15 |
| 10 | for school year 2020-'21 and the program | 01:32:18 |
| 11 | capacity utilization percentages for | 01:32:21 |
| 12 | school year 2020 to '21 which is | 01:32:23 |
| 13 | unavailable due to impacts from, as I | 01:32:27 |
| 14 | mentioned, the pandemic. | 01:32:29 |
| 15 | The numbers highlighted in orange | 01:32:30 |
| 16 | indicate a program capacity utilization | 01:32:32 |
| 17 | percentage after renovation or capacity | 01:32:34 |
| 18 | enhancement.  The school capacity tables | 01:32:36 |
| 19 | shows the school design capacity.  The | 01:32:40 |
| 20 | program capacity for school year 2019 and | 01:32:42 |
| 21 | 2020, the number of temporary classrooms, | 01:32:46 |
| 22 | the modular classrooms, and the | 01:32:48 |
| 23 | anticipated design capacity.  The project | 01:32:50 |
| 24 | funding table shows the project phase | 01:32:53 |
| 25 | prior to expenditures and the estimated | 01:32:55 |



Page 86

```
 1        future expenditure amount by fiscal year.  01:32:57
 2        As I mentioned, there is a lot of          01:33:00
 3        information on our CIP documents and the    01:33:01
 4        link to it that was provided on the agenda 01:33:04
 5        item has a wealth of information in it and 01:33:08
 6        a lot of reference material, what we call  01:33:10
 7        static and also dynamic information.       01:33:12
 8            The next slide talks really about      01:33:14
 9        where we are.  Today we're at the December 01:33:16
10        17th presentation of the CIP as new        01:33:19
11        business.  This is a new business          01:33:21
12        presentation with a follow-up work session 01:33:23
13        that is scheduled for January 5th, a       01:33:26
14        public hearing scheduled for January 7th,  01:33:28
15        and then potential school board action     01:33:30
16        scheduled for February 4th.                01:33:32
17            As I mentioned, it's part of the CIP   01:33:34
18        season.  We have already had two meetings  01:33:36
19        leading up to this, and the subsequent --  01:33:38
20        subsequent ones that I've listed here for  01:33:41
21        your review.                               01:33:43
22            And that concludes my presentation     01:33:44
23        of this year's CIP.  Thank you.            01:33:46
24   CHAIRWOMAN ANDERSON:  Thank you very much,      01:33:49
25     Mr. Platenberg, for -- oh, I think I have     01:33:51
```



Page 87

```
 1        some feedback there.  Thank you very much  01:33:55
 2        for the very informative presentation.     01:33:58
 3           I do see that we have a hand and         01:34:00
 4        perhaps we'll have some others who have     01:34:02
 5        some questions or comments to your          01:34:04
 6        presentation; so we will begin with         01:34:05
 7        Ms. Corbett Sanders.                        01:34:07
 8   MS. CORBETT SANDERS:  Thank you, Madame Chair.   01:34:10
 9        And I apologize that my camera is not on;   01:34:11
10        but I'm having some connection issues, so   01:34:14
11        to be able to participate, I can't have     01:34:17
12        my camera and my audio on at the same       01:34:20
13        time.                                       01:34:23
14           So, first, I want to thank you,          01:34:24
15        Jeff.  You have just transformed the CIP    01:34:26
16        process over the past several years, and    01:34:31
17        you have a great team that works with you;  01:34:34
18        but the amount of information and the very  01:34:37
19        strategic manner in which you present the   01:34:40
20        information is greatly appreciated.  It is  01:34:42
21        much more transparent and easy to use --    01:34:45
22        easier to use than it was when I first      01:34:49
23        came on the board.  So thank you.           01:34:51
24           I do have one question, and it's         01:34:53
25        regarding funding streams.  Because I was   01:34:56
```



Page 88

```
 1        under the impression that we had, in the    01:34:59
 2        last bonds, set aside money for building a  01:35:03
 3        new elementary school in the Providence     01:35:10
 4        District to address the overcrowding.       01:35:12
 5             We saw the other day that there is     01:35:16
 6        quite a bit of development in that side of  01:35:18
 7        the county and so I just want to ask you,   01:35:22
 8        'cause you said that the Dunn Loring        01:35:25
 9        repurposing was not funded; and I'm         01:35:27
10        surprised, because I thought that that      01:35:31
11        money was to be able to support that.       01:35:33
12   MR. PLATENBERG:  Yeah.  Thank you for that       01:35:37
13        clarifying question, because when I said    01:35:38
14        the Dunn Loring repurposing, it -- the      01:35:43
15        Dunn Loring repurposing hasn't formally     01:35:44
16        been adopted by the governing body.         01:35:46
17             We do have funding for the             01:35:48
18        Fairfax/Oakton Elementary School and that   01:35:50
19        funding was provided.  So thank you so      01:35:52
20        much for that clarification in the          01:35:54
21        Providence District.                        01:35:55
22   MS. CORBETT SANDERS:  Excellent.  I just         01:35:57
23        wanted to make sure we preserved that       01:35:58
24        funding for the needs in that region.       01:36:00
25        Appreciate it.                              01:36:02
```



```
                                                    Page 89
 1    CHAIRWOMAN ANDERSON:  Thank you very much,    01:36:07
 2        Ms. Corbett Sanders.                      01:36:09
 3            Ms. McLaughlin?                        01:36:10
 4    MS. McLAUGHLIN:  Yes.  I'm just pulling up my  01:36:15
 5        video.                                     01:36:19
 6            Mr. Platenberg, I echo the praise      01:36:20
 7        that you received from my colleague,       01:36:24
 8        Ms. Corbett Sanders.  You and your team    01:36:25
 9        continue to do great work and I really     01:36:27
10        appreciate your commitment to continuing   01:36:29
11        to improve the way in which we provide     01:36:31
12        information in the CIP report.             01:36:35
13            Just a quick clarification in the      01:36:38
14        enrollment numbers.  I know we talked      01:36:40
15        about this in work sessions, that we did   01:36:42
16        have a drop of enrollment, almost 9,000 of 01:36:44
17        a net differential; but the --  I wanted   01:36:48
18        to just confirm, those numbers are based   01:36:51
19        on our filing with the State, which is the 01:36:54
20        end of September 30th; correct?            01:36:57
21    MR. PLATENBERG:  Yes.  That is correct.        01:37:00
22    MS. McLAUGHLIN:  Okay.  So I would just like   01:37:02
23        to share with my colleagues and           01:37:04
24        Dr. Brabrand, I know we've talked about    01:37:06
25        this, too, that we'll need to get some     01:37:09
```



Page 90

```
 1        more information from your team about    01:37:11
 2        what our enrollment numbers look like now 01:37:14
 3        because I did hear from families who said 01:37:18
 4        that communication and confirmation from  01:37:21
 5        FCPS about their enrollment of their      01:37:25
 6        students that they chose to have their -- 01:37:28
 7        their students not with FCPS this -- this 01:37:32
 8        term right now; that they got             01:37:36
 9        communications after the September 30th   01:37:38
10        date and communicated afterwards.  So I   01:37:41
11        just want to be able to help answer to    01:37:44
12        that in the community when people say it, 01:37:48
13        what -- what do we know our enrollment    01:37:49
14        numbers to be now, on December 17th or,   01:37:51
15        you know, January 1.                      01:37:56
16            It's not a time-sensitive thing; but 01:37:57
17        when people are asking, I haven't known --01:37:59
18        How do we let them know beyond September   01:38:02
19        30th what our enrollment numbers look      01:38:04
20        like.                                      01:38:08
21   MR. PLATENBERG:  Yes, Ms. McLaughlin, I        01:38:09
22        appreciate you bringing that up.  I know  01:38:10
23        there was a huge concerted effort for us  01:38:12
24        to get students back in the school        01:38:15
25        because we identified so many disconnects 01:38:18
```



Page 91

```
 1        and of the number of students that we    01:38:22
 2        didn't have at the beginning of the year; 01:38:24
 3        so there was a big concerted effort for   01:38:26
 4        all of the reasons why we're here to try  01:38:29
 5        to engage students.  But, yes, thank you. 01:38:32
 6  MS. McLAUGHLIN:  No, I just think it will --    01:38:35
 7        it will be helpful to us because we know  01:38:37
 8        sometimes in the absence of information,  01:38:40
 9        people create narratives and -- and,      01:38:42
10        obviously, for us to also have just a --  01:38:44
11        an important grasp of what -- what our    01:38:48
12        overall enrollment numbers look like.     01:38:51
13            Dr. Brabrand, will that be difficult  01:38:53
14        to do, to get revised numbers from        01:38:55
15        September 30th?                            01:38:59
16  DR. BRABRAND:  We can -- we can get updated    01:39:01
17        numbers since September 30th.  I don't    01:39:03
18        know if we had changes from the           01:39:06
19        originally --  You're just asking for     01:39:08
20        numbers since September 30th.  Yeah, we   01:39:10
21        can do that and we (unintelligible) into  01:39:12
22        the State numbers on March 30th; and we   01:39:15
23        did get confirmation in the State budget  01:39:21
24        and, Ms. Burden can speak to this at a    01:39:23
25        budget -- that they are going to in a     01:39:28
```



Page 92

```
 1        sense hold all school districts in          01:39:32
 2        Virginia harmless for enrollment this        01:39:34
 3        year.                                         01:39:36
 4             That's good news.  It's in the          01:39:37
 5        governor's proposed budget.  It's not been   01:39:38
 6        approved yet.  But we're hopeful.  But       01:39:39
 7        we'll get you the updated numbers and send   01:39:41
 8        that to the whole board in a Brabrand        01:39:43
 9        Briefing soon.                                01:39:45
10  MS. McLAUGHLIN:  I appreciate that.  Thank         01:39:48
11        you.                                          01:39:52
12  DR. BRABRAND:  You're welcome.                     01:39:52
13  CHAIRWOMAN ANDERSON:  Ms. Meren?                   01:39:55
14  MS. MEREN:  Yes, thank you.  Thank you,            01:39:56
15        Mr. Platenberg.  I think this is really      01:39:57
16        exciting stuff and I appreciate all the      01:39:59
17        work.  It's an incredible document you've    01:40:01
18        put together for us to review.               01:40:03
19             I want to say slide 10 of your          01:40:05
20        presentation is -- might be my favorite,     01:40:07
21        about our (unintelligible) initiatives and   01:40:09
22        I know that it's hard for us to be           01:40:12
23        creative and move forward on all the        01:40:14
24        things that we had talked about, you know,   01:40:16
25        years even before I arrived on the board;    01:40:18
```



Page 93

```
 1          but I'm glad to see it's still there, and   01:40:20
 2          we want to do as much as we can to -- to    01:40:22
 3          promote that, especially, you know,         01:40:24
 4          (unintelligible) meant about outdoor        01:40:26
 5          learning spaces in the time of COVID; so,   01:40:27
 6          you know, using COVID, finding those        01:40:30
 7          silver linings to, you know, improve how    01:40:32
 8          we use our facilities.  I know you're       01:40:35
 9          interested in that; and so I'm eager to do  01:40:37
10          that, that work with you and with the       01:40:38
11          board.                                      01:40:41
12              I also want --  I'm glad that you       01:40:41
13          raised -- that we had our county partners   01:40:44
14          on the phone in the call with us the other  01:40:46
15          day from planning; and I just want to       01:40:48
16          reiterate how essential that is and am so   01:40:50
17          pleased to see that -- our two offices      01:40:53
18          being more engaged.  Because especially as  01:40:56
19          we have large developments going up, we     01:40:57
20          have to know at the time, you know, before  01:41:00
21          ground even breaks, right, like what's      01:41:02
22          happening.                                  01:41:03
23              So thank you for fostering that and     01:41:04
24          I hope that you'll ask the board to do      01:41:06
25          whatever we can to promote partnership      01:41:08
```



```
                                                    Page 94
 1        with the board of supervisors in the      01:41:10
 2        county offices.  So thank you.            01:41:11
 3   CHAIRWOMAN ANDERSON:  Thank you very much,      01:41:18
 4        Ms. Meren.  And thank you,                01:41:18
 5        Mr. Platenberg, for this wonderful        01:41:20
 6        presentation.                             01:41:21
 7            And now we will move on to our next   01:41:23
 8        agenda item, which is the Thomas Jefferson 01:41:25
 9        High School for science admissions.       01:41:27
10            Ms. Pekarsky?                         01:41:37
11   MS. PEKARSKY:  Can you hear...you can hear me,  01:41:39
12        Dr. Anderson?                             01:41:42
13   CHAIRWOMAN ANDERSON:  Yes.                      01:41:43
14   MS. PEKARSKY:  Sorry, I'm having --             01:41:43
15   CHAIRWOMAN ANDERSON:  Yes.                      01:41:44
16   MS. PEKARSKY:  -- having audio --              01:41:44
17   CHAIRWOMAN ANDERSON:  I can hear you.           01:41:45
18   MS. PEKARSKY:  I'm sorry.                       01:41:46
19   CHAIRWOMAN ANDERSON:  You're ready to go.       01:41:46
20   MS. PEKARSKY:  I call on Ms. Omeish for the     01:41:47
21        motion.                                   01:41:50
22   MS. OMEISH:  Just a clarification.  Are we not  01:41:52
23        confirming closed actions?                01:41:55
24   CHAIRWOMAN ANDERSON:  I apologize.  I totally   01:42:00
25        skipped that piece.  I apologize.  Thank  01:42:02
```



Page 95

```
 1          you.  Thank you so much, Ms. Omeish.    01:42:04
 2              We're at 4.01 confirmation of action 01:42:07
 3          taken in board meeting -- in closed      01:42:10
 4          meetings.                                01:42:14
 5              This is a portion of the meeting     01:42:14
 6          where the board will confirm any action  01:42:16
 7          regarding issues that were discussed in  01:42:18
 8          the closed meeting.                      01:42:19
 9              And I'll call on Ms. McLaughlin for   01:42:21
10          the motion.                              01:42:30
11              Ms. McLaughlin?  Is she with us or   01:42:33
12          did we lose her?                         01:42:35
13                  (No response.)                   
14              Okay.  Can I be heard?  Okay.  Thank 01:42:46
15          you.                                     01:42:52
16              Ms. McLaughlin, are you with us      01:42:52
17          still?                                   01:43:01
18                  (No response.)                   
19              Can anybody confirm?                 01:43:03
20      FEMALE VOICE:  Dr. Anderson, shall I --      01:43:05
21                  (Audio distorted - unintelligible)
22              Shall I try to get her on the phone? 01:43:08
23      CHAIRWOMAN ANDERSON:  Please do.  We'll just 01:43:11
24          take a couple of minutes here to get her 01:43:18
25          started.  Oh, yes.  Here she is.         01:43:20
```



```
                                                Page 96
 1    MS. McLAUGHLIN:  This is Ms. McLaughlin.      01:43:21
 2    CHAIRWOMAN ANDERSON:  I know.  We're all      01:43:24
 3        having difficulties tonight; so bear with 01:43:25
 4        us, please.                               01:43:29
 5             Ms. McLaughlin, please go ahead.     01:43:30
 6    MS. McLAUGHLIN:  Yes, Madame Chair.           01:43:33
 7             I move that the board authorize the  01:43:36
 8        superintendent to execute the resolution  01:43:38
 9        agreement according to the terms and      01:43:40
10        conditions discussed in closed session.   01:43:42
11    CHAIRWOMAN ANDERSON:  Is there a second?      01:43:46
12             Thank you, Ms. Cohen.  I see your    01:43:51
13        hand.  Thank you very much.               01:43:53
14             All in favor of this action, please  01:43:55
15        raise your hands?                         01:43:57
16             We have Ms. Cohen, Mr. Frisch,       01:43:59
17        Ms. Omeish, Ms. McLaughlin, Ms. Pekarsky, 01:44:01
18        Ms. Sizemore Heizer, Ms. Meren,           01:44:04
19        Ms. Corbett Sanders, Ms. Tholen,          01:44:06
20        Ms. Keys-Gamarra, Ms. Derenak Kaufax, and 01:44:08
21        myself.  That is unanimous.               01:44:11
22             Thank you, Ms. McLaughlin and        01:44:13
23        Ms. Cohen.                                01:44:16
24             Now, I will call on Ms. Pekarsky yet 01:44:17
25        again.                                    01:44:20
```



```
 1    MS. PEKARSKY:  Okay.  I call on Ms. Omeish for    01:44:21
 2         the motion.                                  01:44:24
 3    MS. OMEISH:  Madame Vice Chair, the hybrid        01:44:28
 4         solution presented to the school board by    01:44:31
 5         the superintendent on December 7th will      01:44:32
 6         ensure that the Thomas Jefferson High        01:44:34
 7         School for Science and Technology            01:44:36
 8         continues to provide a high quality STEM     01:44:38
 9         education.  A diverse student body that      01:44:39
10         includes the wide variety of backgrounds,   01:44:42
11         experiences and skills enriches the         01:44:44
12         learning environment for the students at    01:44:46
13         TJ and prepares them to be science and      01:44:47
14         technology leaders in an increasingly       01:44:51
15         adverse work force.                         01:44:53
16             I therefore move to direct the          01:44:54
17         superintendent to revise the admissions     01:44:55
18         process for Thomas Jefferson High School    01:44:57
19         Science and Technology utilizing the        01:44:59
20         hybrid merit lottery of the                 01:45:01
21         superintendent's presentation to the board  01:45:04
22         on December 7th.  The admissions process    01:45:06
23         must use only racial -- race-neutral        01:45:08
24         methods that do not seek to achieve any     01:45:11
25         specific racial or ethnic mix, balance or   01:45:13
```



Page 98

```
 1        targets.  These changes are affected with   01:45:15
 2        the admissions process for the class         01:45:17
 3        entering TJ in the fall of 2021.             01:45:19
 4   MS. PEKARSKY:  Is there a second?                 01:45:23
 5   CHAIRWOMAN ANDERSON:  I second.                   01:45:25
 6   MS. PEKARSKY:  Ms. Omeish, would you like to      01:45:27
 7        speak to your motion?                        01:45:29
 8   MS. OMEISH:  Yeah.  You know, the --  The         01:45:33
 9        statement, I understand, is one that --      01:45:34
10        that is important to capture what this       01:45:37
11        speaks to.  I'll keep this brief.  I         01:45:39
12        mean, we've been hashing this out for        01:45:42
13        many weeks and months.                       01:45:43
14            I just wanted to clarify one piece       01:45:45
15        that I think got lost in the conversation    01:45:47
16        ever since the beginning.  I remember, you   01:45:51
17        know, when -- when we were first presented   01:45:53
18        with the merit lot -- the merit lottery      01:45:55
19        proposal it had a different process than     01:46:00
20        this -- this merit lottery component; and    01:46:01
21        the key piece that really --  My eyes        01:46:05
22        opened when I came to understand, was that   01:46:07
23        the same evaluation we would have with all   01:46:11
24        the criteria and the tests that we will be   01:46:14
25        putting in place for that pool of a          01:46:17
```



Page 99

```
 1        hundred that would have been a com -- a      01:46:19
 2        part of this is, in fact, being done         01:46:20
 3        before the lottery; whereas, prior to        01:46:23
 4        that, we had conversations about, you        01:46:27
 5        know, that -- that being a check almost,     01:46:29
 6        but that this was a necessary component      01:46:31
 7        and that students had to meet a certain      01:46:34
 8        threshold to be allowed both on the essay    01:46:36
 9        and the student information sheet to even    01:46:39
10        be eligible.                                 01:46:41
11             So that's just a piece, you know, I     01:46:41
12        wanted to make sure I clarified for my       01:46:43
13        colleagues.  I understand that, you know,    01:46:44
14        the Minority Student Achievement Oversight   01:46:46
15        Committee, the Title 1 Parent Advisory       01:46:49
16        Committee, "NOK-ka-set," NAACP, TJ Alumni    01:46:50
17        Group, there are many organizations that     01:46:54
18        have been in support of this; and out of     01:46:55
19        principle I wanted to make sure that this    01:46:57
20        was something that was heard.                01:47:00
21             But, again, clarifying that piece,      01:47:01
22        because I think this is where the            01:47:03
23        conversation -- we --  We got lost a         01:47:04
24        little bit in the conversation regarding     01:47:06
25        merit or the philosophy of all of these      01:47:09
```



Page 100

```
 1        things in -- in not noticing that key     01:47:12

 2        detail in the adjusted proposal.           01:47:15

 3   MS. PEKARSKY:  Thank you, Ms. Omeish.           01:47:19

 4        Dr. Anderson, would you like to            01:47:21

 5        speak to this motion?                      01:47:22

 6   CHAIRWOMAN ANDERSON:  I would.  I, too, will    01:47:24

 7        want to be very brief, because we have     01:47:25

 8        been debating this issue for many months   01:47:27

 9        now.  But I am supportive of this          01:47:30

10        proposal because it is an opportunity for  01:47:32

11        us to have a race-neutral selection of     01:47:36

12        students to be admitted to TJ.  We're      01:47:38

13        committed to building a diverse student    01:47:39

14        body that includes a wide variety of       01:47:41

15        backgrounds, as Ms. Omeish has shared;     01:47:43

16        and I believe this will be a good step to  01:47:46

17        get us there.                              01:47:48

18        As it's been stated before, we are         01:47:50

19        seeking to expand opportunity for all of   01:47:52

20        our students; and I'm glad that Ms. Omeish 01:47:54

21        also highlighted that there's a merit      01:47:57

22        component to the merit lottery that        01:48:00

23        continues to be overlooked.  This will not 01:48:02

24        be a method that selects students who are  01:48:05

25        not ready for TJ; and we've heard this     01:48:09
```



Page 101

1       from Dr. Bonitatibus, the principal at TJ,    01:48:12

2       that there's such an expansion does not --    01:48:15

3       will not reduce the level of students that    01:48:18

4       are admitted into TJ.                          01:48:21

5           The goal here is not to disadvantage      01:48:24

6       or advantage any racial group or              01:48:27

7       socioeconomic group.  In fact, this           01:48:31

8       proposal is to address such advantage that    01:48:33

9       has been in place of some -- of one group     01:48:36

10      over another.                                  01:48:39

11          As Ms. Omeish has shared, there's        01:48:40

12      been support for this proposal from MSAOC,    01:48:42

13      Title 1 advisory groups, as well as           01:48:45

14      numerous advocacy groups such as the NAACP    01:48:48

15      and the TJ Alumni Group.  But to be clear,    01:48:50

16      this option does require some additional      01:48:55

17      work.  But it is a good and --  It is an      01:48:58

18      adequate first step for us to promote         01:49:00

19      students from all areas of the county.        01:49:02

20          Some of the tenets of this option do     01:49:06

21      require your attention, such as the           01:49:08

22      reserve seats, because we know that will      01:49:10

23      not serve to enhance the culture of TJ,       01:49:13

24      which many students have spoken over the      01:49:16

25      last several months that are problematic.     01:49:18



Page 102

```
 1              While our board has done work to    01:49:21

 2         enact changes, such as the removal of the 01:49:24

 3         admission test -- I'm sorry, of the       01:49:27

 4         assessment and of the application fee, and 01:49:29

 5         also increasing the capacity, the seating 01:49:32

 6         capacity at TJ, there is more work to do;  01:49:36

 7         and I believe this is can be a step to     01:49:38

 8         move us in that direction in a bold        01:49:40

 9         fashion.                                   01:49:43

10              Thank you.                           01:49:43

11    MS. PEKARSKY:  Thank you.                      01:49:46

12              Ms. Keys-Gamarra?                    01:49:46

13    MS. KEYS-GAMARRA:  Thank you.  I --  I just    01:49:49

14         want to speak -- speak briefly because I  01:49:50

15         do thank Dr. Brabrand for bringing        01:49:55

16         forward this issue and giving this board  01:49:59

17         an opportunity to look at and take steps  01:50:02

18         to correct decades of missed opportunity  01:50:06

19         for many students across this county.     01:50:12

20              As we know, there have been students 01:50:15

21         that have not been recognized in many     01:50:19

22         regions, in many middle schools; and while 01:50:21

23         I think that this particular proposal is a 01:50:25

24         work in progress, and my hope had been    01:50:28

25         that we would continue to receive guidance 01:50:31
```



Page 103

```
 1        from experts, it was a departure and is a    01:50:35
 2        departure from business as usual.            01:50:39
 3             And if we are truly serious about       01:50:42
 4        doing anti-racism type work on this board,   01:50:45
 5        I hope that we will embrace opportunities    01:50:50
 6        like this.  And so I will be supporting      01:50:54
 7        this today and will continue to advocate     01:50:56
 8        for us to truly challenge ourselves and      01:51:00
 9        make sure that we are offering opportunity   01:51:04
10        to every student in every corner of          01:51:07
11        Fairfax County.                              01:51:09
12             Thank you.                              01:51:10
13   MS. PEKARSKY:  Thank you.                         01:51:13
14             Mr. Frisch?                             01:51:13
15   MR. FRISCH:  Thanks.  And I know we'll be         01:51:17
16         talking about this issue for a while, so    01:51:18
17         I'll try and keep this short.               01:51:20
18             I have zero doubts that there are       01:51:22
19        hundreds of students in our schools who      01:51:23
20        are overlooked, but who would thrive at TJ   01:51:26
21        if given the opportunity.                    01:51:30
22             I do have doubts, though, and I hope    01:51:32
23        I'm wrong, that the proposed holistic        01:51:33
24        option will do an adequate job of bringing   01:51:36
25        these overlooked students into the process   01:51:38
```



Page 104

```
 1        and incentivizing investments in their    01:51:41
 2        schools.                                   01:51:43
 3             Lotteries consisting of               01:51:44
 4        prequalified, talented and motivated       01:51:45
 5        students are successfully used in other    01:51:47
 6        top high schools across the United States. 01:51:49
 7        They can work here, too; but the merit     01:51:52
 8        lottery and subsequent revised hybrid      01:51:54
 9        lottery will not be passing tonight.  They 01:51:56
10        simply don't have the votes to succeed,    01:51:58
11        and that's the nature of public policy.    01:51:59
12        Sometimes you have the votes and sometimes 01:52:02
13        you do not.                                01:52:03
14             We remember that those with whom we   01:52:04
15        disagree on one issue might agree with us  01:52:06
16        on the next, and we seek to attract rather 01:52:09
17        than repel.                                01:52:12
18             I've done my best to ignore the       01:52:13
19        vitriol this conversation has inspired on  01:52:14
20        Twitter and elsewhere, especially when     01:52:17
21        I've had so many civil conversations with  01:52:20
22        parents, students and alumni on all sides  01:52:22
23        of this issue.                             01:52:24
24             You will not hear me attacking TJ     01:52:26
25        alumni who simply want their school to do  01:52:27
```



Page 105

```
 1        a better job finding qualified students    01:52:30
 2        and providing them with a campus climate   01:52:31
 3        consistent with the promise of a caring    01:52:34
 4        culture for every student.                 01:52:36
 5             I also won't complain about test      01:52:37
 6        prep or purportedly wealthy families       01:52:39
 7        flexing their financial mother -- muscle   01:52:41
 8        to help their children succeed.  These     01:52:44
 9        families are simply paying by the rules    01:52:46
10        FCPS has given them, and they will         01:52:47
11        continue to do so whatever our decision is 01:52:49
12        made today.                                01:52:52
13             This isn't about pitting one family   01:52:53
14        against another.  It's about the rules we  01:52:54
15        set for all families.  The charge of this  01:52:56
16        board is to put the resources of this      01:52:58
17        school division to the best possible use   01:53:00
18        for each and every student in each and     01:53:03
19        every school.  I look forward to hearing   01:53:04
20        my colleagues this evening as we carefully 01:53:07
21        consider their various motions and         01:53:09
22        amendments, because I know they feel the   01:53:11
23        same way.  Thank you.                      01:53:12
24   MS. PEKARSKY:  Thank you, Mr. Frisch.           01:53:16
25             I seeing no other speakers, I will    01:53:18
```



Page 106

```
 1        go ahead and re-read the motion.              01:53:19
 2             The motion before us is:  I,             01:53:22
 3        therefore, move to direct the                 01:53:24
 4        superintendent to revise the admissions       01:53:25
 5        process for Thomas -- TJ, utilizing the       01:53:28
 6        hybrid merit lottery of the                   01:53:31
 7        superintendent's presentation to the board    01:53:33
 8        on December 7th.  The admission process       01:53:35
 9        must use only race-neutral methods that do    01:53:38
10        not speak to achieve any specific racial      01:53:40
11        or ethnic mix, balance or targets.  These     01:53:43
12        changes are effective with the admissions     01:53:46
13        process for the class entering in the fall    01:53:48
14        of 2021.                                      01:53:51
15             All those in favor?                      01:53:53
16             Ms. Omeish, Ms. Keys-Gamarra,            01:54:00
17        Dr. Anderson, Mr. Frisch.                     01:54:04
18             All those opposed?                       01:54:06
19             Ms. McLaughlin, Ms. Tholen,              01:54:13
20        Ms. Corbett Sanders, Ms. Meren,               01:54:15
21        Ms. Sizemore Heizer, Ms. Cohen,               01:54:17
22        Ms. Derenak Kaufax, and Ms. Pekarsky.         01:54:20
23             I do not --  Are there any               01:54:24
24        abstentions?                                  01:54:29
25             (No response.)
```



Page 107

| | | |
|---|---|---|
| 1 | And that motion fails. | 01:54:32 |
| 2 | FEMALE VOICE:  Madame Vice Chair, did you | 01:54:36 |
| 3 | vote? | 01:54:38 |
| 4 | MS. PEKARSKY:  Yes.  I voted no.  I -- | 01:54:39 |
| 5 | FEMALE VOICE:  Thank you. | 01:54:40 |
| 6 | CHAIRWOMAN ANDERSON:  Thank you, Ms. Pekarsky. | 01:54:44 |
| 7 | I now call on Ms. Tholen for the | 01:54:46 |
| 8 | motion. | 01:54:53 |
| 9 | MS. THOLEN:  Madame Chair, the holistic review | 01:54:55 |
| 10 | process presented to the school board by | 01:54:57 |
| 11 | the superintendent on December 7th will | 01:54:59 |
| 12 | ensure that the Thomas Jefferson High | 01:55:02 |
| 13 | School for Science and Technology | 01:55:04 |
| 14 | continues to provide a high quality STEM | 01:55:06 |
| 15 | education.  A diverse student body that | 01:55:08 |
| 16 | includes a wide variety of backgrounds, | 01:55:12 |
| 17 | experiences, and skills enriches the | 01:55:14 |
| 18 | learning environment for the students at | 01:55:17 |
| 19 | TJ and prepares them to be the finest in | 01:55:19 |
| 20 | technology leaders that we need in a | 01:55:22 |
| 21 | increasingly diverse work force. | 01:55:24 |
| 22 | I thereby move to direct the | 01:55:27 |
| 23 | superintendent to revise the admissions | 01:55:29 |
| 24 | process for Thomas Jefferson High School | 01:55:32 |
| 25 | for Science and Technology utilizing the | 01:55:34 |



Page 108

| | | |
|---|---|---|
| 1 | holistic review process outlined on pages | 01:55:37 |
| 2 | 10, 11 and 12 of the superintendent's | 01:55:40 |
| 3 | presentation to the board on December 7th. | 01:55:44 |
| 4 | The superintendent's holistic review | 01:55:49 |
| 5 | process must be modified to establish that | 01:55:51 |
| 6 | as part of the review process the task 1.5 | 01:55:55 |
| 7 | percent of the 8th grade class at each | 01:56:00 |
| 8 | public middle school and who also meet the | 01:56:03 |
| 9 | minimum standards based on GPA in core | 01:56:07 |
| 10 | classes, student portrait sheet, | 01:56:11 |
| 11 | problem-solving essay and experience | 01:56:14 |
| 12 | factors will be eligible for admission. | 01:56:17 |
| 13 | The admission process must use only | 01:56:21 |
| 14 | race-neutral methods that do not seek to | 01:56:23 |
| 15 | achieve any specific racial or ethnic mix, | 01:56:26 |
| 16 | balance, or target.  These changes are | 01:56:29 |
| 17 | effective with the admissions process for | 01:56:32 |
| 18 | the class entering TJ in the fall of 2021. | 01:56:35 |
| 19 | CHAIRWOMAN ANDERSON:  Is there a --  I'm so | 01:56:41 |
| 20 | sorry.  I'll put this on. | 01:56:43 |
| 21 | Is there a second? | 01:56:44 |
| 22 | Ms. Pekarsky. | 01:56:48 |
| 23 | Ms. Tholen, would you like to speak | 01:56:49 |
| 24 | to your motion? | 01:56:51 |
| 25 | MS. THOLEN:  Yes, please.  Thank you. | 01:56:53 |



Page 109

```
 1              So while I understand the positive    01:56:55
 2         points of doing a lottery admissions       01:56:57
 3         process and thank the many advocates for   01:56:59
 4         the hours of discussion and research on    01:57:01
 5         this, I arrive at thinking about the TJ    01:57:05
 6         admissions process from the perspective of 01:57:08
 7         a parent of a TJ grad; and more            01:57:10
 8         importantly, as someone that has spent     01:57:13
 9         time as a middle school science teacher    01:57:15
10         and one that has spent hours and hours in  01:57:19
11         our Fairfax County middle schools and in   01:57:22
12         training middle school teachers to engage  01:57:24
13         students in hands-on problem-solving       01:57:26
14         efforts.                                   01:57:29
15              I have looked at the data generated   01:57:30
16         around their options and I cannot help but 01:57:32
17         think that a thoughtful deliberate process 01:57:35
18         across our district to identify students   01:57:38
19         that will thrive at TJ will bring us       01:57:41
20         students that are interested in STEM and   01:57:43
21         also have the aptitude to achieve in an    01:57:46
22         attentive math and science environment.    01:57:49
23              Importantly included in this motion   01:57:52
24         is something where we can strive toward a  01:57:55
25         minimum number of admissions from each     01:57:57
```



Page 110

| | | |
|---|---|---|
| 1 | school and thoughtfully ensure the | 01:58:00 |
| 2 | increased geographic diversity of entrants | 01:58:03 |
| 3 | and then have a cadre of students that can | 01:58:07 |
| 4 | assist us in recruitment and outreach | 01:58:09 |
| 5 | efforts over the upcoming years so we can | 01:58:12 |
| 6 | build the strength of the TJ pipeline in | 01:58:14 |
| 7 | every single one of our middle schools. | 01:58:17 |
| 8 | And we'll have staff more and more | 01:58:21 |
| 9 | incentivized to identify and work with | 01:58:24 |
| 10 | future applicants in every one of these | 01:58:27 |
| 11 | schools. | 01:58:30 |
| 12 | Please note that this method | 01:58:30 |
| 13 | described will eliminate the regional cap. | 01:58:32 |
| 14 | Thank you. | 01:58:36 |
| 15 | CHAIRWOMAN ANDERSON:  Ms. Pekarsky, would you | 01:58:39 |
| 16 | like to speak to your second? | 01:58:40 |
| 17 | MS. PEKARSKY:  Sure.  Very briefly.  This | 01:58:42 |
| 18 | motion will ensure that we are | 01:58:45 |
| 19 | identifying highly- qualified | 01:58:46 |
| 20 | academically-exceptional students in all | 01:58:49 |
| 21 | FCPS schools and providing them the | 01:58:52 |
| 22 | opportunity to enroll at Thomas Jefferson | 01:58:55 |
| 23 | High School. | 01:58:58 |
| 24 | This diverse student body will have | 01:58:59 |
| 25 | a positive impact to -- to the entire TJ | 01:59:01 |



Page 111

```
 1        body, I'm sorry, in their school          01:59:08
 2        experiences.                              01:59:10
 3             I want to thank the many community   01:59:11
 4        advocates who have shared their thoughts  01:59:13
 5        and comments during this process, and I   01:59:15
 6        encourage my fellow board members to      01:59:17
 7        support this motion tonight so our        01:59:19
 8        students and their families know what     01:59:22
 9        their path forward is for next year.      01:59:24
10             Thank you.                           01:59:27
11   CHAIRWOMAN ANDERSON:  Thank you, Ms. Pekarsky. 01:59:30
12             Do we have any other board members   01:59:31
13        wishing to speak to this motion?          01:59:32
14             Ms. Corbett Sanders, go ahead.       01:59:35
15   MS. CORBETT SANDERS:  I am going to try to get 01:59:38
16        my camera working.  If I start to have    01:59:41
17        computer issues, I will switch.  Hold     01:59:46
18        on -- my video, I mean.                   01:59:50
19   CHAIRWOMAN ANDERSON:  Ooh, you're already      01:59:52
20        starting to have issues.                  01:59:54
21   MS. CORBETT SANDERS:  Let's see.               01:59:57
22   CHAIRWOMAN ANDERSON:  Ms. Corbett Sanders?     01:59:58
23   MS. CORBETT SANDERS:  I don't think that's     02:00:00
24        working.  I...                            02:00:01
25   CHAIRWOMAN ANDERSON:  Yeah.  I am not sure --  02:00:02
```



```
                                                   Page 112
 1    MS. CORBETT SANDERS:  ...gonna have...        02:00:03

 2    CHAIRWOMAN ANDERSON:  -- if your --           02:00:03

 3    MS. CORBETT SANDERS:  There's --  It's not... 02:00:04

 4         Okay.  So I represent the Mount          02:00:11

 5    Vernon Magisterial District.  It has          02:00:13

 6    perhaps one of the lowest probabilities of    02:00:15

 7    getting students into TJ of anywhere in       02:00:18

 8    the county, and it is for that reason that    02:00:20

 9    I approach the work before us with a lot      02:00:23

10    of thought and a lot of deliberation.         02:00:27

11         And we are here as policy makers to      02:00:32

12    enact policy that are intentional and that    02:00:34

13    express -- that are explicit in our           02:00:38

14    desire, and our desire tonight is to          02:00:40

15    ensure that there is equity of access and     02:00:43

16    equity of opportunity for students            02:00:47

17    throughout Fairfax County at each             02:00:50

18    individual middle school in Fairfax County    02:00:53

19    to be able to to take advantage of the        02:00:56

20    wonderful opportunities at TJ.                02:00:58

21         And so I've spent a lot of time          02:01:02

22    speaking with advocates and researching       02:01:03

23    best practices and admissions policies        02:01:05

24    across the country; and as we all know,       02:01:07

25    there are arguments being made in support     02:01:10
```



Page 113

| | | |
|---|---|---|
| 1 | of each of the approaches that have been | 02:01:12 |
| 2 | brought to us by Dr. Brabrand; but I | 02:01:14 |
| 3 | wanted to make sure that we had some | 02:01:17 |
| 4 | independent sources to look at; and this | 02:01:20 |
| 5 | is where I looked at the Brookings | 02:01:23 |
| 6 | Institute report and proceedings that have | 02:01:25 |
| 7 | been taking place in Richmond with Maggie | 02:01:27 |
| 8 | Walker and the schools in Boston; and in | 02:01:30 |
| 9 | my research I have found compelling | 02:01:33 |
| 10 | evidence supporting this more | 02:01:35 |
| 11 | comprehensive review in proposal 2 coupled | 02:01:37 |
| 12 | with the very intentional experience | 02:01:41 |
| 13 | factors that have been added into this | 02:01:43 |
| 14 | process. | 02:01:46 |
| 15 | It is with this intentional approach | 02:01:47 |
| 16 | that places like Chicago have used | 02:01:49 |
| 17 | geographic diversity in select -- in | 02:01:54 |
| 18 | ensuring diversity in their select high | 02:01:58 |
| 19 | schools.  They ensure that there is a | 02:02:01 |
| 20 | representation by census tract in Chicago. | 02:02:02 |
| 21 | And in Boston recently Ibram X. | 02:02:05 |
| 22 | Kendi advocated for a minimum number of | 02:02:08 |
| 23 | seats for each of the elite schools to be | 02:02:11 |
| 24 | allocated by ZIP code.  And a recent study | 02:02:14 |
| 25 | by the National Institutes of Health and | 02:02:17 |



Page 114

| | | |
|---|---|---|
| 1 | the Association of Urban Colleges and | 02:02:19 |
| 2 | Universities on how to increase diversity | 02:02:21 |
| 3 | in the healthcare profession identified a | 02:02:24 |
| 4 | holistic approach as the most effective | 02:02:27 |
| 5 | means of ensuring that schools are able to | 02:02:29 |
| 6 | realize their diversity goals. | 02:02:32 |
| 7 | The urban universities for this | 02:02:34 |
| 8 | health to study with support from the | 02:02:36 |
| 9 | Health Resources and Services | 02:02:38 |
| 10 | Administration and the National Institutes | 02:02:40 |
| 11 | of Health conducted a large scale national | 02:02:43 |
| 12 | study on admissions in the health | 02:02:45 |
| 13 | professions.  The study found schools | 02:02:47 |
| 14 | using a holistic admissions process | 02:02:50 |
| 15 | experience both increases in the diversity | 02:02:52 |
| 16 | of their incoming classes and schools | 02:02:55 |
| 17 | using holistic admissions processes | 02:02:57 |
| 18 | reported increases in their student | 02:03:00 |
| 19 | engagement with the community, student | 02:03:02 |
| 20 | cooperation in teamwork, and students' | 02:03:04 |
| 21 | openness to perspectives different from | 02:03:07 |
| 22 | their own. | 02:03:09 |
| 23 | Additionally, they found that | 02:03:11 |
| 24 | schools using many elements of a holistic | 02:03:12 |
| 25 | view -- review process reported that the | 02:03:16 |



Page 115

```
 1        diversity of their incoming classes --    02:03:18
 2             (Bell ringing.)
 3             -- had increased more than it had at 02:03:20
 4        schools that had used fewer holistic      02:03:22
 5        review practices.                         02:03:24
 6             And for those who may say that we    02:03:26
 7        are not doing enough, I offer that this   02:03:27
 8        board is being very intentional in its    02:03:29
 9        approach to the challenge before it.      02:03:33
10        We've already eliminated the test and the 02:03:34
11        application fee, and increased the size of 02:03:36
12        the freshman class.  What we will do      02:03:38
13        tonight will be more intentional by       02:03:40
14        establishing a minimum number of seats per 02:03:42
15        middle school.  We also have a number of  02:03:44
16        follow-on motions that build on the       02:03:46
17        direction provided to the superintendent  02:03:48
18        in October to ensure equity of access to  02:03:50
19        advanced academics in all of our          02:03:53
20        elementary schools; and these motions will 02:03:55
21        ensure that we achieve our objective of   02:03:57
22        ensuring greater opportunities for        02:03:59
23        students across the county to attend TJ.   02:04:02
24   CHAIRWOMAN ANDERSON:   Thank you, Ms. Corbett  02:04:05
25        Sanders.                                  02:04:06
```



```
                                              Page 116
 1              Ms. Cohen, followed by Ms. Meren.   02:04:07
 2    MS. COHEN:  Guys, we're all having trouble    02:04:19
 3        with our cameras tonight.                 02:04:21
 4    CHAIRWOMAN ANDERSON:  A little bit.           02:04:22
 5    MS. COHEN:  I just wanted to say, you know, I 02:04:25
 6        know I have many constituents who I think 02:04:27
 7        so highly of, who are immensely           02:04:31
 8        disappointed tonight; and I want you to   02:04:34
 9        know your advocacy was not in vein.       02:04:37
10        You're helping to expand access to TJ to  02:04:40
11        many kids who have felt like they were    02:04:43
12        not TJ kids.                              02:04:45
13              All middle schools will now be      02:04:48
14        represented at TJ and that is because of  02:04:49
15        you.  We will keep working to make this   02:04:52
16        process more open and more inclusive      02:04:55
17        because this is not a sprint.  It's a     02:04:58
18        marathon.                                 02:05:02
19              Our next hurdle is to work together 02:05:03
20        to expand the pipeline of opportunity for 02:05:04
21        all of our kids starting in our elementary 02:05:07
22        schools with access to accelerated math   02:05:10
23        opportunities, full-time AARTs [sic] in   02:05:12
24        every school, school-sponsored after-     02:05:16
25        school clubs and activities, and math and 02:05:19
```



Page 117

```
 1       science opportunities in all of our middle   02:05:22

 2       schools.                                       02:05:25

 3            If all we do tonight is change the       02:05:26

 4       admissions process for TJ and not change      02:05:29

 5       who applies to TJ, not change who sees        02:05:34

 6       themselves as TJ kids, and not work to        02:05:38

 7       expand what that means at TJ, that            02:05:43

 8       everybody can feel included and valued,       02:05:46

 9       then we're not doing our job.  And we know    02:05:50

10       you're gonna keep us honest on that, and      02:05:53

11       I'm grateful for it.                          02:05:55

12  CHAIRWOMAN ANDERSON:   Thank you.                  02:06:00

13            Ms. Meren, followed by Ms. Sizemore      02:06:01

14       Heizer.                                        02:06:08

15  MS. MEREN:  Yes.  Thank you.                       02:06:09

16            I've said this several times this        02:06:13

17       week, not only on the topic of TJ but         02:06:14

18       other topics.  It's the role of the           02:06:17

19       community advocates to seek out what they     02:06:19

20       think that students deserve; and I have       02:06:21

21       been in those shoes for many years and I      02:06:24

22       respect the outreach and advocacy, and I      02:06:26

23       hope the community knows that even if the     02:06:28

24       decision hasn't gone the way that you         02:06:30

25       advocated for, your input was essential in    02:06:32
```



Page 118

| | | |
|---|---|---|
| 1 | educating me about the options and the | 02:06:35 |
| 2 | desires of Fairfax County, whether it was | 02:06:38 |
| 3 | coming from a student, a parent, or alumni | 02:06:40 |
| 4 | or other community members. | 02:06:44 |
| 5 | I've learned a lot in these past | 02:06:46 |
| 6 | months.  I've read analysis, letters, | 02:06:48 |
| 7 | reports, historical accounts of TJ and | 02:06:49 |
| 8 | proposals, had conversations and I'm | 02:06:52 |
| 9 | making the best decision I can tonight | 02:06:55 |
| 10 | based on what I think is possible given | 02:06:57 |
| 11 | the resources that the school division has | 02:06:59 |
| 12 | and how we can best support students and | 02:07:01 |
| 13 | getting more students into TJ and | 02:07:04 |
| 14 | supporting them in that -- that | 02:07:06 |
| 15 | transition. | 02:07:08 |
| 16 | I agree with what's been said.  This | 02:07:08 |
| 17 | is not the end of the work on TJ | 02:07:10 |
| 18 | admissions.  As I'll support and just sum | 02:07:12 |
| 19 | with Ms. Cohen, we want to know what's | 02:07:16 |
| 20 | happening with monitoring admissions; and | 02:07:18 |
| 21 | I do wish that part of this admissions | 02:07:21 |
| 22 | proposal from the superintendent included | 02:07:23 |
| 23 | from the outset more about the changes in | 02:07:24 |
| 24 | the pipeline to prepare more students too | 02:07:27 |
| 25 | so that they are ready to access TJ and | 02:07:30 |



Page 119

```
 1     advanced programs.                            02:07:33
 2          You know, it's been talked about;        02:07:35
 3     but this was a time to really start           02:07:36
 4     detailing the policy for things like that.    02:07:38
 5     You know, the early childhood programming,     02:07:40
 6     comparable courses being offered in           02:07:42
 7     extracurricular activities across             02:07:46
 8     elementary and middle schools.                02:07:48
 9          I believe that the anti-racist work      02:07:51
10     that this is part of, it's -- it is part      02:07:54
11     of it; and there's many things that I know    02:07:57
12     this board has already done this year to      02:07:59
13     center anti-racist work at FCPS.  So for      02:08:01
14     those of you who wanted more on this          02:08:04
15     tonight, I do believe that we are seeking     02:08:07
16     out anti-racist work and eradicating          02:08:10
17     racism is as essential as anything else       02:08:13
18     that we do.                                    02:08:15
19          And so I look forward to continuing      02:08:16
20     this work not only in TJ admissions in        02:08:18
21     advanced academic programs but in all the     02:08:20
22     ways that we can dismantle racism and         02:08:22
23     increase access, whether to include all       02:08:25
24     students from all walks of life who have      02:08:29
25     the talent and desire and capabilities        02:08:31
```



Page 120

```
 1        to -- to thrive in -- in their best        02:08:35
 2        environments.                              02:08:37
 3             Thank you.                            02:08:38
 4   CHAIRWOMAN ANDERSON:  Thank you.  I apologize,  02:08:38
 5        folks; but the hands are jumping all over  02:08:40
 6        the place; so it's not consistent with     02:08:42
 7        what I have here on my list.                02:08:44
 8             Ms. Sizemore Heizer, you're next,      02:08:46
 9        followed by Ms. Derenak Kaufax.             02:08:48
10   MS. SIZEMORE HEIZER:  Thank you, Dr. Anderson.  02:08:53
11        and I just have a quick question first     02:08:55
12        for staff or our legal counsel.  Just to   02:08:57
13        confirm here that when we're looking at    02:08:59
14        this motion number 2, it -- you know, I'm  02:09:02
15        basing it on Dr. Brabrand's presentation   02:09:05
16        from December 7th, it no longer con --     02:09:07
17        contains the regional pathways, but        02:09:09
18        rather a 1.5 percent per each middle        02:09:12
19        school.                                     02:09:14
20             So if someone could -- could confirm  02:09:14
21        that for me, I would appreciate it.        02:09:16
22   CHAIRWOMAN ANDERSON:  Mr. Smith, go ahead.  Or  02:09:20
23        Dr. Brabrand?                               02:09:22
24   MR. SMITH:  So I -- I can share that my         02:09:25
25        camera's not working here.  I guess we're  02:09:27
```



Page 121

```
 1            all having video issues tonight.          02:09:29

 2                 So, yes, that is correct.  So by      02:09:32

 3         going with the 1.5 percent methodology, it   02:09:35

 4         would preclude the regional pathways.        02:09:39

 5     MS. SIZEMORE HEIZER:  Great.  Thank you.  I       02:09:41

 6         appreciate it and that was my only           02:09:42

 7         question of how that --  And I won't          02:09:45

 8         re --  I agree with -- with many of the      02:09:46

 9         things my colleagues have said tonight;      02:09:49

10         and so I don't want to reiterate a lost      02:09:50

11         it.  But I do want to give a thank you to    02:09:52

12         all of the advocates who have reached out    02:09:55

13         to me and the many hours of thoughtful       02:09:57

14         meetings I've had or sat in on and           02:09:59

15         listened to advocates who have a lot of      02:10:01

16         passion and great desire to make TJ a        02:10:04

17         place that is truly accessible to all of     02:10:08

18         the populations who have a passion and       02:10:12

19         aptitude for STEM.  And so I really          02:10:14

20         appreciate all of your work, your            02:10:17

21         advocacy; and please do know that I have     02:10:18

22         listened very thoughtfully to all --         02:10:21

23         everybody, done the research, read           02:10:23

24         hundreds of pages of documents and really    02:10:27

25         sat and thought about what is the best       02:10:29
```



Page 122

| | | |
|---|---|---|
| 1 | path forward. | 02:10:32 |
| 2 | And like some of my colleagues who | 02:10:32 |
| 3 | have spoken tonight, I think the idea of | 02:10:34 |
| 4 | having a -- a path for each middle school | 02:10:36 |
| 5 | for a student at each middle school to be | 02:10:40 |
| 6 | able, those who have the talent and | 02:10:43 |
| 7 | aptitude and passion for STEM, to be able | 02:10:45 |
| 8 | to access TJ and then become that peer for | 02:10:47 |
| 9 | other students who are following behind | 02:10:51 |
| 10 | them I think is a fantastic option. | 02:10:53 |
| 11 | And so I will be supporting this | 02:10:55 |
| 12 | plan tonight.  Like Ms. Cohen said, we'll | 02:10:58 |
| 13 | continue to watch and monitor and it is | 02:11:00 |
| 14 | important that TJ be the place where those | 02:11:03 |
| 15 | who have that passion and aptitude for | 02:11:06 |
| 16 | STEM can access it from all across the | 02:11:08 |
| 17 | county. | 02:11:10 |
| 18 | So I thank my colleagues for | 02:11:10 |
| 19 | bringing this motion and I thank all of | 02:11:12 |
| 20 | the advocates.  Please, all of you who | 02:11:14 |
| 21 | advocate, keep advocating.  Find the next | 02:11:16 |
| 22 | issue that you -- you are passionate | 02:11:18 |
| 23 | about, or keep on this issue; but it is | 02:11:20 |
| 24 | our community advocates who make us do our | 02:11:22 |
| 25 | job as best as we can.  So thank you for | 02:11:25 |



```
                                          Page 123
 1      all of the advocacy.                  02:11:32

 2   CHAIRWOMAN ANDERSON:  Thank you.          02:11:39

 3         Ms. Derenak Kaufax?                 02:11:42

 4   MS. DERENAK KAUFAX:  Sorry.  I'm trying to get 02:11:44

 5      my camera to work, like everybody.    02:11:45

 6   CHAIRWOMAN ANDERSON:  No problem.         02:11:52

 7   MS. DERENAK KAUFAX:  There we go.  So, first 02:11:55

 8      of all, I want to say I do not want to 02:11:57

 9      destroy TJ.  TJ, as I have stated at our 02:11:58

10      work session, and for many years, is   02:12:02

11      simply one data point that highlights the 02:12:04

12      fact that there is an imbalance of      02:12:06

13      academic achievement and inequity across 02:12:08

14      FCPS; and we at FCPS must take          02:12:10

15      responsibility for this imbalance.      02:12:13

16         This is why on October 22nd I put   02:12:15

17      forward a motion to address the many    02:12:17

18      systemic issues that have impacted the  02:12:19

19      diversity at TJ.  These are issues that 02:12:21

20      impact high ability or gifted learners  02:12:23

21      and/or often leave potential in students 02:12:24

22      unidentified from very early-on.  These  02:12:28

23      are issues such as inequities in math and 02:12:30

24      science curriculum in elementary and    02:12:32

25      middle schools, inequity in             02:12:34
```



Page 124

```
 1          extracurricular and STEM opportunities in    02:12:35
 2          elementary and middle schools.               02:12:37
 3               Young scholars programs that are not     02:12:39
 4          administered uniformly or with fidelity,     02:12:41
 5          not having advanced academic resource        02:12:43
 6          teachers in all of our elementary schools,   02:12:45
 7          and not utilizing AAP curriculum in          02:12:47
 8          differentiated ways for all learners, and    02:12:49
 9          failures after many efforts of outreach to   02:12:51
10          help parents in our community understand     02:12:53
11          that advanced academic program means not     02:12:56
12          elitist, but truly a form of special         02:12:58
13          education that is required by our state to   02:12:59
14          meet the needs of a small population who's   02:13:03
15          learning levels are remarkably different     02:13:05
16          from their school-age peers.                 02:13:07
17               So what to do about TJ?  A               02:13:09
18          governor's school whose purpose from the     02:13:11
19          Virginia Department of Education was         02:13:13
20          created to give gifted students academic     02:13:15
21          and visual and performing arts              02:13:17
22          opportunities beyond those normally          02:13:18
23          available to students in their home          02:13:20
24          schools.                                     02:13:23
25               I do not believe that what we have      02:13:24
```



Page 125

1    before us is addressing the true systemic    02:13:25

2    issues that I just talked about that    02:13:28

3    impact diversity at TJ.  The need to    02:13:29

4    frontload programming.  This will truly    02:13:32

5    make the long-term impact.    02:13:34

6        If I'd been able to get support, I    02:13:36

7    would have postponed tonight's votes to    02:13:38

8    look deeper and engage the community    02:13:39

9    further on this issue.  Our community is    02:13:41

10   polarized and angry and this is never the    02:13:43

11   best way to move forward.  But what we    02:13:46

12   have before us is the sixth change to TJ    02:13:48

13   admissions in nine years.  It is an    02:13:50

14   imperfect solution.    02:13:52

15       Time will tell if it will bring    02:13:55

16   about the changes hoped for; but until we    02:13:56

17   address systemic issues, the pipeline, the    02:13:59

18   disparities, and implement accountability    02:14:01

19   by region and by school, I fear that    02:14:04

20   student potential will still not be    02:14:07

21   identified in the ways that we had hoped    02:14:09

22   for.    02:14:12

23       But is this imperfect solution the    02:14:13

24   next best step forward, is where we are    02:14:15

25   tonight, and I will most likely support it    02:14:18



Page 126

```
 1        as long as we have accountability statutes  02:14:22
 2        that are there in place.                     02:14:25
 3             I, too, thank the community that has    02:14:27
 4        talked to us, reached out to us.  I know     02:14:31
 5        this has been an emotional issue.  And       02:14:34
 6        please know that it's not our desire, as I   02:14:37
 7        said, to destroy TJ but to open up           02:14:41
 8        opportunities for those students who have    02:14:45
 9        unidentified potential.  But we can only     02:14:47
10        do it as a system if we do it in a way       02:14:50
11        that addresses all the inequities that       02:14:53
12        exist right now, so I will be --             02:14:55
13             (Bell ringing)
14             -- supporting this; but we must         02:14:58
15        address the systemic issues; because         02:15:00
16        that's really what's gonna make the          02:15:02
17        difference.                                  02:15:04
18   CHAIRWOMAN ANDERSON:  Thank you, Ms. Derenak      02:15:05
19        Kaufax.                                      02:15:07
20             Ms. McLaughlin followed by             02:15:07
21        Ms. Omeish.                                  02:15:08
22   MS. McLAUGHLIN:  Thank you.  I do share the       02:15:16
23        very serious concerns that my colleague,     02:15:20
24        Ms. Derenak Kaufax just outlined, so I'm     02:15:22
25        not gonna repeat the things that she         02:15:26
```



Page 127

| | | |
|---|---|---|
| 1 | said; but I am very concerned and I'm | 02:15:29 |
| 2 | gonna say what I've shared in multiple | 02:15:31 |
| 3 | work sessions related to TJ. | 02:15:34 |
| 4 | I think it's shameful that this | 02:15:38 |
| 5 | school system has not been successful to | 02:15:40 |
| 6 | date, and when you look at the | 02:15:43 |
| 7 | representation at TJ.  And what's really | 02:15:46 |
| 8 | shameful about it is that selected | 02:15:49 |
| 9 | universities, our very best in the United | 02:15:51 |
| 10 | States, have succeeded for decades to have | 02:15:54 |
| 11 | highly-diverse, high-achieving student | 02:15:57 |
| 12 | bodies. | 02:16:00 |
| 13 | I have shared my decade's worth of | 02:16:01 |
| 14 | experience as a former Georgetown | 02:16:04 |
| 15 | admissions officer, and an admissions | 02:16:05 |
| 16 | reader for Duke.  I've seen how these | 02:16:08 |
| 17 | universities do an amazing job of making | 02:16:10 |
| 18 | sure that they have a highly- diverse | 02:16:12 |
| 19 | student population and remain some of the | 02:16:14 |
| 20 | best universities in the country, because | 02:16:16 |
| 21 | it really is about providing opportunity | 02:16:18 |
| 22 | for all, is a holistic admissions process | 02:16:21 |
| 23 | that allows every child to be considered | 02:16:23 |
| 24 | in light of their environment. | 02:16:27 |
| 25 | The problem is that FCPS for so | 02:16:29 |



Page 128

```
 1        long, from what I can certainly see did      02:16:33
 2        not consult with experts.  They could have  02:16:35
 3        easily solved this many years ago and       02:16:37
 4        we're here today with all of the things     02:16:40
 5        that have torn apart the community.         02:16:43
 6             I have no doubt that through            02:16:46
 7        highly-skilled holistic admissions process  02:16:49
 8        we absolutely could see better              02:16:52
 9        representation from across this county       02:16:55
10        geographically alone.                       02:16:58
11             I'm really upset that we're doing       02:17:00
12        this so quickly, that at 4:30 this          02:17:02
13        afternoon, there was nothing posted -- no    02:17:06
14        motions, no amendments, no follow-ons, not  02:17:10
15        for me, not for the public to be able to     02:17:13
16        be able to review and read.  This is not    02:17:14
17        how we do the board work.  This is not       02:17:17
18        public transparency.                        02:17:19
19             I have shared before that I do not      02:17:21
20        believe all the things our superintendent   02:17:24
21        led us to believe had to get made and done   02:17:25
22        for this admissions cycle needed to be       02:17:28
23        done.  After all of my time on the board,    02:17:32
24        I believe that we -- we absolutely have to   02:17:34
25        be making very much the data-driven          02:17:36
```



Page 129

```
 1        decisions in front of us.                    02:17:39
 2            We've got nothing here about teacher 02:17:41
 3        recommendations, not without the data       02:17:43
 4        analysis that would show whether or not we 02:17:45
 5        have concerns and how do we address being   02:17:48
 6        able to best utilize teacher                02:17:51
 7        recommendations; but they're used every     02:17:52
 8        year by the colleges and we certainly       02:17:54
 9        haven't heard from our families that we     02:17:57
10        need to lobby to get rid of them in the     02:17:59
11        college admissions process either.          02:18:01
12            I really appreciate the fact that       02:18:04
13        our board as a body was trying to find the 02:18:06
14        way of compromise on this main motion 2;    02:18:13
15        but before I can say --                     02:18:17
16            (Bell ringing)
17            -- whether or not (audio distortion 02:18:18
18        - unintelligible) for Dr. Brabrand, please 02:18:19
19        explain how the region-by-region review no 02:18:23
20        longer exists and how will you be reading   02:18:27
21        these applicants then?                      02:18:29
22  CHAIRWOMAN ANDERSON:  Dr. Brabrand?               02:18:34
23  DR. BRABRAND:  Yeah.  Thank you very much,        02:18:36
24        Ms. McLaughlin.  I'm gonna let Mr. Smith    02:18:37
25        talk about how we're gonna be doing the     02:18:40
```



Page 130

| | | |
|---|---|---|
| 1 | approach now with the -- with the | 02:18:42 |
| 2 | minimums for each school. | 02:18:43 |
| 3 | Mr. Smith, can you share a little | 02:18:44 |
| 4 | bit more about that versus the regional | 02:18:46 |
| 5 | pathway we had outlined before? | 02:18:47 |
| 6 | MR. SMITH:  Well, so based on the -- the | 02:18:51 |
| 7 | motion before the board, we would look at | 02:18:53 |
| 8 | minimums for each school; and there are | 02:18:58 |
| 9 | aspects of the process that I don't feel | 02:19:02 |
| 10 | are appropriate to share in a public | 02:19:06 |
| 11 | setting because of proprietary nature of | 02:19:08 |
| 12 | the methodology, but we would be looking | 02:19:11 |
| 13 | at each school and having a set number of | 02:19:15 |
| 14 | the overall student population, that 1.5 | 02:19:20 |
| 15 | percent over -- of the overall student | 02:19:22 |
| 16 | population who were eligible for TJ, they | 02:19:24 |
| 17 | would be considered for the process. | 02:19:29 |
| 18 | And I can certainly share anything | 02:19:31 |
| 19 | more with the board with more specifics at | 02:19:33 |
| 20 | a different time. | 02:19:38 |
| 21 | MS. McLAUGHLIN:  Madame Chair, I --  Just to | 02:19:40 |
| 22 | clarify, since my question wasn't | 02:19:41 |
| 23 | answered, Mr. Smith, I'm not asking for | 02:19:44 |
| 24 | proprietary information.  We currently | 02:19:46 |
| 25 | publicly make known that we review | 02:19:48 |



Page 131

```
 1      students in a county-wide process.  Then    02:19:50
 2      the superintendent said we're gonna try     02:19:53
 3      and give better geographic diversity on a   02:19:55
 4      region-by-region review with pre-allotted   02:19:57
 5      slots per region.                           02:20:00
 6          Now, by getting rid of, as -- as        02:20:02
 7      you're saying, the region-by-region         02:20:05
 8      pre-allotted slot, then it either goes      02:20:08
 9      back to being we're going to ensure         02:20:12
10      minimums across all the middle schools and  02:20:14
11      then the rest of the students are read      02:20:17
12      how?  Are they read in the way we do them   02:20:19
13      now, county-wide, or being read             02:20:22
14      differently?  That's not a secret.          02:20:25
15      That's --  The superintendent told us you   02:20:27
16      were going to read them region by region.   02:20:30
17          You need to tell the board what are     02:20:32
18      you doing.  Beyond the 1.5 as the minimum,  02:20:35
19      are you reading them school by school or    02:20:39
20      are you reading them region by region or    02:20:40
21      are you reading them county-wide as a       02:20:41
22      whole pool?  We need to know that before    02:20:44
23      we vote on this same motion tonight.        02:20:46
24      That's just the responsible thing to do.    02:20:49
25      Otherwise the board members have no idea    02:20:50
```



```
                                              Page 132

 1        what we're actually granting the        02:20:52

 2        superintendent to do.                    02:20:55

 3    MR. SMITH:  So there's been --  There's been 02:20:57

 4        no discussion about a region by region.  02:20:58

 5        We would be looking at those students    02:21:00

 6        holistically as a system, as a school    02:21:02

 7        system.                                   02:21:05

 8    MS. McLAUGHLIN:  Mr. Smith, it's in the Power 02:21:06

 9        Point presentation; and the language of  02:21:07

10        this motion says we're gonna follow      02:21:09

11        what's in the Power Point presentation    02:21:11

12        for option 2, which is to read region by 02:21:13

13        region with allotted slots per region.   02:21:16

14            So unless we're committing to that,  02:21:19

15        it's not happening.  It's not in the     02:21:23

16        motion and, therefore, there's nothing   02:21:25

17        that tells us how the division's going to 02:21:28

18        read these applications.  And that's a    02:21:31

19        transparency piece for both the board and 02:21:34

20        the public.                               02:21:36

21    CHAIRWOMAN ANDERSON:  Ms. McLaughlin --       02:21:41

22    MS. McLAUGHLIN:  (Overspeaking-unintelligible)

23    CHAIRWOMAN ANDERSON:  -- if I may offer       02:21:42

24        that -- that second piece -- and this may 02:21:44

25        not be helpful, but I'm hoping that it    02:21:46
```



Page 133

```
 1        is.  And I'm trying to find the language.  02:21:48
 2        The second piece regarding the            02:21:50
 3        school-by-school approach was an           02:21:53
 4        amendment to the main motion.  This came   02:21:55
 5        from board members.  That's how that got   02:21:58
 6        added.  But it is not part of the Power    02:22:00
 7        Point.                                     02:22:02
 8             I'm not sure if this is helpful.      02:22:03
 9             And, Mr. Foster, if you wouldn't      02:22:04
10        mind offering some additional              02:22:06
11        clarification, that would be helpful as    02:22:08
12        well.                                      02:22:12
13   MR. FOSTER:   Well, I think Mr. Smith walked    02:22:12
14        through it.  You know, I'm the legal       02:22:14
15        counsel.  I don't do the operations        02:22:15
16        piece.  But I --  My key takeaway is that  02:22:17
17        this will be done on a county-wide basis,  02:22:20
18        as Mr. Smith -- I thought I heard him      02:22:25
19        describe a moment ago.  And I -- I think   02:22:27
20        that's the key -- the key takeaway in      02:22:29
21        response to response to Ms. McLaughlin's   02:22:31
22        question.                                  02:22:34
23   CHAIRWOMAN ANDERSON:  Thank you.                02:22:35
24             Ms. McLaughlin, I'm happy to put you  02:22:35
25        in a go-back; but I do know your time      02:22:37
```



Page 134

| | | |
|---|---|---|
| 1 | expired, and we have a couple more | 02:22:39 |
| 2 | speakers. | 02:22:41 |
| 3 | MS. McLAUGHLIN:  (Overspeaking-unintelligible) | |
| 4 | CHAIRWOMAN ANDERSON:  Would you like for me to | 02:22:41 |
| 5 | do that? | 02:22:42 |
| 6 | MS. McLAUGHLIN:  My -- Yes.  Thank you.  My | 02:22:44 |
| 7 | questions are salient and they're not -- | 02:22:45 |
| 8 | they're not clearly answered.  Thank you. | 02:22:46 |
| 9 | CHAIRWOMAN ANDERSON:  Of course. | 02:22:49 |
| 10 | Ms. Omeish, go ahead, followed by | 02:22:50 |
| 11 | Ms. Keys-Gamarra. | 02:22:52 |
| 12 | MS. OMEISH:  Thanks.  And -- and I thank you | 02:22:55 |
| 13 | to my colleagues for indulging me here. | 02:22:57 |
| 14 | I know, you know, I spoke a little bit | 02:22:59 |
| 15 | earlier to a different piece. | 02:23:01 |
| 16 | But I do want to start off by | 02:23:02 |
| 17 | thanking Ms. Pekarsky and Ms. Tholen for | 02:23:04 |
| 18 | the hard work they did put into this.  It | 02:23:06 |
| 19 | was not, you know, without many | 02:23:09 |
| 20 | conversations and back-and-forth and | 02:23:10 |
| 21 | trying to bring folks together.  And that, | 02:23:13 |
| 22 | I -- I just -- I want to publicly | 02:23:15 |
| 23 | recognize that and acknowledge... | 02:23:18 |
| 24 | MR. SMITH:  She wants to know how we're going | 02:23:24 |
| 25 | to -- how we're going to place students. | 02:23:25 |



```
                                                        Page 135

 1      MS. OMEISH:  Right.                          02:23:28

 2      CHAIRWOMAN ANDERSON:  Mr. Smith --  I'm sorry. 02:23:29

 3      MS. OMEISH:  I think we're good now.  I think 02:23:31

 4          we're good now.  Okay.                   02:23:35

 5      CHAIRWOMAN ANDERSON:  Okay.                   02:23:38

 6      MS. OMEISH:  Sorry.  I just want to make sure 02:23:38

 7          that that's something that is said and    02:23:39

 8          recognized by all of us.                  02:23:41

 9          I --  I --  I also am careful here.       02:23:44

10      I will support this for -- you know, with     02:23:47

11      the understanding that we're moving           02:23:49

12      forward here with a number of amendments      02:23:51

13      and options as to how to make this better.    02:23:53

14      My fear is, you know, we move away from --     02:23:56

15      we've already moved away from the -- the      02:23:59

16      quantitative test, for lack of a better       02:24:01

17      way of articulating it, let's say the         02:24:03

18      standardized test; but we are now facing a    02:24:06

19      quasi test of a different form; and unless    02:24:09

20      we're intentional with additional pieces,     02:24:13

21      I worry about finding ourselves in the        02:24:16

22      same place as was tried years ago.            02:24:18

23          I -- I am, you know, particularly         02:24:22

24      appreciative of the 1.5 piece that's here;    02:24:23

25      and I look forward to seeing the -- the       02:24:26
```



Page 136

```
 1        additional motions that will bring us      02:24:27

 2        along further.                             02:24:29

 3            At the end of the day, I know folks    02:24:31

 4        have shared, you know, their personal      02:24:33

 5        experiences with TJ and -- and these kinds 02:24:36

 6        of institutions or these programs, and I   02:24:37

 7        haven't shared before with my colleagues   02:24:41

 8        or with the public that these things are   02:24:44

 9        personal to me, too; right?  I mean, I --  02:24:47

10        I'm some --  I'm one of those kid.  I'm    02:24:49

11        one of those students whose parents        02:24:51

12        expected no less than 100 percent on every 02:24:52

13        assignment ever; and, you know, ended up,  02:24:54

14        my siblings and I, in competitive places.  02:24:58

15        And it's because of that, and it's because 02:25:02

16        of what I saw of disparity as I, you know, 02:25:04

17        got lucky in these opportunities that I'm   02:25:08

18        so passionate about wanting to make sure   02:25:09

19        this was accessible for students.          02:25:11

20            At the end of the day, in trying to    02:25:13

21        bring us together and in the spirit of     02:25:15

22        what Ms. Pekarsky and Ms. Tholen brought   02:25:16

23        this forward to do, there are              02:25:18

24        philosophical questions here that make     02:25:21

25        this a very difficult conversation to      02:25:24
```



Page 137

```
 1         have, let alone have the community on the   02:25:25
 2         same page about.  Right?                     02:25:28
 3              Like what is the role of TJ?  Is it    02:25:29
 4         a place of opportunity?  Is it an            02:25:31
 5         incubator for STEM talent?  These are        02:25:33
 6         questions that remain in a conversation      02:25:35
 7         that needs to be resolved.                   02:25:37
 8              What is hard work?  What does it        02:25:39
 9         mean to earn something or be deserving of    02:25:40
10         an opportunity?  And where does that fit     02:25:43
11         and fit with our societal realities?        02:25:46
12         Whose role is it to address systemic         02:25:49
13         injustices that we know are a factor of      02:25:51
14         our realities?  Is that --  To what extent  02:25:55
15         is our school board responsible for making  02:25:58
16         decisions that attempt to correct or         02:26:01
17         address or modify different pieces of        02:26:03
18         what's going on out there?                   02:26:06
19              So --  And finally --                   02:26:08
20              (Bell ringing)
21    MS. OMEISH:  -- what does it mean "gifted"?       02:26:09
22         So I leave -- you know, I want to            02:26:12
23         conclude by saying there are a number of     02:26:13
24         philosophical questions that -- that         02:26:14
25         bring us here; and I hope our community      02:26:15
```



Page 138

```
 1        isn't entirely dismayed, because I think   02:26:17
 2        we can work through with some of the        02:26:20
 3        motions that are coming forward.            02:26:21
 4   CHAIRWOMAN ANDERSON:  Thank you, Ms. Omeish.     02:26:23
 5        Ms. Keys-Gamarra?                           02:26:26
 6   MS. KEYS-GAMARRA:  Yes.  I'm happy to follow     02:26:31
 7        my colleague because I do think that this   02:26:32
 8        is an extremely --  It's very difficult     02:26:37
 9        for us to come to the same place.  And I    02:26:40
10        have a problem --  I --  Every time I       02:26:44
11        hear the phrase "holistic," it reminds me   02:26:46
12        of all those things that look as though     02:26:50
13        we're evaluating people based on their      02:26:53
14        merits but that they also provide places    02:26:56
15        where racism can hide.                      02:27:01
16            If we examine what we have done with    02:27:04
17        TJ over the years in trying to achieve      02:27:06
18        progress and trying to improve diversity,   02:27:10
19        it has always been under the name of        02:27:14
20        holistic.                                   02:27:16
21            And so I appreciate my colleagues       02:27:17
22        trying to get here in a way that was        02:27:21
23        comfortable for their conscience, but I     02:27:25
24        must advocate that we keep pressing.        02:27:29
25        And -- and so I am glad to see that we      02:27:33
```



Page 139

```
 1      have these percentages that will come from   02:27:38
 2      every middle school, but I think it's         02:27:41
 3      telling we're talking about 1.5 percent;      02:27:45
 4      because that tells the public that we have    02:27:48
 5      middle schools where we didn't even have      02:27:51
 6      1.5 percent; and that was happening while     02:27:54
 7      we were applying a holistic evaluation for    02:27:58
 8      TJ.
 9          So I --  You know, I understand.          02:28:07
10      I --  And I get it.  But just for my          02:28:09
11      colleagues, those words, "holistic,"          02:28:13
12      "merit," don't mean a lot for certain         02:28:16
13      communities.  It doesn't mean that            02:28:19
14      something positive is happening, because      02:28:23
15      those are the very things that have been      02:28:25
16      used to keep out people from                  02:28:29
17      underrepresented groups.                      02:28:31
18          And as my son said, it's as if           02:28:33
19      people think these people haven't been        02:28:36
20      working hard, when in fact they are.          02:28:38
21          The second thing I want to say is I      02:28:41
22      just saw a -- an advertisement for one of     02:28:43
23      these schools that helps kids get ready       02:28:47
24      for TJ and they -- they said in their         02:28:50
25      advertisement "they're ready for the          02:28:53
```



Page 140

| | | |
|---|---|---|
| 1 | changes that FCPS is making." | 02:28:55 |
| 2 | So we have to be super-super | 02:28:58 |
| 3 | diligent; and I just want to encourage my | 02:29:00 |
| 4 | colleagues to please say diligent because | 02:29:04 |
| 5 | we cannot afford to even slip back even | 02:29:07 |
| 6 | unconsciously back into business as usual. | 02:29:10 |
| 7 | Thank you. | 02:29:14 |
| 8 | CHAIRWOMAN ANDERSON:  Thank you, | 02:29:17 |
| 9 | Ms. Keys-Gamarra. | 02:29:18 |
| 10 | I will very briefly -- I will very, | 02:29:19 |
| 11 | very briefly take my turn in this matter. | 02:29:22 |
| 12 | Clearly as someone who seconded the | 02:29:25 |
| 13 | motion for the previous option, I -- I | 02:29:28 |
| 14 | will not be support of this -- I will not | 02:29:31 |
| 15 | be in support of this proposal for the | 02:29:33 |
| 16 | very many reasons that Ms. Keys-Gamarra | 02:29:36 |
| 17 | and Ms. Omeish have stated. | 02:29:38 |
| 18 | 1.5, I don't believe, is aggressive | 02:29:42 |
| 19 | enough to counter some of the | 02:29:44 |
| 20 | overrepresentation that exists with our | 02:29:46 |
| 21 | current system.  As someone who represents | 02:29:49 |
| 22 | an area where very few of our kids are | 02:29:51 |
| 23 | identified for TJ admissions, the message | 02:29:55 |
| 24 | that it sends is clear, that our kids are | 02:29:58 |
| 25 | not ready, that our kids are not there; | 02:30:01 |



Page 141

```
 1        and that is just not true.  It is the lack  02:30:04
 2        of opportunity that has stopped or          02:30:06
 3        prevented the children from our schools in  02:30:10
 4        Mason District to have access to TJ.        02:30:13
 5             You know, I am dismayed by some of     02:30:16
 6        the inferences regarding why some           02:30:19
 7        communities have access to TJ and why some  02:30:22
 8        communities do not.  But what it is not is  02:30:25
 9        the fault of the children.  We have not     02:30:28
10        removed enough barriers.                    02:30:30
11             As I shared earlier, the school        02:30:32
12        board moved on increasing TJ capacity.      02:30:34
13        The school board moved on removing the      02:30:37
14        application test.  It moved on removing on  02:30:39
15        the fee.  While these things are            02:30:43
16        important, they are insufficient; and I     02:30:45
17        find that to be the case with this motion   02:30:48
18        as well.                                    02:30:51
19             Now we will have go-backs.             02:30:53
20             Ms. McLaughlin, you have a             02:30:55
21        two-minute go-back.  Go ahead.              02:30:57
22   MS. McLAUGHLIN:  Thank you.  Yes, as I was       02:31:09
23        trying to get clarity from Dr. Brabrand     02:31:11
24        and Mr. Smith, I just want to reiterate,    02:31:14
25        we know that this motion, in a very good    02:31:18
```



Page 142

| | | |
|---|---|---|
| 1 | way, is looking to make sure we have | 02:31:21 |
| 2 | greater geographic diversity in our | 02:31:23 |
| 3 | county across all of our middle schools; | 02:31:26 |
| 4 | but for the remaining slots that are not | 02:31:30 |
| 5 | apportioned to each of these middle | 02:31:33 |
| 6 | schools, how then are they done? | 02:31:34 |
| 7 | Because, again, according to option 2 on | 02:31:38 |
| 8 | how the superintendent lays it out and | 02:31:41 |
| 9 | how this motion language states it, that | 02:31:43 |
| 10 | we're gonna follow his hybrid holistic -- | 02:31:46 |
| 11 | or, sorry, his holistic option, that | 02:31:48 |
| 12 | required the region-by- region | 02:31:51 |
| 13 | pre-apportioned slots. | 02:31:57 |
| 14 | So is this going to be now a | 02:31:59 |
| 15 | county-wide pool for the remaining seats? | 02:32:02 |
| 16 | That has not been -- | 02:32:06 |
| 17 | SUPERINTENDANT BRABRAND:  Yes.  The answer is | 02:32:08 |
| 18 | yes.  That's correct. | 02:32:09 |
| 19 | MR. SMITH:  Yes, it will be a county-wide | 02:32:11 |
| 20 | pool.  The -- the 1.5 addresses the -- | 02:32:13 |
| 21 | the regional approach and the remaining | 02:32:16 |
| 22 | students would be holistically reviewed | 02:32:18 |
| 23 | as a county. | 02:32:22 |
| 24 | MS. McLAUGHLIN:  Okay.  I mean, I -- I think | 02:32:24 |
| 25 | that with that question, listening to our | 02:32:26 |



Page 143

```
 1        community, even those who are concerned   02:32:28
 2        about how we were addressing academic     02:32:32
 3        merit and achievement in the school -- in 02:32:36
 4        the selection process, I heard            02:32:38
 5        universally a desire that we would like   02:32:40
 6        to have TJ more reflective of our         02:32:42
 7        community and to have more geographic     02:32:45
 8        representation of students who are with   02:32:48
 9        backgrounds of poverty that are not       02:32:53
10        represented there, ELL, special ed, all   02:32:54
11        of it.                                    02:32:57
12             And so I -- I -- My -- My            02:32:57
13        greatest reservation is somewhat to what  02:33:02
14        Ms. Keys-Gamarra said.  We did have       02:33:04
15        holistic admissions in place and I -- I   02:33:07
16        have seen holistic admissions work        02:33:09
17        extremely successfully at the college     02:33:12
18        level.  I don't know what happened with   02:33:14
19        our implementation efforts with FCPS's    02:33:16
20        admissions process; but it wasn't working.02:33:19
21             So this is a step forward.  I -- I   02:33:24
22        do want to apologize to the public.  I    02:33:27
23        don't think this is at all appropriate    02:33:29
24        that things were not posted, even for     02:33:31
25        board members to see until 4:30 this      02:33:34
```



```
                                               Page 144
 1        afternoon; and that's what's giving me    02:33:37
 2        pause about supporting this.              02:33:39
 3            I like to be able to review things.   02:33:40
 4        I like to be able to vet things and I like 02:33:42
 5        to be able to be informed when I make a   02:33:45
 6        decision; and this is -- this has been    02:33:49
 7        uncomfortable.                            02:33:51
 8            I do want to thank Ms. Pekarsky --    02:33:51
 9            (Bell ringing)
10   MS. McLAUGHLIN:  -- and Ms. Tholen for their   02:33:53
11        hard work, but there's just been way too  02:33:55
12        much change happening and so I -- I'm --  02:33:58
13        I'm torn.                                 02:34:02
14            Thank you.                            02:34:03
15   CHAIRWOMAN ANDERSON:  Thank you.               02:34:04
16            And now Ms. Corbett Sanders, and      02:34:05
17        she's the last speaker.  I will call for  02:34:08
18        the vote.                                 02:34:10
19   MS. CORBETT SANDERS:  Thank you.  I just       02:34:12
20        wanted to clarify for people so they got  02:34:13
21        an understanding.  In the Mount Vernon    02:34:16
22        region immediately, we would end up with  02:34:19
23        12 seats coming from Sandburg.  We        02:34:23
24        would --  Where we have no seats today at 02:34:28
25        Whitman and the current probability of    02:34:32
```



Page 145

| | | |
|---|---|---|
| 1 | getting an admission to TJ is about 1 in | 02:34:35 |
| 2 | 456 from Whitman -- or 1 in 476, | 02:34:39 |
| 3 | immediately next year you would have 7 | 02:34:44 |
| 4 | children admitted from Whitman. | 02:34:46 |
| 5 | South County Middle School would | 02:34:49 |
| 6 | have an increase, would be doubling their | 02:34:51 |
| 7 | representation from South County. | 02:34:54 |
| 8 | Hayfield would be improving their | 02:34:57 |
| 9 | representation by something like 7-fold. | 02:34:59 |
| 10 | And in the Mason District, you have | 02:35:04 |
| 11 | Poe, which has been significantly | 02:35:07 |
| 12 | underrepresented.  They would immediately | 02:35:09 |
| 13 | have 5 students admitted. | 02:35:11 |
| 14 | And at Holmes, where they have | 02:35:13 |
| 15 | one -- actually zero, they would | 02:35:17 |
| 16 | immediately have 5 students, based on | 02:35:18 |
| 17 | their population. | 02:35:21 |
| 18 | And so this is a significant change | 02:35:22 |
| 19 | in our approach, and it is one that I | 02:35:26 |
| 20 | encourage my -- my colleagues to please | 02:35:28 |
| 21 | support ensuring that we do have this | 02:35:31 |
| 22 | greater diversity coming into TJ | 02:35:34 |
| 23 | immediately next year. | 02:35:37 |
| 24 | Thank you. | 02:35:39 |
| 25 | CHAIRWOMAN ANDERSON:  Thank you. | 02:35:40 |



Page 146

```
 1              Ms. Keys-Gamarra, did you want a      02:35:41
 2         go-back or was your hand up from before?  02:35:43
 3    MS. KEYS-GAMARRA:  Just very, very quickly.     02:35:46
 4    CHAIRWOMAN ANDERSON:  Go ahead.                 02:35:49
 5    MS. KEYS-GAMARRA:  I --  Yes.  I --  I          02:35:50
 6         understand -- and thank you for that,     02:35:52
 7         Ms. Corbett Sanders.                       02:35:54
 8              I understand that 1.5 percent is      02:35:55
 9         more than we have now.  But I think it's a 02:35:58
10         shame that we're starting at this point.  02:36:00
11         And so I just --  You know, there was an  02:36:03
12         old --  Something is better than nothing. 02:36:05
13         Certainly, it's a move forward.            02:36:08
14              I urge my colleagues to please look  02:36:10
15         at these additional follow-ons so that we 02:36:12
16         can make sure that we remain diligent.    02:36:15
17              For us to be talking about 1.5       02:36:18
18         percent as an improvement at this point,  02:36:20
19         you know, is -- is just not where I, as a 02:36:23
20         board member, want it to be.               02:36:26
21              And so I urge us to not only support 02:36:28
22         this but to con -- to support the         02:36:31
23         additional amendments and follow-ons so   02:36:32
24         that we can make sure that we are laser   02:36:35
25         focused and not being distracted and      02:36:38
```



Page 147

```
 1        allowing this to get away from us any      02:36:42

 2        more.                                       02:36:45

 3             Thank you.                             02:36:46

 4   CHAIRWOMAN ANDERSON:  Thank you.  Ms. Tholen,    02:36:47

 5        did you like -- would you like a go-back?   02:36:50

 6             (No response.)                         02:36:54

 7             Thank you.                             02:36:58

 8             Ms. Mc --  I'm sorry.  Ms. Tholen,     02:36:58

 9        are you wanting to speak or not?  I'm --    02:37:01

10        Your hand keeps going up and down.  Please  02:37:04

11        confirm.                                    02:37:07

12   MS. THOLEN:  I'm sorry.  Too many buttons.       02:37:08

13             I would like to speak if I can.        02:37:11

14   CHAIRWOMAN ANDERSON:  Go ahead.                  02:37:13

15   MS. THOLEN:  I just wanted to clarify that       02:37:13

16        the --  Can you hear me okay?               02:37:16

17   CHAIRWOMAN ANDERSON:  Yes.  Please go ahead.     02:37:20

18   MS. THOLEN:  My computer just...                 02:37:24

19             I just wanted to clarify that the      02:37:25

20        1.5 is a minimum number for each middle     02:37:27

21        school; so it is possible that the -- you   02:37:30

22        know, any particular middle school would    02:37:34

23        have more than that medium -- or, I'm       02:37:36

24        sorry, the minimum number.                  02:37:38

25             Also, the 1.5 percent is, if you add   02:37:41
```



Page 148

| | | |
|---|---|---|
| 1 | it all together, across all the middle | 02:37:47 |
| 2 | schools, it comes up to more than a half | 02:37:48 |
| 3 | of -- it's like .55 of the total number of | 02:37:51 |
| 4 | seats that we would approximate for | 02:37:55 |
| 5 | Fairfax County. | 02:37:57 |
| 6 | If we went even to 2 percent and we | 02:37:58 |
| 7 | applied this process across all of the | 02:38:01 |
| 8 | middle schools in all the jurisdictions | 02:38:04 |
| 9 | that are -- would have students attending, | 02:38:06 |
| 10 | we would be over the capacity of the | 02:38:09 |
| 11 | school. | 02:38:12 |
| 12 | So, although 1.5 seems like a very | 02:38:14 |
| 13 | small number, it really is in fact not | 02:38:15 |
| 14 | such a small number; but I do completely | 02:38:18 |
| 15 | agree with my colleague, Ms. Keys-Gamarra. | 02:38:22 |
| 16 | This is just the beginning.  And, you | 02:38:25 |
| 17 | know, one of the reasons I'm so excited | 02:38:28 |
| 18 | about this is because, you know, looking | 02:38:29 |
| 19 | at it from a perspective of, you know, a | 02:38:31 |
| 20 | Herndon Middle School, for example, in | 02:38:34 |
| 21 | Jamesville, you know, now we are really | 02:38:36 |
| 22 | incentivizing, you know, staff and people | 02:38:38 |
| 23 | in that school to get -- to find the | 02:38:41 |
| 24 | students that will really do well at TJ | 02:38:44 |
| 25 | and then to keep moving forward in the -- | 02:38:47 |



Page 149

```
 1        in our outreach processes.  But it also    02:38:49
 2        allows schools like Cooper and Longfellow  02:38:52
 3        to send students as well.                  02:38:55
 4            So I just wanted to clarify some of    02:38:58
 5        those points.                              02:39:03
 6   CHAIRWOMAN ANDERSON:  Thank you very much,      02:39:05
 7        Ms. Tholen.                                02:39:06
 8            Ms. McLaughlin, was your hand up       02:39:07
 9        again or was just that up -- was it up     02:39:09
10        from before?                               02:39:11
11   MS. McLAUGHLIN:  No, I had it up because I      02:39:13
12        have a question about how we determine     02:39:15
13        which pool a student is in based on their  02:39:19
14        middle school.                             02:39:22
15   CHAIRWOMAN ANDERSON:  Okay.  Go ahead.          02:39:25
16   MS. McLAUGHLIN:  Thank you.                     02:39:27
17   CHAIRWOMAN ANDERSON:  And then after            02:39:27
18        Ms. McLaughlin's questions, we will -- I   02:39:28
19        will call for the vote.                    02:39:30
20   MS. McLAUGHLIN:  So, again, maybe Mr. Smith     02:39:33
21        can answer this question.  In terms of     02:39:34
22        when we talk about these middle schools,   02:39:38
23        are the students being reviewed and        02:39:41
24        identified based on the middle school      02:39:44
25        that they attend versus what their base    02:39:46
```



Page 150

```
 1        school is?  And --  And the reason I ask    02:39:49
 2        is because when we're dealing with AAP      02:39:51
 3        centers, I'm trying to get an               02:39:54
 4        understanding of how -- how a student       02:39:56
 5        gets designated in the review process.      02:40:01
 6   MR. SMITH:  Certainly.  We're looking at those   02:40:04
 7        students by attending school.               02:40:06
 8   MS. McLAUGHLIN:  Okay.  So --  So, again,        02:40:09
 9        it --  Even if a student has left their     02:40:11
10        neighborhood middle school to attend an     02:40:13
11        AAP center, that -- it's the center that    02:40:15
12        becomes their designated middle school      02:40:18
13        for the review process.                     02:40:20
14   MR. SMITH:  Exactly.                             02:40:23
15   MS. McLAUGHLIN:  Okay.  Thank you.               02:40:24
16   CHAIRWOMAN ANDERSON:  Thank you.  As this --     02:40:26
17        As Ms. McLaughlin is our last speaker, I    02:40:28
18        will now call for the vote on the motion    02:40:30
19        before us, which is:  I move to require     02:40:33
20        that the --  I'm so sorry.  I've lost my    02:40:42
21        document here.  Please give me a minute.    02:40:45
22        Okay, folks.  I apologize.  This language   02:40:59
23        is off here.                                02:41:01
24            ...which is that I move to direct       02:41:05
25        the superintendent to revise the TJ         02:41:06
```



Page 151

```
 1        process, the T -- the admissions process   02:41:09
 2        for TJ High School using the holistic       02:41:11
 3        review process outlined on pages 10, 11     02:41:14
 4        and 12 of the superintendent's              02:41:17
 5        presentation to the board on December 7.    02:41:18
 6             The superintendent's holistic          02:41:21
 7        process must be modified to establish that  02:41:23
 8        as part of the review process, the top 1.5  02:41:25
 9        of the 8th grade class at each public       02:41:28
10        middle school who meets the minimum         02:41:30
11        standards base on GPA and core classes,     02:41:33
12        student portrait sheet, problem-solving     02:41:36
13        essay, and experience factors will be       02:41:39
14        eligible for admission.                     02:41:41
15             All in favor?                          02:41:42
16             We have Ms. Corbett Sanders,           02:41:48
17        Ms. Meren, Ms. Keys-Gamarra, Ms. Cohen,     02:41:50
18        Ms. Pekarsky, Ms. Sizemore Heizer,          02:41:54
19        Ms. Tholen, Ms. Omeish, Ms. Derenak         02:41:57
20        Kaufax, Mr. Frisch.                         02:42:00
21             Thank you.  Please lower your hands.   02:42:04
22             All against?                           02:42:10
23             We have myself.                        02:42:14
24             Those who are abstaining?              02:42:17
25             We have Ms. McLaughlin.                02:42:20
```



Page 152

```
 1              The motion carries.              02:42:21
 2              At this time I call on Ms. Omeish  02:42:26
 3         for a motion.                          02:42:35
 4    MS. OMEISH:  All right.  Madame Chair, I move  02:42:39
 5         to require that the test, the essay and  02:42:41
 6         the student information sheet, be       02:42:43
 7         administered locally at each middle     02:42:44
 8         school to all eligible students, those  02:42:46
 9         who meet the 3.5 GPA and Algebra I      02:42:49
10         requirements and to provide the        02:42:50
11         opportunity to opt out of taking the    02:42:52
12         test, should they so choose by the      02:42:53
13         admissions cycle for the class of 2026,  02:42:55
14         meaning next year.  To opt out would be  02:42:58
15         to eliminate oneself from consideration  02:43:00
16         for TJ.                                 02:43:04
17    CHAIRWOMAN ANDERSON:   Thank you.            02:43:04
18              A second?                          02:43:05
19              Ms. Cohen, thank you.              02:43:07
20              Ms. Omeish, would you like to speak  02:43:08
21         to your motion?                         02:43:09
22    MS. OMEISH:  Yes.  Thank you.                02:43:11
23              This is an extremely important piece  02:43:12
24         to ensuring the success or, you know,   02:43:14
25         achieving the goals of what we seek from  02:43:17
```



Page 153

```
 1        this plan.  I know, you know, I sent it to  02:43:19
 2        my colleagues about a month ago.  I've had  02:43:21
 3        many discussions with folks.               02:43:23
 4            To just make this simple, we're        02:43:25
 5        saying that instead of having students     02:43:28
 6        sign up for this test and go to a location 02:43:30
 7        they're unfamiliar with, we would like our 02:43:33
 8        staff to work towards understand -- You    02:43:35
 9        know, the compromise here not being this   02:43:38
10        year, understanding the logistical needs   02:43:40
11        to get us here, but to have all students   02:43:42
12        who qualify for the initial threshold who  02:43:45
13        exhibit the potential and aptitude and     02:43:48
14        capability to then have the opportunity to 02:43:51
15        take this test; and that it would be done  02:43:55
16        at their local middle school, a place      02:43:56
17        they're familiar with, to avoid            02:43:58
18        essentially the active barriers that we    02:44:00
19        all know are implementation challenges of  02:44:02
20        ensuring everyone knows things are         02:44:04
21        inaccessible, languages that, you know,    02:44:07
22        that a parent sees that letter or that     02:44:09
23        they receive it and understand what it's   02:44:11
24        about, and that students have a more -- a  02:44:13
25        more proper way of being informed about TJ 02:44:16
```



Page 154

```
 1        and what it has to offer, with, of course,  02:44:18
 2        a chance to opt out if they would like.     02:44:20
 3   CHAIRWOMAN ANDERSON:  Thank you very much.        02:44:24
 4            Ms. Cohen, would you like to speak       02:44:25
 5        to your second?                              02:44:26
 6   MS. COHEN:  Yeah.  I just think if we keep        02:44:29
 7          talking about expanding opportunity and    02:44:30
 8          eliminating barriers, what better way      02:44:33
 9          than to have kids be able to take the --   02:44:36
10          do the student information sheet and the   02:44:39
11          problem-solving essay at their home base   02:44:41
12          and -- and not have to rely on scheduling  02:44:45
13          transportation, all of that good stuff.    02:44:48
14            So I --  I'm grateful to Ms. Omeish      02:44:52
15          for bringing this up, and I support it 100  02:44:53
16          percent.                                   02:44:57
17   CHAIRWOMAN ANDERSON:  Thank you.                  02:44:58
18            Other school board members wishing       02:44:58
19        to speak to this motion?                     02:45:00
20            Ms. Corbett Sanders?                     02:45:01
21   MS. CORBETT SANDERS:  Yes.  I want to thank       02:45:03
22          Ms. Omeish for this motion.  We've been    02:45:04
23          speaking -- talking about it for several   02:45:07
24          weeks; and I think this is one of my       02:45:08
25          favorite parts of this evening's           02:45:10
```



Page 155

```
 1          follow-on motions, because what this does    02:45:12
 2          is it puts into action what we've been        02:45:16
 3          talking about, about access to                02:45:18
 4          opportunities and opportunities for every     02:45:21
 5          child who has demonstrated capabilities       02:45:27
 6          in the courses they've taken and the --       02:45:30
 7          It makes it easy because they get to try      02:45:34
 8          and they get to be part of the solution,      02:45:38
 9          which is to go --  If they want to, they      02:45:42
10          get to go to TJ based on being able to        02:45:45
11          start their local school and participate      02:45:48
12          in this process.  So we are eliminating a     02:45:51
13          barrier and creating opportunities.           02:45:53
14               Thank you, Ms. Omeish, for your          02:45:56
15          leadership in this area.                      02:45:57
16     CHAIRWOMAN ANDERSON:  Ms. Keys-Gamarra?            02:46:01
17     MS. KEYS-GAMARRA:  Yes.  I --  I just would        02:46:04
18          like some clarification.  And I'm sorry.      02:46:05
19          I apologize to Ms. Omeish.  I have not        02:46:07
20          been able to talk with her today, and we      02:46:10
21          can chat about that later, but --  So         02:46:12
22          can -- can I just clarify?  I'm sorry.        02:46:18
23          Because I really want to support this.        02:46:20
24          It's --                                       02:46:22
25     CHAIRWOMAN ANDERSON:  No.  Go ahead.               02:46:23
```



                                                        Page 156

```
 1    MS. KEYS-GAMARRA:  -- it seems as if --  I    02:46:24
 2        think you're saying that kids would be    02:46:26
 3        able to do all -- meet all the           02:46:29
 4        requirements at their local school;      02:46:31
 5        right?  Fill out the forms -- I'm asking 02:46:34
 6        Ms. Omeish -- fill out the forms,        02:46:36
 7        etcetera.  But how --  I'm unclear as to 02:46:38
 8        how that's a opt-out as opposed to an    02:46:42
 9        opt-in.                                  02:46:45
10        I guess that's where my -- I am          02:46:45
11        confused about that.  I'm --  I apologize. 02:46:47
12    CHAIRWOMAN ANDERSON:  Ms. Omeish --          02:46:52
13    MS. OMEISH:  So as a --                      02:46:52
14    CHAIRWOMAN ANDERSON:  -- would you like to   02:46:53
15        speak?                                   02:46:55
16    MS. OMEISH:  Yeah.  Thanks for that, and     02:46:55
17        thanks for recognizing me.               02:46:56
18        Ms. Keys-Gamarra, I do remember us       02:46:57
19        chatting about this a little bit in trying 02:46:59
20        to solicit your support.                 02:47:01
21    MS. KEYS-GAMARRA:  We did.                   02:47:02
22    MS. OMEISH:  We fought.                      02:47:02
23    MS. KEYS-GAMARRA:  I still didn't get it.  I'm 02:47:03
24        sorry.                                   02:47:04
25    MS. OMEISH:  No worries at all.              02:47:05
```



Page 157

```
 1   MS. KEYS-GAMARRA:  It was a very busy week.    02:47:06
 2   MS. OMEISH:  Yes.                              02:47:07
 3   MS. KEYS-GAMARRA:  I was fighting for the      02:47:07
 4       children all day.  I was fighting for the  02:47:09
 5       children.                                  02:47:11
 6   MS. OMEISH:  I believe it.  I believe it.      02:47:11
 7          So just to clarify here, the -- The     02:47:13
 8       challenges with our outreach plan, we're   02:47:16
 9       sending out a letter to folks to tell them 02:47:18
10       that this is an opportunity for them.      02:47:20
11       Right?  Instead, I would like for us to    02:47:21
12       see that students are -- essentially, you  02:47:25
13       know, that there's that day when they're   02:47:29
14       gonna be -- they have the opportunity to   02:47:32
15       take this test.  And so --  And --  And    02:47:33
16       they are welcome to opt out, again, if     02:47:35
17       this is not something they would like.     02:47:37
18          But that's the difference here.         02:47:38
19       Rather than counting on them to -- or      02:47:40
20       their parents, really, on their parents    02:47:42
21       receiving this letter and understanding,   02:47:44
22       you know, the -- the opportunity that TJ   02:47:47
23       is, knowing the challenges that parents    02:47:49
24       have in this county and the disparities    02:47:51
25       that are out there, we are already giving  02:47:53
```



Page 158

```
 1          them that shot and allowing them to opt      02:47:55
 2          out if they don't want to.                   02:47:57
 3   MS. KEYS-GAMARRA:  So you mean like the way we      02:47:59
 4          make our PSAT tests available in high        02:48:02
 5          schools, you want whatever requirements      02:48:04
 6          that would necessarily be a part of          02:48:08
 7          getting into TJ to be done at the local      02:48:10
 8          school.  Is that what you're saying?         02:48:13
 9   MS. OMEISH:  The idea --  It's --  It's closer      02:48:15
10          to the AAP, really, the way we do AAP,       02:48:17
11          where it's kind of a --  You know, you       02:48:20
12          have it --  There's universal screeners      02:48:22
13          there; right?  But here it's limited to      02:48:25
14          students who are eligible.                   02:48:27
15   MS. KEYS-GAMARRA:  Uh-huh.  Okay.  Okay.            02:48:30
16   MS. OMEISH:  So it will be in align -- in a         02:48:32
17          better alignment with that program.          02:48:33
18   MS. KEYS-GAMARRA:  Okay.  All right.  Thank         02:48:36
19          you.                                         02:48:37
20   CHAIRWOMAN ANDERSON:  Thank you.                    02:48:38
21          Ms. Meren?                                   02:48:42
22   MS. MEREN:  Thanks.                                 02:48:45
23          Ms. Omeish, I too want to support            02:48:47
24          this and increasing the access.              02:48:49
25          My question for you and perhaps              02:48:52
```



Page 159

```
 1        Dr. Brabrand or Mr. Smith is:  What's the      02:48:54
 2        budgetary implication of doing this in         02:48:57
 3        terms of the cost to provide this service      02:49:00
 4        and the staffing to stand this up?  Do we      02:49:02
 5        have any idea of projections of how many       02:49:05
 6        take advantage of this?                        02:49:09
 7   MS. OMEISH:  So I've totally done my homework       02:49:10
 8        and, you know, staff can correct me if I       02:49:12
 9        say anything wrong.  But essentially, as       02:49:14
10        I understand it, right now, in the way         02:49:18
11        we've been doing this, we require              02:49:20
12        screeners for about 1,000 students, based      02:49:22
13        on how many semifinalists we have.  With       02:49:24
14        this new process that we have just voted       02:49:27
15        in, we're gonna end up having about 3,000      02:49:29
16        students that need to be -- that need          02:49:33
17        screeners to review essays, etcetera.          02:49:36
18        Okay?  So that's an increase of about          02:49:38
19        2,000.                                         02:49:40
20            If we're looking at evaluating all         02:49:40
21        our students, which is a critical              02:49:42
22        component even for that 1.5 percent, to        02:49:44
23        make sure we really identify those kids        02:49:46
24        who have the talent and the STEM               02:49:48
25        potential; but, anyway, so we're looking       02:49:50
```



Page 160

```
 1        at about 4,000 total FCPS students; and if    02:49:53

 2        we're gonna account for everyone else --       02:49:57

 3        private schools, external, you know,           02:49:59

 4        outside schools -- the estimation, I think     02:50:00

 5        it's a little bit of a stretch, but I'll       02:50:03

 6        give it to Mr. Shughart, it's about 5,000.     02:50:05

 7        Okay?  So that's an additional 2,000 or        02:50:08

 8        so.                                            02:50:10

 9            But the idea here, because it's --         02:50:11

10        it's a very difficult thing for staff to       02:50:13

11        accomplish and do all 4,000, we're saying:     02:50:15

12        All right.  This year, we'll increase the      02:50:17

13        2,000, based on our plan and the following     02:50:19

14        year we capture everybody by doing the         02:50:21

15        additional 2,000.  With the consideration      02:50:24

16        from the budget perspective of all the         02:50:26

17        expenses of proctoring the test and the        02:50:29

18        cost of the test itself, which used to be      02:50:31

19        an expense that we had, so that we no          02:50:35

20        longer will be having.                         02:50:38

21            So that's part of the thinking             02:50:40

22        around this.  And, of course, I leave the      02:50:42

23        room for staff to step in here if they         02:50:44

24        want to contribute anything else.              02:50:46

25   MR. SMITH:  So I would certainly add that           02:50:49
```



Page 161

```
 1          there are logistical issues for us to    02:50:50
 2          consider, as we think about providing the 02:50:53
 3          different components of the process for   02:50:57
 4          students across the county equitably.     02:50:59
 5               We normally do this in a -- in a     02:51:04
 6          confined environment now, so that for test 02:51:06
 7          security and specifically for security    02:51:09
 8          around the problem- solving essay.  And so 02:51:13
 9          there are certainly logistical issues for 02:51:16
10          us to -- to work through; and the         02:51:18
11          additional need for readers as part of the 02:51:21
12          process would be another consideration for 02:51:24
13          us.  But, again, having time to -- to work 02:51:27
14          with our middle schools, work with our    02:51:31
15          staff to consider what some of these other 02:51:33
16          issues might be, we'd have to take some    02:51:35
17          time to look at that.                      02:51:37
18  CHAIRWOMAN ANDERSON:  Thank you, Mr. Smith.       02:51:41
19  MR. SMITH:  Yes.                                  02:51:43
20  CHAIRWOMAN ANDERSON:  Ms. Meren?                  02:51:43
21  MS. MEREN:  Yeah.  Thank you.  You know, I see    02:51:44
22          this -- this follow-on motion as being    02:51:47
23          two things.  One is providing the         02:51:50
24          opportunity to take the test locally and  02:51:53
25          providing the opportunity to opt out.  So 02:51:56
```



MAGNA
LEGAL SERVICES

Page 162

| | | |
|---|---|---|
| 1 | to me, those put forth two new scenarios | 02:51:58 |
| 2 | that I'm not totally clear on the budget | 02:52:02 |
| 3 | implications and the operational ones. | 02:52:04 |
| 4 | So if we require that the test be | 02:52:06 |
| 5 | administered at all of our middle schools, | 02:52:09 |
| 6 | that's -- that's a big thing; and I wonder | 02:52:12 |
| 7 | why perhaps another option wouldn't have | 02:52:14 |
| 8 | been to provide transportation to all | 02:52:16 |
| 9 | students if that's an issue. | 02:52:19 |
| 10 | I mean, I understand what you're | 02:52:20 |
| 11 | saying about them taking it in their -- in | 02:52:22 |
| 12 | their own environment; but, you know, we | 02:52:23 |
| 13 | could figure that out, too.  But I'm | 02:52:27 |
| 14 | wondering, you know, is it cheaper to | 02:52:29 |
| 15 | transport to kids? | 02:52:31 |
| 16 | Then the other thing is if we have | 02:52:32 |
| 17 | all these students trying to opt in or | 02:52:34 |
| 18 | out, again, the staffing to manage that, | 02:52:37 |
| 19 | it's not just screening, it's running that | 02:52:41 |
| 20 | process of all -- of students coming in | 02:52:43 |
| 21 | and out of the --  So I'm not --  I'm not | 02:52:46 |
| 22 | sure.  And I --  I think a previous motion | 02:52:50 |
| 23 | you were talking about was more to look | 02:52:54 |
| 24 | into the process of doing the opt out. | 02:52:56 |
| 25 | Now, what I hear you saying is | 02:52:59 |



Page 163

```
 1          you're moving to require that the test be    02:53:01
 2          local and that opt out should be what is     02:53:05
 3          forward -- fostered.                         02:53:11
 4              I could agree with looking into what     02:53:12
 5          it would take to stand all this up; but I    02:53:15
 6          think moving to require that we are now      02:53:18
 7          administering the tests exponentially all    02:53:21
 8          over the division and also adding the        02:53:24
 9          burden of doing the opt-out process, while   02:53:27
10          I think that all --  You know, it's all      02:53:31
11          good things to think about; I just think     02:53:33
12          logistically it's unclear what -- if we      02:53:35
13          have the staffing to do this.                02:53:38
14              So, again, if it was to look into        02:53:40
15          how to make that work, I can support that.   02:53:42
16          But requiring it at this time, I don't       02:53:45
17          have enough information.  So that's my       02:53:47
18          thought.                                     02:53:52
19  CHAIRWOMAN ANDERSON:  Thank you, Ms. Meren.          02:53:52
20              Ms. McLaughlin?                          02:53:53
21  MS. McLAUGHLIN:  Thank you.                          02:53:59
22              When I spoke to Ms. Omeish about         02:54:04
23          this last night, as I understood it, we      02:54:06
24          were looking at just the opt-out versus      02:54:09
25          the opt-in method; and I'm absolutely in     02:54:12
```



Page 164

1        favor of the opt-out approach because I --   02:54:16

2        If we're looking at increasing opportunity   02:54:21

3        and reducing barriers, then expecting        02:54:25

4        which kids in the 8th grade know to go        02:54:27

5        surf the FCPS website and learn about TJ      02:54:29

6        and know whether or not they, you know,       02:54:33

7        meet that ability to sit and compete for      02:54:36

8        the test by, you know, the problem-solving    02:54:39

9        essay that gets proctored, I just like the    02:54:42

10       idea that our school division identifies:     02:54:45

11       Hey, you've got the -- the minimum            02:54:48

12       requisites academically; so now you choose    02:54:51

13       whether or not you actually want to be an     02:54:55

14       applicant.                                     02:54:58

15            So can I just get some clarity here      02:54:59

16       that what I just described is it's simply     02:55:01

17       we're inviting all men and -- all students   02:55:04

18       who have met the minimum academic            02:55:08

19       requirements, we're inviting them to come    02:55:10

20       take the proctored exam and apply should     02:55:12

21       they so choose; is that correct?            02:55:17

22  MR. SMITH:   It's --                              02:55:24

23  MS. OMEISH:   Yeah.   That's exactly right.       02:55:26

24  CHAIRWOMAN ANDERSON:   I thought --              02:55:27

25       (unintelligible) -- everybody we want       02:55:28



Page 165

```
1        silent all at once.                        02:55:31

2              (Overspeaking - unintelligible)

3    MS. McLAUGHLIN:  I should have asked -- I      02:55:32

4        should have directed my question,          02:55:34

5        Ms. Omeish.                                 02:55:36

6    MS. OMEISH:  Yes.                               02:55:37

7    MS. McLAUGHLIN:  But I am --                    02:55:37

8    MS. OMEISH:  Yeah.  And I --                    02:55:38

9    CHAIRWOMAN ANDERSON:  I'd like to have the      02:55:38

10       maker of the motion go ahead and have the  02:55:40

11       floor first; so, Ms. Omeish.                02:55:42

12   MS. OMEISH:  Yes, Ms. McLaughlin.  And I        02:55:45

13       appreciate the clarifying question.        02:55:46

14           The key --  I mean, the question       02:55:48

15       comes down to priorities and values and    02:55:49

16       stuff.  I mean, everything's costly.       02:55:51

17       Everything's gonna take a little bit more. 02:55:52

18       I would venture to say it's important       02:55:54

19       enough; but it's precisely what you said.  02:55:57

20       It's to eliminate the access barriers,     02:55:57

21       allows students to be considered           02:55:59

22       automatically if they're eligible, and     02:56:02

23       have them opt out if they don't want to.   02:56:04

24           And the additional piece that I        02:56:06

25       think maybe some folks were asking         02:56:07
```



Page 166

```
 1        questions about was to say that it would    02:56:09
 2        be at their local middle school, to -- to   02:56:10
 3        make it even more accessible to them.  But  02:56:13
 4        that -- that might be the only additional   02:56:16
 5        piece that would add to what you just       02:56:17
 6        shared.                                      02:56:20
 7   CHAIRWOMAN ANDERSON:  Thank you, Ms. Omeish.     02:56:21
 8        Mr. Smith, did you want to add to           02:56:22
 9        Ms. Omeish's comment?                        02:56:26
10   MR. SMITH:  No.  There is no need to add         02:56:27
11        anything further.  The current process     02:56:28
12        is, again, an invitation; and students     02:56:29
13        would have the ability to follow through   02:56:31
14        with the application process.               02:56:34
15   MS. McLAUGHLIN:  That's a really important       02:56:37
16        caveat, Mr. Smith; because as I            02:56:38
17        understood it, right now the current       02:56:41
18        process is students who would like to      02:56:43
19        apply to TJ currently, right now, for,     02:56:46
20        you know, this test -- this past year,     02:56:50
21        they had to initiate the application       02:56:52
22        process.                                    02:56:55
23        Now, by Ms. Omeish, she's saying           02:56:56
24        they don't have to initiate that first     02:56:59
25        point of interest.  We're automatically    02:57:02
```



```
                                              Page 167
 1        saying:  Hey, you meet this requirement.  02:57:06
 2             You indicated that we -- we do       02:57:09
 3        invite all of those students already.     02:57:11
 4   MR. SMITH:  So I was referring to the current  02:57:16
 5        process, would be the process that the    02:57:17
 6        board just voted on, where we would be     02:57:19
 7        inviting students into the process.       02:57:22
 8             Currently, with the process that      02:57:26
 9        we've used prior to any new decisions,     02:57:27
10        we've gone to schools, we've done          02:57:31
11        outreach, and then students, based on      02:57:33
12        their interests, would apply to TJ.        02:57:35
13             Moving forward, we would be inviting  02:57:37
14        students in based on eligibility criteria, 02:57:40
15        a personal letter, some type of outreach   02:57:44
16        saying that "you are indeed eligible to    02:57:46
17        apply," and then inviting families to come 02:57:49
18        to information evenings and working with   02:57:52
19        school-based teams to share more           02:57:54
20        information about TJ and the TJ admissions  02:57:56
21        process.                                   02:57:59
22   MS. McLAUGHLIN:  So but Ms. Omeish just takes    02:58:00
23        it the next step further.  Hers is          02:58:01
24        "you're in our applicant pool so long as    02:58:04
25        you show up and take the proctored exam."   02:58:08
```



Page 168

```
 1          If you don't show up and take proctored    02:58:10
 2          exam, you clearly aren't going to be in     02:58:12
 3          the admissions pool; because that's a --    02:58:15
 4          a requirement to be in the admissions       02:58:17
 5          pool.                                       02:58:19
 6              So they're not having to --  I mean,    02:58:20
 7          I get that you're -- we're notifying them.  02:58:24
 8          You're invited to apply if you want to.     02:58:26
 9          She's taking that part of the application   02:58:28
10          piece and saying that's unnecessary.  Just 02:58:29
11          place them in your -- your roster of:       02:58:33
12          These kids all qualify.  We'll notify them  02:58:37
13          that they're invited to come sit down for   02:58:39
14          this proctored exam because they meet that  02:58:42
15          requirement.  By not showing up, they're    02:58:44
16          opting out.                                 02:58:48
17   MR. SMITH:  That's --                              02:58:50
18   MS. McLAUGHLIN:  And --                            02:58:51
19   MR. SMITH:  That is correct.  And --  And when     02:58:52
20          I talked about logistics, the logistics     02:58:53
21          would be looking at any additional          02:58:57
22          readers we might need based on the number   02:58:59
23          of students who might be a part of that     02:59:01
24          process; and then also looking at what      02:59:02
25          the school-by-school approach looks like    02:59:05
```



Page 169

```
 1            for security of our -- of our items.     02:59:09
 2    MS. McLAUGHLIN:  So I do share Ms. Meren's        02:59:11
 3            concern; and this is where I feel a       02:59:13
 4            little bit like our board is getting too  02:59:15
 5            much in the operational weeds, even       02:59:17
 6            though I love, Ms. Omeish, that we're     02:59:19
 7            both on the same page; but I don't think  02:59:21
 8            we have to solve tonight on where we're   02:59:24
 9            going to do these proctored exams -- you  02:59:27
10            know, problem-solving exams.              02:59:29
11                (Bell ringing).                       02:59:31
12                I just need to say we want this to    02:59:32
13            be a opt-out process; and then how we     02:59:34
14            offer those exams, the superintendent and 02:59:38
15            all of you, with our direction of         02:59:41
16            increasing access will -- will make those 02:59:43
17            operational decisions.                    02:59:46
18                So, Ms. Omeish -- (unintelligible)    02:59:47
19    CHAIRWOMAN ANDERSON:  (Unintelligible)
20    MS. McLAUGHLIN:  So, Dr. Anderson, I'm sorry,    02:59:50
21            then, a point of clarification to you as  02:59:52
22            the chair, I know the motion belongs to   02:59:56
23            the body; so do we have to vote down      02:59:58
24            Ms. Omeish's if we want to just support   03:00:02
25            the opt-out component but not the         03:00:04
```



Page 170

| | | |
|---|---|---|
| 1 | requiring the superintendent to have the | 03:00:06 |
| 2 | proctored exam in every single school? | 03:00:08 |
| 3 | Or is -- | 03:00:12 |
| 4 | CHAIRWOMAN ANDERSON:  Let's go ahead and -- | 03:00:13 |
| 5 | I'm going to review the motion as it's | 03:00:15 |
| 6 | written.  Hold on one second. | 03:00:17 |
| 7 | Ms. Omeish, if you have it in front | 03:00:19 |
| 8 | of you, can you please re-read it? | 03:00:21 |
| 9 | MS. OMEISH:  Yeah.  I mean, I said --  So I | 03:00:23 |
| 10 | move to require that the test be | 03:00:25 |
| 11 | administered locally at each middle | 03:00:26 |
| 12 | school to all eligible students who meet | 03:00:28 |
| 13 | the criteria and to provide the | 03:00:30 |
| 14 | opportunity to opt out of taking the test | 03:00:32 |
| 15 | should they so choose by the admissions | 03:00:34 |
| 16 | cycle 2026.  For the class of 2026, opt | 03:00:36 |
| 17 | out would be limiting (unintelligible) -- | 03:00:39 |
| 18 | CHAIRWOMAN ANDERSON:  Thank you so much. | 03:00:40 |
| 19 | Thank you so much for that. | 03:00:41 |
| 20 | So, Ms. McLaughlin, to respond to | 03:00:42 |
| 21 | your question, I think we have opportunity | 03:00:44 |
| 22 | here for an amendment to the motion | 03:00:46 |
| 23 | because it is on the floor, so it does | 03:00:49 |
| 24 | belong to the body. | 03:00:51 |
| 25 | So if you have something that you | 03:00:52 |



Page 171

```
 1       would like to propose, this would be a     03:00:53

 2       good time.                                  03:00:55

 3  MS. McLAUGHLIN:  Yes.  I would like to amend     03:00:57

 4       the motion on the table to remove the       03:00:59

 5       requirement that the problem-solving exam   03:01:02

 6       be administered at every single middle      03:01:06

 7       school.                                     03:01:10

 8  CHAIRWOMAN ANDERSON:  Okay.  Is there a second   03:01:11

 9       for that amendment?                         03:01:13

10            (No response.)                         03:01:13

11            Okay.  Seeing that there's not a       03:01:22

12       second, Ms. McLaughlin, we'll have to stop  03:01:23

13       here.                                       03:01:26

14  MALE VOICE:  No.                                 03:01:27

15  MS. MEREN:  No, no.  Ms. Meren.                  03:01:27

16  CHAIRWOMAN ANDERSON:  Oh, Ms. Meren.             03:01:28

17       Ms. Meren is seconding it.  So go ahead     03:01:29

18       and, Ms. McLaughlin, speak to your          03:01:32

19       motion.                                     03:01:35

20  MS. McLAUGHLIN:  Just briefly.  I really         03:01:35

21       appreciate and I think that there's very    03:01:37

22       strong board support for what Ms. Omeish    03:01:38

23       has put in front of us; but I think that    03:01:41

24       students have to get transportation,        03:01:45

25       regardless, to any test that they're        03:01:46
```



Page 172

```
1      going to be taking; and we have some       03:01:48
2      schools where there's less than -- fewer   03:01:50
3      than 5 students, from Ms. Meren's point    03:01:52
4      of staffing, you're gonna paying -- have   03:01:55
5      to have a staff member to proctor an exam  03:01:58
6      for five students; whereas if we have      03:02:00
7      them going to a nearby middle school, to   03:02:03
8      group that administering, I don't think    03:02:06
9      it's a burden on families, but it would    03:02:08
10     certainly be a cost-savings to the system  03:02:10
11     to group these students together for a     03:02:13
12     proctored exam.                            03:02:15
13         So I hope people will support this     03:02:16
14     amendment because the overall motion is    03:02:18
15     really good.                               03:02:20
16 CHAIRWOMAN ANDERSON:  Thank you.               03:02:22
17         Ms. -- Ms. Meren, would you like to    03:02:25
18     speak to this motion --                    03:02:26
19 MS. MEREN:  Yes.  Thank you --                 03:02:28
20 CHAIRWOMAN ANDERSON:  -- amendment?            03:02:29
21 MS. MEREN:  -- for making the motion,          03:02:29
22     Ms. McLaughlin.                            03:02:29
23         I --  You know, I --  I support it.    03:02:32
24     I still do.  But then it would -- what     03:02:34
25     would remain is to provide the opportunity 03:02:36
```



Page 173

```
 1        to opt out of taking the test.              03:02:38
 2            So we're still in that space of          03:02:40
 3        everyone's taking the test.  So while I      03:02:42
 4        support this motion, I'm still hesitant      03:02:44
 5        about what remains.                          03:02:47
 6            Again, I thought, Ms. Omeish,            03:02:50
 7        initially you were talking about ask --      03:02:51
 8        directing the superintendent to initiate    03:02:54
 9        the process of exploring this, which I       03:02:56
10        think --  Well, that was what previously     03:02:59
11        you had communicated.  And so that was my    03:03:00
12        understanding.                               03:03:04
13            So I --  I mean, I support this; but     03:03:05
14        I still don't think that what remains gets   03:03:07
15        us far enough.  I'll leave it at that.       03:03:09
16   CHAIRWOMAN ANDERSON:  Thank you.                  03:03:13
17            Folks, the next set of speakers who      03:03:15
18        want to speak to this motion -- so let's     03:03:17
19        please be sure that we're speaking to this   03:03:20
20        motion that Ms. McLaughlin has put on the    03:03:22
21        table which is to not be specific            03:03:24
22        regarding the location of the test           03:03:27
23        administration.                              03:03:30
24            So please keep your comments to this     03:03:31
25        motion in lieu of the main motion, which     03:03:33
```



Page 174

| | | |
|---|---|---|
| 1 | was what Ms. -- which was what Ms. Omeish | 03:03:38 |
| 2 | read just previously. | 03:03:42 |
| 3 | Ms. Corbett Sanders? | 03:03:44 |
| 4 | MS. CORBETT SANDERS:  First, I'd like to | 03:03:47 |
| 5 | clarify that we are not administering a | 03:03:48 |
| 6 | test.  What Ms. Omeish's motion is about | 03:03:53 |
| 7 | is creating a local opportunity for | 03:03:57 |
| 8 | students to participate in the admissions | 03:04:01 |
| 9 | process by filling out their student | 03:04:04 |
| 10 | information form and this -- the | 03:04:07 |
| 11 | proctored student essay for | 03:04:10 |
| 12 | problem-solving.  It is not the test.  We | 03:04:12 |
| 13 | got rid of the exam and the admissions. | 03:04:16 |
| 14 | Now, to speak to the motion, I | 03:04:19 |
| 15 | cannot support this motion to amend | 03:04:22 |
| 16 | Ms. Omeish's original motion; and the | 03:04:26 |
| 17 | reason I can't support it is because what | 03:04:28 |
| 18 | we are talking about is creating an | 03:04:31 |
| 19 | inviting and inclusive environment for | 03:04:34 |
| 20 | students to participate and to apply... | 03:04:37 |
| 21 | (Screen freeze) | |
| 22 | CHAIRWOMAN ANDERSON:  Ms. Corbett Sanders, we | 03:04:44 |
| 23 | have lost you.  I'll move on to the next | 03:04:45 |
| 24 | speaker.  Ms. Corbett Sanders, once you | 03:04:51 |
| 25 | re-login, you will have an opportunity to | 03:04:53 |



Page 175

```
 1      speak.                                  03:04:56

 2           Ms. Cohen, go ahead.               03:04:57

 3   MS. COHEN:  I will not be supporting this  03:05:03

 4      amendment, probably pretty obviously.   03:05:06

 5           You know, the whole idea to me is we 03:05:09

 6      keep saying whether it was the lottery or 03:05:11

 7      whether it was the holistic.  The whole  03:05:13

 8      goal is that we want a lot more kids --  03:05:16

 9   MS. CORBETT SANDERS:  Can you hear me now?  03:05:18

10   MS. COHEN:  -- in our middle schools --    03:05:19

11   CHAIRWOMAN ANDERSON:  I can hear you; but I 03:05:22

12      will have Ms. Cohen complete her         03:05:25

13      statement and then you will be called    03:05:27

14      upon for your time.                      03:05:28

15   MS. COHEN:  It's okay if she wants to finish, 03:05:30

16      Dr. Anderson, now.                       03:05:32

17   CHAIRWOMAN ANDERSON:  No, it's --           03:05:33

18   MS. COHEN:  Okay.                           03:05:33

19   CHAIRWOMAN ANDERSON:  -- it's really fine.  Go 03:05:34

20      ahead.                                   03:05:36

21   MS. COHEN:  I --  I just --  The whole idea to 03:05:36

22      me is that we're -- we're --  We want    03:05:38

23      more and more kids from each school to   03:05:40

24      apply.  I --  I hope there's not a       03:05:42

25      real-world situation where we only have  03:05:44
```



Page 176

```
 1        five kids who are interested.  So the      03:05:46
 2        idea to me is let's bring it to them        03:05:48
 3        instead of asking them to go.               03:05:51
 4            And transportation isn't an issue if    03:05:53
 5        we do things where we stay after on a day   03:05:55
 6        with a late bus.  I have no doubt that our  03:05:57
 7        staff and our schools can figure out a way  03:05:59
 8        to make this as inclusive as humanly        03:06:01
 9        possible to help kids navigate this         03:06:04
10        process.  So I --  I won't be supporting    03:06:06
11        the amendment.                              03:06:09
12  CHAIRWOMAN ANDERSON:  Thank you.  Ms. Corbett     03:06:11
13        Sanders?                                    03:06:17
14  MS. CORBETT SANDERS:  So I think Ms. Cohen        03:06:18
15        picked up where I left off which is this    03:06:19
16        is about creating about creating access     03:06:21
17        to opportunities and eliminating           03:06:24
18        barriers.  And even though we might        03:06:26
19        eliminate a barrier by providing a bus to  03:06:28
20        another location, there may be an           03:06:31
21        emotional barrier of having to leave        03:06:33
22        their home school to go and participate     03:06:36
23        in this process.  So the easier we make     03:06:39
24        it, the more inviting and encouraging we    03:06:41
25        provide these opportunities to do the       03:06:45
```



Page 177

```
 1          problem-solving essay and the student    03:06:48
 2          information sheet, the more likely that   03:06:49
 3          we will achieve our goal of providing     03:06:52
 4          greater -- or achieving greater diversity 03:06:56
 5          within TJ.                                03:06:59
 6              And so I urge my colleagues to vote   03:07:00
 7          down the amendment to Ms. Omeish's motion 03:07:04
 8          and fully support Ms. Omeish's motion.    03:07:08
 9    CHAIRWOMAN ANDERSON:   Thank you.              03:07:12
10              Mr. Frisch?                           03:07:13
11    MR. FRISCH:   Thanks.  I'll keep it quick.      03:07:15
12              We've spent a lot of our              03:07:17
13          conversations around this issue talking   03:07:18
14          about our outreach efforts and how we can 03:07:21
15          increase the pool of people applying and  03:07:24
16          people interested and build excitement.   03:07:26
17          You know, on this and every other element 03:07:30
18          of outreach and recruitment, we're going  03:07:34
19          to have to meet people where they are,    03:07:36
20          especially in communities that have not   03:07:38
21          been part of this process before.  Put    03:07:41
22          them someplace where they are comfortable,03:07:45
23          someplace where they are familiar and     03:07:47
24          we'll have a better outcome.  I think this 03:07:50
25          is a great amendment -- or this is a great 03:07:51
```



Page 178

| | | |
|---|---|---|
| 1 | motion and I will be opposing the | 03:07:53 |
| 2 | amendment. | 03:07:55 |
| 3 | Thank you. | 03:07:56 |
| 4 | CHAIRWOMAN ANDERSON:  Thank you, Mr. Frisch. | 03:07:57 |
| 5 | Ms. Pekarsky, and then I will take | 03:07:59 |
| 6 | my turn on this matter. | 03:08:01 |
| 7 | MS. PEKARSKY:  Thank you, Dr. Anderson. | 03:08:03 |
| 8 | Just very quickly, I will be | 03:08:04 |
| 9 | opposing the amendment but supporting the | 03:08:07 |
| 10 | main motion for many of the reasons that | 03:08:09 |
| 11 | people have already said.  However, I | 03:08:11 |
| 12 | would also like to say one of the very | 03:08:16 |
| 13 | important reasons that I think this is | 03:08:18 |
| 14 | a -- a very important follow-on, and I | 03:08:22 |
| 15 | thank Ms. Omeish for her dedication, is | 03:08:24 |
| 16 | that even the simple act of us allowing | 03:08:27 |
| 17 | children the option to opt out gives a | 03:08:32 |
| 18 | very powerful message to them that their | 03:08:36 |
| 19 | teachers, the school system, believes that | 03:08:39 |
| 20 | we see them as potential TJ students.  I | 03:08:44 |
| 21 | think that's powerful in and of itself, | 03:08:49 |
| 22 | and I will very happily support this. | 03:08:54 |
| 23 | CHAIRWOMAN ANDERSON:  Thank you.  Very quickly | 03:08:56 |
| 24 | I will take my turn before we have the | 03:08:57 |
| 25 | second speakers to this motion. | 03:09:00 |



Page 179

```
 1            I'm glad to follow Ms. Pekarsky,      03:09:03
 2      because I think the piece that she touched  03:09:05
 3      upon, meaning potential, is really key.     03:09:07
 4      We are going to show all of our kids that   03:09:10
 5      they have potential by allowing all of      03:09:12
 6      those who are eligible to participate.      03:09:15
 7      This is the same way in which this          03:09:18
 8      district engages in "Kodak" testing.        03:09:21
 9            Every single second-grader gets the   03:09:23
10      test -- gets the assessment at their        03:09:25
11      school; and then we get them into the pool  03:09:27
12      and then we continue through the process.   03:09:31
13            What I think Ms. Omeish is asking     03:09:33
14      here is if they meet the criteria, meet     03:09:35
15      them where they are.                        03:09:38
16            Mr. Frisch also said this perfectly.  03:09:39
17      We have an outreach issue.  This is a very  03:09:42
18      easy way of pulling kids in, because        03:09:46
19      they're already there.  They're not going   03:09:48
20      to escape the opportunity to this -- and    03:09:51
21      access to this.                             03:09:55
22            So I am not going to vote in favor    03:09:57
23      of the amendment and will be supporting     03:09:59
24      the main motion.                            03:10:03
25            Now I see some hands for go-backs.    03:10:04
```



Page 180

```
 1          We will have limited go-backs because we    03:10:07
 2          have a full agenda, folks, still left in    03:10:10
 3          front of us.  So we'll take a minute and a  03:10:11
 4          half for the go-backs.                      03:10:14
 5               Ms. McLaughlin?                         03:10:16
 6      MS. McLAUGHLIN:  Thank you.  I wanted the        03:10:18
 7          go-back because I'm voting against my own    03:10:19
 8          amendment and I'm just gonna let the         03:10:21
 9          public know that this is why I'm so          03:10:23
10          unhappy about where we are tonight.  This    03:10:26
11          lack of posting things until 30 minutes      03:10:30
12          beforehand, the lack of understanding of     03:10:32
13          how we're going to administer and proctor    03:10:35
14          the problem-solving essay, I --             03:10:38
15          Everything I spoke to in favor of            03:10:40
16          Ms. Omeish's original motion is because I    03:10:42
17          want to be able to increase access and       03:10:44
18          opportunity.                                 03:10:47
19               So now I've listened to everybody       03:10:48
20          lecture that I'm not for that, which is      03:10:49
21          absolutely not the case; but there wasn't    03:10:52
22          clarity from staff in terms of how are we    03:10:54
23          going to be administering the proctored      03:10:58
24          exam?                                        03:11:00
25               So they made it sound in their          03:11:00
```



Page 181

```
 1          responses that this is going to be a      03:11:02
 2          higher cost by offering the proctored ex  03:11:05
 3          -- the proctored essay at every single one 03:11:08
 4          of our schools.  So everything that my    03:11:12
 5          colleagues have just said, if we're       03:11:14
 6          proctoring it during the school day, while 03:11:16
 7          the kids are already there, then you've    03:11:18
 8          already got paid staff in the building.    03:11:21
 9               So I'll just tell everybody, my       03:11:23
10          colleagues, I am sorry we wasted I don't   03:11:25
11          know how many minutes on this thing.  I'm  03:11:27
12          extremely frustrated because it was a      03:11:30
13          complete loss of time.  Unnecessary.  Of   03:11:33
14          course I believe in meeting kids where we  03:11:36
15          are.  It's why I supported her motion in   03:11:38
16          the first place.  It was the responses I   03:11:40
17          heard from staff that made me look at how  03:11:42
18          do we do this as efficiently and           03:11:46
19          effectively as possible.                   03:11:47
20               Definitely not happy, as you can      03:11:49
21          tell right now, but certainly hear --      03:11:51
22               (Bell ringing)
23               -- your praise for Ms. Omeish.        03:11:53
24     CHAIRWOMAN ANDERSON:  Thank you.                03:11:56
25               Ms. Meren, you'll have your 90        03:11:57
```



Page 182

```
 1        seconds and then Mr. Smith, you'll be      03:11:59
 2        invited to respond.                         03:12:01
 3   MS. MEREN:  Yeah.  So I have --                  03:12:02
 4   CHAIRWOMAN ANDERSON:  If you now recall the      03:12:03
 5         question.                                  03:12:05
 6   MS. MEREN:  Sure.  Thank you.                    03:12:05
 7             I -- I have to agree, again, with      03:12:07
 8        Ms. McLaughlin, here; and I, too, am at a  03:12:09
 9        loss for the operational, you know,         03:12:12
10        implementation of this.  So, you know,      03:12:16
11        again, I also put forth supporting this     03:12:19
12        amendment because I support the idea of     03:12:22
13        access; but to not have staff have fleshed  03:12:24
14        out what this would really look like is     03:12:28
15        irresponsible.                              03:12:30
16             I mean, we have a fiduciary            03:12:32
17        responsibility.  I think the main motion    03:12:33
18        that we spoke to tonight about the larger  03:12:35
19        admissions process is something that has    03:12:38
20        been spoken about at length.  You know, it  03:12:41
21        wasn't a new idea; but this is really a     03:12:44
22        new idea, and I don't -- so I don't know    03:12:48
23        if I'm gonna withdraw it or I can't         03:12:51
24        remember, Ms. McLaughlin, if you were       03:12:53
25        withdrawing; but I'm -- I just would vote   03:12:54
```



Page 183

```
 1        it down for me.  So...                    03:12:57
 2   MS. McLAUGHLIN:  Yeah.  We just have to vote    03:12:58
 3        it down 'cause it's already -- belongs to 03:12:59
 4        the body.                                  03:13:01
 5   CHAIRWOMAN ANDERSON:  It's already in process.  03:13:01
 6        (unintelligible) any more.  It's been      03:13:05
 7        seconded.                                  03:13:06
 8             Mr. Smith and Ms. Omeish and then we  03:13:07
 9        will call for the vote.                    03:13:08
10   MR. SMITH:  Oh, and I just wanted to clarify    03:13:09
11        that in the absence of this motion, we     03:13:11
12        would certainly follow our current         03:13:13
13        practices for administering the student    03:13:15
14        information sheet and administering the    03:13:18
15        problem-solving essay with students        03:13:21
16        coming together as a group.                03:13:22
17             And so, again, we have not had an     03:13:26
18        opportunity to cost these items out and    03:13:29
19        really think about what that plan would    03:13:32
20        look like, but would certainly be able to  03:13:34
21        do that if the board directed us to do so. 03:13:36
22   CHAIRWOMAN ANDERSON:  Thank you.                03:13:39
23             Ms. Omeish?                           03:13:39
24   MS. OMEISH:  Yeah, I was gonna defer --         03:13:40
25             (Overspeaking - unintelligible)
```



```
                                                        Page 184
 1    CHAIRWOMAN ANDERSON:   Okay.   Thank you.        03:13:44
 2    MS. OMEISH:   Okay.                              03:13:47
 3    CHAIRWOMAN ANDERSON:   I'm going to go ahead     03:13:47
 4        and call for the vote.                       03:13:48
 5            Ms. McLaughlin, I don't have it          03:13:50
 6        written in front of me.  If you wouldn't a   03:13:52
 7        mind repeating what your amendment was,      03:13:54
 8        please?                                      03:13:59
 9    MS. McLAUGHLIN:  I (unintelligible) do that;     03:14:00
10        but the clerk wrote it down as I spoke.      03:14:03
11        So I'm going to have to the clerk read       03:14:06
12        it.                                          03:14:09
13    CHAIRWOMAN ANDERSON:  Ms. Mulberg?               03:14:09
14    MS. MUHLBERG:  Yes.  I move to amendment the     03:14:10
15        motion to remove the requirement that the    03:14:12
16        problem-solving exams be administered at     03:14:14
17        every single elementary school.             03:14:16
18    CHAIRWOMAN ANDERSON:  Thank you.                 03:14:19
19            All in favor?                            03:14:21
20    MS. McLAUGHLIN:  It was middle school.           03:14:21
21    MS. OMEISH:  Correction.  It was middle          03:14:22
22        school.                                      03:14:24
23    MS. McLAUGHLIN:  Thank you.                      03:14:24
24    CHAIRWOMAN ANDERSON:  Thank you.                 03:14:26
25            All in favor?                            03:14:26
```



Page 185

```
 1              (No response.)
 2              All opposed?                        03:14:29
 3              Ms. Meren, Ms. Corbett Sanders,     03:14:33
 4      Ms. Cohen, Ms. Omeish, Ms. Tholen,          03:14:35
 5      Ms. McLaughlin, Ms. Pekarsky, Ms. Sizemore  03:14:37
 6      Heizer, Ms. Derenak Kaufax,                 03:14:39
 7      Ms. Keys-Gamarra, Mr. Frisch and myself.    03:14:41
 8      That is unanimous.                          03:14:43
 9              And now we will return to the vote  03:14:44
10      on the main motion which is:  I move to     03:14:46
11      require that the test essay and SIS to be   03:14:48
12      administered locally at each middle school  03:14:51
13      to all eligible students who meet the 3.5   03:14:53
14      GPA and Algebra I requirements and to       03:14:55
15      provide the opportunity to opt out of the   03:14:57
16      taking the test if they so choose by the    03:14:59
17      admission cycle for the class of 2026,      03:15:02
18      next year.  To opt out would be to          03:15:04
19      eliminate oneself from consideration for    03:15:06
20      TJ.
21              All in favor?                       03:15:09
22              We have Ms. Corbett Sanders,        03:15:11
23      Ms. Derenak Kaufax, Ms. Cohen, Mr. Frisch,  03:15:14
24      Ms. Omeish, Ms. Keys-Gamarra,               03:15:15
25      Ms. McLaughlin, Ms. Pekarsky, Ms. Sizemore  03:15:18
```



Page 186

```
 1        Heizer and Ms. Tholen, Ms. Meren, and      03:15:20
 2        myself.                                     03:15:22
 3              And that is unanimous.  The motion    03:15:22
 4        carries.                                    03:15:25
 5              At this time, I would like to call    03:15:26
 6        on Ms. Omeish for another motion.           03:15:28
 7   MS. OMEISH:  All right.  So this is a            03:15:33
 8        follow-on motion, to be clear.             03:15:37
 9              I move to establish that as part of   03:15:41
10        the holistic review process, by the        03:15:43
11        process for the 2027 class, the top        03:15:45
12        percent of the 8th grade class at each     03:15:47
13        public middle school in Fairfax County     03:15:50
14        will meet the minimum standards if done    03:15:51
15        GPA and core classes, student portrait     03:15:53
16        sheet, problem-solving essay and           03:15:55
17        experience factors shall be eligible for   03:15:56
18        admission according to the percentage that 03:15:58
19        is proportional to their population.       03:16:00
20        This -- this reflects the existing         03:16:01
21        holistic review plan but calculates        03:16:04
22        allotments of gifted students by school    03:16:06
23        rather than by region.                     03:16:10
24   CHAIRWOMAN ANDERSON:  Do I have a second?       03:16:11
25              Thank you, Ms. Cohen.                 03:16:13
```



**MAGNA**
LEGAL SERVICES

Page 187

```
 1            Ms. McLaughlin, please lower your    03:16:14
 2        hand at this time.                       03:16:16
 3            Ms. Omeish, please speak to your     03:16:19
 4        motion.                                  03:16:22
 5   MS. OMEISH:  Yes.  I just want to be clear for 03:16:23
 6        everyone.  I know the language of things 03:16:25
 7        has been modified based on, you know,    03:16:27
 8        legal advice and going back and forth and 03:16:30
 9        folks being confused.                    03:16:32
10            Ultimately what this is doing is     03:16:33
11        this is saying:  Not right now, because  03:16:35
12        realistically it's not how things work   03:16:38
13        out.  But our goal down the line is to say 03:16:40
14        that we need to get to a point where the 03:16:43
15        number of students coming from every     03:16:45
16        school is proportional to the size of the 03:16:47
17        population; and the hope is that we will  03:16:50
18        work on providing the math resources that 03:16:53
19        are needed, the advanced programming, the 03:16:56
20        supports and scaffolding that is gonna -- 03:16:59
21        that are gonna get our students to a     03:17:00
22        place, and especially now with the       03:17:03
23        opt-out, it's gonna really screen for    03:17:05
24        everyone, such that we have a fair       03:17:08
25        process.  And "a fair process" means an  03:17:10
```



Page 188

```
 1        equal shot regardless of what school        03:17:11
 2        you're at.                                   03:17:13
 3            So this is putting us at the cycle       03:17:14
 4        for the 2027 year, which means we have       03:17:16
 5        three cycles to achieve that goal.  So now   03:17:17
 6        we just approved 1.5 percent.  Hopefully     03:17:21
 7        by the following year we move a little bit   03:17:25
 8        further and then the final year, we reach    03:17:28
 9        a point where it's -- it's fair across the   03:17:30
10        county.                                      03:17:32
11   CHAIRWOMAN ANDERSON:  Thank you.                  03:17:34
12            Ms. Cohen, would you like to speak       03:17:34
13        to your second?                              03:17:36
14   MS. COHEN:  I would just say ditto, the goal      03:17:38
15        is that the number of kids that a school     03:17:41
16        sends to TJ ought to be reflective of        03:17:43
17        their 8th grade class population.  And       03:17:46
18        when we talk about by name and by need       03:17:49
19        and giving opportunities by every ZIP        03:17:53
20        code, I think this is a wonderful way to     03:17:54
21        do it, and I'm -- I'm pleased to be able     03:17:57
22        to second Ms. Omeish on this one.            03:18:03
23   CHAIRWOMAN ANDERSON:  Thank you.                  03:18:04
24            Other speakers for this motion?          03:18:05
25            Mr. Frisch?                              03:18:06
```



Page 189

```
 1    MR. FRISCH:  Thank you.  I see this as the    03:18:07
 2        school board committing to following      03:18:08
 3        through on its commitment to make sure     03:18:11
 4        that we are doing our -- our level best    03:18:15
 5        to prepare students and find them and      03:18:18
 6        make sure that we're competing across the  03:18:21
 7        entire county.  You know, this is          03:18:24
 8        aspirational, and it sets the board up to  03:18:26
 9        achieve those goals; and I fully support   03:18:29
10        it.                                        03:18:31
11            Thank you.                             03:18:31
12    CHAIRWOMAN ANDERSON:  Thank you.               03:18:33
13            Ms. Corbett Sanders?                   03:18:33
14    MS. CORBETT SANDERS:  Yes.  Thank you.         03:18:40
15            As Ms. Omeish and I have spoken        03:18:41
16        about this, I fully support her objective  03:18:43
17        here.  My question is:  What this goal     03:18:46
18        sets is to have this fully achieved within 03:18:51
19        three years of today.  So it -- it's the   03:18:55
20        cycle that would be admitted this spring,  03:18:58
21        next spring, and then by the third spring  03:19:01
22        we would have full -- a full               03:19:03
23        representation, proportionate              03:19:12
24        representation within three years.         03:19:14
25            I have a question of Dr. Brabrand,     03:19:20
```



Page 190

```
 1          because I want to be realistic.              03:19:25
 2               I had suggested maybe four years,       03:19:29
 3          because that would mean that students that   03:19:32
 4          are going to be in 5th grade next year       03:19:34
 5          would be able to have that proportionate     03:19:40
 6          representation.  So our 4th graders this     03:19:43
 7          year.                                        03:19:52
 8               I love Ms. Omeish's spirit, but I       03:19:52
 9          want to understand.  Is it achievable in     03:19:53
10          this short of a time frame, Dr. Brabrand?    03:19:56
11    CHAIRWOMAN ANDERSON:  Dr. Brabrand, please go      03:19:59
12           ahead.                                      03:20:05
13    MR. SMITH:  So Dr. Brabrand is having --  I        03:20:05
14           was just on the phone with him.  He's      03:20:07
15           having technical difficulties.             03:20:08
16               So, Ms. Corbett Sanders, if you        03:20:10
17          could ask your question again, I            03:20:12
18          apologize.                                   03:20:13
19    MS. CORBETT SANDERS:  No, that's fine.  I'm        03:20:14
20           just concerned that I --  I love the       03:20:16
21           spirit of this motion.  My concern is:     03:20:18
22           Is it achievable?  Is it achievable in     03:20:22
23           the three years; or would we be better     03:20:25
24           off having one additional year to make it  03:20:28
25           four years, which also allows us to        03:20:31
```



```
                                          Page 191
 1        ensure that we have the robust        03:20:34

 2        programming at each of our elementary  03:20:37

 3        schools which were included in         03:20:39

 4        Ms. Derenak Kaufax's amendment -- or   03:20:43

 5        motion in October, which we need to make 03:20:45

 6        sure it is fully funded in this next   03:20:48

 7        budget cycle?                          03:20:50

 8   MR. SMITH:  We do know that there are -- there 03:20:53

 9        are many things in play that we would  03:20:54

10        want to consider.  We also know that with 03:20:56

11        a new process, it's going to be hard for 03:20:58

12        us to start establishing metrics without 03:21:02

13        some baseline data.  And so while I     03:21:04

14        couldn't say that one more year would   03:21:08

15        give us that time, I know that the more  03:21:11

16        time we would have to review            03:21:13

17        interventions that we've put in place for 03:21:15

18        us to review our processes and for us to 03:21:18

19        see the fruits of our efforts would give 03:21:22

20        us more time to set a more measurable    03:21:24

21        metric.                                 03:21:27

22   CHAIRWOMAN ANDERSON:  Thank you.            03:21:28

23   MR. SMITH:  -- and more (unintelligible) -- 03:21:29

24   MS. CORBETT SANDERS:  I want to            03:21:32

25        (unintelligible) --                     03:21:35
```



```
                                              Page 192

 1   CHAIRWOMAN ANDERSON:  I notice that          03:21:36
 2       Dr. Brabrand has returned.              03:21:37
 3          Dr. Brabrand, are you with us?       03:21:38
 4   SUPERINTENDANT BRABRAND:  I'm back.  Thank  03:21:39
 5       you.                                    03:21:39
 6   CHAIRWOMAN ANDERSON:  Did you -- Were you   03:21:40
 7       able to hear the question?              03:21:40
 8   SUPERINTENDANT BRABRAND:  I heard the       03:21:43
 9       question.  I'm sure Mr. Smith answered it 03:21:44
10       well.  I did not hear his answer.       03:21:47
11          Is there still a question?           03:21:49
12   CHAIRWOMAN ANDERSON:  Ms. Corbett Sanders, did 03:21:52
13       you need some additional details to     03:21:54
14       your -- to your question or are you     03:21:56
15       satisfied with Mr. Smith's response?    03:21:58
16   MS. CORBETT SANDERS:  So Mr. Smith's response, 03:22:01
17       if I can character it is that it would be 03:22:04
18       helpful to have a bit more time.  Is that 03:22:06
19       correct, Mr. Smith?                     03:22:10
20   MR. SMITH:  That is correct.  Yes.  For us to 03:22:14
21       again, once we've put in a new process, 03:22:17
22       for us to look at some baseline data,   03:22:19
23       look at interventions that we're putting 03:22:22
24       in place, working very closely with IS, 03:22:24
25       working with our chief equity officer, to 03:22:28
```



Page 193

```
 1          then look at -- and establish what a -- a   03:22:31
 2          meaningful metric would be for the board   03:22:35
 3          with more time, most definitely.           03:22:37
 4   MS. CORBETT SANDERS:  So I would like to offer    03:22:41
 5          a amendment to increase the time period    03:22:43
 6          by just one year.                          03:22:48
 7   CHAIRWOMAN ANDERSON:  Okay.  Thank you.           03:22:51
 8          Everyone please lower your hands.  You've  03:22:52
 9          been recognized.                           03:22:54
10              Is there a second?                     03:22:55
11              Ms. Tholen and Ms. McLaughlin, thank   03:22:57
12      you.                                           03:23:00
13              Is there a second to this amendment?   03:23:00
14              (No response.)                         03:23:02
15              Okay.  Seeing none, we are going to    03:23:07
16      move on to the next speaker.                   03:23:09
17      Ms. McLaughlin, followed by Ms. Tholen.        03:23:12
18   MS. McLAUGHLIN:  Thank you.                       03:23:18
19              Again, I -- I do appreciate the        03:23:22
20      positive intentions and mindset that not       03:23:26
21      just the maker but board members who are       03:23:30
22      speaking in support of it have; but this       03:23:31
23      one gives me a lot of pause and here's         03:23:34
24      why.                                           03:23:38
25              Again, anyone who's done selective     03:23:38
```



Page 194

```
 1        college admissions knows in any given year   03:23:40
 2        your pool of applicants from any given        03:23:44
 3        high school are gonna change from year to     03:23:46
 4        year, and time to time; and you're gonna      03:23:48
 5        have incredibly talented group of kids        03:23:52
 6        from high school A versus high school B       03:23:54
 7        and that can change from year to year.        03:23:56
 8            This idea that we would have, you         03:23:58
 9        know, to Ms. Omeish's language, that          03:24:01
10        you're gonna have equitable representation    03:24:04
11        across all of our middle schools, I -- I      03:24:05
12        think everything we've done tonight is to     03:24:09
13        demonstrate our desire to have an             03:24:11
14        increased access of opportunities; but        03:24:14
15        this is far too prescriptive.                 03:24:16
16            I don't want to give the signal to        03:24:18
17        staff.  I expect them to be continuing a      03:24:19
18        highly- selective admissions process,         03:24:23
19        identifying our -- our best and brightest     03:24:25
20        students with a passionate intellect for      03:24:27
21        STEM, and we want to have more geographic     03:24:29
22        diversity.  We will get that through the      03:24:32
23        1.5; but beyond that, we've got to be         03:24:35
24        focused on what TJ's purpose is; and that     03:24:37
25        is to bring kids with that passion and the    03:24:41
```



MAGNA

LEGAL SERVICES

Page 195

```
 1        aptitude into doing this; and you          03:24:45

 2        shouldn't be prescribing it as there's the 03:24:47

 3        same exact seats at every single middle    03:24:49

 4        school.  I --  I just don't think this is  03:24:51

 5        the -- what I've seen as a best practice.  03:24:56

 6        I can't support it.  And I really hope     03:24:58

 7        people won't support it.  This is not      03:25:00

 8        vetted well enough for any of us, frankly, 03:25:02

 9        to make this determination.  And to direct 03:25:05

10        the superintendent and his team on this    03:25:06

11        goal, with a three-year timeline, I        03:25:08

12        don't -- I don't think this is a good one  03:25:11

13        to do tonight, folks.                      03:25:13

14   CHAIRWOMAN ANDERSON:   Thank you.               03:25:17

15             Ms. Tholen, followed by Ms. Meren.    03:25:17

16   MS. THOLEN:  Yes.  Thank you.                   03:25:22

17             I'm happy to follow Ms. McLaughlin    03:25:23

18        on this one.  Although I am not one to shy 03:25:25

19        away from aspirational goals, I think that 03:25:29

20        part of I think what Mr. Smith was trying  03:25:33

21        to say is we actually, even this evening,  03:25:35

22        have upcoming amendments that we're        03:25:38

23        looking at around the types of metrics and 03:25:41

24        data and information that we want around   03:25:46

25        the process that we're talking about       03:25:48
```



Page 196

```
 1        putting in place for this year, to see how   03:25:51
 2        is it working?  Do we need to make           03:25:52
 3        additional changes?  How are --  How do we   03:25:54
 4        want to, you know, continue moving forward   03:25:59
 5        with goals that we have.                     03:26:01
 6             And so I think it's premature to set    03:26:02
 7        such a prescriptive, you know, set of        03:26:05
 8        numbers years out when we made the           03:26:09
 9        significant changes to the process, even     03:26:14
10        next year, depending upon, you know, what    03:26:16
11        our data is.                                 03:26:19
12             So I think, you know, like I said,      03:26:20
13        not (unintelligible) Mr. Smith, we need      03:26:22
14        more data, more information about how the    03:26:24
15        big changes we're making, you know, right    03:26:27
16        now even work before we tie ourselves into   03:26:29
17        this.  This might not be what we want in a   03:26:33
18        couple of years.  We might want something    03:26:35
19        a little bit different.                      03:26:37
20             Thank you.                              03:26:39
21   CHAIRWOMAN ANDERSON:  Thank --  Thank you.        03:26:40
22             Ms. Meren?                              03:26:42
23   MS. MEREN:  Thank you.                            03:26:43
24             I agree with Ms. Tholen and             03:26:44
25        Ms. McLaughlin.  I think that it is too      03:26:45
```



Page 197

```
1        prescriptive.                           03:26:48

2            I also think, you know, it reminds  03:26:48

3        me about, like, if you are on medication 03:26:50

4        and you change your medication, if you do 03:26:53

5        too many things at once, you can't see if 03:26:55

6        the remedy that you now administered is  03:26:57

7        actually taking effect.                  03:27:00

8            So we've just taken a pretty         03:27:01

9        substantial approach to changing the     03:27:02

10       admissions process; and if we continue to 03:27:05

11       add all these other things, we're not     03:27:07

12       gonna see if that's really working.  I'm, 03:27:09

13       also, concerned about the operational    03:27:11

14       implementation of it.                    03:27:13

15           I have a point of order question, I  03:27:15

16       guess, or a clarification, if the clerk, 03:27:17

17       Ms. Mulberg, could please help me with   03:27:20

18       this question.                           03:27:23

19           Can you please, the motion that we   03:27:24

20       just previously voted on, it's in        03:27:28

21       BoardDocs listed as main motion 3, about 03:27:32

22       directing the superintendent to report to 03:27:37

23       the board an opt-out process.            03:27:39

24           Is that the motion that we voted on  03:27:41

25       or did we vote on something different, or 03:27:43
```



```
                                                 Page 198
 1        other language that we had?  Can you      03:27:47

 2        please confirm?                           03:27:51

 3    MS. MUHLBERG:  I'm afraid I don't understand  03:27:53

 4        your question.                            03:27:56

 5    MS. MEREN:  The --  So on BoardDocs, on the   03:27:57

 6        cover sheet, it says main motion 3 and it 03:27:59

 7        lists the motion.  Isn't that what we     03:28:02

 8        voted on, regarding the opt-out process   03:28:05

 9        and taking the test?  And by test, I know 03:28:10

10        it --                                     03:28:15

11    CHAIRWOMAN ANDERSON:  Ms. Mulberg, Ms. Meren  03:28:16

12        is asking if the language is the same --  03:28:17

13    MS. MUHLBERG:  No.                            03:28:20

14    CHAIRWOMAN ANDERSON:  -- from what's posted to 03:28:20

15        what was just shared.                     03:28:22

16    MS. MUHLBERG:  No.                            03:28:23

17    CHAIRWOMAN ANDERSON:  It is not?              03:28:23

18    MS. MUHLBERG:  It's not.                       03:28:24

19            The --  The motion that -- that       03:28:26

20        you -- that you're considering now, you   03:28:27

21        mean, or the motion you've --             03:28:29

22    MS. MEREN:  No, the previous one, Ms. Mulberg. 03:28:31

23    MS. MUHLBERG:  No.  No, that wasn't --  That  03:28:32

24        wasn't --  You haven't voted on that one  03:28:34

25        yet.                                      03:28:37
```



Page 199

```
 1    MS. MEREN:  We -- okay.  Did we vote --  I --   03:28:38

 2        Okay.  I thought we voted --              03:28:40

 3    CHAIRWOMAN ANDERSON:  I --  I think she's     03:28:42

 4        asking about the previous motion, the one 03:28:45

 5        regarding the -- the test essay.  Is that 03:28:46

 6        the one --  Is that what you're referring 03:28:49

 7        to?                                        03:28:52

 8    MS. MEREN:  The opt-out and the location of    03:28:52

 9        the testing; and by testing, I mean the   03:28:56

10        one SIS and the --                         03:29:02

11    CHAIRWOMAN ANDERSON:  If I --  If I may ask    03:29:04

12        this.  I note Mr. Morgan is here with us,  03:29:06

13        our parla -- our parliamentarian.  I want  03:29:09

14        to be sure that we are in order.           03:29:11

15            I believe what Ms. Meren is asking     03:29:13

16        is the -- the motion that we just voted    03:29:17

17        upon previously, not the one currently on  03:29:19

18        the table, I think what --                 03:29:21

19    MS. MEREN:  Correct.                           03:29:22

20    CHAIRWOMAN ANDERSON:  -- she's saying, what    03:29:23

21        was articulated is different than what is  03:29:23

22        posted on BoardDocs.                       03:29:27

23            Mr. Morgan, can you confirm that       03:29:28

24        that was in order, even though it's        03:29:30

25        different from what's posted?              03:29:32
```



Page 200

```
 1    MR. MORGAN:  What's posted is not the same as   03:29:35
 2        what you're act -- what the body actually   03:29:37
 3        does; so you provided Ms. Omeish an         03:29:40
 4        opportunity to make a motion.  She made a   03:29:45
 5        motion.  It's listed below as, "I move to   03:29:47
 6        direct the superintendent to report to     03:29:52
 7        the school board..."  The language that     03:29:53
 8        was actually made is shown on BoardDocs.    03:29:54
 9        You might have to refresh your -- your      03:29:58
10        screen; but there --  That was in order.    03:30:01
11    CHAIRWOMAN ANDERSON:  Thank you.                03:30:09
12            Ms. Meren, did you have another         03:30:11
13        question --                                 03:30:13
14    MS. MEREN:  Well, I just (overspeaking -        03:30:13
15        unintelligible) --                          03:30:14
16    CHAIRWOMAN ANDERSON:  -- because what I --      03:30:15
17    MS. MEREN:  -- want to see the -- if you can    03:30:16
18        just give me one moment, please, to        03:30:20
19        just --  I did refresh before --           03:30:22
20    CHAIRWOMAN ANDERSON:  While you refresh, I'm    03:30:26
21        going to follow up with a question --       03:30:27
22    MS. MEREN:  No.  I mean, I -- (overspeaking).   03:30:29
23    CHAIRWOMAN ANDERSON:  -- with Mr. Morgan.       03:30:30
24    MS. MEREN:  -- can see --  Okay.  I'm sorry.    03:30:31
25        I'm not trying to be confusing here.        03:30:32
```



Page 201

```
 1    CHAIRWOMAN ANDERSON:  No.  That's okay.  Go      03:30:34
 2        ahead and refresh.  I just want to --        03:30:35
 3    MS. MEREN:  No, I did.                           03:30:37
 4    CHAIRWOMAN ANDERSON:  -- ask Mr. Morgan --       03:30:37
 5    MS. MEREN:  I did.  But, again, on main motion   03:30:38
 6        3, it's saying that "We move to direct       03:30:40
 7        the superintendent to report to the board    03:30:42
 8        on the opt-out process which will include    03:30:43
 9        using the universal screener."               03:30:49
10            Didn't we vote on saying that we're      03:30:51
11        going for allowing for a local school to     03:30:54
12        test at local schools and have every --      03:30:57
13    CHAIRWOMAN ANDERSON:  So --                      03:31:01
14    MS. MEREN:  -- be opt out?                       03:31:01
15    CHAIRWOMAN ANDERSON:  So the question,           03:31:03
16        Mr. Morgan, that I think is being            03:31:04
17        presented here is if we voted on a motion    03:31:06
18        that was not on BoardDocs but yet was        03:31:10
19        presented by the maker and seconded          03:31:12
20        and -- is it out of order?  Is it an         03:31:15
21        issue if the language doesn't match?         03:31:17
22    MS. MEREN:  Well, the -- that --                 03:31:20
23    MR. MORGAN:  In --                               03:31:21
24    MS. MEREN:  -- that's not exactly my question.   03:31:21
25        I'm --  I want to know the answer,           03:31:23
```



Page 202

```
 1        Dr. Anderson; but I also want to be clear  03:31:24
 2        on what we voted on; because there's just  03:31:27
 3        been some confusion, I'm realizing now,    03:31:29
 4        of an earlier version of a motion that     03:31:31
 5        was different than what was voted on; and  03:31:34
 6        I just want to be clear on what we did,     03:31:36
 7        please.                                     03:31:40
 8    CHAIRWOMAN ANDERSON:  I will have Mr. Morgan    03:31:40
 9        answer that question and then we will       03:31:41
10        repeat the vote that was taken.  I'll       03:31:45
11        have the clerk re-read what was voted       03:31:47
12        upon --                                      03:31:50
13    MS. MEREN:  That would be great.                 03:31:50
14    CHAIRWOMAN ANDERSON:  -- in just a second.       03:31:51
15    MR. FRISCH:  Point of clarification.             03:31:52
16    CHAIRWOMAN ANDERSON:  Mr. Morgan?                03:31:54
17    MR. MORGAN:  Yes.                                03:31:55
18    CHAIRWOMAN ANDERSON:  Mr. Frisch, if I may      03:31:55
19        have Mr. Morgan just go ahead and respond   03:31:57
20        to that one question, and then I'll take    03:31:59
21        your point of clarification.                 03:32:00
22    MR. MORGAN:  If an objection would have been    03:32:03
23        made that the motion made did not reflect   03:32:04
24        what -- the motion that was planned, it     03:32:07
25        would have needed to be made at the time    03:32:09
```


MAGNA
LEGAL SERVICES

Page 203

```
 1        that the motion was made.  It --  You      03:32:13
 2        couldn't wait till there was a discussion 03:32:15
 3        and a vote and then said:  Well,           03:32:17
 4        that's -- wasn't what we planned on        03:32:20
 5        discussing.                                03:32:22
 6            It really needs to be timely, the      03:32:23
 7        objection to its consideration.            03:32:26
 8    CHAIRWOMAN ANDERSON:  Thank you.  I wanted to  03:32:30
 9        just make sure.  I didn't see Ms. Meren's  03:32:32
10        as an objection but rather as a question,  03:32:34
11        but I appreciate the clarification.        03:32:36
12            Mr. Frisch, do you have a point of     03:32:39
13        clarification?                             03:32:41
14    MR. FRISCH:  That --  That's fine.  No         03:32:43
15        question.                                  03:32:44
16    CHAIRWOMAN ANDERSON:  Thank you.               03:32:45
17            Ms. Mulberg, if you could please       03:32:46
18        read the previous motion that we voted     03:32:48
19        upon which carried.  Go ahead.             03:32:51
20    MS. MUHLBERG:  You're referring to motion      03:33:00
21        number 3 moved by Ms. Omeish and seconded  03:33:02
22        by Laura Jane --                           03:33:06
23    CHAIRWOMAN ANDERSON:  Correct.                 03:33:07
24    MS. MUHLBERG:  -- for the opt-out?             03:33:07
25    CHAIRWOMAN ANDERSON:  Yes.                     03:33:09
```



Page 204

```
 1    MS. MUHLBERG:  Okay.  Madame Chair, I move to    03:33:10
 2         direct the superintendent to report to      03:33:12
 3         the school board on an opt-out process       03:33:13
 4         for all eligible students effective with     03:33:20
 5         the fall 20 -- 2022 school year, which       03:33:22
 6         will include the expiration --               03:33:24
 7         exploration of using a universal screener    03:33:26
 8         for all students in 7th or 8th grade to      03:33:28
 9         identify eligible students for admissions    03:33:31
10         to TJ.  To opt out would be to eliminate     03:33:33
11         oneself from consideration for TJ.           03:33:36
12    MS. OMEISH:  A point of order, Madame Chair.      03:33:39
13    CHAIRWOMAN ANDERSON:  That is --  Thank you.      03:33:42
14              Ms. Omeish, go ahead.                   03:33:43
15    MS. OMEISH:  Yeah.  That is not the motion I      03:33:45
16         read prior nor after we agreed to this       03:33:46
17         motion; and that is reflected --             03:33:49
18         (overspeaking - unintelligible)
19    MS. OMEISH:  -- all of us have and is the         03:33:52
20         language I sent several days ago,            03:33:53
21         modifying what I sent months -- a month      03:33:55
22         ago about this motion.                       03:33:58
23    CHAIRWOMAN ANDERSON:  And I don't recall that     03:34:01
24         to be the motion that I read when I          03:34:02
25         presented the vote.                          03:34:04
```



Page 205

```
 1              What I presented is what I have here    03:34:05
 2         in front of me, which is to require the      03:34:08
 3         test essay and SIS to be administered        03:34:11
 4         locally at each middle school to all         03:34:13
 5         eligible students who meet the 3.5 GPA and   03:34:16
 6         Algebra I requirements.                      03:34:19
 7              That's what I read for the vote.        03:34:22
 8    MS. OMEISH:  So there clearly is a --             03:34:28
 9    CHAIRWOMAN ANDERSON:  And it goes on --           03:34:29
10    MS. OMEISH:  -- discrepancy.  So there is a       03:34:30
11         discrepancy.                                 03:34:30
12    CHAIRWOMAN ANDERSON:  There is a discrepancy,     03:34:31
13         but we voted on what I read, so I'm going    03:34:32
14         to go ahead and --                           03:34:35
15    MS. MUHLBERG:  Then what is posted --  What is    03:34:36
16         posted on BoardDocs is not what --  What     03:34:37
17         is posted on BoardDocs, what we were         03:34:41
18         provided, is what I just read.  So --        03:34:43
19    CHAIRWOMAN ANDERSON:  You read what was on        03:34:47
20         BoardDocs; but it is not --  What we         03:34:49
21         voted upon was not what was on BoardDocs.    03:34:50
22         That's not what was posted.  And from        03:34:52
23         what I understand --                         03:34:54
24    PARTICIPANT:  And that's --                       03:34:55
25              (Overspeaking - unintelligible)
```



```
                                                   Page 206
 1    CHAIRWOMAN ANDERSON:  -- from Mr. Morgan --    03:34:56
 2        What I understand from Mr. Morgan is that  03:34:58
 3        it is not out of order because the         03:35:01
 4        objection should have been raised during   03:35:03
 5        that vote.                                  03:35:05
 6            So, Ms. Meren, I have to move us        03:35:06
 7        along on the motion that is on the table    03:35:08
 8        at this point, which is the holistic        03:35:11
 9        review and the process to impact the 2027   03:35:15
10        class for a proportional representation.    03:35:18
11            So do you have statements to make on    03:35:21
12        that motion?                                03:35:24
13    MS. MEREN:  Nothing further than I already      03:35:26
14        said.                                       03:35:27
15            But can I be clear so I can address     03:35:27
16        this after this motion is acted upon?       03:35:29
17    CHAIRWOMAN ANDERSON:  I'm sorry.  Say that      03:35:33
18        again?                                      03:35:34
19    MS. MEREN:  Nothing further than I already      03:35:35
20        addressed for this active motion; but       03:35:36
21        after this, then can I ask us to address    03:35:38
22        that previous motion?                       03:35:42
23    CHAIRWOMAN ANDERSON:  I don't think so.  That   03:35:44
24        motion is closed.  It's been voted upon     03:35:46
25        and we have several more motions to go on   03:35:48
```



Page 207

| | | |
|---|---|---|
| 1 | for tonight. | 03:35:50 |
| 2 | MS. MEREN:  But which motion did we vote on? | 03:35:51 |
| 3 | CHAIRWOMAN ANDERSON:  We voted on, I will read | 03:35:55 |
| 4 | it -- | 03:35:58 |
| 5 | MS. MEREN:  The one in Board -- | 03:35:58 |
| 6 | CHAIRWOMAN ANDERSON:  -- once more -- | 03:36:00 |
| 7 | MS. MEREN:  The one in BoardDocs, | 03:36:00 |
| 8 | Dr. Anderson, or the one in the script? | 03:36:01 |
| 9 | CHAIRWOMAN ANDERSON:  No.  The one in the | 03:36:03 |
| 10 | script -- | 03:36:03 |
| 11 | MS. MEREN:  But that's not what -- | 03:36:04 |
| 12 | (Overspeaking - unintelligible) | |
| 13 | CHAIRWOMAN ANDERSON:  -- which is the one that | 03:36:05 |
| 14 | I read. | 03:36:06 |
| 15 | MS. MEREN:  So can we --  Can we finish this | 03:36:06 |
| 16 | motion and then I'd like to please raise | 03:36:07 |
| 17 | it for the next one? | 03:36:09 |
| 18 | CHAIRWOMAN ANDERSON:  Okay.  So we're going to | 03:36:10 |
| 19 | finish this motion and I'm going to read | 03:36:11 |
| 20 | the motion that is on the table and the | 03:36:13 |
| 21 | next speaker is Ms. Sizemore Heizer. | 03:36:14 |
| 22 | The motion on the table at this | 03:36:17 |
| 23 | point is:  I move to establish that as | 03:36:19 |
| 24 | part of the holistic review process, by | 03:36:21 |
| 25 | the process for the 2027 class, the top | 03:36:23 |



Page 208

```
 1        (audio distortion) percent of the 8th        03:36:27
 2        grade class at each public middle school     03:36:30
 3        in Fairfax County who meet minimum           03:36:32
 4        standards based on GPA and core classes,     03:36:34
 5        student (audio distortion) sheet, (audio     03:36:36
 6        distortion) experience factor shall be       03:36:40
 7        eligible for admission according to the      03:36:41
 8        percentage that is proportional to their     03:36:44
 9        population.  This reflects the existing      03:36:46
10        holistic review plan, "both" calculates      03:36:48
11        allotments of gifted students but rather     03:36:50
12        by region.                                   03:36:53
13             So going back to the point that         03:36:55
14        Mr. Morgan made just earlier, if there is    03:36:56
15        an objection to this motion that we're       03:36:59
16        discussing not having been the motion that   03:37:02
17        is posted on BoardDocs, this can be raised   03:37:05
18        now.                                         03:37:12
19   PARTICIPANT:  Dr. Anderson, my audio cut out.     03:37:12
20        Is it possible to send out that motion or    03:37:14
21        point to where that one that you read is     03:37:17
22        written so we can just read it.              03:37:22
23             (Overspeaking - unintelligible)
24   MALE VOICE:  I re-sent it at 10 -- at 10:36.      03:37:25
25             (Multiple voices overspeaking).         03:37:27
```



Page 209

```
 1    MS. MUHLBERG:  Yeah, it -- it's in --  The     03:37:33
 2        changes are in the scripts but not on       03:37:34
 3        BoardDocs, so it's hard to track.           03:37:39
 4    CHAIRWOMAN ANDERSON:  You know what, folks, it  03:37:42
 5        is 10:50.  We have been going at this a     03:37:43
 6        while.  We have not taken a break.  I       03:37:45
 7        apologize.  I --  I think I'm going to      03:37:47
 8        call for a 10-minute recess for us to       03:37:49
 9        make the changes so that we have all of     03:37:52
10        the motions that are in the script be       03:37:54
11        reflected on BoardDocs to have a more       03:37:56
12        transparent discussion.                     03:37:58
13            So I will call for a recess right       03:38:00
14        now, barring any objections; and when we   03:38:02
15        return, Ms. Sizemore Heizer, you will be    03:38:04
16        the next speaker.                            03:38:06
17            Let's come back at 11:00.  Thank       03:38:07
18        you.                                         03:47:04
19            (10-minute recess.)
20    CHAIRWOMAN ANDERSON:  So very quickly, we will  03:47:58
21        check -- we will have a quick attendance.  03:47:59
22        Ms. Corbett Sanders?                         03:48:05
23    MS. CORBETT SANDERS:  Yes, hello.               03:48:09
24    CHAIRWOMAN ANDERSON:  Ms. Cohen?                03:48:12
25    MS. COHEN:  Here.                                03:48:14
```



Page 210

```
 1    CHAIRWOMAN ANDERSON:  Ms. Derenak Kaufax?   03:48:15

 2    MS. DERENAK KAUFAX:  Here.                   03:48:16

 3    CHAIRWOMAN ANDERSON:  Mr. Frisch?            03:48:17

 4    MR. FRISCH:  Here.                           03:48:20

 5    CHAIRWOMAN ANDERSON:  Ms. Keys-Gamarra?      03:48:21

 6    MS. KEYS-GAMARRA:  Here.                     03:48:24

 7    CHAIRWOMAN ANDERSON:  Ms. McLaughlin?        03:48:27

 8    MS. McLAUGHLIN:  Here.                       03:48:29

 9    CHAIRWOMAN ANDERSON:  Ms. Meren?             03:48:31

10           (No response.)

11              Ms. Omeish?                        03:48:36

12    MS. OMEISH:  Here.                           03:48:40

13    CHAIRWOMAN ANDERSON:  Ms. Pekarsky?          03:48:40

14    MS. PEKARSKY:  Here.                         03:48:42

15    CHAIRWOMAN ANDERSON:  Ms. Tholen?            03:48:43

16    MS. THOLEN:  I'm here.  Thank you.           03:48:47

17    CHAIRWOMAN ANDERSON:  Ms. Sizemore Heizer?   03:48:49

18    MS. SIZEMORE HEIZER:  I'm here.  Thank you.  03:48:52

19    CHAIRWOMAN ANDERSON:  And Ms. Meren?         03:48:54

20           (No response.)

21              Okay.  Ms. Meren has not returned. 03:48:59

22       So we do have quorum; so we are going to  03:49:01

23       continue.                                 03:49:03

24              The motion that is on the table at 03:49:04

25       this point is one that I will read in just 03:49:07
```



Page 211

| | | |
|---|---|---|
| 1 | a minute and then I will pick up with the | 03:49:11 |
| 2 | next speaker, which is Ms. Sizemore | 03:49:12 |
| 3 | Heizer. | 03:49:17 |
| 4 | Bear with me while I get to that | 03:49:17 |
| 5 | space.  I just had to scroll up here. | 03:49:19 |
| 6 | MS. OMEISH:  A point of order, Dr. Anderson. | 03:49:21 |
| 7 | CHAIRWOMAN ANDERSON:  Yes, Ms. Omeish. | 03:49:24 |
| 8 | MS. OMEISH:  It's, you know, your decision to | 03:49:26 |
| 9 | do whatever if you want to kill this; but | 03:49:28 |
| 10 | this has been modified --  You know, I | 03:49:30 |
| 11 | mean, I'm not sure what --  You know, the | 03:49:33 |
| 12 | language on BoardDocs is not reflective | 03:49:35 |
| 13 | of everything I'd shared and -- and what | 03:49:36 |
| 14 | folks have reviewed and what we've | 03:49:39 |
| 15 | discussed; but I do have something that | 03:49:40 |
| 16 | is reflective of that, though I believe | 03:49:42 |
| 17 | we have been removed from edit access | 03:49:45 |
| 18 | into the script; so I'm no longer able to | 03:49:46 |
| 19 | share it. | 03:49:48 |
| 20 | CHAIRWOMAN ANDERSON:  Yes.  I want to share | 03:49:48 |
| 21 | with you that the motion that has been | 03:49:51 |
| 22 | moved and seconded has now -- is now | 03:49:54 |
| 23 | reflected in BoardDocs; so that's what's | 03:49:57 |
| 24 | under consideration at this point. | 03:49:59 |
| 25 | So, now what you shared earlier | 03:50:01 |



Page 212

| | | |
|---|---|---|
| 1 | matches what is on BoardDocs. | 03:50:03 |
| 2 | MS. OMEISH:  Yeah.  And BoardDocs -- | 03:50:06 |
| 3 | CHAIRWOMAN ANDERSON:  BoardDocs has been | 03:50:07 |
| 4 | revised. | 03:50:08 |
| 5 | MS. OMEISH:  Right.  And -- and I believe the | 03:50:09 |
| 6 | discrepancy, you know, for -- for all | 03:50:10 |
| 7 | kinds of reasons is reflected in a way -- | 03:50:14 |
| 8 | I hadn't understood that this was | 03:50:18 |
| 9 | changed; and despite, you know, what I | 03:50:20 |
| 10 | shared with you guys, which is consistent | 03:50:23 |
| 11 | with what is reflected in BoardDocs now | 03:50:24 |
| 12 | and for that reason I'm amenable to the | 03:50:26 |
| 13 | adjustment that I have that I'm not able | 03:50:29 |
| 14 | to add right now. | 03:50:31 |
| 15 | CHAIRWOMAN ANDERSON:  Yes.  That --  Yes. | 03:50:33 |
| 16 | We're not going to be able to add an | 03:50:34 |
| 17 | adjustment because we have an amendment | 03:50:36 |
| 18 | on the table that we're discussing. | 03:50:37 |
| 19 | If you want to amend the amendment | 03:50:39 |
| 20 | then you're free to do that; but I'd like | 03:50:41 |
| 21 | to go ahead and recognize Ms. Sizemore | 03:50:43 |
| 22 | Heizer, because you were up for a point of | 03:50:45 |
| 23 | clarification for a point of order. | 03:50:47 |
| 24 | MS. OMEISH:  Yes.  Yes.  Thank you. | 03:50:49 |
| 25 | CHAIRWOMAN ANDERSON:  I am --  I am going to | 03:50:50 |



Page 213

```
 1          recognize Ms. Sizemore Heizer; so if     03:50:51
 2          you'd like to make any amendments, raise 03:50:53
 3          your hand; because as it stands right    03:50:55
 4          now, this has been the discussion.       03:50:57
 5              Ms. Sizemore Heizer?                  03:50:59
 6   MS. SIZEMORE HEIZER:  All right.  Just to       03:51:00
 7          clarify, I am speaking to Ms. Omeish's   03:51:01
 8          original motion about the 2027           03:51:03
 9          proportional representation, just to --  03:51:06
10              (Laughing - unintelligible)          
11   CHAIRWOMAN ANDERSON:  That is right.  And I     03:51:09
12          was going to read it and then I got      03:51:10
13          stopped; so I forgot to read it.         03:51:13
14   MS. SIZEMORE HEIZER:  Yes, no.  You're fine.    03:51:14
15   CHAIRWOMAN ANDERSON:  I'll read it for          03:51:15
16          everybody.  It is:  I move to establish  03:51:15
17          that as part of the holistic review      03:51:19
18          process by the process for the 2027      03:51:20
19          class, the top percent of the 8th grade  03:51:24
20          class at each public middle school in    03:51:27
21          Fairfax County who meet minimum standards 03:51:29
22          based on GPA and core classes, student   03:51:31
23          portrait sheet, problem-solving essay,   03:51:34
24          and experience factors shall be eligible 03:51:36
25          for admissions according to the          03:51:39
```



MAGNA
LEGAL SERVICES

```
                                                     Page 214
 1          percentage that is proportional to their  03:51:41

 2          population.  This reflects the            03:51:42

 3          holistic -- the existing holistic review  03:51:44

 4          plan while calculates allotments of       03:51:46

 5          gifted students by school rather than by  03:51:48

 6          region.                                   03:51:51

 7              And our clerks are making the         03:51:52

 8          adjustments so that this language is      03:51:53

 9          reflected in BoardDocs.                   03:51:55

10              Ms. Sizemore Heizer, your three       03:51:57

11          minutes begin now.                        03:51:58

12  MS. SIZEMORE HEIZER:  Yeah.  I'll --  I'll be     03:52:02

13          honest.  I --  I have a lot of concerns    03:52:03

14          about this motion.  I --  I don't know     03:52:06

15          how we get to 2027.  I think it's very     03:52:11

16          prescriptive.                             03:52:14

17              I mean, TJ's a STEM school.  It's      03:52:14

18          not just a sort of a gifted or advanced   03:52:17

19          school.  It's a very specific and         03:52:21

20          particular purpose; and so, you know, I   03:52:23

21          understand that --  I very much believe   03:52:25

22          that we are missing talent at schools and 03:52:27

23          we need to -- and do -- and I think we've  03:52:29

24          done good work tonight to -- to start to   03:52:31

25          address some of those concerns or continue 03:52:34
```



Page 215

```
 1        to address some of those concerns; but    03:52:35
 2        this motion and the level of              03:52:37
 3        prescriptiveness has me significantly     03:52:40
 4        concerned for many reasons; and I don't   03:52:43
 5        know if we --  I, at least, don't feel    03:52:46
 6        like I've had the chance to hear from our 03:52:48
 7        staff regarding all the implications of   03:52:53
 8        this.  And so I don't think at this point 03:52:56
 9        we should be supporting it.               03:53:00
10            I do think I agree with Ms. Meren.    03:53:01
11        We made a lot of changes.  We're going to 03:53:03
12        be reviewing this, be getting metrics; so 03:53:05
13        let's just take a look at where metrics   03:53:07
14        take us and then decide what additional   03:53:09
15        steps we may need to do to have           03:53:11
16        aspirational goals.  But this is so       03:53:13
17        prescriptive for a STEM school, that I -- 03:53:15
18        I'm uncomfortable with this, at least with 03:53:18
19        not -- not having a chance to have some   03:53:20
20        really deep dive conversations with staff 03:53:22
21        regarding all the different concepts and  03:53:25
22        implications.                             03:53:30
23            So I appreciate the -- the thought,   03:53:31
24        but I don't think this is quite the right 03:53:34
25        way to go at this moment.                 03:53:35
```



```
                                              Page 216

 1    CHAIRWOMAN ANDERSON:  Thank you.  Our next     03:53:37
 2        speaker is --  Now we are in go-backs.     03:53:41
 3            Ms. Omeish, you have 90 seconds.       03:53:45
 4    MS. OMEISH:  Sorry.  It's not coming up.  I    03:53:50
 5        was just gonna suggest amending this to    03:53:53
 6        reflect what we are looking for here.      03:53:56
 7    CHAIRWOMAN ANDERSON:  This is a good time for  03:53:59
 8        you to have an amendment because it no     03:54:00
 9        longer belongs to you.  It's to the body. 03:54:01
10        So please go ahead and offer an            03:54:03
11        amendment.                                 03:54:06
12    MS. OMEISH:  All right.  I believe it will be  03:54:07
13        reflected shortly.  I just sent it to the  03:54:10
14        clerk.                                     03:54:12
15            But I move to establish --  So this    03:54:12
16        ultimately is -- is scratching most of the 03:54:15
17        language to -- to have the same            03:54:17
18        substantive purpose which is I move --     03:54:19
19    CHAIRWOMAN ANDERSON:  Just --  Ms. Omeish, I   03:54:20
20        will need for you to read it verbatim.     03:54:21
21    MS. OMEISH:  I already --                      03:54:25
22    CHAIRWOMAN ANDERSON:  Did you send it to the   03:54:26
23        board as well?  Did you e-mail it to       03:54:27
24        everyone or so the clerk can get it        03:54:29
25        posted?                                    03:54:32
```



Page 217

| | | |
|---|---|---|
| 1 | MS. OMEISH: I am happy to do that in a | 03:54:32 |
| 2 | moment. | 03:54:37 |
| 3 | Give me one second. | 03:54:38 |
| 4 | PARTICIPANT: I forwarded it. | 03:54:39 |
| 5 | MS. OMEISH: You have it? All right. Thank | 03:54:41 |
| 6 | you. | 03:54:43 |
| 7 | MS. MUHLBERG: I forwarded it to | 03:54:44 |
| 8 | (unintelligible) -- | 03:54:45 |
| 9 | MS. OMEISH: Okay. | 03:54:46 |
| 10 | CHAIRWOMAN ANDERSON: Thank you. Please go | 03:54:46 |
| 11 | ahead and read it, Ms. Omeish. | 03:54:47 |
| 12 | MS. OMEISH: It's to change -- I move to | 03:54:50 |
| 13 | amend the language of this to reflect a | 03:54:52 |
| 14 | amend -- a motion to move to establish a | 03:54:56 |
| 15 | goal of equitable representation by | 03:54:58 |
| 16 | middle school for the class of the 2027 | 03:55:01 |
| 17 | cohort. | 03:55:04 |
| 18 | CHAIRWOMAN ANDERSON: Thank you. Is there a | 03:55:04 |
| 19 | second for this amendment? | 03:55:05 |
| 20 | Thank you, Ms. Cohen [sic]. | 03:55:10 |
| 21 | So now we're going to be speaking on | 03:55:12 |
| 22 | this amendment, which is: I move to | 03:55:14 |
| 23 | establish a goal of equitable | 03:55:16 |
| 24 | representation by middle school for the | 03:55:18 |
| 25 | class -- for the class -- for the 2027 | 03:55:21 |



Page 218

| | | |
|---|---|---|
| 1 | class. | 03:55:24 |
| 2 | That is the motion on the table at | 03:55:25 |
| 3 | this point.  Speakers to that motion? | 03:55:27 |
| 4 | Ms. Omeish, please speak to your | 03:55:30 |
| 5 | motion. | 03:55:33 |
| 6 | MS. OMEISH:  Thank you.  Colleagues, you know, | 03:55:33 |
| 7 | I -- I appreciate the concern and the | 03:55:36 |
| 8 | conversation about what was reflected in | 03:55:38 |
| 9 | BoardDocs and not. | 03:55:40 |
| 10 | I just want to say, you know, the | 03:55:40 |
| 11 | language previously listed in BoardDocs at | 03:55:42 |
| 12 | this point is not the language I provided | 03:55:44 |
| 13 | nor is it what I discussed with everyone; | 03:55:46 |
| 14 | but I'm happy to now understand reason to | 03:55:48 |
| 15 | bring us here. | 03:55:50 |
| 16 | Ultimately, when we had our | 03:55:52 |
| 17 | conversations way back in the work | 03:55:53 |
| 18 | sessions, we discussed, you know, the idea | 03:55:55 |
| 19 | of thinking about school, region, we | 03:55:58 |
| 20 | talked about pyramid.  This is an | 03:55:59 |
| 21 | opportunity that reflects all of those | 03:56:01 |
| 22 | conversations and everyone who shared the | 03:56:04 |
| 23 | importance of looking at this in a more | 03:56:06 |
| 24 | local way, again similar to the AAP set-up | 03:56:07 |
| 25 | we have and the ability -- and enhancing | 03:56:11 |



Page 219

| | | |
|---|---|---|
| 1 | our ability to assess and identify talent | 03:56:14 |
| 2 | as we've had those conversations with the | 03:56:17 |
| 3 | AAP and now here.  That's simply | 03:56:19 |
| 4 | reflective of those conversations. | 03:56:21 |
| 5 | And, finally, where he know that | 03:56:22 |
| 6 | there's a percentage that is generally | 03:56:24 |
| 7 | talented or exhibits these qualities in | 03:56:27 |
| 8 | any student population; so no matter where | 03:56:30 |
| 9 | we are in the county, now that we're gonna | 03:56:32 |
| 10 | folks opting out and hopefully screening | 03:56:34 |
| 11 | on a more broad scale, we will have a | 03:56:37 |
| 12 | certain talented pool emerge; and I want | 03:56:41 |
| 13 | to make sure that no matter where a kid | 03:56:43 |
| 14 | is, again, as I said earlier, there is no | 03:56:45 |
| 15 | difference in their chance of getting in. | 03:56:47 |
| 16 | So that's --  That's what I'll leave | 03:56:49 |
| 17 | it to. | 03:56:50 |
| 18 | Thank you. | 03:56:51 |
| 19 | CHAIRWOMAN ANDERSON:  Thank you. | 03:56:51 |
| 20 | Ms. Cohen, would you like to speak | 03:56:52 |
| 21 | to your second? | 03:56:53 |
| 22 | MS. COHEN:  Nothing to add, Madame Chair. | 03:56:55 |
| 23 | CHAIRWOMAN ANDERSON:  Thank you. | 03:56:57 |
| 24 | Ms. Keys-Gamarra, please speak to | 03:56:59 |
| 25 | this new motion. | 03:57:01 |



Page 220

```
 1    MS. KEYS-GAMARRA:  Yes.  Just briefly,      03:57:04
 2        Ms. Omeish, I --  I think I hear you    03:57:06
 3        saying that you are setting a goal of   03:57:09
 4        this proportional representation in every 03:57:12
 5        middle school; which, if that is correct, 03:57:14
 6        then I can fully support it.            03:57:16
 7    CHAIRWOMAN ANDERSON:  Thank you.            03:57:19
 8            I do not see any other speakers to  03:57:22
 9        this motion.                            03:57:24
10            No.  Ms. Corbett Sanders, go ahead. 03:57:25
11            And, folks, we are going to shorten 03:57:28
12        this a little bit; because the concept of 03:57:30
13        the motion is largely the same.  So please 03:57:31
14        be super succinct, if possible.         03:57:35
15            Ms. Corbett Sanders and then        03:57:37
16        Ms. Sizemore Heizer.                    03:57:38
17    MS. CORBETT SANDERS:  Because the -- the    03:57:41
18        re-writing of the motion sets the motion 03:57:43
19        as a goal, as an aspirational goal, I can 03:57:44
20        support this motion.                    03:57:49
21    CHAIRWOMAN ANDERSON:  Thank you.            03:57:51
22            Ms. Sizemore Heizer.                03:57:52
23    MS. SIZEMORE HEIZER:  Yes.  One, the change in 03:57:59
24        motion language now reads "equitable    03:58:00
25        representation" whereas the previous one 03:58:03
```



```
                                                      Page 221
 1        read "proportional."                    03:58:06
 2            What's the difference in the -- how  03:58:08
 3        that -- the implementation of that phrase? 03:58:12
 4        You know, how does --  What's the        03:58:14
 5        difference between what "equitable" means? 03:58:16
 6        It's a really broad phrase, whereas      03:58:19
 7        opposed --  How does it relate to        03:58:21
 8        "proportional," which is the previous    03:58:22
 9        motion?  I would say --                  03:58:24
10   CHAIRWOMAN ANDERSON:  Ms. Omeish --           03:58:25
11   MS. SIZEMORE HEIZER:  -- equitable is         03:58:25
12        proportional or what is the intent here? 03:58:26
13   CHAIRWOMAN ANDERSON:  Ms. Omeish, would you   03:58:28
14        like to respond?                         03:58:29
15   MS. OMEISH:  Sure.  As we've been saying, our 03:58:35
16        goal is to ensure that there's equitable 03:58:38
17        representation, no matter where you are  03:58:40
18        in the county, such that your chances of 03:58:41
19        getting in are not hindered by where you 03:58:43
20        are.                                     03:58:47
21            The --  The key here is we're        03:58:47
22        starting with the 1.5 percent.  We're    03:58:48
23        gonna learn where that directs us, and   03:58:51
24        within the three years we should be in a 03:58:53
25        place where that per -- that -- that     03:58:54
```



Page 222

| | | |
|---|---|---|
| 1 | likelihood is not altered by where you | 03:58:58 |
| 2 | live. | 03:59:01 |
| 3 | So however you want to define that, | 03:59:01 |
| 4 | how -- whatever label you want to put on | 03:59:03 |
| 5 | that, that's the goal. | 03:59:05 |
| 6 | MS. SIZEMORE HEIZER:  I guess I'm just really | 03:59:08 |
| 7 | confused.  I mean, this is very -- this | 03:59:08 |
| 8 | is really broad and kind of vague to me, | 03:59:10 |
| 9 | and that's why I'm trying to desperately | 03:59:12 |
| 10 | understand what it is that we're voting | 03:59:14 |
| 11 | on here.  You know, what are the metrics | 03:59:16 |
| 12 | we're using to determine equitable | 03:59:19 |
| 13 | representation?  What's the -- the end | 03:59:20 |
| 14 | goal here? | 03:59:23 |
| 15 | I mean, I hear what you're saying, | 03:59:23 |
| 16 | that, you know, wherever you live across | 03:59:25 |
| 17 | the county shouldn't impact, you know, | 03:59:27 |
| 18 | your ability to -- to get into TJ if you, | 03:59:30 |
| 19 | you know, meet the qualifications and all | 03:59:32 |
| 20 | the other pieces of it; but I just don't | 03:59:34 |
| 21 | understand what you're trying to get at | 03:59:38 |
| 22 | here with the goal. | 03:59:41 |
| 23 | I think we all have a goal of | 03:59:42 |
| 24 | equity, you know, and equitable access. | 03:59:43 |
| 25 | So I'm just puzzled.  I want to know, you | 03:59:46 |



Page 223

```
 1        know, when we're looking at metrics for    03:59:48
 2        this, when we're looking at directing the  03:59:50
 3        superintendent to do something, what are   03:59:52
 4        we looking to have happen here?            03:59:54
 5             And then when you say,                03:59:56
 6        "representation," are you saying just       03:59:57
 7        literally, like --  I mean, "equitable     03:59:59
 8        representation" can mean every middle       04:00:02
 9        school has representation.  "Equitable     04:00:04
10        representation" can mean every middle       04:00:06
11        school has a proportion of the population.  04:00:08
12        "Equitable representation" can mean many   04:00:10
13        things.  So I'm trying to figure out what   04:00:12
14        does it mean here?  This seems very vague.  04:00:14
15        In my lawyer terms, it seems overly broad   04:00:18
16        and vague; and so I'm trying to wrap my     04:00:20
17        head around this motion.                   04:00:22
18   CHAIRWOMAN ANDERSON:  Thank you.  Ms. Omeish,   04:00:24
19        do you have any new information to share    04:00:25
20        with Ms. Sizemore Heizer or have you --     04:00:28
21   MS. OMEISH:  I --  I would just ask Mr. Foster  04:00:30
22        to actually step in here and -- and help    04:00:32
23        elucidate this point.                       04:00:35
24   CHAIRWOMAN ANDERSON:  Mr. Foster, can you add   04:00:38
25        to this dialogue?                           04:00:40
```



Page 224

```
 1   MR. FOSTER:    Yeah.   You know, I -- Just to      04:00:42
 2         speak generally, you know, I -- I think      04:00:44
 3         that in working with Ms. Omeish on           04:00:46
 4         this -- on this current amendment, you       04:00:48
 5         know, the goal, as has been noted, is        04:00:52
 6         aspirational with, you know, an equitable    04:00:54
 7         representation per middle school but not     04:00:59
 8         to be obtained until 2027.  And so it's      04:01:03
 9         something that's clearly gonna to have to    04:01:07
10         be worked through as the board and the       04:01:08
11         superintendent staff move forward into       04:01:10
12         the future on this; and that's -- that's     04:01:13
13         really it for now.                           04:01:16
14              It --  You know, it's --  Anyway,       04:01:19
15         I --  I hope that that's been responsive;    04:01:22
16         but that -- that is what I understand the    04:01:24
17         purpose to be.                               04:01:25
18   CHAIRWOMAN ANDERSON:   Thank you.  Ms. Sizemore    04:01:28
19         Heizer, do you have any additional           04:01:29
20         questions?                                   04:01:32
21   MS. SIZEMORE HEIZER:   I guess I -- I am having    04:01:33
22         a difficult time voting on this without      04:01:35
23         having a chance to have any conversation,    04:01:39
24         again, a deep dive with staff to             04:01:43
25         understand the implications and what this    04:01:45
```



```
                                          Page 225
 1      means.  If it -- if it's just saying:   04:01:47
 2      Well, we have a goal of being equitable  04:01:49
 3      by 2027, don't we have a goal of being   04:01:50
 4      equitable now?  Like that's where I'm    04:01:53
 5      just --  I --  You know, we --  I think  04:01:56
 6      this is a conversation with staff.       04:01:57
 7          I would love to hear more from staff 04:02:00
 8      as to what they read into this, or what  04:02:01
 9      they -- I don't know if they should read 04:02:03
10      into this, but what they -- how they     04:02:05
11      interpreted this.  It just is a --  I    04:02:06
12      don't know.  I'm --  I don't think --  I 04:02:09
13      wish this had come up earlier.  I wish   04:02:10
14      someone had had a conversation with me   04:02:12
15      earlier about this.  But it --  It's --  I 04:02:14
16      don't know.                              04:02:17
17   CHAIRWOMAN ANDERSON:  Thank you, Ms. Sizemore 04:02:17
18      Heizer.                                  04:02:19
19   MS. SIZEMORE HEIZER:  Okay.                 04:02:19
20   CHAIRWOMAN ANDERSON:  Ms. McLaughlin, go    04:02:20
21      ahead.                                   04:02:23
22   MS. McLAUGHLIN:  Yes.  I'm very mindful that 04:02:24
23      it's 11:15 at night and I really         04:02:26
24      apologize that I feel such a need to     04:02:30
25      weigh in.                                04:02:32
```



Page 226

```
 1              Again, Ms. Omeish's intentions are   04:02:34
 2       good; but Ms. Sizemore Heizer's correct.   04:02:38
 3       I feel that all of the extensive           04:02:41
 4       conversation that this board has given     04:02:43
 5       publicly to the superintendent with each  04:02:45
 6       other is we want equity of opportunity.    04:02:47
 7       Plain and simple.                          04:02:50
 8              We're now sitting here going round   04:02:51
 9       and round on language that is not easily   04:02:54
10       necessarily clear and understood or how    04:02:58
11       people are going to interpret it in terms  04:03:04
12       of staff and implementing it.              04:03:07
13              Ms. Hizemer -- Ms. Sizemore Heizer, 04:03:09
14       I thank you for just saying it well.  We   04:03:11
15       want equity of opportunity now, across all 04:03:13
16       of our middle schools.  Let's stop doing   04:03:15
17       this to each other at this time of night   04:03:18
18       and, please, we've done some really good   04:03:21
19       changes.  At this point, let's work with   04:03:25
20       the superintendent to put them in place,   04:03:28
21       see the results, and continue to refine    04:03:30
22       and improve the TJ admissions process.     04:03:33
23              But at 11:15 at night, there's no    04:03:34
24       way --  I hope everyone, please don't      04:03:38
25       support this.  We need to stop putting in  04:03:41
```



Page 227

```
 1        every single thing we can think of that    04:03:43
 2        hasn't been vetted in a work session.  And 04:03:45
 3        good intentions with bad -- you know,       04:03:49
 4        badly written language or just not clear    04:03:53
 5        language, it's not good legislation.  We    04:03:56
 6        shouldn't be doing this at this time of     04:03:58
 7        night after everything that's happened.     04:04:00
 8   CHAIRWOMAN ANDERSON:  Thank you.  I see that     04:04:03
 9        we have one hand up for a go-back.  No.     04:04:07
10        I will go to --  No, I think everybody      04:04:09
11        whose hand is up has had a chance to        04:04:12
12        speak.                                      04:04:15
13            We will now do go-backs and then we    04:04:15
14        will call for the vote.                     04:04:17
15            Ms. Keys-Gamarra, followed by          04:04:20
16        Ms. Cohen.                                  04:04:21
17   MS. KEYS-GAMARRA:  Yeah, just briefly.  This    04:04:24
18        board has set aspirational goals before.   04:04:27
19        I guess I'm puzzled as to why this is so   04:04:31
20        difficult.  Yes, it is true we want        04:04:38
21        equity now; however, if truth be told, we  04:04:44
22        do not have it.                             04:04:45
23            So, today, we are setting goals to     04:04:46
24        achieve that.  I think that's appropriate. 04:04:48
25        I really don't see why it's complicated.   04:04:51
```



Page 228

| | | |
|---|---|---|
| 1 | And I think that Ms. Omeish is trying to | 04:04:55 |
| 2 | follow the guidance she has received from | 04:04:58 |
| 3 | our staff members and our legal counsel | 04:05:01 |
| 4 | with respect to language that can be | 04:05:03 |
| 5 | appropriately used. | 04:05:05 |
| 6 | So I think this will also be covered | 04:05:06 |
| 7 | in any annual (audio distortion) reports | 04:05:09 |
| 8 | should additional motions pass; but it | 04:05:11 |
| 9 | will also give us a marker to say:  This | 04:05:15 |
| 10 | is what we were looking for back in 2020 | 04:05:17 |
| 11 | when we decided to tackle these issues. | 04:05:21 |
| 12 | So that is how I'm seeing it and | 04:05:24 |
| 13 | that is why I'm supporting it. | 04:05:25 |
| 14 | Thank you. | 04:05:28 |
| 15 | CHAIRWOMAN ANDERSON:  Thank you. | 04:05:28 |
| 16 | Ms. Cohen and then the vote. | 04:05:29 |
| 17 | MS. COHEN:  I just wanted to make sure, so the | 04:05:33 |
| 18 | public knows, Ms. Omeish has been talking | 04:05:36 |
| 19 | about this since the very first work | 04:05:38 |
| 20 | session that we had on TJ months and | 04:05:41 |
| 21 | months and months ago, and has brought it | 04:05:43 |
| 22 | up literally every single TJ meeting that | 04:05:46 |
| 23 | we've had. | 04:05:50 |
| 24 | So I do feel the need to step in | 04:05:51 |
| 25 | and -- and defend her a little bit.  This | 04:05:53 |



Page 229

```
 1          is definitely not a last-minute notion.   04:05:55
 2          While I understand that this amendment is  04:05:58
 3          a change in parsing out the wording and    04:06:03
 4          making it more aspirational, which I'm     04:06:04
 5          supportive of.  I do feel the need to just 04:06:08
 6          step in and say Ms. Omeish has been        04:06:11
 7          talking about this and sending us this     04:06:14
 8          information since before Thanksgiving, and 04:06:16
 9          I just -- I don't -- I don't want people   04:06:19
10          to think that this is like a               04:06:21
11          fly-by-the-seat-of-your-pants kinda thing. 04:06:22
12          This has definitely been intentional       04:06:25
13          thoughtful advocacy from Ms. Omeish for    04:06:27
14          months and months.                         04:06:30
15              So thanks.                              04:06:31
16   CHAIRWOMAN ANDERSON:  Thank you.  The vote on     04:06:33
17          the amendment, which is:  I move to        04:06:34
18          establish a goal of equitable             04:06:36
19          representation by a middle school for the 04:06:37
20          2027 class.  All those who can be in      04:06:40
21          favor of this amendment at this time,     04:06:43
22          please raise your hands.                  04:06:46
23              We have Ms. Keys-Gamarra, Ms. Cohen,   04:06:48
24          Mr. Frisch, Ms. Omeish, Ms. Corbett       04:06:50
25          Sanders, and we have myself, and          04:06:53
```



Page 230

```
 1        Ms. Pekarsky.                        04:06:58
 2             That's one, two, three, four, five, 04:07:00
 3        six, seven -- that is seven.         04:07:02
 4             All of those who are opposed?   04:07:03
 5             Ms. McLaughlin, Ms. Meren,      04:07:09
 6        Ms. Tholen, Ms. Derenak Kaufax.      04:07:11
 7             Please lower your hands.  All of 04:07:15
 8        those abstaining?                    04:07:16
 9             Ms. Sizemore Heizer.            04:07:22
10             Thank you.  The motion will carry. 04:07:24
11             And now we will go to the original 04:07:26
12        amendment -- I'm sorry, to the original 04:07:28
13        motion.  This is the amendment that we 04:07:30
14        just voted upon.  The original amendment 04:07:32
15        [sic], I will read what that is.  We still 04:07:34
16        need to vote on that.  I'm hoping, folks, 04:07:36
17        that we're kind of clear in terms of how 04:07:39
18        to proceed here, which is:  I move to 04:07:41
19        establish and as part of the holistic 04:07:45
20        review by the process of the 2027 class, a 04:07:46
21        top percent of the 8th grade class at each 04:07:49
22        public school in Fairfax County who meet 04:07:52
23        the minimum standards based on GPA and 04:07:54
24        core classes, student portrait sheets, 04:07:56
25        problem-solving essay and experience 04:07:58
```



Page 231

| | | |
|---|---|---|
| 1 | factors shall be eligible for admissions | 04:08:00 |
| 2 | according to the percentage that is | 04:08:02 |
| 3 | proportional to their population.  This | 04:08:03 |
| 4 | will reflect the existing holistic review | 04:08:05 |
| 5 | plan, will calculate the allotment of | 04:08:07 |
| 6 | gifted students by school rather than by | 04:08:08 |
| 7 | region. | 04:08:10 |
| 8 | All in favor of this motion? | 04:08:11 |
| 9 | FEMALE VOICE:  Ms. -- Dr. Anderson -- | 04:08:13 |
| 10 | MALE VOICE:  Point of order -- | 04:08:14 |
| 11 | FEMALE VOICE:  Point of order. | 04:08:15 |
| 12 | CHAIRWOMAN ANDERSON:  Go ahead. | 04:08:17 |
| 13 | MALE VOICE:  Madame Chair, the -- the motion | 04:08:18 |
| 14 | on the table is the amendment motion and | 04:08:20 |
| 15 | not the original. | 04:08:23 |
| 16 | CHAIRWOMAN ANDERSON:  Right.  The amended | 04:08:24 |
| 17 | motion which is to establish the goal was | 04:08:25 |
| 18 | voted upon. | 04:08:28 |
| 19 | MALE VOICE:  Right. | 04:08:30 |
| 20 | CHAIRWOMAN ANDERSON:  And that passed. | 04:08:30 |
| 21 | MALE VOICE:  And that replaces --  That | 04:08:31 |
| 22 | replaces the motion that it was amending. | 04:08:32 |
| 23 | CHAIRWOMAN ANDERSON:  So we're good.  Thank | 04:08:35 |
| 24 | you.  I'm glad you -- | 04:08:36 |
| 25 | MALE VOICE:  No. | 04:08:37 |



```
                                               Page 232
  1    CHAIRWOMAN ANDERSON:  Thank you for --      04:08:38
  2    MALE VOICE:  Hang on.  Now we -- now we have  04:08:38
  3        to --  We voted to amend it and now we   04:08:41
  4        have to vote -- it's basically voting on  04:08:43
  5        it again; but --                         04:08:45
  6    CHAIRWOMAN ANDERSON:  Right.                 04:08:46
  7    MALE VOICE:  -- we have to vote on it --     04:08:46
  8    CHAIRWOMAN ANDERSON:  Voting twice.          04:08:48
  9    MALE VOICE:  We have to vote on the motion as  04:08:48
 10        amended.                                 04:08:50
 11    CHAIRWOMAN ANDERSON:  Okay.  So let's vote on  04:08:50
 12        the motion as amended to reflect --      04:08:52
 13    FEMALE VOICE:  Dr. Anderson, point of order.  04:08:53
 14        I have my hand up because we amended a   04:08:55
 15        motion and now I want to speak to the    04:08:58
 16        new, revised motion.                     04:09:00
 17    CHAIRWOMAN ANDERSON:  Hold on a second.  Let  04:09:03
 18        me go ahead and put it on the table      04:09:04
 19        properly then.                           04:09:08
 20            Okay.  I will --  I just need to     04:09:09
 21        properly put it on the table because I did  04:09:11
 22        not do that previously.                  04:09:12
 23            What we are now voting as the main   04:09:14
 24        motion now is to establish a goal of     04:09:16
 25        equitable representation by middle school  04:09:19
```



Page 233

```
 1          for the class -- for the 2027 class.  I'm    04:09:21
 2          sorry, Ms. -- One second, Ms. McLaughlin.    04:09:25
 3              Mr. Foster, your hand is up?             04:09:28
 4    MR. FOSTER:  I'm sorry, Madame Chair.  My          04:09:33
 5          points have been addressed.  Thank you.      04:09:36
 6    CHAIRWOMAN ANDERSON:  Thank you.                   04:09:39
 7              Ms. McLaughlin, go ahead and speak       04:09:39
 8          to that motion.                              04:09:42
 9    MS. McLAUGHLIN:  Yes.  Just a point of             04:09:45
10          clarification, because I appreciate the      04:09:46
11          thoughtfulness that my colleague,            04:09:49
12          Ms. Cohen wanted to clarify about            04:09:51
13          Ms. Omeish; but I would like to add the      04:09:53
14          context of my concern for myself as a        04:09:56
15          board member voting and for the public       04:10:00
16          who is trying to understand the action       04:10:02
17          before the board tonight.                    04:10:04
18              Nothing was posted until 4:30; and       04:10:06
19          until a board member posts -- formally       04:10:09
20          posts their action item to BoardDocs,        04:10:13
21          there is no way for board members to know    04:10:16
22          what is actually going to be before us and   04:10:20
23          who to then speak to each other.             04:10:22
24              So while I appreciate that               04:10:24
25          Ms. Omeish has talked about this in -- in    04:10:25
```



Page 234

| | | |
|---|---|---|
| 1 | work sessions, the bottom line is that | 04:10:29 |
| 2 | board members, it's not listed.  I | 04:10:32 |
| 3 | certainly would have been happy to speak | 04:10:34 |
| 4 | to everyone to say my professional | 04:10:36 |
| 5 | concerns, as a former admissions officer, | 04:10:38 |
| 6 | her well-intentioned language, being a | 04:10:40 |
| 7 | goal or otherwise, and I just wanted that | 04:10:43 |
| 8 | important context there. | 04:10:46 |
| 9 | 'Cause it's not that I'm trying to | 04:10:47 |
| 10 | come down hard on Ms. Omeish.  I'm more | 04:10:49 |
| 11 | concerned about what this is reflective | 04:10:51 |
| 12 | for the -- for the evening as a whole and | 04:10:53 |
| 13 | the public watching, that for many of us, | 04:10:56 |
| 14 | until it's posted, we don't know what | 04:10:58 |
| 15 | we're going to having as action items. | 04:11:00 |
| 16 | And everything came at 4:30 this evening. | 04:11:02 |
| 17 | CHAIRWOMAN ANDERSON:  Thank you, | 04:11:06 |
| 18 | Ms. McLaughlin. | 04:11:06 |
| 19 | Mr. --  Okay.  We have no more | 04:11:08 |
| 20 | hands.  We are now calling for the vote. | 04:11:10 |
| 21 | I'm calling on the vote on:  I move | 04:11:12 |
| 22 | to establish a goal of equitable | 04:11:14 |
| 23 | representation by middle school for the | 04:11:16 |
| 24 | 2027 class. | 04:11:18 |
| 25 | All those in favor? | 04:11:19 |



Page 235

```
 1            Mr. Frisch, Ms. Cohen, Ms. Corbett   04:11:22
 2       Sanders, Ms. Omeish, myself,             04:11:24
 3       Ms. Pekarsky -- six.  And we have six.   04:11:30
 4            Okay.  All of those against this    04:11:38
 5       motion?                                  04:11:45
 6            Ms. Tholen, Ms. McLaughlin,         04:11:47
 7       Ms. Derenak Kaufax, Ms. Meren.          04:11:48
 8            All of those abstaining?            04:11:51
 9            Ms. Sizemore Heizer.  Thank you.    04:11:57
10            I did not record a vote for         04:12:00
11       Ms. Keys-Gamarra.  Is she still with us? 04:12:02
12       'Cause I know everybody's been jumping on 04:12:04
13       and off.                                 04:12:07
14            Ms. Keys-Gamarra?                    04:12:07
15   MS. KEYS-GAMARRA:  Yes.  I voted in the first 04:12:08
16       group.                                   04:12:11
17   CHAIRWOMAN ANDERSON:  Oh, okay.  I did not see 04:12:11
18       your hand.  So that will be seven.  So   04:12:12
19       the motion will carry.                   04:12:14
20            Okay.  We're moving on.  I now call 04:12:18
21       on Ms. Cohen for a motion, for a follow-on 04:12:20
22       motion.  Ms. Cohen, are you still with us? 04:12:25
23   MS. COHEN:  Sorry.  I'm just trying to pull it 04:12:33
24       up now that I --                         04:12:38
25   CHAIRWOMAN ANDERSON:  I'm a little --  I'm a 04:12:39
```



```
                                                    Page 236
 1        little on edge regarding our            04:12:40
 2        connectivity.  I just do that every time 04:12:42
 3        when someone doesn't respond, they're   04:12:43
 4        kicked off.                             04:12:45
 5   MS. COHEN:  I'm a little on edge now that our 04:12:46
 6        BoardDocs access changed, so I just want 04:12:48
 7        to make sure that I'm reading the right 04:12:51
 8        thing.                                  04:12:57
 9            I -- Okay.  Sorry.  It's trying     04:12:58
10        to kick me out of our script, so I am   04:13:00
11        doing my best.                          04:13:04
12            I move to amend the family outreach/ 04:13:06
13        communication plan to include:  Number of 04:13:08
14        middle school students by grade interested 04:13:12
15        in attending TJHSST, number of families 04:13:15
16        who attend TJHSST outreach meetings,    04:13:19
17        number of applicants from first-time    04:13:23
18        non-legacy families, number of applicants 04:13:26
19        from underrepresented student populations, 04:13:30
20        climate survey of TJHHST [sic] students, 04:13:33
21        and parent engagement survey.           04:13:38
22   CHAIRWOMAN ANDERSON:  Is there a second?     04:13:44
23   MS. MEREN:  Yes, I second.                   04:13:48
24   CHAIRWOMAN ANDERSON:  Thank you, Ms. Meren.  04:13:49
25            Ms. Cohen, please speak to your     04:13:51
```



```
                                                    Page 237

 1      motion.                                   04:13:55

 2   MS. COHEN:  Yes.  We have talked an awful lot 04:13:55

 3      about what the applicant pool looks like  04:13:57

 4      and how we just don't have a lot of       04:14:01

 5      applicants from our underrepresented      04:14:03

 6      schools, from underrepresented            04:14:05

 7      populations, and we have continued to     04:14:07

 8      press staff about how outreach will be    04:14:12

 9      conducted; and the goal with this motion  04:14:14

10      is:  How do we measure success in         04:14:17

11      outreach efforts?                         04:14:20

12          And so these are some prescriptive    04:14:21

13      ideas that we had on how to measure what  04:14:24

14      the impact of the outreach that is done by 04:14:30

15      FCPS staff to get kids interested in in   04:14:33

16      applying to TJ.                           04:14:36

17   CHAIRWOMAN ANDERSON:  Thank you.  Ms. Meren, 04:14:41

18      would you like to speak to your second?   04:14:42

19   MS. MEREN:  Yeah.  Briefly, I just think it's 04:14:44

20      important to lay out some metrics and     04:14:45

21      data that we want to start collecting; so 04:14:47

22      I think this is an important component of  04:14:50

23      the admissions update.                    04:14:52

24   CHAIRWOMAN ANDERSON:  Thank you.  Any other  04:14:55

25      speakers to this motion?                  04:14:56
```



Page 238

```
 1            Seeing none, I will now call for the    04:14:59
 2      vote on this motion which is:  To amend        04:15:01
 3      the family outreach communication plan to      04:15:04
 4      include number of middle school students       04:15:06
 5      by grade interested in attending, number       04:15:08
 6      of families who attend TJ outreach             04:15:11
 7      meetings, number of applicants from            04:15:13
 8      first-time non-legacy families, number of      04:15:14
 9      applicants from underrepresented student       04:15:16
10      populations, climate survey of TJ students     04:15:18
11      and parent engagement survey.                  04:15:22
12           All of those in favor?                    04:15:24
13           We have Ms. Pekarsky, Mr. Frisch,         04:15:27
14      Ms. Corbett Sanders, Ms. Tholen,               04:15:29
15      Ms. Sizemore Heizer, Ms. Keys-Gamarra,         04:15:30
16      Ms. Cohen, Ms. Derenak Kaufax, Ms. Meren,      04:15:33
17      Ms. Omeish, Ms. McLaughlin and myself.         04:15:36
18           That is unanimous.  The motion            04:15:39
19      carries.                                       04:15:42
20           And I'll call on Ms. Keys-Gamarra         04:15:42
21      for a motion -- for a follow-on motion.        04:15:44
22           Please lower your hands, folks.           04:15:48
23 MS. KEYS-GAMARRA:  May I ask if the language        04:15:51
24       that we received in the earlier e-mail is     04:15:53
25       any different?  Because I don't want to       04:15:56
```



Page 239

```
 1        have any problems.                        04:15:58
 2   CHAIRWOMAN ANDERSON:  It is not.               04:15:59
 3   MS. KEYS-GAMARRA:  Okay.  One second.  I'm     04:16:00
 4        sorry.  I lost my spot.  So many motions. 04:16:02
 5        Okay.                                     04:16:15
 6            All right.  I move to direct the      04:16:16
 7        superintendent to provide an annual report 04:16:18
 8        to the board on TJ admissions to include: 04:16:20
 9        Diversity of admitted class, attrition    04:16:23
10        rates and reasons for students not        04:16:25
11        attending or leaving the school,          04:16:27
12        remediation efforts, STEM class offerings 04:16:29
13        and participation in enrichment clubs.    04:16:32
14        The preparation of this report will       04:16:34
15        include input from the chief equity       04:16:36
16        officer on the ongoing efforts to enhance 04:16:39
17        and diversify the educational environment 04:16:42
18        of TJ and input from stakeholders and     04:16:44
19        community members including from the      04:16:46
20        minority student achievement oversight    04:16:49
21        committee reports.  If adequate progress  04:16:51
22        is not made on improving diversity, the   04:16:54
23        board directs the superintendent to       04:16:57
24        propose additional tools available to     04:16:59
25        obtain the goal of improving diversity    04:17:01
```



Page 240

```
 1          which could include increased outreach,    04:17:03

 2          piloting a lottery or other tools that may 04:17:06

 3          be recommended by the superintendent.      04:17:08

 4   CHAIRWOMAN ANDERSON:  Is there a second?          04:17:12

 5               Ms. Corbett Sanders, thank you.       04:17:14

 6               Ms. Keys-Gamarra, please speak to     04:17:17

 7          your motion.                               04:17:18

 8   MS. KEYS-GAMARRA:  Yes.  In the spirit of what    04:17:22

 9          we've been trying to accomplish tonight,   04:17:23

10          which is to make sure that we not only     04:17:26

11          set goals but that we are intentional and  04:17:28

12          that we monitor the progress that we are   04:17:32

13          making, I have this two-part motion.       04:17:34

14               The part --  The first part is to     04:17:38

15          identify what an annual report would       04:17:39

16          include; and the second part, where it     04:17:42

17          says if we are not achieving the goals     04:17:45

18          that we would like to, that the            04:17:48

19          superintendent would then have an          04:17:52

20          opportunity to come to us to say we need   04:17:54

21          to do more.                                04:17:57

22               And I give a list that is not by any  04:17:59

23          means exhaustive; but I want the community 04:18:01

24          to know that we have no intention of just  04:18:04

25          passing these things and moving along;     04:18:08
```



Page 241

| | | |
|---|---|---|
| 1 | that we plan to look at exactly what the | 04:18:11 |
| 2 | outcome is, we plan to look at our | 04:18:15 |
| 3 | attrition rates, we plan to look at our | 04:18:17 |
| 4 | progress, and we will come back to the | 04:18:19 |
| 5 | table if we are not satisfied with our | 04:18:22 |
| 6 | progress. | 04:18:25 |
| 7 | And so I would ask our -- I would | 04:18:25 |
| 8 | ask my board -- fellow board members to | 04:18:28 |
| 9 | assist me in expressing to our community | 04:18:31 |
| 10 | that we will exercise our due diligence in | 04:18:34 |
| 11 | overseeing to make sure that this change | 04:18:37 |
| 12 | is different than the kinds of changes | 04:18:40 |
| 13 | that we have done in the past 20-plus | 04:18:42 |
| 14 | years, where our numbers have virtually | 04:18:44 |
| 15 | remained the same. | 04:18:48 |
| 16 | Thank you. | 04:18:49 |
| 17 | CHAIRWOMAN ANDERSON:  Thank you. | 04:18:51 |
| 18 | Ms. Corbett Sanders, would you like | 04:18:52 |
| 19 | to speak to your second? | 04:18:53 |
| 20 | MS. CORBETT SANDERS:  Yes.  Thank you. | 04:18:55 |
| 21 | My remarks earlier tonight were | 04:18:57 |
| 22 | about intentionality, intentionality of | 04:18:59 |
| 23 | our actions, and holding ourselves | 04:19:02 |
| 24 | accountable.  And this motion encapsulates | 04:19:05 |
| 25 | that.  It talks about the values we have, | 04:19:09 |



Page 242

```
 1        what we are looking for as a result of the   04:19:13
 2        actions we've taken tonight and a             04:19:16
 3        willingness and a commitment by this board    04:19:18
 4        to undertake continuous improvement of our    04:19:22
 5        processes, if they are not achieving what     04:19:26
 6        our goal -- what we expect them to            04:19:29
 7        achieve.                                      04:19:31
 8              And so I would urge all of my           04:19:31
 9        colleagues to support this -- this motion     04:19:35
10        because it's about accountability and         04:19:39
11        transparency.  So please support it.          04:19:43
12   CHAIRWOMAN ANDERSON:  Thank you.                   04:19:47
13              I am so sorry but I'm losing my         04:19:48
14        screen now.  I'm getting kicked off.          04:19:50
15              Okay.  I think I got kicked off.        04:19:53
16        Okay.  I apologize, folks.  I was just        04:20:10
17        kicked off.                                   04:20:12
18              Can I be heard?                         04:20:13
19   FEMALE VOICE:  Yeah.                               04:20:15
20   FEMALE VOICE:  You can.                            04:20:16
21   CHAIRWOMAN ANDERSON:  Thank you.  It was my        04:20:17
22        turn.  Finally, I think I was the last        04:20:18
23        person to experience this today.             04:20:20
24              We have speakers to this motion.        04:20:23
25        Ms. Tholen and then Mr. Frisch.              04:20:25
```



```
                                                    Page 243
 1    MS. THOLEN:  Yes.  I'm happy to support this   04:20:31
 2         motion and I'm happy to follow the        04:20:33
 3         previous speakers.  I thank them for      04:20:35
 4         bringing this forward.                    04:20:37
 5              I think having this type of          04:20:39
 6         accountability is very important and, you 04:20:41
 7         know, feeling like we needed this type of 04:20:46
 8         data and information to move forward over 04:20:49
 9         the next years, as we strive to           04:20:51
10         continually improve what's happening with 04:20:54
11         our TJ admissions process, you know, drove 04:20:57
12         the rest of my votes through the evening. 04:21:01
13         And I --  You know, I have to say I spoke 04:21:05
14         with so many different, you know, groups  04:21:06
15         and constituents, families, students, you 04:21:10
16         know, about the TJ admission process; and 04:21:14
17         one of the things I continually would say 04:21:16
18         to people is, you know, this is just the  04:21:18
19         beginning of the conversation; and that,  04:21:21
20         you know, no matter what's happening this 04:21:24
21         evening and as we're moving forward, we're 04:21:26
22         going to have to just continuously be      04:21:27
23         talking about this for continuous          04:21:30
24         improvement.  And this is the kind of data 04:21:32
25         that we need to -- to do that and to work  04:21:34
```



Page 244

```
 1       together.                              04:21:37

 2            Thank you.                         04:21:37

 3   CHAIRWOMAN ANDERSON:   Thank you.           04:21:41

 4            Mr. Frisch?                         04:21:42

 5   MR. FRISCH:   Thank you.                     04:21:43

 6            I want to thank Ms. Keys-Gamarra for 04:21:43

 7       her advocacy on this and for reaching out 04:21:45

 8       and talking with me about this a few times 04:21:47

 9       over the last week or so.  I think this is 04:21:50

10       exactly the type of information that we   04:21:53

11       need going forward and it will help us    04:21:56

12       understand how we are doing on these      04:21:59

13       aspirational goals.  Measuring this is    04:22:01

14       going to be incredibly important going    04:22:04

15       into the future.  So I appreciate the --  04:22:06

16       the motion.                               04:22:07

17            Thank you.                           04:22:08

18   CHAIRWOMAN ANDERSON:   Thank you.            04:22:09

19            Seeing that there are no other       04:22:10

20       speakers, I will go --  I'm sorry.  I did 04:22:11

21       have Ms. McLaughlin.                      04:22:14

22            Did you get kicked off,              04:22:15

23       Ms. McLaughlin, or did you no longer want 04:22:17

24       to speak?                                 04:22:20

25            (No response.)
```



```
                                               Page 245
 1           I do not see her.  She may have    04:22:21
 2      gotten booted off.                       04:22:24
 3           Ms. Derenak Kaufax, did you want to 04:22:27
 4      speak to this motion?                    04:22:31
 5  MS. DERENAK KAUFAX:  Yes, I do.  I appreciate 04:22:35
 6       the spirit of this motion and I do think 04:22:38
 7       these are things that I talked about,   04:22:42
 8       also, making certain we have data points. 04:22:45
 9           I would like to know -- see if      04:22:49
10      Ms. Keys-Gamarra -- because many of the  04:22:52
11      items that I talked about when I made my 04:22:56
12      motion on October 22nd came from         04:22:59
13      suggestions from the Minority Student    04:23:02
14      Achievement Oversight Committee reports, 04:23:04
15      as well as the Advanced Academic Program 04:23:06
16      Advisory Committee.                      04:23:10
17           I would like to see if she would be 04:23:11
18      amenable to add that into this list of   04:23:14
19      stakeholders.                            04:23:21
20  CHAIRWOMAN ANDERSON:  If --  Are you making an 04:23:21
21       amendment?                              04:23:23
22  MS. DERENAK KAUFAX:  Uh-huh.  I'm gonna --   04:23:23
23  MS. KEYS-GAMARRA:  I'm trying to understand  04:23:24
24       the question.  I'm not --               04:23:25
25           (Overspeaking - unintelligible)
```



```
                                                  Page 246
 1    CHAIRWOMAN ANDERSON:  Ms. Derenak Kaufax is  04:23:30
 2        offering an amendment which she has the  04:23:31
 3        right to do since now the motion belongs 04:23:33
 4        to everyone.                             04:23:35
 5    MS. KEYS-GAMARRA:  I --  I'm trying to       04:23:37
 6        understand what she's asking me to add.  04:23:37
 7    MS. DERENAK KAUFAX:  In the sentence where you 04:23:40
 8        said "an input from stakeholders and     04:23:43
 9        community members including the Minority 04:23:44
10        Student Achievement Oversight Committee," 04:23:47
11        and I would like to add "and the advanced 04:23:49
12        academic advisory" planning -- AAPAC -- I 04:23:56
13        can't even think -- "advanced academic   04:23:57
14        advisory committee."                     04:23:58
15    MS. KEYS-GAMARRA:  Oh, I --  I thought we had 04:24:00
16        a catch-all in there for stake -- they   04:24:01
17        would be considered a stakeholder in my  04:24:03
18        thinking.  I --  I don't have any        04:24:06
19        objections to --  In my thinking, they   04:24:07
20        were stakeholders, so --                 04:24:10
21    MS. DERENAK KAUFAX:  Okay.  But because you   04:24:11
22        mentioned the one, and I think that the  04:24:14
23        majority of the communication -- the     04:24:15
24        majority of the suggestions on how to    04:24:22
25        improve diversity and -- have come from  04:24:24
```



Page 247

```
 1        NSAOC and AAPAC; so I would like to have  04:24:27

 2        them highlighted as well, if you would be  04:24:30

 3        amenable to that.                          04:24:32

 4   MS. KEYS-GAMARRA:  I --  I don't have an       04:24:35

 5        objection to that.                         04:24:35

 6   MS. DERENAK KAUFAX:  But I --                   04:24:36

 7   MS. KEYS-GAMARRA:  Thank you.                   04:24:37

 8            (Overspeaking - unintelligible)

 9   MS. DERENAK KAUFAX:  I don't think that        04:24:37

10        amendment -- a friendly amendment to       04:24:39

11        change that, to add that.                  04:24:42

12   CHAIRWOMAN ANDERSON:  We don't want a lecture  04:24:43

13        from Mr. Frisch regarding friendly         04:24:45

14        amendments.                                04:24:48

15   MR. FRISCH:  We can do it without --           04:24:49

16            (Overspeaking - unintelligible)

17   CHAIRWOMAN ANDERSON:  Wait, wait.  Too many    04:24:51

18        voices in the room.                        04:24:52

19            There are too many voices in the      04:24:54

20        room.                                      04:24:57

21   MR. FRISCH:  You can do it without objection.  04:24:58

22   CHAIRWOMAN ANDERSON:  That's exactly what I    04:24:59

23        was going to do.  Because I know what      04:25:00

24        you're going to say about that.            04:25:02

25   MS. DERENAK KAUFAX:  That is an amendment      04:25:03
```



Page 248

| | | |
|---|---|---|
| 1 | without objection from the maker.  Thank | 04:25:05 |
| 2 | you. | 04:25:07 |
| 3 | CHAIRWOMAN ANDERSON:  Without objection, we | 04:25:07 |
| 4 | will add that. | 04:25:08 |
| 5 | MS. KEYS-GAMARRA:  I don't have an | 04:25:08 |
| 6 | objection -- I do not have an objection | 04:25:09 |
| 7 | and I consider that to be a stakeholder | 04:25:12 |
| 8 | group. | 04:25:16 |
| 9 | CHAIRWOMAN ANDERSON:  Thank you so much. | 04:25:16 |
| 10 | Ms. McLaughlin? | 04:25:17 |
| 11 | MS. McLAUGHLIN:  Yes.  I got bumped off.  At | 04:25:22 |
| 12 | this point I'm not putting my camera on | 04:25:23 |
| 13 | 'cause it seems to affect connectivity. | 04:25:25 |
| 14 | So I'm --  I'm having trouble even | 04:25:29 |
| 15 | being able to get the -- the laptop to | 04:25:32 |
| 16 | work where I can get the language, since, | 04:25:36 |
| 17 | again, the language was all posted at 4:30 | 04:25:38 |
| 18 | this afternoon.  So I'm seeing this | 04:25:41 |
| 19 | language for the first time, like the | 04:25:43 |
| 20 | public is. | 04:25:45 |
| 21 | So if there's a way for our clerk to | 04:25:47 |
| 22 | somehow make this bigger, I know she's | 04:25:50 |
| 23 | trying to make the -- expand it; but I -- | 04:25:52 |
| 24 | I need to be able to reference the -- the | 04:25:56 |
| 25 | motion that's in front of me; and I -- the | 04:25:59 |



```
                                                    Page 249
 1        language isn't there.  So --            04:26:01

 2   CHAIRWOMAN ANDERSON:  You should be able --   04:26:04

 3        Ms. Mulberg, can we bring that motion up 04:26:05

 4        and then you should be able to increase  04:26:08

 5        the size.                                04:26:10

 6             (Overspeaking - unintelligible)     04:26:13

 7   MS. McLAUGHLIN:  Right now I've got four lines 04:26:13

 8        showing.  There's four lines showing.    04:26:15

 9   CHAIRWOMAN ANDERSON:  Ms. Mulberg, you will    04:26:17

10        need to scroll it up, please.            04:26:18

11   MS. OMEISH:  I just sent the script to Megan,  04:26:23

12        also, so she can view it.                04:26:25

13   CHAIRWOMAN ANDERSON:  Please, folks, do not    04:26:30

14        jump in.  Wait to be recognized before we 04:26:31

15        speak.  I know we're trying to be         04:26:33

16        helpful; but it does cause quite a little 04:26:34

17        bit of confusion.                        04:26:36

18             Ms. Mulberg, if you're able --      04:26:39

19   MS. MUHLBERG:  Yes.                            04:26:40

20   CHAIRWOMAN ANDERSON:  -- to pull it up, so     04:26:40

21        that Megan -- Ms. McLaughlin can see it.  04:26:42

22             Megan, give us a heads up when       04:26:44

23        you're ready and then --                 04:26:46

24   MS. MUHLBERG:  I will --                       04:26:47

25   CHAIRWOMAN ANDERSON:  -- we can continue with  04:26:47
```



```
                                                           Page 250
 1        the --                                           04:26:48

 2             (Overspeaking - unintelligible)

 3     MS. MUHLBERG:  -- cut and paste it into a           04:26:48

 4        different document and pull this down.           04:26:50

 5        What's showing on the screen is the only         04:26:52

 6        thing I have the ability to show right           04:26:54

 7        now.  So --                                      04:26:57

 8     CHAIRWOMAN ANDERSON:  I understand.                 04:26:57

 9     MS. MUHLBERG:  -- continue talking --               04:26:58

10     MS. McLAUGHLIN:  And unfortunately the way          04:26:59

11        Ms. Omeish sent it to me, it's in a              04:27:01

12        Google Doc which then I have to get my --        04:27:03

13        my phone --                                      04:27:06

14     CHAIRWOMAN ANDERSON:  There we are.                 04:27:07

15     MS. McLAUGHLIN:  -- password into it.  So --        04:27:08

16             Okay.  So here's my -- my first             04:27:12

17        request, Ms. Keys-Gamarra, for a friendly        04:27:16

18        minute without objection.                        04:27:18

19             What I'm not comfortable in the             04:27:21

20        first sentence is when it says, "I move to       04:27:22

21        direct the superintendent to provide an          04:27:23

22        annual report to the board."  In that --         04:27:25

23        By using the word "provide" as opposed to        04:27:28

24        "present," "publicly present, he can send        04:27:31

25        it in a Brabrand Briefing.  He can just          04:27:33
```



Page 251

| | | |
|---|---|---|
| 1 | e-mail us at any time and there's no way | 04:27:35 |
| 2 | that the board can count on a | 04:27:37 |
| 3 | conversation. | 04:27:39 |
| 4 | And I --  I know Dr. Brabrand wants | 04:27:40 |
| 5 | to be a collaborator; but I want the | 04:27:41 |
| 6 | public to know that the goal is that we | 04:27:43 |
| 7 | want him to present an annual report in a | 04:27:46 |
| 8 | public meeting to the board.  So I -- I | 04:27:49 |
| 9 | would ask that if you have a problem with | 04:27:53 |
| 10 | instead of "providing an annual report" | 04:27:55 |
| 11 | that he "presents an annual report in a | 04:27:57 |
| 12 | public meeting." | 04:27:58 |
| 13 | CHAIRWOMAN ANDERSON:  Ms. Keys-Gamarra, do you | 04:28:01 |
| 14 | have any objections to making that | 04:28:03 |
| 15 | change, unless we go through a whole | 04:28:05 |
| 16 | process of amendment? | 04:28:07 |
| 17 | MS. KEYS-GAMARRA:  I --  I --  I assumed this | 04:28:10 |
| 18 | was a public meeting. | 04:28:11 |
| 19 | MS. McLAUGHLIN:  But that's --  That's not | 04:28:14 |
| 20 | what it says. | 04:28:16 |
| 21 | MS. KEYS-GAMARRA:  Ms. McLaughlin, that was my | 04:28:17 |
| 22 | assumption.  I do not have an objection | 04:28:21 |
| 23 | to it stating "in a public meeting." | 04:28:25 |
| 24 | Typically we would do this in a work | 04:28:29 |
| 25 | session, and so that would be my -- that | 04:28:32 |


MAGNA
LEGAL SERVICES

Page 252

```
 1        would be my response to that and         04:28:38
 2        certainly, you know, given -- given where 04:28:43
 3        we are, as a board, and as an            04:28:45
 4        organization, I'll -- I'll just say yes,  04:28:48
 5        Ms. McLaughlin, in a public meeting.     04:28:49
 6    MALE VOICE:  Point of order.  I --           04:28:54
 7    CHAIRWOMAN ANDERSON:  You will change that   04:28:55
 8        language to present --                   04:28:56
 9            (Overspeaking - unintelligible)
10    MS. McLAUGHLIN:  To produce -- provide --    04:28:57
11    MS. KEYS-GAMARRA:  I think it would say "to  04:28:58
12        provide an annual report in a public     04:28:59
13        meeting --"  Can you guys help me revise 04:29:03
14        that?  I'm sorry.                        04:29:06
15    CHAIRWOMAN ANDERSON:  I --  This is --       04:29:07
16        Ms. Keys-Gamarra, we can just say "to    04:29:08
17        present an annual report," because that  04:29:10
18        would have to be in a meeting setting.   04:29:12
19          So if we just change that one word,    04:29:15
20        Ms. Mulberg, I think it gets us there,   04:29:18
21        instead of "provide a report," it's to   04:29:20
22        "present a report."                      04:29:22
23    MS. McLAUGHLIN:  Well, actually --           04:29:27
24    CHAIRWOMAN ANDERSON:  Ms. ---                04:29:28
25    MS. McLAUGHLIN:  -- Dr. Anderson, I --  I    04:29:29
```



Page 253

```
 1        think Ms. Keys-Gamarra is right.            04:29:30
 2        "Present" or "provide" doesn't matter.      04:29:32
 3        It's that we're saying how's he going to    04:29:33
 4        do it, and that we want it in a public      04:29:35
 5        meeting.  So --                             04:29:37
 6   CHAIRWOMAN ANDERSON:  All right.  If it's a      04:29:38
 7        presentation, it has to be in a meeting.    04:29:39
 8        If it's a provision, it could be written,   04:29:42
 9        as you said; but I digress.  I just -- I    04:29:44
10        was trying to get the shorter version of    04:29:47
11        this going.                                 04:29:48
12   MS. KEYS-GAMARRA:  I understand.  I -- I --      04:29:49
13        I think I understand Ms. McLaughlin's       04:29:52
14        concerns.                                   04:29:56
15            Did I lose you guys?                    04:29:57
16   CHAIRWOMAN ANDERSON:  No.  You're here.         04:29:59
17   MS. KEYS-GAMARRA:  My screen went white.        04:30:00
18        Okay.                                       04:30:04
19            So I don't have a problem with          04:30:05
20        putting in "in a public meeting" in the     04:30:06
21        appropriate place; and I will tell you at   04:30:09
22        11:42, I'm gonna need help finding where    04:30:11
23        that appropriate place is.  But I don't     04:30:15
24        have a --                                   04:30:17
25   CHAIRWOMAN ANDERSON:  How about "present an     04:30:17
```



Page 254

```
 1        annual report" --                        04:30:19

 2   MR. FRISCH:  Present at a --                   04:30:21

 3   CHAIRWOMAN ANDERSON:  -- "in a public meeting  04:30:21

 4        to the board."                            04:30:23

 5   MS. KEYS-GAMARRA:  That's --  That's fine.  I  04:30:24

 6        will --  I will let you do that.          04:30:25

 7   CHAIRWOMAN ANDERSON:  I appreciate it.         04:30:30

 8             Ms. McLaughlin, anything else?       04:30:31

 9   MS. McLAUGHLIN:  Yeah.  I would like to ask    04:30:34

10        either Ms. Keys-Gamarra and/or           04:30:35

11        Dr. Brabrand to please just share with me 04:30:38

12        what does "if adequate progress is not    04:30:43

13        made" -- the word "adequate," what will   04:30:47

14        trigger that?  Because I just --  I --  I 04:30:49

15        think as a re -- the board's made clear,  04:30:52

16        we want to be looking at this every       04:30:54

17        single year; and if we're not achieving   04:30:57

18        what we wanted, in terms of greater       04:30:59

19        diversity, geographic and otherwise, then 04:31:02

20        we would certainly be looking at other    04:31:05

21        solutions.                                04:31:07

22             So I just --  It gave me pause to    04:31:08

23        see "if adequate progress" because for the 04:31:11

24        public to read it, for board members to   04:31:13

25        read it, the superintendent to read it,   04:31:15
```



Page 255

```
 1          what -- what's that trigger?  I just think   04:31:17
 2          we should --                                  04:31:19
 3   MS. KEYS-GAMARRA:  So here --                         04:31:20
 4   MS. McLAUGHLIN:  -- be doing this every year.        04:31:20
 5   MS. KEYS-GAMARRA:  -- here's my thinking,            04:31:21
 6          Ms. McLaughlin.                                04:31:23
 7                We will get an annual report.  This     04:31:24
 8          can happen a couple of different ways.        04:31:26
 9          But all of it requires that we get an         04:31:28
10          annual report.  One, the superintendent      04:31:30
11          could say to us:  Hey, we're not reaching     04:31:33
12          where we'd like to.  This is inadequate.      04:31:36
13          I don't think the board will be satisfied.    04:31:39
14          I'm gonna include this in my annual           04:31:41
15          report.                                        04:31:43
16                Or the superintendent could give us     04:31:44
17          an annual report and the board says:  No.     04:31:46
18          This is not --  We need more.  Let's look     04:31:49
19          at additional proposals.                       04:31:52
20                Either way, this requires an annual     04:31:54
21          report and we can make a decision as to       04:31:56
22          whether it is adequate or not in -- in        04:32:00
23          more than one way.                             04:32:02
24                I hope that addresses your concerns.    04:32:03
25   CHAIRWOMAN ANDERSON:  I have one point of            04:32:08
```



Page 256

```
 1          clarification after you're finished,      04:32:09
 2          Ms. McLaughlin.                            04:32:11
 3   MS. McLAUGHLIN:  Sure.  I -- I hear what          04:32:14
 4          you're saying, Ms. Keys-Gamarra; and I     04:32:17
 5          think you and I have worked together long  04:32:20
 6          enough that you know my goal is just to    04:32:21
 7          make sure that we just have clarity of     04:32:24
 8          expectations so there's not                04:32:27
 9          disappointment later on on what            04:32:28
10          happens --                                 04:32:30
11   MS. KEYS-GAMARRA:  No, I understand.              04:32:31
12   MS. McLAUGHLIN:  Yeah.                            04:32:32
13   MS. KEYS-GAMARRA:  I understand.  I do.  But I    04:32:32
14          think it --                                04:32:33
15   MS. McLAUGHLIN:  So --                            04:32:34
16   MS. KEYS-GAMARRA:  -- either way we interpret     04:32:34
17          it, it still gets us to the --             04:32:35
18   MS. McLAUGHLIN:  Right.                           04:32:38
19   MS. KEYS-GAMARRA:  -- the goal that we            04:32:39
20          identify here.                             04:32:39
21   MS. McLAUGHLIN:  So my final concern is that      04:32:42
22          if we're not making progress, we're       04:32:45
23          directing him to propose additional       04:32:48
24          tools.  Given what has happened with this 04:32:51
25          whole TJ admissions process revision, and 04:32:53
```



Page 257

```
 1         my concerns about how they're bringing us  04:32:59
 2         solutions to the table, and they have      04:33:02
 3         been problematic, which is why we're        04:33:04
 4         sitting here at 11:45 at night trying to   04:33:05
 5         deconstruct and reconstruct it ourselves,  04:33:07
 6         my only other question is:  Dr. Brabrand,  04:33:10
 7         in order for you to propose additional      04:33:14
 8         tools, is it your desire or commitment      04:33:20
 9         that you would at least try and consult    04:33:22
10         with experts in the field of selective     04:33:25
11         admissions when you're talking about        04:33:29
12         tools?  If we're not -- if we're not --    04:33:31
13  SUPERINTENDANT BRABRAND:  Yes.  Yes.            04:33:34
14  MS. McLAUGHLIN:  Okay.                          04:33:34
15  SUPERINTENDANT BRABRAND:  Absolutely.           04:33:35
16  MS. McLAUGHLIN:  Because I --  I --  I just    04:33:36
17         don't want to keep disappointing our       04:33:38
18         public and our community and the very      04:33:40
19         children we're trying to serve.  So --    04:33:43
20  SUPERINTENDANT BRABRAND:  Understood.           04:33:45
21  MS. McLAUGHLIN:  -- I can --  I just --  I can  04:33:46
22         support it, even though it's not saying    04:33:48
23         that here in the -- in the motion.         04:33:50
24             And, Ms. Keys-Gamarra, you know how   04:33:52
25         much I share your desire for strong        04:33:55
```



Page 258

```
 1        accountability; so, I thank you for your    04:33:58
 2        efforts with this and so I -- I can         04:34:00
 3        support it and appreciate the friendly      04:34:04
 4        amendment being incorporated.               04:34:07
 5   CHAIRWOMAN ANDERSON:   Thank you,                04:34:10
 6        Ms. McLaughlin.                             04:34:11
 7             I want to offer another point -- a     04:34:11
 8        point of clarification.  There are no       04:34:13
 9        friendly amendments.  It is just an         04:34:15
10        amendment because now it belongs to the     04:34:18
11        body.                                       04:34:20
12             I wanted to confirm that when I        04:34:20
13        previously asked if there were any          04:34:23
14        objections, I asked this to                 04:34:25
15        Ms. Keys-Gamarra and that wasn't correct.   04:34:26
16        I should have asked it to the entire body,  04:34:29
17        because now this motion belongs to the      04:34:31
18        body.  So I will ensure that I rectify      04:34:33
19        that.                                       04:34:37
20             Are there any objections from the      04:34:38
21        group regarding the two changes that have   04:34:41
22        been made to change the word "provide" to   04:34:43
23        "present" and then to add "in a public      04:34:46
24        meeting"?                                   04:34:52
25             Ms. Derenak Kaufax, you have an        04:34:53
```



Page 259

| | | |
|---|---|---|
| 1 | objection? | 04:34:54 |
| 2 | MS. DERENAK KAUFAX:  I have a concern --  A | 04:34:54 |
| 3 | point of order, Dr. Anderson.  There is a | 04:34:55 |
| 4 | third modification which is the inclusion | 04:34:57 |
| 5 | of -- | 04:35:00 |
| 6 | PARTICIPANT:  Yes. | 04:35:00 |
| 7 | MS. DERENAK KAUFAX:  -- the -- | 04:35:00 |
| 8 | PARTICIPANT:  That was what I was gonna say. | 04:35:00 |
| 9 | CHAIRWOMAN ANDERSON:  Oh, thank you.  Thank | 04:35:02 |
| 10 | you.  And the inclusion of the Advanced | 04:35:03 |
| 11 | Academic Program Advisory Committee. | 04:35:05 |
| 12 | So there's --  Are there any | 04:35:09 |
| 13 | objections from the body of these three | 04:35:10 |
| 14 | changes? | 04:35:14 |
| 15 | Thank you.  See, now I will now call | 04:35:14 |
| 16 | for the vote. | 04:35:16 |
| 17 | Those in favor of the motion as a | 04:35:17 |
| 18 | direct -- | 04:35:19 |
| 19 | MS. CORBETT SANDERS:  Dr. Anderson -- | 04:35:19 |
| 20 | Dr. Anderson -- | 04:35:21 |
| 21 | CHAIRWOMAN ANDERSON:  Yes, ma'am. | 04:35:22 |
| 22 | MS. CORBETT SANDERS:  -- I'm sorry.  I did | 04:35:23 |
| 23 | have my hand up before you called for the | 04:35:24 |
| 24 | vote; and if I could just make one | 04:35:26 |
| 25 | clarifying statement as the seconder of | 04:35:28 |



```
                                              Page 260
 1        this motion.                         04:35:30
 2   CHAIRWOMAN ANDERSON:  Yes, go ahead, if -- if  04:35:34
 3        you could make it super-brief,       04:35:36
 4        Ms. Corbett Sanders --               04:35:37
 5   MS. CORBETT SANDERS:  I will.             04:35:38
 6   CHAIRWOMAN ANDERSON:  -- as I think people are 04:35:38
 7        in support.                          04:35:40
 8   MS. CORBETT SANDERS:  I --  It's important for 04:35:41
 9        the community to understand what     04:35:43
10        "adequate progress" means and what it 04:35:44
11        doesn't mean.                        04:35:46
12           "Adequate progress" means movement 04:35:48
13        forward in achieving our goals, and moving 04:35:50
14        it forward, not regressing, not      04:35:54
15        plateauing, but moving forward towards 04:35:58
16        increasing access and opportunity for all 04:36:01
17        of our students throughout the county. 04:36:05
18           And so I'm just urging people to  04:36:07
19        keep that as front and center; that this 04:36:09
20        is about continuous movement towards that 04:36:13
21        fuller equity.                       04:36:17
22           Thank you.                        04:36:18
23   CHAIRWOMAN ANDERSON:  Thank you.  I --  I will 04:36:20
24        now call for the vote.               04:36:22
25           I move to direct the superintendent 04:36:23
```



Page 261

| | | |
|---|---|---|
| 1 | to present an annual report in a public | 04:36:26 |
| 2 | meeting to the board on TJ admissions to | 04:36:28 |
| 3 | include diversity of the admitted class, | 04:36:30 |
| 4 | attrition rates and reason for students | 04:36:33 |
| 5 | not attending or leaving the school, | 04:36:36 |
| 6 | remediation efforts, STEM class offerings, | 04:36:38 |
| 7 | and participation in enrichment clubs. | 04:36:41 |
| 8 | The preparation of this report will | 04:36:44 |
| 9 | include inputs from the chief academic -- | 04:36:45 |
| 10 | from the chief equity officer on the | 04:36:48 |
| 11 | ongoing efforts to enhance a diversity -- | 04:36:50 |
| 12 | okay.  And -- I'm sorry, and diversify -- | 04:36:57 |
| 13 | sorry.  It's late -- and diversify the | 04:36:59 |
| 14 | educational environment of TJ and input | 04:37:03 |
| 15 | from stakeholders and community members | 04:37:06 |
| 16 | including from the Minority Student | 04:37:09 |
| 17 | Achievement Oversight Committee and the | 04:37:11 |
| 18 | Advanced Academics Program Advisory | 04:37:13 |
| 19 | Committee reports.  If adequate progress | 04:37:16 |
| 20 | is not made on improving diversity, the | 04:37:18 |
| 21 | board directs the superintendent to | 04:37:21 |
| 22 | propose additional tools available to | 04:37:22 |
| 23 | obtain the goal of improving diversity | 04:37:25 |
| 24 | which could include increased outreach, | 04:37:29 |
| 25 | piloting a lottery or other tools that may | 04:37:32 |



```
                                             Page 262
 1        be recommended by the superintendent.   04:37:35
 2             All in favor?                       04:37:37
 3             We have Ms. Keys-Gamarra,           04:37:39
 4        Mr. Frisch, Ms. Corbett Sanders,         04:37:40
 5        Ms. Pekarsky, Ms. Tholen, Ms. McLaughlin, 04:37:42
 6        Ms. Omeish, Ms. Sizemore Heizer,         04:37:45
 7        Ms. Cohen, Ms. Meren, Ms. Derenak Kaufax  04:37:47
 8        and myself.                              04:37:50
 9             That is unanimous.  The motion      04:37:51
10        carries.                                 04:37:52
11             At this time I call on Ms. Sizemore 04:37:53
12        Heizer for a motion.                     04:37:55
13   MS. SIZEMORE HEIZER:  Thank you, Dr. Anderson. 04:37:59
14        And I -- I apologize for not turning my  04:38:00
15        camera on.  I am having connectivity --  04:38:01
16        I've been kicked off, I think, four      04:38:03
17        times.                                   04:38:05
18             So I am gonna just leave it as my   04:38:05
19        mic.                                     04:38:07
20             Ms. Tholen and I were planning to   04:38:07
21        bring a follow-on motion for teacher     04:38:09
22        recommendations to be reinstated for the 04:38:11
23        entering class of 2022; but given the    04:38:15
24        shortened time frame and increased       04:38:18
25        workload on teachers this year due to    04:38:19
```



Page 263

```
1        COVID, and the fact that this wouldn't     04:38:21
2        take place until next year anyway, we're   04:38:22
3        not going to bring this motion this year   04:38:25
4        and will, instead, continue to have the    04:38:27
5        conversations as we review the process per 04:38:28
6        the last two follow-on motions and will    04:38:30
7        perhaps bring this conversation back next  04:38:35
8        year and especially since this amendment   04:38:38
9        was not to take place until next year      04:38:39
10       anyway.                                     04:38:41
11            So at this moment I would like to     04:38:41
12       pull this motion from the table.            04:38:43
13   CHAIRWOMAN ANDERSON:  Thank you very much.  So 04:38:45
14        done.                                       04:38:47
15            I would like to invite Ms. Meren who   04:38:47
16       has a clarification and a motion on the     04:38:50
17       mid-year budget review.                     04:38:53
18            Ms. Meren?                              04:38:54
19            I'm sorry, not a clarification.  A    04:38:59
20       question and then a mid-year budget         04:39:00
21       review.                                     04:39:03
22   MS. MEREN:  Yes.  Dr. Anderson, I wanted to    04:39:03
23        ask a question of Mr. Morgan; so would    04:39:05
24        you please recognize him so he could      04:39:07
25        address the board?                         04:39:10
```



Page 264

```
 1    CHAIRWOMAN ANDERSON:  Absolutely.  Go ahead      04:39:12
 2        and ask the question and then I will         04:39:13
 3        recognize Mr. Morgan.                        04:39:14
 4    MS. MEREN:  Mr. Morgan, you're aware of the      04:39:16
 5        confusion I continue to have.  So the        04:39:18
 6        board earlier voted on a motion where the    04:39:20
 7        language --  Well, my question is:  I        04:39:23
 8        voted on a motion thinking it was the        04:39:26
 9        motion posted in writing and it was          04:39:27
10        actually a vote on a motion offered          04:39:31
11        orally.                                      04:39:34
12            So I'd like to understand -- I don't     04:39:35
13        know if I need to ask for it to be           04:39:39
14        re-presented to vote on it; and if you can   04:39:40
15        further clarify if there needs to be         04:39:44
16        something done to clarify that they -- you   04:39:48
17        know, the language was different than what   04:39:51
18        we voted on.                                 04:39:52
19            I believe the clerk has updated          04:39:53
20        that; but I'm just still confused.           04:39:54
21    MR. MORGAN:  The member's vote would be --       04:39:57
22    CHAIRWOMAN ANDERSON:  Mr. Morgan, you have not   04:39:59
23        yet been recognized.                         04:40:00
24    MR. MORGAN:  Thank you, madame.                  04:40:02
25            (Laughter)
```



Page 265

```
 1    CHAIRWOMAN ANDERSON:  I couldn't resist.        04:40:05

 2            Mr. Morgan, please go ahead.            04:40:08

 3    MR. MORGAN:  Yes.  Thank you, Madame Chair.     04:40:11

 4            If the -- the member's vote would in    04:40:15

 5        fact be on what was discussed, not what     04:40:18

 6        was in the -- on BoardDocs.                 04:40:20

 7            However, if the member voted for the    04:40:24

 8        adopted motion by mistake and the member    04:40:28

 9        wants to be recorded as voting against      04:40:32

10        that motion, then the member can, during    04:40:35

11        the same session, move to reconsider the    04:40:38

12        motion; and that could be asked by          04:40:40

13        unanimous consent.                          04:40:43

14            If the motion to reconsider is          04:40:44

15        adopted, the mo -- then the motion that     04:40:47

16        has been adopted would once again be        04:40:49

17        before the board for a vote.  And           04:40:52

18        assuming -- assuming no further discussion  04:40:55

19        is desired, then the chair could just then  04:40:57

20        immediately re-take the vote and at that    04:41:00

21        point any member could change his or her    04:41:03

22        vote which might or might not affect        04:41:06

23        whether the motion ended up actually being  04:41:09

24        adopted; but it would allow the member to   04:41:11

25        change his or her -- her vote on that       04:41:15
```



```
                                              Page 266
 1      original motion.                     04:41:19

 2      CHAIRWOMAN ANDERSON:  Ms. Meren?  Did you have 04:41:23

 3         any additional --                04:41:26

 4      MS. MEREN:  Yes, thank you.          04:41:27

 5      CHAIRWOMAN ANDERSON:  -- questions or any --  04:41:27

 6      MS. MEREN:  Well, to be clear, our board voted 04:41:28

 7         unanimously to approve requiring that 04:41:30

 8         test, requiring that the essay and SIS be 04:41:35

 9         administered locally at each middle 04:41:37

10         school to all students and to provide the 04:41:38

11         opportunity to opt out, correct, 04:41:42

12         Ms. Mulberg?  That is what the board 04:41:44

13         unanimously approved.            04:41:46

14      MS. MUHLBERG:  Correct.              04:41:48

15      CHAIRWOMAN ANDERSON:  That is correct. 04:41:49

16      MS. MEREN:  Okay.  So I would like to, since I 04:41:50

17         voted --  So I would like to re-call that 04:41:55

18         vote for a new vote and --  Yes.  04:41:57

19      MS. KEYS-GAMARRA:  Can I --  May I have a  04:42:03

20         point of order.                  04:42:04

21      CHAIRWOMAN ANDERSON:  One --  One second,  04:42:05

22         Ms. Keys-Gamarra.                04:42:07

23            I'd like to ask the question of 04:42:08

24         Mr. Morgan.  Will this request need to be 04:42:11

25         seconded?                        04:42:15
```



```
                                              Page 267

 1   MR. MORGAN:   Yes.  It would need to be   04:42:16

 2       seconded or if she asked for it by   04:42:16

 3       unanimous consent, it would have to have 04:42:19

 4       no objections.                       04:42:22

 5           But if it's moved and not seconded, 04:42:23

 6       then it --                           04:42:25

 7   CHAIRWOMAN ANDERSON:  Okay.              04:42:26

 8   MR. MORGAN:  -- it would not be discussed. 04:42:26

 9   CHAIRWOMAN ANDERSON:  Okay.              04:42:29

10           Ms. Keys-Gamarra, go ahead and ask 04:42:30

11       your clarifying question and then I'm 04:42:32

12       going to ask for a second on this.   04:42:34

13   MS. KEYS-GAMARRA:  My question is:  If it was 04:42:37

14       unanimous and no one else, to my     04:42:40

15       knowledge, is expressing this -- that 04:42:45

16       this confusion occurred for them; then it 04:42:49

17       will not impact the outcome of this vote. 04:42:52

18       If that is the case and we can consider 04:42:57

19       that, may we -- might we be able to  04:43:01

20       shortcut this process if Ms. Meren wishes 04:43:03

21       to change her vote, can that just be 04:43:07

22       noted and we move on with the meeting? 04:43:09

23   MS. MEREN:  I'm not the only one.        04:43:12

24   CHAIRWOMAN ANDERSON:  Mr. Morgan, would that 04:43:14

25       be --                                04:43:16
```



Page 268

```
 1    MS. MEREN:  I'm not the only one who has --      04:43:16
 2       who wants to readdress this.                  04:43:18
 3    CHAIRWOMAN ANDERSON:  I --                        04:43:19
 4    MS. MEREN:  And we won't know until we --        04:43:19
 5    CHAIRWOMAN ANDERSON:  Okay.  So --               04:43:22
 6       (Overspeaking - unintelligible)              04:43:22
 7    CHAIRWOMAN ANDERSON:  Folks --  Folks, I --      04:43:22
 8       Thank you for the question.  Thank you        04:43:24
 9       for the question.                             04:43:27
10          So in order to satisfy what I             04:43:28
11       believe Ms. -- Ms. Meren is sharing, I       04:43:30
12       will ask for any -- anyone else to second    04:43:33
13       her motion to revote.                         04:43:36
14          Is there a second?                        04:43:38
15          There is a second, Ms. McLaughlin.        04:43:40
16          Ms. Meren, go ahead and speak to          04:43:43
17       your motion.                                  04:43:45
18    MS. MEREN:  Yes.  Thank you.                     04:43:46
19          I thought I was speaking to the           04:43:47
20       motion that was posted on BoardDocs which    04:43:48
21       talked about a process, approving a          04:43:50
22       process for Ms. Omeish's suggestion on the   04:43:52
23       opt-out and having testing in all schools.   04:43:55
24       Given the conversations we had about         04:43:57
25       resources and the opera -- the operational   04:44:00
```



```
                                          Page 269
 1      side of things.  I think it is -- it's    04:44:04

 2      too -- it's too broad at this point to    04:44:08

 3      support it; so I do not support the       04:44:09

 4      current motion that is now listed in      04:44:14

 5      BoardDocs, that we did vote for           04:44:16

 6      unanimously.  I vote to oppose that       04:44:17

 7      motion.                                   04:44:20

 8           Thank you.                           04:44:21

 9  CHAIRWOMAN ANDERSON:  Thank you.              04:44:21

10           Ms. McLaughlin, I'm going to ask us  04:44:23

11      to be very, very brief so we can have this 04:44:25

12      revote.                                   04:44:28

13           Ms. McLaughlin?                      04:44:28

14  MS. McLAUGHLIN:  Yes.  I'm gonna be very      04:44:30

15      brief.  I just simply support my          04:44:32

16      colleague, Ms. Meren's desire, and anyone 04:44:33

17      else, who definitely had different        04:44:38

18      language in front of them versus what was 04:44:40

19      read out loud, and so I wanted to make    04:44:43

20      sure that we respect the opportunity for  04:44:45

21      board members to make sure they were      04:44:50

22      clear on their votes.                     04:44:51

23  CHAIRWOMAN ANDERSON:  Okay.  And just to be   04:44:53

24      sure what we are discussing right now is  04:44:55

25      revoting.  We're not revoting at this     04:44:59
```



Page 270

```
 1        point.                                    04:45:02

 2             Is that right, Mr. Morgan; or are we  04:45:04

 3        going to --                               04:45:05

 4   MR. MORGAN:  Yes, that --                       04:45:06

 5   CHAIRWOMAN ANDERSON:  Because we have a         04:45:06

 6        (unintelligible) -- can I jump into the   04:45:07

 7        revoting?                                 04:45:09

 8   MR. MORGAN:  That is correct.  Currently you   04:45:10

 9        are only voting --  You're only           04:45:11

10        discussing on whether to reconsider the   04:45:14

11        vote; and if a majority wish to           04:45:18

12        reconsider, then you would take a vote on 04:45:21

13        that motion.                              04:45:25

14   CHAIRWOMAN ANDERSON:  Thank you.               04:45:27

15             At this point, I would like to call  04:45:28

16        for the vote for whether to reconsider    04:45:30

17        revoting on the motion that was presented 04:45:36

18        by Ms. Omeish earlier.                    04:45:38

19             All of those in favor?               04:45:40

20             We have Ms. Meren, we have           04:45:45

21        Ms. McLaughlin.                           04:45:46

22             Thank you.  Please lower your hands. 04:45:47

23             All of those against?                04:45:50

24             We have Mr. Frisch, Ms. Omeish,      04:45:54

25        Ms. Keys-Gamarra, Ms. Tholen, Ms. Laura  04:45:55
```



Page 271

```
 1        Jane -- Ms. Cohen, Ms. Corbett Sanders,     04:45:59
 2        Ms. Pekarsky, and myself.                   04:46:01
 3             Okay.  Thank you.  And all of those    04:46:06
 4        who are abstaining?                         04:46:09
 5             We have Ms. Derenak Kaufax and         04:46:13
 6        Ms. Sizemore Heizer.                        04:46:15
 7             At this point we will not -- we will   04:46:16
 8        not be reconsidering retaking the vote.     04:46:18
 9             So this matter ends at this point.     04:46:22
10             Ms. Meren, would you please take us    04:46:25
11        through the --                              04:46:27
12   MS. MEREN:  Well, I just --  I just have a       04:46:27
13        question about this.                        04:46:29
14             So if I want --  Mr. Morgan, if I      04:46:29
15        wanted to correct my vote, can I do that    04:46:31
16        now or it's done?                           04:46:34
17   CHAIRWOMAN ANDERSON:  Yes, Mr. Morgan, go        04:46:42
18        ahead.                                      04:46:46
19             (Laughter)
20   MR. MORGAN:  Yes, you could always --            04:46:46
21   CHAIRWOMAN ANDERSON:  Thank you.  I appreciate   04:46:47
22        it.  You're a great model.                  04:46:49
23   MR. MORGAN:   The --  The member could always    04:46:52
24        just ask if there are no objections to      04:46:53
25        allow her vote to be changed.               04:46:57
```



Page 272

```
 1    CHAIRWOMAN ANDERSON:  Thank you very much,    04:47:00
 2       Mr. Morgan.                                04:47:01
 3          Ms. Meren, would you like to take       04:47:02
 4       advantage of this opportunity?             04:47:04
 5    MS. MEREN:  I would, please.  If my colleagues 04:47:06
 6       would please grant me that courtesy.       04:47:08
 7       Thank you.                                 04:47:10
 8    CHAIRWOMAN ANDERSON:  Are there any objections 04:47:11
 9       to Ms. Meren pulling her vote which will   04:47:12
10       now make it 11 in support of and 1         04:47:15
11       against?                                   04:47:20
12          I see no objections.  So that has       04:47:21
13       been granted.                              04:47:23
14          Ms. Mulberg, please make the           04:47:24
15       adjustments on BoardDocs.                  04:47:25
16          Ms. Meren, please present the budget   04:47:28
17       review.                                    04:47:30
18    MS. MEREN:  Yes.  Thank you very much,        04:47:31
19       colleagues, for that particular piece.     04:47:33
20          Okay.  Mid-year budget, gosh --        04:47:36
21       Just please give me a moment here.         04:47:39
22          Okay.  We have had the mid-year         04:47:42
23       budget presented at our work session, and  04:47:45
24       I so move that the school board approve    04:47:49
25       the revenue and expenditure changes        04:47:51
```



Page 273

```
 1        reflected in the fiscal year 2021 mid-year    04:47:53
 2        budget review as detailed in the agenda       04:47:56
 3        item.                                          04:48:01
 4    CHAIRWOMAN ANDERSON:  Do we have a second?        04:48:02
 5    MS. DERENAK KAUFAX:  I second that.               04:48:04
 6    CHAIRWOMAN ANDERSON:  Thank you, Ms. Derenak      04:48:05
 7        Kaufax.                                        04:48:07
 8            Would you like to speak to your            04:48:07
 9        motion, Ms. Meren?                             04:48:09
10    MS. MEREN:  No, thank you.                        04:48:11
11    CHAIRWOMAN ANDERSON:  Ms. Derenak Kaufax,         04:48:13
12        would you like to speak to that motion?       04:48:14
13    MS. DERENAK KAUFAX:  I will just say that we      04:48:17
14        had a robust work session just two days       04:48:18
15        ago; so I think everyone is familiar with     04:48:20
16        what we are voting on and I think you         04:48:22
17        should be in support of this.                 04:48:26
18    CHAIRWOMAN ANDERSON:  Thank you.  Any other       04:48:30
19        board members wishing to speak to this        04:48:31
20        motion?                                        04:48:33
21            Ms. McLaughlin?                            04:48:34
22    MS. McLAUGHLIN:  Yes, I do want to speak to       04:48:37
23        this because --  I know it's a late hour      04:48:38
24        and I --  I'm just really troubled that       04:48:41
25        we really should have just postponed this     04:48:46
```



Page 274

| | | |
|---|---|---|
| 1 | for the next business meeting.  And this | 04:48:50 |
| 2 | is no reflection on Ms. Meren and | 04:48:52 |
| 3 | Ms. Kaufax.  This is frankly a reflection | 04:48:54 |
| 4 | on the superintendent and his team. | 04:48:56 |
| 5 | And I say that because at our work | 04:48:58 |
| 6 | session just two days ago we learned that | 04:49:00 |
| 7 | Loudoun County and Prince William County | 04:49:04 |
| 8 | do not have massive budget challenges with | 04:49:09 |
| 9 | their food and nutritional services | 04:49:12 |
| 10 | program.  They have their strategic | 04:49:13 |
| 11 | reserves intact. | 04:49:15 |
| 12 | Meanwhile, FCPS has its strategic | 04:49:17 |
| 13 | reserves reduced from 17 million down to 5 | 04:49:20 |
| 14 | million and is now requiring a 9.6 million | 04:49:23 |
| 15 | dollar transfer. | 04:49:26 |
| 16 | We should have heard from the | 04:49:28 |
| 17 | superintendent why our neighboring school | 04:49:29 |
| 18 | systems are not having this problem.  We | 04:49:31 |
| 19 | spend almost $4 million a month in our | 04:49:35 |
| 20 | costs for food and nutritional services. | 04:49:39 |
| 21 | The plan that the superintendent had | 04:49:42 |
| 22 | in place in order to keep the program and | 04:49:44 |
| 23 | the hourly contracted employees on the | 04:49:47 |
| 24 | payroll is what's created this problem. | 04:49:49 |
| 25 | This is a serious financial | 04:49:53 |



Page 275

```
 1        situation that we're facing in a sense    04:49:55

 2        that we've always been told we need a     04:49:57

 3        strong beginning balance.  Our beginning  04:49:59

 4        balance is now going to be down to about  04:50:01

 5        $14 million, depending on what happens    04:50:05

 6        going forward from that.                  04:50:08

 7             For all of these reasons, I just     04:50:10

 8        wanted to make sure that the public and my 04:50:11

 9        colleagues understood why I cannot support 04:50:13

10        this mid-year budget review.  I do hope   04:50:15

11        you feel that our board has demonstrated a 04:50:17

12        real desire and commitment to fiscal      04:50:20

13        responsibilities and I think by virtue of 04:50:22

14        it being midnight, by virtue of having    04:50:25

15        four big topics at one time in this       04:50:27

16        December meeting, this is really not given 04:50:30

17        the attention it deserves; and that when  04:50:32

18        we continue our budget conversations, I'm 04:50:35

19        going to remind everybody that very       04:50:36

20        quickly we transferred almost 10 million  04:50:39

21        in taxpayer dollars to a grant fund and we 04:50:42

22        really didn't put, in my mind, the real   04:50:45

23        strong restrictions on the superintendent 04:50:50

24        that this just can't keep happening and   04:50:52

25        that we need to get some very robust data  04:50:56
```



Page 276

```
 1      back from him as soon as possible to      04:50:59
 2      prevent any future monies having to be     04:51:03
 3      siphoned off to this program.              04:51:05
 4          So, again, I --  I know it's a late    04:51:08
 5      hour.  I don't want my colleagues to think 04:51:10
 6      this is my criticism of anyone of you.     04:51:11
 7      You've all worked tirelessly to get here   04:51:14
 8      tonight.  I'm just sorry we're in this     04:51:17
 9      position.                                  04:51:19
10          I think $9.6 million is a lot of       04:51:20
11      money.  It's a big deal.  And we're just   04:51:22
12      not having the time to talk about it       04:51:25
13      tonight.  So thank you for indulging me.   04:51:26
14      I appreciate it.                           04:51:30
15  CHAIRWOMAN ANDERSON:  Thank you.               04:51:31
16          Ms. Corbett Sanders?                   04:51:32
17  MS. CORBETT SANDERS:  So, Ms. McLaughlin, are  04:51:34
18      you making a motion to postpone this to    04:51:39
19      the next regularly-scheduled business      04:51:41
20      meeting?                                    04:51:48
21  CHAIRWOMAN ANDERSON:  Ms. McLaughlin?          04:51:49
22  MS. McLAUGHLIN:  Sorry.  I didn't know I was   04:51:54
23      muted.                                      04:51:55
24          I was gonna say I thought about         04:51:55
25      that; but I know everybody's tired and      04:51:57
```



Page 277

```
 1          it's midnight; so if enough board members  04:51:59

 2          weigh in that they share my concern, we     04:52:02

 3          could then have a motion to postpone to      04:52:04

 4          the next business meeting.                   04:52:05

 5              But if I'm the only one, I don't         04:52:07

 6          want to put a motion on the table and drag   04:52:08

 7          everybody through it.                        04:52:10

 8              So I'm happy to hear what other          04:52:11

 9          people think, but I want to be real clear    04:52:13

10          about my deep concern.                       04:52:16

11              So thank you, Ms. Corbett Sanders.       04:52:17

12   MS. CORBETT SANDERS:  Well, I was gonna say I       04:52:20

13          would second your motion to postpone.        04:52:21

14   MS. McLAUGHLIN:  I would say we might be safer       04:52:26

15          to just hear if anybody else has concerns    04:52:27

16          before we put a motion on the table, to      04:52:29

17          be honest.                                   04:52:33

18   CHAIRWOMAN ANDERSON:  So let me try to be very      04:52:34

19          efficient about this.  If there are any      04:52:37

20          board members who -- this is just a          04:52:39

21          pulse.  This is not a vote.  It is just      04:52:41

22          to give some data to Ms. McLaughlin, who     04:52:44

23          would be wanting to engage in a              04:52:46

24          conversation to postpone, please raise       04:52:48

25          your hands at this time.                     04:52:50
```



Page 278

```
 1              Okay.  We have Ms. Corbett Sanders,   04:52:56
 2         Ms. Keys-Gamarra, Ms. McLaughlin.  So we   04:52:58
 3         have three -- and Ms. Pekarsky.  So we     04:53:00
 4         have four.                                  04:53:03
 5              Please lower your hands.               04:53:05
 6              Ms. McLaughlin?                        04:53:06
 7    MS. OMEISH:  I had my hand up, too.  Sorry.      04:53:09
 8    CHAIRWOMAN ANDERSON:  Okay.  So we have five     04:53:14
 9         with Ms. Omeish.                            04:53:15
10              Ms. McLaughlin, did you want to        04:53:17
11         have --  Did you want to use that data?     04:53:19
12    MS. McLAUGHLIN:  I --  I think that I spoke to   04:53:23
13         it and people voted the way they did with  04:53:25
14         their pulse; so I'm not offering an         04:53:26
15         amendment at this time.                     04:53:28
16    CHAIRWOMAN ANDERSON:  Thank you.                 04:53:30
17              Ms. Corbett Sanders, would you like    04:53:31
18         to complete your statement or may I call    04:53:33
19         for the vote?                               04:53:38
20    MS. CORBETT SANDERS:  You can call for the       04:53:40
21         vote.                                        04:53:42
22    CHAIRWOMAN ANDERSON:  Okay.  The motion before   04:53:43
23         us is to move the school board to approve   04:53:44
24         revenue and expenditure changes reflected   04:53:46
25         in the FY 2021 mid-year budget review as    04:53:49
```



Page 279

```
 1        detailed in the agenda item.              04:53:52
 2            All of those in favor?  Ms. Derenak    04:53:54
 3        Kaufax, Mr. Frisch, Ms. Meren, Ms. Cohen,  04:53:59
 4        Ms. Omeish, Ms. Tholen, and myself.  Oops, 04:54:04
 5        I can't get this --  Am I still here?  Can 04:54:09
 6        I be heard?                                04:54:12
 7  PARTICIPANT:  Yeah.                              04:54:13
 8  PARTICIPANT:  Yeah.  We can hear you.            04:54:14
 9  PARTICIPANT:  We can hear you.                   04:54:15
10  CHAIRWOMAN ANDERSON:  Okay.  Then my buttons     04:54:16
11        are just not working.                      04:54:17
12            Okay.  Now it is.  So that is          04:54:18
13        myself, that is seven.                     04:54:21
14            All of those who are opposed?          04:54:23
15            We have Ms. Keys-Gamarra,              04:54:30
16        Ms. McLaughlin, Ms. Pekarsky, Ms. Sizemore 04:54:31
17        Heizer.                                    04:54:36
18            And abstentions?                       04:54:37
19            Ms. Corbett Sanders, are you           04:54:46
20        abstaining?                                04:54:50
21  MS. CORBETT SANDERS:  Yes, ma'am.  I am.  I      04:54:52
22        asked for a --                             04:54:53
23  CHAIRWOMAN ANDERSON:  Okay.  Thank you.          04:54:54
24  MS. CORBETT SANDERS:  -- I haven't received      04:54:55
25        yet; so I don't have the information to    04:54:55
```



Page 280

```
 1        make an informed decision.                    04:54:57
 2    CHAIRWOMAN ANDERSON:   Thank you very much.        04:54:59
 3        I --  I'm having some glitches so I'm          04:55:02
 4        having a little bit of a hard time.            04:55:03
 5             At this point the motion will carry.      04:55:05
 6             I'll now call on Ms. Sizemore Heizer       04:55:09
 7        for a motion on the restraint and -- on        04:55:10
 8        the restraint and seclusion policy update.     04:55:13
 9    MS. SIZEMORE HEIZER:  Thank you.  And, again,      04:55:16
10        I apologize for not having my camera on.       04:55:18
11        I'm having major connectivity issues           04:55:20
12        today.                                         04:55:22
13        So I move that the school board                04:55:22
14        approve the new restraint and seclusion        04:55:25
15        policy as presented and detailed in the        04:55:27
16        agenda items.                                  04:55:29
17    CHAIRWOMAN ANDERSON:   Do we have a second?        04:55:32
18    MS. OMEISH:   Second.                              04:55:35
19    CHAIRWOMAN ANDERSON:   Thank you, Ms. Omeish.      04:55:36
20        Ms. Sizemore Heizer, please go ahead          04:55:38
21        and speak to your motion.                      04:55:40
22    MS. SIZEMORE HEIZER:  I will just be very,         04:55:41
23        very brief, considering the late hour.  I      04:55:42
24        will just say that I'm very grateful to        04:55:44
25        Dr. Boyd and the Department of Special         04:55:47
```



Page 281

| | | |
|---|---|---|
| 1 | Services and our advocates from the | 04:55:49 |
| 2 | special education community for working | 04:55:52 |
| 3 | so hard on getting this policy, and my | 04:55:55 |
| 4 | colleagues as well who have been working | 04:55:57 |
| 5 | really hard to get this policy in a place | 04:56:00 |
| 6 | where I think we will be doing right by | 04:56:02 |
| 7 | our students and right by our staff. | 04:56:05 |
| 8 | I am very excited that we are | 04:56:08 |
| 9 | banning seclusion at all sites, except for | 04:56:10 |
| 10 | three, immediately; and working to ban it | 04:56:12 |
| 11 | system-wide in the beginning of school | 04:56:16 |
| 12 | year '22-'23.  I'm very excited to ban | 04:56:20 |
| 13 | prone and supine restraint.  Again, I | 04:56:22 |
| 14 | think this --  And I'm very excited to | 04:56:24 |
| 15 | have an emphasis on positive behavior | 04:56:27 |
| 16 | intervention support, disaggregating data | 04:56:28 |
| 17 | and parent notification. | 04:56:32 |
| 18 | So I just wanted to really briefly | 04:56:34 |
| 19 | make a shout-out to Dr. Boyd for being so | 04:56:35 |
| 20 | collaborative and so responsive to the | 04:56:38 |
| 21 | community, to the board.  I was --  I've | 04:56:42 |
| 22 | been very thrilled to work with her; and I | 04:56:46 |
| 23 | think this is going to go a long way to | 04:56:48 |
| 24 | providing a safe, caring and positive | 04:56:50 |
| 25 | culture for our students, especially those | 04:56:53 |



Page 282

```
1        who are most vulnerable to succeed, as    04:56:55
2        well as providing opportunity to our staff 04:56:57
3        to ensure that safe, positive and caring   04:56:59
4        culture and staff safety.                  04:57:01
5             So I am thrilled and honored as a --  04:57:03
6        as a former special education advocate     04:57:06
7        to -- to bring this motion forward and     04:57:09
8        I -- I thank everybody who's worked hard   04:57:11
9        on it, and all our advocates who have      04:57:13
10       advocated strongly for our students.       04:57:15
11            So thank you.                         04:57:18
12   CHAIRWOMAN ANDERSON:  Thank you.               04:57:18
13            Ms. Omeish, would you like to speak   04:57:19
14       to your second?                            04:57:21
15   MS. OMEISH:  Yeah.  Thanks.                    04:57:23
16            So I --  I appreciate all the work    04:57:25
17       that's gone into this.  I --  You know,    04:57:27
18       I -- I know I had mentioned to the         04:57:30
19       community I would be bringing a motion to  04:57:31
20       ban seclusion sooner.                      04:57:33
21            I certainly feel the level of         04:57:36
22       urgency and I -- and I am disappointed to  04:57:37
23       kind of be in a place where while we knew  04:57:40
24       of this problem for some time, we were --  04:57:43
25       we were not finding ourselves prepared to  04:57:45
```



Page 283

```
 1        be able to accomplish it.              04:57:47
 2            I am --  I have pulled back the --  04:57:49
 3        the motion; but with the understanding 04:57:52
 4        that staff has adjusted the policy to  04:57:55
 5        reflect a deadline for when this will  04:57:57
 6        happen.                                04:57:59
 7            And so the goal is hopefully within 04:58:00
 8        just a couple of semesters here, so    04:58:03
 9        would --  By the next, not this coming 04:58:08
10        year, but the following, our staff and our 04:58:10
11        buildings will all be prepared and ready 04:58:13
12        to ensure that no seclusion occurs and 04:58:16
13        that's, you know, with the installation of 04:58:18
14        the appropriate equipment, with the    04:58:22
15        training of our -- of our teachers, our 04:58:22
16        administrators to do this in a way      04:58:24
17        ultimately, what was convincing to me, 04:58:27
18        that is good for kids.                 04:58:29
19            So what is that trauma-informed    04:58:30
20        perspective gonna look like?  What is the 04:58:32
21        compassionate skill set that staff need to 04:58:33
22        be prepared and equipped to know how to 04:58:37
23        handle students and understand their   04:58:39
24        behavior is communication, and know how to 04:58:41
25        work with them to de-escalate and ensure 04:58:43
```



Page 284

```
 1        everyone is safe and that -- that there's   04:58:45

 2        a positive outcome from the circumstance.    04:58:47

 3            So for those who wanted to see this     04:58:49

 4        sooner, it really came down to what is      04:58:53

 5        gonna ultimately be better for these kids   04:58:54

 6        in the long run; and I hope -- I hope this  04:58:56

 7        sends a strong message to everyone that     04:58:58

 8        this is no longer acceptable.                04:59:01

 9            So that doesn't mean it's okay to       04:59:02

10        put this into process whether we're ready   04:59:03

11        or not.                                      04:59:06

12            So thank you.                            04:59:07

13    CHAIRWOMAN ANDERSON:   Thank you, Ms. Omeish.    04:59:08

14            I see that we have several other        04:59:10

15        speakers for this motion.  We will begin    04:59:11

16        with Ms. Corbett Sanders and then           04:59:14

17        Ms. Meren.                                   04:59:16

18    MS. CORBETT SANDERS:   Thank you, Madame Chair. 04:59:17

19            This is perhaps the most difficult      04:59:20

20        issue that has come before this board and   04:59:22

21        frankly before me as a board member.  It    04:59:25

22        is heart- wrenching to hear the stories     04:59:27

23        that have been brought to us by our         04:59:30

24        constituents, and we are committed to       04:59:31

25        ensuring that we utilize best practices in  04:59:33
```



Page 285

```
 1        working with our students whom struggle to   04:59:36
 2        communicate.                                 04:59:40
 3              This policy prioritizes behavioral      04:59:42
 4        intervention, multi-tiers of support and     04:59:45
 5        professional development to address the      04:59:48
 6        needs of some of our most vulnerable         04:59:50
 7        students and approaches this work through    04:59:52
 8        a trauma-informed lens.                      04:59:55
 9              I'm very appreciative of Dr. Boyd's     04:59:57
10        leadership in helping us develop a policy    04:59:59
11        that responds to the concerns of our         05:00:02
12        community and ensures that we have a         05:00:04
13        caring culture in how we address the needs  05:00:06
14        of all of our students.                      05:00:09
15              I'm also very appreciative of the      05:00:10
16        collaboration with the ACSD and SEPTA and   05:00:12
17        helping us develop this policy, and I am     05:00:15
18        humbled by the thoughtful analysis that      05:00:19
19        you have provided to me and my colleagues   05:00:22
20        as we have addressed this policy.            05:00:24
21              And I'm also especially pleased to     05:00:26
22        know that this policy will be extended to    05:00:29
23        our contracted third-party providers.        05:00:33
24              Thank you, Madame Chair.               05:00:37
25   CHAIRWOMAN ANDERSON:   Thank you, Ms. Corbett     05:00:40
```



Page 286

```
 1        Sanders.                                    05:00:41

 2             Ms. Meren and then Ms. Cohen.          05:00:41

 3   MS. MEREN:  Yeah, briefly, I want to say I'm     05:00:43

 4        most proud of two things with this          05:00:45

 5        policy.  One is that it reflects so much    05:00:46

 6        community input; and, two, that our new     05:00:48

 7        director of special services worked to      05:00:53

 8        really leave that in.  And with the         05:00:54

 9        board, I feel like this is a real example   05:00:56

10        of really strong collaboration.             05:00:58

11             I'm very proud that we are banning     05:01:00

12        seclusion in all but three schools.  It's   05:01:03

13        a major step.  I also think, I mean, the    05:01:05

14        volume of work that this board has done     05:01:07

15        this year, the scope of topics, the -- the  05:01:09

16        breadth, I mean, this -- these are huge,    05:01:11

17        huge initiatives that have, you know, not   05:01:13

18        been addressed the way our community has    05:01:16

19        been asking us to, you know, in this way.   05:01:18

20             So, you know, it's good to see a       05:01:20

21        good outcome for this.  So thank you all    05:01:22

22        for this work.                              05:01:27

23   CHAIRWOMAN ANDERSON:  Thank you.                 05:01:29

24             Ms. Cohen?                             05:01:31

25   MS. COHEN:  I just wanted to echo the same       05:01:32
```



Page 287

```
 1        thing, that we -- this is what happens    05:01:35
 2        when engaged advocates, you know, work     05:01:38
 3        their tooshes off (snickers) to establish  05:01:42
 4        relationships with folks and when you      05:01:45
 5        have someone like Dr. Boyd come in and be  05:01:48
 6        open to having those conversations and be  05:01:51
 7        willing to humbly say:  I want to hear      05:01:56
 8        what you have to say about it, as she      05:02:00
 9        did, I think, with all of us on the        05:02:01
10        board, certainly with SEPTA and with       05:02:04
11        ACSD, and I'm beyond appreciative of it.   05:02:06
12             I can't --  This process has been     05:02:09
13        unlike any that I've been a part of here;  05:02:11
14        and I --  I -- I'm grateful -- and I'm     05:02:14
15        grateful.  I know we all have our          05:02:17
16        representatives who serve us on the ACSD   05:02:19
17        and it's a thankless job, and they -- they 05:02:23
18        work so hard.  And so I just want to say a 05:02:26
19        special thank you to my representative,    05:02:30
20        Toby Latham, who has provided more hours   05:02:33
21        of counsel on how we get this right to me; 05:02:36
22        and I'm so appreciative of it.             05:02:38
23             So thank you.  And I -- I think this  05:02:40
24        is how we make good policy together.       05:02:44
25    CHAIRWOMAN ANDERSON:  Thank you.               05:02:47
```



```
                                                        Page 288
 1              Mr. Frisch?                           05:02:48
 2    MR. FRISCH:  Thank you.  I want to thank        05:02:50
 3        Ms. Sizemore Heizer and Ms. Omeish for     05:02:51
 4        their leadership on this issue and for     05:02:54
 5        our many conversations.  I also want to    05:02:55
 6        thank Dr. Boyd and staff for               05:02:57
 7        demonstrating a willingness to work with   05:02:59
 8        advocates and families.  But most of all   05:03:02
 9        I do want to thank, like my colleagues,    05:03:03
10        the families who shared their stories      05:03:06
11        with us and who raised their voices.       05:03:07
12            That was the critical component        05:03:11
13        here.  And I hope that the collaboration   05:03:14
14        that we saw in the revisions to this       05:03:17
15        policy are indicative of more successful   05:03:19
16        collaboration to come.                     05:03:22
17              You want to, you know, turn the      05:03:25
18        page or, you know, build stronger          05:03:27
19        relationships?  This is exactly how you do 05:03:29
20        it.                                        05:03:32
21          So thank you very much to everybody      05:03:32
22        involved.                                  05:03:35
23    CHAIRWOMAN ANDERSON:  Thank you.               05:03:36
24              Ms. McLaughlin?                       05:03:37
25    MS. McLAUGHLIN:  Yes.  It's -- it's a late     05:03:41
```



Page 289

```
 1        hour; but having been an intensely        05:03:44
 2        involved community advocate for about     05:03:47
 3        four years before I joined the board, I   05:03:49
 4        know firsthand what it means to sacrifice 05:03:52
 5        time away from your families to champion  05:03:55
 6        something that's extremely important and  05:03:58
 7        affects so many.                          05:04:01
 8            So I do want to express my deep       05:04:02
 9        appreciation to SEPTA and all of the      05:04:05
10        amazing advocates who had a voice in all  05:04:08
11        of this.  I echo Mr. Frisch's            05:04:10
12        appreciation, though I will draw away the 05:04:14
13        nuance of I don't want to necessarily be  05:04:19
14        thanking our staff.  I --  I want to     05:04:21
15        express my appreciation that they're doing 05:04:23
16        what I hope and expect them to do and what 05:04:25
17        I believe, Dr. Brabrand, you're to be    05:04:28
18        credited that you always had this        05:04:31
19        commitment of us working with our        05:04:34
20        communities in words and this is where it 05:04:38
21        came through in actions.                  05:04:41
22            So, definitely, kudos to Dr. Boyd     05:04:44
23        who's brand new, and right off the bat    05:04:48
24        demonstrated what caring culture looks    05:04:50
25        like in the engagement with our           05:04:53
```



Page 290

| | | |
|---|---|---|
| 1 | communities and -- and I know that | 05:04:55 |
| 2 | Dr. Brabrand and his team continue to | 05:04:58 |
| 3 | strive toward that.  And for that, I am | 05:05:02 |
| 4 | very appreciative, especially at this very | 05:05:04 |
| 5 | late hour. | 05:05:07 |
| 6 | SUPERINTENDANT BRABRAND:  Thank you, | 05:05:08 |
| 7 | Ms. McLaughlin.  Dr. Boyd did a fantastic | 05:05:08 |
| 8 | job.  Thank you all for your comments. | 05:05:11 |
| 9 | She's really doing an amazing job.  Her | 05:05:13 |
| 10 | and her team.  Thank you, Dr. Boyd. | 05:05:16 |
| 11 | CHAIRWOMAN ANDERSON:  Thank you. | 05:05:19 |
| 12 | Ms. Tholen and then we will call for | 05:05:19 |
| 13 | the vote -- I'm sorry, and then | 05:05:22 |
| 14 | Ms. Derenak Kaufax. | 05:05:23 |
| 15 | MS. THOLEN:  Yes.  At the risk of sounding | 05:05:27 |
| 16 | like a broken record, I just wanted to | 05:05:29 |
| 17 | say some thank yous as well. | 05:05:31 |
| 18 | A huge thank you for Dr. Boyd for | 05:05:33 |
| 19 | just jumping in and working on this and | 05:05:35 |
| 20 | doing such a collaborative effort.  I'm a | 05:05:39 |
| 21 | huge fan of bringing in the community and | 05:05:41 |
| 22 | working collaboratively. | 05:05:44 |
| 23 | And a huge, huge thanks to SEPTA and | 05:05:46 |
| 24 | ACSD for, I know, putting in long hours | 05:05:49 |
| 25 | over Thanksgiving weekend to get us all | 05:05:52 |



Page 291

| | | |
|---|---|---|
| 1 | comments for our work session that | 05:05:55 |
| 2 | happened right after Thanksgiving. | 05:05:58 |
| 3 | And just a little shout-out to Lucy | 05:06:00 |
| 4 | John, my Dranesville ACSD representative. | 05:06:03 |
| 5 | Thank you for the e-mails and the comments | 05:06:06 |
| 6 | and the phone calls.  It was super helpful | 05:06:08 |
| 7 | and really, really appreciated. | 05:06:11 |
| 8 | Thanks to everyone for their | 05:06:13 |
| 9 | efforts.  This has been a nice success. | 05:06:15 |
| 10 | CHAIRWOMAN ANDERSON:  Thank you. | 05:06:19 |
| 11 | Ms. Derenak Kaufax? | 05:06:20 |
| 12 | MS. DERENAK KAUFAX:  The same.  I --  I want | 05:06:25 |
| 13 | to -- as so many of my colleagues have | 05:06:27 |
| 14 | stated, this is a great example of how to | 05:06:28 |
| 15 | work with the community, staff and our | 05:06:34 |
| 16 | board to make things better. | 05:06:36 |
| 17 | I --  Thanks to the families who | 05:06:40 |
| 18 | shared their difficult stories with us. | 05:06:42 |
| 19 | We --  We do appreciate that and we want | 05:06:44 |
| 20 | to make certain that we are -- you | 05:06:48 |
| 21 | understand the under -- you understand | 05:06:52 |
| 22 | that we are listening to you and we are | 05:06:54 |
| 23 | working to make things better. | 05:06:56 |
| 24 | And, again, thanks to Dr. Boyd and | 05:07:01 |
| 25 | her team for working with the community | 05:07:03 |



```
                                                        Page 292
 1        and all the advocacy groups.              05:07:05

 2             So I will be supporting this.        05:07:07

 3    CHAIRWOMAN ANDERSON:  Thank you very much,    05:07:11

 4        Ms. Derenak Kaufax.                       05:07:12

 5             I --  I do not see any new speakers. 05:07:13

 6             I will now call for the vote.        05:07:15

 7    MS. SIZEMORE HEIZER:  Madame Chair, can I ask 05:07:17

 8        for the privilege to have a quick         05:07:18

 9        go-back?  I apologize.  This is           05:07:19

10        Ms. Sizemore Heizer -- very, very quick,  05:07:22

11        I promise.                                05:07:23

12    CHAIRWOMAN ANDERSON:  You've got 15 seconds,  05:07:24

13        Ms. Sizemore Heizer.                      05:07:26

14    MS. SIZEMORE HEIZER:  I just wanted to share  05:07:27

15        with my colleagues and especially         05:07:28

16        Dr. Boyd that I am actually literally in  05:07:29

17        tears, as someone who's worked 15 years   05:07:32

18        for special ed advocacy; and I want to    05:07:34

19        thank you all for -- for this first step. 05:07:36

20        And I think with be improving for our     05:07:38

21        special ed students, and thank you for    05:07:41

22        putting me in tears at midnight tonight.  05:07:43

23        That's all.                               05:07:45

24    CHAIRWOMAN ANDERSON:  Thank you.              05:07:45

25             I now move --  The motion before us  05:07:46
```



Page 293

```
 1        is that:  The school board approve the new   05:07:48
 2        restraint and seclusion policy as            05:07:51
 3        presented and as detailed in the agenda      05:07:53
 4        item.                                        05:07:55
 5             All of those in favor?                  05:07:56
 6             We have Ms. Pekarsky, Ms. Omeish,       05:07:59
 7        Ms. Tholen, Ms. Cohen, Ms. Sizemore          05:08:02
 8        Heizer, Mr. Frisch, Ms. Meren,               05:08:04
 9        Ms. McLaughlin, Ms. Corbett Sanders,         05:08:07
10        Ms. Derenak Kaufax, Ms. Keys-Gamarra, and    05:08:09
11        myself.  And that is unanimous.              05:08:12
12             Please lower your hands.  Thank you     05:08:15
13        all and thank you to Dr. Boyd and her        05:08:17
14        team.                                        05:08:21
15             At this time I call on Ms. Omeish       05:08:21
16        for a motion.                                05:08:22
17   MS. OMEISH:  Okay.  I move that the school        05:08:24
18        board renew its contract with Dr. Scott      05:08:27
19        Brabrand as superintendent, to authorize     05:08:32
20        the chair to execute the amended contract    05:08:34
21        as detailed in the agenda item.              05:08:37
22   CHAIRWOMAN ANDERSON:  Is there a second?          05:08:39
23             Thank you, Ms. Sizemore Heizer.         05:08:46
24             At this time I'd like to offer some     05:08:49
25        statements regarding this.  As one of --     05:08:51
```



Page 294

```
 1        one of the most important responsibilities  05:08:54
 2        of any school board is providing oversight  05:08:56
 3        of the division superintendent.             05:09:00
 4            Over the past few months, our 12        05:09:02
 5        board members carefully deliberated to      05:09:05
 6        reach consensus on this contract.  As       05:09:07
 7        chair I am grateful for the commitment of   05:09:10
 8        my colleagues to come together on this      05:09:12
 9        very important matter.                      05:09:15
10            Given that the superintendent           05:09:17
11        contract is set to end on June 30th, 2021,  05:09:19
12        the board has collectively decide to        05:09:23
13        extend it for an additional year.           05:09:25
14            FCPS has faced monumental challenges    05:09:28
15        this year and the board deeply appreciates  05:09:31
16        all that Dr. Brabrand has done to lead the  05:09:34
17        school system during this very trying       05:09:37
18        time.                                       05:09:40
19            He has built his extensive              05:09:41
20        educational career within FCPS and has      05:09:42
21        never wavered in his passion to serve.  We  05:09:45
22        are grateful for the relationship he has    05:09:48
23        cultivated for our system and for the       05:09:50
24        collaborative culture he has inspired.  We  05:09:53
25        look forward to continuing our partnership  05:09:56
```



Page 295

| | | |
|---|---|---|
| 1 | with him. | 05:09:59 |
| 2 | At this time I will now call for the | 05:09:59 |
| 3 | vote. | 05:10:02 |
| 4 | All in favor of --  Let me -- I've | 05:10:02 |
| 5 | got to find it -- to move the school board | 05:10:06 |
| 6 | to renew the contract with Dr. Brabrand as | 05:10:08 |
| 7 | superintendent, to authorize the chairman | 05:10:10 |
| 8 | to execute the amended contract as | 05:10:13 |
| 9 | detailed in the agenda item, please your | 05:10:15 |
| 10 | hands at this time. | 05:10:17 |
| 11 | We have Ms. Sizemore Heizer, | 05:10:19 |
| 12 | Ms. McLaughlin, Ms. Omeish, Ms. Tholen, | 05:10:20 |
| 13 | Ms. Derenak Kaufax, Ms. Meren, | 05:10:24 |
| 14 | Ms. Pekarsky, Mr. Frisch, Ms. Corbett | 05:10:25 |
| 15 | Sanders, Ms. Keys-Gamarra, Ms. Cohen and | 05:10:28 |
| 16 | myself. | 05:10:31 |
| 17 | And my button still doesn't work. | 05:10:32 |
| 18 | That is unanimous.  Please lower your | 05:10:34 |
| 19 | hands at this point. | 05:10:35 |
| 20 | I now call on Ms. Pekarsky for the | 05:10:37 |
| 21 | consent agenda item, and my water break. | 05:10:41 |
| 22 | MS. PEKARSKY:  If you would just give me a | 05:10:47 |
| 23 | minute -- I'm sorry.  I'm trying to pull | 05:10:49 |
| 24 | this up.  I do apologize.  I'm sorry, | 05:10:54 |
| 25 | Dr. Anderson.  It is late.  I am sorry. | 05:11:02 |



```
                                                    Page 296
 1    CHAIRWOMAN ANDERSON:  We're fine.  I'm still    05:11:06
 2       here.                                        05:11:09
 3    MS. PEKARSKY:  I am trying to find it.          05:11:09
 4    CHAIRWOMAN ANDERSON:  You just need to have     05:11:12
 5       the agenda -- the consent agenda be          05:11:13
 6       posted.                                      05:11:15
 7    MS. PEKARSKY:  Yeah, I got it.  No.             05:11:15
 8            Our adopted rules of parliamentary      05:11:18
 9       procedure, Robert's Rules, provide for a     05:11:20
10       consent agenda listing several items for     05:11:22
11       approval by a single motion.  Many items     05:11:24
12       listed have gone through board review, and   05:11:27
13       documentation has been provided to all       05:11:29
14       board members and the public in advance.     05:11:31
15            Items may be reviewed from the          05:11:34
16       consent agenda at the request of any board   05:11:35
17       member prior to the meeting.                 05:11:38
18            Okay.  All right.  Do --  I am so       05:11:51
19       sorry, but my screen went blank.  So --      05:12:00
20    CHAIRWOMAN ANDERSON:  That's fine.              05:12:03
21    MS. PEKARSKY:  All right.                       05:12:04
22    CHAIRWOMAN ANDERSON:  I will pick up.  We are   05:12:04
23       here to support each other.                  05:12:07
24    MS. PEKARSKY:  I am so sorry.                    05:12:08
25    CHAIRWOMAN ANDERSON:  I will pick up on that.   05:12:10
```



Page 297

```
 1          The new business item is on the screen.    05:12:12
 2          There will not be a vote on this item but  05:12:14
 3          action is scheduled at a future meeting.   05:12:18
 4              At this time I call on Dr. Brabrand     05:12:22
 5          for superintendent matters.  We can remove 05:12:24
 6          this from the screen, Ms. --  Thank you,   05:12:30
 7          Ms. Mulberg.                               05:12:33
 8              Dr. Brabrand.                           05:12:34
 9  SUPERINTENDANT BRABRAND:  Thank you, Chairman      05:12:36
10          Anderson.                                  05:12:37
11              First of all, I want to thank          05:12:37
12          Dr. Anderson and the entire school board   05:12:39
13          for your kind words and for the unanimous  05:12:41
14          vote this evening to extend my contract.   05:12:44
15          I do look forward to our continued         05:12:47
16          partnership together and our collective    05:12:49
17          commitment to students, staff and to our   05:12:51
18          community here in Fairfax County; and I    05:12:53
19          welcome the opportunity to continue the    05:12:56
20          collaborative work that we have working    05:12:58
21          with our stakeholders in FCPS and in our   05:13:02
22          entire Fairfax County community.           05:13:05
23              As a long-time member of this          05:13:08
24          community, this is my home and I truly     05:13:10
25          love this division.  I love the staff, the 05:13:13
```



Page 298

```
1        students, the school board and all the        05:13:15

2        unique and outstanding features that make     05:13:18

3        Fairfax County such a special place to        05:13:20

4        live, work, play and learn.                   05:13:22

5             There is no better place to learn        05:13:26

6        and have an education than in Fairfax         05:13:27

7        County Public Schools; and I thank you all    05:13:30

8        for your dedication and your work as board    05:13:32

9        members.                                      05:13:36

10            And it is my pleasure to continue        05:13:37

11       and honor to continue to serve Fairfax        05:13:39

12       County Public Schools community.  So thank    05:13:41

13       you.                                          05:13:44

14            I want you to know later today,          05:13:44

15       since we're actually just past the           05:13:47

16       midnight hour, later today, we'll have a      05:13:49

17       classroom monitor job fair from 11:00 a.m.    05:13:51

18       to 1:00 p.m.  We're working to get more      05:13:55

19       monitors to support our return to school.    05:13:58

20            We've got great progress we've done      05:14:02

21       in our elementary schools, though we still    05:14:04

22       need a few more; and we really do need --     05:14:06

23       particularly at our (unintelligible) high     05:14:09

24       some additional monitors to come in and       05:14:11

25       help work and provide some supervision as     05:14:13
```



Page 299

```
 1      we have some teachers who will be teaching    05:14:17
 2      virtually even as students return to          05:14:20
 3      school.  So look forward to that job fair.    05:14:23
 4          Tomorrow we'll also be looking for        05:14:28
 5      anybody who wants to be a substitute          05:14:29
 6      teacher in 2021.                              05:14:32
 7          And then finally, I just want to say      05:14:34
 8      this is --  I believe this is our last        05:14:37
 9      school board meeting for the month.  2020     05:14:39
10      draws to a close, and I just want to wish     05:14:43
11      the board and their families and all of       05:14:45
12      our Fairfax County Public Schools families    05:14:47
13      and staff a wonderful winter break.           05:14:50
14          I know this --  This year has been a      05:14:53
15      year unlike any other, and many are ready     05:14:55
16      to see 2020 closed; but I know that in a      05:14:57
17      way this pandemic has allowed us all to       05:15:02
18      come together, to challenge ourselves and     05:15:06
19      one another with greater care and greater     05:15:09
20      compassion and greater dedication for the     05:15:12
21      things that matter, including our children    05:15:15
22      and our children's education.                 05:15:18
23          So I hope everyone has a wonderful        05:15:20
24      break and happy new year and see you in       05:15:23
25      2021.  Thank you.                             05:15:25
```



Page 300

```
 1    CHAIRWOMAN ANDERSON:  Thank you, Dr. Brabrand.  05:15:28
 2             At this time we are up to our board   05:15:30
 3         committee report.  I will now call on     05:15:32
 4         Mr. Frisch for our Governance Committee    05:15:34
 5         report.                                    05:15:38
 6    MR. FRISCH:  Thank you.  I'll keep this brief.  05:15:38
 7           In our meetings week before last, we    05:15:41
 8           approved the conflicts of interest policy 05:15:44
 9           changes that we've been working on for   05:15:46
10           many months as well as related actions  05:15:49
11           seeking additional guidance from the     05:15:51
12           auditor general and council.             05:15:53
13             We also discussed stakeholder          05:15:56
14           engagement for the upcoming anti-racist  05:15:58
15           and controversial issues policies and    05:16:00
16           requested a work session from the chair  05:16:03
17           and vice chair to discuss the scope of   05:16:04
18           this engagement and associated costs.    05:16:07
19               Finally, we also reviewed the        05:16:09
20           November no-change memo and sent one     05:16:11
21           policy on to the full board for consent  05:16:13
22           for the consent agenda, and the rest of  05:16:15
23           them are -- have been added to our agenda. 05:16:17
24               And that's it for me.  Thank you.    05:16:20
25    CHAIRWOMAN ANDERSON:  Thank you, Mr. Frisch.    05:16:22
```



Page 301

```
 1                  I will call on Ms. Keys-Gamarra for  05:16:24
 2          an update from the Audit Committee.          05:16:27
 3   MS. KEYS-GAMARRA:  Yes.  I'm trying to get it        05:16:30
 4          on.  Thank you.                              05:16:33
 5                  Yes.  We had an Audit Committee       05:16:34
 6          meeting on December 9th where we reviewed    05:16:37
 7          several items, including the fiscal year     05:16:40
 8          2020 annual report which is an important     05:16:43
 9          initiative where we look at our              05:16:46
10          accomplishments in this past year.           05:16:49
11                  We completed the school board         05:16:53
12          approved audit plan and continued to         05:16:54
13          manage the fraud waste and abuse hotline     05:16:58
14          and received the report on that.             05:17:00
15                  We also looked at the success of our 05:17:03
16          audit buzz where we currently have over      05:17:06
17          1500 subscriptions and are working for a     05:17:08
18          greater outreach.                            05:17:10
19                  In January -- on January 5th, we      05:17:13
20          will have a school board work session to     05:17:15
21          review the audit report.  In addition        05:17:17
22          of -- to the annual report, the committee    05:17:20
23          also went through the fiscal year 2021       05:17:23
24          internal audit engagement and internal       05:17:25
25          inquiry status as well as the audit          05:17:27
```



Page 302

| | | |
|---|---|---|
| 1 | recommendations follow-up status. | 05:17:30 |
| 2 | Thank you. | 05:17:32 |
| 3 | CHAIRWOMAN ANDERSON:  Thank you very much, | 05:17:33 |
| 4 | Ms. Keys-Gamarra. | 05:17:34 |
| 5 | We are now up to item 9.01, which | 05:17:36 |
| 6 | are the board matters. | 05:17:40 |
| 7 | Barring any objections, since it is | 05:17:42 |
| 8 | 12:30, I would like to skip this board | 05:17:44 |
| 9 | matters for this evening.  If there are | 05:17:50 |
| 10 | any objections, please raise them at this | 05:17:51 |
| 11 | time by raising your hand. | 05:17:53 |
| 12 | MS. KEYS-GAMARRA:  Can we just shout happy | 05:17:57 |
| 13 | holidays to everybody? | 05:17:59 |
| 14 | CHAIRWOMAN ANDERSON:  We can certainly do that | 05:18:00 |
| 15 | before we adjourn.  I just wanted to give | 05:18:01 |
| 16 | some teacher wait time to get those hands | 05:18:04 |
| 17 | up for everybody who's clamoring to have | 05:18:06 |
| 18 | board matters at midnight. | 05:18:08 |
| 19 | We are now adjourned at 12:30. | 05:18:10 |
| 20 | Let's just wish the entire community a | 05:18:13 |
| 21 | happy holiday, a collaborative chorus. | 05:18:15 |
| 22 | (All saying "happy holidays.") | |
| 23 | CHAIRWOMAN ANDERSON:  Thank you everybody. | 05:18:15 |
| 24 | Good night. | 05:18:16 |
| 25 | (Audio recording ended.) | |



Page 303

1          TRANSCRIPTIONIST'S CERTIFICATE

2

3          I, Mary C. Dopico, CSR, RPR, CRR,                    05:18:16

4  Transcriptionist, certify that the foregoing is a true   05:18:16

5  and accurate transcription of the audio recording of     05:18:17

6  the proceedings in the above-entitled matter; said       05:18:17

7  audio recording titled:                                  05:18:18

8          FCPS School Board Meeting 12-17-2020.mp4;         05:18:18

9          I further certify that I am neither counsel       05:18:19

10 for, related to, nor employed by any of the parties to   05:18:19

11 the action in which this proceeding was taken;           05:18:20

12         I further certify that I am not financially       05:18:21

13 or otherwise interested in the outcome of this action.   05:18:21

14         Certified to by me on this the 21st day of        05:18:22

15 July, 2021.                                              05:18:23

16

17         _____

18                 Mary C. Dopico, CSR, RPR, CRR            05:18:23

18                 Texas CSR No. 463, Exp. 4/30/2023         05:18:23

19                                                          05:18:23

19 Independent Contractor To:                               05:18:23

20 Magna Legal Services                                     05:18:24

20 Seven Penn Center                                        05:18:24

21 1635 Market Street, 8th Floor                            05:18:24

21 Philadelphia, PA  19103                                  05:18:24

22 215/207-9460  Fax: 215/207-9461                          05:18:25

23

24

25



**A**

**AAP** 25:20 27:18
42:10 44:15
65:13 124:7
150:2,11 158:10
158:10 218:24
219:3
**AAPAC** 246:12
247:1
**AARTs** 116:23
**abilities** 44:2
**ability** 123:20
164:7 166:13
218:25 219:1
222:18 250:6
**able** 12:12,16 13:3
20:9 50:1,4,7,9
50:13,17 87:11
88:11 90:11
112:19 114:5
122:6,7 125:6
128:15,16 129:6
144:3,4,5 154:9
155:10,20 156:3
180:17 183:20
188:21 190:5
192:7 211:18
212:13,16
248:15,24 249:2
249:4,18 267:19
283:1
**above-entitled**
303:6
**absence** 91:8
183:11
**absolutely** 59:20
128:8,24 163:25
180:21 257:15
264:1
**abstaining** 151:24
230:8 235:8
271:4 279:20
**abstentions** 6:16
106:24 279:18

**abuse** 301:13
**academic** 26:15
44:14 47:8 50:9
119:21 123:13
124:5,11,20
143:2 164:18
245:15 246:12
246:13 259:11
261:9
**academically**
164:12
**academically-ex...**
110:20
**academics** 115:19
261:18
**academy** 39:22
**accelerated**
116:22
**acceptable** 284:8
**accepted** 45:2,3
70:13
**accepting** 28:14
**access** 14:20 23:20
112:15 115:18
116:10,22
118:25 119:23
122:8,16 141:4,7
155:3 158:24
165:20 169:16
176:16 179:21
180:17 182:13
194:14 211:17
222:24 236:6
260:16
**accessible** 121:17
136:19 166:3
**accommodate**
80:7
**accommodates**
80:8
**accommodating**
80:10
**accomplish**
160:11 240:9

283:1
**accomplished**
49:24
**accomplishment**
61:20
**accomplishments**
301:10
**account** 36:19
160:2
**accountability**
125:18 126:1
242:10 243:6
258:1
**accountable** 49:13
241:24
**accounts** 118:7
**accurate** 303:5
**achievable** 190:9
190:22,22
**achieve** 7:16 38:4
41:24 97:24
106:10 108:15
109:21 115:21
138:17 177:3
188:5 189:9
227:24 242:7
**achieved** 189:18
**achievement**
65:23 99:14
123:13 143:3
239:20 245:14
246:10 261:17
**achieving** 152:2
177:4 240:17
242:5 254:17
260:13
**acknowledge**
134:23
**acquire** 36:16
**acquisitions** 63:7
**acreage** 85:1
**ACSD** 285:16
287:11,16
290:24 291:4

**act** 27:20 50:5
178:16 200:2
**acted** 27:9 206:16
**action** 8:11 9:17
11:18 16:20
18:21 86:15 95:2
95:6 96:14 155:2
233:16,20
234:15 297:3
303:11,13
**actions** 21:17
94:23 241:23
242:2 289:21
300:10
**active** 74:21
153:18 206:20
**activism** 21:21
**activist** 20:3,11
**activities** 116:25
119:7
**actual** 62:19 80:18
**Adams** 9:9,10,12
9:12 12:8 15:13
16:1,14,15,16
**add** 147:25 160:25
166:5,8,10
197:11 212:14
212:16 219:22
223:24 233:13
245:18 246:6,11
247:11 248:4
258:23
**added** 113:13
133:6 300:23
**adding** 163:8
**addition** 78:6
301:21
**additional** 75:10
84:17 101:16
133:10 135:20
136:1 146:15,23
160:7,15 161:11
165:24 166:4
168:21 190:24

192:13 196:3
215:14 224:19
228:8 239:24
255:19 256:23
257:7 261:22
266:3 294:13
298:24 300:11
**Additionally**
114:23
**additions** 69:20,21
71:6,11 78:7,8
**address** 8:10 9:4
25:12 50:17
57:12 70:12 74:5
80:3 84:23 88:4
101:8 123:17
125:17 126:15
129:5 137:12,17
206:15,21
214:25 215:1
263:25 285:5,13
**addressed** 42:11
42:14 57:8
206:20 233:5
285:20 286:18
**addresses** 126:11
142:20 255:24
**addressing** 125:1
143:2
**adequate** 72:18
101:18 103:24
239:21 254:12
254:13,23
255:22 260:10
260:12 261:19
**adjourn** 302:15
**adjourned** 302:19
**adjusted** 100:2
283:4
**adjustment**
212:13,17
**adjustments** 214:8
272:15
**administer** 180:13



**administered**
124:4 152:7
162:5 170:11
171:6 184:16
185:12 197:6
205:3 266:9
**administering**
163:7 172:8
174:5 180:23
183:13,14
**administration**
12:2 19:4 31:25
33:14 39:6,19,20
41:9,19 114:10
173:23
**administrators**
283:16
**admission** 30:19
39:7 47:6 48:5
49:5 102:3 106:8
108:12,13 145:1
151:14 185:17
186:18 208:7
243:16
**admissions** 21:1,8
21:12 25:13
27:22,25 28:20
40:20 44:18 94:9
97:17,22 98:2
106:4,12 107:23
108:17 109:2,6
109:25 112:23
114:12,14,17
117:4 118:18,20
118:21 119:20
125:13 127:15
127:15,22 128:7
128:22 129:11
140:23 143:15
143:16,20 151:1
152:13 167:20
168:3,4 170:15
174:8,13 182:19
194:1,18 197:10

204:9 213:25
226:22 231:1
234:5 237:23
239:8 243:11
256:25 257:11
261:2
**admit** 39:3,8
**admitted** 100:12
101:4 145:4,13
189:20 239:9
261:3
**adopted** 47:7,14
83:12 88:16
265:8,15,16,24
296:8
**adult** 66:5
**advance** 296:14
**advanced** 44:14
115:19 119:1,21
124:5,11 187:19
214:18 245:15
246:11,13
259:10 261:18
**advantage** 28:8
101:6,8 112:19
159:6 272:4
**adverse** 97:15
**advertisement**
139:22,25
**advice** 187:8
**advisory** 25:20
99:15 101:13
245:16 246:12
246:14 259:11
261:18
**advocacy** 51:8,11
52:4 55:20 56:3
56:6 101:14
116:9 117:22
121:21 123:1
229:13 244:7
292:1,18
**advocate** 103:7
122:21 138:24

282:6 289:2
**advocated** 113:22
117:25 282:10
**advocates** 50:25
109:3 111:4
112:22 117:19
121:12,15
122:20,24 281:1
282:9 287:2
288:8 289:10
**advocating** 122:21
**affect** 248:13
265:22
**afford** 140:5
**afraid** 38:17 198:3
**afternoon** 9:2
128:13 144:1
248:18
**agencies** 7:9
**agenda** 8:12 9:18
16:21 20:3 86:4
94:8 180:2 273:2
279:1 280:16
293:3,21 295:9
295:21 296:5,5
296:10,16
300:22,23
**aggressive** 140:18
**ago** 22:11 73:10
128:3 133:19
135:22 153:2
204:20,22
228:21 273:15
274:6
**agree** 9:25 17:3
104:15 118:16
121:8 148:15
163:4 182:7
196:24 215:10
**agreed** 70:9
204:16
**agreement** 96:9
**agreements** 75:7
**ahead** 9:11 16:11

29:5 46:18 96:5
106:1 111:14
120:22 134:10
141:21 146:4
147:14,17
149:15 155:25
165:10 170:4
171:17 175:2,20
184:3 190:12
201:2 202:19
203:19 204:14
205:14 212:21
216:10 217:11
220:10 225:21
231:12 232:18
233:7 260:2
264:1 265:2
267:10 268:16
271:18 280:20
**aid** 66:10
**AIM** 65:24
**Akshay** 21:24
**Aldrin** 83:22
**algebra** 22:16 26:2
45:1,10 152:9
185:14 205:6
**align** 158:16
**alignment** 158:17
**alleged** 48:23
**allegiance** 4:1,4
**allocated** 70:19
113:24
**allocation** 63:10
70:25
**allotment** 231:5
**allotments** 186:22
208:11 214:4
**allotted** 132:13
**allow** 35:6 265:24
271:25
**allowed** 74:24
99:8 299:17
**allowing** 60:11
147:1 158:1

178:16 179:5
201:11
**allows** 72:19
127:23 149:2
165:21 190:25
**altered** 222:1
**alternative** 65:15
65:17,22
**altogether** 31:6
**alumni** 20:11
99:16 101:15
104:22,25 118:3
**amazed** 36:8
**amazing** 55:16
127:17 289:10
290:9
**amenable** 212:12
245:18 247:3
**amend** 171:3
174:15 212:19
217:13,14 232:3
236:12 238:2
**amended** 231:16
232:10,12,14
293:20 295:8
**amending** 216:5
231:22
**amendment** 70:17
70:18 133:4
170:22 171:9
172:14,20 175:4
176:11 177:7,25
178:2,9 179:23
180:8 182:12
184:7,14 191:4
193:5,13 212:17
212:19 216:8,11
217:19,22 224:4
229:2,17,21
230:12,13,14
231:14 245:21
246:2 247:10,10
247:25 251:16
258:4,10 263:8



278:15
**amendments**
105:22 128:14
135:12 146:23
195:22 213:2
247:14 258:9
**America** 4:5
**amount** 86:1
87:18
**analysis** 30:22
42:15 47:20
118:6 129:4
285:18
**Anderson** 2:4,6,9
2:12,18,20,23
3:2,4,6,8,11,15
3:19 4:10,21,24
5:3,8,14 7:1 8:1
12:7,25 13:2,9
13:20,23,24,25
14:1,6,18 15:1,6
15:9,13,19,25
16:5,9 43:19
46:2,7,10,14,17
46:21 51:16
53:22 54:3,4,9
54:11,19,23
55:11 61:18 62:4
86:24 89:1 92:13
94:3,12,13,15,17
94:19,24 95:20
95:23 96:2,11
98:5 100:4,6
106:17 107:6
108:19 110:15
111:11,19,22,25
112:2 115:24
116:4 117:12
120:4,10,22
123:2,6 126:18
129:22 132:21
132:23 133:23
134:4,9 135:2,5
138:4 140:8

144:15 145:25
146:4 147:4,14
147:17 149:6,15
149:17 150:16
152:17 154:3,17
155:16,25
156:12,14
158:20 161:18
161:20 163:19
164:24 165:9
166:7 169:19,20
170:4,18 171:8
171:16 172:16
172:20 173:16
174:22 175:11
175:16,17,19
176:12 177:9
178:4,7,23
181:24 182:4
183:5,22 184:1,3
184:13,18,24
186:24 188:11
188:23 189:12
190:11 191:22
192:1,6,12 193:7
195:14 196:21
198:11,14,17
199:3,11,20
200:11,16,20,23
201:1,4,13,15
202:1,8,14,16,18
203:8,16,23,25
204:13,23 205:9
205:12,19 206:1
206:17,23 207:3
207:6,8,9,13,18
208:19 209:4,20
209:24 210:1,3,5
210:7,9,13,15,17
210:19 211:6,7
211:20 212:3,15
212:25 213:11
213:15 216:1,7
216:19,22

217:10,18
219:19,23 220:7
220:21 221:10
221:13 223:18
223:24 224:18
225:17,20 227:8
228:15 229:16
231:9,12,16,20
231:23 232:1,6,8
232:11,13,17
233:6 234:17
235:17,25
236:22,24
237:17,24 239:2
240:4 241:17
242:12,21 244:3
244:18 245:20
246:1 247:12,17
247:22 248:3,9
249:2,9,13,20,25
250:8,14 251:13
252:7,15,24,25
253:6,16,25
254:3,7 255:25
258:5 259:3,9,19
259:20,21 260:2
260:6,23 262:13
263:13,22 264:1
264:22 265:1
266:2,5,15,21
267:7,9,24 268:3
268:5,7 269:9,23
270:5,14 271:17
271:21 272:1,8
273:4,6,11,18
276:15,21
277:18 278:8,16
278:22 279:10
279:23 280:2,17
280:19 282:12
284:13 285:25
286:23 287:25
288:23 290:11
291:10 292:3,12

292:24 293:22
295:25 296:1,4
296:20,22,25
297:10,12 300:1
300:25 302:3,14
302:23
**and/or** 28:12
123:21 254:10
**angry** 125:10
**Annandale** 80:14
**announcement**
6:24
**annual** 69:16 70:1
71:22 228:7
239:7 240:15
250:22 251:7,10
251:11 252:12
252:17 254:1
255:7,10,14,17
255:20 261:1
301:8,22
**annually** 63:1
**answer** 90:11
142:17 149:21
192:10 201:25
202:9
**answered** 130:23
134:8 192:9
**anticipated** 85:23
**anticipating** 53:19
**anti-Asian** 23:6
**anti-racism** 103:4
**anti-racist** 119:9
119:13,16
300:14
**anybody** 39:12
95:19 277:15
299:5
**anyway** 159:25
224:14 263:2,10
**apart** 128:5
**apologize** 30:12
38:20 87:9 94:24
94:25 120:4

143:22 150:22
155:19 156:11
190:18 209:7
225:24 242:16
262:14 280:10
292:9 295:24
**appalled** 39:8
**applauding** 54:21
**applicable** 65:25
70:14 81:15
82:23 85:3
**applicant** 70:9
164:14 167:24
237:3
**applicants** 110:10
129:21 194:2
236:17,18 237:5
238:7,9
**application** 27:8
102:4 115:11
141:14 166:14
166:21 168:9
**applications**
132:18
**applied** 58:11
148:7
**applies** 117:5
**apply** 36:16 40:25
45:2,5 164:20
166:19 167:12
167:17 168:8
174:20 175:24
**applying** 139:7
177:15 237:16
**apportioned** 142:5
**appreciate** 6:21
9:18 10:6 11:4
16:21 17:9 18:7
61:23,23 88:25
89:10 90:22
92:10,16 120:21
121:6,20 129:12
138:21 165:13
171:21 193:19



203:11 215:23
218:7 233:10,24
244:15 245:5
254:7 258:3
271:21 276:14
282:16 291:19
**appreciated** 87:20
291:7
**appreciates**
294:15
**appreciation** 51:5
62:13 289:9,12
289:15
**appreciative** 36:9
135:24 285:9,15
287:11,22 290:4
**approach** 23:6
63:16 112:9
113:15 114:4
115:9 130:1
133:3 142:21
145:19 164:1
168:25 197:9
**approaches** 10:1
17:4 113:1 285:7
**appropriate** 8:15
8:21,23 73:12
130:10 143:23
227:24 253:21
253:23 283:14
**appropriately**
228:5
**appropriation**
69:17
**approval** 20:20
70:10 296:11
**approve** 266:7
272:24 278:23
280:14 293:1
**approved** 52:15
92:6 188:6
266:13 300:8
301:12
**approving** 268:21

**approximate**
148:4
**approximately**
73:16 74:2 76:14
76:14,16 77:4,5
77:6
**aptitude** 109:21
121:19 122:7,15
153:13 195:1
**Archer** 78:24
**Architects** 53:9
**area** 41:4 45:19
55:24 77:15,16
78:1 80:4 85:1,1
140:22 155:15
**areas** 101:19
**argue** 23:5
**arguments** 112:25
**Armstrong** 79:8
**arrive** 109:5
**arrived** 92:25
**articulate** 10:5
17:8
**articulated** 199:21
**articulating**
135:17
**artificially** 26:14
**arts** 32:8 124:21
**Asian** 23:7,8 47:25
**aside** 88:2
**asked** 26:1 60:2
165:3 258:13,14
258:16 265:12
267:2 279:22
**asking** 40:16
90:17 91:19
130:23 156:5
165:25 176:3
179:13 198:12
199:4,15 246:6
286:19
**aspects** 130:9
**aspirational** 189:8
195:19 215:16

220:19 224:6
227:18 229:4
244:13
**Asra** 19:10,11
**assess** 219:1
**assessment** 63:23
80:23,24 102:4
179:10
**assets** 73:1
**assigned** 68:4 81:8
**assignment**
136:13
**assist** 110:4 241:9
**assistant** 62:6
**associated** 300:18
**Associates** 73:8
**Association** 9:14
16:18 114:1
**assumed** 251:17
**assuming** 265:18
265:18
**assumption**
251:22
**athletes** 50:14
**attacking** 104:24
**attacks** 30:3
**attempt** 137:16
**attend** 68:5,14,18
115:23 149:25
150:10 236:16
238:6
**attendance** 209:21
**attending** 68:7,11
148:9 150:7
236:15 238:5
239:11 261:5
**attention** 7:7 22:2
101:21 275:17
**attentive** 109:22
**attract** 104:16
**attrition** 42:14
239:9 241:3
261:4
**audience** 33:17

**audio** 1:11,16,19
2:1 35:4 87:12
94:16 95:21
129:17 208:1,5,5
208:19 228:7
302:25 303:5,7
**audit** 73:9,10
301:2,5,12,16,21
301:24,25
**auditor** 300:12
**August** 21:9
**authorize** 96:7
293:19 295:7
**automatically**
32:23 165:22
166:25
**available** 11:20
12:5 18:23 19:7
52:25 64:5,11
124:23 158:4
239:24 261:22
**average** 66:25
**avoid** 153:17
**award-winning**
74:17
**aware** 43:4 264:4
**awesome** 61:20
**awful** 237:2
**a.m** 298:17

---

**B**

**B** 194:6
**back** 16:2 25:23
40:16 42:15 61:3
90:24 131:9
140:5,6 187:8
192:4 208:13
209:17 218:17
228:10 241:4
263:7 276:1
283:2
**background** 38:24
**backgrounds**
97:10 100:15

107:16 143:9
**backlog** 74:1
**back-and-forth**
134:20
**bad** 227:3
**badly** 227:4
**balance** 97:25
106:11 108:16
275:3,4
**ban** 281:10,12
282:20
**Band-Aid** 39:4
**banning** 281:9
286:11
**bargaining** 34:5
**barrier** 155:13
176:19,21
**barriers** 141:10
153:18 154:8
164:3 165:20
176:18
**barring** 209:14
302:7
**base** 65:9,11,11
68:5,12 149:25
151:11 154:11
**based** 47:19 72:9
89:18 108:9
118:10 130:6
138:13 145:16
149:13,24
155:10 159:12
160:13 167:11
167:14 168:22
187:7 208:4
213:22 230:23
**baseline** 191:13
192:22
**basically** 232:4
**basing** 120:15
**basis** 30:20 133:17
**Baslar** 48:6
**bat** 289:23
**bear** 96:3 211:4



**befall** 33:23
**began** 64:20
**beginning** 29:18
   91:2 98:16
   148:16 243:19
   275:3,3 281:11
**behalf** 34:25 35:15
   62:12
**behavior** 37:3
   281:15 283:24
**behavioral** 285:3
**believe** 7:17 11:1
   14:8 18:4 26:17
   29:10 46:11
   53:23 100:16
   102:7 119:9,15
   124:25 128:20
   128:21,24
   140:18 157:6,6
   181:14 199:15
   211:16 212:5
   214:21 216:12
   264:19 268:11
   289:17 299:8
**believed** 26:8
**believes** 11:9
   18:12 24:12
   178:19
**Bell** 28:24 41:25
   45:24 115:2
   126:13 129:16
   137:20 144:9
   169:11 181:22
**Belle** 80:14
**belong** 170:24
**belongs** 169:22
   183:3 216:9
   246:3 258:10,17
**Belvedere** 75:15
**Benny** 57:4
**best** 5:23 10:19,20
   17:22,23 37:9
   42:19 60:6
   104:18 105:17

112:23 118:9,12
   120:1 121:25
   122:25 125:11
   125:24 127:9,20
   129:6 189:4
   194:19 195:5
   236:11 284:25
**Beth** 51:18
**bets** 28:6
**better** 22:24 27:18
   105:1 128:8
   131:3 135:13,16
   146:12 154:8
   158:17 177:24
   190:23 284:5
   291:16,23 298:5
**beyond** 90:18
   124:22 131:18
   194:23 287:11
**biases** 26:12,21
   28:13,19
**big** 28:10 91:3
   162:6 196:15
   275:15 276:11
**bigger** 248:22
**billion** 76:14 77:4
   77:6
**binary** 39:21
**birth** 66:12,14,21
   66:23
**births** 66:16,19
**bit** 54:6 88:6 99:24
   116:4 130:4
   134:14 156:19
   160:5 165:17
   169:4 188:7
   192:18 196:19
   220:12 228:25
   249:17 280:4
**black** 23:1,2 26:19
   38:25 39:25 40:9
   40:22 47:24
**blackjack** 28:4
**blame** 34:2,3,3

39:9
**blank** 296:19
**Blasser** 44:17
**blue** 55:3,7 66:20
   67:13 69:2 81:11
   81:12
**board** 1:3,20 2:2
   3:22 5:20,21 6:4
   8:6 9:4,17 10:16
   12:1 16:20 17:19
   19:3 20:12,20
   22:1 27:10 29:9
   30:16 31:5,25
   33:13 34:25
   35:15,18 38:18
   39:5,19 41:18
   43:20 46:25
   48:19 49:15,21
   52:10,15,21
   53:17,17 56:9
   58:3,12,16,20
   64:23 70:2,23,24
   73:9 76:9 86:15
   87:23 92:8,25
   93:11,24 94:1
   95:3,6 96:7 97:4
   97:21 102:1,16
   103:4 105:16
   106:7 107:10
   108:3 111:6,12
   115:8 119:12
   128:17,23
   129:13 130:7,19
   131:17,25
   132:19 133:5
   137:15 141:12
   141:13 143:25
   146:20 151:5
   154:18 167:6
   169:4 171:22
   183:21 189:2,8
   193:2,21 197:23
   200:7 201:7
   204:3 207:5

216:23 224:10
   226:4 227:18
   233:15,17,19,21
   234:2 239:8,23
   241:8,8 242:3
   250:22 251:2,8
   252:3 254:4,24
   255:13,17 261:2
   261:21 263:25
   264:6 265:17
   266:6,12 269:21
   272:24 273:19
   275:11 277:1,20
   278:23 280:13
   281:21 284:20
   284:21 286:9,14
   287:10 289:3
   291:16 293:1,18
   294:2,5,12,15
   295:5 296:12,14
   296:16 297:12
   298:1,8 299:9,11
   300:2,21 301:11
   301:20 302:6,8
   302:18 303:8
**BoardDocs** 197:21
   198:5 199:22
   200:8 201:18
   205:16,17,20,21
   207:7 208:17
   209:3,11 211:12
   211:23 212:1,2,3
   212:11 214:9
   218:9,11 233:20
   236:6 265:6
   268:20 269:5
   272:15
**board's** 254:15
**bodies** 127:12
**body** 88:16 97:9
   100:14 107:15
   110:24 111:1
   129:13 169:23
   170:24 183:4

200:2 216:9
   258:11,16,18
   259:13
**bold** 102:8
**bond** 69:15,17
   71:12 72:1 73:22
   76:20,21,24
**bonds** 76:15 77:6
   83:11 88:2
**bond-funded**
   69:18
**Bonitatibus** 101:1
**Bonnie** 78:25
**boost** 50:15
**booted** 245:2
**Boston** 113:8,21
**Botang** 51:7
**bottom** 234:1
**boundaries** 8:10
**boundary** 68:3,6
   84:14
**box** 61:8
**Boyd** 36:2,4,10
   280:25 281:19
   287:5 288:6
   289:22 290:7,10
   290:18 291:24
   292:16 293:13
**Boyd's** 285:9
**Brabrand** 20:21
   29:16,18 30:10
   30:15 31:8 48:22
   61:25 62:3,11
   89:24 91:13,16
   92:8,12 102:15
   113:2 120:23
   129:18,22,23
   141:23 142:17
   159:1 189:25
   190:10,11,13
   192:2,3,4,8
   250:25 251:4
   254:11 257:6,13
   257:15,20



289:17 290:2,6
293:19 294:16
295:6 297:4,8,9
300:1
**Brabrand's** 27:2
28:23 31:4 49:2
120:15
**Braddock** 78:16
**Brae** 78:25
**brand** 289:23
**breadth** 36:5
286:16
**break** 11:6 12:22
15:12,18 18:8
26:24 55:21
59:11 60:22 61:9
61:14 209:6
295:21 299:13
299:24
**breakdowns** 72:24
**breaks** 93:21
**Bren** 79:7
**brief** 98:11 100:7
269:11,15
280:23 300:6
**Briefing** 92:9
250:25
**briefly** 55:22
102:14 110:17
140:10,11
171:20 220:1
227:17 237:19
281:18 286:3
**brighter** 7:12
**brightest** 194:19
**brilliant** 40:1
**bring** 109:19
125:15 134:21
136:1,21 137:25
176:2 194:25
218:15 249:3
262:21 263:3,7
282:7
**bringing** 90:22

102:15 103:24
122:19 154:15
243:4 257:1
282:19 290:21
**bro** 55:3
**broad** 219:11
221:6 222:8
223:15 269:2
**broken** 83:19
290:16
**Brookfield** 79:8
**Brookings** 113:5
**brought** 113:2
136:22 228:21
284:23
**brown** 26:19
**bubble** 54:5
**budget** 8:9 91:23
91:25 92:5
160:16 162:2
191:7 263:17,20
272:16,20,23
273:2 274:8
275:10,18
278:25
**budgetary** 159:2
**budgeted** 73:13
**build** 37:10 39:23
85:1 110:6
115:16 177:16
288:18
**building** 72:6,10
82:4 85:1 88:2
100:13 181:8
**buildings** 72:15
73:6 283:11
**built** 31:5 36:11
76:1 294:19
**bumped** 248:11
**burden** 91:24
163:9 172:9
**Burke** 65:18
**burn** 33:5
**bus** 176:6,19

**business** 5:24 6:1
8:2,11,24 37:16
86:11,11 103:2
140:6 274:1
276:19 277:4
297:1
**businesses** 7:9
**bust** 54:5
**busy** 157:1
**button** 295:17
**buttons** 147:12
279:10
**buy-in** 23:22
**buzz** 301:16

---
**C**
---

**C** 1:23 303:3,18
**Cades** 34:21,22,22
35:10,12,13
**cadre** 110:3
**calculate** 231:5
**calculated** 64:1
84:13
**calculates** 186:21
208:10 214:4
**call** 3:11 6:23 9:6
16:11 31:14 35:7
46:4 53:24 61:25
67:6 86:6 93:14
94:20 95:9 96:24
97:1 107:7
144:17 149:19
150:18 152:2
183:9 184:4
186:5 209:8,13
227:14 235:20
238:1,20 259:15
260:24 262:11
270:15 278:18
278:20 280:6
290:12 292:6
293:15 295:2,20
297:4 300:3
301:1

**called** 68:7 175:13
259:23
**calling** 234:20,21
**calls** 35:24 291:6
**camera** 31:17 87:9
87:12 111:16
123:5 248:12
262:15 280:10
**cameras** 116:3
**camera's** 120:25
**campaign** 7:6
**campus** 105:2
**candy** 43:21,21
**cap** 110:13
**capabilities** 26:13
119:25 155:5
**capability** 153:14
**capacities** 82:17
**capacity** 63:5,24
63:25 64:8 70:21
72:2 78:4 80:23
80:25 81:6,13,14
81:15,16,18,19
81:21,21 82:3,11
82:14,15,20 83:2
83:23,25 84:6,12
84:19 85:5,6,11
85:16,17,18,19
85:20,23 102:5,6
141:12 148:10
**capital** 8:9 52:20
62:1,16,19,21
63:4,9 64:7
69:17,19 71:15
71:24 73:14,25
80:13 82:16,22
84:17,19
**capture** 98:10
160:14
**cards** 28:4,5
**care** 41:16 61:6
299:19
**career** 294:20
**careful** 37:18 38:3

135:9
**carefully** 105:20
294:5
**CARES** 50:5
**caring** 105:3
281:24 282:3
285:13 289:24
**carried** 203:19
**carries** 152:1
186:4 238:19
262:10
**carry** 230:10
235:19 280:5
**Carson** 75:17
**case** 24:22 53:12
141:17 180:21
267:18
**cash** 63:9
**casino** 28:5
**catch-all** 246:16
**cause** 88:8 183:3
234:9 235:12
248:13 249:16
**caveat** 166:16
**Cedar** 65:18
**ceiling** 26:14
**celebrate** 37:5
**census** 113:20
**center** 65:17,19,19
65:20,20 79:22
79:23,23 119:13
150:11,11
260:19 303:20
**centers** 65:15,22
150:3
**central** 23:18
**centralized** 37:23
**Centre** 79:10
**Centreville** 75:16
79:14
**certain** 99:7
139:12 219:12
245:8 291:20
**certainly** 9:25



17:3 32:9 128:1
129:8 130:18
146:13 150:6
160:25 161:9
172:10 181:21
183:12,20 234:3
252:2 254:20
282:21 287:10
302:14
**CERTIFICATE**
303:1
**certification** 5:16
**certified** 84:1
303:14
**certify** 5:20 303:4
303:9,12
**chair** 87:8 96:6
97:3 107:2,9
130:21 152:4
169:22 204:1,12
219:22 231:13
233:4 265:3,19
284:18 285:24
292:7 293:20
294:7 300:16,17
**chairman** 16:5
62:3 295:7 297:9
**CHAIRWOMAN**
2:4,6,9,12,18,20
2:23 3:2,4,6,8,11
3:15,19 4:10,21
4:24 5:3,8,14 8:1
12:7,25 13:2,9
13:20,24 14:1,6
14:18 15:1,6,9
15:13,19,25 16:9
46:2,10,14,17,21
53:22 54:4,9,11
54:19,23 61:18
86:24 89:1 92:13
94:3,13,15,17,19
94:24 95:23 96:2
96:11 98:5 100:6
107:6 108:19

110:15 111:11
111:19,22,25
112:2 115:24
116:4 117:12
120:4,22 123:2,6
126:18 129:22
132:21,23
133:23 134:4,9
135:2,5 138:4
140:8 144:15
145:25 146:4
147:4,14,17
149:6,15,17
150:16 152:17
154:3,17 155:16
155:25 156:12
156:14 158:20
161:18,20
163:19 164:24
165:9 166:7
169:19 170:4,18
171:8,16 172:16
172:20 173:16
174:22 175:11
175:17,19
176:12 177:9
178:4,23 181:24
182:4 183:5,22
184:1,3,13,18,24
186:24 188:11
188:23 189:12
190:11 191:22
192:1,6,12 193:7
195:14 196:21
198:11,14,17
199:3,11,20
200:11,16,20,23
201:1,4,13,15
202:8,14,16,18
203:8,16,23,25
204:13,23 205:9
205:12,19 206:1
206:17,23 207:3
207:6,9,13,18

209:4,20,24
210:1,3,5,7,9,13
210:15,17,19
211:7,20 212:3
212:15,25
213:11,15 216:1
216:7,19,22
217:10,18
219:19,23 220:7
220:21 221:10
221:13 223:18
223:24 224:18
225:17,20 227:8
228:15 229:16
231:12,16,20,23
232:1,6,8,11,17
233:6 234:17
235:17,25
236:22,24
237:17,24 239:2
240:4 241:17
242:12,21 244:3
244:18 245:20
246:1 247:12,17
247:22 248:3,9
249:2,9,13,20,25
250:8,14 251:13
252:7,15,24
253:6,16,25
254:3,7 255:25
258:5 259:9,21
260:2,6,23
263:13 264:1,22
265:1 266:2,5,15
266:21 267:7,9
267:24 268:3,5,7
269:9,23 270:5
270:14 271:17
271:21 272:1,8
273:4,6,11,18
276:15,21
277:18 278:8,16
278:22 279:10
279:23 280:2,17

280:19 282:12
284:13 285:25
286:23 287:25
288:23 290:11
291:10 292:3,12
292:24 293:22
296:1,4,20,22,25
300:1,25 302:3
302:14,23
**challenge** 103:8
115:9 299:18
**challenged** 41:14
**challenges** 23:10
72:23 76:3
153:19 157:8,23
274:8 294:14
**champion** 289:5
**chance** 24:6 154:2
215:6,19 219:15
224:23 227:11
**chances** 221:18
**change** 21:1,7
24:19 66:11
82:18 117:3,4,5
125:12 144:12
145:18 194:3,7
197:4 217:12
220:23 229:3
241:11 247:11
251:15 252:7,19
258:22 265:21
265:25 267:21
**changed** 20:22,24
70:16 212:9
236:6 271:25
**changes** 21:12
47:22 48:23 49:5
49:6 80:19 91:18
98:1 102:2
106:12 108:16
118:23 125:16
140:1 196:3,9,15
209:2,9 215:11
226:19 241:12

258:21 259:14
272:25 278:24
300:9
**changing** 63:13
197:9
**character** 32:19
192:17
**charge** 105:15
**charity** 32:25
**charter** 22:13
41:10
**chat** 155:21
**chatting** 156:19
**cheaper** 162:14
**check** 5:5 15:22,24
16:5 53:2 99:5
209:21
**checking** 13:7,13
14:11,15,16
**cheering** 54:21
55:1
**chemistry** 22:23
**Chicago** 113:16,20
**chief** 47:21 50:9
50:11 192:25
239:15 261:9,10
**child** 40:25 43:21
127:23 155:5
**childhood** 119:5
**children** 32:16
44:7 105:8 141:3
141:9 145:4
157:4,5 178:17
257:19 299:21
**children's** 299:22
**child's** 7:24
**choice** 25:2 41:19
41:19 152:12
164:12,21
170:15 185:16
**choosing** 33:11
**chorus** 302:21
**chose** 41:17 90:6



**Chris** 44:17
**Christmas** 51:23
**Church** 79:1
**CIP** 53:6 62:4,16
  63:1,16 64:6,10
  64:19,19 66:1,10
  69:12,13 77:13
  77:19,25 78:5,12
  78:21 79:4,19
  80:1,18 84:17
  86:3,10,17,23
  87:15 89:12
**CIPs** 67:1
**circumstance**
  284:2
**cited** 22:2
**Citing** 44:25
**citizen** 8:3
**citizens** 9:3
**city** 68:16,20,23
**civil** 104:21
**clamoring** 302:17
**clarification** 88:20
  89:13 94:22
  133:11 155:18
  169:21 197:16
  202:15,21
  203:11,13
  212:23 233:10
  256:1 258:8
  263:16,19
**clarified** 99:12
**clarify** 98:14
  130:22 144:20
  147:15,19 149:4
  155:22 157:7
  174:5 183:10
  213:7 233:12
  264:15,16
**clarifying** 88:13
  99:21 165:13
  259:25 267:11
**clarity** 141:23
  164:15 180:22

256:7
**class** 44:21 98:2
  106:13 108:7,18
  115:12 151:9
  152:13 170:16
  185:17 186:11
  186:12 188:17
  206:10 207:25
  208:2 213:19,20
  217:16,25,25
  218:1 229:20
  230:20,21 233:1
  233:1 234:24
  239:9,12 261:3,6
  262:23
**classes** 108:10
  114:16 115:1
  151:11 186:15
  208:4 213:22
  230:24
**classifications**
  9:15 16:19
**classroom** 75:24
  298:17
**classrooms** 75:14
  75:19,23 82:9,10
  82:12,14 85:21
  85:22
**clean** 53:20
**clear** 24:21 101:15
  140:24 162:2
  186:8 187:5
  202:1,6 206:15
  226:10 227:4
  230:17 254:15
  266:6 269:22
  277:9
**clearly** 20:17
  23:14 44:21
  47:20 48:8 134:8
  140:12 168:2
  205:8 224:9
**Clearview** 80:15
**clerk** 9:5 184:10

184:11 197:16
  202:11 216:14
  216:24 248:21
  264:19
**clerks** 51:18 214:7
**climate** 105:2
  236:20 238:10
**close** 29:20 49:16
  60:19 299:10
**closed** 5:16,22 6:3
  6:5 29:21 94:23
  95:3,8 96:10
  206:24 299:16
**closely** 192:24
**closer** 33:22 158:9
**closings** 33:15,24
**clubs** 116:25
  239:13 261:7
**code** 5:19 113:24
  188:20
**Cohen** 3:2,3 5:6
  5:10 6:11 51:16
  96:12,16,23
  106:21 116:1,2,5
  118:19 122:12
  151:17 152:19
  154:4,6 175:2,3
  175:10,12,15,18
  175:21 176:14
  185:4,23 186:25
  188:12,14
  209:24,25
  217:20 219:20
  219:22 227:16
  228:16,17
  229:23 233:12
  235:1,21,22,23
  236:5,25 237:2
  238:16 262:7
  271:1 279:3
  286:2,24,25
  293:7 295:15
**cohort** 217:17
**coincidence** 32:2

**collaboration**
  37:10 285:16
  286:10 288:13
  288:16
**collaborative**
  281:20 290:20
  294:24 297:20
  302:21
**collaboratively**
  290:22
**collaborator**
  251:5
**colleague** 89:7
  126:23 138:7
  148:15 233:11
  269:16
**colleagues** 89:23
  99:13 105:20
  121:9 122:2,18
  134:13 136:7
  138:21 139:11
  140:4 145:20
  146:14 153:2
  177:6 181:5,10
  218:6 242:9
  272:5,19 275:9
  276:5 281:4
  285:19 288:9
  291:13 292:15
  294:8
**collect** 12:14
**collecting** 237:21
**collective** 34:5
  297:16
**collectively** 294:12
**college** 129:11
  143:17 194:1
**colleges** 114:1
  129:8
**color** 32:18
**column** 81:11,12
  82:24 83:3,7
  84:8
**columns** 81:23

82:21 83:13
**com** 99:1
**come** 3:22 56:16
  64:22 138:9
  139:1 164:19
  167:17 168:13
  209:17 225:13
  234:10 240:20
  241:4 246:25
  284:20 287:5
  288:16 294:8
  298:24 299:18
**comes** 49:16 148:2
  165:15
**comfortable**
  138:23 177:22
  250:19
**coming** 36:23
  40:16 118:3
  138:3 144:23
  145:22 162:20
  183:16 187:15
  216:4 283:9
**commend** 51:8
**comment** 166:9
**comments** 8:20
  61:24 87:5 111:5
  173:24 290:8
  291:1,5
**commitment**
  21:20 89:10
  189:3 242:3
  257:8 275:12
  289:19 294:7
  297:17
**committed** 9:21
  16:24 100:13
  284:24
**committee** 25:20
  70:6 71:20 99:15
  99:16 239:21
  245:14,16
  246:10,14
  259:11 261:17



261:19 300:3,4
301:2,5,22
**committing** 73:4
132:14 189:2
**common** 10:13
17:16 50:20
57:19
**communicate**
285:2
**communicated**
90:10 173:11
**communication**
10:10 17:13 37:3
37:9 90:4 236:13
238:3 246:23
283:24
**communications**
90:9
**communities** 7:10
139:13 141:7,8
177:20 289:20
290:1
**community** 11:14
11:20,23 12:11
13:12,17 18:17
18:23,25 20:7
23:22 24:3 31:1
31:9,12 35:22
42:17 43:4,4
55:17 56:7 58:4
58:21,21 60:21
61:14 74:21
76:20,25 90:12
111:3 114:19
117:19,23 118:4
122:24 124:10
125:8,9 126:3
128:5 137:1,25
143:1,7 239:19
240:23 241:9
246:9 257:18
260:9 261:15
281:2,21 282:19
285:12 286:6,18

289:2 290:21
291:15,25
297:18,22,24
298:12 302:20
**comparable** 119:6
**compared** 24:17
**compares** 66:15
**compassion**
299:20
**compassionate**
283:21
**compelling** 113:9
**compete** 164:7
**competent** 26:4
**competing** 189:6
**competition** 24:2
**competitions**
24:11
**competitive** 39:22
136:14
**compiled** 53:12
**complain** 105:5
**Complaints** 8:13
**complete** 175:12
181:13 278:18
**completed** 63:25
80:3,12 301:11
**completely** 56:25
148:14
**compliance** 5:17
**complicated**
227:25
**comply** 5:18
**component** 98:20
99:6 100:22
159:22 169:25
237:22 288:12
**components** 72:11
161:3
**comprehensive**
113:11
**compromise**
129:14 153:9
**computer** 25:17

59:13 111:17
147:18
**con** 120:16 146:22
**concept** 220:12
**concepts** 215:21
**concern** 169:3
190:21 218:7
233:14 256:21
259:2 277:2,10
**concerned** 127:1
143:1 190:20
197:13 215:4
234:11
**concerning** 48:16
48:18
**concerns** 4:17
10:5 17:8 35:23
36:6 126:23
129:5 214:13,25
215:1 234:5
253:14 255:24
257:1 277:15
285:11
**concerted** 90:23
91:3
**conclude** 137:23
**concludes** 53:23
86:22
**concrete** 30:21
53:3
**conditions** 63:13
63:23 70:8 96:10
**conduct** 8:22,23
**conducted** 73:7
114:11 237:9
**configuration**
84:24
**confined** 161:6
**confirm** 4:19,24
89:18 95:6,19
120:13,20
147:11 198:2
199:23 258:12
**confirmation** 90:4

91:23 95:2
**confirming** 94:23
**conflict** 40:6
**conflicts** 300:8
**confused** 156:11
187:9 222:7
264:20
**confusing** 200:25
**confusion** 202:3
249:17 264:5
267:16
**congratulate** 59:9
**congratulations**
54:13,22 55:2
61:19
**connect** 12:15
**connection** 5:7
6:19 8:19 87:10
**connectivity** 236:2
248:13 262:15
280:11
**conscience** 138:23
**consensus** 294:6
**consent** 265:13
267:3 295:21
296:5,10,16
300:21,22
**conservation**
74:20
**consider** 105:21
161:2,15 191:10
248:7 267:18
**considerably** 72:8
75:4
**consideration**
37:17 152:15
160:15 161:12
185:19 203:7
204:11 211:24
**considered** 6:4
41:2 42:24
127:23 130:17
165:21 246:17
**considering**

198:20 280:23
**consist** 75:19
**consistent** 105:3
120:6 212:10
**consistently** 30:11
**consisting** 104:3
**constant** 30:3
50:17 81:16
**constituents** 116:6
243:15 284:24
**Constitution**
29:11,12
**construction** 63:5
64:8 71:5,8,10
71:23 76:5 77:12
77:18,24 79:16
79:19 82:12 83:1
83:6,20
**consult** 128:2
257:9
**consultant** 25:19
**consultants** 40:24
**consulting** 47:16
**contact** 43:9 45:16
**contains** 120:17
**content** 32:19
**context** 233:14
234:8
**continually**
243:10,17
**continue** 9:19
10:11 16:22
17:14 36:19 51:1
51:11 58:23,23
76:4 89:9 102:25
103:7 105:11
122:13 179:12
196:4 197:10
210:23 214:25
226:21 249:25
250:9 263:4
264:5 275:18
290:2 297:19
298:10,11



continued 10:24
  18:2 55:1 237:7
  297:15 301:12
continues 10:15
  17:18 97:8
  100:23 107:14
continuing 51:25
  58:18 75:8 89:10
  119:19 194:17
  294:25
continuous 242:4
  243:23 260:20
continuously
  243:22
contract 10:13
  17:16 29:15 49:2
  293:18,20 294:6
  294:11 295:6,8
  297:14
contracted 274:23
  285:23
Contractor
  303:19
contracts 52:13
contribute 160:24
contributes 75:4
contributions 70:8
  71:1
controversial
  300:15
convene 5:22
convening 6:3
conversation 57:3
  58:1 98:15 99:23
  99:24 104:19
  136:25 137:6
  218:8 224:23
  225:6,14 226:4
  243:19 251:3
  263:7 277:24
conversations
  58:3 99:4 104:21
  118:8 134:20
  177:13 215:20

218:17,22 219:2
  219:4 263:5
  268:24 275:18
  287:6 288:5
convincing 30:21
  283:17
Cooper 78:18
  149:2
cooperation
  114:20
Corbett 2:18,19
  6:12 13:23,25
  14:1,3,22 15:21
  15:23 87:7,8
  88:22 89:2,8
  96:19 106:20
  111:14,15,21,22
  111:23 112:1,3
  115:24 144:16
  144:19 146:7
  151:16 154:20
  154:21 174:3,4
  174:22,24 175:9
  176:12,14 185:3
  185:22 189:13
  189:14 190:16
  190:19 191:24
  192:12,16 193:4
  209:22,23
  220:10,15,17
  229:24 235:1
  238:14 240:5
  241:18,20
  259:19,22 260:4
  260:5,8 262:4
  271:1 276:16,17
  277:11,12 278:1
  278:17,20
  279:19,21,24
  284:16,18
  285:25 293:9
  295:14
core 64:5 108:9
  151:11 186:15

208:4 213:22
  230:24
corner 79:8
  103:10
cornerstone 39:11
  39:14
correct 46:10
  49:11 89:20,21
  102:18 121:2
  137:16 142:18
  159:8 164:21
  168:19 192:19
  192:20 199:19
  203:23 220:5
  226:2 258:15
  266:11,14,15
  270:8 271:15
Correction 184:21
correlation 44:22
corresponding
  83:17
corrupted 33:9
corruption 21:18
  40:7
cost 71:9 73:4
  75:10 159:3
  160:18 181:2
  183:18
costing 76:8
costly 165:16
costs 72:23 274:20
  300:18
cost-savings
  172:10
council 73:3
  300:12
counsel 120:12
  133:15 228:3
  287:21 303:9
count 21:6 28:5
  251:2
counter 140:19
counting 28:4
  157:19

country 26:20
  27:16 112:24
  127:20
county 1:3 3:21
  5:21 21:6 23:1,3
  23:12 24:18
  25:15 26:20
  34:23 35:14 41:7
  44:23 52:5 55:17
  57:20,22 59:10
  64:22 68:16,19
  68:23 69:22 70:2
  70:4,23,24 71:1
  71:15,21 74:9
  75:6 80:2,5
  83:12 88:7 93:13
  94:2 101:19
  102:19 103:11
  109:11 112:8,17
  112:18 115:23
  118:2 122:17
  128:9 142:3,23
  145:5,7 148:5
  157:24 161:4
  186:13 188:10
  189:7 208:3
  213:21 219:9
  221:18 222:17
  230:22 260:17
  274:7,7 297:18
  297:22 298:3,7
  298:12 299:12
County's 23:6
county-wide 131:1
  131:13,21
  133:17 142:15
  142:19
couple 95:24
  134:1 196:18
  255:8 283:8
coupled 113:11
course 11:18
  18:21 22:21 39:2
  46:13 60:9 63:22

134:9 154:1
  160:22 181:14
courses 22:22
  119:6 155:6
courtesy 272:6
cover 71:8 198:6
covered 228:6
COVID 11:21
  18:24 34:2 64:14
  93:5,6 263:1
COVID-19 63:14
  80:20 82:1
co-founder 40:12
  40:14
crazy 33:25
create 24:2 52:19
  91:9
created 124:20
  274:24
creates 24:2 26:22
creating 41:5
  62:24 155:13
  174:7,18 176:16
  176:16
creative 92:23
credited 289:18
crew 13:15
crews 14:16
crisis 36:17
criteria 98:24
  167:14 170:13
  179:14
critical 11:6 18:9
  72:5 159:21
  288:12
criticism 276:6
Crossfield 78:25
CRR 1:23 303:3
  303:18
CSR 1:23 303:3
  303:18,18
Cub 79:9
cultivated 294:23
culture 101:23



105:4 281:25
282:4 285:13
289:24 294:24
**cure** 32:10
**current** 22:8 33:15
41:8 43:2 44:18
51:5 52:18 63:2
73:17,25 140:21
144:25 166:11
166:17 167:4
183:12 224:4
269:4
**currently** 73:18
82:11 83:5
130:24 166:19
167:8 199:17
270:8 301:16
**curricula** 27:19
**curriculum** 25:18
123:24 124:7
**cut** 208:19 250:3
**cycle** 72:10,21
73:2 76:24 77:8
83:16 128:22
152:13 170:16
185:17 188:3
189:20 191:7
**cycles** 73:24 188:5

**D**

**daily** 10:8 17:11
**danger** 30:5
**dangerous** 37:6
**dashboard** 10:23
18:1
**dashboards** 64:12
**data** 10:22 17:25
22:8 25:4 30:20
30:21 42:16
47:20 63:3
109:15 123:11
129:3 191:13
192:22 195:24
196:11,14

237:21 243:8,24
245:8 275:25
277:22 278:11
281:16
**database** 43:8
45:14,21
**data-driven**
128:25
**date** 90:10 127:6
**dates** 37:21
**daunting** 41:13
**Davis** 65:19
**day** 19:13,18
32:17 33:21,22
41:15 88:5 93:15
136:3,20 157:4
157:13 176:5
181:6 303:14
**days** 204:20
273:14 274:6
**deadline** 283:5
**deadlines** 38:5
**deal** 276:11
**dealing** 56:15,17
150:2
**dealt** 56:14
**debating** 100:8
**decades** 23:15
27:12 102:18
127:10
**decade's** 127:13
**December** 1:13
3:20 5:22 86:9
90:14 97:5,22
106:8 107:11
108:3 120:16
151:5 275:16
301:6
**decide** 29:14
215:14 294:12
**decided** 228:11
**decision** 47:5,6,15
47:19 48:21
49:10 54:14

105:11 117:24
118:9 144:6
211:8 255:21
280:1
**decisions** 28:21
129:1 137:16
167:9 169:17
**decline** 63:19 82:1
**declined** 66:24
**deconstruct** 257:5
**decorum** 8:21
**decreased** 65:1,5,6
65:8,9,16 66:2,3
67:15 69:6
**dedication** 178:15
298:8 299:20
**deem** 68:4 73:17
**deemed** 67:8
**deep** 51:4 215:20
224:24 277:10
289:8
**deeper** 9:23 17:1
125:8
**deeply** 294:15
**defend** 24:21
228:25
**defer** 183:24
**define** 222:3
**defined** 26:14
**definitely** 27:23
181:20 193:3
229:1,12 269:17
289:22
**degree** 32:5 36:9
**deliberate** 37:1,24
109:17
**deliberated** 294:5
**deliberation**
112:10
**delight** 37:2
**delineated** 11:3
18:6
**deliver** 8:20
**demand** 41:3

**demographic**
44:23
**demonstrate**
194:13
**demonstrated**
48:3 155:5
275:11 289:24
**demonstrates**
47:21
**demonstrating**
288:7
**denied** 48:4
**department** 21:9
22:9 47:10,11
124:19 280:25
**departure** 103:1,2
**depend** 63:20
**depending** 196:10
275:5
**depth** 36:5
**Derenak** 2:16,17
6:7,9 96:20
106:22 120:9
123:3,4,7 126:18
126:24 151:19
185:6,23 191:4
210:1,2 230:6
235:7 238:16
245:3,5,22 246:1
246:7,21 247:6,9
247:25 258:25
259:2,7 262:7
271:5 273:5,6,11
273:13 279:2
290:14 291:11
291:12 292:4
293:10 295:13
**describe** 68:9
133:19
**described** 110:13
164:16
**deserve** 117:20
**deserves** 275:17
**deserving** 137:9

**design** 81:13,14,15
81:16,19 82:13
82:15 83:23
85:19,23
**designated** 150:5
150:12
**designing** 53:10
**desire** 49:8 112:14
112:14 119:25
121:16 126:6
143:5 194:13
257:8,25 269:16
275:12
**desired** 41:24
265:19
**desires** 118:2
**desperately** 222:9
**despised** 40:15
**despite** 32:6 57:20
212:9
**destroy** 19:25
123:9 126:7
**destroyed** 21:15
**destruction** 34:6
**detail** 100:2
**detailed** 35:20
273:2 279:1
280:15 293:3,21
295:9
**detailing** 119:4
**details** 10:1 17:4
37:18 192:13
**determination**
42:18 195:9
**determine** 149:12
222:12
**determined** 77:17
77:23
**develop** 35:19
285:10,17
**developer** 25:19
**developing** 45:14
75:21
**development** 43:6



44:13 45:18
48:17 70:16 88:6
285:5
**developments**
93:19
**Deverakonda**
21:24,25
**de-escalate** 283:25
**dialogue** 223:25
**difference** 7:24
67:10 68:9
126:17 157:18
219:15 221:2,5
**different** 59:3 68:5
68:6 98:19
114:21 124:15
130:20 134:15
135:19 137:17
161:3 196:19
197:25 199:21
199:25 202:5
215:21 238:25
241:12 243:14
250:4 255:8
264:17 269:17
**differential** 89:17
**differentiated**
124:8
**differently** 131:14
**difficult** 59:23
91:13 136:25
138:8 160:10
224:22 227:20
284:19 291:18
**difficulties** 96:3
190:15
**digress** 253:9
**diligence** 241:10
**diligent** 140:3,4
146:16
**direct** 45:17 97:16
106:3 107:22
150:24 195:9
200:6 201:6

204:2 239:6
250:21 259:18
260:25
**directed** 8:15
44:12 165:4
183:21
**directing** 173:8
197:22 223:2
256:23
**direction** 37:23
102:8 115:17
169:15
**directly** 32:4 62:6
**director** 286:7
**directs** 221:23
239:23 261:21
**dirt** 38:25
**dirty** 21:14
**disadvantage**
101:5
**disadvantaged**
32:23 44:9
**disaggregating**
281:16
**disagree** 104:15
**disagreements**
10:3 17:6
**disappointed**
116:8 282:22
**disappointing**
257:17
**disappointment**
256:9
**disaster** 29:24
**disconnects** 90:25
**discourage** 40:24
**discover** 20:10
**discrepancy**
205:10,11,12
212:6
**discuss** 300:17
**discussed** 6:4 95:7
96:10 211:15
218:13,18 265:5

267:8 300:13
**discussing** 52:5
57:1,15 64:20
203:5 208:16
212:18 269:24
270:10
**discussion** 27:6
53:10 109:4
132:4 203:2
209:12 213:4
265:18
**discussions** 153:3
**dishonesty** 31:2
**dismantle** 119:22
**dismayed** 138:1
141:5
**disparities** 39:10
125:18 157:24
**disparity** 136:16
**distancing** 64:4
**distant** 29:23 30:1
**distorted** 95:21
**distortion** 129:17
208:1,5,6 228:7
**distracted** 146:25
**distressed** 38:25
**district** 88:4,21
109:18 112:5
141:4 145:10
179:8
**districts** 92:1
**ditto** 188:14
**dive** 215:20
224:24
**diverse** 97:9
100:13 107:15
107:21 110:24
127:18
**diversify** 239:17
261:12,13
**diversity** 20:15
27:21 39:22
42:25 48:2 49:1
49:7 110:2

113:17,18 114:2
114:6,15 115:1
123:19 125:3
131:3 138:18
142:2 145:22
177:4 194:22
239:9,22,25
246:25 254:19
261:3,11,20,23
**divided** 81:7
**division** 67:9
74:24 75:11
105:17 118:11
163:8 164:10
294:3 297:25
**divisions** 29:22
**division's** 132:17
**Doc** 250:12
**document** 43:15
92:17 150:21
250:4
**documentation**
296:13
**documents** 86:3
121:24
**doing** 15:22 23:22
33:1 55:20 56:3
56:8 58:14 60:5
60:6,17 74:5
103:4 109:2
115:7 117:9
128:11 129:25
131:18 159:2,11
160:14 162:24
163:9 187:10
189:4 195:1
226:16 227:6
236:11 244:12
255:4 281:6
289:15 290:9,20
**dollar** 274:15
**dollars** 40:2
275:21
**door** 43:23

**Dopico** 1:23 303:3
303:18
**doubled** 30:8
**doubling** 145:6
**doubt** 128:6 176:6
**doubts** 103:18,22
**DOWNLOAD**
1:16
**downstairs** 15:23
**Dr** 7:1 13:23,25
27:2 28:23 29:16
29:16,18 30:10
30:15 31:4,8
32:20,21 36:2,4
36:10,12 42:8
43:19 44:17 46:7
48:6 49:2 50:10
51:16 54:3 55:11
61:25 62:11
89:24 91:13,16
92:12 94:12
95:20 100:4
101:1 102:15
106:17 113:2
120:10,15,23
129:18,22,23
141:23 159:1
169:20 175:16
178:7 189:25
190:10,11,13
192:2,3 202:1
207:8 208:19
211:6 231:9
232:13 251:4
252:25 254:11
257:6 259:3,19
259:20 262:13
263:22 280:25
281:19 285:9
287:5 288:6
289:17,22 290:2
290:7,10,18
291:24 292:16
293:13,18



294:16 295:6,25
297:4,8,12 300:1
**drag** 277:6
**dramatically**
47:24
**Dranesville** 79:9
291:4
**drastically** 22:18
**draw** 289:12
**draws** 299:10
**dream** 32:16
**drive** 26:21
**drop** 11:22 18:25
33:8 89:16
**dropped** 30:7
**drove** 243:11
**due** 33:24,25 64:1
68:21 80:20 81:1
81:21 82:1 85:13
241:10 262:25
**Duke** 127:16
**Dunn** 79:22 88:8
88:14,15
**duty** 29:13
**dwell** 39:16
**dynamic** 86:7

---

**E**

**eager** 93:9
**earlier** 80:20
134:15 141:11
202:4 208:14
211:25 219:14
225:13,15
238:24 241:21
264:6 270:18
**early** 27:5 54:14
119:5
**early-on** 123:22
**earn** 137:9
**easier** 87:22
176:23
**easily** 128:3 226:9
**easy** 25:25 27:8

59:21 60:3 87:21
155:7 179:18
**echo** 89:6 286:25
289:11
**economic** 63:22
**economically** 44:8
**ecoschools** 74:16
**ed** 143:10 292:18
292:21
**edge** 236:1,5
**edible** 74:18
**edit** 211:17
**educate** 12:4 19:6
33:17
**educating** 118:1
**education** 9:14
16:17 20:13 21:3
21:10,20 22:9
25:18 30:24
32:12 34:24
35:15 36:6 47:11
49:6 65:13,13
66:5,7 74:23
97:9 107:15
124:13,19 281:2
282:6 298:6
299:22
**educational** 40:15
41:6 239:17
261:14 294:20
**educators** 28:13
**effect** 197:7
**effective** 72:13
106:12 108:17
114:4 204:4
**effectively** 181:19
**effects** 28:20
**efficacy** 27:15
**efficiencies** 75:5
**efficiency** 53:20
**efficient** 72:14
277:19
**efficiently** 41:17
181:18

**effort** 31:8 90:23
91:3 290:20
**efforts** 40:6 52:18
62:13 109:14
110:5 124:9
143:19 177:14
191:19 237:11
239:12,16 258:2
261:6,11 291:9
**eight** 34:17 49:21
65:10
**Eileen** 51:19
**either** 31:25 50:23
71:10 129:11
131:8 254:10
255:20 256:16
**electrical** 72:12
**electronic** 1:12
72:12
**element** 43:16
177:17
**elementary** 25:14
26:5,17 44:7
45:5 48:11 50:5
52:7 65:4 75:15
75:16,17 77:15
77:16,21,22
78:13,15,16,17
78:17,22 79:1,6
79:12,18,21 80:5
80:9 83:23 84:10
85:2 88:3,18
115:20 116:21
119:8 123:24
124:2,6 184:17
191:2 298:21
**elements** 43:3,13
63:15 114:24
**eligibility** 167:14
**eligible** 99:10
108:12 130:16
151:14 152:8
158:14 165:22
167:16 170:12

179:6 185:13
186:17 204:4,9
205:5 208:7
213:24 231:1
**eliminate** 47:5
110:13 152:15
165:20 176:19
185:19 204:10
**eliminated** 11:24
19:2 115:10
**eliminating** 154:8
155:12 176:17
**elite** 113:23
**elitist** 124:12
**ELL** 143:10
**Ella** 34:9,12
**elucidate** 223:23
**embarrass** 54:6
**embrace** 39:23
103:5
**emerge** 219:12
**emissions** 75:2
**emotional** 126:5
176:21
**emphasis** 43:16
281:15
**employed** 303:10
**employees** 8:14
9:16 16:19 30:4
274:23
**enact** 102:2
112:12
**encapsulates**
241:24
**encourage** 7:15
12:2 19:4 111:6
140:3 145:20
**encouraged** 37:7
**encouraging**
176:24
**ended** 29:24
136:13 265:23
302:25
**ends** 81:4 271:9

**energy** 52:22 53:4
53:11,21 74:20
74:23,24 76:4
**engage** 12:16 91:5
109:12 125:8
277:23
**engaged** 42:17
93:18 287:2
**engagement**
114:19 236:21
238:11 289:25
300:14,18
301:24
**engages** 179:8
**Engineering** 73:7
**enhance** 101:23
239:16 261:11
**enhancement** 78:4
81:18,22 83:2
84:6 85:18
**enhancements**
63:5 64:9
**enhancing** 218:25
**enriches** 97:11
107:17
**enrichment** 27:17
43:17 239:13
261:7
**enroll** 110:22
**enrollment** 27:6
30:6 80:7 89:14
89:16 90:2,5,13
90:19 91:12 92:2
**ensure** 7:12 11:12
12:15 18:15
58:25 72:11 97:6
107:12 110:1,18
112:15 113:19
115:18,21 131:9
191:1 221:16
258:18 282:3
283:12,25
**ensures** 285:12
**ensuring** 36:14



113:18 114:5
115:22 145:21
152:24 153:20
284:25
**entering** 67:6 98:3
106:13 108:18
262:23
**entire** 110:25
189:7 258:16
297:12,22
302:20
**entirely** 138:1
**entrants** 110:2
**entry** 45:12
**environment**
97:12 107:18
109:22 127:24
161:6 162:12
174:19 239:17
261:14
**environmental**
52:4 74:7,8,11
74:16
**environments**
120:2
**epic** 33:22
**equal** 23:11 24:6
44:19 45:3 188:1
**equally** 39:3
**equip** 71:9
**equipment** 71:5
71:13 283:14
**equipped** 283:22
**equitable** 194:10
217:15,23
220:24 221:5,11
221:16 222:12
222:24 223:7,9
223:12 224:6
225:2,4 229:18
232:25 234:22
**equitably** 161:4
**equity** 27:12,21
28:15 41:12,20

48:1,4 49:7
112:15,16
115:18 192:25
222:24 226:6,15
227:21 239:15
260:21 261:10
**equivalent** 69:10
**eradicating**
119:16
**erode** 39:6
**escape** 179:20
**especially** 44:15
93:3,18 104:20
177:20 187:22
263:8 281:25
285:21 290:4
292:15
**essay** 99:8 108:11
151:13 152:5
154:11 161:8
164:9 174:11
177:1 180:14
181:3 183:15
185:11 186:16
199:5 205:3
213:23 230:25
266:8
**essays** 28:18
159:17
**essential** 93:16
117:25 119:17
**essentially** 153:18
157:12 159:9
**establish** 108:5
151:7 186:9
193:1 207:23
213:16 216:15
217:14,23
229:18 230:19
231:17 232:24
234:22 287:3
**established** 45:16
**establishing**
115:14 191:12

**estimated** 85:25
**estimation** 160:4
**etcetera** 156:7
159:17
**eternally** 60:17
**ethnic** 97:25
106:11 108:15
**evaluating** 138:13
159:20
**evaluation** 66:10
98:23 139:7
**evening** 2:8,9,17
3:15 9:10 16:15
21:25 31:22
34:22 35:13 42:7
46:24 49:15
62:17 105:20
195:21 234:12
234:16 243:12
243:21 297:14
302:9
**evenings** 167:18
**evening's** 154:25
**event** 42:22
**eventually** 11:24
19:1
**everybody** 117:8
121:23 123:5
160:14 164:25
180:19 181:9
213:16 227:10
275:19 277:7
282:8 288:21
302:13,17,23
**everybody's**
235:12 276:25
**everyone's** 173:3
**everything's**
165:16,17
**evidence** 113:10
**evidence-based**
37:19
**ex** 181:2
**exact** 44:21 195:3

**exactly** 33:1
150:14 164:23
201:24 241:1
244:10 247:22
288:19
**exam** 164:20
167:25 168:2,14
170:2 171:5
172:5,12 174:13
180:24
**examine** 138:16
**example** 20:2
24:23 31:4 83:22
148:20 286:9
291:14
**exams** 169:9,10,14
184:16
**exceed** 10:24 18:2
**excel** 24:12
**excellence** 41:13
41:20
**Excellent** 88:22
**exceptional** 54:16
**excited** 148:17
281:8,12,14
**excitement** 177:16
**exciting** 54:23
92:16
**exclamation** 26:3
**execute** 96:8
293:20 295:8
**exempted** 5:25
**exercise** 241:10
**exhaustive** 240:23
**exhibit** 153:13
**exhibits** 219:7
**exist** 57:18 126:12
**existing** 75:24
186:20 208:9
214:3 231:4
**exists** 33:17
129:20 140:20
**Exp** 303:18
**expand** 100:19

116:10,20 117:7
248:23
**expanding** 154:7
**expansion** 101:2
**expect** 11:21 18:24
194:17 242:6
289:16
**expectancy** 72:10
**expectations**
26:13,21 256:8
**expected** 8:20 75:5
136:12
**expecting** 164:3
**expenditure** 86:1
272:25 278:24
**expenditures**
74:25 84:20
85:25
**expense** 32:8
160:19
**expenses** 160:17
**experience** 42:20
57:19 108:11
113:12 114:15
127:14 151:13
186:17 208:6
213:24 230:25
242:23
**experienced** 28:12
**experiences** 97:11
107:17 111:2
136:5
**experience/lesson**
42:22
**experts** 103:1
128:2 257:10
**expiration** 204:6
**expired** 134:1
**explain** 129:19
**explicit** 112:13
**exploited** 44:3
**exploration** 204:7
**exploring** 173:9
**exponentially**



MAGNA LEGAL SERVICES

163:7
**express** 112:13
  289:8,15
**expressing** 241:9
  267:15
**extend** 51:4 54:13
  294:13 297:14
**extended** 10:14
  17:16 49:3
  285:22
**extension** 29:15
**extensive** 226:3
  294:19
**extent** 137:14
**external** 160:3
**extracurricular**
  119:7 124:1
**extremely** 41:22
  55:18 59:1,24
  74:12 138:8
  143:17 152:23
  181:12 289:6
**eyes** 98:21
**e-mail** 19:19 50:23
  216:23 238:24
  251:1
**e-mails** 20:9 50:12
  53:17 291:5

---

**F**

**face** 23:10 34:5
  49:4
**faced** 294:14
**faces** 58:13
**facilitate** 75:12
**facilitating** 44:12
**facilities** 62:7 63:2
  64:11 72:17,18
  93:8
**facility** 53:5 63:24
  73:7 80:6,23,25
  82:21
**facing** 56:9 135:18
  275:1

**fact** 20:10 48:24
  62:21 76:6 99:2
  101:7 123:12
  129:12 139:20
  148:13 263:1
  265:5
**factor** 137:13
  208:6
**factors** 63:21 66:9
  108:12 113:13
  151:13 186:17
  213:24 231:1
**facts** 49:4
**faculty** 20:6
**fail** 33:7
**failed** 20:4,5,6
  23:14,15 30:10
**failing** 30:8 41:8
**fails** 107:1
**failure** 30:1
**failures** 124:9
**fair** 41:6 44:19
  187:24,25 188:9
  298:17 299:3
**Fairfax** 1:3 3:21
  5:21 9:13 16:17
  25:15 26:20
  34:23 35:14 41:7
  44:23 52:4 55:17
  59:10 68:15,16
  68:19,20,22,23
  69:21 70:1,22,23
  71:1,15 74:9
  75:6 83:12
  103:11 109:11
  112:17,18 118:2
  148:5 186:13
  208:3 213:21
  230:22 297:18
  297:22 298:3,6
  298:11 299:12
**Fairfax/Oakton**
  77:14,14,16
  88:18

**faith** 7:10 10:12
  17:14
**faithfully** 29:13
**faith-based** 41:10
**fall** 98:3 106:13
  108:18 204:5
**Falls** 79:1
**false** 39:21
**familiar** 153:17
  177:23 273:15
**families** 20:6 28:1
  30:5 37:8,11
  90:3 105:6,9,15
  111:8 129:9
  167:17 172:9
  236:15,18 238:6
  238:8 243:15
  288:8,10 289:5
  291:17 299:11
  299:12
**family** 105:13
  236:12 238:3
**fan** 290:21
**fantastic** 122:10
  290:7
**far** 10:25 18:3
  59:10,22 60:12
  70:24 173:15
  194:15
**fashion** 102:9
**fast** 33:5
**faster** 50:6
**fatal** 45:12
**Fatimah** 52:2
**fault** 141:9
**favor** 6:8,20 96:14
  106:15 151:15
  164:1 179:22
  180:15 184:19
  184:25 185:21
  229:21 231:8
  234:25 238:12
  259:17 262:2
  270:19 279:2

293:5 295:4
**favorite** 92:20
  154:25
**Fax** 303:22
**FCE** 40:21
**FCPS** 1:20 2:2
  7:20 9:16 16:19
  26:4 29:9,21
  30:2,4,4 33:17
  34:3 35:19 36:3
  37:14 40:3,19
  44:25 45:5,9
  48:10 50:21
  51:12 52:12,19
  60:10 63:1 65:9
  65:11 68:15,18
  68:24 74:12,23
  75:25 76:1,3
  90:5,7 105:10
  110:21 119:13
  123:14,14
  127:25 140:1
  160:1 164:5
  237:15 274:12
  294:14,20
  297:21 303:8
**FCPS's** 143:19
**FCPS.EDU** 7:22
**FEA** 10:15 11:9
  12:1 17:18 18:12
  19:3
**fear** 125:19 135:14
**feasibility** 52:22
**features** 298:2
**February** 86:16
**fee** 33:20 102:4
  115:11 141:15
**feedback** 15:20
  36:1,10 87:1
**feeders** 85:3
**feel** 105:22 117:8
  130:9 169:3
  215:5 225:24
  226:3 228:24

229:5 275:11
  282:21 286:9
**feeling** 243:7
**fellow** 111:6 241:8
**felt** 58:2 116:11
**FEMALE** 12:24
  54:10 95:20
  107:2,5 231:9,11
  232:13 242:19
  242:20
**fewer** 115:4 172:2
**fidelity** 124:4
**fiduciary** 182:16
**field** 71:18 257:10
**fight** 33:2,4
**fighting** 157:3,4
**figure** 162:13
  176:7 223:13
**file** 1:16,19 2:1
**filing** 89:19
**fill** 156:5,6
**filling** 174:9
**final** 45:25 51:18
  73:6 188:8
  256:21
**finally** 38:10 60:19
  137:19 219:5
  242:22 299:7
  300:19
**Finance** 70:6
**financial** 38:3
  105:7 274:25
**financially** 303:12
**Financing** 71:20
**find** 10:13 17:15
  33:16 58:7,23,24
  59:5 61:2 122:21
  129:13 133:1
  141:17 148:23
  189:5 295:5
  296:3
**finding** 50:20 93:6
  105:1 135:21
  253:22 282:25



203:14 213:14
254:5 296:1,20
**finest** 107:19
**finish** 35:7 175:15
207:15,19
**finished** 31:16
256:1
**fire** 33:4,4
**first** 9:8 11:5
16:12,13,13 18:8
29:25 30:9,24
32:3,7 62:18
81:11 82:24
87:14,22 98:17
101:18 120:11
123:7 165:11
166:24 174:4
181:16 228:19
235:15 240:14
248:19 250:16
250:20 292:19
297:11
**firsthand** 289:4
**first-time** 236:17
238:8
**fiscal** 64:6 71:18
83:17 86:1 273:1
275:12 301:7,23
**fit** 137:10,11
**five** 66:17 75:14
78:12,22 80:8
172:6 176:1
230:2 278:8
**five-minute** 12:14
12:19,22
**five-year** 63:9,17
76:12,13 77:13
77:20,25 78:5,12
78:21 79:5
**fix** 20:10 21:13
**flag** 4:4
**fleshed** 182:13
**flexing** 105:7
**floor** 54:24 165:11

170:23 303:21
**flooring** 75:20
**flow** 63:10
**Floyd** 20:23
**fly-by-the-seat-...**
229:11
**focus** 25:25 37:12
**focused** 44:5
146:25 194:24
**focuses** 7:6 64:7
**FOIA** 20:8
**folks** 13:17 120:5
134:21 136:3
150:22 153:3
157:9 165:25
173:17 180:2
187:9 195:13
209:4 211:14
219:10 220:11
230:16 238:22
242:16 249:13
268:7,7 287:4
**follow** 15:10
132:10 138:6
142:10 166:13
179:1 183:12
195:17 200:21
228:2 243:2
**followed** 4:2 116:1
117:13 120:9
126:20 134:10
193:17 195:15
227:15
**following** 12:17
122:9 160:13
188:7 189:2
283:10
**follow-on** 115:16
155:1 161:22
178:14 186:8
235:21 238:1
262:21 263:6
**follow-ons** 128:14
146:15,23

**follow-up** 37:22
86:12 302:1
**food** 274:9,20
**foot** 53:5 75:3
**footprint** 75:3
**force** 71:18 97:15
107:21
**forced** 11:8 18:11
**forecasts** 29:25
**foregoing** 303:4
**Forest** 78:24
**forever** 33:13
**forget** 60:1
**forgot** 213:13
**forgotten** 21:19
**form** 37:3 124:12
135:19 174:10
**formally** 77:17
88:15 233:19
**former** 51:6
127:14 234:5
282:6
**forms** 156:5,6
**formulating** 53:3
**forth** 81:3 162:1
182:11 187:8
**fortunate** 76:19
**forward** 10:16
17:19 20:16
42:21 51:15,24
58:11,18 59:3
60:21 61:12
92:23 102:16
105:19 111:9
119:19 122:1
123:17 125:11
125:24 135:12
135:25 136:23
138:3 143:21
146:13 148:25
163:3 167:13
196:4 224:11
243:4,8,21
244:11 260:13

260:14,15 275:6
282:7 294:25
297:15 299:3
**forwarded** 217:4,7
**Foster** 133:9,13
223:21,24 224:1
233:3,4
**fostered** 163:3
**fostering** 93:23
**fought** 156:22
**found** 57:25 113:9
114:13,23
**founded** 22:13
**four** 26:2 32:16
43:2 190:2,25
230:2 249:7,8
262:16 275:15
278:4 289:3
**four-day** 34:6
**Fox** 78:16
**frame** 63:9 190:10
262:24
**Franklin** 79:12
**frankly** 195:8
274:3 284:21
**fraud** 31:5 301:13
**free** 14:18 24:17
24:17 212:20
**freeing** 71:25
**freeze** 174:21
**frequently** 66:12
**freshman** 22:18
22:21 42:9 47:2
115:12
**friendly** 247:10,13
250:17 258:3,9
**Frisch** 3:4,5 6:10
96:16 103:14,15
105:24 106:17
151:20 177:10
177:11 178:4
179:16 185:7,23
188:25 189:1
202:15,18

203:12,14 210:3
210:4 229:24
235:1 238:13
242:25 244:4,5
247:13,15,21
254:2 262:4
270:24 279:3
288:1,2 293:8
295:14 300:4,6
300:25
**Frisch's** 289:11
**front** 43:22 55:15
129:1 170:7
171:23 180:3
184:6 205:2
248:25 260:19
269:18
**frontload** 125:4
**Frost** 78:18
**fruits** 191:19
**frustrated** 181:12
**fulfills** 23:23
**full** 44:1,2 180:2
189:22,22
300:21
**fuller** 260:21
**fully** 82:4 177:8
189:9,16,18
191:6 220:6
**full-time** 116:23
**fund** 40:8 43:12
44:3,5 69:22
71:7,8,12,16,23
275:21
**fundamental** 66:9
**funded** 44:4 73:19
76:15 77:5,18
78:10 79:15
83:10 88:9 191:6
**funding** 44:5,11
62:24 63:10
69:12,13,15 71:5
71:12,14 72:1,18
73:21 76:12,13



76:24 78:3 83:8
83:8,15 84:20
85:24 87:25
88:17,19,24
**funds** 40:17 50:4
69:19 71:16
**further** 39:16
125:9 136:2
166:11 167:23
188:8 206:13,19
264:15 265:18
303:9,12
**future** 26:15 51:12
56:22 58:11
62:25 63:4,18,21
76:6,10 81:19
82:20 85:1 86:1
110:10 224:12
244:15 276:2
297:3
**futures** 7:12
**FY** 278:25

───────────

**G**
**Gamarra** 2:21
**game** 27:25 28:7,9
**gardens** 74:18
**gas** 75:1
**gear** 61:4
**GEIS** 49:15
**general** 39:20
65:12 69:14
71:25 83:11
300:12
**generally** 69:14
219:6 224:2
**generated** 109:15
**geographic** 110:2
113:17 131:3
142:2 143:7
194:21 254:19
**geographically**
128:10
**geometry** 45:3

**George** 20:23
**Georgetown**
127:14
**Georgia** 22:4,8
24:8
**getting** 12:11
13:16 14:9,12
15:19 27:1 112:7
118:13 131:6
145:1 158:7
169:4 215:12
219:15 221:19
242:14 281:3
**Get2Green** 74:7
75:21
**gifted** 24:5 47:12
123:20 124:20
137:21 186:22
208:11 214:5,18
231:6
**giftedness** 24:4
**Gillis** 62:15
**give** 51:13 121:11
124:20 131:3
150:21 160:6
191:15,19
194:16 200:18
217:3 228:9
240:22 249:22
255:16 272:21
277:22 295:22
302:15
**given** 25:4 103:21
105:10 118:10
194:1,2 226:4
252:2,2 256:24
262:23 268:24
275:16 294:10
**gives** 28:7 178:17
193:23
**giving** 26:25 55:10
102:16 144:1
157:25 188:19
**glad** 93:1,12

100:20 138:25
179:1 231:24
**glitches** 280:3
**GMU** 25:16
**go** 9:11 16:11
24:23,24 29:5
34:14 46:17
50:21 51:15
72:16 94:19 96:5
106:1 111:14
120:22 123:7
134:10 141:21
146:4 147:14,17
149:15 153:6
155:9,10,25
164:4 165:10
170:4 171:17
175:2,19 176:3
176:22 184:3
190:11 201:1
202:19 203:19
204:14 205:14
206:25 212:21
215:25 216:10
217:10 220:10
225:20 227:10
230:11 231:12
232:18 233:7
244:20 251:15
260:2 264:1
265:2 267:10
268:16 271:17
280:20 281:23
**goal** 72:3,4 101:5
175:8 177:3
187:13 188:5,14
189:17 195:11
217:15,23 220:3
220:19,19
221:16 222:5,14
222:22,23 224:5
225:2,3 229:18
231:17 232:24
234:7,22 237:9

239:25 242:6
251:6 256:6,19
261:23 283:7
**goals** 38:5 114:6
152:25 189:9
195:19 196:5
215:16 227:18
227:23 240:11
240:17 244:13
260:13
**goal-settings**
37:25
**God** 4:7
**goes** 33:21 62:20
131:8 205:9
**going** 12:9 22:21
25:15 33:23 34:2
35:6 54:6 55:6
56:6 91:25 93:19
111:15 121:3
131:9,16 132:17
134:24,25
137:18 142:14
147:10 168:2
169:9 170:5
172:1,7 177:18
179:4,19,22
180:13,23 181:1
184:3,11 187:8
190:4 191:11
193:15 200:21
201:11 205:13
207:18,19
208:13 209:5,7
210:22 212:16
212:25 213:12
215:11 217:21
220:11 226:8,11
233:22 234:15
243:22 244:11
244:14,14
247:23,24 253:3
253:11 263:3
267:12 269:10

270:3 275:4,6,19
281:23
**goings-on** 12:12
**gonna** 62:5 112:1
117:10 126:16
126:25 127:2
129:24,25 131:2
132:10 142:10
157:14 159:15
160:2 165:17
172:4 180:8
182:23 183:24
187:20,21,23
194:3,4,10
197:12 216:5
219:9 221:23
224:9 245:22
253:22 255:14
259:8 262:18
269:14 276:24
277:12 283:20
284:5
**good** 2:8,9,17 3:15
9:10 10:11 16:15
17:14 21:25
31:22 34:22
35:13 42:7 46:24
49:15 52:1 77:1
92:4 100:16
101:17 135:3,4
141:25 154:13
163:11 171:2
172:15 195:12
214:24 216:7
226:2,18 227:3,5
231:23 283:18
286:20,21
287:24 302:24
**Google** 250:12
**gosh** 272:20
**gotten** 24:7 245:2
**Governance** 300:4
**governing** 88:16
**government** 7:9



29:20
government's
  32:25
governor's 23:24
  42:20 47:8 92:5
  124:18
go-back 133:25
  141:21 146:2
  147:5 180:7
  227:9 292:9
go-backs 141:19
  179:25 180:1,4
  216:2 227:13
GPA 108:9 151:11
  152:9 185:14
  186:15 205:5
  208:4 213:22
  230:23
grab-and-go 50:2
grace 59:1
graciously 64:22
grad 109:7
grade 22:22,23
  25:24 26:2 44:22
  45:21 67:24,24
  84:23 108:7
  151:9 164:4
  186:12 188:17
  190:4 204:8
  208:2 213:19
  230:21 236:14
  238:5
grader 42:9
graders 44:14
  45:11,15 190:6
grades 44:9 80:8
graduate 44:18
graduates 67:25
grant 272:6
  275:21
granted 272:13
granting 132:1
graph 66:19 67:12
  69:1

grasp 91:11
grateful 55:9
  58:17 60:17
  117:11 154:14
  280:24 287:14
  287:15 294:7,22
great 50:25 51:7
  53:19 61:15 62:4
  76:1 87:17 89:9
  121:5,16 177:25
  177:25 202:13
  271:22 291:14
  298:20
greater 41:15
  115:22 142:2
  145:22 177:4,4
  254:18 299:19
  299:19,20
  301:18
greatest 143:13
greatly 87:20
green 66:21 67:14
  69:4 82:21,24
  83:3,7,13 84:7
Greene 36:12
greenhouse 75:1
grew 32:22
ground 10:13
  17:16 93:21
group 23:21 52:4
  53:7 73:8 74:21
  99:17 101:6,7,9
  101:15 172:8,11
  183:16 194:5
  235:16 248:8
  258:21
groups 10:25 11:1
  11:3 18:3,4,6
  23:16 27:7 43:7
  43:18 45:4
  101:13,14
  139:17 243:14
  292:1
growing 25:7 80:2

growth 7:16 64:24
GT 26:7
guaranteed 33:20
guess 58:9 120:25
  156:10 197:16
  222:6 224:21
  227:19
guidance 36:12
  102:25 228:2
  300:11
guys 51:21 55:5
  60:7,17,23 61:6
  61:9,13 116:2
  212:10 252:13
  253:15
Gwinnett 22:3,12
  22:15 23:1,6,7
  23:10,17,20,23
  24:16,21

**H**

habitats 74:19
half 148:2 180:4
halfway 59:18
hall 20:21
hand 87:3 96:13
  146:2 147:10
  149:8 187:2
  213:3 227:9,11
  232:14 233:3
  235:18 259:23
  278:7 302:11
handful 47:23
handle 283:23
hands 96:15 120:5
  151:21 179:25
  193:8 229:22
  230:7 234:20
  238:22 270:22
  277:25 278:5
  293:12 295:10
  295:19 302:16
hands-on 109:13
Hang 232:2

Hanukkah 51:23
happen 24:13
  223:4 255:8
  283:6
happened 143:18
  227:7 256:24
  291:2
happening 41:1
  93:22 118:20
  132:15 139:6,14
  144:12 243:10
  243:20 275:24
happens 10:20
  17:23 34:1
  256:10 275:5
  287:1
happily 178:22
happy 51:24 60:20
  61:16 62:15
  133:24 138:6
  181:20 195:17
  217:1 218:14
  234:3 243:1,2
  277:8 299:24
  302:12,21,22
hard 23:5 28:13
  51:19 54:15
  59:24 61:2 92:22
  134:18 137:8
  139:20 144:11
  191:11 209:3
  234:10 280:4
  281:3,5 282:8
  287:18
hardships 60:13
harmless 92:2
Harry 42:5,8
harsh 59:2
hashing 98:12
Hayfield 145:8
head 55:21 223:17
heads 249:22
health 61:7 113:25
  114:8,9,11,12

healthcare 38:23
  41:14 114:3
hear 8:6 9:10
  12:12,23,24 13:1
  13:3 29:4,6 90:3
  94:11,11,17
  104:24 138:11
  147:16 162:25
  175:9,11 181:21
  192:7,10 215:6
  220:2 222:15
  225:7 256:3
  277:8,15 279:8,9
  284:22 287:7
heard 6:3 13:11
  95:14 99:20
  100:25 129:9
  133:18 143:4
  181:17 192:8
  242:18 274:16
  279:6
hearing 35:22
  55:20 59:3 61:13
  61:23 86:14
  105:19
hearings 8:8
heart 19:17 20:25
  36:10 284:22
Heizer 2:10,11
  6:12 96:18
  106:21 117:14
  120:8,10 121:5
  151:18 185:6
  186:1 207:21
  209:15 210:17
  210:18 211:3
  212:22 213:1,5,6
  213:14 214:10
  214:12 220:16
  220:22,23
  221:11 222:6
  223:20 224:19
  224:21 225:18
  225:19 226:13



230:9 235:9
238:15 262:6,12
262:13 271:6
279:17 280:6,9
280:20,22 288:3
292:7,10,13,14
293:8,23 295:11
**Heizer's** 226:2
**hello** 35:3 209:23
**help** 26:24 43:13
53:11 75:12
90:11 105:8
109:16 124:10
176:9 197:17
223:22 244:11
252:13 253:22
298:25
**helped** 27:23
**helpful** 91:7
132:25 133:8,11
192:18 249:16
291:6
**helping** 116:10
285:10,17
**helpless** 32:24
**helps** 37:10 139:23
**Herndon** 79:9
148:20
**hesitant** 173:4
**Hey** 164:11 167:1
255:11
**Hi** 19:11 21:25
31:22 42:7 52:2
**hide** 138:15
**high** 24:8,9 25:14
40:19 42:13,13
57:24 61:4 65:7
75:18 78:1,8,14
78:19,23 79:1,7
79:14 81:7,10
84:10 85:2 94:9
97:6,8,18 104:6
107:12,14,24
110:23 113:18

123:20 151:2
158:4 194:3,6,6
298:23
**higher** 45:1 72:23
181:2
**highlighted** 82:17
85:15 100:21
247:2
**highlights** 7:3
74:15 123:11
**highly** 110:19
116:7 127:18
194:18
**highly-diverse**
127:11
**highly-qualified**
39:25
**highly-skilled**
128:7
**high-achieving**
127:11
**Hills** 79:22,23
**hindered** 221:19
**Hines** 25:21
**hire** 50:9
**Hispanic** 39:1,25
40:9,23 47:23
**historical** 85:4
118:7
**history** 32:8
**Hizemer** 226:13
**hold** 15:24 92:1
111:17 170:6
232:17
**holder** 33:11
**holding** 241:23
**holds** 44:15
**holiday** 55:21
59:11 61:15
302:21
**holidays** 60:20
302:13,22
**holistic** 23:13 24:1
27:22,25 103:23

107:9 108:1,4
114:4,14,17,24
115:4 127:22
128:7 138:11,20
139:7,11 142:10
142:11 143:15
143:16 151:2,6
175:7 186:10,21
206:8 207:24
208:10 213:17
214:3,3 230:19
231:4
**holistically** 132:6
142:22
**Hollin** 75:16
**Holmes** 145:14
**home** 15:22 16:8
124:23 154:11
176:22 297:24
**homeschool** 66:6
**homework** 159:7
**honest** 27:24
117:10 214:13
277:17
**honesty** 30:23
**honor** 55:15
298:11
**honorable** 29:9
**honored** 282:5
**hope** 48:7 51:1,10
54:5 56:23 93:24
102:24 103:5,22
117:23 137:25
172:13 175:24
187:17 195:6
224:15 226:24
255:24 275:10
284:6,6 288:13
289:16 299:23
**hoped** 125:16,21
**hopeful** 92:6
**hopefully** 188:6
219:10 283:7
**hoping** 132:25

230:16
**horizon** 10:18
17:21 77:13,20
78:1,6,12,22
79:5,17,20
**hot** 19:22
**hotline** 301:13
**hour** 273:23 276:5
280:23 289:1
290:5 298:16
**hourly** 274:23
**hours** 50:24 109:4
109:10,10
121:13 287:20
290:24
**house** 16:4 33:5,6
33:6
**how's** 253:3
**https** 1:17,17
**huge** 90:23 286:16
286:17 290:18
290:21,23,23
**Hughes** 78:18
**humanly** 176:8
**humbled** 285:18
**humbly** 287:7
**hundred** 65:10
99:1
**hundreds** 50:2
103:19 121:24
**Hunters** 52:6
**hurdle** 116:19
**husband** 14:4,22
15:24
**Hybla** 78:14
**hybrid** 97:3,20
104:8 106:6
142:10

**I**

**Ibram** 113:21
**idea** 36:7 48:1
50:20 122:3
131:25 158:9

159:5 160:9
164:10 175:5,21
176:2 182:12,21
182:22 194:8
218:18
**ideal** 32:13
**ideas** 237:13
**identifiable** 8:18
**identified** 6:2
47:13 63:7 76:2
80:1 82:18 83:15
84:5 90:25 114:3
125:21 140:23
149:24
**identifies** 164:10
**identify** 23:15
43:6 63:3 109:18
110:9 159:23
204:9 219:1
240:15 256:20
**identifying** 110:19
194:19
**identity** 30:5
**ideological** 33:25
**ideology** 32:13
33:19
**IFC** 71:21
**ignore** 104:18
**II** 45:10
**illegal** 47:7,14
**imbalance** 123:12
123:15
**immediate** 45:19
**immediately**
144:22 145:3,12
145:16,23
265:20 281:10
**immensely** 116:7
**immigrant** 19:15
**impact** 7:4 63:13
63:19 64:14
82:20 110:25
123:20 125:3,5
206:9 222:17



237:14 267:17
**impacted** 70:21
  123:18
**impacts** 70:11,13
  85:13
**impartially** 29:13
**impending** 50:19
**imperative** 52:7
**imperfect** 125:14
  125:23
**implement** 37:14
  125:18
**implementation**
  143:19 153:19
  182:10 197:14
  221:3
**implemented**
  52:18
**implementing**
  226:12
**implication** 159:2
**implications** 162:3
  215:7,22 224:25
**implicit** 26:12,21
  28:13
**importance** 73:20
  218:23
**important** 27:19
  28:22 51:2 53:15
  66:23 67:19 71:4
  72:7 74:3 76:18
  77:8 91:11 98:10
  122:14 141:16
  152:23 165:18
  166:15 178:13
  178:14 234:8
  237:20,22 243:6
  244:14 260:8
  289:6 294:1,9
  301:8
**importantly** 75:1
  109:8,23
**impress** 10:15
  17:18

**impressed** 36:8
  43:14
**impression** 88:1
**improve** 27:6
  30:14 89:11 93:7
  138:18 226:22
  243:10 246:25
**improved** 22:18
  43:15
**improvement** 8:9
  52:20 62:1,17,20
  62:21 80:13
  146:18 242:4
  243:24
**improving** 27:12
  145:8 239:22,25
  261:20,23
  292:20
**inaccessible**
  153:21
**inadequate** 255:12
**incentivized** 110:9
**incentivizing**
  104:1 148:22
**include** 65:12,18
  67:20,23 68:14
  68:18 71:16
  74:16 77:14,20
  78:1,12,14,22,23
  79:5,7,17 80:14
  80:21,23,24 81:8
  119:23 201:8
  204:6 236:13
  238:4 239:8,15
  240:1,16 255:14
  261:3,9,24
**included** 63:8
  73:11 81:19
  82:13,14 109:23
  117:8 118:22
  191:3
**includes** 23:21
  66:4 81:14 82:3
  82:8 84:9,17,22

85:9 97:10
  100:14 107:16
**including** 21:12
  63:21 64:8 78:6
  79:20,22 84:23
  239:19 246:9
  261:16 299:21
  301:7
**inclusion** 37:7
  259:4,10
**inclusive** 116:16
  174:19 176:8
**income** 33:20
**incoming** 114:16
  115:1
**incorporated**
  258:4
**increase** 7:11
  11:13 18:16 43:5
  114:2 119:23
  145:6 159:18
  160:12 177:15
  180:17 193:5
  249:4
**increased** 22:19
  80:7 110:2 115:3
  115:11 194:14
  240:1 261:24
  262:24
**increases** 114:15
  114:18
**increasing** 41:2,4
  70:20 102:5
  141:12 158:24
  164:2 169:16
  260:16
**increasingly** 27:22
  97:14 107:21
**incredible** 92:17
**incredibly** 36:9
  194:5 244:14
**incubator** 137:5
**independent**
  113:4 303:19

**indi** 8:22
**India** 19:15
**indicate** 82:18
  85:16
**indicated** 10:22
  17:25 167:2
**indicates** 30:12
  82:25 83:4,8
**indicative** 288:15
**individual** 8:13,19
  112:18
**individuals** 7:8
**indivisible** 4:7
**indulging** 134:13
  276:13
**ineffective** 40:17
**inefficiencies**
  72:21
**inequities** 32:11
  123:23 126:11
**inequity** 123:13,25
**infection** 11:21
  18:24
**inferences** 141:6
**influential** 33:9
**inform** 42:21
  58:10 63:3
**information** 8:18
  28:17 50:11
  53:14 64:10,16
  81:24 82:3,8,22
  83:21 84:18,22
  86:3,5,7 87:18
  87:20 89:12 90:1
  91:8 99:9 130:24
  152:6 154:10
  163:17 167:18
  167:20 174:10
  177:2 183:14
  195:24 196:14
  223:19 229:8
  243:8 244:10
  279:25
**information-sha...**

10:9 17:12
**informative** 87:2
**informed** 4:16
  56:21 144:5
  153:25 280:1
**infrastructure**
  62:25 70:3,5
  71:20 72:6,8
  73:25
**initial** 37:21 52:14
  75:10 153:12
**initially** 173:7
**initiate** 166:21,24
  173:8
**initiative** 301:9
**initiatives** 53:21
  76:21 92:21
  286:17
**injustices** 137:13
**input** 117:25
  239:15,18 246:8
  261:14 286:6
**inputs** 261:9
**inquire** 52:17
**inquiries** 10:9
  17:11
**inquiry** 301:25
**insisted** 29:19
**inspirational**
  61:22
**inspired** 104:19
  294:24
**inspiring** 44:6
**installation**
  283:13
**installations** 75:9
**instances** 36:21
  38:7
**Institute** 113:6
**institutes** 40:15
  113:25 114:10
**institutions** 136:6
**instruction** 64:5
  72:15 82:5



**insufficient** 45:6
48:13 141:16
**intact** 274:11
**integrity** 65:24
**intellect** 194:20
**intellectually** 26:9
**intensely** 289:1
**intensity** 53:4
**intent** 23:23
221:12
**intention** 30:13
240:24
**intentional** 112:12
113:12,15 115:8
115:13 135:20
229:12 240:11
**intentionality**
241:22,22
**intentionally**
30:16
**intentions** 193:20
226:1 227:3
**interaction** 42:16
**interagency** 65:25
**interest** 40:7 43:5
53:19 166:25
300:8
**interested** 93:9
109:20 176:1
177:16 236:14
237:15 238:5
303:13
**interesting** 53:15
57:13,25
**interests** 44:6
167:12
**internal** 301:24,24
**internally** 14:16
**interpret** 226:11
256:16
**interpreted**
225:11
**interrupt** 12:9
**interrupting**

38:21
**intervals** 38:1
**intervention** 36:17
281:16 285:4
**interventions**
191:17 192:23
**introduce** 62:9
**introduced** 19:13
**introducing** 72:22
**introduction** 62:1
**investigation**
30:22
**investment** 45:20
**investments** 104:1
**invitation** 166:12
**invite** 167:3
263:15
**invited** 168:8,13
182:2
**inviting** 164:17,19
167:7,13,17
174:19 176:24
**involved** 288:22
289:2
**involving** 8:7
**in-hearing** 22:22
**in-migration** 67:7
67:10,12,20
**in-person** 8:25 9:1
75:13 82:5
**iron** 19:21
**irresponsible**
182:15
**issue** 13:5 25:13
42:11,15,24
48:10 57:12,18
58:12 100:8
102:16 103:16
104:15,23
122:22,23 125:9
126:5 162:9
176:4 177:13
179:17 201:21
284:20 288:4

**issues** 4:15 5:7
6:19 8:7 9:23
14:17 15:7 17:1
50:18 56:8 57:8
57:14,21,22
87:10 95:7
111:17,20 121:1
123:18,19,23
125:2,17 126:15
161:1,9,16
228:11 280:11
300:15
**item** 5:15 62:2
86:5 94:8 233:20
273:3 279:1
293:4,21 295:9
295:21 297:1,2
302:5
**items** 8:11 9:18
16:21 169:1
183:18 234:15
245:11 280:16
296:10,11,15
301:7
**iteration** 27:24

**J**

**Jackson** 42:6,7,8
**Jamesville** 148:21
**Jane** 203:22 271:1
**January** 7:2 86:13
86:14 90:15
301:19,19
**Jeff** 62:8 87:15
**Jefferson** 40:8
94:8 97:6,18
107:12,24
110:22
**Jeremy** 20:18
**job** 40:17 103:24
105:1 117:9
122:25 127:17
287:17 290:8,9
298:17 299:3

**John** 291:4
**joined** 289:3
**joint** 70:4
**journey** 25:24
**judged** 32:18,23
**July** 303:15
**jump** 249:14
270:6
**jumping** 120:5
235:12 290:19
**Jun** 29:3
**June** 294:11
**jurisdictions**
148:8
**justice** 4:8 20:24
32:13 78:8
**Justin** 52:11

**K**

**Karen** 21:4
**Kaufax** 2:16,17
6:7,9 96:20
106:22 120:9
123:3,4,7 126:19
126:24 151:20
185:6,23 210:1,2
230:6 235:7
238:16 245:3,5
245:22 246:1,7
246:21 247:6,9
247:25 258:25
259:2,7 262:7
271:5 273:5,7,11
273:13 274:3
279:3 290:14
291:11,12 292:4
293:10 295:13
**Kaufax's** 191:4
**keep** 28:22 29:19
77:8 98:11
103:17 116:15
117:10 122:21
122:23 138:24
139:16 148:25

154:6 173:24
175:6 177:11
257:17 260:19
274:22 275:24
300:6
**keeping** 28:16
**keeps** 22:20
147:10
**Kendi** 113:22
**key** 47:16 65:19
98:21 100:1
133:16,20,20
165:14 179:3
221:21
**Keys** 2:21
**Keys-Gamarra**
2:22 6:11 21:5
96:20 102:12,13
106:16 134:11
138:5,6 140:9,16
143:14 146:1,3,5
148:15 151:17
155:16,17 156:1
156:18,21,23
157:1,3 158:3,15
158:18 185:7,24
210:5,6 219:24
220:1 227:15,17
229:23 235:11
235:14,15
238:15,20,23
239:3 240:6,8
244:6 245:10,23
246:5,15 247:4,7
248:5 250:17
251:13,17,21
252:11,16 253:1
253:12,17 254:5
254:10 255:3,5
256:4,11,13,16
256:19 257:24
258:15 262:3
266:19,22
267:10,13



270:25 278:2
279:15 293:10
295:15 301:1,3
302:4,12
kick 236:10
kicked 236:4
242:14,15,17
244:22 262:16
kid 136:10 219:13
kids 32:21 33:7,18
40:10 50:3,5
116:11,12,21
117:6 139:23
140:22,24,25
154:9 156:2
159:23 162:15
164:4 168:12
175:8,23 176:1,9
179:4,18 181:7
181:14 188:15
194:5,25 237:15
283:18 284:5
kill 211:9
Kilmer 65:19
Kim 32:2 34:3
Kimberly 9:8,12
16:14,16 51:7
kind 26:4 33:22
55:19 57:7 58:2
58:7 158:11
222:8 230:17
243:24 282:23
297:13
kinda 229:11
kindergarten
25:24 66:13,15
66:17,20,22,24
67:21,21
kinds 136:5 212:7
241:12
King 32:20,21
knew 20:15
282:23
know 11:15 13:15

14:24 18:18
19:18 24:20 25:2
25:6 28:2 32:14
36:5,22 40:10
41:9 54:12 55:5
56:14 57:21
59:14,18,22
60:16,21 61:1
89:14,24 90:13
90:15,18,22 91:7
91:18 92:22,24
93:3,6,7,8,20,20
96:2 98:8,17
99:5,11,13
101:22 102:20
103:15 105:22
111:8 112:24
116:5,6,9 117:9
118:19 119:2,5
119:11 120:14
121:21 126:4,6
131:22 133:14
133:25 134:14
134:14,19,24
135:10,14,23
136:3,4,13,16
137:13,22 139:9
141:5,25 143:18
146:11,19
147:22 148:17
148:18,19,21,22
152:24 153:1,1,9
153:19,21
157:13,22
158:11 159:8
160:3 161:21
162:12,14
163:10 164:4,6,6
164:8 166:20
169:10,22
172:23 175:5
177:17 180:9
181:11 182:9,10
182:20,22 187:6

187:7 189:7
191:8,10,15
194:9 196:4,7,10
196:12,15 197:2
198:9 201:25
209:4 211:8,10
211:11 212:6,9
214:14,20 215:5
218:6,10,18
219:5 221:4
222:11,16,17,19
222:24,25 223:1
224:1,2,5,6,14
225:5,9,12,16
227:3 233:21
234:14 235:12
240:24 243:7,11
243:13,14,16,18
243:20 245:9
247:23 248:22
249:15 251:4,6
252:2 256:6
257:24 264:13
264:17 268:4
273:23 276:4,22
276:25 282:17
282:18 283:13
283:22,24
285:22 286:17
286:19,20 287:2
287:15 288:17
288:18 289:4
290:1,24 298:14
299:14,16
knowing 157:23
knowledge 5:24
267:15
known 90:17
130:25
knows 10:18 17:21
117:23 153:20
194:1 228:18
Kodak 179:8
kudos 54:20

289:22
K-12 81:9
K-2 80:10

**L**

label 222:4
lack 27:14 72:17
135:16 141:1
180:11,12
land 70:10
Lane 65:18
Langley 57:23
language 132:9
133:1 142:9
150:22 187:6
194:9 198:1,12
200:7 201:21
204:20 211:12
214:8 216:17
217:13 218:11
218:12 220:24
226:9 227:4,5
228:4 234:6
238:23 248:16
248:17,19 249:1
252:8 264:7,17
269:18
languages 153:21
laptop 248:15
laptops 50:6
large 93:19 114:11
largely 220:13
larger 72:1 182:18
laser 146:24
Lastly 45:13
last-minute 229:1
late 28:7 176:6
261:13 273:23
276:4 280:23
288:25 290:5
295:25
Latham 287:20
Latinx 23:3,4
Laughing 213:10

Laughter 55:4
264:25 271:19
Laura 203:22
270:25
lawfully 5:25
lawsuit 47:18
lawyer 223:15
lay 54:19 237:20
lays 142:8
lazy 41:22
lead 26:22 294:16
leaders 58:15
97:14 107:20
leadership 10:7
17:10 23:12 31:2
58:5,16,20
155:15 285:10
288:4
leading 86:19
leads 3:25 26:17
learn 7:21 12:3
19:5 164:5
221:23 298:4,5
learned 42:23 53:9
58:13 60:14
118:5 274:6
learners 24:3
123:20 124:8
learning 10:19
17:22 29:23 30:1
65:22 72:16
75:13 93:5 97:12
107:18 124:15
leave 33:14 123:21
137:22 160:22
173:15 176:21
219:16 262:18
286:8
leaving 67:7
239:11 261:5
lecture 180:20
247:12
led 128:21
Lees 79:8



**left** 81:9 150:9
  176:15 180:2
**legacy** 51:10
**legal** 30:20 120:12
  133:14 187:8
  228:3 303:20
**legislation** 227:5
**length** 182:20
**lens** 285:8
**letter** 32:6 52:16
  153:22 157:9,21
  167:15
**letters** 118:6
**letting** 14:24
**let's** 16:11 27:24
  49:4 111:21
  135:17 170:4
  173:18 176:2
  209:17 215:13
  226:16,19
  232:11 255:18
  302:20
**level** 27:18 42:9
  73:12 101:3
  143:18 189:4
  215:2 282:21
**levels** 7:20 124:15
**liberty** 4:8
**lie** 48:22
**lied** 30:16
**lieu** 173:25
**life** 7:24 72:9 73:2
  119:24
**light** 127:24
**likelihood** 222:1
**like-minded** 43:20
**limit** 8:4
**limited** 158:13
  180:1
**limiting** 170:17
**line** 77:20,22
  187:13 234:1
**lines** 249:7,8
**linings** 93:7

**link** 1:16 86:4
**links** 53:16
**list** 40:11 46:16
  53:12 120:7
  240:22 245:18
**listed** 5:11 8:12
  52:16 77:12,19
  77:25 78:5,11,21
  79:4,16,19 86:20
  197:21 200:5
  218:11 234:2
  269:4 296:12
**listened** 121:15,22
  180:19
**listening** 35:18
  56:5 142:25
  291:22
**listing** 296:10
**lists** 78:11 198:7
**literally** 32:5
  223:7 228:22
  292:16
**literature** 32:9
**little** 19:17 32:16
  54:6 99:24 116:4
  130:3 134:14
  156:19 160:5
  165:17 169:4
  188:7 196:19
  220:12 228:25
  235:25 236:1,5
  249:16 280:4
  291:3
**live** 4:15,17,25
  7:17 12:18 13:4
  13:12 14:5,20,23
  15:2 16:7 32:17
  222:2,16 298:4
**lives** 7:5
**living** 43:15
**load** 22:22
**lobby** 129:10
**local** 153:16
  155:11 156:4

158:7 163:2
  166:2 174:7
  201:11,12
  218:24
**locally** 152:7
  161:24 170:11
  185:12 205:4
  266:9
**location** 153:6
  173:22 176:20
  199:8
**logistical** 153:10
  161:1,9
**logistically** 163:12
**logistics** 168:20,20
**long** 11:17 18:19
  28:9 39:13 126:1
  128:1 167:24
  256:5 281:23
  284:6 290:24
**longer** 29:22
  120:16 129:20
  160:20 211:18
  216:9 244:23
  284:8
**Longfellow** 149:2
**long-term** 125:5
**long-time** 297:23
**look** 51:15,24
  58:18 59:2 61:12
  67:1 72:25 77:9
  90:2,19 91:12
  102:17 105:19
  113:4 119:19
  125:8 127:6
  130:7 135:25
  138:12 146:14
  161:17 162:23
  163:14 181:17
  182:14 183:20
  192:22,23 193:1
  215:13 241:1,2,3
  255:18 283:20
  294:25 297:15

299:3 301:9
**looked** 109:15
  113:5 301:15
**looking** 40:5 58:8
  60:21 120:13
  130:12 132:5
  142:1 148:18
  150:6 159:20,25
  163:4,24 164:2
  168:21,24
  195:23 216:6
  218:23 223:1,2,4
  228:10 242:1
  254:16,20 299:4
**looks** 168:25 237:3
  289:24
**loop** 26:23,24
**Loring** 79:22 88:8
  88:14,15
**lose** 95:12 253:15
**losing** 242:13
**loss** 181:13 182:9
**lost** 98:15 99:23
  121:10 150:20
  174:23 239:4
**lot** 53:9 58:14
  60:23 61:2 86:2
  86:6 98:18 112:9
  112:10,21 118:5
  121:15 139:12
  175:8 177:12
  193:23 214:13
  215:11 237:2,4
  276:10
**lots** 43:21
**Lotteries** 104:3
**lottery** 21:13 22:5
  22:17 23:13,17
  24:1 25:1,6 27:3
  33:8,11 42:11,12
  42:19 97:20
  98:18,20 99:3
  100:22 104:8,9
  106:6 109:2

175:6 240:2
  261:25
**loud** 269:19
**Loudoun** 274:7
**Louise** 78:24
**love** 169:6 190:8
  190:20 225:7
  297:25,25
**low** 26:12,14,21,22
**lower** 22:2 151:21
  187:1 193:8
  230:7 238:22
  270:22 278:5
  293:12 295:18
**lowest** 112:6
**lucky** 26:10
  136:17
**Lucy** 291:3
**Luther** 32:20

**M**

**madame** 87:8 96:6
  97:3 107:2,9
  130:21 152:4
  204:1,12 219:22
  231:13 233:4
  264:24 265:3
  284:18 285:24
  292:7
**Madison** 78:8
**Maggie** 113:7
**Magisterial** 112:5
**Magna** 303:20
**magnet** 22:15
**magnitude** 77:10
**main** 48:9 129:14
  133:4 173:25
  178:10 179:24
  182:17 185:10
  197:21 198:6
  201:5 232:23
**maintain** 10:4
  17:7 43:8,9
  45:16



maintaining 62:24
maintenance
  69:23 72:5,9,19
  72:23 73:5,12,23
major 43:3 69:19
  69:23 72:5 73:23
  280:11 286:13
majority 246:23
  246:24 270:11
maker 165:10
  193:21 201:19
  248:1
makers 112:11
making 36:25
  41:10 59:10,22
  60:11 73:21
  118:9 127:17
  128:25 137:15
  140:1 172:21
  196:15 214:7
  229:4 240:13
  245:8,20 251:14
  256:22 276:18
MALE 13:1 16:4
  16:7 54:22 55:3
  171:14 208:24
  231:10,13,19,21
  231:25 232:2,7,9
  252:6
manage 162:18
  301:13
management 70:3
manager 37:17
mandate 30:17
manner 87:19
map 70:17 84:13
maps 84:11
Mar 79:7
marathon 116:18
March 49:20
  91:22
Margulies 46:24
  47:1
marker 228:9

Market 303:21
Martin 32:20
Marty 12:24 13:1
Mary 1:23 303:3
  303:18
Mason 141:4
  145:10
massive 28:7
  274:8
match 68:21
  201:21
matches 212:1
material 86:6
materials 53:16
math 22:3 25:17
  26:11 109:22
  116:22,25
  123:23 187:18
Matt 44:24
matter 140:11
  178:6 219:8,13
  221:17 243:20
  253:2 271:9
  294:9 299:21
  303:6
matters 5:24 6:2
  46:5 51:2 54:1
  297:5 302:6,9,18
maturity 65:24
ma'am 2:8,12
  35:11 38:17
  259:21 279:21
Mc 147:8
McLaren 48:19,20
McLaughlin 2:4,5
  6:12 51:14 89:3
  89:4,22 90:21
  91:6 92:10 95:9
  95:11,16 96:1,1
  96:5,6,17,22
  106:19 126:20
  126:22 129:24
  130:21 132:8,21
  132:22 133:24

134:3,6 141:20
141:22 142:24
144:10 149:8,11
149:16,20 150:8
150:15,17
151:25 163:20
163:21 165:3,7
165:12 166:15
167:22 168:18
169:2,20 170:20
171:3,12,18,20
172:22 173:20
180:5,6 182:8,24
183:2 184:5,9,20
184:23 185:5,25
187:1 193:11,17
193:18 195:17
196:25 210:7,8
225:20,22 230:5
233:2,7,9 234:18
235:6 238:17
244:21,23
248:10,11 249:7
249:21 250:10
250:15 251:19
251:21 252:5,10
252:23,25 254:8
254:9 255:4,6
256:2,3,12,15,18
256:21 257:14
257:16,21 258:6
262:5 268:15
269:10,13,14
270:21 273:21
273:22 276:17
276:21,22
277:14,22 278:2
278:6,10,12
279:16 288:24
288:25 290:7
293:9 295:12
McLaughlin's
  133:21 149:18
  253:13

McNair 80:5,6,9
Meadows 75:17
meals 24:17 50:3
mean 59:20 98:12
  111:18 136:9
  137:9,21 139:12
  139:13 142:24
  158:3 162:10
  165:14,16 168:6
  170:9 173:13
  182:16 190:3
  198:21 199:9
  200:22 211:11
  214:17 222:7,15
  223:7,8,10,12,14
  260:11 284:9
  286:13,16
meaning 152:14
  179:3
meaningful 193:2
means 114:5 117:7
  124:11 187:25
  188:4 221:5
  225:1 240:23
  260:10,12 289:4
meant 93:4
measurable
  191:20
measure 39:11,15
  237:10,13
measured 24:4
Measuring 244:13
mechanical 72:11
medication 197:3
  197:4
medium 147:23
meet 50:22 99:7
  108:8 124:14
  152:9 156:3
  164:7 167:1
  168:14 170:12
  177:19 179:14
  179:14 185:13
  186:14 205:5

208:3 213:21
222:19 230:22
meeting 1:12,20
  2:2 3:21 5:16,22
  5:25 6:3,5 8:12
  12:12,17 48:20
  48:20 95:3,5,8
  181:14 228:22
  251:8,12,18,23
  252:5,13,18
  253:5,7,20 254:3
  258:24 261:2
  267:22 274:1
  275:16 276:20
  277:4 296:17
  297:3 299:9
  301:6 303:8
meetings 51:20
  64:18 86:18 95:4
  121:14 236:16
  238:7 300:7
meets 151:10
Megan 249:11,21
  249:22
Meghan 48:19
Melanie 25:21
member 13:11
  146:20 172:5
  233:15,19 265:7
  265:8,10,21,24
  271:23 284:21
  296:17 297:23
members 20:12
  22:2 33:20 34:25
  35:16,17 38:19
  39:5 43:20 46:24
  49:15,21 53:17
  58:4,4,21 111:6
  111:12 118:4
  131:25 133:5
  143:25 154:18
  193:21 228:3
  233:21 234:2
  239:19 241:8



246:9 254:24
261:15 269:21
273:19 277:1,20
294:5 296:14
298:9
**membership** 63:2
63:19 64:12,15
64:17,21 65:1,5
65:6,8,9,11,12
65:16,17 66:1,3
66:4,11,17,21
68:13,17 81:6
82:6,8 84:1,19
85:4,6,9
**member's** 5:23
264:21 265:4
**memo** 300:20
**men** 164:17
**mental** 61:7
**mentees** 7:14
**mentioned** 53:5
64:13 71:19 77:7
80:19,25 83:11
85:14 86:2,17
246:22 282:18
**mentor** 7:22,23
**mentoring** 7:2,3,4
**mentors** 7:7,12,14
7:20
**Meren** 2:7,8 6:10
25:21 92:13,14
94:4 96:18
106:20 116:1
117:13,15
151:17 158:21
158:22 161:20
161:21 163:19
171:15,15,16,17
172:17,19,21
181:25 182:3,6
185:3 186:1
195:15 196:22
196:23 198:5,11
198:22 199:1,8

199:15,19
200:12,14,17,22
200:24 201:3,5
201:14,22,24
202:13 206:6,13
206:19 207:2,5,7
207:11,15 210:9
210:19,21
215:10 230:5
235:7 236:23,24
237:17,19
238:16 262:7
263:15,18,22
264:4 266:2,4,6
266:16 267:20
267:23 268:1,4
268:11,16,18
270:20 271:10
271:12 272:3,5,9
272:16,18 273:9
273:10 274:2
279:3 284:17
286:2,3 293:8
295:13
**Meren's** 169:2
172:3 203:9
269:16
**merit** 22:5 23:17
24:1 25:1,6 27:2
97:20 98:18,18
98:20 99:25
100:21,22 104:7
106:6 139:12
143:3
**Meritocracy**
32:12
**merits** 138:14
**merit-based** 39:7
**merry** 51:23
**message** 14:4 35:1
35:16 58:9
140:23 178:18
284:7
**messages** 14:12

61:10
**met** 27:14 37:25
38:9 58:25
164:18
**method** 100:24
110:12 163:25
**methodology**
121:3 130:12
**methods** 42:21
97:24 106:9
108:14
**metric** 11:2 18:5
191:21 193:2
**metrics** 10:24 18:2
191:12 195:23
215:12,13
222:11 223:1
237:20
**mic** 262:19
**Michelle** 34:20,22
35:13
**microphone** 5:5
**mid** 27:5
**middle** 25:14 26:5
26:18 45:5,10
48:11,11 65:6
75:17 78:13,18
79:6,13 80:16
84:10 85:2
102:22 108:8
109:9,11,12
110:7 112:18
115:15 116:13
117:1 119:8
120:18 122:4,5
123:25 124:2
131:10 139:2,5
142:3,5 145:5
147:20,22 148:1
148:8,20 149:14
149:22,24
150:10,12
151:10 152:7
153:16 161:14

162:5 166:2
170:11 171:6
172:7 175:10
184:20,21
185:12 186:13
194:11 195:3
205:4 208:2
213:20 217:16
217:24 220:5
223:8,10 224:7
226:16 229:19
232:25 234:23
236:14 238:4
266:9
**middle-schooler**
38:23
**midnight** 275:14
277:1 292:22
298:16 302:18
**midst** 36:3
**mid-year** 263:17
263:20 272:20
272:22 273:1
275:10 278:25
**migration** 66:13
67:5,5,9,14,15
**Mill** 78:15,16
79:10,11
**million** 69:16,22
69:24 70:3 71:23
74:2,25 75:3
76:15,16,22 77:5
274:13,14,14,19
275:5,20 276:10
**millions** 40:1
**mind** 15:21 28:22
77:9 133:10
184:7 275:22
**mindful** 74:4
225:22
**minds** 24:20
**mindset** 37:2
193:20
**minimum** 108:9

109:25 113:22
115:14 131:18
147:20,24
151:10 164:11
164:18 186:14
208:3 213:21
230:23
**minimums** 130:2
130:8 131:10
**minority** 44:7,13
99:14 239:20
245:13 246:9
261:16
**minute** 150:21
180:3 211:1
250:18 295:23
**minutes** 8:5 15:4
15:10 95:24
180:11 181:11
214:11
**mismanagement**
31:3
**missed** 30:17
61:10 102:18
**missing** 214:22
**mistake** 265:8
**mistakes** 30:14
**MIT** 25:15
**mix** 44:16 97:25
106:11 108:15
**mo** 265:15
**model** 31:1 37:16
271:22
**modeled** 22:14
**modification**
259:4
**modified** 80:21
84:10 108:5
151:7 187:7
211:10
**modify** 137:17
**modifying** 204:21
**modular** 69:20
78:6 81:15 82:9



82:14 85:22
**mom** 19:15 38:22
**moment** 4:2,11,12
  59:8 133:19
  200:18 215:25
  217:2 263:11
  272:21
**money** 28:2,9 40:9
  40:10 88:2,11
  276:11
**monies** 276:2
**monitor** 122:13
  240:12 298:17
**monitoring**
  118:20
**monitors** 298:19
  298:24
**month** 7:2,3 50:19
  51:17 153:2
  204:21 274:19
  299:9
**months** 11:15,16
  18:18,18 19:12
  20:7 98:13 100:8
  101:25 118:6
  204:21 228:20
  228:21,21
  229:14,14 294:4
  300:10
**month-long** 7:5
**monumental**
  294:14
**morale** 50:15
**Morgan** 199:12,23
  200:1,23 201:4
  201:16,23 202:8
  202:16,17,19,22
  206:1,2 208:14
  263:23 264:3,4
  264:21,22,24
  265:2,3 266:24
  267:1,8,24 270:2
  270:4,8 271:14
  271:17,20,23

272:2
**Mosby** 78:25
**Moss** 52:11,16
**mother** 19:14
  26:11 47:1 105:7
**motion** 6:2 94:21
  95:10 97:2 98:7
  100:5 106:1,2
  107:1,8 108:24
  109:23 110:18
  111:7,13 120:14
  122:19 123:17
  129:14 130:7
  131:23 132:10
  132:16 133:4
  140:13 141:17
  141:25 142:9
  150:18 152:1,3
  152:21 154:19
  154:22 161:22
  162:22 165:10
  169:22 170:5,22
  171:4,19 172:14
  172:18,21 173:4
  173:18,20,25,25
  174:6,14,15,16
  177:7,8 178:1,10
  178:25 179:24
  180:16 181:15
  182:17 183:11
  184:15 185:10
  186:3,6,8 187:4
  188:24 190:21
  191:5 197:19,21
  197:24 198:6,7
  198:19,21 199:4
  199:16 200:4,5
  201:5,17 202:4
  202:23,24 203:1
  203:18,20
  204:15,17,22,24
  206:7,12,16,20
  206:22,24 207:2
  207:16,19,20,22

208:15,16,20
  210:24 211:21
  213:8 214:14
  215:2 217:14
  218:2,3,5 219:25
  220:9,13,18,18
  220:20,24 221:9
  223:17 230:10
  230:13 231:8,13
  231:14,17,22
  232:9,12,15,16
  232:24 233:8
  235:5,19,21,22
  237:1,9,25 238:2
  238:18,21,21
  240:7,13 241:24
  242:9,24 243:2
  244:16 245:4,6
  245:12 246:3
  248:25 249:3
  257:23 258:17
  259:17 260:1
  262:9,12,21
  263:3,12,16
  264:6,8,9,10
  265:8,10,12,14
  265:15,23 266:1
  268:13,17,20
  269:4,7 270:13
  270:17 273:9,12
  273:20 276:18
  277:3,6,13,16
  278:22 280:5,7
  280:21 282:7,19
  283:3 284:15
  292:25 293:16
  296:11
**motions** 105:21
  115:16,20
  128:14 136:1
  138:3 155:1
  206:25 209:10
  228:8 239:4
  263:6

**motivated** 104:4
**Mount** 80:15
  112:4 144:21
**Mountain** 75:18
**move** 5:15 9:20
  10:16 16:23
  17:19 56:10
  57:16 58:10 59:5
  59:11 92:23 94:7
  96:7 97:16 102:8
  106:3 107:22
  125:11 135:14
  146:13 150:19
  150:24 152:4
  170:10 174:23
  184:14 185:10
  186:9 188:7
  193:16 200:5
  201:6 204:1
  206:6 207:23
  213:16 216:15
  216:18 217:12
  217:14,22
  224:11 229:17
  230:18 234:21
  236:12 239:6
  243:8 250:20
  260:25 265:11
  267:22 272:24
  278:23 280:13
  292:25 293:17
  295:5
**moved** 27:20
  135:15 141:12
  141:13,14
  203:21 211:22
  267:5
**movement** 20:24
  260:12,20
**moving** 6:6 42:21
  56:21 61:4
  135:11 148:25
  163:1,6 167:13
  196:4 235:20

240:25 243:21
  260:13,15
**MSAOC** 101:12
**much-needed**
  59:12
**MUHLBERG**
  3:18 4:23 5:1 9:8
  9:11 16:13 19:9
  21:23 25:9 29:1
  29:5,8 31:14,20
  34:9,12,17 35:5
  35:11 38:15 42:1
  42:5 45:25 46:15
  46:19 184:14
  198:3,13,16,18
  198:23 203:20
  203:24 204:1
  205:15 209:1
  217:7 249:19,24
  250:3,9 266:14
**Mulberg** 3:16 4:21
  9:6,7 12:9 13:24
  16:11 46:3,14
  184:13 197:17
  198:11,22
  203:17 249:3,9
  249:18 252:20
  266:12 272:14
  297:7
**multiagency** 66:5
**multiple** 127:2
  208:25
**multi-tiers** 285:4
**muscle** 105:7
**mute** 31:17 38:17
**muted** 276:23

―――――――
          **N**
―――――――
**NAACP** 99:16
  101:14
**name** 9:12 16:15
  19:11 24:22
  25:11 35:7 46:25
  81:12 138:19



188:18
narratives 91:9
Nathan 3:25 51:6
54:2,14 55:3
nation 4:7 32:17
national 7:2,3,6
73:3 113:25
114:10,11
nationally 47:13
nationwide 24:9
nature 104:11
130:11
navigate 176:9
near 76:10
nearby 172:7
necessarily 56:18
158:6 226:10
289:13
necessary 5:20
36:15 38:4 99:6
need 7:7,19 31:2,6
31:11 32:24 50:6
89:25 107:20
125:3 129:10
131:17,22
159:16,16
161:11 166:10
168:22 169:12
187:14 188:18
191:5 192:13
196:2,13 214:23
215:15 216:20
225:24 226:25
228:24 229:5
230:16 232:20
240:20 243:25
244:11 248:24
249:10 253:22
255:18 264:13
266:24 267:1
275:2,25 283:21
296:4 298:22,22
needed 50:15
128:22 187:19

202:25 243:7
needle 27:21
needs 37:4 63:7
71:14 88:24
124:14 137:7
153:10 203:6
264:15 285:6,13
negotiations 77:23
neighborhood
150:10
neighborhoods
45:9 48:15 80:2
neighboring
274:17
neither 303:9
net 52:22 53:10,13
67:9,14,15 68:8
69:4 76:4 89:17
never 23:12 26:8
26:10 125:10
294:21
new 8:11 36:3,16
36:21 37:23
49:21 50:4,9,11
51:24 56:18
58:19 61:16 63:4
64:8 67:22 70:17
71:5,9 72:2
77:11,18,24
79:16,18,25,25
80:6 81:20 83:1
86:10,11 88:3
159:14 162:1
167:9 182:21,22
191:11 192:21
219:25 223:19
232:16 266:18
280:14 286:6
289:23 292:5
293:1 297:1
299:24
news 92:4
nice 291:9
night 51:23 52:1

163:23 225:23
226:17,23 227:7
257:4 302:24
nine 34:20 125:13
Nineties 27:5
NOK-ka-set 99:16
Nomani 19:10,11
19:12
non-legacy 236:18
238:8
non-profits 7:10
non-traditional
65:21 68:25
norm 47:14
normally 124:22
161:5
northern 41:4
northwest 80:4
note 66:23 67:19
71:4 72:7 76:18
110:12 199:12
noted 224:5
267:22
notice 192:1
noticing 100:1
notification 37:8
281:17
notify 168:12
notifying 168:7
notion 229:1
November 300:20
no-change 300:20
NSAOC 247:1
nuance 289:13
nuances 80:18
number 7:11 24:7
24:9 34:17,20
38:6 47:25 57:5
64:18 66:15,19
68:10,11 69:5,9
69:10 82:9 85:21
91:1 109:25
113:22 115:14
115:15 120:14

130:13 135:12
137:23 147:20
147:24 148:3,13
148:14 168:22
187:15 188:15
203:21 236:13
236:15,17,18
238:4,5,7,8
numbers 22:10
33:12 65:12
68:14,17 77:9
85:15 89:14,18
90:2,14,19 91:12
91:14,17,20,22
92:7 196:8
241:14
numerous 49:18
72:22 101:14
nutritional 274:9
274:20

___

O

Oakton 78:17,19
oath 29:10
objection 202:22
203:7,10 206:4
208:15 247:5,21
248:1,3,6,6
250:18 251:22
259:1
objections 209:14
246:19 251:14
258:14,20
259:13 267:4
271:24 272:8,12
302:7,10
objective 115:21
189:16
objectivity 39:11
39:15
obligation 69:14
71:25 83:11
obtain 53:4 239:25
261:23

obtained 224:8
obviously 91:10
175:4
occur 83:18
occurred 267:16
occurring 38:8
occurs 283:12
October 20:17
47:7 115:18
123:16 191:5
245:12
offer 45:10 115:7
132:23 154:1
169:14 193:4
216:10 258:7
293:24
offered 11:7,11
18:10,14 119:6
264:10
offering 103:9
133:10 181:2
246:2 278:14
offerings 239:12
261:6
office 40:20 50:24
officer 50:10,11
127:15 192:25
234:5 239:16
261:10
offices 93:17 94:2
official 8:16 21:10
officials 21:5
offline 5:1
offsite 70:12
oh 13:9 46:10 54:4
86:25 95:25
171:16 183:10
235:17 246:15
259:9
okay 3:13,18 6:22
13:11,20 15:9,19
16:9 34:20 46:17
54:11 55:13
89:22 95:14,14



97:1 112:4 135:4
135:5 142:24
147:16 149:15
150:8,15,22
158:15,15,18
159:18 160:7
171:8,11 175:15
175:18 184:1,2
193:7,15 199:1,2
200:24 201:1
204:1 207:18
210:21 217:9
225:19 232:11
232:20 234:19
235:4,17,20
236:9 239:3,5
242:15,16
246:21 250:16
253:18 257:14
261:12 266:16
267:7,9 268:5
269:23 271:3
272:20,22 278:1
278:8,22 279:10
279:12,23 284:9
293:17 296:18
**old** 146:12
**Omeish** 2:25 3:1
6:6,9 94:20,22
95:1 96:17 97:1
97:3 98:6,8
100:3,15,20
101:11 106:16
126:21 134:10
134:12 135:1,3,6
137:21 138:4
140:17 151:19
152:2,4,20,22
154:14,22
155:14,19 156:6
156:12,13,16,22
156:25 157:2,6
158:9,16,23
159:7 163:22

164:23 165:5,6,8
165:11,12 166:7
166:23 167:22
169:6,18 170:7,9
171:22 173:6
174:1 178:15
179:13 181:23
183:8,23,24
184:2,21 185:4
185:24 186:6,7
187:3,5 188:22
189:15 200:3
203:21 204:12
204:14,15,19
205:8,10 210:11
210:12 211:6,7,8
212:2,5,24 216:3
216:4,12,19,21
217:1,5,9,11,12
218:4,6 220:2
221:10,13,15
223:18,21 224:3
228:1,18 229:6
229:13,24
233:13,25
234:10 235:2
238:17 249:11
250:11 262:6
270:18,24 278:7
278:9 279:4
280:18,19
282:13,15
284:13 288:3
293:6,15,17
295:12
**Omeish's** 166:9
169:24 174:6,16
177:7,8 180:16
190:8 194:9
213:7 226:1
268:22
**once** 15:15 22:23
70:13 165:1
174:24 192:21

197:5 207:6
265:16
**once-in-a-lifetime**
49:22
**ones** 86:20 162:3
**oneself** 152:15
185:19 204:11
**one's** 60:4,4
**one-third** 71:9
**one-year** 22:12
**ongoing** 38:10
64:3 81:2 239:16
261:11
**Onibudo** 3:13,14
3:25 4:3,4 6:24
6:25 7:1 8:1 46:4
46:6,7,12,13
51:6 53:25 54:3
54:8,14,25 55:5
61:18
**onsite** 70:12
**Ooh** 111:19
**Oops** 279:4
**open** 5:25 29:19
61:8 116:16
126:7 287:6
**opened** 84:24
98:22
**openness** 21:11
114:21
**opera** 268:25
**operating** 69:22
71:7 72:21
**operation** 72:14
**operational** 15:17
162:3 169:5,17
182:9 197:13
268:25
**operations** 133:15
**opportunities**
28:19 45:7 48:13
76:3 103:7
112:20 115:22
116:23 117:1

124:1,22 126:8
136:17 155:4,4
155:13 176:17
176:25 188:19
194:14
**opportunity** 23:11
27:13 31:23 36:4
43:17 44:19
54:12,17 100:10
100:19 102:17
102:18 103:9,21
110:22 112:16
116:20 127:21
137:4,10 141:2
152:11 153:14
154:7 157:10,14
157:22 161:24
161:25 164:2
170:14,21
172:25 174:7,25
179:20 180:18
183:18 185:15
200:4 218:21
226:6,15 240:20
260:16 266:11
269:20 272:4
282:2 297:19
**oppose** 269:6
**opposed** 6:15
106:18 156:8
185:2 221:7
230:4 250:23
279:14
**opposing** 178:1,9
**opt** 152:11,14
154:2 157:16
158:1 161:25
162:17,24 163:2
165:23 170:14
170:16 173:1
178:17 185:15
185:18 201:14
204:10 266:11
**opting** 168:16

219:10
**option** 101:16,20
103:24 122:10
132:12 140:13
142:7,11 162:7
178:17
**options** 76:5
109:16 118:1
135:13
**opt-in** 156:9
163:25
**opt-out** 156:8
163:9,24 164:1
169:13,25
187:23 197:23
198:8 199:8
201:8 203:24
204:3 268:23
**orally** 264:11
**orange** 85:15
**order** 3:22 5:18
8:2 22:16 63:3
197:15 199:14
199:24 200:10
201:20 204:12
206:3 211:6
212:23 231:10
231:11 232:13
252:6 257:7
259:3 266:20
268:10 274:22
**ordered** 29:20
**organization**
252:4
**organizations**
99:17
**original** 174:16
180:16 213:8
230:11,12,14
231:15 266:1
**originally** 91:19
**ought** 188:16
**outcome** 177:24
241:2 267:17



284:2 286:21
303:13
**outcomes** 40:4
**outdoor** 75:14,22
75:24 93:4
**outlined** 108:1
126:24 130:5
151:3
**outreach** 7:6
27:17 40:2,6,21
40:24 42:23 43:1
43:12,14,25 44:4
44:10 45:14
110:4 117:22
124:9 149:1
157:8 167:11,15
177:14,18
179:17 236:12
236:16 237:8,11
237:14 238:3,6
240:1 261:24
301:18
**outset** 118:23
**outside** 68:15,16
68:19,22 160:4
**outsized** 28:20
**outstanding** 298:2
**outweigh** 24:15
**out-migration**
67:8,11,13,23
**overall** 64:15
91:12 130:14,15
172:14
**overcrowding**
69:24 80:4 88:4
**overload** 11:13
18:15
**overlooked** 100:23
103:20,25
**overly** 223:15
**overrepresentat...**
140:20
**overseeing** 241:11
**oversight** 38:10

99:14 239:20
245:14 246:10
261:17 294:2
**overspeaking**
165:2 183:25
200:14,22
204:18 205:25
207:12 208:23
208:25 245:25
247:8,16 249:6
250:2 252:9
268:6
**Overspeaking-u...**
132:22 134:3
**Ownership** 73:5

**P**
**PA** 303:21
**page** 84:21 137:2
169:7 288:18
**pages** 20:8 35:25
35:25 84:18 85:7
108:1 121:24
151:3
**paid** 181:8
**Palle** 34:15,18
35:3,4 38:16,18
38:22 42:4
**pandemic** 9:20
10:2,23 16:23
17:5 18:1 20:4
29:18 36:3 49:20
56:24 58:7 63:14
63:22 64:14
80:20 82:2 85:14
299:17
**paper** 44:25
**parent** 40:23 42:8
99:15 109:7
118:3 153:22
236:21 238:11
281:17
**parents** 47:17
104:22 124:10

136:11 157:20
157:20,23
**Park** 79:8
**parla** 199:13
**parliamentarian**
199:13
**parliamentary**
296:8
**parsing** 229:3
**part** 28:11 44:10
63:16 69:24 70:5
70:14 73:9 75:23
80:13 86:17 99:2
108:6 118:21
119:10,10 133:6
151:8 155:8
158:6 160:21
161:11 168:9,23
177:21 186:9
195:20 207:24
213:17 230:19
240:14,14,16
287:13
**Partially** 77:18
**Partially-funded**
78:20
**PARTICIPANT**
54:18 205:24
208:19 217:4
259:6,8 279:7,8
279:9
**participate** 87:11
155:11 174:8,20
176:22 179:6
**participation** 8:3
239:13 261:7
**particular** 47:17
102:23 147:22
214:20 272:19
**particularly** 45:23
56:3 61:1 135:23
298:23
**parties** 303:10
**partner** 10:11

17:14
**partners** 93:13
**partnership** 38:13
40:3,8 43:12
44:3,5 93:25
294:25 297:16
**parts** 14:9 154:25
**pass** 228:8
**passed** 231:20
**passing** 104:9
240:25
**passion** 121:16,18
122:7,15 194:25
294:21
**passionate** 44:6
122:22 136:18
194:20
**password** 250:15
**paste** 250:3
**Pat** 25:21
**path** 111:9 122:1,4
**pathway** 28:15
53:3 130:5
**pathways** 120:17
121:4
**patients** 41:16
**Paul** 25:10,11
**pause** 11:10 12:14
12:19 13:5 16:3
18:12 144:2
193:23 254:22
**paying** 105:9
172:4
**payroll** 274:24
**PD** 27:18
**peer** 122:8
**peers** 124:16
**Pekarsky** 2:23 3:9
3:10 6:10 94:10
94:11,14,16,18
94:20 96:17,24
97:1 98:4,6
100:3 102:11
103:13 105:24

106:22 107:4,6
108:22 110:15
110:17 111:11
134:17 136:22
144:8 151:18
178:5,7 179:1
185:5,25 210:13
210:14 230:1
235:3 238:13
262:5 271:2
278:3 279:16
293:6 295:14,20
295:22 296:3,7
296:21,24
**pending** 47:18
**Penn** 303:20
**people** 7:13,15
49:13 90:12,17
91:9 138:13
139:16,19,19
144:20 148:22
172:13 177:15
177:16,19
178:11 195:7
226:11 229:9
243:18 260:6,18
277:9 278:13
**percent** 22:19,20
23:1,2,3,4,7,8
24:16,18 30:7
36:20 40:21
44:16 66:25 67:2
73:1,17,19 75:2
75:2 108:7
120:18 121:3
130:15 136:12
139:3,6 146:8,18
147:25 148:6
154:16 159:22
186:12 188:6
208:1 213:19
221:22 230:21
**percentage** 85:17
186:18 208:8

214:1 219:6
231:2
**percentages** 85:11
139:1
**perfectly** 179:16
**perform** 29:12
**performing**
124:21
**period** 50:1 51:14
193:5
**permit** 36:19
**permitting** 83:6
83:20
**perpetual** 32:24
**person** 10:20,25
17:23 18:3 50:23
54:16 242:23
**personal** 7:16
33:19 136:4,9
167:15
**personally** 8:18
**perspective** 43:8
109:6 148:19
160:16 283:20
**perspectives**
114:21
**phase** 36:13 85:24
**phasing** 38:1
**phenomenal** 41:11
**Philadelphia**
303:21
**philosophical**
136:24 137:24
**philosophy** 99:25
**phone** 35:24 93:14
95:22 190:14
250:13 291:6
**phonetic** 34:10,12
51:7 52:3
**phrase** 138:11
221:3,6
**physics** 22:23
**pick** 211:1 296:22
296:25

**picked** 176:15
**picture** 25:5
**piece** 94:25 98:14
98:21 99:11,21
132:19,24 133:2
133:16 134:15
135:24 152:23
165:24 166:5
168:10 179:2
272:19
**pieces** 135:20
137:17 222:20
**pilot** 75:23
**piloting** 75:13
240:2 261:25
**Pimmit** 79:22
**pink** 82:18
**pipeline** 44:15
45:6 110:6
116:20 118:24
125:17
**pitting** 105:13
**place** 28:6,6 36:22
98:25 101:9
113:7 120:6
121:17 122:14
126:2 134:25
135:22 137:4
138:9 143:15
153:16 168:11
181:16 187:22
191:17 192:24
196:1 221:25
226:20 253:21
253:23 263:2,9
274:22 281:5
282:23 298:3,5
**placement** 52:8
**places** 113:16
136:14 138:14
**placing** 43:16
**plagued** 40:6
**Plain** 226:7
**plan** 30:19 37:14

38:10 41:24
42:23 43:2,3,14
44:1 45:14 52:21
62:22 70:16
122:12 153:1
157:8 160:13
183:19 186:21
208:10 214:4
231:5 236:13
238:3 241:1,2,3
274:21 301:12
**planned** 202:24
203:4
**planning** 38:3
40:3 64:3,24
66:1 81:2 83:6
83:20 93:15
246:12 262:20
**plans** 52:20
**plateauing** 260:15
**Platenberg** 62:8,9
62:10,11 86:25
88:12 89:6,21
90:21 92:15 94:5
**platform** 33:18
50:21
**play** 28:9 191:9
298:4
**playing** 26:18 28:4
**please** 3:24 4:19
5:5 7:22 9:11
29:5 31:16 35:10
61:11 95:23 96:4
96:5,14 108:25
110:12 121:21
122:20 126:6
129:18 140:4
145:20 146:14
147:10,17
150:21 151:21
170:8 173:19,24
184:8 187:1,3
190:11 193:8
197:17,19 198:2

200:18 202:7
203:17 207:16
216:10 217:10
218:4 219:24
220:13 226:18
226:24 229:22
230:7 236:25
238:22 240:6
242:11 249:10
249:13 254:11
263:24 265:2
270:22 271:10
272:5,6,14,16,21
277:24 278:5
280:20 293:12
295:9,18 302:10
**pleased** 93:17
188:21 285:21
**pleasure** 298:10
**pledge** 4:1,4
**Poe** 145:11
**point** 5:15 11:22
12:13 13:21
18:25 66:16
123:11 132:9,11
133:7 146:10,18
166:25 169:21
172:3 187:14
188:9 197:15
202:15,21
203:12 204:12
206:8 207:23
208:13,21
210:25 211:6,24
212:22,23 215:8
218:3,12 223:23
226:19 231:10
231:11 232:13
233:9 248:12
252:6 255:25
258:7,8 259:3
265:21 266:20
269:2 270:1,15
271:7,9 280:5

295:19
**points** 26:3 109:2
149:5 233:5
245:8
**polarized** 125:10
**policies** 41:9
112:23 300:15
**policy** 35:20 36:11
36:21 37:15
38:14 104:11
112:11,12 119:4
280:8,15 281:3,5
283:4 285:3,10
285:17,20,22
286:5 287:24
288:15 293:2
300:8,21
**political** 21:18
49:8
**politics** 21:14
**pool** 98:25 131:22
142:15,20
149:13 167:24
168:3,5 177:15
179:11 194:2
219:12 237:3
**poor** 24:13
**Poplar** 79:10
**population** 41:3
124:14 127:19
130:14,16
145:17 186:19
187:17 188:17
208:9 214:2
219:8 223:11
231:3
**populations**
121:18 236:19
237:7 238:10
**portion** 95:5
**portrait** 108:10
151:12 186:15
213:23 230:24
**position** 25:3



276:9
**positions** 40:21
**positive** 7:4,13
  109:1 110:25
  139:14 193:20
  281:15,24 282:3
  284:2
**possible** 51:21
  60:15 63:18
  105:17 118:10
  147:21 176:9
  181:19 208:20
  220:14 276:1
**posted** 128:13
  143:24 198:14
  199:22,25 200:1
  205:15,16,17,22
  208:17 216:25
  233:18 234:14
  248:17 264:9
  268:20 296:6
**posting** 180:11
**postpone** 276:18
  277:3,13,24
**postponed** 125:7
  273:25
**posts** 233:19,20
**potential** 7:18
  43:7 44:1 63:6
  86:15 123:21
  125:20 126:9
  153:13 159:25
  178:20 179:3,5
**Potomac** 78:7
**poverty** 24:15
  143:9
**power** 33:10 75:7
  132:8,11 133:6
**powerful** 178:18
  178:21
**practice** 36:23
  37:9 195:5
**practices** 112:23
  115:5 183:13

284:25
**praise** 89:6 181:23
**precise** 37:20
**precisely** 165:19
**preclude** 121:4
**Preconstruction**
  82:10
**premature** 196:6
**prep** 105:6
**preparation**
  239:14 261:8
**prepare** 29:23
  118:24 189:5
**prepared** 282:25
  283:11,22
**prepares** 97:13
  107:19
**prequalified** 104:4
**prescribing** 195:2
**prescriptive**
  194:15 196:7
  197:1 214:16
  215:17 237:12
**prescriptiveness**
  215:3
**present** 38:19
  62:24 64:23
  87:19 250:24,24
  251:7 252:8,17
  252:22 253:2,25
  254:2 258:23
  261:1 272:16
**presentation** 53:8
  62:5 86:10,12,22
  87:2,6 92:20
  94:6 97:21 106:7
  108:3 120:15
  132:9,11 151:5
  253:7
**presented** 64:10
  64:16 97:4 98:17
  107:10 201:17
  201:19 204:25
  205:1 270:17

272:23 280:15
  293:3
**presenting** 62:16
**presents** 251:11
**preserved** 88:23
**president** 9:13
  16:17 34:23
  35:14
**Presidio** 50:10
**press** 237:8
**presses** 73:19
**pressing** 138:24
**pretty** 175:4 197:8
**prevailed** 49:19
**prevalent** 57:21
  57:23
**prevent** 276:2
**prevented** 141:3
**prevention** 36:17
  37:12
**previous** 38:20
  140:13 162:22
  198:22 199:4
  203:18 206:22
  220:25 221:8
  243:3
**previously** 64:15
  71:19 81:1
  173:10 174:2
  197:20 199:17
  218:11 232:22
  258:13
**pre-Algebra** 25:25
**pre-allotted** 131:4
  131:8
**pre-apportioned**
  142:13
**pre-K** 65:14
**pre-school** 65:14
  65:23
**primary** 35:1,16
  69:13
**Prince** 274:7
**principal** 8:16

19:20 20:11 21:4
  21:11 101:1
**principle** 30:24
  99:19
**prior** 84:25,25
  85:25 99:3 167:9
  204:16 296:17
**priorities** 165:15
**prioritize** 61:7
**prioritized** 23:11
**prioritizes** 285:3
**private** 40:14 66:6
  160:3
**privilege** 23:19
  24:15 27:9 28:19
  50:22 292:8
**probabilities**
  112:6
**probability**
  144:25
**probably** 175:4
**problem** 28:11
  41:23 48:9 123:6
  127:25 138:10
  161:8 251:9
  253:19 274:18
  274:24 282:24
**problematic**
  101:25 257:3
**problems** 239:1
**problem-solving**
  28:18 108:11
  109:13 151:12
  154:11 164:8
  169:10 171:5
  174:12 177:1
  180:14 183:15
  184:16 186:16
  213:23 230:25
**procedure** 296:9
**proceed** 13:22
  14:18 54:24
  230:18
**proceeding** 303:11

**proceedings** 113:6
  303:6
**process** 25:13 27:9
  27:22,25 44:18
  50:8 73:10 87:16
  97:18,22 98:2,19
  103:25 106:5,8
  106:13 107:10
  107:24 108:1,5,6
  108:13,17 109:3
  109:6,17 111:5
  113:14 114:14
  114:25 116:16
  117:4 127:22
  128:7 129:11
  130:9,17 131:1
  143:4,20 148:7
  150:5,13 151:1,1
  151:3,7,8 155:12
  159:14 161:3,12
  162:20,24 163:9
  166:11,14,18,22
  167:5,5,7,8,21
  168:24 169:13
  173:9 174:9
  176:10,23
  177:21 179:12
  182:19 183:5
  186:10,11
  187:25,25
  191:11 192:21
  194:18 195:25
  196:9 197:10,23
  198:8 201:8
  204:3 206:9
  207:24,25
  213:18,18
  226:22 230:20
  243:11,16
  251:16 256:25
  263:5 267:20
  268:21,22
  284:10 287:12
**processes** 114:17



149:1 191:18
242:5
**proctor** 172:5
180:13
**proctored** 164:9
164:20 167:25
168:1,14 169:9
170:2 172:12
174:11 180:23
181:2,3
**proctoring** 160:17
181:6
**produce** 252:10
**produced** 63:18
**profession** 114:3
**professional** 38:24
41:14 234:4
285:5
**professionals** 76:2
**professions**
114:13
**professor** 48:5
**proffered** 71:1
**proffers** 70:7,7,11
70:19
**program** 8:9
42:10 44:11 62:2
62:17,20,22
63:25 65:17,24
73:15,23 74:8,9
74:23 80:13 82:3
82:10,13,15,17
82:18,20 83:25
84:12 85:6,10,16
85:20 124:11
158:17 245:15
259:11 261:18
274:10,22 276:3
**programming**
119:5 125:4
187:19 191:2
**programs** 27:17
40:11 43:6 44:4
44:14 65:15

69:18 72:9 73:22
74:11,14,20
76:21 85:3 119:1
119:21 124:3
136:6
**progress** 41:11
53:3,20 75:8
102:24 138:18
239:21 240:12
241:4,6 254:12
254:23 256:22
260:10,12
261:19 298:20
**project** 37:16
71:14,24 82:22
82:25 83:1,4,5,8
83:14,19 84:4,8
84:18,19 85:23
85:24
**projected** 81:20
**projection** 63:17
**projections** 159:5
**projects** 52:12
63:8,11 64:7
69:18,19 70:20
77:12,19,24 78:4
78:10,20 79:4,16
79:19,21 82:16
83:10
**promise** 105:3
292:11
**promote** 93:3,25
101:18
**prone** 281:13
**proper** 153:25
**properly** 232:19
232:21
**Properties** 71:16
**property** 70:15
**prophases** 26:23
**proportion** 223:11
**proportional**
186:19 187:16
206:10 208:8

213:9 214:1
220:4 221:1,8,12
231:3
**proportionate**
189:23 190:5
**proposal** 22:6 27:3
28:23 98:19
100:2,10 101:8
101:12 102:23
113:11 118:22
140:15
**proposals** 118:8
255:19
**propose** 171:1
239:24 256:23
257:7 261:22
**proposed** 31:8
36:11 47:22 49:5
64:6 92:5 103:23
**proposing** 41:21
**proprietary**
130:11,24
**protect** 11:17
18:20
**protected** 11:20
18:23
**protecting** 11:24
19:2 41:12
**protocol** 37:19
**proud** 59:16,24
60:7 74:12 75:5
286:4,11
**prove** 40:13
**provide** 15:15
28:18 43:17 72:4
84:18 89:11 97:8
107:14 138:14
152:10 159:3
162:8 170:13
172:25 176:25
185:15 239:7
250:21,23
252:10,12,21
253:2 258:22

266:10 296:9
298:25
**provided** 40:11
62:14 64:16 71:6
71:22 76:7 77:2
86:4 88:19
115:17 200:3
205:18 218:12
285:19 287:20
296:13
**Providence** 88:3
88:21
**providers** 15:8
285:23
**provides** 45:6
47:12 48:12
**providing** 35:21
41:15 43:22 76:9
105:2 110:21
127:21 161:2,23
161:25 176:19
177:3 187:18
251:10 281:24
282:2 294:2
**provision** 253:8
**proxy** 27:9
**pro-equity** 23:5
**prudence** 10:17
17:20
**prudent** 11:18
18:21
**PSAT** 158:4
**PTA** 34:24 35:15
**public** 5:24 6:1 8:8
8:22 12:16 13:3
14:20 35:22 38:6
52:5 53:1 73:6
74:9 75:6 77:1
86:14 104:11
108:8 128:15,18
130:10 132:20
136:8 139:4
143:22 151:9
180:9 186:13

208:2 213:20
228:18 230:22
233:15 234:13
248:20 251:6,8
251:12,18,23
252:5,12 253:4
253:20 254:3,24
257:18 258:23
261:1 275:8
296:14 298:7,12
299:12
**publicly** 130:25
134:22 226:5
250:24
**public's** 8:23
**pull** 235:23 249:20
250:4 263:12
295:23
**pulled** 283:2
**Pulley** 65:20
**pulling** 89:4
179:18 272:9
**pulse** 277:21
278:14
**purchase** 75:7
**purple** 81:23
**purportedly** 105:6
**purpose** 124:18
194:24 214:20
216:18 224:17
**pursue** 20:2 76:4
**push** 33:18
**pushed** 26:10
**pushing** 35:19
**pushy** 26:11
**put** 20:13,16 30:4
52:13 55:8 92:18
105:16 108:20
123:16 133:24
134:18 162:1
171:23 173:20
177:21 182:11
191:17 192:21
222:4 226:20



232:18,21
275:22 277:6,16
284:10
**puts** 155:2
**putting** 52:15
98:25 188:3
192:23 196:1
226:25 248:12
253:20 290:24
292:22
**puzzled** 222:25
227:19
**pyramid** 81:9,11
218:20
**pyramids** 81:8
**p.m** 298:18

_____
**Q**

**qualifications**
222:19
**qualified** 23:15
26:25 105:1
110:19
**qualify** 153:12
168:12
**qualities** 219:7
**quality** 41:16 97:8
107:14
**Quander** 65:21
**Quandy** 65:20
**quantitative**
135:16
**quarter** 30:1,9
**quasi** 135:19
**question** 14:21
15:14 20:21
87:24 88:13
120:11 121:7
130:22 133:22
142:25 149:12
149:21 158:25
165:4,13,14
170:21 182:5
189:17,25

190:17 192:7,9
192:11,14
197:15,18 198:4
200:13,21
201:15,24 202:9
202:20 203:10
203:15 245:24
257:6 263:20,23
264:2,7 266:23
267:11,13 268:8
268:9 271:13
**questions** 39:18
87:5 134:7
136:24 137:6,24
149:18 166:1
224:20 266:5
**quick** 15:22 37:8
89:13 120:11
177:11 209:21
292:8,10
**quickly** 128:12
146:3 178:8,23
209:20 275:20
**quite** 88:6 215:24
249:16
**quorum** 210:22
**Quoting** 44:17

_____
**R**

**race** 44:24
**race-neutral**
97:23 100:11
106:9 108:14
**racial** 39:9,21 45:4
97:23,25 101:6
106:10 108:15
**racism** 33:2,3
119:17,22
138:15
**radically** 21:1
**raise** 96:15 207:16
213:2 229:22
277:24 302:10
**raised** 93:13 206:4

208:17 288:11
**raising** 302:11
**range** 73:16
**ranked** 24:4
**ransomware** 30:3
**rate** 45:3
**rates** 11:21 18:24
22:3 30:8 239:10
241:3 261:4
**ratio** 66:13,15,22
66:24
**rationing** 41:6
**reach** 3:16 188:8
294:6
**reached** 44:1
58:22 121:12
126:4
**reaching** 244:7
255:11
**reaction** 37:13
**read** 26:16 28:12
43:1 48:8 83:21
118:6 121:23
128:16 131:11
131:12,13,16
132:12,18 174:2
184:11 203:18
204:16,24 205:7
205:13,18,19
207:3,14,19
208:21,22
210:25 213:12
213:13,15
216:20 217:11
221:1 225:8,9
230:15 254:24
254:25,25
269:19
**readdress** 268:2
**reader** 127:16
**readers** 161:11
168:22
**reading** 35:24
129:20 131:19

131:20,21 236:7
**reads** 220:24
**ready** 52:9 94:19
100:25 118:25
139:23,25
140:25 249:23
283:11 284:10
299:15
**real** 25:4 26:25
41:23 275:12,22
277:9 286:9
**realistic** 190:1
**realistically**
187:12
**realities** 137:11,14
**realize** 13:10
56:16 114:6
**realizing** 202:3
**really** 31:24 48:18
53:14,15 54:19
56:22 57:13
62:19,20,22 72:6
73:14 86:8 89:9
92:15 98:21
119:3 121:19,24
126:16 127:7,21
128:11 129:12
148:13,21,24
155:23 157:20
158:10 159:23
166:15 171:20
172:15 175:19
179:3 182:14,21
183:19 187:23
195:6 197:12
203:6 215:20
221:6 222:6,8
224:13 225:23
226:18 227:25
273:24,25
275:16,22 281:5
281:18 284:4
286:8,10 290:9
291:7,7 298:22

**real-world** 175:25
**reason** 22:5 43:25
112:8 150:1
174:17 212:12
218:14 261:4
**reasons** 91:4
140:16 148:17
178:10,13 212:7
215:4 239:10
275:7
**recall** 64:17 182:4
204:23
**receive** 102:25
153:23
**received** 14:3 47:3
76:25 89:7 228:2
238:24 279:24
301:14
**receiving** 14:7
157:21
**recess** 13:2 15:3
209:8,13,19
**recessed** 14:7
**reciting** 4:1
**recognize** 36:14
36:25 134:23
212:21 213:1
263:24 264:3
**recognized** 102:21
135:8 193:9
249:14 264:23
**recognizes** 24:3,14
**recognizing**
156:17
**recommendations**
31:10 71:17
129:3,7 262:22
302:1
**recommended**
240:3 262:1
**reconsider** 265:11
265:14 270:10
270:12,16
**reconsidering**



271:8
reconstruct 257:5
record 6:18 22:10
    235:10 290:16
recorded 265:9
recording 1:12
    302:25 303:5,7
recruit 45:22
recruitment 110:4
    177:18
rectify 258:18
reduce 58:24
    74:24,25 101:3
reduced 274:13
reducing 47:25
    164:3
reduction 38:1,9
refer 64:19
reference 86:6
    248:24
referring 167:4
    199:6 203:20
refers 67:5
refine 226:21
reflect 25:23 30:13
    202:23 216:6
    217:13 231:4
    232:12 283:5
reflected 204:17
    209:11 211:23
    212:7,11 214:9
    216:13 218:8
    273:1 278:24
reflecting 56:1
reflection 274:2,3
reflective 143:6
    188:16 211:12
    211:16 219:4
    234:11
reflects 186:20
    208:9 214:2
    218:21 286:5
refrain 8:17
reframe 58:8

refresh 200:9,19
    200:20 201:2
regarding 8:13
    87:25 95:7 99:24
    133:2 141:6
    173:22 198:8
    199:5 215:7,21
    236:1 247:13
    258:21 293:25
regardless 171:25
    188:1
region 45:11 80:7
    81:4,5 84:11,15
    84:23 88:24
    125:19 131:5,16
    131:16,20,20
    132:4,4,12,13,13
    142:12 144:22
    186:23 208:12
    214:6 218:19
    231:7
regional 47:8
    80:21,22 110:13
    120:17 121:4
    130:4 142:21
regions 84:9
    102:22
region-by 142:12
region-by-region
    129:19 131:4,7
regressing 260:14
regular 1:12 3:21
regularly-sched...
    276:19
regulations 70:14
reinstate 49:10
reinstated 262:22
reiterate 93:16
    121:10 141:24
reject 22:5 31:6
    39:21
rejoice 37:12
relate 221:7
related 63:23

70:20 71:16
    127:3 300:10
    303:10
relationship
    294:22
relationships 7:13
    287:4 288:19
relax 60:24
relieved 36:22
relocation 78:7
rely 154:12
remain 32:12
    50:16 127:19
    137:6 146:16
    172:25
remained 241:15
remaining 71:13
    83:13 142:4,15
    142:21
remains 9:21
    16:24 81:16
    173:5,14
remarkably
    124:15
remarks 8:4 32:3
    241:21
remediation
    239:12 261:6
remedied 13:6
remedy 12:20
    197:6
remember 21:20
    29:10 98:16
    104:14 156:18
    182:24
remind 31:15
    33:16 49:12,17
    275:19
reminds 138:11
    197:2
removal 102:2
remove 171:4
    184:15 297:5
removed 141:10

211:17
removing 141:13
    141:14
rename 50:7
renaming 40:19
renew 293:18
    295:6
renewals 71:6
renovation 76:5
    78:20 79:4 81:18
    81:21 83:2 84:6
    84:25,25 85:17
renovations 63:6
    64:9 69:20 71:11
    80:12
rep 51:5,6
repair 73:5,13
repeat 126:25
    202:10
repeatedly 30:10
repeating 184:7
repel 104:17
replace 23:13
replacement 52:6
    71:24 72:1 73:18
    73:24 74:1
replaces 231:21,22
reply 28:25
report 20:16,19
    48:25 52:24
    64:17,21 73:4,6
    76:6 89:12 113:6
    197:22 200:6
    201:7 204:2
    239:7,14 240:15
    250:22 251:7,10
    251:11 252:12
    252:17,21,22
    254:1 255:7,10
    255:15,17,21
    261:1,8 300:3,5
    301:8,14,21,22
reported 114:18
    114:25

reporting 38:6
reports 12:11
    13:17 118:7
    228:7 239:21
    245:14 261:19
represent 112:4
representation
    22:25 113:20
    127:7 128:9
    143:8 145:7,9
    189:23,24 190:6
    194:10 206:10
    213:9 217:15,24
    220:4,25 221:17
    222:13 223:6,8,9
    223:10,12 224:7
    229:19 232:25
    234:23
representative
    3:25 44:20 46:5
    53:25 57:4,11
    287:19 291:4
representatives
    56:13 287:16
represented
    116:14 143:10
representing 9:15
    16:18 25:20
represents 140:21
Republic 4:6
repurposing 79:21
    88:9,14,15
request 250:17
    266:24 296:16
requested 8:4
    52:21 70:10
    300:16
require 20:20
    22:16 101:16,21
    150:19 152:5
    159:11 162:4
    163:1,6 170:10
    185:11 205:2
required 48:23,25



respect 8:21
  117:22 228:4
  269:20
respond 15:14
  36:7 170:20
  182:2 202:19
  221:14 236:3
responded 20:21
responds 285:11
response 2:14,24
  3:7,12 4:20
  34:11,13,16,19
  47:3 80:1 95:13
  95:18 106:25
  133:21,21 147:6
  171:10 185:1
  192:15,16
  193:14 210:10
  210:20 244:25
  252:1
responses 181:1
  181:16
responsibilities
  275:13 294:1
responsibility
  123:15 182:17
responsible
  131:24 137:15
responsive 10:8
  17:11 224:15
  281:20
rest 59:12 61:13
  131:11 243:12
  300:22
restraint 35:20
  37:6 38:2 280:7
  280:8,14 281:13
  293:2
restraints 38:7
restrictions
  275:23
result 27:1 47:17
  47:21 70:11
  71:21 242:1

124:13 142:12
requirement
  28:25 76:12,13
  77:3 167:1 168:4
  168:15 171:5
  184:15
requirements 6:1
  47:10 62:25 63:4
  71:25 72:2
  152:10 156:4
  158:5 164:19
  185:14 205:6
requires 255:9,20
requiring 64:4
  163:16 170:1
  266:7,8 274:14
requisites 164:12
research 22:7
  26:16 28:12
  35:25 40:13 73:3
  109:4 113:9
  121:23
researching
  112:22
reservation
  143:13
reserve 101:22
reserves 274:11,13
reside 68:3,15,19
  68:22
resist 265:1
resolution 96:8
resolutions 8:11
resolve 42:24
resolved 137:7
resource 41:7
  43:10 45:17
  65:23 124:5
resources 38:4
  43:10 45:7,18
  48:13 53:12
  75:21 105:16
  114:9 118:11
  187:18 268:25

resulted 40:4
resulting 75:9
results 226:21
retaking 271:8
retention 22:18,19
return 11:2,8 18:5
  18:11 45:20
  50:19 64:3 75:12
  81:2 185:9
  209:15 298:19
  299:2
returned 192:2
  210:21
return-to-school's
  11:10 18:13
revenue 272:25
  278:24
review 23:14 24:1
  38:11 86:21
  92:18 107:9
  108:1,4,6 113:11
  114:25 115:5
  128:16 129:19
  130:25 131:4
  144:3 150:5,13
  151:3,8 159:17
  170:5 186:10,21
  191:16,18 206:9
  207:24 208:10
  213:17 214:3
  230:20 231:4
  263:5,17,21
  272:17 273:2
  275:10 278:25
  296:12 301:21
reviewed 66:9
  142:22 149:23
  211:14 296:15
  300:19 301:6
reviewing 76:7
  215:12
reviews 63:1
revise 97:17 106:4
  107:23 150:25

252:13
revised 91:14
  104:8 212:4
  232:16
revision 256:25
revisions 288:14
revote 268:13
  269:12
revoting 269:25
  269:25 270:7,17
re-call 266:17
re-evaluate 56:25
re-login 174:25
re-presented
  264:14
re-read 106:1
  170:8 202:11
re-send 61:11
re-sent 208:24
re-start 35:10
re-take 265:20
re-taught 37:5
re-writing 220:18
rich 33:9
Richmond 113:7
rid 129:10 131:6
  174:13
Ridge 79:10
right 24:24,25
  46:21 49:10
  56:17 57:15
  84:21 90:8 93:21
  126:12 135:1
  136:9 137:2
  152:4 156:5
  157:11 158:13
  158:18 159:10
  160:12 164:23
  166:17,19
  181:21 186:7
  187:11 196:15
  209:13 212:5,14
  213:3,6,11
  215:24 216:12

217:5 231:16,19
  232:6 236:7
  239:6 246:3
  249:7 250:6
  253:1,6 256:18
  269:24 270:2
  281:6,7 287:21
  289:23 291:2
  296:18,21
rightfully 56:20
rigor 26:9,22
ringing 28:24
  41:25 45:24
  115:2 126:13
  129:16 137:20
  144:9 169:11
  181:22
rise 3:24 42:23
risk 290:15
risks 72:22
Road 65:20,21
roadmap 62:23,23
Robert 53:8
Robert's 296:9
robust 39:24
  191:1 273:14
  275:25
rock 51:21
Rocky 80:16
role 117:18 137:3
  137:12
roll 3:23
roll-out 38:9
room 160:23
  247:18,20
rooms 64:5
Ross 36:12
roster 168:11
round 226:8,9
Route 79:17
routine 69:23
RPR 1:23 303:3
  303:18
rules 105:9,14



296:8,9
**run** 15:23 32:1
51:20 72:20
79:10,12 80:16
284:6
**running** 162:19

**S**

**sacrifice** 31:9,11
289:4
**sad** 33:16
**safe** 10:21 17:24
75:12 281:24
282:3 284:1
**safer** 277:14
**safety** 10:5,17
17:7,20 282:4
**Salarum** 52:2
**Salem** 52:2,2
**salient** 134:7
**same-day** 37:7
**Sandburg** 144:23
**Sanders** 2:18,19
6:13 13:23,25
14:2,3,22 15:21
15:23 87:7,8
88:22 89:2,8
96:19 106:20
111:14,15,21,22
111:23 112:1,3
115:25 144:16
144:19 146:7
151:16 154:20
154:21 174:3,4
174:22,24 175:9
176:13,14 185:3
185:22 189:13
189:14 190:16
190:19 191:24
192:12,16 193:4
209:22,23
220:10,15,17
229:25 235:2
238:14 240:5

241:18,20
259:19,22 260:4
260:5,8 262:4
271:1 276:16,17
277:11,12 278:1
278:17,20
279:19,21,24
284:16,18 286:1
293:9 295:15
**Sangster** 79:11
**Saratoga** 79:11
**sat** 121:14,25
**satisfied** 192:15
241:5 255:13
**satisfy** 268:10
**saw** 22:11 88:5
136:16 139:22
288:14
**saying** 14:4,13
55:14 56:2,7
57:9 131:7
137:23 153:5
156:2 158:8
160:11 162:11
162:25 166:23
167:1,16 168:10
175:6 187:11
199:20 201:6,10
220:3 221:15
222:15 223:6
225:1 226:14
253:3 256:4
257:22 302:22
**says** 9:24 17:2
132:10 198:6
240:17 250:20
251:20 255:17
**scaffolding** 187:20
**scale** 114:11
219:11
**scenarios** 162:1
**scenes** 21:7
**schedule** 83:14,16
83:16,19

**scheduled** 8:8
86:13,14,16
297:3
**scheduling** 154:12
**scholars** 124:3
**school** 1:3,20 2:2
3:22 5:21 7:16
8:6,15,16 10:14
17:17 19:19,20
19:24 20:1,11,12
20:20 21:4,5,10
21:15 22:3,13,14
22:16,24 23:2,4
23:7,11,23 24:8
24:9,11,16 25:6
25:14 26:5,12,18
27:10 29:9,22
30:6,16 33:15,24
34:6,7 35:18
37:11,22 38:18
39:5,19 40:20
41:18 42:20 44:7
45:6 46:25 47:9
48:11 49:15 50:5
50:19 52:7,10,14
52:21 53:16,17
56:19 58:15,19
58:20 59:7,22
60:2 61:4,5 63:8
63:15,20 64:2,3
64:23 65:3,4,6,7
65:18,19,21 66:6
67:2,3,8,17,18
68:3,4,5,6,7,11
68:13,15,19,24
68:25 69:7,8
70:23 71:7,8
73:9,13 75:15,16
75:17,18,18 76:9
77:15,16,21,22
78:2,9,14,15,16
78:17,18,19,23
79:2,7,14,18,21
80:6,9,16 81:2,6

81:7,10,12,13,24
81:25 82:2,5,7
82:19,23 83:1,17
83:21,23,24 84:2
84:3,11,13,14,22
84:24 85:2,7,8,8
85:10,12,18,19
85:20 86:15 88:3
88:18 90:24 92:1
94:9 97:4,7,18
104:25 105:17
105:19 107:10
107:13,24 108:8
109:9,12 110:1
110:23 111:1
112:18 115:15
116:24,25
118:11 120:19
122:4,5 124:18
125:19 127:5
130:2,8,13
131:19,19 132:6
137:15 139:2
141:11,13 143:3
145:5 147:21,22
148:11,20,23
149:14,24 150:1
150:7,10,12
151:2,10 152:8
153:16 154:18
155:11 156:4
158:8 164:10
166:2 170:2,12
171:7 172:7
175:23 176:22
178:19 179:11
181:6 184:17,20
184:22 185:12
186:13,22
187:16 188:1,15
189:2 194:3,6,6
195:4 200:7
201:11 204:3,5
205:4 208:2

213:20 214:5,17
214:19 215:17
217:16,24
218:19 220:5
223:9,11 224:7
229:19 230:22
231:6 232:25
234:23 236:14
238:4 239:11
261:5 266:10
272:24 274:17
278:23 280:13
281:11 293:1,17
294:2,17 295:5
297:12 298:1,19
299:3,9 301:11
301:20 303:8
**schools** 7:9 10:23
11:25 18:1 19:2
23:24 29:19,21
33:6 36:18 41:7
41:10 42:12
45:10 50:7 52:3
52:5,9,14,23
53:7,11,13 57:24
70:4,21 71:10
74:10,17,17,18
74:19 75:6 78:13
78:13,19,22 79:1
79:6,6,12,13,25
79:25 81:9,20
82:11 84:5
102:22 103:19
104:2,6 109:11
110:7,11,21
113:8,19,23
114:5,13,16,24
115:4,20 116:13
116:22 117:2
119:8 123:25
124:2,6,24
131:10 139:5,23
141:3 142:3,6
148:2,8 149:2,22



158:5 160:3,4
161:14 162:5
167:10 172:2
175:10 176:7
181:4 191:3
194:11 201:12
214:22 226:16
237:6 268:23
286:12 298:7,12
298:21 299:12
**school's** 81:17
83:15
**school-age** 124:16
**school-based** 8:14
74:15 167:19
**school-by-school**
133:3 168:25
**school-sponsored**
116:24
**science** 22:4 24:11
25:17 47:9 94:9
97:7,13,19
107:13,25 109:9
109:22 117:1
123:24
**scope** 286:15
300:17
**Scott** 20:20 48:22
293:18
**scratching** 216:16
**screen** 174:21
187:23 200:10
242:14 250:5
253:17 296:19
297:1,6
**screener** 201:9
204:7
**screeners** 158:12
159:12,17
**screening** 162:19
219:10
**screens** 59:13
60:25
**script** 207:8,10

209:10 211:18
236:10 249:11
**scripts** 209:2
**scroll** 211:5
249:10
**search** 7:23
**season** 61:5,15
64:19 86:18
**seating** 75:20
102:5
**seats** 83:24,25
101:22 113:23
115:14 142:15
144:23,24 148:4
195:3
**seclusion** 35:21
36:13,19,20 38:2
38:7 280:8,14
281:9 282:20
283:12 286:12
293:2
**second** 6:7 12:10
13:22 41:5 52:15
59:6 81:12 83:3
84:7 96:11 98:4
98:5 108:21
110:16 132:24
133:2 139:21
152:18 154:5
170:6 171:8,12
178:25 186:24
188:13,22
193:10,13
202:14 217:3,19
219:21 232:17
233:2 236:22,23
237:18 239:3
240:4,16 241:19
266:21 267:12
268:12,14,15
273:4,5 277:13
280:17,18
282:14 293:22
**seconded** 140:12

183:7 201:19
203:21 211:22
266:25 267:2,5
**seconder** 259:25
**seconding** 171:17
**seconds** 182:1
216:3 292:12
**second-grader**
179:9
**secret** 131:14
**secretary** 20:12
21:4
**section** 5:18 45:13
80:22 81:4 84:9
**security** 161:7,7
169:1
**see** 3:8 5:4 6:7
27:8 59:15 61:11
62:18 87:3 93:1
93:17 96:12
111:21 128:1,8
138:25 143:25
157:12 161:21
178:20 179:25
189:1 191:19
196:1 197:5,12
200:17,24 203:9
220:8 226:21
227:8,25 235:17
245:1,9,17
249:21 254:23
259:15 272:12
284:3,14 286:20
292:5 299:16,24
**seeing** 6:16 105:25
135:25 171:11
193:15 228:12
238:1 244:19
248:18
**seek** 97:24 104:16
108:14 117:19
152:25
**seeking** 100:19
119:15 300:11

**seemingly** 22:2
**seen** 127:16
143:16 195:5
**sees** 43:11 117:5
153:22
**select** 113:17,18
**selected** 127:8
**selection** 37:19
100:11 143:4
**selective** 193:25
194:18 257:10
**selects** 100:24
**self-fulfilling**
26:23
**self-reflective**
39:17
**semester** 59:6
**semesters** 283:8
**semifinalists**
159:13
**send** 92:7 149:3
208:20 216:22
250:24
**sending** 157:9
229:7
**sends** 140:24
188:16 284:7
**sense** 40:22 45:20
92:1 275:1
**sent** 19:19 48:7
53:15 153:1
204:20,21
216:13 249:11
250:11 300:20
**sentence** 246:7
250:20
**SEPTA** 38:12
285:16 287:10
289:9 290:23
**September** 52:12
84:1 89:20 90:9
90:18 91:15,17
91:20
**serious** 103:3

126:23 274:25
**seriously** 30:15
**serve** 58:15 101:23
257:19 287:16
294:21 298:11
**serves** 62:23
**service** 159:3
**services** 47:12
66:7 114:9 274:9
274:20 281:1
286:7 303:20
**session** 22:1 47:15
64:24 86:12
96:10 123:10
227:2 228:20
251:25 265:11
272:23 273:14
274:6 291:1
300:16 301:20
**sessions** 89:15
127:3 218:18
234:1
**set** 22:9 28:2 40:21
52:14,16 63:17
88:2 105:15
130:13 173:17
191:20 196:6,7
227:18 240:11
283:21 294:11
**Sethi** 13:8 50:12
**sets** 189:8,18
220:18
**setting** 37:20
130:11 220:3
227:23 252:18
**set-up** 218:24
**seven** 45:9 230:3,3
235:18 279:13
303:20
**shaky** 49:24
**shame** 146:10
**shameful** 127:4,8
**share** 35:22 89:23
120:24 126:22



130:3,10,18
167:19 169:2
211:19,20
223:19 254:11
257:25 277:2
292:14
**shared** 100:15
101:11 111:4
127:2,13 128:19
136:4,7 141:11
166:6 198:15
211:13,25
212:10 218:22
288:10 291:18
**sharing** 35:4
268:11
**sheet** 28:17 99:9
108:10 151:12
152:6 154:10
177:2 183:14
186:16 198:6
208:5 213:23
**sheets** 230:24
**shift** 37:2
**shoes** 117:21
**short** 55:18 103:17
190:10
**shortcut** 267:20
**shorten** 220:11
**shortened** 262:24
**shorter** 253:10
**shortly** 216:13
**short-range** 62:22
**shot** 26:25 158:1
188:1
**shout** 302:12
**shout-out** 281:19
291:3
**show** 10:23 18:1
25:4 81:23 82:1
82:21 83:14
84:14 129:4
167:25 168:1
179:4 250:6

**showed** 20:8
**showing** 43:20
168:15 249:8,8
250:5
**shown** 7:15 66:20
67:13,14,14 69:2
69:2,3,4 83:13
200:8
**shows** 80:17 81:10
81:13 82:24 83:3
83:7,16 84:8
85:5,19,24
**Shughart** 20:18
160:6
**shut** 31:16
**shy** 195:18
**siblings** 136:14
**sic** 116:23 217:20
230:15 236:20
**side** 81:10 88:6
269:1
**sides** 104:22
**sign** 153:6
**signal** 194:16
**signed** 9:3 52:13
**significant** 75:4
145:18 196:9
**significantly**
145:11 215:3
**silence** 4:2,11,12
**silent** 165:1
**silver** 77:20,22
93:7
**Silverbrook** 80:16
**similar** 58:2
218:24
**simple** 20:19
153:4 178:16
226:7
**simply** 104:10,25
105:9 123:11
164:16 219:3
269:15
**sincere** 54:13

**sincerity** 19:17
**single** 19:15 23:21
30:12 60:7 110:7
170:2 171:6
179:9 181:3
184:17 195:3
227:1 228:22
254:17 296:11
**siphoned** 276:3
**SIS** 185:11 199:10
205:3 266:8
**sit** 164:7 168:13
**site** 63:6 77:15,21
**sites** 37:22 65:22
281:9
**sitting** 226:8 257:4
**situation** 12:20
49:23 175:25
275:1
**six** 19:12 20:7
66:18 230:3
235:3,3
**sixth** 125:12
**size** 57:20 115:11
187:16 249:5
**Sizemore** 2:10,11
6:11 96:18
106:21 117:13
120:8,10 121:5
151:18 185:5,25
207:21 209:15
210:17,18 211:2
212:21 213:1,5,6
213:14 214:10
214:12 220:16
220:22,23
221:11 222:6
223:20 224:18
224:21 225:17
225:19 226:2,13
230:9 235:9
238:15 262:6,11
262:13 271:6
279:16 280:6,9

280:20,22 288:3
292:7,10,13,14
293:7,23 295:11
**skill** 37:4 44:12
283:21
**skills** 36:16 97:11
107:17
**skimming** 23:20
**skin** 32:18
**skip** 302:8
**skipped** 94:25
**slapping** 39:4
**sleep** 59:12
**slide** 62:18 63:12
64:13 66:8 67:4
68:1 69:11 72:3
74:6 76:11 77:11
78:3,10 79:3,15
79:24 80:11,17
84:7,16 86:8
92:19
**slip** 140:5
**slot** 131:8
**slots** 131:5 132:13
142:4,13
**slowed** 11:23 19:1
**small** 50:15 59:19
124:14 148:13
148:14
**Smith** 12:23,25
13:7,11,21 14:8
14:10,11 15:2,5
15:7 62:12
120:22,24
129:24 130:3,6
130:23 132:3,8
133:13,18
134:24 135:2
141:24 142:19
149:20 150:6,14
159:1 160:25
161:18,19
164:22 166:8,10
166:16 167:4

168:17,19 182:1
183:8,10 190:13
191:8,23 192:9
192:19,20
195:20 196:13
**Smith's** 192:15,16
**smoothly** 51:20
**snapshot** 22:12
**snickers** 287:3
**social** 20:24 32:11
32:13 48:4 64:4
**socially** 44:8
**societal** 137:11
**society's** 32:11
**socioeconomic**
101:7
**solar** 52:9,11,13
52:15 53:7 75:7
75:9
**solicit** 156:20
**solid** 35:20
**solution** 39:4
42:19 97:4
125:14,23 155:8
**solutions** 39:23
41:21 254:21
257:2
**solve** 50:18 169:8
**solved** 28:1 128:3
**solving** 161:8
**someplace** 177:22
177:23
**somewhat** 143:13
**son** 139:18
**soon** 36:23 92:9
276:1
**sooner** 282:20
284:4
**sorry** 5:6 6:17
35:3 46:19 54:4
84:9 94:14,18
102:3 108:20
111:1 123:4
135:2,6 142:11



147:8,12,24
150:20 155:18
155:22 156:24
169:20 181:10
200:24 206:17
216:4 230:12
233:2,4 235:23
236:9 239:4
242:13 244:20
252:14 259:22
261:12,13
263:19 276:8,22
278:7 290:13
295:23,24,25
296:19,24
**sort** 41:6 214:18
**soul** 20:25
**sound** 4:15,17,25
13:5,18 14:5,9
14:23 15:20
46:23 180:25
**sounding** 290:15
**source** 33:19 83:9
**sources** 69:12,13
84:20 113:4
**south** 57:21 145:5
145:7
**space** 56:24 173:2
211:5
**spaces** 75:24 93:5
**spaces.hightail.c...**
1:17
**speak** 31:23 43:19
55:15,22 91:24
98:7 100:5
102:14,14
106:10 108:23
110:16 111:13
147:9,13 152:20
154:4,19 156:15
171:18 172:18
173:18 174:14
175:1 187:3
188:12 218:4

219:20,24 224:2
227:12 232:15
233:7,23 234:3
236:25 237:18
240:6 241:19
244:24 245:4
249:15 268:16
273:8,12,19,22
280:21 282:13
**speaker** 9:8 13:22
16:1,12,13,14
19:9 21:23 25:9
29:3 31:15,20
34:9,14,17,20
35:5 38:15,20
42:5 46:1 144:17
150:17 174:24
193:16 207:21
209:16 211:2
216:2
**speakers** 8:3,10,17
8:25 9:1,6 31:15
105:25 134:2
173:17 178:25
188:24 218:3
220:8 237:25
242:24 243:3
244:20 284:15
292:5
**speaker's** 29:1
42:1
**speaking** 9:13
16:16 46:9
112:22 154:23
173:19 193:22
213:7 217:21
268:19
**speaks** 68:1 73:11
98:11
**special** 34:23
35:14 36:6 65:13
66:6 124:12
143:10 280:25
281:2 282:6

286:7 287:19
292:18,21 298:3
**specific** 37:14,18
37:25 97:25
106:10 108:15
173:21 214:19
**specifically** 161:7
**specifics** 130:19
**speech** 15:15
**spend** 40:9 69:17
274:19
**spent** 40:2,19
109:8,10 112:21
177:12
**spirit** 136:21
190:8,21 240:8
245:6
**spoke** 32:3 134:14
163:22 180:15
182:18 184:10
243:13 278:12
**spoken** 101:24
122:3 182:20
189:15
**sports** 50:13
**spot** 239:4
**spouse** 16:6
**spread** 11:14,23
18:16 19:1
**spring** 189:20,21
189:21
**Springs** 79:9
**sprint** 116:17
**square** 53:5 75:3
**Srilekha** 34:15,17
35:3 38:16,22
42:4
**stacks** 28:23
**staff** 11:6,11 18:9
18:14 19:21
36:15 37:11,24
38:3 52:19 64:22
110:8 120:12
148:22 153:8

159:8 160:10,23
161:15 172:5
176:7 180:22
181:8,17 182:13
194:17 215:7,20
224:11,24 225:6
225:7 226:12
228:3 237:8,15
281:7 282:2,4
283:4,10,21
288:6 289:14
291:15 297:17
297:25 299:13
**staffing** 159:4
162:18 163:13
172:4
**staff's** 10:20 17:23
**stake** 246:16
**stakeholder**
246:17 248:7
300:13
**stakeholders**
47:16 239:18
245:19 246:8,20
261:15 297:21
**Stamera** 34:10,12
**stand** 12:1 19:3
21:18 31:12
159:4 163:5
**standardized**
47:13 135:18
**standards** 33:7
39:7 42:13 108:9
151:11 186:14
208:4 213:21
230:23
**stands** 4:6 23:9
213:3
**stars** 51:21
**start** 15:25 37:21
46:8 50:13 55:13
63:15 64:2 81:1
111:16 119:3
134:16 155:11

191:12 214:24
237:21
**started** 29:23 35:6
40:14 49:20,23
95:25
**starting** 23:19
111:20 116:21
146:10 221:22
**state** 21:7 30:17
31:10 48:24,25
73:10 89:19
91:22,23 124:13
**stated** 20:17 38:5
48:21 100:18
123:9 140:17
291:14
**statement** 48:18
49:9 98:9 175:13
259:25 278:18
**statements** 8:7
206:11 293:25
**states** 4:5 29:11
39:12 48:9 104:6
127:10 142:9
**statewide** 24:10
**static** 86:7
**stating** 251:23
**status** 52:18,24
83:4 84:4,8
301:25 302:1
**statutes** 126:1
**stay** 7:16 176:5
**steer** 43:9
**STEM** 24:12 32:6
32:7,9 43:5,5,10
44:6,10 45:16,17
97:8 107:14
109:20 121:19
122:7,16 124:1
137:5 159:24
194:21 214:17
215:17 239:12
261:6
**STEM's** 44:12



**step** 39:10 60:25
100:16 101:18
102:7 125:24
143:21 160:23
167:23 223:22
228:24 229:6
286:13 292:19
**steps** 56:21 102:17
215:15
**stewards** 77:1
**stewardship** 74:7
74:8,11,13
**stop** 9:19 16:22
21:17,18 171:12
226:16,25
**stopped** 37:5
141:2 213:13
**store** 43:22,23
**stories** 35:23
284:22 288:10
291:18
**story** 26:18
**straight** 22:10
**strategic** 87:19
274:10,12
**strategies** 10:1
17:4 27:11,13
**stream** 4:16,18,25
12:18 13:4,12
14:5,20,23 15:2
**streaming** 16:7
**streams** 73:21
87:25
**Street** 303:21
**strength** 110:6
**stress** 56:4 58:24
74:3
**stretch** 160:5
**strike** 19:21,23,23
**strive** 109:24
243:9 290:3
**strong** 171:22
257:25 275:3,23
284:7 286:10

**stronger** 288:18
**strongly** 27:2
29:16 37:13
282:10
**structural** 72:12
**struggle** 285:1
**struggles** 49:18
50:16 56:19
60:13
**stuck** 50:8
**student** 3:24 7:22
8:19 19:16 21:5
24:5,6,25 26:25
28:17 30:6,8
44:22 46:5 50:14
50:25 51:2,5,6,8
51:10 53:25 56:4
56:12 57:4,10,18
58:24 63:2 66:17
97:9 99:9,14
100:13 103:10
105:4,18 107:15
108:10 110:24
114:18,19 118:3
122:5 125:20
127:11,19
130:14,15
149:13 150:4,9
151:12 152:6
154:10 174:9,11
177:1 183:13
186:15 208:5
213:22 219:8
230:24 236:19
238:9 239:20
245:13 246:10
261:16
**students** 8:14
10:19 17:22 20:5
20:14 21:19
23:16 24:10,12
26:19 28:3 29:25
31:1 33:24 39:1
40:1 43:9 45:1,2

45:15,22 47:12
47:24,25 55:23
58:4,22,25 59:9
60:2 61:1 65:2,2
65:3,5,7,8,10,16
66:2,4,14 67:6
67:16,17,18,21
67:22,22,24,24
68:2,10,12,14,18
68:22 69:5,6,7,8
84:2,3 90:6,7,24
91:1,5 97:12
99:7 100:12,20
100:24 101:3,19
101:24 102:19
102:20 103:19
103:25 104:5,22
105:1 107:18
109:13,18,20
110:3,20 111:8
112:7,16 114:20
115:23 117:20
118:12,13,24
119:24 122:9
123:21 124:20
124:23 126:8
131:1,11 132:5
134:25 136:11
136:19 142:22
143:8 145:13,16
148:9,24 149:3
149:23 150:7
152:8 153:5,11
153:24 157:12
158:14 159:12
159:16,21 160:1
161:4 162:9,17
162:20 164:17
165:21 166:12
166:18 167:3,7
167:11,14
168:23 170:12
171:24 172:3,6
172:11 174:8,20

178:20 183:15
185:13 186:22
187:15,21 189:5
190:3 194:20
204:4,8,9 205:5
208:11 214:5
231:6 236:14,20
238:4,10 239:10
243:15 260:17
261:4 266:10
281:7,25 282:10
283:23 285:1,7
285:14 292:21
297:17 298:1
299:2
**student-driven**
74:10,13
**student-led** 52:3
74:19
**studies** 48:3 53:13
**studio** 4:14,19,22
**study** 24:22 48:6,8
52:21 113:24
114:8,12,13
**stuff** 56:15 92:16
154:13 165:16
**subjectivity** 28:14
**submit** 50:3
**subscriptions**
301:17
**subsequent** 86:19
86:20 104:8
**subsequently**
70:16
**substantial** 197:9
**substantive**
216:18
**substitute** 299:5
**succeed** 104:10
105:8 282:1
**succeeded** 127:10
**succeeding** 25:7
**success** 28:3
152:24 237:10

291:9 301:15
**successes** 60:12
**successful** 127:5
288:15
**successfully** 104:5
143:17
**succinct** 220:14
**suggest** 26:6 216:5
**suggested** 190:2
**suggestion** 268:22
**suggestions**
245:13 246:24
**sum** 118:18
**summaries** 80:21
**summary** 80:22
81:5
**summer** 21:3 30:3
**super** 220:14
291:6
**SUPERINTEN...**
62:3 142:17
192:4,8 257:13
257:15,20 290:6
297:9
**superintendent**
9:24 10:7,12
17:2,10,15 29:15
30:25 48:22
51:17 62:7 96:8
97:5,17 106:4
107:11,23
115:17 118:22
128:20 131:2,15
132:2 142:8
150:25 169:14
170:1 173:8
195:10 197:22
200:6 201:7
204:2 223:3
224:11 226:5,20
239:7,23 240:3
240:19 250:21
254:25 255:10
255:16 260:25



261:21 262:1
274:4,17,21
275:23 293:19
294:3,10 295:7
297:5
**superintendent's**
97:21 106:7
108:2,4 151:4,6
**supervision**
298:25
**supervisors** 70:2
70:24 94:1
**super-brief** 260:3
**super-super** 140:2
**supine** 37:6
281:13
**supply** 41:3
**support** 27:2
30:21 43:5 55:10
62:14 72:13
75:22 88:11
99:18 101:12
111:7 112:25
114:8 118:12,18
125:6,25 135:10
140:14,15
145:21 146:21
146:22 154:15
155:23 156:20
158:23 163:15
169:24 171:22
172:13,23 173:4
173:13 174:15
174:17 177:8
178:22 182:12
189:9,16 193:22
195:6,7 220:6,20
226:25 242:9,11
243:1 257:22
258:3 260:7
269:3,3,15
272:10 273:17
275:9 281:16
285:4 296:23

298:19
**supported** 181:15
**supporting** 103:6
113:10 118:14
122:11 126:14
144:2 175:3
176:10 178:9
179:23 182:11
215:9 228:13
292:2
**supportive** 76:20
100:9 229:5
**supports** 43:12
74:10 187:20
**sure** 4:14 13:14
51:20 60:23
73:21 88:23
99:12,19 103:9
110:17 111:25
113:3 127:18
133:8 135:6
136:18 142:1
146:16,24
159:23 162:22
173:19 182:6
189:3,6 191:6
192:9 199:14
203:9 211:11
219:13 221:15
228:17 236:7
240:10 241:11
256:3,7 269:20
269:21,24 275:8
**surf** 164:5
**surprised** 88:10
**survey** 236:20,21
238:10,11
**sustainability**
52:19
**switch** 111:17
**Synthetic** 71:17
**system** 9:23 11:13
14:13 17:1 18:15
23:14 34:7 37:24

56:20 57:24
72:10,25 126:10
127:5 132:6,7
140:21 172:10
178:19 294:17
294:23
**systemic** 72:5
123:18 125:1,17
126:15 137:12
**systems** 15:16
30:2 72:13,19
73:14 274:18
**system-wide**
281:11

---

**T**

**T** 151:1
**table** 81:5,7,10
83:22 85:5,9,24
171:4 173:21
199:18 206:7
207:20,22
210:24 212:18
218:2 231:14
232:18,21 241:5
257:2 263:12
277:6,16
**tables** 75:20 85:18
**tackle** 228:11
**take** 4:10 12:3,13
12:19 15:9 19:5
26:1 37:17 54:12
56:21 59:8 60:24
61:3,6 62:10
67:1 95:24
102:17 112:19
123:14 140:11
153:15 154:9
157:15 159:6
161:16,24 163:5
164:20 165:17
167:25 168:1
178:5,24 180:3
202:20 215:13

215:14 263:2,9
270:12 271:10
272:3
**takeaway** 133:16
133:20
**taken** 3:23 95:3
155:6 197:8
202:10 209:6
242:2 303:11
**takes** 11:17 18:19
167:22
**talent** 119:25
122:6 137:5
159:24 214:22
219:1
**talented** 104:4
194:5 219:7,12
**talk** 63:12 66:11
69:11 76:23
78:11 79:24
129:25 149:22
155:20 188:18
276:12
**talked** 40:23 73:20
84:16 89:14,24
92:24 119:2
125:2 126:4
168:20 218:20
233:25 237:2
245:7,11 268:21
**talking** 56:12 57:7
103:16 139:3
146:17 154:7,23
155:3 162:23
173:7 174:18
177:13 195:25
228:18 229:7
243:23 244:8
250:9 257:11
**talks** 62:19 66:8
67:4 72:4 74:6
76:11 77:11 78:3
79:3,15 80:11
86:8 241:25

**target** 20:13
108:16
**targets** 38:9 98:1
106:11
**TAS** 39:10,10,14
**task** 41:13,15
71:18 108:6
**taught** 25:16 32:7
37:24
**taxpayer** 275:21
**teacher** 19:18 26:1
26:11 27:18
109:9 129:2,6
262:21 299:6
302:16
**teachers** 26:4 32:1
60:10 75:22
109:12 124:6
178:19 262:25
283:15 299:1
**teacher's** 26:12
**teaching** 27:4
72:16 299:1
**team** 10:7 17:10
36:2 58:16 62:9
76:1 87:17 89:8
90:1 195:10
274:4 290:2,10
291:25 293:14
**teams** 167:19
**teamwork** 114:20
**tears** 292:17,22
**tech** 24:11
**technical** 190:15
**technology** 22:4
47:9 97:7,14,19
107:13,20,25
**television** 14:25
**tell** 34:4 125:15
131:17 157:9
181:9,21 253:21
**telling** 19:20 139:3
**tells** 132:17 139:4
**temporarily** 36:18



temporary 75:14
  75:20 82:9,12
  85:21
ten 9:3
tenets 101:20
tent 75:19
ten-year 77:3
  79:17,20
term 57:9 68:8
  90:8
terms 96:9 149:21
  159:3 180:22
  223:15 226:11
  230:17 254:18
Terrace 80:14
test 12:23,23
  28:10 47:6 48:5
  49:11 102:3
  105:5 115:10
  135:16,18,19
  141:14 152:5,12
  153:6,15 157:15
  160:17,18 161:6
  161:24 162:4
  163:1 164:8
  166:20 170:10
  170:14 171:25
  173:1,3,22 174:6
  174:12 179:10
  185:11,16 198:9
  198:9 199:5
  201:12 205:3
  266:8
tested 26:7
testimonies 9:5
  46:8,15,20
testimony 46:11
  53:24
testing 179:8
  199:9,9 268:23
tests 47:14 98:24
  158:4 163:7
Texas 303:18
text 14:3,12

thank 2:6,12,20
  3:10,19 4:9,13
  5:1,3,14 6:6,13
  6:20,22 7:1,25
  8:1 12:6,21 13:9
  13:20 15:17 16:9
  19:8,9 21:22,23
  25:9,11 29:2,7
  31:13,14,18,19
  31:22 35:1,2,9
  35:17,17,21,23
  36:2 38:15,18
  42:1,3,4 45:25
  46:2,12,22 49:14
  50:11 51:13,18
  52:10 53:18,22
  54:9,25 55:7,7
  55:11,11,12
  60:10 61:16,18
  61:20 62:3,11
  86:23,24 87:1,8
  87:14,23 88:12
  88:19 89:1 91:5
  92:10,14,14
  93:23 94:2,3,4
  94:25 95:1,14
  96:12,13,22
  100:3 102:10,11
  102:13,15
  103:12,13
  105:23,24 107:5
  107:6 108:25
  109:3 110:14
  111:3,10,11
  115:24 117:12
  117:15 120:3,4
  120:10 121:5,11
  122:18,19,25
  123:2 126:3,18
  126:22 129:23
  133:23 134:6,8
  134:12 138:4
  140:7,8 141:22
  144:8,14,15,19

145:24,25 146:6
  147:3,4,7 149:6
  149:16 150:15
  150:16 151:21
  152:17,19,22
  154:3,17,21
  155:14 158:18
  158:20 161:18
  161:21 163:19
  163:21 166:7
  170:18,19
  172:16,19
  173:16 176:12
  177:9 178:3,4,7
  178:15,23 180:6
  181:24 182:6
  183:22 184:1,18
  184:23,24
  186:25 188:11
  188:23 189:1,11
  189:12,14
  191:22 192:4
  193:7,11,18
  195:14,16
  196:20,21,21,23
  200:11 203:8,16
  204:13 209:17
  210:16,18
  212:24 216:1
  217:5,10,18,20
  218:6 219:18,19
  219:23 220:7,21
  223:18 224:18
  225:17 226:14
  227:8 228:14,15
  229:16 230:10
  231:23 232:1
  233:5,6 234:17
  235:9 236:24
  237:17,24 240:5
  241:16,17,20
  242:12,21 243:3
  244:2,3,5,6,17
  244:18 247:7

248:1,9 258:1,5
  259:9,9,15
  260:22,23
  262:13 263:13
  264:24 265:3
  266:4 268:8,8,18
  269:8,9 270:14
  270:22 271:3,21
  272:1,7,18 273:6
  273:10,18
  276:13,15
  277:11 278:16
  279:23 280:2,9
  280:19 282:8,11
  282:12 284:12
  284:13,18
  285:24,25
  286:21,23
  287:19,23,25
  288:2,2,6,9,21
  288:23 290:6,8
  290:10,11,17,18
  291:5,10 292:3
  292:19,21,24
  293:12,13,23
  297:6,9,11 298:7
  298:12 299:25
  300:1,6,24,25
  301:4 302:2,3,23
thanked 21:11
thanking 134:17
  289:14
thankless 287:17
thanks 35:12
  38:12 103:15
  134:12 156:16
  156:17 158:22
  177:11 229:15
  282:15 290:23
  291:8,17,24
Thanksgiving
  229:8 290:25
  291:2
theft 30:5

Thelma 46:25
thing 24:25 49:12
  90:16 131:24
  139:21 160:10
  162:6,16 181:11
  227:1 229:11
  236:8 250:6
  287:1
things 32:2 49:23
  55:24 56:25 58:9
  59:4,19 92:24
  100:1 119:4,11
  121:9 126:25
  128:4,20 136:8
  138:12 139:15
  141:15 143:24
  144:3,4 153:20
  161:23 163:11
  176:5 180:11
  187:6,12 191:9
  197:5,11 223:13
  240:25 243:17
  245:7 269:1
  286:4 291:16,23
  299:21
think 12:7 33:8
  37:16 56:18
  59:16,25 62:5
  73:11 86:25 91:6
  92:15 98:15
  99:22 102:23
  109:17 111:23
  116:6 117:20
  118:10 122:3,10
  127:4 133:13,19
  135:3,3 138:1,7
  139:2,19 142:24
  143:23 146:9
  154:6,24 156:2
  160:4 161:2
  162:22 163:6,10
  163:11,11
  165:25 169:7
  170:21 171:21



171:23 172:8
173:10,14
176:14 177:24
178:13,21 179:2
179:13 182:17
183:19 188:20
194:12 195:4,12
195:19,20 196:6
196:12,25 197:2
199:3,18 201:16
206:23 209:7
214:15,23 215:8
215:10,24 220:2
222:23 224:2
225:5,12 227:1
227:10,24 228:1
228:6 229:10
237:19,22
242:15,22 243:5
244:9 245:6
246:13,22 247:9
252:11,20 253:1
253:13 254:15
255:1,13 256:5
256:14 260:6
262:16 269:1
273:15,16
275:13 276:5,10
277:9 278:12
281:6,14,23
286:13 287:9,23
292:20
**thinking** 109:5
160:21 218:19
246:18,19 255:5
264:8
**thinks** 60:3
**third** 43:16 83:7
189:21 259:4
**third-party**
285:23
**Tholen** 2:13 3:6
3:11,17 5:4,9,12
5:13 6:17,20

96:19 106:19
107:7,9 108:23
108:25 134:17
136:22 144:10
147:4,8,12,15,18
149:7 151:19
185:4 186:1
193:11,17
195:15,16
196:24 210:15
210:16 230:6
235:6 238:14
242:25 243:1
262:5,20 270:25
279:4 290:12,15
293:7 295:12
**Thomas** 25:10,11
25:12 40:8 94:8
97:6,18 106:5
107:12,24
110:22
**thought** 5:8 26:6
57:12 88:10
112:10 121:25
133:18 163:18
164:24 173:6
199:2 215:23
246:15 268:19
276:24
**thoughtful** 37:1
109:17 121:13
229:13 285:18
**thoughtfully**
110:1 121:22
**thoughtfulness**
233:11
**thoughts** 111:4
**thousands** 50:2,14
**three** 8:5 9:5
22:11 27:11
36:18 46:22 66:8
78:13 188:5
189:19,24
190:23 214:10

221:24 230:2
259:13 278:3
281:10 286:12
**three-year** 195:11
**threshold** 99:8
153:12
**thresholds** 11:2
18:5
**thrilled** 281:22
282:5
**thrive** 103:20
109:19 120:1
**thriving** 25:7
**thrown** 49:22
**ticket** 33:11
**tie** 196:16
**tied** 81:5
**Tignor** 57:4
**till** 203:2
**time** 6:23 12:4,6
19:6,8 22:24
28:2,9,14 29:1
30:18 35:10
36:15 37:25 42:1
53:18 56:24 59:1
59:12,13,17
60:24 61:3 63:9
66:16 70:9 87:13
93:5,20 109:9
112:21 119:3
125:15 128:23
130:20 133:25
138:10 152:2
161:13,17
163:16 171:2
175:14 181:13
186:5 187:2
190:10 191:15
191:16,20
192:18 193:3,5
194:4,4 202:25
216:7 224:22
226:17 227:6
229:21 236:2

248:19 251:1
262:11,24
275:15 276:12
277:25 278:15
280:4 282:24
289:5 293:15,24
294:18 295:2,10
297:4 300:2
302:11,16
**timeline** 11:10
18:13 37:20
195:11
**timely** 203:6
**times** 47:3 117:16
244:8 262:17
**time-sensitive**
90:16
**tips** 57:10
**tired** 276:25
**tireless** 60:15
**tirelessly** 276:7
**Title** 99:15 101:13
**titled** 1:19 2:1
73:4 303:7
**TJ** 19:16,19,25
20:13 21:2 22:1
22:14,25 23:25
23:25 25:17 27:1
27:4,10,13,21
30:19 32:3 33:7
33:14 39:1 40:3
40:20,23 41:5
42:8 43:1,4,11
44:2,5,16,17
45:12 47:1,5,7
47:22 48:5 49:5
97:13 98:3 99:16
100:12,25 101:1
101:4,15,23
102:6 103:20
104:24 106:5
107:19 108:18
109:5,7,19 110:6
110:25 112:7,20

115:23 116:10
116:12,14 117:4
117:5,6,7,17
118:7,13,17,25
119:20 121:16
122:8,14 123:9,9
123:19 124:17
125:3,12 126:7
127:3,7 130:16
136:5 137:3
138:17 139:8,24
140:23 141:4,7
141:12 143:6
145:1,22 148:24
150:25 151:2
152:16 153:25
155:10 157:22
158:7 164:5
166:19 167:12
167:20,20 177:5
178:20 185:20
188:16 204:10
204:11 222:18
226:22 228:20
228:22 237:16
238:6,10 239:8
239:18 243:11
243:16 256:25
261:2,14
**TJHHST** 236:20
**TJHSST** 236:15
236:16
**TJ's** 25:13 27:25
39:6 194:24
214:17
**Toby** 287:20
**today** 7:24 29:14
51:15 55:16 58:5
86:9 103:7
105:12 128:4
144:24 155:20
189:19 227:23
242:23 280:12
298:14,16



**told** 19:14 131:15 227:21 275:2
**Tomorrow** 299:4
**Tompkins** 31:21 31:22
**ton** 26:16
**tonight** 9:3,17 16:20 19:25 21:16 35:1,16 96:3 104:9 111:7 112:14 115:13 116:3,8 117:3 118:9 119:15 121:1,9 122:3,12 125:25 131:23 169:8 180:10 182:18 194:12 195:13 207:1 214:24 233:17 240:9 241:21 242:2 276:8,13 292:22
**tonight's** 125:7
**tools** 239:24 240:2 256:24 257:8,12 261:22,25
**tooshes** 287:3
**top** 23:19 104:6 151:8 186:11 207:25 213:19 230:21
**topic** 117:17
**topics** 117:18 275:15 286:15
**torn** 128:5 144:13
**total** 65:1 66:1,11 68:9,11 76:11,13 77:3 148:3 160:1
**totally** 38:24 94:24 159:7 162:2
**totals** 68:21
**touched** 179:2
**town** 20:21
**track** 209:3

**tracks** 63:10
**tract** 113:20
**traffic** 20:9
**tragedy** 33:23
**training** 36:16 109:12 283:15
**trainings** 37:22
**transcription** 1:11 303:5
**Transcriptionist** 1:23 303:4
**TRANSCRIPTI...** 303:1
**transfer** 66:14 68:17,20,21,24 69:4,5,25 70:1 71:3,7,22 274:15
**transferred** 69:3 70:22 275:20
**transferring** 68:10 68:12,13
**transfers** 68:2,2,8 69:1,9,10,21 71:15
**transformed** 87:15
**transition** 37:1 118:15
**transmission** 13:18
**transparency** 42:16 128:18 132:19 242:11
**transparent** 38:6 87:21 209:12
**transport** 162:15
**transportation** 62:8 154:13 162:8 171:24 176:4
**trauma-informed** 283:19 285:8
**Tree** 79:11
**tremendous** 7:19

**trends** 10:22 17:25 64:17,21
**tried** 23:12 27:10 135:22
**trigger** 254:14 255:1
**trouble** 116:2 248:14
**troubled** 39:3 273:24
**troubleshoot** 15:3
**troubleshooting** 13:16
**true** 51:21 125:1 141:1 227:20 303:4
**truly** 10:21 17:24 103:3,8 121:17 124:12 125:4 297:24
**trust** 37:10 49:2 77:2
**truth** 26:3 227:21
**try** 61:11 74:5 91:4 95:22 103:17 111:15 131:2 155:7 257:9 277:18
**trying** 61:2 123:4 129:13 133:1 134:21 136:20 138:17,18,22 141:23 150:3 156:19 162:17 195:20 200:25 222:9,21 223:13 223:16 228:1 233:16 234:9 235:23 236:9 240:9 245:23 246:5 248:23 249:15 253:10 257:4,19 294:17 295:23 296:3

301:3
**Turf** 71:17
**turn** 62:5 140:11 178:6,24 242:22 288:17
**turning** 262:14
**TV** 14:14
**Twain** 79:13
**twice** 33:5 232:8
**Twitter** 104:20
**two** 22:22 50:7 57:5,6 76:19 79:6 86:18 93:17 161:23 162:1 230:2 258:21 263:6 273:14 274:6 286:4,6
**two-minute** 141:21
**two-part** 31:7 240:13
**two-thirds** 71:13
**two-way** 10:10 17:12
**two-year** 76:24 77:8
**type** 82:25 103:4 167:15 243:5,7 244:10
**types** 195:23
**Typically** 251:24
**Tysons** 79:20

**U**

**Uh-huh** 158:15 245:22
**ultimately** 187:10 216:16 218:16 283:17 284:5
**unanimous** 96:21 185:8 186:3 238:18 262:9 265:13 267:3,14 293:11 295:18

297:13
**unanimously** 29:17 266:7,13 269:6
**unavailable** 85:13
**unclear** 156:7 163:12
**uncomfortable** 144:7 215:18
**unconsciously** 140:6
**underdeveloped** 45:18
**undergone** 81:17
**underprivileged** 43:24 50:3
**underrepresented** 27:7 43:7,18 45:8 48:14 139:17 145:12 236:19 237:5,6 238:9
**underserved** 45:8 48:14
**understand** 98:9 98:22 99:13 109:1 124:10 139:9 146:6,8 153:8,23 159:10 162:10 190:9 198:3 205:23 206:2 214:21 218:14 222:10 222:21 224:16 224:25 229:2 233:16 244:12 245:23 246:6 250:8 253:12,13 256:11,13 260:9 264:12 283:23 291:21,21
**understanding** 135:11 144:21 150:4 153:10



157:21 173:12
180:12 283:3
**understands**
39:14
**understatement**
74:22
**understood**
163:23 166:17
212:8 226:10
257:20 275:9
**undertake** 242:4
**unfamiliar** 153:7
**unfavorable** 29:24
**unforgiving** 59:2
**unfortunately**
57:17 250:10
**unfunded** 76:17
76:23 77:7,24
79:3,18 83:5
**unfunding** 76:23
**unhappy** 180:10
**unidentified**
123:22 126:9
**uniformly** 124:4
**unintelligible**
28:24 30:2,18,19
30:23 31:7,10,11
39:9,24 41:22,25
45:24 48:10,12
52:6 91:21 92:21
93:4 95:21
129:18 164:25
165:2 169:18,19
170:17 183:6,25
184:9 191:23,25
196:13 200:15
204:18 205:25
207:12 208:23
213:10 217:8
245:25 247:8,16
249:6 250:2
252:9 268:6
270:6 298:23
**union** 9:14,21

10:18 16:18,24
17:21 79:10
**unions** 32:1
**unique** 63:19 82:1
298:2
**United** 4:5 29:11
39:12 104:6
127:9
**universal** 158:12
201:9 204:7
**universally** 143:5
**universities** 114:2
114:7 127:9,17
127:20
**unnecessary**
168:10 181:13
**unprecedented**
59:6
**upcoming** 110:5
195:22 300:14
**update** 237:23
280:8 301:2
**updated** 82:8
91:16 92:7
264:19
**updates** 52:11
**upend** 21:1
**upgrade** 71:24
**Upper** 80:5,6
**upset** 128:11
**urban** 114:1,7
**urge** 21:17 29:16
39:17 49:11
146:14,21 177:6
242:8
**urgency** 282:22
**urging** 260:18
**usage** 53:4
**use** 20:1 36:13
37:15 38:2 50:4
50:21 56:23 58:7
64:4 70:10 87:21
87:22 93:8 97:23
105:17 106:9

108:13 278:11
**useful** 72:20 73:2
**usual** 103:2 140:6
**usually** 32:6
**utilization** 64:1
84:12 85:5,7,11
85:16
**utilize** 129:6
284:25
**utilized** 10:2 17:5
**utilizing** 97:19
106:5 107:25
124:7
**UVA** 54:15

———————

**V**

**vaccinated** 12:5
19:7
**vaccination** 10:17
11:7,12 18:10
**vaccine** 11:19 12:3
17:20 18:14,22
19:5
**vague** 222:8
223:14,16
**Valley** 78:15
**value** 36:14,25
73:18
**valued** 74:1 117:8
**values** 165:15
241:25
**variety** 97:10
100:14 107:16
**various** 105:21
**vein** 116:9
**venture** 165:18
**verbatim** 216:20
**Vernon** 80:15
112:5 144:21
**version** 28:16
202:4 253:10
**versus** 39:22 130:4
149:25 163:24
194:6 269:18

**vet** 144:4
**vetted** 195:8 227:2
**vice** 97:3 107:2
300:17
**victims** 32:24
**video** 9:5 46:8,11
46:15,20 53:24
89:5 111:18
121:1
**view** 75:18 80:15
114:25 249:12
**viral** 11:14 18:16
**Virginia** 5:19 21:9
23:24 29:12,20
41:4 47:11 48:24
79:12,23 92:2
124:19
**virtual** 1:12 11:5
18:8 50:20 63:14
64:2 81:1
**virtually** 241:14
299:2
**virtue** 275:13,14
**visit** 7:22
**visiting** 51:14,16
**visual** 124:21
**vitriol** 104:19
**VMDO** 53:9
**voice** 12:24 13:1
16:4,7 54:10,22
55:3 95:20 107:2
107:5 171:14
208:24 231:9,10
231:11,13,19,21
231:25 232:2,7,9
232:13 242:19
242:20 252:6
289:10
**voices** 208:25
247:18,19
288:11
**volume** 286:14
**voluntary** 70:8
**vote** 6:18 25:1

29:17 107:3
131:23 144:18
149:19 150:18
169:23 177:6
179:22 182:25
183:2,9 184:4
185:9 197:25
199:1 201:10
202:10 203:3
204:25 205:7
206:5 207:2
227:14 228:16
229:16 230:16
232:4,7,9,11
234:20,21
235:10 238:2
259:16,24
260:24 264:10
264:14,21 265:4
265:17,20,22,25
266:18,18
267:17,21 269:5
269:6 270:11,12
270:16 271:8,15
271:25 272:9
277:21 278:19
278:21 290:13
292:6 295:3
297:2,14
**voted** 107:4
159:14 167:6
197:20,24 198:8
198:24 199:2,16
201:17 202:2,5
202:11 203:18
205:13,21
206:24 207:3
230:14 231:18
232:3 235:15
264:6,8,18 265:7
266:6,17 278:13
**voters** 83:12
**votes** 24:19 104:10
104:12 125:7



MAGNA
LEGAL SERVICES

243:12 269:22
**voting** 180:7
  222:10 224:22
  232:4,8,23
  233:15 265:9
  270:9 273:16
**vulnerable** 282:1
  285:6

---

### W

**wait** 11:15 18:17
  203:2 247:17,17
  249:14 302:16
**Wakefield** 78:24
**walked** 133:13
**Walker** 113:8
**walks** 119:24
**Wang** 29:3,4,6,9
  31:19
**want** 4:14 20:25
  22:9 49:16 51:13
  52:10 54:17
  55:19 59:15,21
  60:24 61:5 87:14
  88:7 90:11 92:19
  93:2,12,15 100:7
  102:14 104:25
  111:3 116:8
  118:19 121:10
  121:11 123:8,8
  134:16,22 135:6
  137:22 139:21
  140:3 141:24
  143:22 144:8
  146:1,20 154:21
  155:9,23 158:2,5
  158:23 160:24
  164:13,25
  165:23 166:8
  168:8 169:12,24
  173:18 175:8,22
  180:17 187:5
  190:1,9 191:10
  191:24 194:16

194:21 195:24
  196:4,17,18
  199:13 200:17
  201:2,25 202:1,6
  211:9,20 212:19
  218:10 219:12
  222:3,4,25 226:6
  226:15 227:20
  229:9 232:15
  236:6 237:21
  238:25 240:23
  244:6,23 245:3
  247:12 251:5,7
  253:4 254:16
  257:17 258:7
  271:14 273:22
  276:5 277:6,9
  278:10,11 286:3
  287:7,18 288:2,5
  288:9,17 289:8
  289:13,14
  291:12,19
  292:18 297:11
  298:14 299:7,10
**wanted** 53:2 88:23
  89:17 98:14
  99:12,19 113:3
  116:5 119:14
  144:20 147:15
  147:19 149:4
  180:6 183:10
  203:8 228:17
  233:12 234:7
  254:18 258:12
  263:22 269:19
  271:15 275:8
  281:18 284:3
  286:25 290:16
  292:14 302:15
**wanting** 136:18
  147:9 277:23
**wants** 134:24
  175:15 251:4
  265:9 268:2

299:5
**Waples** 79:11
**Washington** 78:15
**wasn't** 59:21
  84:12 130:22
  143:20 180:21
  182:21 198:23
  198:24 203:4
  258:15
**waste** 301:13
**wasted** 30:18
  181:10
**watch** 122:13
**watching** 234:13
**water** 295:21
**wavered** 294:21
**way** 24:14 42:12
  42:24 58:8 89:11
  105:23 117:24
  125:11 126:10
  129:14 131:12
  135:17 138:22
  142:1 144:11
  153:25 154:8
  158:3,10 159:10
  176:7 179:7,18
  188:20 212:7
  215:25 218:17
  218:24 226:24
  233:21 248:21
  250:10 251:1
  255:20,23
  256:16 278:13
  281:23 283:16
  286:18,19
  299:17
**ways** 58:7,23,25
  59:5 119:22
  124:8 125:21
  255:8
**wealth** 86:5
**wealthy** 105:6
**wearing** 55:3
**website** 164:5

**weeds** 169:5
**week** 11:5 18:8
  22:1 34:6 50:13
  56:9 117:17
  157:1 244:9
  300:7
**weekend** 290:25
**weeks** 10:10 17:13
  56:1,10 98:13
  154:24
**week's** 22:1
**weigh** 225:25
  277:2
**welcome** 50:10
  92:12 157:16
  297:19
**well-intentioned**
  234:6
**well-spent** 40:12
**well-thought-th...**
  37:15
**went** 25:13 148:6
  253:17 296:19
  301:23
**West** 78:7
**Western** 78:1
**we'll** 5:15 15:3
  34:14 35:7 87:4
  89:25 92:7 95:23
  103:15 110:8
  122:12 160:12
  168:12 171:12
  177:24 180:3
  298:16 299:4
**we're** 12:10 13:2,5
  13:7 35:6 56:15
  56:17,21 57:14
  58:8 59:18 60:5
  60:5,6 61:3
  74:12 76:7,8
  86:9 91:4 92:6
  95:2 96:2 100:12
  116:2 117:9
  120:13,25 128:4

128:11 129:25
  131:2,9 132:1,10
  132:14 134:24
  134:25 135:3,4
  135:11,20
  138:13 139:3
  142:10 146:10
  150:2,6 153:4
  157:8 159:15,20
  159:25 160:2,11
  164:2,17,19
  166:25 168:7
  169:6,8 173:2,19
  175:22,22
  177:18 180:13
  181:5 189:6
  192:23 195:22
  195:25 196:15
  197:11 201:10
  207:18 208:15
  212:16,18
  215:11 217:21
  219:9 221:21,22
  222:10,12 223:1
  223:2 226:8
  230:17 231:23
  234:15 235:20
  243:21,21
  249:15 253:3
  254:17 255:11
  256:22,22 257:3
  257:12,12,19
  263:2 269:25
  275:1 276:8,11
  284:10 296:1
  298:15,18
**we've** 36:8 51:11
  53:11 56:19 57:1
  60:14 72:7 73:20
  74:4 76:7 77:1
  89:24 98:12
  100:25 115:10
  129:2 135:15
  154:22 155:2



159:11 167:9,10
167:10 177:12
191:17 192:21
194:12,23 197:8
211:14 214:23
219:2 221:15
226:18 228:23
240:9 242:2
275:2 298:20,20
300:9
**white** 44:25 47:22
253:17
**Whitman** 144:25
145:2,4
**wide** 97:10 100:14
107:16
**widely** 11:19
18:22
**wildlife** 74:18
**William** 274:7
**willing** 287:7
**willingness** 242:3
288:7
**Willow** 79:9
**win** 24:10
**window** 43:22
**winning** 33:12
**Winstead** 53:8
**winter** 299:13
**wiser** 32:15
**wish** 32:21 118:21
225:13,13
270:11 299:10
302:20
**wishes** 267:20
**wishing** 111:13
154:18 273:19
**withdraw** 182:23
**withdrawing**
182:25
**wonder** 162:6
**wonderful** 51:22
58:15 59:4,4
94:5 112:20

188:20 299:13
299:23
**wondering** 162:14
**Woods** 52:7 78:25
80:15
**Woodson** 51:15
57:23
**Woo-hoo** 54:18
**word** 30:12 250:23
252:19 254:13
258:22
**wording** 229:3
**words** 32:14 55:9
61:22 139:11
289:20 297:13
**work** 7:11 9:19
10:20 16:22
17:23 22:1 23:18
25:18 38:14
47:15 51:9,25
52:8 58:19 60:16
64:23 70:5 74:4
74:16 83:18
86:12 89:9,15
92:17 93:10
97:15 101:17
102:1,6,24 103:4
104:7 107:21
110:9 112:9
116:19 117:6
118:17 119:9,13
119:16,20
121:20 123:5,10
127:3 128:17
134:18 137:8
138:2 143:16
144:11 153:8
161:10,13,14
163:15 187:12
187:18 196:16
214:24 218:17
226:19 227:2
228:19 234:1
243:25 248:16

251:24 272:23
273:14 274:5
281:22 282:16
283:25 285:7
286:14,22 287:2
287:18 288:7
291:1,15 295:17
297:20 298:4,8
298:25 300:16
301:20
**worked** 21:7 54:15
224:10 256:5
276:7 282:8
286:7 292:17
**working** 9:22 10:4
13:8,13,19 14:14
15:16 16:4,7,25
17:7 50:6 51:1
51:19 57:1
111:16,24
116:15 120:25
139:20 143:20
167:18 192:24
192:25 196:2
197:12 224:3
279:11 281:2,4
281:10 285:1
289:19 290:19
290:22 291:23
291:25 297:20
298:18 300:9
301:17
**workload** 56:4
57:8 58:24
262:25
**works** 87:17
**world** 32:22 59:20
**worn** 55:6
**worries** 156:25
**worry** 135:21
**worst** 30:25
**worth** 34:7 127:13
**worthy** 26:9 44:10
**wouldn't** 20:19

133:9 162:7
184:6 263:1
**wrap** 55:19 223:16
**wrapping** 55:24
**wrenching** 284:22
**writing** 264:9
**written** 47:2 170:6
184:6 208:22
227:4 253:8
**wrong** 24:23 46:19
103:23 159:9
**wrote** 21:10 26:2
184:10
**www.youtube.c...**
1:17

─────────────

### X

**X** 113:21

─────────────

### Y

**yeah** 12:24 61:12
88:12 91:20 98:8
111:25 129:23
154:6 156:16
161:21 164:23
165:8 170:9
182:3 183:2,24
204:15 209:1
212:2 214:12
224:1 227:17
237:19 242:19
254:9 256:12
279:7,8 282:15
286:3 296:7
**year** 10:14 17:17
22:20 24:8 25:22
30:7 47:8 49:16
51:3,9,11,24
57:5 58:19 59:7
59:23 60:3 61:16
64:2,6 65:3,4
67:2,3,17,18
69:7,8 70:25
71:18 81:6,16,17

81:24,25 82:2,5
82:7,19 83:17,18
83:24 84:2,3,13
84:24,25 85:7,8
85:8,10,12,20
86:1 91:2 92:3
111:9 119:12
129:8 145:3,23
152:14 153:10
160:12,14
166:20 185:18
188:4,7,8 190:4
190:7,24 191:14
193:6 194:1,3,4
194:7,7 196:1,10
204:5 254:17
255:4 262:25
263:2,3,8,9
273:1 281:12
283:10 286:15
294:13,15
299:14,15,24
301:7,10,23
**yearning** 59:14
**years** 11:16 18:19
22:11 28:5 50:8
51:12 57:2,2,5,6
63:20 66:18
76:19 87:16
92:25 110:5
117:21 123:10
125:13 128:3
135:22 138:17
189:19,24 190:2
190:23,25 196:8
196:18 221:24
241:14 243:9
289:3 292:17
**year's** 52:20 86:23
**yellow** 66:22 67:15
69:5
**yield** 45:19
**young** 7:5,13,15
54:16 124:3



**yous** 290:17
**you-all** 22:11

---

**Z**

**zealotry** 34:1
**zero** 52:22 53:10
    53:13 76:4
    103:18 145:15
**Zia** 31:20
**ZIP** 113:24 188:19
**zoning** 64:25
    70:14,17
**Zoom** 50:21

---

**$**

**$14** 275:5
**$180** 69:16
**$200** 74:2
**$38** 74:25
**$4** 274:19
**$658,852** 71:2
**$678,000** 40:19
**$9.6** 276:10

---

**0**

**004** 73:19

---

**1**

**1** 11:1 18:4 27:18
    79:17 90:15
    99:15 101:13
    145:1,2 272:10
**1,000** 159:12
**1,725** 67:16
**1,962** 69:6
**1.1** 76:14
**1.5** 77:6 108:6
    120:18 121:3
    130:14 131:18
    135:24 139:3,6
    140:18 142:20
    146:8,17 147:20
    147:25 148:12
    151:8 159:22
    188:6 194:23

221:22
**1.9** 77:4
**1:00** 298:18
**10** 23:4 69:22
    92:19 108:2
    151:3 208:24
    275:20
**10th** 22:22
**10-minute** 209:8
    209:19
**10:36** 208:24
**10:50** 209:5
**100** 136:12 154:15
**11** 6:13 23:7 108:2
    151:3 272:10
**11th** 22:23
**11:00** 209:17
    298:17
**11:15** 225:23
    226:23
**11:42** 253:22
**11:45** 257:4
**119** 74:18
**12** 24:9 108:2
    144:23 151:4
    294:4
**12th** 67:23,24
**12-17-2020.mp4**
    1:20 2:2 303:8
**12:30** 302:8,19
**13.1** 70:2 71:23
**136** 74:16
**15** 79:5 292:12,17
**1500** 301:17
**1635** 303:21
**165** 66:3
**17** 1:13 5:22
    274:13
**17th** 3:20 86:10
    90:14
**17,423** 69:8
**180,151** 65:3
**189,010** 65:2
**19,385** 69:6

**19103** 303:21
**1990** 25:16

---

**2**

**2** 11:1 16:7 18:4
    73:16 113:11
    120:14 129:14
    132:12 142:7
    148:6
**2,000** 159:19
    160:7,13,15
**2.02** 5:16
**2.2-3712(D)** 5:19
**2.7** 69:23
**20** 204:5
**20-plus** 241:13
**2001** 43:1,25
**2007** 22:13
**2011** 85:7
**2012** 42:12,15
    73:11 85:8
**2013** 24:9 71:18
**2014** 71:21
**2016** 22:15
**2019** 82:2 85:8,20
**2019-2020** 65:3
    67:2,17 69:7
    81:25 82:6,19
    84:2
**2020** 1:13 3:20
    5:23 24:10 57:15
    63:20 82:2 83:24
    85:9,10,12,21
    228:10 299:9,16
    301:8
**2020-2021** 65:4
    67:3,18 69:9
    81:6,25 82:7
    84:3
**2021** 7:2 52:1
    53:21 56:11
    57:16 61:15
    63:20 98:3
    106:14 108:18

273:1 278:25
    294:11 299:6,25
    301:23 303:15
**2022** 204:5 262:23
**2022-2026** 64:7
**2024** 44:21
**2025** 53:4
**2026** 152:13
    170:16,16
    185:17
**2027** 186:11 188:4
    206:9 207:25
    213:8,18 214:15
    217:16,25 224:8
    225:3 229:20
    230:20 233:1
    234:24
**2029** 83:24
**21** 85:10,12
**21st** 303:14
**215/207-9460**
    303:22
**215/207-9461**
    303:22
**217** 65:7
**22** 23:2 281:12
**22nd** 123:16
    245:12
**23** 281:12
**24** 45:9
**27** 75:3

---

**3**

**3** 44:9 45:11 80:8
    197:21 198:6
    201:6 203:21
**3,000** 159:15
**3.03** 62:2
**3.5** 152:9 185:13
    205:5
**30** 73:1 75:2,2
    180:11
**30th** 89:20 90:9,19
    91:15,17,20,22

294:11
**31** 24:16
**314** 76:15
**32** 23:1
**33** 23:3
**335** 77:5
**356** 65:16
**392** 65:8

---

**4**

**4** 42:10 45:13
    73:16
**4th** 86:16 190:6
**4,000** 160:1,11
**4,953** 67:17
**4.01** 95:2
**4/30/2023** 303:18
**4:30** 128:12
    143:25 233:18
    234:16 248:17
**40** 36:20
**456** 145:2
**46** 23:8
**463** 303:18
**476** 145:2
**48** 57:5

---

**5**

**5** 30:7 145:13,16
    172:3 274:13
**5th** 51:14 86:13
    190:4 301:19
**5,000** 160:6
**50** 40:21
**53** 24:17 74:17
**55** 148:3
**558** 84:2
**56** 74:19

---

**6**

**6** 44:9 80:8
**6th** 47:7
**6,678** 67:16
**640** 84:1
**66** 22:19



| **7** | | | | |
|---|---|---|---|---|
| **7** 145:3 151:5 | | | | |
| **7th** 25:24 42:9 | | | | |
| 44:13 45:15,21 | | | | |
| 86:14 97:5,22 | | | | |
| 106:8 107:11 | | | | |
| 108:3 120:16 | | | | |
| 204:8 | | | | |
| **7,729** 65:5 | | | | |
| **7-fold** 145:9 | | | | |
| **746** 83:25 | | | | |
| **75** 67:2 | | | | |
| **790** 76:16,22 | | | | |

| **8** | | | | |
|---|---|---|---|---|
| **8th** 26:2 44:13,22 | | | | |
| 45:10,15,21 | | | | |
| 108:7 151:9 | | | | |
| 164:4 186:12 | | | | |
| 188:17 204:8 | | | | |
| 208:1 213:19 | | | | |
| 230:21 303:21 | | | | |
| **8,338** 65:10 | | | | |
| **8,694** 66:2 | | | | |
| **8,859** 65:2 | | | | |
| **80** 44:15 | | | | |
| **800** 20:8 | | | | |
| **87** 66:24 | | | | |
| **89** 74:17 | | | | |
| **896** 83:24 | | | | |

| **9** | | | | |
|---|---|---|---|---|
| **9th** 301:6 | | | | |
| **9,000** 89:16 | | | | |
| **9.01** 302:5 | | | | |
| **9.6** 274:14 | | | | |
| **90** 22:20 181:25 | | | | |
| 216:3 | | | | |
| **96** 25:16 | | | | |

