# Exhibit 40

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE EASTERN DISTRICT OF VIRGINIA

3                     ALEXANDRIA DIVISION

4    ---------------------------x

5    COALITION FOR TJ,            :

6                   Plaintiff, :

7       v.                       :   Civil Action No.:

8    FAIRFAX COUNTY SCHOOL        : 1:21-cv-00296-CMH-JFA

9    BOARD,                       :

10                  Defendant. :

11   ---------------------------x

12          Deposition of Coalition for TJ

13           By and through its Designee

14                    ASRA NOMANI

15                 McLean, Virginia

16             Monday, October 18, 2021

17                    9:02 a.m.

18

19

20   Job No.: 404859

21   Pages: 1 - 207

22   Reported by: Judith E. Bellinger, RPR, CRR

1        Deposition of ASRA NOMANI, held at the

2    offices of:

3

4    HUNTON ANDREWS KURTH LLP

5            8405 Greensboro Drive

6            Suite 140

7            McLean, VA 22102

8            703.714.7400

9

10

11

12

13

14        Pursuant to notice, before Judith E.

15    Bellinger, Registered Professional Reporter,

16    Certified Realtime Reporter, and Notary Public in

17    and for the Commonwealth of Virginia.

18

19

20

21

22

1          A P P E A R A N C E S

2

3   ON BEHALF OF THE PLAINTIFF:

4        GLENN E. ROPER, ESQUIRE

5        PACIFIC LEGAL FOUNDATION

6        1745 Shea Center Dr.

7        Suite 400

8        Highlands Ranch, CO 80129

9        GEROPER@pacificlegal.org

10

11  ON BEHALF OF THE DEFENDANT:

12       SONA REWARI, ESQUIRE

13       DANIEL STEFANY, ESQUIRE

14       HUNTON ANDREWS KURTH LLP

15       2200 Pennsylvania Avenue NW

16       Washington, D.C. 20037

17       202.955.1974

18

19

20

21

22

1                    C O N T E N T S

2    EXAMINATION OF ASRA NOMANI                        PAGE

3        By Ms. Rewari                                  6

4        By Mr. Roper                                  184

5        By Ms. Rewari                                 193

6                    E X H I B I T S

7               (Attached to the transcript)

8    Coalition          Exhibits:                      PAGE

9    Exhibit 1    Defendant's Notice of Deposition for  10

10                 Plaintiff

11   Exhibit 2    Declaration of Asra Q. Nomani         27

12   Exhibit 3    Coalition for TJ Core Team document   44

13   Exhibit 4    Official Coalition for TJ web page    76

14   Exhibit 5    Email from Coalition for TJ to        94

15                undisclosed recipients, September 6,

16                2020

17   Exhibit 6    Coalition for TJ letter "Dear Friend 109

18                of Coalition for TJ"

19   Exhibit 7    Email from Glenn gmail to various    136

20                recipients, November 16, 2020

21   Exhibit 8    To Whom It May Concern letter,       136

22                December 2, 2020

1        E X H I B I T S   C O N T I N U E D

2    Exhibit 9    United Charitable Amendments to       149

3                 Program Form

4    Exhibit 10   Email from Glenn Gmail to Rachna      158

5                 Sizemore Heizer, October 1, 2020

6    Exhibit 11   July 2, 2021 press release            178

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

1    the coalition.

2            Q    Have you identified for me all the

3    documents you reviewed in preparing for today's

4    deposition?

5            A    I did.

6            MR. ROPER:  Sona, are you talking about

7    outside document -- outside of documents that we

8    reviewed during our session?

9            MS. REWARI:  Correct.

10           MR. ROPER:  Okay.

11           Q    What is the Coalition for TJ?

12           A    So the Coalition for TJ is a grassroots

13   organization that we began in August 2020 amidst

14   great frustration amongst parents, community

15   members, alumni, and students, feeling that we had

16   been very much misrepresented in policy

17   discussions related to Thomas Jefferson High

18   School for Science and Technology.

19           We came together, just a few people,

20   and then others joined and we have become a very

21   strong advocacy group on behalf of merit and

22   excellence and diversity at TJ.

1       Q      You said a small group of people.

2              Who were the original group of people?

3       A      Well, we had a number of folks that

4  were parents that were part of the TJ community,

5  and, so, they saw, in June 2020, some disturbing

6  signals from the principal and started writing to

7  each other and to others; and those parents, then,

8  came together and created Coalition for TJ.

9       Q      Who are those parents?

10      A      So we have Yuyan Zhou, who came from

11 China in the 19 -- I'm not sure exactly when she

12 came, but she was a survivor of the Cultural

13 Revolution; we have Suparna Dutta, who immigrated

14 here from India with just dollars in her pocket;

15 we have Glenn Miller and his wife, Helen Miller,

16 who grew up with very modest means and have a son

17 at TJ; myself; and many others that became part of

18 our larger community.

19      Q      Okay.  Who, other than the four people

20 you've named, were amongst the group that founded

21 TJ -- Coalition for TJ?

22      A      Well, we have a number of people.  Do

1    you want me to name all of them?

2         Q    Yes.

3         A    We have Himanshu Verma, who is doing

4    the data science work; we have Srinivas, who is

5    working with the community.

6         Q    Is that Mr. Akella?

7         A    Yes, Mr. Akella.  We have Julia

8    McCaskil, whose daughter was attending TJ; we have

9    Harry Jackson, who has emerged as a strong

10   advocate for support for African-American

11   students.

12        Q    And did all these individuals,

13   together, found Coalition for TJ or was it a

14   different group of people?

15        A    It was this group that were in the very

16   early days, yes.

17        Q    So who made the decision to create the

18   coalition?

19        A    The collective group.

20        Q    The eight individuals that you named,

21   including yourself?

22        A    Yeah.  I mean, it was very informal

1  because that's how grassroots events happen,

2  right?  So we had people come in -- come and go.

3  I wouldn't even say that it was eight individuals,

4  no, because, really, we had Zoom sessions in which

5  we would have these conversations expressing our

6  great frustration with the direction that Fairfax

7  County Public Schools and the Virginia Department

8  of Education was heading related to admissions to

9  TJ.  So many people would pop in and out of those

10  meetings.

11        Q    Can you pinpoint the date the coalition

12  was formed?

13        A    Well, we were formed in August 2020,

14  and the date, I think it's in the declaration, I

15  guess, you know, it's very informal.  And so, it's

16  not like we filed registration papers anywhere or

17  anything like that.  It was a series of events.

18  We created a Facebook page and created a Twitter

19  page, we created a change.org petition.  I don't

20  think you can really pinpoint it to one day.

21  We're a very organic creation.

22        Q    Can you pinpoint it to a meeting at

1    which it was created?

2         A    Not even, no.

3         Q    Okay.  And did you do anything to

4    formalize the creation of Coalition for TJ?

5              MR. ROPER:  Objection to form.

6              THE WITNESS:  I'm sorry, what did you

7    say?

8              MR. ROPER:  Objection to the form of

9    the question.

10             You can answer the question.

11        A    Okay.  So can you repeat the question?

12        Q    Sure.  Did you do anything to formalize

13   the creation of the Coalition for TJ?

14        A    So the most formal thing that we did to

15   institutionalize the formation of Coalition for TJ

16   was we created a Facebook page.  You know, we are

17   all adults and we're all parents, very successful

18   professionals, most folks in their lives, so we

19   didn't need a hierarchy of a president, vice

20   president.  We were a very horizontal organization

21   and very grassroots oriented.

22        Q    And was the Facebook page an open page?

1        A     Yes.

2        Q     It's a public page?

3        A     Yes.  So the Facebook page is a public

4    page.  It is literally at Coalition for TJ.  You

5    know, that's why it's difficult to say what day

6    did you begin.  Because, first, we played with,

7    oh, Coalition and then number sign 4 and TJ, and

8    saw that was a little bit confusing for people.

9    So then we changed it to Coalition Four TJ, with

10   the number four spelled out.  So these are all

11   public-facing pages.  We were very intentional on

12   having complete transparency relating to our

13   communications with the policymakers.

14       Q     Has the Coalition for TJ ever operated

15   under any other name?

16       A     We have not operated under another

17   name.

18       Q     Okay.  And so, has this Coalition for

19   TJ sometimes been Coalition, the number 4, TJ and

20   then sometimes been Coalition For, with the word

21   F-O-R, TJ?

22       A     Not really.  I mean, it was just a

1    handle on social media that it can be with a

2    number sign 4.  It's just a handle, not a name.

3        Q    Does the coalition have a charter?

4        A    The coalition does not have a charter.

5        Q    Does it have any Articles of

6    Incorporation?

7        A    The Coalition for TJ does not have

8    Articles of Incorporation.

9        Q    Is it registered with any federal

10   agency?

11       A    We did not register with a federal

12   agency.

13       Q    So that includes the IRS?

14       A    That includes the IRS.

15       Q    Is it registered with any Virginia

16   state agency?

17       A    The Coalition for TJ is not registered

18   with a Virginia state agency.

19       Q    So not registered with Virginia

20   Secretary of State, correct?

21       A    We are not registered with the Virginia

22   Secretary of State.

1      Q    Is it registered with any

2  tax-collecting agency?

3      A    It is not registered with a

4  tax-collecting agency.

5      Q    Is it registered as a business in

6  Fairfax County?

7      A    It is not a business.

8      Q    Does it have any offices?  Does the

9  coalition have any offices?

10      A    No.

11      Q    Does it have a mailing address?

12      A    Well, the Coalition for TJ, initially,

13  was a grassroots organization without any

14  organizational entity.  We became a program of a

15  fiscal sponsor named United Charitable.  With that

16  fiscal sponsorship, we have a mailing address.

17      Q    And I'll come back to that.

18           What is the mailing address for the

19  coalition?

20      A    This was the mailing address for the

21  coalition.  The -- I don't know what it is.

22      Q    Oh.  I'm sorry, when you say "This was

1    the mailing address," what are you referring to?

2         A    The United Charitable fiscal

3    sponsorship had a mailing address.

4         Q    Okay.  So it was a United Charitable's

5    address that was the coalition's address for some

6    time?

7         A    Yeah, you may not be familiar, but a

8    program has the mailing address of the fiscal

9    sponsor.

10        Q    Okay.  Yeah, I'm not familiar.

11        A    Okay.

12        Q    So I'm probably going to ask you a lot

13   of very basic questions about that.

14        A    Sure, sure.

15        Q    Because I'm not familiar with that.

16             Does the Coalition for TJ have an email

17   address?

18        A    The Coalition for TJ does have an email

19   address.

20        Q    And who has access to that account?

21        A    The Coalition for TJ email address is

22   accessed by members of the leadership.

1       Q      What is the mailing -- excuse me.  What

2    is the email address?

3       A      The email address for Coalition for TJ

4    is coalitionfortj@gmail.com.

5       Q      And who are the individuals that have

6    access to that account?

7       A      I have access to

8    coalitionfortj@gmail.com, Suparna Dutta has access

9    to coalitionfortj@gmail.com, Srinivas Akella has

10   access.

11             Really, all of the members of our

12   co-leadership team have access to it.  It's

13   very -- it's a collective email address.

14      Q      How many individuals is that?

15      A      I don't have a count of individuals.

16      Q      More than five?

17      A      Yes, more than five.

18      Q      More than ten?

19      A      More than ten, yes.

20      Q      More than 20?

21      A      Not more than 20.

22      Q      Okay.  So somewhere between 10 and 20.

1      A      Yes.

2      Q      Does the Coalition for TJ have a

3   website?

4      A      Coalition for TJ does have a website.

5   Our website address is coalitionfortj.net.  We

6   attempted to get coalitionfortj.com and .org but,

7   unfortunately, we discovered that another

8   organization named TJ Alumni Action Group had

9   purchased coalitionfortj.com and .org after our

10   public formation.  So that was a very sad moment

11   for us, to see that an organization opposed to our

12   position would take the domain names of our

13   organization.

14      Q      When did you learn that?

15      A      We learned it, unfortunately, in the

16   weeks after we had created on our Facebook page,

17   as we were developing our website.  We basically

18   went to try to register coalitionfortj.org and

19   found that it was taken, as well as

20   coalitionfortj.com.  It was registered by a woman

21   named Renee Little, who is now president of TJ

22   Alumni Action Group.

1          Q     How did you learn that?

2          A     We did something called a "WhoIs

3     search."  And so with a WhoIs search, you can

4     basically put in any URL in a domain and so we

5     entered in coalitionfortj.com,

6     coalitionfortj.net -- I'm sorry --

7     coalitionfortj.org.

8                I'll just repeat that real quick.  So

9     we entered, into the WhoIs search,

10    coalitionfortj.com and coalitionfortj.org and we

11    found, unfortunately, immediately, that there was

12    a registration by Renee Little and her company

13    that she had started with the address in Prince

14    William County, there was not, for example, a

15    private registration, even on this registration.

16    So we were very disheartened to see that an

17    organization that was opposed to our point of view

18    would do such a thing.  We reached out to the TJ

19    Alumni Action Group but, unfortunately, they

20    refused to do the right thing and, you know,

21    release those domain names.

22         Q     And then did you register

1   coalitionfortj.net?

2        A     Yes, we did register

3   coalitionfortj.net.

4        Q     Who owns that registration?

5        A     So Suparna Dutta was the mother who

6   volunteered to register coalitionfortj.net.  We

7   did it through GoDaddy.com, if I'm not mistaken.

8        Q     Have you registered that name

9   Coalition, for TJ, with any agency?

10       A     Yes.  You know, unfortunately, after we

11  discovered that coalitionfortj.org and .com had

12  been taken by another organization, we then

13  learned that, you know, we could do this trademark

14  registration.  And so I personally filed for a

15  trademark registration on Coalition for TJ dot --

16  just Coalition for TJ, and that registration has

17  been pending with the U.S. --

18       Q     When did you file that?

19       A     Filed it -- I filed for the

20  registration some months after we discovered that

21  the TJ Alumni Action Group was not going to give

22  us those domain names.  And we recognized that in

1    order to make our case with the international

2    organization that governs URLs, that we would need

3    to try to do a trademark registration.  So I

4    volunteered to do that registration with our

5    group.  That's how we operate.  We volunteer to do

6    things.

7        Q    Was coalitionfortj.net created about

8    September 13, 2020?

9        A    That sounds about right, yeah.

10       Q    I think you had mentioned that the date

11   for the formation of the coalition is in your

12   declaration.  So I'm going to mark this as

13   Exhibit 2.

14            (Coalition Exhibit 2 marked for

15   identification and attached to the transcript.)

16       Q    The court reporter's just handed you

17   what we've marked as Exhibit 2.

18            Do you recognize this document?

19       A    I do recognize Exhibit 2.

20       Q    Okay.  Go ahead and take a look through

21   it and tell me if, once you review this, you can

22   tell me the date that the Coalition for TJ was

1   formed.

2        A    So I can see that what we wrote was

3   August.  It's line number 5, and it says in

4   August 2020, I cofounded the Coalition for TJ.  So

5   that was the specificity for which we provided the

6   information.

7        Q    Okay.  And sitting here today, can you

8   give a date for which the coalition was formed?

9        A    Well, for example, you can see on line

10  number 38 that "On August 14th, 2020, the

11  president of the TJ Alumni Action Group, Makya

12  Renee Little, and Mareta Corporation, a graphic

13  design company owned by Ms. Little, purchased the

14  URLs www.coalitionfortj.org,

15  www.coalitionfortj.com and www.coalition4tj.org,

16  with the number sign, as well as coalition4tj.com,

17  with the number sign, and had the websites

18  hyperlinked to her organization website,

19  tjalumniactiongroup.org."

20          On that date, I know this moment very

21  clearly, as I recollected it, as I recognize what

22  she had done that day because it was very

1    disturbing to me and very hurtful, actually.  On

2    August 14th, 2020, the Associated Press wrote an

3    article about the Virginia Secretary of Education

4    writing new possible admission policies for TJ --

5    for Thomas Jefferson High School for science and

6    technology.  And in that article, he identified

7    Coalition for TJ as an organization that had

8    emerged of parents and others who were advocating

9    for diversity and excellence at TJ.  And so that

10   was sadly the moment, then, that Renee Little saw

11   our name, as did the rest of the world, as an

12   entity out there in the world representing the

13   amazing parents, students, alumni, and community

14   members that are with us, and that was the moment,

15   then, that she seized those domain names, because

16   we were now out there in the world.

17        Q    And is it your testimony that as of

18   that date, you had alumni -- and I'm sorry, what

19   is it, parents, students, alumni, and community

20   members were already part of the Coalition for TJ

21   on that date?

22        A    Yes.

1    Q    Okay.  So who were the alumni that were

2  part of the Coalition for TJ on that date?

3    A    Well, I don't know about on that date

4  who, exactly, it was because we had so many people

5  writing to us.

6    Q    Well, were they members on that date?

7    A    Well, we don't have, you know, the kind

8  of, like, structure that you're talking about at

9  that date, uh-huh.

10    Q    Well, were the alumni, that you just

11  alluded to, did you have any alumni members in

12  August 2020, the date you're referencing of this

13  article?

14    A    Well, we don't -- would not use the

15  word "members" at that point, but we had alumni,

16  yes.  And unfortunately, I'm hesitating right now

17  in speaking about it because, unfortunately, the

18  TJ Alumni Action Group, as you can tell from the

19  action that they took against us, has been very

20  aggressive and hostile to other fellow alumni that

21  dare to stand up for the positions that we

22  advocate.  And so, really, as a sake of protecting

1    their own privacy, if you were to even ask me

2    right now, I couldn't name them because they are

3    afraid for their own reputations and their own

4    careers because of the backlash and the cancel

5    culture that they've had to face within their

6    community.

7         Q    So there's a protective order in this

8    case and if you think this information is

9    confidential, your attorney can designate it

10   confidential under the protective order, but you

11   can't refuse to answer a question based on that

12   privacy concern.  So I would direct -- I would ask

13   that if you have alumni that were members, and you

14   just testified that at the time of this article,

15   you had alumni in the TJ -- Coalition for TJ, and

16   my question is, who were the alumni that were in

17   the Coalition for TJ as of that date?

18        A    You know what, she actually hasn't been

19   involved in recent months so I can't remember her

20   name, quite honestly.

21        Q    So it was one person?

22        A    Yeah.

1      Q      Did the Coalition for TJ have any

2   members --

3      A      Well --

4      Q      -- as of this date of August 2020?

5      A      We were, like I said, a very informal

6   organization.

7      Q      And so, did there come a time that the

8   Coalition for TJ formalized its membership?

9            MR. ROPER:  Objection to form.

10      A      So we ended up, because of a need to,

11   you know, communicate with our community, creating

12   a WhatsApp group and then a Telegram group, and so

13   we created a form in which community members,

14   parents, alumni, students -- not students, because

15   we actually did not want to include students and

16   minor children in the Telegram group.  But we had

17   a form which they could fill out so that they

18   could join our community.

19      Q      And has that form ever changed?

20      A      No.

21      Q      And so, is the form that's on the

22   website, currently, the same form that's been used

1    throughout --

2          A    Yes.

3          Q    -- the Coalition for TJ's existence?

4          A    Yes.

5          MR. ROPER:  Just a reminder to let her

6    finish asking her question before you respond.

7          THE WITNESS:  Sure.  I was just moving

8    that.

9          MS. REWARI:  Thank you.

10         Q    Does the Coalition for TJ have a

11   mission?

12         A    Yes.  We have a very important mission;

13   the Coalition for TJ mission is to advocate for

14   diversity and excellence at Thomas Jefferson High

15   School for Science and Technology.

16         Q    Is that mission stated in writing

17   anywhere?

18         A    The mission is stated on our website.

19         Q    What page on your website?

20         A    The mission should be on our home page.

21         Q    Is it anywhere in any particular tab on

22   your home page?  Where would one find it, that

1    went to your home page?

2          A    Home page is a home page.  There are no

3    tabs on home pages.

4          Q    I'm going to show you.  Is this the

5    home page, coalitionfortj.org?

6          A    The home page goes -- is the entire

7    page.

8          Q    Sure.  Okay.  Very cute picture of

9    Mr. Stefany's daughter.

10              So can you direct me to where, on your

11    website, one would find your mission statement?

12         A    Do you want me to touch it or --

13         Q    Sure.

14         A    -- or do you want me to...

15         Q    Well, here, you can see the tabs up

16    here.

17         A    So, you know, you can see, like -- can

18    I take this?

19         Q    Yeah, go ahead.

20         A    Let me search this.

21         Q    Okay.

22         A    So the court reporter will note that I

1    went to our coalitionfortj.net website.  I put in

2    the search words "diversity," and I found, on our

3    home page, the tab -- not the tab, I'm sorry, the

4    box that says "We love TJ.  We are parents,

5    students and community members advocating for

6    diversity and excellence at Thomas Jefferson High

7    School for Science and Technology.  We support

8    increasing diversity through merit-based

9    admissions to TJ."

10        Q    Okay.  So is that the -- that's the

11   mission statement on the website?

12        A    And so that's on one box.

13             And then on the far right, it will be

14   noted that I'm reading, now, from a box that

15   states "Our Mission."

16             "Advocate for diversity and excellence

17   at Thomas Jefferson High School for Science and

18   Technology."

19             MR. STEFANY:  Thank you.

20             THE WITNESS:  Sure, thank you.

21        Q    Thank you.  When was this mission

22   adopted; do you know?

1        A       This mission was adopted immediately

2   upon our organizing as a group, in August 2020.

3        Q       In August 2020, okay.  And has that

4   mission ever changed?

5        A       No.  The mission has remained

6   consistent.

7        Q       What does it mean to advocate for

8   diversity and excellence?

9        A       So, as is evidenced on our website, the

10  idea of advocating for diversity and excellence at

11  Thomas Jefferson High School means, for example,

12  speaking to school board members, speaking to the

13  media, writing up ads and letters to the editor,

14  doing data analysis to determine ways that we can

15  best increase the diversity of underrepresented

16  communities at the school and, you know, I will

17  note that we are an organization that is largely

18  immigrant and largely from Asia.  Many of our

19  members come from totalitarian regimes, in which

20  they do not know how to even advocate to public

21  policy officials because they were never invited

22  to do so as citizens of their countries.

1            So in this country, then, we had a very

2    special role to help our community members know

3    how to even send an email to a school board

4    member; how to even sign up to register to speak

5    for three minutes at school board meetings.  And

6    realize that, in America, they could stand up

7    without retribution or retaliation or risk of jail

8    or even death.

9            And so, I'm just saying that, also,

10    because I think for a lot of people in this

11    country, they might not recognize how strong that

12    word is, to be able to advocate, because we take

13    it for granted.  But for so many of our own

14    members, this is a right that they never knew that

15    they were entitled to express.

16        Q    How does the Coalition for TJ define

17    diversity?

18            MR. ROPER:  Objection to form.  And

19    objection that it calls for a legal opinion.

20        Q    You can answer.

21        A    So we see diversity in the community

22    that we are.  We have so many amazing families

1    from around the world, from Eastern Europe to Asia

2    to nations in Africa and South America.  We have

3    regional diversity of families that have come

4    around the country to call Fairfax County home.

5             So as you may likely be aware, we have

6    80 percent of our community of students that are

7    minority students.

8         Q    Can I just interrupt?  When you say

9    "we," are you talking about we, the coalition, or

10   we, Northern Virginia, or is there some other

11   definition you're using for "we"?

12        A    Sure.  So as you're aware, Thomas

13   Jefferson High School for Science and Technology

14   has 80 percent minority students.  So 70 percent

15   of those students are from Asia and 10 percent

16   have been Black, Hispanic, and Multiracial

17   students, and about 20 percent have been White.

18            So that is one form of diversity.  And

19   we recognize, also, that another expression of

20   diversity that we want to support and we do

21   support is those communities that are from the

22   Black and Hispanic communities that have had less

1    representation at TJ.

2         Q    So when you say you advocate for

3    increasing diversity at TJ, what --

4         A    We don't say that.  I'm sorry, you

5    misquoted me.

6         Q    You said, "We support increasing

7    diversity."

8              MR. ROPER:  Objection to form in that

9    it misstates prior testimony.

10        Q    You don't support --

11        A    I said that we advocate for diversity

12   and excellence.  I don't know if I misspoke or

13   you've misspoken it.

14        Q    I'm reading from your website.  It says

15   "We support increasing diversity through

16   merit-based admissions to TJ."

17        A    Yeah.  So that's a different statement

18   than what you were saying.

19        Q    So tell me how you -- what increase

20   diversity you support.

21        A    So we recognize that there has been a

22   failure, by Fairfax County Public Schools, to

1    appropriately, you know, pair students from Black

2    and Hispanic communities to gain admissions to TJ.

3    So our advocacy is to help improve that pipeline

4    to TJ of those communities.

5         Q    So do you support increasing the

6    representation of Black and Hispanic students at

7    TJ?

8              MR. ROPER:  Objection to form.

9         A    So if you recall, the sentence that was

10   stated is that we support increasing diversity

11   through merit-based admissions.

12        Q    Okay.  Increasing -- and when you say

13   "increasing diversity through merit-based

14   admissions," my question is, do you support

15   increasing the representation of Black and

16   Hispanic students of merit at TJ?

17             MR. ROPER:  Objection to form.  Asked

18   and answered.

19        Q    You can answer.

20        A    We all support increasing the diversity

21   of Black and Hispanic students at TJ through

22   merit-based admissions.

1        Q    Okay.  Does the Coalition for TJ have

2   any officers?

3        A    We are a horizontal organization and,

4   so, as you may well be aware, there's different

5   management styles and organizational structures

6   that are possible.  As stated earlier, we're all

7   working adults in professions where we have plenty

8   of responsibilities.  And so we knew early on that

9   we didn't need to add title to our names in order

10  to have a hierarchy within the organization.  So

11  we're a very horizontal organization.  We have

12  people who have emerged to be leaders within our

13  organization, but we do not have titles that are

14  traditional in organizational structures, like

15  president, vice president, secretary.

16       Q    Does the Coalition for TJ have any

17  bylaws?

18       A    We do not have bylaws.

19       Q    What are the rules for governance of

20  the Coalition for TJ, or are there any?

21       A    Well, we have the rules of civil

22  discourse, essentially, and democracy.  You know,

1    built out of common sense.

2         Q    And who determines whether the group

3    has reached a point of consensus to do something?

4         A    It's really a decision that is made

5    collectively.  I mean, you could -- you could

6    argue that the consensus means that everybody is

7    on board with that decision because we have come

8    to a compromise that everybody is agreeable with.

9    So, you know, I won't say that it's unanimous,

10   because there's not a vote that is taken, so I

11   couldn't, you know, assign unanimity to it.

12            It's something that we make sure that,

13   you know, everybody is comfortable with the

14   decision.

15        Q    Have there been any decisions made by

16   the coalition where you took a vote?

17        A    I really can't recall any that we took

18   a vote.

19        Q    Okay.

20            (Coalition Exhibit 3 marked for

21   identification and attached to the transcript.)

22        Q    The court reporter's just handed you a

1      A      Yeah.

2      Q      So if I understood your testimony

3  earlier, you can't think of a decision that was

4  made by vote for the coalition.  Is that still

5  accurate?

6      A      Yeah.  I mean, this is a really good

7  example of where, you know, you kind of put your,

8  you know, planning document on paper, like you're

9  going to take a majority vote.  But in reality,

10 being the adults and volunteers that we were, we

11 came to this agreeable consensus and wouldn't take

12 a formal vote on decision-making.

13     Q      Okay.

14     A      So majority vote became very

15 metaphorical, sort of in the idea that we wanted

16 to make sure that everybody on this list was good

17 with the plan.

18     Q      So how were the leadership team members

19 selected?

20     A      Well, what's so beautiful about our

21 activity and, you know, having been a journalist

22 for 30 years, I've seen many types of

1    organizations out there in the world.  I've seen

2    organizations that are very astro turf and, you

3    know, created by entities, and this was such a

4    beautiful emersion of parents who had seen, you

5    know, their students and their, you know, sort of

6    friends of their -- of their children just excel

7    through the education that we had at TJ, and they

8    really wanted to try to make sure that we could

9    continue the spirit of TJ.

10              And so what happened is that parents

11   just volunteered among this group.  They just

12   self -- they just raised their hands,

13   self-nominated to be leaders in our organization.

14   And these are folks with busy lives with both

15   their children and work, and they just decided to

16   volunteer.

17        Q    So fair to say they were not elected by

18   the members of the Coalition for TJ?

19        A    Yeah.  That's what's really beautiful

20   about it is that they were volunteers that emerged

21   as leaders.

22        Q    And are all the individuals that are

1    identified as members of the leadership team, are

2    they all -- were they all parents of TJ students

3    at the time?

4              MR. ROPER:  Objection to form.

5              At what time?

6              MS. REWARI:  At the time that this

7    leadership team was created.

8         A    No, they were not.

9         Q    Okay.  So which of these individuals

10   did not have a student -- a child at TJ, at the

11   time that this leadership team was created?

12        A    So the parents with children currently

13   at TJ from our leadership team was myself, Asra

14   Nomani, Suparna Dutta, Harry Jackson was a

15   freshman parent, Glenn Miller, Helen Miller,

16   Himanshu Verma.  Yuyan Zhou is the mother who had

17   come here from China, after surviving the cultural

18   revolution, and she had just spent eight years as

19   a parent at TJ, her daughter had just graduated

20   the year before.  So she was an alumni parent.

21        Q    Did she have any children who were

22   eligible to apply to TJ?

1        A     She did not have any children eligible

2    to apply to TJ.  So Yuhan Zhou is, in fact, the

3    writer of the words that I read earlier from our

4    website that said "We love TJ."  Because she is a

5    mom who volunteered day in and day out with the

6    parent teacher association and her children just

7    so benefited from the environment that was TJ, in

8    that she wanted to make sure that, out of her love

9    for TJ, that she could stand up for the school

10   that gave her students so much.

11       Q     And you, Ms. Nomani, do you currently

12   have any children at TJ?

13       A     So my son graduated from TJ in the

14   Class of 2021.

15       Q     And do you have any children who are

16   eligible to apply to TJ or will be eligible to

17   apply to TJ in the future?

18            MR. ROPER:  Objection.  Form.

19       A     I do not have any children that are

20   eligible to apply to TJ.  I only have one son.

21   And I've continued to remain active in the

22   Coalition for TJ because having been the

1    beneficiary of America's education system for my

2    son and having seen him thrive at TJ, I feel it is

3    my responsibility now to advocate on behalf of so

4    many other families.

5         Q    And what about Ms. Dutta?  Does she

6    have children who attend TJ?

7         A    So Suparna Dutta is the mother that I

8    spoke about earlier, who arrived in America with

9    just dollars in her pocket to get her education in

10   the United States.  Her son attended Thomas

11   Jefferson High School for Science and Technology.

12   He was thriving at TJ.  But, unfortunately,

13   Ms. Dutta felt that the environment at TJ had

14   become so hostile to her son that she just

15   disenrolled him from Fairfax County Public Schools

16   and has moved him to another school.

17        Q    Okay.  Does she have any children who

18   are not high school students?

19        A    So Suparna Dutta does not have any

20   other students that are high school students.  She

21   is continuing to advocate on behalf of Coalition

22   for TJ because America has this concept of the

1    American dream that she came here to embrace, and

2    that is what she is advocating to defend in the

3    United States of America now.

4          Q    Okay.  What about Harry Jackson?  Does

5    he have any children who are going to be -- well,

6    strike that.

7               Does Harry Jackson have any children in

8    grades K through 8?

9          A    Harry Jackson has children grades K

10   through 8, yes.

11         Q    What about Glenn Miller?  Does he have

12   any children grades K through 8?

13         A    Glenn Miller does not have any children

14   K through 8.

15         Q    What about Helen Miller?

16         A    Helen Miller does not have children in

17   grades K through 8.

18         Q    Himanshu Verma?

19         A    I believe Himanshu Verma has children

20   grades K through 8, but I'm not certain.

21         Q    What grade is -- are Harry Jackson's

22   children in?

1          MR. ROPER:  So, is this -- which topic
2     are we on, Sona?  We're getting into a lot of
3     details that are not necessarily part of the
4     30(b)(6).
5          MS. REWARI:  Leadership team members.
6          MR. ROPER:  But that doesn't say --
7          THE WITNESS:  Yeah --
8          MR. ROPER:  -- including demographic
9     information on all of the families.
10         MS. REWARI:  Well --
11         MR. ROPER:  I think you're just getting
12    a little beyond what a 30(b)(6) witness can be
13    prepared to address.
14         MS. REWARI:  Well, if she can address
15    it, she can address it.  If she can't, then she
16    can't.  So I'm asking what she knows.  And if she
17    doesn't know it, then that's fine.
18         MR. ROPER:  I also know we've been
19    going about an hour.  I'd love a break, when
20    there's a good time for it.
21         MS. REWARI:  Okay.  Well, I'm almost
22    there, so...

1          Q     So do you know which grades Harry

2     Jackson's children are?

3          A     I do not know what grade Harry

4     Jackson's children are, K through 8.

5          Q     And I apologize if you already answered

6     it.  Do you know what grade Mr. Verma's children

7     are in?

8          A     I do not know what grade Mr. Verma's

9     children are in.

10          Q     Okay.  Great.

11               MS. REWARI:  We can take a break.

12               (Recess taken from 10:01 a.m. to

13     10:07 a.m.)

14               MR. ROPER:  So, are we back?

15               MS. REWARI:  Back.

16     BY MS. REWARI:

17          Q     You're still under oath.

18               Mr. Roper tells me you wanted to

19     clarify your answer to one of the questions I

20     asked before, regarding who was present when you

21     met with him to prepare.

22               Was there someone other than Mr. Roper

1          A     We can say that, yeah.

2          Q     So how many general members does the

3     Coalition for TJ have?

4          A     I haven't checked our count but we have

5     about -- we have over 200.

6          Q     And where is that count kept?

7          A     That is kept in our Telegram channel.

8          Q     How is it kept?

9               MR. ROPER:  Objection to form.

10         A     So, as we mentioned earlier, we have a

11    Google form that individuals fill out to become

12    members of Coalition for TJ, and we simply ask

13    name, you know, affiliation to TJ, phone number,

14    email address.  And then that individual can

15    become a member and join our Telegram channel.

16    And then in that Telegram channel, we have, you

17    know, robust conversations and education and

18    engagement with our members.

19         Q     Okay.  So does the Coalition for TJ

20    keep a list of the general membership separate

21    from the list of names that are on the Telegram

22    chat?

1    community (100-120 members) and the Chinese

2    community (70-80 non-paying members)."

3              So what does it mean to have

4    "non-paying" -- what does "non-paying members,"

5    here mean?

6         A    So at that time, there were, you know,

7    community members that would donate to the efforts

8    to try to support this community organizing.  And

9    so that's what it's referencing.

10        Q    So "non-paying members" means

11   non-donating members; is that right?

12        A    Yes.

13        Q    And does the Coalition for TJ collect

14   dues?

15        A    No.

16        Q    Does it collect a membership

17   application fee?

18        A    No.

19        Q    So what are these donations to?

20        A    They were donations that were being

21   raised to support any activities that were being

22   done in support of the organization.

1        A      Advocating for public policy decisions

2    by political individuals.

3               (Coalition Exhibit 4 marked for

4    identification and attached to the transcript.)

5        Q      The court reporter's just handed you

6    what we've marked as Exhibit 4.

7               Is this the contact form that you were

8    discussing earlier, that is on the Coalition for

9    TJ website?

10       A      I did not discuss a contact form

11   earlier.  I discussed a membership form earlier.

12       Q      Okay.

13       A      And so this is a contact form.

14       Q      Is there a separate membership form?

15       A      I believe this is also the membership

16   form.

17       Q      Okay.  I'll give you a moment to look

18   through it, if you need to.

19               If you go back to Exhibit 2, which is

20   your declaration, the declaration of Asra Nomani,

21   and take a look at paragraph 17.

22       A      All right.

1      Q      And it says there "To become a member,

2   interested individuals must fill out a membership

3   application form on the 'Contact Us' tab of the

4   Coalition for TJ website."

5      A      Correct.

6      Q      Do you see that?

7      A      Yeah.

8      Q      And so is what we're looking at, here

9   in Exhibit 4, the form you're referring to in your

10   declaration in paragraph 17?

11      A      Yes.  The confusion is because, as I

12   stated in here, the 17 talks about the Contact Us

13   tab and the printout you gave me is a printout.

14   So I don't know what tab you hit for this.

15      Q      Okay.  But we can --

16      A      What you've given me is the sheet, the

17   web page.

18      Q      Sure.  And we'll go back to the website

19   on Mr. Stefany's computer and you can tell us

20   whether it looks any different.

21           MS. REWARI:  You can pass her the

22   computer.

1    A    Yes, I can see it.

2    Q    Go ahead and scroll down and tell me if

3    you see anything different on this page than what

4    is on the printout.

5    A    It is correct.  And now that I've seen

6    that you've hit the Contact Us page to get to this

7    page, then I can confirm that it is the membership

8    application form that I'm referring to in sentence

9    [sic] 17.

10    Q    Okay.  So where, on this document, does

11    it say membership application?

12    A    Well, as you can see, it does not state

13    that on the actual form.

14    Q    Okay.  Does it say anywhere on this

15    form that by filling out this form, a person is

16    applying to become a member of the Coalition for

17    TJ?

18    A     Well, we state here, please share your

19    personal story about why the issue of advocating

20    or diversity in excellence is important to you.

21    And so we intentionally put that in there because

22    we wanted to make it clear that when you're

1    signing up to this part of the form, you are

2    signing up for our organization.  If you observe

3    the second item, it's "What programs are you

4    interested in working with?"  And so it's from

5    that answer that we were, then, able to identify

6    volunteers who would be able to work on our

7    sub-teams, or if they wished to work on our

8    leadership team, they could.

9             If you will notice on the page that

10   there is a separate button that says "sign up for

11   regular updates."  So the sign up for regular

12   updates is different, you know, and not the same.

13       Q    Okay.  You'd agree with me the word

14   "membership" doesn't appear anywhere in this

15   document, right?

16       A    Yeah.

17       Q    Except where it says "we are parents,

18   students, and community members"?

19       A    Yes.

20       Q    Okay.  Does it say anywhere in this

21   form what the criteria are for membership?

22       A    It does not state anywhere on the form

1    the criteria for membership because we simply saw

2    it, as you can see there, the testimonial about

3    why advocating for diversity and excellence is

4    important to the individuals filling out the form.

5          Q    Okay.  Are there criteria for

6    membership?

7          A    Support in the mission.

8          Q    So what does that mean?

9          A    So we have the form right there, that

10   says please share your personal story about why

11   the issue of advocating for diversity and

12   excellence is important to you.  So membership in

13   our organization hinged on supporting the mission

14   of the organization.

15         Q    So are these forms reviewed by someone

16   within Coalition for TJ?

17         A    Yes.  The membership team reviews these

18   forms.

19         Q    Okay.  And do they have any rules as to

20   what they're looking for in the form in order to

21   determine that it satisfies the criteria you were

22   just talking about?

1             MR. ROPER:  Objection to form.

2        A     What they are seeking is -- what

3    they're seeking is people who support the mission

4    of advocating for diversity and excellence.

5             We did have a couple criteria that we

6    discussed, as a leadership team, and one was that

7    we did not want to have minor children involved in

8    the membership because we did not think that that

9    was appropriate.

10            We had a school board member from

11   Loudoun County who filled out a form and we

12   decided that it wasn't appropriate, also, to have

13   an elected official in our membership group.

14       Q     Do you have to reside in Virginia to be

15   a member?

16       A     You do not have to reside in Virginia

17   to be a member.

18       Q     Do you have to have children eligible

19   to attend TJ to be a member?

20       A     You do not have to have children.

21       Q     Okay.  And do you have members -- does

22   the Coalition for TJ have members who don't reside

1  in Virginia?

2        A     Really, among our group of 200-some,

3  they -- they all -- I can't say all, but they -- I

4  would say all live in Virginia.  We do not -- I

5  cannot think of anybody who doesn't.  They're all

6  people engaged in the community and participate in

7  our local activities.

8        Q     Okay.  And do you have to -- well, do

9  you know what percentage of the general membership

10 has children in FCPS?

11       A     I would say, you know --

12             MR. ROPER:  Objection.  Calls for

13 speculation.

14       Q     Do you know?  I'm not asking you to

15 guess.  Do you know?

16       A     No, I don't know.

17       Q     Is that something you track, the

18 coalition tracks?

19       A     Not specifically have it.  But I would

20 definitely say that most have children in FCPS.

21 The reason I was hesitating is, like myself, I'm

22 an alumni parent now.

1        Q     So there's nothing on this form that

2   requires you to identify whether you have

3   children, correct?

4        A     Right.

5        Q     And there's nothing in this form that

6   requires you to provide your home address or

7   business address, correct?

8        A     Correct.

9        Q     Doesn't even ask for a phone number,

10  correct?

11       A     Does not.

12       Q     Okay.  And so, there's nothing in here

13  that is limited to parents of students at

14  particular middle schools, correct?

15       A     There's nothing in the form that limits

16  membership to parents of students of particular

17  middle schools.

18       Q     How does a person who fills out one of

19  these forms learn whether he or she has been

20  accepted as a member?

21       A     They have an email address of the

22  contact and then they get added to the Telegram

1    chat channel.

2          Q    Okay.  Do they receive notification any

3    other way?

4          A    No.

5          Q    What are the benefits of membership?

6          A    The benefits of membership is getting

7    educated about policies that are occurring, policy

8    changes, get educated about relevant news to the

9    issues of advanced academics in Fairfax County

10   Public Schools.  You get access to our own work

11   related to the email addresses of school board

12   members so you can have it all in one place.  We

13   put it together.  You get updates about news

14   events that have been occurring related to these

15   issues.

16         Q    So other than a Telegram chat

17   invitation, what do members receive from the

18   Coalition for TJ?

19              MR. ROPER:  Objection to form.

20         A    We have a newsletter.

21         Q    How often is that newsletter published?

22         A    We publish it as news occurs.  So we

1    have at least one update a month.

2           Q     Okay.  And is that newsletter sent

3    electronically?

4           A     It is.

5           Q     Do you know whether those newsletters

6    have been produced in this case?

7           A     In this case?

8           Q     Uh-huh.

9           A     What do you mean "in this case"?

10          Q     In this lawsuit, have copies of those

11   newsletters been produce?

12          A     I think they would have been because

13   they were part of our email production.  I mean,

14   you'll have to check, but...

15          Q     And you say these go out every month?

16          A     I didn't say every month.  I said, you

17   know, they were not regular, but they are about

18   monthly.

19          Q     And when did the newsletters start

20   getting published?

21          A     They're published through Mailchimp and

22   we -- a free newsletter platform.  And we started

1    our Mailchimp account in September 2020.

2         Q    Do you know approximately how many of

3    those newsletters have been sent since

4    September 2020?

5         A    Probably -- probably at least a dozen.

6         Q    Okay.  So Telegram chat, newsletter.

7    Are there any other communications or hallmarks of

8    membership that you provide to people who have

9    been accepted as members?

10             MR. ROPER:  Objection to form.

11        A    We have our email -- we have emails

12   that go out, just email communications.  We've had

13   regular webinars and Zoom meetings that have been

14   public engagement with the community in education.

15        Q    Do you have to be a member to attend

16   those?

17        A    No.  We do keep our events open to the

18   public.

19        Q    Okay.

20        A    But members get notification.

21             We have had community discussions and

22   debates.  We hosted a debate with our gubinatorial

1  candidates and the lieutenant gubinatorial, the

2  lieutenant governor candidate.  We have had

3  wonderful education seminars related to the issue

4  of advanced academics.

5       Q     And of those events that you just

6  listed, which ones were limited to only members of

7  the Coalition for TJ?

8       A     Well, we prided ourself in making all

9  of our events open to the public.  We would have,

10 you know, sometimes limited public advertising of

11 events because, for example, Zoom only allows a

12 certain number of participants.  And so we don't

13 want to have such a flight of engagement that we

14 wouldn't be able to accommodate the people who are

15 interested.  So sometimes we would just send it to

16 an email list of our members or through our

17 Mailchimp, which would just be our subscribers,

18 instead of on social media channels, for example,

19 which would open it up to more people.

20      Q     And members who receive those email

21 invitations can forward it to nonmembers, right?

22      A     They can.

1        Q     And nonmembers can come and attend

2   these public events, right?

3        A     Yes.

4        Q     Can members leave the Coalition for TJ?

5        A     Absolutely members can leave the

6   Coalition for TJ.

7        Q     And what does a member have to do to

8   leave the Coalition for TJ?

9        A     Well, you have power in Telegram, for

10  example, to simply leave the group.  And so, you

11  have your own sort of agency in being able to do

12  that.  And so people can leave the group and then

13  they are then not part of our communications

14  channel, and they can unsubscribe, for example, to

15  our newsletter.

16             And so, we have had people, in fact,

17  leave our membership organization.

18        Q     And when a person leaves the Coalition

19  for TJ, are those two means, that you just

20  identified, how it's recorded; they unsubscribe to

21  emails and they remove themselves from the

22  Telegram chat?

1  of the Coalition for TJ, besides Mr. Jackson?

2       A    I don't ask people's race.

3       Q    Okay.  So you don't know?  The

4  coalition doesn't -- it does not collect racial

5  information?

6       A    We do not collect racial information

7  about our members at Coalition for TJ.

8       Q    Okay.  Does the Coalition for TJ have

9  an operating budget?

10       A    The Coalition for TJ does not have an

11  operating budget.

12       Q    Does it have a bank account?

13       A    The Coalition for TJ does not have a

14  bank account.

15       Q    Has the Coalition for TJ engaged any

16  vendors?

17            MR. ROPER:  Objection to form.

18       A    The Coalition for TJ has not engaged

19  with vendors.

20       Q    Has it ever made any expenditures?

21       A    The Coalition for TJ, as I mentioned

22  earlier, was a program, a fiscally sponsored

1    people who had signed up for communications from

2    Coalition for TJ.

3         Q     And what was the purpose of this email?

4         A     So the purpose of the email was to

5    reach out to our supporters so that they could

6    then support the efforts that we were supporting,

7    along with Coalition for Diversity and Excellence

8    in Education.

9         Q     And so, who was -- for whose benefit

10   was the Coalition for TJ collecting these funds in

11   this letter?

12             MR. ROPER:  Objection to form.

13        A     For the community's benefit.

14        Q     Okay.  And so in the last paragraph,

15   where it says "Please donate generously to this

16   cause to save TJ.  Send your donation to the

17   Coalition for Diversity and Excellence in

18   Education."

19             So is it fair to say that Coalition for

20   TJ was fundraising for this other organization,

21   Coalition for Diversity and Excellence in

22   Education?

1          A     Yes.  We were raising funds from among

2     our supporters to work with our partner group

3     here, Coalition for Diversity and Excellence in

4     Education.

5          Q     And where in this letter does it say

6     this was a partner group, as you've just described

7     it?

8               MR. ROPER:  Objection to form.

9          A     I think it's obvious.

10         Q     Well, okay.  So would it be fair to say

11    it doesn't say that explicitly in here, that it's

12    a partner group?

13         A     Well, it says "Send your donation to

14    the Coalition for Diversity and Excellence in

15    Education."  So it states clearly that, you know,

16    we are working together for anybody who would be

17    reading it explicitly.

18         Q     Okay.  So in the paragraph above, it

19    says "We are preparing for the next round of

20    battle.  We are raising funds to hire lawyers,

21    lobbyists, educational specialists and advocacy

22    professionals," correct, that's what it says?

1        A     Yes.

2        Q     Did the Coalition for TJ hire lawyers,

3    other than ones you've just talked about, who

4    brought the KC v. Fairfax County School Board

5    case?

6        A     No.  We only hired those lawyers.

7        Q     Okay.  And did the Coalition for TJ

8    hire lobbyists?

9        A     No.

10       Q     Did it hire any educational

11   specialists?

12       A     No.

13       Q     Did it hire any advocacy professionals?

14       A     No.  So the Coalition for TJ did not

15   hire any lobbyists, educational specialists or

16   advocacy professionals.

17       Q     In that paragraph, it says "Our goal:

18   To raise $150,000 so we can wage a full-court

19   press through the next legislative session of the

20   Virginia General Assembly."

21             Did the Coalition for TJ meet that

22   goal?

1    A    It went through, as you can say -- see,

2  it was with Coalition for Diversity and Excellence

3  in Education.  So we met that goal, yes.

4    Q    Does the Coalition for Diversity and

5  Excellence in Education file tax returns?

6         MR. ROPER:  Objection to form.  And

7  this goes beyond the scope of the 30(b)(6).

8         MS. REWARI:  She can answer in her

9  individual capacity.

10    Q    Do you know?

11         MR. ROPER:  If you know.

12    A    I don't know.

13    Q    So, here, at the bottom of this

14  document, where it says "Donate today via PayPal."

15    A    Yes.

16    Q    Who has access to that PayPal account?

17         MR. ROPER:  Objection to form.  Goes

18  beyond the 30(b)(6).

19         You can answer, if you can.

20         MS. REWARI:  It's topic 7, Plaintiff's

21  finances.  This is fundraising that the coalition

22  is doing.

1      Q    You can answer.

2      A    The Coalition for Diversity and

3  Excellence in Education because, as you can see,

4  the email address is coalitiondee@yahoo.com.

5  That's that organization's email address.

6      Q    And so who are the individuals that

7  have access to that email address?

8           MR. ROPER:  Same objections to form.

9  And goes beyond the scope of the 30(b)(6).

10     A    Yeah.  I do not have that.

11     Q    Did the Coalition for TJ get a

12  statement from the Coalition for Diversity and

13  Excellence in Education about how much was raised

14  through this means?

15     A    We got updates.

16     Q    Okay.  And how were those updates

17  provided?

18     A    At our -- they were provided verbally,

19  usually.

20     Q    Okay.  So how much was raised through

21  this effort, to the Coalition for TJ's knowledge?

22     A    About $150,000.  But I'm not specific.

1    30(b)(6).

2         A    It's what I stated, also, earlier, that

3    the benefit would be that you're independent then.

4         Q    Once the Coalition for TJ became a

5    fiscally sponsored program of United Charitable,

6    how did its fundraising activities change?

7              MR. ROPER:  Objection to form.

8         A    So our -- we just simply stated that

9    donations were possible, now, through the United

10   Charitable portal.

11        Q    Okay.  And so when the -- when a person

12   then donated through that, where would the money

13   go as it pertains to Coalition for TJ?

14        A    To United Charitable.

15        Q    And did, then, Coalition for TJ receive

16   money from United Charitable?

17        A    Yes.

18        Q    Did United Charitable receive -- strike

19   that.

20             Does the fiscal sponsorship of United

21   Charitable mean that they have -- that entity has

22   some say in the operations of Coalition for TJ?

1    public that funds would go -- donated funds would

2    go to United Charitable programs?

3          A    It would have been immediate.

4          Q    Okay.  And so, does the coalition,

5    then, receive a monthly or regular financial

6    statements from United Charitable?

7               MR. ROPER:  Objection to form.

8          A    It was regular.

9          Q    And did there come a time where

10   Coalition for TJ stopped receiving monthly or

11   regular financial statements from United

12   Charitable?

13         A    Coalition for TJ is not a program, any

14   longer, of United Charitable.

15         Q    And what does that mean?  What do you

16   mean by that?

17         A    Well, as I stated earlier, United

18   Charitable does not allow litigation.  And so once

19   it became clear that we were going to participate

20   in this litigation against Fairfax County Public

21   Schools, we separated from coalition -- United

22   Charitable as a program, and we are no longer a

1    program of United Charitable.

2         Q     Does your website, the Coalition for TJ

3    website, still have a donate page, a donate link

4    on its website?

5         A     So the donations go to a new program

6    that's called Coalition for Truth and Justice.

7         Q     And what is that?

8         A     That is an entity we have that has

9    adopted, you know, the ideas of promoting truth

10   and justice in our community and advocating, also,

11   for diversity and excellence in education,

12   consistent with the mission.

13        Q     What is the difference between that

14   organization and the Coalition for TJ, in terms of

15   who -- strike that.

16             Who operates Coalition for Truth and

17   Justice?

18             MR. ROPER:  Objection to form.  Beyond

19   the scope of the 30(b)(6).

20        A     So I'm the program manager of it.

21        Q     Is there anybody else that's involved?

22             MR. ROPER:  Same objections.

1          MR. ROPER:  Objection to form.

2       A    A decision had been made, yeah.

3       Q    Are there any agenda or topics that are

4  circulated for discussion in the Telegram chat or

5  can you talk about anything?

6       A    Yeah, we can talk about anything.  I

7  mean, mostly people understand what our mission is

8  and so we stick to that area.

9       Q    What about the leadership team?  Are

10 there agendas for meetings?

11      A    Well, we found that we didn't need to

12 have agendas because, as I mentioned earlier, you

13 know, we're all working professionals and parents,

14 and so we're pretty focused on what we need to get

15 done.  And so we have it in the top of our mind

16 and we don't have to go through the formality of

17 writing an agenda down.  At the beginning, we did

18 have an agenda or two but found we didn't need it

19 in order to do our business.

20      Q    Is there a minimum number of leadership

21 team members that have to be participating in

22 order for there to be a leadership team meeting?

1    United Charitable?

2         A    Yeah, we filled out the application

3    form that I mentioned to you.  We included in it

4    our mission, our activities, our goals, our, you

5    know, organizational decision-making structure,

6    what we hoped to do in the community.

7              And you can see here, very clearly,

8    that we identified our program activities, conduct

9    original research, journalism and advocacy about

10   significant public issues related to education,

11   contribute to sound public policy decisions and

12   protect gifted and STEM education and the legal

13   defense of the rights of students.

14        Q    I think you said "related," but I'm

15   reading relegated to education.

16        A    Thank you.  Relegated, yeah.

17        Q    Okay.  Doesn't say anything about TJ

18   admissions in here, right?

19        A    It says "protect gifted and STEM

20   education."

21        Q    So the mission stated here is different

22   than the mission that's on the website that we

1   admitted based on their race, to TJ?

2          MR. ROPER:  Objection.  Beyond the

3   scope of her 30(b)(6) designation.  And it calls

4   for a legal conclusion.

5      A    As I state here, the schools had

6   rejiggered the process to make race a factor in

7   the decision.

8      Q    So I'm asking what you mean by that.

9      A    Simply that they have made race a

10  factor in the decisions.

11     Q    And are you saying that students are

12  admitted on the basis of their race?

13         MR. ROPER:  Objection.  Beyond the

14  scope of her 30(b)(6) designation.  Asked and

15  answered.  And object to the form.

16     A    I state clearly here that the school

17  has rejiggered the process to make race a factor

18  in the decisions.

19     Q    Can you identify a single student who

20  wasn't admitted on the basis of their race, to TJ,

21  in this last round of admissions?

22         MR. ROPER:  Objection.  Beyond the

1  scope of the 30(b)(6) designation.

2        A    I'm not privy to the race of students.

3        Q    Okay.

4             MS. REWARI:  I think these are all the

5  topics that I have -- or questions that I have for

6  Ms. Nomani.  So we can take a lunch break and then

7  come back for the rest of the topics.

8             MR. ROPER:  So I have a few follow-ups

9  for her.  It may make sense to do those now before

10 we switch witnesses.

11            MS. REWARI:  All right.

12       EXAMINATION BY COUNSEL FOR THE PLAINTIFF

13 BY MR. ROPER:

14       Q    All right.  Thank you, Ms. Nomani.

15            If you could, pull out

16 Exhibit Number 3, if you can find that in your

17 pile.  This is the exhibit that includes a listing

18 of different numbers.  Let's see if I can find it.

19            Is it fair to say, in that listing of

20 the core team, is it fair to say that all of the

21 members of the core team support the mission of

22 the Coalition for TJ?

1       CERTIFICATE OF REPORTER - NOTARY PUBLIC

2            I, JUDITH E. BELLINGER, RPR, CRR, the

3    officer before whom the foregoing deposition was

4    taken, do hereby certify that the foregoing

5    transcript is a true and correct record of the

6    testimony given; that said testimony was taken by

7    me and thereafter reduced to typewriting under my

8    direction; that reading and signing was not

9    requested; and that I am neither counsel for,

10   related to, nor employed by any of the parties to

11   this case and have no interest, financial or

12   otherwise, in its outcome.

13            IN WITNESS WHEREOF, I have hereunto set

14   my hand and affixed my notarial seal this 5th day

15   of November, 2021.

16   My Commission Expires:  September 30, 2024

17

18

19   *Judith E. Bellinger*

20

21   NOTARY PUBLIC IN AND FOR

22   THE COMMONWEALTH OF VIRGINIA