# Exhibit 42



# Official Coalition For TJ

Sign up for regular updates

SIGN UP

CONTACT US

## Get involved!

Name

Email*

Where did you hear about us?

Please share your personal story about why the issue of advocating for diversity and excellence is important to you.



What programs are you interested in working with?

SEND

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply

## Find more ways to help!

We are parents, students and community members advocating for diversity and excellence at Thomas Jefferson High School for Science and Technology.

### SIGN UP FOR UPDATES

Contact us at CoalitionForTJ@gmail.com
Facebook : Coalition for Diversity and Excellence at TJ
Twitter : @CoalitionForTJ

## Coalition For TJ

COPYRIGHT © 2020 COALITION FOR TJ - ALL RIGHTS RESERVED.

 

Home

Media

About Us

Lottery Predictions

Solutions

Privacy Policy

Terms and Conditions