# Exhibit B

# TJHSST Scoring Rubric

| Application Elements | | | |
|---|---|---|---|
| Element | Details | Scoring | Maximum Points |
| GPA | Grade point average is calculated based on a student's core GPA using end of the year marks in 7th grade and the first quarter of 8th grade.<br><br>Core GPA includes mathematics, science, English, history & world language (only if taken for High School Credit)<br>Grades are unweighted | Core GPA x 75 | 300 |
| Student Portrait Sheet | Student demonstrates Portrait of a Graduate and 21st Century skills<br>• Collaborator<br>• Communicator<br>• Creative & Critical Thinker<br>• Ethical/Global Citizen<br>• Goal-Directed & Resilient Individual<br>• Innovator<br>• Leader<br>• Problem-Solver<br><br>Two evaluators score on a rubric:<br>  5 – Exceptional<br>  4 – Above Average<br>  3 – Typical<br>  2 – Marginal<br>  1 – Inadequate | Average of Evaluator 1 (Score x 60) and Evaluator 2 (Score x 60)<br><br>Score each question (4) on the Student Portrait Sheet and produce the average score for each evaluator. | 300 |
| Problem-Solving Essay | Student answers a math or science question with multiple variables. The essay contains the answer (if found) and the method the student used to solve for the answer.<br><br>Evaluation<br>• Ability to solve problem<br>• Description of solution<br>• Essay Format<br><br>Two evaluators score on a rubric:<br>  5 – Exceptional<br>  4 – Above Average<br>  3 – Typical<br>  2 – Marginal<br>  1 – Inadequate | Average of Evaluator 1 (Score x 60) and Evaluator 2 (Score x 60) | 300 |
| | | Total | 900 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## TJHSST Scoring Rubric

| Experience Factors (bonus points) | | | |
|---|---|---|---|
| Factor | Details | Scoring | Maximum Points |
| Economically Disadvantaged | Students who have qualified for free and reduced-price meals. | 0 or 90 | 90 |
| English Language Learner | Students receiving ELL services Level 1-6 will qualify. | 0 or 45 | 45 |
| Special Education | Students with a current IEP will qualify. | 0 or 45 | 45 |
| Underrepresented Schools | Schools considered underrepresented within each school division will be identified based on their having had fewer students admitted into TJHSST over the last five years than the maximum number within that division, minus three times the standard deviation within the division. For example, in FCPS the maximum number of students averaged across the five years was 44 students within a school, with a standard deviation across FCPS middle schools of 13. Therefore, schools with an average of 5 or fewer admitted students (44 − (3x13)) across the last five years were identified as underrepresented, yielding 10 middle 17. This same approach will be applied to other sending school divisions to identify underrepresented schools in all participating jurisdictions (Falls Church City schools, with only one middle school, and private schools will not be identified as underrepresented). Underrepresented schools will be identified each year based on the last five years of admissions data.<br><br>• <u>FCPS Schools</u><br>• Glasgow<br>• Holmes<br>• Hughes<br>• Key<br>• Poe<br>• Sandburg<br>• South County<br>• Stone<br>• Twain | 0 or 45 | 45 |

## TJHSST Scoring Rubric

|  | • Whitman |  |  |
|---|---|---|---|
|  |  | Experience Factor Total | 225 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    FCSB-TJ000025451