# Exhibit C

# PRODUCED IN NATIVE FORMAT

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                    FCSB-TJ000026323



**Sizemore**

Oct 8, 2020, 9:46 PM

> FYI: I sent this to Abrar. I may read parts of it tonight but w/o the publicly shaming remarks about staff:
>
> "Sadly, Scott has personally created a highly divisive, harmful public debate that was absolutely avoidable.
>
> He incorrectly told this Board (and the public) that we needed to make a rushed/unvetted decision by Oct 12th. That's ineffective (if not shameful) leadership. I am proud of our Board for responsibly requesting important data + data analysis before we