# Exhibit D

# PRODUCED IN NATIVE FORMAT

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                    FCSB-TJ000026325

4:06



+1 (312) 513-5214

**Share your name and photo?**
Megan McLaughlin Share...

Sep 20, 2020, 3:49 PM

> Thank you! The Supt proposal provides limited data & analysis about HOW the regional lottery approach will improve the percentages of underrepresented students in the 2021 TJ Admissions class.
>
> Using a lottery means random selection. How does that guarantee an increase in racial/SES diversity? His plan also doesn't provide enough information about how academic merit can be assessed via an undefined

