# Exhibit E

# PRODUCED IN NATIVE FORMAT

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

believe transparency and authentic community engagement are paramount to ensuring public trust in government. Therefore, I am troubled that the School Board (and the public) only received Supt Brabrand's proposal a few hours before our September 15th work session. This prevented board members from carefully examining the merits & challenges of his proposal, prior to our public discussion and deliberation. Given the Board concluded its public meeting with over 20 "Next Step" questions, I do not support the adoption of his current proposed changes by October 8th. Contrary to Supt Brabrand's assertions, FCPS is only