# Exhibit F

# PRODUCED IN NATIVE FORMAT

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                           FCSB-TJ000026343

4:12

**Stella G Pekarsky (School Board...)**

> They are both now falsely deflecting about HS educational opportunities. I imagine we have parents screaming right now. ARGH!

I know

> In response to Jeremy: FEAR is seeing a flawed, rushed plan...not "fear of change". The standardized test isn't the only complaint....Scott is so myopic 🙄

> Yes caller, the lottery is flawed!

> Omg!! It is rushed when you cobble together a proposal w/only 3 weeks to review & NO prior stakeholder input to inform it!