# Exhibit G

# PRODUCED IN NATIVE FORMAT

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
FCSB-TJ000026360

3:59

82

**ET**
Elaine ›

Sep 17, 2020, 2:54 PM

> This is what I sent Abrar yesterday about TJ Admissions:
>
> "I see it differently. The state asked for a plan. We can comply with a plan of action & still refine the plan with careful Board deliberation on important details re: the new lottery (including Countywide, Regional or Pyramid) and including both GPA & Course Work details. I remain very concerned that while this new Goal to improve TJ is very good, the existing plan (that came out just 2hrs b4 our meeting) has substantive holes. To revise Mel's quote from

iMessage