# Exhibit H

# PRODUCED IN NATIVE FORMAT

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                    FCSB-TJ000026373

4:29

 79



Sizemore

**Sizemore:** It is.

**Sizemore:** I don't know if what I said was okay or not ok but I tried to be clear

**Me:** It was very diplomatic & appropriate 🙏

**Sizemore:** Thank you. I'm sure made people angry but after KKG implied we are racist I was upset

**Me:** You did the right thing ❤️

**Me:** 6 of us don't want lottery

**Me:** He doesn't have 7+ who want lottery

**Sizemore:** We just lost Melanie out of the meeting

Unreal. I wonder if the

  iMessage 

