# Exhibit I

# PRODUCED IN NATIVE FORMAT

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



To: Rachna Sizemore Heizer

Maybe

The top schools who have changed have gone to lottery

But he sets the expectations

That's the research I saw

Lol Rachna

No man

Those weren't the top

They were schools that chose lottery

I felt they were scraping by to find good examples

What I saw is schools have either kept test scores or went to lottery

If anything I think he's trying to be responsive to the times - BLM and a super progressive board

Right

I agree

He's trying to be responsive

But where are the brains to get it right

I disagree

And the innovation

Like the thorough analysis

Idk

Other schools have gone to lottery and that's what he's looking at

Yeah ik

He listed the ones with that

The Sec of Ed recommended a more nuanced plan

But idk

iMessage