# Exhibit J

# PRODUCED IN NATIVE FORMAT

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                                             FCSB-TJ000026520



To: Stella Pekarsky

> I honestly don't think these plans are where the real problem is-- it's on the school level

It will whiten our schools and kick our Asians. How is that achieving the goals of diversity?

> Like the tweaks are more impactful
> That's fair
> I mean there has been an anti asian feel underlying some of this, hate to say it lol

Of course it is. Which is why I always told people talking about TJ is a stupid waste of tome. It's about making a political point

> They're discriminated against in this process too

I know, and Scott has made it obvious

Before he went down this path, I told him to stop it and never talk about "pay to play, etc". It's very demeaning.

And it's a cultural issue

He ignored me haha

> Of course he did
> I mean I get that-- and a lot of them can't afford it anyway
> But they make choices
> I remember one girl I worked with who was literally in public housing

But they also prioritize education. In fact, they make huge sacrifices

> I guess they're just so few
> Yes for sure

And we have to honor that. You go annoy make people feel like their kids will lose out because they work hard to prioritize education in their families

> I don't think the others don't, but it may actually be a social issue of coming to recognize its importance