# Exhibit K

# PRODUCED IN NATIVE FORMAT

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                                                                       FCSB-TJ000026522

To: Stella Pekarsky

> Okay so the problem we have is access, right? I don't 'think the actual process is how we fix it either way
> We could have even kept the tests
> The outreach/awareness thing matters so much more in my mind
> Which is where the school-based thing comes in
> And the universal screening thing comes in

Is it? We have an application problem. We haven't bothered to ask people why they don't apply

> Right exactly

We have made lots of assumptions 👍

> Stella people have no clue
> Yes that is very fair
> We are building on assumptions built on assumptions

Correct

> So in that case why not just leave it to families to decide? Lol
> If their kids meet our criteria

Because why have a TJ?

> Hahaha
> I dare you to even bring that up
> Jk jk

Haha
I shpuld

> Hmm
> Hahahah you should!
> Lol there are a good number of people I've spoken with who have asked me that actually