# Exhibit L

# PRODUCED IN NATIVE FORMAT

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



> Talking about pay to play and crap. So racist

> I told him repeatedly he was pathetically off base with the cultural aspect he was missing

> Not everything is black and white

> The immigrant perspective isn't the American black one or the American white one

Totally

That's how we get Mae Jemison or bust lol

> So I'm kind of tired of this division. Everything is about American black and white

> Exactly

> Even though, on the website, Patsy Mink got many more votes. Mae got 2, I think

Woah really??!!!!

I wish I knew that

Karl lied to me on that yet again

I didn't know where to look

That's crazy Stella he lied 😮‍💨

Is should have known