# Exhibit N

```
 1          IN THE UNITED STATES DISTRICT COURT

 2          FOR THE EASTERN DISTRICT OF VIRGINIA

 3                   ALEXANDRIA DIVISION

 4    ---------------------------x

 5    COALITION FOR TJ,            :

 6                    Plaintiff, :

 7      v.                        :   Civil Action No.:

 8    FAIRFAX COUNTY SCHOOL        : 1:21-cv-00296-CMH-JFA

 9    BOARD,                       :

10                    Defendant. :

11    ---------------------------x

12

13          Deposition of JEREMY SHUGHART

14               McLean, Virginia

15           Thursday, October 14, 2021

16                   9:14 a.m.

17

18                   CONFIDENTIAL

19

20    Job No.: 403754

21    Pages: 1 - 209

22    Reported by: Judith E. Bellinger, RPR, CRR
```

CONFIDENTIAL
Transcript of Jeremy Shughart
Conducted on October 14, 2021                                    42

```
 1              There wasn't a ranking process, and

 2   that was the reason why the 486 or the 491, I

 3   think, you know, it depended on the year, but that

 4   was -- and then it was that proportionality that

 5   was then red flagged.

 6        Q    Okay.  I want to move, now, to the

 7   2020.  I'm going to show you --

 8        A    Should I give this back to you?

 9        Q    You can leave it over there because

10   we'll probably refer back to it.

11        A    Okay.

12              (Shughart Exhibit 2 marked for

13   identification and attached to the transcript.)

14        Q    First, I want to ask you, before you

15   look at the document, when -- to the best of your

16   knowledge, in 2020, when was it first considered

17   that the admissions process at TJ might be

18   changed?

19              MS. REWARI:  Objection.  Vague.  Lack

20   of foundation.

21              First question is by whom?

22              MR. KIESER:  To the best of his
```

CONFIDENTIAL
Transcript of Jeremy Shughart
Conducted on October 14, 2021                                   43

```
 1    knowledge, when was it first considered among --
 2    in FCPS in general.  By the board, by the
 3    superintendent, by anyone in his office.
 4                MS. REWARI:  Okay.  Calls for
 5    speculation.
 6         Q    To the best of your knowledge, you can
 7    answer.
 8         A    I honestly, I don't -- I don't know
 9    when the first was.
10         Q    Okay.  Can you take a moment to just
11    review -- well, actually, you can -- the emails
12    are just for context on the first three pages.  So
13    if you want to just quickly review that and then
14    review the attachments.
15         A    (The witness complies.)
16         Q    Do you recognize the attachments?
17         A    I do.
18         Q    What are those documents?  I don't
19    believe you were on the email, so...
20         A    I was cc'd on one of them.
21                This particular document was created
22    and shared with the board in regards to an
```

 1    alternative admissions process.

 2         Q    Actually, I believe the cover email

 3    says it was shared on a May 27th closed session.

 4              Is that correct, as far as you know?

 5         A    That -- I don't know the exact date.

 6    Not off the top of my head.

 7         Q    But it was in 2020?

 8         A    Yes.

 9         Q    Were you involved in drafting any of

10    these documents?

11              MS. REWARI:  Objection.  Vague.

12         Q    Did you contribute to any of these

13    documents?

14              MS. REWARI:  Which document?

15         Q    There's the -- there's the white paper

16    itself, and then there's the executive summary at

17    the bottom.  So I guess there's only -- there's

18    only one -- there's really only two documents;

19    there's the pathway admissions process white paper

20    and then the executive summary.

21              Were you involved with preparing either

22    of these?

CONFIDENTIAL
Transcript of Jeremy Shughart
Conducted on October 14, 2021                                45

```
1          A      Yes.

2          Q      So it would be accurate to say that the

3   document that is labeled "TJ Admissions Pathway

4   Admissions Process," that describes the potential

5   admissions process that the board was presented

6   with?

7          A      Say that one more time.

8          Q      That describes the potential admissions

9   process to TJ that the board was presented with?

10         A      Yes.

11         Q      Can you explain what the three pathways

12  were, in general terms?

13         A      So on -- these aren't numbered?

14         Q      Yeah, the page numbers got cut off;

15  sorry.

16         A      That's okay.  So, on the first

17  document, Pathway 1, this admissions -- this

18  particular admissions pathway, as it's proposed

19  here on -- as it's proposed in this admissions

20  process, was consistent of using applicants -- let

21  me take a step back.

22                So Pathway 1 was using our current
```

```
 1   developing any alternative plans?

 2        A    Yes.

 3             (Shughart Exhibit 10 marked for

 4   identification and attached to the transcript.)

 5        Q    Take your time to review this.

 6             THE WITNESS:  Sorry.  In your

 7   microphone coughing.

 8        Q    I believe I have cough drops.

 9        A    No.  It's a tickle in my throat.

10   Eventually the water will hit the right spot.

11             MR. KIESER:  Do you want Bates numbers

12   for this?

13             MS. REWARI:  I'll take it.

14             MR. KIESER:  I'll figure it out.  It is

15   21736, is the first page.

16             MS. REWARI:  Okay.

17             (Shughart Exhibit 11 marked for

18   identification and attached to the transcript.)

19        A    Okay.

20        Q    Okay.  Do you recognize the email on

21   the first page of this document?

22        A    Yes.
```

1          Q     Who is the person that you sent this

2    to?

3          A     I sent this to Lidi -- well, she goes

4    by Lidi -- Lidi Hruda, as well as with a cc to

5    Marty Smith.

6          Q     And who is Lidi?

7          A     Lidi is the director in the Office of

8    Research and Strategic -- oh, shoot, I forget what

9    the I is -- intervention.

10         Q     Is that the office that worked with you

11   on the white paper?

12         A     Yes.

13         Q     The white paper?

14         A     Yes.  Improvement.  Strategic

15   Improvement.

16         Q     Okay.  So she's the director of that

17   office, you said?

18         A     She is the director.

19         Q     And would I be correct to say that this

20   is an email where you attached a draft of an

21   alternative white paper proposal for TJ

22   admissions?

```
 1         A      Yes, it appears to be.

 2         Q      Can you read the highlighted portion of

 3    the email, please.

 4         A      Sure.  "Could you look specifically at

 5    the table for 'Experience Factors' and provide us

 6    a review of our current weighting and whether or

 7    not this would be enough to level the playing

 8    field for historically underrepresented groups."

 9         Q      By "historically underrepresented

10    groups," did you mean racial groups that were

11    underrepresented at TJHSST?

12         A      Racial groups would have been included,

13    but it would not have been limited to racial

14    groups, it would have also included our -- my

15    memory would be our ELL students, it would have

16    been, potentially, special ed, certainly FRM.

17         Q      Which racial groups, specifically, did

18    you consider to be underrepresented?

19         A      Our -- the students that were lower

20    would have been Black and Hispanic students.

21         Q      Did that include white students?

22         A      No.
```

CONFIDENTIAL
Transcript of Jeremy Shughart
Conducted on October 14, 2021                                    146

```
 1    sit here, that would be my understanding of it.

 2         Q     Would your understanding, then, have

 3    been that White and Asian candidates are not

 4    historically underrepresented?

 5         A     Yes.

 6         Q     That bullet point 4, can you read the

 7    highlighted portion.

 8         A     Okay.  "That leaves only the Experience

 9    Factors to help shift the landscape and bring more

10    diversity into play and acceptance of historically

11    underrepresented students.  Since the Experience

12    Factors include things that some more privileged

13    students are likely to get points on, as well as

14    factors that less privileged students are likely

15    to get points on, I think we can assume that the

16    potential advantage from the Experience Factors is

17    likely to be, at most, 50 points and more likely

18    only 25 points for most students, since they are

19    not likely to get credit for all the Experience

20    Factors."

21              Do you need me to read --

22         Q     No --
```

1        Q    Can you read the highlighted part?

2        A    Sure.  "I agree that we need to

3   consider how this will be considered and whether

4   there was enough weighting involved.  The maximum

5   amount of points you would receive would only be

6   around 14%, so it isn't impacting at a high

7   level."

8        Q    When you say "impacting," did you mean

9   in terms of the diversity of students who get out?

10       A    No.  I meant as an overall percent of

11   the entire application process.

12            So it would have been looking at the

13   experience factors, but it was also in

14   consideration of, perhaps, information sheet and

15   problem-solving essay.  That was my -- from what I

16   remember, that was my intent here.

17       Q    I want to move on to this exhibit here.

18            (Shughart Exhibit 12 marked for

19   identification and attached to the transcript.)

20       Q    And now this --

21            MR. KIESER:  I'll give you a Bates

22   number.  It is 21212, the first page.

CONFIDENTIAL
Transcript of Jeremy Shughart
Conducted on October 14, 2021                    150

```
1          Q     Take a while to familiarize yourself
2    with that.
3          A     Okay.
4          Q     Do you recognize this document?
5          A     I think so, yes.
6          Q     Were you involved in preparing it?
7          A     I would say, yes.
8          Q     Was it presented to the board in a
9    closed session on October 6th?
10         A     It appears to be, yes.
11         Q     And this -- am I correct to say that
12   this is a proposal for a hybrid merit lottery?
13         A     It looks that way, yes.
14         Q     Can you read the highlighted portion of
15   the first page, the first paragraph?
16         A     Sure.  "This approach ensures that the
17   students with the strongest applications are
18   admitted into TJHSST, while allowing for the
19   advantages of the Merit Lottery approach: a higher
20   probability of traditionally disadvantaged
21   students gaining admittance along with the
22   concomitant increase in applications anticipated
```

CONFIDENTIAL
Transcript of Jeremy Shughart
Conducted on October 14, 2021                                    151

```
 1   by this approach."

 2        Q     When it say "higher probability of

 3   traditional disadvantaged students gaining

 4   admittance," that includes based on race, correct?

 5             MS. REWARI:  Objection.

 6        Q     To the extent that he knows.

 7        A     It wouldn't have just been a racial.

 8        Q     But that's a component of it, correct?

 9        A     Well, sure, that is.  But it's not

10   limited to race.

11        Q     Can we go -- flip down to the

12   Evaluation Elements.

13             Is this a proposed scoring system for

14   holistic review?

15        A     That wouldn't have been just for the

16   holistic review.

17        Q     It would have also been applied to

18   students who were put into the lottery pool?

19        A     Correct.  It would have been there

20   for -- this was a proposed way to evaluate all the

21   students.  The top performing students, as

22   suggested here, the top 100 students would have
```

CONFIDENTIAL

Transcript of Jeremy Shughart
Conducted on October 14, 2021                    152

1    been offered admissions, and then students that

2    met the minimum would have been placed into a

3    lottery to move forward.

4         Q    Okay.  Under "Experience Factors" on

5    the second page, could you read off which four --

6    the four experience factors.

7         A    So the four experience factors listed

8    here were English language learners, 0 or 50

9    points; economically disadvantaged, 0 or 50

10   points; special education, 0 or 50 points; and

11   historically underrepresented school, 0 or 50

12   points, FCPS only.

13        Q    So on the previous exhibit, we went

14   through the experience factors.  It looks like on

15   this proposal, there's only four; whereas, on the

16   previous exhibit, there were several others.  And

17   you -- and then this proposal had the historically

18   underrepresented school that was not present on

19   the other one; is that correct?

20        A    Historically underrepresented school is

21   not represented here.

22        Q    And then on the October 6th

```
 1                  MR. KIESER:  Back on the record.

 2                  (Shughart Exhibit 13 marked for

 3    identification and attached to the transcript.)

 4                  MR. KIESER:  And the Bates number on

 5    this one is 21813.

 6    BY MR. KIESER:

 7         Q    Let me start with, do you recognize

 8    this document?

 9         A    I do.

10         Q    Is it an email exchange between you

11    and, I believe, Superintendent Brabrand and Marty

12    Smith and, I believe, John Foster is copied on

13    that?

14         A    Correct.  It was an email that Scott --

15    the superintendent sent to myself, Marty, and

16    John, and then kind of short back-and-forth

17    between the group.

18         Q    Can you read the email that

19    Superintendent Brabrand sent on the second page?

20    You may have to undo the --

21         A    The email -- do you want me to read it

22    out loud?
```

1        A    Sure.  "I would need to look at old

2   data files.  200 points or 50 points would make a

3   difference.  I don't know how that impacts our

4   diversity."

5        Q    When you say "would make a difference,"

6   are you referring to the composition -- in

7   general, the composition of TJ's admitted class?

8        A    So from the points standpoint, what I'm

9   referring to there is, is that the overall points,

10  it would make a difference.  One point would make

11  a difference, no matter how you did it.

12            This is talking about old data files.

13  This is actually talking about years ago and

14  previous -- prior to me even being there.

15       Q    So, at some point, there was a point

16  system, but that predates you?

17       A    That predates me.

18       Q    So when you say "make a difference,"

19  you just mean that -- you would just mean that

20  someone who received the points would have a

21  better chance of getting in?

22       A    And that could be any individual

1   student, regardless of how they classify

2   themselves.  That doesn't matter.  A single point

3   for one student would -- could.  It might not, but

4   it could make a difference for that.  When you're

5   talking about 3,000 applicants, if a student got

6   one more point, that may have been the difference

7   between receiving an offer, being placed in the

8   wait pool, and not receiving an offer.

9        Q    When you say "I don't know how that

10   impacts our diversity," did you ever look at that?

11        A    I did not.

12        Q    Was there any way to look at that?

13        A    So let me clarify that.  I don't

14   remember going back and pulling old data from

15   years before I was even there.

16        Q    And when you say "old data," you're

17   referring to when there used to be a point system?

18        A    Correct.

19        Q    So did you ever model the racial impact

20   of an entirely holistic system with points, as

21   you're talking about here?

22        A    From an old system?

```
 1              MR. KIESER:  This is Bates number --

 2      give me a second -- 20994.

 3           A    Okay.

 4           Q    Do you recognize the email chain on the

 5      first page?

 6           A    Yes.

 7           Q    It's a group of emails between you and,

 8      likes looks, Julie Fowler and Lidi.

 9           A    Yes.

10           Q    What is the attachment?

11           A    The attachment looks to be the TJHSST

12      scoring rubric.

13           Q    Is this the rubric that you used to

14      evaluate students for the Class of 2025?

15           A    No.

16           Q    Is this similar to that one?

17                MS. REWARI:  Objection.  Vague.

18           A    It's similar.

19           Q    Are the points -- are the points

20      assigned on this rubric the points used to

21      evaluate students in 2025?

22           A    No.
```

CONFIDENTIAL
Transcript of Jeremy Shughart
Conducted on October 14, 2021                                      163

```
1          Q     How are they different?

2          A     The current -- the process that was

3     used was that GPA, student portrait sheet, and

4     problem-solving essay were 300 points.

5          Q     300 points each?

6          A     Yeah.

7          Q     And how many points were the experience

8     factors each?

9          A     My memory is, is that the economic

10    disadvantage was 90, English language learner,

11    special ed, and underrepresented schools was 45.

12         Q     Okay.

13         A     Each, not combined.

14         Q     They were 45 each.  So the total for

15    the evaluation of the GPA student portrait sheet

16    and problem-solving essay was 900 --

17         A     Yes.

18         Q     -- as opposed to a thousand on the

19    year?

20         A     Yes.

21         Q     And the total experience factors would

22    have been 225?
```

1        A     Yes.

2        Q     Okay.  As opposed to the 250 on here?

3        A     Yes.

4        Q     Okay.

5        A     I'm re-adding in my head just to be

6    sure.

7        Q     I believe there is a copy of that

8    rubric in the production, as well, but I thought

9    this was the one.

10            In any event, so if a -- if GPA is 300

11   points, would I be correct to say that 1 GPA

12   point, out of 4, would be worth 75 points?

13            MS. REWARI:  Objection.  Vague.  And

14   mischaracterizes the document.

15       Q     Well, this current rubric says core GPA

16   times 50 is 200.

17            So is that same framework used in the

18   other?

19       A     So the maximum would have been 300.

20       Q     300.  And you just divide that by --

21   you would divide that by 4 to get how much each

22   GPA point is worth, correct?

```
 1        A    Well, sort of.  The minimum GPA was

 2   3.5.  So we never went for a full scale from a 4

 3   to a 3.  And we used four places beyond the

 4   decimal point to calculate what their GPA was.

 5        Q    So under the rubric you applied in

 6   2025, if a student had a 3.5 GPA, what would their

 7   points be under the GPA?

 8        A    If I had a calculator, I could

 9   calculate it out.  I mean, a 4 would have been

10   equivalent of 300 points.  So 4 into 3, 300, is

11   that 65?

12             I would have to calculate it.  I mean,

13   physically, without having a calculator in front

14   of me, I don't want to mischaracterize what it

15   would be.

16        Q    Okay.

17        A    There's a formula, and all of the

18   students in it would be down to that decimal

19   point, I mean, to the point that it's four

20   character places beyond the decimal, potentially.

21   It's unweighted GPA.  So meaning there's no

22   students that can have above a 4.0.
```

```
1              So which are you referring to?
2         Q    So the first process that was approved
3    by the board, right, is the 1.5 percent allocation
4    for each middle school.
5         A    Uh-huh.
6         Q    So is that -- am I correct to say that
7    in that stage, the students only compete with the
8    students from their own school?
9         A    Correct.  From a -- from a public
10   school standpoint.
11        Q    Yeah.  So, actually, let me -- let me
12   get to that too.
13             I'm going to show you two charts.
14   Here's the first.  And here's the second one.
15             MS. REWARI:  Are those separate exhibit
16   numbers?
17             MR. KIESER:  Yes.
18             (                    Exhibit
19   #           marked for identification and
20   attached re
21   tained}.)
22             MR. KIESER:  And the Bates stamp for
```

CONFIDENTIAL
Transcript of Jeremy Shughart
Conducted on October 14, 2021                                    171

```
1    the one that's got all the redactions is 21441.  I
2    believe the number is the other one.
3              MS. REWARI:  Yes, it is.
4         Q    Have you seen these before?
5         A    Yes.
6         Q    Can you tell me what the chart that
7    doesn't have any redactions shows?
8         A    What this looks to be is the number of
9    students that were admitted by each middle school
10   in Fairfax County.
11        Q    Fairfax County?
12        A    Along with the applicant and
13   semifinalist students.
14        Q    Okay.  So this -- so when we're talking
15   about the 1.5 percent plan, is it fair to say that
16   the students that had significantly more people
17   apply, it's more difficult for students from those
18   schools to get the allocated seats from their
19   school?
20             MS. REWARI:  Objection.  Vague.
21        A    Yeah.
22        Q    Compared to -- compared to a school
```

```
1    that has more people apply, would it be easier, or

2    more difficult, for a student -- well, I'm sorry,

3    strike that.

4              If a school has more applicants and

5    more eligible students, in general, would that

6    make it more difficult for any one of those

7    students to earn one of the allocated seats?

8        A    I'm not sure I would cat -- you know,

9    say that, necessarily.  That for an individual

10   student, I mean, there's a lot of factors that

11   would go into that.

12             To say that it would be more difficult

13   for a single student, it may or may not be more

14   difficult.

15       Q    Would the admissions percentage for --

16   just based on the allocated seats, would the --

17   the percentage of students who can get an

18   allocated seat would be fewer at the schools with

19   more proportional applications, right?

20             MS. REWARI:  Objection.  Vague.

21             MR. KIESER:  He can answer, at least,

22   if he understands.
```

```
 1          A    I'm trying to understand what you're --
 2    I'm trying to understand what you're saying.  So
 3    can you be more -- can you give me, like, either
 4    an example or be more specific?
 5          Q    So, for instance, look at the top of
 6    the chart, Rachel Carson had 286 applicants in
 7    2024.
 8          A    Yep.
 9          Q    Compared to, say, a school like at the
10    bottom, Whitman --
11          A    Okay.
12          Q    -- had 19 applicants.
13          A    Okay.
14          Q    Now under the 1.5 percent plan, I
15    believe that -- well, actually, I'm also going to
16    show you this exhibit, which -- because it might
17    provide some content.
18               (Shughart Exhibits 15 and 16 marked for
19    identification and attached to the transcript.)
20          A    Okay.
21          Q    Do you recognize this document?
22          A    I do.
```

CONFIDENTIAL
Transcript of Jeremy Shughart
Conducted on October 14, 2021                    174

```
 1          Q     And what is that chart on the second
 2   page?
 3          A     So my recollection of this chart on the
 4   second page is to identify the total number of
 5   students that were in eighth grade in FCPS
 6   schools, so that would be column B.  Column C
 7   would be eligibility based upon GPA and enrolled
 8   in, minimally, in Algebra 1.
 9                And then, the third column is the
10   percent of each.
11          Q     Okay.  So what I was getting at here,
12   is -- let's stick to the same two middle schools,
13   Rachel Carson and Whitman.
14          A     Okay.
15          Q     So, Rachel Carson, on the exhibit I
16   just showed you --
17          A     This one?
18          Q     -- what's the percentage of eligible
19   students?
20          A     So the percent of eligible students is
21   55.6.
22          Q     And the number of eligible students?
```

```
1          A     400.

2          Q     And then, for Whitman, at the bottom,

3    what's the percentage of eligible students?

4          A     9.5 percent.

5          Q     And the number of eligible students?

6          A     43.

7          Q     So just considering those two schools

8    sort of at an extreme, to obtain the 1.5 percent

9    allocated seats, would a student at Rachel Carson

10   have to compete against more students to get one

11   of those 1.5 percent seats than a student at

12   Whitman?

13              MS. REWARI:  Objection.  Calls for a

14   lay opinion.  Calls for speculation.

15              MR. KIESER:  He can answer.

16        A     So it would be dependent on whether

17   they applied or not.

18              This isn't -- this isn't application

19   numbers.

20        Q     Sure.  And then we can reference

21   compared to the Class of 2024.  The application

22   numbers in 2025 are different.
```

```
 1              But in 2024, as you are looking another

 2    that --

 3        A    Okay.

 4        Q    -- how many students applied from

 5    Rachel Carson?

 6        A    For the Class of '24?

 7        Q    Yeah.

 8        A    296.

 9        Q    And how many at Whitman?

10        A    19.

11        Q    So those 19 students -- and I recognize

12    the applications went up in 2025 -- they would be

13    competing for -- hypothetically -- for those --

14    for the allocated seats at Whitman; whereas, the

15    286 students at Carson would be competing for

16    Carson's allocated seats, correct?

17        A     Correct.  But the one piece is also

18    about the unlocated seats.

19              So it wasn't a limiting factor -- it

20    was -- the allocated seats provided seats for each

21    of those schools.  But then there was also

22    unallocated seats that were made available to
```

1   the -- for all other eligible students.

2              So using these numbers, you're just

3   talking about the applications.  That doesn't even

4   make them -- may have meant that they were -- they

5   didn't meet the eligibility requirements either,

6   so.

7              But there is the additional factor of

8   unallocated seats along with any open weight pool

9   seats that become available as all.

10       Q    Could the private school and homeschool

11  students get the allocated seats?

12       A    They were not available for allocated

13  seats.

14       Q    So the students who -- is it fair to

15  say that the students who didn't receive an

16  allocated seat from their FCPS middle school, then

17  were -- had to compete for the remaining

18  unallocated seats with private school and

19  homeschool students?

20       A    Say that one more time.  So I'm clear

21  with what you're saying.

22       Q    The students who didn't receive an

```
 1   allocated seat under the 1.5 percent allocation,

 2   then they could compete for the unallocated seats,

 3   correct?

 4        A    Correct.  So any student that met

 5   minimum -- kind of that minimal standing -- if

 6   they were a public school student and did not

 7   receive an allocated offering were also in

 8   consideration for unallocated seats.

 9        Q    And the same is true for private school

10   and homeschool students --

11        A    So --

12        Q    -- they were in consideration for the

13   unallocated seats?

14        A    Only unallocated seats.

15        Q    So those unallocated seats were

16   between -- the students who compete for the FCPS

17   unallocated seats are the FCPS public schools

18   student who didn't get an allocated seat --

19        A    Uh-huh.

20        Q    -- and private school and homeschool

21   students who live in Fairfax County?

22             MS. REWARI:  Objection.  Misstates the
```

CONFIDENTIAL
Transcript of Jeremy Shughart
Conducted on October 14, 2021                                      181

```
 1                Can you look at the redacted chart now?

 2        A     Okay.

 3        Q     Can you tell me what this represents?

 4        A     Again, this is similar to the

 5   unredacted charts, although the numbers are

 6   slightly different.

 7        Q     Look at the underattending school in

 8   the corner.  Do you see its number of Asian

 9   students?

10        A     Okay, I'm sorry.  That's would explain

11   why.  That's why I was trying to figure out why

12   they looked the same.

13        Q     This is the number of Asian students?

14        A     Who had applied for semifinalist and

15   offered.

16        Q     Can you read off the names of the six

17   schools who had enough Asian -- well, first of

18   all, the redaction policy is for any number less

19   than ten, right?

20        A     Ten and under.

21        Q     Ten and under.

22        A     So ten would have been redacted as
```

1    well.

2          Q    Can you read off the six schools that

3    had enough Asian students admitted in the Class of

4    2024 not to be redacted.

5          A    You want me read them off?

6          Q    Yeah.

7          A    Carson, Cooper, Frost, Kilmer,

8    Longfellow, Rocky Run.

9          Q    Were any of those schools listed as

10   underrepresented schools that would get the

11   45-point bonus?

12         A    From the ones you just read, I don't

13   think so.

14              Was Kilmer one of the ones you read?

15         Q    No.

16         A    Okay.

17              MR. KIESER:  Can we take, like, a

18   five-minute break?

19              MS. REWARI:  Do you know how much

20   longer you have?

21              MR. KIESER:  Not very much.  Probably

22   less than a half hour.  Less than 20 minutes.

| Message | |
|---|---|
| **Sent:** | 6/15/2020 2:47:32 PM |
| **To:** | Smith, Marty K. [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=9b3c2c491ce64b00ae90e8b694fa324a-Smith, Mart]; Foster, John |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=f6418d04f260417f9e7297654432577e-Foster, Joh] |
| **Subject:** | RE: middle schools / TJHSST |
| **Attachments:** | Admissions_White_Paper_version8.pdf; Admissions_White_Paper_Executive Summary.pdf |

Marty,

At the May 27 closed session, these two documents were shared.

**From:** Skahen, Tracey
**Sent:** Monday, June 15, 2020 10:19 AM
**To:** Foster, John <jefoster@fcps.edu>; Muhlberg, Ilene <idmuhlberg@fcps.edu>
**Subject:** FW: middle schools / TJHSST

Good morning, Dr. Anderson is asking for a list of middle schools who have students who were accepted into the THSST Class of 2024. Has this information been shared yet if not, do we have a date of when? We thought it might be shared in a JFBB or in a closed session.

Hope all is well.

Thanks!

**From:** Anderson, Ricardy J (School Board Member) <rjanderson@fcps.edu>
**Sent:** Monday, June 15, 2020 10:11 AM
**To:** Smith, Marty K. <mksmith@fcps.edu>
**Subject:** RE: middle schools / TJHSST

Thank you.

**Ricardy Anderson, Ed.D.**
Mason District Representative
Fairfax County School Board

Sign up here for my *News You Choose* messages.

Please be aware that correspondence with School Board members is subject to the Virginia Freedom of Information Act. This means that your correspondence may be made public if (1) it deals with FCPS business and (2) someone requests it--even if you have asked that your message be kept confidential. Only a few topics are exempt from the disclosure requirement, such as information about identifiable students, and personnel information about individual employees.

**From:** Smith, Marty K. <mksmith@fcps.edu>
**Sent:** Friday, June 12, 2020 6:36 PM
**To:** Anderson, Ricardy J (School Board Member) <rjanderson@fcps.edu>
**Subject:** RE: middle schools / TJHSST



SHUGHART 2
10-14-21
J. BELLINGER
RPR, CRR

Hello!

I will check with John Foster and Ilene. The data may have already been posted to the secure part of Blackboard.

Marty

**From:** Anderson, Ricardy J (School Board Member) <rjanderson@fcps.edu>
**Sent:** Friday, June 12, 2020 4:18 PM
**To:** Smith, Marty K. <mksmith@fcps.edu>
**Subject:** FW: middle schools / TJHSST

Marty,

Is there any way that I can be provided with date when this can be expected? Thanks.

**Ricardy Anderson, Ed.D.**
Mason District Representative
Fairfax County School Board

Sign up here for my *News You Choose* messages.

Please be aware that correspondence with School Board members is subject to the Virginia Freedom of Information Act. This means that your correspondence may be made public if (1) it deals with FCPS business and (2) someone requests it--even if you have asked that your message be kept confidential. Only a few topics are exempt from the disclosure requirement, such as information about identifiable students, and personnel information about individual employees.

**From:** Coffey, Cristy <cmcoffey@fcps.edu>
**Sent:** Wednesday, June 10, 2020 2:20 PM
**To:** Anderson, Ricardy J (School Board Member) <rjanderson@fcps.edu>
**Subject:** FW: middle schools / TJHSST

Please see Marty's response below.

Cristy

**From:** Smith, Marty K. <mksmith@fcps.edu>
**Sent:** Wednesday, June 10, 2020 2:18 PM
**To:** Coffey, Cristy <cmcoffey@fcps.edu>
**Cc:** Skahen, Tracey <tlskahen@fcps.edu>; Shughart, Jeremy A <jshughart@fcps.edu>
**Subject:** Re: middle schools / TJHSST

Hi Christy,

We will share his information with the SB through the JFBB. I'm not sure about the date, but it usually happens after we select for the summer round.

Marty

Marty

Sent from my iPad

> On Jun 10, 2020, at 2:15 PM, Coffey, Cristy <cmcoffey@fcps.edu> wrote:
>
> Dear Marty,

Ricardy Anderson has asked me to track down "a list of middle schools who have students who were accepted into TJ for next year." Now that Francisco is gone, I'm not sure who to ask about this. Will you please direct me to the appropriate person to assist with her question?

Thank you,
Cristy

*Cristy Coffey*
Executive Administrative Assistant to:
**Ricardy Anderson - Mason District**
**Megan McLaughlin - Braddock District**

Fairfax County School Board Office
Phone: 571-423-1064
Fax: 571-423-1067

**TJHSST Admissions: Pathway Admission Process**

**Statement of Purpose**

Since it was established in 1985, Thomas Jefferson High School for Science and Technology (TJHSST) has been a leader in providing science, technology, engineering, and mathematics (STEM) education. Fairfax County Public Schools (FCPS) is committed to providing a high-quality, specialized high school program for students with an interest in STEM who reside in Fairfax County and other school districts and cities served by TJHSST (i.e., Arlington, Loudoun, and Prince William counties, as well as the cities of Fairfax and Falls Church). Since its inception, business and industry leaders have provided vital support to TJHSST, and TJHSST alumni have become leaders in business and industry, among other fields. TJHSST is best able to serve its community and alumni when those alumni are prepared—through development of fundamental knowledge, leadership and interpersonal skills—to learn, work, and live in an ever-changing and increasingly diverse global society.

From time to time, FCPS leaders and TJHSST staff review the school's policies and procedures considering its Mission Statement and Beliefs. (See FCPS, About TJHSST.) The goal of this exercise is to identify policies and procedures that may require clarification or updating to best serve the needs and goals of the TJHSST community. As a result of this process, in the past decade, TJHSST has at times revised in some ways various policies and procedures, including its approach to student admissions.

Following an extended period of analysis and careful consideration by district- and school-level leaders, FCPS proposes to adopt certain revisions to the process for admission to TJHSST effective for ninth grade in the 2022-2023 school year. The revised admissions process will:

- Continue to "provide students with a challenging learning environment focused on math, science, and technology", consistent with the school's mission. All students who attend TJHSST will continue to receive the same rigorous classroom instruction and the same opportunities to participate in varied and enriching extracurricular activities.

- Continue to be supported by evidence and best practice. The process will not eliminate the use of standardized tests to assess applicants' performance in math, reading, and science. Rather, the process will utilize an applicant's test scores as one of several components that inform evaluation of a student's application.

- Continue to be fair and equitable, and to be administered consistent with applicable law. Admissions decisions will continue to be based on an individualized assessment of each applicant's qualifications. No individual who is otherwise eligible based on residency and satisfaction of minimum academic requirements will be denied an opportunity to apply for admission to TJHSST based on a particular characteristic, nor will any individual be guaranteed admission. There will be no "quotas" or other limits on the number of individual students who share a particular characteristic who can be accepted under the revised process.

- Continue to promote diversity in many forms. FCPS believes that the learning environment at TJHSST will be enhanced by a student body that is increasingly diverse across a variety of attributes. TJHSST's core beliefs emphasize the importance of critical thinking and problem-solving skills; global interdependence and understanding; creativity and curiosity; communication; and leadership and interpersonal skills—all of which are "vital to addressing the complex societal and ethical issues of our time." Research shows that a diverse student

## TJHSST Admissions: Pathway Admission Process

body provides additional opportunities for students to be exposed to widely diverse people, cultures, ideas, and viewpoints and to work collaboratively—in the classroom, in laboratories, on the stage, and on athletic fields—as they ask questions, develop ideas, and propose solutions to challenging problems. Research also shows that a diverse student body promotes understanding, helps to break down stereotypes, and promotes learning outcomes. And research shows that diversity in school better prepares students for their participation in an increasingly diverse workforce and society.

- Continue to select students for admission only if they demonstrate evidence of readiness for TJHSST's academic rigor and an ability to contribute to the learning environment at TJHSST. Every year, many more students who are interested in math and science and who could be successful at TJHSST apply for admission than can be accepted; the revised process would offer prospective students' admission through three different pathways.

The revised admissions process will allow TJHSST to identify students who are interested in math and science and who have demonstrated a pattern of achievement, while providing fair and equitable access to all students who have the potential to succeed at TJHSST. FCPS expects that as a result of the changes, the student population at TJHSST will reflect more closely the diverse population in the jurisdictions from which students are eligible to apply for admission. Talented students enrolled in each middle school have traits important to the mission and goals of TJHSST and could contribute to the school's learning environment. These changes more directly account for the fact that many students who want to enroll in a specialized school focused on math and science and who could be successful at TJHSST may have different academic, extracurricular, and personal experiences and differing arrays of strengths and interests. The revised admission process will provide all eligible students an opportunity to demonstrate their own interests and qualifications through individualized assessment of their academic accomplishments and other factors.

FCPS and TJHSST will continue to work with parents, students, and middle schools in participating jurisdictions to provide information on the admissions process and to ensure that all middle school students who have the potential to be successful at TJHSST and who are interested in math, science, and technology have the same opportunity to access the specialized program at TJHSST.

## TJHSST Admissions: Pathway Admission Process

### Pathway 1 (approximately 350 students)

TJHSST Admissions will select students using three different processes (Pathways). Pathway 1 is based on the top performing students on a combination of test scores and GPA. A point system will be used to identify the strongest amount of points available for students. The maximum amount of points available in this Pathway is 400 combined points. Below is the breakdown of Pathway 1. A student's GPA will consist of the core academic courses for 7th grade and the 1st and 2nd Quarter of 8th Grade. The Math, Reading & Science test results will be based on the national percentile rank.

- GPA - *25 (100 max), Math – *1 (100 max), Reading - *1 (100 max), Science - *1 (100 max)

Results

| **2018-2019** | **2017-2018** |
|---|---|
| 350 students | 350 students |

GPA – Range: 4.0-3.5905        GPA – Range: 4.0-3.5048
Math – Range: 99-83        Math – Range: 99-83
Reading – Range: 100-82        Reading – Range: 100-85
Science – Range: 100-90        Science – Range: 100-90

- Race/Ethnicity
    - 264 Asian
    - 2 Black
    - 8 Hispanic
    - 9 Other (Two or More)
    - 67 White
- Gender
    - 234 Male
    - 116 Female
- Free/Reduced
    - 3 FRM
- Math Class
    - 7 Algebra I
    - 208 Geometry
    - 112 Algebra II/Trig
    - 7 Pre-Calc.
    - 16 Other
- County
    - 10 Arlington
    - 1 Falls Church City
    - 245 Fairfax County
    - 87 Loudoun
    - 7 Prince William

- Race/Ethnicity
    - 257 Asian
    - 3 Black
    - 8 Hispanic
    - 15 Other (Two or more)
    - 67 White
- Gender
    - 220 Male
    - 130 Female
- Free/Reduced
    - 4 FRM
- Math Class
    - 13 Algebra I
    - 206 Geometry
    - 118 Algebra II/Trig
    - 8 Pre-Calc.
    - 1 Calculus
    - 4 Other
- County
    - 14 Arlington
    - 1 Falls Church City
    - 261 Fairfax
    - 59 Loudoun
    - 15 Prince William

## TJHSST Admissions: Pathway Admission Process

### Pathway 2 (approximately 100 students)

Application Evaluation process (still need minimum test scores/GPA). Points will be associated with each component below. The combination of GPA/test scores and points from components will determine students in this group.

To be considered for Pathway 2, student must meet;

- **50% of evaluation**
- Minimum GPA of 3.0 (core academic areas from 7th Grade Final Marks and 8th Grade 1st & 2nd Quarter)
- A minimum; (current semi-finalist minimums)
    - o Math – 50%tile
    - o Reading – 75%tile
    - o Science – 75%tile

The Pathway is based on GPA/Test and score of Pathway 2 evaluations listed below.

- **50% of evaluation**

| Socio-economic Factors | 0 or 7 | | School Leadership | 0 to 8 |
|---|---|---|---|---|
| Free/Reduced Meals | | | "O" Factor* – CCTDI Assessment | |
| **Regional Data** | 0 or 7 | | **STEM Skills** | 0 to 3 |
| Zip Code | | | Top 3 Awards/Projects/Skills | |
| **English Language Learner** | 0 or 7 | | **Hardship** | 0 to 5 |
| not including Dismissed | | | | |
| **Special Education** | 0 or 7 | | Homelessness, economic responsibility, Extenuating Circumstances, family/personal crisis, 504, etc. | |
| IEP | | | | |
| **Extracurricular** | 0 or 3 | | | |
| School Based | | | | |
| **Community Service** | 0 or 3 | | | |
| | | | **Total** | 0 to 50 |

Note: "O" Factor – refers to students with exceptional talents in organizing others, i.e.;

- Leading is influencing people to willfully attempt together, what they would not or could not as individuals.
- Leadership is the overall term for this social process.
- Leaders are those who lead, not just occupy a position or claim a title.

Certain categories will be loaded based on registration data. Other fields would be provided by the student through the application process. In some cases, the students will need to provide documentation to support the information provided in the field.

Privileged & Confidential – Attorney-Client Communications

## TJHSST Admissions: Pathway Admission Process

## Pathway 3 (approximately 50 students)

### Nomination Process

FCPS Public Schools that are underrepresented will have an opportunity to nominate students for admission to TJHSST. The school will nominate up to 10 students based on students meeting minimum criteria. A minimum of 3 students from each FCPS school will be offered throughout all the Pathway options. If no student from a school has been selected in the Pathway 1 or 2, that school will be guaranteed minimum student offers. So, all FCPS schools will have representation at TJHSST. Fairfax County private and homeschooled students are not included in this portion of the selection process.

- Schools – with 3 or less students offered over last 3 years (preliminary identification)
  - o  Franklin MS
  - o  Hayfield MS
  - o  Herndon MS
  - o  Holmes MS
  - o  Irving MS
  - o  Key MS
  - o  Lanier MS
  - o  Poe MS
  - o  Stone MS
  - o  Whitman MS

A nomination committee will review possible students. Committee members consist of Principal or Designee, Director of Student Services or Designee, Liaison Counselor, 8th Grade Math, and 8th Grade Science teacher. The committee would review the merits of each student nominee; teacher/school recommendations and possibly an in-person interview of student (video?). The TJHSST Admission office will assist in the process by identifying students who would be possible candidates; Math Subject, SOL Scores (7th Grade Math), CogAT/NNAT, Universal Screener Assessment, etc.

- Nominated students must sit for the admission exam and meet Pathway 2 requirements
  - o  This ensures the students will be able to handle the level of academic rigor at the school

### Selection Process

Students nominated will apply to TJHSST through the same application process. These students will be eligible to be selected through Pathway 1 and Pathway 2. In the event the student is not selected in either Pathway 1 or 2, he/she will be evaluated in Pathway 3. Pathway 3 consists of the same process as Pathway 2 only for students remaining in the nomination pool. Evaluations will take place for these students and the strongest remaining students will be offered admission.

**TJHSST Admissions: Pathway Admission Process**

|  | Franklin | Hayfield | Herndon | Holmes | Irving | Key | Lanier | Poe | Stone | Whitman | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Asian** | 1 | 1 | 1 | 2 | 1 | 1 | 2 | 1 | 2 | 0 | 12 |
| **Black** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Hispanic** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 3 |
| **White** | 2 | 2 | 2 | 1 | 2 | 2 | 1 | 1 | 0 | 2 | 15 |
| **Other** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Note: The students represented in the table are based on the 2017-2018 Applicant year and only using statistics from Pathway 1. Using only Pathway 1 options would ensure regional diversity only and not racial/ethnic diversity. The table further supports employing the Pathway 2 process for these students.

### Non –FCPS school divisions

Participating school divisions will be encouraged to nominate students using a similar process. The number available per division will be based on the same formula used to create Caps per school division (as long as maximum offers would not have been filled through Pathways 1 & 2). The TJHSST Admissions office will coordinate efforts of identification with these divisions to provide high quality nominations.

Note: Participating school division caps are based on the Class of 2022 Admissions Cap (these numbers are for planning purposes only and would be calculated each year).

- Prince William County Cap – 12
- Loudoun County – 11
- Arlington County – 3
- Falls Church City - 1

### Conclusion

There are a number of adjustments which could be made to this new process. This approach maintains a high level of rigor for the students to achieve in Pathway 1. This allows for a large group of students to demonstrate academic strength on a series of rigorous assessments. Pathway 2 provides for intentional diversity. Diversity could be described in a broad swath that encompasses more than just ethnic/racial diversity. Pathway 2 intentionally targets students with varied background and still maintains a strong level of academic strength. Pathway 3 takes a further step in identifying areas in our region that have been historically under represented at TJHSST. These nominees will be selected using the same criterion as the students in Pathway 2.

## TJHSST Admissions: Pathway Admission Process

Possible Alternative Consideration – Historically low representation (consider non-center schools ONLY), diversity of school; racial/ethnic, ELL population, SES population, etc. Identification of schools will remain flexible each year to provide consistent representation of all schools and geographic regions in participating school divisions.

Privileged & Confidential – Attorney-Client Communications

**TJHSST Admissions: Pathway Admission Process**

### Implementation Timeline (Expected for the 2022-2023 Application Year)

This is an estimated timeline to implement the changes in the proposal above. Many factors would come into play as we look at each element and work on implementing the changes for a future admissions cycle. First, any changes would be implemented to begin with the Winter Freshman Round (this round begins in late August/early September) with the application window. The application system will need to be ready for delivery in July of the year of implementation.

### TJHSST Admissions Application Committee – December 2020-October 2021 (8 – 11 Months)

Once the white paper is approved a working group would need to be established to decide on the final elements on each Pathway for the application process. The working group could be comprised of members of various interests groups, including but not limited too; Admissions personnel, TJHSST School Leadership & staff, Instructional Services personnel (Math, Science & Advanced Academics), Out-of-County Leadership (Arlington, Loudoun, Prince William Counties & the City of Falls Church), Fairfax County Association of the Gift (FCAG), Advanced Academics Programs (AAPAC), Minority Student Assessment Oversight Committee (MSAOC), etc. The working group's stated goal would be to evaluate the white paper and develop the final Pathway elements. This work would be estimated to take a few months to finalize the recommendations. Additionally, a school board closed session may be needed to provide high level information from the white paper in terms of the newly-proposed admissions process. **December 2020-April 2021 (4 – 5 months)**

# Attorney Client Privilege

### Application Development & Marketing of New Process – November 2021-July 2022 (6 – 8 months)

Once the new process has been approved to move forward work with the application system will need to begin. The online application system will need to be redesigned to include the new information that now needs to be collected. The application system will need to be tested thoroughly to ensure it would be successfully implemented. Additionally, internal database systems will need to be updated to capture the new data being collected from the online application system. These two systems will need to be integrated. **November 2021-July 2022 (6 – 8 months)**

A campaign of public awareness for the new admissions process will need to be underway immediately following school board presentations. The presentations will provide information on the new process applicants will undergo for the selection process. This information will begin at the middle school level in FCPS and participating jurisdictions. Additional information will be provided to the Pathway 3 Schools identified. The presentations can happen concurrently with the application development. **January 2022-July 2022 (3 – 6 months)**

## TJHSST Admissions: Pathway Admission Process

### Executive Summary

FCPS leaders and TJHSST Admissions staff review TJHSST's admissions policies and procedures considering its Mission Statement and Beliefs. The goal of this exercise is to identify policies and procedures that may require clarification or updating to best serve the needs and goals of the TJHSST community. As a result of this process, in the past decade, TJHSST has at times revised in some ways various policies and procedures, including its approach to student admissions.

Following an extended period of analysis and careful consideration by district- and school-level leaders, FCPS proposes to adopt certain revisions to the process for admission to TJHSST effective for ninth grade in the 2022-2023 school year.

The revised admissions process will allow TJHSST to identify students who are interested in math and science and have demonstrated a pattern of achievement, while providing fair and equitable access to all students who have the potential to succeed at TJHSST. FCPS expects as a result of the changes, the student population at TJHSST will reflect more closely the diverse population in the jurisdictions from which students are eligible to apply for admission. Talented students enrolled in each middle school have traits important to the mission and goals of TJHSST and could contribute to the school's learning environment. These changes more directly account for the fact that many students who want to enroll in a specialized school focused on math and science and who could be successful at TJHSST may have different academic, extracurricular, and personal experiences and differing arrays of strengths and interests. The revised admission process will provide all eligible students an opportunity to demonstrate their own interests and qualifications through individualized assessment of their academic accomplishments and other factors.

### Pathways to TJHSST

The new admissions process will consist of 3 pathways for students to attend TJHSST. This process is a change from the current process but maintains keys elements that are already in place. Pathway 1 will select the students who are top performers on a combination of test scores and GPA. This process is similar to the current semifinalist process and would select the top performing students for admissions. Pathway 2 will select students using elements from Pathway 1 (50%) and the remaining portion will be based on specific diversity factors. Pathway 3 will select students using the same process as pathway 2. However, Pathway 3 is for specifically identified under-represented schools. Additionally, under-represented schools will nominate students for admissions.

This approach maintains a high level of rigor for the students to achieve in Pathway 1. This allows for a large group of students to demonstrate academic strength on a series of rigorous assessments. Pathway 2 provides for intentional diversity. Diversity could be described in a broad swath that encompasses more than just ethnic/racial diversity. Pathway 2 intentionally targets students with varied background

**TJHSST Admissions: Pathway Admission Process**

and still maintains a strong level of academic strength. Pathway 3 takes a further step in identifying areas in our region that have been historically under-represented at TJHSST.

## Implementation Timeline (Expected for the 2022-2023 Application Year)

There are many elements that will need to be completed to be able to effectively transition to a new application approach. It will take 8-11 months for a working group to finalize the elements of each pathway. This timeframe includes creating a working group to formalize the final product and make final recommendations to school leadership, legal counsel, and the school board. This will be followed by an additional 6-8 months of application redevelopment and marketing of the new process. The entire process must be finalized and completed in July 2022 to be implemented for the 2022-2023 application year. The application process starts in August/September each year. The entire approach will take 14-19 months to complete.

### Next Steps

The next step is to get an approval to move forward with this approach. For this admissions approach to be completed for the 2022-2023. Application year a decision will need to be made no later than December 2020. This will allow the Admissions Office to organize a working group to implement each of the phases and complete the process for a new application process.

### Other Factors to Consider

Cost - redevelopment of our current application system to meet the new process. This could be a process of modifying our current application system to meet the new demands.

OR

RFP Process – possibly need to consider a RFP for the application system.

Privileged & Confidential – Attorney-Client Communications

**Experience Factors (100 points)**

- Weighting will be calculated for students in multiple diversity categories.

| Socio-economic Factors | 0 or 15 | | School Leadership | 0 to 12 |
|---|---|---|---|---|
| Free/Reduced Meals | | | Response to Leadership | |
| **English Language Learner** | 0 or 15 | | **STEM Skills** | 0 to 6 |
| Level 1-6 | | | Top 3 Awards/Projects/Skills | |
| **Special Education** | 0 or 15 | | **Hardship** | 0 to 10 |
| IEP | | | | |
| **Parental Education Level** | 0 or 15 | | | |
| HS Diploma, College Diploma or Beyond | | | Homelessness, economic responsibility, Extenuating Circumstances, family/personal crisis, 504, etc. | |
| **Extracurricular** | 0 to 6 | | | |
| Listing of Experiences | | | | |
| **Community Service** | 0 to 6 | | | |
| Listing of Experiences | | | | |
| | | | | |
| | | | **Total** | 0 to 100 |

**Pathway Selection**

- Each pathway will select students based on a composite score after a holistic review. Applicants with the highest composite score in each pathway will be offered admissions (up to maximum number of offers per pathway).
- Each applicant is subject to an audit review of diversity factors.
  - Academic Integrity is Critical.
  - Audit may contain the following but is not limited too.
    - Documentation of all claims of parental education level, extracurricular activities, community service, STEM skills, hardship, etc.
  - A student who is found to be dishonest and provided responses that are of a deceptive nature will be removed from the application process and will not be eligible for an offer of admission.
  - A student who has been offered admissions and is found to be dishonest will have the offer of admissions rescinded.
- Rolling Admissions
  - Students offered admissions
  - Students have designated timeframe to accept or reject their offer
  - Rolling admissions are established to keep a class of 500
  - Each pathway will maintain a list of students not selected
  - Openings will be filled by the next eligible applicant on the list
  - Should a non-FCPS pathway exhaust its list of students, the next eligible candidate with the high composite score off the FCPS list will be chosen.

- o   As needed, additional applicants will be offered on the 1st and 15th of every month through end of 1st Quarter in order to maintain a class of 500.
- o   Any student who declines the offer of admission will be removed from eligibility.

**Appeals Process**

- An Appeal form must be submitted within 10 business days of admissions decisions announcement. The Appeal form will ask the parent and/or guardian to provide a written explanation of the exceptional circumstance that the Appeals Committee is to consider.
- The Appeal form must be submitted to the TJHSST Admissions Office. The TJHSST Admissions Office will ensure all appeal documents are submitted to the Appeals Committee. The parent and/or guardian is not allowed to submit additional credentials, documents or letters of recommendation.
- The Appeals Committee will review the appeal.
- The decision of the Appeals Committee will be communicated to the parent and/or guardian in writing and the Appeals Committee decision shall be final.

Message

| | |
|---|---|
| **From:** | Shughart, Jeremy A [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=77ED93A9176E4058A2847967265E7289-SHUGHART, J] |
| **Sent:** | 9/28/2020 2:14:08 AM |
| **To:** | Hruda, Ludmila (Lidi) [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=717d2cd6b4994ec7be716f560bdf6627-Hruda, Ludm] |
| **CC:** | Smith, Marty K. [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=9b3c2c491ce64b00ae90e8b694fa324a-Smith, Mart] |
| **Subject:** | RE: TJ Admissions White Paper - Alternative |

Lidi,

Thank you so much for the feedback. I agree that we need to consider how this will be considered and whether there was enough weighting involved. The maximum amount of points you would receive would only be around 14%, so it isn't impacting at a very high level. I wasn't sure if doubling the points would have been to much weight but your points are very valid in perspective that most students won't receive all points but a portion and for it to make an impact you would need to have an increased capacity.

Thanks again,
Jeremy

**Jeremy Shughart, ED.S.**
Director of Admissions
Thomas Jefferson High School for Science and Technology
Fairfax County Public Schools
571-423-3770

**From:** Hruda, Ludmila (Lidi) <LZHruda@fcps.edu>
**Sent:** Sunday, September 27, 2020 9:46 PM
**To:** Shughart, Jeremy A <jshughart@fcps.edu>
**Cc:** Smith, Marty K. <mksmith@fcps.edu>
**Subject:** RE: TJ Admissions White Paper - Alternative

Jeremy,

Thank you for sharing this with me. Attached are some comments embedded within the document. Not stated in the document is the answer to the question you asked. It is hard to know exactly what will level the playing field but my gut says that you may need to double all the points (and the total) so that applicants can receive up to 200 points overall for these experience factors.

My logic is the following: There are already 650 points accounted for in the other areas – teacher recommendations, SIS, and essay.

- Prior research on TJ admissions shows that historically underrepresented candidates receive less positive teacher recommendations than White and Asian candidates. This is older work but there is nothing more recent to indicate this has changed. This is likely true for other challenges like living in poverty and special ed – though the numbers weren't big enough to really examine this.
- The other two pieces, SIS and essay have also historically favored White and Asian candidates, I believe, who had broader experiences upon which to draw and often coaching on how to approach each piece.
- Thus, I think we can expect these three pieces to yield similar results to what we have seen with the testing as a part of the process, rather than vastly different results. Maybe not identical but not too far from where we currently stand with admissions.
- That leaves only the Experience Factors to help shift the landscape and bring more diversity into play and acceptance of historically underrepresented students. Since the experience factors include things that some

more privileged students are likely to get points on, as well as factors that less privileged students are likely to get points on, I think we can assume that the potential advantage from the Experience Factors is likely to be at most 50 points and more likely only 25 points for most students since they are not likely to get credit for all the experience factors. Not meaning that they get 25-50 points but they get maybe 50-75 points, while more privileged students are getting 25, netting a 25-50 point bump for those less privileged.

- Whether 25 or 50 points, that means the gap coming out of the first three pieces would need to be in that range to balance things. I think you will find that the gap is broader than that and that the bump up from the Experience Factors will be insufficient to make up for the difference.

Maybe I am being too pessimistic and, undoubtedly, some might argue that providing students with a 50 to 100 point advantage from the Experience Factors is inappropriate. Nonetheless my gut says the 25 to 50 point advantage a non-privileged student might gain from the Experience Factors will not level the field given the three other parts of the process.

Happy to discuss further.

Lidi

**Lidi Hruda**
Director
Office of Research and Strategic Improvement
Fairfax County Public Schools
Office: 571-423-1435
Mobile: 571-385-8165

**From:** Shughart, Jeremy A <jshughart@fcps.edu>
**Sent:** Sunday, September 27, 2020 4:51 PM
**To:** Hruda, Ludmila (Lidi) <LZHruda@fcps.edu>
**Cc:** Smith, Marty K. <mksmith@fcps.edu>
**Subject:** TJ Admissions White Paper - Alternative
**Importance:** High

Lidi,

Good afternoon, I wanted to share a draft of our alternate white paper proposal for admissions. Could you look specifically at the table for "Experience Factors" and provide us a review of our current weighting and whether or not this would be enough to level the playing field for our historically underrepresented groups. `Attorney-Client Privilege` `Attorney Client Privilege`. Additionally, you can review the other weighting (similar to the old version of the points weighting of components).

The table is similar to the table we used with the previous white paper you reviewed this past spring. We are providing an alternative approach to the lottery proposal from a couple of weeks ago.

Note: I will be away from my computer for the next week hours. However, I will be back later this evening to answer any questions you may have. Please include Marty on the message as we have been working on this draft over the last few days and will be sharing with cabinet in the next day or so.

Thanks,
Jeremy

**Jeremy Shughart, ED.S.**
Director of Admissions
Thomas Jefferson High School for Science and Technology
Fairfax County Public Schools
571-423-3770

### Overview

The Hybrid Merit Lottery Approach for Thomas Jefferson High School for Science and Technology (TJHSST) admissions will identify the highest-evaluated 100 students in the application pool and automatically offer those students admission. The remaining students will be identified by random selection based on the available seats in a student's identified pathway.

This approach ensures that the students with the strongest applications are admitted into TJHSST while allowing for the advantages of the Merit Lottery approach: a higher probability of traditionally disadvantaged students gaining admittance along with the concomitant increase in applications anticipated by this approach.

### Eligibility Requirements

To be considered for acceptance, applicants must meet the following minimum requirements: 3.5 unweighted core grade point average (GPA) or higher, enrollment in Algebra I or a higher math, and residency in participating jurisdictions.

Unweighted grades are the most equitable measure of a student's school performance: not all jurisdictions weight GPA in the same manner and not all middle schools offer courses that qualify for a weighted GPA. The core GPA includes grades from mathematics, science, English, history, and world language (if taken for high school credit).

### Evaluation elements

Each application will be reviewed by two evaluators. The two evaluator scores will be added together to determine the final points. Points will be assigned for each element with the highest possible score of 1100 points.

#### ➢ Core GPA: 200 points

#### ➢ Student Portrait Sheet (formerly Student Information Sheet): 400 points

The Student Portrait Sheet contains Likert-scale and short-answer questions that are designed to evaluate students' qualities as they relate to Portrait of a Graduate and 21st Century Skills:

- Collaborator
- Communicator
- Creative & Critical Thinker
- Ethical/Global Citizen
- Goal-Directed & Resilient Individual
- Innovator
- Leader
- Problem-Solver

SHUGHART 12
10-14-21
J. BELLINGER
RPR, CRR

Evaluators will holistically score the Student Portrait Sheet according to the following rubric:

- 5 – Exceptional
- 4 – Above Average
- 3 – Typical
- 2 – Marginal
- 1 – Inadequate

### ➢ Problem-Solving Essay: 500 points

The problem-solving essay is designed to allow applicants to demonstrate how they approach a multi-variable math or science problem. The problem is intended to be answerable with knowledge gained through the first/second quarter of Algebra I or 8th grade Science, aligned with qualification minimums.

Evaluators will holistically score the problem-solving essay according to the following rubric:

- 5 – Exceptional
- 4 – Above Average
- 3 – Typical
- 2 – Marginal
- 1 – Inadequate

### ➢ Experience Factors: 200 points for FCPS/150 for participating jurisdictions

Four experience factors will be considered and scored:

- English Language Learner: 0 or 50 points
- Economically Disadvantaged: 0 or 50 points
- Special Education: 0 or 50 points
- Historically underrepresented school: 0 or 50 points (FCPS ONLY)

Experience Factors will be considered bonus points in the evaluation process. To account for the different between the FCPS and all other applicants, a ratio of points/points possible will calculate to the total points. This will be done so as not to penalize non-FCPS students in the evaluation process.

Historically underrepresented schools are school that admitted three or fewer students over the last three years. The preliminary list of historically underrepresented schools is:

- Franklin MS
- Key MS
- Hayfield MS
- Liberty MS
- Herndon MS
- Poe MS
- Holmes MS
- Stone MS
- Irving MS
- Whitman MS

### Scoring

All applications will be evaluated using the Composite score: combined GPA, Student Profile Sheet, Problem Solving Essay and any Experience Factor (Bonus) points. The highest-evaluated 100 students will be offered admissions.

- GPA: 200 points
- SPS: 400 points
- Essay: 500 points
- Maximum Points: 1100
- Experience Factors: 200 total (Bonus)
    - English Language Learner: 50 points
    - Economically Disadvantaged: 50 points
    - Special Education: 50 points
    - Underrepresented Schools: 50 points

### Sample Scoring

### Student A

Application Elements
GPA 4.0
Student Profile Sheet, Evaluator #1    3
Student Profile Sheet, Evaluator #2    2
Essay, Evaluator #1                    2
Essay, Evaluator #2                    3
**Subtotal: 650 points (not Lottery Student)**

Bonus Elements
English Language Learner
Underrepresented School
**Total: 750 points (Lottery Student)**

### Student B

Application Elements
GPA 3.98
Student Profile Sheet, Evaluator #1    3
Student Profile Sheet, Evaluator #2    3
Essay, Evaluator #1                    3
Essay, Evaluator #2                    4
**Subtotal: 789 points (Lottery Student)**

Bonus Elements
None
**Total: 789 points (Lottery Student)**

| | ·sage |
|---|---|
| Fr  : | Shughart, Jeremy A [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=77ED93A9176E4058A2847967265E7289-SHUGHART, J] |
| Sent: | 10/6/2020 11:06:28 PM |
| To: | Brabrand, Scott S [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=f83e4830b34f424397d87919f381f30c-Brabrand, S]; Smith, Marty K. |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=9b3c2c491ce64b00ae90e8b694fa324a-Smith, Mart]; Foster, John |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=f6418d04f260417f9e7297654432577e-Foster, Joh] |
| Subject: | RE: Modeling and experience factors |

I would need to look at old data files. 200 points or 50 points would make a difference. I don't know how that impacts our diversity.

Jeremy

**Jeremy Shughart, ED.S.**
Director of Admissions
Thomas Jefferson High School for Science and Technology
Fairfax County Public Schools
571-423-3770

**From:** Brabrand, Scott S <ssbrabrand@fcps.edu>
**Sent:** Tuesday, October 6, 2020 7:03 PM
**To:** Shughart, Jeremy A <jshughart@fcps.edu>; Smith, Marty K. <mksmith@fcps.edu>; Foster, John <jefoster@fcps.edu>
**Subject:** Re: Modeling and experience factors

How hard would that be to do?

Sent from my iPhone

**From:** Shughart, Jeremy A <jshughart@fcps.edu>
**Sent:** Tuesday, October 6, 2020 7:01:58 PM
**To:** Brabrand, Scott S <ssbrabrand@fcps.edu>; Smith, Marty K. <mksmith@fcps.edu>; Foster, John <jefoster@fcps.edu>
**Subject:** RE: Modeling and experience factors

We don't currently use any points in the process. I would have to go back to the previous process (over 8 years ago) to see how it would impact.

Jeremy

**Jeremy Shughart, ED.S.**
Director of Admissions
Thomas Jefferson High School for Science and Technology
Fairfax County Public Schools
571-423-3770



**From:** Brabrand, Scott S <ssbrabrand@fcps.edu>
**Sent:** Tuesday, October 6, 2020 7:00 PM
**To:** Shughart, Jeremy A <jshughart@fcps.edu>; Smith, Marty K. <mksmith@fcps.edu>; Foster, John <jefoster@fcps.edu>
**Subject:** Modeling and experience factors

Many in old days with points - would 200 points change who got in- that is the modeling that they are asking about

Can we go back and look at points - would 200 points be a game changer
Sent from my iPhone

| Message |
|---------|
| **From:** | Fowler, Julie P. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| *(*| (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DBA8F0FE44024C57B820F95BCF36B15A-FOWLER, JUL] |
| **Sent:** | 11/13/2020 3:56:00 PM |
| **To:** | Shughart, Jeremy A [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=77ed93a9176e4058a2847967265e7289-Shughart, J]; Hruda, Ludmila (Lidi) |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=717d2cd6b4994ec7be716f560bdf6627-Hruda, Ludm] |
| **Subject:** | RE: Rubric |
| **Attachments:** | Scoring Rubric v2.docx |

Can't say I understand the difference but how's this?

Julie Fowler
Manager of Business Operations
Chief Operating Office
571-279-1264

**From:** Shughart, Jeremy A <jshughart@fcps.edu>
**Sent:** Friday, November 13, 2020 10:18 AM
**To:** Fowler, Julie P. <JPFowler1@fcps.edu>; Hruda, Ludmila (Lidi) <LZHruda@fcps.edu>
**Subject:** RE: Rubric

Yes, but the total points will be 1,000 as the experience factors are treated as bonus.

Jeremy

### Jeremy Shughart, ED.S.
Director of Admissions
Thomas Jefferson High School for Science and Technology
Fairfax County Public Schools
571-423-3770

**From:** Fowler, Julie P. <JPFowler1@fcps.edu>
**Sent:** Friday, November 13, 2020 10:17 AM
**To:** Shughart, Jeremy A <jshughart@fcps.edu>; Hruda, Ludmila (Lidi) <LZHruda@fcps.edu>
**Subject:** Rubric

Please see the attached. Work?

Julie Fowler
Manager of Business Operations
Chief Operating Office
571-279-1264

SHUGHART 14
10-14-21
J. BELLINGER
RPR, CRR

# TJHSST Scoring Rubric

| Application Elements | | | |
|---|---|---|---|
| **Element** | **Details** | **Scoring** | **Maximum Points** |
| GPA | Grade point average is calculated based on a student's core GPA using end of the year marks in 7th grade and the first quarter of 8th grade.<br><br>Core GPA includes mathematics, science, English, history & world language (only if taken for High School Credit) Grades are unweighted | Core GPA x 50 | 200 |
| Student Portrait Sheet | Student demonstrates Portrait of a Graduate and 21st Century skills<br>• Collaborator<br>• Communicator<br>• Creative & Critical Thinker<br>• Ethical/Global Citizen<br>• Goal-Directed & Resilient Individual<br>• Innovator<br>• Leader<br>• Problem-Solver<br><br>Two evaluators score on a rubric:<br>5 – Exceptional<br>4 – Above Average<br>3 – Typical<br>2 – Marginal<br>1 – Inadequate | (Evaluator 1 Score x 40) + (Evaluator 2 Score x 40) | 400 |
| Problem-Solving Essay | Student answers a math or science question with multiple variables. The essay contains the answer (if found) and the method the student used to solve for the answer.<br><br>Evaluation<br>• Ability to solve problem<br>• Description of solution<br>• Essay Format<br><br>Two evaluators score on a rubric:<br>5 – Exceptional<br>4 – Above Average<br>3 – Typical<br>2 – Marginal<br>1 – Inadequate | (Evaluator 1 Score x 40) + (Evaluator 2 Score x 40) | 400 |
| | | Total | 1,000 |

## TJHSST Scoring Rubric

| Experience Factors (bonus points) | | | |
|---|---|---|---|
| **Factor** | **Details** | **Scoring** | **Maximum Points** |
| Economically Disadvantaged | Students who have qualified for free and reduced price meals in any one of the last three years will qualify. | 0 or 100 | 100 |
| English Language Learner | Students receiving ELL services Level 1-6 will qualify. | 0 or 50 | 50 |
| Special Education | Students with a current IEP will qualify. | 0 or 50 | 50 |
| Underrepresented Schools | FCPS and sending jurisdictions will qualify under the following condition: Average maximum across the last five years (44) minus three times the average standard deviation over the last five years (3 x 13 = 39), yielding 5 or fewer students admitted on average over the last five years.<br><br>Will be calculated annually. | 0 or 50 | 50 |
| | | Total | 250 |

## TJ Admissions Statistics by FCPS Middle Schools
## Class of 2021 - 2024



SHUGHART 15
10-14-21
J. BELLINGER
RPR, CRR

Test Change with Class of 2022

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

FCSB-TJ000025854

**Class of 2015 - 2024**

| Attending School | | Class of 2024 | | | Class of 2023 | | | Class of 2022 | | | Class of 2021 | | | Class of 2020 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asian Students | Region | Applicants | Total Semi-finalists | Total Admitted | Applicants | Total Semi-finalists | Total Admitted | Applicants | Total Semi-finalists | Total Admitted | Applicants | Total Semi-finalists | Total Admitted | Applicants | Total Semi-finalists | Total Admitted |
| Carson* | 1 | 231 | 119 | 73 | 216 | 104 | 65 | 285 | 133 | 65 | 228 | 178 | 73 | 218 | 169 | 91 |
| Cooper* | 1 | 60 | 40 | 25 | 60 | 45 | 30 | 18 | | | 14 | | | 13 | | |
| Franklin | 5 | 28 | | | 18 | | | 24 | | | 30 | 12 | | 30 | | |
| Frost* | 5 | 56 | 27 | 14 | 51 | 25 | 15 | 63 | 32 | 16 | 50 | 39 | | 56 | 39 | 14 |
| Glasgow* | 2 | 18 | | | 12 | | | 29 | | | 16 | | | 16 | | |
| Hayfield | 3 | | | | | | | 12 | | | | | | | | |
| Herndon | 1 | 13 | | | | | | | | | | | | 23 | | |
| Holmes | 2 | | | | | | | | | | 19 | | | | | |
| Hughes* | 1 | 14 | | | 15 | | | 16 | | | 19 | 13 | | 17 | | |
| Irving | 4 | 17 | | | 17 | | | 20 | | | | | | 18 | | |
| Jackson* | 2 | 36 | 12 | | 43 | 22 | 14 | 51 | 25 | 11 | 47 | 36 | 11 | 50 | 21 | |
| Key | 3 | 18 | | | 15 | | | | | | 18 | | | 20 | | |
| Kilmer* | 2 | 35 | 20 | 16 | 48 | 19 | | 63 | 37 | 25 | 78 | 60 | 28 | 77 | 52 | 21 |
| Lake Braddock* | 4 | 45 | 15 | | 42 | 15 | | 55 | 32 | 11 | 46 | 31 | | 46 | 27 | |
| Lanier | 5 | | | | | | | 18 | | | 12 | | | 25 | | |
| Liberty | 4 | | | | | | | 17 | | | 28 | 11 | | 35 | 13 | |
| Longfellow* | 2 | 96 | 69 | 45 | 88 | 55 | 36 | 134 | 93 | 46 | 103 | 91 | 52 | 94 | 76 | 32 |
| Poe | 2 | | | | | | | | | | | | | 12 | | |
| Robinson | 4 | | | | | | | | | | | | | 15 | | |
| Rocky Run* | 5 | 123 | 64 | 31 | 130 | 68 | 34 | 139 | 77 | 32 | 143 | 122 | 34 | 126 | 98 | 34 |
| Sandburg* | 3 | | | | 12 | | | | | | | | | | | |
| South County* | 4 | 13 | | | 20 | | | 15 | | | 15 | 11 | | 21 | | |
| Stone | 5 | | | | | | | | | | | | | 12 | | |
| Thoreau | 1 | 22 | | | 17 | | | 16 | | | 13 | | | 13 | | |
| Twain* | 3 | 20 | | | 24 | | | 40 | 11 | | 24 | 14 | | 25 | | |
| Whitman | 3 | | | | | | | | | | | | | | | |

Note: Schools with asterisks indicates a Level IV Center.

SHUGHART 16
10-14-21
J. BELLINGER
RPR, CRR

Test Change with Class of 2022

Message

| | |
|---|---|
| **From:** | Shughart, Jeremy A [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=77ED93A9176E4058A2847967265E7289-SHUGHART, J] |
| **Sent:** | 12/17/2020 8:42:25 PM |
| **To:** | Cohen, Laura Jane H (School Board Member) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8c7afd9475a741d880e2accf9e7edeec-Cohen, Laur] |
| **CC:** | Smith, Marty K. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9b3c2c491ce64b00ae90e8b694fa324a-Smith, Mart] |
| **Subject:** | Student Enrollment |
| **Attachments:** | Eligible Students by school.xlsx |

Laura Jane,

Good afternoon, I wanted share the eligible students from each school.  Marty had asked for this information to be sent to you. Sorry for the delay.

Thanks,
Jeremy

**Jeremy Shughart, EDS.**
Director of Admissions
Thomas Jefferson High School for Science and Technology
Fairfax County Public Schools
571-423-3770

SHUGHART 17
10-14-21
J. BELLINGER
RPR, CRR

| | A | B | C | D |
|---|---|---|---|---|
| 1 | **Middle School** | **Total 8th Grade Students** | **Eligible Students** | **% Eligible** |
| 2 | ALC AT MONTROSE | 3 | 0 | 0.0% |
| 3 | BURKE SCHOOL MIDDLE | 21 | 0 | 0.0% |
| 4 | CARSON MIDDLE | 720 | 400 | 55.6% |
| 5 | COOPER MIDDLE | 483 | 190 | 39.3% |
| 6 | FRANKLIN MIDDLE | 436 | 127 | 29.1% |
| 7 | FROST MIDDLE | 597 | 220 | 36.9% |
| 8 | GLASGOW MIDDLE | 636 | 169 | 26.6% |
| 9 | HAYFIELD MIDDLE | 489 | 104 | 21.3% |
| 10 | HERNDON MIDDLE | 582 | 164 | 28.2% |
| 11 | HOLMES MIDDLE | 341 | 52 | 15.2% |
| 12 | HUGHES MIDDLE | 527 | 160 | 30.4% |
| 13 | INTERAGENCY ALTERNATIV | 3 | 0 | 0.0% |
| 14 | IRVING MIDDLE | 556 | 180 | 32.4% |
| 15 | JACKSON MIDDLE | 528 | 128 | 24.2% |
| 16 | KEY CENTER | 2 | 0 | 0.0% |
| 17 | KEY MIDDLE | 416 | 50 | 12.0% |
| 18 | KILMER CENTER | 4 | 0 | 0.0% |
| 19 | KILMER MIDDLE | 560 | 241 | 43.0% |
| 20 | LAKE BRADDOCK MIDDLE | 770 | 284 | 36.9% |
| 21 | LANIER MIDDLE | 527 | 192 | 36.4% |
| 22 | LIBERTY MIDDLE | 557 | 110 | 19.7% |
| 23 | LONGFELLOW MIDDLE | 672 | 283 | 42.1% |
| 24 | MULTI-AGENCY SERVICES | 27 | 0 | 0.0% |
| 25 | POE MIDDLE | 353 | 47 | 13.3% |
| 26 | PRIVATE SCHOOL SPECIAL | 2 | 0 | 0.0% |
| 27 | ROBINSON MIDDLE | 559 | 137 | 24.5% |
| 28 | ROCKY RUN MIDDLE | 514 | 243 | 47.3% |
| 29 | SANDBURG MIDDLE | 761 | 175 | 23.0% |
| 30 | SOUTH COUNTY MIDDLE | 543 | 137 | 25.2% |
| 31 | STONE MIDDLE | 370 | 74 | 20.0% |
| 32 | THOREAU MIDDLE | 627 | 239 | 38.1% |
| 33 | TWAIN MIDDLE | 560 | 208 | 37.1% |
| 34 | WHITMAN MIDDLE | 452 | 43 | 9.5% |
| 35 | **Grand Total** | **14198** | **4357** | **30.7%** |