# Exhibit O

| | |
|---|---|
| **Message** | |
| **From:** | Corbett Sanders, Karen (School Board Member) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=471DCB5B040F4ABF87CF766D8C2E931F-CORBETT SAN] |
| **Sent:** | 6/15/2020 8:51:07 PM |
| **To:** | Torre, John [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=804a5252478c4f4e802c9a99db6a89e7-Torre, John] |
| **Subject:** | Re: [External] TJ Alumni Parent Question |

Scott did

Sent from my iPhone

> On Jun 15, 2020, at 4:39 PM, Torre, John <jjtorre@fcps.edu> wrote:
>
> Karen, did you forward this message below to the full Board?
>
> **From:** Torre, John
> **Sent:** Monday, June 08, 2020 12:30 PM
> **To:** Corbett Sanders, Karen (School Board Member) <klcorbettsan@fcps.edu>; Brabrand, Scott S <ssbrabrand@fcps.edu>
> **Cc:** Muhlberg, Ilene <idmuhlberg@fcps.edu>
> **Subject:** RE: [External] TJ Alumni Parent Question
>
> Karen, The number is ▓▓ ▓▓▓▓▓▓▓▓. Less than 10 we deem to be personally identifiable which is why the number is not disclosed in the release. 486 were offered admission. So, ▓ would be ▓ percent
>
> **From:** Corbett Sanders, Karen (School Board Member)
> **Sent:** Monday, June 08, 2020 11:47 AM
> **To:** Brabrand, Scott S <ssbrabrand@fcps.edu>; Torre, John <jjtorre@fcps.edu>
> **Cc:** Muhlberg, Ilene <idmuhlberg@fcps.edu>
> **Subject:** FW: [External] TJ Alumni Parent Question
>
> Can you please give me the percentage of black students, is it less than 1%
>
> **From:** CD [mailto:ccdavis87@yahoo.com]
> **Sent:** Monday, June 08, 2020 11:37 AM
> **To:** Corbett Sanders, Karen (School Board Member) <klcorbettsan@fcps.edu>
> **Cc:** FCPS ClientCommunications <FCPSClientCommunications@fcps.edu>; Delegate Kathy Tran <kkltran@outlook.com>
> **Subject:** Re: [External] TJ Alumni Parent Question
>
> Good Morning,
>
> Thank you for your response. However a quantifiable answer was not included. My son graduated in 2018 with less than 3% in his graduating class. I actively worked on the diversity committee and we saw little improvement. I would like to be an active voice in working with your office in improving this effort.
>
> Please advise of the % for 2020-21.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                    FCSB-TJ000009220

Kind Regards,

Consondra Davis


Sent from my iPhone

> On Jun 8, 2020, at 8:36 AM, Corbett Sanders, Karen (School Board Member) <klcorbettsan@fcps.edu> wrote:
>
> Dear Ms. Davis,
>
> Thank you for reaching out to me about the TJ admissions for the class of 2020-2021. Although the School Board does not participate in the admissions process for TJ, a priority for the Board has been to ensure greater equity of access to TJ. It is for this reason that the Board approved the Superintendent's organizational realignment to include TJ admissions under the leadership of the Chief Equity Officer. We also asked for the process to be revised to ensure that opportunities for TJ were available to our African American, Hispanic and students with disabilities. Unfortunately, in seeing the numbers when they were released, we know that the current approach is unacceptable.
>
> Please be assured that this Board will be taking action.
>
> Karen
>
>
> Karen Corbett Sanders
> Chair and Mt. Vernon District Representative
> Fairfax County School Board
> Tel.: 571-279-7923
>
>
> *Please be aware that correspondence with School Board members is subject to the Virginia Freedom of Information Act. This means that your correspondence may be made public if (1) it deals with FCPS business and (2) someone requests it--even if you have asked that your message be kept confidential. Only a few topics are exempt from the disclosure requirement, such as information about identifiable students, and personnel information about individual employees.*
>
>
> **From:** C Davis [mailto:ccdavis87@yahoo.com]
> **Sent:** Sunday, June 07, 2020 10:56 PM
> **To:** FCPS ClientCommunications <FCPSClientCommunications@fcps.edu>; Corbett Sanders, Karen (School Board Member) <klcorbettsan@fcps.edu>
> **Cc:** Delegate Kathy Tran <kkltran@outlook.com>
> **Subject:** [External] TJ Alumni Parent Question

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                                                                    FCSB-TJ000009221