# Exhibit 63

1        IN THE UNITED STATES DISTRICT COURT

2       FOR THE EASTERN DISTRICT OF VIRGINIA

3          ALEXANDRIA DIVISION

4  ---------------------------x

5  COALITION FOR TJ,        :

6               Plaintiff, :

7    v.               :  Civil Action No.:

8  FAIRFAX COUNTY SCHOOL     : 1:21-cv-00296-CMH-JFA

9  BOARD,                :

10             Defendant. :

11  ---------------------------x

12        Deposition of Coalition for TJ

13         By and through its Designee

14            ASRA NOMANI

15          McLean, Virginia

16       Monday, October 18, 2021

17           9:02 a.m.

18

19

20  Job No.: 404859

21  Pages: 1 - 207

22  Reported by: Judith E. Bellinger, RPR, CRR

1    spend more time with the work that we were doing

2    with Coalition for TJ.

3            So the members that you have -- see

4    there, Asra Nomani, Suparna Dutta, Srinivas

5    Akella, Glenn Miller, Himanshu Verma, Yuyan Zhou,

6    Helen Miller, Aneel Advani, Marissa Fallon,

7    Hanning Chen, Julia McCaskil, Jun Wang, Harry

8    Jackson, those are the parents who emerged as the

9    ones and self-identified as wanting to take more

10   of a role in leadership in our community

11   organizing.

12       Q    What are the responsibilities of the

13   core team?

14       A    So --

15            MR. ROPER:  Objection to the form.

16            Are you asking about -- you're going to

17   list responsibilities for each person on this

18   list?  Or --

19            MS. REWARI:  Well, depends on her

20   answer.

21       Q    So, does the core team have

22   responsibilities as a core team?

1    our Mailchimp account in September 2020.

2        Q    Do you know approximately how many of

3    those newsletters have been sent since

4    September 2020?

5        A    Probably -- probably at least a dozen.

6        Q    Okay.  So Telegram chat, newsletter.

7    Are there any other communications or hallmarks of

8    membership that you provide to people who have

9    been accepted as members?

10            MR. ROPER:  Objection to form.

11       A    We have our email -- we have emails

12   that go out, just email communications.  We've had

13   regular webinars and Zoom meetings that have been

14   public engagement with the community in education.

15       Q    Do you have to be a member to attend

16   those?

17       A    No.  We do keep our events open to the

18   public.

19       Q    Okay.

20       A    But members get notification.

21            We have had community discussions and

22   debates.  We hosted a debate with our gubinatorial

1    candidates and the lieutenant gubinatorial, the

2    lieutenant governor candidate.  We have had

3    wonderful education seminars related to the issue

4    of advanced academics.

5         Q    And of those events that you just

6    listed, which ones were limited to only members of

7    the Coalition for TJ?

8         A    Well, we prided ourself in making all

9    of our events open to the public.  We would have,

10   you know, sometimes limited public advertising of

11   events because, for example, Zoom only allows a

12   certain number of participants.  And so we don't

13   want to have such a flight of engagement that we

14   wouldn't be able to accommodate the people who are

15   interested.  So sometimes we would just send it to

16   an email list of our members or through our

17   Mailchimp, which would just be our subscribers,

18   instead of on social media channels, for example,

19   which would open it up to more people.

20        Q    And members who receive those email

21   invitations can forward it to nonmembers, right?

22        A    They can.

1          MR. ROPER:  Objection to form.

2     A     Those would be two ways.

3     Q     Okay.  Is there anything else done,

4  within the Coalition for TJ, to record that a

5  person has left the organization?

6     A     They could, perhaps, be deleted.  We

7  could delete them from the Telegram channel.  So

8  we would be able to do that also.

9     Q     And has the coalition deleted people

10 from the Telegram channel?

11    A     I think in the cases where people have

12 left, they've left and we didn't need to do it.

13 But we could, if we needed to.

14    Q     So is the answer to my question, no, no

15 one has been deleted who didn't remove themselves

16 from the Telegram chat?

17         MR. ROPER:  Objection to form.  Asked

18 and answered.

19    A     I was just hesitating because I think

20 in the case of the school board member who had

21 joined, we deleted that person because -- and also

22 in the case of a minor child.  You know, we didn't

1    want to create an issue for the child and further

2    communications with the child, so we deleted those

3    individuals.

4         Q     In your declaration you mentioned that

5    there were people who have resigned from

6    membership in the Coalition for TJ because of

7    disagreements.  Tell me about that.

8              MR. ROPER:  Are you pointing to a

9    specific paragraph?

10        Q     Well, do you recall talking about that

11   in your declaration?

12             MR. ROPER:  You can answer the

13   question.

14        A     Yes.

15        Q     So do you know what I'm talking about?

16        A     Yes.

17        Q     Okay.  So tell me about that.

18        A     Yes.  We had a member who believed that

19   we needed to be even more aggressive with Fairfax

20   County Public Schools in litigation and activism,

21   so she left.

22        Q     Is that the only person you can think

1    of who has resigned their membership?

2          A     No.  There was another parent who

3    resigned their membership because she thought we

4    were too aggressive in our position, so she

5    resigned.

6          Q     And when those people resigned, did the

7    coalition record those resignations in any way,

8    other than removing them from -- well, actually

9    let me ask that.

10               How did the coalition record that these

11   two individuals had resigned?

12         A     So those individuals deleted themselves

13   from the membership.

14         Q     And how were you informed that -- of

15   the reasons why they deleted?

16         A     They talked to us about it and just

17   discussed it with us.

18         Q     Orally or in email?  How did they tell

19   you?

20         A     I think in both ways.  They're friends,

21   parents.

22         Q     And were there particular people within

1    United Charitable?

2         A    Yeah, we filled out the application

3    form that I mentioned to you.  We included in it

4    our mission, our activities, our goals, our, you

5    know, organizational decision-making structure,

6    what we hoped to do in the community.

7              And you can see here, very clearly,

8    that we identified our program activities, conduct

9    original research, journalism and advocacy about

10   significant public issues related to education,

11   contribute to sound public policy decisions and

12   protect gifted and STEM education and the legal

13   defense of the rights of students.

14        Q    I think you said "related," but I'm

15   reading relegated to education.

16        A    Thank you.  Relegated, yeah.

17        Q    Okay.  Doesn't say anything about TJ

18   admissions in here, right?

19        A    It says "protect gifted and STEM

20   education."

21        Q    So the mission stated here is different

22   than the mission that's on the website that we

1    looked at, correct?

2              MR. ROPER:  Objection to form.

3         A    The mission is simply, you know,

4    difference of making it spelled out.  What they

5    want to do is they want the program activities

6    spelled out.  So what we have on our website is

7    sort of a shortcut to this, sort of.  But, really,

8    if you think about it, the diversity in excellence

9    that we're promoting is captured in this mission

10   statement.

11        Q    So are you promoting diversity and

12   excellence at any school other than TJ?

13        A    Our focus has been at TJ, but we are

14   part of, you know, national efforts to try to

15   protect diversity and excellence in education

16   across the country.

17        Q    What do you mean by that?

18        A    Other schools are under attack and

19   their admissions policies are also being changed.

20   And so we are supporting that community.

21        Q    The Coalition for TJ is supporting that

22   community?

1          MS. REWARI:  Objection.  Vague.

2     A     Yes.  All of the members of the core

3 team support the mission of Coalition for TJ to

4 increase diversity and excellence.

5     Q     And then under the leadership team,

6 there's that statement that says "Adopts policy

7 decisions by majority vote."

8          Do you see that?

9     A     Right.

10    Q     And I think you testified that,

11 typically, decisions were made by consensus rather

12 than a formal vote; is that correct?

13         MS. REWARI:  Objection.  Misstates her

14 testimony.

15    A     It is correct that our decisions were

16 made by consensus.

17    Q     If there was a need for a formal vote

18 by the leadership team, is that something that

19 could have happened?

20    A     Yes.  At any point, we could have taken

21 a vote of our membership -- our leadership team

22 and we could still do the same.

1      Q     And in your opinion, why does that not

2   usually happen?

3              MS. REWARI:  Objection.  Calls for a

4   lay opinion.

5      A     So we typically don't have a

6   majority -- we don't typically go to take a vote

7   because we respect each other and really want to

8   hear out people's point of view and come to a

9   consensus that the group can fall behind.

10     Q     Thank you.  You can put Exhibit 3 away.

11             And then if you could take out

12  Exhibit 4.  Says "Official Coalition for TJ" at

13  the top.

14             Do you have that in front of you?

15     A     I do.

16     Q     There are two sections to this

17  document.  Up at the top, where it says "Sign up

18  for regular updates"; do you see that?

19     A     Yes.

20     Q     Tell us, what does it mean if somebody

21  were to sign up -- click on that sign-up link

22  under that top section?

1      A      If they were to sign up for regular

2    updates, then they would get our newsletter.

3      Q      Would signing up for regular updates

4    make someone a member of the Coalition for TJ?

5      A      No, it would not.

6      Q      Under that second session, where it

7    says "Contact Us," there's a line that says "Get

8    involved."

9      A      Right.

10     Q      Do you see that?

11     A      Yes.

12     Q      So someone would fill out the remainder

13    of that form if they wanted to get involved with

14    the Coalition for TJ; is that correct?

15     A      Yes.

16     Q      And I believe you testified that by

17    filling out that form and sharing the information

18    there -- well, I guess, tell us, what would be the

19    next step in the process once someone filled out

20    that form?

21     A      So, we would have them submit their

22    name, email, and where they heard about us, plus

1    their personal story about why they were

2    advocating for diversity excellence at TJ.  And

3    then, also, the question about what programs

4    they're interested in working with.  And then it

5    would be reviewed by the members of our membership

6    sub-team to look at, to see if the individual was

7    consistent with our mission.  And then send them

8    an invitation to join our Telegram channel, which

9    would then be membership into our organization.

10         Q    So if someone, in filling out that

11   form, expressed opposition to the Coalition for

12   TJ's membership -- or to the mission, would they

13   have been admitted as a member of the coalition?

14         A    They would -- if somebody expressed

15   opposition to our mission, they would not have

16   been admitted as a member.

17         Q    Do the members of the coalition know

18   that they are members?

19         A    The members of our coalition know that

20   they're members because we talk about it as, oh,

21   our members, what are our members going to do?

22   And let's get our members to come out here, let's

1    get our members to do this.  And so, it's

2    understood in the language of how we communicate.

3          Q    Has anyone ever expressed confusion

4    over whether signing up on this website is the way

5    to gain membership in the coalition?

6          A    No.  In all the time that we have been

7    an organization, we've not received any emails or

8    communication of people confused about how to

9    become a member.

10          Q    If someone wanted to become a member of

11    the coalition and they came up to you and told

12    that, what would you tell them?

13          A    Yeah, so that has happened a lot in the

14    community.  And so I would tell them to go to

15    coalitionfortj.net, not .org or.com, and I would

16    say go and sign up with our contact form.

17          Q    And I believe you testified there's no

18    racial criteria considered for admission to become

19    a member of the coalition?

20          A    No.  We don't have race-based

21    admissions.

22          Q    Also, you don't need to be a parent of

1    a TJ student to be a member.  I think you

2    testified to that, correct?

3         A    Yeah.  You do not have to be a parent

4    of a TJ student to be a member.

5         Q    But nonetheless, are most of the

6    members of the coalition either parents of TJ

7    students or parents of prospective TJ students?

8         A    Yes.

9              MS. REWARI:  Objection.

10        A    Yes, most of our members are either TJ

11   parents or Fairfax County Public Schools students

12   parents or Loudoun County parents, because Loudoun

13   County is allowed into TJ, along with other

14   regions that feed into TJ.

15        Q    Thank you.  Turning to another topic.

16   There was some discussion of other schools across

17   the country, other than TJ.

18             Do you recall that --

19        A    Yes, I do.

20        Q    -- testimony?

21             Is the Coalition for TJ involved in any

22   lawsuits in other areas of the country?

```
1         CERTIFICATE OF REPORTER - NOTARY PUBLIC
2              I, JUDITH E. BELLINGER, RPR, CRR, the
3    officer before whom the foregoing deposition was
4    taken, do hereby certify that the foregoing
5    transcript is a true and correct record of the
6    testimony given; that said testimony was taken by
7    me and thereafter reduced to typewriting under my
8    direction; that reading and signing was not
9    requested; and that I am neither counsel for,
10   related to, nor employed by any of the parties to
11   this case and have no interest, financial or
12   otherwise, in its outcome.
13             IN WITNESS WHEREOF, I have hereunto set
14   my hand and affixed my notarial seal this 5th day
15   of November, 2021.
16   My Commission Expires:  September 30, 2024
17
18
19   [signature: Judith E. Bellinger]
20
21   NOTARY PUBLIC IN AND FOR
22   THE COMMONWEALTH OF VIRGINIA
```

**Coalition for TJ Core Team**

The Coalition for TJ is organized into a core team with sub-teams: the leadership team, membership team, communication/social media team, advocacy team, legal team, and operational management team, data team. The teams include volunteers too.

**Core Team**
- Members: Asra Nomani, Suparna Dutta, Srinivas Akella, Glenn Miller, Himanshu Verma, Yuyan Zhou, Helen Miller, Aneel Advani, Marissa Fallon, Hanning Chen, Julia Mccaskil, Jun Wang, Harry Jackson

**Leadership Team:** Adopts policy decisions by majority vote.
- Co-leaders: Asra Nomani, Suparna Dutta, Harry Jackson, Glenn Miller, Helen Miller, Himanshu Verma, Yuyan Zhou

**Membership Team***
- Leaders: Hanning, Murali, Vivian, Sowjanya
- The membership team has to carry out the most difficult task to keep the members and volunteers motivated, and it has to actively outreach.
- We need to have zoom meetings with the 180 members of our public Telegram who have not been donating. (Indian community (110-120 members ) and the Chinese community ( 70-80 non-paying members.) It is recommended to host meetings in small batches with 1-2 of the Core Team talking to each batch of 25 members ( can use personal zoom to manage this ).
- The membership team will require volunteers from the Core Team who can talk to these folks for an hour each and motivate them - to donate, volunteer, or both.

**Media and Communications Team**
- Leader: Asra
- Members: Suparna (Website), Louise, Marissa

**Advocacy Team**
- Leader: Helen
- Members: Asra, Louise, Marissa, and Harry

**Legal Team**
- Leader: Glenn
- Members: Asra. Srinivas

**Operational Management Team**



COALITION 3
10-18-21
J. BELLINGER
RPR, CRR

- Will manage Core Team meetings, provide operational support to the different committees, and liaise between teams and committees.
- Leader:
- Members: Suparna, Yuyan, Hanning, and Vivian

**Data Team**
- **Goal**: Analyze the impact of FCPS decisions / options based on publicly available data and data collected via FOIA requests.
- **Members**: Harry, Himanshu, Xi Su, Srinivas, Sudha, James
- Analyze how FCPS has failed URM's in elementary & middle schools.
- Counter the test prep narrative based on real data.
- Research why gifted in NOVA could be a lot more than the rest of the United States.

10/16/21, 7:03 PM                                   Coalition For TJ



# Official Coalition For TJ

≡

## Sign up for regular updates

SIGN UP

CONTACT US

## Get involved!

Name

Email·

Where did you hear about us?

Please share your personal story about why the issue of advocating for diversity and
excellence is important to you.



10/16/21, 7:03 PM                                      Coalition For TJ

What programs are you interested in working with?

SEND

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

# Find more ways to help!

We are parents, students and community members advocating for diversity and excellence at Thomas Jefferson High School for Science and Technology.

## SIGN UP FOR UPDATES

Contact us at CoalitionForTJ@gmail.com
Facebook : Coalition for Diversity and Excellence at TJ
Twitter : @CoalitionForTJ

## Coalition For TJ

COPYRIGHT © 2020 COALITION FOR TJ - ALL RIGHTS RESERVED.

 

Home

Media

About Us

Lottery Predictions

Solutions

10/16/21, 7:03 PM                                                     Coalition For TJ

Privacy Policy

Terms and Conditions