**Exhibit 66**

| | |
|---|---|
| **Message** | |
| **Sent**: | 12/18/2020 2:02:05 AM |
| **Subject**: | My TJ statement |

It is the role of community advocates to seek what they think students deserve. I respect the outreach and advocacy, and I hope the community knows that even if the decision hasn't gone the way you sought, your input was essential in educating me about the options and desires of Fairfax county.

I have learned a lot these past months. I've read analysis, letters, reports, historical accounts of tj and proposals. I'm making the best decision I can tonight based on what I think is possible given what resources the school division has and what can best promote student success.

This is not the end of the work on TJ admissions. As I'll support soon ... monitoring admissions ... is critical.

I do wish that part of the admissions proposals from the Super included more about pipeline changes. It's been talked about, but this was a time to start detailing the policy for things like early child hood, comparable course offerings and extra curricular activities across ES and MS.

Antiracist work. This is part of it. It's a complex approach, and i know that this board has already done much to center Antiracist work in fcps. This continues to be a core part of how we provide public education to our students.     Eradicating racism is as essentially as providing the best curriculum ...


Melanie Meren
Hunter Mill District Representative
Fairfax County School Board
571-423-1082

(Note that correspondence with School Board members is subject to the Virginia Freedom Of Information Act.)

FCSB-TJ000013294