**Exhibit 67**

## Governor's Schools - Diversity/Equity/Inclusion Group
08.07.20 | 11:00 am - 12:30 pm

**Notes**

- Gecker opens meeting
    - Trying to move to resolution
- Secretary Qarni
    - Going over some data
        - 63,000 Students in all Gov. Schools in Virginia
            - 40% are in Maggie Walker and TJ
        - 1.2 Million Students in Virginia overall
        - 16 Million for combined for the 19 Gov Schools
            - 40% of the budget
    - Keep this work group focused on admissions process
        - Improving pipeline and summer prep programs is still in the plan but later on
- Delegate Bulova – 16 million state share in Gov Schools
    - Is this more than they would have normally got? What is the Delta?
    - Qarni – Bolling would know exact numbers
    - Bolling – 16 Mil is for all 19 programs
        - MW and TJ get the most ( about 2-3 Mil)
        - 40% state and 60% local
        - Each student slot is paid by the state gov.
    - Lowerre (MW) – its more like 25% from the state (2.3 Mil)
        - $7400 per student from the contributing district
        - $ 8.5 Mil total budget annually (2.3 comes from the state)
    - Bonitatibus – Similar at TJ
        - Fairfax has a formula for funding that is used in all schools
        - Then Gov School funding
            - % goes to Teachers above the Fairfax formula
                - Specialized teachers
            - Any left goes to materials/ instruction
                - Above and beyond the base formula
            - District keeps some for overall operating costs for Gov. Schools
        - Funding is almost like a grant for TJ
            - Similar to Title 1
    - Qarni- 16 mil is an add on to the Gov. Schools
- Bolling
    - Presents Options
        - Option 1
            - Criteria-Bases Lottery with SES Weights
        - Option 2

- - - Percent Plan and Criteria-Bases Lottery with SES Weights
  - We will only do as good at our applicant pool
    - Changes in Division Practices (Gifted Identification and Services; specific to governor's schools)
      - Councilors and teachers pushing students to apply and recommending them for the program.
  - Qarni –
    - Guzman - about race and ethnicity not being considered.
      - Constitutional issues- legal barriers?
      - SES if done right can help with race and ethnicity.
      - Schools can no longer look at race of a student to put them into a school.
      - Race neutral based on the legal issues
    - Creighton - How is low income defined?
      - Based on free and reduced lunch. Snap
  - Bolling – Example of SES lottery Weights
    - In year 1 they met all goals in diversity
    - Schools were reflected of applicant pool and region they serve
    - Gecker – How quickly can we get the applicant pool to represent the community?
    - Bolling – Would depend on school division.
    - Fohl – Defiantly going to be a process since these restrictions and admissions have been put in place for 10-20 years.
      - People are used to something; it's going to take a disruptive change.
      - What his district did to change the pipeline
        - 2 years ago – Totally threw out a weighted matrix on testing
          - Achievement test and aptitude test and grades
        - Funneling the pipeline
          - Talent cultivation opportunities for kg- 2nd
            - Develop common learning for all kids
            - Helps enrich at a young age
      - Chesterfield
        - Extending awareness and mentorship and cultivating of opportunity in elementary school
        - Building the student up from before 8th grade so they aren't shocked
      - Communication with the community
        - Let them know about the changes and opportunities
    - Lowerre – Richmond Public Schools
      - Looking at a model that will divide all slots to each middle school (attendance zone – Public or private)

FCSB-TJ000025434

- - - Fohl – Chestefiled has also looked into something like this
        - Division ranking and slots
        - Issue – any change they make has to be agreed on by each county. If one chooses not to then it won't make an impact.
    - Gecker – Fohl do you have the chesterfield model?
      - Fohl – Yes, What it is and what it could be
        - Presents the CCPS proposed Selection Process
          - Develop School-level Selection List
          - Students decline – Waiting list
          - Remaining Slots – Division-level Selection List
    - Guzman – Amount of Latinos that were accepted
      - Issues with outreach to the community
      - How are we going to get the information to them
      - Fohl – as a gifted director I've learned that its not always convenient to every audience
        - Sometimes we had a family dinner event or brought translators
        - Drive into the neighborhood to make it more accessible
        - Divisions need to take active steps to engage their communities
    - Qarni – Where do you see the most positive outcome?
      - Bolling – Still looking into the date – too early to give an answer
      - Siegel-Hawley – both options move the needle but not enough
        - Eliminate the testing
    - Tyler – considering eliminating the testing  - What else would be considered?
      - Siegel-Hawley -  50% goes to testing, grades and then essay portion
      - Fohl – MW
        - 35% Standardized test, 50% Writing sample (Prompt that day) 15% recommendations 35% Students grades (Last semester of 7th and first semester of 8th
        - Looking at changing the writing section
          - Evaluated for writing skill
          - Change to passion and experience – more holistic
            - More important than how well they write
    - Jeremy – Works with TJ
      - 8 years ago, moved to a more holistic way
      - Staged approach
        - Grades and Test scores
        - Overall GPA
        - Then they move to round 2

- - - - Teacher recommendations
        - Short Answer questions
      - Changed Essay
        - Problem solving essay
        - Solve a math or science problem in the essay
  - Gecker – What would you change in the process so the student body looked like the community?
    - We have already changed a lot over the years but it not has made an overall change.
    - We have seen a change in the applicant pool
    - We do Outreach – recruitment
  - Brabrand – The biggest barrier is the test
    - If we want to change, we need to decide if the test is going to stay a big part of the application
    - Are we willing to change this admission?
  - Atkins - Research in Charlottesville
    - The purpose of these programs was to comply the minimum of Brown V. Board of education
    - The intent was to have as few brown kids as possible
    - Across the country this was happening
      - We will use an achievement test to restrict the amount of brown kids
        - The foundation is messed up
      - Is there a norm test that will help talent brown/black kids in the nation? Can we identify one?
  - Keam
    - Understand the historical issue
      - Institutional discrimination
      - Test – like Poll test/literacy test
        - Excluding
        - Not an indication of the talents of students
    - Unethical ways that people push their kids into the school
      - Money, time and resources
      - Not even going to stay in America
        - Using this to get into IV league schools and then go back to their home country
  - Qarni
    - End of Sept – Package for the Governor to consider
      - Model out the outcomes of both options to see the best
    - 2 Applicant pools to help diversity – open to this
    - Dismantle the program – not very open to this
      - Give them a chance for significant change
      - If nothing happens then we can look into dissolving

FCSB-TJ000025436

- Lucus – Great meeting, very motivating meeting
  - Thank you Atkins and Keys Gamma for the important reminders

FCSB-TJ000025437