# Exhibit 68

| | |
|---|---|
| **Message** | |
| **From:** | Muhlberg, Ilene [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=825BE3D8342D4AC4AFAE7A8306A1E2C5-MUHLBERG, I] |
| **Sent:** | 9/29/2020 11:30:58 PM |
| **To:** | School Board Executive Administrative Assistants [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=db78a7def3d24c11810b46865693f07b-School Boar] |
| **Subject:** | FW: TJ School Data Request |
| **Attachments:** | All Middle Schools by year_Admissions_2020_ethnicity_10_years.pdf; All Middle Schools by year_Admissions_2020_ethnicity_10_years_redacted.pdf; All Middle Schools by year_Admissions_2020.pdf |

FYI

**From:** Foster, John
**Sent:** Friday, September 25, 2020 8:14 PM
**To:** School Board Members <SchBoard@fcps.edu>
**Cc:** Brabrand, Scott S <ssbrabrand@fcps.edu>; Ivey, Frances W <FWIvey@fcps.edu>; Smith, Marty K. <mksmith@fcps.edu>; Shughart, Jeremy A <jshughart@fcps.edu>; Muhlberg, Ilene <idmuhlberg@fcps.edu>; Kneale, Marcy G <mgkneale@fcps.edu>; Ritenour, Tracy M <tmritenour@fcps.edu>
**Subject:** TJ School Data Request

Dear School Board Members,

Please see the attached data on TJ admissions for all FCPS middle schools, including for ethnicity and FRM status. [Attorney-Client Privilege]
**Attorney-Client Privilege**

John

John E. Foster
Division Counsel
Office of Division Counsel
Fairfax County Public Schools
8115 Gatehouse Road
Falls Church, Virginia  22042
571-423-1250
John.Foster@fcps.edu


IMPORTANT CAUTION: This email contains confidential attorney-client privileged communications. It is exempt from disclosure under the Virginia Freedom of Information Act (Va. Code § 2.2-3705.1(2) (2005)) and may not be forwarded or disclosed to anyone outside FCPS without the prior approval of Division Counsel. In addition, do not forward or disclose to anyone within FCPS, except employees who need this information to carry out official FCPS business.  If you must disclose internally, please caution the receiving employee about the importance of confidentiality.

Failure to follow these rules may waive the attorney-client privilege and jeopardize FCPS's legal position in pending disputes. If you need assistance responding to the public on the topic of this email, please call Division Counsel, who can help you provide information without jeopardizing the attorney-client privilege.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                   FCSB-TJ000021437