# EXHIBIT 44

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE EASTERN DISTRICT OF VIRGINIA

 3                    ALEXANDRIA DIVISION

 4    --------------------------x

 5    COALITION FOR TJ,            :

 6                    Plaintiff, :

 7       v.                        :   Civil Action No.:

 8    FAIRFAX COUNTY SCHOOL        : 1:21-cv-00296-CMH-JFA

 9    BOARD,                       :

10                    Defendant. :

11    --------------------------x

12            Deposition of Coalition for TJ

13             By and through its Designee

14                     ASRA NOMANI

15                   McLean, Virginia

16              Monday, October 18, 2021

17                      9:02 a.m.

18

19

20    Job No.: 404859

21    Pages: 1 - 207

22    Reported by: Judith E. Bellinger, RPR, CRR
```

1       Deposition of ASRA NOMANI, held at the

2   offices of:

3

4   HUNTON ANDREWS KURTH LLP

5            8405 Greensboro Drive

6            Suite 140

7            McLean, VA 22102

8            703.714.7400

9

10

11

12

13

14       Pursuant to notice, before Judith E.

15   Bellinger, Registered Professional Reporter,

16   Certified Realtime Reporter, and Notary Public in

17   and for the Commonwealth of Virginia.

18

19

20

21

22

1            A P P E A R A N C E S

2

3    ON BEHALF OF THE PLAINTIFF:

4         GLENN E. ROPER, ESQUIRE

5         PACIFIC LEGAL FOUNDATION

6         1745 Shea Center Dr.

7         Suite 400

8         Highlands Ranch, CO 80129

9         GEROPER@pacificlegal.org

10

11   ON BEHALF OF THE DEFENDANT:

12        SONA REWARI, ESQUIRE

13        DANIEL STEFANY, ESQUIRE

14        HUNTON ANDREWS KURTH LLP

15        2200 Pennsylvania Avenue NW

16        Washington, D.C. 20037

17        202.955.1974

18

19

20

21

22

1                     C O N T E N T S

2   EXAMINATION OF ASRA NOMANI                         PAGE

3       By Ms. Rewari                                     6

4       By Mr. Roper                                      184

5       By Ms. Rewari                                     193

6                      E X H I B I T S

7            (Attached to the transcript)

8   Coalition         Exhibits:                    PAGE

9   Exhibit 1   Defendant's Notice of Deposition for  10

10              Plaintiff

11  Exhibit 2   Declaration of Asra Q. Nomani        27

12  Exhibit 3   Coalition for TJ Core Team document  44

13  Exhibit 4   Official Coalition for TJ web page   76

14  Exhibit 5   Email from Coalition for TJ to       94

15              undisclosed recipients, September 6,

16              2020

17  Exhibit 6   Coalition for TJ letter "Dear Friend 109

18              of Coalition for TJ"

19  Exhibit 7   Email from Glenn gmail to various    136

20              recipients, November 16, 2020

21  Exhibit 8   To Whom It May Concern letter,       136

22              December 2, 2020

1        E X H I B I T S    C O N T I N U E D

2   Exhibit 9    United Charitable Amendments to       149

3                Program Form

4   Exhibit 10   Email from Glenn Gmail to Rachna      158

5                Sizemore Heizer, October 1, 2020

6   Exhibit 11   July 2, 2021 press release            178

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

1    built out of common sense.

2        Q    And who determines whether the group

3    has reached a point of consensus to do something?

4        A    It's really a decision that is made

5    collectively.  I mean, you could -- you could

6    argue that the consensus means that everybody is

7    on board with that decision because we have come

8    to a compromise that everybody is agreeable with.

9    So, you know, I won't say that it's unanimous,

10   because there's not a vote that is taken, so I

11   couldn't, you know, assign unanimity to it.

12            It's something that we make sure that,

13   you know, everybody is comfortable with the

14   decision.

15       Q    Have there been any decisions made by

16   the coalition where you took a vote?

17       A    I really can't recall any that we took

18   a vote.

19       Q    Okay.

20            (Coalition Exhibit 3 marked for

21   identification and attached to the transcript.)

22       Q    The court reporter's just handed you a

1    document that was marked as Exhibit 3.

2              Do you recognize this document?

3      A     I do recognize the document.

4      Q     What is it?

5      A     So the document is a -- I'm trying to

6    think of what to call it.  It's an organizational

7    document in which we identified the different jobs

8    for which our main group of volunteers were

9    volunteering.

10             So what we -- like I said before, we

11   are busy parents and so I was just hesitating in

12   describing this because I was about to call it a

13   cheat sheet of sorts because it's, basically, the

14   way that we can remember, what did we sign up to

15   do?

16     Q     When was this document created?

17     A     This would have been created early. I

18   don't know exactly when it was created.  But

19   probably around September 2020, when we were

20   emerging in the community with more activities and

21   we were getting busier and busier.

22     Q     Has this structure of the core team of

1    TJ -- or Coalition for TJ, has the structure

2    that's in this document changed, at any point,

3    since September 2020?

4          A    The structure has remained the same

5    since September 2020 for this, committees or teams

6    that we've created for Coalition for TJ.

7          Q    Now, at the top, it says "Coalition for

8    TJ core team."

9          A    Yeah.

10         Q    What do you mean by "core team"?

11         A    So it's redundant, but you will see,

12   lower, that there's identification of different

13   members who are in the core team and, then,

14   there's different subgroups within that sub-team.

15         Q    So is everyone who is listed as a

16   member of the core team one of the people that's

17   in these other sub-teams that are identified here?

18              MR. ROPER:  Objection to form.

19              MS. REWARI:  Yeah, that was a bad

20   question.  Let me try again.

21         Q    So the first paragraph says "The

22   Coalition for TJ is organized into a core team

1    the coalition that they spoke to?

2         A    They spoke to me.  They spoke to Glenn,

3    Suparna Dutta.

4         Q    Have the criteria for membership in the

5    coalition ever changed during its time of its

6    existence?

7         A    No, the criteria for membership has

8    never changed in Coalition for TJ.

9         Q    Is the membership of the coalition

10   limited to people from particular racial groups?

11        A    Membership is absolutely not limited to

12   people from particular racial groups in Coalition

13   for TJ.

14        Q    Okay.  So are there any Hispanic

15   members of the Coalition for TJ?

16        A    We -- I believe we do have Hispanic

17   members in Coalition for TJ.

18        Q    I think you mentioned previously that

19   Mr. Jackson is black; is that right?

20        A    I don't know if I mentioned that.  But

21   Mr. Jackson is black.

22        Q    Okay.  And so, are there black members

```
 1        CERTIFICATE OF REPORTER - NOTARY PUBLIC

 2             I, JUDITH E. BELLINGER, RPR, CRR, the

 3   officer before whom the foregoing deposition was

 4   taken, do hereby certify that the foregoing

 5   transcript is a true and correct record of the

 6   testimony given; that said testimony was taken by

 7   me and thereafter reduced to typewriting under my

 8   direction; that reading and signing was not

 9   requested; and that I am neither counsel for,

10   related to, nor employed by any of the parties to

11   this case and have no interest, financial or

12   otherwise, in its outcome.

13             IN WITNESS WHEREOF, I have hereunto set

14   my hand and affixed my notarial seal this 5th day

15   of November, 2021.

16   My Commission Expires:  September 30, 2024

17

18

19

20

21   NOTARY PUBLIC IN AND FOR

22   THE COMMONWEALTH OF VIRGINIA
```

No. 404859

Re:     Deposition of **Asra Nomani, Designee**
        Date: 10/18/2021
        Case: Coalition for TJ -v- Fairfax County School Board
        Return to: transcripts@planetdepos.com

| Page | Line | Correction/Change and Reason |
|------|------|------------------------------|
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |

____Dec. 6, 2021____                    *Asra Nomani*
        (Date)                      _____
                                              (Signature)