# EXHIBIT 45

**Coalition for TJ Core Team**

The Coalition for TJ is organized into a core team with sub-teams: the leadership team, membership team, communication/social media team, advocacy team, legal team, and operational management team, data team. The teams include volunteers too.

**Core Team**
- Members: Asra Nomani, Suparna Dutta, Srinivas Akella, Glenn Miller, Himanshu Verma, Yuyan Zhou, Helen Miller, Aneel Advani, Marissa Fallon, Hanning Chen, Julia Mccaskil, Jun Wang, Harry Jackson

**Leadership Team:** Adopts policy decisions by majority vote.
- Co-leaders: Asra Nomani, Suparna Dutta, Harry Jackson, Glenn Miller, Helen Miller, Himanshu Verma, Yuyan Zhou

**Membership Team***
- Leaders: Hanning, Murali, Vivian, Sowjanya
- The membership team has to carry out the most difficult task to keep the members and volunteers motivated, and it has to actively outreach.
- We need to have zoom meetings with the 180 members of our public Telegram who have not been donating, (Indian community (110-120 members ) and the Chinese community ( 70-80 non-paying members.) It is recommended to host meetings in small batches with 1-2 of the Core Team talking to each batch of 25 members ( can use personal zoom to manage this ).
- The membership team will require volunteers from the Core Team who can talk to these folks for an hour each and motivate them - to donate, volunteer, or both.

**Media and Communications Team**
- Leader: Asra
- Members: Suparna (Website), Louise, Marissa

**Advocacy Team**
- Leader: Helen
- Members: Asra, Louise, Marissa, and Harry

**Legal Team**
- Leader: Glenn
- Members: Asra, Srinivas

**Operational Management Team**


COALITION 3
10-18-21
J. BELLINGER
RPR, CRR

- Will manage Core Team meetings, provide operational support to the different committees, and liaise between teams and committees.
- Leader:
- Members: Suparna, Yuyan, Hanning, and Vivian

### Data Team
- **Goal**: Analyze the impact of FCPS decisions / options based on publicly available data and data collected via FOIA requests.
- **Members**: Harry, Himanshu, Xi Su, Srinivas, Sudha, James
- Analyze how FCPS has failed URM's in elementary & middle schools.
- Counter the test prep narrative based on real data.
- Research why gifted in NOVA could be a lot more than the rest of the United States.