# EXHIBIT 48

1        IN THE UNITED STATES DISTRICT COURT

2        FOR THE EASTERN DISTRICT OF VIRGINIA

3              ALEXANDRIA DIVISION

4  ---------------------------x

5  COALITION FOR TJ,            :

6              Plaintiff, :

7    v.                       :   Civil Action No.:

8  FAIRFAX COUNTY SCHOOL     : 1:21-cv-00296-CMH-JFA

9  BOARD,                       :

10             Defendant. :

11 ---------------------------x

12        Deposition of Coalition for TJ

13         By and through its Designee

14              GLENN MILLER

15            McLean, Virginia

16         Monday, October 18, 2021

17              2:18 p.m.

18

19

20  Job No.: 404859

21  Pages: 1 - 137

22  Reported by: Judith E. Bellinger, RPR, CRR

1        Deposition of GLENN MILLER, held at the

2   offices of:

3

4   HUNTON ANDREWS KURTH LLP

5           8405 Greensboro Drive

6           Suite 140

7           McLean, VA 22102

8           703.714.7400

9

10

11

12

13

14        Pursuant to notice, before Judith E.

15   Bellinger, Registered Professional Reporter,

16   Certified Realtime Reporter, and Notary Public in

17   and for the Commonwealth of Virginia.

18

19

20

21

22

```
1            A P P E A R A N C E S

2

3   ON BEHALF OF THE PLAINTIFF:

4        GLENN E. ROPER, ESQUIRE

5        PACIFIC LEGAL FOUNDATION

6        1745 Shea Center Dr., Suite 400

7        Highlands Ranch, CO 80129

8        GEROPER@pacificlegal.org

9

10  ON BEHALF OF THE DEFENDANT:

11       SONA REWARI, ESQUIRE

12       DANIEL STEFANY, ESQUIRE

13       HUNTON ANDREWS KURTH LLP

14       2200 Pennsylvania Avenue NW

15       Washington, D.C. 20037

16       202.955.1974

17

18

19

20

21

22
```

Transcript of Glenn Miller, Designee
Conducted on October 18, 2021                    4

1                    C O N T E N T S

2    EXAMINATION OF GLENN MILLER                    PAGE

3       By Ms. Rewari                                  6

4       By Mr. Roper                                 131

5                    E X H I B I T S

6               (Attached to the transcript)

7    Coalition Exhibits:                            PAGE

8    Exhibit 12  Predictions for Fairfax County      26

9                Public Schools Lottery Plan for

10               Thomas Jefferson High School For

11               Science and Technology

12   Exhibit 13  Email from Helen Miller to various   68

13               recipients, September 29, 2020

14   Exhibit 14  Coalition for TJ "Second-Look        77

15               Semifinalist" Alternative to Merit

16               Lottery

17   Exhibit 15  Enhancing Diversity in Training     103

18               Program

19   Exhibit 16  Email from Helen Miller to various  104

20               recipients, October 3, 2020

21   Exhibit 17  November 17, 2020 Coalition for TJ  108

22               press release

1          E X H I B I T S   C O N T I N U E D

2    Previously Marked:

3    Coalition Exhibit:

4    Exhibit 1    Defendant's Notice of Deposition of    10

5                 Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

1       Q     When did the coalition decide to file

2  the lawsuit in federal court?

3       A     It was an iterative process, but over a

4  series of weeks there were discussions, but --

5            MR. ROPER:  And I direct the witness to

6  not disclose the content of any discussions with

7  counsel for the coalition.

8       A     My recollection is late last year,

9  there was discussion amongst the core members as

10 to -- as to the -- as to whether to file the

11 lawsuit, and it was agreed that if -- it was

12 agreed that if the lawsuit was taken up by Pacific

13 Legal, that we would agree to proceed.

14      Q     Was there an event that led to the

15 decision to file the lawsuit on the coalition's

16 side?

17      A     I don't understand the question.

18      Q     Well.  Was the decision to file the

19 lawsuit made before or after the December 17th

20 vote of the school board?

21      A     After.

22      Q     How long after?

1    schools in the southern part of the county, of

2    Fairfax County in particular, where the percentage

3    of African-American is higher than the average of

4    the county.

5         Q    So when you say "southern part," how

6    does that compare to the distribution of Asians,

7    if you know, that's shown on this chart?

8         A    The Asian-American population is very

9    much centered around a couple of three middle

10   schools:  Rachel Carson, Cooper, and Longfellow,

11   and particularly Rachel Carson.  And one of the

12   things we noted, at least in one of the

13   iterations, is that the county grouped Cooper,

14   which is one of the highest Asian-American

15   populations, with Rachel Carson, who was all the

16   way on the other side of the county, and they put

17   them two together and they just -- those happened

18   to be two of the schools with the highest Asian

19   population.

20        Q    When you say "grouped together," you're

21   talking about the regions of Fairfax County?

22        A    Yeah, educational regions.  Which is

1    not, you know, it's not necessarily the most

2    optimal system.

3         Q    So it was the only formal proposal that

4    was written up and given to the board, but was it

5    intended to be the coalition's position on how

6    TJ's admissions should be done?

7              MS. REWARI:  Objection.  Leading.

8         A    It was a -- it was a compromised

9    proposal to deal with the current situation.  It

10   was not our optimal position.  Our optimal

11   position was some variation of what was originally

12   in place, with the standardized test.

13        Q    And so does the coalition believe that

14   the second-look proposal was preferable to keeping

15   the preexisting admission system?

16        A    No.

17        Q    Is it the coalition's responsibility to

18   come up with an admissions system for TJ?

19             MS. REWARI:  Objection.  Calls for a

20   legal conclusion.

21        A    No.  It's -- that's up to the county

22   and it's up to the judge.

1        Q    And is it the coalition's

2    responsibility to make sure that the TJ admissions

3    system complies with the Constitution?

4        A    Ask that question again.

5        Q    Is it the coalition's responsibility to

6    implement an admissions system that complies with

7    the Constitution?

8        A    It's the coalition's mission to --

9        Q    If I said mission, I meant to say

10   responsibility.

11            Whose responsibility is it to make sure

12   that the TJ admissions --

13       A    Well, we take it upon ourselves as a

14   responsibility to ask the Court to implement a

15   constitutional admissions system.

16       Q    That's a helpful clarification.

17            But outside of the litigation, it is --

18   is it the coalition's responsibility to come up

19   with a constitutional admissions system?

20       A    No.

21       Q    Or is that the board's responsibility?

22       A    It's the board's responsibility.  It's

1          CERTIFICATE OF REPORTER - NOTARY PUBLIC

2               I, JUDITH E. BELLINGER, RPR, CRR, the

3     officer before whom the foregoing deposition was

4     taken, do hereby certify that the foregoing

5     transcript is a true and correct record of the

6     testimony given; that said testimony was taken by

7     me and thereafter reduced to typewriting under my

8     direction; that reading and signing was not

9     requested; and that I am neither counsel for,

10    related to, nor employed by any of the parties to

11    this case and have no interest, financial or

12    otherwise, in its outcome.

13              IN WITNESS WHEREOF, I have hereunto set

14    my hand and affixed my notarial seal this 5th day

15    of November, 2021.

16    My Commission Expires:  September 30, 2024

17

18    _____

19

20    NOTARY PUBLIC IN AND FOR

21    THE COMMONWEALTH OF VIRGINIA

22

No. 404859

Re: Deposition of **Glenn Miller, Designee**
Date: 10/18/2021
Case: Coalition for TJ -v- Fairfax County School Board
Return to: transcripts@planetdepos.com

ACKNOWLEDGMENT OF DEPONENT

     I, Glenn Miller, Designee, do hereby
acknowledge that I have read and examined the
foregoing testimony, and the same is a true, correct
and complete transcription of the testimony given by
me and any corrections appear on the attached Errata
sheet signed by me.

11/30/2021
_____          _____
   (Date)                          (Signature)

No. 404859

*Coalition should be capitalized.*

*Global change*

Re:   Deposition of **Glenn Miller, Designee**
      Date: 10/18/2021
      Case: Coalition for TJ -v- Fairfax County School Board
      Return to: transcripts@planetdepos.com

| Page | Line | Correction/Change and Reason |
|------|------|------------------------------|
| 6 | 14 | "Savile" - Not "Seville" |
| 18 | 18 | "I" talked to Himanshu Verma. |
| 20 | 12 | Coalition |
| 21 | 21 | My recollection is Nancy Trainer was told |
| 25 | 5 | Equal Protection |
| 29 | 6 | "got" should be "gotten" |
| 31 | 9 | Coalition's |
| 36 | 11 | "more then" should be "more of them" |
| 39 | 15 | "You mean" should be "Do you mean" |
| 54 | 13 | "referring to the two" should be "referring to the... to" |
| 55 | 14 | "Hispanics in" should be "Hispanics than in" |
| 56 | 7 | "represented" should be "underrepresented" |
| 74 | 15 | "need" should be "needs" |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

11/30/2021
(Date)

(Signature)

No. 404859

Re:   Deposition of **Glenn Miller, Designee**
      Date: 10/18/2021
      Case: Coalition for TJ -v- Fairfax County School Board
      Return to: transcripts@planetdepos.com

ACKNOWLEDGMENT OF DEPONENT

I, Glenn Miller, Designee, do hereby

acknowledge that I have read and examined the

foregoing testimony, and the same is a true, correct

and complete transcription of the testimony given by

me and any corrections appear on the attached Errata

sheet signed by me.

_11/30/2021_                    _____

(Date)                          (Signature)

No. 404859

*Coalition should be Capitalized.*

Re:   Deposition of **Glenn Miller, Designee**
Date: 10/18/2021
Case: Coalition for TJ -v- Fairfax County School Board  *Global change*
Return to: transcripts@planetdepos.com

| Page | Line | Correction/Change and Reason |
|------|------|------------------------------|
| 6 | 14 | "Savile" - NoT "Seville" |
| 18 | 18 | "I" talked to Himanshu Verma. |
| 20 | 12 | Coalition |
| 21 | 21 | My recollection is Nancy Trainer was told |
| 25 | 5 | Equal Protection |
| 29 | 6 | "got" should be "gotten" |
| 31 | 9 | Coalition's |
| 36 | 11 | "more then" should be "more of them" |
| 39 | 15 | "You mean" should be "Do you mean" |
| 54 | 13 | "referring to the two" should be "referring to the...to" |
| 55 | 14 | "Hispanics in" should be "Hispanics than in" |
| 56 | 7 | "prepresented" should be "Underrepresented" |
| 74 | 15 | "need" should be "needs" |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

11/30/2021
(Date)

(Signature)