# EXHIBIT 49

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF VIRGINIA**

**ALEXANDRIA DIVISION**

COALITION FOR TJ,

No. 1:21-cv-00296-CMH-JFA

Plaintiff,

v.

FAIRFAX COUNTY SCHOOL BOARD,

Defendant.

**PLAINTIFF'S FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURES**

In accordance with Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Coalition for TJ makes the following disclosures:

**(i)    Rule 26(a)(1)(A)(i)**

"The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless that use would be solely for impeachment":

**Response:**

As members of the Plaintiff organization's leadership team, Asra Nomani, Glenn Miller, and Himanshu Verma may have discoverable information related to the Coalition for TJ's Fourteenth Amendment interests in this case. Defendant and the high-level Fairfax County Public

1

Schools employees listed below may have discoverable information related to the development, purpose, interpretation, and implementation of the challenged TJ admissions policy.

1.      Asra Nomani, who may be contacted through counsel for the Coalition for TJ:

   Erin Wilcox
   Pacific Legal Foundation
   930 G St.
   Sacramento, CA 95814
   (916) 419-7111
   ewilcox@pacificlegal.org

2.      Glenn Miller, who may be contacted through counsel for the Coalition for TJ:

   Erin Wilcox
   Pacific Legal Foundation
   930 G St.
   Sacramento, CA 95814
   (916) 419-7111
   ewilcox@pacificlegal.org

3.      Himanshu Verma, who may be contacted through counsel for the Coalition for TJ:

   Erin Wilcox
   Pacific Legal Foundation
   930 G St.
   Sacramento, CA 95814
   (916) 419-7111
   ewilcox@pacificlegal.org

4.      Superintendent Scott Brabrand

   Gatehouse Administration Center
   8115 Gatehouse Rd.
   Falls Church, VA 22042

5.      Principal Ann Bonitatibus

   Thomas Jefferson High School for Science and Technology
   6560 Braddock Rd.
   Alexandria, VA 22312

6.      Chief Operating Officer Marty Smith

        Gatehouse Administration Center
        8115 Gatehouse Rd.
        Falls Church, VA 22042

7.      Jeremy Shughart, Director, TJHSST Admissions

        Gatehouse Administration Center
        8115 Gatehouse Rd.
        Falls Church, VA 22042

8.      Board Member Karen Keys-Gamarra

        Stuart Raphael
        Sona Rewari
        Hunton Andrews Kurth LLP
        2200 Pennsylvania Ave., NW
        Washington, D.C. 20037
        (202) 419-2021
        sraphael@huntonak.com
        srewari@huntonak.com

9.      Board Member Abrar Omeish

        Stuart Raphael
        Sona Rewari
        Hunton Andrews Kurth LLP
        2200 Pennsylvania Ave., NW
        Washington, D.C. 20037
        (202) 419-2021
        sraphael@huntonak.com
        srewari@huntonak.com

10.     Board Member Rachna Sizemore Heizer

        Stuart Raphael
        Sona Rewari
        Hunton Andrews Kurth LLP
        2200 Pennsylvania Ave., NW
        Washington, D.C. 20037
        (202) 419-2021
        sraphael@huntonak.com
        srewari@huntonak.com

11.     Board Member Megan McLaughlin

        Stuart Raphael

       Sona Rewari
       Hunton Andrews Kurth LLP
       2200 Pennsylvania Ave., NW
       Washington, D.C. 20037
       (202) 419-2021
       sraphael@huntonak.com
       srewari@huntonak.com

12.     Board Member Elaine Tholen

       Stuart Raphael
       Sona Rewari
       Hunton Andrews Kurth LLP
       2200 Pennsylvania Ave., NW
       Washington, D.C. 20037
       (202) 419-2021
       sraphael@huntonak.com
       srewari@huntonak.com

13.     Board Member Melanie K. Meren

       Stuart Raphael
       Sona Rewari
       Hunton Andrews Kurth LLP
       2200 Pennsylvania Ave., NW
       Washington, D.C. 20037
       (202) 419-2021
       sraphael@huntonak.com
       srewari@huntonak.com

14.     Board Member Tamara Derenak Kaufax

       Stuart Raphael
       Sona Rewari
       Hunton Andrews Kurth LLP
       2200 Pennsylvania Ave., NW
       Washington, D.C. 20037
       (202) 419-2021
       sraphael@huntonak.com
       srewari@huntonak.com

15.     Board Chair Ricardy Anderson

       Stuart Raphael
       Sona Rewari
       Hunton Andrews Kurth LLP
       2200 Pennsylvania Ave., NW
       Washington, D.C. 20037

(202) 419-2021
sraphael@huntonak.com
srewari@huntonak.com

16.     Board Member Karen Corbett Sanders

Stuart Raphael
Sona Rewari
Hunton Andrews Kurth LLP
2200 Pennsylvania Ave., NW
Washington, D.C. 20037
(202) 419-2021
sraphael@huntonak.com
srewari@huntonak.com

17.     Board Member Karl Frisch

Stuart Raphael
Sona Rewari
Hunton Andrews Kurth LLP
2200 Pennsylvania Ave., NW
Washington, D.C. 20037
(202) 419-2021
sraphael@huntonak.com
srewari@huntonak.com

18.     Board Member Laura Jane Cohen

Stuart Raphael
Sona Rewari
Hunton Andrews Kurth LLP
2200 Pennsylvania Ave., NW
Washington, D.C. 20037
(202) 419-2021
sraphael@huntonak.com
srewari@huntonak.com

19.     Board Vice Chair Stella Pekarsky

Stuart Raphael
Sona Rewari
Hunton Andrews Kurth LLP
2200 Pennsylvania Ave., NW
Washington, D.C. 20037
(202) 419-2021
sraphael@huntonak.com
srewari@huntonak.com

**(ii)      Rule 26(a)(1)(A)(ii)**

"A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment":

**Response:**

Plaintiff may use the following documents:

1. FCPS, *Advanced Academic Programs (AAP)*, https://www.fcps.edu/academics/academic-overview/advanced-academic-programs
2. FCPS, *Advanced Academic Level IV Program Locations*, https://www.fcps.edu/academics/elementary-school-academics-k-6/advanced-academics/advanced-academic-level-iv-center
3. FCPS, *School Profile, Carson Middle School*, http://schoolprofiles.fcps.edu/schlprfl/f?p=108:13:::NO::P0_CURRENT_SCHOOL_ID,P0_EDSL:171,0
4. FCPS, *School Profile, Kilmer Middle School*, http://schoolprofiles.fcps.edu/schlprfl/f?p=108:13:::NO::P0_CURRENT_SCHOOL_ID,P0_EDSL:071,0
5. FCPS, *School Profile, Rocky Run Middle School*, http://schoolprofiles.fcps.edu/schlprfl/f?p=108:13:::NO::P0_CURRENT_SCHOOL_ID,P0_EDSL:251,0
6. FCPS, *Full-Time Advanced Academic Program, Grades 3-8 (Level IV)*, https://www.fcps.edu/academics/elementary-school-academics-k-6/advanced-academics/full-time-advanced-academic-program
7. FCPS, *Advanced Academic Level IV School Assignments*, https://www.fcps.edu/academics/elementary-school-academics-k-6/advanced-academics/advanced-academic-level-iv-school
8. FCPS, *About Us*, https://www.fcps.edu/about-fcps
9. US News & World Report, https://www.usnews.com/education/best-high-schools/virginia/districts/fairfax-county-public-schools/thomas-jefferson-high-school-for-science-and-technology-20461
10. FCPS, *School Profile, Thomas Jefferson High School for Science and Technology*, http://schoolprofiles.fcps.edu/schlprfl/f?p=108:13:::NO::P0_CURRENT_SCHOOL_ID,P0_EDSL:300,0
11. FCPS, Press Release, *TJHSST Offers Admission to 486 Students* (June 1, 2020), https://www.fcps.edu/news/tjhsst-offers-admission-486-students

6

12. Virginia Dep't of Education, *Academic Year Governor's School Programs*, https://www.doe.virginia.gov/instruction/governors_school_programs/academic_year/index.shtml
13. 1985 Fairfax County Profile, Fairfax County Office of Research and Statistics, https://www.fairfaxcounty.gov/demographics/sites/demographics/files/assets/fairfaxcountyprofiles/profile_1985.pdf
14. Demographic Reports 2019, County of Fairfax, Virginia, https://www.fairfaxcounty.gov/demographics/sites/demographics/files/assets/demographicreports/fullreport.pdf
15. FCPS, TJ Admissions Merit Lottery Proposal School Board Work Session Sept. 15, 2020, https://go.boarddocs.com/vsba/fairfax/Board.nsf/files/BTGKX652F413/$file/TJHSST%20Admissions%20Merit%20Lottery%20Proposal.pdf
16. Minutes, Fairfax County School Board, Oct. 6, 2020, https://go.boarddocs.com/vsba/fairfax/Board.nsf/files/BWXV9A7A33D8/$file/10-06-20%20EWS%20FINAL.pdf
17. Agenda Item Details – TJ Admissions, Fairfax County School Board, Oct. 6, 2020, https://go.boarddocs.com/vsba/fairfax/Board.nsf/goto?open&id=BRDK8M4D80B8
18. Minutes, Fairfax County School Board, Oct. 8, 2020, https://go.boarddocs.com/vsba/fairfax/Board.nsf/files/BXLT2W693F5A/$file/10-08-20%20ERM%20FINAL.pdf
19. Agenda Item Details – Thomas Jefferson High School for Science and Technology (TJHSST) Admissions, Oct. 8, 2020, https://go.boarddocs.com/vsba/fairfax/Board.nsf/goto?open&id=BRDK8M4D80B8
20. Minutes, Fairfax County School Board, Dec. 17, 2020, https://go.boarddocs.com/vsba/fairfax/Board.nsf/files/BY5JH34D3388/$file/12-17-20%20ERM%20FINAL.pdf
21. FCPS, News Release, *School Board Chooses Holistic Review as New Admissions Policy for TJHSST* (Dec. 18, 2020), https://www.fcps.edu/news/school-board-chooses-holistic-review-new-admissions-policy-tjhsst?utm_content=&utm_medium=email&utm_name=&utm_source=govdelivery&utm_term=
22. *Retired FCPS Teacher Singles Out Students from India and Calls Parents "Ravenous,"* YouTube (Sept. 23, 2020), https://www.youtube.com/watch?v=0rWdIXuYFqA&ab_channel=AsraNomani
23. Ann N. Bonitatibus, Message from the Principal, June 7, 2020, https://content.govdelivery.com/accounts/VAEDUFCPS/bulletins/28f8d9f
24. Fairfax County NAACP, Town Hall on Systemic Racism, Facebook (Aug. 5, 2020), https://www.facebook.com/watch/live/?v=650397622538856&ref=watch_permalink
25. *Virginia Education Secretary Compares Test Prep to Using Illegal Performance Enhancing Drugs*, from Listening Session with TJ Students held, YouTube Sept. 8, 2020, (Sept. 13, 2020), https://www.youtube.com/watch?v=w5RcAhRyB6g&ab_channel=AsraNomani
26. FCPS School Board Work Session – 9-15-2020 – TJ Admissions Review, YouTube (Sept. 15, 2020),

https://www.youtube.com/watch?v=n3FS9TY0lcg&list=PLSz76NCRDYQF3hPS2qS2S
GEcoO4__Yd7Z&index=52&ab_channel=FairfaxCountyPublicSchools

27. FCPS School Board Work Session TJ Admissions 10-6-20, YouTube (Oct. 6, 2020),
https://www.youtube.com/watch?v=FgTgmNYUw88&ab_channel=FairfaxCountyPublic
Schools

28. FCPS, *Thomas Jefferson High school for Science and Technology: Improving Admissions
Processes*, November 2020,
https://go.boarddocs.com/vsba/fairfax/Board.nsf/files/BWE23Y004896/$file/TJ%20Whit
e%20Paper%2011.17.2020.pdf

29. FCPS, *TJHSST Offers Admission to 550 Students; Broadens Access to Students Who
Have an Aptitude for STEM*, June 23, 2021, https://www.fcps.edu/news/tjhsst-offers-
admission-550-students-broadens-access-students-who-have-aptitude-stem

**(iii)    Rule 26(a)(1)(A)(iii)**

"A computation of each category of damages claimed by the disclosing party—who must

also make available for inspection and copying as under Rule 34 the documents or other

evidentiary material, unless privileged or protected from disclosure, on which each computation is

based, including materials bearing on the nature and extent of injuries suffered":

**Response:** None

**(iv)    Rule 26(a)(1)(A)(iv)**

"[F]or inspection and copying as under Rule 34, any insurance agreement under which an

insurance business may be liable to satisfy all or part of a possible judgement in the action or to

indemnify or reimburse for payments made to satisfy the judgment":

**Response:** None

Dated: June 30, 2021.                              Respectfully submitted,


                                                   s/ Alison E. Somin
ERIN E. WILCOX*,                                   ALISON E. SOMIN, Va. Bar No. 79027

Cal. Bar No. 337427
CHRISTOPHER M. KIESER*,
 Cal. Bar No. 298486
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
EWilcox@pacificlegal.org
CKieser@pacificlegal.org

*Pro Hac Vice

Pacific Legal Foundation
3100 Clarendon Blvd., Suite 610
Arlington, Virginia 22201
Telephone: (202) 557-0202
Facsimile: (916) 419-7747
ASomin@pacificlegal.org

GLENN E. ROPER*,
Colo. Bar No. 38723
Pacific Legal Foundation
1745 Shea Center Dr., Suite 400
Highlands Ranch, Colorado 80129
Telephone: (916) 503-9045
Facsimile: (916) 419-7747
GERoper@pacificlegal.org

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2021, I caused a copy of the foregoing to be

delivered via electronic mail to the following counsel for Defendant:

> Stuart A. Raphael, Va. Bar No. 30380
> Sona Rewari, Va. Bar No. 47327
> Hunton Andrews Kurth LLP
> 2200 Pennsylvania Ave., N.W.
> Washington, D.C. 20037
> Telephone: (202) 955-1500
> Facsimile: (202) 778-2201
> sraphael@HuntonAK.com
> srewari@HuntonAK.com

> s/ Alison E. Somin
> ALISON E. SOMIN, Va. Bar No. 79027
> Pacific Legal Foundation
> 3100 Clarendon Blvd., Suite 610
> Arlington, Virginia 22201
> Telephone: (202) 557-0202
> Facsimile: (916) 419-7747
> ASomin@pacificlegal.org
> *Counsel for Plaintiff*