# EXHIBIT 50

Suparna - Coalition For TJ
Thanks for donating -
Tamar Shay
Srinivas Rao Singiresu
Munira Manasawala

S

14:21
Suparna - Coalition For TJ
In reply to this message
Does anyone know Dipika Gupta - pls ask her to add the high school graduation year in the email document

S

14:48
Suparna - Coalition For TJ
*******for tomorrow*******
14:48
This Wednesday the school board sign-ups start before 6 AM. Go to -
https://www.fcps.edu/school-board/citizen-participation
Click on the "register to speak" button, and it'll take you to a form which opens before 6 AM

I would encourage people to please make an effort and register for a slot, we can help and work with you for your three minute speech

The slots get filled up very quickly, so you have to be up and ready before 6 AM

If you get a speaking slot, you can give it to someone if you want. If you don't see TJ Admission as a speaking topic, you can select anything to proceed with securing a spot.

Try to use computers instead of phones. Second, use mouse instead of touchpad. Third, start clicking at 5:55. Good luck to everyone and let us get all the slots.

SA

17:07
Srinivas A
https://twitter.com/tomrousseyABC7/status/1328263594053476354?s=20

J

17:34
Julia - C4TJ
In reply to this message
This Wednesday means tomorrow (Nov 12)? Tomorrow morning at 6?

T

17:40
Tilak
Yes
November 16, 2020 - Testimony
The November 16 speaker list will open at 6 a.m. on Wednesday, November 11.
17:41
11th, not 12th

J

18:03
Julia - C4TJ
Got it. I'll try again tomorrow 😊

S

19:08
Suparna - Coalition For TJ
Everyone get a good night's sleep, because you have to wake up early tomorrow and get speaker slots

S

20:57
Suparna - Coalition For TJ
Those who have not donated so far ---

The Coalition for TJ is raising funds for its lawsuit filed on Nov 4th to preserve merit in TJHSST. The lawsuit is the only chance to keep a race-blind standardized test. we need to raise $100k. Please donate at
https://coalitionfortj.net/donate

MC

22:04
Ming Feng - C4TJ C
My husband donated. I started contacting neighbors who showed interest in sending kids to TJ in the near future

SA

22:05
Srinivas A
In reply to this message
Thank you 

MC

22:12