# EXHIBIT 51

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| COALITION FOR TJ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:21-cv-00296-CMH-JFA |
| ) | |
| FAIRFAX COUNTY SCHOOL BOARD, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF JEREMY SHUGHART

My name is Jeremy Shughart, and I certify that the following information is true to the best of my knowledge, information, and belief.

1. I am over the age of 18 and make this declaration based on my own personal knowledge.

2. I am employed by the Fairfax County School Board as the Director of Admissions for the Thomas Jefferson High School for Science and Technology ("TJ").

3. My office collects, compiles, and reports the data regarding TJ admission applications and offers.

4. I understand that the Plaintiff in this case is contending that six of the 26 FCPS middle schools—Carson, Cooper, Frost, Kilmer, Longfellow, and Rocky Run—had the most students admitted to TJ during the five years prior to the 2020 changes to the admissions process. That is not correct. Cooper was not in the top six. The table below shows the top 8 schools in terms of offered students for the five-year period:

1

| School | Students Offered |
|---|---|
| Carson | 411 |
| Longfellow | 279 |
| Rocky Run | 181 |
| Kilmer | 134 |
| Frost | 102 |
| Jackson | 89 |
| Lake Braddock | 83 |
| Cooper | 81 |

5.      I also understand that the Plaintiff is contending that these six schools—Carson, Cooper, Frost, Kilmer, Longfellow, and Rocky Run—were also the "top six feeder" schools for Asian-American students for the Classes of 2020 through 2024. But Cooper had just two Asian-American students admitted to TJ during three of those five years (Classes of 2020 through 2022), and was not even among the top six of schools to have students, of any race, offered admission to TJ during those years. Cooper had a total of 12 students (of any race) admitted to TJ in the Classes of 2020 through 2022.

6.      Plaintiff's "top six feeder" schools for Asian-Americans also were the "top feeder" schools for Hispanic students during the same five-year period. These schools in order are: (1) Longfellow and Frost (tie); (2) Carson and Lake Braddock (tie); (3) Cooper; and (4) Kilmer and Rocky Run (tie).

7.      Three of Plaintiff's "top six feeder" schools for Asian-Americans also were the among the top "feeder" schools for White students. Longfellow, Carson, and Kilmer were the top three schools with most White students offered admission to TJ during the same five-year period.

2

8.      Two of Plaintiff's "top six feeder" schools for Asian-Americans (Carson and Kilmer) were also among the top six feeder schools for Black students, *i.e.,* who had the largest numbers of Black students admitted to TJ during the same five-year period.

9.      I also understand that Plaintiff in this case is contending that Carson, Cooper, Frost, Kilmer, Longfellow, and Rocky Run are more likely to have Asian-American applicants. The table attached as Exhibit A to this declaration shows the racial demographics of all 26 FCPS middle schools for each of the four academic years from 2017-2021. As Exhibit A shows, only Carson and Rocky Run have markedly large proportions of Asian-American students. The Asian student populations at the other four schools are not far from the division-wide average of 19.8% Asian students (2020-21) and comparable to other middle schools that have not been major "feeders" to TJ:

| School | Average % of Asian Students (2017-21) |
|---|---|
| Longfellow | 27.83% |
| Liberty | 27.81% |
| Franklin | 26.41% |
| Frost | 25.84% |
| Cooper | 25.81% |
| Kilmer | 24.21% |

10.     I also understand that the Plaintiff is claiming that Asian-American applicants were somehow disadvantaged by the four experience factors that were adopted by the 2020 TJ admissions process changes. That is not correct. Using the data attached as Exhibit A to Plaintiff's brief, Exhibit B shows the racial demographics of the applicants who received points for each of the four experience factors. As the below tables show, Asian-American students were the largest or second-largest racial demographic of both applicants and offered-students.

3

| | Economically Disadvantaged (FRM) | | | |
|---|---|---|---|---|
| | Applicants | % of FRM Applicants | Offers | % of FRM Offers |
| AI/AN/NH/PI | 2 | 0.5% | 1 | 0.7% |
| Asian | 131 | 33.9% | 51 | 37.0% |
| Black (not Hispanic orig) | 86 | 22.2% | 23 | 16.7% |
| Hispanic | 107 | 27.6% | 38 | 27.5% |
| Two or More Races | 14 | 3.6% | 5 | 3.6% |
| White (not Hispanic orig) | 47 | 12.1% | 20 | 14.5% |
| **Total** | **387** | | **138** | |

| | English Language Learners (ELL) | | | |
|---|---|---|---|---|
| | Applicants | % of ELL Applicants | Offers | % of ELL Offers |
| AI/AN/NH/PI | 1 | 0.8% | 0 | 0.0% |
| Asian | 58 | 49.2% | 13 | 38.2% |
| Black (not Hispanic orig) | 19 | 16.1% | 5 | 14.7% |
| Hispanic | 15 | 12.7% | 7 | 20.6% |
| Two or More Races | 1 | 0.8% | 1 | 2.9% |
| White (not Hispanic orig) | 24 | 20.3% | 8 | 23.5% |
| **Total** | **118** | | **34** | |

| | Special Education (SPED) | | | |
|---|---|---|---|---|
| | Applicants | % of SPED Applicants | Offers | % of SPED Offers |
| AI/AN/NH/PI | 0 | 0.0% | 0 | 0.0% |
| Asian | 15 | 31.3% | 4 | 30.8% |
| Black (not Hispanic orig) | 2 | 4.2% | 0 | 0.0% |
| Hispanic | 5 | 10.4% | 2 | 15.4% |
| Two or More Races | 8 | 16.7% | 2 | 15.4% |
| White (not Hispanic orig) | 18 | 37.5% | 5 | 38.5% |
| **Total** | **48** | | **13** | |

| | Underrepresented Schools (URS) | | | |
|---|---|---|---|---|
| | Applicants | % of URS Applicants | Offers | % of URS Offers |
| AN/AN/NH/PI | 4 | 0.6% | 0 | 0.0% |
| Asian | 187 | 27.2% | 56 | 33.3% |
| Black (not Hispanic orig) | 117 | 17.0% | 21 | 12.5% |
| Hispanic | 144 | 21.0% | 42 | 25.0% |
| Two or More Races | 43 | 6.3% | 10 | 6.0% |
| White (not Hispanic orig) | 192 | 27.9% | 39 | 23.2% |
| **Total** | **687** | **282** | **168** | |

11. For the Class of 2025 admissions, ten FCPS schools were designated as underrepresented. Eight of the ten did not exceed their 1.5% allocation when offers were made in June 2021, meaning that the 45 bonus points given to applicants from underrepresented schools did not affect admission from eight of the ten underrepresented schools. Only two schools designated as underrepresented for purposes of Class of 2025 admissions exceeded their 1.5% allocation: Glasgow and Twain. Glasgow and Twain were allocated a combined 18 seats under the 1.5% plan (10 and 8 respectively), but received a combined 25 offers of admission (15, and 10 respectively). Of the 25 total offers extended to Glasgow and Twain students, thirteen (52%) identified as Asian-American.

12. FCPS students received offers for 88 of the 93 unallocated seats offered to applicants for the TJ Class of 2025 last June. Students from Carson, Cooper, Longfellow, and Rocky Run were offered 78 of those 88 (88.6%) unallocated seats. Students from underrepresented schools received just seven of the 88 (7.95%).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 21, 2021.

Jeremy Shughart

Attachments:

Exhibit A (Enrollment Data)
Exhibit B (Experience Factor Data Summary)

# Exhibit A

Carson

| Ethnicity | 2017-18 # | 2017-18 % | 2018-19 # | 2018-19 % | 2019-20 # | 2019-20 % |
|---|---|---|---|---|---|---|
| Asian | 672 | 45.44 | 683 | 45.47 | 714 | 46.45 |
| Black (Not Of Hispanic Origin) | 90 | 6.09 | 96 | 6.39 | 105 | 6.83 |
| Hispanic Or Latino | 128 | 8.65 | 151 | 10.05 | 156 | 10.15 |
| White (Not Of Hispanic Origin) | 498 | 33.67 | 493 | 32.82 | 466 | 30.32 |
| Other | 91 | 6.15 | 79 | 5.26 | 96 | 6.25 |

| Ethnicity | 2018-19 # | 2018-19 % | 2019-20 # | 2019-20 % | 2020-21 # | 2020-21 % |
|---|---|---|---|---|---|---|
| Asian | 683 | 45.47 | 714 | 46.45 | 726 | 49.29 |
| Black (Not Of Hispanic Origin) | 96 | 6.39 | 105 | 6.83 | 126 | 8.55 |
| Hispanic Or Latino | 151 | 10.05 | 156 | 10.15 | 134 | 9.1 |
| White (Not Of Hispanic Origin) | 493 | 32.82 | 466 | 30.32 | 383 | 26 |
| Other | 79 | 5.26 | 96 | 6.25 | 104 | 7.06 |

Cooper

| Ethnicity | 2017-18 # | 2017-18 % | 2018-19 # | 2018-19 % | 2019-20 # | 2019-20 % |
|---|---|---|---|---|---|---|
| Asian | 183 | 20.11 | 251 | 24.46 | 279 | 27.9 |
| Black (Not Of Hispanic Origin) | 19 | 2.09 | 19 | 1.85 | 17 | 1.7 |
| Hispanic Or Latino | 57 | 6.26 | 63 | 6.14 | 66 | 6.6 |
| White (Not Of Hispanic Origin) | 594 | 65.27 | 614 | 59.84 | 558 | 55.8 |
| Other | 57 | 6.26 | 79 | 7.7 | 80 | 8 |

| Ethnicity | 2018-19 # | 2018-19 % | 2019-20 # | 2019-20 % | 2020-21 # | 2020-21 % |
|---|---|---|---|---|---|---|
| Asian | 251 | 24.46 | 279 | 27.9 | 288 | 30.77 |
| Black (Not Of Hispanic Origin) | 19 | 1.85 | 17 | 1.7 | 24 | 2.56 |
| Hispanic Or Latino | 63 | 6.14 | 66 | 6.6 | 63 | 6.73 |
| White (Not Of Hispanic Origin) | 614 | 59.84 | 558 | 55.8 | 490 | 52.35 |
| Other | 79 | 7.7 | 80 | 8 | 71 | 7.59 |

Franklin

| Ethnicity | 2017-18 # | 2017-18 % | 2018-19 # | 2018-19 % | 2019-20 # | 2019-20 % |
|---|---|---|---|---|---|---|
| Asian | 226 | 25.74 | 240 | 27.27 | 236 | 26.4 |
| Black (Not Of Hispanic Origin) | 61 | 6.95 | 47 | 5.34 | 53 | 5.93 |
| Hispanic Or Latino | 113 | 12.87 | 114 | 12.95 | 130 | 14.54 |
| White (Not Of Hispanic Origin) | 423 | 48.18 | 427 | 48.52 | 414 | 46.31 |
| Other | 55 | 6.26 | 52 | 5.91 | 61 | 6.82 |

| Ethnicity | 2018-19 # | 2018-19 % | 2019-20 # | 2019-20 % | 2020-21 # | 2020-21 % |
|---|---|---|---|---|---|---|
| Asian | 240 | 27.27 | 236 | 26.4 | 236 | 26.25 |
| Black (Not Of Hispanic Origin) | 47 | 5.34 | 53 | 5.93 | 58 | 6.45 |
| Hispanic Or Latino | 114 | 12.95 | 130 | 14.54 | 134 | 14.91 |
| White (Not Of Hispanic Origin) | 427 | 48.52 | 414 | 46.31 | 404 | 44.94 |
| Other | 52 | 5.91 | 61 | 6.82 | 67 | 7.45 |

Frost

| Ethnicity | 2017-18 # | 2017-18 % | 2018-19 # | 2018-19 % | 2019-20 # | 2019-20 % |
|---|---|---|---|---|---|---|
| Asian | 330 | 27.09 | 338 | 27.02 | 310 | 24.74 |
| Black (Not Of Hispanic Origin) | 52 | 4.27 | 52 | 4.16 | 70 | 5.59 |
| Hispanic Or Latino | 148 | 12.15 | 145 | 11.59 | 159 | 12.69 |
| White (Not Of Hispanic Origin) | 612 | 50.25 | 632 | 50.52 | 630 | 50.28 |
| Other | 76 | 6.24 | 84 | 6.71 | 84 | 6.7 |

| Ethnicity | 2018-19 # | 2018-19 % | 2019-20 # | 2019-20 % | 2020-21 # | 2020-21 % |
|---|---|---|---|---|---|---|
| Asian | 338 | 27.02 | 310 | 24.74 | 298 | 24.51 |
| Black (Not Of Hispanic Origin) | 52 | 4.16 | 70 | 5.59 | 75 | 6.17 |
| Hispanic Or Latino | 145 | 11.59 | 159 | 12.69 | 165 | 13.57 |
| White (Not Of Hispanic Origin) | 632 | 50.52 | 630 | 50.28 | 584 | 48.03 |
| Other | 84 | 6.71 | 84 | 6.7 | 94 | 7.73 |

Glasgow

| Ethnicity | 2017-18 # | 2017-18 % | 2018-19 # | 2018-19 % | 2019-20 # | 2019-20 % |
|---|---|---|---|---|---|---|
| Asian | 230 | 13.71 | 203 | 11.36 | 218 | 11.53 |
| Black (Not Of Hispanic Origin) | 182 | 10.85 | 205 | 11.47 | 230 | 12.17 |
| Hispanic Or Latino | 816 | 48.63 | 912 | 51.04 | 971 | 51.38 |
| White (Not Of Hispanic Origin) | 413 | 24.61 | 421 | 23.56 | 425 | 22.49 |
| Other | 37 | 2.21 | 46 | 2.57 | 46 | 2.43 |

| Ethnicity | 2018-19 # | 2018-19 % | 2019-20 # | 2019-20 % | 2020-21 # | 2020-21 % |
|---|---|---|---|---|---|---|
| Asian | 203 | 11.36 | 218 | 11.53 | 199 | 10.32 |
| Black (Not Of Hispanic Origin) | 205 | 11.47 | 230 | 12.17 | 236 | 12.23 |
| Hispanic Or Latino | 912 | 51.04 | 971 | 51.38 | 1,028 | 53.29 |
| White (Not Of Hispanic Origin) | 421 | 23.56 | 425 | 22.49 | 410 | 21.25 |
| Other | 46 | 2.57 | 46 | 2.43 | 56 | 2.9 |

Herndon

| Ethnicity | 2017-18 | 2018-19 | 2019-20 |
|---|---|---|---|

| | 2018-19 | 2019-20 | 2020-21 |
|---|---|---|---|

Defendant's Exhibit

91

| Ethnicity | # | % | # | % | # | % |
|---|---|---|---|---|---|---|
| Asian | 101 | 9.23 | 99 | 8.76 | 95 | 8.62 |
| Black (Not Of Hispanic Origin) | 94 | 8.59 | 88 | 7.79 | 77 | 6.99 |
| Hispanic Or Latino | 493 | 45.06 | 572 | 50.62 | 548 | 49.73 |
| White (Not Of Hispanic Origin) | 359 | 32.82 | 330 | 29.2 | 337 | 30.58 |
| Other | 47 | 4.3 | 41 | 3.63 | 45 | 4.08 |

| Ethnicity | # | % | # | % | # | % |
|---|---|---|---|---|---|---|
| Asian | 99 | 8.76 | 95 | 8.62 | 86 | 7.6 |
| Black (Not Of Hispanic Origin) | 88 | 7.79 | 77 | 6.99 | 76 | 6.71 |
| Hispanic Or Latino | 572 | 50.62 | 548 | 49.73 | 572 | 50.53 |
| White (Not Of Hispanic Origin) | 330 | 29.2 | 337 | 30.58 | 341 | 30.12 |
| Other | 41 | 3.63 | 45 | 4.08 | 57 | 5.04 |

Holmes

| Ethnicity | 2017-18 | | 2018-19 | | 2019-20 | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| Asian | 198 | 19.9 | 195 | 20.46 | 196 | 19.9 |
| Black (Not Of Hispanic Origin) | 217 | 21.81 | 191 | 20.04 | 192 | 19.49 |
| Hispanic Or Latino | 371 | 37.29 | 389 | 40.82 | 407 | 41.32 |
| White (Not Of Hispanic Origin) | 181 | 18.19 | 157 | 16.47 | 160 | 16.24 |
| Other | 28 | 2.81 | 21 | 2.2 | 30 | 3.05 |

| Ethnicity | 2018-19 | | 2019-20 | | 2020-21 | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| Asian | 195 | 20.46 | 196 | 19.9 | 191 | 19.92 |
| Black (Not Of Hispanic Origin) | 191 | 20.04 | 192 | 19.49 | 187 | 19.5 |
| Hispanic Or Latino | 389 | 40.82 | 407 | 41.32 | 397 | 41.4 |
| White (Not Of Hispanic Origin) | 157 | 16.47 | 160 | 16.24 | 153 | 15.95 |
| Other | 21 | 2.2 | 30 | 3.05 | 31 | 3.23 |

Hughes

| Ethnicity | 2017-18 | | 2018-19 | | 2019-20 | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| Asian | 105 | 10.18 | 102 | 9.76 | 90 | 8.59 |
| Black (Not Of Hispanic Origin) | 167 | 16.2 | 165 | 15.79 | 166 | 15.84 |
| Hispanic Or Latino | 260 | 25.22 | 258 | 24.69 | 301 | 28.72 |
| White (Not Of Hispanic Origin) | 424 | 41.13 | 446 | 42.68 | 416 | 39.69 |
| Other | 75 | 7.27 | 74 | 7.08 | 75 | 7.16 |

| Ethnicity | 2018-19 | | 2019-20 | | 2020-21 | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| Asian | 102 | 9.76 | 90 | 8.59 | 87 | 8.61 |
| Black (Not Of Hispanic Origin) | 165 | 15.79 | 166 | 15.84 | 158 | 15.63 |
| Hispanic Or Latino | 258 | 24.69 | 301 | 28.72 | 328 | 32.44 |
| White (Not Of Hispanic Origin) | 446 | 42.68 | 416 | 39.69 | 373 | 36.89 |
| Other | 74 | 7.08 | 75 | 7.16 | 65 | 6.43 |

Irving

| Ethnicity | 2017-18 | | 2018-19 | | 2019-20 | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| Asian | 159 | 13.96 | 157 | 14.29 | 139 | 12.31 |
| Black (Not Of Hispanic Origin) | 126 | 11.06 | 122 | 11.1 | 113 | 10.01 |
| Hispanic Or Latino | 214 | 18.79 | 190 | 17.29 | 206 | 18.25 |
| White (Not Of Hispanic Origin) | 555 | 48.73 | 537 | 48.86 | 584 | 51.73 |
| Other | 85 | 7.46 | 93 | 8.46 | 87 | 7.71 |

| Ethnicity | 2018-19 | | 2019-20 | | 2020-21 | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| Asian | 157 | 14.29 | 139 | 12.31 | 152 | 12.64 |
| Black (Not Of Hispanic Origin) | 122 | 11.1 | 113 | 10.01 | 137 | 11.39 |
| Hispanic Or Latino | 190 | 17.29 | 206 | 18.25 | 203 | 16.87 |
| White (Not Of Hispanic Origin) | 537 | 48.86 | 584 | 51.73 | 603 | 50.12 |
| Other | 93 | 8.46 | 87 | 7.71 | 108 | 8.98 |

Jackson

| Ethnicity | 2017-18 | | 2018-19 | | 2019-20 | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| Asian | 361 | 25.09 | 256 | 22.61 | 210 | 20.25 |
| Black (Not Of Hispanic Origin) | 106 | 7.37 | 62 | 5.48 | 58 | 5.59 |
| Hispanic Or Latino | 521 | 36.21 | 488 | 43.11 | 497 | 47.93 |
| White (Not Of Hispanic Origin) | 383 | 26.62 | 267 | 23.59 | 216 | 20.83 |
| Other | 68 | 4.73 | 59 | 5.21 | 56 | 5.4 |

| Ethnicity | 2018-19 | | 2019-20 | | 2020-21 | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| Asian | 256 | 22.61 | 210 | 20.25 | 214 | 19.93 |
| Black (Not Of Hispanic Origin) | 62 | 5.48 | 58 | 5.59 | 64 | 5.96 |
| Hispanic Or Latino | 488 | 43.11 | 497 | 47.93 | 514 | 47.86 |
| White (Not Of Hispanic Origin) | 267 | 23.59 | 216 | 20.83 | 222 | 20.67 |
| Other | 59 | 5.21 | 56 | 5.4 | 60 | 5.59 |

Key

| Ethnicity | 2017-18 | | 2018-19 | | 2019-20 | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| Asian | 184 | 22.58 | 184 | 22.41 | 161 | 19.44 |

| Ethnicity | 2018-19 | | 2019-20 | | 2020-21 | |
|---|---|---|---|---|---|---|
| | # | % | # | % | # | % |
| Asian | 184 | 22.41 | 161 | 19.44 | 148 | 18.48 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Black (Not Of Hispanic Origin) | 127 | 15.58 | 114 | 13.89 | 99 | 11.96 | Black (Not Of Hispanic Origin) | 114 | 13.89 | 99 | 11.96 | 94 | 11.74 |
| Hispanic Or Latino | 338 | 41.47 | 372 | 45.31 | 438 | 52.9 | Hispanic Or Latino | 372 | 45.31 | 438 | 52.9 | 434 | 54.18 |
| White (Not Of Hispanic Origin) | 134 | 16.44 | 115 | 14.01 | 102 | 12.32 | White (Not Of Hispanic Origin) | 115 | 14.01 | 102 | 12.32 | 103 | 12.86 |
| Other | 32 | 3.93 | 36 | 4.38 | 28 | 3.38 | Other | 36 | 4.38 | 28 | 3.38 | 22 | 2.75 |

**Kilmer**

| | 2017-18 | | 2018-19 | | 2019-20 | | | 2018-19 | | 2019-20 | | 2020-21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ethnicity | # | % | # | % | # | % | Ethnicity | # | % | # | % | # | % |
| Asian | 291 | 24.19 | 260 | 23.28 | 275 | 23.87 | Asian | 260 | 23.28 | 275 | 23.87 | 289 | 25.49 |
| Black (Not Of Hispanic Origin) | 57 | 4.74 | 47 | 4.21 | 49 | 4.25 | Black (Not Of Hispanic Origin) | 47 | 4.21 | 49 | 4.25 | 59 | 5.2 |
| Hispanic Or Latino | 182 | 15.13 | 189 | 16.92 | 218 | 18.92 | Hispanic Or Latino | 189 | 16.92 | 218 | 18.92 | 214 | 18.87 |
| White (Not Of Hispanic Origin) | 580 | 48.21 | 543 | 48.61 | 530 | 46.01 | White (Not Of Hispanic Origin) | 543 | 48.61 | 530 | 46.01 | 493 | 43.47 |
| Other | 93 | 7.73 | 78 | 6.98 | 80 | 6.94 | Other | 78 | 6.98 | 80 | 6.94 | 79 | 6.97 |

**Lanier** / **Johnson (formerly Lanier)**

| | 2017-18 | | 2018-19 | | 2019-20 | | | 2018-19 | | 2019-20 | | 2020-21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ethnicity | # | % | # | % | # | % | Ethnicity | # | % | # | % | # | % |
| Asian | 202 | 20.93 | 208 | 20.41 | 238 | 22.33 | Asian | 208 | 20.41 | 238 | 22.33 | 262 | 23.99 |
| Black (Not Of Hispanic Origin) | 100 | 10.36 | 110 | 10.79 | 106 | 9.94 | Black (Not Of Hispanic Origin) | 110 | 10.79 | 106 | 9.94 | 109 | 9.98 |
| Hispanic Or Latino | 248 | 25.7 | 277 | 27.18 | 295 | 27.67 | Hispanic Or Latino | 277 | 27.18 | 295 | 27.67 | 287 | 26.28 |
| White (Not Of Hispanic Origin) | 356 | 36.89 | 366 | 35.92 | 358 | 33.58 | White (Not Of Hispanic Origin) | 366 | 35.92 | 358 | 33.58 | 370 | 33.88 |
| Other | 59 | 6.11 | 58 | 5.69 | 69 | 6.47 | Other | 58 | 5.69 | 69 | 6.47 | 64 | 5.86 |

**Liberty**

| | 2017-18 | | 2018-19 | | 2019-20 | | | 2018-19 | | 2019-20 | | 2020-21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ethnicity | # | % | # | % | # | % | Ethnicity | # | % | # | % | # | % |
| Asian | 301 | 28.72 | 304 | 27.69 | 296 | 26.93 | Asian | 304 | 27.69 | 296 | 26.93 | 300 | 27.88 |
| Black (Not Of Hispanic Origin) | 97 | 9.26 | 105 | 9.56 | 101 | 9.19 | Black (Not Of Hispanic Origin) | 105 | 9.56 | 101 | 9.19 | 92 | 8.55 |
| Hispanic Or Latino | 218 | 20.8 | 241 | 21.95 | 267 | 24.29 | Hispanic Or Latino | 241 | 21.95 | 267 | 24.29 | 269 | 25 |
| White (Not Of Hispanic Origin) | 352 | 33.59 | 384 | 34.97 | 378 | 34.39 | White (Not Of Hispanic Origin) | 384 | 34.97 | 378 | 34.39 | 352 | 32.71 |
| Other | 80 | 7.63 | 64 | 5.83 | 57 | 5.19 | Other | 64 | 5.83 | 57 | 5.19 | 63 | 5.86 |

**Longfellow**

| | 2017-18 | | 2018-19 | | 2019-20 | | | 2018-19 | | 2019-20 | | 2020-21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ethnicity | # | % | # | % | # | % | Ethnicity | # | % | # | % | # | % |
| Asian | 417 | 30.09 | 359 | 27.22 | 352 | 26.35 | Asian | 359 | 27.22 | 352 | 26.35 | 367 | 27.66 |
| Black (Not Of Hispanic Origin) | 34 | 2.45 | 38 | 2.88 | 59 | 4.42 | Black (Not Of Hispanic Origin) | 38 | 2.88 | 59 | 4.42 | 53 | 3.99 |
| Hispanic Or Latino | 129 | 9.31 | 154 | 11.68 | 162 | 12.13 | Hispanic Or Latino | 154 | 11.68 | 162 | 12.13 | 161 | 12.13 |
| White (Not Of Hispanic Origin) | 723 | 52.16 | 679 | 51.48 | 666 | 49.85 | White (Not Of Hispanic Origin) | 679 | 51.48 | 666 | 49.85 | 645 | 48.61 |
| Other | 83 | 5.99 | 89 | 6.75 | 97 | 7.26 | Other | 89 | 6.75 | 97 | 7.26 | 101 | 7.61 |

**Poe**

| | 2017-18 | | 2018-19 | | 2019-20 | | | 2018-19 | | 2019-20 | | 2020-21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ethnicity | # | % | # | % | # | % | Ethnicity | # | % | # | % | # | % |
| Asian | 155 | 17.34 | 153 | 16.81 | 172 | 17.03 | Asian | 153 | 16.81 | 172 | 17.03 | 156 | 16.03 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Black (Not Of Hispanic Origin) | 102 | 11.41 | 93 | 10.22 | 104 | 10.3 | Black (Not Of Hispanic Origin) | 93 | 10.22 | 104 | 10.3 | 101 | 10.38 |
| Hispanic Or Latino | 539 | 60.29 | 559 | 61.43 | 611 | 60.5 | Hispanic Or Latino | 559 | 61.43 | 611 | 60.5 | 596 | 61.25 |
| White (Not Of Hispanic Origin) | 72 | 8.05 | 80 | 8.79 | 101 | 10 | White (Not Of Hispanic Origin) | 80 | 8.79 | 101 | 10 | 102 | 10.48 |
| Other | 26 | 2.91 | 25 | 2.75 | 22 | 2.18 | Other | 25 | 2.75 | 22 | 2.18 | 18 | 1.85 |

Rocky Run

| Ethnicity | 2017-18 # | % | 2018-19 # | % | 2019-20 # | % | Ethnicity | 2018-19 # | % | 2019-20 # | % | 2020-21 # | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asian | 624 | 47.42 | 605 | 47.41 | 520 | 44.71 | Asian | 605 | 47.41 | 520 | 44.71 | 465 | 44.5 |
| Black (Not Of Hispanic Origin) | 50 | 3.8 | 52 | 4.08 | 54 | 4.64 | Black (Not Of Hispanic Origin) | 52 | 4.08 | 54 | 4.64 | 42 | 4.02 |
| Hispanic Or Latino | 148 | 11.25 | 156 | 12.23 | 155 | 13.33 | Hispanic Or Latino | 156 | 12.23 | 155 | 13.33 | 137 | 13.11 |
| White (Not Of Hispanic Origin) | 421 | 31.99 | 402 | 31.5 | 373 | 32.07 | White (Not Of Hispanic Origin) | 402 | 31.5 | 373 | 32.07 | 338 | 32.34 |
| Other | 73 | 5.55 | 61 | 4.78 | 61 | 5.25 | Other | 61 | 4.78 | 61 | 5.25 | 63 | 6.03 |

Sandburg

| Ethnicity | 2017-18 # | % | 2018-19 # | % | 2019-20 # | % | Ethnicity | 2018-19 # | % | 2019-20 # | % | 2020-21 # | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asian | 103 | 6.94 | 86 | 5.7 | 91 | 6.03 | Asian | 86 | 5.7 | 91 | 6.03 | 89 | 5.84 |
| Black (Not Of Hispanic Origin) | 256 | 17.24 | 244 | 16.16 | 251 | 16.64 | Black (Not Of Hispanic Origin) | 244 | 16.16 | 251 | 16.64 | 255 | 16.73 |
| Hispanic Or Latino | 502 | 33.8 | 545 | 36.09 | 603 | 39.99 | Hispanic Or Latino | 545 | 36.09 | 603 | 39.99 | 652 | 42.78 |
| White (Not Of Hispanic Origin) | 563 | 37.91 | 570 | 37.75 | 507 | 33.62 | White (Not Of Hispanic Origin) | 570 | 37.75 | 507 | 33.62 | 455 | 29.86 |
| Other | 61 | 4.11 | 65 | 4.3 | 56 | 3.71 | Other | 65 | 4.3 | 56 | 3.71 | 73 | 4.79 |

South County

| Ethnicity | 2017-18 # | % | 2018-19 # | % | 2019-20 # | % | Ethnicity | 2018-19 # | % | 2019-20 # | % | 2020-21 # | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asian | 197 | 18.45 | 208 | 19.33 | 207 | 19.42 | Asian | 208 | 19.33 | 207 | 19.42 | 196 | 18.61 |
| Black (Not Of Hispanic Origin) | 215 | 20.13 | 233 | 21.65 | 226 | 21.2 | Black (Not Of Hispanic Origin) | 233 | 21.65 | 226 | 21.2 | 223 | 21.18 |
| Hispanic Or Latino | 173 | 16.2 | 169 | 15.71 | 171 | 16.04 | Hispanic Or Latino | 169 | 15.71 | 171 | 16.04 | 168 | 15.95 |
| White (Not Of Hispanic Origin) | 419 | 39.23 | 393 | 36.52 | 383 | 35.93 | White (Not Of Hispanic Origin) | 393 | 36.52 | 383 | 35.93 | 394 | 37.42 |
| Other | 64 | 5.99 | 73 | 6.78 | 79 | 7.41 | Other | 73 | 6.78 | 79 | 7.41 | 72 | 6.84 |

Stone

| Ethnicity | 2017-18 # | % | 2018-19 # | % | 2019-20 # | % | Ethnicity | 2018-19 # | % | 2019-20 # | % | 2020-21 # | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asian | 94 | 12.47 | 94 | 12.18 | 104 | 13.47 | Asian | 94 | 12.18 | 104 | 13.47 | 98 | 13.23 |
| Black (Not Of Hispanic Origin) | 64 | 8.49 | 62 | 8.03 | 57 | 7.38 | Black (Not Of Hispanic Origin) | 62 | 8.03 | 57 | 7.38 | 65 | 8.77 |
| Hispanic Or Latino | 222 | 29.44 | 249 | 32.25 | 246 | 31.87 | Hispanic Or Latino | 249 | 32.25 | 246 | 31.87 | 226 | 30.5 |
| White (Not Of Hispanic Origin) | 338 | 44.83 | 326 | 42.23 | 320 | 41.45 | White (Not Of Hispanic Origin) | 326 | 42.23 | 320 | 41.45 | 303 | 40.89 |
| Other | 36 | 4.77 | 41 | 5.31 | 45 | 5.83 | Other | 41 | 5.31 | 45 | 5.83 | 49 | 6.61 |

Thoreau

| Ethnicity | 2017-18 # | % | 2018-19 # | % | 2019-20 # | % | Ethnicity | 2018-19 # | % | 2019-20 # | % | 2020-21 # | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Asian | 109 | 11.56 | 205 | 16.78 | 241 | 18.34 | Asian | 205 | 16.78 | 241 | 18.34 | 235 | 19.28 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Black (Not Of Hispanic Origin) | 19 | 2.01 | 45 | 3.68 | 58 | 4.41 | Black (Not Of Hispanic Origin) | 45 | 3.68 | 58 | 4.41 | 56 | 4.59 |
| Hispanic Or Latino | 111 | 11.77 | 186 | 15.22 | 226 | 17.2 | Hispanic Or Latino | 186 | 15.22 | 226 | 17.2 | 219 | 17.97 |
| White (Not Of Hispanic Origin) | 623 | 66.07 | 699 | 57.2 | 705 | 53.65 | White (Not Of Hispanic Origin) | 699 | 57.2 | 705 | 53.65 | 635 | 52.09 |
| Other | 81 | 8.59 | 87 | 7.12 | 84 | 6.39 | Other | 87 | 7.12 | 84 | 6.39 | 74 | 6.07 |

Twain

| | 2017-18 | | 2018-19 | | 2019-20 | | | 2018-19 | | 2019-20 | | 2020-21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ethnicity | # | % | # | % | # | % | Ethnicity | # | % | # | % | # | % |
| Asian | 148 | 14.38 | 157 | 14.85 | 159 | 14.53 | Asian | 157 | 14.85 | 159 | 14.53 | 149 | 13.35 |
| Black (Not Of Hispanic Origin) | 179 | 17.4 | 198 | 18.73 | 199 | 18.19 | Black (Not Of Hispanic Origin) | 198 | 18.73 | 199 | 18.19 | 178 | 15.95 |
| Hispanic Or Latino | 325 | 31.58 | 310 | 29.33 | 332 | 30.35 | Hispanic Or Latino | 310 | 29.33 | 332 | 30.35 | 365 | 32.71 |
| White (Not Of Hispanic Origin) | 310 | 30.13 | 320 | 30.27 | 336 | 30.71 | White (Not Of Hispanic Origin) | 320 | 30.27 | 336 | 30.71 | 342 | 30.65 |
| Other | 67 | 6.51 | 72 | 6.81 | 68 | 6.22 | Other | 72 | 6.81 | 68 | 6.22 | 82 | 7.35 |

Whitman

| | 2017-18 | | 2018-19 | | 2019-20 | | | 2018-19 | | 2019-20 | | 2020-21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ethnicity | # | % | # | % | # | % | Ethnicity | # | % | # | % | # | % |
| Asian | 48 | 5.02 | 42 | 4.24 | 40 | 4.1 | Asian | 42 | 4.24 | 40 | 4.1 | 43 | 4.74 |
| Black (Not Of Hispanic Origin) | 247 | 25.84 | 260 | 26.26 | 236 | 24.21 | Black (Not Of Hispanic Origin) | 260 | 26.26 | 236 | 24.21 | 188 | 20.73 |
| Hispanic Or Latino | 427 | 44.67 | 487 | 49.19 | 508 | 52.1 | Hispanic Or Latino | 487 | 49.19 | 508 | 52.1 | 476 | 52.48 |
| White (Not Of Hispanic Origin) | 184 | 19.25 | 155 | 15.66 | 145 | 14.87 | White (Not Of Hispanic Origin) | 155 | 15.66 | 145 | 14.87 | 159 | 17.53 |
| Other | 50 | 5.23 | 46 | 4.65 | 46 | 4.72 | Other | 46 | 4.65 | 46 | 4.72 | 41 | 4.52 |

Hayfield Middle

| | 2017-18 | | 2018-19 | | 2019-20 | | | 2018-19 | | 2019-20 | | 2020-21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ethnicity | # | % | # | % | # | % | Ethnicity | # | % | # | % | # | % |
| Asian | 139 | 15.51 | 116 | 12.11 | 113 | 11.25 | Asian | 116 | 12.11 | 113 | 11.25 | 114 | 11.86 |
| Black (Not Of Hispanic Origin) | 222 | 24.78 | 274 | 28.6 | 263 | 26.2 | Black (Not Of Hispanic Origin) | 274 | 28.6 | 263 | 26.2 | 242 | 25.18 |
| Hispanic Or Latino | 198 | 22.1 | 218 | 22.76 | 234 | 23.31 | Hispanic Or Latino | 218 | 22.76 | 234 | 23.31 | 232 | 24.14 |
| White (Not Of Hispanic Origin) | 261 | 29.13 | 279 | 29.12 | 317 | 31.57 | White (Not Of Hispanic Origin) | 279 | 29.12 | 317 | 31.57 | 308 | 32.05 |
| Other | 76 | 8.48 | 71 | 7.41 | 77 | 7.67 | Other | 71 | 7.41 | 77 | 7.67 | 65 | 6.76 |

Lake Braddock Middle

| | 2017-18 | | 2018-19 | | 2019-20 | | | 2018-19 | | 2019-20 | | 2020-21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ethnicity | # | % | # | % | # | % | Ethnicity | # | % | # | % | # | % |
| Asian | 299 | 20.54 | 272 | 18.94 | 287 | 19.37 | Asian | 272 | 18.94 | 287 | 19.37 | 298 | 19.44 |
| Black (Not Of Hispanic Origin) | 125 | 8.59 | 116 | 8.08 | 152 | 10.26 | Black (Not Of Hispanic Origin) | 116 | 8.08 | 152 | 10.26 | 164 | 10.7 |
| Hispanic Or Latino | 236 | 16.21 | 234 | 16.3 | 245 | 16.53 | Hispanic Or Latino | 234 | 16.3 | 245 | 16.53 | 281 | 18.33 |
| White (Not Of Hispanic Origin) | 686 | 47.12 | 699 | 48.68 | 688 | 46.42 | White (Not Of Hispanic Origin) | 699 | 48.68 | 688 | 46.42 | 653 | 42.6 |
| Other | 110 | 7.55 | 115 | 8.01 | 110 | 7.42 | Other | 115 | 8.01 | 110 | 7.42 | 137 | 8.94 |

Robinson Middle

| | 2017-18 | | 2018-19 | | 2019-20 | | | 2018-19 | | 2019-20 | | 2020-21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ethnicity | # | % | # | % | # | % | Ethnicity | # | % | # | % | # | % |
| Asian | 136 | 11.32 | 161 | 13.27 | 146 | 12.7 | Asian | 161 | 13.27 | 146 | 12.7 | 152 | 12.55 |

| Black (Not Of Hispanic Origin) | 76 | 6.33 | 81 | 6.68 | 79 | 6.87 |
| Hispanic Or Latino | 184 | 15.32 | 181 | 14.92 | 199 | 17.3 |
| White (Not Of Hispanic Origin) | 713 | 59.37 | 697 | 57.46 | 637 | 55.39 |
| Other | 92 | 7.66 | 93 | 7.67 | 89 | 7.74 |

| Black (Not Of Hispanic Origin) | 81 | 6.68 | 79 | 6.87 | 74 | 6.11 |
| Hispanic Or Latino | 181 | 14.92 | 199 | 17.3 | 209 | 17.26 |
| White (Not Of Hispanic Origin) | 697 | 57.46 | 637 | 55.39 | 689 | 56.9 |
| Other | 93 | 7.67 | 89 | 7.74 | 87 | 7.18 |

# Exhibit B

# EXHIBIT B

| Economically Disadvantaged (FRM) | | | | |
|---|---|---|---|---|
| | Applicants | % of FRM Applicants | Offers | % of FRM Offers |
| AI/AN/NH/PI | 2 | 0.5% | 1 | 0.7% |
| Asian | 131 | 33.9% | 51 | 37.0% |
| Black (not Hispanic orig) | 86 | 22.2% | 23 | 16.7% |
| Hispanic | 107 | 27.6% | 38 | 27.5% |
| Two or More Races | 14 | 3.6% | 5 | 3.6% |
| White (not Hispanic orig) | 47 | 12.1% | 20 | 14.5% |
| **Total** | **387** | | **138** | |



| English Language Learners (ELL) | | | | |
|---|---|---|---|---|
| | Applicants | % of ELL Applicants | Offers | % of ELL Offers |
| AI/AN/NH/PI | 1 | 0.8% | 0 | 0.0% |
| Asian | 58 | 49.2% | 13 | 38.2% |
| Black (not Hispanic orig) | 19 | 16.1% | 5 | 14.7% |
| Hispanic | 15 | 12.7% | 7 | 20.6% |
| Two or More Races | 1 | 0.8% | 1 | 2.9% |
| White (not Hispanic orig) | 24 | 20.3% | 8 | 23.5% |
| **Total** | **118** | | **34** | |



ELL - Applicants

| Special Education (SPED) | | | | |
|---|---|---|---|---|
| | Applicants | % of SPED Applicants | Offers | % of SPED Offers |
| AI/AN/NH/PI | 0 | 0.0% | 0 | 0.0% |
| Asian | 15 | 31.3% | 4 | 30.8% |
| Black (not Hispanic orig) | 2 | 4.2% | 0 | 0.0% |
| Hispanic | 5 | 10.4% | 2 | 15.4% |
| Two or More Races | 8 | 16.7% | 2 | 15.4% |
| White (not Hispanic orig) | 18 | 37.5% | 5 | 38.5% |
| Total | 48 | | 13 | |



| Underrepresented Schools (URS) | | | | |
|---|---|---|---|---|
| | Applicants | % of URS Applicants | Offers | % of URS Offers |
| AN/AN/NH/PI | 4 | 0.6% | 0 | 0.0% |
| Asian | 187 | 27.2% | 56 | 33.3% |
| Black (not Hispanic orig) | 117 | 17.0% | 21 | 12.5% |
| Hispanic | 144 | 21.0% | 42 | 25.0% |
| Two or More Races | 43 | 6.3% | 10 | 6.0% |
| White (not Hispanic orig) | 192 | 27.9% | 39 | 23.2% |
| **Total** | **687** | **282** | **168** | |

