# EXHIBIT 52

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| COALITION FOR TJ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:21-cv-00296-CMH-JFA |
| | ) | |
| FAIRFAX COUNTY SCHOOL BOARD, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF STELLA G. PEKARSKY

My name is Stella G. Pekarsky, and I certify that the following information is true to the best of my knowledge, information, and belief.

1. I am over the age of 18 and make this declaration based on my own personal knowledge.

2. I represent the Sully District on the Fairfax County School Board. I am currently the Chair of the Board. During the 2020-2021 school year, I served as the Vice Chair of the Board.

3. The process for admission to the Thomas Jefferson High School for Science and Technology (TJ) was discussed by the Board at many meetings during the 2020-2021 school year. It was the focus of the September 15, October 6., and December 7, 2020 work sessions. I received many emails from my constituents on the subject, and also spent dozens of hours outside of Board meetings, reading materials and talking to educators, administrators, parents, and my colleagues individually about TJ admissions and advanced academic programs.

4. I did not support the Superintendent's initial Merit Lottery proposal for TJ admissions that was presented to the Board in September 2020, or the Hybrid Merit Lottery

1

proposal he presented in October.  I voted against his Revised Hybrid Merit Lottery proposal when a motion was made to adopt the proposal on December 17, 2020.  I was referring to the lottery idea and its projected effect on the demographics of admitted classes when I wrote in a text message to another Board member Abrar Omeish: "It will whiten our schools and kick our Asians.  How does that help our goal of diversity?"

5. I also strongly disagreed with the Superintendent's remarks comparing TJ exam preparation to "pay to play."  I believed that the parents who sent their children to these prep courses included many families of immigrants who valued hard work and education and who made huge sacrifices to prioritize their children's education.  I counseled the Superintendent not to talk about test prep as "pay to play."  I feared it was being perceived as "racist" by some Asian-American communities.  I shared these views and what I had told the Superintendent with some colleagues on the Board, including with Ms. Omeish.  Ms. Omeish and I exchanged several text messages in which we expressed our frustration with the Superintendent's proposals, including those messages that have been appended as Exhibits I, J, K, L, and M to Plaintiff's memorandum in support of its motion for summary judgment.  I was upset that the Superintendent had offended some Asian-American groups and polarized our school community with his culturally insensitive remarks, which is why I wrote to Ms. Omeish in a text message that "Brabrand believes in getting attention.  This is how he has screwed up TJ and the Asians hate us."

6. Ms. Omeish also indicated to me in our discussions that she believed that the TJ admission process that was in place until fall 2020 "discriminated" against underprivileged students, which included some Asian-American students.  That is what I understood her to be referring to in her text messages in Plaintiff's  Exhibit J when she said "They're discriminated

2

against in this process too" and when she discussed how many Asian Americans also cannot afford test prep.

7.      While I disagreed with the lottery approach, I agreed that FCPS needed to do better at spotting and cultivating STEM talent and passion among academically exceptional students at all of its middle schools.  Along with Board members Karen Corbett Sanders and Elaine Tholen, I championed the idea among Board members of adopting a process that would ensure each middle school a certain minimum number of seats in the TJ freshman class.

8.      Ms. Tholen made the motion on December 17, 2020, and I seconded, to direct the Superintendent to revise the TJ admissions process to use a holistic review that ensures that each public middle school would be able to admit 1.5% of its 8th grade class, with the seats going to the school's top students as determined by the eligibility criteria and the components of the holistic review.

9.      To my knowledge, the Board never received any data that showed the racial breakdown of students at each middle school who were eligible to apply to TJ.  The Board also did not receive any modeling projecting the racial makeup of TJ under the 1.5% plan.  The Board also did not receive modeling projecting the racial makeup of TJ admissions using the four "experience factors" to be used in the Holistic Review process.  I do not recall ever seeing the data that is Exhibit 17 to the deposition of Jeremy Shughart that shows the numbers of eligible 8th-grade students and their proportions of 8th-grade classes at each middle school.  To my knowledge, that email, which appears to have been sent to one Board member on the afternoon of December 17, 2020, was not shared with the whole Board.

10.     I did not, and do not, believe that the TJ admission process prescribed by the Board in 2020 discriminated against Asian-American students.  I did not, and do not, believe that

it advantaged students of any particular race. I would not have voted for any change to the TJ admissions process if I believed it to be racially discriminatory.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 22, 2021.

Stella G. Pekarsky

4