## ** CIVIL MINUTES **

Date: 1/18/2022                                        Judge: Hilton
Time: 10:00 am to 10:44 am
Reporter: J. Egal

Civil Action Number: 1:21cv296

Coalition for TJ v. Fairfax County School Board et al

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| Christopher Kieser | Sona Rewari |
| Alison Somin | Daniel Stefany |
| Erin Wilcox | |

Appearance of Counsel.

Matter on for [96] Plaintiff's Motion of Summary Judgment and Defendant's [109] Motion for Summary Judgment.

Motions argued and take under advisement.

Parties agree no dispute in facts.

Bench trial scheduled for 1/24/2022 removed from docket.