IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| COALITION FOR TJ,<br><br>            Plaintiff,<br><br>v.<br><br>FAIRFAX COUNTY SCHOOL BOARD,<br><br>            Defendant. | Civil Action No. 1:21cv296 |

**ORDER**

This matter comes before the Court on Plaintiff The Coalition for TJ's and Defendant Fairfax County School Board's Cross-Motions for Summary Judgment. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Plaintiff's Motion for Summary Judgment is GRANTED, Defendant's Motion for Summary Judgment is DENIED, and Defendant Fairfax County School Board is enjoined from further use or enforcement of the Fall 2020 Admissions Plan for the Thomas Jefferson High School for Science & Technology.

/s/ Claude M. Hilton

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
February 25, 2022