IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| COALITION FOR TJ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:21-cv-00296-CMH-JFA |
| | ) | |
| FAIRFAX COUNTY SCHOOL BOARD, | ) | |
| | ) | |
| Defendant. | ) | |

## **DEFENDANT'S MOTION FOR STAY PENDING APPEAL**

The Defendant, Fairfax County School Board, by counsel and pursuant to Federal Rule of Civil Procedure 62, moves this Court to stay its summary judgment order, Dkt. 144, pending resolution of the School Board's anticipated appeal to the Fourth Circuit. The grounds for this Motion are set out in the accompanying Brief.

Counsel for Plaintiff has indicated that Plaintiff opposes the Motion.

Respectfully submitted,

FAIRFAX COUNTY SCHOOL BOARD

By:  /s/
Sona Rewari (VSB No. 47327)
Daniel Stefany (VSB No. 91093)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
srewari@HuntonAK.com
dstefany@HuntonAK.com

Trevor S. Cox (VSB No. 78396)
HUNTON ANDREWS KURTH LLP
951 E. Byrd Street
Richmond, VA 23219

Telephone: (804) 788-7221
Facsimile: (804) 788-8218
tcox@HuntonAK.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2022, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

By: _____/s/_____
Sona Rewari (VSB No. 47327)