## ** CIVIL MINUTES **

Date: 3/11/2022                   Judge: Hilton
Time: 10:35 am to 10:48 am
Reporter: J. Egal

Civil Action Number: 1:21cv296

Coalition for TJ v. Fairfax County School Board et al

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| Erin Wilcox | Sona Rewari |
| Alison Somin | Daniel Stefany |
| Caleb Kruckenberg | |

Appearance of Counsel

Matter on for [145] Defendant's Motion to Stay Summary Judgment Order Pending Appeal

Motion argued and denied