IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| COALITION FOR TJ,              )<br>                               )<br>          Plaintiff,          )<br>V.                             )<br>                               )<br>FAIRFAX COUNTY SCHOOL BOARD,   )<br>                               )<br>          Defendant.          )<br>                               ) | Civil Action No. 1:21CV296 |

### ORDER

This matter comes before the Court on the Defendant Fairfax County School Board's Motion For Stay Pending Appeal. For the reasons stated from the bench, it is hereby

ORDERED that the Defendant's Motion is DENIED.

*/s/ Claude M. Hilton*
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
March 11, 2022