FILED: March 15, 2022

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 22-1280
(1:21-cv-00296-CMH-JFA)

_____

COALITION FOR TJ

        Plaintiff - Appellee

v.

FAIRFAX COUNTY SCHOOL BOARD

        Defendant - Appellant

and

SCOTT BRABAND, in his official capacity as Superintendent of the Fairfax County School Board

        Defendant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:21-cv-00296-CMH-JFA |
| Date notice of appeal filed in originating court: | 03/14/2022 |
| Appellant(s) | Fairfax County School Board |
| Appellate Case Number | 22-1280 |

| Case Manager | Cathi Bennett<br>804-916-2702 |